# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

12/12/2005  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:   CV 04-00108SOM-KSC

CASE NAME:   Philip e. English vs. C & C of Honolulu, et al.

ATTYS FOR PLA:   Roger Moseley

ATTYS FOR DEFT:   Michael Loruss
Anthony Wong

INTERPRETER:

---

JUDGE:   Susan Oki Mollway      REPORTER:   Debra Chun

DATE:   12/12/2005      TIME:   9:00 - 10:20

---

COURT ACTION:  EP:

Defendant's Gary T. Kurokawa, Robert O. Magota and Ann C. Gima's Motion for Partial Dismissal, or in the Alternative, Motion for Partial Summary Judgment;

Defendant City and County of Honolulu's Motion for Partial Dismissal, or in the Alternative, Motion for Partial Summary Judgment;

Defendant GK Appraisals, Inc.'s Motion for Summary Judgment -

Court construes Defendant's Gary T. Kurokawa, Robert O. Magota and Ann C. Gima's Motion for Partial Dismissal, or in the Alternative, Motion for Partial Summary Judgment and Defendant City and County of Honolulu's Motion for Partial Dismissal, or in the Alternative, Motion for Partial Summary Judgment as motions for judgment on the pleadings.

Arguments.

Plaintiff withdraws Count 11 against all defendants.

Court takes all motions under advisement.

Court to issue a written order by the end of the week.

Mr. Moseley informed the Court that th parties have agreed to stipulate to consent to trial before a Magistrate.

Parties to submit the consent to proceed to trial before a Magistrate by 12/19/05.

Submitted by: Toni Fujinaga, Courtroom Manager.