# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

12/28/2005  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:    CV04-00108KSC

CASE NAME:    Philip E. English v. City and County of Honolulu, et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

---

JUDGE:    Kevin S. C. Chang        REPORTER:

DATE:    12/28/2005        TIME:

---

COURT ACTION:   EO: Consent to a Magistrate Judge filed on 12/19/05.  New trial date given.  Second Amended Rule 16 Scheduling Conference Order to be issued.

1.    Jury trial on October 3, 2006 at 9:00 a.m. before KSC
2.    Final Pretrial Conference on August 22, 2006 at 9:00 a.m. before KSC
3.    Final Pretrial Conference before District Judge N/A
4.    Final Pretrial Statement by August 15, 2006
5.    File motions to Join/Add Parties/Amend Pleadings by **(CLOSED)**
6.    File other Non-Dispositive Motions by July 5, 2006
7.    File Dispositive Motions by May 3, 2006
8a.    File Motions in Limine by September 12, 2006
8b.    File opposition memo to a Motion in Limine by September 19, 2006
11a.    Plaintiff's Expert Witness Disclosures by **(CLOSED)**
11b.    Defendant's Expert Witness Disclosures by **(CLOSED)**
12.    Discovery deadline August 4, 2006
13.    Settlement Conference set for 6/15/2006 at 10:00am before KSC
14.    Settlement Conference statements by 6/8/2006
20.    Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by September 19, 2006
21.    File Final witness list by September 12, 2006
24.    Exchange Exhibit and Demonstrative aids by September 5, 2006
25.    Stipulations re: Authenticity/Admissibility of Proposed Exhibits by September 12, 2006
26.    File objections to the Exhibits by September 19, 2006

28a.    File Deposition Excerpt Designations by September 12, 2006
28b.    File Deposition Counter Designations and Objections by September 19, 2006
29.    File Trial Brief by September 19, 2006
30.    File Findings of Fact & Conclusions of Law by N/A

Other Matters:
None.


Submitted by: Shari Afuso, Courtroom Manager

CV04-108KSC
Philip English v. City and County of Honolulu, et al.
Second Amended Rule 16 Scheduling Conference Minutes
12/28/2005

G:\docs\snm\Philip English13.sa.wpd