**ORIGINAL**

Of Counsel:
MATSUI CHUNG SUMIDA & TSUCHIYAMA
A Law Corporation

PAUL K. HOSHINO          3800-0
Suite 1400 Mauka Tower
737 Bishop Street
Honolulu, Hawaii 96813
Telephone No. (808) 536-3711
Facsimile No. (808) 599-2979
E-mail: info@triallawhawaii.com

Attorneys for Defendant
GK APPRAISALS, INC.

IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>　　　　　Defendants. | CIVIL NO. CV04 00108 SOM/KSC<br><br>WITHDRAWAL AND APPEARANCE OF COUNSEL FOR DEFENDANT GK APPRAISALS, INC. AND ORDER ; CERTIFICATE OF SERVICE<br><br><br>Trial Week: October 2, 2006 |

## WITHDRAWAL AND APPEARANCE OF
## COUNSEL FOR DEFENDANT GK APPRAISALS, INC. AND ORDER

Comes now the law firm of MATSUI CHUNG SUMIDA & TSUCHIYAMA, attorneys for Defendant GK APPRAISALS, INC., pursuant to Rule 83.6 of the Rules of the United States District Court for the District of Hawaii, and hereby withdraws as counsel for Defendant GK APPRAISALS, INC.; and

Comes now the law firm of SUMIDA & TSUCHIYAMA, and hereby enters its appearance as counsel for Defendant GK APPRAISALS, INC.

Trial in this matter is scheduled to commence the week of October 2, 2006.

MATSUI CHUNG SUMIDA & TSUCHIYAMA

DATED: HONOLULU, HAWAII, JAN 1 8 2006

/s/ Paul K. Hoshino
PAUL K. HOSHINO
Withdrawing Counsel for
Defendant GK APPRAISALS, INC.

SUMIDA & TSUCHIYAMA

DATED: HONOLULU, HAWAII,

JAN 1 8 2006
_____

*[signature]*
_____
KEVIN P.H. SUMIDA
ANTHONY L. WONG
Appearing Counsel for
Defendant GK APPRAISALS,
INC.

APPROVED AND SO ORDERED:

*[signature]*
_____
JUDGE OF THE ABOVE-ENTITLED COURT

---

ENGLISH vs. CITY AND COUNTY OF HONOLULU; CIVIL NO. CV04 00108 SOM/KSC
**WITHDRAWAL AND APPEARANCE OF COUNSEL FOR DEFENDANT GK APPRAISALS, INC. AND ORDER**

IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH, | CIVIL NO. CV04 00108 SOM/KSC |
| Plaintiff, | CERTIFICATE OF SERVICE |
| vs. | |
| CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10, | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was duly served on the following attorney(s) by hand delivering same or by placing the same in the United States mail, postage prepaid, on this 18th day of January, 2006.

ROGER S. MOSELEY, ESQ.
ALAN K. LAU, ESQ.
CHRISTOPHER J. MUZZI, ESQ.
2300 Alakea Corporate Tower
1100 Alakea Street
Honolulu, Hawai`i 96813
Attorneys for Plaintiff

MICHAEL A. LORUSSO, ESQ.
5th Floor, Fort Street Tower
745 Fort Street
Honolulu, Hawaii 96813
Attorney for Defendants
CITY AND COUNTY OF HONOLULU;
GARY T. KUROKAWA;
ROBERT O. MAGOTA; and ANN C. GIMA

GERALD SEKIYA, ESQ.
600 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813
MEDIATOR

DATED: HONOLULU, HAWAII,   JAN 1 8 2006

*Paul K. Hoshino*
PAUL K. HOSHINO
Attorneys for Defendant
GK APPRAISALS, INC