ORIGINAL

Withdrawal English v. City SEM.wpd

**WATANABE ING KAWASHIMA & KOMEIJI LLP**

BRIAN A. KANG #6495-0
First Hawaiian Center
999 Bishop Street; 23rd Floor
Honolulu, Hawaii 96813
Telephone:  (808) 544-8300
Facsimile:  (808) 544-8399
Email Address: bkang@wik.com

Attorney for Defendants
CITY AND COUNTY OF HONOLULU,
GARY T. KUROKAWA, ROBERT O. MAGOTA,
and ANN C. GIMA



FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 15 2006

at 11 o'clock and 40 min A M
SUE BEITIA, CLERK

LODGED

FEB 14 2006
11:25 am May
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>    Defendants. | ) CIVIL NO. CV04-00108 SOM/KSC<br>)<br>) WITHDRAWAL AND<br>) SUBSTITUTION OF COUNSEL FOR<br>) DEFENDANTS CITY AND COUNTY<br>) OF HONOLULU, GARY T.<br>) KUROKAWA, ROBERT O.<br>) MAGOTA, and ANN C. GIMA;<br>) ORDER; CERTIFICATE OF SERVICE<br>)<br>)<br>) TRIAL DATE: October 3, 2006<br>)<br>)<br>)<br>)<br>) |

## WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANTS CITY AND COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA, and ANN C. GIMA

Pursuant to Rules of the United States District Court, LR 83.6(b) and Rule 1.16 of the Hawaii Rules of Professional Conduct, WATANABE ING KAWASHIMA & KOMEIJI, LLP hereby withdraws as counsel for Defendants CITY AND COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA, and ANN C. GIMA in the above-captioned case.

MICHAEL A. LORUSSO and KAWASHIMA LORUSSO & TOM LLP, 745 Fort Street, Suite 500, Honolulu, Hawaii 96813 (Telephone Number: 275-0300; Facsimile Number: 275-0399) hereby enters their appearance and substitute as counsel for said party.

DATED: Honolulu, Hawaii, _____FEB 1 4 2006_____.

_____
BRIAN A. KANG
WATANABE ING KAWASHIMA & KOMEIJI
Withdrawing Attorney for Defendants
CITY AND COUNTY OF HONOLULU,
GARY T. KUROKAWA, ROBERT O.
MAGOTA, and ANN C. GIMA

_____
MICHAEL A. LORUSSO
KAWASHIMA LORUSSO & TOM LLP
Appearing/Substituting Attorney for Defendants
CITY AND COUNTY OF HONOLULU,
GARY T. KUROKAWA, ROBERT O.
MAGOTA, and ANN C. GIMA

APPROVED AND SO ORDERED:

_____
Judge of the above-entitled Court

_____
PHILIP E. ENGLISH, Plaintiff vs. CITY AND COUNTY OF HONOLULU; et al., Defendants; Civil No. CV04-00108 SOM/KSC; WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANTS CITY AND COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA, and ANN C. GIMA; ORDER; Order

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH, | ) CIVIL NO. CV04-00108 SOM/KSC |
| | ) |
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| | ) |
| vs. | ) |
| | ) |
| CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10, | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was duly served by means of hand delivery, to the following named attorneys at their last known address on _____FEB 1 4 2006_____:

ROGER S. MOSELEY, ESQ.
Moseley Biehl Tsugawa Lau & Muzzi
Alakea Corporate Tower
1100 Alakea Street, 23rd Floor
Honolulu, Hawaii 96813

Attorney for Plaintiff
PHILIP E. ENGLISH

KEVIN P.H. SUMIDA, ESQ.
ANTHONY L. WONG, ESQ.
735 Bishop Street; Suite 411
Honolulu, Hawaii 96813

Attorneys for Defendant
GK APPRAISALS, INC.

DATED: Honolulu, Hawaii, _____ FEB 1 4 2006 _____.

/s/ James Kawashima

JAMES KAWASHIMA
MICHAEL A. LORUSSO
Attorneys for Defendants
CITY AND COUNTY OF HONOLULU,
GARY T. KUROKAWA,
ROBERT O. MAGOTA, and
ANN C. GIMA