ORIGINAL

Sumida & Tsuchiyama
A Limited Liability Law Company

KEVIN P. H. SUMIDA   2544-0
ANTHONY L. WONG      6018-0
Dillingham Transportation Building
735 Bishop Street, Suite 411
Honolulu, Hawaii 96813
Telephone No.: (808) 356-2600
Facsimile No.: (808) 356-2609

Attorneys For Defendant
GK APPRAISALS, INC.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 29 2006

at 9 o'clock and 40 min a.m.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>       Plaintiff,<br><br>   vs.<br><br>CITY AND COUNTY OF HONOLULU;<br>GARY T. KUROKAWA;<br>ROBERT O. MAGOTA;<br>ANN C. GIMA; and<br>GK APPRAISALS, INC.;<br>JOHN DOES 1-10;<br>JANE DOES 1-10;<br>DOE PARTNERSHIPS;<br>DOE CORPORATIONS 1-10;<br>AND DOE ENTITIES 1-10,<br><br>       Defendants. | ) CIVIL NO. CV04-00108 SOM KSC<br>)<br>)<br>)<br>)<br>) CERTIFICATE OF SERVICE<br>)<br>)<br>) [Re: PHILIP E. ENGLISH &<br>) ASSOCIATES, INC.; PHILIP E.<br>) ENGLISH; PHILIP ENGLISH &<br>) ASSOCIATES, INTERISLAND<br>) APPRAISAL GROUP]<br>)<br>)<br>)<br>) Trial Date:   10/02/2006<br>)<br>) |

CV04-00108 SOM KSC_20060413_NBR1.doc

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date **MAR 29 2006** a true and correct copy of the Notice of Taking Deposition Upon Written Questions dated **MAR 28 2006**, was duly served to the following in the manner described below:

Mailed to:

ROGER S. MOSELEY, ESQ.
ALAN K. LAU, ESQ.
CHRISTOPHER J. MUZZI, ESQ.
Moseley Biehl Tsugawa Lau & Muzzi
1100 Alakea Street, 23rd Floor
Honolulu, Hawaii 96813
Telephone No: (808) 531-0490

Attorneys for Plaintiff

Mailed to:

MICHAEL A. LORUSSO, ESQ.
Kawashima Lorusso & Tom LLP
Topa Financial Center
Fort Street Tower
745 Fort Street, Suite 500
Honolulu, Hawaii 96813
Telephone No: (808) 275-0300

Attorney for Defendants
CITY AND COUNTY OF HONOLULU;
GARY T. KUROKAWA;
ROBERT O. MAGOTA; and ANN C. GIMA

I FURTHER CERTIFY that a copy of the Notice of Taking Deposition and Certificate of Service will be attached to the witness copy of the Subpoena Duces Tecum that will be served upon the following Custodian(s) of Records:

2

STATE OF HAWAII, DEPARTMENT OF TAXATION, TAX PAYER SERVICES

DATED: Honolulu, Hawaii, _____ MAR 28 2006 _____

_____
KEVIN P. H. SUMIDA
ANTHONY L. WONG

Attorneys For Defendant
GK APPRAISALS, INC.