IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH, | ) CIVIL NO. CV04-00108 SOM/KSC |
| Plaintiff, | ) <br> ) DEFENDANT CITY AND COUNTY OF <br> ) HONOLULU MOTION FOR PARTIAL |
| vs. | ) DISMISSAL, OR IN THE <br> ) ALTERNATIVE, MOTION FOR PARTIAL |
| CITY AND COUNTY OF HONOLULU; <br> GARY T. KUROKAWA; ROBERT O. <br> MAGOTA; ANN C. GIMA; and GK <br> APPRAISALS, INC.; JOHN DOES <br> 1-10; JANE DOES 1-10; DOE <br> PARTNERSHIPS; DOE CORPORATIONS <br> 1-10; AND DOE ENTITIES 1-10, | ) SUMMARY JUDGMENT <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| Defendants. | ) |

**DEFENDANT CITY AND COUNTY OF HONOLULU'S
MOTION FOR PARTIAL DISMISSAL, OR IN THE
<u>ALTERNATIVE, MOTION FOR PARTIAL SUMMARY JUDGMENT</u>**

Comes now Defendant CITY & COUNTY OF HONOLULU ("Defendant CITY") by and through its attorneys, KAWASHIMA LORUSSO & TOM LLP, and hereby move this Honorable Court for an order granting dismissal, or in the alternative, partial summary judgment, of Count X (Intentional Interference with Prospective Economic Advantage) of the First Amended Complaint in this matter.

This motion is made pursuant to Rules 7, 12 and 56 of the Federal Rules of Civil Procedure and Rule 7 of the Local Rules of Practice for the United States District Court for the District of Hawaii, and is based upon the attached memorandum in

support of motion, the declaration of counsel, the attached Exhibit "A," and the record and files herein.

DATED: Honolulu, Hawaii, May 3, 2006.

_____
JAMES KAWASHIMA
MICHAEL A. LORUSSO
CARTER K. SIU
Attorneys for Defendant
CITY AND COUNTY OF HONOLULU