IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH, | ) CIVIL NO. CV04-00108 SOM/KSC |
| | ) |
| Plaintiff, | ) DECLARATION OF MICHAEL A. |
| | ) LORUSSO |
| vs. | ) |
| | ) |
| CITY AND COUNTY OF HONOLULU; | ) |
| GARY T. KUROKAWA; ROBERT O. | ) |
| MAGOTA; ANN C. GIMA; and GK | ) |
| APPRAISALS, INC.; JOHN DOES | ) |
| 1-10; JANE DOES 1-10; DOE | ) |
| PARTNERSHIPS; DOE CORPORATIONS | ) |
| 1-10; AND DOE ENTITIES 1-10, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## DECLARATION OF MICHAEL A. LORUSSO

I, MICHAEL A. LORUSSO, declare as follows:

1. Declarant is an attorney licensed to practice law before all the state and federal courts in the State of Hawaii and is one of the attorneys representing Defendants CITY AND COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA, ANN C. GIMA in the above-entitled action.

2. This Declaration is made in lieu of an affidavit pursuant to Local Rule 7.6, Rules of the United States District Court for the District of Hawaii, as amended.

3. Declarant makes this Declaration in support of DEFENDANT CITY AND COUNTY OF HONOLULU'S MOTION FOR PARTIAL DISMISSAL, OR IN THE ALTERNATIVE, MOTION FOR PARTIAL SUMMARY JUDGMENT.

4. On October 5, 2005, I attended the deposition of Plaintiff Philip English.

5. Attached hereto as Exhibit "A" are true and correct copies of excerpts of the Deposition Transcript of Philip English taken on October 5, 2005.

I declare under penalty of law that the foregoing is true and correct to the best of my knowledge and belief.

DATED: Honolulu, Hawaii, May 3, 2006

_____
MICHAEL A. LORUSSO