```
                                                              243
                              COPY
  1                IN THE UNITED STATES DISTRICT COURT

  2                    FOR THE DISTRICT OF HAWAII

  3

  4   PHILIP E. ENGLISH,          ) CIVIL NO. CV04-00108 JMS/KSC
                                  )
  5              Plaintiff,       )
                                  )
  6        vs.                    )
                                  )
  7   CITY AND COUNTY OF HONOLULU;) VOLUME III
      GARY T. KUROKAWA; ROBERT    ) PAGES 243 THROUGH 403
  8   MAGAOTA; ANN C. GIMA; and   )
      GK APPRAISALS, INC.; et al.,)
  9                               )
                 Defendants.      )
 10   _____)

 11

 12

 13

 14

 15          DEPOSITION OF PHILIP E. ENGLISH

 16   Taken on behalf of Defendants City & County of Honolulu,

 17   Gary T. Kurokawa, Robert O. Magota and Ann C. Gima, at the

 18   law offices of Watanabe Ing Kawashima & Komeiji, 5th Floor

 19   Hawaii Tower, 745 Fort Street, Honolulu, Hawaii 96813,

 20   commencing at 9:51 a.m., on Wednesday, October 5, 2005,

 21   pursuant to Notice.

 22

 23
      BEFORE:
 24
          Donna Kohls, CSR 146
 25       Notary Public, State of Hawaii
```



CARNAZZO COURT-REPORTING CO., LTD.
532-0222

```
                                                                244
```

1  APPEARANCES:

2  For Plaintiff:          ROGER S. MOSELEY, ESQ.
                           2300 Alakea Corporate Tower Corporate
3                          1100 Alakea Street
                           Honolulu, Hawaii 96813
4

   For Defendant
5  GK APPRAISALS,
   INC.:                   ANTHONY L. WONG, ESQ.
6                          Matsui Chung
                           1400 Mauka Tower
7                          737 Bishop Street
                           Honolulu, Hawaii 96813
8

   For Defendant
9  City & County of
   Honolulu; Gary T.
10 Kurokawa; Robert
   O. Magota; and
11 Ann C. Gima:            MICHAEL A. LORUSSO, ESQ.
                           Watanabe Ing Kawashima & Komeiji
12                         23rd Floor, First Hawaiian Center
                           999 Bishop Street
13                         Honolulu, Hawaii 96813

14

15

16

17

18

19

20

21

22

23

24

25

                    CARNAZZO COURT-REPORTING CO., LTD.
                               532-0222

245

I N D E X

| | EXAMINATION RESUMED BY: | PAGE |
|---|---|---|
| | Mr. Lorusso | 246 |

EXHIBITS MARKED FOR IDENTIFICATION:

| 4 | Probationary Performance Evaluation Report | 309 |
|---|---|---|
| 5 | Performance Valuation Report | 315 |
| 6 | Probationary Performance Evaluation Report | 316 |
| 7 | Performance Evaluation Report | 318 |
| 8 | Response to Comments | 326 |
| 9 | Probationary Performance Evaluation Report | 329 |
| 10 | Probationary Performance Evaluation Report | 335 |
| 11 | Response to the Review | 382 |
| 12 | Letter dated January 16, 2003 | 394 |

CARNAZZO COURT-REPORTING CO., LTD.
532-0222

1  Graff a part of that conversation?
2  A    No, Chris Graff was not part.  Again, they were
3  roommates at the time and I think the guy came home in the
4  evening and relayed the information to Chris who in turn
5  related to me.  I don't know.  He may have called Chris at
6  work and told him.  I'm not sure, but somehow Chris became
7  aware of it and he related that to me.
8  Q    And since the time you worked for the City, as you
9  have indicated, you have never applied for any positions
10 as an appraiser, correct?
11 A    I never applied for a position as an appraiser,
12 correct.  Well, within the division I did at different
13 appraisal positions, but not outside the division.
14 Q    In other words, from the time your employment with
15 the City ended until the present time, you have not
16 applied for an appraiser position, correct?
17 A    No, I haven't.
18 Q    So there has been no employer who has said to you,
19 well, I can't hire you because you are a troublemaker as
20 far as an appraiser position, since you never applied for
21 an appraiser position, correct?
22 A    That opportunity never came up, right.
23 Q    And after the time that you became aware of this
24 comment being made-- and by the way, was it in that
25 May/June 2002 period that you became aware that the

403

STATE OF HAWAII      )
                     )
I, DONNA KOHLS, C.S.R., a Notary Public in and for the State of Hawaii, do hereby certify:

That on October 5, 2005, at 9:51 a.m., appeared before me PHILIP E. ENGLISH, the witness whose testimony is contained herein, that prior to being examined, the witness was by me duly sworn; that the proceedings were taken in computerized machine shorthand by me and were reduced to print; that the foregoing represents to the best of my ability, a correct transcript of the proceedings had in the foregoing matter;

That the witness, if applicable, was notified through counsel, by mail or by telephone to appear and sign; that if the transcript is not signed, either the reading and signing were waived by the witness and all parties, or the witness failed to appear and the original is therefore kept on file without signature pursuant to Court Rules.

I further certify that I am not counsel for any of the parties hereto, nor in any way interested in the outcome of the cause named in the caption.

Dated: OCT 17 2005

Donna Kohls, C.S.R., No. 146
Notary Public, State of Hawaii
My commission expires: 7-21-2010