IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>        Plaintiff,<br><br>   vs.<br><br>CITY AND COUNTY OF HONOLULU;<br>GARY T. KUROKAWA; ROBERT O.<br>MAGOTA; ANN C. GIMA; and GK<br>APPRAISALS, INC.; JOHN DOES<br>1-10; JANE DOES 1-10; DOE<br>PARTNERSHIPS; DOE CORPORATIONS<br>1-10; AND DOE ENTITIES 1-10,<br><br>        Defendants. | ) CIVIL NO. CV04-00108 SOM/KSC<br>)<br>) DEFENDANTS GARY T. KUROKAWA,<br>) ROBERT O. MAGOTA, and ANN C.<br>) GIMA'S MOTION FOR PARTIAL<br>) DISMISSAL, OR IN THE<br>) ALTERNATIVE, MOTION FOR PARTIAL<br>) SUMMARY JUDGMENT<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS GARY T. KUROKAWA, ROBERT O. MAGOTA, and
ANN C. GIMA'S MOTION FOR PARTIAL DISMISSAL, OR IN
THE ALTERNATIVE, MOTION FOR PARTIAL SUMMARY JUDGMENT**

Come now Defendants GARY T. KUROKAWA, ROBERT O. MAGOTA, and ANN C. GIMA, by and through their attorneys, KAWASHIMA LORUSSO & TOM LLP, and hereby move this Honorable Court for an order granting dismissal, or in the alternative, partial summary judgment, of Count IX (Intentional Interference with Contractual Relations) and Count X (Intentional Interference with Prospective Economic Advantage) of the First Amended Complaint in this matter.

This motion is made pursuant to Rules 7, 12 and 56 of the Federal Rules of Civil Procedure and Rule 7 of the Local Rules of Practice for the United States District Court for the

District of Hawaii, and is based upon the attached memorandum in support of motion and the record and files herein.

DATED: Honolulu, Hawaii, May 3, 2006.

_____
JAMES KAWASHIMA
MICHAEL A. LORUSSO
CARTER K. SIU
Attorneys for Defendant
CITY AND COUNTY OF HONOLULU,
GARY T. KUROKAWA,
ROBERT O. MAGOTA, and
ANN C. GIMA

- 2 -