COPY

243

1    IN THE UNITED STATES DISTRICT COURT

2         FOR THE DISTRICT OF HAWAII

3

4    PHILIP E. ENGLISH,            )  CIVIL NO. CV04-00108 JMS/KSC
                                   )
5              Plaintiff,          )
                                   )
6         vs.                      )
                                   )
7    CITY AND COUNTY OF HONOLULU;  )  VOLUME III
     GARY T. KUROKAWA; ROBERT      )  PAGES 243 THROUGH 403
8    MAGAOTA; ANN C. GIMA; and     )
     GK APPRAISALS, INC.; et al.,  )
9                                  )
               Defendants.         )
10                                 )
     _____)

11

12

13

14

15         DEPOSITION OF PHILIP E. ENGLISH

16   Taken on behalf of Defendants City & County of Honolulu,

17   Gary T. Kurokawa, Robert O. Magota and Ann C. Gima, at the

18   law offices of Watanabe Ing Kawashima & Komeiji, 5th Floor

19   Hawaii Tower, 745 Fort Street, Honolulu, Hawaii 96813,

20   commencing at 9:51 a.m., on Wednesday, October 5, 2005,

21   pursuant to Notice.

22

23

     BEFORE:
24
         Donna Kohls, CSR 146
25       Notary Public, State of Hawaii



EXHIBIT "B"

CARNAZZO COURT-REPORTING CO., LTD.
532-0222

244

1    <u>APPEARANCES</u>:

2    For Plaintiff:        ROGER S. MOSELEY, ESQ.
                           2300 Alakea Corporate Tower Corporate
3                          1100 Alakea Street
                           Honolulu, Hawaii 96813

4
     For Defendant
5    GK APPRAISALS,
     INC.:                 ANTHONY L. WONG, ESQ.
6                          Matsui Chung
                           1400 Mauka Tower
7                          737 Bishop Street
                           Honolulu, Hawaii 96813

8
     For Defendant
9    City & County of
     Honolulu; Gary T.
10   Kurokawa; Robert
     O. Magota; and
11   Ann C. Gima:         MICHAEL A. LORUSSO, ESQ.
                          Watanabe Ing Kawashima & Komeiji
12                        23rd Floor, First Hawaiian Center
                          999 Bishop Street
13                        Honolulu, Hawaii 96813

14

15

16

17

18

19

20

21

22

23

24

25

245

I N D E X

EXAMINATION RESUMED BY:                        PAGE

Mr. Lorusso                                    246


EXHIBITS MARKED FOR IDENTIFICATION:

4    Probationary Performance              309
     Evaluation Report

5    Performance Valuation Report          315

6    Probationary Performance              316
     Evaluation Report

7    Performance Evaluation Report         318

8    Response to Comments                  326

9    Probationary Performance              329
     Evaluation Report

10   Probationary Performance              335
     Evaluation Report

11   Response to the Review                382

12   Letter dated January 16, 2003         394

1   Graff a part of that conversation?

2   A    No, Chris Graff was not part.  Again, they were

3   roommates at the time and I think the guy came home in the

4   evening and relayed the information to Chris who in turn

5   related to me.  I don't know.  He may have called Chris at

6   work and told him.  I'm not sure, but somehow Chris became

7   aware of it and he related that to me.

8   Q    And since the time you worked for the City, as you

9   have indicated, you have never applied for any positions

10  as an appraiser, correct?

11  A    I never applied for a position as an appraiser,

12  correct.  Well, within the division I did at different

13  appraisal positions, but not outside the division.

14  Q    In other words, from the time your employment with

15  the City ended until the present time, you have not

16  applied for an appraiser position, correct?

17  A    No, I haven't.

18  Q    So there has been no employer who has said to you,

19  well, I can't hire you because you are a troublemaker as

20  far as an appraiser position, since you never applied for

21  an appraiser position, correct?

22  A    That opportunity never came up, right.

23  Q    And after the time that you became aware of this

24  comment being made-- and by the way, was it in that

25  May/June 2002 period that you became aware that the

403

```
1   STATE OF HAWAII              )
                                 )
2       I, DONNA KOHLS, C.S.R., a Notary Public in and for

3   the State of Hawaii, do hereby certify:

4       That on October 5, 2005, at 9:51 a.m., appeared

5   before me PHILIP E. ENGLISH, the witness whose testimony

6   is contained herein, that prior to being examined, the

7   witness was by me duly sworn; that the proceedings were

8   taken in computerized machine shorthand by me and were

9   reduced to print; that the foregoing represents to the

10  best of my ability, a correct transcript of the

11  proceedings had in the foregoing matter;

12      That the witness, if applicable, was notified through

13  counsel, by mail or by telephone to appear and sign; that

14  if the transcript is not signed, either the reading and

15  signing were waived by the witness and all parties, or the

16  witness failed to appear and the original is therefore

17  kept on file without signature pursuant to Court Rules.

18      I further certify that I am not counsel for any of

19  the parties hereto, nor in any way interested in the

20  outcome of the cause named in the caption.

21      Dated:_____OCT 1 7 2005_____

22

23              [signature]

24      Donna Kohls, C.S.R., No. 146
        Notary Public, State of Hawaii
25      My commission expires: 7-21-2010
```