IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH, | ) CIVIL NO. CV04-00108 SOM/KSC |
| | ) |
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| | ) [re: CONCISE STATEMENT OF FACTS |
| vs. | ) IN SUPPORT OF DEFENDANT CITY |
| | ) AND COUNTY OF HONOLULU'S MOTION |
| CITY AND COUNTY OF HONOLULU; | ) FOR PARTIAL DISMISSAL, OR IN |
| GARY T. KUROKAWA; ROBERT O. | ) THE ALTERNATIVE, MOTION FOR |
| MAGOTA; ANN C. GIMA; and GK | ) PARTIAL SUMMARY JUDGMENT] |
| APPRAISALS, INC.; JOHN DOES 1- | ) |
| 10; JANE DOES 1-10; DOE | ) |
| PARTNERSHIPS; DOE CORPORATIONS | ) |
| 1-10; AND DOE ENTITIES 1-10, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the CONCISE STATEMENT OF FACTS IN SUPPORT OF DEFENDANT CITY AND COUNTY OF HONOLULU'S MOTION FOR PARTIAL DISMISSAL, OR IN THE ALTERNATIVE, MOTION FOR PARTIAL SUMMARY JUDGMENT was duly served by means of mailing, postage pre-paid, U.S. mail, to the following named attorneys at their last known address on May 3, 2006:

    ROGER S. MOSELEY, ESQ.
    Moseley Biehl Tsugawa Lau & Muzzi
    Alakea Corporate Tower
    1100 Alakea Street, 23rd Floor
    Honolulu, Hawaii 96813

    Attorney for Plaintiff
    PHILIP E. ENGLISH

KEVIN P.H. SUMIDA, ESQ.
ANTHONY L. WONG, ESQ.
735 Bishop Street; Suite 411
Honolulu, Hawaii 96813

Attorneys for Defendant
GK APPRAISALS, INC.

DATED: Honolulu, Hawaii, May 3, 2006.

_____
JAMES KAWASHIMA
MICHAEL A. LORUSSO
CARTER K. SIU
Attorneys for Defendants
CITY AND COUNTY OF HONOLULU,
GARY T. KUROKAWA,
ROBERT O. MAGOTA, and
ANN C. GIMA