English v. C&C Motion to Dismiss Concise Statement (Kurokawa).wpd

KAWASHIMA LORUSSO & TOM LLP

JAMES KAWASHIMA      #1145-0
MICHAEL A. LORUSSO   #3448-0
CARTER K. SIU        #7313-0
Topa Financial Center
Fort Street Tower
745 Fort Street, Suite 500
Honolulu, Hawaii 96813
Telephone:    (808)275-0371
Facsimile:    (808)275-0399
Email Address: mlorusso@kltlaw.com

Attorneys for Defendants
CITY AND COUNTY OF HONOLULU,
GARY T. KUROKAWA, ROBERT O. MAGOTA,
and ANN C. GIMA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>         Plaintiff,<br><br>   vs.<br><br>CITY AND COUNTY OF HONOLULU;<br>GARY T. KUROKAWA; ROBERT O.<br>MAGOTA; ANN C. GIMA; and GK<br>APPRAISALS, INC.; JOHN DOES<br>1-10; JANE DOES 1-10; DOE<br>PARTNERSHIPS; DOE CORPORATIONS<br>1-10; AND DOE ENTITIES 1-10,<br><br>         Defendants. | CIVIL NO. CV04-00108 SOM/KSC<br><br>CONCISE STATEMENT OF FACTS IN<br>SUPPORT OF DEFENDANTS GARY T.<br>KUROKAWA, ROBERT O. MAGOTA, and<br>ANN C. GIMA'S MOTION FOR<br>PARTIAL DISMISSAL, OR IN THE<br>ALTERNATIVE, MOTION FOR PARTIAL<br>SUMMARY JUDGMENT |

CONCISE STATEMENT OF FACTS IN SUPPORT OF
DEFENDANTS GARY T. KUROKAWA, ROBERT O. MAGOTA, and
ANN C. GIMA'S MOTION FOR PARTIAL DISMISSAL, OR IN
THE ALTERNATIVE, MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to Rule L.R. 56.1 fo the Local Rules of

Practice for the United States District Court for the District of

Hawaii, Defendants GARY T. KUROKAWA, ROBERT O. MAGOTA, and ANN C. GIMA hereby submit their separate concise statement of material facts in support of their Motion for Partial Dismissal, or in the Alternative, Motion for Partial Summary Judgment, which is being filed contemporaneously.

| FACTS | EVIDENTIARY SUPPORT |
|---|---|
| Plaintiff voluntarily resigned from his position with Defendant CITY as part of his Workers Compensation settlement with Defendant CITY. | See Exhibit "A," Compromise, Settlement and Release Agreement; Approval and Order. |
| After resigning from his position with Defendant CITY & COUNTY OF HONOLULU, Plaintiff did not apply for an appraiser position | See Exhibit "B," Deposition Transcript of Philip English, Volume III, dated October 5, 2005, pg. 379, lines 8 - 22. |

DATED: Honolulu, Hawaii, May 3, 2006

JAMES KAWASHIMA
MICHAEL A. LORUSSO
CARTER K. SIU
Attorneys for Defendants
CITY AND COUNTY OF HONOLULU,
GARY T. KUROKAWA,
ROBERT O. MAGOTA, and
ANN C. GIMA