IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1–10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>　　　　　Defendants. | Civil No.  04-00108 SOM/KSC<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I certify that a copy of PHILIP E. ENGLISH'S MEMORANDUM IN OPPOSITION TO DEFENDANT CITY AND COUNTY OF HONOLULU'S MOTION FOR PARTIAL DISMISSAL, OR IN THE ALTERNATIVE, MOTION FOR PARTIAL SUMMARY JUDGMENT; were duly served upon the following persons, in the method described and on the date stated:

| | |
|---|---|
| MICHAEL L. LORUSSO, ESQ.<br>Kawashima Lorusso & Tom, LLP<br>Fort Street Tower | U.S. MAIL<br>POSTAGE PREPAID<br>May 26, 2006 |

10010/3/53747

745 Fort Street, 5th Floor
Honolulu, Hawaii 96813

    Attorneys for Defendants
    City & County of Honolulu,
    Gary T. Kurokawa, Robert O. Magota,
    and Ann C. Gima

KEVIN P. H. SUMIDA, ESQ.          U.S. MAIL
ANTHONY L. WONG, ESQ.          POSTAGE PREPAID
Sumida & Tsuchiyama               May 26, 2006

Dillingham Transportation Building

735 Bishop Street, Suite 411

Honolulu, Hawaii 96813

    Attorneys for Defendant
    GK APPRAISALS, INC.

DATED:  Honolulu, Hawaii, May 26, 2006.

                                    /S/ JOANNA B. K. FONG
                            _____
                            ROGER S. MOSELEY
                            ALAN K. LAU
                            RENEE M. FURUTA
                            JOANNA B.K. FONG
                            Attorneys for Plaintiff
                            PHILIP E. ENGLISH