IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>               Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1–10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>               Defendants. | Civil No.  04-00108 SOM/KSC<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I certify that a copy of PHILIP E. ENGLISH'S MEMORANDUM IN OPPOSITION TO DEFENDANTS GARY T. KUROKAWA, ROBERT O. MAGOTA, AND ANN C. GIMA'S MOTION FOR PARTIAL DISMISSAL, OR IN THE ALTERNATIVE, MOTION FOR PARTIAL SUMMARY JUDGMENT; were duly served upon the following persons, in the method described and on the date stated:

10010/3/56185

| | |
|---|---|
| MICHAEL L. LORUSSO, ESQ.<br>Kawashima Lorusso & Tom, LLP<br>Fort Street Tower<br>745 Fort Street, 5th Floor<br>Honolulu, Hawaii 96813<br><br>Attorneys for Defendants<br>City & County of Honolulu,<br>Gary T. Kurokawa, Robert O. Magota,<br>and Ann C. Gima | U.S. MAIL<br>POSTAGE PREPAID<br>May 26, 2006 |
| KEVIN P. H. SUMIDA, ESQ.<br>ANTHONY L. WONG, ESQ.<br>Sumida & Tsuchiyama<br>Dillingham Transportation Building<br>735 Bishop Street, Suite 411<br>Honolulu, Hawaii 96813<br><br>Attorneys for Defendant<br>GK APPRAISALS, INC. | U.S. MAIL<br>POSTAGE PREPAID<br>May 26, 2006 |

DATED: Honolulu, Hawaii, May 26, 2006.

/s/ Joanna B. K. Fong
---
ROGER S. MOSELEY
ALAN K. LAU
RENEE M. FURUTA
JOANNA B.K. FONG
Attorneys for Plaintiff
PHILIP E. ENGLISH