| CITY AND COUNTY OF HONOLULU DEPARTMENT OF PERSONNEL | DEPARTMENT/DIVISION DEPARTMENT OF BUDGET AND FISCAL SERVICES | | 3 MON |
|---|---|---|---|
| **PROBATIONARY PERFORMANCE EVALUATION REPORT** | NAME OF EMPLOYEE ENGLISH, PHILIP E | RATING PERIOD NEW | 02-01-01 TO:04-30-01 |
| | POS. NO. DF436 | TITLE OF POSITION REAL PROPERTY APPRAISER III | |

## PROBATIONARY PERFORMANCE EVALUATION REPORT

Civil Service Rule 11-2 (b) (2) requires the Appointing Authority to have the performance of each probationary employee evaluated in writing at the end of every three months during the probationary period including any extension thereof. A performance evaluation is not required when an employee is terminated prior to the completion of the three months or prior to the completion of the probationary period.

| PERFORMANCE FACTORS | EXCELLENT | EXCEEDS REQUIREMENTS | MEETS REQUIREMENTS | BELOW REQUIREMENTS |
|---|---|---|---|---|
| 1. QUANTITY OF WORK | | X | | |
| 2. QUALITY OF WORK | | X | | |
| 3. ATTITUDE TOWARD WORK | | X | | |
| 4. RELATIONSHIP WITH PEOPLE | | X | | |
| 5. SUPERVISION OF EMPLOYEES (To be used only in evaluating supervisory and/or administrative personnel) | | | | |

**COMMENTS**
Recognition for superior work; suggestions for improving performance.

During this initial probationary evaluation period, Philip has been in the process of preparing the presentation of appeals to the Board of Review for the Waikiki area condominiums. He is currently assisting in the review and preparation for cases at the Tax Appeal Court. He has a strong background and foundation in the real estate profession and has been able to apply his skills to the assessment area.

He has a good attitude toward his work and works well with his fellow employees and is tactful and courteous in his dealings with the public.

Philip's work meets the minimum requirement of the position and a satisfactory rating is recommended.

(No courses taken during this evaluation period)

*RECEIVED APR 5 2001 C&C DEPARTMENT OF FINANCE REAL PROPERTY ASSESSMENT BRANCH*

**CERTIFICATE OF EMPLOYEE**
This performance evaluation report has been discussed with me.
_[signature]_ SIGNATURE    3/29/01 DATE

**CERTIFICATE OF SUPERVISOR**
This report constitutes my best evaluation of this employee based on personal observation and knowledge of the employee's work during the probationary period.
_[signature]_ SIGNATURE    REAL PROPERTY APPRAISER VI TITLE OF POSITION    3/29/01 DATE

**CERTIFICATE OF APPOINTING AUTHORITY OR DESIGNATED REPRESENTATIVE**
I have reviewed the performance evaluation report of this employee, and I am: (check one)
☐ Continuing the probationary status for the established probationary period.
☐ Adjusting the probationary period for _____ month(s). (See CS Rule 3-36 (d) (4))
☐ Extending the probationary period for _____ month(s). (See CS Rule 3-36 (d) (3))
☐ Terminating the probationary appointment.

_[signature]_ SIGNATURE    REAL PROPERTY ADMINISTRATOR TITLE OF POSITION    4/5/01 DATE

FORM NO. 42 (REV. 4/93)    **EMPLOYEE COPY**    Exhibit 4    PE 00570