**CITY AND COUNTY OF HONOLULU**
**DEPARTMENT OF HUMAN RESOURCES**
**PERFORMANCE EVALUATION REPORT**

| Field | Value |
|---|---|
| DEPARTMENT/DIVISION | DEPARTMENT OF BUDGET AND FISCAL SERVICES |
| NAME OF EMPLOYEE | ENGLISH, PHILIP E |
| EVALUATION PERIOD | 05-01-00 TO 05-31-01 |
| POS. NO. | DF436 |
| TITLE OF POSITION | REAL PROPERTY APPRAISER III |

| PERFORMANCE FACTORS | EXCELLENT | EXCEEDS REQUIREMENTS | MEETS REQUIREMENTS | BELOW REQUIREMENTS |
|---|---|---|---|---|
| 1. QUANTITY OF WORK | | X | | |
| 2. QUALITY OF WORK | | X | | |
| 3. ATTITUDE TOWARD WORK | | X | | |
| 4. RELATIONSHIP WITH PEOPLE | | X | | |
| 5. SUPERVISION OF EMPLOYEES (To be used only in evaluating supervisory and/or administrative personnel) | | | | |

**COMMENTS**
**RECOGNITION FOR SUPERIOR WORK; SUGGESTIONS FOR IMPROVING PERFORMANCE**

During this evaluation period, Philip has been promoted from an Appraiser II to an Appraiser III position. He was involved in the review and preparation for a case at the Tax Appeal Court, which has since been settled and is currently in the process of preparing for another two appeals before the Tax Appeal Court. He is also responsible for researching and defending all 2001 appeals before the Board of Review as well as the analysis necessary for the 2002 assessment.

Philip's background and foundation in the real estate profession have been extremely valuable in all the court cases and at the Board of Review. He has displayed a good understanding and insight into the tax laws and has learned the basic office procedures.

He has a good attitude toward his work and is responsible and works well with his fellow employees. He has shown himself to be tactful and courteous in his dealings with the public.

Philip's work exceeds the minimum requirement of the position and a satisfactory rating is recommended.

(Please see attached list of courses taken)

RECEIVED APR 23 2001
C&C DEPARTMENT OF FINANCE
REAL PROPERTY ASSESSMENT BRANCH

Employee's Performance Rating is: [X] Satisfactory  [ ] Substandard

**CERTIFICATE OF EMPLOYEE**
This performance evaluation report has been discussed with me.
SIGNATURE: [signed]   DATE: 4/23/01

**CERTIFICATE OF SUPERVISOR**
This report constitutes my best evaluation of this employee based on personal observation and knowledge of the employee's work during the evaluation period.
SIGNATURE: [signed]   TITLE OF POSITION: REAL PROPERTY APPRAISER VI   DATE: 4/23/01

**CERTIFICATE OF APPOINTING AUTHORITY OF DESIGNATED REPRESENTATIVE**
I have reviewed the performance evaluation report of this employee:
SIGNATURE: [signed]   TITLE OF POSITION: REAL PROPERTY ADMINISTRATOR   DATE: 4/23/01

Exhibit 5

PE 00568