**EXPEDITED REVIEW**

STATE OF HAWAII
DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
Business Registration Division
1010 Richards Street
Mailing Address: P. O. Box 40, Honolulu, Hawaii 96810

RECEIVED JAN - 3 1992 8:52 a.m.
Dept of Commerce & Consumer Affairs STATE OF HAWAII

ART 00176616  13- 1/07/92   90.00

ARTICLES OF INCORPORATION
(Section 415-54, Hawaii Revised Statutes)

326 D1   The undersigned, desiring to form a corporation under the laws of the State of Hawaii, do hereby execute the following Articles of Incorporation:

I

The name of the corporation shall be: GK APPRAISALS, INC.

II

The mailing address of the initial or principal office of the corporation is: 1225 Kahoa Road, Hilo, Hawaii 96720.

III

The period of its duration is perpetual.

IV

Section 1. The primary specific purpose(s) for which this corporation is organized is the following:

(a) To engage in the business of appraising real property as a primary specific purpose.

(b) The transaction of any or all lawful business for which corporations may be incorporated under Chapter 415, Hawaii Revised Statutes.

Section 2. An in furtherance of said purposes, the corporation shall have all powers, rights, privileges and immunities, and shall be subject to all of the liabilities conferred or imposed by law upon corporations of this nature, and shall be subject to and have all the benefits of all general laws with respect to corporations.


Exhibit 6

DEPARTMENT OF COMMERCE
AND CONSUMER AFFAIRS
STATE OF HAWAII
Filed on
JANUARY 3, 1992

#529960

## V

Provisions granting preemptive rights are:

Stockholders shall as such holders have pre-emptive rights in and to subscribe for any additional shares of stock of any class whatsoever and any securities convertible into stock of any class whatsoever, and subject to such pre-emptive rights, to the provisions of these Articles, to the provisions of the By-Laws of the corporation, and to the provisions of any applicable laws, such shares of stock or securities convertible into stock may be issued and disposed of by resolution of the board of directors to such persons, firms, corporations or associations, and for such consideration and upon such terms as may be deemed advisable by the board of directors, including the issuance thereof as and for stock dividends.

## VI

Section 1. The officers of the corporation shall be a president, one or more vice presidents, a secretary, and a treasurer, who shall be appointed by the Board of Directors as shall be prescribed by the By-Laws.

Section 2. There shall be a Board of Directors of not less than four members, who need not be stockholders, except as may otherwise be provided by the By-Laws.

Section 3. All the powers and authority of the corporation shall be vested in and may be exercised by the Board of Directors except as otherwise provided by law, these Articles of Incorporation or the By-Laws of the corporation.

## VII

The following individuals are the first officers and directors of the corporation:

| Name and Office Held | Residence Address |
|---|---|
| GORDON T. KUROKAWA<br>President<br>Director | 1225 Kahoa Road<br>Hilo, Hawaii  96720 |
| GARY T. KUROKAWA<br>Vice President<br>Director | 1225 Kahoa Road<br>Hilo, Hawaii  96720 |
| KEVIN E. KUROKAWA<br>Secretary<br>Director | 1225 Kahoa Road<br>Hilo, Hawaii  96720 |
| THELMA T. KUROKAWA<br>Treasurer<br>Director | 1225 Kahoa Road<br>Hilo, Hawaii  96720 |

VIII

The aggregate number of shares which the corporation shall have authority to issue:

| Class/Series | Number of Shares |
|---|---|
| Common stock, $50.00 par value each | 20,000 |

IX

| Names of Subscribers | Number Of Shares Subscribed For By Each Subscriber | Subscription Price For The Shares Subscribed For By Each Subscriber | Amount of Capital Paid In | Manner Paid In |
|---|---|---|---|---|
| GORDON T. KUROKAWA and THELMA T. KUROKAWA, as Tenants by the Entirety | 153 | $ 7,650.00 | $ 902.00 | Cash |
|  |  |  | $ 6,748.00 | Equipment |
| GARY T. KUROKAWA | 90 | $ 4,500.00 | $ 500.00 | Cash |
|  |  |  | $ 4,000.00 | Equipment |
| KEVIN E. KUROKAWA | 57 | $ 2,850.00 | $ 2,850.00 | Cash |
|  | 300 | $15,000.00 | $15,000.00 |  |

We certify under the penalties of Section 415-136, Hawaii Revised Statutes, that we have read the above statements and that the same are true and correct.

Witness our hands this 30th day of December, 1991.

_____
GORDON T. KUROKAWA

_____
THELMA T. KUROKAWA

_____
GARY T. KUROKAWA

_____
KEVIN E. KUROKAWA