| DOMESTIC PROFIT CORPORATION | STATE OF HAWAII | |
|---|---|---|
| MAKE REMITTANCE PAYABLE TO:<br>FILING FEE: $15.00 | DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS<br>BUSINESS REGISTRATION DIVISION<br>1010 Richards Street<br>Mailing Address: P.O. Box 40, Honolulu, HI. 96810 | ORIGINAL-RETURN BY MARCH 31<br>PENALTY FOR LATE FILING<br>Your cancelled check is your receipt |

DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 1992

CORPORATE NAME AND MAILING ADDRESS:   B17 00080404   2- 2/25/93   15.00

GK APPRAISALS, INC.
1225 KAHOA ROAD
HILO HI 96720

If the above mailing address has changed, line out address and type or print the new address on the following line. Give Number, Street, City, State, and Zip Code:

1. **AUTHORIZED CAPITAL**

| CLASS/SERIES | NUMBER | PAID-IN CAPITAL (NUMBER OF SHARES ISSUED) | |
|---|---|---|---|
| | | CLASS/SERIES | NUMBER |
| COMMON | 20,000 | COMMON | 300 |

To Correct the above capital(s), line out and print the correct class/series and numbers on the right.

2. **NATURE OF BUSINESS:**
   TO ENGAGE IN THE BUSINESS OF APPRAISING REAL PROPERTY
   (To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

3. **OFFICERS/DIRECTORS:** (List all officers and directors. Every corporation must have a minimum of two individuals as officers. At least one director must be a resident of Hawaii. To correct, line out and print corrections on the right. See instructions on back of form.)

| OFFICE HELD/<br>DIRECTOR CODE | NAME IN FULL | RESIDENCE ADDRESS: (DO NOT LIST BUSINESS ADDRESS)<br>(INCLUDE NUMBER & STREET, APT. NO., CITY, STATE & ZIP CODE) | |
|---|---|---|---|
| *P/D | KUROKAWA, GORDON T | 1225 KAHOA ROAD | HILO, HI 96720 |
| *V/D | KUROKAWA, GARY T | 1225 KAHOA ROAD | HILO, HI 96720 |
| *S/D | KUROKAWA, KEVIN E | 1225 KAHOA ROAD | HILO, HI 96720 |
| *T/D | KUROKAWA, THELMA T | 1225 KAHOA ROAD | HILO, HI 96720 |

## CERTIFICATION

I certify under the penalties of Section 415-136, Hawaii Revised Statutes, that I have read the above and:

CHECK ONLY ONE OF THE FOLLOWING STATEMENTS
[x] The above information is true and correct and no changes are necessary.
[ ] The above information is true and correct with changes so noted.

DATE: Feb. 17, 1993     *(signature)* Gordon T. Kurokawa     President
                        SIGNATURE OF AUTHORIZED OFFICER,          (OFFICE HELD)
                        (if Attorney-in-fact signs, attach power of attorney)

FILE NO. 0086326D1   (File this original copy. Photo copy will not be accepted. Keep photo copy for your records.)
Rev. 12/90            (see reverse side for instructions)

B17
B22

Exhibit 7

| DOMESTIC PROFIT CORPORATION | STATE OF HAWAII | |
|---|---|---|
| MAKE REMITTANCE PAYABLE TO: | DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS | ORIGINAL-RETURN BY MARCH 31 |
| FILING FEE: $15.00 | BUSINESS REGISTRATION DIVISION | PENALTY FOR LATE FILING |
| | 1010 Richards Street | Your cancelled check is your receipt |
| | Mailing Address: Annual Filing, P.O. Box 40, Honolulu, HI. 96810 | |

DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 1993
CORPORATE NAME AND MAILING ADDRESS:

GK APPRAISALS, INC.
1225 KAHOA ROAD
HILO HI 96720

```
DATE      ID   T SEQ# FILE#    TRAN#
94/03/02 B17  3   63 -LINE 4- 382
TOTAL AMOUNT $     15.00
8632601
```

If the above mailing address has changed, line out address and type or print the new address on the following line. Give Number, Street, City, State, and Zip Code:

1. **AUTHORIZED CAPITAL**

| CLASS/SERIES | NUMBER | PAID-IN CAPITAL (NUMBER OF SHARES ISSUED) | |
|---|---|---|---|
| | | CLASS/SERIES | NUMBER |
| COMMON | 20,000 | COMMON | 300 |

To Correct the above capital(s), line out and print the correct class/series and numbers on the right.

2. **NATURE OF BUSINESS:**
   TO ENGAGE IN THE BUSINESS OF APPRAISING REAL PROPERTY
   (To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

3. **OFFICERS/DIRECTORS:** (List all officers and directors. Every corporation must have a minimum of two individuals as officers. At least one director must be a resident of Hawaii. To correct, line out and print corrections on the right. See instructions on back of form.)

| OFFICE HELD/ DIRECTOR CODE | NAME IN FULL | RESIDENCE ADDRESS: (DO NOT LIST BUSINESS ADDRESS) (INCLUDE NUMBER & STREET, APT. NO., CITY, STATE & ZIP CODE) | |
|---|---|---|---|
| *P/D | KUROKAWA, GORDON T | 1225 KAHOA ROAD | HILO, HI 96720 |
| *V/D | KUROKAWA, GARY T | 1225 KAHOA ROAD | HILO, HI 96720 |
| *S/D | KUROKAWA, KEVIN E | 1225 KAHOA ROAD | HILO, HI 96720 |
| *T/D | KUROKAWA, THELMA T | 1225 KAHOA ROAD | HILO, HI 96720 |

I HEREBY CERTIFY that this is a true and correct copy of the official record(s) of the Business Registration Division.

[signature]
DIRECTOR OF COMMERCE AND CONSUMER AFFAIRS
Date: November 3, 2005

FEB 22 2 01 PM '94
RECEIVED
BUSINESS REGISTRATION DIVISION
DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
STATE OF HAWAII

## CERTIFICATION

I certify under the penalties of Section 415-136, Hawaii Revised Statutes, that I have read the above and:

CHECK ONLY ONE OF THE FOLLOWING STATEMENTS
[X] The above information is true and correct and no changes are necessary.
[ ] The above information is true and correct with changes so noted.

DATE: 2/17/94      [signature] Gordon Kurokawa      PRESIDENT
                   SIGNATURE OF AUTHORIZED OFFICER,      (OFFICE HELD)
                   (if Attorney-in-fact signs, attach power of attorney)

FILE NO. 0086326D1   (File this original copy. Photo copy will not be accepted. Keep photo copy for your records.)
Rev. 12/90           (see reverse side for instructions)

B17
B22

**STATE OF HAWAII**
**DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS**
**BUSINESS REGISTRATION DIVISION**
1010 Richards Street
Mailing Address: Annual Filing, P.O. Box 40, Honolulu, HI. 96810

DOMESTIC PROFIT CORPORATION
MAKE REMITTANCE PAYABLE TO:
FILING FEE: $15.00

ORIGINAL-RETURN BY MARCH 31
PENALTY FOR LATE FILING

Your cancelled check is your receipt

JMKK

DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 1994
CORPORATE NAME AND MAILING ADDRESS:

GK APPRAISALS, INC.
1225 KAHOA ROAD
HILO HI 96720

DATE   ID   T SEQ# FILE#   TRAN#
95/03/10 B17   4   691 -LINE 4-3466
TOTAL AMOUNT $       15.00
8632601

If the above mailing address has changed, line out address and type or print the new address on the following line. Give Number, Street, City, State, and Zip Code:

1. AUTHORIZED CAPITAL.
   CLASS/SERIES    NUMBER
   COMMON          20,000

   PAID-IN CAPITAL (NUMBER OF SHARES ISSUED)
   CLASS/SERIES    NUMBER
   COMMON          300

   To Correct the above capital(s), line out and print the correct class/series and numbers on the right.

2. NATURE OF BUSINESS:
   TO ENGAGE IN THE BUSINESS OF APPRAISING REAL PROPERTY
   (To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

3. OFFICERS/DIRECTORS: (List all officers and directors. Every corporation must have a minimum of two individuals as officers. At least one director must be a resident of Hawaii. To correct, line out and print corrections on the right. See instructions on back of form.)

| OFFICE HELD/ DIRECTOR CODE | NAME IN FULL | RESIDENCE ADDRESS: (DO NOT LIST BUSINESS ADDRESS) (INCLUDE NUMBER & STREET, APT. NO., CITY, STATE & ZIP CODE) | |
|---|---|---|---|
| *P/D | KUROKAWA, GORDON T | 1225 KAHOA ROAD | HILO, HI 96720 |
| *V/D | KUROKAWA, GARY T | 1225 KAHOA ROAD | HILO, HI 96720 |
| *S/D | KUROKAWA, KEVIN E | 1225 KAHOA ROAD | HILO, HI 96720 |
| *T/D | KUROKAWA, THELMA T | 1225 KAHOA ROAD | HILO, HI 96720 |



I HEREBY CERTIFY that this is a true and correct copy of the official record(s) of the Business Registration Division.

DIRECTOR OF COMMERCE AND CONSUMER AFFAIRS
Date: November 3, 2005



RECEIVED BUSINESS REGISTRATION DIVISION FEB 22 4 08 PM '95

MAR 2 '95 B17 B22

## CERTIFICATION

I certify under the penalties of Section 415-136, Hawaii Revised Statutes, that I have read the above and:

CHECK ONLY ONE OF THE FOLLOWING STATEMENTS
[X] The above information is true and correct and no changes are necessary.
[ ] The above information is true and correct with changes so noted.

DATE: Feb. 21, 1995

SIGNATURE OF AUTHORIZED OFFICER,
(if Attorney-in-fact signs, attach power of attorney)

President
(OFFICE HELD)

FILE NO. 0086326D1
Rev. 12/90   (File this original copy. Photo copy will not be accepted. Keep photo copy for your records.)
(see reverse side for instructions)

| DOMESTIC PROFIT CORPORATION | STATE OF HAWAII | |
|---|---|---|
| MAKE REMITTANCE PAYABLE TO:<br>FILING FEE: $15.00 | DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS<br>BUSINESS REGISTRATION DIVISION<br>1010 Richards Street<br>Mailing Address: Annual Filing, P.O. Box 40, Honolulu, HI. 96810 | ORIGINAL-RETURN BY MARCH 31<br>PENALTY FOR LATE FILING<br>Your cancelled check is your receipt |

DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 1995

CORPORATE NAME AND MAILING ADDRESS:

GK APPRAISALS, INC.
1225 KAHOA ROAD
HILO HI 96720

```
DATE     ID   T SEQ# FILE#     TRAN#
96/03/13 B17  4      262 -LINE 4-3858
TOTAL AMOUNT $        15.00
8632601
```

If the above mailing address has changed, line out address and type or print the new address on the following line. Give Number, Street, City, State, and Zip Code:

1. AUTHORIZED CAPITAL
   CLASS/SERIES          NUMBER
   COMMON                20,000

   PAID-IN CAPITAL (NUMBER OF SHARES ISSUED)
   CLASS/SERIES          NUMBER
   COMMON                300

   To Correct the above capital(s), line out and print the correct class/series and numbers on the right.

2. NATURE OF BUSINESS:
   TO ENGAGE IN THE BUSINESS OF APPRAISING REAL PROPERTY
   (To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

3. OFFICERS/DIRECTORS: (List all officers and directors. Every corporation must have a minimum of two individuals as officers. At least one director must be a resident of Hawaii. To correct, line out and print corrections on the right. See instructions on back of form.)

| OFFICE HELD/<br>DIRECTOR CODE | NAME IN FULL | RESIDENCE ADDRESS: (DO NOT LIST BUSINESS ADDRESS)<br>(INCLUDE NUMBER & STREET, APT. NO., CITY, STATE & ZIP CODE) | |
|---|---|---|---|
| *P/D | KUROKAWA, GORDON T | 1225 KAHOA ROAD | HILO, HI 96720 |
| *V/D | KUROKAWA, GARY T | 1225 KAHOA ROAD | HILO, HI 96720 |
| *S/D | KUROKAWA, KEVIN E | 1225 KAHOA ROAD | HILO, HI 96720 |
| *T/D | KUROKAWA, THELMA T | 1225 KAHOA ROAD | HILO, HI 96720 |



I HEREBY CERTIFY that this is a true and correct copy of the official record(s) of the Business Registration Division.

DIRECTOR OF COMMERCE AND CONSUMER AFFAIRS

Date: November 3, 2005

## CERTIFICATION

I certify under the penalties of Section 415-136, Hawaii Revised Statutes, that I have read the above and:

CHECK ONLY ONE OF THE FOLLOWING STATEMENTS
[X] The above information is true and correct and no changes are necessary.
[ ] The above information is true and correct with changes so noted.

DATE: February 20, 1996

SIGNATURE OF AUTHORIZED OFFICER,
(if Attorney-in-fact signs, attach power of attorney)
(File this original. Photo copies not accepted.)
(see reverse side for instructions)

President
(OFFICE HELD)

FILE NO. 0086326D1
Rev. 12/95

B17
B22

**DOMESTIC PROFIT CORPORATION**
MAKE CHECK PAYABLE TO:
FILING FEE: $25.00

**STATE OF HAWAII**
DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
BUSINESS REGISTRATION DIVISION
1010 Richards Street
Mailing Address: Annual Filing, P.O. Box 40, Honolulu, HI. 96810

ORIGINAL-RETURN BY MARCH 31
PENALTY FOR LATE FILING

DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 1996

CORPORATE NAME AND MAILING ADDRESS:

GK APPRAISALS, INC.
1225 KAHOA RD
HILO HI 96720

DATE        ID    T  SEQ#  FILE#    TRAN#
97/02/28  B17   3    673  -LINE  4-1712
TOTAL AMOUNT $         25.00
8632601

If the above mailing address has changed, line out address and type or print the new address on the following line. Give Number, Street, City, State, and Zip Code:

1. **AUTHORIZED CAPITAL**
   CLASS/SERIES   NUMBER
   COMMON         20,000

   **PAID-IN CAPITAL (NUMBER OF SHARES ISSUED)**
   CLASS/SERIES   NUMBER
   COMMON         300

   To Correct the above capital(s), line out and print the correct class/series and numbers on the right.

2. **NATURE OF BUSINESS:**
   TO ENGAGE IN THE BUSINESS OF APPRAISING REAL PROPERTY
   (To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

3. **OFFICERS/DIRECTORS:** (List all officers and directors. Every corporation must have a minimum of two individuals as officers. At least one director must be a resident of Hawaii. To correct, line out and print corrections on the right. See instructions on back of form.)

| OFFICE HELD/ DIRECTOR CODE | NAME IN FULL | RESIDENCE ADDRESS: (DO NOT LIST BUSINESS ADDRESS) (INCLUDE NUMBER & STREET, APT. NO., CITY, STATE & ZIP CODE) | |
|---|---|---|---|
| P/D | KUROKAWA, GORDON T | 1225 KAHOA ROAD | HILO, HI 96720 |
| V/D | KUROKAWA, GARY T | 1225 KAHOA ROAD | HILO, HI 96720 |
| S/D | KUROKAWA, KEVIN E | 1225 KAHOA ROAD | HILO, HI 96720 |
| T/D | KUROKAWA, THELMA T | 1225 KAHOA ROAD | HILO, HI 96720 |



I HEREBY CERTIFY that this is a true and correct copy of the official record(s) of the Business Registration Division.

DIRECTOR OF COMMERCE AND CONSUMER AFFAIRS
Date: November 3, 2005

RECEIVED BUSINESS REGISTRATION DIVISION-COUNTER
Feb 25 12 22 PM '97
DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS STATE OF HAWAII

## CERTIFICATION

I certify under the penalties of Section 415-136, Hawaii Revised Statutes, that I have read the above and the information is true and correct.

DATE: Feb. 21, 1997

SIGNATURE OF AUTHORIZED OFFICER,
(If Attorney-in-fact signs, attach power of attorney)
(File this original. Photo copies not accepted.)
(see reverse side for instructions)

Treasurer
(OFFICE HELD)

FILE NO. 0086326D1
Rev. 1/97

B17
B22

| DOMESTIC PROFIT CORPORATION | STATE OF HAWAII | ORIGINAL-RETURN BY MARCH 31 |
| MAKE CHECK PAYABLE TO: | DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS | PENALTY FOR LATE FILING |
| FILING FEE: $25.00 | BUSINESS REGISTRATION DIVISION | |
| | 1010 Richards Street | |
| | Mailing Address: Annual Filing, P.O. Box 40, Honolulu, HI. 96810 | |

DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 1997

CORPORATE NAME AND MAILING ADDRESS:

GK APPRAISALS, INC.
1225 KAHOA RD
HILO HI 96720

DATE    ID   T SEQ# FILE#    TRAN#
98/02/20 817  4    434 -IHS 4- 504
TOTAL AMOUNT $        25.00
8632601

If the above mailing address has changed, line out address and type or print the new address on the following line. Give Number, Street, City, State, and Zip Code:

1. **AUTHORIZED CAPITAL**
   CLASS/SERIES        NUMBER
   COMMON              20,000

   **PAID-IN CAPITAL (NUMBER OF SHARES ISSUED)**
   CLASS/SERIES        NUMBER
   COMMON              300

   To Correct the above capital(s), line out and print the correct class/series and numbers on the right.

2. **NATURE OF BUSINESS:**
   TO ENGAGE IN THE BUSINESS OF APPRAISING REAL PROPERTY
   (To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

3. **OFFICERS/DIRECTORS:** (List all officers and directors. Every corporation must have a minimum of two individuals as officers. At least one director must be a resident of Hawaii. To correct, line out and print corrections on the right. See instructions on back of form.)

| OFFICE HELD/ DIRECTOR CODE | NAME IN FULL | RESIDENCE ADDRESS: (DO NOT LIST BUSINESS ADDRESS) (INCLUDE NUMBER & STREET, APT. NO., CITY, STATE & ZIP CODE) |
|---|---|---|
| P/D | KUROKAWA, GORDON T | 1225 KAHOA ROAD   HILO, HI 96720 |
| V/D | KUROKAWA, GARY T | 1225 KAHOA ROAD   HILO, HI 96720 |
| S/D | KUROKAWA, KEVIN E | 1225 KAHOA ROAD   HILO, HI 96720 |
| T/D | KUROKAWA, THELMA T | 1225 KAHOA ROAD   HILO, HI 96720 |



I HEREBY CERTIFY that this is a true and correct copy of the official record(s) of the Business Registration Division.

DIRECTOR OF COMMERCE AND CONSUMER AFFAIRS

Date: November 3, 2005



## CERTIFICATION

I certify under the penalties of Section 415-136, Hawaii Revised Statutes, that I have read the above and the information is true and correct.

DATE: February 13, 1998        SIGNATURE OF AUTHORIZED OFFICER,        Treasurer/Director
                                (if Attorney-in-fact signs, attach power of attorney)    (OFFICE HELD)
                                (File this original. Photo copies not accepted.)
FILE NO. 0086326D1              (see reverse side for instructions)
Rev. 1/97
                                                                                          B17
                                                                                          B22



| | | |
|---|---|---|
| DOMESTIC PROFIT CORPORATION<br>MAKE CHECK PAYABLE TO:<br>FILING FEE: $25.00 | STATE OF HAWAII<br>DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS<br>BUSINESS REGISTRATION DIVISION<br>1010 Richards Street<br>Mailing Address: Annual Filing, P.O. Box 40, Honolulu, HI. 96810 | ORIGINAL-RETURN BY MARCH 31<br>PENALTY FOR LATE FILING |

DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 1998
CORPORATE NAME AND MAILING ADDRESS:

GK APPRAISALS, INC.
1225 KAHOA RD
HILO HI 96720

DATE      ID    T  SEQ#  FILE#    TRAN#
99/03/03  B17   3  124  -LINE    4-2195
TOTAL AMOUNT $         25.00
8632601

If the above mailing address has changed, line out address and type or print the new address on the following line. Give Number, Street, City, State, and Zip Code:

1. **AUTHORIZED CAPITAL**

   CLASS/SERIES    NUMBER           PAID-IN CAPITAL (NUMBER OF SHARES ISSUED)
   COMMON          20,000           CLASS/SERIES     NUMBER
                                    COMMON           300

   To Correct the above capital(s), line out and print the correct class/series and numbers on the right.

2. **NATURE OF BUSINESS:**
   TO ENGAGE IN THE BUSINESS OF APPRAISING REAL PROPERTY
   (To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

3. **OFFICERS/DIRECTORS:** (List all officers and directors. Every corporation must have a minimum of two individuals as officers. At least one director must be a resident of Hawaii. To correct, line out and print corrections on the right. See instructions on back of form.)

   | OFFICE HELD/<br>DIRECTOR CODE | NAME IN FULL | RESIDENCE ADDRESS: (DO NOT LIST BUSINESS ADDRESS)<br>(INCLUDE NUMBER & STREET, APT. NO., CITY, STATE & ZIP CODE) | |
   |---|---|---|---|
   | P/D | KUROKAWA, GORDON T | 1225 KAHOA RD | HILO HI 96720 |
   | V/D | KUROKAWA, GARY T | 1225 KAHOA RD | HILO HI 96720 |
   | S/D | KUROKAWA, KEVIN E | 1225 KAHOA RD | HILO HI 96720 |
   | T/D | KUROKAWA, THELMA T | 1225 KAHOA RD | HILO HI 96720 |

I HEREBY CERTIFY that this is a true and correct copy of the official record(s) of the Business Registration Division.

DIRECTOR OF COMMERCE AND CONSUMER AFFAIRS

Date: November 3, 2005

## CERTIFICATION

I certify under the penalties of Section 415-136, Hawaii Revised Statutes, that I have read the above and the information is true and correct.

DATE: February 18, 1999

SIGNATURE OF AUTHORIZED OFFICER,
(if Attorney-in-fact signs, attach power of attorney)
(File this original. Photo copies not accepted.)
(see reverse side for instructions)

Treasurer
(OFFICE HELD)

FILE NO. 0086326D1
Rev. 1/97

B17
B22

| DOMESTIC PROFIT CORPORATION | STATE OF HAWAII | |
|---|---|---|
| MAKE CHECK PAYABLE TO: | DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS | ORIGINAL-RETURN BY MARCH 31 |
| FILING FEE: $25.00 | BUSINESS REGISTRATION DIVISION | PENALTY FOR LATE FILING |

1010 Richards Street
Mailing Address: Annual Filing, P.O. Box 40, Honolulu, HI. 96810

DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 1999

CORPORATE NAME AND MAILING ADDRESS:

GK APPRAISALS, INC.
1225 KAHOA RD
HILO HI 96720

```
DATE     ID   T SEQ# FILE#    TRAN#
00/03/01 B17  4  30  -LINE 4-1384
TOTAL AMOUNT $       25.00
8632601
```

If the above mailing address has changed, line out address and type or print the new address on the following line. Give Number, Street, City, State, and Zip Code:

1. **AUTHORIZED CAPITAL**

| CLASS/SERIES | NUMBER |
|---|---|
| COMMON | 20,000 |

**PAID-IN CAPITAL (NUMBER OF SHARES ISSUED)**

| CLASS/SERIES | NUMBER |
|---|---|
| COMMON | 300 |

To correct the above capital(s), line out and print the correct class/series and numbers on the right.

2. **NATURE OF BUSINESS:**
   TO ENGAGE IN THE BUSINESS OF APPRAISING REAL PROPERTY
   (To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

3. Street address of the registered office in Hawaii and the name of the registered agent at that address
   (If any change, line out and print change on the right)

**OFFICERS/DIRECTORS:** (List all officers and directors. To correct, line out and print corrections on the right. See instructions on back of form.)

| OFFICE HELD/ DIRECTOR CODE | NAME IN FULL | RESIDENCE ADDRESS: (DO NOT LIST BUSINESS ADDRESS) (INCLUDE NUMBER & STREET, APT. NO., CITY, STATE & ZIP CODE) | |
|---|---|---|---|
| P/D | KUROKAWA, GORDON T | 1225 KAHOA RD | HILO HI 96720 |
| /D | KUROKAWA, GARY T | 1225 KAHOA RD | HILO HI 96720 |
| S/D | KUROKAWA, KEVIN E | 1225 KAHOA RD | HILO HI 96720 |
| T/D | KUROKAWA, THELMA T | 1225 KAHOA RD | HILO HI 96720 |



10/27/2001 10:18

2000 FEB 24 A 10: 45
DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
RECEIVED BUSINESS REGISTRATION DIVISION

## CERTIFICATION

I certify under the penalties of Section 415-136, Hawaii Revised Statutes, that I have read the above and the information is true and correct.

DATE: February 23, 2000    *Gordon T. Kurokawa* (AUTHORIZED SIGNATURE)    President (TITLE)

Gordon T. Kurokawa, President
PRINT/TYPE NAME AND TITLE OF SIGNER

FILE NO. 0086326D1
Rev. 1/2000

(File this original. Photo copies not accepted.)
**(see reverse side for instructions)**

B17
B22

DOMESTIC PROFIT CORPORATION
FILING FEE: $25.00

**STATE OF HAWAII**
DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
BUSINESS REGISTRATION DIVISION
1010 Richards Street
Mailing Address: Annual Filing, P.O. Box 113600, Honolulu, HI. 96811

RETURN ORIGINAL BY MARCH 31
PENALTY FOR LATE FILING

H

DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 2000
CORPORATE NAME AND MAILING ADDRESS:

GK APPRAISALS, INC.
1225 KAHOA RD
HILO HI 96720

If the above mailing address has changed, line out address and type or print the new address on the following line. Include City, State, and Zip Code:

1. **AUTHORIZED CAPITAL**

| CLASS | NUMBER | PAID-IN CAPITAL (NUMBER OF SHARES ISSUED) | |
|---|---|---|---|
| | | CLASS | NUMBER |
| COMMON | 20,000 | COMMON | 300 |

To correct the above capital(s), line out and print the correct class and numbers on the right.

2. **NATURE OF BUSINESS:**
TO ENGAGE IN THE BUSINESS OF APPRAISING REAL PROPERTY
(To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

3. Street address of the registered office in Hawaii and the name of the registered agent at that address. (See reverse for instructions.) (If any change, line out and print change on the right.)

4. **OFFICERS/DIRECTORS:** (List all officers and directors. To correct, line out and print corrections on the right. See reverse for instructions.)

| OFFICE HELD/ DIRECTOR CODE | NAME IN FULL | ADDRESS (INCLUDE CITY, STATE & ZIP CODE) | |
|---|---|---|---|
| P/D | KUROKAWA, GORDON T | 1225 KAHOA RD | HILO HI 96720 |
| V/D | KUROKAWA, GARY T | 1225 KAHOA RD | HILO HI 96720 |
| S/D | KUROKAWA, KEVIN E | 1225 KAHOA RD | HILO HI 96720 |
| T/D | KUROKAWA, THELMA T | 1225 KAHOA RD | HILO HI 96720 |

☑ **NO CHANGES:** Do not check this box if changes have been made above. (Checking this box means there are no changes reported. The Department will not be held responsible for any changes made to this report.)

**CERTIFICATION**

I certify under the penalties of Section 415-136, Hawaii Revised Statutes, that I have read the above, the information is true and correct, and I am authorized to sign this report.

DATE: 3/4/01        *Thelma T. Kurokawa* (signature)        Thelma T. Kurokawa
                                                             Print Name

Signature of authorized officer, attorney-in-fact for an officer, or receiver or trustee (if the corporation is in the hands of a receiver or trustee)

FILE NO. 0086326D1
Rev. 1/2001

File this original
(SEE REVERSE SIDE FOR INSTRUCTIONS)

B17
B22
2000

**DOMESTIC PROFIT CORPORATION**
FILING FEE: $25.00

H

**STATE OF HAWAII**
DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
BUSINESS REGISTRATION DIVISION
1010 Richards Street
Mailing Address: Annual Filing, P.O. Box 113600, Honolulu, HI. 96811

RETURN ORIGINAL BY MARCH 31
PENALTY FOR LATE FILING

DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 2001
CORPORATE NAME AND MAILING ADDRESS:

GK APPRAISALS, INC.
1225 KAHOA RD
HILO HI 96720

If above mailing address has changed, line out and print change to the right.
If address of principal office differs from the above mailing address, state the address of the principal office. Give Number, Street, City, State and Zip Code: _____

1. **AUTHORIZED CAPITAL**
   CLASS        NUMBER
   COMMON       20,000

   **PAID-IN CAPITAL (NUMBER OF SHARES ISSUED)**
   CLASS        NUMBER
   COMMON       300

   To correct the above capital(s), line out and print the correct class and numbers on the right.

2. **NATURE OF BUSINESS:**
   TO ENGAGE IN THE BUSINESS OF APPRAISING REAL PROPERTY
   (To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

3. Street address of the registered office in Hawaii and the name of the registered agent at that address.
   (See reverse for instructions.) (If any change, line out and print change on the right.)

4. **OFFICERS/DIRECTORS:** (List all officers and directors. To correct, line out and print corrections on the right. See reverse for instructions.)

| OFFICE HELD/ DIRECTOR CODE | NAME IN FULL | ADDRESS (INCLUDE CITY, STATE & ZIP CODE) | |
|---|---|---|---|
| P/D | KUROKAWA,GORDON T | 1225 KAHOA RD | HILO HI 96720 |
| V/D | KUROKAWA,GARY T | 1225 KAHOA RD | HILO HI 96720 |
| S/D | KUROKAWA,KEVIN E | 1225 KAHOA RD | HILO HI 96720 |
| T/D | KUROKAWA,THELMA T | 1225 KAHOA RD | HILO HI 96720 |

[X] **NO CHANGES:** Do not check this box if changes have been made above. (Checking this box means there are no changes reported. The Department will not be held responsible for any changes made to this report.)

**CERTIFICATION**

I certify under the penalties of Section 414-20, Hawaii Revised Statutes, that I have read the above, the information is true and correct, and I am authorized to sign this report.

DATE: 2/21/02




Thelma T. Kurokawa
Print Name

Signature of authorized officer, attorney-in-fact
for an officer, or receiver or trustee
(if the corporation is in the hands of a receiver or trustee)

FILE NO. 0086326D1
Rev. 1/2002

B17
B22
2001

File this original
(SEE REVERSE SIDE FOR INSTRUCTIONS)

DOMESTIC PROFIT CORPORATION  
FILING FEE: $ 25.00  
H

## STATE OF HAWAII
DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS  
BUSINESS REGISTRATION DIVISION  
1010 Richards Street  
Mailing Address: Annual Filing, P.O. Box 113600, Honolulu, HI. 96811

RETURN ORIGINAL BY MARCH 31  
PENALTY FOR LATE FILING

**DOMESTIC PROFIT CORPORATION ANNUAL REPORT AS OF JANUARY 1, 2003**  
CORPORATE NAME AND MAILING ADDRESS:

GK APPRAISALS, INC.  
1225 KAHOA RD  
HILO HI 96720

If the above mailing address has changed, line out and print change to the right.  
If address of principal office differs from the above mailing address, state the address of principal office. Include City, State, and Zip Code: _____

**1. AUTHORIZED SHARES** (To correct line out and print the correction to the right.)

| CLASS | NUMBER | CLASS | TOTAL NUMBER OF SHARES ISSUED NUMBER |
|---|---|---|---|
| COMMON | 20,000 | COMMON | 300 |

**2. NATURE OF BUSINESS:** TO ENGAGE IN THE BUSINESS OF APPRAISING REAL PROPERTY

(To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

**3.** Street address of the registered office in Hawaii and the name of the registered agent at that address.  
(See reverse for instructions.)(If any change, line out and print change on the right.)

GORDON T. KUROKAWA  
341 KULANA STREET  
HILO HI 96720

02/26/2003 10209

**4. OFFICERS/DIRECTORS:** (List all officers and directors. To correct, line out and print corrections on the right. See reverse for instructions.)

| OFFICE HELD/DIRECTOR CODE | NAME IN FULL | ADDRESS (INCLUDE CITY, STATE & ZIP CODE) |
|---|---|---|
| P/D | KUROKAWA, GORDON T | 1225 KAHOA RD  HILO HI 96720 |
| V/D | KUROKAWA, GARY T | 1225 KAHOA RD  HILO HI 96720 |
| S/D | KUROKAWA, KEVIN E | 1225 KAHOA RD  HILO HI 96720 |
| T/D | KUROKAWA, THELMA T | 1225 KAHOA RD  HILO HI 96720 |

[xx] **NO CHANGES:** Do not check this box if changes have been made above. (Checking this box means there are no changes reported. The Department will not be held responsible for any changes made to this report.)

## CERTIFICATION

I certify under the penalties of Section 414-20, Hawaii Revised Statutes, that I have read the above, the information is true and correct, and I am authorized to sign this report.

DATE: Feb. 22, 2003      Thelma T. Kurokawa  
Signature of authorized officer, attorney-in-fact   Print Name  
for an officer, or receiver or trustee  
(if the corporation is in the hands of a receiver or trustee)

FILE NO. 0086326D1   B17  
Rev. 1/2003   2003   B22  
File this Original  
(SEE REVERSE SIDE FOR INSTRUCTIONS)

Page 1 of 2

| DOMESTIC PROFIT CORPORATION | STATE OF HAWAII | RETURN ORIGINAL BY MARCH 31 |
|---|---|---|
| FILING FEE: $ 25.00 | DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS | PENALTY FOR LATE FILING |
| H | BUSINESS REGISTRATION DIVISION | |
| | 1010 Richards Street | |
| | Mailing Address: Annual Filing, P.O. Box 113600, Honolulu, HI. 96811 | |

DOMESTIC PROFIT CORPORATION ANNUAL REPORT AS OF JANUARY 1, 2004
CORPORATE NAME AND MAILING ADDRESS:

GK APPRAISALS, INC.
1225 KAHOA RD
HILO HI 96720

If the above mailing address has changed, line out and print change to the right.
If address of principal office differs from the above mailing address, state the address of principal office. Include City, State, and Zip Code: _____

1. AUTHORIZED SHARES                              TOTAL NUMBER OF SHARES ISSUED
(To correct line out and print the correction to the right.)

| CLASS | NUMBER | CLASS | NUMBER |
|---|---|---|---|
| COMMON | 20,000 | COMMON | 300 |

03/08/2004 20590

2. NATURE OF BUSINESS:   TO ENGAGE IN THE BUSINESS OF APPRAISING REAL PROPERTY

(To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

3. Street address of the registered office in Hawaii and the name of the registered agent at that address.
(If any change, line out and print change on the right. See reverse for instructions.)
   GORDON T. KUROKAWA
   341 KULANA STREET
   HILO HI 96720

RECEIVED BUSINESS REGISTRATION DIVISION 2004 MAR -5  D 2:11 DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS STATE OF HAWAII

4. OFFICERS/DIRECTORS: List all officers and directors. (To correct, line out and print corrections to the right. See reverse for instructions.)

| OFFICE HELD/ DIRECTOR CODE | NAME IN FULL | ADDRESS (INCLUDE CITY, STATE & ZIP CODE) |
|---|---|---|
| P/D | KUROKAWA, GORDON T | 1225 KAHOA RD  HILO HI 96720 |
| V/D | KUROKAWA, GARY T | 1225 KAHOA RD  HILO HI 96720 |
| S/D | KUROKAWA, KEVIN E | 1225 KAHOA RD  HILO HI 96720 |
| T/D | KUROKAWA, THELMA T | 1225 KAHOA RD  HILO HI 96720 |

☑ NO CHANGES:   Do not check this box if changes have been made above. (Checking this box means there are no changes reported. The Department will not be held responsible for any changes made to this report.)

## CERTIFICATION

I certify under the penalties of Section 414-20, Hawaii Revised Statutes, that I have read the above, the information is true and correct, and I am authorized to sign this report.

DATE: 3-3-04    _Thelma T Kurokawa_                              _Thelma T Kurokawa_
               Signature of authorized officer, attorney-in-fact            Print Name
               for an officer, or receiver or trustee
               (if the corporation is in the hands of a receiver or trustee)

FILE NO. 0086326D1                                                                  B17
Rev. 1/2003                                                                    2004  B22

File this Original
(SEE REVERSE SIDE FOR INSTRUCTIONS)

Page    1 of 2

Department of Commerce and Consumer Affairs, State of Hawaii

**DOMESTIC PROFIT CORPORATION**
**FILING FEE: $25.00**

**SJ**

**STATE OF HAWAII**

DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
BUSINESS REGISTRATION DIVISION
335 Merchant Street
Mailing Address: Annual Filing, P.O. Box 113600, Honolulu, HI 96811

Internet Filing

DOMESTIC PROFIT CORPORATION ANNUAL REPORT AS OF: January 1, 2005

CORPORATE NAME AND MAILING ADDRESS:

GK APPRAISALS, INC.
1225 KAHOA STREET
HILO, HI 96720

If address of principal office differs from the above mailing address, state the address of the principal office.

1. AUTHORIZED SHARES

| CLASS | NUMBER |
|---|---|
| COMMON | 20,000 |

TOTAL NUMBER OF SHARES ISSUED

| CLASS | NUMBER |
|---|---|
| COMMON | 300 |

2. NATURE OF BUSINESS:

TO ENGAGE IN THE BUSINESS OF APPRAISING REAL PROPERTY

02/21/200548124

3. Street address of the registered office in Hawaii and the name of the registered agent at that address. (If any change, line out and print change on the right. See reverse for instructions.) After any changes made, the street addresses of its registered office and agent shall be identical.

GORDON KUROKAWA
1225 KAHOA STREET
HILO, HI 96720

✓

4. OFFICERS/DIRECTORS

| Office Held/ Director Code | Name in Full | Address |
|---|---|---|
| P/D | KUROKAWA,GORDON T | 1225 KAHOA RD   HILO HI 96720 |
| V/D | KUROKAWA,GARY T | 1225 KAHOA RD   HILO HI 96720 |
| S/D | KUROKAWA,KEVIN E | 1225 KAHOA RD   HILO HI 96720 |
| T/D | KUROKAWA,THELMA T | 1225 KAHOA RD   HILO HI 96720 |

☐ **NO CHANGES:** Do not check this box if changes have been made above. (Checking this box means there are no changes reported. The Department will not be held responsible for any changes made to this report.)

---

**CERTIFICATION**

I certify under the penalties of Section 414-20, Hawaii Revised Statutes, that I have read the above, the information is true and correct, and I am authorized to sign this report.

02/21/2005                    THELMA T. KUROKAWA
Date                                Signature

**FILE NO.** 86326D1
Rev. 7/2005