| CITY AND COUNTY OF HONOLULU DEPARTMENT OF PERSONNEL | DEPARTMENT/DIVISION | | |
|---|---|---|---|
| **PROBATIONARY PERFORMANCE EVALUATION REPORT** | DEPARTMENT OF BUDGET AND FISCAL SERVICES | | 6 MON |
| | NAME OF EMPLOYEE | RATING PERIOD | |
| | ENGLISH, PHILIP E | NEW   06-01-02   TO: 08-31-02 | |
| | POS. NO.  DF436 | TITLE OF POSITION  REAL PROPERTY APPRAISER IV | |

## PROBATIONARY PERFORMANCE EVALUATION REPORT

Civil Service Rule 11-2 (b)(2) requires the Appointing Authority to have the performance of each probationary employee evaluated in writing at the end of every three months during the probationary period including any extension thereof. A performance evaluation is not required when an employee is terminated prior to the completion of the three months or prior to the completion of the probationary period.

| PERFORMANCE FACTORS | EXCELLENT | EXCEEDS REQUIREMENTS | MEETS REQUIREMENTS | BELOW REQUIREMENTS |
|---|---|---|---|---|
| 1. QUANTITY OF WORK | | | X | |
| 2. QUALITY OF WORK | | | X | |
| 3. ATTITUDE TOWARD WORK | | | | X |
| 4. RELATIONSHIP WITH PEOPLE | | | X | |
| 5. SUPERVISION OF EMPLOYEES (To be used only in evaluating supervisory and/or administrative personnel) | | | | |

**COMMENTS**
Recognition for superior work; suggestions for improving performance.

(PLEASE SEE ATTACHED)

(Please see appendage by Mr. English)

**CERTIFICATE OF EMPLOYEE**
This performance evaluation report has been discussed with me.

_[signature]_   8/14/02
SIGNATURE         DATE

RECEIVED AUG 2 6 2002
C&C DEPARTMENT OF FINANCE
REAL PROPERTY ASSESSMENT BRANCH

**CERTIFICATE OF SUPERVISOR**
This report constitutes my best evaluation of this employee based on personal observation and knowledge of the employee's work during the probationary period.

_[signature]_   REAL PROPERTY APPRAISER VI   8/14/02
SIGNATURE        TITLE OF POSITION            DATE

**CERTIFICATE OF APPOINTING AUTHORITY OR DESIGNATED REPRESENTATIVE**
I have reviewed the performance evaluation report of this employee, and I am: (check one)
- ☐ Granting permanent status as the employee has performed at least satisfactorily during the established probationary period.
- ☐ Adjusting the probationary period for ____ month(s). (See CS Rule 3-36 (e)(4))
- ☒ Extending the probationary period for _3_ month(s). (See CS Rule 3-36 (e)(3))
- ☐ Terminating the probationary appointment.

_[signature]_   REAL PROPERTY ADMINISTRATOR   8/15/02
SIGNATURE        TITLE OF POSITION            DATE

FORM NO. 43 (REV. 4/93)
EMPLOYEE COPY

Exhibit 11

PE 01636

English, Philip E. DF-486
Real Property Appraiser IV
Evaluation Period 06/01/02 – 08/31/02

During this probationary performance evaluation period as an Appraiser IV, Phil has continued to be assigned the responsibility for the Waikiki area condominiums. As noted in his last performance evaluation report, the volume of appeals and number of units in this area necessitates the use of good time management skills in order to meet deadlines and perform all the required duties.

Over the course of the past two months, Philip has been encountering some difficulties in independently performing all of the responsibilities of the Appraiser IV position. His performance has been discussed with him on at least three occasions and efforts have been made toward addressing various issues and problems including misunderstandings and miscommunications. Some items that have been addressed include work hours, timely submission and prior approval of leaves from work, and directions for processing various job tasks. At the present time there are some issues that are affecting his attitude and subsequently his work performance.

Phil will benefit from an additional 3-month probationary period of review for further training and instruction to clarify his duties and responsibilities and ensure his understanding and ability to implement the various job functions.

He is polite in his dealings with taxpayers and appellants.

Areas of evaluation will include:

1. Develop a work plan to organize and prioritize work to meet deadlines.
2. Demonstrate knowledge of practical and routine aspects of the job in accordance with work expectations.
3. Demonstrate the ability to follow written and verbal instructions.
4. Obtain written prior approval for leave.


No classes taken since last evaluation period.

PE 01637