**KAISER PERMANENTE**
HAWAII REGION
Medical Group, P. C.

Patient Chart for: PHILIP E. ENGLISH          MRN: 633194

01-30-2003 15:34:55, Recorded By: ALABANZA, CAROL, J (3157)REGNRS, HON INT MED at HONOLULU
 1. Ø Latex allergy, History (02-11-2002) (copied)

**OBJECTIVE**
Vital Signs
 Date: 01-30-2003    15:35:09
 Recorded By: ALABANZA, CAROL, J (3157)REGNRS, HON INT MED at HONOLULU
 Patient Position: Sitting
 Temperature: 98.3 F
 Blood Pressure: 124 / 80
 Weight: 204 lb 0 ounces

**INITIAL**
 01-30-2003 15:35:23, Initialed By: ALABANZA, CAROL, J (3157)REGNRS, HON INT MED at HONOLULU

**PLAN**
Text
 01-30-2003 16:12:13, Recorded By: LUCAS, GRACE, G (EM14787)EMPLYE, HON PRIMARY at HONOLULU
 Oncology consult sent.
 Pt has an appointment on 030303 @4:00 with Dr. Mueh.
 Pt has already been notified for the appointment through mail.

 Behavioral medicine referral form sent.
 Pt will make own appointment.

**INITIAL**
 01-30-2003 16:12:16, Initialed By: LUCAS, GRACE, G (EM14787)EMPLYE, HON PRIMARY at HONOLULU

**OBJECTIVE**
Text
 01-30-2003 18:11:12, Recorded By: LOVE, JAMES, E (190), HON INT MED at HONOLULU
 Reviewed Intake Note

 Mr English c/o undue stress related to work/job situation.
 He notes that he does not sleep well and that he has lost some weight.

 He has a history of "Renal Cell CA" - is S/P Left Nephrectomy in 1998 (at Queen's Medical Center/Hospital)
 He had a CT of the Abd and Pelvis (Dr J Fujimoto ordered) that was "Negative" in May 2001 - noted.

2/11/02  208
5/9/02   210
8/26/02  209

Page 20 / 25                    Printed: 04/28/2003   13:59:07

Exhibit 16

0023 3861 10/01                                 00 19

RENEAU KENNEDY RE PHILIP ENGLISH

**KAISER PERMANENTE**
**HAWAII REGION**
Medical Group, P.C.

Patient Chart for: PHILIP E. ENGLISH                    MRN: 633194

I will refer to Oncology - for follow up.

**ASSESSMENT**
Assessment
    01-30-2003 18:11:51, Recorded By: LOVE, JAMES, E (190), HON INT MED at HONOLULU
    Type: ▓▓▓▓▓▓▓▓

**PLAN**
Text
    01-30-2003 18:12:24, Recorded By: LOVE, JAMES, E (190), HON INT MED at HONOLULU

    Refer to Oncology
    Refer to Behavior Medicine - soonest
    Recheck after above or prn.

**SIGN**
    01-30-2003 18:12:27, Signed By: LOVE, JAMES, E (190), HON INT MED at HONOLULU

**GENERAL INFORMATION**
    Patient Name: PHILIP E. ENGLISH
    Date: 02-12-2003 10:31:13
    Contact: 02-12-2003 10:31:11              Visit
    Initiated: 02-12-2003 10:31:13
    Established Patient
    Source of Referral: Patient               Age at Contact: 48 YR
    Historian: Patient

**GENERAL INFORMATION**
    Patient Name: PHILIP E. ENGLISH
    Date: 02-27-2003 16:32:28
    Contact: 02-27-2003 16:32:23              Visit
    Initiated: 02-27-2003 16:32:28
    Established Patient
    Source of Referral: Patient               Age at Contact: 48 YR
    Historian: Patient

**SUBJECTIVE**
HPI (History of Present Illness)
    02-27-2003 16:37:45, Recorded By: COE▓▓▓, GERALD, L (5638)▓▓▓▓ ALM
    MHS at ALM
        1. Session Number 2

Page 21 / 25

Printed: 04/28/2003   13:59:07

0023 3861 10/01                                          00 20

RENEAU KENNEDY ▓▓ ▓▓▓▓▓