# COMMENTS FOR ANNUAL PERFORMANCE EVALUATION REPORT

**Employee:**  Philip E. English, Real Property Appraiser IV, DF-486

**Supervisor:**  Ann C. Gima, Real Property Appraiser IV

**Rating Period:**  June 1, 2002 To May 31, 2003

During this performance evaluation period as an Appraiser IV, Phil has continued to be assigned the responsibility for the Waikiki area condominiums.

Over the course of the past nine months, Philip has been encountering numerous difficulties in independently performing all of the responsibilities of his position. His performance has been discussed with him on several occasions including two meetings conducted with union agents in attendance. Job duties and responsibilities as well as performance expectations were reviewed with him in the presence of a union agent.
Some specific issues that have been addressed include acts of insubordination, meeting stated deadlines, following written and verbal directions, correct methods for processing various job tasks, utilizing good judgment and repeated errors.

He has been absent from the workplace since February 28, 2003. Prior to his absence, he was made aware of numerous incomplete assignments. At the present time there are several outstanding issues regarding work performance and conduct still to be addressed upon his return to work. In his absence he has missed several mandatory training sessions.

Rating factors for Quantity of Work, Quality of Work, Reliability and Initiative, Relationship with others, and Job Knowledge are considered to be substandard.

Specific Areas of Evaluation where satisfactory performance needs to be demonstrated include:
1. Meeting deadlines
2. Knowledge and understanding of processes and procedures for routine job functions.
3. Demonstrate the ability to follow written and verbal instructions.
4. Perform complete and thorough and accurate preparation for BOR hearing presentations by stated deadlines.
5. Exercising good and appropriate judgment in work related matters including all types of correspondence with taxpayers and their representatives.
6. Following through to completion for all job functions. Including such areas as returning telephone calls, written correspondence, processing BOR recommendations for deferrals and decisions, corrections etc.


Exhibit 20

CC 001378

**Philip E. English**
Real Property Appraiser IV, DF-486
Rating Period: June 1, 2002 To May 31, 2003
Page 2

Suggestions and recommendations for improving performance
1. Develop a method of organizing work files to facilitate retrieval and tracking of information
2. Set up work plan to schedule assignments and prioritize to meet deadlines
3. Thoroughly review all written instructions
4. File and organize written instructions for reference purposes
5. Follow written and verbal instructions
6. Reread Revised Ordinances of Honolulu
7. Create a "to do" list to track completion and status of ongoing jobs/tasks
8. Accept responsibility for work product

## Appraisal Training
| | |
|---|---|
| 02/21/03 | Mass Appraisal & ROH Chapter 8 – Staff |
| 02/21/03 | Market Modeling – Staff |

On leave since February 28, 2003. Upon his return, a discussion will be held with him.

Philip E. English                                                                 Date
Real Property Appraiser IV, DF-486


_____                         4/22/03
Ann C. Gima                                                                       Date
Real Property Appraiser IV

CC 001379