**KAISER PERMANENTE®**

August 28, 2003

Mr. Thomas Riddle
City and County of Honolulu, Department of Human Services
Workers' Compensation Division
350 South King Street
Honolulu, Hawaii 96813

RE:   Claimant: ENGLISH, Philip E.
      Date of Birth: October 26, 1954
      Employer: Department of Budget & Fiscal Services
      Date of Injury: January 30, 2003
      DCD Number: 20301887
      Kaiser Record Number: 633194

Dear Mr. Riddle:

Despite my frequent request for the independent psychological evaluation for Philip English, I have only now been provided this independent evaluation by the patient's attorney, Roger Moseley. I have read this report and, taken together with my own clinical impressions and evaluation, I believe that Mr. English did suffer from a work-related injury on January 30, 2003. I believe this injury was an acute exacerbation of a preexisting depressive disorder.

It is noteworthy that this patient's claim for mental stress does not appear to result solely from any disciplinary action taken in good faith by his employer. The patient gives elaborate history of a pattern of negative interactions at the workplace that were not based in disciplinary action although some of the interactions took that form later on. According to the patient's history, this difficulty with various coworkers began following his allegation that there were unethical practices in his department. This reportedly resulted in a significant deterioration of workplace communication among himself and various coworkers. Reportedly he was criticized and demeaned routinely over a protracted period of time and this likely gave rise to his injury.

Although I agree with Dr. Kennedy that this patient suffers from major depressive disorder recurrent and severe without psychotic features with a history of inter-episode recovery, the stressors are in significant measure due to the difficulties at work. That is, his housing problem of threatened eviction is reportedly secondary to the financial distress he experiences because he is no longer able to work. His economic problems are also because he is no longer able to work at his current employment. His feelings of discrimination at work are reportedly due to the workplace conflict. His marital separation is secondary to the fact that he is no longer able to financially support his wife. Thus, many of the psychosocial


Exhibit 22

PE 01396

Director of the Department of Labor & Industrial Relations
August 28, 2003
Page 2

RE: ENGLISH, Philip
Kaiser MR# 933194

and environmental problems which are noted by Dr. Kennedy would not be likely present and/or as significant were it not for the injury of January 30, 2003.

I also agree with Dr. Kennedy that treatment needs to be continued. Presently this patient is receiving individual psychotherapy, group psychotherapy and has recently been assessed for psychotropic medication. His psychotropic medication assessment was complicated because he has had a history of kidney cancer with nephrectomy and thus some medications were not deemed suitable for him. Thus, considerable medical intervention and testing were to allow for the prescription of a more noninvasive psychotropic medication.

Although I agree with Dr. Kennedy that this patient will likely not be able to return to work in his current department, I do not agree that he is at this point ready to return to work. Hopefully once his condition improves he will become eligible for vocational rehabilitation services and then find his way to reemployment, which is his stated goal.

Mr. English reported that there are many statements in the IPE of Dr. Kennedy that are untrue and led to improper conclusions about his character and are inconsistent with what he has told me. He will be presenting evidence to the labor board about these matters.

I hope this letter answers your concerns.

Yours truly,

*[signature: Joan H. Koff]*

Joan H. Koff, Ph.D.
Licensed Psychologist
Diplomate in Clinical Psychology, ABPP
Senior Disability Analyst, ABDA
Chief, Occupational Mental Health Services

JHK:cki

cc: Department of Labor and Industrial Relations
Roger S. Moseley, Attorney-at-Law
Mr. Philip English
OMHS
PPP

OCCUPATIONAL HEALTH SERVICES
1010 Pensacola Street/Honolulu, HI 96814/(808) 432-2200      3288 Moanalua Road/Honolulu, HI 96819/(808) 432-8200
80 Mahalani Street/Wailuku, HI 96793/(808) 243-6453           1292 Waianuenue Avenue/Hilo, HI 96720/(808) 327-2900
94-235 Leoku Street/Waipahu, HI 96797/(808) 432-3103           45-602 Kam Hwy/Kaneohe, HI 96744/(808) 432-3800
75-184 Hualalai Road/Kailua-Kona, HI 96740/(808) 327-2900

PE 01397