City and County of Honolulu
Department of Human Resources

# NOTIFICATION OF PERSONNEL ACTION

Name: ENGLISH, PHILIP E                              Dept: BFS-REAL PROP

Social Security: 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                         Alternate Id:

---

**PERSONNEL ACTIONS:** APPOINTMENT

**EFFECTIVE DATE:** 06-01-2000           PROBATION END DATE: 11-30-2000

---

*CHANGES ARE UNDERLINED*

Dept: BFS-RP ASSMT            Begin: 06-01-2000            End:
Position No.: DF486
Appt Type: INITIAL PROBATION
Class: 020551  REAL PROPERTY APPRAISER II
Bargaining Unit:   13 B           Schedule/Grade/Step:   SR  18  C
Percent Fulltime:  100.00         Regular:     2,445.00
                                  Differentials:

Dept:                          Begin:                          End:
Position No.:
Appt Type:
Class:
Bargaining Unit:               Schedule/Grade/Step:
Percent Fulltime:              Regular:
                               Differentials:

Dept:                          Begin:                          End:
Position No.:
Appt Type:
Class:
Bargaining Unit:               Schedule/Grade/Step:
Percent Fulltime:              Regular:
                               Differentials:


RECEIVED JUN 16 2000
C&C DEPARTMENT OF FINANCE
REAL PROPERTY ASSESSMENT BRANCH

I certify that the personnel actions reported above have been audited and found to be in compliance with the provisions of the Civil Service and compensation laws and the rules, regulations, and orders adopted thereunder.


Exhibit 23

_Sandra H. McFarlane_                    PE 01683
Director of Human Resources              06-05-2000
                                         Transaction Date

Form CS13