# DR. RENEAU KENNEDY
CLINICAL AND FORENSIC PSYCHOLOGY

3001 DIAMOND HEAD ROAD
HONOLULU, HI 96815
PHONE: (808) 923-2266
FAX: (808) 923-2299

April 20, 2003

VIA FACSIMILE: 527-6782
HARD COPY TO FOLLOW

*CONFIDENTIAL*
*TO: SHARON MAEDA*

Thomas Riddle
Workers' Compensation Administrator
Department of Human Resources
City and County of Honolulu
550 South King Street
Honolulu, HI 96813

    Re:   *Claim of Philip E. English for Disability Payments*

             Claimant:    Philip English
             DOB:         10/26/54
             Employer:   Department of Budget and Fiscal Service
             Carrier:      Self Insured - Department of Human Resources
             D/Injury:    2/2/03
             D/Evaluation: 4/18/03

Dear Mr. Riddle,

On Friday, April 18, 2003, I spent the day evaluating Philip English. That nine-hour evaluation consisted of psychological testing, a clinical interview, and mental status examination. On April 19 and 20, 2003, I spent additional hours reviewing the collateral documentation provided to me in your March 18, 2003, packet, as well as a packet of documentation provided from Mr. English and his attorney, Roger Moseley.

The material thus far reviewed provides the basis for the preliminary findings I am presently communicating to you. I have yet to conduct collateral interviews and to obtain the medical records you have subpoenaed from Kaiser on Mr. English. I believe that document collection will take an additional period of time, which may be quite lengthy. There are other materials that I may need to garner in order to address the particular referral questions you may have, including apportionment and nexus issues.

I am of the opinion that Mr. English is in current severe mental distress. His condition warrants immediate attention and relief from your office. I have ruled out his malingering of these symptoms for secondary gain at this point. Mr. English is in acute need of assistance, both psychiatrically and financially.

I am of the opinion that Mr. English is totally unable to work at this time. His psychiatric needs override alternate temporary work relocation at this juncture. I will be contacting his treatment team at Kaiser concerning my initial findings.



Exhibit 26

There is more than sufficient data to support that Mr. English's claim be immediately accepted in order for him to receive some form of financial assistance, whether this be provided in the form of temporary complete disability or workers' compensation benefits. Mr. English is presently without financial resources, which further complicates the baseline work injury. Immediate financial relief will help diminish some of the pressure Mr. English is living under.

Until the remainder of the material concerning Mr. English's case is provided to me, and I am able to complete my evaluation and full report to your office with a comprehensive analysis of the collateral portion of the claim, I recommend that Mr. English be assisted financially. I also recommend that any further contact from his employer to Mr. English come only through your office.

Please do not hesitate to contact me if you require any information to place the claim in motion, or if you have questions concerning my preliminary findings. Once I receive the remainder of the materials you have requested I will be able to complete my final report to you.

Sincerely,

Reneau Kennedy, Ed.D.
Clinical and Forensic Psychologist