IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>        Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1–10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>        Defendants. | Civil No. 04-00108 SOM/KSC<br><br>DECLARATION OF PHILIP E. ENGLISH |

## DECLARATION OF PHILIP E. ENGLISH

I, PHILIP E. ENGLISH, declare under penalty of perjury that the following is true and correct to the best of my knowledge:

    1.    I began employment with the City and County of Honolulu as a Real Property Appraiser II on June 1, 2000. Attached hereto as Exhibit "23" is a true and correct copy of the Notice of Personnel Action dated June 1, 2000 noting my appointment as a Real Property Appraiser II effective June 1, 2000.

10010/3/56243

2.  Attached hereto as Exhibit "3" is a true and correct copy of my Probationary Performance Evaluation Report (PPER) from the City and County of Honolulu ("City") dated November 3, 2000.

3.  Attached hereto as Exhibit "4" is a true and correct copy of my PPER from the City dated March 29, 2001.

4.  Attached hereto as Exhibit "5" is a true and correct copy of my Annual Performance Evaluation Report (APER) from the City dated April 23, 2001.

5.  Attached hereto as Exhibit "8" is a true and correct copy of my e-mail and complaint that I sent to Defendant Robert O. Magota dated February 15, 2002 notifying him of my concern about Defendant Kurokawa and his improper action of using a City employee to perform private appraisal work for him on City time.

6.  Attached hereto as Exhibit "9" is a true and correct copy of my APER from the City dated April 12, 2002.

7.  Attached hereto as Exhibit "10" is a true and correct copies of my emails to Dwight Ishiguro, a co-worker, dated August 14, 2002 and August 15, 2002 noting my concerns after my August 14, 2002 meeting with Defendants Magota and Gima.

8.  Attached hereto as Exhibit "11" is a true and correct copy of my PPER from the City dated August 14, 2002.

9.  Attached hereto as Exhibit "12" is a true and correct copy of my email to Defendant Kurokawa (and subsequent responses from him and myself) dated August 15, 2002 regarding my extended probation period.

10. Attached hereto as Exhibit "13" is a true and correct copy of an email from Defendant Gima dated October 30, 2002 denying my request for leave for 11/02.

11. Attached hereto as Exhibit "16" is a true and correct copy of my medical patient chart from Kaiser Permanente regarding my visit to my physician, Dr. James Love, dated January 30, 2003.

12. Attached hereto as Exhibit "17" is a true and correct copy of Joan Koff, Ph.D's Initial Psychological Evaluation of me dated May 6, 2003.

13. Attached hereto as Exhibit "18" is a true and correct copy of a letter dated March 13, 2003 from Defendant Magota informing me that I had been placed on leave without pay as of March 11, 2003.

14. Attached hereto as Exhibit "19" is a true and correct copy of the letter that I received from Ivan Lui-Kwan, the Director of the City's Department of Budget and Finance dated April 17, 2003 noting that I was on "special probation" following my substandard APER.

15. Attached hereto as Exhibit "20" is a true and correct copy of comments on my APER submitted by Defendant Gima dated April 22, 2003.

16. Attached hereto as Exhibit "21" is a true and correct copy of a letter from Joan Koff, Ph.D. to Tom Riddle of the City's Workers' Compensation Division dated July 24, 2003.

17. Attached hereto as Exhibit "22" is a true and correct copy of a letter from Joan Koff, Ph.D. to Tom Riddle dated August 28, 2003.

18. Attached hereto as Exhibit "24" is a true and correct copy of the Compromise, Settlement and Release Agreement that I entered into with the City and County of Honolulu. I entered in this Compromise, Settlement and Release Agreement with the City and County of Honolulu on January 20, 2004 under duress because I was experiencing extreme financial strains and needed the Workers Compensation settlement money to pay for my daily living expenses and for medical care and medical expenses that were related to my workplace injury. I also felt

10010/3/56243                               3

that there was no other option as I felt that I could not return to work for the City due to my emotional and psychological workplace injury and due to the hostile work environment. I also felt that if I did return to the City, then termination would have been imminent.

19. Since being forced to leave my employment with the City on January 31, 2004, I have not been able to work as a real estate appraiser for the City or in the private real estate appraisal business due to the physical and emotional and mental distress that Plaintiff suffered as a direct result of the harassment/retaliation, and other actions of Defendants City, Kurokawa, Magota, and Gima.

20. Attached hereto as Exhibit "26" is a true and correct copy of a letter from Reneau Kennedy, Ed.D, dated April 20, 2003 to Thomas Riddle, the Workers' Compensation Administrator for the City and County of Honolulu.

21. I am unable to even think of applying for a real estate appraiser position without feeling physically ill. This reaction is due to the emotional and psychological trauma that I experienced due to the retaliatory actions of Defendants City, Kurokawa, Magota, and Gima.

22. It has been very difficult for me to apply for new jobs because I must now disclose to potential employers as why I left my position at the City. I am extremely concerned and worried that new employers will not hire me if they knew that I was a whistleblower and that I was forced to leave because I made reports about the illegal use of City resources by Defendant Kurokawa.

23. Since suffering the physical, psychological, and emotional trauma and injuries due to the retaliatory actions of Defendants City, Kurokawa, Magota, and Gima, I have a difficult time trusting myself and others. I do not feel confident around people, especially in a work setting. I also feel constant anxiety when I am around people.

I DECLARE UNDER PENALTY OF PERJURY under the laws of the State of Hawaii, that the foregoing is true and correct.

Executed this ___26___ day of ___May___ 2006, at Honolulu, Hawaii.

                              /S/ PHILIP E. ENGLISH
                              PHILIP E. ENGLISH