MOSELEY BIEHL TSUGAWA LAU & MUZZI
a Hawaii limited liability law company
ROGER S. MOSELEY            2060
ALAN K. LAU              3981
CHRISTOPHER J. MUZZI            6939
Alakea Corporate Tower
1100 Alakea Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone:  (808) 531-0490
Facsimile:  (808) 534-0202
Email: rmoseley@hilaw.us
       alau@hilaw.us
       cmuzzi@hilaw.us


Attorneys for Plaintiff
PHILIP E. ENGLISH


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII


| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>                Plaintiff,<br><br>      vs.<br><br>CITY AND COUNTY OF HONOLULU;<br>GARY T. KUROKAWA; ROBERT O.<br>MAGOTA; ANN C. GIMA; and GK<br>APPRAISALS, INC.; JOHN DOES 1<br>-10; JANE DOES 1-10; DOE<br>PARTNERSHIPS; DOE CORPORATIONS<br>1-10; AND DOE ENTITIES 1-10,<br><br>                Defendants. | Civil No.  04-00108 SOM/KSC<br><br><br>PLAINTIFF PHILIP E. ENGLISH'S<br>FIRST SUPPLEMENTAL ANSWERS TO<br>DEFENDANT CITY AND COUNTY OF<br>HONOLULU'S FIRST REQUEST FOR<br>ANSWERS TO INTERROGATORIES TO<br>PLAINTIFF PHILIP E. ENGLISH;<br>EXHIBIT A |



Exhibit 1

**PLAINTIFF PHILIP E. ENGLISH'S FIRST SUPPLEMENTAL ANSWERS TO
DEFENDANT CITY AND COUNTY OF HONOLULU'S
FIRST REQUEST FOR ANSWERS TO INTERROGATORIES
TO PLAINTIFF PHILIP E. ENGLISH**

COMES NOW Plaintiff PHILIP E. ENGLISH, by and through his attorneys, ROGER S. MOSELEY, ALAN K. LAU, and CHRISTOPHER J. MUZZI, of MOSELEY BIEHL TSUGAWA LAU & MUZZI, a Hawaii limited liability law company, and, pursuant to FRCP Rule 26(e) provides his first supplemental answers to Defendant City and County of Honolulu's First Request for Answers to Interrogatories, served upon him as follows:

**INTERROGATORIES TO PLAINTIFF PHILIP E. ENGLISH**

2.   State all facts with specificity which you contend support the allegation contained in Paragraphs 93 through 97 and 104 through 108 of your Complaint that your civil rights were violated, and as to each fact, state its source, identify each person who you know to have any information or knowledge concerning such fact or the aforesaid allegation, identify each document which supports, embodies, refers or relates to such fact or the aforesaid allegation, and the date(s) on which each fact occurred.

**ANSWER**

Without waiving prior answers and/or objections, Plaintiff hereby provides a timeline, of facts and evidentiary support, attached hereto as Exhibit A, in an attempt to describe Plaintiff's understanding of the facts as of the present date. Plaintiff also reserves the right to amend his answers further upon the discovery of additional facts, and also anticipates that the ongoing deposition of Plaintiff may add further facts and detail which may not have occurred to Plaintiff to be relevant at present.

3.    State all facts with specificity which you contend support the allegation contained in Paragraphs 98 through 101 of your Complaint that Defendants unlawfully conspired against you, and as to each fact, state its source, identify each person who you know to have any information or knowledge concerning such fact or the aforesaid allegation, identify each document which supports, embodies, refers or relates to such fact or the aforesaid allegation, and the date(s) on which each fact occurred.

ANSWER:

Without waiving prior answers and/or objections, Plaintiff hereby provides a timeline, of facts and evidentiary support, attached hereto as Exhibit A, in an attempt to describe Plaintiff's understanding of the facts as of the present date. Plaintiff also reserves the right to amend his answers further upon the discovery of additional facts, and also anticipates that the ongoing deposition of Plaintiff may add further facts and detail which may not have occurred to Plaintiff to be relevant at present.

4.    State all facts with specificity which you contend support the allegation contained in Paragraphs 110 through 113 of your Complaint that Defendants unlawfully discriminated and retaliated against you, and as to each fact, state its source, identify each person who you know to have any information or knowledge concerning such fact or the aforesaid allegation, identify each document which supports, embodies, refers or relates to such fact or the aforesaid allegation, and the date(s) on which each fact occurred.

ANSWER'

Without waiving prior answers and/or objections, Plaintiff hereby provides a timeline, of facts and evidentiary support, attached hereto as Exhibit A, in an attempt to describe Plaintiff's understanding of the facts as of the present date. Plaintiff also reserves the right to amend his answers further upon the discovery of additional facts, and also anticipates that the ongoing deposition of Plaintiff may add further facts and detail which may not have occurred to Plaintiff to be relevant at present.

5.   State all facts with specificity which you contend support the allegation contained in Paragraphs 41 through 42 of your Complaint that Defendants wilfully, wantonly and/or recklessly caused injury to you, and as to each fact, state its source, identify each person who you know to have any information or knowledge concerning such fact or the aforesaid allegation, identify each document which supports, embodies, refers or relates to such fact or the aforesaid allegation, and the date(s) on which each fact occurred.

ANSWER:

Without waiving prior answers and/or objections, Plaintiff hereby provides a timeline, of facts and evidentiary support, attached hereto as Exhibit A, in an attempt to describe Plaintiff's understanding of the facts as of the present date. Plaintiff also reserves the right to amend his answers further upon the discovery of additional facts, and also anticipates that the ongoing deposition of Plaintiff may add further facts and detail which may not have occurred to Plaintiff to be relevant at present.

6.   State all facts with specificity which you contend support the allegation contained in Paragraph 44 of your Complaint that you were forced to resign, and as to each fact, state its source, identify each person who you know to have any information or knowledge concerning such fact or the aforesaid allegation, identify each document which supports, embodies, refers or relates to such fact or the aforesaid allegation, and the date(s) on which each fact occurred.

ANSWER:

Without waiving prior answers and/or objections, Plaintiff hereby provides a timeline, of facts and evidentiary support, attached hereto as Exhibit A, in an attempt to describe Plaintiff's understanding of the facts as of the present date. Plaintiff also reserves the right to amend his answers further upon the discovery of additional facts, and also anticipates that the ongoing deposition of Plaintiff may add further facts and detail which may not have occurred to Plaintiff to be relevant at present.

7.   State all facts with specificity which you contend support the allegation contained in Paragraphs 119 through 126 of your Complaint that Defendants intentionally or negligently inflicted emotional distress upon you, and as to each fact, state its source, identify each person who you know to have any information or knowledge concerning such fact or the aforesaid allegation, identify each

document which supports, embodies, refers or relates to such fact or
the aforesaid allegation, and the date(s) on which each fact
occurred.

**ANSWER:**

Without waiving prior answers and/or objections, Plaintiff
hereby provides a timeline, of facts and evidentiary support,
attached hereto as Exhibit A, in an attempt to describe
Plaintiff's understanding of the facts as of the present date.
Plaintiff also reserves the right to amend his answers further
upon the discovery of additional facts, and also anticipates that
the ongoing deposition of Plaintiff may add further facts and
detail which may not have occurred to Plaintiff to be relevant at
present.

8.   State all facts with specificity which you contend support
     the allegation contained in Paragraphs 127 through 130 of your
     Complaint that Defendants defamed you, and as to each fact, state its
     source, identify each person who you know to have any information or
     knowledge concerning such fact or the aforesaid allegation, identify
     each document which supports, embodies, refers or relates to such
     fact or the aforesaid allegation, and the date(s) on which each fact
     occurred.

**ANSWER:**

Without waiving prior answers and/or objections, Plaintiff
hereby provides a timeline, of facts and evidentiary support,
attached hereto as Exhibit A, in an attempt to describe
Plaintiff's understanding of the facts as of the present date.
Plaintiff also reserves the right to amend his answers further
upon the discovery of additional facts, and also anticipates that
the ongoing deposition of Plaintiff may add further facts and
detail which may not have occurred to Plaintiff to be relevant at
present.

9.   State all facts with specificity which you contend support
     the allegation contained in Paragraphs 131 through 138 of your
     Complaint that Defendants interfered with contractual relations or
     prospective business advantage, and as to each fact, state its
     source, identify each person who you know to have any information or
     knowledge concerning such fact or the aforesaid allegation, identify
     each document which supports, embodies, refers or relates to such
     fact or the aforesaid allegation, and the date(s) on which each fact
     occurred.

ANSWER:

Without waiving prior answers and/or objections, Plaintiff hereby provides a timeline, of facts and evidentiary support, attached hereto as Exhibit A, in an attempt to describe Plaintiff's understanding of the facts as of the present date. Plaintiff also reserves the right to amend his answers further upon the discovery of additional facts, and also anticipates that the ongoing deposition of Plaintiff may add further facts and detail which may not have occurred to Plaintiff to be relevant at present.

10.    State all facts with specificity which you contend support the allegation contained in Paragraphs 141 through 144 of your Complaint that Defendants violated you state constitutional rights, and as to each fact, state its source, identify each person who you know to have any information or knowledge concerning such fact or the aforesaid allegation, identify each document which supports, embodies, refers or relates to such fact or the aforesaid allegation, and the date(s) on which each fact occurred.

ANSWER:

Without waiving prior answers and/or objections, Plaintiff hereby provides a timeline, of facts and evidentiary support, attached hereto as Exhibit A, in an attempt to describe Plaintiff's understanding of the facts as of the present date. Plaintiff also reserves the right to amend his answers further upon the discovery of additional facts, and also anticipates that the ongoing deposition of Plaintiff may add further facts and detail which may not have occurred to Plaintiff to be relevant at present.

## VERIFICATION

STATE OF HAWAII                )
                               )SS.
CITY AND COUNTY OF HONOLULU    )


_____PHILIP E. ENGLISH_____ being first duly sworn on oath, deposes and says: That he has read the foregoing answers to interrogatories and same are true to the best of his knowledge and belief.


_____
PHILIP E. ENGLISH


Subscribed and sworn to before me this __21st__ day of November, 2005.

_____
Notary Public, State of Hawaii
Print Name: Vicky S.W. Young
My commission expires: August 2, 2007

> VICKY S.W. YOUNG
> ★ NOTARY PUBLIC ★
> STATE OF HAWAII

10010\3\53745.1

| Date | Event | Documented Evidence | PE Doc# | C&C Doc# |
|------|-------|---------------------|---------|----------|
| 4/28/1999 | R. Amemiya writes "Congratulations on qualifying for our Real Property Assessment Administrator position" | Letter from Roy Amemiya dated 4/28/1999 | 1965 | |
| 5/6/1999 | interview w/ R. Amemiya, Eileen Tengan, for Administrator Position | See letter above referencing interview date and time | | |
| 5/14/1999 | Roy Amemiya "we are pleased that a person with your experience is interested in working with us. Please continue to apply for City positions | Letter from Roy Amemiya Jr. Director of Budget and Fiscal Services dated 5/14/1999 | 1966 | |
| 5/18/1999 | Phil applies for Appraiser II, III, and IV which are posted at C&C Human Resources department on continuous recruitment | Employment Application Apprs ii, Apprsiii, Apprs iv Dated 5/18/2000 | 1975-1981 | |
| 5/18/1999 Approx. date | Notice of Examination Results Apprs IV. Examination Score = 90 | | 1967 | |
| 5/18/1999 Approx. date | Notice of Examination Results Apprs III. Examination Score = 78 | | 1968 | |
| 5/18/1999 Approx. date | Notice of Examination Results Apprs II. Examination Score = 78 | | 1969 | |
| 10/1/1999 Approx Date | Eileen Tengan telephoned Phil and asked Phil to interview for Real Property Assessor position | See letter below dated 12/20/1999 from Roy Amemiya Jr. Director Dept. of Budget and Fiscal Services | | |
| 11/1/1999 . Approx. date | Interview for Real Property Assessor position. interview with Gary Kurokawa | See letter below dated 12/20/1999 from Roy Amemiya Jr. Director Dept. of Budget and Fiscal Services | | |
| 12/20/1999 | Roy Amemiya writes while someone was selected, we hope you will continue to consider the City as a potential employer | Letter from Roy Amemiya Jr. Director of Budget and Fiscal Services dated 12/20/1999 | 1970 | |
| 1/1/2000 | Phil has several telephone conversations with Bob Magota who tells Phil that only the Apprs II positions would be filled but that a person with Phil's experience could move up quickly because a few supervisors had retired or would be retiring in the near future | | | |
| 3/17/2000 | Sue Fomai, secretary for the Real Property Assessment Div. writes to confirm that he is interest in Apprs ii position which is the only position available to be filled | Letter from Sue Fomai dated 3/17/2000 | 1982 | |
| 3/24/2000 | Phil is informed in writing of an interview time and date 3/29 @ 8am, 3rd floor conference room | Letter from Sue Fomai dated 3/24/2000 | 1983 | |



Deposition Exhibit No. 2
Deposition of English
Date 9-20-05

# EXHIBIT A

DEPO OF ENGLISH VOL. I EXH 2

| | | | |
|---|---|---|---|
| 3/29/2000 | Interview for Apprs II position w/ Ann Gima presiding over interview. | | |
| 5/18/2000 | Phil has an appointment w/ Phil's Kaiser to get a TB skin test which is required for employment with the City | Phil's Kaiser record for TB Skin test at Phil's Kaiser dated 5/18/2000 | |
| 6/1/2000 | Phil begins employment with RPA as ApprsII | Notification of Personnel Action initial probation as Apprs ii beg. 6/1/2000 and ending 11/30/2000 | 1683 |
| 6/6/2000 approx. date | Mike Okamoto, Phil's new supervisor, calls Phil into a private meeting in the third floor conference room to ask him who he is, where he came from and why he is working at the RPA? He also told Phil that he would not have time to train him | | |
| 6/1/2000 to 8/9/2000 approx. date | While Phil is still working for Mike Okamoto Phil learns from other appraisers in his group what the office procedures are. He asks Kathy Morimoto how to do something and she explains "It depends who your supervisor is!" | | |
| 7/26/2000 | memo from Lee Agsalud re settlement discussion on the Ilikai Hotel. Note all requested for attendance are Apprs V, Apprs Vi or Assessor except Phil, Apprs II (trainee) | E-mail form Lee Agsalud to A. Gima, L. ideoka, P. English, B. Magota, M. Okamoto. L Carter. | 175 |
| 7/27/2000 | Application for Health Fund benefits for Phil and wife | See Enrollment Application | 1631 - 1635 |
| 8/9/2000 | Initial three month probation period from 6/1/2000 to 8/31/2000while working under Mike Okamoto noting "Attitude Toward Work" Exceeds Requirements. | Probationary Performance Evaluation Report | 1681 |
| 8/9/2000 approx. date | Phil's move from Mike Okamoto's group to Ann Gima's group (know as Group 2 at that time) and are located in the upper section mauka/D.H. corner. Chris Graff is seated across from Phil. Phil is assigned to assist in inputting data in the Waikiki area alo | | |
| 8/14/2000 | memo from Magota giving deadline dates | e-mail dated 8/14/2000 | 174 |
| 9/5/2000 | memo from Magota re meeting taxpayers in basement | e-mail dated 9/5/2000 | 173 |

| | | | |
|---|---|---|---|
| 10/1/2000 approx. date | Gold Coast condos and co-ops are put into market model together with water from Waikiki condos and co-ops. | | |
| 10/16/2000 | Gary Kurokawa writes memo to Phil requesting info on the status of a unit and background on the TVU, zoning, or what determined her classification. Phil's memo responds to the best of Phil's ability with what information he was able to find on his own. | e-mail dated 10/16/2000 | 171 |
| 10/16/2000 approx. date | Phil meets with Bob Magota who encourages him to apply for appraiser VI positions that are coming up soon. | | |
| 11/1/2000 | Phil's Kaiser appointment at 4pm regarding follow up for Kidney cancer | Phil's Kaiser record of appointment dated 11/1/2000 | |
| 11/3/2000 | Initial Probationary Performance Evaluation Report for period 9/1/2000 to 11/30/2000 by Ann Gima. Note Exceeds Requirements for Attitude Towards Work. Also per Ann's narrative "His experience and back ground have lead to additional credibility at Board | Probationary Performance Evaluation Report | 1680 |
| 11/8/2000 | Cancellation for Cat scan | Phil's Kaiser record | |
| 11/9/2000 | memo from Magota re overtime | e-mail dated 11/9/2000 | 170 |
| 11/27/2000 | memo Sue Fomai re outstanding leave papers | e-mail dated 11/27/2000 | 169 |
| 12/7/2000 | memo from Yamashita stating that "You can now inquire on IAS" The first time that we can make inquiries in the new IAS system but it is inquiry only. | e-mail dated 12/7/2000 | 168 |
| 12/14/2000 | Workplace Violence Policy dated 12/14/2000 | Circular No. 1-00 12/12/2000 | 264-272 |
| 12/15/2000 | Phil's memo to Susan Bender of corporation counsels office regarding tax payer Mr. Mayhood of Waikiki Shore and Phil forward to Bob Magota. Again forwarded to Ann Gima on 12/15/2000 | email dated 11/28/2000 and 12/15/2000 | 167 |
| 12/15/2000 | Phil's memo to Susan Bender regarding R. Moseley's Motion Waikiki Shore. Phil states that we may need to perform a physical inspection in order to determine the properties use. cc B. Magota and A Gima | e-mail dated 12/15/2000 | 166 |
| 12/21/2000 | memo from Magota advising appraisers to "not" tell the public that we have "changed our system". Bob states that MAS and IAS are basically the same in how the values are calculated. | e-mail dated 12/21/2000 | 165 |
| 12/22/2000 | Workplace Violence policy delivered to Phil | See Workplace Violence Policy | 1857 - 1867 |
| 12/29/2000 | Notification of Personnel Action Completion of Probation Permanent Apprs II | Form CS13 | 573 |

| | | | |
|---|---|---|---|
| 1/9/2001 approx. date | Phil meets with Bob Magota who again encourages him to apply for the Apprs VI position coming open soon. Tells Phil to brush up on ordinance for interview. | | |
| 1/26/2001 | Phil's memo to Ann Gima responding to her request for status of appeals and TAC. Phil advises that he has 111 cases scheduled for Board of Review and 1,030 cases for Tax Appeal Court | e-mail dated 1/26/2001 | 164 |
| 2/2/2001 | memo from Ann Gima "Just to update you all on what is happening" | e-mail dated 2/2/2001 | 163 |
| 2/23/2001 | memo from Lee Agsalud corp counsel regarding settlement Ilikai. Lee is trying to set a date for a site inspection for Ann Gima, Lee ideoka and Phil | e-mail dated 2/23/2001 | 162 |
| 2/5/2001 | Notification of reallocation from Apprs II to Apprs III from Carol Takahashi Acting Director of Budget and Fiscal Services | Letter dated 2/5/2001 | 1675 |
| 3/7/2001 | Notification of Personnel Action Reallocation from Apprs II to Apprs III and New Probation 2/1/2001 to 7/31/2001 | Form CS13 | 571 |
| 3/21/2001 | Notice of Vacancy to be Filled from Eileen Tengan, Executive Assistant. Title of position to be filled is Real Property Appraiser VI, SR-26 and Qualification Requirements | Notice dated 3/21/2001 Also attached are Minimum Qualification Requirement for the Class from the City web site http://cityfyi/hr/jobclass/020555.htm | |
| 3/29/2001 | Phil's Application for Appraiser VI position | From CS-3 pages 1-4 plus work history and resume | |
| 3/29/2001 | Probationary Performance Evaluation Report given by Ann Gima for Apprs III for period 2/1/2001 to 4/30/2001 Note Exceeds Requirement in every category 1)Quantity of Work, 2)Quality of Work, 3)Attitude Toward Work, 4)Relationship With People. | From No. 42 dated 3/29/2001 signed by P. English, Ann Gima, and Gary Kurokawa | 570 & 572 |
| 4/19/2001 | Phil's memo to Group 2 requesting calls be routed to Ann or Phil regarding the TVU issue to be sure that we are providing consistent info from the office | e-mail 4/19/2001 | 157 |
| 4/23/2001 | Annual Performance Valuation Report given by Ann Gima for Apprs III for period 6/1/2001 to 5/31/2001 Note Exceeds Requirement in every category 1)Quantity of Work, 2)Quality of Work, 3)Attitude Toward Work, 4)Relationship With People. Also Ann's narra | Performance Valuation Report dated 4/23/2001 signed by P. English, Ann Gima, and Gary Kurokawa | 568-569 |
| 5/22/2001 | Ambulance report Phil's Kaiser Hawaii Kai sent Phil to Moanalua concerned that Phil might be having a heart attack' Phil went in because of cough and pain in Phil's left arm. | See Phil's Kaiser report | |

| | | | |
|---|---|---|---|
| 5/31/2001 | Lee Agsalud is calling a meeting for everyone involved in the Hotel/Condominium issue | e-mail dated 5/31/2001 | 156 |
| 6/12/2001 | Internal memorandum "Guidelines for Residential CDU rating system. from Bob Magota | memorandum dated 6/12/2001 signed by Bob Magota and Gary Kurokawa | 1401-1403 |
| 6/25/2001 | Probationary Performance Evaluation Report for Apprs III from 5/1/2001 to 7/31/2001. Note Exceeds Requirements in all categories 1)Quantity of Work, 2)Quality of Work, 3)Attitude Towards Work, 4)Relationship With People.  Narrative notes "As previously n | Form 43 Probationary Performance Evaluation Report dated 6/25/2001 signed by P. English, Ann Gima, and Gary Kurokawa | 566-567 |
| 7/16/2001 | memo from Bob Magota last minute Monday notice that there would be training on Tuesday morning | e-mail dated 7/16/2001 | 153 |
| 7/23/2001 | memo from Ann Gima re Supervisor's meeting and various procedures to be followed | e-mail dated 7/23/2001 | 151 |
| 7/25/2001 | memo's from Gary Kurokawa to Ann Gima regarding Ann's request for written guidelines from personnel. | e-mails dated 7/25/2001 | 150 |
| 7/26/2001 | Notification of Personnel Action  Completion of Probation for Apprs III  effective 8/1/2001 | Form CS13 dated 7/26/2001 | 1664 |
| 8/1/2001 | Approx. time Phil spoke to Chris about what he had observed over the past couple of months and that Chris was doing other than City and County work which turned out to be for Gary and GK Appraisals.  Chris informed Phil that they had a scheme whereby GK would go through David Matsunami | | |
| 8/15/2001 | Notification of Personnel Action - Step movement salary adjustment | Form CS13 received 8/15/2001 | 1665 |
| 8/16/2001 | Phil's memo to Ann regarding tax payer Mr. Cosados | e-mail dated 8/16/2001 | 149 |
| 8/22/2001 | memo from Ann Gima to Bob Magota "Phil's 6 month at Appraiser III has gone by as of August 1 he's ready to be reallocated as we spoke about last month.  Is there any paper work that you needed me to do to get this rolling?"!! | e-mail dated 8/22/2001 | 148 |
| 8/31/2001 approx. date | Approx. date Phil spoke to Ann Gima re Chris working for GK.  Phil mentioned to Ann that "You know Chris is doing work for Gary while at the office?"  Ann responded to Phil saying, "I know nothing about it and never noticed, and you should mind your own business | | |

| | | | |
|---|---|---|---|
| 9/4/2001 | memo from Ann Gima that vacation leave to be reported to the director on a daily basis. Ann states that she cannot always remember who took off and "I always seem to forget to note it on the calendar?" | e-mail dated 9/4/2001 | 147 |
| 9/7/2001 approx. date | Approximately when Ann Gima called Phil to meeting and told me that Chris had complained that Phil was coming and going as he pleased and that he needed to be sure to keep his regular hours. Ann and Phil discussed the time that he would come in and leave | | |
| 9/7/2001 | memo from Ann to Group 3 regarding start/stop time. She asks that everyone e-mail to her our start time and stop time. Keep a good record accounting of your time. if anyone will be out of the office for research, field work, appointments, etc, you must | e-mail dated 9/7/2001 | 145 |
| 10/1/2001 | Phil's memo to Bob Magota "need to talk with you when you have a moment" Phil believes that they were unable to meet on this date | e-mail dated 10/1/2001 | 565 |
| 10/1/2001 | Phil's memo to Magota that he went to Astin with Susan Bender of Corp. council's office to review some documents. "Ann seems upset about something" | e-mail dated 10/1/2001 | 564 |
| 10/2/2002 | Phil's memo to Bob Magota requesting a meeting "can I see you this afternoon?" | e-mail dated 10/2/2001 | 563 |
| 10/2/2001 approx. date | Phil's meeting with Bob to advise him that Chris is doing work for GK Appraisals at Gary's request. Bob blamed it all on Chris and seemed to be sheilding Gary. He asaid that Phil should not pursue it because it would be just his word against theirs. | see e-mail to Dwight Ishiguro dated 5/23/2002 | |
| 10/5/2001 approx. date | Chris came to Phil and stated that he knew Phil had talked to Bob and that Gary had called a meeting with all parties involved and that Gary said that they could not do anything during working hours but that they could continue doing what they were doing | see e-mail dated 5/23/2002 | 523-524 |
| 10/5/2001 | Phil's memo to Bob Magota seeking clarification of procedures re building permits for condos. Phil ask because he has a mounting stack of permits and was told by Ann Gima to put them on the side and not work on them. | e-mail dated 10/5/2001 | 562 |
| 10/9/2001 | Declaration Letter and Form to be sent to AOAO's Bob Magota has asked that Phil sign the letter. It is not Phil's letter but it is Phil's area. | Letter dated 10/9/2001 | 560 |

| | | | |
|---|---|---|---|
| 10/19/2001 | Phil's memo to Robin Freitas of PTO that we have received a request for documents. Phil state that he believes it is a 93-F request. (Should be 92-F) | e-mail dated 10/19/2001 | 144 |
| 10/22/2001 | memo from M.Muraoka responding to the 92-F request for help. | e-mail dated 10/22/2001 | 136 |
| 11/1/2001 | memo from Ann Gima instructing Phil what she would like in the report for the Burger Tax Appeal Court hearing. She states this should include all of the things that we had earlier "agreed" would be appropriate for a report? Ann's instructions were to pu | e-mail dated 11/1/2001 | 133 |
| 11/6/2001 | memo from Ann Gima to Gary Kurokawa re meeting understanding/Declarations | e-mail dated 11/6/2001 | 131 |
| 11/16/2001 | memo from Susan Bender explaining that she is working with Bob to prepare a notification letter to be sent to condo owners warning of an upcoming classification change to "Hotel and resort". I respond suggesting that the letter should state that it.is re | e-mail dated 11/16/2001 | 124 |
| 11/16/2001 | Ann Gima's response to the same letter draft | e-mail 1/16/2001 | 125 |
| 11/19/2001 | memo from Phil to Ann Gima advising that Kathy Morimoto had just dropped off an appeal that she had been holding onto all year and that she just realized that it was not part of her area. Phil asks Ann how does she want him to handle this? Ann responds | e-mail dated 11/19/2001 | 122 |
| 11/26/2001 | memo from Susan Bender asking that the following persons, B.Magota, A.Gima, and P. English meet with her regarding condo declarations | e-mail 11/26/2001 | 120 |
| 12/5/2001 | memo from Susan Bender setting meeting with Elizabeth Chinn of DPP scheduled for Friday at 10am at DPP. Susan and Phil attend meeting | e-mail 12/5/2001 | 119 |
| 12/6/2001 | memo from Ann Gima to Phil regarding a list of co-ops that had erroneously been included on a list changing the class to pitt 700 for 2002. Ann gives instructions to Phil to manually change their pitt code. | e-mail 12/6/2001 | 118 |
| 12/7/2001 | Letter from Bob Magota advising condo owners that their condo classification would change to Hotel and resort. Tax payers are given approx. 1 month to respond if they would like a change. Note he says that if you have any questions to please call Phil E | Letter dated 12/7/2001 | 558 |

| | | | |
|---|---|---|---|
| 12/10/2001 | memo from Bob Magota scheduling training for each appraisal group for training on classification for condos | e-mail dated 12/10/2001 | 117 |
| 12/10/2001 | memo from Ann asking Phil to meet w/appelants in the basement.  Ann assumed Phil called the appellant to the second floor but he hadn't.  The appellant was already somehow on the second floor and Phil spoke with him briefly at the counter by the doorway | e-mail dated 12/10/2001 | 116 |
| 12/11/2002 | IAAO Course on Standards of Practice and Ethic Day #1 | | |
| 12/12/2002 | IAAO Course on Standards of Practice and Ethic Day #2 | | |
| 12/13/2002 | IAAO Course on Standards of Practice and Ethic Day #3 | | |
| 12/14/2001 | memo from Bob Magota to Phil regarding getting help to cover phone calls for the condo declarations | e-mail dated 12/14/2001 | 115 |
| 12/18/2001 | memo from Ann responding to Phil's request to understand what they wanted the appraisers to tell the public regarding the new IAS system for market modeling .  Ann  responded by saying that "I guess "technically" we are not employing any new method?" | e-mail dated 12/18/2001 | 114 |
| 12/19/2001 | memo from Ann Gima regarding procedures for appeal time! | e-mail dated 12/19/2001 | 113 |
| 12/26/2001 | memo from Phil to Ann expressing his fatigue and request to leave early.  See testimony | e-mail dated 12/26/2001 | 112 |
| 1/9/2002 | memo from Phil to Ken Goto stating that he would not be able to pull "counter duty" because of the TVU work to do.  Ken e-mails Ann Gima and asks if she has a substitute.  Note that it was a very common practice for the appraisers to leave counter duty wh | e-mail dated 1/9/2002 | 111 |

| | | | |
|---|---|---|---|
| 1/10/2002 | memo from Ken to Ann and Back. Ken states that Phil did go to the counter after his discussion with Ann. That Ryan came for Phil's lunch relief and that Phil did return after lunch..... Ken states in the former paragraph that Phil comes across like a g | e-mail 1/10/2002 | 110 |
| 1/10/2002 | memo from Ann to Bob and Gary to discuss Phil. She states there are some issues which i think need to be addressed | e-mail dated 1/10/2002 | 109 |
| 1/10/2002 | Phil is called to a meeting with Gary Kurokawa after work where he is told that he was taking "too much" initiative. Phil explained to Gary that the TAC report needed to be done and Gary told Phil not to worry about it that it was his problem. See Phil' | | |
| 1/22/2002 | memo from GK re "trying time on the TVU issue" | e-mail 1/22/2002 | 108 |
| 1/24/2002 | over time to work on expert report | See e-mail 1/30/2002 | 105 |
| 1/25/2002 | over time to work on expert report | See e-mail 1/30/2002 | 105 |
| 1/26/2002 | over time to work on expert report | See e-mail 1/30/2002 | 105 |
| 1/28/2002 | over time to work on expert report | See e-mail 1/30/2002 | 105 |
| 1/29/2002 | over time to work on expert report | See e-mail 1/30/2002 | 105 |
| 1/29/2002 | memo from Ann re supervisor's meeting procedures. She says Bob has asked for a list of priorities and goals for the office. | e-mail dated 1/29/2002 | 107 |
| 1/29/2002 | memo from Phil to Ann Gima with questions about Phil's promised advancement to Apprs iv in October. Questions about how sale data is input and what are the dates that we are allowed to input into the system and are others inputing the same data (mapping? | e-mail 1/29/2002 | 106 |
| 1/29/2002 | Ann responds to Phil's memo some questions Phil has above. Sales input will be forwarded as any updates are discovered, prioritize work is up to each appraiser including sales "verification" and permits...what you do is a "relatively independent decision | e-mail dated 1/29/2002 | 106 |
| 1/30/2002 | Phil's memo to Gary Kurokawa on the hours of overtime worked to complete the expert report for TAC by the deadline. See the dates above | e-mail dated 1/30/2002 | 105 |

DEPO OF ENGLISH VOL I EXH 2

| | | | |
|---|---|---|---|
| 1/31/2002 | memo from Ann Gima asking for appeal count. She asks that appraisers review BOR instructions given to Group 3 "last year"? | e-mail dated 1/31/2002 | 104 |
| 2/4/2002 | memo from Ann Gima regarding supervisor's meeting of 2/4/2002 Recomping prcedure "will let you know once the process is determined??" Re comp using Bob's spreadsheet. Supervisor's to determine where we will sit when we move downstairs, amended notice mu | e-mail dated 2/4/2002 | 103 |
| 2/6/2002 | memo from Ann Gima "Timesheet reminder" She says that she is missing sheets for Chris and Phil from prior months | email dated 2/6/2002 | 100 |
| 2/6/2002 | memo from Phil to Ann Gima stating that Phil is looking for the time sheets to complete them every month but that he cannot find them and to re-construct time sheets for past three months is more time than he has. | email dated 2/6/2002 | 100-101 |
| 2/6/2002 | memo from Ann Gima to Bob Magota asking if time sheets are available to staff for inputs yet??? Bob Magota responds "i will get it ready". Ann asks Bob "Shall I ask him to reconstruct his November and December timesheets? | email dated 2/6/2002 | 101 |
| 2/7/2002 | Phil's memo to Ann Gima requesting help on how to use query builder files from Kieth Yamashita. | e-mail dated 2/7/2002 | 99 |
| 2/11/2002 | Phil's Kaiser appointment regarding lump on right thigh. Getting bigger and sore. Noted history of renal cell carcinoma and radical nephrectomy in 1998 | Phil's Kaiser record | |
| 2/12/2002 | memo from Ann Gima requesting appeal count | e-mail dated 2/12/2002 | 98 |
| 2/14/2002 | Phil's Kaiser appointment to surgically remove lump from right thigh Determined to be Lipoma | Phil's Kaiser record | |
| 2/15/2002 | Phil's memo to Bob regarding complaint against the administrator that Chris was continuing to do appraisal work for Gary and GK while on C&C time. That Phil's complaint was specifically against the Administrator because he was using his position as Administr | e-mail dated 2/15/2002 | 556 |
| 2/19/2002 | memo from Ann Gima regarding March 20th BOR date and that no one is taking it. Trying to piece together appeals to fill that date | e-mail dated 2/19/2002 | 554 |
| 2/21/2002 | Phil's memo to Bob Magota asking him to follow up on Apprs IV allocation that was promised in October. memo chronicals what Phil was told over 6 month period wating for allocation. | e-mail dated 2/21/2002 | 555 |

| | | | |
|---|---|---|---|
| 2/21/2002 | Phil's memo to Bob Magota stating he just "heard" from Sue Fomai that the Apprs IV reallocation is coming through by March 15th. | e-mail dated 2/21/2002 | 95 |
| 2/21/2002 | memo from Ann Gima re supervisor's meeting. Note reasons for "invalidating sales procedures"... more later?  Bob plans to develop sales validation procedures?  Standardize queries Keith asked to coordinate  Bob to work with Amy Kondo to "train" BOR membe | e-mail dated 2/21/2002 | 93-94 |
| 2/21/2002 | Phil's memo to Ann Gima regarding BOR dates and status of what needs to be done.  Phil writes that there are very many appeals (850) and that TACs is coming up in April need to follow up on declarations, write letters responding to quesitons and complaint | e-mail dated 2/21/2002 | 554 |
| 2/21/2002 | memo from Bob Magota to Ann Gima regarding "Phil's panicking... may need to "straighten him out".  Ann responds that she will meet with Bob anytime!  Bob says right now! | e-mails dated 2/21/2002 | 88 |
| 2/25/2002 | Phil's memo to Ann Gima "still waiting for a response to Phil's questions on 2/21/2002?"  i restate the immediate issues preparing for depos, moving next week, heavy appeal load (+/- 1/4 of the entire office).  Models need a "whole lot of work!"  Sales ne | e-mail dated 2/25/2002 | 82-83 |
| 2/25/2002 | Ann gima's memo resonding to Phil's second request for guidance and direction and help.  Her response states that Phil should tell her what "he" think is a priority.  She essentially does not respond with any answsers to Phil's quesitons. | e-mail undated?? | 82 |
| 2/26/2002 | memo from Ann Gima advising AA91 has assessment and whether corrected notices went out,  and HT 11 for appeals | e-mail dated 2/26/2002 | 102 |
| 3/6/2002 | Notification of Classification Action - Reallocation to Apprs IV | | 1655-1658 |
| 3/13/2002 | memo from Ann Gima to Bob Magota "just to let you know what has transpired since your "talk" with Phil"  She states that he is continuing to sign in at various times and comes and goes seemingly at his whim???  She signs off by saying "Thanks for letting m | e-mail 3/13/2002 | 77 |
| 3/14/2002 | memo from Ann Gima to group researching hotel/condo issue.  Ann's summarization of meeting.  "me to check w/ DPP on updated list for legal non-conforming hotels within apt area exempt from NUC" | e-mail dated 3/14/2002 | 74 |

| | | | |
|---|---|---|---|
| 3/18/2002 | memo from Ann Gima "Supervisor's meeting 3/18/2002  Sales in system now.  Steve to run some tests.  Question as to who will be unlocking front door.  Clerical has key.  memo coming from Bob re work hours and policies forth coming. . Revisions to time sheet | e-mail dated 3/18/2002 | 73 |
| 3/18/2002 | Phil's memo to Susan Bender regarding questions i needed to get clarification on regarding highest & best use / classification.  The issue was classification a separate step unique to assessment as opposed to classification used in valuation of properties | e-mail dated 3/18/2002 | 551 |
| 3/19/2002 | Notification of Personnel Action - New probation Apprs iv effective date 3/1/2002, Probation End date 8/31/2002 | Form CS13 dated 3/11/2002 | 1654 |
| 3/25/2002 | memo from Ann Gima  "Supervisor's  meeting 3/25/2002.  Arrangements are being made to make sure we have a back-up for opening the office doors when charlene is not at work"  Bob still working on memo to address working hours, April 22 Bob, Bob Vernon, APh | | 71 |
| 4/11/2002 | Phil's memo to Ann Gima asking instructions on how to handle this issue.  Ann responds in usual manner "You MUST stipulate and it must be scheduled!" brief! | e-mails dated 4/11/2002 | 70 |
| 4/12/2002 | Performance Evaluation Apprs iii??? 6/2001 to 5/2002 | Form 44 Rev 9/00 signed by Phil 4/12/2002 | **1649-1651** |
| 4/12/2002 | Phil's response to performance evaluation and narrative | memo was attached to the review | 1652-1653 |
| 4/12/2002 | Ann Gima's memo to Bob "anticipating "dissatisfaction" with JPR. | e-mail dated 4/12/2002 | 64 |
| 4/12/2002 | Ann Gima's memo to Phil regarding Phil's response to the JPR.  Ann agrees that the assessment period time frame was while Phil was Appraiser iii and she states that she will discuss with Bob any changes to ratings. | e-mail dated 4/12/2002 | 63 |

| | | | |
|---|---|---|---|
| 4/15/2002 | Phils memo regarding R Moseley's request for timely notification of rule change. Phil asks "Let me how I should respond or if PTO or corp council should respond". | e-mail dated 4/15/2002 | 539 |
| 4/22/2002 | Ann Gima's memo regarding supervisor's meeting and new procedures. Note Ann states that "Bob is still working on new time sheets"? BOR dates for upcoming months will be set soon? | e-mail dated 4/22/2002 | 61 |
| 4/23/2002 | Phil's memo to Ann re Sales Extract explanation and her response. Again Phil points out to Ann that he is running out of time to validate sales for resurveys by the dealine. Ann responds that if the sales are not validated prior to 5/10/2002 they will n | e-mails dated 4/23/2002 | 61 |
| 4/23/2002 | Phil's memo re verification and validation What is it? Phil's question is due to the volume of sales in Waikiki what does she want Phil to do. There is not enough time ti verify and validate all of the sales. So what is validation? | e-mail dated 4/23/2002 | 60 |
| 4/24/2002 | Ann Gima's memo recap of meeting on Hotel/Comm. condos with P. English, Lee Ideoka, Bob Magota, and Keith Yamashita in attendance. Note, I am told to "hold" appeals at Waikiki Imperial (timeshare) until further notice. She wirte "? to work on some kind | e-mail dated 4/24/2002 | 59 |
| 4/24/2002 | Ann Gima's e-mail to supervisor or acting supervisor group stating that "Phil has been assigned the day and Bob suggested that I check on the availability of another supervisor to cover me... Since he is still on probation and has limited experience at he | e-mail dated 4/24/2002 | 58 |
| 4/24/2002 | Mike Okamoto responds to Ann Gima's request and states "I can if no one else will help you out". Ann states "Thanks I will let Phil know and I'll also let Bob know. | e-mail dated 4/24/2002 | 58 |
| 4/24/2002 | Ann Gima's memo to Phil that she forgot she could not attend the 5/16/2002 BOR Hearing. She says Mike Okamoto has agreed to fill in for her as supervisor for the scheduled date. She requests that I process stipulations, and although she anticipates some | e-mail dated 4/24/2002 | 57 |
| 4/26/2002 | Phil's memo to Ann regarding no time sheets on line? Phil states that it is the 26th of the month and there is no time sheet on the "G" drive. Do you have any suggestions? | e-mail dated 4/26/2002 | 55 |

| | | | |
|---|---|---|---|
| 4/29/2002 | Ann Gima's memo to Phil "Sorry to be so late in responding. I have forwarded your message to Bob... and to keep track manually to put into the timesheet when it is available. | e-mail dated 4/29/2002 | 55 |
| 4/29/2002 | Phil's memo to Bob Magota and all parties involved in the hote/TVU issue regarding Peter Elliot Waikiki imperial. Phil gave Bob status and asked if he would let me know if Phil would be handling this or not. | | 54 |
| 5/9/2002 | Phil's Kaiser record went to Dr. for cold/flu symptoms not going away | Phil's Kaiser document | |
| 5/10/2002 | memo from Bob Magota to supervisors regarding CAMA inputs on CA!! and appraiser aides not to ask appraisers to go with them to pick up blue prints (blue print packages extremely heavy!) | e-mail dated 5/10/2002 | 53 |
| 5/13/2002 | Phil's memo to Ann that he does not understand #1 of Bob's e-mail to supervisors which Ann forwarded to her group 3. | e-mail dated 5/13/2002 | 53 |
| 5/13/2002 | Probationary Performance Evaluation Report for Apprs IV period 3/1/2002 to 5/31/2002. ( 3 months) Note  meets requirements | Form 42 Rev 1/86 signed 5/13/2002 | 1643 |
| 5/17/2002 | Phil's memo to Bob Magota that Mike Okamoto did not show up for the BOR hearing on 5/16/2002.  Also Phil advised that the BOR deferred some decisions pending a discusion with Amy Kondo | e-mail dated 5/17/2002 | 51 |
| 5/17/2002 | memo from Mike Okamoto to Bob Magota stating he told Ann Gima to have the appraiser remind him of BOR? | e-mail dated 5/17/2002 and forwarded to Ann Gima 5/21/2002 | 50 |
| 5/21/2002 | Phil's memo to Ann Gima requesting how to complete dates on stipulation forms.  Phil was told by Vicki that the dates should not be filled in at all.  Phil writes "Please let us know what we should do" | e-mail dated 5/21/2002 | 529 |
| 5/21/2002 | Phil's memo to Ann Gima responding to 5/16/2002 BOR member concerned Phil didn't support  the office position on the issue of condominium classification. | e-mail dated 5/21/2002 | 528     52 |
| 5/21/2002 | Phil's memo to Ann Gima, Bob Magota, Gary Kurokawa, etal regarding problems with BOR whereby appraiser is asked to also be hearing clerk.  It is inefficient and also leads to "ex-parte" communications with the BOR members. | e-mail dated 5/21/2002 | 45-46 |

| | | | |
|---|---|---|---|
| 5/21/2002 | Mike Kim's memo in support of Phil's memo above regarding BOR clerk recommendation | e-mail dated 5/21/2002 | 45 |
| 5/21/2002 | Phil's memo to Ann Gima responding to her request for the 5/16 BOR tape. which I placed on her desk. | e-mail dated 5/21/2002 | 44 |
| 5/22/2002 | Phil's memo to Ann Gima asking what does it mean to "update" CA11. Apparently Ann was forwarding these communications to the condo appraisers that did not apply to us and Phil wanted to make sure that Phil understood what it was about. | e-mail dated 5/22/2002 | 41 |
| 5/22/2002 | Phil is called into meeting with Bob Magota and Ann Gima. Bob makes several allegations about Phil including 1) "YOU MUST NOT LIKE YOUR JOB VERY MUCH! 2)coming and going as you please? 3) sneaking around and waiting until his supervisor is not at her desk | see e-mails to Dwight Ishiguro recounting these meetings | |
| 5/22/2002 | Ann's handwritten notes regarding the above meeting. Note that Ann states several times that Phil is not to voice his opinion and that "don't expect change to his way" and not voicing his opinion as to not create problems. | | 43 |
| 5/22/2002 | Phil's memo asking Ann Gima if he can adjust his start and stop time to the time that he had been doing already for more than a year w/ her approval. Ann's memo back stating that 7 to 3:45 is OK but that they cannot allow varying start times for one indi | e-mails dated 5/22/2002 | 526    40 |
| 5/22/2002 | Phil's memo to Ann Gima. Please note the extraordinary demeanor of Phil's memo. Phil now realizes that he is in big trouble here and that Bob and Ann have made baseless claims for some reason (see meeting notes above). | e-mail dated 5/22/2002 | 39 |
| 5/22/2002 | Ann Gima's memo to Phil apologizing for her gruffness. Phil thinks Ann could see that Phil was afraid and her memo is also conciliatory towards Phil. So long as Phil comply! | e-mail dated 5/22/2002 | 39 |
| 5/22/2002 | Phil's memo to Ann Gima concerning Waikiki Shore stipulations and delays that individuals might be taxed again in the wrong class. | e-mail dated 5/22/2002 | 525 |
| 5/23/2002 | Phil's memo to Dwight Ishiguro regarding 5/22/2002 meeting with Bob and Ann. "Things at the office are slipping from bad to worse." "If they wanted to set someone up they could!" Do you have any advice | e-mail dated 5/23/2002 | 524 |
| 5/27/2002 | Notification of Personnel Action - Step movement raise | Form CS13 dated 5/27/2002 | |