| | | |
|---|---|---|
| 5/28/2002 | memo from Dwight Ishiguro to Phil saying GK, Bob and Ann could get in to trouble if this is brought to light! Tells Phil to start to keep track of everything! | e-mail dated 5/28/2002 | 523 |
| | Phil"s memo tp Dwight Ishiguro more on retaliation. Phil writes "Thanks for your advice" Phil states that Gary has the greatest responsibility in all of this because it is his company GK and he is the administrator. but when Phil talked to Bob they just say | e-mail dated 5/28/2002 | 522 |
| 5/28/2002 | Dwight Ishiguro's memo to Phil stating "Your right that Gary needs to be more careful on how he does things... It could get them into a lot of trouble." He goes on to say the if sh_t happens who gets the blame? They blaming him now.... right? | e-mail dated 5/28/2002 | 522 |
| 5/30/2002 | memo to Vicki BOR denied postponement not timely 24 hours not enough time to postpone. | e-mail dated 5/30/2002 | 42 |
| 5/31/2002 | Phil's memo to Ann Gima regarding Julie Tamayori advising Phil that he is being "watched" by Bob. Phil states that "I do not know why I would be watched and that I am being singled out (for some reason) this is not appropriate and it is "hostile". Phil | e-mail dated 5/31/2002 | 31 |
| 5/31/2002 | Ann's response to Phil regarding "being watched" Ann states that I am not being watched and the only way that she can explain Julies comment is that she had inquired as to why Bob seemed to be checking out the time sheet log. Juile stated that "Ann" tol | e-mail dated 5/31/2002 | 31 |
| 5/31/2002 | Phil's response to Ann "being watched" Phil states "So it is safe to conclude that there are no deficiencies and if there were it would be brought to my attention. Phil goes on to say that "I am doing the best that I know how" Phil states that "I will b | e-mail dated 5/31/2002 | 30 |
| 5/31/2002 | Phil's memo t Dwight Ishiguro regarding "Playground politics" Phil is inquiring of Dwight "I need to know who to go to and what to do if things like this continue. I am feeling the harrasment because of things that I said about Gary." Phil goes on to | e-mail dated 5/31/2002 | 519 |

| | | | |
|---|---|---|---|
| 5/31/2002 | Dwight's memo to Phil stating "I agree with you that rumors that circulate can be percieved as hostile to the person that it is directed at." Dwight says "I know your attitude towards work is great, I think having you in the department is an asset. "if | e-mail dated 5/31/2002 | 519 |
| 5/31/2002 | Phil's memo to Dwight "Thanks for your council...All I want to do is my job...My complaint about the administrator is clear...Since I have made the complaint things have changed.... not getting better but getting worse.... I am counting on you Dwight for | e-mail dated 5/31/2002 | 518 |
| 5/31/2002 | Dwight's memo to Phil  Dwight writes try to do what you are  told and make sure the instructions are clear! | e-mail dated 5/31/2002 | 518 |
| 5/31/2002 | Ann's memo stating that if there are specific deficiencies it would be brought to your attention. Ann says that if I have any other concerns that she will try to do her best to help me. | e-mail dated 5/31/2002 | 30 |
| 6/13/2002 | Phil's memo to Pauline Iwamoto asking for instruction on how to change NHBHD groups. | e-mail dated 6/13/2002 | 25 |
| 6/13/2002 | memo from Ann Gima to Group 3 supervisor's meetintg and procedures.  Note New version of time sheet should be on line this afternoon but do not use until you test it!.  Also Bob says hold off on manually loading sales.... If you already loaded some don't | e-mail dated 6/13/2002 | 27 |
| 6/13/2002 | Ann Gima's memo to Phil that she is sending a notice back to clerical to be amended.  She states that Bob has diven her her OK to make corrections on these types of stuations? | e-mail dated 6/13/2002 | 26 |
| 6/13/2002 | Phil's memo to Ann trying to get a BOR date July 25th.  Phil asks Ann if the date is still open and how can we know when the dates are available for future months BOR scheduling.  Ann e-mails to Bob to ask if date is still open and Bob responds Yes!  Ann | e-mail dated 6/13/2002 | 29-29 |
| 6/13/2002 | Phil's memo to Ann confirming what Phil was told regarding resurveys. Phil says just to confirm our conversation on resurveys.... "we use the higher of the values?" | e-mail dated 6/13/2002 | 24 |
| 6/13/2002 | Ann's memo to Phil responding to previous e-mail. Ann states that we will not recomend any value below the appelants value. | e-mail dated 6/13/2002 | 23 |

| | | | |
|---|---|---|---|
| 6/13/2002 | Phil's e-mail to Ann asking if this is an office policy because Phil cannot find it in the ordinance and he has a case where the resurvey value is coming in 35% less than the appellants estimate of value. The only thing Phil can find in the ordinance add | e-mail dated 6/13/2002 | 23 |
| 6/13/2002 | Ann's memo to Phil responding to resurvey values. Ann does not quote the ordinance but states that there is an amount set aside for each appeal and if the settlement amount exceeds the amount set aside then there is a deficit. So you cannot make any rec | e-mail dated 6/13/2002 | 23 |
| 6/17/2002 | Cover page to Traeglers documents/request for reconsideration. Note someone wrties "Phil - Please let Mrs. Traegler know by e-mail what "YOUR" decision will be-" Your was circled. And post it which has a date of 6/17/2002 stating submitted for recons | Hand written notes on pos it dated 6/17 2002 | 8 |
| 6/18/2002 | memo from Ann to Bob asking guidance on reconsideration of classification stating that on June 20th Bob and Ann will be asking the BOR for a reconsideration of decisions due to new info. Proctor, Kukilakila, and Traegler. She states "Also we will be iss | e-mail dated 6/18/2002 | 16 |
| 6/20/2002 | memo from Ann to Bob stating that the appeals that the BOR complained that i was not supporting the office policies on 5/16/2002 where by Phil had to write an explanation and give the tape of the BOR to Ann were reconsidered and appeals were granted. | e-mail dated 6/20/2002 | 17 |
| 6/20/2002 | Ann's memo to Bob stating that Phil was unable to take the 7/25 BOR because "he now realizes that he has a lot to do" See 2/21 memo on "panicking". Phil had a lot to do all year he didn't just realize it. | e-mail dated 6/20/2002 | 20 |
| 625/2002 | Ann's memo to Group 3 DON'T print it out!!! It is some kind of report created by Normann Yoshida and has all properties in the entore data base of a certain type. | e-mail dated 6/25/2002 | 19 |
| 6/26/2002 | Phil's memo's trying to understand what the spreadsheets mean. Phil aks "Do we know what the column headings mean? Ann responds that if you look on the MK21 heading corresponds with the adjusted sale? | e-mails dated 6/26/2002 | 19 |
| 6/30/2002 | Diane Traegler (tp) e-mail to Gloria Takenaka stating that "I wonder if you have recieved the papers from Philip English".... and "everyone from Bob Magota, Gary Kurokawa, and Ann Gima agreed that this should happen: | e-mail dated 6/30/2002 | 7 & 11-12 |

| | | | |
|---|---|---|---|
| 7/2/2002 | Phil's memo trying to meet w/ Ann re Kuhio Village. Phil state that he tried to meet with her but she was not in. She states that she was in all morning? | e-mail dated 7/2/2002 | 18 |
| 7/5/2002 | Gloria Takenaka's memo to Phil asking for status on the blue adjustment sheet for Traegler. | e-mail dated 7/5/2002 | 6-7 & 11 |
| 7/8/2002 | Ann's memo to Bob on setting up reconsiderations for 7/2/2002. She states when I took it to Vicki she didn't know anything about it. | e-mails dated 7/6/2002 | 15 |
| 7/8/2002 | Phil's memo to Gloria responding to her request for status. Phil states that "There are some files being handled by Bob and Ann.... I do not know the status of these files." Phil goes on to state "in fact I do not know all of the files as Ann has been | e-mail dated 7/8/2002 | 6 & 9 |
| 7/8/2002 | Gloria's memo to Ann stating "...this is the latest e-mail on the subject from Phil."?? | e-mail dated 7/8/2002 | 9 |
| 7/8/2002 | Ann's memo to Gloria stating"I have informed him that he was responsible for this request." She goes on to state "Apparently he did not follow through on the instructions and is doing so today." | e-mail dated 7/8/2002 | 9 |
| 7/8/2002 | Ann's hand written notes explaining her recollection of the events surrounding Kuhio Village appeal preparation and her recollections on Traegler reconsideration. | Handwritten notes from covering 6/26/2002 to 7/9/2002 | 13-14 |
| 7/16/2002 | Personnel Action Form increase in pay | Form CS13 dated 7/15/2002     PE1642 | |
| 7/16/2002 | Ann's memo to Group "Reminders" Work reports available on line to be completed for June? Some parts still not working. Request for leave cannot be put on desk last minute unless "verbally OK'd" Submit request to other supervisors. NOTE Ann states tha | e-mail dated 7/16/2002 | 5 |
| 7/18/2002 | Ann's memo to me re Waikiki imperial timeshare condos. She states that she spoke to Peter Elliot and explained the reason for delays and that he should submit something in advance. She also states that Phil is assigned this matter "unless we have furthe | e-mail 7/18/2002 | 4 |
| 7/22/2002 | Phone message to Ann from me Flight delayed in Atlanta and missed connecting flight in LA-will be in tomorrow | Phone message pad dated 7/22 6:50am | 3 |

| | | | |
|---|---|---|---|
| 7/24/2002 | Ann's memo re amended notices for classification. Note Ann states that "Since we are fielding so many phone calls regarding people whose taxes have increased due to a change in classification..." | e-mail dated 7/24/2002 | 2 |
| 8/1/2002 approx. date | No date on next document. meeting w/ Ann, Bob and Ana Horn list of i's alleged inadequacies: States that he is not following instructions re-work hours or leave papers gives date 7/12. Says i need to be reminded of instructions even though given in writ | Notes from meeting with Bob, Ana Horne | 365 |
| 8/5/2002 | Ann's draft of 8/14/2002 JPR narrative saying that she submitted it to Bob during the week. In her memo she states "....Philip has been encountering some difficulties in independently performing all of the responsibilities of the Appraiser IV position." | Draft document submitted to Bob wk of 8/5??? | 364 |
| 8/5/2002 | Ann's memo to Phil asking him to be sure to check whether or not an amended notice had already been issued. She states that "There have been two occasions where there is a duplication" | e-mail dated 8/5/2002 | 367 |
| 8/7/2002 | Phil's memo to Ann asking what screen to check for amended notices. | e-mail dated 8/7/2002 | 367 |
| 8/7/2002 | Ann's memo to Phil telling him what screen to look on for amended notices. Ann asks if Phil has been keeping a master log of the units that have submitted documentation. | e-mail dated 8/7/2002 | 367 |
| 8/7/2002 | Phil's memo to Ann stating that there is no additional log book only the original master log which everyone had access to. Phil stated that he was keeping letters that have come in later in a separate stack. Also that he has been making changes and note | e-mail dated 8/7/2002 | 366 |
| 8/12/2002 | Bob's memo to Ann that he would like to meet with her re "Phil's JPR" | e-mail dated 8/12/2002 | 363 |
| 8/13/2002 | Phil's e-mail to TP Bovee cc: to Ann 10:28am | e-mail dated 8/13/2002 | 362 |
| 8/13/2002 | Ann's memo to group to send any type of correspondence before submitting to Ann 1:06pm | e-mail dated 8/13/2002 | 361 |
| 8/13/2002 | Sue Fornai's asking for amended sick leave paper | e-mail dated 8/13/2002 | 360 |

| Date | Description | Reference | Bates |
|---|---|---|---|
| 8/14/2002 | JPR Attitude Below Requirements | | 1639-1641 |
| 8/14/2002 | Phil's handwritten notes from meeting with Bob and Ann re JPR. Again Bob states "YOU DON'T SEEM TO CARE ABOUT YOUR JOB!" Phil told Bob that he didn't understand because everything they have asked him to do that he has done it. Phil reminded Bob that in | Phil's handwritten notes from JPR meeting 8/14/2002 | 500-505 |
| 8/14/2002 | Phil's memo to Dwight re extended probation for another three months describing three incidents that were alledged reasons for extending the probation. 1)I didn't call Mike Okamoto to remond him of BOR. 2)I intentionally waited until Ann left her desk | e-mail dated 8/14/2002 | 507 & 514 & 497 |
| 8/14/2002 | Dwight's memo responsonding to Phil's e-mail. Dwight advises that Phil should begin to keep a record of meetings. That they should be specific on what they percieve is the reason for your "attitude." | e-mail dated 8/14/2002 | 497 & 506 |
| 8/15/2002 | Phil's memo to Pauline Iwamoto requesting information on setting up neighborhood groups for the Gold Coast area. Phil states "I could use your help. Norman kindly offered your assistance and I appreciate all the help I can get." | e-mail dated 8/15/2002 | 353 |
| 8/15/2002 | Phil's memo to Dwight on more about 8/14/2002 JPR Phil writes there is more to yesterdays meeting with Bob and Ann. There was a clear attempt at intimidation. Bob was starring me down. Phil says this may have to go to the union and that he (Phil) wishe | e-mail dated 8/15/2002 | 496 & 506 |
| 8/15/2002 | Dwight's memo to Phil offering to sit in if Phil may need a representative to be there. Dwight states "I need to think about the situation over there a bit more. I feel frustrated that this has atmosphere has come over the office." | e-mail dated 8/15/2002 | 496 & 506 |
| 8/15/2002 | Phil's memo to Dwight thanking Dwight for his continued support and guidance. Phil also states "I wish you were at the meeting yesterday. Maybe it would have turned out differently." | e-mail dated 8/15/2002 | 496 & 506 |
| 8/15/2002 | Dwight's memo to Phil Keep notes when you go into meetings. | e-mail dated 8/15/2002 | 496 |
| 8/15/2002 | Phil's memo to Dwight "I think there is more going on here. should I call Waylon?" | e-mail dated 8/15/2002 | |

| | | | | |
|---|---|---|---|---|
| 8/15/2002 | Phil's notes from 9am meeting w/ Gary Kurokawa Gary says Cannot do everything well. Need to get models to 80% good and can work on 20%. You will know where the problems are through appeals. check with supervisor on leave papers before you leave (Phil | Notes taken by Phil during meeting 8/15/2002 | 491 | |
| 8/15/2002 | Phil's additional notes on meeting with Gary Kurokawa. Additional notes written after returning to desk. Gary said that what they are saying and what Phil is saying is 180 degree different. He said that it takes time to get into the mass appraisal system. | Notes taken by Phil immediately after meeting with Gary Kurokawa on 8/15/2002 | 492-493 | |
| 8/15/2002 | Ann's memo to Bob showing e-mail between Phil and G. Wong who asked me to e-mail the TP. Ann is complaining that Phil did not run it by her first. | e-mail dated 8/15/2002 | | 358 |
| 8/15/2002 | Bob's memo to Phil asking him to call a TP long distance for change in use issue for 2003 | e-mail dated 8/15/2002 | | 357 |
| 8/15/2002 | e-mail from Stan of the assessment office in Kona. Stan is advising Phil that there is an Appraiser IV position opening in the Kona office. Phil's response that he is on probation and do not know if transfer is possible. | e-mail dated 8/15/2002 | 499 | |
| 8/15/2002 | Phil's memo to Gary Kurokawa that Gary said that he would get back to Phil and advise him on the status of the extended probation.... extension going forward? Phil also told him that he may have to seek legal counsel. | e-mail dated 8/15/2002 | | 355 |
| 8/15/2002 | Gary Kurokawa's response to status and "states probation going forward." Gary states that "My greatest concern is that we all have a clear understanding of what is expected." "I have instructed management staff involved to provide a plan of action to ac | e-mail dated 8/15/2002 Note cc: B Magota, Ann Gima, Dwight Ishiguro | 494 | 355 |
| 8/15/2002 | Phil's response to Gary stating that he is always open for discussion and that he is eager to do his job. Phil states that he is very disappointed why the probation is being extended and is still very unclear as to why it is going forward. | e-mail dated 8/15/2002 | 494 | 355 |
| 8/19/2002 | Dwight's memo to Phil "I think you should meet with Waylon." He can guide you on what needs to be done. | e-mail dated 8/19/2002 | 485 | |
| 8/26/2002 | Revised Probationary Performance Evaluation Report dated 8/14/2002 and signed by Gary Kurokawa on 8/15/2002. Note the narrative section has been changed from the original report signed and delivered to Phil on 8/14/2002 | Revised Probationary Performance Evaluation Report dated 8/14/2002. Original signed and delieverd to Phil 8/14/2002. Revised version recieved 8/26/2002 | 1636-1638 | |

| | | | | |
|---|---|---|---|---|
| 8/26/2002 | Pauline Iwamoto's response to Phil's request on 8/15/2002 for help with neighborhood grouping for the Gold Coast condos | e-mail dated 8/26/2002 | | 353 |
| 8/26/2002 | Revised JPR is reviewed at the RPA | Form No. 43  See revised narrative | 1636-1638 | |
| 8/26/2002 | 4:00 appt Phil's Kaiser Hawaii Kai Clinic for cough | | | |
| 8/27/2002 | Ann's memo giving instruction/procedures.  Note number 2 "make sure your sales are validated and validated correctly" | e-mail dated 8/27/2002 | | 352 |
| 8/27/2002 | Vicki's memo to me to not use 10th's and to remind BOR members that IAS rounds off | e-mail dated 8/27/2002 | | 351 |
| 8/27/2002 | Ann's memo returning correction sheet that Phil had already submitted prior. | e-mail dated 8/27/2002 | | 348-350 |
| 8/29/2002 | Ann's memo to Phil requesting BOR dates.  Phil responds that he will not be able to finish all this year but would take need one at the end of Oct. | e-mails dated 8/29/2002 | 484 | 347 |
| 8/29/2002 | Ann's memo to Grp 3 Keep on validating.  Phil's response is that he is running queries every morning and for her to please let me know if she wants me to do something else that he should do. | e-mails dated 8/29/2002 | 483 | 346 |
| 8/29/2002 | Ann's memo to Phil asking for mass "blank sales" list.  Phil's memo to Ann saying that he has been giving the list to Norman because in the training he said to give to him.  She said OK | e-mails dated 8/29/2002 | 481-482 | |
| 8/29/2002 | Ann memos Phil to organize his appeals as much as possibleto estimate the number of days that will be required in the future. | e-mails dated 8/29/2002 | 479-480 | 344-345 |
| 8/29/2002 | Phil responds to Ann and states that the appeals are organize by types and projects. Phil asks if Ann wants to no how many days into next year? Ann responds yes. | e-mail dated 8/29/2002 | 479 | 344 |
| 8/29/2002 | Phil's memo to Ann stating that he will need 8 BOR dates depending on how they work up.  Maybe more. | e-mail dated 8/29/2002 | 479 | 344 |
| 8/29/2002 | Pauline and Phil exchange e-mails on changing a nhbghd group | | | 343 |
| 8/29/2002 | Phil's memo to Pauline asking her to move projects into a new neighborhood group.  Pauline responds thanks for the new data and the change has been made. | e-mails dated 8/29/2002 | | 343 |

| | | | |
|---|---|---|---|
| 9/5/2002 | Ann's memo Phil asking if he is prepared to review BOR case with her because it is less than one week prior to BOR.  Per Ann's hand written notes Phil informs her that the TP has requested a postponement and he asks how to process.  She states that she in | e-mail dated 9/5/2002 | 342 |
| 9/5/2002 | Ann's memo asking to review case anyway.  Phil explains that there are no recommendations because the TP didn't produce anything.  Ann has additional hand written notes.  Ann states should have recomendations even if nothing submitted by tp.  did he check | e-mail dated 9/5/2002 | 341 |
| 9/6/2002 | Phil's memo to G. Wong requesting postponement of 9/10 hearing | e-mail dated 9/6/2002 | 340 |
| 9/6/2002 | Ann's hand written comments on above.  She says that she told me 9:30am the day before | | 339 |
| 9/6/2002 | Ann's typed notes of meeting between Gary Kurokawa, Bob, and Ann.  Gary reports on a meeting between Waylon and Gary.  Waylon says not to pursue probation, that it might be punitive?  Suggest monitor for 3 months and then may put on special probation. | Notes dated 9/6/2002 | 337 |
| 9/6/2002 | Hand written notes of mtg on Hilton Letter head?  Same as above | Handwritten notes 9/6/2002 | 338 |
| 9/9/2002 | Phil's memo to Ann telling her that he is having trouble getting to work on time because he just moved and he is trying to get the bus schedule down.  He told her that he would be buying a bike on the weekend and that should solve the problem. | e-mail dated 9/9/2002 | 336 |
| 9/9/2002 | Ann's memo telling me to sign out "appropriately" for any time missed. | e-mail dated 9/9/2002 | 335 |
| 9/9/2002 | Phil's handwritten notes re above and other things. | e-mail dated 9/9/2002 | 477 |
| 9/13/2002 | Ann's memo that she will not be in the next week but that she needs "everyone's status by the end of the day"   She goes on to say that for Marvin, Chris, and Ann she is aware of their status and they will not need to report. | e-mail dated 9/13/2002 | 334 |

| | | | |
|---|---|---|---|
| 9/17/2002 | Phil's memo to Ann responding to Ann's e-mail on 9/13/2002 for status. Phil documents that he tried to get to it but there were a number of meetings that he had to attend to (he documents them) and that he told Ann that he had to run and catch his bus an | e-mail dated 9/17/2002 | 334 |
| 9/17/2002 | Phil's memo to Ann giving status on the Modeling for Waikiki. Phil gives a breakdown of what he has done or is currently working on. He states that there are a number of grouping problems. H mentions the Gold Coast (which was not set up for modeling pr | e-mail dated 9/17/2002 | 331 |
| 9/17/2002 | Phil's memo to Ann giving her another version of time adjustment | e-mail dated 9/17/2002 | 333 |
| 9/17/2002 | Another memo on time adjustments | e-mail dated 9/17/2002 | 332 |
| 9/18/2002 | Ann's memo while she is away until end of month. She asks that we see another supervisor if we need leave papers signed. She also states that Linda will be running models for herself and for Julie? The rest must use Norman or Pauline. | e-mail dated 9/18/2002 | 330 |
| 10/2/2002 | Ann's memo she is back wants to know who needs BOR dates. Send he requests for changes to coefficients and weights | e-mail dated 10/1/2002 | 329 |
| 10/3/2002 | Phil's memo to Ann requesting coefficient change | e-mail dated 10/3/2002 | 325 |
| 10/3/2002 | memo from Ann to Phil regarding types of constraints to be used. Ann tells me these "won't do". Phil ask her to please help me find the ones that will do. | e-mail dated 10/3/2002 | 322 & 324 |
| 10/3/2002 | Phil's memo to Ann resending per your request coefficients | e-mail dated 10/3/2002 | 323 |
| 10/4/2002 | Phil's memo to Ann re runs coming out odd. Ask for guidance. Also that Norman was looking into it. Ann has some hand written notes that "he was downloading into a spread sheet and problem did not exist? | e-mail dated 10/4/2002 | 328 |
| 10/4/2002 | Ann's memo saying "You probably have too much negative for 1999 sales? | e-mail dated 10/4/2002 | 327 |
| 10/4/2002 | Ann's memo asking Phil to be prepared for meeting re Waikiki Shore and have lists of TMKS that Susan already requested for example: which ones have already submitted info documenting the need to correct, which ones have "invalid" appeals, which have "vali | e-mail dated 10/4/2002 | 321 |

| Date | Description | Source | Page |
|---|---|---|---|
| 10/4/2002 | Phil's memo to Ann requesting more help on runs because the models when "constrained are going "screwy". Phil gives a couple of ideas and then asks what is your recomendation? | e-mail dated 10/4/2002 | 326 |
| 10/7/2002 | Phil's Kaiser emergency broken left toe over the weekend and on Monday goes to emergency. They tell him that he needs to stay off of his foot for a couple of days keeping his foot elevated. Return to work 10/9/2002.  Refer to ortho 1-2 weeks. | Kaiser record dated 10/7/2002 | |
| 10/8/2002 | Ann's memo to Gary Kurokawa states Phil has been out of work past two days (he broke his toe) She goes on to say that "I doubt that he has prepared the list requested by Susan". Ann only requested the list on Friday? | e-mail dated 10/8/2002 | 320 |
| 10/9/2002 | Ann's memo to Phil that Gary Kurokawa out sick!!! Note Ann tells Phil to work on your appeals and model coefficient first!!! | e-mail dated 10/9/2002 | 319 |
| 10/10/2002 | Ann's memo stating that final extract will not be run because some models were not completed by Oct. 4th deadline.  She later claimed that is was Phil's models that were not complete. | e-mail 10/10/2002 | 318 |
| 10/10/2002 | Phil's memo to Ann telling her where he is at with his appeals/resurveys and models.  That he needs help!  That she had told him that she was to too busy to help him because she was helping others   Phil asks Ann if she is too busy could she please send him | e-mail dated 10/10/2002 | 317 |
| 10/10/2002 | Ann's memo to Phil that Phil needs to "clean up" the sales in the model.  She states there are numerous "duplicate" sales and that is definitely going to throw off the regression. | e-mail dated 10/10/2002 | 316 |
| 10/11/2002 | Phil's e-mail to Ann stating that there were only a "few" duplicates and that what saw were the same TMK number but with different transaction dates and sale price (Not duplicates) | e-mail dated 10/11/2002 | 315 |
| 10/11/2002 | Ann's memo to Phil stating that she has gone through the sales and that there are still some duplicates.  She says for Phil to please check them again. | e-mail dated 10/11/2002 | 315 |
| | No date on written note says other duplicates and list 6 TMK's with the number 14+. | Hand written notes | 314 |

| | | | |
|---|---|---|---|
| 10/11/2002 | Phil's memo to Ann stating that he has removed all duplicates and that the remainder are resale's. Phil ask if she wants him to delete the resale's and she responds no. | e-mails dated 10/11/2002 | 313 |
| 10/14/2002 | Ann's memo advising Phil that his models need to be done by the next day (Oct15th) and that all of his models need to be reviewed by her before tomorrow. | e-mail dated 10/14/2002 | 310 & 312 |
| 10/14/2002 | Phil's memo to Ann Asking if she is going to help with model 142? Phil states "If not can you please direct me to someone who can help me." | e-mail dated 10/14/2002 | 310-312 |
| 10/14/2002 | Ann's memo to Phil stating "it seems you are asking me to do the analysis for you." " Have you cleaned up the data?" Have you bypassed the sales? Have you placed constraints on time? | e-mail dated 10/14/2002 | 309 & 311 |
| 10/14/2002 | Phil's memo to Ann stating that he has been doing exactly what she told him to do and that he is askinf for more help than simply general statements like clean up the data. Phil states that he is trying and he is reaching out for help. Phil states tht i | e-mail dated 10/14/2002 | 309 |
| 10/14/2002 | Ann's memo to Phil stating that she has no desire to see Phil fail and that when she says follow the basic processes she means the things from training and what she has already told Phil on "numerous" occasions. Ann even states that it seems you are igno | e-mail dated 10/14/2002 | 309-311 |
| 10/14/2002 | Phil's memo to Ann stating "As is evidenced by my meeting with you I am doing whatever I can to figure out this model." "Norman suggested that I look at ...grade which I did and that is when I found the inconsistencies in the data." "As far as the stand | e-mail dated 10/14/2002 | 308 |
| 10/14/2002 | Ann's response is "How do i know it isn't working?" she states that Phil did not constrain enough yet. Phil's response to her is that Phil had previously constrained it and it was ugly and that she knew that already. Her final response continue to go step by st | e-mail dated | 308 |
| 10/14/2002 | Phil's memo to Ann stating that he had already completely constrained the model and that this is his third attempt. Phil goes on to say that he is going step by step and is trying to track down what the problem might be. Phil concludes that "I have been | e-mail dated 10/14/2002 | 308 |

| 10/14/2002 | Ann's memo to Phil and she states one more time "continue to go step by step. Ann says "As of now you only have one vairable constrained. You will get no results without continuing to run the job with more contraints." | e-mail dated 10/14/2002 | 308 |

| 10/15/2002 | Ann's reminder to Grp 3 all models coefficients must be done by end of day. | e-mail dated 10/15/2002 | 307 |

| 10/17/2002 | Phil's memo to Ann requesting runs on models with changes to time adjustments that he sent earlier. Also to run the MK400 on #141 and #143 so that he might start to review those models. | e-mail dated 10/17/2002 | 306 |

| 10/17/2002 | Ann's memo states that Phil made no previous request for time change and that Phil must go back and review the Preparation for Market Modeling Handout again. She offers no other specific guidance | e-mail dated 10/17/2002 | 306 |

| 10/17/2002 | Ann's memo to Bob stating that Phil has requested leave for 10/22/2002 and 10/25/2002. She states that I advised him that I will not approve them unless he is able to meet his deadlines. She goes on to state that "he has not requested nor had any MK400 | e-mail dated 10/17/2002 | 305 |

| 10/18/2002 | Ann's memo to GK stating that she met with Waylon and he outlined what he had discussed with Gary previously (?) Ann has no objections to proceeding as Waylon has suggested (?) She says that HR would dictate that the probation is terminated anyway. Sh | e-mail dated 10/18/2002 | 304 |

| 10/21/2002 | Ann's memo to Grp 3 re deadlines for weights for condos is "this Friday 10/25/2002" Note Ann says "All models must be reviewed "before" Friday? | e-mail dated 10/21/2002 | 303 |

| 10/21/2002 | Ann's memo regarding Supervisor's meeting update/procedures and ready to have models comped | e-mail dated 10/21/2002 | 302 |

| 10/21/2002 | Ann's memo to Phil granting vacation requests provided that he locks in his coeeficients and finalized wieghts. Ann gets Bob's approval of memo Ann asks Bob "How's this?" | e-mail dated 10/21/2002 | 301 |

| 10/21/2002 | Phil's memo to Ann stating that the request for leave are for necssary follow up concerning health issues. He also states that me has been working very hard on his models and still has received very little assistance from Ann. That if he missed the OCT | e-mail dated 10/21/2002 | 476 |

| Date | Description | Reference | | |
|---|---|---|---|---|
| 10/21/2002 | Ann's memo states that Phil should be running lists of ratios documenting acceptable performance of your models and that he did not request MK400s until last Thursday | e-mail dated 10/21/2002 | 475 | 300 |
| 10/21/2002 | Phil's memo to Dwight stating that he is extremely frustrated. Recieving little to no help from Ann. Phil states "She doesn't even say anything to me" and she is talking and helping others but does not say a thing to me. | e-mail dated 10/21/2002 | 474 | |
| 10/21/2002 | Dwight's memo to Phil says they cannot deny medical leave requests.  He says it seems Ann is not going to be giving you anymore assistance and to document requests.    Dwight states "just submit the necessary leave form and wait for a reply.  If you recie | e-mail dated 10/21/2002 | 474 | |
| 10/21/2002 | Phil's memo to Dwight stating that he was taking vacation leave because he had no sick leave and that Ann requested that he cancel his doctor appointment. | e-mail dated 10/21/2002 | 474 | |
| 10/21/2002 | Dwight's memo to Phil suggesting to try and reschedule appointments.  Dwight states "Seems like she (Ann) is not going to be giving you any more assistance.  Keep documenting..." | e-mail dated 10/21/2002 | 474 | |
| 10/21/2002 | Ann's memo to Gary  and Bob stating that Phil rescheduled an appointment and that he had no data to submit and have not finished any of his models. | e-mail dated 10/21/2002 | | 298 |
| 10/21/2002 | Phil's memo asking Ann to run reports Ann's response that she ran it. Also Ann is saying that she will run the MK400's but "she" suggest only the 2001 and 2002 sales.  Reason is that it takes a lot of computer time. | e-mails dated 10/21/2002 | | 297 |
| 10/24/2002 | Ann's memo to Phil stating that she  needs a list of items for Waikiki Shore meeting.  She does not say when she needs these items or if there is to be a meeting regarding them.  This is the same list requested earlier see 10/4/2002 | e-mail dated 10/24/2002 | 473 | 296 |
| 10/24/2002 | Ann's memo giving new procedure on maintaining lists of coefficients and weights | e-mail dated 10/24/2002 | | 295 |
| 10/24/2002 | Ann's handwritten notes stating that Phil submitted model for review.  She said that coefficients submitted not used to comp so ratios wrong.  She says that i did not ask for MK400 run | hand written notes dated 10/24/2002? | | 289 |
| 10/24/2002 | Phil's e-mail to Ann requesting MK400 run!  see above handwritten note. | e-mail dated 10/24/2002 | | 290 |

| | | | | |
|---|---|---|---|---|
| 10/24/2002 | Ann's memo to Phil at 4:34 telling him to rerun the query. | e-mail dated 10/24/2002 | | 291 & 294 |
| 10/24/2002 | Phil's memo's to Norman at 9:53 am asking for changes to grade 3 for certain projects. Norman responds at 5:48pm that he has completed it and wants to no if he needs to re-run extract. | e-mail dated 10/24/2002 | | 292 |
| 10/25/2002 | Phil's Kaiser follow up on for broken toe 2 1/2 weeks prior | Kaiser record | | |
| 10/30/2002 | Ann's memo to Phil stating that Phil's leave for 11/1/02 and 11/4/02 are disapproved "unless" he completes various tasks described in the memo | e-mail dated 10/30/2002 | 468-469 | 288 |
| 10/30/2002 | Ann's memo to Phil stating that Phil's leave for 11/1/02 and 11/4/02 are disapproved "unless" he completes various tasks described in the memo. Phil's handwritten notes trying to breakdown the various tasks in the memo. | e-mail dated 10/30/2002 | 458 & 472 | |
| 10/30/2002 | Phil's memo to Ann confirming that the last MK400's only included 2001 and 2002 sales and he asks if she would run MK400's using sales from 1999 to 2002. | e-mail dated 10/30/2002 | 468 & 470-471 | 286-287 |
| 10/30/2002 | same as above w/ Ann's memo to Bob and GK stating "Please note that he claims that it is MY decision to comp only the recent". and she says that he is not taking responsibility for work product. Then in parenthesis she says she only "suggested" that she | e-mail dated 10/30/2002 | | 284-285 |
| 10/30/2002 | Phil's memo to Dwight advising him of Ann's memo to disapprove i's leave request. It seems to Phil that other employees are given liberal leave but that he is being singled out. Suspects they are going over his work to find anything that he has done wro | e-mail dated 10/30/2002 | | 465 |
| 10/30/2002 | Phil memo's Dwight again for follow up question... "Are these request reasonable?" Phil goes on to say that they are broad asking to address things like condition of the units at sale. Furthermore she asks for satisfactory/explainable results. Phil say | e-mail dated 10/30/2002 | | 465 |
| 10/30/2002 | Dwight responds to Phil stating how things are done relying on the SAR report for outliers and that those need to be checked. Dwight says models need not be perfect but reasonable and explainable. | e-mail dated 10/30/2002 | | 464 |

| | | | |
|---|---|---|---|
| 10/30/2002 | Phil's response to Dwight asking if the request are reasonable at this late date and explaining that previously we were told to just "validate" if the sale looks close enough because there are too many sales to input!  "if it looks close validate" | e-mail dated 10/30/2002 | 463-464 |
| 10/30/2002 | Dwight's memo says that ,  "We do validation similar to that.  If it seems unrelated, we validate! "When we get the P64 it usually is to late to do research on it."  Dwight says "To try and clean up data at this time with the amount you have would be ve | e-mail dated 10/30/2002 | 463 |
| 10/30/2002 | Dwight's memo to Phil he states that vacation time can be substituted for sick leave for health related reasons.  Dwight asks Phil "Do you want me to talk to Gary?" | e-mail dated 10/30/2002 | 462 |
| 10/30/2002 | Phil's memo to Dwight stating "Unfortunately I do not know what is going on with Gary."  "I'm not sure what the union is going to do?"  and "In the City and County there are not many that I feel that I can trust." | e-mail dated 10/30/2002 | 461-462 |
| 10/30/2002 | Dwight' memo to Phil stating that "the main thing here is that no action is taken." and "If and when they do then we will have to react."  Again Dwight asks if he can talk to Gary. | e-mail dated 10/30/2002 | 461 |
| 10/30/2002 | Phil's memo to Dwight "from the beginning when I spoke out about Chris doing work for GK on C&C time things have gotten steadily worse.  Gary is letting Bob and Ann have their way with me. Something is not right about this." | e-mail dated 10/30/2002 | 460 |
| 10/30/2002 | Dwight' memot to Phil stating "In time things will come together and a pattern will develop. Information will present it'self and we will need to gather it."  Dwight says "May I intervene with Gary or do you think we should wait for Waylon?" | e-mail dated 10/30/2002 | 460 |
| 10/30/2002 | Phil's memo to Dwight  stating "Please wait for Waylon.  I am not sure who to trust anymore." | e-mail dated 10/30/2002 | 459 |
| 10/30/2002 | Dwight's memo to Phil stating that he will talk to Waylon "today". | e-mail dated 10/30/2002 | 459 |
| 10/30/2002 | Phil's memo to Dwight "It seems they can say what they want unless someone makes them stop.  If Gary doesn't do it then it must and will go to another venue. | e-mail dated 10/30/2002 | 459 |
| 10/31/2002 | Dwight's memo to Phil saying he spoke to Waylon and that he was busy with a Clinton rally and that he would keep on him | e-mail dated 10/31/2002 | 459 |

| | | | | |
|---|---|---|---|---|
| 10/30/2002 | Phil's memo to Pauline asking for clarification on outliers | e-mail dated 10/30/2002 | | 283 |
| 10/31/2002 | Pauline's memo to Phil responding giving detail on the issue | e-mail dated 10/31/2002 | | 282 |
| 10/31/2002 | Received Personnel Action form for probation 6/1/2002 End 8/31/2002 | Form CS13 dated 5/27/2002 | 457 | |
| 10/31/2002 | Norman's memo to Phil regarding error list on model 141. Norman says it is a large list. Norman goes on to give very detailed instructions on how and where to go to correct the errors. | e-mail dated 10/31/2002 | | 280 |
| 10/31/2002 | same memo w/ Ann's hand written notes that after errors were corrected that she ran the MK400 | e-mail dated 10/31/2002 | 456 | |
| 10/31/2002 | Phil's e-mail to Ann requesting that she run the MK400s | e-mail dated 10/31/2002 | 455 | 245 |
| 10/31/2002 | Ann's memo stating that the list of errors must be corrected before we can run the entire population and that model 142 needs to be finished review for corrected sales. She goes on to say that because of this situation, your request for vacation for Frid | e-mail dated 10/31/2002 | 453-454 | 243 & 281 |
| 10/31/2002 approx. date | No date/time  Phil's memo stating error report corrected and requesting to run MK400's | e-mail approx.dated 10/31/2002 | 452 | |
| 10/31/2002 | Phil's request that she run the MK400's using existing coefficients. | e-mail dated 10/31/2002 | 451 | 246 |
| 10/31/2002 | Phil's memo to Ann stating that he is delivering the items requested due by the end of the day and at 3:48 understand that there is an additional requirement. | e-mail dated 10/31/2002 | | 242 |
| 10/31/2002 | Phil's copy of Ann's request with his hand written notes breaking the request down to 3 steps and the explanation of SAR and deleted sales. | e-mail dated 10/31/2002 | | 244 &247- 279 |
| 10/31/2002 | Ann's response saying that it is the end of the day but that Phil had "only requested" that the MK400's be run and there are no results to be reviewed and those are what need to be reviewed to be satisfactory. Ann forwards her memo to me to Bob and GK at | e-mail dated 10/31/2002 | 450 | 240-241 |
| 10/31/2002 | Phil's response at 5:19pm responding to additional request re error report. Only three errors. Phil states that there is an additional requirement of reviewing the MK400's but that Ann will not run them until the next day? | e-mail dated 10/31/2002 | | 239 |

| | | | | |
|---|---|---|---|---|
| 11/1/2002 | Ann's memo to Phil stating that she made appropriate deletions on MK45 for errors and they shouldn't be a problem. | E-mail dated 11/1/2002 | 441-442 | 237-238 |
| 11/1/2002 | Phil's memo to Ann asking when she wants to review error list. Phil told her he wasn't sure what deletions she made as he made all of the deletions he was told about "yesterday" | E-mail dated 11/1/2002 | 441 & 444-448 | 236 |
| 11/1/2002 | Ann's memo to Phil states "I already reviewed the same error list you reviewed. I am just keeping you informed of the solutions to the erros Norman was following up on?. | E-mail dated 11/1/2002 | 441 | 236 |
| 11/1/2002 | Phil's momo to Ann regarding TP Patrick Winfrey. Ann's hand written note that says she "verbally instructed me to take it to the BOR today" and writes "hearing 10/11/02" | E-mail dated 11/1/2002 | | 235 |
| 11/1/2002 | Ann's memo responding to i's request made 10/31/2002 at 2:46pm to run MK400. she responds at 1:27 on 11/1/2002 that she can not run the MK400's due to limited computer time. | E-mail dated 11/1/2002 | 446 | 234 |
| 11/1/2002 | Ann forwarding Keith's notes to Group 3 from supervisor meeting regarding procedures. Ann states that "if you have any recommendatins or requests regarding IAS (besides junking it), please e-mail me..." | e-mail dated 11/1/2002 | 443 | |
| 11/1/2002 | memo from Norman to Phil stating that model 142 has lots of errors. To check Ann's daemon file and correct the error. | e-mail dated 11/12002 | 438-440 | 233 |
| 11/4/2002 | Phil's memo to Norman stating that the two files numbers were both validation code problems and Phil deleted them.. | e-mail dated 11/4/2002 | 438 | 233 |
| 11/7/2002 | Gary Kurokawa's memo to Ann stating that "anytime ok for me, I will make this matter a top priority and cancel all other appointments. Also CC 232. Ann responds "Confirmed with Waylon, Tuesday at 9:30 at HGEA" | e-mail dated 11/7/2002 | | 232 & 229 |
| 11/7/2002 | Ann's memo to Group 3 requesting status on various items. She states that if you don't sign up for BOR dates, then dates will be assigned to you. | e-mail dated 11/7/2002 | 436-437 | 227-228 & 231 |
| 11/7/2002 | Phil's memo to Ann giving a list of TMK's w/o documentation?? Per Ann's request. | e-mail dated 11/7/2002 | | 230 |
| 11/8/2002 | Phil's memo to Norman requesting query to run various ratios | e-mail dated 11/8/2002 | | 224 |

| 11/8/2002 | Phil's memo responding to Ann's request of11/7/2002 on Status (see CC230). Phil is requesting 5 BOR dates; 2 in December, 2 in January, and 1 in Fecruary. | e-mail dated 11/8/2002 | 436 | 227 |
|---|---|---|---|---|
| 11/8/2002 | Ann's memo to Phil "Send me the dates" | e-mail dated 11/8/2002 | 436 | 227 |
| 11/8/2002 | Phil's memo to Ann requesting BOR Dec. 6th  Ann responds you need 1 month lead time.  Phil ask is the January calendar available?  She only says check calendar! | e-mails dated 11/8/2002 | 435 | 225-226 |
| 11/12/2002 | Phil's memo to Dwight "it continues!"   Just assigned 4 BOR dates in 30 days during the Appeal Time and the Holiday seasons. "Today is the 12th of November!  It is apparent that they are making things difficult.... they are piling on!  "Don't be surpris | e-mail dated 11/12/2002 | 433-434 | |
| 11/12/2002 | Dwight's response to Phil "Will try to get Waylon involved."  "Where you provided a list of objectives/goals for the evaluation/probation period?" | e-mail dated 11/12/2002 | 433 | |
| 11/12/2002 | Phil's memo to Dwight explaining in more detail the Extended Probation evaluation items (added later) Phil documents item by item explaining that 1)he is not provided assistance to meet dealines (now given 4 BOR dated in 30 days) 2 Since there is no help | e-mail dated 11/12/2002 | 431-432 | |
| 11/12/2002 | Dwight writes back and says that when he was here they did not have these problems.  He states that I hope we can settle this once Ann meets with Waylon. | e-mail dated 11/12/2002 | 430 | |
| 11/13/2002 | Phil writes back to Dwight to remind Dwight of previous problems in how management handles employee issues .... intimidation!  Phil states that he figured out that he was in trouble when he started to hear about it from "other employees!"  Phil states tha | e-mail dated 11/13/2002 | 429 | |
| 11/13/2002 | Dwight writes that he remembers some things and encourages me to hang in there.  Dwight says "do, then grieve." | e-mail dated 11/13/2002 | 429 | |
| 11/13/2002 | Ann's memo re instructions on procedures reviewing values, loading new parcels, preparing for BOR counter duty. | e-mail dated 11/13/2002 | 428 | 223 |
| 11/13/2002 | Phil's memo to Dwight regarding queries Julie told me about that no one told me what they were for or how to use them.  Although Ann spends a lot of time with others as for me it seems to be OK pal sink or swim.  Phil's frustrated that he is not getting h | e-mail dated 11/13/2002 | 427 | |

| | | | |
|---|---|---|---|
| 11/13/2002 | Ann's memo to Gary Kurokawa asking for Nov. 20th meeting with Waylon. | e-mail dated 11/13/2002 | 222 |
| 11/15/2002 | Phil's memo to Norman about a bldg that they had talked about that had two different grade descriptions. | e-mail dated 11/15/2002 | 214 |
| 11/15/2002 | Norman's memo to Phil asking if the grade was used to recognize a higher value to different sides or locations in the bldg? | e-mail dated 11/15/2002 | 214 |
| 11/15/2002 | Ann's memo to Grp 3 to clarify Nov 13 instruction | e-mail dated 11/15/2002 | 221 |
| 11/18/2002 | Phil's memo to Norman stating that all of the units that are grade 4 have values that are significantly higher.  "....could you please change them.' | e-mail dated 11/18/2002 | 213 |
| 11/18/2002 | Phil's memo to Ann requesting help for loading new HPR's  Phil tracked down the instructions from Ann Kabasawa and assumes they are current (no date) Not done this before can advise or send me to someone who can. | e-mail dated 11/18/2002 | 220 |
| 11/18/2002 | Phil's memo to Ann telling her that the descriptions are not clear for new HPR's  Phil writes that Ann just told me to get full documentation off line but that "she" didn't know where to look since they changed the location. | e-mail dated 11/18/2002 | 219 |
| 11/18/2002 | Ann writes to Phil that he should have the e-mail telling him which drive to look on. | e-mail dated 11/18/2002 | 426 |
| 11/18/2002 | Phil write back to Ann that he did find it and it was on the "L" drive should anyone else ask in the future. | e-mail dated 11/18/2002 | 218 |
| 11/18/2002 | Phil writes to Ann saying that it appears that the Management apartment is "not" to be used for residential or dwelling purposes."  Still parking to be installed. | e-mail dated 11/18/2002 | 217 |
| 11/18/2002 | Phil writes to Ann that it appears that the management apartment will be used for commercial purposes and that i would forward info to Gary Kubota | e-mail dated 11/18/2002 | 216 |
| 11/18/2002 | Phil writes to Dwight "More of the same"  Phil writes how difficult it has been for me to get help on loading parking stalls.  He got a copy of instructions from Ann Kabasawa but it had no date.  He asked Ann Gima for help in explaining it and she told hi | e-mail dated 11/18/2002 | 425 |

| | | | | |
|---|---|---|---|---|
| 11/18/2002 | Ann's memo supervisor mtg/procedures  Item #2 ask for status report due by the end of the day. But it does not say status on what and in what form? | e-mail dated 11/18/2002 | 423 | |
| 11/18/2002 | Phil's memo to Ann "Waht specifically do you want for the status report?" | e-mail dated 11/18/2002 | 423 | |
| 11/18/2002 | Ann's memo responding to Phil's question above listing new/demo permits, inputs, appeals outstanding, progress review of 2003 values, and any other situation pertinent to your area? | e-mail dated 11/18/2002 | 423 | |
| 11/18/2002 | Phil's status report.  Phil notes 114 permits, 417 inputs, 290 appeals heard, 576 to be heard, He lists the four BOR dates that were assigned to him on Nov 12th; 12/13,12/27,1/3,1/14  Phil points out that he has had no time to prepare since they were assi | e-mail dated 11/18/2002 | 422 | 215 |
| 11/18/2002 | Phil writes to Dwight forwarding a copy of his status and ask "was I wrong to write this?"  Dwight responds and says that it is appropriate to let management know where you stand. | e-mail dated 11/18/2002 | 422 | |
| 11/19/2002 | Norman writes "We are running out of time and you are out on sick leave"???  Norman states "I am going to assume that you checked the questions that I asked you and you want me to change all grades to 3."  See Phil's memo above "please change them." | e-mail dated 11/19/2002 | | 213 |
| 11/21/2002 approx. date | Approximate date that Bob asked Chris to remove all of his appraisal files and templates that he used for working on Gary's appraisal reports.  Chris was very upset and stomped up and down the isle complaining that "Bob has been looking into my personal f | | | |
| 11/21/2002 | Ann's memo to Grp 3 regarding clean up areas prepare for appeals.  The word was sent out verbally and urgently to take any personal files off of your computer! | e-mail dated 11/21/2002 | | 211 |
| 11/21/2002 | Ann informs grp 3 to sign up for revised performance evaluation process  Wants to know what date we can attend.  Phil writes back that for date of Dec. 4th. | e-mail dated 11/21/2002 | | 212 |
| 11/21/2002 | Phil's memo to Dwight "i just spoke with Waylon and there is a meeting set for tomorrow morning"  Apparently Waylon ond Gary Kurokawa reached some agreement?  Phil states "Here is the problem, I should never have been on probation in the first place.  The | e-mail dated 11/21/2002 | 420-421 | |

| | | | |
|---|---|---|---|
| 11/21/2002 | Dwight writes to Phil that he was not privy to any discussions and that he thinks that I should take it up with Waylon after the meeting. | e-mail dated 11/21/2002 | 420 |
| 11/21/2002 | Phil writes to Dwight and tell him that k"the most amazing thing is I spoke up to try and help them and save them from something worse.   Phil states he has already started to try and contact lawyers. Phil states he has been thinking about contacting Pet | e-mail dated 11/21/2002 | 420 |
| 11/21/2002 | Dwight writes back to Phil "He should be a very good person to consult with." (attorney Peter Trask) | e-mail dated 11/21/2002 | 420 |
| 11/22/2002 | 9:45 am meeting w/ Waylon, Ann and Gary Kurokawa.  Going to pass probation (that means extension did not occur)  Gary said could have added other things????  Phil asked what they were and they couldn't say.  Gary states if he wanted to he could make thing | hand written notes from 11/22/2002 9:45 am meeting with Waylon Toma, Ann Gima, Gary Kurokawa and Phil | 414 |
| 11/22/2002 | Back to Phil's desk where he continues to write notes about the meeting that had just occured.  1)  They wanted to take out the word attitude?  The above change subject to Phil's agreeing to it.  2)  That Phil would work at Appraiser IV level and more speci | Phil's hand written notes after meeting above | 404-405 |
| 11/25/2002 | Phil's memo to Dwight telling him about the 11/22/2002 meeting with Ann Waylon and Gary. The meeting was to discuss the "deal" between Gary and Waylon??  Phil tells Dwight that it was apparent to him that he was being set up to get him in the future! | e-mail dated 11/25/2002 | 402-403 |
| 11/25/2002 | Bob's memo sent to supervisors advising of December training schedule and other deadlines. | e-mail dated 11/25/2002 | 208 |
| 11/25/2002 | Sue Fomai writes that there was an adjustment to Phil's vacation and sick leave balances due to a switch in program used by payroll. | e-mail dated 11/25/2002 | 207 |
| 11/25/2002 | Phil's left a phone message w/ Waylon needed to get clarification.  Need his e-mail address to try and contact Waylon by e-mail. | e-mail dated 11/25/2002 | 401 |
| 11/26/2002 | Phil's e-mail to Waylon asking to meet with him briefly to discuss the points of Fridays meeting. Waylon never responded and Phil never from Waylon again except for the letter he wrote when Ann and Gary were asking for follow up meetings! See below  1/1 | e-mail dated 11/26/2002 | 400 |

| | | | |
|---|---|---|---|
| 11/26/2002 | Phil's e-mail to Ann regarding Friday after thanksgiving. Phil writes "Do you have any indication whether or not we will get part of Friday off?" Phil goes on to say "I need to arrange for child care on Friday for Sean." | e-mail 11/26/2002 | 206 |
| 11/26/2002 | Phil's e-mail to Waylon again asking for options that were discussed in the meeting stating that "I wanted get something in writing." Phil never gets a response. | e-mail 11/26/2002 | 399 |
| 11/27/2002 | Ann to Gary Kurokawa regarding written notes regarding 11/22/2002 JPR meeting that she will submit to Waylon for his review? She asks Gary is there anything else that you would like to add.....let me know. | e-mail dated 11/27/2002 | 203-205 |
| 11/27/2002 | Ann's memo advising of Grp3 meeting 1st Wednesday of every month. | e-mail dated 11/27/2002 | 202 |
| 11/27/2002 | Bob's memo to all appraisers stating 1) no changes to Cama until OK from Steve and 2)After OK get approval from super and use corrected notice forms. | e-mail dated 11/27/2002 | 398 |
| 12/2/2002 | Ann's memo to Waylon sending draft copy that she sent to GK for review on 11/27. Ann states "I haven't had any feedback yet but I'm forwarding you a copy for your review. If this needs to be on letterhead with signatures or whatever, let me know" | e-mail dated 12/2/2002 | 201 |
| 12/2/2002 | Bob's memo to all appraisers regarding attached corrected notices form. Bob says any changes need to be made by Dec. 6th. | e-mail dated 12/2/2002 | 395 |
| 12/2/2002 | Ann delivers revised narrative of JPR responding to Phil's request from Waylon to get something in writing. Ann threw this on Phil's desk and said "Waylon said you wanted something in writing" and then she walked away. | hand delivered document delivered by Ann to Phil on 12/2/2002 | 394 |
| 12/3/2002 | Phil's memo to Dwight that he has not heard back from Waylon. Also that Phil is experiencing continued hostility. Ann stated in our group meeting that the review code for condos should not be market. Phil asked Ann what should it be and she responded | e-mail dated 12/3/2002 | 350 & 392-393 |
| 12/3/2002 | Dwight writes back to Phil "condo masters should be on cost.... I don't think you had any training on how to set up a condo." Dwight goes on to say "I think it was an appropriate question." Dwight says "It seems that they are expecting that you not ask " | e-mail dated 12/3/2002 | 392 |

| | | | |
|---|---|---|---|
| 12/4/2002 | Office meeting w/ Mike Golojuch and Violet Lee regarding the Revised Performance Evaluation Process Executive Overview training. | Hand outs from training on Revised Performance Evaluation Process Executive Overview training on 12/4/2002 8:30 am | 382-391 |
| 12/4/2002 | Phil's notes from meeting w/ S. Bender "waiting for Gary Kurokawa to make a decision on stipulations. Phil writes that Susan has offered me a haven and some place to talk because of the situation in the office.  Susan said that she has no first hand know | Phil's typed notes on 12/4/2002 | 381 |
| 12/4/2002 | Bob's memo to all appraisers that DIT changes and looking at a tentative deadline for CAMA changes 10 am on Friday Dec. 6th. | e-mail dated 12/4/2002 | 396 |
| 12/4/2002 | Ann's memo to Susaan Bender and Phil regarding stipulations and reclassifications.  She said that she spoke to Gary and that we could go ahead. She adds a note to Phil that he may add these to his BOR hearing with the others? | e-mail dated 12/4/2002 | 380 |
| 12/5/2002 | Phil writes to Dwight because he is confused about Bob's e-mail instructions on 12/2/2002.  He told us to wait for Steve's OK before making corrections.  And i did not see an e-mail from Steve yet. i ask Dwight did we get the OK from Steve?  Dwight respo | undated e-mail approx. date 12/5/2002 | 377 |
| 12/5/2002 | Phil's memo to Ann asking for changes to a project, listing the tax keys.  She responds that the requested TMK's have been recomped | e-mails dated 12/5/2002 | 200 |
| 12/5/2002 | Phil's memo to Dwight recapping some events and asking what happened re the 11/22/2002 meeting ( no one ever told me anything)  Phil also told Dwight that he might not continue to write to him but that he would keep documenting everything | e-mail dated 12/5/2002 | 379 |
| 12/5/2002 | Dwight writes to Phil and states that the communication is good and he does not have a problem with it.  Dwight says if everyone can just be professional with each other..... Ann needs to start treating you like a professional and you need to demonstrate | e-mail dated 12/5/2002 | 376 |

| | | | |
|---|---|---|---|
| 12/5/2002 | Phil's e-mail to Dwight stating "Thank you for your positive note." Phil tells Dwight he never did get anything in writing from Waylon on the 11/22/2002 meeting?  Phil says that he is no better off now than in August and that people keep saying that it | e-mail dated 12/5/2002 | 375-376 |
| 12/5/2002 | Dwight writes to Phil "The level of assistance doesn't seem to be the same for all.  Do we need to get an explanation..... I am not sure they would be willing to put that in writing." | e-mail dated 12/5/2002 | 374 |
| 12/5/2002 | Phil writes to Dwight "If management manages poorly and it reflects badly on us, who is at fault? It seems the deal is this, do what I say and if I am not clear or if things go badly, it is YOUR fault.  Am I wrong about that?" | e-mail dated 12/5/2002 | 374 |
| 12/5/2002 | Dwight writes back "People now days con't seem to accept responsibility..... Check it out..... Enron....World Com...etc..... the list goes on.....See if anyone will get any significant punishment for those actions. | e-mail dated 12/5/2002 | 373-374 |
| 12/5/2002 | Phil writes to Dwight "Things have to change.....Someone has to stand up somewhere....Who will do it?"  Phil goes on to say that other appraisers have talked to him about things that they percieve to be wrong but they are afraid to speak up.  Phil gives a | e-mail dated 12/5/2002 | 372-373 |
| 12/5/2002 | Dwight writes to Phil "at this point make the necessary amendments on paper.  Dwight states "We haven't gottne a "OK" from Steve. | e-mail dated 12/5/2002 | 377 |
| 12/5/2002 | Phil writes to Dwght "Is it (Bob's memo) clear to you or am I just very dense?" | e-mail dated 12/5/2002 | 377 |
| 12/5/2002 | Dwight writes back "Aside from the non notification from Steve or any of the supervisors, it is clear." Dwight says "I spoke to Ken and we didn't really get any "all clear"  "Ken had to call Keith to confirm it was ok to input." | e-mail dated 12/5/2002 | 377 |
| 12/5/2002 | Phil writes to Dwight "Thanks for following up with all of that for me."  Phil says "I agree it is clear....up to "wait for the OK."  Phil states "I am not working in an environment where I can ask a question like I have asked you."  At this point it seem | e-mail dated 12/5/2002 | 377 |
| 12/12/2002 | Ann's memo to Phil regarding the Waikiki Imperial Resort. Clerical had a question regarding information that he sent down to them and she cancelled the Jan 3 hearing you had planned" because Peter Elliot can not make it.  Ann states that "for future refer | e-mail dated 12/12/2002 | 199 |

| | | | |
|---|---|---|---|
| 12/12/2002 | Phil writes back to Ann asking what question did clerical have and reminding Ann that the January 3rd BOR date was scheduled by Bob not Phil and that Phil was trying very hard to fill the dates. Phil also asksis it a potponement? | e-mail dated 12/12/2002 | | 199 |
| 12/12/2002 | Ann's memo says that hearing dates were assigned to me to set the schedule for what appeals to be heard at hearing. Elliot is not requesting a postponement because he was not notified of the hearing yet. | e-mail dated 12/12/2002 | 357-358 | 197-198 |
| 12/12/2002 | Phil's memo to Ann requesting 2/5 and 2/26 hearing dates. Ann responds and says 2/26 not available check the calendar. Phil writes back that when he just checked 2/26 "was" available?! Phil asks for 2/19 and Ann states that sh will submit my request to | e-mail dated 12/12/2002 | 356 & 371 | 187 & 188 & 189 |
| 12/12/2002 | Phil's memo to Ann requesting Ann to meet with him regarding BOR for Tuesday. Ann responds that she can not meet with him until Monday! | e-mails dated 12/12/2002 | 355 | |
| 12/12/2002 | December and January BOR calendar showing other meetings and BOR and counter duties for appraisers. Phil's hand written notes for days when he would like to meet with Ann for BOR preparation. | December 2002 and January 2003 on-line office calendars. | 352-354 | |
| 12/12/2002 | Phil's memo to Ann restating what happened re Jan 3rd hearing. Phil asks Ann does she want him to reschedule? | e-mail dated 12/12/2002 | 1703-1704 | 195-196 |
| 12/12/2002 | Phil's memo to Ann at 12:25 pm stating that Phil has rescheduled the hearing for Jan 14th as per Peter Elliot's request for the next available date. Peter Elliot would like to meet on the 10th if possible it is possible and can Ann make the meeting. | e-mail dated 12/12/2002 | 370 | 194 |
| 12/12/2002 | Ann responds to Phil that there is no reason to meet with Mr. Elliot and that he should send something in writing. She says that she will inform Bob of the cancellation of the Jan 3rd hearing since it is too late to replace any cases. | e-mail dated 12/12/2002 | 370 | |
| 12/12/2002 | Phil's memo to Ann explaining his correspondence with Mr. Elliot who is asking to meet with Ann and Bob prior to BOR to present his information. Phil is asking her how we should proceed. | e-mail dated 12/12/2002 | 1700 | |
| 12/12/2002 | Ann writes to Phil at 12:47 pm "there is no need to meet with Mr. Elliot." "He may submit his data prior to the hearing for us to review (in fact you should encourage him to do so or we may need to ask for a deferral)."??? Ann writes that she wil inform | e-mail dated 12/12/2002 | | 193 |

| | | | |
|---|---|---|---|
| 12/12/2002 | Ann's memo to Bob @12:51pm cancelling Jan 3rd BOR  Ann states "The Jan 3 BOR date assigned to Phil Engish will need to be cancelled since the appelant he had planned to schedule will not be available on that date."  She goes on to say that "Jan 15th was | e-mail dated 12/12/2002 | 192 |
| 12/12/2002 | Bob's response to Ann "We have open dates in February."  "If he doesn't take any in February, go ahead and assign him dates for that month."! | e-mail dated 12/12/2002 | 191 |
| 12/12/2002 | Phil's memo to Ann regarding "When I was speaking to you (Ann) in front of Julie T. you (Ann) said that the BOR dates were ones that I requested.  Phil reminded Ann that he requested in his Nov. 8th memo 2 dates in Dec, 2 in January, and 1 in Feb.  What w | e-mail dated 12/12/2002     1702 | |
| 12/12/2002 | Ann forwards Phil's e-mail above to Gary Kurokawa and Bob? | e-mail dated 12/12/2002 | 190 |
| 12/13/2002 | Phil's memo to Ann Thursday at 2:26 pm asking her to meet with him regarding BOR preperation for the next Tuesday. | e-mail dated 12/12/2002     1695 | 186 |
| 12/12/2002 | Ann writes to Phil "I will not be able to meet with you until Monday." | e-mail dated 12/12/2002     1695 | 186 |
| 12/12/2002 | Phil's memo to Ann "Thank you for meeting with me on Monday."  Phil states that they had planned on meeting much earlier in the week after she met with Chris.  Phil was out 2 days sick and there was a training class the previous day in the morning and Ann | e-mail dated 12/12/2002     1695 | 186 |
| 12/13/2002 | Phil's asking for Ann's approval on letter to TP Sager.  Note Phil's post it "for your approval" | e-mail dated 12/13/2002 | 184-185 |
| 12/16/2002 | memo from Ann to Bob asking if she already sent the request for BOR dates for Phil in Feb (original request made on the 12th)  Bob responds already made. | e-mails dated 12/16/2002 | 182 |
| 12/16/2002 | Phil's notes at 3:04pm on Monday th 16th regarding meeting w/ Ann and he reminded her that he wanted to meet last Monday but he was told that she had to meet with Chris first.  Phil asked Chris several times if he had met with her but he had to re-run som | Phil's typed notes on 1/16/2002     1694 | |
| 12/17/2002 | Ann's hand written notes fron BOR hearing.  She wrote   dismiss Yang withdraw? Best - withdrawn. Iwaka, Rita.  Did not make copies for BOR.  did not know appellant was coming in.  (No other sales sited). | Ann's handwritten notes 12/17/2002 | 177 |