**DOMESTIC PROFIT CORPORATION**

MAKE REMITTANCE PAYABLE TO:
FILING FEE: $15.00

# STATE OF HAWAII
## DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
### BUSINESS REGISTRATION DIVISION
1010 Richards Street
Mailing Address: P.O. Box 40, Honolulu, HI. 96810

**ORIGINAL-RETURN BY MARCH 31**
**PENALTY FOR LATE FILING**

Your cancelled check is your receipt

DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 1992

CORPORATE NAME AND MAILING ADDRESS:

B17 00080404    2- 2/25/93    15.00

GK APPRAISALS, INC.
1225 KAHOA ROAD
HILO HI 96720

If the above mailing address has changed, line out address and type or print the new address on the following line. Give Number, Street, City, State, and Zip Code:

1. **AUTHORIZED CAPITAL**

| CLASS/SERIES | NUMBER | PAID-IN CAPITAL (NUMBER OF SHARES ISSUED) CLASS/SERIES | NUMBER |
|---|---|---|---|
| COMMON | 20,000 | COMMON | 300 |

To Correct the above capital(s), line out and print the correct class/series and numbers on the right.

2. **NATURE OF BUSINESS:**

TO ENGAGE IN THE BUSINESS OF APPRAISING REAL PROPERTY
(To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

3. **OFFICERS/DIRECTORS:** (List all officers and directors. Every corporation must have a minimum of two individuals as officers. At least one director must be a resident of Hawaii. To correct, line out and print corrections on the right. See instructions on back of form.)

| OFFICE HELD/ DIRECTOR CODE | NAME IN FULL | RESIDENCE ADDRESS: (DO NOT LIST BUSINESS ADDRESS) (INCLUDE NUMBER & STREET, APT. NO., CITY, STATE & ZIP CODE) | |
|---|---|---|---|
| *P/D | KUROKAWA, GORDON T | 1225 KAHOA ROAD | HILO, HI 96720 |
| *V/D | KUROKAWA, GARY T | 1225 KAHOA ROAD | HILO, HI 96720 |
| *S/D | KUROKAWA, KEVIN E | 1225 KAHOA ROAD | HILO, HI 96720 |
| *T/D | KUROKAWA, THELMA T | 1225 KAHOA ROAD | HILO, HI 96720 |

# CERTIFICATION

I certify under the penalties of Section 415-136, Hawaii Revised Statutes, that I have read the above and:

**CHECK ONLY ONE OF THE FOLLOWING STATEMENTS**

[x] The above information is true and correct and no changes are necessary.
[ ] The above information is true and correct with changes so noted.

DATE: Feb. 17, 1993

SIGNATURE OF AUTHORIZED OFFICER,
(if Attorney-in-fact signs, attach power of attorney)

President
(OFFICE HELD)

FILE NO. 0086326D1
Rev. 12/90

(File this original copy. Photo copy will not be accepted. Keep photo copy for your records.)
**(see reverse side for instructions)**

B17
B22


Exhibit 7

DOMESTIC PROFIT CORPORATION

MAKE REMITTANCE PAYABLE TO:
FILING FEE: $15.00

# STATE OF HAWAII
## DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
### BUSINESS REGISTRATION DIVISION
1010 Richards Street
Mailing Address: Annual Filing, P.O. Box 40, Honolulu, HI. 96810

ORIGINAL-RETURN BY MARCH 31
PENALTY FOR LATE FILING

Your cancelled check is your receipt

DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 1993

CORPORATE NAME AND MAILING ADDRESS:

GK APPRAISALS, INC.
1225 KAHOA ROAD
HILO HI 96720

```
DATE       ID    T SEQ# FILE#    TRAN#
94/03/02 B17  3    63 -LINE 4- 382
TOTAL AMOUNT $       15.00
8632601
```

If the above mailing address has changed, line out address and type or print the new address on the following line. Give Number, Street, City, State, and Zip Code:

_____

1. **AUTHORIZED CAPITAL**

| CLASS/SERIES | NUMBER | PAID-IN CAPITAL (NUMBER OF SHARES ISSUED) CLASS/SERIES | NUMBER |
|---|---|---|---|
| COMMON | 20,000 | COMMON | 300 |

To Correct the above capital(s), line out and print the correct class/series and numbers on the right.

2. **NATURE OF BUSINESS:**

TO ENGAGE IN THE BUSINESS OF APPRAISING REAL PROPERTY
(To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

_____

3. **OFFICERS/DIRECTORS:**   (List all officers and directors. Every corporation must have a minimum of two individuals as officers. At least one director must be a resident of Hawaii. To correct, line out and print corrections on the right. See instructions on back of form.)

| OFFICE HELD/ DIRECTOR CODE | NAME IN FULL | RESIDENCE ADDRESS: (DO NOT LIST BUSINESS ADDRESS) (INCLUDE NUMBER & STREET, APT. NO., CITY, STATE & ZIP CODE) | |
|---|---|---|---|
| *P/D | KUROKAWA,GORDON T | 1225 KAHOA ROAD | HILO, HI 96720 |
| *V/D | KUROKAWA,GARY T | 1225 KAHOA ROAD | HILO, HI 96720 |
| *S/D | KUROKAWA,KEVIN E | 1225 KAHOA ROAD | HILO, HI 96720 |
| *T/D | KUROKAWA,THELMA T | 1225 KAHOA ROAD | HILO, HI 96720 |

I HEREBY CERTIFY that this is a true and correct copy of the official record(s) of the Business Registration Division.

*[Signature]*

DIRECTOR OF COMMERCE AND CONSUMER AFFAIRS

Date: *November 3, 2005*

*[stamp]* RECEIVED BUSINESS REGISTRATION DIVISION Feb 22 2 01 PM '94 DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS STATE OF HAWAII

# CERTIFICATION

I certify under the penalties of Section 415-136, Hawaii Revised Statutes, that I have read the above and:

CHECK ONLY ONE OF THE FOLLOWING STATEMENTS
[X] The above information is true and correct and no changes are necessary.
[ ] The above information is true and correct with changes so noted.

DATE: *2/17/94*                *[Signature] Gordon Kurokawa*                *[Signature] PRESIDENT*
                              (if Attorney-in-fact signs, attach power of attorney)     (OFFICE HELD)
                              **SIGNATURE OF AUTHORIZED OFFICER,**

FILE NO. 0086326D1    (File this original copy. Photo copy will not be accepted. Keep photo copy for your records.)
Rev. 12/90                **(see reverse side for instructions)**

B17
B22

DOMESTIC PROFIT CORPORATION

MAKE REMITTANCE PAYABLE TO:
FILING FEE: $15.00

# STATE OF HAWAII
## DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
### BUSINESS REGISTRATION DIVISION
1010 Richards Street
Mailing Address: Annual Filing, P.O. Box 40, Honolulu, HI. 96810

ORIGINAL-RETURN BY MARCH 31
PENALTY FOR LATE FILING

Your cancelled check is your receipt

JMKK

DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 1994

CORPORATE NAME AND MAILING ADDRESS:

GK APPRAISALS, INC.
1225 KAHOA ROAD
HILO HI 96720

DATE      ID  T SEQ# FILE#   TRAN#
95/03/10 B17  4   671 -LINE 4-3466
TOTAL AMOUNT $      15.00
8632601

If the above mailing address has changed, line out address and type or print the new address on the following line. Give Number, Street, City, State, and Zip Code:

1. AUTHORIZED CAPITAL.

| CLASS/SERIES | NUMBER | PAID-IN CAPITAL (NUMBER OF SHARES ISSUED) CLASS/SERIES | NUMBER |
|---|---|---|---|
| COMMON | 20,000 | COMMON | 300 |

To Correct the above capital(s), line out and print the correct class/series and numbers on the right.

2. NATURE OF BUSINESS:
TO ENGAGE IN THE BUSINESS OF APPRAISING REAL PROPERTY
(To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

3. OFFICERS/DIRECTORS: (List all officers and directors. Every corporation must have a minimum of two individuals as officers. At least one director must be a resident of Hawaii. To correct, line out and print corrections on the right. See instructions on back of form.)

| OFFICE HELD/ DIRECTOR CODE | NAME IN FULL | RESIDENCE ADDRESS: (DO NOT LIST BUSINESS ADDRESS) (INCLUDE NUMBER & STREET, APT. NO., CITY, STATE & ZIP CODE) | |
|---|---|---|---|
| *P/D | KUROKAWA, GORDON T | 1225 KAHOA ROAD | HILO, HI 96720 |
| *V/D | KUROKAWA, GARY T | 1225 KAHOA ROAD | HILO, HI 96720 |
| *S/D | KUROKAWA, KEVIN E | 1225 KAHOA ROAD | HILO, HI 96720 |
| *T/D | KUROKAWA, THELMA T | 1225 KAHOA ROAD | HILO, HI 96720 |

I HEREBY CERTIFY that this is a true and correct copy of the official record(s) of the Business Registration Division.



DIRECTOR OF COMMERCE AND CONSUMER AFFAIRS

Date: November 3, 2005



FEB 22 4 08 PM '95
RECEIVED BUSINESS REGISTRATION DIVISION
DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS STATE OF HAWAII

# CERTIFICATION

I certify under the penalties of Section 415-136, Hawaii Revised Statutes, that I have read the above and:

CHECK ONLY ONE OF THE FOLLOWING STATEMENTS
[X] The above information is true and correct and no changes are necessary.
[ ] The above information is true and correct with changes so noted.

DATE: Feb. 21, 1995

SIGNATURE OF AUTHORIZED OFFICER,
(if Attorney-in-fact signs, attach power of attorney)

President
(OFFICE HELD)

FILE NO.0086326D1
Rev. 12/90    (File this original copy. Photo copy will not be accepted. Keep photo copy for your records.)
(see reverse side for Instructions)

Mar 2 '95

B17
B22

DOMESTIC PROFIT CORPORATION

**STATE OF HAWAII**

MAKE REMITTANCE PAYABLE TO:
FILING FEE: $15.00

DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
BUSINESS REGISTRATION DIVISION

ORIGINAL-RETURN BY MARCH 31
PENALTY FOR LATE FILING

1010 Richards Street        Your cancelled check is your receipt
Mailing Address: Annual Filing, P.O. Box 40, Honolulu, HI. 96810

**DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 1995**

CORPORATE NAME AND MAILING ADDRESS:

GK APPRAISALS, INC.
1225 KAHOA ROAD
HILO HI 96720

DATE      ID    T SEQ# FILE#      TRAN#
96/03/13 B17   4     262 -LINE 4-3858
TOTAL AMOUNT $        15.00
8632601

If the above mailing address has changed, line out address and type or print the new address on the following line. Give Number, Street, City, State, and Zip Code:

_____

1. **AUTHORIZED CAPITAL**

| CLASS/SERIES | NUMBER | PAID-IN CAPITAL (NUMBER OF SHARES ISSUED) CLASS/SERIES | NUMBER |
|---|---|---|---|
| COMMON | 20,000 | COMMON | 300 |

To Correct the above capital(s), line out and print the correct class/series and numbers on the right.

2. **NATURE OF BUSINESS:**

TO ENGAGE IN THE BUSINESS OF APPRAISING REAL PROPERTY
(To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

_____

3. **OFFICERS/DIRECTORS:** (List all officers and directors. Every corporation must have a minimum of two individuals as officers. At least one director must be a resident of Hawaii. To correct, line out and print corrections on the right. See instructions on back of form.)

| OFFICE HELD/ DIRECTOR CODE | NAME IN FULL | RESIDENCE ADDRESS: (DO NOT LIST BUSINESS ADDRESS) (INCLUDE NUMBER & STREET, APT. NO., CITY, STATE & ZIP CODE) | | |
|---|---|---|---|---|
| *P/D | KUROKAWA, GORDON T | 1225 KAHOA ROAD | HILO, HI 96720 | |
| *V/D | KUROKAWA, GARY T | 1225 KAHOA ROAD | HILO, HI 96720 | |
| *S/D | KUROKAWA, KEVIN E | 1225 KAHOA ROAD | HILO, HI 96720 | |
| *T/D | KUROKAWA, THELMA T | 1225 KAHOA ROAD | HILO, HI 96720 | |

I HEREBY CERTIFY that this is a true and correct copy of the official record(s) of the Business Registration Division.

*[signature]* Mark E. Rechtenwald

**DIRECTOR OF COMMERCE AND CONSUMER AFFAIRS**

Date: November 3, 2005

**CERTIFICATION**

I certify under the penalties of Section 415-136, Hawaii Revised Statutes, that I have read the above and:

CHECK ONLY ONE OF THE FOLLOWING STATEMENTS
[X] The above information is true and correct and no changes are necessary.
[ ] The above information is true and correct with changes so noted.

DATE: February 20, 1996          *[signature]*                    President

SIGNATURE OF AUTHORIZED OFFICER,
(if Attorney-in-fact signs, attach power of attorney)
(File this original. Photo copies not accepted.)
(see reverse side for instructions)

(OFFICE HELD)

FILE NO. 0086326D1
Rev. 12/95

B17
B22

DOMESTIC PROFIT CORPORATION

**STATE OF HAWAII**

MAKE CHECK PAYABLE TO:

FILING FEE: $25.00

DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
BUSINESS REGISTRATION DIVISION
1010 Richards Street
Mailing Address: Annual Filing, P.O. Box 40, Honolulu, HI. 96810

ORIGINAL-RETURN BY MARCH 31
PENALTY FOR LATE FILING

DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 1996

CORPORATE NAME AND MAILING ADDRESS:

GK APPRAISALS, INC.
1225 KAHOA RD
HILO HI 96720

DATE      ID   T SEQ# FILE#    TRAN#
97/02/28 B17  3    673 -LINE 4-1712
TOTAL AMOUNT $       25.00
8632601

If the above mailing address has changed, line out address and type or print the new address on the following line. Give Number, Street, City, State, and Zip Code:

1. **AUTHORIZED CAPITAL**

| CLASS/SERIES | NUMBER | PAID-IN CAPITAL (NUMBER OF SHARES ISSUED) | |
|---|---|---|---|
| | | CLASS/SERIES | NUMBER |
| COMMON | 20,000 | COMMON | 300 |

To Correct the above capital(s), line out and print the correct class/series and numbers on the right.

2. **NATURE OF BUSINESS:**

TO ENGAGE IN THE BUSINESS OF APPRAISING REAL PROPERTY
(To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

3. **OFFICERS/DIRECTORS:** (List all officers and directors. Every corporation must have a minimum of two individuals as officers. At least one director must be a resident of Hawaii. To correct, line out and print corrections on the right. See instructions on back of form.)

| OFFICE HELD/ DIRECTOR CODE | NAME IN FULL | RESIDENCE ADDRESS: (DO NOT LIST BUSINESS ADDRESS) (INCLUDE NUMBER & STREET, APT. NO., CITY, STATE & ZIP CODE) | |
|---|---|---|---|
| P/D | KUROKAWA, GORDON T | 1225 KAHOA ROAD | HILO, HI 96720 |
| V/D | KUROKAWA, GARY T | 1225 KAHOA ROAD | HILO, HI 96720 |
| S/D | KUROKAWA, KEVIN E | 1225 KAHOA ROAD | HILO, HI 96720 |
| T/D | KUROKAWA, THELMA T | 1225 KAHOA ROAD | HILO, HI 96720 |



I HEREBY CERTIFY that this is a true and correct copy of the official record(s) of the Business Registration Division.

DIRECTOR OF COMMERCE AND CONSUMER AFFAIRS

Date: _November 3, 2005_

RECEIVED
BUSINESS REGISTRATION
DIVISION-COUNTER
Feb 25 12 22 PM '97
DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
STATE OF HAWAII

# CERTIFICATION

I certify under the penalties of Section 415-136, Hawaii Revised Statutes, that I have read the above and the information is true and correct.

DATE: _Feb. 21, 1997_

_Thelma T. Kurokawa_

SIGNATURE OF AUTHORIZED OFFICER,
(if Attorney-in-fact signs, attach power of attorney)
(File this original. Photo copies not accepted.)
**(see reverse side for instructions)**

_Treasurer_
(OFFICE HELD)

FILE NO. 0086326D1
Rev. 1/97

B17
B22

**DOMESTIC PROFIT CORPORATION**

MAKE CHECK PAYABLE TO:

FILING FEE: $25.00

# STATE OF HAWAII
## DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
### BUSINESS REGISTRATION DIVISION
1010 Richards Street
Mailing Address: Annual Filing, P.O. Box 40, Honolulu, HI. 96810

**ORIGINAL-RETURN BY MARCH 31**
**PENALTY FOR LATE FILING**

DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 1997

CORPORATE NAME AND MAILING ADDRESS:

GK APPRAISALS, INC.
1225 KAHOA RD
HILO HI 96720

DATE    ID   1 SEQ# FILE#   TRAN#
98/02/20 817  4    434 -LINE 4- 504
TOTAL AMOUNT $      25.00
8632601

If the above mailing address has changed, line out address and type or print the new address on the following line. Give Number, Street, City, State, and Zip Code:

_____

1. **AUTHORIZED CAPITAL**

| CLASS/SERIES | NUMBER |
|---|---|
| COMMON | 20,000 |

**PAID-IN CAPITAL (NUMBER OF SHARES ISSUED)**

| CLASS/SERIES | NUMBER |
|---|---|
| COMMON | 300 |

To Correct the above capital(s), line out and print the correct class/series and numbers on the right.

2. **NATURE OF BUSINESS:**

TO ENGAGE IN THE BUSINESS OF APPRAISING REAL PROPERTY
(To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

_____

3. **OFFICERS/DIRECTORS:** (List all officers and directors. Every corporation must have a minimum of two individuals as officers. At least one director must be a resident of Hawaii. To correct, line out and print corrections on the right. See instructions on back of form.)

| OFFICE HELD/ DIRECTOR CODE | NAME IN FULL | RESIDENCE ADDRESS: (DO NOT LIST BUSINESS ADDRESS) (INCLUDE NUMBER & STREET, APT. NO., CITY, STATE & ZIP CODE) | |
|---|---|---|---|
| P/D | KUROKAWA, GORDON T | 1225 KAHOA ROAD | HILO, HI 96720 |
| V/D | KUROKAWA, GARY T | 1225 KAHOA ROAD | HILO, HI 96720 |
| S/D | KUROKAWA, KEVIN E | 1225 KAHOA ROAD | HILO, HI 96720 |
| T/D | KUROKAWA, THELMA T | 1225 KAHOA ROAD | HILO, HI 96720 |



I HEREBY CERTIFY that this is a true and correct copy of the official record(s) of the Business Registration Division.

**DIRECTOR OF COMMERCE AND CONSUMER AFFAIRS**

Date: November 3, 2005



# CERTIFICATION

I certify under the penalties of Section 415-136, Hawaii Revised Statutes, that I have read the above and the information is true and correct.

DATE: February 13, 1998

_____
SIGNATURE OF AUTHORIZED OFFICER,
(if Attorney-in-fact signs, attach power of attorney)
(File this original. Photo copies not accepted.)
**(see reverse side for instructions)**

Treasurer/Director

(OFFICE HELD)

FILE NO. 0086326D1
Rev. 1/97



B17
B22

**DOMESTIC PROFIT CORPORATION**
MAKE CHECK PAYABLE TO:
FILING FEE: $25.00

# STATE OF HAWAII
## DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
### BUSINESS REGISTRATION DIVISION
1010 Richards Street
Mailing Address: Annual Filing, P.O. Box 40, Honolulu, HI. 96810

ORIGINAL-RETURN BY MARCH 31
PENALTY FOR LATE FILING

**DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 1998**
CORPORATE NAME AND MAILING ADDRESS:

GK APPRAISALS, INC.
1225 KAHOA RD
HILO HI 96720

| DATE | ID | T | SEQ# | FILE# | TRAN# |
|------|-----|---|------|-------|-------|
| 99/03/03 | B17 | 3 | 124 | -LINE | 4-2195 |

TOTAL AMOUNT $     25.00
86326D1

If the above mailing address has changed, line out address and type or print the new address on the following line. Give Number, Street, City, State, and Zip Code:

1. **AUTHORIZED CAPITAL**

| CLASS/SERIES | NUMBER | PAID-IN CAPITAL (NUMBER OF SHARES ISSUED) CLASS/SERIES | NUMBER |
|--------------|--------|------|--------|
| COMMON | 20,000 | COMMON | 300 |

To Correct the above capital(s), line out and print the correct class/series and numbers on the right.

2. **NATURE OF BUSINESS:**

TO ENGAGE IN THE BUSINESS OF APPRAISING REAL PROPERTY
(To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

3. **OFFICERS/DIRECTORS:** (List all officers and directors. Every corporation must have a minimum of two individuals as officers. At least one director must be a resident of Hawaii. To correct, line out and print corrections on the right. See instructions on back of form.)

| OFFICE HELD/ DIRECTOR CODE | NAME IN FULL | RESIDENCE ADDRESS: (DO NOT LIST BUSINESS ADDRESS) (INCLUDE NUMBER & STREET, APT. NO., CITY, STATE & ZIP CODE) | |
|------------|--------------|------|------|
| P/D | KUROKAWA, GORDON T | 1225 KAHOA RD | HILO HI 96720 |
| V/D | KUROKAWA, GARY T | 1225 KAHOA RD | HILO HI 96720 |
| S/D | KUROKAWA, KEVIN E | 1225 KAHOA RD | HILO HI 96720 |
| T/D | KUROKAWA, THELMA T | 1225 KAHOA RD | HILO HI 96720 |

I HEREBY CERTIFY that this is a true and correct copy of the official record(s) of the Business Registration Division.

*Mark E. Rechtenwald*

**DIRECTOR OF COMMERCE AND CONSUMER AFFAIRS**

Date: *November 3, 2005*

# CERTIFICATION

I certify under the penalties of Section 415-136, Hawaii Revised Statutes, that I have read the above and the information is true and correct.

DATE: February 18, 1999

*Thelma T. Kurokawa*
**SIGNATURE OF AUTHORIZED OFFICER,**
(if Attorney-in-fact signs, attach power of attorney)
(File this original. Photo copies not accepted.)
**(see reverse side for instructions)**

Treasurer
(OFFICE HELD)

FILE NO. 0086326D1
Rev. 1/97

B17
B22

DOMESTIC PROFIT CORPORATION

**STATE OF HAWAII**

MAKE CHECK PAYABLE TO:

DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS

ORIGINAL-RETURN BY MARCH 31
PENALTY FOR LATE FILING

FILING FEE: $25.00

BUSINESS REGISTRATION DIVISION
1010 Richards Street
Mailing Address: Annual Filing, P.O. Box 40, Honolulu, HI. 96810

DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 1999

CORPORATE NAME AND MAILING ADDRESS:

GK APPRAISALS, INC.
1225 KAHOA RD
HILO HI 96720

```
DATE      ID    T SEQ# FILE#    TRAN#
00/03/01 B17   4    30 -LINE 4-1384
TOTAL AMOUNT $       25.00
8632601
```

If the above mailing address has changed, line out address and type or print the new address on the following line. Give Number, Street, City, State, and Zip Code:

| 1. AUTHORIZED CAPITAL | | PAID-IN CAPITAL (NUMBER OF SHARES ISSUED) | |
|---|---|---|---|
| CLASS/SERIES | NUMBER | CLASS/SERIES | NUMBER |
| COMMON | 20,000 | COMMON | 300 |

To correct the above capital(s), line out and print the correct class/series and numbers on the right.

2. **NATURE OF BUSINESS:**

TO ENGAGE IN THE BUSINESS OF APPRAISING REAL PROPERTY
(To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

3. Street address of the registered office in Hawaii and the name of the registered agent at that address
(If any change, line out and print change on the right)

4. **OFFICERS/DIRECTORS:** (List all officers and directors. To correct, line out and print corections on the right. See instructions on back of form.)

| OFFICE HELD/ DIRECTOR CODE | NAME IN FULL | RESIDENCE ADDRESS: (DO NOT LIST BUSINESS ADDRESS) (INCLUDE NUMBER & STREET, APT. NO., CITY, STATE & ZIP CODE) | |
|---|---|---|---|
| P/D | KUROKAWA,GORDON T | 1225 KAHOA RD | HILO HI 96720 |
| V/D | KUROKAWA,GARY T | 1225 KAHOA RD | HILO HI 96720 |
| S/D | KUROKAWA,KEVIN E | 1225 KAHOA RD | HILO HI 96720 |
| T/D | KUROKAWA,THELMA T | 1225 KAHOA RD | HILO HI 96720 |

## CERTIFICATION

I certify under the penalties of Section 415-136, Hawaii Revised Statutes, that I have read the above and the information is true and correct.

DATE: February 23, 2000          AUTHORIZED SIGNATURE          President
                                                               (TITLE)

Gordon T. Kurokawa, President

PRINT/TYPE NAME AND TITLE OF SIGNER

FILE NO.0086326D1
Rev. 1/2000

(File this original. Photo copies not accepted.)
**(see reverse side for instructions)**

B17
B22

**DOMESTIC PROFIT CORPORATION**
FILING FEE: $25.00

H

# STATE OF HAWAII
## DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
### BUSINESS REGISTRATION DIVISION
1010 Richards Street
Mailing Address: Annual Filing, P.O. Box 113600, Honolulu, HI. 96811

**RETURN ORIGINAL BY MARCH 31**
**PENALTY FOR LATE FILING**

DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 2000
CORPORATE NAME AND MAILING ADDRESS:

        GK APPRAISALS, INC.
        1225 KAHOA RD
        HILO HI 96720

If the above mailing address has changed, line out address and type or print the new address on the following line.
Include City, State, and Zip Code:

1. **AUTHORIZED CAPITAL**

| CLASS | NUMBER | PAID-IN CAPITAL (NUMBER OF SHARES ISSUED) | |
|---|---|---|---|
| | | CLASS | NUMBER |
| COMMON | 20,000 | COMMON | 300 |

To correct the above capital(s), line out and print the correct class and numbers on the right.

2. **NATURE OF BUSINESS:**

        TO ENGAGE IN THE BUSINESS OF APPRAISING REAL PROPERTY
        (To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

3. Street address of the registered office in Hawaii and the name of the registered agent at that address.
(See reverse for instructions.) (If any change, line out and print change on the right.)

4. **OFFICERS/DIRECTORS:** (List all officers and directors. To correct, line out and print corrections on the right. See reverse for instructions.)

| OFFICE HELD/ DIRECTOR CODE | NAME IN FULL | ADDRESS (INCLUDE CITY, STATE & ZIP CODE) | | |
|---|---|---|---|---|
| P/D | KUROKAWA, GORDON T | 1225 KAHOA RD | HILO HI 96720 |
| /D | KUROKAWA, GARY T | 1225 KAHOA RD | HILO HI 96720 |
| S/D | KUROKAWA, KEVIN E | 1225 KAHOA RD | HILO HI 96720 |
| T/D | KUROKAWA, THELMA T | 1225 KAHOA RD | HILO HI 96720 |

☑ **NO CHANGES:** Do not check this box if changes have been made above. (Checking this box means there are no changes reported. The Department will not be held responsible for any changes made to this report.)

## CERTIFICATION

I certify under the penalties of Section 415-136, Hawaii Revised Statutes, that I have read the above, the information is true and correct, and I am authorized to sign this report.

DATE: 3/4/01

*Thelma T. Kurokawa* (signature)

*Thelma T. Kurokawa*
**Print Name**

Signature of authorized officer, attorney-in-fact
for an officer, or receiver or trustee
(if the corporation is in the hands of a receiver or trustee)

FILE NO. 0086326D1
Rev. 1/2001

B17
B22

2000

**File this original**
**(SEE REVERSE SIDE FOR INSTRUCTIONS)**



**DOMESTIC PROFIT CORPORATION**

FILING FEE: $25.00

**H**

# STATE OF HAWAII
## DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
### BUSINESS REGISTRATION DIVISION
1010 Richards Street
Mailing Address: Annual Filing, P.O. Box 113600, Honolulu, HI. 96811

RETURN ORIGINAL BY MARCH 31
PENALTY FOR LATE FILING

DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 2001

CORPORATE NAME AND MAILING ADDRESS:

GK APPRAISALS, INC.
1225 KAHOA RD
HILO HI 96720

If above mailing address has changed, line out and print change to the right.
If address of principal office differs from the above mailing address, state the address of the principal office. Give Number, Street, City, State and Zip Code:_____

**1. AUTHORIZED CAPITAL**

| CLASS | NUMBER | PAID-IN CAPITAL (NUMBER OF SHARES ISSUED) CLASS | NUMBER |
|---|---|---|---|
| COMMON | 20,000 | COMMON | 300 |

To correct the above capital(s), line out and print the correct class and numbers on the right.

**2. NATURE OF BUSINESS:**

TO ENGAGE IN THE BUSINESS OF APPRAISING REAL PROPERTY
(To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

_____

3. Street address of the registered office in Hawaii and the name of the registered agent at that address. (See reverse for instructions.) (If any change, line out and print change on the right.)

03/07/2002

**4. OFFICERS/DIRECTORS:** (List all officers and directors. To correct, line out and print corrections on the right. See reverse for instructions.)

| OFFICE HELD/ DIRECTOR CODE | NAME IN FULL | ADDRESS (INCLUDE CITY, STATE & ZIP CODE) | |
|---|---|---|---|
| P/D | KUROKAWA, GORDON T | 1225 KAHOA RD | HILO HI 96720 |
| V/D | KUROKAWA, GARY T | 1225 KAHOA RD | HILO HI 96720 |
| S/D | KUROKAWA, KEVIN E | 1225 KAHOA RD | HILO HI 96720 |
| T/D | KUROKAWA, THELMA T | 1225 KAHOA RD | HILO HI 96720 |

☒ **NO CHANGES:** Do not check this box if changes have been made above. (Checking this box means there are no changes reported. The Department will not be held responsible for any changes made to this report.)

## CERTIFICATION

I certify under the penalties of Section 414-20, Hawaii Revised Statutes, that I have read the above, the information is true and correct, and I am authorized to sign this report.

2002 FEB 21 P 3:
DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
RECEIVED
BUSINESS REGISTRATION DIVISION

DATE: 2/21/02

_Thelma T. Kurokawa_

_Thelma T. Kurokawa_
**Print Name**



Signature of authorized officer, attorney-in-fact
for an officer, or receiver or trustee
(if the corporation is in the hands of a receiver or trustee)

FILE NO. 0086326D1
Rev. 1/2002

**File this original**
**(SEE REVERSE SIDE FOR INSTRUCTIONS)**

B17
B22

2001

DOMESTIC PROFIT CORPORATION
FILING FEE: $ 25.00

**H**

# STATE OF HAWAII
## DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
### BUSINESS REGISTRATION DIVISION
1010 Richards Street
Mailing Address: Annual Filing, P.O. Box 113600, Honolulu, HI. 96811

RETURN ORIGINAL BY MARCH 31
PENALTY FOR LATE FILING

DOMESTIC PROFIT CORPORATION ANNUAL REPORT AS OF JANUARY 1, 2003
CORPORATE NAME AND MAILING ADDRESS:

GK APPRAISALS, INC.
1225 KAHOA RD
HILO HI 96720

If the above mailing address has changed, line out and print change to the right.
If address of principal office differs from the above mailing address, state the address of principal office. Include City, State, and Zip Code: _____

1. AUTHORIZED SHARES    (To correct line out and print the correction to the right.)

| CLASS | NUMBER | CLASS | TOTAL NUMBER OF SHARES ISSUED NUMBER |
|-------|--------|-------|-------------------------------------|
| COMMON | 20,000 | COMMON | 300 |

2. NATURE OF BUSINESS:    TO ENGAGE IN THE BUSINESS OF APPRAISING REAL PROPERTY

(To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

3. Street address of the registered office in Hawaii and the name of the registered agent at that address.
(See reverse for instructions.)(If any change, line out and print change on the right.)

GORDON T. KUROKAWA
341 KULANA STREET
HILO HI 96720

4. OFFICERS/DIRECTORS:    (List all officers and directors. To correct, line out and print corrections on the right. See reverse for instructions.)

| OFFICE HELD/ DIRECTOR CODE | NAME IN FULL | ADDRESS (INCLUDE CITY, STATE & ZIP CODE) |
|----------------------------|--------------|------------------------------------------|
| P/D | KUROKAWA,GORDON T | 1225 KAHOA RD HILO HI 96720 |
| V/D | KUROKAWA,GARY T | 1225 KAHOA RD HILO HI 96720 |
| S/D | KUROKAWA,KEVIN E | 1225 KAHOA RD HILO HI 96720 |
| T/D | KUROKAWA,THELMA T | 1225 KAHOA RD HILO HI 96720 |

RECEIVED 2003 FEB 25 P 12: 25 BUSINESS REGISTRATION

[XX] NO CHANGES:    Do not check this box if changes have been made above. (Checking this box means there are no changes reported. The Department will not be held responsible for any changes made to this report.)

## CERTIFICATION

I certify under the penalties of Section 414-20, Hawaii Revised Statutes, that I have read the above, the information is true and correct, and I am authorized to sign this report.

DATE: Feb. 22, 2003    _Thelma T. Kurokawa_    Thelma T. Kurokawa
Signature of authorized officer, attorney-in-fact    Print Name
for an officer, or receiver or trustee
(if the corporation is in the hands of a receiver or trustee)

FILE NO. 0086326D1    B17
Rev. 1/2003    2003    B22



**File this Original**
**(SEE REVERSE SIDE FOR INSTRUCTIONS**

02/26/20031 0209

Page    1 of 2

DOMESTIC PROFIT CORPORATION      **STATE OF HAWAII**      RETURN ORIGINAL BY MARCH 31
FILING FEE: $ 25.00      DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS      PENALTY FOR LATE FILING
**H**      BUSINESS REGISTRATION DIVISION
1010 Richards Street
Mailing Address: Annual Filing, P.O. Box 113600, Honolulu, HI. 96811

DOMESTIC PROFIT CORPORATION ANNUAL REPORT AS OF JANUARY 1, 2004
CORPORATE NAME AND MAILING ADDRESS:

GK APPRAISALS, INC.
1225 KAHOA RD
HILO HI 96720

If the above mailing address has changed, line out and print change to the right.
If address of principal office differs from the above mailing address, state the address of principal office. Include City, State, and Zip Code: _____

| I AUTHORIZED SHARES<br>(To correct line out and print the correction to the right.) | | TOTAL NUMBER OF SHARES ISSUED | |
|---|---|---|---|
| CLASS | NUMBER | CLASS | NUMBER |
| COMMON | 20,000 | COMMON | 300 |

2. NATURE OF BUSINESS: TO ENGAGE IN THE BUSINESS OF APPRAISING REAL PROPERTY

(To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

3. Street address of the registered office in Hawaii and the name of the registered agent at that address.
(If any change, line out and print change on the right. See reverse for instructions.)
GORDON T. KUROKAWA
341 KULANA STREET
HILO HI 96720

4. OFFICERS/DIRECTORS: List all officers and directors. (To correct, line out and print corrections to the right. See reverse for instructions.)

| OFFICE HELD/<br>DIRECTOR CODE | NAME IN FULL | ADDRESS (INCLUDE CITY, STATE & ZIP CODE) |
|---|---|---|
| P/D | KUROKAWA,GORDON T | 1225 KAHOA RD HILO HI 96720 |
| V/D | KUROKAWA,GARY T | 1225 KAHOA RD HILO HI 96720 |
| S/D | KUROKAWA,KEVIN E | 1225 KAHOA RD HILO HI 96720 |
| T/D | KUROKAWA,THELMA T | 1225 KAHOA RD HILO HI 96720 |

☑ NO CHANGES: **Do not check this box if changes have been made above. (Checking this box means there are no changes reported. The Department will not be held responsible for any changes made to this report.)**

**CERTIFICATION**

I certify under the penalties of Section 414-20, Hawaii Revised Statutes, that I have read the above, the information is true and correct, and I am authorized to sign this report.

DATE: _3-3-c4_     _Thelma T Kurokawa_     _Thelma T Kurokawa q_
Signature of authorized officer, attorney-in-fact     Print Name
for an officer, or receiver or trustee
(if the corporation is in the hands of a receiver or trustee)

FILE NO. 0086326D1
Rev. 1/2003

B17
2004   B22

**File this Original**
**(SEE REVERSE SIDE FOR INSTRUCTIONS)**

03/08/200420590

Department of Commerce and Consumer Affairs, State of Hawaii

**DOMESTIC PROFIT CORPORATION**
**FILING FEE: $25.00**

**SJ**

**STATE OF HAWAII**

DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
BUSINESS REGISTRATION DIVISION
335 Merchant Street
Mailing Address: Annual Filing, P.O. Box 113600, Honolulu, HI 96811

Internet Filing

DOMESTIC PROFIT CORPORATION ANNUAL REPORT AS OF: January 1, 2005

CORPORATE NAME AND MAILING ADDRESS:

GK APPRAISALS, INC.
1225 KAHOA STREET
HILO, HI 96720

If address of principal office differs from the above mailing address, state the address of the principal office.

1. AUTHORIZED SHARES

| CLASS | NUMBER |
|---|---|
| COMMON | 20,000 |

TOTAL NUMBER OF SHARES ISSUED

| CLASS | NUMBER |
|---|---|
| COMMON | 300 |

2. NATURE OF BUSINESS:

TO ENGAGE IN THE BUSINESS OF APPRAISING REAL PROPERTY

3. Street address of the registered office in Hawaii and the name of the registered agent at that address. (If any change, line out and print change on the right. See reverse for instructions.) After any changes made, the street addresses of its registered office and agent shall be identical.

GORDON KUROKAWA
1225 KAHOA STREET
HILO, HI 96720

✓

4. OFFICERS/DIRECTORS

| Office Held/ Director Code | Name in Full | Address | | |
|---|---|---|---|---|
| P/D | KUROKAWA, GORDON T | 1225 KAHOA RD | HILO HI | 96720 |
| V/D | KUROKAWA, GARY T | 1225 KAHOA RD | HILO HI | 96720 |
| S/D | KUROKAWA, KEVIN E | 1225 KAHOA RD | HILO HI | 96720 |
| T/D | KUROKAWA, THELMA T | 1225 KAHOA RD | HILO HI | 96720 |

☐ NO CHANGES: Do not check this box if changes have been made above. (Checking this box means there are no changes reported. The Department will not be held responsible for any changes made to this report.)

**CERTIFICATION**

I certify under the penalties of Section 414-20, Hawaii Revised Statutes, that I have read the above, the information is true and correct, and I am authorized to sign this report.

02/21/2005
Date ———————

THELMA T. KUROKAWA
Signature ———————

**FILE NO.** 86326D1
**Rev. 7/2005**

02/21/2005548124