**English, Philip E.**
___

**To:**       Ishiguro, Dwight
**Subject:**  RE:

Dwight,

Thank you for your continued support and guidance. I wish you were at the meeting yesterday. Maybe it would have turned out differently. Who knows.

Phil

>   -----Original Message-----
>   **From:**    Ishiguro, Dwight
>   **Sent:**    Thursday, August 15, 2002 8:09 AM
>   **To:**      English, Philip E.
>   **Subject:** RE:
>
>   Phil:
>   You told me about the meeting in your first email yesterday afternoon. I have not been requested to sit in the meeting. If you can find out what the meeting will be about and if there are things that may require a representative being there, I can sit in. Usually if there is an action that might result in a notification of any action against any employee, we can sit in. The Weingarten Rule, provides representation to any employee who feels a discussion may result in disciplinary action being taken against them. In that situation, they may stop any meeting and request "reasonable" time to get a representative to sit in the meeting. If you feel at any time that this is where it's going, call me and I'll get someone over there.
>   I need to think about the situation over there a bit more. I feel frustrated that this atmosphere has come over the office.
>   dwight
>
>   >   -----Original Message-----
>   >   **From:**    English, Philip E.
>   >   **Sent:**    Thursday, August 15, 2002 6:46 AM
>   >   **To:**      Ishiguro, Dwight
>   >   **Subject:** RE:
>   >
>   >   Dwight,
>   >
>   >   There are other issues at stake here. I have written to you before about them. There is more to yesterdays meeting with Bob and Ann. There was clear attempt at intimidation. Bob was starring me down. . This may be an issue that needs to go beyond the union. I wish that it was not so. I have been made to feel very uncomfortable by Bob and Ann while all I am trying to do is my job. There are many things that I do not know about. But I do know that something is really out of wack here. By the way how did you know about the meeting with Gary? I just found out about it myself yesterday afternoon. Will you be here?
>   >
>   >   Phil
>   >
>   >   >   -----Original Message-----
>   >   >   **From:**    Ishiguro, Dwight
>   >   >   **Sent:**    Wednesday, August 14, 2002 4:13 PM
>   >   >   **To:** English, Philip E.
>   >   >   **Subject:**  RE:
>   >   >
>   >   >   Phil:
>   >   >
>   >   >   Keep a record of the meetings and tomorrows meeting with Gary. It seems that they should be specific on what they perceive is the reason for your "attitude". Be it your not being responsive to instructions or whatever it is that they want you to do. The question of whether you "intentionally" waited till Ann was away before you submitted leave papers is questionable at best. Can they prove it? Usually the procedure is to pull Ann out of any meeting and ask her for permission, since it is an emergency. You should be able to do that or ask another supervisor. The issue with mistakes being made is not grounds for extension of the probation period, in my opinion. I'm not sure if "attitude" is a good reason to extend a probation. I'll ask around tonight to see if staff has experienced anything like this.
>   >   >
>   >   >   Phil, I know it is hard working through the situation you have described to me. Keep a "cool" head and make sure you understand any directives they give you. We need to give them the space to manage. At the same time we comply with any orders and then grieve if we have reasons to.
>   >   >
>   >   >   It's good that you wrote a response to the JPR. Make sure it's attached to the JPR. You do not need to sign it

1



Exhibit 10

PE 00506

but can put in a rebuttal. Will check tonight if by not signing it and including a rebuttal, constitutes an acceptance.

Hang in there buddy. All things come full circle some time or another.
Mahalo
dwight

No worry about "bothering" me. That's what I here for. You need to attend our grievance classes. Thursday 22 is the next meeting. After consult with Stuart McKinnley, who is a really knowledgeable guy.

-----Original Message-----
**From:** English, Philip E.
**Sent:** Wednesday, August 14, 2002 3:46 PM
**To:** Ishiguro, Dwight
**Subject:**

Dwight,

I am very sorry to have to write to you and bother you with dumb stuff again. I just received my JPR and had a meeting this morning with both Ann and Bob. The review was overall good but they rated me below requirements when it comes to my attitude and extended my probation for another three months.

They made a number of vague accusations as to what they perceived were actions by me that constituted a bad attitude. They also seem to have a different recollection about our previous meetings than I do. I explained to them that in each and every case that they have told me that I was doing something wrong that I have corrected it. Many of the accusations made were prior instances where I didn't even know that I was doing something wrong. But when it has been brought to my attention I have corrected it.

I also told them this time as well as before that I have every desire to do exactly as they have instructed me. That I want to perform in a way that will be pleasing to them. But that I do not always have clear instructions always. I ask them to please be specific about what my deficiencies were and what they expected of me while on probation and they only responded by saying that they wanted to see that I could do "everything" that an appraiser IV should be able to do. That was it.

Three incidents that were mentioned in the two meetings with Bob were these:

1. The BOR where Mike Okamoto was supposed to come. He never showed and Bob said that I didn't call him because I didn't want to. In a later meeting with Ann she agreed that she didn't understand why Bob made that accusation. In the meeting today he denied making the accusation.

2. The second incident that they claim was recurring was that I "intentionally" waited until Ann was on her break and then submitted leave papers. The only incident that I recall was when Ann was at BOR and I had to leave for an emergency to get my son and I left the leave papers on her desk so as to not bother her while she was in BOR.

3. The third incident was that while we have been working on corrected notices for classification issues I inadvertently submitted a couple twice. This was an error on my behalf and I admitted to them that I made that mistake. But is this grounds for extending probation?

I am deeply disturbed by this action. I wrote a response which simply stated that I do not agree with the assessment and that the extension of probation is unwarranted and unjustified. While writing this e-mail I was contacted by Donnie, Gary's secretary and told that Gary wants to see me at 9am tomorrow.

You know about the things that happened before. At this point there appears to be something that is really not right. I explained to both Ann and Bob that I felt that these things have happened only since I brought to Ann and Bob's attention that Gary way having Chris do work while at the office.

Something does not smell right and I feel that there is some kind of retaliation. What is the next step?

I am feeling a great deal of hostility and oppression here.

Phil

PE 00507