**English, Philip E.**
_____

**To:** Kurokawa, Gary
**Subject:** RE: Extension of Probation

Gary,

Thanks for the reply. I am always open for discussion. I am eager to my job. I hope that any defeciencies in my performance will be made clear so that I will have an opportunity to correct them. Whatever goals and objectives set before me I will do the best that I can to achieve them.

I remain disappointed that the probation is being extended. It is still very unclear as to why. I am seeking legal counsel as a last resort. I have notes from our meeting and look forward to getting the written copy of the revised review.

**Phil English**
Appraiser
Real Property Tax Division
City and County of Honolulu
penglish.co.honolulu.hi.us


-----Original Message-----
**From:** Kurokawa, Gary
**Sent:** Thursday, August 15, 2002 5:57 PM
**To:** English, Philip E.
**Cc:** Magota, Robert; Gima, Ann; Ishiguro, Dwight
**Subject:** RE: Extension of Probation

Phil,

As mentioned, I have discussed with Bob Magota and Ann Gima concerns regarding your job performance evaluation. Unfortunately, the discussion exceeded well into the end of the workday and my response to you is therefore delayed.

I have reviewed the performance evaluation report and I am extending the probationary period for 3 months. The performance evaluation will be amended listing goals and objectives that if meet, will lead to establishing a satisfactory performance rating. My greatest concern is that we all have a clear understanding of what is expected. As we previously discussed, not enough of an emphasis is placed on clear communications. I have instructed the management staff involved to provide a plan of action to accomplish this goal.

It is unfortunate that you see yourself with no options. My goal is to provide each employee with the necessary tools for success. As you mentioned in your email, after my decision you will not be interested in any further discussion on this matter and will seek legal counsel. However, it is imperative that you are aware that your probationary and evaluation will continue as amended and outlined in your job performance rating. It is my hope that all goals and objectives can be met to have a successful resolution to this matter.


Gary Kurokawa, Administrator
Real Property Assessment Division
842 Bethel Street
Honolulu, Hawaii 96813
(808) 527-5502
gkurokawa@co.honolulu.hi.us <mailto:gkurokawa@co.honolulu.hi.us>


-----Original Message-----
**From:** English, Philip E.
**Sent:** Thursday, August 15, 2002 4:08 PM
**To:** Kurokawa, Gary
**Cc:** Magota, Robert; Gima, Ann
**Subject:** Extension of Probation

Gary,

This morning you told me that you would talk to Ann and Bob and get back to me today whether or not the extension of my probation is going forward. I have not heard back from you today and can only assume that the extension will proceed. As we discussed this morning I do not agree with the extension and believe it to be unwarranted and unjustified.

1



Exhibit 12

PE 00494