**English, Philip E.**
From: English, Philip E.
Sent: Wednesday, October 30, 2002 10:55 AM
To: Gima, Ann
Subject: RE: Leave requests

Ann,

The last MK400's were run only on 2001 and 2002 sales per your request to save time on your computer runs. Do you want the outliers for all sales from 1999 reviewed? If so could you please run MK400's using the latest coefficients for sales 1999, 2000, 2001 and 2002 for Models #141, #142 and Models #143.

Please let me know.

Thanks,

Phil

-----Original Message-----
**From: Gima, Ann**
Sent: Wednesday, October 30, 2002 10:19 AM
To: English, Philip E.
Cc: Kurokawa, Gary; Magota, Robert
Subject: Leave requests

Phil
Your leave requested for Friday 11/01/02 and Monday 11/04/02 is disapproved unless you are able to complete the following review of the results of models 141 and 142.
For this process you should be addressing all of the sales shown on the query of the MK400 run which have ratios that are .80 and below and 1.20 and above.
Specifically you should be making corrections to the sales data, deleting "bad" sales, documenting why the sale is being used despite outlier ratios, addressing condition or C&D situations etc.
After you have completed your review you must request another MK400 run on these models to check the results. Satisfactory/explainable results must be submitted to me by end of day on Thursday in order for me to resubmit your vacation request for approval.
Keep in mind that these sales are being used as comparables for the entire population and if we have problems explaining why the ratio on the sale is so far from 1.00 it will be twice as hard to explain the reliability of the value of all properties.



Exhibit 13

PE 00468

Annie

PE 00469