**Workplace Violence Checklist, February 6, 2003**

1.  Name: ___Ann Gima___
2.  Job Title: Real Property Appraiser VI
3.  Position Number: _DF-628
4.  How long with the City/Department/Division: Current from 1995; previously between 1987 and 1993
5.  Phone number: 527-5513
6.  Confidentiality – The results of my investigation will be kept as confidential as possible. What I mean is that I will only release information and/or names of individuals when required by law and City requirements. There may be a requirement to provide your name in the future for "due process" requirements.
7.  There have been allegations made that a possible condition exists that has resulted in non-physical threats and/or could lead to physically confrontations. What do you know about this and who is involved if you know?

    Phil (Philip) English is the alleged perpetrator. He had words with Chris (Christopher) Graff, Real Property Appraiser IV in the group that Phil is assigned to. Phil has brought some allegations against Chris, which has resulted in an Ethics investigation. Phil was pressuring Chris to "tell the truth" about Gary Kurokawa, Real Property Assessment Division Chief it is Phil's claim that Gary had Chris performing outside work during City time. This occurred in January 2003.

    Ann's concern is based upon a behavior pattern of outbursts by Phil starting back from January 2002. He was upset and threw a box down and his voice was raised when speaking to Ann. Phil also got upset and took an accusatory/belligerent tone when confronted Ann in July 2002 about payroll verification. In October 2002 Phil had asked for four hours vacation leave on a Friday, which was denied because his work was not considered satisfactory Thursday afternoon. He got upset and raised his voice.

    Although he appears to be a quiet person, he has raised his voice and attitude can be strained with other employees.

8.  Who is the alleged assailant/ perpetrator?
    Philip English
9.
10. How long has this person been working at this location? Sometime since 2000 under my supervision since 2001.

11. Have they're been more than one incident? If so, how many and when? There have been several occasions where his voice is raised and he believes everyone is against him.

12. Do you feel threaten?



Exhibit 15

ATCH 3

RENEAU KENNEDY RE PHILIP ENGLISH                    340

Yes, Ann feels personally threaten; stress level is high. She is not really afraid of him but is concerned about his behavior.

13. Do you believe that physical harm is possible? She believes he is capable of physical violence; can't rule it out but she is not afraid or feel in imminent danger.

14. Have any of his/her patterns of behavior changed before this incident occurred? Normally soft spoken with other people but he raises his voice with me. During the first six months he worked closely with me. Afterwards his attitude took an about face (180 degrees). Before it was "what can I do/help?" He was capable and showed initiative; Now, it is we haven't taught him anything; makes own schedule without working it out with supervisor. Said he didn't know what the work hours are. His work quality and attitude have gone down. Everyone else is wrong. Makes mistakes but not responsible for errors because he wasn't taught or told how to do the task. He spends a lot of time sending emails and typing but this is typically not a requirement of his job.

15. Has an incident been reported to police and/or security? No.

16. Do others feel threaten? Yes – Chris Graff and Dawn who left the office. Her husband was concerned about her reporting to work after his outburst in October.

17. Can I have their names so I can interview them?
Others that have information are: Linda Knowles, Carole Kamisato, Suzanne Foumai, Julie Tamayori, Bob Magota and Chris Graff. There is also Dawn who is no longer an employee.

18. Do you feel safe at work? Yes but would not like to be alone with Phil.

19. What would you recommend to prevent similar incidents? Have Phil get counseling.

20. Have you attended any workplace violence training? No.

21. Do you know if the alleged perpetrator has attended any workplace violence training? No.

22. Is there anything else that you would like to add? Not now. Note: Previously, had a long conversation with Bob Magota and Ann Gima concerning Phil.

RENEAU KENNEDY RE PHILIP ENGLISH                    311

**Workplace Violence Checklist, February 6, 2003**

1.      Name: Bob (Robert) Magota
2.      Job Title: Real Property Assessor
3.      Position Number: DF-463
4.      How long with the City/Department/Division: Since January 1982
5.      Phone number: 527-6859
6.      Confidentiality – The results of my investigation will be kept as confidential as possible. What I mean is that I will only release information and/or names of individuals when required by law and City requirements. There may be a requirement to provide your name in the future for "due process" requirements.
7.      There have been allegations made that a possible condition exists that has resulted in non-physical threats and/or could lead to physically confrontations. What do you know about this and who is involved if you know?

Phil (Philip) English is assigned to Ann Gima's group (team). There has been friction. Phil challenges Ann's authority. Phil has been with the City for a couple of years. Phil comes from the private sector. He is capable but does not always performing, as he should. He misses deadlines but states that he is never told. He didn't get training. See attached training list.

Phil came on the same time as Willie (Wilfred Martin) and has received the same staff training. There are also Gary and Craig at Kapolei.

Phil is defensive. He blames everyone else and/or he is not responsible. Ann has documentation in forms of emails. Ann and Bob talked with Phil that he can go far if he would do the job. He said he would try but it didn't last long.

Because of his behavior and attitude, Bob recommended that Phil go to counseling/Employee Assistance Program (EAP). Phil said that he didn't need – nothing wrong with him.

Bob knows that there was at least one incident with Ann and Phil but Bob didn't see it. Phil is told things and he misinterprets. Bob has told him that the Appraiser IV is not the supervisor.

Others might see Phil as a quiet person. However, he is sometimes an irrational thinker and missing his deadlines. His language with Ann can be considered as abusive at times. He can be charming and then fly off the hammer.

8.      Who is the alleged assailant/ perpetrator?
        Philip English

9.      How long has this person been working at this location? Sometime since 2000 or 2001.

Ikn H 4

RENEAU KENNEDY RE PHILIP ENGLISH                    342

10. Have they're been more than one incident? If so, how many and when?
There have been several occasions where his voice is raised and he believes
everyone is against him.

11. Do you feel threaten?
No. Concerned about being misquoted about what I have I told him.

12. Do you believe that physical harm is possible? Yes, unpredictable behavior.

13. Have any of his/her patterns of behavior changed before this incident
occurred? At first enthusiastic, what can he do. Later, has trouble with the
tasking, flies off handle. He has problems with simple suggestions. He makes
mistakes. He has the knowledge but is no applying.

14. Has an incident been reported to police and/or security? No.

15. Do others feel threaten? Yes – Dawn who left the office. Her husband would
not left her return to work one day (Monday) after one of Phil's outbursts on
the previous Friday. Note: second person to mention this.

16. Can I have their names so I can interview them?
Others that have information are: Linda Knowles, Carole Kamisato, Susanne
Foumai, Julie Tamer, Bob Magota and Chris Graff. There is also Dawn who
is no longer an employee.

17. Do you feel safe at work? Yes but not sure about other employees.

18. What would you recommend to prevent similar incidents? Have Phil get
counseling ASAP. Phil appears lonely who has a problem with authority.

19. Have you attended any workplace violence training? Yes, but it turned out to
be sexual harassment training. No. Did get a handout and went to recent
Management Information Forum where they discussed workplace violence.

20. Do you know if the alleged perpetrator has attended any workplace violence
training? Maybe.

21. Is there anything else that you would like to add? Not now. Note:
Previously, had a long conversation with Bob Magota and Ann Gima
concerning Phil.

**Workplace Violence Checklist, Wednesday, February 12, 2003**

1.  Name: Eugenie (Genie) Shito-Leong
2.  Job Title: Real Property Appraiser I
3.  Position Number: DF-488
4.  How long with the City/Department/Division: 9 ½ years
5.  Phone number: 692-5523
6.  Confidentiality – The results of my investigation will be kept as confidential as possible. What I mean is that I will only release information and/or names of individuals when required by law and City requirements. There may be a requirement to provide your name in the future for "due process" requirements. Also the information discussed should not be discussed with others.
7.  There have been allegations made that a possible condition exists that has resulted in non-physical threats and/or could lead to physically confrontations. What do you know about this and who is involved if you know?

    One day I was helping Phil (Philip) English put some documents that were received in the mail in order. I had sorted the letters and came by to drop it off at his desk, on my way back to my desk I must have stopped to talk to someone. Genie heard a loud noise like something being slammed down like a box. She heard Phil talking to Ann in a loud voice.

    Genie left the area because she did not feel comfortable about what was going on. This happen in the Fall 2001. It was during the appeals time frame.

    Ann and Phil's voices were loud but she didn't hear what they were talking about. Was worried about him getting violent so she left.

    Phil under pressure. He was getting a lot of calls from taxpayers about a letter they received regarding their property classification. Maybe he had a short temper because of the situation. She has heard loud talking.

    Genie said that Phil is normally quiet and very nice person. When he gets loud, people want to get away from him.

8.  Who is the alleged assailant/ perpetrator?
    Philip English

9.  How long has this person been working at this location? Don't know.

10. Have they're been more than one incident? If so, how many and when?
    Not to her knowledge.

11. Do you feel threaten?
    No because I am at Kapolei.

*ATCH 9*

12. Do you believe that physical harm is possible?  It is possible.  He is under stress.  Maybe he would snap with the angry taxpayers.

13. Have any of his/her patterns of behavior changed before this incident occurred?   No because I rarely see him.

14. Has an incident been reported to police and/or security?  No.

15. Do others feel threaten?  Don't know.

16. Can I have their names so I can interview them?
Others that might have additional information are Dwight Ishiguro and Wilfred Martin who were sitting in that area

17. Do you feel safe at work?  Yes

18. What would you recommend to prevent similar incidents?  Maybe a course in how to handle people (taxpayers) especially when they are upset.  Some come into the office yelling and screaming.

19. Have you attended any workplace violence training?  Can't remember.

20. Do you know if the alleged perpetrator has attended any workplace violence training?  No.

21. Is there anything else that you would like to add?  No but after the incident with Phil, I am almost certain that he came to me and apologized.

**Workplace Violence Checklist, Wednesday, February 12, 2003**

1.    Name: Dwight A. Ishiguro
2.    Job Title: Real Property Appraiser IV
3.    Position Number: DF-519
4.    How long with the City/Department/Division: Since 1981
5.    Phone number: 692-5517
6.    Confidentiality – The results of my investigation will be kept as confidential as possible. What I mean is that I will only release information and/or names of individuals when required by law and City requirements. There may be a requirement to provide your name in the future for "due process" requirements. Also the information discussed should not be discussed with others.
7.    There have been allegations made that a possible condition exists that has resulted in non-physical threats and/or could lead to physically confrontations. What do you know about this and who is involved if you know?

   When Phil first came to the division, we sat behind one another. Phil is a low-key individual and soft-spoken guy. He is religious (Christian) and I am Buddhist and we would have discussions.

   Never heard him get upset. We moved to Kapolei in February 2002.

   I have had some discussions with Phil because I am a HGEA steward for BU13.

8.    Who is the alleged assailant/ perpetrator?
   Does not know.

9.    How long has this person been working at this location? About 2 years, 6 months.

10.    Have they're been more than one incident? If so, how many and when?
    No incidents to his knowledge. Never saw any outward displays. Phil seems cordial.

11.    Do you feel threaten?
    No.

12.    Do you believe that physical harm is possible? Don't know. Anyone can be pushed beyond his or her limits.

13.    Have any of his/her patterns of behavior changed before this incident occurred? Probably more stressed now but not sure of the reason.

14.    Has an incident been reported to police and/or security? No.

*Att H 10*

RENEAU KENNEDY RE PHILIP ENGLISH                    357

15.   Do others feel threaten?  No.

16.   Can I have their names so I can interview them?
       N/A

17.   Do you feel safe at work?  Yes

18.   What would you recommend to prevent similar incidents?  Prevention by
       hearing both sides of the story.  People need to stay on track.
       Communications between managers and employees need improvement.

19.   Have you attended any workplace violence training?  Yes.  Maybe twice with
       Andre Lennon and with Vince Goo.

20.   Do you know if the alleged perpetrator has attended any workplace violence
       training?  Not sure.

21.   Is there anything else that you would like to add?  Dwight sat in front of Phil
       at Bethel Street.

**Workplace Violence Checklist, Wednesday, February 12, 2003**

1. Name: Christopher Graff
2. Job Title: Real Property Appraiser IV
3. Position Number: DF-472
4. How long with the City/Department/Division: From 1996 to present; previously prior to 1985
5. Phone number: 523-4719
6. Confidentiality – The results of my investigation will be kept as confidential as possible. What I mean is that I will only release information and/or names of individuals when required by law and City requirements. There may be a requirement to provide your name in the future for "due process" requirements. Also the information discussed should not be discussed with others.
7. There have been allegations made that a possible condition exists that has resulted in non-physical threats and/or could lead to physically confrontations. What do you know about this and who is involved if you know?

   There is currently a rule at the Real Property Assessment Office, (RPA) about not using the fax machine for private use. It is spelled out in an email from Robert Magota, RPA Assessor. Mr. Magota or the supervisor (Ann Gima) must approve exceptions. Phil had some problems or dealings with the IRS and Phil needed to contact them about a settlement. Phil asked to fax the IRS and it was not approved. Phil slammed down things and was upset. Phil left the office and slammed the door. Dawn Kim (Murakami) was present and she felt trapped and afraid to move. After explaining the situation to her husband, he told her not to go back to work the next workday.

   This happen in November/December 2002 time frame. Although Chris did not witness this incident, Phil English described it to him as a major "blow-out/yelling match".

   Chris did witness an incident during the period when tax assessments go out between December 15 and January 16. Each Real Property Appraiser is assigned counter duty in the basement of the Bethel Street office. The Appraiser is assigned to take taxpayer questions. The job is rotated between the Appraisers and you must be there from 7:45 a.m. to 4:30 p.m. Phil was scheduled on the day in question but he didn't report to the counter. He was called to go but didn't want to go. He said he was working on something else. Phil was forced to go to counter duty. Phil slammed boxes on desk  Chris heard that Ann and Phil had words.

8. Who is the alleged assailant/ perpetrator?
   Philip English

9. How long has this person been working at this location? Between 2 and 3 years.

ATCH 11

10.    Have they're been more than one incident?  If so, how many and when?
        One witness one of the three incidents mentioned above.  However, Phil made
        mention of having a shouting match between Ann and himself.

11.    Do you feel threaten?
        Not physically threaten but I do feel uneasy.

12.    Do you believe that physical harm is possible?  Yes (based on slamming
        boxes  and door).

13.    Have any of his/her patterns of behavior changed before this incident
        occurred?  Has become more morose over the years.  Phil gives the
        comments and suggests that people are out to get him.  He seems paranoid.
        Phil is always acting as the victim.  Phil has some job problems that he needs
        to correct.

14.    Has an incident been reported to police and/or security?  No.

15.    Do others feel threaten?  Yes, ladies in the office.

16.    Can I have their names so I can interview them?
        Other not spoken to:  Ann Kabasawa and Ryan Fujitani
        Carole, Julie and Linda.

17.    Do you feel safe at work?  Feels uneasy.  Doesn't think anything will happen
        but not 100% sure.

18.    What would you recommend to prevent similar incidents?  Provide counseling
        for Phil.

19.
20.    Have you attended any workplace violence training?  No.

21.    Do you know if the alleged perpetrator has attended any workplace violence
        training?  Don't know.

22.    Is there anything else that you would like to add?  No for this interview but
        had another related issue to address.

Chris provided me with a Confidential Workplace Violence Incident Report Form.
Incident information:  Believes "Other" is applicable.   He accuses Phil of verbal
intimidation, threats.  There are no injuries.
Date of incident:  1/17/03 and 1/2/03 at Grilla's Restaurant and telephone conversation
(1/18/03).  Chris did notify his supervisor Ann Gima.  Chris said a lost a couple of hours

of work because he could not concentrate on work.  He could only think of the comments made by Phil English.

Chris states that there is prior history of violence, which he mentioned in his statement above.  Chris stated that assailant has thrown temper tantrums in past.  Threw boxes around, etc.

Chris has provided a page and half of a type written statement.  Phil English was attempting to coerce Chris to make a statement against Gary Kurokawa, Division Chief about during private work for Gary on City time.  Phil stated that the FBI was investigating the Real Property Assessment Division as well as the City Corporation Counsel and Ethics Commission.

Chris states that Mr. English's lies amount to verbal intimidation.

## Workplace Violence Checklist, February 10, 2003

1.  Name: Julie Tamayori
2.  Job Title: Real Property Appraiser IV
3.  Position Number: DF-475
4.  How long with the City/Department/Division: With Real Property since 1989; prior with Motor Vehicles 1985 -1989
5.  Phone number: 527-5530
6.  Confidentiality – The results of my investigation will be kept as confidential as possible. What I mean is that I will only release information and/or names of individuals when required by law and City requirements. There may be a requirement to provide your name in the future for "due process" requirements. Also the information discussed should not be discussed with others.
7.  There have been allegations made that a possible condition exists that has resulted in non-physical threats and/or could lead to physically confrontations. What do you know about this and who is involved if you know?

    Phil (Philip) English is a nice guy, sweet non-violent in appearance. However, Phil has recently done some "back stabbing" with co-worker Chris (Christopher) Graff.  Phil is acting like nothing has happen. Phil has made some type of charges against Chris about doing personal work on the job.

    Co-workers are scared. Ran away last year 2002 when there was an incident between Phil and supervisor Ann.

    Phil has talked about his ex-wife who made some allegations about Phil being abusive but Phil said he wasn't. Phil said something like "Do I look abusive?" It is the attorneys after me. His ex-wife is an attorney.

    Phil will lie about things – minor things. He said he had to take the day off because of a parent – teacher conference. She found out that there was no school that day and no parent –teacher conferences.

    Phil lies to justify his position. He says he is not told how to do a particular job but the instructions have been provided to everyone via email. He will still do something the wrong way even after the instructions/email are provided. Everyone else seems to get the instructions, which are good. They are also easy to follow.

    Something not quite right – he sees the email, gets upset but acts like nothing has happen.

8.  Who is the alleged assailant/ perpetrator?
    Philip English

PE 00249

9.    How long has this person been working at this location? Not sure – maybe 2 to 3 years.

10.    Have they're been more than one incident?  If so, how many and when? Chris incident and Phil's lies.

11.    Do you feel threaten?
       Not threaten.

12.    Do you believe that physical harm is possible?  Not sure

13.    Have any of his/her patterns of behavior changed before this incident occurred?   Sometimes more agitated.

14.    Has an incident been reported to police and/or security?  No.

15.    Do others feel threaten?  Yes – others do.  Think of other violent stories.

16.    Can I have their names so I can interview them?
       No one new.

17.    Do you feel safe at work?  Not sure.

18.    What would you recommend to prevent similar incidents?  Possible psychology evaluation for Phil to see if he is ok.

19.    Have you attended any workplace violence training?  No class, just a handout.

20.    Do you know if the alleged perpetrator has attended any workplace violence training?  Don't know.

21.    Is there anything else that you would like to add?  Phil says he is acting as a Christian but more like he is acting out.  She feels uneasy at work because of Phil's behavior.  Phil makes it looks like everyone is against him.

PE 00250

**Workplace Violence Checklist, February 10, 2003**

1. Name: Julie Tamayori
2. Job Title: Real Property Appraiser IV
3. Position Number: DF-475
4. How long with the City/Department/Division: With Real Property since 1989; prior with Motor Vehicles 1985 -1989
5. Phone number: 527-5530
6. Confidentiality – The results of my investigation will be kept as confidential as possible. What I mean is that I will only release information and/or names of individuals when required by law and City requirements. There may be a requirement to provide your name in the future for "due process" requirements. Also the information discussed should not be discussed with others.
7. There have been allegations made that a possible condition exists that has resulted in non-physical threats and/or could lead to physically confrontations. What do you know about this and who is involved if you know?

Phil (Philip) English is a nice guy, sweet and mild-mannered in appearance. However, Phil has recently done some "back stabbing" to co-worker Chris (Christopher) Graff.    What is disturbing is that although Phil has filed a complaint that could possibly lead to Chris being fired, his behavior towards Chris is as if nothing has happened.  He speaks to Chris as if he were "a friend".

I have never witnessed Phil being physically aggressive but there are times when he does get argumentative with the supervisor Ann.  On one occasion, their discussion seemed to be getting especially loud and he seemed to be getting very angry.  To avoid the unpleasantness of the situation, several of us left the scene to get away from that.  One co-worker who was sitting at her desk (right next to Ann's desk) witnessed the whole incident.  Apparently it scared her (the co-worker) enough so that her husband did not want her to come into the office the next day as he thought Phil might do something crazy.

Phil has talked about his ex-wife who made some allegations about Phil being abusive although he denies it.  Phil said something like "Do I look like the kind of person who would be abusive?"  At the time Phil was telling me about his ex-wife, I was very sympathetic to his side because as I said, he has a very mild-mannered appearance.

What is unnerving is that when he talked about how he got the bad end of the divorce because his ex-wife is an attorney and all the attorneys and the judge were on her side, it seems to parallel what he's claiming here at our office that "everyone" is siding with administration.  As in his divorce when ALL the attorneys and judge were against him, we here are ALL against him at this office.  He made a claim that he is being "shunned and ostracized" by

ATC # 7

everyone here. That claim came as a surprise to me; I wasn't aware that anyone was "shunning" him. In my opinion, these 'everyone against me' theme seems a bit paranoid. His perception of reality seems a little bit distorted.

Phil will lie about things, maybe it's minor things but I'm wondering why he feels he needs to lie. One example, he said he had to take the day off because he had a parent – teacher conference. I found out that his son's school had the day off so obviously there was no parent–teacher conference scheduled for that day.

Phil tells people that he received "no training" despite the fact that we have had numerous classes, meetings, and a lot of written instructions via handouts and e-mail. And although he goes to those classes and gets the same things the rest of the group gets, he still denies receiving any sort of training or direction. He'll say, "I was never told". He'll even deny getting notified by e-mail even though I see his name listed as one of the recipients. I don't know if he's lying or if his problem is forgetfulness and he really feels that he is not being provided information; I don't know.

8.  Who is the alleged assailant/ perpetrator?
    Philip English

9.  How long has this person been working at this location? Not sure – maybe 2 to 3 years.

10. Have they're been more than one incident? If so, how many and when?
    Chris incident and Phil's lies.

11. Do you feel threatened?
    Not threatened.

12. Do you believe that physical harm is possible? Not sure

13. Have any of his/her patterns of behavior changed before this incident occurred? Sometimes more agitated.

14. Has an incident been reported to police and/or security? No.

15. Do others feel threaten? Yes – others do. Think of other violent stories.

16. Can I have their names so I can interview them?
    No one new.

17. Do you feel safe at work? Not sure.

18.  What would you recommend to prevent similar incidents?  Possible psychology evaluation for Phil to see if he is ok.

19.  Have you attended any workplace violence training?  No class, just a handout.

20.  Do you know if the alleged perpetrator has attended any workplace violence training?  Don't know.

21.  Is there anything else that you would like to add?  Phil will engage in long conversations regarding Christianity with co-worker Marvin.  If he feels he is living in a good "Christian" and moral manner, some of his actions surely don't reflect that.  I was told that Phil has hired as his personal attorney, the very same attorney that is representing the appellant in a tax appeal court case that Phil is the appraiser for.  Is this ethical?

RENEAU KENNEDY RE PHILIP ENGLISH                    352

### Workplace Violence Checklist, February 10, 2003

1.     Name: Linda Knowles
2.     Job Title: Real Property Appraiser IV
3.     Position Number: DF-479
4.     How long with the City/Department/Division: Since 1987
5.     Phone number: 523-4654
6.     Confidentiality – The results of my investigation will be kept as confidential as possible. What I mean is that I will only release information and/or names of individuals when required by law and City requirements. There may be a requirement to provide your name in the future for "due process" requirements. Also the information discussed should not be discussed with others.
7.     There have been allegations made that a possible condition exists that has resulted in non-physical threats and/or could lead to physically confrontations. What do you know about this and who is involved if you know?

   Phil (Philip) English is stressed. There is tension between Phil and Ann Gima, supervisor. His email replies to Ann are often obnoxious in tone.
   Phil states that he is not trained or no one told him how to do it. Even when e-mail messages have been sent out, he states that nobody told him.

   Phil has even gone after the one person, Chris, who is the nicest to Phil. Chris has invited Phil for dinner over the holidays and has treated him as a friend. Phil filed some charges with the Ethics Commission against Chris (and Gary). Phil told Chris that he better turn in Gary or Chris would lose his job. It makes you scared that if he would do this to Chris, what would he do to you if it fits his agenda.

   Phil also charged that he has been ostracized by our group – when in fact he is always invited to participate when we have food to share etc. If he is excluded then it is by his own choice.

8.     Who is the alleged assailant/ perpetrator?
   Philip English

9.     How long has this person been working at this location? Not sure – maybe 2 to 3 years, not sure.

10.     Have they're been more than one incident? If so, how many and when? Phil has been reprimanded by the bosses on several occasions, then comes out and acts like nothing has happen. Have heard of incidents of temper but have not witnessed any.

11.     Do you feel threaten?
    Not eminently, but feel that Phil could "stab anyone in the back."

12.   Do you believe that physical harm is possible?  Yes, it is.

13.   Have any of his/her patterns of behavior changed before this incident occurred?  When he first started, he was different.  Phil would do anything to help out or learn.  He would talk a lot about the job and he appeared to be happy.  Now he complains about not being trained on one hand, but applies for supervisor job on the other.

14.   Has an incident been reported to police and/or security?  No.

15.   Do others feel threaten?  Yes – Carole, Julie and Dawn who left.  Dawn witnessed an incident between Phil and Ann.

16.   Can I have their names so I can interview them?
      See above.

17.   Do you feel safe at work?  Don't think about it too much.  But in the back of my mind, Phil may do something.

18.   What would you recommend to prevent similar incidents?  Phil should go to counseling. He spends periods of time not working , and when work is not done – someone one else is at fault – does not take responsibility.

19.   Have you attended any workplace violence training?  Handout but no training.

20.   Do you know if the alleged perpetrator has attended any workplace violence training?  No.

21.   Is there anything else that you would like to add?  The group is happier when Phil doesn't come to work when he is out sick or on vacation. No tension. Others seem to get upset with Phil in the background because something might happen.  Phil looks innocent and quiet – but who knows what might happen. Might be a good idea if he were to transfer to another group, since the dynamics in our current group have deteriorated.

      When his work isn't done – it's someone else's fault.  He has been scolded for not doing his work.  He says he hasn't been trained for what he needs to do, yet applies for a supervisor position.  He has had problems with his first and second wives and that may be affecting his mental/emotional state. Luckily he has his son, who I think has kept him from going over the edge.

RENEAU KENNEDY RE PHILIP ENGLISH                                    346

<u>Workplace Violence Checklist, February 10, 2003</u>

1. Name: Carole Kamisato
2. Job Title: Real Property Appraiser Assistant
3. Position Number: DF-560
4. How long with the City/Department/Division: Moved to City in 1981, prior with State from 1971
5. Phone number: 527-5530
6. Confidentiality – The results of my investigation will be kept as confidential as possible. What I mean is that I will only release information and/or names of individuals when required by law and City requirements. There may be a requirement to provide your name in the future for "due process" requirements. Also the information discussed should not be discussed with others.
7. There have been allegations made that a possible condition exists that has resulted in non-physical threats and/or could lead to physically confrontations. What do you know about this and who is involved if you know?

   Supervisor Ann Gima and Phil (Philip) English have had encounters on at least two occasions that Carole is aware of.

   a. Phil was supposed to go downstairs to be at the counter for the public but he refused. Ann and Phil exchanged words that got loud. The requirement is that the appraisers take turns going to the basement to be at the counter. They are assigned specific days. Phil didn't want to go because he was working on something to do with Condos but it was his day to be at the counter. This happen in 2002 – it was during the last appeal period. Voices got loud on both sides. Phil got upset. She heard a loud noise. Phil had thrown or dropped a box.

   b. Another incident in 2002 after the one above were voices got louder and louder. It started at his desk. She left and went to her desk. He followed and Phil was talking so loud that it scared Carole and she walked away from the area. It was going on for at least 10 minutes. She stayed away from the area for at least 20 minutes. She said at least one other girl remained in the area also who sat next to Ann. This was Dawn. This is the lady whose husband told her not to go back to work the next workday. Dawn was scared and afraid of some type of workplace violence.

   c. Carole mentioned that they had gone to some Real Property classes near Kapiolani Park. She offered him a ride home. She said that when they got to his residence he would not get out of the car, which was running. Instead Phil talked for about 20 minutes about his ex-wife (first wife) and mother-in-law. He was justifying the divorce. He mentioned that his ex-wife was telling stories and the court decree was wrong. He did not physically abuse his ex-wife. She finally told him that she needed to get home. She has kept her distance from him since that incident.

8. Who is the alleged assailant/ perpetrator?
   Philip English

ATC# 6

RENEAU KENNEDY RE PHILIP ENGLISH                     342

9.    How long has this person been working at this location? Sometime since 2000 or 2001.

10.    Have they're been more than one incident? If so, how many and when?
See above.

11.    Do you feel threaten?
Not threaten but scared because so much is going on in Phil's life.   He might snap – his divorce.  His son is still adjusting to the divorce – things are hard at school. His second wife (from Thailand) just moved out. He invested in a boat that he lives on at the Ala Wai.  No bathroom on board and no electricity or running water. Phil is being pushed to the limits financially and emotionally.  A lot going on and he may explode.   Something may trigger him. The Brian (Xerox) case comes to mind.

12.    Do you believe that physical harm is possible? Yes, he can only take so much – snaps; things are compounding in his life.

13.    Have any of his/her patterns of behavior changed before this incident occurred? He is on the email a lot – doing lots of writing.  He is not as vocal as he was in the past. He is by himself more. Phil is on computer email more than is required for the job he does. Carole can feel the tension with Phil and his supervisor Ann Gima.   Last week Ann brought in left over birthday cake to share with the office.  When Phil first saw the cake, he asked if it was ok to take some.  Carole said it was for anyone in the office.  Phil started to get a piece until he realized it had something to do with Ann and he didn't take anything. He said that he was going to get a donut and would be right back.

14.    Has an incident been reported to police and/or security? No.

15.    Do others feel threaten? Yes – others do.  They have stated that they feel threaten and something will happen (physical).  Terrified was another word used.

16.    Can I have their names so I can interview them?
No one new.

17.    Do you feel safe at work?  Before yes but recently feel more tense – afraid he may snap because a normal person can only take so much.  The answer would be no.

18.    What would you recommend to prevent similar incidents?  She thinks that there is a personality clash between Phil and Ann.  Phil defensive. Put Phil in another group.

19.    Have you attended any workplace violence training?  Yes, longer ago, sometime in the 1990s.

20.    Do you know if the alleged perpetrator has attended any workplace violence training?  Not sure

21.    Is there anything else that you would like to add?  No but there are 10 people in the group and all appear to feel uncomfortable.

**Workplace Violence Checklist, February 10, 2003**

1.  Name: Susanne Foumai
2.  Job Title: Secretary
3.  Position Number: DF-464
4.  How long with the City/Department/Division: 9 years
5.  Phone number: 527-5507
6.  Confidentiality – The results of my investigation will be kept as confidential as possible. What I mean is that I will only release information and/or names of individuals when required by law and City requirements. There may be a requirement to provide your name in the future for "due process" requirements. Also the information discussed should not be discussed with others.
7.  There have been allegations made that a possible condition exists that has resulted in non-physical threats and/or could lead to physically confrontations. What do you know about this and who is involved if you know?

    Phil (Philip) English started on June 1, 2000. Within the first two weeks Phil had some mandatory training with Roy (Director). Susanne had sent a email to Phil and Willy giving them the date and time of the training. Sue was called and asked "where is Phil?" Phil was at his desk , approximately 9:30 a.m. and the training start time was 8:30 a.m. It was an orientation type training.

    Phil said that he showed the start time at 11:30 a.m. Sue said her computer records 8:30 a.m. as start. Phil wanted Sue to call and let them know that he was "not a flake." Sue checked her computer again and the email showed 8:30 a.m. Willy also confirmed that the start time was 8:30 a.m. Sue wondered why Phil would state such a thing about the time.

    Another time Sue was explaining a process to Phil. He kept asking why, how and to explain it to him – it was about copying computer files. How to clean and save files. Phil said he couldn't do it. Sue must do it or lose the files. He wants an explanation on why it is done.

8.  Who is the alleged assailant/ perpetrator?
    Philip English

9.  How long has this person been working at this location? June 2000.

10. Have they're been more than one incident? If so, how many and when? See above.

11. Do you feel threaten?
    No.

12. Do you believe that physical harm is possible? Physical maybe..

13. Have any of his/her patterns of behavior changed before this incident occurred?   Still the same.

14. Has an incident been reported to police and/or security?  No.

15. Do others feel threaten?  Yes in Group 3.

16. Can I have their names so I can interview them?

17. Do you feel safe at work?  Yes

18. What would you recommend to prevent similar incidents?  Anger management to control temper.

19. Have you attended any workplace violence training?  January 22, 2002.

20. Do you know if the alleged perpetrator has attended any workplace violence training?  No.

21. Is there anything else that you would like to add?  Everyone is happy when Phil doesn't come to work because he is out sick or on vacation.  Others seem to get upset with Phil in the background because something might happen.  Phil looks innocent and quiet.

When things happen, it is always someone else's fault.  He has been scolded for not doing his work.  He applies for supervisor jobs but says he doesn't understand.  He has had problems with his first and second wives.  Also there have been some situations with his son.