**KAISER PERMANENTE**
HAWAII REGION
Medical Group, P. C.

Patient Chart for: PHILIP E. ENGLISH                                MRN: 633194

01-30-2003 15:34:55, Recorded By: ALABANZA, CAROL, J (3157)REGNRS, HON INT MED at HONOLULU
  1. Ø Latex allergy, History (02-11-2002) (copied)

**OBJECTIVE**
Vital Signs
   Date: 01-30-2003     15:35:09
   Recorded By: ALABANZA, CAROL, J (3157)REGNRS, HON INT MED at HONOLULU
   Patient Position: Sitting
   Temperature: 98.3 F
   Blood Pressure: 124 / 80
   Weight: 204 lb 0 ounces

**INITIAL**
   01-30-2003 15:35:23, Initialed By: ALABANZA, CAROL, J (3157)REGNRS, HON INT MED at HONOLULU

**PLAN**
Text
   01-30-2003 16:12:13, Recorded By: LUCAS, GRACE, G (EM14787)EMPLYE, HON PRIMARY at HONOLULU
   Oncology consult sent.
   Pt has an appointment on 030303 @4:00 with Dr. Mueh.
   Pt has already been notified for the appointment through mail.

   Behavioral medicine referral form sent.
   Pt will make own appointment.

**INITIAL**
   01-30-2003 16:12:16, Initialed By: LUCAS, GRACE, G (EM14787)EMPLYE, HON PRIMARY at HONOLULU

**OBJECTIVE**
Text
   01-30-2003 18:11:12, Recorded By: LOVE, JAMES, E (190), HON INT MED at HONOLULU
   Reviewed Intake Note

   Mr English c/o undue stress related to work/job situation.
   He notes that he does not sleep well and that he has lost some weight.

   He has a history of "Renal Cell CA" - is S/P Left Nephrectomy in 1998 (at Queen's Medical Center/Hospital)
   He had a CT of the Abd and Pelvis (Dr J Fujimoto ordered) that was "Negative" in May 2001 - noted.

   *[handwritten:]* 2/11/02 208
   5/9/02 210
   8/26/02 209

Page 20 / 25                                    Printed: 04/28/2003    13:59:07

Exhibit 16

0023 3861 10/01                                                      00 19

RENEAU KENNEDY RE PHILIP ENGLISH

**KAISER PERMANENTE**
HAWAII REGION
Medical Group, P. C.

Patient Chart for: PHILIP E. ENGLISH                    MRN: 633194

I will refer to Oncology - for follow up.

### ASSESSMENT
Assessment
01-30-2003 18:11:51, Recorded By: LOVE, JAMES, E (190), HON INT MED at HONOLULU
Type: ▓▓▓▓▓▓▓▓▓

### PLAN
Text
01-30-2003 18:12:24, Recorded By: LOVE, JAMES, E (190), HON INT MED at HONOLULU

Refer to Oncology
Refer to Behavior Medicine - soonest
Recheck after above or prn.

### SIGN
01-30-2003 18:12:27, Signed By: LOVE, JAMES, E (190), HON INT MED at HONOLULU

### GENERAL INFORMATION
Patient Name: PHILIP E. ENGLISH
Date: 02-12-2003 10:31:13
Contact: 02-12-2003 10:31:11                Visit
Initiated: 02-12-2003 10:31:13
Established Patient
Source of Referral: Patient                 Age at Contact: 48 YR
Historian: Patient

### GENERAL INFORMATION
Patient Name: PHILIP E. ENGLISH
Date: 02-27-2003 16:32:28
Contact: 02-27-2003 16:32:23                Visit
Initiated: 02-27-2003 16:32:28
Established Patient
Source of Referral: Patient                 Age at Contact: 48 YR
Historian: Patient

### SUBJECTIVE
HPI (History of Present Illness)
02-27-2003 16:37:45, Recorded By: COEPPER, GERALD L (5638▓▓▓▓▓ ALM MHS at ALM
    1. Session Number 2

Page 21 / 25

Printed: 04/28/2003   13:59:07

0023 3861 10/01                              00 20

RENEAU KENNEDY OF ▓▓▓▓▓