**KAISER PERMANENTE**

**HAWAII**

NAME: ENGLISH, PHILIP E
MR#: 633194
DOB: 10/26/1954    AGE: 48Y
DOS: 05/06/2003
UC LOC: CRA    OV LOC: HON

Page 1 of 10

**DATE OF INJURY:** 2/12/2003

**TYPE OF REPORT:** INITIAL PSYCHOLOGICAL EVALUATION

**REFERRAL**

The patient was referred by Kaiser Behavioral Health Services.

**PRESENT PROBLEM**

On 2/12/2003, the patient says that he began to discover that he was being persecuted because he had begun a process of "whistle blowing". He said that approximately on 2/7/2003 or 2/10/2003, the State assessor and his supervisor were planning to file an insubordination complaint. He said he asked if he could have someone in the meeting because he had already experienced changes in recanting in previous meetings. Kevin Mulligan, his union agent, went with him to this meeting and told him that the meeting sounded to him like a retaliation. He said a few days later, approximately February 12, 2003, there was a paper stuck to his chair. This reportedly was a workplace violence report that was being submitted by a formerly friendly coworker, Julie. Allegedly Julie told him that she was afraid that his, Mr. English's, complaint would cause some difficulties for her. At that point, he said he began to feel a great deal of anxiety and felt that things were "...spinning out of control". He said he also began to feel isolated. He said although he was trying to "...hang in there and be strong, but I was already imploding". He said at that point, he went to see a therapist, Jerry Coffee, MSW, about the situation. He said he continued to experience stress at work. He found out, he said, on February 28, 2003, when speaking with coworkers that there was an administrative service agent interviewing all of his co-employees to find out more about him. He said at least that is how he took it. He said this administrative agent was Michael Gulich. He said he again consulted with his union agent, who then told him that there had already been many complaints from coworkers, and the union agent advised him that he not be able to work for this office or for the City and County or possibly for the State any longer.

Although Mr. English's complete mental health records were not available today, Mr. English says that he has had several appointments with Behavioral Health therapist Jerry Coffee, MSW. He has also been evaluated by Dr. Kennedy of the City and County. He had also been to Same-Day Urgent Care clinic, and seen Kelly Tam-Sing, MD, who assessed anxiety on March 4, 2003. Additionally, Mr. English came for an evaluation at the Occupational Mental Health Services on February 18, 2003. He saw Lillie Mundon, LSW, and she assessed an anxiety disorder; however, at that time, Mr. English had not decided to

**OCCUPATIONAL HEALTH SERVICES**

1010 Pensacola Street/Honolulu, HI 96814/(808) 432-2200       3288 Moanalua Road/Honolulu, HI 96819/(808) 432-8200
80 Mahalani Street/Wailuku, HI 96793/(808) 243-6453            1292 Waianuenue Avenue/Hilo, HI 96720/(808) 327-2900
94-235 Leoku Street/Waipahu, HI 96797/(808) 432-3103           45-602 Kam Hwy/Kaneohe, HI 96744/(808) 432-3800
              75-184 Hualalai Road/Kailua-Kona, HI 96740/(808) 327-2900


Exhibit 17

Patient Accounting

CC 001311

| | |
|---|---|
| **KAISER PERMANENTE** | NAME: ENGLISH, PHILIP E<br>MR#: 633194<br>DOB: 10/26/1954   AGE: 48Y |
| **HAWAII** | DOS: 05/06/2003<br>UC LOC: CRA   OV LOC: HON |

Page 2 of 10

file a Workers' Comp claim. Furthermore, Mr. English was referred to Occupational Health on February 13, 2003 by primary care physician, Dr. Love, who wrote, "Patient reports increasing stress/anxiety associated with complicated and 'political' crisis at work. Patient reports feeling vulnerable, unable to focus at work, insomnia. Please assist for possible Occupational Health Services." It was Dr. Love's referral that initiated Lillie Mundon's initial consultation with Mr. English and he subsequently continued treating at Kaiser Behavioral Health Services until today's evaluation appointment. He said he resumed treatment with Occupational Mental Health Services at the suggestion of Dr. Kennedy

At today's appointment, Mr. English checked that the following symptoms had bothered him recently: stomach pain; pains in his arms, legs, and joints; headaches; chest pain; dizziness; feeling his heart pound and race; shortness of breath; nausea, gas or indigestion; feeling tired or having low energy; unusual thoughts; nightmares; marital conflicts; conflict with another person; financial problems; overeating being out of control; eating less than he should; little interest or pleasure in doing things; feeling down, depressed, and hopeless; suicidal thoughts; trouble sleeping; poor appetite; trouble with concentration and memory; low self-esteem or self-worth; low energy; nervous or feeling anxious or on edge; worrying about a lot of different things; anxiety attacks. He also checked that he: feels sad a lot; has had thoughts of suicide recently; feels anxious a lot; is short-tempered or irritated a lot; has experienced feelings of worthlessness recently; has lost interest in activities that used to give him pleasure; finds himself paying less and less attention to his personal appearance; has trouble concentrating; does not have people available he can speak with about his concerns; is not able to cope with his problems; feels pressure or stress at work; has had too many problems recently; is not optimistic about his future; is upset about his life right now; feels very alone; worries a lot about his physical health; worries a lot about his mental health; does not have difficulty controlling his anger; is not able to cope with the pain in his body; has had a weight shift of over five pounds in the last month; worries that he might not return to how he was before his injury; and thinks he needs to speak with a profession about his concerns. He also writes in "I am a whistle-blower" and "There is an investigation by the Ethics Committee. I have been the subject of retaliation, harassment, intimidation, abuse of the Real Property Assessment Division since early 2002".

When asked more about his suicidal ideation, Mr. English admitted that he has had two previous suicide attempts. These were reportedly in 1998 and 1989 and related to the divorce by his wife of 15 years. The first attempt included taking what was presumably an almost lethal dose of aspirin and found by his now ex-wife. In the second attempt, he tried to hang himself with his belt, but got himself down because of the pain. He said, although he has suicidal ideation, he has no plan. He said he vaguely thinks sometimes that he should die, but he has realized that what he should do, when he thinks about that, is call people. To this end, he has called his therapist and also his pastor for help. Mr. English agreed that in

OCCUPATIONAL HEALTH SERVICES
1010 Pensacola Street/Honolulu, HI 96814/(808) 432-2200           3288 Moanalua Road/Honolulu, HI 96819/(808) 432-8200
80 Mahalani Street/Wailuku, HI 96793/(808) 243-6453              1292 Waianuenue Avenue/Hilo, HI 96720/(808) 327-2900
94-235 Leoku Street/Waipahu, HI 96797/(808) 432-3103             45-602 Kam Hwy/Kaneohe, HI 96744/(808) 432-3800
                    75-184 Hualalai Road/Kailua-Kona, HI 96740/(808) 327-2900

Patient Accounting

CC 001315

| KAISER PERMANENTE | NAME: ENGLISH, PHILIP E |
|---|---|
| | MR#: 633194 |
| HAWAII | DOB: 10/26/1954   AGE: 48Y |
| | DOS: 05/06/2003 |
| | UC LOC: CRA   OV LOC: HON |

Page 3 of 10

addition to his current providers, he could call this provider, he could contact Urgent Care, he could go to Kaiser emergency room, or call 911. He agreed to contract for safety. Mr. English also reports that he has had an initial evaluation by a Kaiser psychiatrist and has an upcoming evaluation in a few days. He is questioning now about whether or not to take antidepressant medication, and this will be discussed with the psychiatrist again in a few days. This was discussed with the patient and consultation was offered to his psychiatrist today.

Furthermore, he added that he has felt like he has been "...on a roller coaster without the highs". He said that the harassment seems to be continuing. He said that he has not received any Temporary Disability Insurance payment and this has resulted in a difficulty he has had about paying the rent for his boat. Thus, he says, as of today's visit, his boat may be repossessed because of his failure to pay for his slip. He is working with an attorney, he says, to get this matter and his whistle-blowing situation straightened out.

## HISTORY OF CHIEF COMPLAINT

Mr. English said he has been a real estate appraiser for 23 years. He was hired on 6/1/2000 to work for the Real Property Assessment Division of the City and County of Honolulu. He said, although he took a lower level job, he is actually designated by the real estate appraisal institute and has the highest level of licensing. He explained further that his goal in taking the work was to actually try to do something positive for his community. His reasoning will be discussed in the next section. So therefore, when he started to begin working with the City and County for the first 18 months, he decided his first task was to learn as much as he could. He said he was told initially that he would soon be promoted. He said during this period, he observed a coworker, Chris Graff, at a nearby desk, not involved in doing City and County work. He discovered, he said, that Mr. Graff was doing appraisals for GK Appraisal Company, a company that is reportedly owned by the administrator of the division, Gary Kurokawa. He said he observed this several times. He said he approached Mr. Graff and told Mr. Graff that he should not be doing this. He said this was about the same time that another public official was being scrutinized for inappropriate action and he added "I knew it wasn't right". He said coworker Chris Graff told him he was working for a David Murakami and that David Murakami was in turn working for Gary Kurokawa. He said he told Chris Graff that he thought this was "...a pretty thin veil".

Mr. English said one day he was standing at Chris' desk and the phone rang. Chris reportedly answered and what Mr. English could make out of the conversation was that Gary Kurokawa was instructing Chris to do an appraisal. He felt he was confronted, "...It's confronting me right there". He said he believed if he went to Gary Kurokawa and

OCCUPATIONAL HEALTH SERVICES

1010 Pensacola Street/Honolulu, HI 96814/(808) 432-2200
80 Mahalani Street/Wailuku, HI 96793/(808) 243-6453
94-235 Leoku Street/Waipahu, HI 96797/(808) 432-3103
75-184 Hualalai Road/Kailua-Kona, HI 96740/(808) 327-2900
3288 Moanalua Road/Honolulu, HI 96819/(808) 432-8200
1292 Waianuenue Avenue/Hilo, HI 96720/(808) 327-2900
45-602 Kam Hwy/Kaneohe, HI 96744/(808) 432-3800

Patient Accounting

CC 001316

| KAISER PERMANENTE | NAME: | ENGLISH, PHILIP E |
|---|---|---|
| | MR#: | 633194 |
| HAWAII | DOB: | 10/26/1954   AGE: 48Y |
| | DOS: | 05/06/2003 |
| | UC LOC: | CRA   OV LOC: HON |

Page 4 of 10

confronted him with this situation, Mr. Kurokawa would stop this behavior. However, Mr. English thought it best to go to his supervisor first.

Mr. English said he went to see Ann Gima, his supervisor. He said he was told by Ann Gima that she did not know what he was talking about, and that he should just do his own work and not concern himself with what others were doing. He said he was disappointed by Ann Gima's response. He said at the same time, he was friendly with a Bob Magota, an assessor in charge of all the appraisers. He said he had been friendly with Mr. Magota from church and Mr. Magota was also in the chain of command. So in about October, 2001, he reportedly told Mr. Magota about the situation. He said his concern was that if he, Mr. English, could see what they were doing, so could others, and they would get in trouble. Further, he said, he thought it would become a "...black mark against the division". He thought therefore that he was only trying to help the division. He said that Bob Magota told him that it would just be his word against theirs and therefore advised him not to pursue it. Mr. English said that he encouraged Mr. Magota to discuss this further with the administrator, Gary Kurokawa. Reportedly, there was some type of meeting. He said he learned later that there was some talk about the use of more discretion in this behavior. He said he observed the situation for another few months, but said he noticed that the situation was continuing and it was not at all discreet. Therefore, he said he wrote an e-mail to Bob Magota, the assessor, in February, 2002. He said this e-mail actually suggested that the action was continuing and he, Mr. English, wanted to know what was going to be done about it, and would Mr. Magota let him know about that.

He said by February, 2002, retaliation had already begun, but he had not really noticed it. He said for one example, he was up for a promotion, but the paperwork kept getting lost. Also, he said he was told on one hand to put together an expert report, but then his supervisor advised him to just grab papers and put anything in them. At another point, he said Gary Kurokawa told him that he was taking too much initiative and do work within the confines of his position. Mr. English said, "I didn't put it together. I thought that people with encouragement would do the right thing." He said at one point the Corporation Counsel needed a specialized report and this forced him to work on paid overtime. He noted additionally, that up to February, 2002, all his job performance reviews were excellent and his professional experience was rated as excellent. However, by April, 2002, his job performance ratings reportedly declined. He said that his performance evaluations included such items as "...giving my opinions too much".

Mr. English did not come to today's visit with some of the correspondence and paperwork he has detailing these events. He said he will present them to this provider at our next visit.

**MEDICAL HISTORY**

OCCUPATIONAL HEALTH SERVICES
1010 Pensacola Street/Honolulu, HI 96814/(808) 432-2200
80 Mahalani Street/Wailuku, HI 96793/(808) 243-6453
94-235 Leoku Street/Waipahu, HI 96797/(808) 432-3103
75-184 Hualalai Road/Kailua-Kona, HI 96740/(808) 327-2900
3288 Moanalua Road/Honolulu, HI 96819/(808) 432-8200
1292 Waianuenue Avenue/Hilo, HI 96720/(808) 327-2900
45-602 Kam Hwy/Kaneohe, HI 96744/(808) 432-3800

Patient Accounting

CC 001317

| | |
|---|---|
| KAISER PERMANENTE | NAME: ENGLISH, PHILIP E |
| | MR#: 633194 |
| | DOB: 10/26/1954   AGE: 48Y |
| HAWAII | DOS: 05/06/2003 |
| | UC LOC: CRA   OV LOC: HON |

Page 5 of 10

Mr. English has had a history of kidney cancer and one of his kidneys has been removed in a radical kidney resection.

## MENTAL HEALTH HISTORY

The patient says that he has had mental health services in the past for anxiety and depression secondary to his divorce and he also acknowledged two suicide attempts at that time. A paternal grandmother reportedly had schizophrenia.

## SOCIAL AND FAMILY HISTORY

Mr. English was born in Long Beach, California and raised in Pasadena, California. He is the middle of seven children born to his parents. The second eldest child died in infancy of pneumonia. Both of his parents are still alive and both are in their mid-70s. His mother has some health problems of heart attack, lung cancer, and rheumatic arthritis. His father is reportedly healthy. His mother was first a homemaker, then was employed as a dietitian. His father worked for Pacific Telephone and rose through the ranks to become an executive and manager. He acknowledged that the family life was somewhat "chaotic", but said otherwise it was a close-knit family. He said his parents showed all of his children a great deal of love. He said furthermore that they cooperated with one another and they communicated well. Reflecting upon his high school years, Mr. English said that he excelled in music while in high school in Pasadena. This led to music scholarships at the university level at Cal State Los Angeles and even at USC. His original goal was to become a symphony musician; however, he said he noticed that musicians struggled financially and had a difficult family life, so he gave up his professional career.

Mr. English reportedly fell in love with and married his high school sweetheart. He had been close with her family in addition to this. They were married for six years, then divorced when he had discovered that she was unfaithful. He described this as a painful period.

He moved out on his own, got a job at a bank, and shortly thereafter started doing real estate appraisals. He said he met friends later, and then a friend of a friend became his second wife. He was married to his second wife for about 15-16 years from 1984 to 1999. She is an attorney. The couple have one son, aged 13. He explains that his son generally lives with the mother, but during the summers, he has custody. It was she who asked for the divorce. He did not want this to occur. He said they had actually had done some work together in international business and he really had enjoyed this. He reportedly does not communicate well with her. He explained that on one day in 1998 during his divorce, he was also informed that he had kidney cancer, his wife was going to take full custody of his child, and that his

OCCUPATIONAL HEALTH SERVICES
1010 Pensacola Street/Honolulu, HI 96814/(808) 432-2200        3288 Moanalua Road/Honolulu, HI 96819/(808) 432-8200
80 Mahalani Street/Wailuku, HI 96793/(808) 243-6453              1292 Waianuenue Avenue/Hilo, HI 96720/(808) 327-2900
94-235 Leoku Street/Waipahu, HI 96797/(808) 432-3103           45-602 Kam Hwy/Kaneohe, HI 96744/(808) 432-3800
75-184 Hualalai Road/Kailua-Kona, HI 96740/(808) 327-2900

Patient Accounting

KAISER PERMANENTE      NAME:    ENGLISH, PHILIP E
                       MR#:     633194
HAWAII                 DOB:     10/26/1954    AGE: 48Y
                       DOS:     05/06/2003
                       UC LOC:  CRA      OV LOC: HON

Page 6 of 10

---

left kidney was to be removed. He said it was at this point that he had an abrupt change of values and decided to "...try to do something good in the world". He said at that time he was talking about survival rates for his upcoming proposed surgery and there was a significant risk that he would die.

Mr. English married a third time in June, 2000. He explains that they have been separated since October, 2002. He explained that his third wife is from Thailand and his financial insecurity, owing to the present workplace situation, is part of the reason that she has decided to go it alone.

Mr. English's hobbies are sailing, hiking, reading, and playing piano. He no longer plays trumpet. About his friends, he said that he has lost his circle of friends owing to his second divorce and also lost friends due to the difficulty at his workplace. Currently his social support comes from a close relationship with his son and also a close relationship with his pastor.

## MENTAL STATUS EXAMINATION

| | |
|---|---|
| Orientation: | Within normal limits. |
| Memory: | Basically intact. |
| Psychomotor Level: | Within normal limits. |
| Mood/Affect: | Sad, but there was a range of affect. |
| Cognition: | Some difficulty in word finding and in concentration was noted as the narrative continued. |
| Cooperative: | Yes. |
| Unusual Appearance: | No. |
| Insight: | Incomplete. |
| Psychotic: | No. |
| Threatening/Assaultive: | No. |

OCCUPATIONAL HEALTH SERVICES
1010 Pensacola Street/Honolulu, HI 96814/(808) 432-2200      3288 Moanalua Road/Honolulu, HI 96819/(808) 432-8200
80 Mahalani Street/Wailuku, HI 96793/(808) 243-6453          1292 Waianuenue Avenue/Hilo, HI 96720/(808) 327-2900
94-235 Leoku Street/Waipahu, HI 96797/(808) 432-3103         45-602 Kam Hwy/Kaneohe, HI 96744/(808) 432-3800
                75-184 Hualalai Road/Kailua-Kona, HI 96740/(808) 327-2900

Patient Accounting

KAISER PERMANENTE        NAME:    ENGLISH, PHILIP E
                         MR#:     633194
                         DOB:     10/26/1954    AGE: 48Y
HAWAII                   DOS:     05/06/2003
                         UC LOC:  CRA      OV LOC: HON

Page 7 of 10

| | |
|---|---|
| Suicidal: | Thoughts, prior history of attempts, no current plans, and able to contract for safety. |
| Gravely Disabled: | No. |
| Addictive Behavior: | Not admitted. |

## PSYCHOLOGICAL TEST RESULTS

The client responded to items in the latter portion of the Minnesota Multiphasic Personality Inventory-2 in an exaggerated manner. There is some possibility he responded to these later items carelessly or in a random manner, thereby invalidating that portion of the test. Because the standard validity and clinical scales are scored from items in the first 2/3 of the test, caution will be used in interpreting any of the MMPI-2 content scales and supplementary scales.

This client's MMPI-2 clinical profile reflects much clinical distress at this time. He is likely experiencing intense feelings of self-doubt and low morale in the context of a mixed pattern of psychological problems. He likely has significant problems with anxiety and depression. He is likely to be high strung, insecure, and may have some somatic problems. He is probably experiencing loss of sleep and appetite and a slow personality tempo. He likely feels quite insecure and pessimistic about his future. He also may feel inferior with low confidence and may not feel capable of solving his problems. Although there is some clarity in the profile definition, there may be some shifting in clinical symptoms throughout treatment. Interpersonally, he appears to be quite passive and generally dependent in his interpersonal relationships and does not speak up for himself, even when others take advantage of him. He likely tries to avoid confrontation and seeks nurturance from others. He likely forms deep emotional attachments and may be quite vulnerable to being hurt. He further will tend to blame himself for interpersonal problems. Individuals with this profile may experience psychological distress in response to stressful events. These intense feelings may diminish over time with treatment. He is likely to be highly introverted and may be somewhat uneasy in close interpersonal involvements. Individuals with this profile may be somewhat rigid, tend to worry a good deal, and may experience periods of low mood in which they withdraw almost completely from others. A tendency toward interpersonal avoidance may be prominent. Also his high score on marital distress suggests that his marital situation continues to be problematic also at this time. Individuals with this type of MMPI-2 pattern are usually feeling a great deal of discomfort and tend to want help. Although he worries a great deal about his problems, he may have little energy for action to resolve them. Symptomatic relief for depression is suggested via antidepressant medication. Cognitive behavioral psychotherapy may also be helpful. Passivity in his interpersonal style may also

OCCUPATIONAL HEALTH SERVICES
1010 Pensacola Street/Honolulu, HI 96814/(808) 432-2200    3288 Moanalua Road/Honolulu, HI 96819/(808) 432-8200
80 Mahalani Street/Wailuku, HI 96793/(808) 243-6453        1292 Waianuenue Avenue/Hilo, HI 96720/(808) 327-2900
94-235 Leoku Street/Waipahu, HI 96797/(808) 432-3103       45-602 Kam Hwy/Kaneohe, HI 96744/(808) 432-3800
75-184 Hualalai Road/Kailua-Kona, HI 96740/(808) 327-2900

Patient Accounting

| | |
|---|---|
| **KAISER PERMANENTE** | NAME: ENGLISH, PHILIP E<br>MR#: 633194<br>DOB: 10/26/1954   AGE: 48Y |
| **HAWAII** | DOS: 05/06/2003<br>UC LOC: CRA   OV LOC: HON |

Page 8 of 10

be a focus of treatment and assertiveness training may be helpful. Personal injury considerations are that, although he may have attempted to present a positive self report, he endorsed a number of extreme problems on the MMPI-2. Some individuals with this MMPI-2 pattern in personal injury cases, report extremely traumatic situations in their recent past. This individual reported some feelings and attitudes that reflect psychological problems that likely affect his current functioning. He appears to be anxious, tense, nervous, depressed, unhappy, and sad. He likely worries excessively and feels very vulnerable. He may overreact to anticipated problems. His fatigue and slow personal tempo are likely to influence how he interacts with others. He may have difficulty thinking clearly or functioning effectively. Low self-confidence may characterize his manner of approaching new tasks and this lack of self-confidence may also make it difficult for him to implement change-oriented plans.

Results of the Millon Behavioral Health Inventory extend findings. This patient easily can become distraught emotionally and may be inclined to expect trouble in relationships. He may anticipate being hurt by others. This may account for his rather detached and isolated lifestyle; however, when life events are going extremely well, the behavior of the patient may take a more affable and comfortable direction. However, on distress, he may revert to fearful, troubled, and a restricted lifestyle. His moodiness and vacillation may make him highly susceptible to bodily ailments of a psychosomatic nature. In response to a serious or chronic illness, he also will tend to react more tensely and emotionally than usual. Focused on physical discomfort even when faced with small discomforts, he will likely overreact to any severe or prolonged physical problems. His general tendency to expect the worst combined with a heavily increased sensitivity to bodily functions will increase the significance he attributes to an illness. What he probably needs most at time are nurturing and understanding responses. However, his demands and complaints, even with health care personnel, may exasperate others. A goal of gaining his compliance with rehabilitation may not be achieved easily because of his fears may increase his discomfort to such a degree that he is unable to grasp or follow medical advice. Repetition of the assurances and consistent kindnesses that he needs, without exasperation and without demeaning his fears, may result in a more compliant, cooperative patient.

The results of MBHI suggest that he currently feels minimal pressures regarding family, social, and work life. This is in distinction to clinical interview. The past year is described as having been notably stressful, a period in which unusual events are troubling, difficulties have occurred. Patient likely feels troubled by this and upset by the difficulties that must be faced. Perceptions and feelings such as these are often associated with an increased susceptibility to illness. Prone to view the past as a series of troubling events that usually go from bad to worse, he may feel that there is little likelihood that either the actions of the patient or anyone else will reverse the trend. The future in general and in relationship to any

OCCUPATIONAL HEALTH SERVICES
1010 Pensacola Street/Honolulu, HI 96814/(808) 432-2200     3288 Moanalua Road/Honolulu, HI 96819/(808) 432-8200
80 Mahalani Street/Wailuku, HI 96793/(808) 243-6453           1292 Waianuenue Avenue/Hilo, HI 96720/(808) 327-2900
94-235 Leoku Street/Waipahu, HI 96797/(808) 432-3103          45-602 Kam Hwy/Kaneohe, HI 96744/(808) 432-3800
75-184 Hualalai Road/Kailua-Kona, HI 96740/(808) 327-2900

Patient Accounting

CC 001331

KAISER PERMANENTE    NAME: ENGLISH, PHILIP E
                    MR#: 633194
                    DOB: 10/26/1954    AGE: 48Y
HAWAII              DOS: 05/06/2003
                    UC LOC: CRA    OV LOC: HON

Page 9 of 10

specific medical problems may look bleak and hopeless to him. There is a feeling of being without personal resources and unable to gain support from others in dealing with the concerns that must be faced. The patient likely does not feel that family or friends express adequate caring nor are they seen as likely to be available for support when the need arises. He expresses no unusual concerns regarding general health and bodily functioning.

According to MBHI results, if there has been a medical history of periodic or persistent pain disorder, for example, low-back pain, headache, and TMJ, there is a high probability that the outcome of traditional outpatient program will be poor. A variety of emotional and psychosocial factors are likely to contribute to a troubled treatment course. Conservative pharmacologic and surgical approach should be taken where possible, and programs supplemented by behavioral modification and psychological counseling are likely to have a better likelihood of success. If he has had a history of chronic gastrointestinal disorder, there is strong evidence from MBHI responses that psychological precipitants are likely to be a major source of the disease process, contributing significantly and persistently to the severity of discomfort. Psychotherapeutic consultation is again recommended. If he has been again diagnosed with certain cardiovascular disorders, notably hypertension or angina pectoris, there are definite indications that these complaints are also precipitators sustained by psychological susceptibility to stress and tension. As a supplement to medications, the patient should be encouraged to participate in psychological methods that facilitate a more relaxed attitude toward life events. If the patient is suffering from a chronic or progressive life-threatening disease, for example, metastatic carcinoma, renal failure, congestive heart disease, MBHI scores indicate the possibility of a less favorable prognosis. As a consequence of his increased despondency and feelings of extreme isolation and loss, vigorous efforts to counter these destructive emotional and psychosocial forces are advisable. If faced with a major surgery or life-dependent treatment programs, for example, open heart procedures, hemodialysis, cancer, or chemotherapy, there is a low probability that the patient will experience even brief periods of disorientation or depression.

## DIAGNOSIS

AXIS I          296.32 MAJOR DEPRESSIVE DISORDER, RECURRENT, MODERATE.
                300.0 ANXIETY DISORDER NOS.
                316.0 PSYCHOLOGICAL FACTORS AFFECTING PHYSICAL CONDITION.

AXIS II         DEFERRED.

AXIS III        KIDNEY CANCER.

OCCUPATIONAL HEALTH SERVICES
1010 Pensacola Street/Honolulu, HI 96814/(808) 432-2200
80 Mahalani Street/Wailuku, HI 96793/(808) 243-6453
94-235 Leoku Street/Waipahu, HI 96797/(808) 432-3103
75-184 Hualalai Road/Kailua-Kona, HI 96740/(808) 327-2900
3288 Moanalua Road/Honolulu, HI 96819/(808) 432-8200
1292 Waianuenue Avenue/Hilo, HI 96720/(808) 327-2900
45-602 Kam Hwy/Kaneohe, HI 96744/(808) 432-3800

Patient Accounting
CC 001322

KAISER PERMANENTE        NAME: ENGLISH, PHILIP E
                         MR#:  633194
                         DOB:  10/26/1954    AGE: 48Y
HAWAII                   DOS:  05/06/2003
                         UC LOC: CRA    OV LOC: HON

Page 10 of 10

AXIS IV         MODERATE TO SEVERE WORK-RELATED STRESS.

AXIS V          CURRENT GAF: 55;    PAST YEAR: PROBABLY 65.

**TREATMENT/PLAN**

1. Risks and benefits of filing a work-related mental health claim were discussed with Mr. English. It appears that he may not have actually filed a claim. This will be discussed at the next visit.
2. Mental health tests were offered to Mr. English and a follow-up appointment was scheduled within a week with this provider.
3. There will be as-needed collaboration with Kaiser Behavioral Health Services.
4. According to Mr. English, he has already been evaluated by a State Mental Health Independent Medical Evaluator. These records will be requested. Other behavioral health records at Kaiser will be requested.
5. There was a considerable emphasis on safety with reiteration of plans for the contract for safety should symptoms worsen within the next week.
6. There was same-day consultation with Mr. English's newly assigned psychiatrist, Dr. Balogh.
7. This patient was advised to consult his primary care physician regarding his physical complaints.
8. In the first two months of treatment from 5/6/03 to 7/6/03, the following treatment modalities will be utilized with approximately 15 sessions. (1) Cognitive behavioral individual psychotherapy on a weekly or bimonthly basis. (2) Supportive group psychotherapy to lessen social isolation and increase support. (3) Psychotropic medication evaluation and prescriptions. (4) As-needed crisis intervention.

JOAN H. KOFF, Ph.D./1708
OCCUPATIONAL HEALTH SERVICES
LICENSED PSYCHOLOGIST
DIPLOMATE IN CLINICAL PSYCHOLOGY, ABPP
SENIOR DISABILITY ANALYST, ABDA
CHIEF, OCCUPATIONAL MENTAL HEALTH SERVICES

D: 05/06/2003 17:52:52
T: 05/07/2003 08:08:19/rkl
Job Id: 715402/MRN: 633194

OCCUPATIONAL HEALTH SERVICES
1010 Pensacola Street/Honolulu, HI 96814/(808) 432-2200        3288 Moanalua Road/Honolulu, HI 96819/(808) 432-8200
80 Mahalani Street/Wailuku, HI 96793/(808) 243-6453            1292 Waianuenue Avenue/Hilo, HI 96720/(808) 327-2900
94-235 Leoku Street/Waipahu, HI 96797/(808) 432-3103           45-602 Kam Hwy/Kaneohe, HI 96744/(808) 432-3800
                    75-184 Hualalai Road/Kailua-Kona, HI 96740/(808) 327-2900

Patient Accounting

CC 001323

KAISER PERMANENTE  
HAWAII

NAME: ENGLISH, PHILIP E  
MR#: 633194  
DOB: 10/26/1954   AGE: 48Y  
DOS: 05/13/2003  
UC LOC: CRA   OV LOC: HON

Page 1 of 1

DATE OF INJURY: 2/12/2003

TYPE OF REPORT: INTERIM PSYCHOTHERAPY

**SUBJECTIVE:** Mr. English says that he feels a bit better as per his depression. He describes his relationships with his coworkers and how he had hoped to have their support. He does acknowledge that he understands that he may at times behave "...like a doormat". He said he has tried over the years to become more assertive. However, he said that this has been difficult for him. He said that he expects that others may at times take advantage of him, but feels the current work situation is in excess of that. He explains that he has not gotten any Temporary Disability Insurance checks. He speculates that the checks are delayed purposefully. He says that finances have been a terrible problem for him inasmuch as he has not been able to even afford to pay the rent on the slip where his boat is housed. He describes his interaction with the psychiatrist, and although he has been prescribed trazodone and Zoloft, he has not taken them.

**OBJECTIVE:** Patient says he feels a bit better and denies suicidal ideation. His idea is to begin a program of exercise, for example, a Stairmaster and/or riding his bike. Playing music is also encouraged. He will continue to pursue information regarding his medication prescriptions.

**ASSESSMENT:**
1. SLIGHT IMPROVEMENT.

**PLAN:**
1. Follow-up individual psychotherapy in one week.
2. Begin group therapy within two days.
3. As-needed psychotropic medication recheck.
4. Patient was reminded of crisis intervention protocol to call known providers or friends, contact urgent or emergency room services, and/or call 911. He is compliant with that.

JOAN H. KOFF, Ph.D./1708  
OCCUPATIONAL HEALTH SERVICES

D: 05/13/2003 16:19:41  
T: 05/14/2003 08:23:00/rkl  
Job Id: 722710/MRN: 633194

OCCUPATIONAL HEALTH SERVICES  
1010 Pensacola Street/Honolulu, HI 96814/(808) 432-2200    3288 Moanalua Road/Honolulu, HI 96819/(808) 432-8200  
80 Mahalani Street/Wailuku, HI 96793/(808) 243-6453    1292 Waianuenue Avenue/Hilo, HI 96720/(808) 327-2900  
94-235 Leoku Street/Waipahu, HI 96797/(808) 432-3103    45-602 Kam Hwy/Kaneohe, HI 96744/(808) 432-3800  
75-184 Hualalai Road/Kailua-Kona, HI 96740/(808) 327-2900

Patient Accounting  
CC 001313