DEPARTMENT OF BUDGET AND FISCAL SERVICES

# CITY AND COUNTY OF HONOLULU

REAL PROPERTY ASSESSMENT DIVISION
842 BETHEL STREET 2ND FLOOR * HONOLULU, HAWAII 96813
PHONE: (808) 527-5502 * FAX (808) 521-7647
WWW.CO.HONOLULU.HI.US



JEREMY HARRIS
MAYOR

IVAN M. LUI-KWAN
DIRECTOR

CHRIS A. DIEBLING
DEPUTY DIRECTOR

GARY T. KUROKAWA
ADMINISTRATOR

March 13, 2003

Mr. Philip E. English
1741 Ala Moana Blvd., Unit 22
Honolulu, Hawaii 96815

Dear Mr. English:

This is to inform you that due to your absence from work, you have been placed on leave without pay as of March 11, 2003. As of this date you will have no vacation leave and sick leave balance.

Should you have any questions regarding your leave time, please contact Ms. Suzanne Foumai at 527-5507.

Sincerely,

Robert O. Magota
Real Property Assessor

cc:   Mr. Michael Golojuch
      Personnel File


Exhibit 18

PE 01158