City and County of Honolulu
Department of Human Resources

# NOTIFICATION OF PERSONNEL ACTION

Name: ENGLISH, PHILIP E                    Dept: BFS-REAL PROP

Social Security: 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               Alternate Id:

---

**PERSONNEL ACTIONS:** APPOINTMENT

**EFFECTIVE DATE:** 06-01-2000      PROBATION END DATE: 11-30-2000

---

*CHANGES ARE UNDERLINED*

| | | |
|---|---|---|
| Dept: <u>BFS-RP ASSMT</u> | Begin: <u>06-01-2000</u> | End: |
| Position No.: <u>DF486</u> | | |
| Appt Type: <u>INITIAL PROBATION</u> | | |
| Class: <u>020551   REAL PROPERTY APPRAISER II</u> | | |
| Bargaining Unit: <u>13 B</u> | Schedule/Grade/Step: <u>SR</u> <u>18</u> <u>C</u> | |
| Percent Fulltime: <u>100.00</u> | Regular: <u>2,445.00</u> | |
| | Differentials: | |

Dept:                                   Begin:                                End:
Position No.:
Appt Type:
Class:
Bargaining Unit:                        Schedule/Grade/Step:
Percent Fulltime:                       Regular:
                                        Differentials:

Dept:                                   Begin:                                End:
Position No.:
Appt Type:
Class:
Bargaining Unit:                        Schedule/Grade/Step:
Percent Fulltime:                       Regular:
                                        Differentials:


RECEIVED JUN 16 2000
C&C DEPARTMENT OF FINANCE
REAL PROPERTY ASSESSMENT BRANCH

I certify that the personnel actions reported above have been audited and found to be in compliance with the provisions of the Civil Service and compensation laws and the rules, regulations, and orders adopted thereunder.


Exhibit 23

_Sandra H. McFarlane_
Director of Human Resources

PE 01683
06-05-2000
Transaction Date

Form CS13