IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>        Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1–10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>        Defendants. | Civil No. 04-00108 SOM/KSC<br><br>DECLARATION OF<br>ROGER S. MOSELEY |

DECLARATION OF ROGER S. MOSELEY

I, ROGER S. MOSELEY, declare under penalty of perjury that the following is true and correct to the best of my knowledge:

    1.    I am an attorney licensed to practice law in the State of Hawaii, the United District Court for the District of Hawaii, and the United States Circuit Court of the 9th Circuit.

10010/3/56242

2. I am one of the attorneys responsible for representing Plaintiff Philip E. English in the above-captioned case.

3. Attached hereto as Exhibit "1" is a true and correct copy of PLAINTIFF PHILIP E. ENGLISH'S FIRST SUPPLEMENTAL ANSWERS TO DEFENDANT CITY AND COUNTY OF HONOLULU'S FIRST REQUEST FOR ANSWERS TO INTERROGATORIES TO PLAINTIFF PHILIP E. ENGLISH.

4. Attached hereto as Exhibit "2" are true and correct copies of the relevant pages of the "Transcript of the Testimony of Philip English" from September 30, 2005 – October 5, 2005, as referenced in PLAINTIFF PHILIP E. ENGLISH'S SEPARATE AND CONCISE STATEMENT OF MATERIAL FACTS IN SUPPORT OF HIS MEMORANDUM IN OPPOSITION TO DEFENDANTS GARY T. KUROKAWA, ROBERT O. MAGOTA, AND ANN C. GIMA'S MOTION FOR PARTIAL DISMISSAL, OR IN THE ALTERNATIVE, MOTION FOR PARTIAL SUMMARY JUDGMENT.

5. Attached hereto as Exhibit "6" is a true and correct certified copy of the Articles of Incorporation for G.K. Appraisals, Inc. filed by with the State of Hawaii's Department of Commerce and Consumer Affairs on January 3, 1992.

6. Attached hereto as Exhibit "7" are true and correct certified copies of the Domestic Profit Corporation Annual Reports for GK Appraisals, Inc. from December 31, 1992 through January 5, 2005.

7. Attached hereto as Exhibit "14" is a true and correct copy of Confidential Workplace Violence Incidence Report dated January 7, 2003 and January 10, 2003, which was produced to Plaintiff by discovery of the records of Reneau Kennedy, Ed.D.

8. Attached hereto as Exhibit "15" are true and correct copies of Workplace Violence Checklists filed by Defendants Gima, Magota, and City and County of Honolulu employees Eugenie Shito-Leong, Dwight Ishiguro, Christopher Graff, Julie

10010/3/56242                                    2

Tamayori, Linda Knowles, Carole Kamisato, and Susanne Foumai.

9. Attached hereto as Exhibit "25" is a true and correct copy of the report generated by Thomas T. Ueno, CPA dated August 15, 2005.

10. Attached hereto as Exhibit "27" is a true and correct copy of the report generated by Daryl Matthews, M.D., Ph.D., dated January 25, 2006.

I DECLARE UNDER PENALTY OF PERJURY under the laws of the State of Hawaii, that the foregoing is true and correct.

Executed this ___26th___ day of ___May___ 2006, at Honolulu, Hawaii.

/S/ ROGER S. MOSELEY
ROGER S. MOSELEY