IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>              Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1–10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>              Defendants. | Civil No. 04-00108 SOM/KSC<br><br>CERTIFICATION OF JOANNA B.K. FONG |

### CERTIFICATION OF JOANNA B.K. FONG

I, JOANNA B.K. FONG, hereby certify the following:

1. I am an attorney licensed to practice law in the State of Hawaii, the United District Court for the District of Hawaii, and the United States Circuit Court of the 9th Circuit.

2. I am one of the attorneys responsible for representing Plaintiff Philip E. English in the above-captioned case.

10010/3/56232

3. The word count contained in PHILLIP E. ENGLISH'S SEPARATEAND CONCISE STATEMENT OF SEPARATE AND CONCISE STATEMENT OF MATERIAL FACTS IN SUPPORT OF ITS MEMORANDUM IN OPPOSITION TO DEFENDANTS GARY T. KUROKAWA, ROBERT O. MAGOTA, AND ANN C. GIMA'S MOTION FOR PARTIAL DISMISSAL, OR IN THE ALTERNATIVE, MOTION FOR PARTIAL SUMMARY JUDGMENT is 1483 words. This word count was made pursuant to the "Word Count" function in the Microsoft Word program (Windows XP program) that was used to prepare this document.

4. This document serves to certify that PHILLIP E. ENGLISH'S SEPARATEAND CONCISE STATEMENT OF SEPARATE AND CONCISE STATEMENT OF MATERIAL FACTS IN SUPPORT OF ITS MEMORANDUM IN OPPOSITION TO DEFENDANTS GARY T. KUROKAWA, ROBERT O. MAGOTA, AND ANN C. GIMA'S MOTION FOR PARTIAL DISMISSAL, OR IN THE ALTERNATIVE, MOTION FOR PARTIAL SUMMARY JUDGMENT is under the limit of 1500 words and complies with the limitation set forth in L.R.56.1 and L.R. 7.5 of the Local Rules of Practice for the United States District Court for the District of Hawaii.

/S/ JOANNA B. K. FONG
_____
JOANNA B.K. FONG