COPY

1

1         IN THE UNITED STATES DISTRICT COURT

2            FOR THE DISTRICT OF HAWAII

3

4    PHILIP E. ENGLISH,          )  CIVIL NO. CV04-00108 JMS/KSC
                                  )
5               Plaintiff,        )
                                  )
6          vs.                    )
                                  )
7    CITY AND COUNTY OF HONOLULU; )
     GARY T. KUROKAWA; ROBERT     )
8    MAGAOTA; ANN C. GIMA; and    )  VOLUME I
     GK APPRAISALS, INC.; et al., )  PAGE 1 THROUGH 84
9                                 )
                Defendants.       )
10                                )
                                  )
11   _____)

12

13

14

15            DEPOSITION OF PHILIP E. ENGLISH

16   Taken on behalf of Defendant City and County of Honolulu,

17   Gary T. Kurokawa, Robert O. Magota and Ann c. Gima, at the

18   law offices of Watanabe Ing Kawashima & Komeiji, 5th

19   Floor, Hawaii Tower, 745 Fort Street, Honolulu, Hawaii

20   96813, commencing at 1:13 p.m., on Friday, September 30,

21   2005, pursuant to Notice.

22

23

24   BEFORE:

25        Donna Kohls, CSR 146
          Notary Public, State of Hawaii

EXHIBIT "C"

CARNAZZO COURT-REPORTING CO., LTD.
532-0222

1    <u>APPEARANCES</u>:

2    For Plaintiff:          ROGER S. MOSELEY, ESQ.
                             2300 Alakea Corporate Tower Corporate
3                            1100 Alakea Street
                             1001 Bishop Street
4                            Honolulu, Hawaii 96813

5    For Defendant
     GK APPRAISALS,
6    INC.:                   ANTHONY L. WONG, ESQ.
                             Matsui Chung
7                            1400 Mauka Tower
                             737 Bishop Street
8                            Honolulu, Hawaii 96813

9    For Defendant
     City & County of
10   Honolulu; Gary T.
     Kurokawa; Robert
11   O. Magota; and
     Ann C. Gima:           MICHAEL A. LORUSSO, ESQ.
12                           Watanabe Ing Kawashima & Komeiji
                             23rd Floor, First Hawaiian Center
13                           999 Bishop Street
                             Honolulu, Hawaii 96813

14

15

16

17

18

19

20

21

22

23

24

25

3

1                        I N D E X

2

3    EXAMINATION BY:                                    PAGE

     Mr. Lorusso
4

5

     EXHIBITS MARKED FOR IDENTIFICATION:
6

7    1     Compromise, Settlement and Release Agreement    62

8    2     Chronology produced by deponent                 79

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    the names of a number of people, including your attorney

2    Mr. Moseley, is that correct?

3    A    Yes.

4    Q    If you look at Exhibit No. 1, can you look at

5    paragraph 11 which appears on page six of the document.

6    A    Yes.

7    Q    And with regard to paragraph 11, it indicates, and

8    please make sure I'm reading this, "In further

9    consideration for the agreements of Employer as set forth

10   herein, Claimant hereby voluntarily quits, resigns and

11   terminates his employment with Employer, fully, finally,

12   irrevocably and forever, effective January 31, 2004, and

13   Claimant hereby waives, releases and discharges the City &

14   County of Honolulu from any and all of the City & County

15   of Honolulu's obligations pursuant to any collective

16   bargaining agreement."

17        I read that correctly?

18   A    Yes.

19   Q    It further indicates in that paragraph, "Claimant

20   further waives any reemployment and priority placement

21   rights as part of this agreement."  Did I also read that

22   correctly?

23   A    Yes.

24   Q    With regard to Exhibit 1, based upon paragraph No.

25   Number 11, would you agree me that you signed a document

1    that indicated that you voluntarily quit, resigned and

2    terminated your employment with the City?

3    A    Based on No. 11?

4    Q    Yes, based on paragraph 11.

5    A    In context of the entire document, it's telling me,

6    the way I read it, is that the only way this agreement

7    will go forward is if I voluntarily sign this.

8    Q    Are you saying that you signed Exhibit 1 under

9    duress?

10   A    No.  I'm saying that the only way that they would

11   agree to it is if I agreed to resign.

12   Q    And with regard to resigning, that was a choice that

13   you could make with the advice of counsel, correct?

14   A    I had the choice to resign or not, but I could only

15   do it in that context, because that was the only way that

16   they would settle the worker's comp claim.

17   Q    And with regard to paragraph 11, it indicates that

18   you voluntarily quit, correct?

19   A    Because that was the only way--

20   Q    That is not my question.  I'm simply--

21   A    I voluntarily signed it because I had no other

22   choice.  In order to settle this thing, I had to

23   voluntarily sign it.

24   Q    When you say that you had no other choice, I come

25   back again to make sure, Mr. English, are you saying that

83

1    I, PHILIP ENGLISH, do hereby certify that I have read

2    the foregoing typewritten pages 1 through 82, inclusive,

3    and corrections, if any, were noted by me; and that same

4    is now a true and correct transcript of my testimony.

5

6    Dated _____NOV 1 8 2005_____

7

8

9

10

11

12

13    Signed before me this _18th,_

14    day of _November_, 2005.

15

16    _____

17

18

19

20

21

22

23

24

25

84

STATE OF HAWAII                    )
                                   )
     I, DONNA KOHLS, C.S.R., a Notary Public in and for

the State of Hawaii, do hereby certify:

     That on September 30, 2005, at 1:13 p.m., appeared

before me PHILIP ENGLISH, the witness whose testimony is

contained herein, that prior to being examined, the

witness was by me duly sworn; that the proceedings were

taken in computerized machine shorthand by me and were

reduced to print; that the foregoing represents to the

best of my ability, a correct transcript of the

proceedings had in the foregoing matter;

     That the witness, if applicable, was notified through

counsel, by mail or by telephone to appear and sign; that

if the transcript is not signed, either the reading and

signing were waived by the witness and all parties, or the

witness failed to appear and the original is therefore

kept on file without signature pursuant to Court Rules.

     I further certify that I am not counsel for any of

the parties hereto, nor in any way interested in the

outcome of the cause named in the caption.

     Dated:_____ **OCT 1 0 2005**_____


     _____

     Donna Kohls, C.S.R., No. 146
     Notary Public, State of Hawaii
     My commission expires: 7-21-2010