IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>　　　　Defendants.<br>_____ | ) CIVIL NO. CV04-00108 SOM/KSC<br>)<br>) CERTIFICATE OF SERVICE<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CERTIFICATE OF SERVICE

　　I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

**Served Electronically through CM/ECF:**

| | | |
|---|---|---|
| Roger S. Moseley, Esq. | rmoseley@hilaw.us | June 2, 2006 |
| Kevin P.H. Sumida, Esq. | ksumida@sthawaii.com | June 2, 2006 |
| Anthony L. Wong, Esq. | awong@sthawaii.com | June 2, 2006 |

**Served by First Class Mail:**

ROGER S. MOSELEY, ESQ.　　　　　　　　　　　　June 2, 2006
Moseley Biehl Tsugawa Lau & Muzzi
Alakea Corporate Tower
1100 Alakea Street, 23rd Floor
Honolulu, Hawaii 96813

Attorney for Plaintiff
PHILIP E. ENGLISH

KEVIN P.H. SUMIDA, ESQ.  June 2, 2006
ANTHONY L. WONG, ESQ.
735 Bishop Street; Suite 411
Honolulu, Hawaii 96813

Attorneys for Defendant
GK APPRAISALS, INC.

       DATED: Honolulu, Hawaii, June 2, 2006

               /s/ James Kawashima
               _____
               JAMES KAWASHIMA
               MICHAEL A. LORUSSO
               CARTER K. SIU
               Attorneys for Defendants
               CITY AND COUNTY OF HONOLULU,
               GARY T. KUROKAWA,
               ROBERT O. MAGOTA, and
               ANN C. GIMA