COPY

1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

PHILIP E. ENGLISH,                ) CIVIL NO. CV04-00108 JMS/KSC
                                  )
        Plaintiff,                )
                                  )
    vs.                           )
                                  )
CITY AND COUNTY OF HONOLULU;      )
GARY T. KUROKAWA; ROBERT          )
MAGOTA; ANN C. GIMA; and          ) VOLUME I
GK APPRAISALS, INC.; et al.,      ) PAGE 1 THROUGH 84
                                  )
        Defendants.               )
                                  )
_____)


<u>DEPOSITION OF PHILIP E. ENGLISH</u>

Taken on behalf of Defendant City and County of Honolulu, Gary T. Kurokawa, Robert O. Magota and Ann C. Gima, at the law offices of Watanabe Ing Kawashima & Komeiji, 5th Floor, Hawaii Tower, 745 Fort Street, Honolulu, Hawaii 96813, commencing at 1:13 p.m., on Friday, September 30, 2005, pursuant to Notice.


BEFORE:

    Donna Kohls, CSR 146
    Notary Public, State of Hawaii

EXHIBIT "B"

CARNAZZO COURT-REPORTING CO., LTD.
532-0222

```
 1   APPEARANCES:

 2   For Plaintiff:          ROGER S. MOSELEY, ESQ.
                             2300 Alakea Corporate Tower Corporate
 3                           1100 Alakea Street
                             1001 Bishop Street
 4                           Honolulu, Hawaii 96813

 5   For Defendant
     GK APPRAISALS,
 6   INC.:                   ANTHONY L. WONG, ESQ.
                             Matsui Chung
 7                           1400 Mauka Tower
                             737 Bishop Street
 8                           Honolulu, Hawaii 96813

 9   For Defendant
     City & County of
10   Honolulu; Gary T.
     Kurokawa; Robert
11   O. Magota; and
     Ann C. Gima:            MICHAEL A. LORUSSO, ESQ.
12                           Watanabe Ing Kawashima & Komeiji
                             23rd Floor, First Hawaiian Center
13                           999 Bishop Street
                             Honolulu, Hawaii 96813
14

15

16

17

18

19

20

21

22

23

24

25
```

I N D E X

EXAMINATION BY:                                              PAGE

Mr. Lorusso


EXHIBITS MARKED FOR IDENTIFICATION:

1    Compromise, Settlement and Release Agreement    62

2    Chronology produced by deponent                  79

1  the names of a number of people, including your attorney
2  Mr. Moseley, is that correct?
3  A    Yes.
4  Q    If you look at Exhibit No. 1, can you look at
5  paragraph 11 which appears on page six of the document.
6  A    Yes.
7  Q    And with regard to paragraph 11, it indicates, and
8  please make sure I'm reading this, "In further
9  consideration for the agreements of Employer as set forth
10 herein, Claimant hereby voluntarily quits, resigns and
11 terminates his employment with Employer, fully, finally,
12 irrevocably and forever, effective January 31, 2004, and
13 Claimant hereby waives, releases and discharges the City &
14 County of Honolulu from any and all of the City & County
15 of Honolulu's obligations pursuant to any collective
16 bargaining agreement."
17      I read that correctly?
18 A    Yes.
19 Q    It further indicates in that paragraph, "Claimant
20 further waives any reemployment and priority placement
21 rights as part of this agreement."  Did I also read that
22 correctly?
23 A    Yes.
24 Q    With regard to Exhibit 1, based upon paragraph No.
25 Number 11, would you agree me that you signed a document

1  that indicated that you voluntarily quit, resigned and
2  terminated your employment with the City?
3  A    Based on No. 11?
4  Q    Yes, based on paragraph 11.
5  A    In context of the entire document, it's telling me,
6  the way I read it, is that the only way this agreement
7  will go forward is if I voluntarily sign this.
8  Q    Are you saying that you signed Exhibit 1 under
9  duress?
10 A    No.  I'm saying that the only way that they would
11 agree to it is if I agreed to resign.
12 Q    And with regard to resigning, that was a choice that
13 you could make with the advice of counsel, correct?
14 A    I had the choice to resign or not, but I could only
15 do it in that context, because that was the only way that
16 they would settle the worker's comp claim.
17 Q    And with regard to paragraph 11, it indicates that
18 you voluntarily quit, correct?
19 A    Because that was the only way--
20 Q    That is not my question.  I'm simply--
21 A    I voluntarily signed it because I had no other
22 choice.  In order to settle this thing, I had to
23 voluntarily sign it.
24 Q    When you say that you had no other choice, I come
25 back again to make sure, Mr. English, are you saying that

83

I, PHILIP ENGLISH, do hereby certify that I have read the foregoing typewritten pages 1 through 82, inclusive, and corrections, if any, were noted by me; and that same is now a true and correct transcript of my testimony.

Dated NOV 18 2005

*/s/ Philip English/*

Signed before me this 18th day of November, 2005.

*/s/ [Notary signature]/*

```
 1   STATE OF HAWAII              )
                                  )
 2        I, DONNA KOHLS, C.S.R., a Notary Public in and for
 3   the State of Hawaii, do hereby certify:
 4        That on September 30, 2005, at 1:13 p.m., appeared
 5   before me PHILIP ENGLISH, the witness whose testimony is
 6   contained herein, that prior to being examined, the
 7   witness was by me duly sworn; that the proceedings were
 8   taken in computerized machine shorthand by me and were
 9   reduced to print; that the foregoing represents to the
10   best of my ability, a correct transcript of the
11   proceedings had in the foregoing matter;
12        That the witness, if applicable, was notified through
13   counsel, by mail or by telephone to appear and sign; that
14   if the transcript is not signed, either the reading and
15   signing were waived by the witness and all parties, or the
16   witness failed to appear and the original is therefore
17   kept on file without signature pursuant to Court Rules.
18        I further certify that I am not counsel for any of
19   the parties hereto, nor in any way interested in the
20   outcome of the cause named in the caption.
21        Dated:        OCT 1 0 2005
22
23              _____
                Donna Kohls, C.S.R., No. 146
24              Notary Public, State of Hawaii
                My commission expires: 7-21-2010
25
```