**Carnazzo Court Reporting Company, Ltd.**
888 Mililani Street, Suite 705
Honolulu, Hawaii 96813
(808) 532-0222
Fax: (808) 532-0234

November 14, 2005


MICHAEL A. LORUSSO, ESQ.
Watanabe Ing Kawashima & Komeiji LLP
Topa Financial Center
745 Fort Street, Suite 500
Honolulu, Hawaii 96813

Re:   CIVIL NO. 04-00108 JMS KSC
      ENGLISH v CITY & COUNTY OF HONOLULU

Deposition of: PHILIP E. ENGLISH, VOLUME I

Please be advised that the deponent reviewed, but did not sign, the original of his deposition, and did make the attached corrections; that the same will be sent to noticing attorney for proper handling.

Sincerely,


Donna Sato
Diane Ohata
Cora Anderson
Oral Transcripts Department

cc:   Original Transcript
      ANTHONY L. WONG, ROGER MOSELEY, ESQ.

EXHIBIT "C"

NOV 16 2005

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII
CIVIL NO. 04-00108 JMS KSC
ENGLISH v CITY & COUNTY OF HONOLULU

IN RE: DEPOSITION OF PHILIP E. ENGLISH, VOLUME I

CORRECTION SHEET - RETURN BY NOVEMBER 15, 2005

| PAGE | LINE | CORRECTION | REASON |
|---|---|---|---|
| 14 | 15 | add "lessons" after trumpet | clarity |
| 18 | 4-5 | add "more than" before "five years" | clarity |
| 23 | 19-20 | change "San Bernadino" to "San Marino" | accuracy |
| 27 | 9 | change "ago" to "before" | accuracy |
| 28 | 19 | change "marriage" to "maiden name" | accuracy |
| 29 | 13 | add "recollection" after "best" | clarity |
| 30 | 12 | change "yes" to "my best recollection" | clarity |
| 32 | 15 | change "Shawn" to "Sean" | incorrect spelling |
| 33 | 16 | change "another activity" to "other activities" | accuracy |
| 36 | 24 | change "1986" to "1996" | typo |
| 46 | 10 | add "or 2000" after "1999" | accuracy |
| 51 | 21 | change "got" to "have" | clarity |
| 55 | 11 | change "employee" to "employer" | accuracy |
| 58 | 2 | change "That's correct" to "Not exactly" | clarity |
| 59 | 16 | change "No" to "Not exactly" | clarity |
| 59 | 21 | change "That is correct" to "Not exactly" | clarity |
| 76 | 12 | change "No, I didn't" to "I don't think so" | clarity |
| 77 | 10 | add "Gary" before "Kurokawa" | accuracy |

SIGNED BY _Phil English_ (signature)     DATED: 11/4/05