ORIGINAL

AO88 (Rev. 1/94) Subpoena in a Civil Case

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 0 6 2006

at 3 o'clock and 31 min. P M
SUE BEITIA, CLERK

Issued by the
# UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

PHILIP E. ENGLISH

**SUBPOENA IN A CIVIL CASE**

V.

CITY AND COUNTY OF HONOLULU ET AL.

Case Number:[1] 04-00108

*Chris Saff 6/4/06 at 7:35pm*

TO: CHRISTOPHER H. GRAFF
531 HAHAIONE STREET, 2B
HONOLULU, HAWAII 96825

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☑ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| MOSELEY BIEHL TSUGAWA LAU & MUZZI, 1100 ALAKEA STREET, 23RD FLOOR, HONOLULU, HAWAII 96813 | JUNE 9, 2006 @9:00 A.M. |

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

SEE ATTACHED EXHIBIT A

| PLACE | DATE AND TIME |
|---|---|
|  |  |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *[signature]* Atty for Plaintiff | 6-1-06 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
ROGER S. MOSELEY, ESQ., MOSELEY BIEHL TSUGAWA LAU & MUZZI, 1100 ALAKEA STREET, 23RD FLOOR, HONOLULU, HAWAII 96813. TEL NO.: 808-531-0490

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

---

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 1/94) Subpoena in a Civil Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | June 4, 2006 at 7:35pm | 531 Hahaione Street #2B<br>Honolulu, HI 96825 (Hawaii Kai) |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| CHRISTOPHER H. GRAFF | Personal |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| Hamilton C. Pieper<br>1050 Bishop St. #521<br>Hon. HI 96813<br>Ph. 808-282-6730 | HAMILTON C. PIEPER<br>Authorized Civil Process Server<br>By the Dept. of Public Safety<br>State of Hawaii |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on    June 4, 2006
                    DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER    Hamilton C. Pieper
1050 Bishop St. #521
Hon. HI 96813
Ph. 808-282-6730

## EXHIBIT A

Any and all original records, files or documents, notes, e-mails and or other material including computerized storage material and any and all documents of every nature pertaining to: (i) any and all complaints or disciplinary actions against you; (ii) your employment records; (iii) any and all notes, letters, memorandas or other documents to you from Gary Kurokawa and/or GK Appraisals, Inc.; (iv) income tax returns for the years 2000 through 2004; (v) identification of any and all income or other compensation (financial or otherwise) received by you from GK Appraisals, Inc. or David Matsunami; (vi) all appraisals you prepared or worked on for GK Appraisals, Inc. or at any time you were employed by the City and County of Honolulu; (vii) all spreadsheets, data or other documents you kept/stored/retained in City and County of Honolulu's computer system at any time.