# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

6/15/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV04-00108KSC |
| CASE NAME: | Philip E. English v. City and County of Honolulu, et al. |
| ATTYS FOR PLA: | Roger Moseley<br>Joanna Fong |
| ATTYS FOR DEFT: | Michael Lorusso<br>Anthony Wong |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | FTR C5<br>9:26-9:44:58am<br>(Motions) |
| DATE: | 6/15/2006 | TIME: | 9:45-10:25am<br>(Settlement conf) |

COURT ACTION:  EP:
1. Defendant City and County of Honolulu Motion for Partial Dismissal, or in the Alternative, Motion for Partial Summary Judgment
2. Defendants Gary T. Kurokawa, Robert O. Magota and Ann C. Gima's Motion for Partial Dismissal, or in the Alternative, Motion for Partial Summary Judgment
3. Settlement Conference

Court will consolidate both hearings.

Defendant City and County of Honolulu Motion for Partial Dismissal, or in the Alternative, Motion for Partial Summary Judgment.  Motion taken under advisement.  Court to issue written decision.

Defendants Gary T. Kurokawa, Robert O. Magota and Ann C. Gima's Motion for Partial Dismissal, or in the Alternative, Motion for Partial Summary Judgment.  Motion taken under advisement.  Court to issue written decision.

Settlement Conference.  Settlement conference held.  Further Settlement Conference on call.  Parties to confer and inform the Mediator their consent for the court to speak with the Mediator in connection with this case.

Submitted by: Shari Afuso, Courtroom Manager