ORIGINAL

00000376.WPD

KAWASHIMA LORUSSO & TOM LLP

JAMES KAWASHIMA      #1145-0
MICHAEL A. LORUSSO   #3448-0
CARTER K. SIU        #7313-0
Topa Financial Center
Fort Street Tower
745 Fort Street, Suite 500
Honolulu, Hawaii 96813
Telephone:    (808)275-0371
Facsimile:    (808)275-0399
Email Address: mlorusso@kltlaw.com

Attorneys for Defendants
CITY AND COUNTY OF HONOLULU,
GARY T. KUROKAWA, ROBERT O. MAGOTA,
and ANN C. GIMA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 15 2006

at 3 o'clock and 15 min. PM
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>Defendants. | ) CIVIL NO. CV04-00108 SOM/KSC<br>)<br>) DEFENDANTS CITY & COUNTY OF<br>) HONOLULU, GARY T. KUROKAWA,<br>) ROBERT O. MAGOTA, AND ANN C.<br>) GIMA'S MOTION FOR PROTECTIVE<br>) ORDER; MEMORANDUM IN SUPPORT OF<br>) MOTION; DECLARATION OF MICHAEL<br>) A. LORUSSO; EXHIBITS "A"-"B";<br>) CERTIFICATE OF SERVICE<br>)<br>) Trial: October 3, 2006<br>) |

**DEFENDANTS CITY & COUNTY OF HONOLULU, GARY T. KUROKAWA,
ROBERT O. MAGOTA, and ANN C. GIMA'S MOTION FOR PROTECTIVE ORDER**

Come now Defendants CITY & COUNTY OF HONOLULU, GARY T.

KUROKAWA, ROBERT O. MAGOTA, and ANN C. GIMA (collectively "CITY

Defendants"), by and through their attorneys, KAWASHIMA LORUSSO &

TOM LLP, and hereby moves this Honorable Court for a protective order to prohibit the deposition of their attorney Michael A. Lorusso, Esq. which was noticed by Plaintiff PHILIP ENGLISH ("Plaintiff") on June 2, 2006. Plaintiff has not and cannot provide any reasons why the subject deposition must go forward in this matter or why the Court should allow this unusual proceeding to take place.

CITY Defendants certify in accordance with Rule 26(c), Federal Rules of Civil Procedure, that they have in good faith conferred with Plaintiff's counsel and requested that the subject deposition be cancelled; Plaintiff's counsel, however, refused to do so. See Declaration of Michael A. Lorusso, Esq.

This motion is brought pursuant to Rules 7 and 26, Federal Rules of Civil Procedure, the memorandum in support of motion, the declaration attached hereto, and the records and files herein.

DATED: Honolulu, Hawaii, June 15, 2006.

_____
JAMES KAWASHIMA
MICHAEL A. LORUSSO
CARTER K. SIU
Attorneys for Defendant
CITY AND COUNTY OF HONOLULU,
GARY T. KUROKAWA,
ROBERT O. MAGOTA, and
ANN C. GIMA