IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>        Plaintiff,<br><br>  vs.<br><br>CITY AND COUNTY OF HONOLULU;<br>GARY T. KUROKAWA; ROBERT O.<br>MAGOTA; ANN C. GIMA; and GK<br>APPRAISALS, INC.; JOHN DOES<br>1-10; JANE DOES 1-10; DOE<br>PARTNERSHIPS; DOE CORPORATIONS<br>1-10; AND DOE ENTITIES 1-10,<br><br>        Defendants. | ) CIVIL NO. CV04-00108 SOM/KSC<br>)<br>) DECLARATION OF MICHAEL A.<br>) LORUSSO<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF MICHAEL A. LORUSSO

I, MICHAEL A. LORUSSO, declare as follows:

1.    Declarant is an attorney licensed to practice law before all the state and federal courts in the State of Hawaii and is one of the attorneys representing Defendants CITY AND COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA, ANN C. GIMA in the above-entitled action.

2.    This Declaration is made in lieu of an affidavit pursuant to Local Rule 7.6, Rules of the United States District Court for the District of Hawaii, as amended.

3.    Declarant makes this Declaration in support of DEFENDANTS CITY & COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA, and ANN C. GIMA'S MOTION FOR PROTECTIVE ORDER.

4.    Attached hereto as Exhibit "A" is a true and correct copy of the Notice of Taking Deposition Upon Oral

Examination that Plaintiff personally served on me on June 8, 2006, requesting my attendance at a deposition scheduled for June 22, 2006..

5.    Attached hereto as Exhibit "B" is a true and correct copy of the Subpoena/Subpoena Duces Tecum that Plaintiff personally served on me on June 8, 2006, ordering my attendance at a deposition scheduled for June 22, 2006.

6.    On June 8, 2006, I met face-to-face with Plaintiff's counsel and requested in good faith that my deposition be cancelled.

7.    Despite my request, Plaintiff's counsel refused to cancel my deposition and merely suggested that it be continued.

I declare under penalty of law that the foregoing is true and correct to the best of my knowledge and belief.

DATED:  Honolulu, Hawaii, June 15, 2006

MICHAEL A. LORUSSO