MOSELEY BIEHL TSUGAWA LAU & MUZZI
a Hawaii limited liability law company

ROGER S. MOSELEY          2060
ALAN K. LAU               3981
RENEE M. FURUTA           7593
JOANNA B.K. FONG          7764
Alakea Corporate Tower
1100 Alakea Street, 23rd Floor
Honolulu, Hawaii 96813
Telephone: (808) 531-0490
Facsimile: (808) 534-0202
Email:  rmoseley@hilaw.us
        alau@hilaw.us
        rfuruta@hilaw.us
        jfong@hilaw.us

Attorneys for Plaintiff
PHILIP E. ENGLISH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>　　　　　　　Defendants. | Civil No. 04-00108 JMS/KSC<br><br>NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION<br><br>[RE: MICHAEL A. LORUSSO, ESQ.] |

10010\3\56303

JUN 0 2 2006

EXHIBIT "A"

## NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION

TO: MICHAEL A. LORUSSO, ESQ.
Kawashima Lorusso & Tom, LLP
Fort Street Tower
745 Fort Street, 5th Floor
Honolulu, Hawaii 96813

Attorneys for Defendants
City & County of Honolulu,
Gary T. Kurokawa, Robert O. Magota,
and Ann C. Gima

KEVIN P. H. SUMIDA, ESQ.
ANTHONY L. WONG, ESQ.
Sumida & Tsuchiyama
Dillingham Transportation Building
735 Bishop Street, Suite 411
Honolulu, Hawaii 96813

Attorneys for Defendant
GK APPRAISALS, INC.

PLEASE TAKE NOTICE that on June 22, 2006, at Moseley Biehl Tsugawa Lau & Muzzi, a Hawaii Limited Liability Law Company, Alakea Corporate Tower, 1100 Alakea Street, 23rd Floor, Honolulu, Hawaii 96813, Plaintiff Philip E. English, above named will take the oral deposition of:

| NAME AND ADDRESS | DATE AND TIME |
|---|---|
| **MICHAEL A. LORUSSO**<br>Kawashima Lorusso & Tom, LLP<br>Fort Street Tower<br>745 Fort Street, 5th Floor<br>Honolulu, Hawaii 96813 | Thursday,<br>June 22, 2006<br>9:00 a.m. |

Said deposition shall be upon oral examination, pursuant to Rule 30 of the Federal Rules of Civil Procedure before an officer authorized by law to administer oaths. The oral examination will continue from day to day until completed. You

10010\3\56303                                        2

are invited to attend and examine. Said party is required to attend.

The above deponent will be required by Subpoena Duces Tecum to have available any and all original records, files or documents, notes, e-mails and or other material including computerized storage material and any and all documents of every nature pertaining to: (i) any Ethics Commission proceedings or contact of any nature or kind with the Ethics Commission or staff of the Ethics Commission regarding any and all investigations or other proceedings against or involving any of deponent's clients including, but not limited, to Gary Kurokawa, or involving Philip English; (ii) any documents, notes or other communication with the City regarding any investigation or other proceedings, by the Ethics Commission (or its staff) against or involving any of deponent's clients, including but not limited to Gary Kurokawa, or involving Philip English; (iii) any documents, notes or other communication with any witnesses regarding any investigation or other proceedings by the Ethics Commission (or its staff) against or involving deponent's clients, including but not limited to Gary Kurokawa, or involving Philip English; (iv) any documents, notes or other communications relating to the disclosure of, and waiver of any conflicts, or potential conflicts, arising out of or related to deponent's representation of Gary Kurokawa in any proceeding or

investigation of the Ethics Commission (or its staff); (v) any documents notes or other communications arising out of or related to the influencing or attempting to delay, influence in any way the course of, or outcome of, any proceeding or investigation of the Ethics Commission (or its staff) involving or related to any of deponent's clients or involving Phil English; as described in said Subpoena Duces Tecum.

DATED: Honolulu, Hawaii, JUN - 2 2006 _____.

_____
ROGER S. MOSELEY
ALAN K. LAU
RENEE M. FURUTA
JOANNA B.K. FONG

Attorneys for Plaintiff
PHILIP E. ENGLISH

MOSELEY BIEHL TSUGAWA LAU & MUZZI
a Hawaii limited liability law company

| | |
|---|---|
| ROGER S. MOSELEY | 2060 |
| ALAN K. LAU | 3981 |
| RENEE M. FURUTA | 7593 |
| JOANNA B.K. FONG | 7764 |

Alakea Corporate Tower
1100 Alakea Street, 23rd Floor
Honolulu, Hawaii 96813
Telephone: (808) 531-0490
Facsimile: (808) 534-0202
Email:  rmoseley@hilaw.us
        alau@hilaw.us
        rfuruta@hilaw.us
        jfong@hilaw.us

Attorneys for Plaintiff
PHILIP E. ENGLISH

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 0 2 2006

at ___ o'clock and 60 min. ___M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH, <br><br> Plaintiff, <br><br> vs. <br><br> CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10, <br><br> Defendants. | Civil No. 04-00108 JMS/KSC <br><br> CERTIFICATE OF SERVICE RE: NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION <br><br> [RE: MICHAEL A. LORRUSO, ESQ.] |

10010\3\56303

JUN 0 6 2006

CERTIFICATE OF SERVICE

The undersigned hereby certifies that copies of the NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION (RE: MICHAEL A. LORUSSO, ESQ.) were duly served upon the following persons, by way of hand-delivery to their last known address, on the date stated below:

MICHAEL A. LORUSSO, ESQ.
Kawashima Lorusso & Tom, LLP
Fort Street Tower
745 Fort Street, 5th Floor
Honolulu, Hawaii  96813

    Attorneys for Defendants
    City & County of Honolulu,
    Gary T. Kurokawa, Robert O. Magota,
    and Ann C. Gima

KEVIN P. H. SUMIDA, ESQ.
ANTHONY L. WONG, ESQ.
Sumida & Tsuchiyama
Dillingham Transportation Building
735 Bishop Street, Suite 411
Honolulu, Hawaii  96813

    Attorneys for Defendant
    GK APPRAISALS, INC.

DATED:  Honolulu, Hawaii,  JUN - 2 2006     .

ROGER S. MOSELEY
ALAN K. LAU
RENEE M. FURUTA
JOANNA B.K. FONG

Attorneys for Plaintiff
PHILIP E. ENGLISH