AO88 (Rev. 1/94) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

PHILIP E. ENGLISH

V.

CITY AND COUNTY OF HONOLULU ET AL.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 04-00108

TO: MICHAEL A. LORUSSO, ESQ.
745 Fort Street, 5th Floor
Honolulu, Hawaii 96813

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☑ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Moseley Biehl Tsugawa Lau & Muzzi, 1100 Alakea Street, 23rd Floor, Honolulu, HI 96813 | June 22, 2006 @9:00 a.m. |

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

see Exhibit A attached hereto

| PLACE | DATE AND TIME |
|---|---|
| Moseley Biehl Tsugawa Lau & Muzzi, 1100 Alakea Street, 23rd Floor, Honolulu, HI 96813 | June 22, 2006 @9:00 a.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature] attyfor π | 6-1-06 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
ROGER S. MOSELEY, ESQ., MOSELEY BIEHL TSUGAWA LAU & MUZZI, 1100 ALAKEA STREET, 23RD FLOOR, HONOLULU, HAWAII 96813. TEL: 808-531-0490

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.



EXHIBIT "B"

AO88 (Rev. 1/94) Subpoena in a Civil Case

## PROOF OF SERVICE

| DATE | PLACE |

SERVED

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |

| SERVED BY (PRINT NAME) | TITLE |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
DATE

_____
SIGNATURE OF SERVER

_____
ADDRESS OF SERVER

## EXHIBIT A

Any and all original records, files or documents, notes, e-mails and or other material including computerized storage material and any and all documents of every nature pertaining to: (i) any Ethics Commission proceedings or contact of any nature or kind with the Ethics Commission or staff of the Ethics Commission regarding any and all investigations or other proceedings against or involving any of deponent's clients including, but not limited, to Gary Kurokawa, or involving Philip English; (ii) any documents, notes or other communication with the City regarding any investigation or other proceedings, by the Ethics Commission (or its staff) against or involving any of deponent's clients, including but not limited to Gary Kurokawa, or involving Philip English; (iii) any documents, notes or other communication with any witnesses regarding any investigation or other proceedings by the Ethics Commission (or its staff) against or involving deponent's clients, including but not limited to Gary Kurokawa, or involving Philip English; (iv) any documents, notes or other communications relating to the disclosure of, and waiver of any conflicts, or potential conflicts, arising out of or related to deponent's representation of Gary Kurokawa in any proceeding or investigation of the Ethics Commission (or its staff); (v) any documents notes or other communications arising out of or related to the influencing or attempting to delay, influence in any way the course of, or outcome of, any proceeding or investigation of the Ethics Commission (or its staff) involving or related to any of deponent's clients or involving Phil English