MOSELEY BIEHL TSUGAWA LAU & MUZZI
a Hawaii limited liability law company

| | |
|---|---|
| ROGER S. MOSELEY | 2060 |
| ALAN K. LAU | 3981 |
| RENEE M. FURUTA | 7593 |
| JOANNA B.K. FONG | 7764 |

Alakea Corporate Tower
1100 Alakea Street, 23rd Floor
Honolulu, Hawaii 96813
Telephone: (808) 531-0490
Facsimile: (808) 534-0202
Email:  rmoseley@hilaw.us
    alau@hilaw.us
    rfuruta@hilaw.us
    jfong@hilaw.us

Attorneys for Plaintiff
PHILIP E. ENGLISH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1 –10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE | Civil No. 04-00108 SOM/KSC<br><br>PLAINTIFF PHILIP E. ENGLISH'S SUPPLEMENT TO PLAINTIFF PHILIP E. ENGLISH'S SEPARATE AND CONCISE STATEMENT OF MATERIAL FACTS IN SUPPORT OF HIS MEMORANDUM IN OPPOSITION TO DEFENDANT CITY AND COUNTY OF HONOLULU'S MOTION FOR PARTIAL DISMISSAL, OR IN THE ALTERNATIVE, MOTION FOR PARTIAL SUMMARY JUDGMENT |

| | |
|---|---|
| ENTITIES 1-10,<br><br>            Defendants. | AND TO MEMORANDUM IN OPPOSITION TO DEFENDANT CITY AND COUNTY OF HONOLULU'S MOTION FOR PARTIAL DISMISSAL, OR IN THE ALTERNATIVE, MOTION FOR PARTIAL SUMMARY JUDGMENT; DECLARATION OF THOMAS T. UENO; DECLARATION OF DARYL B. MATTHEWS; DECLARATION OF ROGER S. MOSELEY; EXHIBITS "28", "29", "17"; CERTIFICATE OF SERVICE<br><br>HEARING:<br>DATE:  June 15, 2006<br>TIME:  9:30 a.m.<br>JUDGE: The Honorable Kevin S.C. Chang |

PLAINTIFF PHILIP E. ENGLISH'S SUPPLEMENT TO PLAINTIFF PHILIP E. ENGLISH'S SEPARATE AND CONCISE STATEMENT OF MATERIAL FACTS IN SUPPORT OF HIS MEMORANDUM IN OPPOSITION TO DEFENDANT CITY AND COUNTY OF HONOLULU'S MOTION FOR PARTIAL DISMISSAL, OR IN THE ALTERNATIVE , MOTION FOR PARTIAL SUMMARY JUDGMENT AND TO MEMORANDUM IN OPPOSITION TO DEFENDANT CITY AND COUNTY OF HONOLULU'S MOTION FOR PARTIAL DISMISSAL, OR IN THE ALTERNATIVE, MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiff PHILIP E. ENGLISH (hereinafter referred to as "Plaintiff"), by and through his attorneys, Moseley Biehl Tsugawa Lau & Muzzi, a

Hawaii Limited Liability Law Company, hereby submits his SUPPLEMENT TO PLAINTIFF PHILIP E. ENGLISH'S SEPARATE AND CONCISE STATEMENT OF MATERIAL FACTS IN SUPPORT OF HIS MEMORANDUM IN OPPOSITION TO DEFENANT CITY AND COUNTY OF HONOLULU'S MOTION FOR PARTIAL DISMISSAL, OR IN THE ALTERNATIVE , MOTION FOR PARTIAL SUMMARY JUDGMENT AND TO MEMORANDUM IN OPPOSITION TO DEFENDANT CITY AND COUNTY OF HONOLULU'S MOTION FOR PARTIAL DISMISSAL, OR IN THE ALTERNATIVE, MOTION FOR PARTIAL SUMMARY JUDGMENT to further authenticate the exhibits attached to his Separate and Concise Statement of Material Facts and his Memorandum in Opposition filed herein on May 26, 2006.

DATED: Honolulu, Hawaii, _June 15, 2006_.

ROGER S. MOSELEY
ALAN K. LAU
RENEE M. FURUTA
JOANNA B.K. FONG
Attorneys for Plaintiff
PHILIP E. ENGLISH