IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>         Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1–10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>         Defendants. | Civil No. 04-00108 SOM/KSC<br><br>DECLARATION OF THOMAS T. UENO |

## DECLARATION OF THOMAS T. UENO

I, THOMAS T. UENO, declare under penalty of perjury that the following is true and correct to the best of my knowledge:

1. I am a Certified Public Accountant with Thomas T. Ueno, CPA.

2. Attached hereto as Exhibit "25" is a true and correct copy of the report that I prepared for Mr. Moseley in the English v. City and County of Honolulu (Civil No. 04-00108 SOM-KSC) case dated August 15, 2005.

I DECLARE UNDER PENALTY OF PERJURY under the laws of

10010/3/56514

the State of Hawaii, that the foregoing is true and correct.

Executed this ___14___ day of ___June___ 2006, at Honolulu, Hawaii.

_____
THOMAS T. UENO