IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>        Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1–10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>        Defendants. | Civil No. 04-00108 SOM/KSC<br><br>DECLARATION OF<br>DARYL B. MATTHEWS |

## DECLARATION OF DARYL B. MATTHEWS

I, DARYL B. MATTHEWS, declare under penalty of perjury that the following is true and correct to the best of my knowledge:

1. I am a Forensic Psychiatrist with Hawaii Forensic Associates, LLC.

2. Attached hereto as Exhibit "27" is a true and correct copy of the examination report that I prepared for Mr. Moseley in the English v. City and County of Honolulu (Civil No. 04-00108 JMS-KSC) case dated January

10010/3/56513

25, 2006.

I DECLARE UNDER PENALTY OF PERJURY under the laws of the State of Hawaii, that the foregoing is true and correct.

Executed this ___15___ day of __JUNE__ 2006, at Honolulu, Hawaii.

_____
DARYL B. MATTHEWS

10010/3/56513                                  2