IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1–10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>    Defendants. | Civil No. 04-00108 SOM/KSC<br><br>DECLARATION OF<br>ROGER S. MOSELEY |

## DECLARATION OF ROGER S. MOSELEY

I, ROGER S. MOSELEY, declare under penalty of perjury that the following is true and correct to the best of my knowledge:

1. I am an attorney licensed to practice law in the State of Hawaii, the United District Court for the District of Hawaii, and the United States Circuit Court of the 9th Circuit.

10010/3/56520

2. I am one of the attorneys responsible for representing Plaintiff Philip E. English in the above-captioned case.

3. I make this declaration in further support of PLAINTIFF PHILIP E. ENGLISH'S MEMORANDUM IN OPPOSITION TO DEFENDANT CITY AND COUNTY OF HONOLULU'S MOTION FOR PARTIAL DISMISSAL, OR IN THE ALTERNATIVE, MOTION FOR PARTIAL SUMMARY JUDGMENT

4. On June 3, 2003, Robert L.K. Yoshimura, an employee and custodian of records for Reneau Kennedy, Ed.D., appeared at a deposition upon written interrogatories in response to a subpoena duces tecum issued by Defendants Kurokawa, Magota, and Gima regarding the medical records of Reneau Kennedy, Ed.D., as they pertained to the Plaintiff. Attached hereto as Exhibit "28" is a true and correct copies of the certification of the deposition upon written interrogatories by Notary Public Katherine Y. Choo and Certified Shorthand Reporter Louis A. Carnazzo, and the sworn testimony of Robert L.K. Yoshimura.

5. Exhibit "14", as attached to PLAINTIFF PHILIP E. ENGLISH'S SEPARATE AND CONCISE STATEMENT OF MATERIAL FACTS IN SUPPORT OF HIS MEMORANDUM IN OPPOSITION TO DEFENDANT CITY AND COUNTY OF HONOLULU'S MOTION FOR PARTIAL DISMISSAL, OR IN THE ALTERNATIVE , MOTION FOR PARTIAL SUMMARY JUDGMENT, was included in the records turned over and submitted by Reneau Kennedy, Ed.D., at the deposition upon written interrogatories on June 3, 2003. Exhibit "14" can be found on pages 363-66 of Dr. Kennedy's deposition upon written interrogatories.

6. Exhibit "15", as attached to PLAINTIFF PHILIP E. ENGLISH'S SEPARATE AND CONCISE STATEMENT OF MATERIAL FACTS IN SUPPORT OF HIS MEMORANDUM IN OPPOSITION TO DEFENDANT CITY AND COUNTY OF HONOLULU'S MOTION FOR PARTIAL DISMISSAL, OR IN THE ALTERNATIVE , MOTION FOR PARTIAL

SUMMARY JUDGMENT, were included in the records turned over and submitted by Reneau Kennedy, Ed.D., at the deposition upon written interrogatories on June 3, 2003. Exhibit "15" can be found on pages 340-354 of Dr. Kennedy's deposition upon written interrogatories.

7. Exhibit "16", as attached to PLAINTIFF PHILIP E. ENGLISH'S SEPARATE AND CONCISE STATEMENT OF MATERIAL FACTS IN SUPPORT OF HIS MEMORANDUM IN OPPOSITION TO DEFENDANT CITY AND COUNTY OF HONOLULU'S MOTION FOR PARTIAL DISMISSAL, OR IN THE ALTERNATIVE, MOTION FOR PARTIAL SUMMARY JUDGMENT, were included in the records turned over and submitted by Reneau Kennedy, Ed.D., at the deposition upon written interrogatories on June 3, 2003. Exhibit "16" can be found on pages 393-94 of Dr. Kennedy's deposition upon written interrogatories.

8. Exhibit "26" as attached to PLAINTIFF PHILIP E. ENGLISH'S SEPARATE AND CONCISE STATEMENT OF MATERIAL FACTS IN SUPPORT OF HIS MEMORANDUM IN OPPOSITION TO DEFENDANT CITY AND COUNTY OF HONOLULU'S MOTION FOR PARTIAL DISMISSAL, OR IN THE ALTERNATIVE, MOTION FOR PARTIAL SUMMARY JUDGMENT, was included in the records turned over and submitted by Reneau Kennedy, Ed.D., at the deposition upon written interrogatories on June 3, 2003. Exhibit "26" can be found on pages 2-3 of Dr. Kennedy's deposition upon written interrogatories.

9. On April 13, 2005, Adrianne Wendt, an employee and custodian of records for Kaiser Foundation Hospital, Hawaii Region, appeared at a deposition upon written interrogatories in response to a subpoena duces tecum issued by Defendants City and County of Honolulu, Kurokawa, Magota, and Gima regarding the medical records of Kaiser Permanente Medical Care Program., as they pertained to the Plaintiff. Attached hereto as Exhibit "29" is a true and correct copies of the certification of the deposition upon written interrogatories by Notary Public Ryan M. Matsuda and

Certified Shorthand Reporter Louis A. Carnazzo, and the sworn testimony of Adrianne Wendt.

10. A copy of Exhibit "17", as attached to PLAINTIFF PHILIP E. ENGLISH'S SEPARATE AND CONCISE STATEMENT OF MATERIAL FACTS IN SUPPORT OF HIS MEMORANDUM IN OPPOSITION TO DEFENDANT CITY AND COUNTY OF HONOLULU'S MOTION FOR PARTIAL DISMISSAL, OR IN THE ALTERNATIVE, MOTION FOR PARTIAL SUMMARY JUDGMENT, were included in the records turned over and submitted by Kaiser Permanente Medical Care Program, at the deposition upon written interrogatories on April 13, 2005, and can be found on pages 187-196 of Kaiser Permanente's deposition upon written interrogatories.

11. Exhibit "17" as attached to PLAINTIFF PHILIP E. ENGLISH'S SEPARATE AND CONCISE STATEMENT OF MATERIAL FACTS IN SUPPORT OF HIS MEMORANDUM IN OPPOSITION TO DEFENDANT CITY AND COUNTY OF HONOLULU'S MOTION FOR PARTIAL DISMISSAL, OR IN THE ALTERNATIVE, MOTION FOR PARTIAL SUMMARY JUDGMENT, was turned over by the Defendant City and County of Honolulu to Plaintiffs in its production of documents to Plaintiff.

12. The difference between the copy of Exhibit "17", as included in the records turned over and submitted by Kaiser Permanente Medical Care Program, at the deposition upon written interrogatories on April 13, 2005, and the Exhibit "17" that was attached to PLAINTIFF PHILIP E. ENGLISH'S SEPARATE AND CONCISE STATEMENT OF MATERIAL FACTS IN SUPPORT OF HIS MEMORANDUM IN OPPOSITION TO DEFENDANT CITY AND COUNTY OF HONOLULU'S MOTION FOR PARTIAL DISMISSAL, OR IN THE ALTERNATIVE, MOTION FOR PARTIAL SUMMARY JUDGMENT, is that the copy of Exhibit "17" turned over and submitted by Kaiser Permanente Medical Care Program was labeled "Clinic Record" and the Exhibit "17" submitted by Plaintiff in his SEPARATE AND CONCISE STATEMENT OF MATERIAL FACTS IN SUPPORT OF HIS MEMORANDUM IN

OPPOSITION TO DEFENDANT CITY AND COUNTY OF HONOLULU'S MOTION FOR PARTIAL DISMISSAL, OR IN THE ALTERNATIVE, MOTION FOR PARTIAL SUMMARY JUDGMENT was labeled "Patient Accounting".

13. At the time that Plaintiff submitted Exhibit "17" in its PLAINTIFF PHILIP E. ENGLISH'S SEPARATE AND CONCISE STATEMENT OF MATERIAL FACTS IN SUPPORT OF HIS MEMORANDUM IN OPPOSITION TO DEFENDANT CITY AND COUNTY OF HONOLULU'S MOTION FOR PARTIAL DISMISSAL, OR IN THE ALTERNATIVE, MOTION FOR PARTIAL SUMMARY JUDGMENT, Plaintiff inadvertently submitted the document (Exhibit "17") with the label "Patient Accounting" rather than the document with the label "Clinic Record". As such, Plaintiff would like to substitute the current Exhibit "17" labeled "Patient Accounting" with the document labeled "Clinic Record".

14. Attached hereto is a Declaration of Thomas T. Ueno attesting To the authenticity of Exhibit "25", as attached to PLAINTIFF PHILIP E. ENGLISH'S SEPARATE AND CONCISE STATEMENT OF MATERIAL FACTS IN SUPPORT OF HIS MEMORANDUM IN OPPOSITION TO DEFENDANT CITY AND COUNTY OF HONOLULU'S MOTION FOR PARTIAL DISMISSAL, OR IN THE ALTERNATIVE, MOTION FOR PARTIAL SUMMARY JUDGMENT. For the Court's convenience and for purposes of clarification, the Exhibit "25" stated in the Declaration of Thomas T. Ueno refers to the Exhibit "25" attached to PLAINTIFF PHILIP E. ENGLISH'S SEPARATE AND CONCISE STATEMENT OF MATERIAL FACTS IN SUPPORT OF HIS MEMORANDUM IN OPPOSITION TO DEFENDANT CITY AND COUNTY OF HONOLULU'S MOTION FOR PARTIAL DISMISSAL, OR IN THE ALTERNATIVE, MOTION FOR PARTIAL SUMMARY JUDGMENT.

15. Attached hereto is a Declaration of Daryl B. Matthews attesting to the authenticity of Exhibit "27", as attached to PLAINTIFF PHILIP E. ENGLISH'S SEPARATE AND CONCISE

STATEMENT OF MATERIAL FACTS IN SUPPORT OF HIS MEMORANDUM IN OPPOSITION TO DEFENDANT CITY AND COUNTY OF HONOLULU'S MOTION FOR PARTIAL DISMISSAL, OR IN THE ALTERNATIVE, MOTION FOR PARTIAL SUMMARY JUDGMENT. For the Court's convenience and for purposes of clarification, the Exhibit "27" stated in the Declaration of Daryl B. Matthews refers to the Exhibit "27" attached to PLAINTIFF PHILIP E. ENGLISH'S SEPARATE AND CONCISE STATEMENT OF MATERIAL FACTS IN SUPPORT OF HIS MEMORANDUM IN OPPOSITION TO DEFENDANT CITY AND COUNTY OF HONOLULU'S FOR PARTIAL DISMISSAL, OR IN THE ALTERNATIVE, MOTION FOR PARTIAL SUMMARY JUDGMENT.

I DECLARE UNDER PENALTY OF PERJURY under the laws of the State of Hawaii, that the foregoing is true and correct.

Executed this 15th day of June, 2006, at Honolulu, Hawaii.

_____
ROGER S. MOSELEY

10010/3/56520                           6