```
                    IN THE UNITED STATES DISTRICT COURT

                         FOR THE DISTRICT OF HAWAII

PHILIP E. ENGLISH,                )  CIVIL NO. CV04-00108 SCM KSC
                                  )
              Plaintiff,          )
                                  )
         vs.                      )   VOLUME I
                                  )
CITY AND COUNTY OF HONOLULU;      )
GARY T. KUROKAWA;                 )
ROBERT O. MAGOTA; ANN C. GIMA;    )
and GK APPRAISALS, INC.;          )
JOHN DOES 1-10; JANE DOES 1-10;   )
DOE PARTNERSHIPS;                 )
DOE CORPORATIONS 1-10; AND        )
DOE ENTITIES 1-10,                )
                                  )
              Defendants.         )
_____)
```

DEPOSITION OF ROBERT L. K. YOSHIMURA

RENEAU KENNEDY, Ed.D.        RE: PHILIP E. ENGLISH

Taken upon written interrogatories for Defendants CITY AND COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA, and ANN C. GIMA; on Friday, June 03, 2005 commencing at 12:45 PM; at the offices of CARNAZZO COURT REPORTING COMPANY, LTD., 888 Mililani Street, Suite 705, Honolulu, Hawaii 96813; pursuant to Notice.

BEFORE:

KATHERINE Y. CHOO
Notary Public, State of Hawaii

Under the Direction and Control of:
Louis A. Carnazzo, C.S.R. #110

Exhibit 28

CARNAZZO COURT REPORTING COMPANY, LTD.

```
                                                              2
 1                    ROBERT L. K. YOSHIMURA,
 2     having been first duly sworn to testify to the truth, the
 3     whole truth, and nothing but the truth in response to the
 4     interrogatories, made the following answers to the
 5     questions propounded by the notary:
 6     Q  1   Please state your name.
 7     A  1   Robert L. K. Yoshimura.
 8     Q  2   What is your residence address?
 9     A  2   1756-C Gulick Avenue, Honolulu, Hawaii, 96819.
10     Q  3   Are you employed?
11     A  3   Yes.
12     Q  4   What is your employer's name?
13     A  4   I am a Diagnostic Clinical Psychology Practicum
14     Student assisting Doctor Kennedy.
15     Q  5   What is your employer's address?
16     A  5   3001 Diamond Head Road, Honolulu, Hawaii, 96815.
17     Q  6   What is your job or position with your employer?
18     A  6   Diagnostic Practicum Student.
19     Q  7   In that position do you have under your care,
20     custody and control any and all medical records kept by
21     your employer pertaining to Plaintiff PHILIP E. ENGLISH,
22     Date of Birth: October 26, 1954, Social Security Number:
23     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, and last known mailing address is 720 South
24     Street, Apt. 170, Honolulu, Hawaii 69813 ("PLAINTIFF")?
25     A  7   Under the care, custody and control of
```

***COPYING PROHIBITED HRS 606-13/HRCP

3

1   Doctor Kennedy.

2   Q 8   Among your employer's medical records under your
3   care, custody and control, are there medical records
4   pertaining to PLAINTIFF?

5   A 8   Yes.

6   Q 9   Were you or your employer served with a subpoena
7   requiring your appearance before the notary public for
8   the purpose of answering these questions and requiring
9   you to bring with you any and all of your employer's
10  medical records pertaining to PLAINTIFF?

11  A 9   Yes.

12  Q 10  Do you have all of those medical records with you?

13  A 10  Yes.

14  Q 11  Are those medical records complete?

15  A 11  Yes.

16  Q 12  Has any portion of those medical records ever been
17  removed from your care, custody and control prior to this
18  time?

19  A 12  No.

20  Q 13  If so, when and by whom?

21  A 13  (Not applicable.)

22  Q 14  Has any portion of those medical records ever been
23  altered prior to this time?

24  A 14  No.

25  Q 15  If so, when and by whom?

***COPYING PROHIBITED HRS 606-13

4

1  A 15  (Not applicable.)

2  Q 16  Would you please turn over to the notary public at
3  this time the originals or complete and legible copies of
4  any and all of your employer's medical records pertaining
5  to PLAINTIFF which you have brought with you pursuant to
6  the requirements of the subpoena with which you were
7  served.

8  A 16  Originals.

9  Q 17  Please describe briefly but completely so that
10  they may be readily identified the medical records which
11  you have turned over to the notary public.

12  A 17  Complete records and information pertaining to
13  patient Philip E. English.

14  Q 18  Please describe briefly but completely so that
15  they may be readily identified any of your employer's
16  medical records pertaining to PLAINTIFF which you have
17  not turned over to the notary public, including both
18  those medical records which you have brought with you and
19  those medical records which you have not brought with
20  you.

21  A 18  To my knowledge, this is his complete file.

22  Q 19  Have you turned over original records or copies?

23  A 19  Originals.

24  Q 20  Are you willing to waive the signing of this
25  deposition?

5

1   A 20  Yes.

2       (12:50 p.m.  The deposition was concluded.  Copies of

3   the records produced by the deponent are made a part of

4   this deposition.  The sequential numbering and/or

5   entitlement appearing on the bottom portion of each page

6   of the records herein is not part of the original records

7   and is put on the copies going to Court and counsel by

8   the notary purely for their convenience.)

9                       ----:----

6

STATE OF HAWAII           )
                          ) SS.
CITY & COUNTY OF HONOLULU )

   I, KATHERINE Y. CHOO, a Notary Public in and for the State of Hawaii, do hereby certify:

   That on **June 3, 2005**, at **12:45 PM**, personally appeared before me **Robert L. K. Yoshimura**, the witness whose deposition is contained herein; that prior to being examined, the witness was by me duly sworn; that the deposition was taken upon written interrogatories, a copy of which was served upon opposing counsel pursuant to Court rules; that the interrogatories were propounded to the witness by me as hereinbefore noted, and that the witness made the answers as contained herein.

   That the witness was notified by the notary either verbally, through counsel, by mail, or by telephone to appear and sign; that if the deposition is not signed, either the reading and signing of the deposition were waived by the witness, by stipulation of all parties, or the deponent has failed to appear and the original deposition is therefore retained by noticing counsel without signature pursuant to Court rules.

   I further certify that I am not attorney for any of the parties hereto, and that I am in no way interested in the event of said action.

   DATED: **June 3, 2005**

   _Katherine Y. Choo_
   KATHERINE Y. CHOO
   NOTARY PUBLIC, State of Hawaii
   My Commission Expires: February 15, 2008

[Notary Seal: KATHERINE Y. CHOO, NOTARY PUBLIC, STATE OF HAWAII]

CARNAZZO COURT REPORTING

C E R T I F I C A T E

I, LOUIS A. CARNAZZO, a Certified Shorthand Reporter in and for the State of Hawaii, do hereby certify:

That the deposition upon written interrogatories contained herein was prepared under my direction and control.

I further certify that I am not attorney for any of the parties hereto, and that I am in no way interested in the event of said action.

*[signature]*

LOUIS A. CARNAZZO, C.S.R. #110
Certified Shorthand Reporter