IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>           Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF HONOLULU;<br>GARY T. KUROKAWA; ROBERT O.<br>MAGOTA; ANN C. GIMA; and GK<br>APPRAISALS, INC.; JOHN DOES 1<br>-10; JANE DOES 1-10; DOE<br>PARTNERSHIPS; DOE CORPORATIONS<br>1-10; AND DOE ENTITIES 1-10,<br><br>           Defendants. | Civil No.  04-00108 SOM/KSC<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

The undersigned herby certifies that a true and correct copy of the foregoing was duly served upon the party listed below at their respective address on  JUN 1 5 2006  .

|  | HAND DELIVERY | U.S. MAIL |
|---|---|---|
| MICHAEL L. LARUSSO, ESQ.<br>Kawashima Lorusso & Tom, LLP<br>Fort Street Tower<br>745 Fort Street, 5th Floor<br>Honolulu, Hawaii  96813<br><br>    Attorneys for Defendants<br>    City & County of Honolulu,<br>    Gary T. Kurokawa, Robert O. Magota,<br>    and Ann C. Gima | ( ✓ ) | ( ) |

|  | HAND DELIVERY | U.S. MAIL |
|---|---|---|
| KEVIN P. H. SUMIDA, ESQ.<br>ANTHONY L. WONG, ESQ.<br>Suite 1400, Mauka Tower<br>737 Bishop Street<br>Honolulu, Hawaii  96813 | (✓) | ( ) |

　　　Attorneys for Defendant
　　　GK APPRAISALS, INC.

DATED:  Honolulu, Hawaii, _____JUN 1 5 2006_____.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　ROGER S. MOSELEY
　　　　　　　　　　　　　　　　ALAN K. LAU
　　　　　　　　　　　　　　　　CHRISTOPHER J. MUZZI
　　　　　　　　　　　　　　　　RENEE M. FURUTA
　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　PHILIP E. ENGLISH

10010\3\53092.2                           2