COPY

1    IN THE UNITED STATES DISTRICT COURT

2    FOR THE DISTRICT OF HAWAII

3  PHILIP E. ENGLISH,                     ) CIVIL NO. CV04-00108 SCM KSC
                                          )
4           Plaintiff,                    )
                                          )
5       vs.                               )  **VOLUME I**
                                          )
6  CITY AND COUNTY OF HONOLULU;           )
   GARY T. KUROKAWA;                      )
7  ROBERT O. MAGOTA; ANN C. GIMA;         )
   and GK APPRAISALS, INC.;               )
8  JOHN DOES 1-10; JANE DOES 1-10;        )
   DOE PARTNERSHIPS;                      )
9  DOE CORPORATIONS 1-10; AND             )
   DOE ENTITIES 1-10,                     )
10                                        )
            Defendants.                   )
11 _____)

12

13            DEPOSITION OF ROBERT L. K. YOSHIMURA

14  RENEAU KENNEDY, Ed.D.              RE: PHILIP E. ENGLISH

15  Taken upon written interrogatories for Defendants CITY AND

16  COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA,

17  and ANN C. GIMA; on Friday, June 03, 2005 commencing at

18  12:45 PM; at the offices of CARNAZZO COURT REPORTING COMPANY,

19  LTD., 888 Mililani Street, Suite 705, Honolulu, Hawaii 96813;

20  pursuant to Notice.

21  BEFORE:

22  KATHERINE Y. CHOO
    Notary Public, State of Hawaii

23

24  Under the Direction and Control of:           Exhibit **28**
    Louis A. Carnazzo, C.S.R. #110

25

CARNAZZO COURT REPORTING COMPANY, LTD.

                                                                2

1           ROBERT L. K. YOSHIMURA,
2   having been first duly sworn to testify to the truth, the
3   whole truth, and nothing but the truth in response to the
4   interrogatories, made the following answers to the
5   questions propounded by the notary:
6   Q  1   Please state your name.
7   A  1   Robert L. K. Yoshimura.
8   Q  2   What is your residence address?
9   A  2   1756-C Gulick Avenue, Honolulu, Hawaii, 96819.
10  Q  3   Are you employed?
11  A  3   Yes.
12  Q  4   What is your employer's name?
13  A  4   I am a Diagnostic Clinical Psychology Practicum
14  Student assisting Doctor Kennedy.
15  Q  5   What is your employer's address?
16  A  5   3001 Diamond Head Road, Honolulu, Hawaii, 96815.
17  Q  6   What is your job or position with your employer?
18  A  6   Diagnostic Practicum Student.
19  Q  7   In that position do you have under your care,
20  custody and control any and all medical records kept by
21  your employer pertaining to Plaintiff PHILIP E. ENGLISH,
22  Date of Birth: October 26, 1954, Social Security Number:
23  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, and last known mailing address is 720 South
24  Street, Apt. 170, Honolulu, Hawaii 69813 ("PLAINTIFF")?
25  A  7   Under the care, custody and control of

3

1    Doctor Kennedy.

2    Q 8   Among your employer's medical records under your
3    care, custody and control, are there medical records
4    pertaining to PLAINTIFF?

5    A 8   Yes.

6    Q 9   Were you or your employer served with a subpoena
7    requiring your appearance before the notary public for
8    the purpose of answering these questions and requiring
9    you to bring with you any and all of your employer's
10   medical records pertaining to PLAINTIFF?

11   A 9   Yes.

12   Q 10  Do you have all of those medical records with you?

13   A 10  Yes.

14   Q 11  Are those medical records complete?

15   A 11  Yes.

16   Q 12  Has any portion of those medical records ever been
17   removed from your care, custody and control prior to this
18   time?

19   A 12  No.

20   Q 13  If so, when and by whom?

21   A 13  (Not applicable.)

22   Q 14  Has any portion of those medical records ever been
23   altered prior to this time?

24   A 14  No.

25   Q 15  If so, when and by whom?

***COPYING PROHIBITED HRS 606-13/HRCP

4

1   A 15   (Not applicable.)
2   Q 16   Would you please turn over to the notary public at
3   this time the originals or complete and legible copies of
4   any and all of your employer's medical records pertaining
5   to PLAINTIFF which you have brought with you pursuant to
6   the requirements of the subpoena with which you were
7   served.
8   A 16   Originals.
9   Q 17   Please describe briefly but completely so that
10  they may be readily identified the medical records which
11  you have turned over to the notary public.
12  A 17   Complete records and information pertaining to
13  patient Philip E. English.
14  Q 18   Please describe briefly but completely so that
15  they may be readily identified any of your employer's
16  medical records pertaining to PLAINTIFF which you have
17  not turned over to the notary public, including both
18  those medical records which you have brought with you and
19  those medical records which you have not brought with
20  you.
21  A 18   To my knowledge, this is his complete file.
22  Q 19   Have you turned over original records or copies?
23  A 19   Originals.
24  Q 20   Are you willing to waive the signing of this
25  deposition?

***COPYING PROHIBITED HRS 606

5

1    A 20  Yes.

2    (12:50 p.m.  The deposition was concluded.  Copies of

3  the records produced by the deponent are made a part of

4  this deposition.  The sequential numbering and/or

5  entitlement appearing on the bottom portion of each page

6  of the records herein is not part of the original records

7  and is put on the copies going to Court and counsel by

8  the notary purely for their convenience.)

9                    ----:----

```
                                                                    6
1   STATE OF HAWAII          )
                             ) SS.
2   CITY & COUNTY OF HONOLULU)

3       I, KATHERINE Y. CHOO, a Notary Public in and for the

4   State of Hawaii, do hereby certify:

5       That on  June 3, 2005            , at  12:45 PM          ,

6   personally appeared before me  Robert L. K. Yoshimura        ,

7   the witness whose deposition is contained herein; that prior

8   to being examined, the witness was by me duly sworn; that the

9   deposition was taken upon written interrogatories, a copy of

10  which was served upon opposing counsel pursuant to Court

11  rules; that the interrogatories were propounded to the witness

12  by me as hereinbefore noted, and that the witness made the

13  answers as contained herein.

14      That the witness was notified by the notary either

15  verbally, through counsel, by mail, or by telephone to appear

16  and sign; that if the deposition is not signed, either the

17  reading and signing of the deposition were waived by the

18  witness, by stipulation of all parties, or the deponent has

19  failed to appear and the original deposition is therefore

20  retained by noticing counsel without signature pursuant to

21  Court rules.

22      I further certify that I am not attorney for any of the

23  parties hereto, and that I am in no way interested in the

24  event of said action.

25      DATED:  June 3, 2005

                    /s/ Katherine Y. Choo
                    KATHERINE Y. CHOO
                    NOTARY PUBLIC, State of Hawaii
                    My Commission Expires: February 15, 2008
```

# CERTIFICATE

I, LOUIS A. CARNAZZO, a Certified Shorthand Reporter in and for the State of Hawaii, do hereby certify:

That the deposition upon written interrogatories contained herein was prepared under my direction and control.

I further certify that I am not attorney for any of the parties hereto, and that I am in no way interested in the event of said action.

*[signature]*

LOUIS A. CARNAZZO, C.S.R. #110
Certified Shorthand Reporter