COPY

```
 1                IN THE UNITED STATES DISTRICT COURT

 2                      FOR THE DISTRICT OF HAWAII

 3   PHILIP E. ENGLISH,              )  CIVIL NO. CV04-00108 SCM KSC
                                     )
 4              Plaintiff,           )
                                     )
 5        vs.                        )
                                     )  VOLUME I
 6   CITY AND COUNTY OF HONOLULU;    )
     GARY T. KUROKAWA;               )
 7   ROBERT O. MAGOTA; ANN C. GIMA;  )
     and GK APPRAISALS, INC.;        )
 8   JOHN DOES 1-10; JANE DOES 1-10; )
     DOE PARTNERSHIPS;               )   APR 1 8 2005
 9   DOE CORPORATIONS 1-10; AND      )
     DOE ENTITIES 1-10,              )
10                                   )
                Defendants.          )
11                                   )
```

DEPOSITION OF ADRIANNE WENDT

KAISER PERMANENTE MEDICAL CARE    RE: PHILIP E. ENGLISH
PROGRAM

Taken upon written interrogatories for Defendants CITY AND COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA, and ANN C. GIMA; on Wednesday, April 13, 2005 commencing at 9:35 AM; at the offices of KAISER PERMANENTE MEDICAL CARE PROGRAM, 501 Alakawa Street, Honolulu, Hawaii, 96817; pursuant to Notice.

BEFORE:

RYAN M. MATSUDA
Notary Public, State of Hawaii

Under the Direction and Control of:
Louis A. Carnazzo, C.S.R. #110

 Exhibit 29

```
                                                                    2
 1                        ADRIANNE WENDT,
 2   having been first duly sworn to testify to the truth, the
 3   whole truth, and nothing but the truth in response to the
 4   interrogatories, made the following answers to the
 5   questions propounded by the notary:
 6   Q  1   Please state your name.
 7   A  1   Adrianne Wendt.
 8   Q  2   What is your residence address?
 9   A  2   Care of here.
10   Q  3   Are you employed?
11   A  3   Yes.
12   Q  4   What is your employer's name?
13   A  4   Kaiser Foundation Hospital, Hawaii Region.
14   Q  5   What is your employer's address?
15   A  5   501 Alakawa Street.
16   Q  6   What is your job or position with your employer?
17   A  6   Health Information Specialist.
18   Q  7   In that position do you have under your care,
19   custody and control any and all medical records kept by
20   your employer pertaining to Plaintiff PHILIP E. ENGLISH,
21   Date of Birth: October 26, 1954, Social Security Number:
22   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, and last known mailing address is 720 South
23   Street, Apt. 170, Honolulu, Hawaii 96813 ("PLAINTIFF")?
24   A  7   Yes.
25   Q  8   Among your employer's medical records under your
```

***COPYING PROHIBITED

3

1  care, custody and control, are there medical records
2  pertaining to PLAINTIFF?
3  A  8   Yes.
4  Q  9   Were you or your employer served with a subpoena
5  requiring your appearance before the notary public for
6  the purpose of answering these questions and requiring
7  you to bring with you any and all of your employer's
8  medical records pertaining to PLAINTIFF?
9  A  9   Yes.
10 Q 10   Do you have all of those medical records with you?
11 A 10   To the best of my knowledge, yes.
12 Q 11   Are those medical records complete?
13 A 11   To the best of my knowledge, yes.
14 Q 12   Has any portion of those medical records ever been
15 removed from your care, custody and control prior to this
16 time?
17 A 12   Not to my knowledge.
18 Q 13   If so, when and by whom?
19 A 13   (Not applicable.)
20 Q 14   Has any portion of those medical records ever been
21 altered prior to this time?
22 A 14   Not to my knowledge.
23 Q 15   If so, when and by whom?
24 A 15   (Not applicable.)
25 Q 16   Would you please turn over to the notary public at

4

1  this time the originals or complete and legible copies of
2  any and all of your employer's medical records pertaining
3  to PLAINTIFF which you have brought with you pursuant to
4  the requirements of the subpoena with which you were
5  served.
6  A 16  Copies.
7  Q 17  Please describe briefly but completely so that
8  they may be readily identified the medical records which
9  you have turned over to the notary public.
10 A 17  One out-patient medical record.
11 Q 18  Please describe briefly but completely so that
12 they may be readily identified any of your employer's
13 medical records pertaining to PLAINTIFF which you have
14 not turned over to the notary public, including both
15 those medical records which you have brought with you and
16 those medical records which you have not brought with
17 you.
18 A 18  None to my knowledge.
19 Q 19  Have you turned over original records or copies?
20 A 19  Copies.
21 Q 20  Are you willing to waive the signing of this
22 deposition?
23 A 20  Yes.
24      (9:40 a.m.  The deposition was concluded.  Copies of
25 the records produced by the deponent are made a part of

5

1   this deposition. The sequential numbering and/or
2   entitlement appearing on the bottom portion of each page
3   of the records herein is not part of the original records
4   and is put on the copies going to Court and counsel by
5   the notary purely for their convenience.)
6                          ----:----
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

***COPYING PROHIBITED

```
 1    STATE OF HAWAII            )
                                 )
 2    CITY & COUNTY OF HONOLULU  ) SS.            6
                                 )
 3         I, RYAN M. MATSUDA, a Notary Public in and for the State
 4    of Hawaii, do hereby certify:
 5         That on  April 13, 2005                , at  9:35 AM     ,
 6    personally appeared before me  Adrianne Wendt              ,
 7    the witness whose deposition is contained herein; that prior
 8    to being examined, the witness was by me duly sworn; that the
 9    deposition was taken upon written interrogatories, a copy of
10    which was served upon opposing counsel pursuant to Court
11    rules; that the interrogatories were propounded to the witness
12    by me as hereinbefore noted, and that the witness made the
13    answers as contained herein.
14         That the witness was notified by the notary either
15    verbally, through counsel, by mail, or by telephone to appear
16    and sign; that if the deposition is not signed, either the
17    reading and signing of the deposition were waived by the
18    witness, by stipulation of all parties, or the deponent has
19    failed to appear and the original deposition is therefore
20    retained by noticing counsel without signature pursuant to
21    Court rules.
22         I further certify that I am not attorney for any of the
23    parties hereto, and that I am in no way interested in the
24    event of said action.
25         DATED:    April 13, 2005


                   [signature]
              RYAN M. MATSUDA
              NOTARY PUBLIC, State of Hawaii
              My Commission Expires: July 8, 2005
```

[Notary seal: RYAN M. MATSUDA, NOTARY PUBLIC, STATE OF HAWAII]

CARNAZZO COURT

C E R T I F I C A T E                               7

I, LOUIS A. CARNAZZO, a Certified Shorthand Reporter in and for the State of Hawaii, do hereby certify:

That the deposition upon written interrogatories contained herein was prepared under my direction and control.

I further certify that I am not attorney for any of the parties hereto, and that I am in no way interested in the event of said action.

_____
LOUIS A. CARNAZZO, C.S.R. #110
Certified Shorthand Reporter