IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH, <br><br> Plaintiff, <br><br> vs. <br><br> CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10, <br><br> Defendants. | Civil No. 04-00108 SOM/KSC <br><br> CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

The undersigned herby certifies that a true and correct copy of the foregoing was duly served upon the party listed below at their respective address on ___JUN 1 5 2006___.

|  | HAND DELIVERY | U.S. MAIL |
|---|---|---|
| MICHAEL L. LARUSSO, ESQ. <br> Kawashima Lorusso & Tom, LLP <br> Fort Street Tower <br> 745 Fort Street, 5th Floor <br> Honolulu, Hawaii 96813 <br><br> Attorneys for Defendants <br> City & County of Honolulu, <br> Gary T. Kurokawa, Robert O. Magota, <br> and Ann C. Gima | (✓) | ( ) |

|  | HAND DELIVERY | U.S. MAIL |
|---|---|---|
| KEVIN P. H. SUMIDA, ESQ.<br>ANTHONY L. WONG, ESQ.<br>Suite 1400, Mauka Tower<br>737 Bishop Street<br>Honolulu, Hawaii  96813 | (✓) | ( ) |

Attorneys for Defendant
GK APPRAISALS, INC.

DATED: Honolulu, Hawaii, JUN 1 5 2006 .

ROGER S. MOSELEY
ALAN K. LAU
CHRISTOPHER J. MUZZI
RENEE M. FURUTA
Attorneys for Plaintiff
PHILIP E. ENGLISH