ORIGINAL

00000590.WPD

KAWASHIMA LORUSSO & TOM LLP

JAMES KAWASHIMA        #1145-0
MICHAEL A. LORUSSO     #3448-0
CARTER K. SIU          #7313-0
Topa Financial Center
Fort Street Tower
745 Fort Street, Suite 500
Honolulu, Hawaii 96813
Telephone:     (808)275-0371
Facsimile:     (808)275-0399
Email Address: mlorusso@kltlaw.com

Attorneys for Defendants
CITY AND COUNTY OF HONOLULU,
GARY T. KUROKAWA, ROBERT O. MAGOTA,
and ANN C. GIMA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 19 2006

at 3 o'clock and 15 min P
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CITY AND COUNTY OF HONOLULU;<br>GARY T. KUROKAWA; ROBERT O.<br>MAGOTA; ANN C. GIMA; and GK<br>APPRAISALS, INC.; JOHN DOES<br>1-10; JANE DOES 1-10; DOE<br>PARTNERSHIPS; DOE CORPORATIONS<br>1-10; AND DOE ENTITIES 1-10,<br><br>　　　　Defendants. | CIVIL NO. CV04-00108 SOM/KSC<br><br>**AMENDED EXHIBIT "B" TO DEFENDANTS CITY & COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA, and ANN C. GIMA'S MOTION FOR PROTECTIVE ORDER, FILED ON JUNE 15, 2006; DECLARATION OF MICHAEL A. LORUSSO; EXHIBIT "B"; CERTIFICATE OF SERVICE**<br><br>Hearing:<br>Date: July 27, 2006<br>Time: 9:30 a.m.<br>Judge: Kevin S.C. Chang<br>Trial: October 3, 2006 |

AMENDED EXHIBIT "B" TO DEFENDANTS CITY & COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA, and ANN C. GIMA'S MOTION FOR PROTECTIVE ORDER, FILED ON JUNE 15, 2006

COMES NOW Defendants CITY AND COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA, and ANN C. GIMA (collectively "CITY Defendants"), by and through its attorneys, KAWASHIMA LORUSSO & TOM, and hereby submits the following amended Exhibit "B" in support of its Motion for Protective Order, filed on June 15, 2006.

DATED: Honolulu, Hawaii, _____JUN 1 9 2006_____.

_____
JAMES KAWASHIMA
MICHAEL A. LORUSSO
CARTER K. SIU
Attorneys for Defendants
CITY AND COUNTY OF HONOLULU,
GARY T. KUROKAWA,
ROBERT O. MAGOTA, and
ANN C. GIMA