IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>　　　　Defendants. | ) CIVIL NO. CV04-00108 SOM/KSC<br>)<br>) **DECLARATION OF MICHAEL A.**<br>) **LORUSSO**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### DECLARATION OF MICHAEL A. LORUSSO

MICHAEL A. LORUSSO hereby states as follows:

　　　　1.　　Declarant is an attorney licensed to practice law before all the state and federal courts in the State of Hawaii and is one of the attorneys representing Defendants CITY AND COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA, ANN C. GIMA in the above-entitled action.

　　　　2.　　This Declaration is made in lieu of an affidavit pursuant to Local Rule 7.6, <u>Rules of the United States District Court for the District of Hawaii</u>, as amended.

　　　　3.　　Declarant makes this Declaration in support of DEFENDANTS CITY & COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O.

MAGOTA, and ANN C. GIMA'S MOTION FOR PROTECTIVE ORDER filed herein on June 15, 2006.

   4. Attached hereto as Exhibit "B" is a true and correct filed copy of the Subpoena/Subpoena Duces Tecum that Plaintiff personally served on me on June 8, 2006, ordering my attendance at a deposition scheduled for June 22, 2006 and replaces the unfiled copy attached to DEFENDANTS CITY & COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA, and ANN C. GIMA'S MOTION FOR PROTECTIVE ORDER filed herein on June 15, 2006.

   I declare under penalty of law that the foregoing is true and correct to the best of my knowledge and belief.

   DATED: Honolulu, Hawaii,   JUN 19 2006  .

                   MICHAEL A. LORUSSO