MOSELEY BIEHL TSUGAWA LAU & MUZZI
a Hawaii limited liability law company

| | |
|---|---|
| ROGER S. MOSELEY | 2060 |
| ALAN K. LAU | 3981 |
| CHRISTOPHER J. MUZZI | 6939 |
| RENEE M. FURUTA | 7593 |

Alakea Corporate Tower
1100 Alakea Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone:  (808) 531-0490
Facsimile:  (808) 534-0202
Email:   rmoseley@hilaw.us
         alau@hilaw.us
         cmuzzi@hilaw.us
         rfuruta@hilaw.us

Attorneys for Plaintiff
PHILIP E. ENGLISH

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 20 2006

at 2 o'clock and __ min. __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>            Plaintiff,<br>    vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>            Defendants. | Civil No.  04-00108 JMS/KSC<br><br>SUBMISSION OF ORIGINAL DECLARATION OF THOMAS T. UENO AND DARYL B. MATTHEWS; DECLARATION OF THOMAS T. UENO; DECLARATION OF DARYL B. MATTHEWS; CERTIFICATE OF SERVICE |

SUBMISSION OF ORIGINAL DECLARATIONS OF
THOMAS T. UENO AND DARYL B. MATTHEWS

PLAINTIFF PHILIP E. ENGLISH, by and through his attorneys, MOSELEY BIEHL TSUGAWA LAU & MUZZI, a Hawaii limited liability law company, hereby submits the original executed Declarations of

10010\3\56577

Thomas T. Ueno and Daryl B. Matthews, to replace the facsimile copy of their declarations in support of (1) Plaintiff Philip E. English's Supplement to Plaintiff Philip E. English's Separate and Concise State of Material Facts in Support of his Memorandum in Opposition to Defendant City and County of Honolulu's Motion for Partial Dismissal, or in the Alternative, Motion for Partial Summary Judgment and to Memorandum in Opposition to Defendant City and County of Honolulu's Motion for Partial Dismissal, or in the Alternative, Motion for Partial Summary Judgment, and (2) Plaintiff Philip E. English's Supplement to Plaintiff Philip E. English's Separate and Concise State of Material Facts in Support of his Memorandum in Opposition to Defendants Gary T. Kurokawa, Robert O. Magota, and Ann C. Gima's Motion for Partial Dismissal, or in the Alternative, Motion for Partial Summary Judgment and to Memorandum in Opposition to Defendants Gary T. Kurokawa, Robert O. Magota, and Ann C. Gima's Motion for Partial Dismissal, or in the Alternative, Motion for Partial Summary Judgment, both documents filed herein on June 15, 2006,

DATED:   Honolulu, Hawaii,   JUN 2 0 2006   .

_____
ROGER S. MOSELEY
ALAN K. LAU
CHRISTOPHER J. MUZZI
RENEE M. FURUTA
Attorneys for Plaintiff
PHILIP E. ENGLISH