IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>        Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1–10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>        Defendants. | Civil No. 04-00108 SOM/KSC<br><br>DECLARATION OF COUNSEL |

DECLARATION OF COUNSEL

I, ROGER S. MOSELEY, declare under penalty of perjury that the following is true and correct to the best of my knowledge:

1. I am an attorney licensed to practice law in the State of Hawaii and am the attorney responsible for representing Plaintiff Philip E. English.

2. Attached hereto as Exhibit "A" is a true and correct copy of the condensed version of the deposition transcript of Robert Magota, Volume I, taken on May 31, 2006.

10010\3\56612

3. Attached hereto as Exhibit "B" is a true and correct copy of the condensed verseion of the deposition transcript of Robert Magota, Volume II, taken on June 8, 2006.

4. Attached hereto as Exhibit "C" is a true and correct copy of the Notice of Taking Deposition Upon Oral Examination regarding Charles W. Totto dated June 2, 2006.

5. Attached hereto as Exhibit "D" is a true and correct copy of the Subpoena to Charles W. Totto filed on June 6, 2006.

6. Attached hereto as Exhibit "E" is a true and correct copy of the Correspondence from Gordon D. Nelson to Roger S. Moseley, Esq. dated June 15, 2006.

7. Attached hereto as Exhibit "F" is a true and correct copy of the First Amended Complaint filed on January 12, 2006.

8. Attached hereto as Exhibit "G" is a true and correct copy of the condensed version of the deposition of David Matsunami taken on November 9, 2005.

9. The request for deposition of Michael A. Lorusso is not being made for any improper purpose or to unreasonably delay prosecution of this matter.

I DECLARE UNDER PENALTY OF PERJURY under the laws of the State of Hawaii, that the foregoing is true and correct.

Executed this 23rd day of June 2006, at Honolulu, Hawaii.

/s/Roger S. Moseley
ROGER S. MOSELEY