A. Yes.
Q. So it appears that Ann Gima is saying that there was a meeting with Bob and Anna Horne; do you see that?
A. Yes.
Q. It says, "Go ahead and extend probation."
A. Yes.
Q. The bottom part is cut off on my copy. Do you know what that says?
MR. LORUSSO: Answer that question first.
THE WITNESS: I don't know what the bottom half says.
MR. LORUSSO: We got two Exhibits 43 going.
MR. MOSELEY: Can we make that Exhibit 44? The last questions were Exhibit 44.
(Exhibit Number 44 was marked for identification.)
MR. WONG: Exhibit 44 is this one that's marked CC000365.
Q. BY MR. MOSELEY: Yes.
Does this refresh your recollection about whose idea it was to extend probation?
A. I'm trying to recall the meeting with Anna Horne. Anna Horne is the counselor that we



referred to earlier and is the person that we were trying to get Phil to meet with regarding some counseling. I may have been involved in the extension of the probation, I'm not absolutely sure, though.
Q. Why would you have been meeting with Anna horn and Ann Gima about this?
A. Earlier we had met with Phil, when I say we, myself and Ann Gima, we had met with Phil regarding some, again, some problems following directions, completing assignments, just overall attitude towards the job. It seemed like he would tell us that he would follow the directions, listen to Ann Gima, but then turn around and do the opposite, that was going to become evident. We had mentioned to him that we would recommend, you know, we'd recommend counseling to him through the Employee Assistance Program because the purpose of that program is to make employees productive again, it's strictly voluntary, we can only make a recommendation.
So it was during this period that we recommended it to him, and he did not want to get involved in any counseling. His response was, basically, There's nothing wrong with me, I don't



need counseling, even though Ann Gima and myself had tried to encourage him. We have had other employees also attend counseling, and it's all confidential, again, it's more to get the employees productive again.
After he refused, I believe -- I believe we met with Anna Horne a few more times because Phil was continuing to disobey Ann's instructions and directions, so it was starting to become a more common problem, a more frequent problem than before. So, like I said, we were encouraging him to get some counseling.
Q. Did you have any direct evidence that Phil was disobeying Ann Gima's instructions?
A. When you say direct evidence, meaning?
Q. Did you ever observe it?
A. I have to think about that one. I know that there had been instances where he had signed out for vacation without approval.
Q. But you didn't observe that that was something that was told to you by Ann Gima, right?
A. No, it was a thing where the vacation form was there and he was gone.
(Exhibit Number 45 was marked for identification.)



Q. BY MR. MOSELEY: I'm assuming that you haven't seen this email before, have you?
A. I'm not familiar with this.
Q. This appears to be an email from Ann Gima directly to Gary Kurokawa; is that right?
A. Yes.
Q. Was it your understanding that there were any performance problems on Phil English's part that were documented before he complained about Gary and Chris Graff on February 15th, 2002?
A. If I'm aware of any documentation?
Q. Yeah, before that date.
A. And you're including the job performance evaluation, also.
Q. Right.
A. Not to my knowledge.
Q. You're not aware of a single documented performance problem before February 15th, 2002, right?
A. Documented.
Q. Let's try documented, first. You're not aware of a single documented performance problem before February 15th, 2002, are you?
A. I'm not aware of.
Q. Had you received any oral complaints

Page 162

about Phil before February 15th, 2002?
A. Yes.
Q. When did you receive oral complaints?
A. Primarily, it was Ann Gima.
Q. When did you receive oral complaints from her?
A. When? It was 2001.
Q. After October 1st, 2001?
A. Around there or possibly before.
Q. Much before?
MR. LORUSSO: Objection, vague and ambiguous.
THE WITNESS: I'm not sure, but I recall that there were certain things. He was not, again, following instructions, some other things.
Q. BY MR. MOSELEY: But none of those complaints are documented anywhere; is that right?
A. It was just verbal.
Q. Did you counsel Phil before, at any time before February 15th, 2002 about any performance issue of any kind?
A. I don't recall.
Q. And February 15th or the week before, 2002, was the date that Phil complained to you about Gary and Chris conducting private business on

Page 163

city time with city property, right?
A. Yes, beginning of February.
Q. Is it your opinion that it was appropriate after that date for Gary Kurokawa to be involved in any disciplinary or counseling activities with respect to Phil English at all?
MR. LORUSSO: Objection, vague and ambiguous, lacks foundation.
THE WITNESS: He was the administrator.
Q. BY MR. MOSELEY: The complaint was about him, though.
A. No, but I think what you have to look at, too, is Gary is a pretty objective person.
Q. Should he not have had somebody else review this, if not you, Mr. Golojuch?
MR. WONG: Objection, argumentative.
MR. LORUSSO: Join.
Q. BY MR. MOSELEY: Isn't that your opinion?
MR. LORUSSO: Same objection.
THE WITNESS: What I observed after this incident was, basically, no sense of retaliation or anything from Gary Kurokawa to Phil.
Q. BY MR. MOSELEY: I didn't ask you that question.
A. What I'm trying to say is the

Page 164

relationship that Gary and Phil had, they're still talking to each other and helping each other out. So as far as Gary being impartial and, again, the ratings were being done or the performances by Ann Gima and signed off by Gary.
Q. Do you have any idea why Waylon would have wanted to meet with Ann Gima and Gary, without you, to discuss Phil as of October 18th, 2002?
A. Well, let me read this.
MR. WONG: I'll object as calling for speculation.
THE WITNESS: I'm not sure what Mr. Waylon was thinking about.
Q. BY MR. MOSELEY: I didn't ask that question. I asked you if you had any idea why that would be the case. The answer is yes or no.
A. No.
Q. You have no idea why that would not be the case.
A. No.
Q. And that wasn't speculation, you presently have no idea why they would want to do this, right?
A. I have no idea.
Q. You're not speculating about whether you

Page 165

have an idea or not, right?
MR. LORUSSO: Objection, asked and answered.
Q. BY MR. MOSELEY: You presently know that you have no idea why this would occur, that's correct, isn't it?
A. Yes.
Q. Do you know if this meeting occurred that they're discussing here?
A. I was told that this meeting did occur. Actually, hold on one second. I am not certain about this meeting, I'm confusing it. I believe there was another meeting.
Q. If you take this Exhibit 45 at its face value, it describes two meetings that have happened in the past, at least, one where Ann met with Waylon on Friday last week and then in that meeting Waylon outlined what he had discussed with Gary previously; is that right?
MR. LORUSSO: Objection, the document speaks for itself.
Q. BY MR. MOSELEY: Are you aware of either of those meetings or discussions?
A. No.
Q. Were you included in either of those?

A. Not with Waylon, no.
Q. Do you know what the reference is "to discuss and review any actions since we missed the one month review in September"? Do you know what that's talking about at all?
A. I'm not sure.
Q. Well, when there was a three month additional probation imposed, did the assessment division follow up properly and do the proper monthly reviews associated with that additional three month probation?
MR. WONG: Objection.
MR. LORUSSO: Objection, lacks foundation, assumes facts not in evidence.
MR. WONG: Join.
THE WITNESS: I'm not sure.
Q. BY MR. MOSELEY: This is really the first time you've ever seen anything like this, isn't it?
MR. LORUSSO: Objection, vague and ambiguous.
THE WITNESS: I believe Ann Gima mentioned to me something about a meeting with Waylon.
MR. LORUSSO: Counsel, as I indicated, I have a 5 o'clock meeting.



MR. MOSELEY: Okay. We can be pau today.
MR. LORUSSO: Thank you.
(The deposition adjourned at 4:35 p.m.)



SIGNATURE OF THE WITNESS

I, ROBERT MAGOTA, the witness in the above deposition, do hereby certify that I have read the foregoing deposition taken on May 31, 2006, and that the said deposition is a true and correct record of my testimony, with such corrections and changes, if necessary, attached.

______________________________ __________
ROBERT MAGOTA Date

Signed before me this _____
day of _____________, 2006

___________________________

English vs. City and County of Honolulu
Civil No. 04-00108
Taken on 5-31-06 by Rita King, RPR, CSR



STATE OF HAWAII )
) ss.
COUNTY OF HONOLULU )

BE IT KNOWN that the foregoing deposition was taken before me, RITA KING, a Certified Shorthand Reporter for the State of Hawaii; that the witness before testifying was duly sworn by me to testify to the whole truth; that the questions propounded to the witness and the answers of the witness thereto were taken down by me in shorthand and thereafter reduced to print by computer-aided transcription under my direction; that the witness elected to read and sign; that the foregoing pages are a full, true and accurate transcript of all proceedings and testimony had and adduced upon the taking of said deposition, all done to the best of my skill and ability.

I FURTHER CERTIFY that I am in no way related to nor employed by any of the parties hereto nor am I in any way interested in the outcome hereof.

DATED at Honolulu, Hawaii, this 15th day of June, 2006.

___________________________
RITA KING, RPR, CSR No. 373

**A**

**ability** 34:10 36:5 169:17
**able** 7:21,22 20:1 31:18 81:1 84:15 118:19
**about** 6:1 8:12,13 9:22 10:2 18:8,9 19:8,11 19:18,18 20:6 21:10 22:19 24:12 25:8 26:22 27:5 28:8 29:1 31:21 33:5 35:15 38:14,15 40:2,3,15 42:13 43:2,22 44:17 44:23 45:1,6 46:10 46:19 47:25 49:8 52:1 55:11,14 56:4,6 56:8 58:15,24 59:5 61:13 62:4,15 63:12 63:15 65:2 67:20 68:14,24 70:9 77:15 77:21 78:13 79:3 81:1,17,21,23 82:13 82:19,20,21 83:2,2,3 83:5,10,10,13,17,21 83:23,24 84:5 85:3 85:16 86:6 87:7,13 91:6 93:20 96:24 97:7 99:8,10,24 100:1,5,8,14,19 104:4 105:16 109:5 109:13,14 112:22 113:1 115:17 117:9 117:13 118:19,25 119:9,11 120:7 121:19 122:19 124:13,25 128:23 129:6 130:5 131:10 131:15,18 133:5,13 133:17,24 134:2,8,24 135:14,15 136:7,13 136:20 138:9 140:11 140:21 141:5,13,14 141:20 142:24 144:20 146:12,19,20 147:21 151:9 153:9 154:5 155:22 156:5 156:25 157:14 158:22 159:7 160:17 161:9 162:1,20,25 163:10 164:13,25 165:12 166:5,22
**above** 112:18 168:2
**absolutely** 10:5 82:11 100:22 159:4
**abuse** 126:5
**accompanied** 134:4,22
**according** 67:1,10 153:8
**account** 147:20
**accurate** 169:14
**across** 7:8 72:22
137:22
**acting** 16:11,18,20 17:2 17:3,6,8,9,11,14,15
**action** 3:12,15,18 4:4,5 4:10,12 41:15 42:6 42:12,20 57:7 65:10 70:24 88:14 103:18 123:21,23 124:4 125:3
**actions** 43:23 166:3
**active** 127:7
**activities** 38:16 115:8 121:20 122:16 163:6
**actual** 91:3
**actually** 5:12 7:3 10:9 14:16 29:13 38:6 48:2 58:8 69:10 80:17 81:12 84:15 89:15 99:19 100:13 104:22 105:21 108:13 112:1 114:15 128:1 141:14 148:14 153:17 165:11
**add** 24:1
**added** 28:24 29:3,25,25
**adding** 20:9
**addition** 69:17
**additional** 21:2 22:8 24:7 28:24 146:14 155:15 166:8,10
**address** 5:10 42:6,21 99:14,23
**addressed** 98:20 101:4 101:9
**adduced** 169:15
**adequate** 23:6,16
**adjoining** 80:9,10,14
**adjourned** 167:3
**adjuster** 11:3 12:18
**adjustment** 103:17,19
**administration** 10:19
**administrative** 56:22 110:19 111:13
**administrator** 16:18,20 16:24 17:3,8,14 21:1 22:2,16 30:4,7 31:1 31:14,18 32:13 33:20 34:10,17,24 35:2 36:4 37:9,15,24,25 38:2,3,6,9,16 58:17 139:5,18 163:9
**administrator's** 59:1
**admission** 65:13,14 68:11 74:23 132:5
**admit** 65:10
**advent** 13:3
**Affairs** 67:8
**affirmative** 9:4
**after** 10:12,14 11:4 12:17,23 13:5 14:2 21:18,22 22:15,22
27:20 44:18,20,21 46:14 52:10,21 71:9 71:11,22 86:17,22 90:1 102:3,22 106:9 111:10 113:8,11 115:17 119:19 120:8 122:13 124:7 127:2 134:11 137:1 142:22 143:1,2 160:6 162:8 163:4,20
**afterwards** 45:2,4 85:21
**again** 23:12,24 24:21 31:13 35:10 41:9 48:14 51:1 62:10 88:13 92:20 96:17 98:23 99:20 105:22 106:24 113:6,17 117:23 119:18 130:9 139:21 140:25 145:8 147:22 153:12 159:10,19 160:4,5 162:14 164:3
**against** 38:25 39:6 41:15 70:24 109:8 110:3 123:21 124:5 125:4 135:16
**agent** 44:15 47:7
**ago** 6:12,21
**agree** 93:14 139:12 144:17
**agreed** 39:1,8
**agreement** 38:23 104:16 132:4
**ahead** 158:6
**Ala** 12:3,8
**Alakea** 1:19,19 2:5,5
**alive** 17:5 88:3
**allegation** 97:12 110:2 130:13
**allegations** 96:25 109:7 128:23 129:24 135:14,25 136:20 144:19
**alleged** 111:11
**allow** 78:4
**aloha** 105:11
**along** 13:13 20:14 26:12 42:25 68:19 83:4 115:23
**already** 49:10 69:20 72:10 87:19 120:4
**altercation** 125:4,7
**although** 5:15 6:20 36:25
**always** 38:12 43:13 70:4 85:4 91:25
**Alzheimer's** 86:16 88:5
**ambiguous** 23:8 36:13 40:9,17 41:2,18 45:21 57:25 76:13,18
84:8 90:14 108:2 114:16 118:12 127:12 132:20 135:19 147:7 156:3 162:12 163:8 166:20
**amount** 10:8
**analysis** 61:11 63:21
**Angeles** 12:19 13:18 14:9,25 15:20
**animals** 10:1
**Ann** 1:8 2:9 4:15 29:12 29:17,24 33:13 43:5 43:9,14,16,22,25 44:4,7,14 46:2 47:6 63:14 80:22 97:18 100:19,20 104:3 105:16,18,20,22 106:5 107:7 129:1,2 129:3,6 134:18 136:10,15,18,22 137:13 139:17 146:8 149:19,20 150:22 152:5 154:18,20 156:11,24 157:9,24 157:24 158:2 159:7,9 159:14 160:1,14,21 161:4 162:4 164:4,7 165:16 166:21
**Anna** 125:10,19 158:3 158:25,25 159:6 160:7
**Anne** 105:23 106:4
**Annie** 156:5
**Anns** 105:21
**annual** 67:11 93:9 147:18 148:1
**annually** 67:12 93:6
**Ann's** 160:8
**another** 7:6,14,25 8:16 19:1 48:3,7 54:1 62:3 80:6 94:21 105:22 135:1 143:3 155:19 165:13
**answer** 7:25 8:1,16,19 8:19,21,23,23,25 9:1 9:16,18,19,24 23:10 23:11,22 33:18,25 34:1 36:21,25 44:6 53:21 54:8 71:13,18 71:19 112:9 113:21 115:24 117:13 130:9 143:23 147:9 158:10 164:16
**answered** 50:24 53:3 84:20 90:14,18 101:25 102:6 130:8 165:3
**answers** 8:7 9:6 169:9
**answer's** 8:15
**ANTHONY** 2:15
**anticipating** 149:23
150:1,14 152:6
**anybody** 8:20 42:13 55:5 78:4 114:13,25 128:15,22 130:10 155:23
**anymore** 56:10 86:18
**anyone** 114:17 115:4
**anyone's** 70:18
**anyplace** 35:9
**anything** 12:15 18:18 19:16 26:8 46:16 56:14 60:15,21 61:3 61:6 67:18 69:12,15 77:5,7 83:17 85:15 100:3 106:9 110:10 112:7 113:17 115:21 119:13,16 120:19 122:18 123:22 129:4 131:17 135:17 137:23,25 163:22 166:18
**anywhere** 162:17
**apartment** 85:12
**apparently** 33:10 34:17 157:24
**appeal** 6:6,8 77:11
**appear** 137:23 139:11 144:14
**appeared** 59:23 66:16 68:16 106:20 111:9 136:10
**APPEARING** 2:1
**appears** 51:25 88:25 99:3 102:25 104:15 148:1,24 150:21 156:10 158:2 161:4
**application** 3:10 32:17 34:22 48:12,18,19,20 48:25 49:7,20 50:16 51:10,23 52:3,6 53:2 53:9,14,17,20,23 54:10 65:3,20,24 66:1,5 67:6,19 68:25 69:4,7,7
**applications** 69:10 73:1
**applied** 14:3 69:5,8
**apply** 14:7
**Appointment** 73:21 88:14
**appraisal** 13:2,5,7,8 19:9,13 20:22 22:3 22:14 23:4 59:2 62:25 115:3 123:17
**appraisals** 1:8 2:14 61:16 63:2,4,23 121:6 127:8 128:8,17
**Appraisal's** 63:9
**appraiser** 12:22 14:6 15:1,3,7,15,15,18 16:6,8 17:22 18:12 18:17 20:18 23:2,17

24:1,2,13 25:4 26:12 26:21,23 40:14 41:12 46:2 61:20 69:5,8 78:1,4,19 79:10 89:23,24 90:19,20 91:14,14 92:7,7 102:23,23 104:7,7,13 104:13 106:10,10 108:7 140:24 141:5,6 141:7,16 154:12
**appraisers** 24:8,19 26:4 27:3,7,9 30:17 30:20 40:7,24 61:17 62:2,9,11 63:17 64:14 78:18 121:21 122:1,6,23 123:2 129:9,11
**appraising** 128:9
**appreciate** 37:5
**appropriate** 104:20 107:8 127:7 163:4
**approval** 34:8 155:4 160:19
**approved** 13:11 31:3 43:10 56:12
**approximate** 100:7
**approximately** 6:12 10:15 13:20,21 24:25 90:3,8
**approximation** 25:5
**April** 69:9 93:21 95:11 95:14,15,16 139:20 143:4,4 147:16 149:25
**area** 13:25 14:15 27:17 28:24 29:9 79:22 80:2 95:18
**areas** 20:17 151:16 154:25
**argument** 55:23,24 56:2,5,6,7,16
**argumentative** 59:20 114:16 119:24 120:17 132:8 134:13 135:6,19 163:16
**arose** 82:14
**around** 6:15 17:19 25:1 27:24 28:21 30:5 56:1,7 84:11 86:7,10 87:4 93:21 97:6 99:8 99:10,20 100:2 104:11 106:17 108:19 114:19 122:10 124:15 126:2 139:20 145:21 146:5 155:25 159:14 162:9
**arrive** 65:23
**ashamed** 8:11
**asked** 7:23 17:9 23:14 40:22 44:11 50:15,23 52:25 53:7,12 60:17
60:20 61:1,13 62:12 63:14 65:2 78:24 84:19 90:13,17 101:24 102:5 113:9 115:19,21 121:14 128:5 129:3,5 130:7 131:12,24 137:24 164:15 165:2
**asking** 8:11 9:15 18:9 38:14,15 43:22 72:15 93:15 119:15 120:1 138:2 142:25 145:25 150:6,7,8 152:7 153:9
**Assessing** 25:17
**assessment** 6:10 15:11 20:4 21:8,9,15,24 24:13 26:4 40:6,23 41:12 57:14 61:24 78:3,17 79:16 80:18 81:3 89:19 90:10 126:8,11 128:16 166:8
**assessments** 130:11
**assessor** 13:19 16:10 16:11,12,14,21 17:1 17:4,6,9,11,15,18,20 20:21 30:4,8,12,16 30:21 31:16 32:11 34:25 38:12,17,19 41:4
**assessors** 25:23,25 26:3
**assessor's** 12:20 14:8 14:25
**assigned** 27:25 28:3 29:14
**assignment** 56:8,13
**assignments** 125:16 154:22 159:11
**assist** 21:20 141:12 157:15
**Assistance** 125:18,18 159:18
**assistant** 20:18,25 22:1 22:16 30:3,7 37:9,14 37:24,25 38:5
**assistants** 23:2,17 24:1 24:3
**assisted** 157:19
**assisting** 133:15,17 157:14
**associated** 166:10
**Associates** 66:10
**Association** 25:16
**assume** 69:20 105:22
**assumes** 42:16 59:21 64:10 72:3,13 123:5 127:21 128:18 132:7 148:15 166:14
**assuming** 161:1
**assumption** 113:16
114:21
**attached** 96:10 139:7 154:3 168:7
**attachment** 96:12 139:19
**attachments** 139:8,11
**attend** 160:3
**attended** 10:14 47:4
**attention** 41:25 42:3 43:5,14 49:21 60:17 97:3,12,19,22 106:19 109:10 113:5,7 115:20 116:16 118:3 120:9 121:13 128:2 136:6,9 154:24
**attitude** 152:23 153:6 153:13,23 159:12
**attorney** 2:3,8,14 9:17 132:22,23 133:2
**audible** 145:2,22 147:8 152:14 157:17
**August** 104:20 152:18 152:20 153:2,5,17,18 153:19,20
**authentic** 65:17
**authority** 36:11,18,19
**available** 46:6
**Avenue** 5:11
**average** 24:13 25:4
**aware** 26:18 28:23 29:2 29:7 39:4,5 41:13 42:12 63:17 74:5 75:18 125:6 126:4 127:4 128:7 129:7,22 131:25 161:11,17,22 161:24 165:22
**away** 16:17,23 17:7,10
**awhile** 134:7
**A-n-n-e** 106:5
**A-p-p-t** 73:21
**a.m** 1:17

**B**

**B** 3:7 4:1 9:21
**back** 6:9 7:7,24 14:21 24:17,22 26:16 27:15 28:7 33:17 34:23 35:11,19,20 38:10 45:4 54:4 60:16 68:7 83:7 86:14 91:25 106:8 107:18 113:22 117:12 127:16 129:15 139:23 148:2 148:3,4
**background** 10:8,12 19:8,9,11 50:3,5,8 51:14
**backs** 101:16
**bankruptcy** 66:19 67:3 69:18
**bargaining** 103:20
**base** 31:2 69:24
**based** 37:1,4 68:18 84:17 103:21 122:17
**basic** 79:8
**basically** 21:13 40:22 45:10 68:20 71:25 76:10 87:20 90:1 91:12 118:1 119:21 149:20 159:25 163:21
**basis** 13:5 56:15 80:12
**beat** 9:17
**became** 16:20 17:2,8 17:14,14 22:1,13,16 22:19 30:7
**become** 17:17 20:25 22:5 30:3 41:13 87:8 159:15 160:9
**becoming** 136:5
**before** 1:20 5:23 9:11 9:16,20,24 11:17,24 12:23,25 13:1 14:21 14:24 16:12,14 17:24 18:4 21:10,12 47:17 52:2,13,18 53:1,8,10 53:13 55:8 58:5 72:21 74:15,21 75:11 83:7,9,11 88:10 89:9 90:11,15 91:2 92:15 94:23 96:4 101:1 102:15 103:1 105:14 108:25 109:11 113:20 116:7 119:1 125:21,24 138:8,20 139:3 140:11,20 141:20 145:3 149:1,5 149:10 156:21 160:11 161:2,9,12,18 161:23 162:1,9,10,19 162:20,23 168:16 169:5,7
**begin** 88:15
**beginning** 15:12,13 22:9 27:22 74:9 80:3 80:5,21 81:16 82:25 103:21 106:18,23 163:2
**being** 19:23 20:24 23:17,25 37:11 38:20 43:6 61:4 63:1 104:5 104:9 105:19 110:5 110:10 125:14,15 131:3,10 135:2 154:22,23 164:3,4
**belief** 24:2
**believe** 6:18 8:8 12:13 17:1 19:5 22:14 24:25 26:16 27:6 32:12 33:12 35:6 46:5 47:9 49:5 50:2 52:24 56:15 58:12
62:20 64:17 65:9 67:2,15,20,23 69:10 72:25 77:10,17 80:5 85:11,25 86:7,10,21 87:23 92:18 101:4 106:12,16 108:9,17 126:21 127:3 129:16 130:1 134:4 160:6,6 165:12 166:21
**believed** 146:15
**believes** 94:5
**below** 152:24 153:7,14 153:24
**benefit** 146:25 155:15
**besides** 21:24 37:20 39:11 119:13,14,17
**best** 9:9 85:4 108:14 110:9 169:16
**bet** 11:23
**better** 24:10 88:4
**between** 24:21 55:24 66:23 93:1 121:1,25 132:1,11 143:3 144:18
**beyond** 35:9
**Biehl** 1:18 2:4
**big** 68:10
**binder** 73:1
**bipasses** 34:25
**Bishop** 2:16
**bit** 27:15 32:4 54:1 65:1 72:6
**bitter** 83:1
**blame** 70:2,10,19
**blamed** 70:7
**blurt** 9:19
**board** 17:21
**Bob** 5:16,22 36:21 64:23 99:1 104:25 117:18 152:1,15 157:11 158:3
**body** 11:19
**born** 104:24
**borrow** 85:13
**boss** 59:9 110:3
**both** 107:7 129:8 139:9
**bother** 135:4
**bottom** 117:25 157:25 158:8,12
**box** 94:4,8,11 95:18 96:17 140:6 142:17
**boxes** 93:24 95:18 145:14,16 152:21
**branch** 21:15,16,24 22:5,20 30:13,15,15
**branches** 20:10 21:13 21:21 22:6,10
**break** 48:1 64:21 138:9
**Brian** 2:20
**briefly** 10:11 11:19 29:14 77:8 80:21

**bring** 97:18
**brokerage** 123:18
**brought** 19:1 41:25 42:3 43:4,13 49:20 60:17 68:21 97:3,11 97:22 106:19 109:9 113:5,6 115:19 116:16 118:3 120:8 121:12 128:2 136:6,8 154:23
**budget** 34:7 35:7,16 57:17,19
**building** 79:23,25 80:1 80:2
**bunch** 38:25 39:7
**bus** 7:9
**business** 10:19 66:12 67:2,11 114:4 162:25
**bypassed** 34:20

**C**

**C** 1:8 2:9
**California** 10:17 11:15 11:16 13:3,22,24
**call** 5:14,14,16 18:7,8 60:19,19,20,22 98:2 113:7 116:11,23 117:6,13 118:10,15 118:21,23 119:13,14 119:17,18,23 120:2 137:16
**called** 7:22 22:14 55:9 65:12 83:8 113:6,8 130:2,5
**calling** 39:25 164:10
**calls** 28:9 36:13 40:9 43:19 50:13 64:9 75:3 101:10 127:13 133:21 150:24
**came** 15:19 17:21 26:20 36:6 68:20 97:24 98:1 99:20 112:14 118:20 119:1 121:1 124:8 125:25 136:15,18,21 137:21
**cancel** 86:3 87:3
**cancer** 19:4,23,25 81:23 82:2,15 83:6 83:10,11,18
**capabilities** 78:10
**capacity** 52:16
**capital** 118:1
**care** 54:20
**carried** 62:24
**carrier** 39:23
**cars** 11:22
**case** 6:8,11,20 7:4,7 13:9 31:9 32:12 34:15,16 38:21 49:18 49:24 50:1,6,17 51:4 51:10 53:15 54:11 75:7,17 77:11,13,19 77:24 91:18 92:19,21 95:3,6,8 107:5 116:10 134:16 145:9 164:16,19
**cases** 6:5,6 7:4 45:25 89:21 101:3
**categories** 140:6 141:24 142:17
**category** 141:8
**CC000365** 158:20
**Center** 2:11 12:3,9
**centered** 56:7
**certain** 7:18,18 18:9 46:7 100:17 152:4 162:14 165:11
**Certainly** 144:4
**Certified** 1:21 169:5
**certify** 168:3 169:18
**chain** 31:4 112:18
**chance** 9:20 117:22 139:13
**change** 7:20,21 13:2 20:25 22:23 23:17,25 30:6,10 84:11 157:13 157:18
**changed** 13:12 20:19 151:20
**changes** 20:4 91:15 168:7
**characterization** 143:21
**characterize** 143:23,24
**characterized** 146:15
**charge** 20:22 21:19 22:24 29:20 40:6,24
**charged** 21:23
**check** 28:16 39:2,19,22 50:4 57:9 68:8,12 114:13,17
**checked** 63:14 67:7 93:24 95:18 96:17 131:20 140:6 142:17 145:14,16 152:21,22 152:24
**checking** 50:2
**Chelsea** 2:20
**chiding** 105:7
**chief** 22:14
**child** 104:24
**chosen** 36:20
**Chris** 58:16,25 59:8 60:5,12,20,24 61:19 62:6 63:12 87:9,19 96:25 97:14 98:3 110:4,11,12,14,18,24 112:20,23 113:8,13 115:12,14,18,20,22 116:14 120:4,6,11 121:6,10,11 122:9,18 122:22 123:2,7,21,24 125:1,4,9,25 126:5,7 126:20,25 127:2,9 128:2,4,13 129:4,6 130:20 131:10,15,19 131:19,20,23,23 136:20,21 137:6,10 137:13,14 138:1 140:12,21 141:21 142:24 144:20 161:10 162:25
**Christmas** 85:18 87:21
**Chris's** 63:10 116:13 131:3,5
**Chuck** 131:13,20,20,24
**church** 85:16,17,24 86:21 87:21
**CIRCUIT** 1:1
**city** 1:6 2:8 6:11 14:3 15:10 16:6,8 19:19 24:24 38:24 39:1 58:17,25,25 59:9,9 60:9,12,24 61:1 68:23 70:13 73:18 75:20 76:5,21 77:2 83:13 88:16 97:15,15 98:3 110:5 113:10,14 113:17,19 114:2,2,5 114:12,23 115:1,1,2 115:9,9,21 121:7,14 122:23 123:3,8,9 126:10 129:23 134:18,19,25 135:2 137:11,11 163:1,1 168:24
**city's** 125:18
**Civil** 1:3 168:24
**claim** 50:11 51:13 52:4 52:7,10,22,23 53:3 65:8,23 68:16,17 69:2,13,16,25 96:7 145:10
**claimed** 135:16 137:16
**claims** 11:3 39:17,20 117:2
**clarify** 147:11
**class** 91:13
**clear** 84:14
**clerical** 20:22 21:16 22:3,4,12,20,25 30:12
**clerk** 22:21
**client** 5:20
**close** 80:14 87:9
**Coast** 29:1,2,9,25
**coffee** 12:9
**collected** 61:15
**collecting** 129:7
**collection** 62:7
**collective** 103:20
**college** 10:16,17 11:5,7 11:18,25
**column** 96:19
**come** 18:7 25:3 62:14 66:2 72:22 85:22 86:11 99:12 109:17 117:5 119:6 122:8 128:21 146:8
**comes** 137:7
**comfortable** 5:13
**coming** 112:15 124:1,3 124:21
**command** 112:18
**commencing** 1:17
**comment** 95:12 96:9 139:6 141:9 142:2 145:19
**comments** 68:14 76:1 93:11,14,20 95:10 131:3,5 139:11 142:1 142:4,7,9,11 143:10 143:13,25 144:4,8 145:25 146:16,18 147:5 148:12,22 149:2,3,7,11 151:13 151:15,17,18 154:2,5 157:14,16,19
**Commerce** 67:8
**commission** 71:10,12 71:15,17 72:2,11 127:5,6 130:6,12,17 130:21 131:4,6,11 132:1,12,15 133:11 134:5,23
**commit** 7:18
**common** 61:23 64:16 90:9,12,16,23 160:10
**communications** 146:8
**comp** 49:17,20,24 50:1 50:5,10,17 51:4,10 51:13 52:3,7,21,23 53:2 54:10 65:7,23 66:18 67:24 68:5,17 69:13,16,25 73:2,3 75:6,17 92:19 95:2,7 95:8 96:7 103:6 145:10
**company** 10:24,25 19:13,14 64:6 67:9 97:1,2,15 128:11
**company's** 123:15
**comparable** 15:2
**compare** 145:24
**Compared** 27:10
**compensation** 53:15
**complain** 118:25
**complained** 117:8 140:20 141:20 161:9 162:24
**complaining** 111:19
**complaint** 58:15 59:5 70:14,18 71:22 109:3 111:8,15,17 112:10 122:13 135:3,21 137:8 140:11 163:10
**complaints** 142:23 161:25 162:3,5,17
**completed** 88:23 154:23
**completing** 56:8 159:11
**completion** 56:12 88:20 102:19
**compound** 127:12 149:4
**computer** 61:3,6 63:10 120:21,24 137:15
**computer-aided** 169:11
**concern** 99:10 110:2,4 110:6,8 155:22
**concerned** 19:18 63:12 83:2,3,13 99:8
**concerns** 85:3 136:13
**concluding** 9:24
**conclusion** 50:13 66:2 68:19 69:1,25 122:20
**conclusions** 65:24
**condemnation** 6:11
**condominium** 27:2,6 27:17 28:24 29:21
**condominiums** 27:25 28:4 29:3,23
**condos** 30:1
**conduct** 114:3 115:2,7
**conducted** 129:23
**conducting** 162:25
**confidential** 160:4
**confirm** 35:21
**conflict** 131:22
**confused** 53:6 54:2
**confusing** 53:24 165:12
**confusion** 9:7
**conjunction** 52:3,7 53:14 65:7,22 123:25 145:9
**connection** 49:17,19 50:16 51:3 53:2
**consecutively** 51:20
**consists** 137:12
**construction** 13:14
**constructive** 144:1,2,8 144:13 146:16,18 147:23 148:11,22 149:3,7,11
**consult** 57:22 58:5,20 59:12,15 124:24 134:12,23
**consulted** 134:8
**consulting** 44:1
**Consumer** 67:8
**contact** 18:6 52:12 112:21
**contacted** 18:5

**contacts** 18:1,3
**contain** 149:2,7
**contained** 75:4 103:3 149:11
**contemplated** 24:1
**contemplating** 57:10 57:11
**context** 49:9 51:10 73:6 74:17,21,25 75:13 89:2 94:25 96:6 103:2 133:23 145:5 145:12
**continued** 143:15
**continuing** 51:18 160:8
**Cont'd** 4:1
**convention** 51:19
**conversation** 9:1,10 97:23 100:21
**conversational** 9:25
**copy** 68:6 158:8
**Corporate** 1:19 2:5
**CORPORATIONS** 1:10
**correct** 15:9 29:16 39:15 41:24 49:13 54:7 60:14 66:16 74:7 94:13 97:17 102:24 108:13 116:23 140:13 142:5 146:9 165:6 168:5
**corrections** 168:6
**correctly** 150:13
**counsel** 2:1 33:15 39:10,13 109:19 113:25 129:15 134:8 134:12,24 162:19 166:24
**counseling** 125:9,12,17 125:22 159:3,17,24 160:1,3,12 163:5
**counselor** 125:19 158:25
**count** 26:25 28:5
**county** 1:6 2:8 12:20 13:19 14:4,25 15:11 16:6 24:24 168:24 169:2
**couple** 8:22
**course** 18:24 25:7 31:3 34:9 38:2 43:6 88:16 154:9
**court** 1:21,24 9:5,7 54:3 77:11 78:12
**coverage** 39:16,19
**covered** 12:13
**covering** 153:4
**creating** 70:4
**credibility** 8:3 50:14 51:13
**criticism** 147:23
**criticisms** 144:13
**CSR** 168:25 169:25
**current** 26:17 61:7 65:10
**currently** 26:9
**cut** 86:14 158:8

**D**

**D** 3:1
**daily** 80:12,14
**data** 62:8
**database** 61:15 62:7 63:14,15,18 129:6,12
**date** 18:15 26:15 88:15 88:15,17 91:15 95:23 96:22 103:21,21 108:14,18 109:6,7 129:16 147:13 153:3 153:17,20 154:6 161:12 162:24 163:4 168:11
**dated** 64:13 149:25 169:22
**dates** 57:21 153:18
**David** 121:16,19,22,25 122:5,8 126:23 127:2 127:9 128:4,13
**day** 90:7 100:13 102:2 124:10 168:17 169:22
**daylight** 8:18
**days** 71:22
**day-to-day** 30:6
**DCCA** 67:7,13
**deal** 43:25 48:19
**dealing** 57:16
**Deals** 56:25
**dealt** 30:14 47:15 49:9
**death** 7:13
**decided** 61:2 106:23 116:12 120:20
**decision** 14:11 29:8 30:24
**declining** 86:13
**defendant** 2:14 135:1
**Defendants** 1:11 2:8
**delay** 106:25
**delivered** 150:2,16
**deny** 65:11
**department** 12:10 57:15,16,17 67:7
**departments** 11:13
**depended** 41:7
**depending** 41:9
**depends** 37:16
**deposition** 1:15 3:8 4:2 5:23 6:8,10,14,15,25 7:2,11,23 8:6 32:25 64:22 77:19,22 92:14 94:15 103:15 138:10 139:4 167:3 168:3,4 168:5 169:4,16
**depositions** 51:22
**describe** 132:3
**described** 34:13 46:11
**describes** 165:15
**describing** 47:17
**description** 3:9 4:3 95:12
**detailed** 100:8
**details** 56:10 119:10,11
**determination** 122:17 127:5
**determine** 65:16 66:24 116:8 122:14
**determined** 110:18,24 111:12
**determining** 110:14
**dictated** 35:12
**die** 88:2
**died** 16:16 17:13
**difference** 93:1
**differences** 139:10 148:6,7,8
**different** 5:16 6:24 11:12 13:15 18:21 62:4 144:4,6,7 147:4
**difficult** 9:25 36:7,10 36:15 84:10 116:10 116:12
**difficulties** 143:16 154:10
**difficulty** 85:11
**dinner** 85:20
**direct** 126:17 135:17 136:17 160:13,15
**direction** 169:12
**directions** 155:4 159:11,13 160:9
**directly** 30:13 37:13,19 43:5,17,25 116:1,5 161:5
**director** 31:6,7 34:6 35:6,16,22 108:18
**director's** 89:10
**disagrees** 143:18
**disciplinary** 38:10 41:15 42:21 44:2 57:7 58:1 70:24 123:21,23 124:4 126:19 163:5
**discipline** 40:7,10,12 40:24 42:23
**disclosing** 112:7
**discourage** 114:5
**discovered** 83:6,18,23
**discuss** 20:3 55:17 70:23 120:18 130:25 155:23 156:24 164:8 166:3
**discussed** 45:9 46:15 47:2 104:5 131:6 165:18
**discussing** 19:17 165:9
**discussion** 10:6 18:20 23:21 77:14,22 100:7 100:20 104:9,14,15 117:14 133:13
**discussions** 60:4 84:17 100:18 122:9 154:20 154:21 165:23
**Dishwasher** 12:1
**disobey** 160:8
**disobeying** 160:14
**dispute** 47:18
**dissatisfaction** 150:1 150:15,23 152:6
**dissatisfied** 149:21
**dissolved** 67:13,14
**distinctions** 15:5
**distinctly** 100:4
**distress** 70:20
**DISTRICT** 1:1,2
**divide** 25:2
**division** 15:11 20:4,7 20:11 21:8,9 24:13 26:22 37:17 40:6,7 40:23,25 41:13 57:14 61:24 78:18 79:16 80:18 81:3,8 89:19 90:10 126:8,12 128:16 130:11 166:9
**division's** 78:3
**divorce** 66:19 83:2,25
**doctor** 83:22
**document** 73:5,14 74:7 74:15,18 91:4,5,7,11 92:15,24 94:20,23 96:4 102:13,16,17 103:1 108:16,17 138:15,20,24 139:16 144:11 145:1,3 149:11 152:15 165:20
**documentation** 161:11
**documented** 161:9,17 161:20,21,22 162:17
**documents** 32:24 33:7 33:14 48:12,20,24 65:15,17 68:11 69:19 73:8 74:19,22 92:20 147:7
**DOE** 1:9,9,10
**doing** 11:9 25:7 40:1 58:16,25 59:8 60:9 61:1 66:24 81:2 93:13,17,19 96:25 97:14 98:3 110:13 113:9,13,16 114:21 115:9,14,20 116:8 121:6,13,14,23 122:6 122:18,23 123:2 128:5 129:5 133:25 134:1 138:1 140:12
**done** 10:9,11 33:15 40:14 41:10 50:21 51:3 61:4,24 93:6 107:3 109:11 110:5 110:10,14,18,25 116:14 117:5 128:13 140:11 141:20 164:4 169:16
**down** 7:17 9:5 94:8 98:1 140:4 155:14 169:10
**downhill** 88:6
**Dr** 68:4
**draft** 155:10 157:10
**drafting** 155:12 157:15 157:19
**drew** 69:1
**dropped** 85:12 142:18 153:23
**due** 68:18 86:4 87:3 103:20
**duly** 5:2 169:7
**duplicate** 138:18
**during** 38:11 68:22 70:5 76:20 77:2 79:23 84:3 85:6 92:18 99:3 104:21 126:15 141:5 156:5 159:22
**duties** 20:24 22:23 30:6 136:12

**E**

**E** 1:3 3:1,7 4:1
**each** 22:9 83:1 93:25 101:3 124:8 164:2,2
**earlier** 22:1 48:10 51:21 52:25 53:21 73:8 109:3,4 118:25 146:15 159:1,8
**early** 84:2 97:3,5
**earth** 8:11
**Easter** 86:21,21 87:23
**easy** 31:20
**economics** 10:18
**educated** 37:1,3
**educational** 10:12 25:21
**effect** 98:5
**effective** 88:17 90:6 91:15 108:10,18
**efficiency** 20:14
**eight** 90:1,6,8,20
**Eileen** 110:23 111:16 112:13 116:3 124:24
**either** 13:10 33:10,10 43:2 58:23 81:2 86:21 106:20 116:2 122:8 165:22,25
**elected** 169:13
**email** 3:22,23,24 4:7,8

4:11,14,16 58:24 97:22 100:16 101:3,9 101:13,15,22 109:15 109:16 110:2 114:20 116:15 117:15 119:7 119:19 122:14 124:8 124:9 125:25 129:25 149:19,20 156:11,17 156:21 161:2,4
**emailed** 105:15
**emails** 33:8,9,12,13 101:7,19 109:20,21
**emotional** 84:6,18
**employed** 169:19
**Employee** 125:17,18 159:18
**employees** 67:1 94:9 114:2 130:14,16 159:19 160:3,4
**employee's** 93:4
**employer** 62:21 66:9
**employers** 12:11
**employment** 3:10 11:7 27:21 32:17 48:25 49:7,20 50:16 51:9 51:23 52:2 53:9,13 65:3,20 67:19 68:23 68:25 70:5 75:20 76:5,21 77:2 79:24 80:3,6,8 82:25 84:4 126:11
**enactment** 12:23
**encountering** 154:10
**encourage** 160:2
**encouraging** 160:11
**end** 8:10 17:19 52:24 56:1 80:8 86:8 90:4 106:17,22 108:10,19 124:10
**ending** 88:15 153:19
**English** 1:3 2:19 15:24 16:1,2,7 17:21 18:4,9 26:19 27:10,11,16 28:25 33:19 40:23 41:12,16 42:3,22 44:2 47:3 52:2,15,17 52:19 53:9 54:15,18 54:21,23 55:18,24 56:7,11 60:17 65:4 66:9 70:2 71:9 72:1 72:10 77:25 79:15 91:13 125:23 135:14 135:16 136:23,24 137:2 139:12 140:20 163:6 168:24
**English's** 29:9 94:21 96:25 138:17 161:8
**enough** 23:15 57:2
**entered** 38:25 39:6
**enthusiastic** 75:25
**ENTITIES** 1:10
**equipment** 59:1,10 97:2,16 113:14,15,19 114:3,6,12,23 115:10 122:24 123:3 137:12
**equivalent** 15:6
**ESQ** 2:4,10,15
**essence** 138:2
**essentially** 13:9 90:7 95:19 105:13 142:2
**establish** 110:9
**established** 49:10
**ethics** 59:5 70:14,17 71:9,12,14,17,22 72:2,11 127:5,6 130:1,6,12,17,21 131:4,5,11 132:1,12 132:15 133:9,11 134:5,14,23 135:20
**evaluation** 3:13,14,19 3:20,21 4:9 43:1 76:2 92:25 93:2,3,6,10 94:22 124:20,23 138:16 140:4,10 142:18,22 143:1,3,9 145:15 147:18,19 148:10,17 151:2,7 152:17 156:1 161:14
**evaluations** 43:4,7,8 148:21
**Eve** 85:18
**even** 19:22 38:5 48:5 53:10 83:12 128:12 134:11 160:1
**eventually** 88:2
**ever** 17:6 43:16,25 44:11 45:15 47:16 48:25 72:20 78:16,18 81:25 94:23 96:3 99:16 100:25 114:25 123:20 125:3,8 126:4 128:21 133:1 160:16 166:18
**every** 42:10 142:2,16 148:16,18
**everyone** 31:4
**everything** 31:6 70:7,8 70:20
**evidence** 42:16 59:21 64:11 72:4,13 107:16 123:5 127:21 128:19 132:7 135:17 148:16 160:13,15 166:14
**evident** 159:15
**exact** 28:18 67:17
**exactly** 46:21
**Examination** 3:5,11 5:5
**examined** 5:3
**example** 30:25 31:9 48:24 143:14
**examples** 9:9
**exceeded** 94:6 107:13 107:24
**exceeds** 94:1 96:18 140:4,7 141:24 142:18
**except** 47:23 65:7 78:18 94:1 132:3 148:10
**exception** 38:2 43:6 79:5
**exceptional** 151:18
**exceptions** 38:19 78:21 78:24
**excuse** 6:9 16:22 129:14 131:12 140:22
**exhibit** 51:15,18,20 53:8 65:2,9,25 66:7 69:1 72:18,21 73:10 73:11 74:11,14 75:8 75:10 76:3 79:12 88:8 89:5,8 90:24 91:2 92:11,14,24 93:12 94:16,19 95:20 95:25 96:3 98:13,16 98:18 99:17 100:9,12 100:13,23 101:1 102:9,12 103:12,15 103:22,25 105:13,18 106:8 108:20,23 112:21 116:15 117:25 119:1 121:3 138:4,7,12,13 140:23 141:19,19,23,25 142:1,6,10,13,15,15 142:16,21 143:11 144:5,8,13,15,18,18 144:22 145:16,20,23 146:1,14,16 147:5,14 147:15,20,22 148:3,4 148:25 149:12,14,15 149:24 150:20 151:6 151:23 152:9,12,16 156:7,10,22 157:2,5 157:14,20,23,25 158:15,16,17,19 160:24 165:14
**exhibited** 150:20
**exhibits** 3:9 4:3 33:2 51:19 68:9 102:3 105:14 158:13
**expected** 47:2
**experience** 77:1,3
**expert** 78:4,14,17 79:9 79:9,17 107:4
**expert's** 77:21,23
**explain** 6:25 72:6 73:20 148:5
**explanation** 8:24 141:17
**extend** 91:24 158:6,23
**extension** 159:4
**extent** 42:15 50:13 62:3 75:3 144:10

**F**

**face** 165:14
**faced** 8:1
**face-to-face** 16:3,4,4,5 17:25
**facing** 141:23 142:17
**fact** 36:8 82:14 139:17
**Factors** 140:3
**facts** 7:18 42:16 59:21 64:10 72:3,13 123:5 127:21 128:19 132:7 148:15 166:14
**fairly** 10:10 115:17 129:13 152:4
**fallen** 153:7,14
**false** 131:16
**familiar** 10:10 15:24 73:13 74:16 75:12,15 89:12 91:8,10 92:16 138:12,15,22 145:1,4 145:6 151:24 157:22 161:3
**familiarization** 146:25
**family** 14:13 64:1 81:22 82:20 85:24 86:13 87:17
**far** 26:9,16 44:4 46:8 46:21 47:21 50:8 61:7 64:14 70:13 72:6 100:6,7,20 108:18 114:11 120:21 121:22 124:20,21 125:15 128:6,10 129:12 130:15,18 131:22 132:9,14 133:9 164:3
**Fax** 1:25
**FBI** 131:19
**February** 52:24 90:6 97:6 108:10,10,19 109:6 114:19 120:3 121:2 122:3,10,14 128:24 129:17,20,24 137:18 142:23 143:2 143:4,8 161:10,18,23 162:1,20,23 163:2
**feedback** 57:6
**feel** 104:19
**fell** 83:19
**felt** 26:13 58:3 70:15 86:13 87:12 88:4 107:8 125:2 153:6,13
**fender** 11:19
**festivities** 86:4,14
**few** 81:9 87:15 154:24 160:7
**fewer** 15:8
**fifth** 94:8,11
**figure** 9:20
**figures** 26:17
**file** 70:17 72:23 75:5,6 75:16 89:4 95:1,4 103:4 145:7
**filed** 52:11,22,23 67:11 67:12
**files** 62:24 121:5
**fill** 18:24
**filled** 18:10 22:15
**filling** 18:16
**final** 34:8 37:16 151:11
**finance** 35:7,17 57:17
**financial** 2:11 18:25 68:22 70:12 83:3
**Financially** 85:10
**find** 7:3 44:17 54:4 71:16 120:19 122:18 139:4 148:11
**findings** 68:15
**fine** 5:18 47:22
**finish** 71:18 113:20
**finished** 9:12,15 33:18 33:25 34:2
**firm** 59:2
**first** 5:2 10:22,23 16:2 17:25 22:4 25:20 51:20 52:12 54:12,17 54:21 60:25 68:12 71:9 72:24 74:1 75:19 76:5 81:12 84:3,4 86:12 87:15 96:24 97:7,11,17 98:7 104:24 109:7,9 110:6,12 118:2 120:7 121:2 126:11 139:8 139:18 140:6 142:21 143:11 145:23 146:20 148:22 153:9 153:10 154:2 158:10 161:21 166:17
**fiscal** 34:7 57:18,19
**five** 6:1,3 94:1
**flat-out** 121:14
**floor** 1:20 2:5,11 80:7
**focus** 10:20 13:15
**follow** 159:13 166:9
**followed** 41:4 154:22
**following** 85:25 86:5 86:12 87:22 136:12 159:10 162:15
**follows** 5:4
**follow-up** 109:2
**foregoing** 168:4 169:4 169:13
**forgot** 21:25
**form** 24:4 73:18 84:5 84:16 91:1,3,8,10 93:25 96:17 102:16 123:4 128:18 132:6

139:16 143:21 147:6 153:15 154:17 160:23
**former** 62:21
**forms** 89:12,22
**Fort** 2:11
**found** 60:1 67:18,22
**foundation** 23:8 36:13 40:9 41:2,18 59:21 64:10 72:4,13 76:13 82:5 84:8 123:5 127:12 128:19 132:7 133:20 135:6 148:15 163:8 166:14
**four** 6:1,3 13:20 22:6 140:6,25 141:13 143:9 152:22
**frame** 99:18 100:2,6 107:22
**freely** 62:8
**frequent** 160:10
**Friday** 165:17
**friendly** 5:19
**friends** 81:10 87:9
**from** 10:17 11:18,24 12:9 13:20 14:14 19:2 26:8 28:18,19 29:17 34:16 35:2,5 36:8 38:8,24 51:20 60:3 61:16 62:21 64:6,18 66:13 78:17 80:24 82:25 89:17,23 90:19 92:6 99:22 102:23 104:3,7,13,22 106:10 122:13 125:9 127:4 129:18 130:6 135:17 136:15,18,21 137:2,6 140:4,7 142:18 144:4 146:8,8 146:25 147:4 149:19 149:20 153:4 154:18 155:4,15 156:11 161:4 162:5 163:22
**fulfilled** 107:7
**full** 5:8 90:5 169:14
**full-fledged** 17:20
**full-time** 20:2
**fun** 11:23
**further** 35:17 56:14 110:16,17 111:13 128:23 155:16 169:18

G

**gaining** 62:13
**gal** 31:19
**Gary** 1:7 2:8 17:7,11 17:13 32:14 34:17 36:4 37:14,17 39:7 41:5 42:13,19 43:10 43:17,25 44:14 46:3 46:6 47:6 59:8 60:11 60:23 64:2,6 97:1,14 98:4 109:8 110:10,25 111:1 112:22,24 113:1,4,12 114:25 115:8,16,18 116:1,5 122:15 127:7 128:3,7 128:9 132:1,11,14,22 133:4,5 134:4,18,21 136:20,22 137:10,13 140:12,21 141:21 142:24 144:20 161:5 161:10 162:25 163:4 163:13,22 164:1,3,5 164:7 165:18
**Gary's** 132:23
**gathering** 86:15
**gatherings** 87:6
**gave** 7:24 18:15 148:19
**gee** 116:22 134:7
**general** 47:1,3 133:9
**generally** 41:11 43:8 75:18 76:3
**generated** 89:17
**gentleman** 16:24
**Georgette** 22:21
**gets** 9:20 35:16
**getting** 53:5 54:1 137:1
**Gima** 1:8 2:9 29:12,18 29:24 43:5,9,14,16 43:25 44:4,7,14 46:2 47:6 55:24 63:14 80:22 97:18 104:3 105:22 106:6 107:7 129:1,2,3,6 134:18 136:10,15,18,22 137:13 139:17 146:8 149:19,20 150:22 152:5 154:20 156:11 157:24 158:2 159:7,9 159:14 160:1,21 161:4 162:4 164:5,7 166:21
**Gima's** 4:15 33:13 43:23 154:19 157:9 157:24 160:14
**give** 8:24 9:17 10:11 19:19 37:2 104:23 130:2 135:7
**given** 36:7 78:18 79:10 85:11 124:6,16,18 135:9
**giving** 7:25 9:4 108:14
**GK** 1:8 2:14 62:24 63:1 63:2,4,9,23 115:3 121:20,23,25 122:6 122:23 123:2 127:8 128:8,16
**go** 6:19 8:10 31:13 32:9 32:10 33:17 35:2,5,9 37:14 38:1,9 42:7 46:6 48:2,7 54:4 68:3 68:7 81:13 85:19,20 88:20 90:19 91:25 106:14 112:22 113:22 116:1,5 125:9 148:2,3 158:6
**goals** 20:5
**goes** 7:9 31:7 34:24 35:11,19,20 46:5 148:4
**going** 6:19 7:20 8:14,15 9:19,22 10:7 37:13 47:25 48:3 65:16 68:3 73:9,9 84:14 86:3 88:6 93:8,22 98:15 104:12 106:8 116:2,6,19 117:2 118:6,22 120:19 124:3,21 129:15 131:25 132:15,18 136:5 137:12,14 148:15 149:2,6,21 158:14 159:15
**Gold** 29:1,2,9,25
**Golojuch** 52:1,12,18 53:1,8,13,16,19,22 53:25 54:9,13,18,22 55:2,7 57:3,13,22 58:5,19,23 59:15,24 70:22 71:23 110:21 110:22 111:2 112:14 112:15 116:2,3,4,6 124:25 130:25 131:7 163:15
**Golojuch's** 56:18,21 71:25 72:9
**gone** 72:2,11 84:10 106:21 111:1,1 140:3 160:23
**good** 5:7 8:20 24:10 31:11 47:12 78:10 87:13 105:10
**good-natured** 105:7
**gotten** 76:7 86:20
**government** 25:25
**graduated** 10:17 11:18 11:24
**Graff** 58:16,25 59:8 60:5,7,12,20,24,25 61:13 87:9,19 96:25 98:3 110:4,12 120:4 120:6,11 123:7,21,24 125:4,9 126:5,7 127:9 128:3,5,13 129:4 130:20 136:20 136:21 137:6,10,13 140:12,21 142:24 144:20 161:10
**Graff's** 61:3,19
**ground** 6:20
**group** 25:24 29:3,21 30:1 62:23 64:18 81:7 106:3
**grow** 13:22,23
**guess** 37:1,3 39:23 41:7 67:11 84:13 107:21 131:22 153:4
**guessing** 35:21
**guidelines** 25:19 26:2,7
**guts** 151:13
**guy** 31:19 35:13,22
**guys** 25:10

H

**H** 3:7 4:1
**half** 9:17 158:12
**Hallstrom** 62:23 64:18
**hand** 155:12
**handle** 46:7 125:2
**handled** 27:12 29:21 41:8
**handles** 38:10
**handling** 27:7
**handouts** 147:2
**handwriting** 157:25
**Hang** 46:12
**happen** 7:14 45:17,24 60:1,6,8 78:17
**happened** 59:23 97:25 99:19 106:15 109:18 111:10 116:9 137:21 165:15
**happy** 5:14 9:22
**harassment** 111:8,20 116:7
**hard** 9:23
**having** 5:2 8:2 18:25 60:12,23 68:22 70:12 85:11 99:14,23 124:25 125:4 130:17 130:20 143:16
**Hawaii** 1:2,20,21 2:6 2:12,16 10:15 12:5,7 67:8 169:1,6,22
**head** 9:4 22:8,19,21
**health** 19:19 86:4,13,16 87:3
**hear** 82:6 96:24
**heard** 19:14 45:1 71:21 93:19 97:7 109:7 118:20 119:14 132:17,21 137:15,16
**held** 10:6 18:15 23:21 117:14
**help** 23:3 62:11,12 70:5 85:14
**helping** 164:2
**her** 22:23 63:15 68:5 82:2 136:12 152:7 162:6
**Herbert** 132:25
**hereof** 169:21
**hereto** 169:20
**hey** 7:23 118:10
**Higa** 16:25 17:1
**high** 10:12,14 14:16
**higher** 128:22
**him** 17:25 18:1,13,14 18:15,18 19:21,22,23 19:25 20:6 36:6 39:25 47:15 55:9,11 55:13,17 56:8 58:6 58:13,15,18,20,20,21 58:23 60:17,20 61:1 62:12,15 70:6,6 71:5 77:4,7,12,22 80:12 80:13 81:13,14 83:10 83:14,16,25 84:9,12 84:17 85:2,4,7,11,12 85:13,14,17,23 86:1 86:2 87:5,16,21 98:9 98:10 99:16 100:21 105:11 112:8 113:2,9 115:19,21 119:12,15 120:1,19 121:12,14 124:5 125:16 129:5 133:8,15 134:22 148:19 159:16,17,23 160:2,11 163:11
**hire** 30:24 31:9,10,11 35:13,22
**hired** 15:10 16:5,7 18:5 26:19 31:25 32:21 38:7 48:15,16 49:11 74:2
**hiring** 19:20 30:17,18 30:20 33:19 34:11 35:23 36:5 37:9 48:20,22,24 49:4
**hit** 7:9
**hold** 165:11
**holidays** 81:15 85:6,9
**homeowner's** 39:23
**Honolulu** 1:7,20 2:6,8 2:12,16 5:11 13:16 14:4,19 15:3,11,16 16:6 24:24 168:24 169:2,22
**hopefully** 84:11
**horn** 159:7
**Horne** 125:10,19 158:3 158:25,25 160:7
**hour** 48:1 138:9
**hours** 155:3
**house** 85:8 86:1,11,24
**huge** 10:8 65:15
**huh-uh** 8:24
**human** 31:5 34:6 35:11 35:12,19,20,23
**hundred** 33:2
**hungry** 48:4
**hurt** 106:24

I

**IAAO** 25:14,16,19,20 25:21 26:8
**IAS/CAMA** 147:1
**idea** 26:6 27:4 28:4,19 28:19 102:4 155:19 155:21 158:23 164:6 164:15,18,22,24 165:1,5
**identification** 51:16 72:19 73:12 74:12 75:9 79:13 89:6 90:25 92:12 94:17 96:1 98:14 100:10,24 102:10 103:13,23 108:21 138:5 144:16 149:16 152:10 156:8 157:3 158:18 160:25
**identify** 62:17
**II** 15:1,3,15 18:12,17 89:24 90:19 91:14 92:7 102:23
**III** 89:24 90:20 91:14 92:7 102:24 104:7,13 106:10 140:24 141:5 141:17
**illness** 19:2,3,17
**immediate** 29:10 41:3
**immediately** 27:17 140:16
**impartial** 164:3
**impeachment** 7:22
**implement** 35:23
**important** 7:14,16 8:6 118:14 151:12,14,15 151:19
**import-export** 67:2
**imposed** 166:8
**impossible** 36:10
**improper** 122:15
**improve** 20:14
**improved** 154:25
**improvement** 142:12 151:16
**inaccurate** 67:19
**inadequate** 24:3,6
**Inc** 1:8,24 2:14
**incident** 47:16 54:19 54:25 55:17,19,22 59:6 111:11 119:14 163:21
**included** 21:15 22:2 45:12,18 69:4 73:7 137:14 165:25
**including** 70:11 161:13
**inconsistent** 8:2
**incorrect** 72:14
**increase** 20:13,15
**increasing** 20:17 23:1
**indemnification** 38:23
**indemnify** 39:1,8
**independent** 154:18
**independently** 154:11
**indicate** 61:4,6 88:23 137:25
**indicated** 17:25 66:20 166:24
**indication** 74:8
**indirectly** 82:2
**individual** 26:23 77:1 151:10,21
**individually** 38:21
**individuals** 44:24 50:8
**informally** 40:1
**information** 50:3,5 61:16 62:8,12,14 63:9,16,19 64:16 66:6,15,17 67:10,21 67:24 68:10 69:3 76:11,14 80:24 81:1 112:5 129:8,8 136:15 136:21
**infraction** 42:11 59:19
**initial** 49:4 59:6 73:22 74:3 84:21
**initially** 63:11 92:19 97:24 109:2 111:8 112:23,24 115:15 120:9 127:1
**initiated** 33:11 44:13
**injuring** 83:21
**inquire** 63:8
**instances** 7:13 160:18
**instead** 37:13 116:1
**instruct** 9:18 112:8
**instructed** 115:22
**instruction** 155:17
**instructional** 147:2
**instructions** 98:4 136:13 154:21 160:8 160:14 162:15
**instructs** 23:10
**insurance** 10:24,25 39:16,19
**intended** 20:4
**interacted** 87:14
**interacting** 81:16 87:13
**interaction** 81:6,7
**interested** 169:20
**interim** 16:11
**interior** 141:3
**internal** 151:13
**International** 25:16
**interrupt** 113:24
**interrupting** 129:14
**interview** 30:22 31:2 31:12,21,24 32:5,6 32:16 34:14,16,24 37:11,18,21 83:9
**interviewed** 31:15 58:21 130:3,12,17,21 131:4,11
**interviewing** 83:12
**interviews** 18:14
**investigate** 60:15
**investigated** 112:20
**investigating** 128:23 135:2
**investigation** 68:24 115:7 122:12 129:23 130:1,3 136:19 137:1 137:12
**invite** 81:14 85:7,17 87:5
**invited** 86:1
**inviting** 85:23
**involuntarily** 67:13,14
**involve** 57:2 112:17
**involved** 29:22 36:2,3 37:19,20,23 41:6 42:1,20 43:3,6,7,13 48:12 49:25 58:11 65:16 78:11 110:11 110:25 111:6,15,17 122:15 123:20 128:8 131:19 133:2,19 159:3,24 163:5
**involvement** 42:14 46:4 127:8 128:6,11 131:21 133:18
**in-house** 111:5 125:2 129:9,11
**irresponsible** 125:15
**islands** 128:10
**issue** 162:21
**issues** 45:10 46:15 73:18
**item** 152:23
**items** 152:22 155:2
**IV** 15:7,15,18 78:1 104:8,13 106:11 108:7 141:6,7 154:12
**IVs** 78:4,19 79:10

J

**JANE** 1:9
**January** 52:13,18 54:24 55:16 58:5,22 69:6 70:23,25 71:5 71:11,20 72:1,5,10
**jaywalks** 7:8
**job** 10:22,23 12:4 14:2 14:3,5,7 34:21 61:19 67:5 73:1 111:7 123:13,16 127:1 155:5 159:12 161:13
**jobs** 11:17,24 12:6
**JOHN** 1:8
**Join** 163:17 166:15
**JPR** 150:2,15,19,23 152:6 156:13,25
**judgment** 38:24 39:6
**July** 104:9
**jump** 9:17
**June** 74:9 90:4 96:15 140:19 148:3 153:5 169:23
**just** 6:20 8:12,20 22:2 25:7,12 35:12 37:23 41:11,23 44:24 47:1 47:22 50:19,21 51:2 55:9 57:9 60:22 62:7 67:9 69:3 70:6,20 77:16,20 81:22 82:20 88:5 93:8 101:6 106:14 109:20 112:3 117:4,19 118:10,14 118:20 120:1,18 128:5 129:15 133:9 137:17,22 140:22,23 141:1,11 145:24 147:22 148:15 150:2 150:16 154:18 159:11 162:18
**justified** 70:21
**J.C** 11:8,14 12:3,8,12

K

**Kabasawa** 105:24 106:4
**Kawashima** 2:10
**keep** 25:10 120:15
**keeps** 88:5
**Kennedy** 68:4
**kept** 13:10
**kick** 104:23
**kid** 12:15
**kidney** 19:6
**kind** 6:5 8:3 10:1 20:5 25:10 44:1 47:18 53:24 61:10 71:21 73:17 78:6,8 85:1,24 86:22 87:5 106:14 118:25 121:6 123:16 124:4 162:21
**kinds** 33:7 81:20 82:18 85:23
**King** 1:20 8:19 168:25 169:5,25
**knew** 47:21 63:15 72:9 85:5 125:8 155:21
**know** 6:20 9:2,13,14 16:1 18:20,24 24:23 26:9,21 27:11 28:17 31:22 32:3 34:15 36:8,21,23,24 37:7 40:2,11 42:19 43:21 43:22 44:5,13 45:4,9 45:12 46:8 47:2,10 47:14,14,23 49:8 51:22 55:9 56:10 60:22 62:10,11,13,14 62:23 63:3,16,18,20 63:22,23 64:2 67:16 68:10 70:14,15,19,19 78:10,21,24,25 79:1 79:2,5 83:1 84:14 85:3,13,14 86:14 87:7,12,13,18 89:1 93:7,18,19 94:10,20 98:22,25 101:17 102:7 103:16,25 105:19 107:6 108:23 110:15 112:14 113:9 113:16 115:19 116:13 121:16,19,22 121:24 122:5 123:6 123:15,16 125:6,21 128:9,12 129:10 130:10 132:2 133:12 133:17 134:15,16 135:13,16 136:1,2 138:2 147:20 149:1,5 149:8,10 151:1 152:13,15 157:5 158:9,11 159:16 160:17 165:4,8 166:2 166:4
**knowing** 87:11
**knowledge** 37:2 43:24 44:3,6,11 61:19 78:11 126:6 128:11 128:20 131:22 140:20 161:16
**known** 5:12 64:5 169:4
**knows** 7:3
**Kurokawa** 1:7 2:8 17:8 17:11,14 21:20 32:14 34:17 36:4 39:7 41:5 42:14,20 43:3,10,17 43:25 44:14 47:6 59:9 60:11,23 64:1,2 97:1 109:8 115:1,16 122:15 127:7 128:3,8 132:1,11,14 136:21 136:22 137:13 140:12,21 142:24 144:20 161:5 163:4 163:22
**Kurokawa's** 64:6 97:15 98:4 115:8 137:11

L

**L** 2:10,15
**lacks** 23:8 36:13 40:9 41:2,18 59:21 64:10 72:4,12 76:13 82:4 84:8 123:4 127:12 128:19 132:6 133:20 135:5 148:15 163:8 166:13
**ladder** 31:8
**largest** 26:20
**last** 6:7,17 14:24 35:18

86:2 104:9 113:21 139:11 141:4 143:1 158:16 165:17
**late** 64:14
**lately** 25:13
**later** 7:19 46:22,24,25 48:21 49:1,14 100:14 102:2
**latest** 107:12
**Lau** 1:18 2:4
**law** 1:18 114:10,11
**learn** 46:22,25 81:11
**learned** 128:15
**learning** 143:15
**least** 60:3 74:4 79:8 84:23 87:14 131:21 165:16
**leave** 14:12 56:9,11
**leaves** 155:4
**leaving** 82:1 124:2
**Lee** 55:2 71:23
**left** 14:18,25 15:20,25 31:12 43:17 95:19 96:18 123:9 125:25 127:2
**left-hand** 93:25 152:21
**legal** 50:13 65:10
**legitimate** 36:24
**less** 28:11,13,22 33:5 136:5
**lesser** 151:7
**let** 45:3 50:12 60:16 75:2 112:3,4,8 138:11 140:25 141:2 148:14 164:9
**letter** 127:4
**letters** 118:1
**letting** 46:8
**let's** 10:12 16:4 27:15 31:22 76:20 89:15 93:4,7 143:7 148:2 161:21
**level** 15:19 18:17 30:15 41:8,9 64:7 118:14 141:6
**Liberty** 11:1 12:18
**life** 81:14,18,21 82:19
**light** 8:5
**like** 8:25 12:15 13:14 19:20 24:20 25:24 26:11 30:11,22 31:10 33:17 36:14 37:4,22 42:24 44:21 61:18 62:12,20 64:16 70:7 70:11 73:17 75:6,15 81:15,23 83:15 85:7 85:18 87:24 89:3,11 89:12 92:6 94:18 100:11 102:11 108:22 116:7 120:16 128:12 129:13 130:18 132:3 136:14 137:15 138:6,22 139:8 143:18 147:11 149:14 151:18,25 152:11 154:25 156:17 159:12 160:11 166:18
**likely** 5:16
**line** 33:16
**lines** 20:14 42:25 68:19 83:4 115:23
**listed** 140:6
**listen** 159:13
**litigation** 96:7 134:17
**little** 7:2 27:15 32:4 42:10 53:6 54:1,16 65:1 72:6
**live** 7:12
**lived** 14:13
**LLP** 2:10
**long** 13:18 44:20 81:13
**longer** 44:21 116:19 118:6
**look** 31:19 33:3,7 49:11 49:14,21 50:15 51:12 51:14 61:2 69:12,15 69:17 73:17 74:16 88:7 89:7 93:11 94:19 95:10 96:12 98:8,9 100:12 102:11 110:10,11 115:11 116:13 120:21,23 121:4 138:7 139:8,13 139:18 141:1,2,3 142:15 143:10 145:5 145:19,23 148:16,21 151:20,24 152:12 157:4,22 163:12
**looked** 13:6 25:12 33:4 33:13 49:22 59:22,25 62:20 64:12 66:1,18 69:11 73:2 111:9,12 143:12 148:18
**looking** 24:8 42:25 75:5,16 92:19 137:19 140:22 141:10
**looks** 75:12,15 89:11 91:10 92:16 138:22 145:4 151:25 156:17
**loop** 43:18,23
**Lorusso** 2:10,10 5:21 7:8 23:7,19 24:5,15 27:13 28:9,14 33:15 33:24 36:12 38:17 39:11,14 40:8,16 41:1,17,22 42:15 43:19 44:8 45:20 46:12 47:25 48:5,9 50:12,23 51:5,11 57:24 59:20 64:9,20 69:19 71:4,18 72:3 72:12 75:2 76:12,17 76:22 82:4,10,16 84:7,19 90:13,17 91:3 101:10,24 102:5 107:15 109:19,25 112:3,25 113:20,24 114:15 116:25 117:10,21 118:11,16 119:24 120:17 123:4 127:11,20,25 128:18 129:14,21 130:7 132:6,13,19,25 133:15,19,20 134:13 134:16,17,21,25 135:5,11,18 136:3,23 137:3 138:8 140:18 141:11 143:20 144:10 147:6 148:13 149:4 150:7,24 155:24 156:2 158:10 158:13 162:11 163:7 163:17,19 165:2,20 166:13,19,24 167:2
**Lorusso's** 133:13
**Los** 12:19 13:18 14:8 14:25 15:20
**lost** 23:12 106:21
**lot** 10:10 30:7 61:5 68:20,21 70:2 84:22
**loud** 55:23 56:2
**lunch** 48:4 64:22 86:22
**L.A** 13:25 14:15

M

**made** 23:18,25 29:8 30:24 35:10 81:9 109:3 110:3 116:12 125:16 128:23 129:24 135:14 140:11 144:19
**Magota** 1:8,15 2:8 3:4 5:1,7,9 168:2,11
**main** 110:4,7
**major** 7:14,16 21:7 31:23
**make** 7:1 14:11 20:5 24:10 32:6 68:14 76:20 84:14 117:19 140:23 158:15 159:19,20
**makes** 137:8
**making** 41:23
**man** 15:25
**manage** 146:21
**management** 10:20
**many** 5:12,25 24:12,19 24:23 27:11 33:4 47:10
**maps** 21:16
**March** 69:8,9 143:8 148:4
**mark** 149:14
**marked** 3:9 4:3 51:15 51:18 72:18 73:10,11 74:11,14 75:8 76:3 79:12 88:7 89:5,8 90:24 91:2 92:11,14 94:16,19 95:25 96:3 98:13,16 100:9,12,23 102:9,12 103:12,15 103:22,25 108:20,23 138:4,7,12 144:15,22 149:15 152:9,12 156:7,10 157:2,5 158:17,20 160:24
**market** 61:15 62:7
**marriage** 70:11
**Martin** 125:5
**mass** 13:5
**match** 50:9 66:5
**matching** 66:16 131:24
**material** 77:16
**materials** 147:1
**math** 25:7
**Matsunami** 121:16,22 121:25 122:6 126:23 127:9 128:4,13
**Matsunami's** 121:20 122:8
**matter** 34:9 57:1,23 58:6,7,7 59:23 60:1 78:16 79:15,19,20
**matters** 56:25 58:1,9
**may** 1:17 6:17 7:1,24 10:4 25:9 28:11 33:13 37:20 55:9,12 55:12 66:4 68:13 74:24 80:6 87:4 92:18 96:5 98:11,23 99:13 101:6 102:18 103:20 116:14 117:15 118:21 124:13,19,22 126:2 130:14 131:14 133:4 138:18 144:23,25 145:21 146:5 147:13 151:21 156:19 157:21 159:3 168:4
**maybe** 6:12,22 28:22 33:5 40:1 66:2 69:10 82:1 84:13 124:14
**mean** 16:12 21:5 30:22 37:11 38:24 45:3 70:18 73:25 74:6,7 77:4 78:6 91:17 108:15 111:18 130:16 138:25
**meaning** 9:3 24:15 46:1 46:2 66:4 76:14 114:19 150:12 160:15
**means** 40:12
**meant** 84:16
**mechanics** 32:4
**meet** 16:2,3 52:18 54:17 58:12,15,18,19 58:20 70:22 71:5 134:5 156:12 159:2 164:7
**meeting** 17:25 44:25 45:7,8,10,13 46:11 46:15,20,23 47:5 53:25 55:1,8,10,15 55:16 58:6,22 71:8 71:11,23 97:21,25 99:16,25 100:5 120:11 121:11 156:5 157:23 158:3,24 159:6 165:8,10,12,13 165:17 166:22,25
**meetings** 44:18,20,23 47:17 165:15,23
**Meets** 140:5,8 142:19 145:16 152:23
**Memo** 3:17
**mention** 20:6 21:25 68:16 113:2,3 133:13 133:22,24
**mentioned** 18:23 19:12 19:25 60:18 67:3,23 99:13 110:12 113:15 133:4 134:3 147:12 159:16 166:22
**message** 104:22
**met** 44:14 45:5 47:10 53:1,7,16,19,22 54:9 54:12,21 71:3 122:20 131:13 154:24 159:8 159:9 160:7 165:16
**method** 80:25
**methodology** 13:2
**MICHAEL** 2:10
**middle** 73:21 109:23
**mid-February** 108:19
**might** 18:1 25:6 38:19 41:14 51:20 69:22 79:2 88:11 92:17 94:24 100:19 103:9 112:1 115:20 121:13
**Mike** 5:20 7:8,9 29:15 29:17,20 52:1,12,18 53:1,8,12,16,19,22 53:25 54:9,13,17,21 55:2,7 56:17,20 57:2 57:13,22 58:5,19,23 59:15 70:22 71:3,23 71:25 72:9 80:21 110:21,22 111:2 112:13,14 124:25 130:25 131:6 133:13 133:15,19,25 134:1,2 134:15,17,21,25
**Mike's** 133:22,24 134:3

**mind** 6:22 37:5
**mine** 80:9 137:14
**minute** 86:2 145:24
**minutes** 48:3,8 100:14
**misbehaves** 40:14
**misheard** 129:16
**Miss** 54:3
**missed** 166:3
**missing** 68:13 88:19
**misstates** 44:8 46:13 107:15 116:25 117:10 137:3 148:13
**Moana** 12:3,8
**moment** 99:2 129:15
**mom's** 86:16
**money** 38:25 39:7 85:14
**month** 67:17 74:8 91:19 104:9 105:14 143:8 147:19 155:15 155:20 166:4,7,11
**monthly** 166:10
**months** 18:4 74:4 75:19 76:5 83:9 84:3,4 87:15 90:1,5,6,8,20 93:5 116:17 117:3 118:4,18,22 119:8,22 154:9
**moral** 84:24 85:1
**more** 7:2 8:22 10:4 13:5,6 23:3 24:1 30:14,18 32:4 33:21 34:2,12 40:20 41:19 42:18 45:7 46:17 51:7 53:5 54:16 69:6 72:6 82:21 105:13 107:6 116:22 117:16 118:9,13 126:8 127:15 131:22 160:4 160:7,9,10
**morning** 5:7
**mortgage** 123:18
**Moseley** 1:18 2:4,4,20 3:5 5:6,13,19,22 10:7 23:9,20,22 24:9,16 24:19 27:14,22 28:12 28:17 33:22 34:1 36:17 38:18 40:11,18 41:5 42:2,19 43:21 43:24 44:10 45:24 46:16 48:2,7,10 50:15 51:2,8,17 54:3 54:8 58:2,4 59:25 64:23 69:21,24 71:8 71:24 72:8,15,20 73:13 74:13 75:10 76:15,20,25 79:14 82:12,18 84:13 85:1 89:7 90:16,21 91:1,5 91:8 92:13 94:18 96:2 98:15 100:11,25 101:14 102:2,11 103:14,24 107:17,21 108:5,11,22 109:21 110:1 111:24 112:2 112:10 113:3 114:1 114:18 117:4,12,17 117:22 118:13,24 120:3,23 123:7 127:16,22 128:7,21 129:19,22 130:10 132:11,17,23 133:1 133:23 134:15 135:9 135:13,22,25 136:8 136:25 137:7 138:6 138:11 139:22 140:2 140:19 141:14 143:22 144:12,17 147:9 148:18,25 149:5,17 150:8 151:3 152:11 155:25 156:9 157:4 158:15,21 161:1 162:16 163:10 163:18,23 164:14 165:4,22 166:17 167:1
**most** 6:14 7:4 69:23 76:10 107:23
**mother** 88:1,2,5
**mother's** 86:4,12 87:3
**move** 14:12
**moved** 14:14,18,19,20 16:19 140:25
**much** 35:18 44:21 76:25 86:3 98:8 107:14 109:4 111:7 133:7,12 135:7 162:10
**mundane** 8:22
**Mutual** 11:1 12:18
**Muzzi** 1:19 2:4
**myself** 41:4 54:7 55:4 124:8,9 134:18 159:9 160:1

**N**

**N** 3:1
**name** 5:8 16:24 47:8 122:8 123:15 133:14 133:22,24 134:3
**name's** 5:13
**Nathaniel** 16:15,23,25 17:2,4,7,10,13
**natural** 9:12
**nature** 142:10
**Near** 27:22
**nearing** 80:8
**necessary** 46:9 50:4 168:7
**necessitate** 41:14
**need** 9:5 20:15 99:1 112:5 146:21 151:16 156:12,24 160:1
**needed** 57:2,4 62:11 99:21 105:15 111:12
**negative** 142:9,11 143:13 147:24 149:2
**negotiation** 131:25 132:10
**nephew** 85:5
**never** 47:15 49:9 128:5
**new** 13:13 20:9 85:6 87:7 91:13,13,17,18 93:8
**next** 6:14 9:23 80:11 139:3 146:24
**Nobody** 45:15
**Nobody's** 130:5
**nodding** 9:3
**none** 148:9 162:16
**nonprofit** 25:21
**normally** 34:23 74:1 89:4
**Notary** 5:3
**notations** 148:6
**notes** 4:15 120:21 157:9,23
**nothing** 46:10 61:6 159:25
**notice** 3:11 88:13,22
**noticed** 129:3
**Notification** 3:12,15,18 4:4,5,10,12 103:18
**November** 86:24 106:23
**number** 7:1 25:4 26:20 28:18 51:15 72:18 73:11 74:11 75:8 79:12 89:5 90:24 92:11 94:1,16 95:25 98:13 100:9,23 102:9 103:12,22 108:20 138:4 144:15 149:15 152:9 156:7 157:2 158:17 160:24
**numbering** 51:19
**numbers** 25:11 26:10

**O**

**O** 1:7 2:8
**oath** 64:24
**object** 9:18 42:15 50:12 75:2 107:15 112:4 123:4 128:18 132:6 133:20 143:20 147:6 164:10
**objecting** 112:2
**objection** 9:21 23:7 28:9,14 36:12 40:8 40:16 41:1,17,22 43:19 44:8 45:20 46:12 50:23 51:5,11 57:24 59:20 64:9 72:3,12 76:12,17,22 82:4,16 84:7,19 90:13,17 101:10,24 102:5 108:1 116:25 117:10 118:11,16 119:24 120:17 127:11,20 130:7 132:13,19 134:13 135:5,11,18 137:3 144:10 148:13 149:4 150:24 156:2 162:11 163:7,16,19 165:2,20 166:12,13,19
**objections** 23:19 24:5 82:10 127:25 136:3
**objective** 163:13
**objectives** 20:5
**observation** 136:17 154:18
**observe** 160:16,20
**observed** 118:19 119:16 137:25 163:20
**obtain** 81:1
**obvious** 116:18 118:5
**Obviously** 112:4
**occasions** 44:16 85:18 85:23 87:17
**occur** 55:25 84:1 87:8 97:23 112:11 125:20 165:5,10
**occurred** 44:19,20,21 54:25 55:17 84:1 90:11,15 101:21 112:12 165:8
**October** 30:5 54:25 55:19 56:1 97:9 106:18,23 162:8 164:8
**Ofc** 1:25
**off** 10:6 23:20,21 31:7 65:1 85:12 86:15 99:13,22,22 117:14 152:22,24 158:8 164:5
**offer** 84:23 123:13 127:1
**offered** 85:2
**offhand** 28:6 58:12 78:22,23
**office** 12:20 14:8,25 18:5 21:6,17 62:9,10 68:7 70:19 74:5 79:22,25 81:10 83:8 83:12 87:10,11 89:11 89:17,18 97:24 98:1 99:12,20 109:17 110:19 113:8 115:1 118:20 121:18 143:15
**officer** 22:14 56:23 111:14
**Officers** 25:17
**Offices** 1:18
**official** 17:18
**often** 57:22 58:4 143:17
**oftentimes** 9:11
**Oh** 44:18 88:19 105:18
**OK** 151:25
**Okamoto** 29:15,17,20 80:21
**okay** 21:14 23:14 35:22 37:8 40:20 48:9 83:14 88:20,21 141:10 150:10 167:1
**old** 22:2,3,11,13 61:5,8 61:16 62:24,24 64:13 137:22
**once** 35:10,16 109:11 126:8
**one** 6:17 7:2 8:1 18:23 19:13 21:25 22:9 27:2 34:12 40:20 41:19 42:17 43:6 44:15 45:7 46:7 51:6 51:21 53:5 58:13 62:3,13 65:18 68:8 69:6 73:15 74:19 79:2 87:8,20,21 91:12 92:20 93:5,25 94:21 98:19 102:2 104:1,24 109:20,23 110:13 112:12,17,19 116:7,23 117:6,15 118:10,14 119:14 125:2,11 127:14 133:14 138:23 139:4 139:4 140:14 142:16 147:18,18 148:1,19 151:21 152:22 155:23 156:19 158:19 160:17 165:11,16 166:4
**ones** 151:8
**ongoing** 116:17 118:4 119:8,22
**only** 61:16 63:19 80:18 87:10,14 105:21 109:11 115:11,13 118:22 128:25 132:21 138:17 141:7 148:4 154:20 159:20
**operations** 21:21 26:4
**opinion** 57:4 84:5,9,17 84:21 114:1 153:3,16 153:23 154:15,17 163:3,18
**opinions** 31:23
**opposite** 159:15
**optimal** 26:3
**optimum** 26:13

**Option** 91:23
**options** 91:23
**oral** 122:13 161:25 162:3,5
**order** 26:12
**organization** 25:22
**organizing** 143:17
**original** 89:15
**Osamu** 5:9
**other** 7:13,13 9:4,7,8 9:10,12 11:17,24 12:6,11,11 13:13 18:1 19:7 21:7 27:6,8 27:9 33:14,20 36:9 37:2,19,20 39:13 44:1 45:25 46:2,3 50:8 60:4 61:17 62:8 63:17 65:6,19 66:5 66:15,17 67:1,4 69:19 70:3 73:5 75:6 79:14,16,17 80:16,24 80:25 83:1 87:12 89:2 92:22 95:5,5,8 103:9 126:19 128:25 129:23 130:14,16 145:12 146:11 147:1 148:9 151:22 156:6 160:2 162:15 164:2,2
**others** 70:3 87:14 131:14
**otherwise** 93:9
**out** 7:3,23 9:19,20 11:4 25:3,19 43:17,23 44:17 60:1 71:16 82:14 83:19 85:5,20 104:23 120:19 131:16 138:3 141:12 160:19 164:2
**outcome** 169:21
**outer** 128:10
**outlined** 165:18
**outlook** 84:12
**outside** 8:18 39:13 58:16 59:1 60:24 61:1,4,7,17 62:9,13 81:7 87:11 98:3 110:5 114:12,21 121:13 122:19,23 123:2 129:5,9 134:8 134:12,24 138:1
**over** 6:19 27:7 62:24 80:11 81:9,14 86:1 154:9
**overall** 151:9,11,20 159:11
**overheard** 60:19,23 98:2 113:7 118:23
**overhearing** 119:17
**overlap** 147:25
**overly** 5:19
**overseeing** 30:14
**oversees** 57:16
**over-broad** 41:17 76:22 127:11 135:18
**own** 19:12 50:19,22 51:3 59:14 120:25 135:17
**ownership** 13:12
**o'clock** 166:25

**P**

**page** 3:2 66:11,12 95:11 109:20 141:4 141:10,12,23 142:17 143:10 153:9,10 154:1,2 157:10
**pages** 68:9,13 139:7 169:13
**pals** 105:10
**panel** 30:23 31:3,12,21 31:24 32:2,5 34:14 34:16,24 36:16 37:19 37:21 38:8
**panelists** 31:22
**panel's** 38:1
**paper** 12:14
**papers** 66:19,19 67:3 83:25
**paperwork** 106:13,16 106:21,24 107:1
**paragraph** 118:1,2 143:14 146:21,24 154:8 155:14
**parcel** 26:25 28:5
**parcels** 27:7,11
**parents** 85:8 86:1,11 86:24
**part** 7:17 11:8 19:20 20:13,13 37:11 61:14 63:13 64:2 66:7 135:24 142:2 157:21 158:8 161:8
**particular** 13:11 54:19 95:2 101:22 133:10 147:13
**particularly** 62:4 89:20
**parties** 60:4 169:19
**PARTNERSHIPS** 1:9
**parts** 135:3 157:22
**pass** 91:21,24 92:2,8
**passage** 150:5,9,9
**passed** 16:17,23 17:7
**passing** 17:10 83:13
**past** 10:9 26:5,10 116:17 118:4,18 119:8 154:9 165:16
**pau** 167:1
**penalized** 42:24
**pending** 56:12
**Penney** 11:8,14 12:3,8 12:12
**people** 9:11 31:5 36:9 37:20 61:23 62:14 70:3 87:12 90:9 111:6,10,23 113:14
**per** 25:4 26:11 98:3
**perceived** 42:21
**percent** 33:6
**perception** 23:5,15
**performance** 3:13,14 3:19,20,21 4:9 43:1,4 43:7,8,12 44:1 45:10 46:15 75:19,23,24 76:2,4,16 92:25 93:2 94:21 95:13,23 96:15 96:22 107:12,23 124:20,22 135:15 136:2,4 138:16 139:20 140:3,9,10 142:22 143:1,3,12 145:15,21 146:2,5,7 146:12 148:9,16,20 149:22 151:2,7 152:17 153:3 154:6 155:22 161:8,13,18 161:22 162:20
**performances** 164:4
**performing** 136:11,12 154:11
**period** 66:3,20,22,25 99:21 108:4 124:1,11 126:11,15,18,25 141:8 147:21,22 153:4,19,22 155:16 155:20 156:5 159:22
**periods** 147:25
**Permanent** 88:14
**permitted** 114:8,12,14 114:22
**perpetrator** 111:18
**persisted** 124:7
**person** 9:12 31:15 47:22 56:24 58:24 74:1 78:10 97:11 111:19 128:25 159:1 163:13
**personal** 68:21 70:4 77:1 81:14,17,21 82:19
**personally** 38:20 123:20
**personnel** 3:12,15,18 4:4,5,10,12 35:4,5 56:25 57:1 58:8,10 72:22 75:5,16 88:13 89:4 95:1,4 103:3,18 145:7
**persons** 65:18
**person's** 31:17
**Phil** 15:24 16:1,2,7 17:21,24 18:4 26:19 30:1,24 31:25 36:1 38:7,11,15 40:1,3,5 40:22 41:11 42:21 44:2,14 48:15,16 52:2,15,17,19 53:9 54:15,18,20,23 60:4 65:3 66:9 70:24 72:10 77:1 79:15 81:2,12,16,17,20,25 82:12,19 83:7,17 84:2,10,12,21 86:15 86:18,23 93:13,22 94:12 96:24 97:3,11 97:17,21 98:6,7 99:19 100:18 104:12 104:20 105:10,15 106:1,2,10,19 107:4 108:6,6 110:12 113:5 113:6 115:14 116:11 117:5 119:9,11,12 120:8 121:1 122:9,13 122:21 124:13 128:2 129:24 131:15,18,23 135:14,16 136:7,23 136:24 137:2,7,15,24 138:2,24,25 139:12 140:20 141:20 142:22 144:19 149:1 149:5,10,21 150:3,16 154:21,24 155:14 156:21 159:2,8,9 160:8,14 161:8 162:1 162:19,24 163:6,22 164:1,8
**Philip** 1:3 2:19 154:9
**Phil's** 29:13 31:9 32:12 34:15,16 48:11 50:16 51:9 75:18 76:4,15 79:23 84:5 95:4,13 96:15 102:23 107:11 109:7 116:21 136:1 136:20 139:19 141:15 145:21 146:2 146:12 153:3 154:6 156:12,25
**phone** 18:7,8 58:24 60:19,19,20,22 97:23 98:2 113:7 116:11,23 117:6,13 118:10,14 118:21,23 119:13,14 119:17,18,23 120:2 137:16
**physical** 19:18 83:13
**picture** 40:13
**piece** 7:15,16 21:7
**pinpoint** 44:22 112:15
**place** 38:4 67:4 116:3,4
**placed** 74:8
**Plaintiff** 1:4 2:3
**planning** 18:16
**plans** 20:3 87:3
**plants** 11:12,14
**played** 31:23
**plea** 132:4
**please** 5:8 40:21 71:19 82:7 96:9 139:6,23 154:3
**pleases** 124:3
**plus** 95:2
**point** 17:13 27:13 28:23 29:2 59:7 79:6 84:6 86:17 105:9 107:11 108:3 109:25 126:20 133:14 135:12 145:25 155:24
**pointing** 141:12
**policy** 39:24 78:3,6,7,8 78:9
**portion** 41:20 54:5 68:8 82:8 107:19 127:18 139:24
**position** 14:24 15:3,12 15:13,14,20 16:8 18:12 20:19 21:25 22:2,4,9,11,13,15 37:24 56:18,21 69:5 69:8 91:19 92:1 136:11 143:9 154:12
**positions** 18:10,10,11 18:16 20:9,18 74:4
**positive** 84:12 93:19 142:2,5,6,7 147:24 151:17
**possibility** 101:20 116:13 129:4
**possible** 7:11 101:18
**possibly** 6:1 99:22 123:11 162:9
**potentially** 6:15 59:18
**practice** 78:16
**preparation** 32:25 77:18,20 78:11
**prepared** 77:23 89:21 94:5 138:25
**presence** 46:4
**present** 2:18 6:21 24:3 66:13 68:2 103:6 134:17
**presently** 13:16 164:22 165:4
**preserve** 7:6
**presume** 8:14 81:6
**Presuming** 139:16
**pretty** 35:18 59:18 80:13 86:3 90:22 98:8 100:8 105:10 107:14 126:21 163:13
**previous** 6:14 102:3 111:7 143:23
**previously** 119:6 165:19
**primarily** 33:9 162:4

**primary** 7:5
**principals** 63:3
**print** 169:11
**prior** 13:4 17:10 19:2 22:22 53:16,19,22 54:9 55:17,19 58:22 91:25 95:19 100:13 109:13 110:22 112:14,21 124:14 128:3 137:17 140:4 140:10,15,16 151:8 155:3
**prioritizing** 143:17
**private** 66:3 113:14,19 114:3,4,5 115:3,9 127:2 137:11 162:25
**privileged** 111:25
**probably** 6:12 7:5 9:3 9:14 17:19 27:2,20 28:15,21 33:5 44:18 52:10 86:7 120:8
**probation** 73:22 74:3,9 88:20,24 91:13,17,19 91:20,21,24,25 92:3 92:5,9 93:4,7,9 102:20,22 107:7 158:6,23 159:4 166:8 166:11
**probationary** 76:2 92:25 145:14 155:16 155:20
**problem** 5:21 8:2,3 19:23 44:2 67:5 88:1 99:23,24 124:25 155:2 160:10,10 161:18,22
**problems** 19:1 41:14 41:24 42:2,7,21 43:4 43:12 68:21,22 70:4 70:4,11,12 82:13,22 82:23 83:3 84:22,25 99:14 101:15 126:5 126:20 135:15 136:1 136:2 155:8 156:6 159:10 161:8
**procedure** 41:15
**procedures** 143:16
**proceeding** 103:6,7 133:3,6,10,11,16 134:22 135:1
**proceedings** 169:15
**process** 19:20 33:19 34:2,3,13,21 35:10 35:16,17 36:1,6 37:10,12,23 38:6 41:6 42:20 45:19 48:13,21,23
**processing** 155:5
**produced** 68:13
**productive** 125:14 136:5 159:19 160:5
**professional** 25:24
**professionally** 81:2,5
**program** 125:18,19 159:18,19
**progress** 143:15
**promoted** 16:19 90:9 93:8 104:12 107:9 108:6,7,11 143:7
**promotion** 92:4,6 102:23 106:10,14
**prompted** 14:11
**proper** 134:24 166:9
**properly** 166:9
**properties** 24:12,23 25:4 26:11,21 62:16 62:19
**property** 12:22 13:6,8 13:11,12 14:6 15:1,6 16:10 18:12,17 20:21 21:1,6,16 89:19 139:18 163:1
**proposed** 20:6,23
**Proposition** 12:24,25 13:3,4,6,9
**propounded** 169:9
**provide** 23:3 26:2 112:5,6
**provides** 25:22
**PTO** 21:5
**Public** 5:3
**pull** 7:22
**purport** 91:11
**purports** 92:24 102:19
**purpose** 7:5,6 20:12 125:13 159:18
**purposes** 8:5 63:21 75:6
**push** 106:9 107:3
**put** 25:19 27:17,20 29:8 139:9
**p.m** 167:3

**Q**

**qualified** 31:17
**qualify** 37:4
**quality** 151:7
**quarter** 48:6
**question** 7:24 8:8,15,17 8:21 9:14,16,21,23 23:11,12,24 33:17,23 36:18,22 40:19,20 41:24 51:1 53:10,15 54:4 71:4,6,19 84:14 107:17 112:25 117:21 120:7 129:15 139:21,22 141:19 143:24 148:19 153:12 158:10 163:24 164:15
**questioning** 10:8 33:16
**questions** 8:7,9 10:2 38:14,15 158:16 169:8
**quickly** 115:17

**R**

**raised** 64:7
**Ralph** 1:24
**range** 25:6
**rapidly** 90:10
**rather** 7:12 8:24 111:22 116:5
**rating** 140:9 151:9,11 151:20 156:5
**ratings** 140:7 151:10 151:21 164:4
**Raymond** 16:25
**reaching** 122:20
**read** 41:21 54:6 76:1 82:9 107:17,20 117:12,15 127:16,19 139:22,25 146:6 150:13 164:9 168:3 169:13
**ready** 104:16
**real** 12:22 14:6 15:1,6 16:10 18:12,17 20:21 20:25 89:19 139:17
**realigning** 20:10
**realize** 48:5
**reallocated** 104:17 141:6
**reallocation** 89:22,23 104:4,5,19
**really** 6:21 22:23 30:6 31:17 33:22 47:14,15 47:23 66:5 80:18 102:14 107:22 135:13,16 147:25 156:19 166:17
**reappraisal** 13:13
**reason** 7:2 19:24 23:1 35:20 37:17 49:23 53:25 54:1 55:13 94:10 95:5 101:4,5,8 102:8 111:4 136:11 143:6 151:21
**reasons** 6:24
**reassure** 83:15
**recall** 17:3,12 29:6 32:15 45:11 62:18,18 77:21 79:21 86:19 87:2,25 92:23 98:12 98:23 100:21,22 101:7 102:1 113:10 124:22 126:19 130:16,18,19,20 131:9 134:7 152:7 155:21 156:4 157:1 158:24 162:13,22
**recalling** 130:15
**receive** 101:18 151:23 162:3,5
**received** 33:10 59:7 66:6 80:24 95:11 98:22,24 101:5,6,9 101:13 110:1 119:19 127:1 144:23 149:1,6 149:10 152:18 153:20 161:25
**receiving** 122:13
**recent** 107:23 108:3 137:23 150:2,15
**recess** 64:22 94:15 138:10
**recognize** 98:18 102:12
**recollection** 6:23 108:15 158:22
**recommend** 159:16,17
**recommendation** 32:7 32:9 36:16 38:1 125:16 159:21
**recommendations** 26:13,15 31:2 36:8 37:10 38:8
**recommended** 125:11 125:22 159:23
**record** 5:8 10:6 23:20 23:21 41:20 54:5 82:8 107:19 112:3 117:14 120:10,12,15 127:18 139:24 168:6
**recordable** 9:6
**recovered** 19:2
**reduced** 22:12 169:11
**reduction** 151:4
**reference** 98:25 106:5 149:24 166:2
**referenced** 105:19 154:2
**referencing** 66:8 70:14
**referred** 59:24 69:20 106:4 111:13 159:1
**referring** 42:24 140:14 150:19
**refers** 150:6
**reflect** 76:3 93:12 95:13,22 96:14,21 145:20 146:1 154:5
**reflected** 146:1
**reflection** 147:12
**reflective** 146:3,4
**refresh** 6:22 158:22
**refused** 160:6
**regard** 33:16 54:24 112:9
**regarding** 52:14,15 54:14,18,23 58:13 85:4 97:13,14 100:20 122:18 128:2 129:4 131:5 134:14 135:20 135:23 154:25 156:12 159:2,10
**regards** 54:19,20 55:18
**registered** 67:9
**regular** 17:17 93:2,6
**related** 6:10 58:8 68:18 169:19
**relation** 51:14
**relationship** 47:13 82:13 84:2 121:25 128:10 164:1
**relevancy** 82:5,16 135:5
**relevant** 50:10
**relied** 76:23
**religion** 85:16
**relocation** 89:16
**remains** 38:6
**remember** 16:23 18:22 19:10 22:18 25:14 27:19 28:6 32:3 34:21 53:4,15,21 58:10,14 100:4,16 101:22,23 106:18 112:13 152:8 156:18 156:19
**reminder** 104:3 106:9
**reminding** 104:3
**remission** 19:5,24 83:14
**reorg** 58:13
**reorganization** 20:7,8 20:23 21:10,12,18,22 22:22
**repeat** 23:13,24 34:12 35:14 40:20 41:19 42:17 50:25 51:6,21 53:5 82:7 122:25 127:14 139:21 153:12
**rephrase** 84:15
**report** 3:13,14,19,20 3:21 4:9 59:8,13 66:18 67:24,25 68:2 68:3,6,8 71:25 72:7,9 76:2 77:21,23 79:17 80:16 92:25 93:2,5,6 94:5,22 140:10,16,17 143:3 145:15 149:1,6 149:6 152:17
**reporter** 1:21 9:5,7 54:3 169:6
**Reporters** 1:24
**reports** 78:5,17 79:9 143:12 148:10 154:19
**represent** 49:7
**representing** 134:25 135:1
**represents** 134:16,17
**reprimand** 57:12 124:16,18,21 125:3
**request** 65:12,14 74:22

89:15 109:17
**requested** 41:20 54:5 82:8 99:17 107:19 108:8 127:18 139:24
**require** 61:20
**required** 124:7,12 125:9
**requirement** 19:19 93:10
**requirements** 94:2,6 96:19 107:13,24 140:5,5,8,8 141:24 142:18,19 145:17 152:23,24 153:7,14 153:24
**requiring** 125:24
**resources** 31:5 34:6 35:11,12,20,21,23
**respect** 25:20 52:17,19 65:24 68:25 69:12,16 76:15 93:1 115:8 121:20 130:12 131:3 132:2 136:19 148:20 148:25 163:6
**respond** 109:15,16,24
**response** 36:24 141:3 145:2,22 147:8 151:25 152:3,14 157:17 159:24
**responsibilities** 20:24 21:3 22:12 30:9,11 154:12
**responsibility** 59:14 121:8
**responsible** 28:25 30:1 30:17 126:22
**responsive** 8:7,16,17 8:20,21
**rest** 9:13 34:3
**restriction** 78:15
**restroom** 94:14
**resubmit** 106:24
**resubmitted** 107:1
**result** 46:19 82:1 91:22 112:21 122:12
**results** 3:11 32:16 34:4 34:23
**retaliation** 70:13 163:21
**retaliatory** 68:18
**retired** 17:2 112:13
**revelation** 134:11
**review** 32:17 33:1 35:15,17 37:9,23 48:11,20 51:9 52:6 65:6,22 89:14 95:4 117:23 145:12 146:25 147:21 149:22 150:3,16 155:16 163:15 166:3 166:4
**reviewed** 32:24 33:17 33:20 34:4 51:24 52:2 53:1,8,13 65:2 65:19 66:15 103:5,10 145:8
**reviewing** 48:22 53:17 53:20,23 54:10
**reviews** 107:12,23 166:10
**ribs** 83:21
**Richard** 16:14,25 17:4 17:7,10
**Riddle** 68:5
**ride** 85:12
**right** 5:17 10:18 12:25 13:16 16:16 17:15 24:16 25:8,17,25 26:14,24 27:1,23 28:1,8 29:14,15,18 32:7,22 34:2,18,21 35:13,24 36:2 37:13 38:7,12,16,21 40:3 43:10 48:13,17 49:6 49:12 53:18 54:2 56:1 60:2,13 66:14 70:18 71:1 73:20 79:4,7 80:4,19 81:8 82:6 90:2,7,21 92:8 95:20,21 96:19 99:20 101:14 103:7 104:10 106:17 107:13,25 108:5,15,15,19 109:8 111:21 112:6 113:11 115:5 120:8 126:24 127:9,24 131:8 135:22 136:22 141:21,24 144:5,9 145:10,16,17 147:5 147:17 148:12,23 149:12 150:11,12,17 152:1 153:7,14 154:3 156:22 157:25 160:21 161:5,15,19 162:17 163:1 164:23 165:1,19
**rise** 118:13
**Rita** 1:20 168:25 169:5 169:25
**Robert** 1:7,15 2:8 3:4 5:1,9 168:2,11
**Roger** 2:4 5:13,14 8:12
**role** 31:23
**room** 80:9,11
**rooms** 80:14
**Rosenberg** 1:24
**roughly** 6:4 15:2,19 25:3,7 30:5 66:23 83:24 109:5,14
**route** 12:14
**RPR** 168:25 169:25
**rules** 6:20
**running** 21:23

**S**

**S** 2:4 3:7 4:1
**safe** 106:22
**salary** 91:15 103:17,19 104:24
**sales** 11:10 61:15 62:7
**same** 12:10 13:10 15:19 23:19 24:5 38:7 41:22 51:5,11 73:1 76:17,22 79:22,25 80:1,2,7 82:10 84:19 90:17 95:19 96:6 100:2,13 106:3 118:16 126:2,23 127:20,25 132:13 135:11 136:3 139:9 145:15 163:19
**sandbag** 117:18
**Sanding** 11:22
**sat** 98:1
**satisfactory** 75:24 140:9 151:2,10
**saw** 60:21 61:5 62:24 63:8,11 119:13,17 137:25
**saying** 8:12 33:24 55:20 105:15 119:5 137:5 141:16 142:4 147:15 151:19 156:11 158:2
**says** 35:22 66:9 71:25 73:21,22 88:14 94:1 94:8 95:11 96:9 99:1 103:17 104:22,23 116:15 118:2,2 139:6 140:24 141:16 146:24 148:3 149:25 150:13 151:2 154:8 155:14 157:10 158:6 158:9,12
**scale** 27:4 28:19,20
**scheduled** 107:4
**school** 10:13,14 14:17 99:15
**score** 32:6
**scores** 31:22 32:15
**scot-free** 7:10
**seated** 15:25
**second** 29:13 71:19 83:2,24 118:1 119:12 122:21 135:24 137:24 141:4,12 143:14 154:1,8 157:10 165:11
**secretary** 115:2
**section** 20:22,23 21:16 22:3,3,5,13,25 30:12 93:11 95:10,12 96:9 139:6 141:9 145:19
**sections** 20:10
**sector** 66:3 127:2
**see** 19:23 48:25 60:3 61:3 62:16 67:9 72:24 73:5,22 74:21 75:1 78:15 80:12,13 88:15,18 94:2 96:10 96:10 100:14 102:4 105:1 109:23 113:17 114:14 116:20 118:7 138:17,17 139:7 141:8 142:11,19 143:13,19 144:24 146:17,22 147:2,18 150:4,4,8,9,17 152:19,25 153:15 154:3,13 155:5,17 156:14 158:4
**seeing** 32:15 34:21 100:16
**seek** 125:9,17
**seem** 50:9 70:21 118:9
**seemed** 70:2,6 84:22 105:16 159:12
**seems** 116:18 118:5 143:16
**seen** 26:8,17 48:18 72:20 73:15 74:14,17 74:25 75:11,13 88:10 89:1,8 91:1 92:15,17 94:23 96:3 100:25 102:15 103:1,2 104:1 108:25 119:23 138:20 145:3 161:2 166:18
**selection** 35:10
**sell** 11:11
**sense** 7:2 151:16 163:21
**sent** 73:8 156:21
**sentence** 150:17,19
**separate** 22:5,13 30:13 36:16 39:10
**separately** 37:22
**September** 106:12,17 166:4
**series** 93:24 109:21
**serious** 59:18
**seriousness** 41:7,10
**served** 83:24
**service** 110:19
**services** 34:7 56:22 57:18,19 111:14
**set** 55:10 78:9
**settlement** 132:9
**seven** 90:5
**several** 6:24 18:4 33:2 58:8 83:8 84:3 119:15 136:13 139:7 153:18
**sexual** 111:8,20 116:7
**share** 62:8 82:19
**shared** 63:19
**shares** 63:16
**sharing** 64:15,16 129:8
**shoe** 12:10
**Shoes** 11:12
**shop** 11:20 12:9
**Shopping** 12:3,9
**Shore** 77:11 79:18 107:5
**short** 126:18,25 141:8
**shortfalls** 156:6
**shorthand** 169:6,10
**shortly** 27:20 52:10
**show** 73:9 74:13 92:13 96:2 98:15 108:16,22 138:11
**showing** 49:6 51:17 103:14,24 144:22 156:9
**shown** 148:10
**shows** 89:23 91:14 120:10
**shy** 8:11
**side** 80:6 93:25 106:22 152:22
**sign** 9:4 31:7 169:13
**signature** 138:18 168:1
**signatures** 138:17,23
**signed** 108:17 138:25 139:4,5,17 160:18 164:5 168:16
**significant** 57:2
**signify** 94:4
**similar** 111:6 132:3
**simply** 33:24
**since** 110:12 112:6 116:18 118:5 119:9 128:15 135:10 140:4 166:3
**sincere** 84:23
**single** 13:6,8 142:16 161:17,22
**sit** 63:22
**sitting** 30:22 37:18 79:4,7
**situation** 24:10 46:7 82:21 111:6 116:17 118:4 119:8
**six** 74:4,8 75:19 76:5 84:4 91:19 93:5
**six-month** 88:23
**skill** 169:17
**slight** 147:25
**slightly** 147:4
**smoothly** 106:15
**social** 81:6,7
**socialize** 86:17 87:16
**socializing** 87:12,19
**socially** 81:2,5,9,15
**sold** 11:14 13:11

**some** 6:19 9:4 10:4 18:16,25 20:9 26:10 27:6,8,9 28:23 29:2 30:9 33:1,3,8,12,12 33:13 41:14 43:3 44:1 46:2 47:18 48:21 50:2 59:7 62:19,20,24,24 64:17 67:23 68:13 70:23 71:21 77:16,16 84:10 84:24,24 85:14 89:21 99:13,14,21,22 101:5 101:18 106:12,16 111:22 121:4 123:23 128:9 129:11 130:14 132:4 134:22 136:10 137:22 138:1 142:7 143:16 146:14 147:23 148:5 154:10 155:2 156:6 157:22 159:2,10,10 160:12 162:15
**somebody** 21:23 29:15 112:18 163:14
**somehow** 24:3 133:2,19
**someplace** 138:19
**something** 5:15 9:2 10:18 19:18,20 24:20 26:12 42:25 59:23 63:18 64:14 68:19 83:21 89:16 93:8 98:4,11 99:4 105:17 110:14,15,18,25 111:9 116:8,14 120:16 124:19,22 130:18 131:15,18 132:18 134:5 147:11 160:21 166:22
**sometimes** 6:21 8:9 101:16
**somewhat** 151:21
**somewhere** 25:1 27:24 28:21 104:11 124:15
**son** 83:4 85:4,5,5,8 99:4,5,7,8,10,14,23
**soon** 113:8,11
**sorry** 23:22 35:14 38:18 42:18 51:6 53:10 56:19 57:19 69:14 71:1 80:20 88:19 95:15 109:19 109:24 113:23,24 121:23 122:25 138:14 139:21 153:12
**sort** 7:17 8:22 13:15 20:8 25:3,24 31:10 41:14 45:18 57:23 70:23 105:5 106:9 132:4 134:22 143:13
**sound** 25:8 28:8
**sounded** 132:3
**source** 146:11
**sources** 61:17,17 62:13
**South** 8:19
**speak** 55:7 147:7
**speaking** 41:11 76:9,11 147:14
**speaks** 144:11 165:21
**special** 85:17
**specific** 30:19 46:17 62:18
**specifically** 21:23 29:1 53:7
**speculate** 37:1
**speculating** 164:25
**speculation** 28:10,14 36:13 40:9 43:20 64:10 75:3 101:11 127:13 133:21 150:25 164:11,21
**spending** 87:10
**spent** 87:20
**spoke** 60:7,25 63:12 112:23 113:11 128:22,25
**spoken** 52:1 133:5,8
**spreadsheets** 61:5,8,10 61:14,21,25 62:3,17 62:19,20,25,25 63:9 63:11,13,16,20 64:6 64:13,13,15,18 129:9 129:11 137:22
**ss** 169:1
**stack** 65:15 68:11
**staff** 20:13,15,18 23:2,4 23:16 24:2 127:6
**stamped** 144:23 152:18
**start** 9:11,16 10:12 15:14
**started** 12:19,24,25 17:24 27:14,16 81:12 83:7,11 87:9 88:16 90:2,4 99:24 106:12 121:4 124:14 136:5 137:19
**starting** 15:14 91:18 160:9
**state** 1:21 5:8 67:8 169:1,6
**stated** 67:1,23
**statement** 116:21,24 141:15
**states** 1:1 91:12
**statistics** 26:9
**status** 84:6,18 106:20 132:16
**stay** 70:13
**Steinwascher** 2:20
**step** 34:23 35:18 60:16 83:7 113:22
**Stephen** 22:17,18
**steps** 15:8
**still** 14:16 17:5 22:24 23:10 30:14 64:23 68:6 88:3 105:10,10 111:23 123:7 127:2 140:24 151:10 164:1
**stopped** 85:22
**store** 12:10
**stories** 131:24
**story** 7:20,21
**straight** 68:4
**street** 1:19 2:5,11,16 7:8 8:19
**stress** 68:18
**strictly** 159:20
**stuff** 10:1 34:22 37:16 118:25 137:1
**subject** 93:9
**submission** 155:3
**submitted** 74:20,22 92:20 106:16 157:11
**substance** 126:4
**sued** 38:20
**suggest** 141:2
**suggestion** 142:12
**Suite** 2:16
**Sumida** 2:15
**Supervision** 94:9
**supervisor** 29:10,14 41:4,25 42:4 43:9 46:3 76:9,11 93:18 94:12 124:8,9 126:14 126:17 139:5
**supervisors** 76:24 80:17,19,25 94:11 112:17
**supervisor's** 41:9
**support** 23:3,5 24:7 25:22 84:24 85:2
**supposed** 112:8
**supposedly** 153:19
**sure** 41:23 44:15 55:12 68:4 69:22 71:14 73:7,15,16 74:24 78:20,22,23,25 79:1 87:7,25 88:11 89:3 89:10 91:6 98:19,24 100:22 101:2,20 102:14 106:7 113:15 114:11 117:17,19 118:24 119:4 121:8 123:19 125:21 126:3 129:17 130:15 131:13 132:15,24 139:10 140:23 142:25 143:6,9 156:4 157:22 159:5 162:13 164:12 166:6,16
**surprise** 71:24 72:8,16 72:17
**survivor** 20:1
**suspicion** 64:7
**sworn** 5:2 169:7
**system** 101:15 147:1

### T

**T** 1:7 2:8 3:7 4:1
**Takahashi** 132:25
**take** 6:9 7:2 34:23 48:1 60:16 64:20 88:7 89:7 93:11 94:18 95:10 96:12 99:13,21 99:22 100:11 105:9 125:3 138:6,9 139:18 141:1,2 142:15 145:19,23 147:19 152:11 157:4 165:14
**taken** 1:17 5:23 6:8 42:6,13,13 51:8 110:16,17 123:23 124:5 148:21 168:4 168:25 169:5,10
**taking** 6:25 56:8 83:7 169:16
**talk** 31:21 40:2 49:8 58:23 62:15 81:17 82:12,21 83:5 85:16 99:1 105:15 112:22 113:1 120:6 121:1 130:5 136:6
**talked** 53:12 82:20 100:8 115:16,18 119:12 120:4
**talking** 8:13 9:11 21:9 26:22 27:5 29:1 35:15 40:2 46:3 59:5 68:24 70:9 77:21 86:6 99:24 111:10 146:19 147:20 151:9 164:2 166:5
**talks** 81:13 117:13 141:4,13,14 146:20
**tasks** 155:5
**tax** 6:6,8 21:16 22:21 77:11
**technical** 21:6,17
**telephone** 55:8 115:2
**tell** 5:15 18:13 19:21 37:3,3 55:11 57:21 81:20,25 83:17 98:6 118:19 121:10 131:10 134:6 139:3 149:17 159:13
**telling** 150:22
**tells** 35:22
**templates** 63:20 64:15
**Tengan** 110:23 111:16 112:13 116:3 124:24
**terminated** 92:2,9
**terms** 23:16 33:19 43:12 47:1,3 78:13 136:1,25
**testified** 5:3 48:10
**testify** 7:10 117:4 169:8
**testifying** 53:4 78:13 169:7
**testimony** 7:7,11,12,18 8:2 44:9,10 46:13 79:9 117:1,11 130:2 137:4 148:14 157:13 157:18 168:6 169:15
**Thank** 129:21 167:2
**Thanksgiving** 85:6 86:2,11,23 87:20,22
**Thanksgivings** 87:24
**their** 31:22,23 57:4,6 67:10,10 91:25 114:3
**themselves** 147:7
**thereabouts** 142:23
**thereto** 169:10
**thing** 8:4,16 9:10,13 20:5 45:17 58:13 85:24 86:22 87:8 115:11,13 118:22 132:21 160:22
**things** 6:21 7:1 8:22 9:8 10:10 13:14 43:2 47:2 57:16 61:17 70:3,3,11 81:4,15,20 81:22 82:18 83:4,15 84:11 85:7 115:22 129:13 131:15 136:14 137:19 143:18 147:24,24 151:18 154:25 162:14,15
**think** 18:15 28:12 29:6 30:2 31:11,19,20 33:1,2,2,4,18 34:20 39:2,3 45:22 46:8 49:10,18 55:14 62:2 68:9 69:9 70:25 77:10,20 78:2,9 79:3 81:4 85:2 86:19,20 86:23 87:18,18 90:3 94:14 99:25 104:11 107:6 108:10,13,15 111:24 133:4,12 139:8 148:5 160:17 163:12
**thinking** 82:1 87:4 99:19 164:13
**third** 7:16 85:8 155:14
**though** 12:11 19:22 26:15 38:5 69:23 87:8 89:20 112:16 124:23 138:17,21 155:22 159:5 160:1 163:11
**thought** 31:17 67:5 135:8,10 140:24
**three** 10:15 14:21 21:12 31:22 36:9

69:10 79:2 93:5 109:20 141:13 143:8 147:19 152:23 155:15,19 166:7,11
**three-month** 147:22
**through** 42:7 58:24 65:16 84:10,24 106:14 159:17
**throughout** 11:7 70:12
**tie** 7:17
**time** 6:7,15 11:8 16:9 17:1,21 18:19 19:11 19:13 20:16 23:6,15 24:2 26:19 27:13,14 28:3,5 29:4 30:21 31:16 32:14,19 34:12 34:22,25 36:5 38:11 39:25 40:5,20,22 41:13,19 42:18 44:22 47:12 48:14,21 49:1 49:11,14 51:7 53:5 54:12,21 56:9,18,21 57:11 58:17,25 59:7 59:9,16,17 60:10,12 60:24 61:2 63:4,8 64:5,8 65:2,6,19 76:18 77:2 78:1 79:14,16,23 81:9 83:23,24 84:6 85:22 86:12 87:10 88:1 93:13,16 95:5 97:1 97:15 98:3,6 99:3,9 99:11,13,18,20,21,22 100:2,6 101:21 103:9 104:21 105:9 106:19 107:11,24 108:4 109:9 110:5,21 113:10,17 114:2,13 114:18,19 115:9,21 116:2 117:16 119:12 120:7,20 121:1,2,7,9 121:14 122:2,5,19,21 124:8,11,13 125:8,22 125:24 126:2,10,14 126:20,21,23 127:15 127:22,23 128:1,3,22 135:8 137:11,24 141:8 143:11 144:19 146:2,12,21 147:24 153:22 154:15,23 155:24,25 156:12 162:19 163:1 166:18
**timely** 155:3
**times** 5:25 6:2,3 37:18 37:19 42:9,10 43:16 47:10 58:8 84:10 92:22 119:15 125:15 154:24 160:7
**today** 24:16 32:25 63:22 122:22 123:1 143:12 148:19,21 167:1
**together** 86:20 87:10
**told** 18:14,18 19:4,8,10 19:22,22 44:14,23,24 45:4,6,7,15 46:10,14 46:16,19 50:7 55:13 56:3,11 60:5,8,11 61:14 62:6,10 72:1 83:10,10,14,19 85:10 85:13 86:2,15 98:2,7 98:9,10 99:21 114:25 115:4 118:23 119:12 119:15,25 120:1 121:12 130:22,23 131:19,20,23 133:1 134:21 142:22 160:21 165:10
**Tom** 2:10 68:5
**Toma** 47:9,13,14,17,19 47:21,23
**Tongue-in-cheek** 105:6 105:7
**top** 141:17
**Topa** 2:11
**topic** 18:23 19:1
**topics** 18:21,22 19:7
**Totto** 131:13,20,20,24
**touching** 18:20
**toward** 106:22 152:23 153:6,13,23
**towards** 86:7 159:12
**Tower** 1:19 2:5
**track** 23:12 25:10 65:1
**training** 25:22 30:17 155:16
**transcript** 169:14
**transcription** 169:12
**transferred** 10:16
**transpired** 46:11,21,22 55:15 60:18
**tree** 83:19
**trial** 7:10,12,20,21
**tried** 70:5,6 136:6 160:2
**trigger** 13:13
**true** 8:1 74:6 168:5 169:14
**truth** 169:8
**try** 8:21,23 9:15,23 16:4 85:14 161:21
**trying** 16:22 24:9 28:17 28:18 40:13 51:12 83:15 86:19 112:12 112:15 117:17 140:23 158:24 159:2 163:25
**Tsuchiyama** 2:15
**Tsugawa** 1:18 2:4
**turn** 84:11 159:14
**turned** 131:16
**turns** 85:5
**twelve** 48:6
**two** 11:12 44:16 71:22 79:2 80:18 81:4 87:24 102:3 105:21 111:10 139:8,11 145:24 148:11,22 152:22 154:9 158:13 165:15
**two-fold** 110:13
**type** 61:11 73:21,21 88:14 92:5 126:20
**types** 129:10
**typical** 73:17
**typically** 79:11 89:14

**U**

**uh-uh** 9:8
**um-hum** 8:24 9:2,8
**unable** 7:10
**unavailable** 38:3
**unaware** 128:4
**under** 30:13 64:23 147:21 169:12
**underlined** 91:16
**underlying** 135:3
**understand** 8:6,8,10,12 36:17,18 38:20 40:18 47:4 80:1 82:23 126:7 151:6
**understanding** 56:17 56:20 75:22 76:4,8 79:8 93:13,16,23 95:13,17,22 96:14,22 113:18 114:7,9 122:22 123:1 139:19 140:3 145:20 146:1,4 146:7,11 147:16 155:7 161:7
**understood** 8:14 93:22 117:20
**undoings** 70:20
**unfounded** 68:17 69:2 70:1,15
**union** 44:15 47:7,24
**unit** 5:11
**UNITED** 1:1
**units** 28:24
**University** 10:15 12:5 12:7
**unknown** 112:7
**unless** 13:10 23:9 129:16
**until** 9:15 90:4
**unusual** 45:17,23
**upset** 105:16
**upsetting** 100:19
**use** 61:25 62:2 94:14 113:18,19 114:2,3 129:12
**used** 7:12 63:20 81:13 81:14 85:16 115:1 121:17 129:16
**using** 64:15 122:23 123:3
**usually** 79:8 106:4,5
**utilization** 61:20
**utilize** 61:20
**U.H** 14:21

**V**

**vacancy** 18:25
**vacant** 18:10
**vacation** 160:19,22
**vague** 23:7 36:12 40:8 40:16 41:1,18 45:20 57:24 76:12,17 84:7 90:14 108:1 114:15 118:11 127:12 132:19 135:19 147:6 156:2 162:11 163:7 166:19
**valuation** 13:10
**value** 165:15
**various** 20:10 129:10 155:5
**verbal** 9:6 124:6 162:18
**verbally** 109:10
**versa** 46:6
**versus** 27:9 30:4,8 142:16
**very** 8:6 9:12,22,23,24 10:11 36:7,15,15 47:3 55:23 64:16 83:1 84:10 107:22 116:12 126:25 133:7 135:2 142:21
**veto** 31:10 36:5
**VI** 69:5,8
**via** 68:5
**vice** 46:6
**views** 154:5
**Violet** 55:2 71:23
**VOLUME** 1:16
**voluntary** 159:20
**vs** 1:5 168:24

**W**

**Waialae** 5:11
**Waikiki** 27:17 28:1,4 29:21,22 77:10 79:17 107:5
**wait** 9:15 72:5
**walking** 7:7
**want** 5:15 6:25 33:22 36:25 49:8 64:20 157:13,18 159:23 164:22
**wanted** 18:24 55:16 57:6 85:13 102:4 110:11 116:8 117:19 120:18 124:2,3 164:7
**wants** 46:7
**warm** 105:11
**warning** 124:6 149:21
**warranted** 58:3
**wasn't** 27:16 29:20 33:25 52:13 59:18 71:8 87:24 97:9 136:11,17 151:7 164:21
**water** 10:4
**way** 23:9 32:5 34:13 37:8 53:4 105:18 169:18,20
**Waylon** 47:9,13,14,16 47:18,21,23 164:6,13 165:17,18 166:1,23
**website** 67:7,10
**week** 109:5,13,14 119:1 137:17 157:11 162:23 165:17
**week's** 112:21
**welcome** 70:17
**well** 6:19 18:20 22:4 27:15 30:20 31:20 34:13 35:15 40:13 41:3 45:3 56:22 60:16 62:6 70:2,10 81:12 85:3 87:22 88:17 91:5 92:5 93:3 93:18 95:1 98:7 100:6 105:9 106:2 107:22 119:21 127:10 140:16 141:2 141:15 146:20,21 148:18 151:15 153:8 164:9 166:7
**well-being** 83:4
**well-known** 129:13
**went** 12:9 14:20,21 29:17 32:11,12 34:16 43:16 68:4 71:9,12 71:14,16 83:22
**were** 12:6,14,17 13:4 14:7,8 15:10 16:11 16:12 17:6,20 18:3 18:11,16 19:17 21:14 21:18 22:12 24:8,9 25:2 26:7,11 27:7 28:23,24 29:2 30:16 30:16,21 31:16,24 33:2,12 36:1 38:12 41:24 42:2,3 43:9,12 43:16 44:23 45:6,7 46:3,10,16,19 50:15 57:10 61:14 62:16,21 63:3 64:6,13 65:15 65:17 68:9 70:3 72:1 72:25 75:18 78:18 80:14 81:1,25 86:3,6 105:10 123:20 124:25 125:14,24

126:4,10,14,17 128:7 129:10 144:7 154:22 154:22 155:2 158:16 159:1 160:11 161:7,9 162:14 164:4 165:25 169:10
**weren't** 23:15 45:12 48:12 131:24 141:11 146:16
**we'll** 7:21,22 139:4
**we're** 9:25 34:10 51:18 112:7,8 147:20
**we've** 47:25 49:10 133:12
**while** 14:7,8 80:17 143:14
**Whittier** 10:16,17 11:16 14:22
**whole** 37:12 38:11 39:7 169:8
**wife** 19:25 82:1,14 83:24 85:7,8
**wife's** 81:23 83:11
**Wilfred** 125:5
**wish** 85:4
**withdraw** 148:14
**witness** 3:2 5:2 7:3 24:6 24:17 27:19 28:11,15 33:18 36:14 40:10 41:3,19,23 42:17 45:22 46:14 50:14,25 51:6,12 54:7 58:1,3 59:22 64:12 69:22 71:7,20 72:5,14 75:4 76:14,19,23 78:5 79:9,17 82:6,11,17 84:9,21 90:15,19,22 91:6 101:12 102:1,7 107:4 108:3,9 113:2 113:22 114:17 117:2 117:15,19 118:17 119:25 120:18 123:6 127:14,17 128:1,20 132:9,14,21 133:22 134:14 135:7,12,20 135:23 136:4,24 137:5 140:1 147:8 148:24 151:1 156:4 158:11 162:13 163:9 163:20 164:12 166:16,21 168:1,2 169:7,9,10,12
**witnessed** 111:11 116:23 117:6 118:10 118:14
**witnessing** 118:17
**Wong** 2:15 22:21 108:1 112:1 158:19 163:16 164:10 166:12,15
**word** 40:12
**words** 33:20
**work** 13:18 17:24 20:1 26:20 57:13 58:16,25 59:8 60:9,12,24 61:1 61:4,7 68:18 70:5,6 77:4,7 97:1,14 98:3 99:22 101:17 106:1,2 106:2 110:5,13 111:23 113:9,14 114:5,12,21 115:3,9 115:15,20 121:13,15 121:17,23 122:6,19 122:23 123:2,8 124:2 124:9 126:1 128:5,13 129:5 137:11 138:1 140:12 142:13 151:17,18 152:24 153:6,13,23 155:3,4
**worked** 11:8,19 20:24 32:5 40:23,24 47:24 79:15 116:18 118:5 119:9 126:7 128:16
**workers** 49:17,19,24 50:1,5,10,17 51:4,10 51:13 52:3,7,21,23 53:2,14 54:10 65:7 65:23 66:18 67:24 68:5,17 69:13,16,25 73:2,3 75:6,17 92:19 95:2,7,8 96:7 103:6 145:9
**working** 10:23 12:18 12:19 40:5 47:12 66:3,4,21 80:17 83:8 83:11 111:7 124:14 126:10,24 137:10 141:7
**workload** 26:3
**works** 37:8 57:15
**worry** 7:19
**wouldn't** 24:6 106:24 111:1 120:15 144:18
**write** 105:3 152:3 156:16
**writing** 156:18
**written** 43:9 57:12 78:6 120:12 124:16,18,20 150:2,16 156:1
**wrong** 41:10 71:1 110:14,18 119:22 141:10 159:25
**wrongdoing** 42:24 132:5

**X**

**X** 3:1,7 4:1 34:11 94:4 94:9
**X's** 96:18

**Y**

**yeah** 36:23 37:25 45:3 55:13 58:19 73:4 79:1 87:2 90:3 94:11 101:16 102:1 104:11 104:14 109:9,14,23 109:24 111:12 114:18 119:20 121:4 137:21 140:7 142:1,7 147:11,16 149:9 157:12 161:12
**year** 6:12,21 55:20 71:2 85:25 86:5,5,12 87:2 90:5 112:16 141:5
**years** 5:13 10:15 13:20 14:21
**year's** 85:6 87:7 104:24
**year-and-a-half** 6:13
**Yee** 22:17
**Yep** 105:12

**0**

**02** 148:5
**04-00108** 1:3 168:24

**1**

**1st** 74:9 90:4,6 148:3,4 153:5 162:8
**1-10** 1:9,9,10,10
**10** 33:5
**10th** 72:1,10
**10-1-01** 3:22,23
**10-18-02** 4:16
**10-2-01** 3:24
**10:30** 1:17
**100** 3:23,24
**102** 4:4
**103** 4:6,7
**108** 4:8
**11-3-00** 3:14
**1100** 1:19 2:5
**12** 100:14
**12th** 139:20 143:5 147:16 149:25
**12-month** 147:21
**12-1-2000** 88:18
**12-29-00** 3:16
**13** 12:24,25 13:3,4,6,9
**13th** 147:13
**138** 4:9
**14th** 153:18
**144** 4:10
**149** 4:11
**15** 48:3,7
**15th** 52:13,18 54:24 55:16 58:5,22 70:23 70:25 71:5,11 109:6 114:19 120:3 121:2 122:3,10,14 129:20 129:24 137:18 142:23 143:2,4 161:10,18,23 162:1 162:20,23 169:22
**152** 4:13
**156** 4:14
**157** 4:15
**158** 4:16
**16th** 144:23 145:21 146:5
**17th** 71:20 144:25
**18** 116:17 117:3 118:4 118:18,22 119:8,22
**18th** 164:8
**1978** 13:21
**1982** 13:21 14:2 15:22 15:23
**1984** 26:16
**1989** 66:13
**1990** 26:16
**1990s** 64:14
**1998** 66:23
**1999** 17:19 66:13

**2**

**2** 66:11,12
**2nd** 128:24 129:17,20
**2-15-02** 4:8
**2-5-01** 3:17
**20,000** 27:7 28:8,21
**2000** 74:9 86:24
**2001** 69:9 86:8,9,10,20 87:1 93:21 95:11,14 96:15 97:9 104:10,20 140:19 162:7,8
**2002** 6:16 54:25 70:23 86:9 87:6,17 97:4,5,6 108:10 109:6 114:19 120:4 121:2 122:3,10 128:24 129:17,24 137:20 139:20 143:2 143:4,4,5 144:23 145:21 146:5 149:25 152:19,20 153:2,18 153:19,21 161:10,18 161:23 162:1,20,24 164:8
**2003** 30:5 52:13,19 54:24 58:6 69:6 70:25 71:1,5,20
**2004** 123:11
**2006** 1:17 7:24 24:15 168:4,17 169:23
**21** 3:10 51:15,18 53:8 65:3,25 66:7 69:1
**22** 3:11 72:18,21 104:20
**22nd** 143:4
**23** 3:12 73:10,11
**23rd** 1:20 2:5 95:11,14 95:16
**24** 3:13 74:11,14
**25** 3:14 75:8,10 76:3
**26** 3:15 79:12 88:8
**26th** 96:15 140:19
152:18,20 153:2,17 153:20
**265,000** 24:25 25:2
**27** 3:17 89:5,8
**28** 3:18 90:24 91:2
**29** 3:19 92:11,14,24 93:12

**3**

**3rd** 95:15
**3-7-01** 3:18
**30** 3:20 94:16,19
**31** 1:17 3:21 95:25 96:3 140:18 141:19,20,23 141:25 142:1,6,10,13 142:16 144:5,8,13,18 168:4
**31st** 7:24 153:5,19
**3138** 5:11
**32** 3:22 98:13,16 99:17 100:13 105:14
**33** 3:23 100:9,12 105:14,18
**34** 3:24 100:23 101:1 105:14
**35** 4:4 24:20,21 102:9 102:12
**36** 4:5 103:12,15
**37** 4:7 103:22,25 106:8
**373** 169:25
**38** 4:8 108:20,23 112:21 116:15 117:25 119:2
**39** 4:9 138:4,7,12 140:23 142:15,16,21 143:11 144:19 145:16 146:16 147:5 147:15,20 148:3 149:1,12,24 150:6,20 151:6

**4**

**4-12-02** 4:9,11
**4-23-01** 3:20
**4-5-01** 3:19
**4:35** 167:3
**40** 4:10 24:21 25:3 144:15,23 145:20,23 146:1,14 147:14,22 148:4
**41** 4:11 149:14,15 150:6 151:23
**411** 2:16
**42** 4:12 152:9,12,16 156:22 157:14,20
**43** 4:14 156:7,10 157:2 157:5,23,25 158:13
**434** 5:11
**44** 4:15 158:16,16,17 158:19
**45** 4:16 160:24 165:14

**5**

**5** 3:5 166:25
**5th** 2:11 93:21
**5,000** 26:11
**5-16-02** 4:10
**5-31-06** 168:25
**51** 3:10

**6**

**6-16-00** 3:12
**6-26-01** 3:21

**7**

**7th** 72:1,5,10
**72** 3:11
**73** 3:12
**735** 2:16
**74** 3:13
**745** 2:11
**75** 3:14
**79** 3:16

**8**

**8,000** 25:6
**8-11-00** 3:13
**8-12-02** 4:14
**8-15-01** 4:6
**8-22-01** 4:7
**8-26-02** 4:13
**8-5** 157:11
**808.275.0300** 2:12
**808.356.2600** 2:17
**808.524.2090** 1:25
**808.524.2596** 1:25
**808.531.0490** 2:6
**89** 3:17

**9**

**90** 3:18
**92** 3:19
**94** 3:20
**95** 3:21
**96** 66:23 67:12
**96813** 2:6,12,16
**97** 67:12
**98** 3:22 67:12
**99** 67:15,16