


ORIGINAL

MOSELEY BIEHL TSUGAWA LAU & MUZZI
a Hawaii limited liability law company

ROGER S. MOSELEY         2060
ALAN K. LAU              3981
RENEE M. FURUTA          7593
JOANNA B.K. FONG         7764
Alakea Corporate Tower
1100 Alakea Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone:  (808) 531-0490
Facsimile:  (808) 534-0202
Email:   rmoseley@hilaw.us
         alau@hilaw.us
         rfuruta@hilaw.us
         jfong@hilaw.us

Attorneys for Plaintiff
PHILIP E. ENGLISH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>　　　　　　Defendants. | Civil No.  04-00108 JMS/KSC<br><br>NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION<br><br>[RE:  CHARLES W. TOTTO] |

EXHIBIT C

### NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION

TO:  MICHAEL A. LORUSSO, ESQ.
     Kawashima Lorusso & Tom, LLP
     Fort Street Tower
     745 Fort Street, 5th Floor
     Honolulu, Hawaii 96813

     Attorneys for Defendants
     City & County of Honolulu,
     Gary T. Kurokawa, Robert O. Magota,
     and Ann C. Gima

     KEVIN P. H. SUMIDA, ESQ.
     ANTHONY L. WONG, ESQ.
     Sumida & Tsuchiyama
     Dillingham Transportation Building
     735 Bishop Street, Suite 411
     Honolulu, Hawaii 96813

PLEASE TAKE NOTICE that on June 23, 2006, at Moseley Biehl Tsugawa Lau & Muzzi, a Hawaii Limited Liability Law Company, Alakea Corporate Tower, 1100 Alakea Street, 23rd Floor, Honolulu, Hawaii 96813, Plaintiff Philip E. English, above named will take the oral deposition of:

| NAME AND ADDRESS | DATE AND TIME |
|---|---|
| **CHARLES W. TOTTO**<br>Executive Director/Legal Counsel<br>Standard Financial Plaza<br>715 South King Street, Suite 211<br>Honolulu, Hawaii 96813<br>Telephone (808) 527-5573 | Friday,<br>June 23, 2006<br>9:00 a.m. |

Said deposition shall be upon oral examination, pursuant to Rule 30 of the Federal Rules of Civil Procedure before an officer authorized by law to administer oaths. The oral examination will continue from day to day until completed. You

are invited to attend and examine. Said party is required to attend.

The above deponent will be required by Subpoena Duces Tecum to have available any and all original records, files or documents, notes, e-mails and or other material including computerized storage material and any and all documents of every nature pertaining to: (i) Philip E. English, (ii) Gary Kurokawa, (iii) Christopher Graff, (iv) Robert Magota, (v) Ann Gima or (vi) the Assessment Division of the City and County of Honolulu.

DATED: Honolulu, Hawaii, _____.

JUN - 2 2006

_____
ROGER S. MOSELEY
ALAN K. LAU
RENEE M. FURUTA
JOANNA B.K. FONG

Attorneys for Plaintiff
PHILIP E. ENGLISH