**categories** 12:1
**cause** 150:17
**caused** 6:17 68:18,21
**causes** 4:16
**caution** 60:18
**cautioned** 4:2
**cave** 142:13
**cell** 51:5,6 62:2 85:16
**Center** 2:19 88:17 89:1 89:3,5 147:19
**ceremony** 10:14
**certain** 4:20,21 5:23 6:19 60:24 64:13 84:2 91:25 109:15,16 131:14 134:2,4,11 141:14,22 142:6
**Certainly** 94:10
**Certified** 1:25 5:5
**certify** 149:1 150:5,15
**CGA** 5:4
**chance** 8:24
**change** 137:9
**changes** 148:2,4,6,8
**characteristics** 64:18
**characterization** 62:12
**characterize** 102:15
**charging** 79:5
**check** 15:21 16:25 17:2 49:24 58:12,13 65:14 65:14,15,15,16,16,17 65:17 68:8 69:24 70:2,6,8 73:24 74:4 93:4,6,10
**checked** 66:11,12 67:17
**checking** 78:13
**checks** 12:16 16:22 65:20 70:16 77:15,16
**choose** 148:3,4
**Chris** 16:4,7,14,16,18 17:24 18:15,16 25:5 25:11,14 26:1,3 27:5 29:10,11,17,24 30:3 30:8,9,10,11,19 31:5 31:8,8,10,11,14,17 31:22 32:3,7,8,9,11 32:13,15,18,20,24,25 36:9,11,12,16,24 39:3,14,21 50:8 51:2 52:7 53:2,15 55:6,17 55:23 56:11,22 57:1 57:4,4,5,6,14,18 58:5 58:6,21 59:8,18 60:5 60:6 61:1,11,11,14 61:17,18 62:2,15,22 63:11,22 64:10,13 65:10,14 66:6,20,21 67:16,21 68:20 69:22 73:17 74:18 75:2,12 76:1,11 77:8,12,15 77:21 78:13 79:11,23 80:14 81:1,13,21 82:2,8,21 83:6 84:16 84:23 86:21 87:1,2 87:14 91:22 92:2,17 92:20 94:1 96:20 97:10,15 104:6 105:3 105:18 106:20 107:7 108:13 109:13,23 110:22 111:6,16,21 112:17 113:1,13,14 114:23 115:14,22 116:5,6,6,17 117:9 117:25 120:10 127:11 130:11,12,13 133:22,23 134:14 139:25 140:18,24 142:22 143:18,18 145:9,12
**Christian** 21:10
**Christopher** 9:13 12:23 13:1 77:17
**Chris's** 51:20 63:2 110:4 143:22
**chronological** 72:13
**Chun** 37:20 40:2,11 55:1 129:15 132:3 135:12
**Chung** 2:10
**Circuit** 1:1,1 149:23,24
**city** 1:6 2:15 4:13,20 11:13 13:17,20 14:14 14:21 17:5,9 23:23 25:6,16 27:5 28:24 28:24 29:4,13 30:16 30:17 32:10,10 36:4 36:12,21 37:10,11 38:2 40:1 41:1,7 42:2 42:7,18 43:5,9,14,16 43:22,24 46:22 48:11 48:12 51:7,11 52:23 55:18,24 56:23 57:2 57:15 58:20,25 59:12 59:20 60:7,9,15,18 61:4,12,14,19,22,24 62:3,9,16 67:21 75:25 94:19 96:3,12 96:21 97:16,17,25 104:7 107:7,10 108:3 108:18 109:6,13 110:4,24 127:13 128:2,5 129:11 131:19 132:14 133:3 133:13 149:23 150:3
**city's** 97:23 107:15 108:25 109:4
**Civil** 1:5 149:24
**claims** 27:5
**clarify** 7:11
**classifications** 41:19
**clear** 8:20 27:11 34:16 97:10 129:14 131:23
**clearly** 34:13,22 58:8
**client** 30:22 72:20 138:22
**clients** 138:21 142:13 142:17
**clipped** 71:1
**close** 56:9
**coaching** 114:20
**Coast** 123:10
**code** 125:16
**coerced** 116:15
**color** 71:1
**Columbus** 9:14
**column** 72:17 100:11
**come** 13:15 46:7,21 63:21 66:10 68:13,25 72:3 91:1 100:3,19 124:7 125:9 128:22 134:17 136:11 138:12 141:14,21 142:6 147:1
**comes** 92:24 136:18 138:14 141:24
**comfortable** 137:12
**coming** 19:12 46:14 64:19 114:8 146:7
**commencing** 1:21
**comment** 141:9 148:8
**commercial** 11:4 17:20 38:8 39:19 40:5,6,18 45:15,16 47:14 49:4 79:4 80:2,12 81:7 84:21 86:19
**commercials** 37:25
**commission** 43:14 45:4 96:11 133:14 150:24
**communicate** 102:4
**communications** 18:20
**comp** 30:22,25 31:1 93:3 109:25 145:10
**company** 25:18 36:7 37:12,20 39:2 40:2,8 40:12 44:8 89:15 101:21 129:15,24
**comparable** 49:11 144:13
**compensation** 4:22 18:11
**competitor** 130:8
**complain** 134:14
**complained** 4:19 113:12
**complaining** 79:16 111:21,21 116:5 133:22,23
**complaint** 4:22 29:8,9 55:17 56:8,22 57:1 131:14 132:18 133:17
**complaints** 31:22 110:23 111:6 114:23 133:18,20 134:11
140:18
**complete** 32:12 40:24 147:13
**completed** 73:22 100:21 123:2
**completeness** 95:22,23
**compliant** 55:23
**component** 64:20,24 65:1
**comprehensive** 93:21
**compromise** 136:22
**comps** 30:24 93:8 103:10 144:5,6,7
**computer** 18:6 57:15 57:15,20,25 75:16 105:8,11,16 120:16 120:23 124:16,21 125:7
**computerized** 71:3 93:20
**computers** 93:17 95:18
**computer-aided** 150:12
**concentrated** 40:12
**concept** 62:15
**concern** 104:15,22,23
**concerned** 132:25 150:16
**concerning** 15:18
**concluded** 147:24 148:14
**conclusions** 146:7
**condominium** 35:24
**conduct** 96:4,7
**conducted** 139:11
**confer** 19:3
**confidence** 95:21,23
**confident** 84:5
**confidential** 27:18
**confirm** 85:11
**confirmation** 85:9
**confirmed** 20:21 21:20
**confirming** 75:18
**conflict** 42:25 115:22
**confused** 8:7 51:1
**confusion** 7:10 15:3
**conjunction** 66:5 67:15
**connection** 12:4 17:6 90:21
**conscious** 62:8
**consciously** 132:21
**consent** 143:1
**consider** 6:10 69:19
**consistent** 97:9
**consistently** 115:3
**contact** 32:8,9 92:17 98:21,24 99:8,18 102:12,14,15,18,25 103:16 109:12 128:4
**contacting** 125:19,20
**contained** 150:8
**contested** 131:7,7
**continue** 24:1 129:7
**continued** 99:17
**continuing** 111:8
**contracted** 29:3,4,9
**contractor** 37:3 129:17
**controversy** 27:14
**convenience** 32:2
**convention** 23:9,10,13
**conversation** 13:11,13 19:10,25 21:13,16 22:7 23:4 26:8 28:16 29:1 33:3 35:4,6 55:12,25 56:2 57:11 60:5,11
**conversations** 57:8,12 99:23
**convey** 50:9 51:3
**Conveyance** 144:8,10 145:14
**Conveyances** 75:14,21 75:22 76:2 78:14 86:12 105:1,4,20 106:8 108:2,14
**convince** 97:1
**convinced** 96:24
**copier** 71:1
**copies** 10:22,23 11:8,9 12:16 13:23 16:1 26:22 30:24,24 109:22 142:24 143:3
**copy** 16:24 30:25 49:1 65:8 66:1 75:5 94:8 105:25 108:5 120:11 120:12
**cordial** 136:5
**corner** 71:5 120:1
**Corporate** 2:4
**Corporation** 35:19
**CORPORATIONS** 1:8
**correct** 8:14 10:24 12:8 12:9 35:25 58:7,8 62:12 72:22 76:4 100:24,25 129:24 130:14,17,18,20,21 131:21,25 133:4,6 134:5 143:19 149:4 150:14
**correction** 8:18
**corrections** 8:18 148:2 148:4,6,8 149:3
**correctly** 136:10 137:25
**correspond** 71:8
**correspondence** 12:11
**cost** 64:21,22,23,24 98:7 138:2
**costing** 79:10
**costs** 138:3
**Counsel** 33:8
**county** 1:6 2:15 4:13

13:17,20 17:5,10 36:5 38:3 41:1 48:12 59:12 94:19,19 96:3 96:16,17 104:7 129:11 149:23 150:3
**couple** 51:9 78:22 90:12 120:22 122:25 128:15 131:3 138:25 144:9 145:3
**course** 34:5 49:15 110:8 114:2 125:18
**court** 1:1 4:23 6:11,20 8:15,22,22,24 10:15 13:10,14 14:4 27:24 28:12 143:1,3 147:24 148:12 149:23
**cover** 118:18 121:20
**covered** 145:8
**CPA** 94:7
**CPR** 39:20
**crazy** 46:4 97:14 101:22 112:23
**credibility** 8:11
**criminal** 10:16
**critical** 78:9
**crossed** 95:19
**CSR** 1:24 149:25 150:23
**current** 137:8
**currently** 94:22
**curriculum** 14:11 35:9
**custody** 114:18
**CV** 13:24 14:13,21
**cycle** 66:14

D

**D** 3:1 30:7
**dad** 44:18 49:20 50:6 90:24 102:22 103:2 115:12
**dark** 85:22
**data** 30:20 123:7
**database** 48:5
**databases** 48:1
**date** 21:16,17 25:16 72:16,20 73:9 74:24 75:13 76:21 95:1 100:23 101:2 103:19 111:1,4 118:16,17 119:3,4,4,5 120:1,4,6 120:8,14,16,18,18,19 121:4,5,5,6,6,14,15 121:21 122:1,3,16 123:18,19 124:24,24 125:1,1,3,3,5,8,8 128:19 142:2 144:4
**dated** 118:14 144:25 145:8 150:19
**dates** 110:25 119:3,8 124:22 125:4 127:1,2
**daughter** 111:17
**Dave** 67:5 78:20 93:3
**David** 1:18 3:12 4:1,7,8 5:3 7:6 14:11 31:12 31:22 39:11 68:14 113:5 118:13 126:6 129:23,23 130:1,4,7 147:2 149:1,9 150:7
**day** 46:7 112:4 137:2 137:13 149:11 150:19
**days** 93:14 106:4
**deal** 142:9
**dealing** 127:21
**dealt** 53:2
**death** 95:1 121:6 125:3 125:5
**Debbie** 125:25 126:1
**deceive** 112:20
**December** 144:3
**decide** 99:5
**decided** 5:13 117:24
**decision** 123:6,6
**Defendant** 2:8
**defendants** 1:10 2:15 4:23 5:23
**Definitely** 133:10
**department** 49:18,21 50:6
**depending** 137:10 138:4
**deposit** 16:1
**deposition** 1:18 4:25 5:15 7:21,24 8:4,6,15 10:9 19:2,3,7,12 21:24 24:21,24 25:2 27:17 33:9 129:10 130:23 132:18 147:24 148:14 150:8 150:10,14
**describe** 10:22 14:13 42:21 43:9 58:7 89:11 95:23 113:20
**described** 17:19 18:2 19:16
**describing** 56:7 104:25 105:2 112:18
**description** 48:17 50:12 87:23 89:19 144:22,23 145:2
**descriptions** 49:11
**designations** 5:9
**determine** 42:25 64:19 124:15 127:1
**determining** 16:16 142:3
**die** 64:4
**difference** 110:20
**differences** 8:9
**different** 12:1 20:4,5 100:4,4 142:9
**difficult** 10:5 123:10
**digging** 9:12
**direct** 72:6 92:17
**directly** 58:17 77:16 108:3 113:7
**director** 18:21
**disclosure** 42:18
**discovery** 9:7,13
**discuss** 55:20 61:17 62:18 92:1,1 96:20 146:3
**discussed** 32:15 62:14 72:3 146:6
**discussion** 42:17 61:10 61:18,21,22
**discussions** 31:25
**disks** 30:21 51:16
**division** 43:17,22 54:13 96:13 107:16 117:4 125:21 126:9 131:20 139:5
**divorce** 114:15 131:2,6 131:16
**divorced** 114:11 135:19,22
**doc** 69:11
**doctor** 85:5
**document** 15:17 30:2 69:8 75:12 85:11 105:21,25 106:1,10 144:12 145:4
**documentation** 18:7
**documents** 9:10 12:3,7 12:9,22 13:16 14:17 14:20,24 15:6,7,13 16:3 17:7 27:24 39:10 108:1,13,18,25 143:8 144:13
**DOE** 1:8,8,9
**doing** 9:15 10:19 11:13 16:14,17 27:5 29:15 29:17 31:14,16 32:11 32:15,23 37:3,16 40:15 42:23 44:21 47:11,14 48:25 51:22 51:24 55:17,23 56:22 57:1 58:6,9,10,16 59:8 60:6,20,22 61:4 61:11,14,19 63:22 64:10 76:8 80:6,18 83:15,19 85:13 90:25 91:23 92:5 96:13 104:6 110:7,24 111:7 111:22 112:4 113:13 115:12 116:5,7 125:18 126:12 134:8 134:13
**dollars** 78:22 81:5
**done** 10:23 11:4 17:16 18:7,11,12 30:9 31:12 38:2,5 39:11 39:12 60:13,14 63:19
71:23 85:16 87:2 88:4,20,25 89:12 94:7 97:4 103:19,20 106:11 118:9,10 123:7 127:7 129:22 145:11,21
**Dottie** 125:25 126:1
**double** 66:10,12
**doubt** 116:16
**down** 6:11,11,21,22,22 8:23 10:6 22:17 36:6 44:15 48:20 50:14 51:11,15 64:18 65:9 73:20 79:19 80:20 82:23 84:18 85:24 86:15,23 88:17 89:1 89:15 105:20 108:17 111:4 125:5 128:13 132:9 133:16 138:9 150:10
**downstairs** 44:12 139:18
**downtown** 124:5,5
**drag** 98:19
**drawing** 22:16,23
**drawn** 101:16
**drive** 7:23 46:6,24,24 84:12 85:20 102:23
**drives** 13:14
**driving** 86:7,8
**drop** 32:3,3,4,5,6 51:11 51:15 53:15 55:6
**dropped** 53:14 124:4
**drove** 102:24
**due** 72:16,17,22 73:9 74:24
**duly** 4:2 150:9
**during** 32:11 38:12 48:16 62:15 69:15 106:25 125:18

E

**E** 1:3 3:1
**each** 19:11 30:21 70:3 71:6 83:21 100:6 132:1,2
**earlier** 16:17 29:19 42:16 56:11 62:1 69:3 72:3 76:12,16 95:18 96:2 101:10 113:25 118:8 119:9 120:9 122:8,14 136:7 137:1
**early** 52:15
**earth** 7:7
**easier** 137:18
**East** 91:11 100:16,17
**eat** 111:17
**eating** 78:21 79:13
**economic** 114:3 115:11
**economically** 37:21
**economics** 112:2 114:24
**edges** 116:24
**education** 35:10
**Edwin** 94:7
**effort** 19:1
**efforts** 40:12
**eight** 137:3
**either** 6:14 27:23 29:16 29:20,23 30:7 32:17 49:4 73:17 76:5 83:25 106:17,22 122:8 131:24 134:15
**electronic** 11:9 120:12
**electronically** 17:22
**Elepaio** 81:8
**elsewhere** 32:12
**else's** 111:14 117:7
**email** 109:12,13,17,19 109:21 110:4 127:4
**emailed** 109:25
**emails** 109:22 127:13
**employed** 25:6,15,17 37:1
**employee** 17:5 42:7 96:12,21 97:25 109:6 129:18
**employees** 17:9 59:12 104:15
**employing** 39:14
**employment** 13:17 14:13,21 39:25 40:20 42:19
**encompassing** 10:21
**end** 8:25 13:12 46:7 47:15 70:3 78:25 90:9 114:7 118:16 129:19
**ended** 81:20,20 85:4 140:20
**ends** 23:12
**engaged** 132:20,21
**English** 1:3 4:11,18 113:12,19 116:4 131:25 132:6,11,18 132:19,22 135:2 149:23
**enough** 46:8 95:25,25 104:24 111:11 134:16
**enter** 124:25
**entire** 45:22 68:9
**entirely** 148:5
**ENTITIES** 1:9
**entitled** 5:23 81:24 129:23
**Equally** 133:9
**equate** 112:5
**equipment** 60:9,19 61:4,12,15,22 62:9 137:22

**errors** 79:2
**especially** 50:12 70:12 116:23
**ESQ** 2:2,9,17
**essentially** 12:19 14:17 67:16 71:13 134:3 141:4
**estate** 40:5 129:15 142:1
**estimate** 34:23 147:12
**Ethics** 43:14 45:4 96:11 133:14
**even** 7:10 8:21,22 10:13 11:6 23:19 29:22 61:18 75:11 111:1 120:11
**ever** 4:25 5:12,15 13:3 15:10 30:4 41:13 42:9 46:21 48:11 51:7,11 54:12 55:15 55:20,22,25 56:2,21 56:25 57:18,22 58:17 59:11 60:5,12 61:2 61:14,17,21 63:1,14 63:16,18 64:9 67:12 68:21 76:8 91:5 92:21 107:7 108:20 108:24 109:3,6,12,17 112:20 113:1 126:5 127:4,16 134:14 142:13
**every** 62:18,20,20 85:14 114:12 132:8 140:16
**everybody** 54:14 97:13 111:12,14 117:7
**everybody's** 111:13 117:6
**everything** 12:19,25 22:8 43:6 51:10 55:14 60:13 66:9,11 66:11 67:5 80:6 88:8 116:22 117:1 136:17
**Ewa** 32:4 38:23 52:21 69:7
**exact** 55:19 85:2 119:8
**exactly** 6:12 19:16 29:20 85:3 97:4 122:9 136:14
**EXAMINATION** 3:3 4:5 129:5 134:24 139:2 147:5
**examined** 150:8
**example** 12:11 34:4 50:17 63:13 70:8 90:20 107:16 108:12 131:6
**excellent** 71:1
**except** 23:5
**exchanged** 51:20
**excuse** 8:21
**exhibit** 11:22,23 14:4,9 14:10 28:9,10,11,13 28:13 35:3 61:6 65:4 65:6,7 69:24 70:20 70:21 72:1,4,5,6,8 74:8,14,22 75:8 77:18 79:20 89:22 94:5 95:8,11,22 96:17 100:10 103:19 115:16 116:1,13 117:8,19 118:10,18 119:9,13 120:25 121:21 122:22 129:22 130:11 133:11 143:12,13,21 144:24 145:7 147:8 147:12
**exhibits** 3:10 72:10 142:25 143:2,3
**expectation** 108:16
**expected** 21:3
**expecting** 106:20,22
**experience** 35:11,13,14 40:21 129:16 131:16
**experts** 21:20
**expires** 150:24
**explain** 4:17 65:12
**explained** 55:16
**Extension** 82:4 84:1
**extent** 64:2
**extra** 94:11
**eye** 12:6
**eyes** 90:1
**E-L-E-P-A-I-O** 81:9

**F**

**face** 43:19 144:24
**fact** 10:11 111:20 113:12 130:7
**factors** 111:23 112:10 117:22,24 118:1
**facts** 9:11,12 134:9
**fail** 6:25
**fair** 95:25,25 117:18 130:7 142:5,5
**fairly** 10:14 102:7 142:16
**fall** 18:1
**familiar** 75:21
**family** 90:23 110:18
**far** 84:6 89:21 93:3 117:20 129:14 132:25 133:12
**favor** 66:20,23
**feasible** 37:22
**February** 23:7 24:11 98:17 122:18
**federal** 4:16
**fee** 68:8 74:4,5 77:24 78:2 79:4,8,25 80:11 80:24 81:6 82:6,24 86:18 87:12 94:20 97:14 137:20
**feel** 10:10 68:17 96:12 117:8
**feeling** 10:11 31:19
**fees** 79:5
**fellow** 67:12
**felt** 20:7 101:7 122:18
**few** 16:8 62:17,20,20 134:22 135:19
**field** 20:5 93:16,18 139:19 140:15
**fifth** 15:17
**figure** 63:10 74:13,14 100:7 116:13 137:2 139:20
**figuring** 72:8
**file** 105:21 119:6 120:24
**filed** 4:12 27:15 29:8
**files** 10:21 57:14 110:1 131:13
**fill** 47:9
**filled** 78:11
**financial** 2:19 135:13
**financially** 140:24
**find** 9:7,9 15:25 86:4 88:8 93:20 106:9,14
**fine** 121:11
**finish** 32:14 46:20 76:12
**finished** 76:16
**firm** 145:1
**first** 1:1 4:2 10:18 11:21 12:3 24:1 27:13 41:13 44:7,10 45:6,9 46:13 47:19 50:8,23 51:2 56:12 71:13 72:15,21,24 73:2 74:23 79:20 80:8 120:2 126:3 130:22 143:25 149:24
**five** 22:25 26:22 79:5 81:24 112:4 128:15 137:4
**fixed** 136:23
**flew** 78:4 102:22
**flight** 46:14,15
**flipping** 93:22
**floor** 1:21 2:5 48:16,20
**flurry** 70:14
**fly** 45:24 46:8,11,13 69:21
**flying** 46:4,4
**folded** 36:7
**folder** 124:11,11
**folks** 19:16 120:13 141:24
**following** 121:22
**follows** 4:4 106:18
**follow-up** 129:12 138:25 147:7
**Fong** 94:7
**foot** 85:5
**foregoing** 149:2 150:12
**forever** 88:14
**form** 5:24 47:4,8,15 59:15 77:23 86:20 102:9 137:9,10 140:2 145:11,12 150:12
**formed** 40:8
**forming** 44:8
**Fort** 2:20,21
**forth** 18:24 35:10
**forward** 136:15
**found** 27:15 111:10,20 112:16
**foundation** 63:25 102:10 113:17
**four** 16:5,5 20:1 65:9 137:4
**fourth** 48:16,19
**four-inch** 124:10
**four-wheel** 102:23
**frankly** 103:18
**free** 114:21
**frequency** 141:13
**Friday** 46:11
**friend** 31:18 53:19,21 68:12 115:24 116:5,6
**friends** 30:10 37:9 52:12 90:23,24 102:12,12 104:13 110:17 116:25 132:1 132:2 135:8 142:18
**friendship** 112:5 116:20,22 117:19 131:24
**from** 4:22,22,23 5:9 12:10,17 13:21 15:18 16:4 18:24 30:16 31:6 37:8,11,16 38:1 43:14 45:17 46:22 48:9 49:18 50:15 55:7 58:12,13,13 59:9 60:25 69:20 71:3 75:13 76:18,20 79:25 80:11 89:12 90:9 93:6 97:8 98:7 100:23 102:2 105:1 105:15 107:15 116:22,22 118:16 127:14 132:3,4,10 133:24 137:9 139:20 142:8
**front** 71:6 118:13,18
**front-ends** 18:17
**full** 5:2 31:12 40:12 150:13
**full-time** 40:1
**function** 54:7
**Furneaux** 3:18 144:25
**further** 134:20 147:21 150:15
**F-U-R-N-E-A-U-X** 144:25

**G**

**gal** 60:2 125:24
**game** 19:5,11 55:21
**Garage** 65:23 66:6 68:7 94:6
**Gary** 1:6 2:15 4:13 18:21 19:4,25 25:10 27:10 29:11,14 30:11 30:16 31:4,5,8,10,11 31:25 32:1,9,15 37:8 37:8,11 41:9 42:23 44:7,25 55:12,16,23 56:3,10 59:11 92:2 96:2 98:21 100:7 101:25 102:1,2,4,6,7 102:11,12,16 103:1,3 104:5 109:3 110:10 110:11,21 111:23 112:6 113:9,14 116:6 119:10 122:12 123:14,21 124:4 125:19 126:19 127:4 129:11 130:1,16 139:23 145:12,16,16 145:20,21,22 146:1 146:21,23
**Gary's** 30:10 44:13 146:3
**gas** 138:1
**gave** 5:4 13:23 16:9,22 32:13 43:12,15 47:8 51:20 60:6,12 62:19 62:21 96:11
**general** 5:5 43:16 56:8 92:10 135:5
**generally** 5:24 8:10 51:9 92:5,11 126:3 137:19
**generation** 132:4
**gentlemen** 5:21
**gets** 6:5 138:10
**getting** 30:2 34:1 39:25 41:21 58:23 66:15 70:22 90:1 108:5 111:6,13 117:6 134:16
**Gima** 1:7 2:16 4:14 42:1,9 127:24 128:1 129:12
**girl** 54:13
**give** 6:24 8:4 28:4 34:7 58:23 59:2 78:16,18 86:3,9 87:24 92:20 92:21
**given** 8:3 42:18 43:21

92:12
**giving** 6:18 7:12 52:7 69:22 84:6 93:10 134:9
**GK** 1:7 2:8 4:12 5:21 11:2,11 12:4,12,14 12:17 14:25 15:1,2,3 15:8,11,15,18 17:13 18:21 20:14,21 29:15 29:17 31:22 37:2,23 38:5,14 39:3,5,8,12 42:9,19 44:8 45:1,7 45:20 47:20 49:5 55:18,24 56:22 57:1 58:6,9,10,12,17 59:9 59:13 63:23 64:9 66:17 69:20 71:23 73:13 79:8 80:8 81:16 90:11,18 91:1 91:4,4,20,22 92:17 96:2 98:14,22 100:23 102:15,18,25 103:16 107:3 110:11,22,24 111:7,8,22,24 113:11 115:14,15 116:5 117:24,25 118:9,11 122:13 123:15 125:15,17,19 127:5,8 127:17 130:4,8,19 132:14 139:12,16,24 140:1
**GK's** 90:22
**GK/David** 133:20
**glass** 9:22
**go** 5:14 7:6 8:1 9:1,21 10:23 14:6 16:13 24:1 29:6 36:4 37:20 46:16,19 47:24 48:17 51:11,15 52:12 53:7 53:10 55:13 63:20 64:3 75:20 76:1,2 80:7 85:11 89:13 92:24 93:15,15 103:12,12 105:19 106:5 108:17 119:7 128:18,20,21,23,25 132:7 138:11,15,19 139:18,18 140:15
**God** 7:22
**goes** 138:16
**going** 5:18 6:5,10,11 7:2,12,17,17 8:5,16 11:16,22,22 19:21 21:10 23:8,8,10 24:4 24:6,7,10 28:6 34:11 44:18,19,20 45:3 55:11 64:1 65:4 66:15 70:15,22 72:1 78:13 79:4 81:5,23 83:9,12 89:2 94:5 97:3 98:5 101:19,22 106:7 108:13 110:10 110:12,22 112:22 114:12 116:3 123:14 124:15 125:4,9,10 129:1 132:8 136:16 136:17 137:6,17,18 137:18 142:11 143:6 143:13 147:1
**gone** 61:25 89:21 90:8 137:9
**good** 4:7 7:14 12:6 21:21 50:12 78:10 83:15 106:8 132:1,2 132:25 133:9 136:3 144:2
**gotta** 78:20
**gotten** 30:16 54:23 76:18 95:19 122:2,5
**grab** 28:6
**Graff** 12:23 13:1 16:4,7 16:14,16 18:15 25:5 25:11,14 26:1,4 27:5 36:9,11,24 39:3,15 39:21 50:8 51:2 52:8 53:15 55:17 56:22 57:1 58:5,6 59:8,18 60:5,6 63:22 65:10 68:20 75:2 77:17 79:11,23 80:14 81:1 91:23 92:18 96:20 104:6 105:3 108:13 109:13,23 113:2,13 114:23 115:15 117:9 130:11,12,14 132:13 132:13 133:3,22,23 134:14 142:22 143:19
**Graff's** 63:11
**grand** 79:5
**grantee** 105:17 106:2
**grantor** 105:17 106:2
**grantor/grantee** 75:13 145:5
**grantor/grantees** 144:12
**gravamen** 4:14
**great** 21:12 135:8
**greatest** 15:23
**group** 36:8,13,19,23,24 44:13 59:6
**guarantee** 106:15
**guess** 19:12 31:7,9,10 31:12,17 33:12 34:2 34:8 37:16 42:24 44:20 56:14 59:19 63:5 64:19 66:13 70:13 71:10,10 78:8 78:25 83:14 85:19 90:23,24 93:24 94:8 95:13 97:2,5,12 98:9 98:15,19,19 102:11 104:12,23 105:1 108:5 110:16,19 111:19 112:19 115:25 116:11,19,23 120:7 128:6 136:15 136:20 137:25 140:11
**guessing** 121:11
**guesswork** 34:21
**guy** 7:7,8 10:13 23:21 31:19,20 67:8 68:23 133:1,9 135:8 136:3
**guys** 13:23 30:15 86:9 140:11 142:24

## H

**habits** 135:15
**hairs** 118:25
**Hall** 43:22
**Hallstrom** 36:8,13,19 36:23,24 59:6
**Hamakua** 123:10
**handing** 28:12
**handle** 48:23
**handled** 48:7 102:2
**handwriting** 28:14 29:22
**handwritten** 3:13,14 16:5 43:10 133:12
**hang** 28:7
**happen** 5:18 10:8 55:25 111:17
**happened** 19:5 25:11 50:20 81:19 121:8,13
**happening** 56:15
**happens** 8:23 98:7
**harass** 113:6
**hard** 31:18 69:7 83:9 83:10 100:2 120:11 121:14 139:20 140:24
**harder** 137:19
**hassle** 11:18
**having** 12:1 31:17 65:9 69:20 71:22 75:11 91:22 92:2 101:7 115:14 138:15 140:24
**Hawaii** 1:2,21 2:6,13 2:22 48:7 50:5 94:19 105:16 107:20 109:21 125:14 150:1 150:20,23
**Hawaiian** 3:16 38:25 46:14 65:23 66:5 68:7 72:2 82:23 84:8 94:6 130:12
**hawaii.rr** 127:8
**haystack** 93:25
**head** 6:21 126:17
**hear** 60:25 78:20
**heard** 60:23,23
**heck** 96:1
**hello** 52:14
**help** 16:19 18:16 30:1 31:8,21 50:8,10,11 50:11,16,19 51:3 54:8 59:18 62:22 67:1,3,3 69:23 75:17 79:17,23 80:14 81:1 81:13,21 82:2,8,21 83:6 84:16,23 86:21 87:1,6,14 88:15 91:13,23 97:3 103:4 112:21 113:2 114:13 117:10,11,12
**helped** 16:18 42:9 75:3 80:3 85:1,5,8 87:3,20 87:22 88:18,19,21 89:5 90:2,10,12,16 94:2 143:18,19 144:5 144:6,7 145:2
**helping** 31:9,14 58:10 92:7,13,14 112:22
**her** 46:16,24 53:20 54:18,23,25 128:4,10
**hereinbefore** 4:2
**hereto** 150:16
**hesitate** 115:9
**hey** 19:14,19 24:10 32:5 51:17 69:11 78:22 85:22 98:6 101:5,7 128:22 132:7
**hi** 128:7,10
**high** 124:10
**Highway** 73:3,12 101:11 122:23 123:11
**Hilo** 82:4 84:1 89:15
**him** 16:9 17:2,3 19:6,19 19:19 20:2,3 22:10 23:10,12 25:9,9 29:14,14,15 31:19,21 32:6,14,17 36:21 41:13 49:24 50:9,10 50:19,19,19 51:3,3,4 51:5,6,7,12,17,20,21 53:3 55:7 56:19 58:16 60:12,13,15,16 60:18 61:22,24 62:3 62:18,19 65:15,16,17 66:9 67:13,13 68:8 69:2,6,10,18,23 70:2 70:6 75:17 76:20 77:2,2,5,16 78:16,17 78:24 80:6 85:14 86:9,12 87:24 90:17 92:21,21 93:10 97:20 98:1,6,9 99:18 104:9 104:10,12 106:22 108:24 109:17,18 110:24 115:6 117:10 117:11,16 123:22,24 125:20 126:5,19 127:6 131:11 132:3,8 135:9 136:4,5 139:24 139:25 140:20 146:3 146:6
**himself** 44:19
**hire** 113:1
**hired** 90:17
**Hirose** 88:12,13,14
**Hispanic** 15:2
**history** 39:25 40:21 69:4 135:3,13,18,24 136:1
**hit** 7:23
**home** 31:6 47:3 48:9 49:2 57:19,23 114:10 138:6
**honest** 10:12 120:15
**honestly** 113:5
**Honolulu** 1:6,21 2:6,13 2:15,22 4:13 17:5 36:5 38:3 41:2 48:12 59:12 94:20 104:7 129:11 149:23 150:3 150:20
**Host** 82:23 84:8
**hour** 48:16 69:15
**hours** 75:24 93:19,23 137:5
**house** 47:3 123:8
**how's** 132:8,8
**huge** 114:6 117:5
**huh-uh** 10:3 60:4
**humbug** 112:17,19
**hundred** 78:22

## I

**idea** 7:10 30:10 56:8 78:14 79:15 89:23 126:24 127:3 144:2
**IDENTIFICATION** 3:10
**identified** 34:14,22 71:22 94:13 142:22 143:18 147:8
**identify** 28:21 74:15 89:22 143:24
**III** 41:8
**impeachment** 8:10
**implied** 132:12
**implying** 132:19
**important** 31:13 66:13 115:11
**improved** 145:13,17,18 145:22,23,23 146:1,4 146:11,19,19
**improvement** 29:25
**improvements** 89:6,11 89:19
**inartful** 6:16

**Inc** 1:7 2:8 4:12 5:22 18:22 94:21
**incident** 55:19
**includes** 4:15
**inclusive** 149:3
**income** 63:14 64:14,25 65:1 66:10,14
**incomplete** 113:18
**inconsistent** 27:21
**independent** 37:3 129:17,24
**India** 9:15
**indicate** 20:7
**indicated** 61:11 131:23 147:11
**indicates** 132:22
**indicating** 134:3
**individual** 83:21 87:21 105:15 110:6 135:10
**individually** 83:10 125:11
**industrial** 40:18
**industry** 135:4
**inferred** 132:11
**informal** 10:14
**information** 27:19,20 27:22 29:10 49:16 68:19 71:14 75:12,19 86:3 92:22 93:11 105:9,14 107:2,3,8 108:10 109:17 127:4 134:3 143:6 145:4,11 145:14
**initiate** 22:12
**initiated** 19:9 22:18 28:22
**insist** 117:9
**inspected** 78:5 123:17 146:25
**inspection** 45:22,25 50:14 85:20 118:17 119:4 121:5 124:14 137:25 139:20
**instance** 81:6
**instances** 91:4 110:7 134:19
**instead** 110:12
**instruct** 5:25 34:11
**instructions** 60:6
**insurance** 79:3 85:4
**integrity** 136:23
**intentionally** 10:8
**interaction** 136:4
**interest** 42:25 94:20,23 130:1,4
**interested** 44:21
**interests** 39:19
**interject** 33:8
**Internet** 69:10
**interpose** 5:23
**interpreting** 63:5
**interruption** 7:2
**introduced** 129:9
**investigating** 134:11
**investigation** 134:13
**involve** 44:23 85:18
**involved** 16:16 20:14 20:22 21:1 74:19 94:25 96:21 115:14 117:6 130:23,23
**involvement** 130:16,19
**involves** 86:7
**involving** 71:23
**Island** 37:12 38:14,16 38:17,21 39:8 43:1 44:23 45:24 48:1,8 50:7 79:6 84:9 90:13 90:14,21,21 91:2 125:11 139:17
**islands** 48:24 114:12
**issue** 35:7
**item** 11:21 12:3,22 13:16 14:24 15:17 16:3 17:4 18:10,20
**items** 71:22
**IV** 14:15 41:3,7,16
**Izumi** 36:3

**J**

**J** 132:10
**Jack's** 73:7,19
**jail** 67:12
**JANE** 1:8
**January** 23:13
**Jessica** 1:24 149:25 150:5,23
**JMS/KSC** 1:5 149:24
**job** 15:21 17:1,17 32:23 35:11,13 37:7 40:1 45:11,14,15,16 45:18,19 67:2 68:5 69:20 70:3,9 72:20 72:21 73:19 74:9,15 78:15 79:5 80:5,16 81:5,7,11,19 82:10 83:1 84:25 87:3,5,16 87:17 90:15,20 91:15 91:16 94:6 98:8,17 102:20 122:22 123:1 123:5,6 141:17 142:6 144:5 147:18
**jobs** 30:9 32:13 35:16 35:16 69:25 73:2,11 73:17 79:7 87:2 90:13 91:19 92:5,12 92:18 94:2 98:16,18 99:17 101:8,10,13 103:8 114:6 122:17 122:21 123:13 124:1
**job/client** 3:15
**Jody** 54:21,22 55:4
**John** 1:7 35:23,23 36:2
**join** 64:1 118:5 140:5
**joke** 79:13
**journeyman** 41:20,21
**Joy** 53:22,23 55:3,6 60:2
**judge** 99:4
**judging** 111:3
**judgment** 66:8 96:25
**June** 94:22 101:17 103:7,17 118:14 119:7,21 120:3 121:9 121:13,21 122:6,8,8 122:12,19 123:18
**jurisdiction** 43:2 44:1 96:8 97:17,23 104:7
**just** 9:1,11,22 10:12 11:5,21 13:13 15:11 16:9 17:2 18:2,14 19:4,14,18 20:2,5,12 20:17 21:8 23:16,23 26:13,19 27:24,24 30:21 31:20 32:17 33:25 34:7 37:8,8 38:14,16,17 39:14 43:6,10,21 44:18 47:8 48:18 49:1,24 50:21 52:14,14 58:23 64:3 66:2,14,18 71:25 72:4 75:13,18 77:4 78:9,17,18 79:1 79:3,7,25 83:21 85:22 86:6,9 87:8,22 89:8 91:5,6,15 97:2,2 97:3 98:11 99:1 100:6 101:5,8 103:15 106:6 110:1 111:3,15 112:1,6,12,23 114:5 114:20 115:25 117:2 117:2,5 121:3 125:10 126:13,14 128:6,7 129:13,14 131:7,13 131:21 134:19,22 136:3,9,16 137:8 138:14 142:1 143:24 144:22 146:12 147:7

**K**

**K** 94:21
**Kahala** 41:6
**Kai** 109:21
**Kailua** 41:4
**Kalakaua** 79:21
**Kalanikoa** 80:20
**Kalapana** 81:17
**Kawaihae** 88:17
**Kawashima** 2:18
**Kawili** 91:11 100:16,17
**Kay's** 89:1,2,5 147:19
**Kazuto** 5:3
**keep** 6:10 11:8 51:10 58:6 77:7 142:10
**Keolu** 41:5
**kept** 107:20 126:23
**key** 39:19 74:24
**kick** 13:10
**kids** 46:7 112:24 114:10,18 117:1
**Kilauea** 3:17 144:4 147:9
**killed** 7:24
**kind** 8:11 9:9 16:1 27:6 27:13 30:12 31:19 34:24 37:23 40:4 45:2 49:15 53:2 54:13 55:17 68:14 76:13 78:24 79:15 83:19 85:8,10,21,21 86:11 89:7 93:18 97:8 98:18 106:6 109:24 111:3 127:10 136:6,12 137:2,22 138:11 140:19
**kinds** 5:24 10:5 18:1 40:15 107:8 115:4
**Kinoole** 84:18 86:16
**knew** 17:12 21:21 24:4 24:6 31:4,8 32:18 37:11 92:5,10 98:9 104:16 140:23
**know** 4:16 6:16 9:3,8 9:11,14,23 10:7,8,13 13:11,12 14:19 16:21 17:14,22 19:13,20 22:10,12 23:11,12,16 24:6,7 25:7,14,15,16 25:19 27:17 28:19 29:5,18,20 30:4,6,11 30:13,21,22,25 31:1 31:5,19,21,24 32:2 32:10,20,21 33:7,14 33:15,19 34:5,6,10 34:11,13,22 36:15,15 36:16 38:20 41:15,19 42:1,9,11,14,15 43:12,23,23 44:19 45:3,13 48:24 49:16 50:1,10,13,18 51:16 51:16 52:12,14 54:25 56:13,13 57:14,20,24 57:25 58:5,18,18,25 59:1,3,3,8 60:13,14 60:20 61:5,16 62:17 63:23 64:4,6,7 65:21 66:16 67:2,4,5,9,12 67:13 68:9,10,12,14 68:17,17,22 69:6,9 69:18,22 70:17 73:18 74:17 77:1,3,12,13 78:19,22 79:5,8,12 84:1 85:15 88:1,7,18 89:25,25 90:2,8,24 91:1,3,22,25 92:15 92:19,19,25 93:4 95:4,4,17,19,20 97:2 97:11 98:6,6,7 99:1 100:2,3,6,20 101:7 101:15,18 106:6 107:17 108:7,22 109:20,25 110:5,6,20 111:1,1,2,10,12,12 111:13,14,16,17 112:4,5,20,23 114:7 114:12 115:3,11,19 115:19,24 116:20,22 116:24 117:1,6,16,17 119:3,16,16,20,20,22 119:24 120:3,4,9,9 120:14,15,21 121:1,1 121:8,8,10,13,24 122:7,16,20,25 123:16,16 124:24 125:7,10 126:6,8,9 126:12,22,25 128:15 131:7 132:11,24,24 133:1 135:2,6,8,9,13 135:15,18,19,20,21 135:24 136:1,16 137:18 138:15,19,21 140:7,14,15 141:25 142:11,20,24 145:12 146:15 147:1
**knowledge** 12:25 29:17 39:7 44:2 59:10 64:15 131:22 133:8 137:25 139:6 140:9 140:13
**known** 92:23 108:11,12 110:17 132:1 135:9
**knows** 31:17 54:14 116:23
**Kohala** 87:10 88:9 102:21
**Kona** 77:19 123:12
**Kuakini** 73:3,12 101:10 122:23 123:11
**Kurokawa** 1:6 2:16 4:13 18:21 19:4 27:10 41:9 44:7 55:12,16 56:3 59:11 92:2 96:2 98:21 102:6 104:5,20 109:3 110:10 122:12 129:11 130:1,16 132:13 133:9 145:21
**K-I-N-O-O-L-E** 84:19

**L**

**L** 2:9,17 94:21 95:1
**labeled** 80:7 81:16 86:16 87:9 122:22
**lacks** 63:25 102:10 113:17

**lady** 54:19
**laid** 36:6
**land** 35:24 63:19 64:16 64:17,20,20,24 77:23 86:23 87:7,17 109:25 145:14
**Lanikai** 41:4
**large** 32:12
**last** 18:8 19:25 30:7 32:23 67:9,10 100:9 100:11 118:15,15
**late** 32:22,24
**later** 22:11 30:15 36:17 64:3 74:20 94:8 99:5 108:4,7,8
**latter** 52:16,17
**Lau** 1:20 2:3
**law** 10:16 145:1
**lawsuit** 4:12,14 20:7 23:19 24:4,18 25:4 27:2,21 131:13
**learn** 27:13 108:20
**learned** 60:22
**leased** 86:1
**leasehold** 39:18 94:22
**least** 29:21 38:22 46:5 71:6 120:13 132:11
**leave** 36:4 46:22 126:5 148:11
**left** 28:4 41:15,17 43:5 52:18 111:1 126:19 128:4
**legal** 48:17
**Leong** 77:19
**less** 16:8,9 81:4,7 137:20
**let** 9:23 13:8 28:4 49:25 50:21 98:6 117:25 144:24 145:6,6
**letter** 43:2,10 121:15 121:17
**letterhead** 43:14,24
**letters** 8:8 18:24
**let's** 13:23 16:13 24:1 28:9 45:4 74:22 99:15 108:6
**level** 41:15 95:21,23
**liability** 79:2
**license** 5:7 77:12
**licensed** 138:18
**life** 114:10
**like** 6:6,13,18,22 9:13 10:2,18 12:16 14:3,3 16:17 17:7 23:16 25:21,22 28:7 32:3 32:24 34:14 41:16 43:10 44:15 48:18 50:11,12 51:15 54:9 55:25 56:2,10 63:19 65:1 66:4 69:10 70:17,18,19 72:4,6 72:21 78:16,21 79:11 83:10 87:12,21 88:12 92:24 93:22 94:2 95:17 100:21,22 101:17,17 102:25 103:7 104:1 108:25 109:25 110:18 111:14 112:21,22 116:20 117:12 118:25 120:9 123:9 123:16 124:11,11 126:10,10 127:2 137:23 140:11,19 142:20,23 143:5,10 143:11 146:12,13,14
**likely** 7:6 52:24 74:16
**Lillian** 36:3
**limit** 100:1
**line** 19:20 34:13 48:15 49:19 62:3 74:23 98:3 122:24 125:4 133:2
**lines** 65:9 133:19 134:10
**list** 16:4,5,21 20:18 40:24 89:22 95:3,19 95:22 96:1 100:8 119:15 129:16
**listed** 35:17 74:8,14,24
**listen** 5:18 97:15
**listing** 15:21 147:14
**listings** 3:15
**litigation** 4:24 130:24
**little** 8:16 16:13 19:8 22:11 32:9 42:21 58:8 65:9 79:13 83:3 103:2 119:1 138:9
**lives** 53:20
**loan** 106:14
**locate** 12:22
**location** 43:19
**locked** 53:10 55:14
**log** 15:21 26:11
**logged** 126:10
**logging** 107:25
**long** 19:25 22:24 25:5 43:2,11 59:3 70:12 96:7 101:16 110:17 112:24 134:18 137:5
**longer** 26:1,3 49:1 110:11,21 122:12
**look** 6:6 8:19 16:18 35:9 50:14 55:23 63:9 66:14 69:4 70:13 72:7 75:9 79:19 85:20 88:11 89:13 95:2 100:4,10 101:5 105:20 106:11 107:17 112:1 114:1 123:4 143:21
**looked** 65:1 95:4 143:17
**looking** 9:12,14 16:15 29:19 72:9,12 74:4 89:20 91:8 93:25 133:11 138:11
**looks** 72:21 78:10 87:12 88:11 100:20 100:22 104:1 146:13
**Lorusso** 2:17,18 3:5,8 5:22 13:25 14:6 33:8 33:14,20 34:1 50:21 50:24 52:2 56:4 57:3 59:15 62:5,7 63:24 74:10 98:23 99:1,10 102:9 103:22,24 104:18 113:16,24 118:5,22 119:18,23 122:14 129:6,10 134:20 139:4,14 140:2,17,21 142:7 143:24 147:6,17,20 147:23 148:11
**lose** 72:4
**lost** 142:13
**lot** 11:5 16:19 26:18 64:18 69:19 79:2 83:11,24 85:12 86:10 91:1 96:1 100:5 103:12 110:20 114:20 116:23,25 117:3 120:10 124:13 128:14,20 129:21 136:18,19,21 141:16 141:24 142:9 145:11
**lots** 87:21,22 145:22,24 146:1,4,11,15,19
**low** 79:6 137:10
**lower** 71:5 120:1
**lucky** 5:17
**Lum** 54:23
**lunch** 44:16 48:16 52:13 55:4 69:15 89:1,3,5 106:23 128:18,19 147:19
**lunchtime** 44:15 76:6

**M**

**machine** 150:11
**made** 16:6,7 42:18 43:4 53:4 56:7 61:3 66:11 77:7,15 96:3 98:10 108:4,6 110:24 114:23 120:17 143:3 146:23 148:8
**Magota** 1:7 2:16 4:14 42:4,12 127:16 129:12
**MAI** 5:13
**main** 21:9 99:10 111:25 112:7
**maintain** 98:21 99:18
**maintained** 57:14
**maintaining** 98:24 99:7
**maintenance** 138:4
**majority** 37:25 41:5
**make** 5:17 6:18 8:17 9:25 11:22 27:22 43:12 59:2 68:5,10 68:13 77:16 79:1,3 93:5 97:10 98:11 112:3,3 114:3 136:9 142:24,25 148:2,3,6
**makes** 80:3 84:25 131:8,13,14
**making** 14:23 26:6,7 69:20 99:2 110:20 128:9 132:19,23
**man** 5:17 78:20 114:6
**many** 18:12 49:21 62:14,21 133:19 135:21 137:1 143:15 146:11,15
**map** 39:19 48:23 74:24
**maps** 48:15,15,19,20 48:24 49:11
**March** 23:21 26:8,9 28:17 98:18 101:16
**marital** 135:18
**mark** 14:4 28:9 65:4 71:7 72:1,1,4 73:20 75:8 143:11
**marked** 14:9,10 28:11 28:12 65:6,7 70:19 70:21 71:13,17 72:5 72:12,15,24,25 94:5 94:10 103:19 115:16 143:12,13
**market** 36:6 64:22,23 138:11
**married** 54:24
**Mary** 94:21 95:1
**material** 49:3 124:9
**materials** 49:7 50:2 70:19 109:4 123:25
**Matsui** 2:10
**Matsunami** 1:18 3:12 4:1 5:3 6:21 8:5 30:7 33:10 39:2,6,11 65:25 90:12,20 99:1 115:1,2 118:13 129:7 129:9,23,23 130:2,5 130:8,13 132:20 135:1 147:7,23 149:1 149:9 150:7
**Matsunami's** 104:19
**Matt** 23:22,24 26:9,24 26:25 28:16,19 29:2 29:8 33:2 35:4 61:7,8 68:23,24 109:9 133:12 134:1,8
**matter** 9:8,10 21:11 45:1 56:3,6 67:4 97:7 97:11 110:7 142:2 148:6
**Maui** 38:15 90:15
**Mauka** 2:11
**maxing** 137:4,11
**may** 6:22,24,24 7:13 11:6 13:14 23:6 33:4 33:4 34:5 43:21 51:9 52:11,11 53:19,20 56:18,18 58:7 62:23 63:19 67:22,22 68:25 69:10 74:18 75:3 77:6,6 78:7,11,11 83:2,5 84:24,24,25 85:5,8,23 86:1 87:20 87:22 88:4,19,21 89:8,18 90:12 93:2 95:19 98:17 99:4,4,4 100:3,3 103:11,20 104:1 110:6 116:11 116:11 118:14,19 119:1,5,5,17 120:4 120:18,18,18 122:6 123:17,18 124:23,23 127:6,6,15 133:15 134:4 143:15 144:9 145:3,7,8
**maybe** 16:8 22:25 26:24 31:24 52:11 55:8 56:19 63:6 72:3 85:15 93:20 102:17 103:12 119:7 124:12 128:15 129:13 137:17 142:24 143:25
**mean** 10:16 11:18 13:11 15:25 29:7 52:8,17 55:21 56:6 69:18 72:19 79:14 83:11,18 84:1,5 97:1 100:9,12 103:9 110:12 124:9 126:8 127:11 131:15 135:11 136:3,9 137:4 140:13 141:2 144:7
**means** 4:21 30:5,7,14 30:22,23 31:22 32:2 32:10,21,22 65:12,13 100:18 120:15 122:2 122:5
**meant** 29:20 140:14 141:16
**medical** 80:9 83:18 135:24
**meet** 32:2 36:11 42:6 51:17
**meeting** 55:21
**meetings** 31:9
**memory** 134:7
**mention** 56:11,12
**mentioned** 76:11

133:15 135:1
**message** 126:10 127:2
**messages** 126:5,10,19
**met** 29:14,14 36:9,21 37:8 41:13 67:13,13 128:1
**Michael** 2:17 37:20 40:2,11 129:10,15
**microfilm** 105:22 106:9
**mid** 105:2 110:21 112:14 114:17,19
**might** 11:18 17:19 60:24 61:4 77:4 86:12 103:7 108:12 127:11,13 143:22
**Mike** 5:22 7:8 129:18 132:3 135:8,11,12 139:4
**Mike's** 52:19 135:8
**Mikihala** 90:2
**Minaai** 53:24 54:5 60:2
**mind** 4:7 6:10 15:3 33:9 45:9,16 83:13
**mine** 14:1 29:22,23 94:9 138:22
**minimally** 99:20
**mint** 69:20
**minus** 30:9
**minute** 68:6 97:8
**minutes** 20:1 22:25,25 48:18
**mischaracterizing** 132:17
**misconceptions** 136:20
**misinterpreted** 52:11
**mispronounced** 88:15
**miss** 93:18
**misstate** 116:10
**misstates** 113:18 122:14 140:21
**misstating** 116:8 118:3
**mistake** 67:6,19 68:12 114:13
**mistruth** 10:9
**misunderstood** 8:21
**MLS** 48:7 49:10 50:4,4
**mom** 90:24 102:6,13,17 103:1
**moment** 11:15
**Monarch** 3:16 38:25 65:23 66:5 68:7 72:2 94:6 130:12
**money** 68:5 106:16,17 134:16 140:19,25 141:4
**monies** 134:15
**month** 22:5,14 114:6
**months** 32:24 33:1 41:11 74:20 122:25
**moonlighting** 30:13 37:14,17
**more** 13:8 14:23 16:14 20:2 43:25 54:9 56:19 57:9,11 58:8 59:4 60:16 62:17 66:9,24 67:3 81:22 85:7 92:23 100:23 103:12,18 111:24 113:11,21 115:11 117:24 119:10 123:14 128:14 129:4 132:7 134:10 138:24 141:4 143:15 146:14 147:3
**morning** 4:7 22:20 46:8 46:14
**mortgage** 106:16,17
**Moseley** 1:20 2:2,3 3:4 3:7 4:6,10 14:2,7 26:22 28:9 50:23,25 58:2 64:4 65:4 70:18 71:25 99:6 103:11 104:21 113:22 129:3 131:10 132:16 138:25 139:3 143:10 144:2 147:1,15,22
**most** 71:5 102:14 124:12
**move** 112:24 116:15 138:18
**moved** 138:21
**much** 7:8 10:19 14:23 19:1 27:11 78:14 103:10 111:13 112:19 128:23 135:2 135:4 137:6 138:2,12 147:22
**must** 8:20 30:14
**Muzzi** 1:20 2:3
**myself** 18:14 31:10 47:7 75:18 79:9 80:6 93:18 115:23 129:9 144:23
**M-I-N-A-A-I** 54:1,3

**N**

**N** 3:1 94:21
**nail** 111:4
**name** 4:10 5:2 43:19 54:23,25 67:8,9,10 67:18 125:23 129:10
**named** 4:2
**narrative** 39:18 143:15
**nasty** 9:24
**nature** 20:6 22:7 23:1 27:18 31:13
**necessarily** 75:14 116:14 131:15
**necessary** 11:16 17:22 46:19 136:22
**need** 9:3 19:21 22:10 22:12 32:2,4 45:3 48:4 50:10 66:3 67:4 68:16 92:25 93:5 95:2 115:23 119:2 136:14 137:22,24 140:19 148:5
**needed** 32:3 47:25 48:1 69:22 79:16 97:12 101:21 110:19 112:24 140:25
**needle** 93:25
**needs** 46:16 60:13,14 119:2
**negotiate** 27:23
**neighbor** 114:12
**neighborhood** 85:20 86:7
**neighbor's** 109:21
**neither** 6:1,4
**never** 13:14 27:10 32:18 39:7 51:19 54:17,17 57:23 64:13 94:2 97:18 133:2 138:13 145:12
**new** 54:25
**newer** 138:17
**next** 14:4 28:10 29:24 44:25 46:8 65:5 73:19 77:18 79:19 80:7,20 81:8,15 82:4 82:14,23 84:11,18 86:15,23 87:9 88:11 88:11,17 89:1,15 90:1 123:4 143:11
**nice** 31:20 132:10
**night** 46:11 49:25
**nights** 120:22
**nine** 74:20
**nobody** 18:14 27:8 56:21,21
**nodded** 6:21
**none** 6:3,7 9:23 18:25 64:25 91:21
**normal** 13:11 110:8,8
**Nos** 143:12
**Notary** 150:23
**notation** 16:25
**note** 3:14 6:25 63:1 66:13 133:17,21
**noted** 149:3
**notes** 3:13 26:13,18,25 28:5,7,9,16,25 29:6 35:3 50:14 87:24 89:12,14 124:14 133:12
**nothing** 4:3 17:8,24 23:4 39:5 93:22 147:21
**Notice** 1:22
**November** 1:21 69:3 70:17 121:7 145:1 149:24 150:6,19
**number** 10:21,22 17:15 32:9 38:8 51:8 65:15 65:16,18 69:11 70:9 72:22 74:4,24 75:12 86:9 106:10 107:18 129:18 136:18 145:4 147:18
**numbers** 15:21 30:2 69:8,24 85:11 136:23 144:12
**numerous** 95:18
**Nursery** 88:12
**nuts** 13:14

**O**

**O** 1:6 2:16
**oath** 4:4 10:7,15
**object** 9:24 50:21 59:15 102:9 116:8 118:2 131:10 140:2
**objection** 52:2 56:4 57:3 63:24 64:1,5 74:10 95:16 98:23 99:2 104:18 113:16 116:18 118:2,22 119:18,23 122:14 132:16 139:14 140:21 142:7
**objections** 5:24 113:24
**objectives** 27:21
**obligated** 10:10
**obligation** 104:19,22
**obligations** 135:16
**obtain** 107:8
**obtained** 63:2 105:9
**obvious** 54:14
**obviously** 131:2
**occasion** 52:24 104:5 128:12 132:9
**occasionally** 6:23 52:13
**occasions** 128:17,17 131:21 139:6,12 140:9
**occurred** 70:10 116:1 117:22
**occurring** 105:1
**off** 7:1 14:6,8 27:17 28:4 32:3,3,4,5,6 33:9 36:6 48:17 51:11,15 53:14,16 55:6 73:3,12 85:16 100:6 101:10 103:12 103:15 107:2 112:3 122:22 124:4
**office** 25:22 43:13,16 43:16,17 51:13,13 52:19 55:11 93:11,12 93:14,15 117:5 124:5 124:5 125:21 128:13 132:7
**officer** 18:21
**offices** 1:19 52:7
**often** 46:2 54:16 128:12 142:16
**oftentimes** 8:19 106:14
**oh** 6:7 12:5 19:12 22:5 27:17 29:2 31:11 32:12,22 66:25 78:10 78:17,18,20,20 85:25 91:10 93:3,7 94:10 99:9 100:16 101:15 102:20 110:16 133:19 141:25
**okay** 6:3 7:4,16,20 9:5 9:20 10:1,4 12:22 13:20,23 14:23 16:3 16:21 18:5 20:19 22:5,18 23:6 24:3,23 25:11,14 26:11,15,17 26:23 28:1,3,25 31:3 32:6 33:15,24 34:3,9 34:17 35:1 36:18 37:5 39:5,14 43:3 45:3,19 46:9 47:11 47:19 49:3,23 51:14 52:20 53:6 55:6,11 58:13 62:1,24 63:9 63:13 64:9 65:24 67:25 70:2 72:21 74:5 75:20 76:1 79:11 80:24 82:2,4 82:23 83:8,17 84:4 87:9 96:20 99:9 100:22 103:3 107:23 108:24 109:12,17 110:16 119:12 120:16 127:4 129:7 131:1,4 136:7 138:23 139:22 141:8,12 147:20,20 148:11
**old** 11:7 93:13 139:21
**olden** 106:4
**older** 58:23
**omissions** 79:3
**once** 32:17 46:4,5,23 56:19 60:16 67:13,14 69:4,18 85:14,15 87:17 88:7 98:10 100:19 106:4 109:11 132:9 140:16 145:3
**one** 5:20 6:1,6,14 7:22 13:8 14:2 16:19 23:21 25:19 29:12,24 32:7,7 33:10 35:20 38:22 39:3,17,20 47:19 53:14 55:8 57:7 64:20,20 65:21 65:21 66:3,8 70:22 71:13 72:1,15,21 73:2,5,7,22 74:7,7 75:2,17 77:4,18 78:10 79:19,23 80:4

80:14,20 81:6,8,13 81:15,21 82:4,8,14 82:17,23 83:4,6 84:18 85:3,19 86:2 86:15,23 87:3,14 88:2,2,3,10,17,21,24 89:1,15 90:15 91:10 91:13 93:4 94:8,11 100:11,19 102:4,21 104:15 106:5,5 111:23 112:8,10,11 113:9,21 114:5 117:22,23,25 121:6 123:16 125:11 127:8 132:3,9 133:13 137:13 140:7 143:14 145:9 147:7
**onerous** 17:17
**ones** 17:21 38:7 63:10 70:12 75:16 77:4 83:13 89:2 92:15 100:2 105:17 137:23 143:16,17 145:13,13 145:16,18
**one-man** 66:18
**ongoing** 45:2 101:18 118:25
**only** 10:9 16:17 38:21 39:3,20 46:10 48:14 61:1 64:10 65:21 66:1 81:6 97:11 112:20 135:7 145:11
**onto** 28:7
**open** 76:3
**opened** 120:24
**operation** 66:19 75:24
**opinion** 26:15 34:6,12 96:12 99:3 113:6
**opportunity** 8:17 9:2 104:11 148:1
**opposite** 10:12
**order** 14:4 27:22 28:10 65:5 72:13 76:1 115:8 136:23 143:11
**ordered** 27:23
**original** 28:5,7 70:23 70:24,25 71:9 94:10 105:20
**originally** 120:24 140:10
**originals** 71:9 143:2,4
**other** 4:21 5:20,23 12:9 14:20 15:24 16:6 17:4,9,19,25,25 18:5 18:7,21 19:11 30:21 35:2,16 39:10 43:25 49:3,7,14 50:2 55:20 57:5 59:12 68:23 78:19 83:13 85:13 86:11,12 90:17,17 95:14 99:3 100:6 104:12 106:23 107:2 109:6 115:6 116:3,4 117:23 132:1,2 133:13 138:15,22
**others** 16:8 17:12
**otherwise** 96:24 97:1
**out** 7:22,23 8:8,9,12 9:7,9,11,14 15:25 17:18,20 25:22 27:16 31:21 32:4 43:2 45:9 46:14 52:21 53:19 63:10 67:1,3 68:13 69:7,23 71:11 72:9 74:13,15 77:15,16 86:1,4 89:2 91:2 93:4 93:5 97:3 98:18 100:7 101:16 102:22 102:24 108:9 111:10 111:11,15,16,20 112:16 113:13 117:10,11,12 118:17 119:7 123:8,12,18 124:7,24 125:10,11 134:17 136:11,18 137:4,11,20 138:19 139:20 141:24 146:7 146:9,14 148:12
**outcome** 21:4
**outside** 32:14 51:17
**over** 45:24 46:11 48:23 54:19 62:23 69:17,21 75:20 76:1 78:4,13 78:18 90:13 102:23 105:11 111:13 112:1 116:23 117:3,7 120:10 123:9 128:21 128:23,25 139:18,19 140:11,20
**overall** 69:19
**overpaid** 78:24
**oversight** 95:7
**overwhelming** 114:25 115:2
**overwhelmingly** 114:5
**own** 39:23 40:8,12 63:21 66:17 94:22 101:21 108:19,21,22 125:16 129:24 138:18 141:7
**owned** 94:20
**owner** 94:12
**ownership** 94:16
**owns** 67:8
**o'clock** 46:15

**P**

**pace** 137:12
**Pacific** 25:20
**packet** 70:19
**page** 3:3 14:14 72:24 73:2 79:20 80:7 84:11 87:9 88:11 90:1 91:11 94:18 95:1 118:19 119:7 120:2 121:14,20,22 121:22 123:4 143:25
**pages** 71:6,6 93:22 149:2
**paid** 15:14 18:11 68:9 68:20 69:2 70:5,12 74:18,20 77:2,2,5 78:12 83:4 89:22 112:2 134:16,18
**pal** 128:25
**Palekoki** 73:5,9,12 101:11 122:23 123:9 125:3,6
**panel** 21:20
**paper** 6:5 71:1
**papers** 126:13
**parking** 3:16 39:1,19 51:18,18 65:23 66:6 68:7 94:6 130:12
**part** 50:5 75:9 80:8 95:7 104:19 113:14 114:13 116:16 117:13 123:12 132:12
**participation** 143:22
**particular** 68:19 107:17 133:3 147:13
**particularly** 9:24
**parties** 106:1 150:16
**Partners** 94:21
**PARTNERSHIPS** 1:8
**pass** 30:21 125:16
**passage** 9:14
**passing** 20:2
**pau** 8:15
**pavement** 138:20
**pay** 31:22 51:18 69:21 70:10 133:18,20,24 134:15 140:18
**payable** 17:2
**paying** 69:18 135:15,16 140:20
**payment** 58:13
**payments** 15:18 16:4,6 16:6,21 17:4 72:9 74:14,15 77:7,10 110:19
**PC** 138:5
**penalty** 10:7
**pencil** 71:7
**people** 9:24 18:12 24:20 42:6 43:13,15 51:23 52:6,9 79:6 90:23 91:1 100:8 111:20 112:21 116:25 136:19 138:17 141:13,16,21 141:24
**per** 137:6
**percent** 94:21 95:24 102:17,17 103:1,1 125:20 147:13
**percentage** 102:15
**performed** 130:11,13
**perhaps** 34:24
**period** 4:17 38:12 50:25 52:15,16,17 55:22 58:24 59:19 98:13 99:14 105:2 106:25 113:1
**perjury** 10:8
**permission** 42:18 96:4 142:23
**Perry** 1:24 149:25 150:5,23
**person** 17:4 18:11 61:2 68:14 103:3 123:22
**personal** 109:19 131:16 136:4
**personally** 11:15 20:9
**personnel** 43:13,16,16 43:17
**Pest** 89:15
**Phil** 4:11 19:18 20:9 30:11 31:17 32:18,19 32:20 48:23 55:14 68:11,16 111:1,15,21 113:12,14 114:23 116:4,23 132:8,25 135:2
**PHILIP** 1:3
**phone** 22:12,18,24 23:4 28:21 33:2 34:5 51:4 51:5,5,6,7 56:16 62:2 123:24 125:24
**photo** 146:18
**physical** 69:16 123:25 126:23
**physically** 11:17,19 44:10 75:20 85:18 108:17
**pick** 6:13 55:7 124:7
**picked** 102:23
**picture** 115:12
**pictures** 146:16,23
**pieced** 125:11
**piles** 88:10
**pink** 126:13
**place** 7:25 25:23 90:2 138:22
**placed** 71:8
**places** 138:22
**plaintiff** 1:4,19 2:2 4:11
**planning** 49:18,20 50:6
**plays** 20:4 114:19
**Plaza** 86:16
**please** 4:10 15:22 24:11 45:11 99:13
**plus** 15:14 30:9
**point** 8:8,9 22:11 36:18 53:4 58:21 59:5 66:16 79:7 99:5 107:19 112:21
**points** 107:15
**policy** 79:3
**polite** 136:6
**poormouthed** 140:19
**poormouthing** 79:16 140:22 141:2
**pop** 112:3
**popped** 83:13
**portion** 71:6 87:23
**position** 30:12
**possibility** 64:2,6 139:23,24 140:3
**possible** 11:17,19 63:22 74:7 139:11 140:4,7
**possibly** 93:2,2 95:14 122:11 145:10,13
**Post-it** 3:14 16:5 65:9
**Post-its** 71:8
**potentially** 92:23
**potluck** 20:2,3
**pouched** 43:22
**pounding** 138:20
**practice** 66:18
**precedes** 106:17
**precept** 96:18
**precise** 14:24
**predetermined** 136:13
**prefatory** 113:16
**preparation** 50:3
**prepare** 47:1 147:25
**preparing** 49:8
**present** 33:5
**preserve** 7:25
**pressure** 116:19 142:6 142:8,10,14,19
**pressured** 116:17
**presume** 24:23 28:14 126:25
**pretty** 7:5 10:20 12:6 17:17 24:15 27:11 54:13,14 62:11 64:13 78:10,17 83:15 84:2 110:1 119:11 123:11 125:9 127:7 128:23 138:12 144:18,18,19 144:22
**previous** 17:16
**previously** 131:18
**primarily** 36:2
**printed** 66:2 71:10 120:12,20
**printout** 71:10 86:15 95:15 100:10,22
**printouts** 71:3,9,17
**prints** 124:24
**prior** 11:12 41:11

42:23,23 108:11 113:18 116:9 117:15 118:3,7 150:8
**prioritize** 115:10
**private** 29:2,9 108:25
**privileged** 143:6
**probably** 30:15 32:24 36:17 41:23,25 43:11 43:22 44:14 45:2,16 52:15 55:10 56:13 58:23 59:2 62:20 69:19 70:13,15 87:2 89:22 98:15 100:18 101:17 108:7 112:16 120:6 122:19 124:8 124:14 125:1,4 142:22 143:18
**probate** 141:25
**problem** 4:9 111:10 113:15 114:23 115:20
**problems** 68:21
**proceeded** 83:2
**proceeds** 148:7
**process** 4:23 141:19
**processor** 47:5
**produce** 19:21,22,23
**produced** 143:8
**professional** 3:12 5:9 40:21 99:21 117:19 129:16 144:21
**program** 105:8
**projects** 59:19 109:18
**pronounce** 76:23
**proofed** 120:10
**Prop** 30:5
**proper** 33:21,21 99:7
**properties** 106:7 123:9 139:19,20 144:13
**property** 14:15 38:23 38:24 41:3 78:4 84:9 94:12 96:15 97:22 104:6 131:20 143:25 145:2 146:18 147:9
**proposed** 85:4
**protective** 27:22
**provide** 8:18
**provided** 27:19,20 142:21
**provision** 30:13
**psychiatric** 136:1
**public** 53:8 150:23
**pull** 15:25 17:18
**purchase** 106:16,17
**purpose** 8:1 9:15
**purposes** 7:22 29:11 142:1
**pursuant** 1:22
**pushed** 116:7 117:19
**put** 8:2 27:25 29:18 42:24 119:5 125:5 126:14
**Putting** 64:18
**p.m** 148:14

**Q**

**qualifications** 3:12 13:21
**quarter-inch** 124:12
**question** 5:20,25 6:13 6:16 7:3,5,6,9,13,18 8:3,4,6,7,11,21 13:12 14:19 18:4 31:25 44:9 49:6 56:24 74:12 89:25 95:13 99:3,6,7,11,11,13,16 99:19 102:10 111:19 113:7 115:24 118:3 127:23 140:3,10 146:9 147:7
**questions** 5:19 6:18 9:16 26:6,25 129:4 129:13,21 134:21 138:24 139:1 140:12 140:17 141:9 147:3 147:25
**question's** 118:6
**quick** 48:18 58:2 78:17 97:12 144:16
**quickly** 83:22
**quit** 36:18 40:1 59:5
**quite** 93:21 134:23 145:15

**R**

**R** 1:24 149:25 150:5,23
**raise** 95:13 132:16
**Ramos** 125:6
**ran** 103:9
**Ranch** 73:5,9,12 81:24 81:25 101:11 122:23 123:9 125:3,6
**Randy** 67:8 94:17,24 97:3 115:15
**rarely** 8:23
**rate** 6:17 137:7,8,14
**rather** 64:6 108:17
**reaction** 110:15
**read** 29:22,22,23 74:3 113:22,23 149:2
**readily** 12:20
**real** 14:14 30:11 40:5 41:3 48:18 78:9 83:22 129:15 132:1,2 138:9 144:16
**realize** 10:20 93:7
**really** 4:17 7:14 8:20 17:17 18:14 31:17 68:10,11,15 69:5,22 78:8,20,23 79:6 83:14 85:24 111:5 118:24 123:10,10 138:19,20,20 140:19
**reason** 6:19 8:13 31:16 34:6 52:12 54:4 86:20 97:12 106:7 107:24 111:25 112:7 114:2,4,5 115:13 136:19
**reasonable** 66:12
**reasons** 112:8 113:9 114:22 115:6
**recall** 19:17 22:8,21,23 23:3,4 30:3 32:1 33:16,16 43:18,18,19 44:4 51:22,22 52:8 53:1 55:19 56:10 57:10,11 61:23 68:4 68:4 76:17 80:6 87:6 91:14 110:5,6 122:20 134:6 141:9 145:25
**received** 73:24 77:24 78:1 118:15 122:18 133:24 134:15
**recently** 55:21 86:1 123:7
**Recess** 58:4 103:14
**recognize** 144:17 147:11
**recollection** 33:5,22 34:12,15,16,23 47:18 65:19 85:7 104:4 109:16 122:11
**reconfirm** 145:9
**record** 7:1,15 14:6,8 16:10 21:22 27:17,25 33:9 34:21 45:17 64:5 70:14 99:2 103:12,15 107:15,19 107:20 110:8 113:5 113:23 120:16,17,23 123:20 126:23 143:25
**recorded** 6:5 34:5,7
**recording** 33:2,6
**records** 10:21 17:25 18:6 45:17 48:11,13 71:3 94:19 109:22
**Red** 81:16
**reduced** 150:11
**refer** 91:5
**reference** 72:8
**referred** 14:25 15:11 133:21
**referring** 26:11 61:6 68:5 122:22
**regard** 129:21 130:10 130:11 131:5 140:3 147:8
**regardless** 34:15 112:5
**regular** 69:9 127:7
**related** 12:23 13:1,16 14:24 16:3 56:3,5,6 106:6
**relationship** 32:20 97:11 102:8 117:20 118:9,11 128:8 131:24 135:1
**relative** 141:13
**relevancy** 104:19
**remark** 81:23
**remember** 11:23 16:18 16:20 21:13 22:14 24:9,14 34:24 35:3 44:12,17,25 45:6,15 47:19 57:7 67:23,25 68:3 76:20 80:5,5,5 80:16,18 82:10 83:10 83:18 88:2,2 90:4 91:15,16 94:4 100:21 101:1,4 121:11 122:9 122:9 125:15,23 132:9 146:8 147:16
**remembering** 83:15
**remind** 60:12
**rent** 69:21 85:24 144:5 145:3
**renting** 85:22
**rents** 85:15,17 86:13 89:8 144:9 145:3
**repeat** 113:21
**rephrase** 99:12
**report** 16:15,18 38:22 63:7 66:7,24 67:10 67:15,18 68:6 75:5 75:10 77:10 119:5 120:10 143:22 144:4
**reported** 36:2
**reporter** 1:25 6:11,20 8:16,22,24 10:6 13:10,14 14:4 28:13 143:1,3 147:24 148:12
**reporters** 8:22
**reports** 10:23 11:1,3 38:1 47:2 63:2,10 83:12 143:16 145:19
**represent** 4:11 129:11
**representing** 24:16
**represents** 150:13
**request** 42:24 43:4,12 96:3
**required** 5:19 92:21
**requirement** 63:4
**research** 18:16 30:1 47:25 48:3,12 49:3,7 50:2 66:12 75:4 85:5 85:8,10 86:11 87:7,8 87:17 88:4,21,22 89:6,7 92:24 93:1,14 104:25 105:3,18 109:4 128:21 136:17 142:3 144:8,10 145:10
**researching** 86:4
**residential** 11:3,5,11 12:10 13:3 15:14 17:21 35:24 37:25 38:11 40:5 45:11,13 45:19 47:10,23 49:5 69:5 80:1 81:3,5,11 82:17 94:2 112:4 137:3,6,12,21,23 145:19
**residents** 146:16
**resistance** 117:13
**resource** 32:10 35:19
**resources** 32:10 108:25 109:4
**respect** 9:10 14:21 18:2 33:22 35:7 45:19 69:24 71:14 76:23 78:12 92:18 109:18 111:11,15,16 113:13 127:5,17,23 132:3 142:12
**responding** 7:13
**response** 6:17 7:13 43:7
**responsibility** 67:20
**responsible** 41:4 63:7
**restricted** 53:8
**resume** 14:11 35:9 40:22
**retaliated** 4:21
**returned** 143:3
**returns** 77:10
**review** 8:17 9:3,3 63:20 92:22 127:7 148:2,4 148:13
**reviewed** 121:18,24
**reviewing** 9:2 120:7
**reword** 98:25
**right** 5:7 6:1,8 10:6 12:4,7,23 13:24 14:17 15:8,20,24 16:1,10,22 17:23 21:18,22 22:2 23:3 24:9,12,24 25:1 26:6 26:7,8 29:2 33:25 35:14 37:18 38:5,9 40:9,13,14,16 42:19 45:4 49:12 55:14 59:9 61:19 62:3 65:2 70:3 71:2,3,20,23 72:13 76:3 78:5,7 79:14,17,21 81:8,15 81:22 84:3,11 88:10 88:15 89:24 92:3 94:17 98:14 99:4 101:14,18 102:8 103:20 104:3 105:23 106:12 107:2,21 110:24 113:15 115:4 116:7 121:4,7,22,25

122:3 123:2,15,16 124:22 128:2 131:2 133:20 137:8,20 139:7 140:20 143:4,7 144:19 145:20,21
**right-hand** 71:5 120:1
**road** 51:17 81:16 82:15
**Robert** 1:6 2:16 4:13 127:16 129:12
**Roger** 2:2 4:10,10
**role** 102:7
**room** 7:8 9:24
**roommates** 54:19
**roughly** 137:14
**rule** 13:8,8 104:17
**rules** 104:16
**ruling** 96:6
**run** 75:16 78:18 124:15 125:7,8,13,16 136:17 138:5 139:23,25
**running** 97:13 128:6
**runs** 124:14,16,21
**rush** 31:10,11 122:10 122:10

S

**S** 2:2 94:21
**saimen** 78:21 79:11,14
**sale** 75:13
**sales** 48:3 49:11 69:12 105:15 125:10
**same** 8:7 27:22 31:25 40:15 48:20 50:25 67:10 70:15,16 75:25 87:7 108:1 112:12 113:24 116:2 117:23 118:7,19 119:23 123:11,13 127:23 141:23 149:4
**sanctions** 10:17
**sat** 122:25
**Saturday** 21:17,20 46:11,17,18
**Saturday's** 21:19
**saw** 19:4,11 20:2,18 52:7 78:4 88:9
**saying** 6:6 8:7 23:7 43:25 52:9,24 58:6 61:25 73:14 95:10 97:2 99:7,16 106:9 121:19 125:8 126:5 134:9 136:13,16 143:5
**says** 29:24 72:17 73:3,5 73:7 92:25 118:13,19 121:22 122:20 144:25
**schedule** 76:15,22
**schedules** 76:13
**scheduling** 22:1
**scheme** 132:12
**search** 124:25
**second** 14:14 114:4 121:20
**secretary** 43:22 54:7 126:17
**secretary's** 125:23
**section** 30:1 48:23 72:7
**see** 14:23,25 20:3 26:6 38:22 50:19 57:22 63:11 67:4 72:15,16 72:21 73:10 77:19 80:9 81:25 86:24 93:3,8 95:5 99:9 100:6,16,19 101:15 105:25 106:1,6 128:10,21,23 132:8 133:18,19 136:5,20 139:19 147:20
**seeing** 11:23
**seeking** 4:22
**seem** 84:2
**seems** 83:22,25
**seen** 19:5 31:6 51:23 93:2
**send** 91:3
**sense** 4:18 79:1,3 93:5 112:3 114:3
**sent** 9:9 10:20 20:20 30:22 43:1
**sentiment** 68:15
**separate** 51:10 69:25 81:24 125:8
**separated** 116:21
**separately** 60:14
**September** 70:10,17 131:20
**series** 5:19 17:21 71:2
**service** 48:7 49:10 50:5 105:16 107:1,2,17 125:13
**services** 15:15
**set** 35:10 78:9 138:18
**settled** 24:7
**several** 87:2
**severity** 98:9
**Sharp** 67:11
**sheet** 50:14 64:16,17 77:18 109:25 110:1 121:20
**sheets** 8:18 63:19 139:19 140:16
**shins** 13:10
**shoot** 136:12,23
**shops** 138:19
**short** 4:17 41:6
**shorthand** 1:25 150:11
**shortly** 100:9
**shot** 85:21 137:14,15
**show** 11:22 75:15 94:5 120:19,19,23 124:25 143:13 144:24 145:6
147:13
**showing** 14:10 15:17 65:7 123:17 128:19
**shows** 88:11
**side** 123:12
**sign** 30:3
**signature** 8:25 9:1 63:11
**Signed** 149:11
**significant** 63:6
**signs** 85:21 86:6
**similar** 61:21 127:10
**simple** 94:20
**simply** 99:2
**since** 25:9 53:11 54:24 60:22 100:8 130:22
**sir** 147:4
**sit** 134:8
**site** 45:22,25 85:19 87:10 102:21 105:8 137:25 146:24,25
**Sites** 88:10
**sits** 119:1
**situation** 141:3 142:19
**six** 32:24 33:1 41:11 112:4 128:15
**sixth** 16:3
**sketch** 139:21
**slammed** 66:15 69:5
**slamming** 112:1
**sleep** 112:23
**slightly** 122:1
**slips** 16:1
**slowed** 36:6 138:9
**small** 69:6 110:1
**smaller** 31:15 94:2
**smarter** 7:9
**social** 52:24 99:20 128:10 131:21 139:5 140:9
**socialize** 53:7
**socialized** 132:6
**societies** 5:10
**software** 47:6,10 137:24 138:2,3
**sold** 124:25
**solid** 135:10
**some** 8:18 10:9 16:14 25:23 27:13,18 28:6 29:18 30:6,7 34:6 36:18 37:25 42:17 53:2 54:4 55:12,17 56:7 58:20 60:23 68:23 69:2 75:15 79:16 83:10,15 85:15 85:17 87:20 89:8 90:16 91:1 92:12 117:13 124:16,17 126:22 127:1,1,13 129:12,13 131:24 132:19,20,21 134:18
136:12 137:2,18,19 138:17 139:11 142:22 145:23,23 146:8,16,19
**somebody** 34:4 52:10 53:15 97:12 100:3 119:2 128:18,22
**somehow** 94:24
**someone** 131:8,13 134:4,5
**something** 6:13 9:7 10:16 21:21 23:23 25:20,22 26:12 30:14 31:11,23 32:4,5,25 33:15,16,17 34:2,13 39:21 43:24 44:15,20 51:4 64:5 65:1 68:11 72:16 74:18,18 77:21 78:17,19 87:22 92:24 93:2,5 94:17 98:2 100:3 106:10 110:7 111:18 114:18 120:13 123:7 126:10 126:16 128:7 141:7
**sometime** 103:6 112:14 122:6
**sometimes** 6:20 48:16 70:11 78:16 100:2
**son** 20:4 114:19 115:4 115:11
**soon** 36:7 101:19
**sorry** 7:2 12:5 22:16,23 26:3 28:4 33:1 38:25 39:14 41:9 50:24 51:1 54:2,22 56:24 58:20 59:6 60:4 68:10,11 74:5 79:15 82:14 88:14 89:23 91:10 93:13 94:10,11 94:15 95:7 96:25 100:14,15 101:8 103:25 120:14 122:8 139:10 144:6,16 145:15
**sort** 4:15 9:13 29:6,21 37:17 47:8 56:7,7 92:22 105:2 112:14 115:21 116:6,6,12 117:9 128:12 140:18
**source** 106:8
**sources** 49:3 69:9 142:9
**space** 86:19
**speak** 108:24 123:22 127:16
**speaking** 51:10 92:11 134:1 137:19
**Spear** 94:21 95:1
**Spears** 94:17,24 115:15 116:7
**specific** 85:7 92:15
**specifically** 104:16 111:21 115:14
**speculate** 34:2 131:11
**speculating** 121:12
**speculation** 34:8,21 52:3 63:25 74:11 95:16 119:19 122:15 139:15 140:4
**spell** 53:25
**spend** 116:24
**spending** 115:3
**split** 118:24
**splitting** 79:8 118:21
**spoke** 22:5 102:1 123:20,24
**spoken** 25:9
**spotty** 138:10
**spread** 63:19 64:16,17
**spreadsheets** 63:18
**SRA** 135:6
**SRAs** 135:6
**ss** 150:2
**stack** 124:10
**staggered** 76:13,15,21
**stand** 8:2 9:22 45:9 107:24 122:24
**Standing** 93:19
**stand-up** 17:17
**start** 13:11 41:7 47:11 47:14 54:16 74:22 91:8 99:15
**started** 33:9 36:16,17 41:8,9 48:22 50:8,23 51:2 55:4 58:25 59:1 61:18 66:15 96:2 99:17
**starting** 29:7 37:12 44:19 140:12
**state** 1:2 4:16 5:7 150:1 150:23
**statement** 118:7
**statements** 113:17
**stay** 23:8,17 24:11 27:11 66:19
**step** 136:15
**stick** 93:4
**still** 25:5 36:24 37:20 54:10 67:4 79:20 98:13,21 101:18 104:13 108:16
**stink** 12:6
**stop** 13:9 50:19 51:16 52:14 55:11 142:10
**stopped** 36:16 37:22 40:11 48:25 53:9,12 99:15
**store** 128:7
**straight** 135:9
**straighten** 8:12
**straightforward** 10:13
**street** 1:20 2:5,12,20,21

3:18 55:10 79:21 80:20 81:9 91:11 124:7 144:25
**stretch** 9:23
**strike** 10:12 132:5 133:8
**stuck** 45:16
**stuff** 6:22 13:18 16:1 27:6 29:19 47:12,23 49:15 51:11,20,20 52:7 53:14,16 55:6,7 69:6,9 70:15 78:21 79:2 90:16,25 91:5 93:20 97:14 111:2 116:3,4 117:23 124:10,17 140:20
**style** 144:17
**Subdivision** 3:19 74:23 77:1 78:1 145:7
**subject** 9:8,10 26:15 27:22 45:1 56:3,6 94:20 127:19 146:18
**subjects** 10:7
**submitted** 43:9,20
**subpoena** 9:9 10:15,20 11:21,24 26:16,21
**subscribed** 107:1
**subscribing** 107:3
**substitute** 110:13
**successful** 136:24
**suffer** 9:25
**Suite** 2:11,21
**sum** 23:14 24:9
**Sumida** 2:10
**summarize** 114:22
**Sunday** 46:19
**super** 97:13 117:17
**supervised** 18:12
**supervisor** 36:3 41:17 41:22
**suppose** 15:1 128:9
**supposed** 52:4
**sure** 14:7 22:25 24:15 31:2 33:4 41:19 42:22 43:11 52:4 63:12 66:11 67:22 70:1 76:11,20 83:3 85:2 87:3,5 88:4 95:19 101:15,20 108:22 110:25 111:2 114:11 119:7,11 120:19 121:1,2 122:24 123:5,11 124:23 125:9 127:7,9 127:11,12,12,15 129:8,8 131:13 134:1 136:9 144:22 146:5
**surely** 34:21
**surprise** 52:1 147:2
**surprised** 52:10 110:3
**swamped** 66:18 91:4,6
**switched** 95:18
**sworn** 4:3 150:9
**system** 126:9

**T**

**T** 1:6 2:15
**table** 83:12
**take** 6:21 9:19 21:8 38:25 46:16,21 50:13 58:2 59:2 63:9 67:1,6 67:19 72:7 75:9 79:4 79:7,19 91:3 97:12 101:21 109:20 110:18 123:6 130:22 134:2 136:15 143:21
**taken** 1:19 4:25 5:15 19:2 58:4 97:14 103:14 146:23 149:24 150:10
**takes** 114:20 134:18
**talk** 19:7 24:21,23 25:1 25:2,7,12 31:4 32:17 34:4 35:13 56:17,19 64:16 101:25 109:3,6 109:9 126:3,19
**talked** 13:6 21:23 22:1 24:17 25:3 26:23,25 27:1,4,8,10,18 32:1 39:17 42:16 44:25 55:16 61:2 139:23,25
**talking** 7:7,10,11 13:9 18:7 26:14 31:5 32:1 35:14 56:10 68:22 95:8 104:10 117:4 124:10 136:7 137:1 137:23
**tasks** 96:1
**tax** 39:19 48:15,15,19 48:20,23 49:11 68:9 74:24 77:10 93:11,12 93:14,15 94:19 132:7
**teach** 106:5
**team** 20:4
**technically** 58:7
**telephone** 22:4 99:22 123:23
**tell** 7:3,18 13:8 20:12 20:14 21:1,3,6,8,9,11 23:1,10 29:6 33:2 34:14 50:10 51:17 57:18 59:11 61:14 75:9 76:8,15 79:25 85:23 97:20 98:9 101:7,23 104:5,9,20 110:12 140:25 141:3 143:21 148:5
**telling** 10:10,17 19:21 32:17 111:23,23
**temporary** 41:21,24
**ten** 12:1 16:9 22:25 30:9 62:23
**tendency** 13:13
**term** 112:24 140:8
**terminated** 118:9,11
**termination** 19:19 20:11
**Termite** 89:15
**terms** 10:2 40:21 95:21 102:15 109:4 113:19 124:9 146:18
**testified** 4:4 62:1 94:1 96:2 118:8 121:3 128:1 131:18
**testify** 4:3 21:7 140:18
**testifying** 42:16 121:10
**testimony** 7:25 8:1,9,12 113:18 114:1 116:9 116:10 117:15 118:3 122:15 127:10,10 132:18 140:22 141:10 149:4
**thank** 10:19 19:1,1 28:6 33:14,20 62:7 103:24 134:20 138:23 143:9 147:4 147:20,22 148:11
**their** 37:12 43:7 75:24 86:5 97:14 103:4 107:4,5 138:18 141:17
**they'd** 128:22
**thick** 124:12
**thing** 6:9 8:11,23 20:20 21:9 27:12,15 30:16 30:20 34:25 45:2 46:13,20 48:14 53:5 67:1,16 68:9 70:11 78:1,10 83:9,19,22 85:13,22 87:7 99:10 109:24 114:24 116:14 120:6,8 122:20 123:11 135:7 142:3 145:7
**things** 4:21 9:6 10:5 11:4,5,11 18:1,5 31:15 33:10,23 45:5 48:4 50:13 51:15 56:15 60:23 69:6 71:17 78:9,13 79:14 83:16 85:19 89:20 90:8,10,17 95:5,14 96:16 100:6 106:6 110:3 111:3 115:4 116:23 117:3 127:2 128:23 129:1 131:5,6 132:8 139:17 140:16 142:22,25 143:11
**think** 8:20 14:4 16:24 23:6,22 25:20,23 28:10,23 29:23,24 30:4,14 32:16,16,19 32:21,22,23 33:5 34:1,15,23,24 41:21 42:16 43:10 44:14 46:2 48:14,23 49:9 55:3,13 56:20 61:3 61:25 62:14,21,23 66:13 67:10,11 68:22 69:25 76:11 78:17 80:3 83:9,21 84:25 87:21 91:18 94:1,12 95:14 98:8 100:5 103:15 112:19 113:5 116:14 117:15 118:8 121:3 123:5,11 125:6 125:25 126:15 128:1 129:3 132:17,19,21 134:12,17 138:17 141:6 143:22 144:15 145:9 147:2
**thinking** 11:16
**third** 9:6,15 13:16 114:4
**though** 10:14 39:4 45:11 57:9,19,25 92:1 110:8 143:15
**thought** 7:14 24:7 54:4 54:13 58:24 61:11 70:25 88:9 103:7 108:10 140:15
**thousand** 81:4,7
**thousands** 45:12
**three** 7:21 20:1 22:6,15 31:9 59:4 69:25 70:16 73:2 74:7,8,8 93:19 142:21,25 146:12,13
**threw** 43:6
**thrilled** 101:20
**through** 4:23 5:14 13:21 15:8,15 29:6 29:19 32:21,23 36:14 37:5 39:2,6,12 42:2 45:21,23 58:20,20 59:20 63:20 64:11 67:17 69:9,9 70:17 83:9,12 89:21 90:9,9 92:8 93:15,15 95:4 97:5,9 103:1,1,17 105:2 108:18 109:13 111:8 115:15 117:25 143:17 149:2
**throw** 126:15
**tie** 111:22
**tight** 78:20
**till** 75:25
**time** 4:17 9:19 13:9 21:14 22:11 24:5 25:5 27:6 29:12 30:8 31:17,18 32:11,14 37:13 38:12 41:5,13 41:21 42:1 43:11 44:17,25 45:10 46:6 46:21 49:22 50:22,25 54:23 55:8,15,18,22 55:24 56:23 57:2 58:5,21,24,24 59:5 60:3,7,15 61:15,19 61:24 62:16,18 67:21 69:8 70:12,16,16 78:10 79:6 85:16 97:13 98:13 99:5,14 100:7,8 101:19 104:10 106:25 108:19,21,23 110:17 110:24 111:8 112:12 113:1,21 114:17,20 114:21 115:3 116:2 116:25 117:23 118:7 118:8,20 122:25 123:13 125:18 126:12 127:16 129:4 129:14,20 130:22 132:14 133:4 134:14 134:18 135:16 148:7
**times** 6:10 16:19 46:5 51:9 52:22 55:8 62:14 78:19 95:18 126:18 128:15,15,16 128:20 135:21 136:19 139:4 140:24
**tired** 9:22 140:13
**title** 119:6
**TMK** 48:7 50:5 75:15 105:16 106:3 107:1,2 107:13,18,20 124:14 125:14
**today** 19:2 69:1 120:13 134:8
**together** 71:2 72:10 132:10
**told** 19:12,18,19 23:12 24:15 25:9 28:23 29:14,15 44:7,10,17 53:20 54:12 60:15,16 61:24 64:9 76:21 93:4 98:1 103:3,17 103:20 104:2 110:10 110:21,23 111:6 113:9 115:6 117:16 119:10 122:12 123:14
**Tom** 2:18
**Tony** 4:19 5:21 7:8 22:5 24:1,5,10,23 27:23 141:8 143:6
**Tony's** 27:24
**top** 29:7 74:8
**Topa** 2:19
**total** 23:14 24:9 68:8 77:24 146:15
**totally** 51:1 120:15
**tough** 30:12 70:11 111:5 140:11

**Tour** 73:19
**Tours** 73:7
**towards** 133:18
**Tower** 2:4,11,20
**town** 23:8,17 24:11 25:23,24 32:5 52:14 53:20
**track** 77:7
**transacted** 53:2
**transaction** 145:14
**transcript** 7:24 149:4 150:14
**transcription** 150:12
**transmittal** 121:15
**transmitted** 124:3
**transported** 30:20
**travel** 44:23
**trial** 7:24 8:1,4,12 24:11 148:7,7
**tried** 32:8 62:11 112:20
**tries** 64:4
**triggering** 83:25
**trouble** 97:9
**true** 131:9,15 136:11 141:12 149:4 150:13
**Trust** 94:21
**truth** 4:3,3,4 10:17 21:9,9,11
**try** 5:17 6:12 8:10 11:16 31:11 46:15 83:22 113:4 136:12
**trying** 17:18 27:11 31:21 66:19,19 74:13 74:14 112:21 116:21
**Tsuchiya** 2:10
**Tsugawa** 1:20 2:3
**turn** 101:8,20 103:7 122:21
**turned** 73:13 96:23 98:11,16 101:13 122:17,19 123:13 124:1,21
**Turner** 35:23
**turning** 99:17
**twice** 56:19 67:13,14
**two** 5:20 30:8 46:6 48:18 55:8 57:7 59:4 81:22,23 86:9 101:8 101:10,13 103:8 106:5,5 112:2 122:17 122:21 123:13 124:1 125:25
**two-page** 28:13
**type** 4:15 8:16 17:20 37:14 38:8 47:1,14 47:15 130:24 131:24 143:16
**typed** 119:6 120:6,8
**types** 131:4
**typewritten** 149:2 150:11
**typical** 137:21
**typically** 45:20 70:9 85:10 102:4
**typo** 14:25 94:18

**U**

**uh** 54:5 82:4 84:1
**uh-huh** 5:8 10:2 12:5 20:23 24:22 42:20 51:25 59:7 61:9,20 62:4 71:4,18 72:18 73:1 77:20 79:22 80:21 88:1 89:16 103:21 105:5 113:8 113:10 124:18 139:8
**under** 4:4 10:15,15,16 69:14 75:15,15 79:2 94:16
**underlying** 27:5
**understand** 7:3,18 15:22,24 18:4 33:12 33:17 34:18,19 44:4 44:9 45:12,13 49:6 52:20 56:24 68:14,15 74:12 88:9 96:10 99:11,16,18 110:16 114:9 115:9 131:5,19 141:17 145:15 148:9 148:10
**understandable** 4:18
**understanding** 30:18 76:17,19 133:13,21 134:7 136:10 143:5
**understood** 94:24 136:8
**undertake** 42:18
**unfortunate** 36:7
**unfortunately** 74:21
**uniform** 144:19
**unit** 39:19
**unless** 7:3,18 34:6
**unmanageable** 111:4
**unpleasant** 5:18
**until** 13:9 26:24 70:5 119:7
**untruth** 10:9
**unusual** 74:21
**update** 88:12,20 89:9
**upstairs** 44:14
**use** 27:20 30:10 50:2 64:4 85:23 107:4,5,7 108:17 109:3 140:8 143:2
**used** 7:21,24 9:6 46:7 48:23 49:4,8,10,20 54:8 55:3 57:15 64:24 93:14,15 100:8 106:5 107:16 125:15 132:2
**using** 50:8 51:2,7 61:22 62:8 93:8 108:24
127:7
**usual** 6:23
**usually** 46:18 53:17 85:21,23 91:3 110:1 126:4 142:12
**utilize** 48:11

**V**

**V** 41:16,20,23
**vacant** 35:24 77:23 86:23
**vacation** 46:22
**vague** 50:21 52:2 56:4 98:23 99:8 102:10 118:3,6,22 142:7
**valuation** 45:23 63:7 63:14 64:14 121:3 142:3 146:2
**valuations** 25:20 31:12
**value** 63:21 64:20,23 97:4,5,7,7 119:4 121:5 136:8,8,11,13 141:8,8,14,22,23,23 146:7,9
**values** 142:6
**varied** 41:4
**various** 4:15,21 62:25
**verbal** 6:19,24
**version** 15:2
**versus** 144:17
**very** 8:13,23 10:5,19 14:19 19:1 52:25 97:10 99:20 103:2 129:14 136:5,5 147:22
**VI** 41:18
**Viola** 23:24 26:9,24 28:17,19 33:2 35:4 61:8 68:24 109:9 133:12 134:1,2,8
**violates** 96:18
**virtually** 62:18
**visited** 139:5
**visits** 128:10 146:24
**vitae** 14:11 35:10
**volume** 124:9
**vs** 1:5 149:23

**W**

**Waimanalo** 41:4
**Waimea** 86:23 87:2
**wait** 13:9 26:24 70:5 83:2 98:2
**waive** 8:25 9:1
**walk** 7:22 69:17
**walked** 20:5 132:9
**want** 6:19 7:11 8:25 9:1,2,7,19,21,22 10:2 10:13 25:7,8,12 27:24,24 33:11 34:2 34:14,20 51:18 56:17
58:2 62:2 85:24,25 91:3 111:16 113:4,6 113:14 115:13 117:14,17 119:10 131:4 136:9,16 142:24
**wanted** 21:6 23:16 37:13 50:18 51:3,10 72:20 97:10 109:18 139:21
**wants** 128:22
**wasn't** 30:10 32:11 37:21 45:15 56:16 57:9 58:18 63:6,6 78:8 88:8 96:7,22 98:19 102:21 104:10 104:24 110:7 111:9 134:16,16
**water** 9:22 28:6
**way** 9:6 10:24 12:4 14:24 16:13,15,17 20:2 45:4,23 63:5 66:14 72:7,8 85:25 93:4 97:3 99:15 100:4 125:11 133:13 135:7 141:23 150:16
**week** 46:5,5
**weekday** 68:3
**weekend** 19:5 114:12
**weekends** 37:15,17,21 46:9,10 47:22
**weeks** 22:6,15 112:2
**well** 6:9 11:3 16:13 19:4,11 21:8,10 22:1 23:6 26:24 29:8,21 30:11 34:11 38:20,22 40:6 43:7 48:3,9 52:6 52:25 54:19 56:6 58:21 64:23 67:2,3 74:13,24 82:1 86:8 87:10 88:10 93:9 99:14 102:21 111:19 112:7 114:11,14,18 114:19 115:10,21 116:12 117:9 118:1 119:3,9 128:10 135:5 140:8 145:6
**went** 22:8 36:13,19,23 40:1 44:15 51:19 52:22 54:17,17 55:3 59:5 67:12 91:2 98:18 102:22 103:15 123:18 131:19 132:25
**were** 15:7,10,11,24 16:6,7,17,22 17:9,12 18:1 20:1 21:21 23:10,19 32:23 36:8 37:1,12,16 38:2,2,5,8 38:8,11 39:11 40:15 42:6,16 44:7,10,12
44:18,19,20 45:10 46:5 48:19 49:7,14 50:4 51:23 52:6,9,12 52:22 53:14 54:12 56:9,15 58:16 62:8 62:11 64:9 65:20 70:8,14 72:9 73:15 74:15 76:2,12 79:6,6 82:1 86:3 91:4,19,22 91:23 92:2,12 93:8 98:5,13 100:23 101:10 104:14,25 105:2,8 106:1,20,22 107:10 108:1,2,2,5,6 108:9,18 110:10,12 110:21,23 111:20 115:6 123:14 125:18 125:19,20 126:12,18 127:2 128:9,18 129:15,21 132:12,14 133:11 134:1 136:7 137:1,9 139:5,17,20 140:9 143:5 147:25 149:3
**weren't** 32:13 48:15 90:10 95:14 101:20 104:13 110:19 116:17 126:17,18
**we'll** 24:1 26:25 68:6 72:3 88:10
**we're** 7:2,17 8:15 9:12 9:13 45:3 64:3 79:8 95:8 97:3 118:21,24
**we've** 9:9 39:17 89:20 89:21 90:8 94:5 103:19 132:1 137:23
**whatsoever** 127:19
**while** 31:18 37:19 38:2 41:6 42:6 59:20 68:22 71:25 76:2 83:3 85:14 90:25 109:11 119:2 132:9 140:16
**whistle** 4:15
**whole** 4:3 26:18 27:12 30:16 31:13 35:7 45:1 46:20 67:16 83:11,24 86:10 95:25 103:12 106:25 110:20 117:5 124:13 128:14 129:19
**wife** 46:6,23 114:9
**willing** 79:7
**wise** 104:24
**witness** 4:2 8:2 14:1 22:11 23:7 24:12 33:13,18 34:3,9 52:4 57:4 62:6 64:7 74:12 95:17 98:25 99:9,12 102:11 103:23,25 104:23 113:25

116:19 118:8,24 119:20 121:13 122:16 131:12 132:24 139:16 140:6 140:23 142:8 144:3 147:4,18 148:10 150:7
**witness's** 116:9
**Wong** 2:9 3:6 5:21 21:19 24:5 27:23 33:25 34:4 64:1 95:16 116:8,18 118:2 118:6 121:10 134:22 134:25 138:23 140:5 141:8
**word** 47:4 81:25 140:3
**words** 19:17 56:7,8 99:3,7 141:23
**work** 13:3,15 14:25 16:14 17:6,10,13,16 18:7,10,13,18 26:1,3 27:5 29:14,17 30:19 31:6,6 32:11,15,16 32:25,25 36:13,23 37:3,13,23 38:14,15 40:4 42:10,23 43:1 46:8,24 49:20 51:20 52:22 55:17,23,24 56:22 57:1,18 58:6,9 58:10,16 59:6,8,12 60:7 61:4,12,14 63:22 64:10 66:17 69:2 73:17 76:12,13 76:15,16 82:12 84:2 90:18 92:2 97:16 101:19 103:9,18 104:2,6 109:1,18 110:11,22,24 111:7,8 111:22,24 112:2 113:11,13 114:24 115:1,7,15 116:5 117:24,25 119:10 122:12 123:8,15 125:19 127:5,17 130:10 132:14 133:3 135:7 138:12,16 146:3 148:12
**worked** 13:20 29:11,13 30:8 32:18 35:19 36:12,12,17 39:21 41:1 42:1 50:6 54:19 58:19,21 59:3,20 64:13 75:2,10 77:21 103:8 119:6 126:8,13 126:17 129:18 142:23 145:12,16,22 146:21
**working** 11:11,12 36:8 36:14 37:19 38:20 40:11 44:14 54:11 55:5 58:24 60:18 61:18 62:15 67:21 96:13 98:14 137:5
**workload** 111:2,3 114:10
**works** 25:18 28:23 125:12
**worry** 67:5
**worse** 79:14
**worth** 79:9 98:8 111:15 117:16
**wouldn't** 16:10 27:20 58:11 75:11 96:23 97:18 103:4 108:10 108:11 111:16 125:2 126:25
**wow** 8:20
**write** 6:11,11 8:22 10:6 17:2 22:17 29:25 50:15 63:14 70:2 85:24 133:15
**writer** 50:12
**write-up** 50:12 75:18 87:21,25 88:3,24 89:6,10,18 90:16
**write-ups** 31:1
**writing** 18:17 43:4,7,12 65:13 88:2,2 144:17
**written** 71:7 121:16,17
**wrong** 8:23 63:6 98:10 99:4
**wrongdoing** 132:21
**wrote** 65:9,14,15,16,17 68:8 70:5 144:22
**Wung** 81:24
**W-U-N-G** 81:24

**X**

**X** 3:1 16:25 92:25
**Xerox** 65:8

**Y**

**Y** 92:25
**Yamaguchi** 35:23 36:2
**Yamashita** 80:8 83:18
**yeah** 6:21 11:20 12:6 16:18 18:16 19:13 22:16 23:15,18 31:13 32:6 37:11 38:20 41:25 44:22 46:20 48:3,4,22 53:11,13 53:13 54:10,23 55:10 56:20 57:9,21 58:15 61:7 63:11,12 64:7 65:3 66:2 69:4 70:24 73:11 75:18 77:6,17 79:18 83:20,24 85:12 85:25 86:6,8 89:4,6 91:10,16,21 92:16 93:7 95:17 97:24 98:1 100:17,18,25 101:24 103:2,9 104:11,14 108:4 112:9,13 114:11,16 114:16 115:23 117:2 117:5 119:16 124:13 126:4 127:12 129:2 130:9 131:17 132:24 133:20 138:7 140:6 140:15,23 145:19,25
**year** 26:9 32:7 35:20 36:15,17 48:25 56:14 56:14 59:1 71:7 108:9 122:18 128:15 128:16 138:3 144:1,3 147:15
**yearly** 46:13
**years** 16:20 17:16 18:8 18:12 19:6 30:8 49:21 59:4 62:23 83:11 88:20 97:5,10 129:19 135:20
**yellow** 65:8 71:17 72:24 73:19 74:23
**yellowed** 79:20 80:8,20 81:16 89:2 100:11
**young** 46:7

**Z**

**Z** 92:25
**Zoning** 49:15

**$**

**$1,500** 65:17 68:20 78:2,15 90:2 112:2
**$1,680** 87:12
**$1,800** 86:23
**$2,100** 74:5 82:24 89:1
**$200** 65:15
**$210** 80:24 82:19
**$3,600** 82:6
**$4,373** 74:1
**$400** 65:16 137:15
**$450** 77:24
**$500** 65:14 137:14
**$600** 86:18
**$900** 88:17

**0**

**00593** 106:10
**01142** 147:19
**04-00108** 1:5 149:24

**1**

**1** 121:22 149:2
**1st** 122:6
**1,200** 138:3
**1,500** 65:21 68:9
**1-10** 1:8,8,9,9
**1:45** 148:14
**10** 18:20
**10/5/2002** 65:15
**11th** 131:20
**11/14/2002** 65:17
**11/2/2002** 65:16
**11/4/2002** 67:15
**1100** 1:20 2:5
**1114** 82:14
**114** 82:15
**12:20** 103:11
**129** 3:5
**13** 3:12 14:5,9,11 94:18
**135** 3:6
**136** 84:18
**139** 3:7
**14** 3:12,13 28:10,11,13 35:3 61:6 122:8 133:11
**14th** 118:14 119:21 120:3 121:9,14,21
**1400** 2:11
**143** 3:17,18,19
**147** 3:8
**148** 149:2
**15** 3:14 17:16 18:8,12 65:5,6,7 69:24 72:8 74:8,14 89:22
**152** 39:20
**16** 3:15 70:20,21 72:6 74:22 77:18 79:20 95:8,11,22 100:11 122:22 147:12
**16th** 150:19
**16-186** 90:1
**165** 91:11
**17** 3:16 72:1,4,5 94:6 96:17 103:19 115:16 116:1,13 117:8,19 118:10,18 119:9,13 120:25 129:22 130:11
**18** 3:17 143:14,21 147:8
**18-20** 143:12
**19** 3:18 144:24
**19-3876** 81:8
**1987** 14:15 29:13 35:20
**1988** 29:16 59:2
**1991** 37:1,5,24 40:8
**1992** 10:24 38:2
**1993** 14:15 37:24 39:25
**1996** 114:11,15
**1998** 145:1
**1999** 40:11 71:7,13,14 74:22 77:18 78:7 90:9 105:1 145:8
**1999-2003** 3:15

**2**

**2** 12:22 91:11 118:19
**2,000** 138:3
**2,500** 68:8
**2-6-14-32** 39:20
**20** 3:19 87:21,22 97:5 123:9 145:7 146:14 149:13
**20th** 121:7
**200** 79:10
**200s** 81:4
**2000** 52:18,18 53:6 55:22 71:7 80:7 86:15 108:11,12 125:5
**2001** 29:16 74:17,20 87:9 89:20 90:9 121:7 125:5 131:20 144:3 147:17
**2002** 16:6 29:16 32:22 32:24 37:5 55:22 66:15 69:3 72:7,12 72:25 91:8,19 95:10 98:13,15,17 100:10 100:12 103:6,17,20 104:2 105:2 110:21 112:14 114:17,19 118:14,14,16,16,19 119:17,21 120:3,5 121:14 122:22 123:2
**2003** 91:20
**2004** 26:10 28:17
**2005** 1:22 26:9 149:25 150:6,19
**220** 72:22
**229** 65:18
**23rd** 1:20 2:5
**24th** 23:21 26:9,9 28:17
**26th** 100:12 118:16 122:21 123:2,3
**28** 3:13

**3**

**3** 55:22 95:1
**3/11/2002** 72:22
**3/24/05** 3:13
**3:00** 46:15
**30** 102:17 103:1 143:15
**30th** 78:7
**33.33** 94:22
**375** 137:10

**4**

**4** 3:4 14:24
**4/26** 123:17
**4:30** 75:25
**40** 78:18
**404** 1:24 150:23
**45** 114:6
**450** 137:9,17
**475** 112:3 137:8

**5**

**5th** 21:18,19,21
**5/11/06** 150:24
**5/2/2002** 118:17

**50** 78:19
**500** 2:21
**51** 79:21
**514** 80:20
**55** 144:25
**591** 106:11
**592** 106:11
**594** 106:11
**595** 106:11

**6**

**6,000** 79:5
**6/1/2002** 118:17
**6/8/1999** 74:25
**60** 114:6
**600** 86:20
**65** 3:14
**66** 94:21
**684** 144:4
**692** 144:4

**7**

**7** 17:4
**7:45** 75:25
**70** 3:15 102:17,25 125:20
**72** 3:16
**737** 2:12
**745** 2:21
**750** 84:11

**8**

**8** 17:15
**87** 13:21 36:14,16 42:2 58:20

**9**

**9** 1:22 18:10 149:25 150:6
**9/11** 53:9 55:9,14 128:9 128:12 139:5 140:9
**9/11/2001** 53:12
**9/18** 70:8
**9/18/2002** 65:14
**9:37** 1:21 150:6
**91** 37:16 45:18,20 46:2 58:20 59:9,20
**92** 11:13 13:21 29:13 47:16,17
**93** 11:14 36:14,18 37:16 42:2 45:21 46:3 58:20 59:9,20
**942** 65:15 69:25 70:9
**95** 95:24 147:12
**961** 65:16 69:25
**96813** 2:6,13,22
**977** 65:17 69:25
**99-2001** 30:7

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1 –10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>Defendants. | Civil No. 04-00108 SOM/KSC<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was duly served upon the parties listed below at their respective address, via hand-delivery, on the date stated below.

MICHAEL L. LARUSSO, ESQ.
Kawashima Lorusso & Tom, LLP
Fort Street Tower
745 Fort Street, 5th Floor
Honolulu, Hawaii 96813

Attorneys for Defendants
City & County of Honolulu,
Gary T. Kurokawa, Robert O. Magota,
and Ann C. Gima

KEVIN P. H. SUMIDA, ESQ.
ANTHONY L. WONG, ESQ.
Suite 1400, Mauka Tower
737 Bishop Street
Honolulu, Hawaii 96813

Attorneys for Defendant
GK APPRAISALS, INC.

DATED: Honolulu, Hawaii, JUN 23 2006.

*/s/Roger S. Moseley*
ROGER S. MOSELEY
CHRISTOPHER J. MUZZI
RENEE M. FURUTA
Attorneys for Plaintiff
PHILIP E. ENGLISH