ORIGINAL

00000588.WPD

KAWASHIMA LORUSSO & TOM LLP

JAMES KAWASHIMA        #1145-0
MICHAEL A. LORUSSO     #3448-0
CARTER K. SIU          #7313-0
Topa Financial Center
Fort Street Tower
745 Fort Street, Suite 500
Honolulu, Hawaii 96813
Telephone:      (808)275-0371
Facsimile:      (808)275-0399
Email Address: mlorusso@kltlaw.com

LODGED JUN 16 2006 CLERK, U.S. DISTRICT COURT DISTRICT OF HAWAII

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII JUN 20 2006 at 4 o'clock and 30 min. P M SUE BEITIA, CLERK

Attorneys for Defendants
CITY AND COUNTY OF HONOLULU,
GARY T. KUROKAWA, ROBERT O. MAGOTA,
and ANN C. GIMA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CITY AND COUNTY OF HONOLULU;<br>GARY T. KUROKAWA; ROBERT O.<br>MAGOTA; ANN C. GIMA; and GK<br>APPRAISALS, INC.; JOHN DOES<br>1-10; JANE DOES 1-10; DOE<br>PARTNERSHIPS; DOE CORPORATIONS<br>1-10; AND DOE ENTITIES 1-10,<br><br>　　　　Defendants. | ) CIVIL NO. CV04-00108 SOM/KSC<br>)<br>) DEFENDANTS CITY & COUNTY OF<br>) HONOLULU, GARY T. KUROKAWA,<br>) ROBERT O. MAGOTA, AND ANN C.<br>) GIMA'S EX PARTE MOTION TO<br>) SHORTEN TIME FOR HEARING ON<br>) THEIR MOTION FOR PROTECTIVE<br>) ORDER; DECLARATION OF CARTER K.<br>) SIU; EXHIBIT "A;" ORDER<br>) GRANTING DEFENDANTS CITY &<br>) COUNTY OF HONOLULU, GARY T.<br>) KUROKAWA, ROBERT O. MAGOTA, AND<br>) ANN C. GIMA'S EX PARTE MOTION<br>) TO SHORTEN TIME FOR HEARING ON<br>) THEIR MOTION FOR PROTECTIVE<br>) ORDER; CERTIFICATE OF SERVICE<br>)<br>)<br>) Trial: October 3, 2006 |

**DEFENDANTS CITY & COUNTY OF HONOLULU, GARY T. KUROKAWA,
ROBERT O. MAGOTA, AND ANN C. GIMA'S EX PARTE MOTION TO
<u>SHORTEN TIME FOR HEARING ON THEIR MOTION FOR PROTECTIVE ORDER</u>**

　　　　Come now Defendants CITY & COUNTY OF HONOLULU, GARY T.

KUROKAWA, ROBERT O. MAGOTA, and ANN C. GIMA (collectively "CITY

Defendants"), by and through their attorneys, KAWASHIMA LORUSSO & TOM LLP, and hereby moves this Honorable Court, ex parte, for an Order Shortening Time for hearing on their Motion for Protective Order.

This motion is based on Rules 6 and 7, Federal Rules of Civil Procedure; the Declaration Of Carter K. Siu; and the records and files herein.

DATED: Honolulu, Hawaii, June 16, 2006.

JAMES KAWASHIMA
MICHAEL A. LORUSSO
CARTER K. SIU
Attorneys for Defendant
CITY AND COUNTY OF HONOLULU,
GARY T. KUROKAWA,
ROBERT O. MAGOTA, and
ANN C. GIMA