IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH, | ) CIVIL NO. CV04-00108 SOM/KSC |
| Plaintiff, | ) DECLARATION OF CARTER K. SIU |
| vs. | ) |
| CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10, | ) |
| Defendants. | ) |

**DECLARATION OF CARTER K. SIU**

I, CARTER K. SIU, declare as follows:

1. Declarant is an attorney licensed to practice law before all the state and federal courts in the State of Hawaii and is one of the attorneys representing Defendants CITY AND COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA, ANN C. GIMA in the above-entitled action.

2. This Declaration is made in lieu of an affidavit pursuant to Local Rule 7.6, <u>Rules of the United States District Court for the District of Hawaii</u>, as amended.

3. On June 8, 2006, Michael A. Lorusso, Esq. was personally served with a copy of the Notice of Deposition Upon Oral Examination and Subpoena requesting my appearance at a deposition in the instant lawsuit scheduled for June 22, 2006.

4. A true and correct copy of Plaintiff's Subpoena, filed June 13, 2006, is attached hereto as Exhibit "A."

5. Minutes after being served with the foregoing documents, Mr. Lorusso met face-to-face with Plaintiff's counsel and requested in good faith that my deposition be cancelled.

6. Despite Mr. Lorusso's request, Plaintiff's counsel refused to cancel his deposition and merely suggested that it be continued.

7. As a result of Plaintiff's refusal, Mr. Lorusso was forced to file a Motion for Protective Order on June 15, 2006, seeking a Court order canceling my deposition.

8. The above facts were attested to in Mr. Lorusso's declaration attached to the Motion for Protective Order, filed herein on June 15, 2006, which is incorporated herein by reference.

9. The Motion for Protective Order was assigned a hearing date of July 27, 2006 at 9:00 a.m., which would be after the scheduled date of Mr. Lorusso's deposition.

10. Because the deposition has been scheduled for June 22, 2006, it is imperative that the foregoing Motion for Protective Order be heard on or before that time.

11. On that basis the undersigned respectfully submits that good cause exists to grant the instant request to shorten time for hearing on the Motion for Protective Order.

I declare under penalty of law that the foregoing is true and correct to the best of my knowledge and belief.

DATED: Honolulu, Hawaii, June 16, 2006

_____
CARTER K. SIU