IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>    Plaintiff,<br><br>  vs.<br><br>CITY AND COUNTY OF HONOLULU;<br>GARY T. KUROKAWA; ROBERT O.<br>MAGOTA; ANN C. GIMA; and GK<br>APPRAISALS, INC.; JOHN DOES<br>1-10; JANE DOES 1-10; DOE<br>PARTNERSHIPS; DOE CORPORATIONS<br>1-10; AND DOE ENTITIES 1-10,<br><br>    Defendants. | CIVIL NO. CV04-00108 SOM/KSC<br><br>ORDER GRANTING DEFENDANTS CITY<br>& COUNTY OF HONOLULU, GARY T.<br>KUROKAWA, ROBERT O. MAGOTA, AND<br>ANN C. GIMA'S EX PARTE MOTION<br>TO SHORTEN TIME FOR HEARING ON<br>THEIR MOTION FOR PROTECTIVE<br>ORDER |

**ORDER GRANTING DEFENDANTS CITY & COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA, AND ANN C. GIMA'S EX PARTE MOTION TO SHORTEN TIME FOR HEARING ON THEIR MOTION FOR PROTECTIVE ORDER**

Upon due consideration of Defendants City & County of Honolulu, Gary T. Kurokawa, Robert O. Magota, and Ann C. Gima's ex Parte Motion to Shorten Time for Hearing on Their Motion for Protective Order ("Ex Parte Motion"), the Declaration of Michael A. Lorusso, Esq. , the records and files herein, and finding good cause therefor,

IT IS HEREBY ORDERED that the Ex Parte Motion is GRANTED and that Defendants City & County of Honolulu, Gary T. Kurokawa, Robert O. Magota, and Ann C. Gima's Motion for Protective Order shall come on for hearing before The Honorable Kevin S.C. Chang in his Courtroom at the United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, at

9:15 o'clock a.m. on June 23, 2006, or as soon thereafter as counsel can be heard.

DATED:  Honolulu, Hawaii   JUN 2 0 2006   .

_____
JUDGE OF THE ABOVE-ENTITLED COURT