ORIGINAL

00000341.WPD
KAWASHIMA LORUSSO & TOM LLP

JAMES KAWASHIMA      #1145-0
MICHAEL A. LORUSSO   #3448-0
CARTER K. SIU        #7313-0
Topa Financial Center
Fort Street Tower
745 Fort Street, Suite 500
Honolulu, Hawaii 96813
Telephone:      (808)275-0371
Facsimile:      (808)275-0399
Email Address: mlorusso@kltlaw.com

Attorneys for Defendants
CITY AND COUNTY OF HONOLULU,
GARY T. KUROKAWA, ROBERT O. MAGOTA,
and ANN C. GIMA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 05 2006

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CITY AND COUNTY OF HONOLULU;<br>GARY T. KUROKAWA; ROBERT O.<br>MAGOTA; ANN C. GIMA; and GK<br>APPRAISALS, INC.; JOHN DOES<br>1-10; JANE DOES 1-10; DOE<br>PARTNERSHIPS; DOE CORPORATIONS<br>1-10; AND DOE ENTITIES 1-10,<br><br>　　　　Defendants. | CIVIL NO. CV04-00108 SOM/KSC<br><br>DEFENDANTS CITY & COUNTY OF<br>HONOLULU, GARY T. KUROKAWA,<br>ROBERT O. MAGOTA, and ANN C.<br>GIMA'S MOTION FOR RULE 11<br>SANCTIONS; MEMORANDUM IN<br>SUPPORT OF MOTION; DECLARATION<br>OF MICHAEL A. LORUSSO; EXHIBITS<br>"A" - "F;" CERTIFICATE OF<br>SERVICE |

**DEFENDANTS CITY & COUNTY OF HONOLULU, GARY T. KUROKAWA,
ROBERT O. MAGOTA, and ANN C. GIMA'S MOTION FOR RULE 11 SANCTIONS**

Come now Defendants CITY & COUNTY OF HONOLULU, GARY T.

KUROKAWA, ROBERT O. MAGOTA, and ANN C. GIMA (collectively "CITY

Defendants"), by and through their attorneys, KAWASHIMA LORUSSO &

TOM LLP, and hereby move this Honorable Court for an order imposing sanctions against Plaintiff's counsel in accordance with Rule 11, Federal Rules of Civil Procedure and awarding CITY Defendants their attorneys fees and costs in bringing the subject motion and for otherwise defending/objecting to Plaintiff's Notice of Taking Deposition Upon Oral Examination of Michael A. Lorusso, Esq. (hereinafter referred to as "the Notice").

Rule 11 sanctions are appropriate in this case because Plaintiff's counsel seeks to take CITY Defendants' counsel's deposition for an improper purpose, without justification, and seeks information that is not relevant to the subject lawsuit, and serves only to cause unnecessary delay and needless increase in the cost of litigation.

CITY Defendants served a copy of the foregoing Rule 11 Motion on Plaintiff's counsel via hand-delivery on June 13, 2006. Since that time, Plaintiff's counsel has refused to cancel the deposition. CITY Defendants, therefore, were forced to file the instant Motion, and have done so in compliance with Rule 11(c)'s twenty-one (21) day safe harbor provision.

\ \ \ \ \
\ \ \ \ \
\ \ \ \ \
\ \ \ \ \
\ \ \ \ \
\ \ \ \ \

This motion is made pursuant to Rules 7 and 11 of the Federal Rules of Civil Procedure and Rule 7 of the Local Rules of Practice for the United States District Court for the District of Hawaii, and is based upon the attached memorandum in support of motion and the record and files herein.

DATED: Honolulu, Hawaii, July 5, 2006

_____
JAMES KAWASHIMA
MICHAEL A. LORUSSO
CARTER K. SIU
Attorneys for Defendant
CITY AND COUNTY OF HONOLULU,
GARY T. KUROKAWA,
ROBERT O. MAGOTA, and
ANN C. GIMA