IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH, | ) CIVIL NO. CV04-00108 SOM/KSC |
| Plaintiff, | ) <br> ) DECLARATION OF MICHAEL A. <br> ) LORUSSO |
| vs. | ) <br> ) |
| CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10, | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

## DECLARATION OF MICHAEL A. LORUSSO

I, MICHAEL A. LORUSSO, declare as follows:

1  Declarant is an attorney licensed to practice law before all the state and federal courts in the State of Hawaii and is one of the attorneys representing Defendants CITY AND COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA, ANN C. GIMA in the above-entitled action.

2  This Declaration is made in lieu of an affidavit pursuant to Local Rule 7.6, Rules of the United States District Court for the District of Hawaii, as amended.

3  Declarant makes this Declaration in support of DEFENDANTS CITY & COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA, and ANN C. GIMA'S MOTION FOR RULE 11 SANCTIONS.

4.  Attached hereto as Exhibit "A" is a true and correct copy of an E-Mail dated December 31, 2002 from Charles W.

Totto, Esq. to Roger S. Moseley, Esq. that my office received from Plaintiff's counsel in this case.

5. Attached hereto as Exhibit "B" is a true and correct copy of an E-mail dated February 5, 2003 from Charles W. Totto to Gary Kurokawa that my office received from Plaintiff's counsel in this case.

6. Attached hereto as Exhibit "C" is a true and correct copy of Appellants-Apellants' Memorandum in Opposition to Motion to Strike a Portion of Appellants-Appellants' Supplemental Statement of Related Cases, filed March 14, 2004.

7. Attached hereto as Exhibit "D" is a true and correct copy Notice of Taking Deposition Upon Oral Examination that Plaintiff served on me on June 8, 2006 for my attendance at a deposition unilaterally scheduled for June 22, 2006.

8. Attached hereto as Exhibit "E" is a true and correct copy of the file-marked Subpoena/Subpoena Duces Tecum filed herein on June 13, 2006, that Plaintiff served on me for my attendance at a deposition unilaterally scheduled for June 22, 2006.

9. Plaintiff's counsel has represented to me that if a Motion for a Protective Order is filed, he will continue my deposition until such time as a hearing and a ruling on the Motion is made.

10. On June 13, 2006, I hand-delivered to Plaintiff's counsel a letter asking that he withdraw the subject Notice of

Deposition and Subpoena/Subpoena Duces Tecum, a true and correct copy of which is attached hereto as Exhibit "F."

11. Accompanying the letter was a draft copy of the foregoing Rule 11 Motion, explaining the reasons why the Notice of Deposition and Subpoena/Subpoena Duces Tecum is frivolous and should be canceled.

12. Since that time, Plaintiff's counsel has not contacted me to cancel my deposition; as a result, I was forced to file a Motion for Protective Order, which will be heard on July 20, 2006.

13. The foregoing Rule 11 Motion is being filed after the passing of twenty-one (21) days time, as required by Rule 11(c), Federal Rules of Civil Procedure.

I declare under penalty of law that the foregoing is true and correct to the best of my knowledge and belief.

DATED: Honolulu, Hawaii, July 5, 2006

_____
MICHAEL A. LORUSSO