**Roger Moseley - Phil English**

---

**From:** "Totto, Charles W." <ctotto@co.honolulu.hi.us>
**To:** "'rsm@casebigelow.com'" <rsm@casebigelow.com>
**Date:** 12/31/2002 1:57 PM
**Subject:** Phil English

---

Hi Roger:

I've read the materials and would be happy to meet with you and/or Phil at your convenience.

Happy New Year!

Chuck

CHARLES W. TOTTO
Executive Director and Legal Counsel
Honolulu Ethics Commission
715 South King Street, Suite 211, Honolulu, HI 96813-3091
Office (808) 527-5573  Fax (808) 527-6936
Email: ctotto@co.honolulu.hi.us
Website: www.co.honolulu.hi.us/ethics



EXHIBIT "A"

PE 00576

file://C:\Documents%20and%20Settings\rsm\Local%20Settings\Temp\GW}00001.HTM    12/31/2002