MOSELEY BIEHL TSUGAWA LAU & MUZZI
a Hawaii limited liability law company

ROGER S. MOSELEY          2060
ALAN K. LAU               3981
RENEE M. FURUTA           7593
JOANNA B.K. FONG          7764
Alakea Corporate Tower
1100 Alakea Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone:  (808) 531-0490
Facsimile:  (808) 534-0202
Email:  rmoseley@hilaw.us
        alau@hilaw.us
        rfuruta@hilaw.us
        jfong@hilaw.us

Attorneys for Plaintiff
PHILIP E. ENGLISH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>                Plaintiff,<br><br>      vs.<br><br>CITY AND COUNTY OF HONOLULU;<br>GARY T. KUROKAWA; ROBERT O.<br>MAGOTA; ANN C. GIMA; and GK<br>APPRAISALS, INC.; JOHN DOES 1<br>-10; JANE DOES 1-10; DOE<br>PARTNERSHIPS; DOE CORPORATIONS<br>1-10; AND DOE ENTITIES 1-10,<br><br>                Defendants. | Civil No.  04-00108 JMS/KSC<br><br>NOTICE OF TAKING DEPOSITION<br>UPON ORAL EXAMINATION<br><br>[RE:  MICHAEL A. LORUSSO,<br>ESQ.] |

10010\3\56303

JUN 0 2 2006

EXHIBIT "D"

<u>NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION</u>

TO:  MICHAEL A. LORUSSO, ESQ.
     Kawashima Lorusso & Tom, LLP
     Fort Street Tower
     745 Fort Street, 5th Floor
     Honolulu, Hawaii  96813

          Attorneys for Defendants
          City & County of Honolulu,
          Gary T. Kurokawa, Robert O. Magota,
          and Ann C. Gima

     KEVIN P. H. SUMIDA, ESQ.
     ANTHONY L. WONG, ESQ.
     Sumida & Tsuchiyama
     Dillingham Transportation Building
     735 Bishop Street, Suite 411
     Honolulu, Hawaii  96813

          Attorneys for Defendant
          GK APPRAISALS, INC.

     PLEASE TAKE NOTICE that on June 22, 2006, at Moseley

Biehl Tsugawa Lau & Muzzi, a Hawaii Limited Liability Law

Company, Alakea Corporate Tower, 1100 Alakea Street, 23rd Floor,

Honolulu, Hawaii 96813, Plaintiff Philip E. English, above named

will take the oral deposition of:

| <u>NAME AND ADDRESS</u> | <u>DATE AND TIME</u> |
|---|---|
| **MICHAEL A. LORUSSO**<br>Kawashima Lorusso & Tom, LLP<br>Fort Street Tower<br>745 Fort Street, 5th Floor<br>Honolulu, Hawaii 96813 | Thursday,<br>June 22, 2006<br>9:00 a.m. |

     Said deposition shall be upon oral examination, pursuant to

Rule 30 of the <u>Federal Rules of Civil Procedure</u> before an

officer authorized by law to administer oaths.  The oral

examination will continue from day to day until completed.  You

10010\3\56303                          2

are invited to attend and examine.  Said party is required to attend.

The above deponent will be required by Subpoena Duces Tecum to have available any and all original records, files or documents, notes, e-mails and or other material including computerized storage material and any and all documents of every nature pertaining to:  (i) any Ethics Commission proceedings or contact of any nature or kind with the Ethics Commission or staff of the Ethics Commission regarding any and all investigations or other proceedings against or involving any of deponent's clients including, but not limited, to Gary Kurokawa, or involving Philip English;  (ii) any documents, notes or other communication with the City regarding any investigation or other proceedings, by the Ethics Commission (or its staff)against or involving any of deponent's clients, including but not limited to Gary Kurokawa, or involving Philip English; (iii) any documents, notes or other communication with any witnesses regarding any investigation or other proceedings by the Ethics Commission (or its staff) against or involving deponent's clients, including but not limited to Gary Kurokawa, or involving Philip English; (iv) any documents, notes or other communications relating to the disclosure of, and waiver of any conflicts, or potential conflicts, arising out of or related to deponent's representation of Gary Kurokawa in any proceeding or

investigation of the Ethics Commission (or its staff); (v) any documents notes or other communications arising out of or related to the influencing or attempting to delay, influence in any way the course of, or outcome of, any proceeding or investigation of the Ethics Commission (or its staff) involving or related to any of deponent's clients or involving Phil English; as described in said Subpoena Duces Tecum.

DATED:  Honolulu, Hawaii,  _JUN - 2 2006_ _____.

_____
ROGER S. MOSELEY
ALAN K. LAU
RENEE M. FURUTA
JOANNA B.K. FONG

Attorneys for Plaintiff
PHILIP E. ENGLISH

MOSELEY BIEHL TSUGAWA LAU & MUZZI
a Hawaii limited liability law company

ROGER S. MOSELEY          2060
ALAN K. LAU               3981
RENEE M. FURUTA           7593
JOANNA B.K. FONG          7764
Alakea Corporate Tower
1100 Alakea Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone:  (808) 531-0490
Facsimile:  (808) 534-0202
Email:  rmoseley@hilaw.us
        alau@hilaw.us
        rfuruta@hilaw.us
        jfong@hilaw.us

Attorneys for Plaintiff
PHILIP E. ENGLISH

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 0 2 2006

at ___ o'clock and 60 min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

PHILIP E. ENGLISH,

                Plaintiff,

        vs.

CITY AND COUNTY OF HONOLULU;
GARY T. KUROKAWA; ROBERT O.
MAGOTA; ANN C. GIMA; and GK
APPRAISALS, INC.; JOHN DOES 1
-10; JANE DOES 1-10; DOE
PARTNERSHIPS; DOE CORPORATIONS
1-10; AND DOE ENTITIES 1-10,

                Defendants.

Civil No.  04-00108 JMS/KSC

CERTIFICATE OF SERVICE RE:
NOTICE OF TAKING DEPOSITION
UPON ORAL EXAMINATION

[RE:  MICHAEL A. LORRUSO,
ESQ.]

10010\3\56303

JUN 0 6 2006

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that copies of the NOTICE

OF TAKING DEPOSITION UPON ORAL EXAMINATION (RE: MICHAEL A.

LORUSSO, ESQ.) were duly served upon the following persons, by

way of hand-delivery to their last known address, on the date

stated below:

        MICHAEL A. LORUSSO, ESQ.
        Kawashima Lorusso & Tom, LLP
        Fort Street Tower
        745 Fort Street, 5th Floor
        Honolulu, Hawaii  96813

                Attorneys for Defendants
                City & County of Honolulu,
                Gary T. Kurokawa, Robert O. Magota,
                and Ann C. Gima

        KEVIN P. H. SUMIDA, ESQ.
        ANTHONY L. WONG, ESQ.
        Sumida & Tsuchiyama
        Dillingham Transportation Building
        735 Bishop Street, Suite 411
        Honolulu, Hawaii  96813


                Attorneys for Defendant
                GK APPRAISALS, INC.

DATED:  Honolulu, Hawaii, ⎿JUN - 2 2006_____.

                                    _____
                                    ROGER S. MOSELEY
                                    ALAN K. LAU
                                    RENEE M. FURUTA
                                    JOANNA B.K. FONG

                                    Attorneys for Plaintiff
                                    PHILIP E. ENGLISH

10010\3\56303                    2