KAWASHIMA LORUSSO & TOM
LLP

Sender's Information:
Direct: (808) 275-0371
E-mail: mlorusso@kltlaw.com

June 13, 2006

**HAND DELIVERED**

Roger S. Moseley, Esq.
Moseley Biehl Tsugawa Lau & Muzzi
Alakea Corporate Tower
1100 Alakea Street, 23rd Floor
Honolulu, Hawaii 96813

Re: English v. City and County of Honolulu, et al.
Civil No. 04-00108 JMS/KSC

Dear Mr. Moseley:

As you are aware, on June 8, 2006 I was personally served with a subpoena for my deposition on my way to your office for the deposition of Mr. Robert Magota. My deposition is presently noticed for June 22, 2006.

As we discussed in person on June 8, I requested that you withdraw the notice of the deposition which you declined to do. Additionally, we discussed that I would be filing a Motion for a Protective Order. In the spirit of cooperation, you stated that you would be willing to continue the deposition, if necessary, until such time as the hearing on the Motion for a Protective Order was held and a ruling issued. If I have misstated anything, please inform me.

Although you had made your position clear, nevertheless I am again requesting that you withdraw your notice of my deposition. Assuming that your position does not change, please find enclosed an unfiled copy of Defendants City & County of Honolulu, Gary T. Kurokawa, Robert O. Magota, and Ann C. Gima's Motion for Rule 11 Sanctions ("Rule 11 Motion").

Please note that pursuant to Rule 11(c)(1)(A) of the Federal Rules of Civil Procedure, we were to have provided you with twenty-one (21) days to withdraw your Notice of Taking Deposition Upon Oral Examination("Notice") and Subpoena/Subpoena


EXHIBIT "F"

Roger S. Moseley, Esq.
June 13, 2006
Page 2

Duces Tecum ("Subpoena") for the appearance and testimony of the undersigned at a deposition scheduled for June 22, 2006. Because the Notice and Subpoena were served approximately twenty (20) days before the scheduled deposition, compliance with the twenty-one (21) day safe-harbor rule was made impossible. Nevertheless, we will be asking the court pursuant to Rule 11(c)(1)(A) to waive its twenty-one (21) day safe-harbor requirement and to allow Defendants to file the attached motion.

Based on the present date of the Notice, if Plaintiff's Notice and Subpoena are not withdrawn in writing by the close of business on June 19, 2006, we will file the enclosed Rule 11 Motion immediately thereafter and will be requesting an award of my clients attorneys' fees and costs related to the defense of this matter.

We appreciate your timely attention to this matter. Should you have any questions regarding the above or the enclosed Rule 11 Motion, please do not hesitate to contact me.

Very truly yours,

KAWASHIMA LORUSSO & TOM LLP

MICHAEL A. LORUSSO

MAL:cks

Enclosure