MOSELEY BIEHL TSUGAWA LAU & MUZZI
a Hawaii limited liability law company
ROGER S. MOSELEY           2060
CHRISTOPHER J. MUZZI    6939
RENEE M. FURUTA             7593
Alakea Corporate Tower
1100 Alakea Street, 23rd Floor
Honolulu, Hawaii 96813
Telephone: (808) 531-0490
Facsimile: (808) 534-0202
Email: rmoseley@hilaw.us
         cmuzzi@hilaw.us
         rfuruta@hilaw.us

Attorneys for Plaintiff
PHILIP E. ENGLISH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| PHILIP E. ENGLISH, | Civil No. 04-00108 SOM/KSC |
|---|---|
| Plaintiff, | PLAINTIFF PHILIP E. ENGLISH'S MOTION TO COMPEL COMPLIANCE WITH SUBPOENA ISSUED JUNE 2, 2006 ; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF COUNSEL; EXHIBITS A & B; CERTIFICATE OF SERVICE |
| vs. | |
| CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1 –10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10, | |
| | Hearing:<br>Date:_____<br>Time:_____<br>Judge: Honorable Kevin S. Chang |
| Defendants. | |

10010/2/56579.2

## PLAINTIFF PHILIP E. ENGLISH'S MOTION TO COMPEL COMPLIANCE WITH SUBPOENA Issued JUNE 2, 2006

Plaintiff Philip E. English ("Plaintiff"), by and through his counsel, Moseley Biehl Tsugawa Lau & Muzzi, brings this Motion to Compel Compliance with the June 2, 2006 oral deposition subpoena and subpoena duces tecum served on CHARLES W. TOTTO commanding his appearance for an oral deposition and the production of certain documents and things.

This motion is brought pursuant to Rules 7, 26, 30, 31, 34, 37, and 45 of the Federal Rules of Civil Procedure and is supported by the attached memorandum, declaration and exhibits, and the record and files herein.

Dated: Honolulu, Hawaii, July 5, 2006.

/s/ Roger S. Moseley
ROGER S. MOSELEY
CHRISTOPHER J. MUZZI
RENEE M. FURUTA
Attorney for Plaintiff
PHILIP E. ENGLISH