IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>        Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1–10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>        Defendants. | Civil No.  04-00108 SOM/KSC<br><br>DECLARATION OF COUNSEL |

## DECLARATION OF COUNSEL

I, ROGER S. MOSELEY, declare under penalty of perjury that the following is true and correct to the best of my knowledge:

1.    I am an attorney licensed to practice law in the State of Hawaii and I am the attorney responsible for representing Plaintiff Philip E. English.

2. Attached hereto as Exhibit "B" is a true and correct copy of the condensed version of the deposition transcript of Charles Totto, taken on June 23, 2006.

3. Attached hereto as Exhibit "A" is a true and correct copy of the June 15, 2006 letter I received from Deputy Corporation counsel Gordon D. Nelson objecting to the subpoena Duces tecum of Charles Totto for deposition in this case.

I DECLARE UNDER PENALTY OF PERJURY under the laws of the State of Hawaii, that the foregoing is true and correct.

Executed this 5th day of July 2006, at Honolulu, Hawaii.

/s/Roger S. Moseley
ROGER S. MOSELEY