ORIGINAL

00000848.WPD

KAWASHIMA LORUSSO & TOM LLP

JAMES KAWASHIMA      #1145-0
MICHAEL A. LORUSSO   #3448-0
CARTER K. SIU        #7313-0
Topa Financial Center
Fort Street Tower
745 Fort Street, Suite 500
Honolulu, Hawaii 96813
Telephone:      (808)275-0371
Facsimile:      (808)275-0399
Email Address:  mlorusso@kltlaw.com

Attorneys for Defendants
CITY AND COUNTY OF HONOLULU,
GARY T. KUROKAWA, ROBERT O. MAGOTA,
and ANN C. GIMA

LODGED JUL 05 2006
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUL 10 2006
at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

PHILIP E. ENGLISH,

   Plaintiff,

vs.

CITY AND COUNTY OF HONOLULU;
GARY T. KUROKAWA; ROBERT O.
MAGOTA; ANN C. GIMA; and GK
APPRAISALS, INC.; JOHN DOES
1-10; JANE DOES 1-10; DOE
PARTNERSHIPS; DOE CORPORATIONS
1-10; AND DOE ENTITIES 1-10,

   Defendants.

) CIVIL NO. CV04-00108 SOM/KSC
)
) DEFENDANTS CITY & COUNTY OF
) HONOLULU, GARY T. KUROKAWA,
) ROBERT O. MAGOTA, AND ANN C.
) GIMA'S EX-PARTE MOTION TO
) SHORTEN TIME FOR HEARING ON
) THEIR **MOTION FOR RULE 11**
) **SANCTIONS**; DECLARATION OF
) MICHAEL A. LORUSSO; GRANTING
) DEFENDANTS CITY & COUNTY OF
) HONOLULU, GARY T. KUROKAWA,
) ROBERT O. MAGOTA, AND ANN C.
) GIMA'S EX-PARTE MOTION TO
) SHORTEN TIME FOR HEARING ON
) THEIR MOTION FOR RULE 11
) SANCTIONS; CERTIFICATE OF
) SERVICE
)
)
) Trial: October 3, 2006
)
)

**DEFENDANTS CITY & COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA, AND ANN C. GIMA'S EX-PARTE MOTION TO SHORTEN TIME FOR HEARING ON THEIR MOTION FOR RULE 11 SANCTIONS**

Come now Defendants CITY & COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA, and ANN C. GIMA (collectively "CITY Defendants"), by and through their attorneys, KAWASHIMA LORUSSO & TOM LLP, and hereby moves this Honorable Court, _ex-parte_, for an Order Shortening Time for hearing on their Motion for Rule 11 Sanctions.

This motion is based on Rules 6 and 7, _Federal Rules of Civil Procedure_; the Declaration Of Michael A. Lorusso; and the records and files herein.

DATED: Honolulu, Hawaii, July 5, 2006.

_____
JAMES KAWASHIMA
MICHAEL A. LORUSSO
CARTER K. SIU
Attorneys for Defendant
CITY AND COUNTY OF HONOLULU,
GARY T. KUROKAWA,
ROBERT O. MAGOTA, and
ANN C. GIMA