IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH, | ) CIVIL NO. CV04-00108 SOM/KSC |
| Plaintiff, | ) DECLARATION OF MICHAEL A. LORUSSO |
| vs. | ) |
| CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10, | ) |
| Defendants. | ) |

## DECLARATION OF MICHAEL A. LORUSSO

I, MICHAEL A. LORUSSO, declare as follows:

1. Declarant is an attorney licensed to practice law before all the state and federal courts in the State of Hawaii and is one of the attorneys representing Defendants CITY AND COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA, ANN C. GIMA in the above-entitled action.

2. This Declaration is made in lieu of an affidavit pursuant to Local Rule 7.6, Rules of the United States District Court for the District of Hawaii, as amended.

3. On June 8, 2006, I was personally served with a copy of the Notice of Deposition Upon Oral Examination and Subpoena requesting my appearance at a deposition in the instant lawsuit scheduled for June 22, 2006.

4. Minutes after being served with the foregoing documents, I met face-to-face with Plaintiff's counsel and requested in good faith that my deposition be cancelled.

5. Despite my request, Plaintiff's counsel refused to cancel my deposition and merely suggested that it be continued.

6. On June 13, 2006, I drafted and hand-delivered a letter to Plaintiff's counsel asking that he withdraw the subject Notice of Deposition and Subpoena/Subpoena Duces Tecum; accompanying the letter was a draft copy of a motion requesting Rule 11 sanctions.

7. To date, Plaintiff's counsel has not contacted me to cancel my deposition.

8. I also filed a Motion for Protective Order on June 15, 2006, seeking a Court order canceling my deposition.

9. The Motion for Protective Order was assigned a hearing date of July 20, 2006.

10. Because the Motion for Rule 11 Sanctions and the Motion for Protective Order are based on whether my deposition should go forward, it would be in the interests of judicial economy for the court to hear arguments on both motions at the same time.

11. Plaintiff will not be prejudiced by the advanced hearing date as the factual and legal basis of the Motion for Rule 11 sanctions is basically identical to those stated in the Motion for Protective Order (i.e., failure to satisfy the

- 2 -

Shelton factors), which Plaintiff has already briefed in his memorandum in opposition to the Motion for Protective Order.

12. On that basis the undersigned respectfully submits that good cause exists to grant the instant request to shorten time for hearing on the Motion for Rule 11 Sanctions.

I declare under penalty of law that the foregoing is true and correct to the best of my knowledge and belief.

DATED: Honolulu, Hawaii, July 5, 2006.

_____
MICHAEL A. LORUSSO