IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>Defendants. | CIVIL NO. CV04-00108 SOM/KSC<br><br>ORDER GRANTING DEFENDANTS CITY & COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA, AND ANN C. GIMA'S EX-PARTE MOTION TO SHORTEN TIME FOR HEARING ON THEIR MOTION FOR RULE 11 SANCTIONS |

**ORDER GRANTING DEFENDANTS CITY & COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA, AND ANN C. GIMA'S EX-PARTE MOTION TO SHORTEN TIME FOR HEARING ON THEIR MOTION FOR RULE 11 SANCTIONS**

Upon due consideration of Defendants City & County of Honolulu, Gary T. Kurokawa, Robert O. Magota, and Ann C. Gima's Ex-Parte Motion to Shorten Time for Hearing on Their Motion for Rule 11 Sanctions ("Ex-Parte Motion"), the Declaration of Michael A. Lorusso, Esq. , the records and files herein, and finding good cause therefor,

IT IS HEREBY ORDERED that the Ex Parte Motion is GRANTED and that Defendants City & County of Honolulu, Gary T. Kurokawa, Robert O. Magota, and Ann C. Gima's Motion for Protective Order shall come on for hearing before The Honorable Kevin S.C. Chang in his Courtroom at the United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, at

__________ o'clock ____.m. on ________________________, 2006, or as soon thereafter as counsel can be heard.

DATED: Honolulu, Hawaii JUL 10 2006.

JUDGE OF THE ABOVE-ENTITLED COURT