Page 158

1 concluded or do you give them more?
2   A.  Usually, it would be ongoing, concluded
3 or generally what the next steps would be.
4   Q.  Did you ever receive any such inquiries
5 from Mr. English or his attorney regarding your
6 investigation in which Mr. English was the
7 complainant?
8       MR. MOSELEY:  Just for clarity, Tony, are
9 you talking about other than today's deposition?
10      MR. WONG:  Right, other than in today's
11 deposition.
12      MR. NELSON:  I'm going to have to object
13 to that one and instruct the witness not to answer.
14  Q.  BY MR. WONG:  In terms of the
15 confidentiality that you consider yourself subject
16 to, if you're in a meeting with other individuals,
17 for example, Mr. English and Mr. Moseley, is it
18 only you that's bound by the confidentiality, or
19 are all of the parties bound by the confidentiality
20 requirements regardless of whether they're employed
21 by the city or an agent of the city?
22  A.  I guess the best way to answer that is,
23 normally, I assume I'm bound.  The state Commission
24 used to have a gag order, I think, in their rules,
25 and that was ruled unconstitutional by the Federal

Page 159

1 Court, and it would prevent a complainant from
2 telling the media that they filed a complaint or
3 something like that.  So I look at it as, it's a
4 limitation on me.
5       As I mentioned earlier, sometimes I will
6 ask witnesses not to disclose what I've asked them
7 and so on, but I'm not sure that we could actually
8 prevent them from doing that.
9   Q.  Exhibit 93, you don't remember this
10 conversation, if there was one, with whoever the
11 author is here, but the author seems to indicate
12 that they gathered from you that there is -- how
13 can I say it -- a finding of ethical violation from
14 Mr. English's complaint.
15      Would that be a misconstruction of the
16 status of your investigation at this point,
17 February 22nd, 2003?
18      MR. LORUSSO:  With regard to the
19 document, let me object that the document speaks
20 for itself, and that may be a mischaracterization
21 of the document.
22      MR. NELSON:  Well, I'll join in that
23 objection.  I'll object to the extent that you're
24 seeking specific information about Mr. Totto's
25 investigation.  Instruct not to answer.

Page 160

1       (Exhibit 95 was marked for
2 identification.)
3   Q.  BY MR. WONG:  Mr. Totto, can you take a
4 look at what's been marked as Exhibit 95 and look
5 it over, and my question is going to be whether the
6 use reflected in Exhibit 95 would be an appropriate
7 use of city equipment and city time.
8       (A discussion was held off the record.)
9       THE WITNESS:  Mr. Wong, I'd be happy to
10 read this and to give you, if what you want is a
11 shoot from the hip answer, but I'd want to find out
12 who -- I mean, I know who Phil English is, and I
13 assume that in 2002 he was working for the city.
14 I'd want to find out who Dwight is, I'm trying to
15 see if there's any other information that I'd need
16 to -- so I don't know how you would like me to
17 proceed.  For right now, I'll just keep reading.
18  Q.  BY MR. WONG:  Can you assume that Dwight
19 is some sort of a union representative, a shop
20 steward.
21  A.  Okay.  We seem to have different pages.
22 I'm missing 232 and 233.
23      MR. MOSELEY:  I don't have a 232 either.
24      MR. NELSON:  I've got that one but not
25 234 or 233.

Page 161

1       (A discussion was held off the record.)
2       THE WITNESS:  I've read over the Exhibit
3 95.  I'm reluctant to give an advisory, you know,
4 an informal opinion on this just because it's so
5 fact-intensive, and I have a couple of questions.
6 We're assuming Dwight is union steward?
7   Q.  BY MR. WONG:  Is it too factually
8 complicated for you to give a --
9   A.  Off-the-cuff.  If a city employee called
10 up and asked, I'd want to look at it, read it more
11 carefully.
12  Q.  But generally, it would be improper for a
13 city employee to use city time and equipment for a
14 grievance process; is that correct?
15  A.  Well, based on that opinion 307, that we
16 looked at earlier, I'm not sure that this has the
17 same import, though.  It appears, at least on first
18 read, that Phil's trying to get information about
19 what his rights are, and there is also a fair
20 amount of discussion about -- well, there's at
21 least some discussion about, if I understand this
22 properly, the methods used for conducting the
23 appraisals by the city.  So there seems to be work
24 relationship and also trying to find out what his
25 union rights are.  I think I would have to be

Page 162

1  pretty careful not to tell him he couldn't use the
2  city email to talk to his union steward.
3      Q. Let me shift gears for a moment. You
4  talked to at least Mike Golojuch about Phil's
5  complaint, and you didn't remember talking to Tom
6  Riddle or not; is that right?
7      A. That's right.
8      Q. Whoever you talked to, did you ever
9  intend to communicate to them that there had been
10 any Commission finding of violation with respect to
11 Phil's complaint?
12     MR. NELSON: Objection, calls for --
13 well, lack of foundation.
14     THE WITNESS: That would not be my normal
15 approach.
16     Q. BY MR. WONG: Well, I'm just asking you,
17 in any of your conversations, did you intend to
18 communicate that the Commission had found a
19 violation?
20     A. No.
21     Q. In any of your conversations with Mike
22 Golojuch or anyone else, did you intend to
23 communicate that the Commission had rendered an
24 advisory opinion with respect to Phil's complaint?
25     A. No.

Page 163

1      Q. In any of your conversations with Mike
2  Golojuch or others, did you ever intend to
3  communicate that the Commission had found probable
4  cause with respect to Phil's complaint?
5      MR. NELSON: Objection. I think
6  Mr. Totto has testified that the investigation is
7  ongoing.
8      MR. WONG: I know, I'm not inquiring into
9  the status of the investigation, I'm only asking if
10 he intended to communicate that the Commission had
11 found probable cause.
12     MR. NELSON: And I will object on lack of
13 foundation.
14     THE WITNESS: I need to ask counsel.
15     (Whereupon, a discussion between the
16 witness and Mr. Nelson.)
17     MR. NELSON: Could you read back the last
18 question.
19     (The requested portion of the record was
20 read.)
21     (The deposition was at recess.)
22     MR. NELSON: I'm going to object to that
23 question and instruct the witness not to answer.
24     Q. BY MR. WONG: Did you ever intend to
25 communicate to Mike Golojuch that the Commission

Page 164

1  had found probable cause with respect to Phil's
2  complaint?
3      I'm just rephrasing the question a little
4  bit. Before, I think I phrased it in terms of
5  anyone, now I'm phrasing it in terms of Mike
6  Golojuch, specifically.
7      MR. NELSON: Object, same instruction.
8      Q. BY MR. WONG: Same question with respect
9  to Mr. Riddle, did you ever intend to communicate
10 to Mr. Riddle that the Commission had found
11 probable cause with respect to Phil's complaint?
12     MR. NELSON: Same objection, same
13 instruction.
14     Q. BY MR. WONG: Was Mr. Moseley present
15 when you had your first meeting with Phil English,
16 with respect to his ethics complaint?
17     A. I don't recall.
18     Q. Would your records indicate those present
19 when you first interviewed Phil English with
20 respect to his ethics complaint?
21     A. Probably.
22     Q. Did Mr. Moseley have any input with
23 respect to formulating or assembling Phil English's
24 ethics complaint?
25     MR. NELSON: Object and instruct the

Page 165

1  witness not to answer.
2      MR. WONG: Thank you, I don't have any
3  more questions right now.
4      MR. LORUSSO: I do have some questions,
5  it's going to take more than a few minutes to do,
6  and by agreement, we indicated we were going to
7  stop at 4:20 or so, in and around this time period.
8  I realize we may or may not be back for further
9  deposition, I would reserve my questions at that
10 time, and if necessary, obviously on a separate
11 occasion to continue with the deposition, even if
12 the court doesn't order certain questions to be
13 answered.
14     MR. MOSELEY: I have a couple of very
15 brief follow-ups. Do you mind if I ask them at
16 this point?
17     MR. LORUSSO: Okay.
18     FURTHER EXAMINATION
19 BY MR. MOSELEY:
20     Q. With respect to the complaint at the
21 Ethics Commission that Phil English made on January
22 22, 2003, what is the current status?
23     MR. NELSON: Objection, instruct the
24 witness not to answer, except I believe he stated
25 it's ongoing.

Page 166

1        THE WITNESS:  Yes.
2        Q.   BY MR. MOSELEY:  And I'm doing this on
3   behalf of Mr. English who is sitting here with us
4   right today.
5             What is the next step in the processing
6   of that complaint?
7        A.   In this particular complaint, because of
8   the unusual circumstance of the Federal Court
9   proceeding, we will probably, if there's no ability
10  to work on a settlement at this point, we will
11  probably look to see how the Federal Court case
12  goes and then decide at that point.
13       Q.   When you say work on a settlement, work
14  on a settlement with who?
15            MR. NELSON:  Objection; instruct not to
16  answer.
17       Q.   BY MR. MOSELEY:  Other than for the
18  litigation in the Federal Court, is the next step
19  in this complaint to work on a settlement with Gary
20  Kurokawa?
21       A.   I'll take it back.  I'll say the next
22  step is most likely, given, you know, who knows
23  what may happen, but most likely it will be to
24  await the Federal Court trial and the result from
25  the Federal Court trial.

Page 167

1        Q.   How long has that been the next step in
2   the proceeding, since the Federal Court trials, I
3   mean, since the lawsuit's been filed?
4        A.   I don't know.  I'm not sure.
5        Q.   At some point in January 22nd of 2003,
6   Phil English formally complained to the Ethics
7   Commission, presumably there was some investigation
8   that went on, there were various steps which you
9   would have disclosed had you been asked; is that
10  right?
11       A.   Yes.
12       Q.   And then sometime in 2004, essentially a
13  year later, the federal lawsuit was filed; do you
14  understand that?
15       A.   I'll take your word for it that that's
16  when it was filed.
17       Q.   Is the next step the same now as it was
18  right before the federal lawsuit had been filed or
19  have you taken other steps between, say, the end of
20  2003 and now?
21            MR. NELSON:  I'll object to other steps,
22  instruct the witness not to answer.
23       Q.   BY MR. MOSELEY:  Is Phil English not
24  entitled to know the next step in the Ethics
25  Commission proceeding?

Page 168

1        A.   I thought I just said what that would be.
2        Q.   What you said was you're going to await
3   the outcome of the federal lawsuit; is that right?
4        A.   That's one of our options at this point.
5        Q.   Is that the next step?
6        A.   I'd have to confer with counsel about
7   that, actually.  Not Gordon but other counsel.
8        Q.   What other counsel would you confer with?
9        A.   Matt Viola.
10       Q.   Well, one of the next steps would be
11  awaiting the outcome of the federal lawsuit?
12       A.   That's one option, yeah.
13       Q.   How long has that been one of the next
14  steps available?
15       A.   One of the options?
16       Q.   Right.
17       A.   Because that's the phrasing I use.
18            I assume, since we knew it was filed, the
19  Federal Court case was filed.
20       Q.   Have any other steps been taken between
21  the time you found out the lawsuit had been filed
22  and today?
23            MR. NELSON:  Objection; instruct not to
24  answer.
25       Q.   BY MR. MOSELEY:  I guess I'm bothered by

Page 169

1   the fact that you say, Well, the next step would
2   be, one of the options is to wait the outcome of
3   the litigation, but we're not entitled to know what
4   the other options are?  Have you not been involved
5   in the step that you described earlier of a
6   settlement with Gary Kurokawa?
7            MR. LORUSSO:  Objection; lacks
8   foundation, mischaracterizes the testimony, also
9   argumentative.
10       Q.   BY MR. MOSELEY:  Have you not been
11  involved in that step?
12            MR. NELSON:  I'm going to object and
13  instruct the witness not to answer.
14       Q.   BY MR. MOSELEY:  Is that not a step that
15  the Ethics Commission and its staff was taking in
16  this case?
17            MR. NELSON:  Same objections, same
18  instruction.
19       Q.   BY MR. MOSELEY:  Is there any time limit
20  under which complaints to the Ethics Commission
21  must be resolved?
22       A.   There is -- I think one of the ordinances
23  says a complaint, and I'd have to look if it's a
24  complaint or request, whatever, has to be completed
25  within 30 days of its submission to the Commission,

Page 170

1  and the Commission, one of its opinions stated that
2  they don't read that as mandatory but rather as
3  discretionary, the shall, I'll say shall. At some
4  point, I can supply you with the advisory opinion
5  where they say that, I can't remember the number
6  offhand.
7      Q.  Is there any statutory or regulatory
8  requirement that requires the Ethics Commission to
9  resolve this complaint, complete its investigation,
10 determine whether or not it's going to issue an
11 advisory opinion with any time at all?
12     A.  Not that I'm aware of. I mean, I assume
13 that we would work under the reasonable, under the
14 circumstances approach, but I'm not aware of any
15 specific statutory law or case law.
16     Q.  Why would the Ethics Commission complaint
17 await the resolution of Phil English's lawsuit?
18         MR. NELSON: Objection; instruct the
19 client not to answer.
20         MR. MOSELEY: Okay. I don't have any
21 more questions for now.
22         MR. LORUSSO: Again, I want to reserve
23 questioning at this point in time. I'm not waiving
24 questioning.
25         MR. MOSELEY: Let's put on the record

Page 171

1  then, our intent is whether or not the court rules
2  that additional documents have to be provided or
3  whether or not additional testimony has to be
4  provided, apparently we're not all finished with
5  our questioning here today, so I'm not concluding
6  this deposition at this point, and we will
7  reconvene the deposition for the purposes of at
8  least allowing Mike Lorusso to ask his follow-up
9  questions and any additional follow-up questions we
10 would have, based on the cross.
11         Thank you very much. And, again, did you
12 park in the building again, Chuck?
13         THE WITNESS: I did.
14         MR. MOSELEY: Okay, I want to make the
15 record clear, I'm going to validate Chuck's
16 parking, again. I validate parking for all
17 witnesses we subpoena for depositions in this firm.
18         MR. LORUSSO: I certainly have no
19 objection.
20         (The deposition adjourned at 4:30 p.m.)
21
22
23
24
25

Page 172

1         SIGNATURE OF THE WITNESS
2      I, CHARLES TOTTO, the witness in the above
3  deposition, do hereby certify that I have read the
4  foregoing deposition taken on June 23, 2006, and
5  that the said deposition is a true and correct
6  record of my testimony, with such corrections and
7  changes, if necessary, attached.
8
9
10 _____   _____
11 CHARLES TOTTO                    Date
12
13
14
15
16 Signed before me this _____
17 day of _____, 2006
18
19 _____
20
21
22
23
24
25

Page 173

1  STATE OF HAWAII    )
                      ) ss.
2  COUNTY OF HONOLULU )
3
4      BE IT KNOWN that the foregoing deposition
5  was taken before me, RITA KING, a Certified
6  Shorthand Reporter for the State of Hawaii; that
7  the witness before testifying was duly sworn by me
8  to testify to the whole truth; that the questions
9  propounded to the witness and the answers of the
10 witness thereto were taken down by me in shorthand
11 and thereafter reduced to print by computer-aided
12 transcription under my direction; that the witness
13 elected to read and sign; that the foregoing pages
14 are a full, true and accurate transcript of all
15 proceedings and testimony had and adduced upon the
16 taking of said deposition, all done to the best of
17 my skill and ability.
18     I FURTHER CERTIFY that I am in no way
19 related to nor employed by any of the parties
20 hereto nor am I in any way interested in the
21 outcome hereof.
22     DATED at Honolulu, Hawaii, this 26th day of
23 June, 2006.
24     _____
25     RITA KING, RPR, CSR No. 373

**A**

**ability** 36:3 40:21
  105:12 113:24 114:5
  131:7 166:9 173:17
**able** 5:22 16:24 75:12
**about** 5:13 7:6,8,23
  12:3 16:1 18:15 27:9
  28:14 30:11 35:15,19
  35:19 36:12,15,16
  38:23,23 39:16 44:1
  45:19 47:5,13 53:8
  57:20 64:2 68:2
  71:18,24 72:3 78:10
  80:2 81:21 87:23
  91:1 92:25 93:16
  95:18 96:4,20,25
  97:3 98:1 99:3
  100:12 102:14 103:2
  103:13,18 104:15
  106:6,25 107:13
  110:6,7,15,24 112:7
  112:17,21,23 113:3,7
  113:12,13,16,19,23
  114:4,14,15,19,23
  115:4,10,15,19,25
  116:25 117:22 120:2
  122:16 124:6 125:7
  128:19 129:1,1 130:1
  130:5,7 131:1,2
  133:3 134:2 137:14
  137:19 138:15
  139:17,18 145:22
  148:9,14 149:10
  150:18 151:13,18
  152:24 153:1 157:13
  157:16 158:9 159:24
  161:18,20,21 162:4
  168:6
**above** 117:11 122:14
  172:2
**absence** 40:17
**acceptable** 108:3
**accommodate** 85:3
**accommodated** 96:15
**accurate** 33:18 34:3
  105:9,18 173:14
**accurately** 34:17
**accused** 28:15
**acknowledging** 17:16
**act** 13:13 17:15 27:6
  32:24 67:15,17,19,20
  68:16,21 69:2 72:19
  89:15 156:14,22
  157:1
**acting** 39:1
**actions** 113:24 120:10
  124:3
**actively** 96:23
**activities** 16:6 63:15
  64:21 123:25
**activity** 61:7,12,14

  64:16 65:17,18,21
  126:16 148:25
**actual** 33:18 39:7,7
**actually** 4:10 9:6 13:21
  13:24 22:18,24 25:1
  27:19 32:8 35:14
  48:1,4,20 66:20 77:5
  85:3 90:25 92:2,8
  94:24 100:21 107:4
  113:8 129:17 141:24
  143:5 148:20 151:6
  155:10 156:2 157:5
  159:7 168:7
**ad** 53:3
**add** 8:9 40:24 74:21
  134:9
**additional** 171:2,3,9
**address** 4:11,11 87:15
  146:4
**addressed** 51:24 63:8
  63:16,22 88:4 138:1
  138:2,3
**adduced** 173:15
**adjourned** 171:20
**administrative** 40:16
  53:1 72:18 75:23
  131:18,25 132:9
  138:24
**administratively** 40:13
**admit** 142:15 155:11
**admittedly** 17:2
**adopt** 69:23
**adopted** 54:11,24 55:9
  55:10,15,16,19,19
  56:10,12,15 76:13,15
  83:20
**advice** 37:4 40:4 41:7
  52:4 53:15 57:6
  65:10 75:14 77:21,23
  78:22 79:5,15 94:24
  145:11
**advised** 88:21
**advises** 23:19,20
**advising** 96:24
**advisor** 48:24
**advisories** 128:16
**advisory** 3:11,13,16
  21:8 23:7,10,11,18
  23:19 24:2,2 34:7,9
  35:20 45:25 46:1
  47:25 48:2 49:15
  51:4 54:1,3,10,25
  55:5,9,20,24 56:5,12
  56:15,19 57:4,5 63:3
  64:19 65:15 69:20
  78:4,21 83:10,11,12
  84:14 146:19,23
  147:1,11,17 148:13
  161:3 162:24 170:4
  170:11
**advocacy** 38:22

**affairs** 38:19
**affect** 37:2
**after** 7:8 23:1,18 24:17
  38:23 44:20 54:15
  75:22 99:14 106:15
**afternoon** 138:21
**again** 28:18 31:12
  32:12,19 34:1 38:24
  41:17 43:4 44:20
  54:6 64:12 71:25
  84:4 100:11 119:10
  125:8 129:6,20
  142:21 170:22
  171:11,12,16
**against** 5:15 88:22 99:1
  101:18,23 118:9
  121:1,14,25 124:3,17
  124:22 126:7 148:24
  156:11,21,23
**agencies** 27:12 42:2
  64:21 65:22 75:9,11
  124:2 130:18
**agency** 27:24 28:3,9,11
  130:4,8,13,16,22
  131:1,11,13,15,18,19
  138:21,22 139:19,21
  144:24 145:5
**agent** 158:21
**aggression** 129:9
**ago** 31:10
**agree** 57:13 143:7
**agreement** 23:5,9
  165:6
**agrees** 28:22
**ahead** 99:8 100:16
**ahold** 98:12
**Alakea** 1:19,19 2:5,6
**allegation** 34:6,12
  119:21 121:23
  130:17
**allegations** 21:19 22:12
  25:22 98:19,25 99:4
  101:4 102:14 106:11
  106:13 118:9,12
  119:20
**alleged** 107:7
**alleging** 148:23
**allow** 138:21 139:21
  156:13
**allowed** 4:22 72:15
  134:25 141:25 148:1
**allowing** 171:8
**allows** 139:20
**almost** 151:6
**alone** 62:7
**along** 142:22
**already** 20:3 22:8
  45:25 97:18 111:24
  114:7 115:3 121:8
  134:20
**although** 12:4 26:10

  36:5 65:13 75:20
  151:11
**always** 8:13
**ambiguous** 21:2 59:16
  62:5 71:1 74:22 75:8
  80:7 90:10 100:2
  104:13 108:5 119:2
  122:25 124:25
  126:19 139:25
  140:14
**amendment** 67:14
  68:15 149:2
**amendments** 71:21
**among** 149:16
**amount** 85:7 161:20
**amplifying** 62:19
**analysis** 24:3 58:19,21
**analyze** 60:8 66:22
  68:10,15,19
**and/or** 129:9 144:4
**Ann** 1:8 2:9 5:16 19:12
  19:17 95:10,23 96:4
  96:19 104:9 136:1
**another** 7:3 119:11
  127:2 130:4,8,12,25
  138:22
**answer** 7:9,11 15:22
  17:18,23 18:12,19,23
  19:2,6,19,23 20:2,9
  20:13,22 30:12,20
  31:2,8,16 39:19
  42:22 45:21 46:9
  47:7 49:24 50:14,20
  50:21,25 51:7,10,18
  52:6 54:14 66:17
  69:10,25 70:19 73:5
  74:20 81:14 84:12,22
  99:8 100:15,16,17
  101:1 102:10,24
  103:17 109:16
  110:24 111:15,17,22
  114:10,25 116:5
  122:3 125:14 134:23
  134:25 135:11,24
  136:24 137:6 146:5
  152:12 153:13 154:8
  154:13,16,17 158:13
  158:22 159:25
  160:11 163:23 165:1
  165:24 166:16
  167:22 168:24
  169:13 170:19
**answered** 47:18 55:18
  67:12 81:2 134:21,22
  151:2 154:8 165:13
**answers** 173:9
**Anthony** 2:15 157:9
**anticipation** 57:22
**anybody** 4:19 14:10
  25:2 72:13,25 95:18
  104:9,18 106:19

  113:6 114:4 118:24
  119:6,23 123:19
  133:5,19 134:18
  137:2 143:10,15
  145:15,18 153:16
**anymore** 99:3
**anyone** 25:13 29:14,18
  30:25 59:5 127:25
  162:22 164:5
**anyplace** 151:12
**anything** 16:17 25:1
  67:4 82:1 85:22
  96:25 99:10,19
  107:16 112:11
  113:18 118:15,18
  122:16 133:3 142:5
  152:9
**anytime** 43:7
**anywhere** 36:6 55:23
**apologize** 52:8 66:2
**apology** 143:21
**apparent** 91:14
**apparently** 89:16 91:21
  95:14 109:18 122:11
  171:4
**appeal** 87:24 154:13
**appeals** 87:25 89:12
  90:2 95:16 97:7
**appear** 25:22 55:22
  122:13 151:12
**appearance** 89:24
**appeared** 55:11 105:25
  129:21
**APPEARING** 2:1
**appears** 48:25 54:23
  60:18 61:14 66:8
  83:18 86:19,20 87:5
  91:1,19 95:23 123:10
  161:17
**appellants** 95:20
**applicable** 13:1 14:7
  34:15 58:20
**applied** 63:15
**applies** 37:13
**apply** 14:21 128:2,4
  137:12,13 139:8,9
**appointed** 59:2
**appointee** 23:22
**appointing** 23:20,25
  24:6
**appraisals** 1:8 2:14
  157:10 161:23
**appreciate** 142:7
**approach** 110:15,16
  113:10 126:1 154:1
  162:15 170:14
**approaches** 110:6,19
**appropriate** 41:25 51:1
  69:22 72:16 84:22
  106:3 119:15 129:16
  129:17 130:1,4 131:2

142:14 153:18 160:6
appropriately 129:12
approved 69:16
April 39:2,4
areas 26:21
arguable 124:14
argue 127:18
argumentative 119:8
  126:21 135:21
  145:24 169:9
arise 46:18
arising 75:1 82:21
around 77:16 165:7
article 34:14
articulate 138:13
aside 34:21
asked 6:7 16:18 30:19
  30:20 35:9 47:18
  50:8 53:8,11 56:25
  70:7 71:6 81:2 86:6
  90:23 112:16 114:14
  115:4,22 117:24,25
  118:19 121:8 134:20
  134:22 135:14
  137:13 138:15 142:9
  142:10,16,19 145:21
  151:1 152:23 156:20
  159:6 161:10 167:9
asking 7:10 15:24,25
  35:23 36:19 41:24
  53:15,16 77:22 79:5
  80:15 93:15 102:7,12
  102:15 104:17
  112:16 116:25 121:3
  125:6 127:17 130:24
  131:19 148:10
  156:24 162:16 163:9
asks 37:8 147:10
  157:16
aspect 28:7
aspects 40:16 49:20
assembling 164:23
asserted 133:24
assertion 101:3 103:14
assessment 89:1,25
  90:4,19 109:11,22
  133:5 145:15 149:13
  149:14
assigned 88:23 89:14
assignments 93:12
  96:16 97:4
assistant 19:10 48:15
associated 114:15
  115:10
assume 7:10 125:24
  158:23 160:13,18
  168:18 170:12
assumes 135:6 136:5
  136:11
assuming 21:21,25
  80:6 105:16 144:7

161:6
assumption 46:11
attached 3:11,13 40:14
  57:5 172:7
attachment 51:2
attend 9:3 73:8 85:12
attention 91:10 95:6
  97:16 151:7
attorney 2:3,8,14,19
  10:12 11:2 12:19,21
  16:12 32:8 38:6,15
  38:17 40:7 41:10,15
  47:8 51:22 53:18,22
  61:4 62:10 84:7,16
  87:23 105:17 108:17
  108:25 110:5 113:5
  146:1 158:5
attorneys 84:11
attorney's 110:23
attorney-client 12:18
  12:20 31:21 45:20
  47:1,9 51:16,19
  57:12 89:21 146:2
attributed 105:8
  106:24
attributions 107:1
author 159:11,11
authority 23:20,25
  24:6 26:8 89:15
authorize 156:25
authorized 96:15
authorizes 156:9
automatically 41:10
available 66:4 73:20
  168:14
average 77:16 81:5
avoid 6:13 7:2
await 166:24 168:2
  170:17
awaiting 168:11
aware 13:18 43:10,14
  44:4,10 45:22 79:25
  89:11 97:4,12 98:25
  101:22 109:17,20,21
  109:24,25 119:16
  128:21 132:16 139:7
  139:12 150:19,23,24
  170:12,14
a.m 1:17

B

B 3:6
back 27:21 36:23 38:25
  53:10,11 59:25 68:7
  71:7 77:17 80:21
  81:4 84:10 85:2,24
  91:20 94:5 97:17
  98:10,11 102:18
  128:23 137:22 149:4
  149:5 163:17 165:8
  166:21

background 60:19
  61:15
bad 67:11
balance 26:22 131:6
ball 28:2
ballpark 146:18
based 22:23 37:5 71:15
  77:1 88:3 120:1,10
  121:6 125:21 144:25
  156:7 161:15 171:10
bases 108:19
basic 61:18 106:11,13
basically 5:10,11 15:19
  66:21 67:3 68:10
  73:11 101:16 105:7
  127:23 149:23
basis 13:21 16:4 85:15
  111:14 129:11 137:7
  148:22
bearing 13:13 36:20
became 38:15 39:3,6
become 38:10 109:6
  129:8
before 1:20 4:25 5:3
  6:18 10:6 21:7 22:21
  22:24 26:18 50:8
  54:16 58:14 63:6
  69:7,13,16 83:7,8
  84:16,24 86:10 87:17
  89:13 93:21 95:7
  104:5 113:1 122:7
  134:25 137:21,25
  138:14 140:3 143:2
  146:4 151:8 164:4
  167:18 172:16 173:5
  173:7
beforehand 85:5
began 104:19
beginning 42:4 87:13
begins 101:13 103:7
behalf 17:7 29:17
  30:24 53:24 99:7
  152:23 166:3
behind 50:17
being 5:10,14 35:8,20
  42:12 48:24 56:25
  60:17 68:2 81:19
  82:23 84:7 85:8
  87:24 88:21 99:24
  106:4 141:24 156:22
believe 8:24 13:12
  26:10 27:15 36:17
  54:2 64:12 75:5
  87:18 88:14 89:22
  90:21 91:6 98:17
  99:10 101:7 102:3
  104:7 105:23 110:14
  114:3 117:20 120:25
  121:18 133:21
  134:17 135:1 138:18
  140:10,24 141:2,3

145:2 147:18 165:24
believed 119:15
bell 98:7,15
belligerent 129:9
below 9:14 11:12
benefit 25:15 59:4
  105:20 107:22 108:2
  108:10 128:5
benefited 85:22
benefits 25:13
besides 6:3 22:18
  134:19
best 7:16,18,19,21,21
  7:25,25 17:1,3 28:1
  45:10 155:5 158:22
  173:16
better 43:13 109:6
  156:2
between 16:5 29:4 30:4
  40:5,10,25 45:19
  55:3 56:16 77:14,19
  79:23 100:9 106:19
  111:4 139:16 141:9
  163:15 167:19
  168:20
beyond 41:22,23 50:15
Biehl 1:18 2:5
bind 113:18
Bishop 2:16
bit 77:15 112:22
  113:20 157:12,24
  164:4
Blow 79:10
blowing 114:15,20
  115:5
board 50:10 89:13
Bob 5:16 19:20,25
  104:8 132:17
book 122:5
books 151:22
boss 25:3
both 26:11 41:3 53:16
  57:15 58:4,7 82:19
  88:11 142:19
bothered 168:25
bottom 60:20 63:1,2
  66:7,8,20 95:9
bound 158:18,19,23
boundaries 157:13
box 9:18
branches 120:20
break 42:5 46:7 50:1
  61:24 112:1,2 113:3
  137:21,25 146:8
brief 38:13,14 165:15
briefly 12:2 97:17
  112:22
bring 8:18 9:20 13:16
  13:20 22:3 142:9
  148:5
brings 27:15

broad 70:25 108:5
  110:18 128:1 142:9
broader 93:14
broadly 81:25 93:10
brought 17:25 26:16
  27:13 28:10 142:1
budget 40:18,19 75:15
  75:18,25 76:2,6,7,9
  76:10,13,21,23,24
  77:3 104:10 131:14
  132:12 145:18
building 85:6 171:12
bureaucratic 23:24
bureaucrat-ese 79:24
bus 5:22
busiest 77:14
business 48:11,17 85:4
  107:22 108:3,11
businesses 105:20
button 64:16

C

C 1:8 2:9
cabinet 150:5
call 4:13,14,19,20,22
  32:9 43:11,12 73:20
  77:11,13 78:7 79:12
  79:19 94:13,15,17,23
  98:10,10,16 133:10
  133:20 146:14
called 4:20 5:12 6:7
  40:12,13 78:12
  152:17,23 153:17
  161:9
calling 4:16 46:23
  77:22 137:16,16
calls 57:16 82:9 84:19
  99:18 119:2 126:12
  138:12 140:12 141:6
  153:21 162:12
calm 129:1
came 21:7 26:18 38:25
  93:21 104:6 107:2
capability 109:2
capable 6:12
capacity 26:7 38:25
  149:7
Care 90:3
careful 162:1
carefully 161:11
Carrie 53:18,23 57:15
  58:4,8
carried 22:2 25:8,9
carrying 131:5
case 5:13,14,23 6:22
  8:15,20 16:7 22:9,21
  23:6 25:24 26:24
  27:4,19,22 36:22
  41:25 43:25 44:2
  47:17 51:22 56:19,23
  62:8,23 63:18,23

64:14 65:6,16 66:17
68:3 72:5,8,23,25
73:7,19,19 74:1,16
74:22 75:1 78:4,20
79:4,9 82:1 84:13
87:7 92:4 108:10
113:25 114:6 128:25
129:1 139:13 140:6
140:11,15,22 144:21
146:15 148:4 151:25
154:6 157:10 166:11
168:19 169:16
170:15
cases 25:21 27:1 63:18
63:20 64:10 74:6,8
74:11,13 75:12,13
77:11 84:10 87:24
88:22,23 89:3,15,15
89:23 95:19 139:13
146:13,20 148:6,11
148:19
catch-22 28:3
categories 17:3
cause 22:1,5,6 125:5,5
163:4,11 164:1,11
cautious 62:10
cc 10:9 86:25 87:3
Center 2:11
certain 26:12 33:5
36:10 65:13 85:20
120:10 148:2 165:12
certainly 6:6 21:5
171:18
Certified 1:21 173:5
certify 172:3 173:18
cetera 10:22 71:22
chain 107:14
chair 49:3
chance 34:2 59:21
86:15 97:23 112:24
change 76:15 120:9
122:16 152:21
changed 120:1
changes 96:16 172:7
changing 62:20
characterization 94:9
Charles 1:15 2:19 3:3
4:1,9 87:14,14 95:24
172:2,11
charter 13:2,6 34:16
54:20 58:23 59:9,14
60:10 61:17,25 62:7
62:11,13,15,17,19,20
62:24 63:14 65:20
66:12,24 67:4,22
68:10,19 73:12
127:18 135:11
charters 71:20
check 9:17 72:15,17
80:21 85:9 157:4
checking 56:13

cheery 5:25
choice 143:1
Chris 18:16 45:4
102:13 105:18
106:16 107:2,8,8
111:4,7,10,18,20
112:7,10 113:9,11
114:3,12,14,19 115:4
115:9,13 116:1,13,15
117:1,7 118:9 133:8
134:19 135:16,18
136:15 137:14
Chrismer 87:2
Christopher 2:4 18:21
31:6,10,14 101:16,23
103:3,6 119:22
Chris's 134:9,14,16
Chuck 3:22 4:14,15,16
4:19,24 15:12 16:18
16:23 19:9 30:22
38:5 44:11 52:3
85:19 92:12 93:17
148:20 171:12
Chuck's 85:3,5 171:15
CIRCUIT 1:1
circumstance 166:8
circumstances 26:25
44:18,24 68:18 108:1
119:11 124:9,21
139:22 170:14
citizen 26:22
city 1:6 2:8 5:15,21
13:1,2,3 16:13 25:17
25:19 33:4,14 36:19
36:20 39:2 41:5 42:1
61:17,19 62:1,2 63:4
63:6,9 65:16 66:5
70:21,23 71:4,10,25
75:11 76:3,8 77:24
78:2 82:18,23 83:10
83:13,13,22 84:8,15
84:16 85:3 88:22
105:19 107:22 108:2
108:12,18 118:24
119:12 120:20 122:1
123:19,22,25 124:18
125:15 126:2,9
127:24 130:6,15,22
147:12 148:24
149:10,17 150:20,24
152:23 158:21,21
160:7,7,13 161:9,13
161:13,23 162:2
city's 55:23
civil 1:3 25:15 58:2
125:25
claim 5:15 40:2 106:7
118:16 152:18,20
claiming 12:17 13:22
15:11,16 32:7,15
claims 124:13

clarification 7:10 16:10
21:4 40:24 43:22
147:18 148:8
clarifies 56:18
clarify 26:3 36:17
52:24 80:8 90:22
clarity 158:8
clear 54:23 85:19
103:25 138:7 171:15
clearly 7:20 134:5
client 58:1 69:25
170:19
clients 96:1,2,5,11
closed 73:15
closely 77:9
collect 25:15 110:21
color 52:19
come 48:12,14 72:12
85:2,24 99:3 148:5
comes 76:8 149:24
comfortable 35:12
coming 12:8 30:17
commanded 9:11
commencing 1:17
comments 54:2,15,16
69:17
commerce 38:19
Commission 3:15,23
13:3 16:11 21:8,13
22:4,21,22,25 23:7
24:21,24 25:1 26:2,6
26:17,19,22 28:11,14
30:22 31:20 34:5,5,8
34:10,10,10 35:18
36:3,7 39:2 40:1,8,13
40:22 41:14,15,20
45:24 49:2 52:1,17
53:22 54:7,12,15,20
54:25 55:24 56:2
57:7 58:15 63:8,8,16
63:21 64:18 69:22
72:4 74:4 75:4,11,16
75:20 76:12 77:2
78:25 80:1,2,18,25
81:8 83:20 84:17,23
99:7 100:18 104:11
104:15 110:21 116:9
116:24 117:12
118:22 120:11
123:23 124:16
125:18,23 126:6,17
127:2,13 128:9,15
137:10 138:5 140:19
141:1 143:12 144:4
144:20 146:12
148:20 149:6,8 150:4
154:22 155:2,9,23
158:23 162:10,18,23
163:3,10,25 164:10
165:21 167:7,25
169:15,20,25 170:1,8

170:16
commissioners 79:22
commission's 83:10,11
127:7
communicate 162:9,18
162:23 163:3,10,25
164:9
communication 47:14
51:25 152:17
communications 89:22
99:18
comp 106:7 118:8,16
152:18,19,24
compared 87:4
compilations 39:22
complainant 22:16
28:21,22 29:10 44:21
73:22 157:16,18,21
158:7 159:1
complained 22:3 167:6
complaining 44:8
complains 37:8
complaint 17:6,16
21:13,16,17 22:7,10
22:13,15 23:5,16
27:15 28:15,19,24
29:2,3,6,8,14,17 30:2
30:23 31:4 43:15,19
44:22 45:2 46:13,16
46:19 72:10,23 73:10
74:6,13 75:2,14
77:20,25 78:1,6,7,23
79:2,3,21,22 80:17
80:24 81:7,9,13,22
82:4,7,16,21 84:6
86:8 88:17 101:17
104:6 105:10 106:2
109:13 111:13
113:23 114:4 115:20
116:1,9,24 117:15,23
118:21,22 119:7,14
120:3,11,21,24 121:4
123:12,23 125:16,22
129:23,25 131:1
133:8 138:15 140:19
140:25 143:11 144:5
153:20 154:24
155:10 156:11 159:2
159:14 162:5,11,24
163:4 164:2,11,16,20
164:24 165:20 166:6
166:7,19 169:23,24
170:9,16
complaints 20:17 44:6
74:4 75:6 77:13,18
79:17,25 80:3 120:18
128:11,12,14 130:6,7
130:11 147:23 152:6
152:10 153:2,6,11
169:20
complaint's 29:23

153:25,25
complete 170:9
completed 169:24
completely 76:15 89:16
complicated 161:8
compound 104:13
computer 108:19
109:18,23
computers 109:10,11
109:22 110:2
computer-aided
173:11
concept 142:24
concern 27:14 30:7
69:4 88:11 120:8,14
147:15
concerned 7:23 68:25
concerning 34:6,12
98:19 101:4 118:12
157:15
concerns 8:14 94:6
conclude 59:12 66:24
68:13 75:13
concluded 6:19 155:9
155:15,16,18 158:1,2
concluding 171:5
conclusion 35:9 57:17
60:10 70:2,11 137:16
conclusions 69:19,21
138:12
conduct 15:4 21:22
22:24 27:20 36:5
37:8 78:3 119:12
138:16,25
conducted 106:15,18
149:8
conducting 20:16
98:19 101:4 118:12
119:17 124:1 161:22
conduit 89:18
confer 11:23 17:11
20:18 93:25 124:5
143:19 146:1 156:3
168:6,8
confidence 35:1,7
confidential 3:13 56:1
59:1,13 66:1 88:8
confidentiality 13:8
21:7 27:14 37:11
54:18 56:6 64:10
105:13 135:10 137:9
158:15,18,19
confirm 33:17 34:2
confirming 121:4
conflict 40:25,25
conflicted 41:3,3
confused 97:2 144:11
confusing 6:15
confusion 6:13
conjunction 20:7 42:14
42:16

consider 47:2,11 54:8 77:21 78:22 118:23 119:4 126:15 158:15
consideration 126:24
considered 67:21 68:3
considering 60:14
consistent 28:9
constantly 26:21
constitute 57:6,8,8
constitutional 71:21
construction 67:21
consult 146:9
consumer 38:18,19,22
contact 89:1 92:13 116:19
contacting 101:12
contacts 99:14
contain 39:15,21 49:2
contained 49:4,17
containing 44:7
contemplate 55:2
contend 31:20 32:22
contending 93:23 133:23
contention 58:11
contents 15:19 29:13 29:16 34:13 57:3 109:10 110:1
contest 42:8
contested 22:20 57:25 72:5,8,25 73:7,19 74:1
context 64:15 89:13 95:1 139:10
continue 58:13 165:11
continues 58:8
continuing 121:25
contract 16:12 25:17 25:18
contractor 16:14
contravene 32:4
control 9:24
controlling 61:18 62:1 62:2
conversation 6:18 96:8 113:9 145:2 159:10
conversations 162:17 162:21 163:1
converse 56:14
convey 15:19
copy 9:2 10:7 33:14,18 34:2,3 52:19 57:14 87:21 91:19 97:21
copying 9:12
corner 86:24 87:1
corners 50:15 57:19
Corp 96:22,25 145:11
Corporate 1:19 2:5
Corporation 2:20 10:13 25:14 40:4,6 40:14,15,20 41:1,4,9
41:18,25 51:13 52:4 53:21,24 57:25 61:4 75:23 76:6
CORPORATIONS 1:10
correct 8:17 9:9,19 10:14 11:7 13:4 18:7 18:8 21:21 35:4 38:7 53:6 55:13 56:25 57:1 58:24 111:9,25 117:10 150:12 161:14 172:5
corrections 172:6
correctly 11:11 84:12 107:3 127:17 139:16
correspond 122:21
council 23:23 76:3,8 77:2,4,5
counsel 2:1,20 10:13 11:5,24 14:14 17:11 18:3 23:24 25:14 26:6 31:22 32:10,18 32:25 33:7,16 39:1 40:4,6,14,15,21 41:2 41:4,10,18 42:1,6 47:14 50:8,24 51:13 52:5 53:21,24 56:11 57:25 61:4 75:24 76:6 81:15 82:11,15 82:18 85:8 90:20 94:1 96:22,25 137:19 138:1,2,5 143:19 145:11 146:9 154:21 163:14 168:6,7,8
counselor 56:5 90:11
counsel's 153:14
counter 69:1
county 1:6 2:8 5:15 33:4,15 61:18,19 62:1,2 70:24 82:23 126:10 130:6 173:2
couple 84:10 104:25 147:17 161:5 165:14
course 6:9 28:3 33:16 48:11,17 60:24 65:17 66:9 81:7 82:4,20 88:20 97:19 149:18 150:18
court 1:21,24 6:11,23 32:13 50:9 139:4 142:23,23 143:4,8 147:25 154:6,10 159:1 165:12 166:8 166:11,18,24,25 167:2 168:19 171:1
cover 8:14 20:3 47:25 118:25
covered 18:4
co-employees 126:7
criminal 25:20,23 26:8 27:16 58:2 125:20
154:24 155:1
criminally 155:3
cross 47:13 99:24 171:10
crossed 47:15 122:13
crux 142:8
CSR 173:25
current 165:22
cutting 143:22

———— D ————
D 2:20 3:1
daisy 107:14
darn 37:23
data 108:19
databases 109:11
date 9:13 88:14 92:6,7 92:10 95:14 98:3,5 99:4,15 102:4 104:4 104:18 106:20 120:10,11,21,24 121:5,10 122:11,17 122:21,22 123:5,9,10 123:12 132:20,20,23 135:4,14,19,25 152:9 153:10 172:11
dated 91:21,24 173:22
dates 120:1,18 137:2 142:16,17
day 172:17 173:22
days 23:25 24:12,15 31:10 169:25
day-to-day 40:16
deal 41:15 64:10 79:24 83:12 132:11,12 146:12
dealing 41:6 45:4 64:14 64:19 72:4 81:7,13 114:14 115:5 151:19
deals 150:8,20
dealt 146:16 148:20
decide 142:23 166:12
decided 26:17 88:8
decision 20:14 25:19 26:2,15 27:2 66:7 67:2 78:10 141:10
decisions 62:8 154:12
decision-making 40:23 142:12
deems 24:8
defend 84:16
Defendant 2:14
Defendants 1:11 2:8
defended 84:7
defer 32:17,25 33:7
definition 57:24
degree 57:18 109:3
delay 144:15,16
deliberations 50:17 54:14 81:13
deliberative 12:21
32:16 51:17 54:17 57:9 58:12 135:9 137:8
demeanor 129:13,16 129:18
department 23:22 38:19,21,22 40:19 51:12 53:24 75:25 104:10 131:21,22 132:13 145:18 155:6
depend 66:18 67:25 74:6 94:22,23 107:25
dependent 84:4
depends 22:9 50:23 76:5 95:5 124:11
Deponent 2:19
deposition 1:15 3:8 4:24 5:10,13,17 6:2,9 8:22 9:4 10:24 12:4 16:23 29:22,24 30:6 31:10 49:9,25 52:10 64:4 86:1 112:3 113:2 138:8 143:1,23 148:3 155:14 158:9 158:11 163:21 165:9 165:11 171:6,7,20 172:3,4,5 173:4,16
depositions 5:3,9 85:12 97:19 171:17
deputy 2:20 10:13 61:4 145:12
describe 15:10 27:17 32:3 129:18 131:4
described 9:20,25 40:7 155:6 169:5
describing 129:12
description 3:8 28:12 129:15
despite 135:13,17
detail 77:17 157:24
details 157:20
determination 21:19 26:20 45:14
determine 14:5 100:4 142:13 170:10
determining 40:1
difference 77:19 79:23
differences 87:5,6
different 6:8 25:9 37:6 110:20 120:10 141:16 160:21
differently 6:4
difficult 15:4,25 16:19 36:9
difficulty 16:21
direct 91:10 95:6 97:16 147:23 151:7
directed 142:5
directing 15:21
direction 61:3 173:12
directly 41:13 105:17
director 23:22 26:5 38:20 39:1 76:12 138:4
disadvantage 128:6
disciplinary 25:6,7 124:3
discipline 24:5,8
disclose 27:12 28:19 29:5,7,13 30:2 36:25 56:3 60:13 64:20 66:25 68:14 70:22 71:11 110:18 119:6 130:1 136:13,18 142:14 156:9,10,13 157:14,17,20,23 159:6
disclosed 29:16 30:2 37:18 43:21 44:11,12 58:3,7,14 167:9
discloses 34:8
disclosing 17:10 35:19 36:10 43:10,14 137:3 138:18 139:2 156:24
disclosure 28:8,14 32:23 33:5,24 35:2,7 36:4 45:7 59:1 65:21 66:13 121:1 139:20 139:22 148:14
disclosures 34:13 43:7 67:5 106:10
discourage 148:25
discovery 5:12 15:4 22:24 23:2 139:11
discretionary 89:19 170:3
discrimination 126:1
discuss 67:14 81:9
discussed 45:19 47:8 95:5 97:14 115:14 116:1
discussing 49:16
discussion 3:22 12:1 20:21 30:4 34:23 38:4 39:24 50:6 55:3 56:16 59:20 65:11 72:21 83:17 86:14 92:20,25 96:19 100:9 105:10 107:19 110:14 111:4 115:8 129:7 151:13,17 160:8 161:1,20,21 163:15
discussions 93:7,16 110:25 115:19,25
dismissed 47:16
disrespectful 4:17
distinct 41:20
distinction 79:4 139:16 141:9 142:7
DISTRICT 1:1,2
DIT 108:18 109:1,7,9

109:17,21,25
division 38:21 89:2,25
  90:4,19 91:8 93:4
  109:11,22 133:5
  145:15 149:13,14
divulges 34:6,11,12
doctor 120:8
doctrine 12:21 58:9
document 10:6,16
  13:22 14:1,5,9,21
  18:1 43:10,15 48:3
  50:15 52:15,20 53:4
  57:19 58:3,7,13
  59:16 61:9,11,13
  65:23 66:15 68:22
  87:2,9 88:7 90:11,13
  94:9 100:2 111:17
  114:21 116:22
  136:16 141:17
  151:16 159:19,19,21
documents 9:13,20,24
  10:23,24 11:22 12:5
  12:25 13:8,20,24
  14:20 15:5,11,13,15
  15:16,18,19 16:2
  17:9 18:3,4 21:23
  31:17,18,18 32:1,2,6
  32:7,14,15,21,22
  39:11,14,21 41:24
  42:12,15,18,20,25
  45:15,23 46:3,12,17
  47:3,11 60:23 79:11
  86:18,22 87:6 90:25
  120:9 154:7 171:2
DOE 1:9,9,10
doing 8:19 61:3 65:14
  79:10,16 85:3 130:18
  141:23 159:8 166:2
done 21:22 26:10,11,12
  26:14,16,25 149:12
  173:16
down 6:12 66:20 77:16
  81:10 86:23 87:14
  104:3 110:4 116:8
  117:6 129:10 134:8
  173:10
dozen 18:15
Dozens 5:6
draft 3:13 51:4,9,14
  54:1,3,10,23 55:11
  55:15,21 57:5,14,21
  58:17 59:11 60:16,19
  63:3 65:15 66:9,19
  69:3,7,12,20 70:3
  75:17
drafted 51:5
drafts 75:15
driveway 5:21
drop 67:10
dry 103:10
duces 45:15

duly 4:2 173:7
during 6:9 76:9 81:6
  82:3 93:12 150:14
duties 35:17 90:1
Dwight 160:14,18
  161:6

———————— E ————————
E 1:3 3:1,6
each 13:22 14:1,5,9,21
  15:5 66:17 149:19
earlier 53:5 123:2
  125:11 129:21 131:5
  138:20 155:6,14,25
  159:5 161:16 169:5
early 88:15 102:3
  106:19 123:6
easier 6:24
EC 78:13,15
either 22:20 23:3,6,8
  31:17 34:21 41:2
  44:12 65:6 79:19
  90:21 106:5 117:1,5
  121:21 125:18,25
  128:5 133:13 139:5
  139:12 151:21
  160:23
elaborate 115:3
elaboration 114:23
elected 59:2 150:4
  173:13
electronic 87:18
elicit 100:12
email 3:17,18,19,20,21
  3:24,25 87:21 91:4
  91:19 92:2,3,6,8,12
  92:14,15,18,21 94:5
  94:11,12 97:24 98:4
  98:5,24 99:12,20,22
  101:9 106:20 111:24
  119:17 132:3,5,23,25
  142:2 162:2
emails 106:5
emphasize 111:19
emphasized 111:8,10
  112:8 114:12
emphasizing 112:7,13
employed 158:20
  173:19
employee 16:13 23:21
  36:19,21 37:9 63:10
  65:16 78:2 83:13,21
  83:25 84:15 113:21
  122:1 123:22 124:17
  124:23 125:16 126:5
  126:25 127:2,24
  128:6 147:12,20
  161:9,13
employees 35:16 70:23
  130:15 149:9
employee's 59:3 64:14

108:18 113:24
employer 130:21
employment 38:14
  65:18 126:2
end 8:21 81:10 167:19
ended 146:23 147:1
endurance 42:8
English 1:3 2:24 5:14
  17:7 20:7,11 29:13
  29:18,25 30:24 45:3
  45:6,23 46:19 48:7
  49:11 60:12,21 61:3
  63:4,5 68:14,25
  72:24 78:25 86:9
  87:23 88:3,13,17,25
  89:14,21 90:1,5 91:7
  93:2 95:10,25 98:21
  99:1,24 100:8 101:17
  101:23 102:3,7,13
  103:2,6,19 104:3
  116:20 117:14,23
  118:20 121:14
  122:23 123:13 129:8
  131:20 143:11
  155:22 158:5,6,17
  160:12 164:15,19
  165:21 166:3 167:6
  167:23
English's 20:17 67:5
  93:12 102:14 109:18
  152:6 153:11 154:23
  159:14 164:23
  170:17
enough 47:19 67:10
  70:9 79:24 85:1
  120:22 151:5 154:5
ensued 100:10
entailed 104:16
enter 22:22
entire 80:1
entities 1:10 41:5
entitled 148:21 167:24
  169:3
equal 126:1 141:4
equipment 160:7
  161:13
especially 7:23 154:1
ESQ 2:4,4,10,15,20
essentially 5:18 41:10
  46:21 62:19 77:10
  89:19 109:21 112:12
  130:7 167:12
established 29:23
  61:19
et 10:22 71:21
ethical 77:24 124:19,22
  127:11 159:13
ethics 3:15,23 13:3
  16:11 21:12,20 22:1
  22:4 24:4 25:13,16
  26:2,6 28:11,13

30:22 31:20 37:10
  39:2 40:1,7,12 41:6
  41:14,14,20,21,21
  45:24 49:1 52:17
  54:7,12,25 55:24
  57:7 58:15,20 63:16
  64:18 69:22 72:4
  74:4 75:4,10,16
  76:12 77:24 78:3,25
  80:1,2,18,25 81:8
  83:11,20 84:17 99:7
  100:18,23 102:1
  103:9 104:11,15
  105:19 108:13
  110:21 113:23 114:4
  114:15 115:10
  117:15,23 118:20
  120:11 123:23
  124:16 125:16,18,23
  126:6,9,17 127:1,3
  127:13,20 128:8,15
  129:22,25 130:5,11
  137:10 138:5 140:19
  140:25 143:12 144:3
  144:20 146:12
  147:21 148:19 149:6
  149:7,10,15 154:22
  155:2,8,22 156:21
  164:16,20,24 165:21
  167:6,24 169:15,20
  170:8,16
even 7:8 14:8 17:15
  28:25 29:23 47:4,13
  49:10 50:10 54:16
  58:7 71:3 72:15
  155:11 165:11
event 57:12 73:7 78:5
eventually 76:13
ever 4:24 14:19 29:12
  29:16 31:5,13 42:4
  43:10 54:11,24 76:2
  76:12 81:9,20 82:3
  83:6 84:5 85:21
  87:17 92:20 95:7
  96:10 99:3 101:2
  104:8,17 119:21
  121:12,16 122:6
  123:15 129:8 146:11
  149:8,12 151:8 158:4
  162:8 163:2,24 164:9
every 83:24 130:21
everything 142:10
evidence 80:6 135:7
  136:6,12 144:8
evidenced 92:3
exact 92:10
exactly 110:17 156:5
examination 3:4,5 4:5
  118:7 157:7 165:18
examined 4:3
example 64:19 157:14

157:25 158:17
except 22:13 34:13
  35:2 49:11 66:17
  86:23,25 165:24
exception 35:24 36:23
  85:13,14
exceptions 35:6,6
excuse 37:13 38:21
  39:5 56:22 90:5
Executive 26:5 38:20
  39:1 76:11 138:4
exhibit 8:25 9:2,11
  10:2,5 12:20 33:10
  45:16 47:20,23 48:5
  48:9,23 49:5,8,12,17
  49:21,25 51:3,14
  52:11,18 53:4,10
  54:1,11,24 55:6,18
  55:19,22 56:21,25
  57:4 63:3 67:13
  78:13 83:3,6,7,8
  86:12,25 87:17,20
  91:3,10,14,16,18
  92:3,9,11,22 93:18
  94:6 95:7,7 97:17,19
  97:22 99:15 104:21
  104:24 105:3,3,6
  106:24 107:16
  117:13 118:9,11,15
  122:5,7,10 128:23
  129:7 132:2 133:8
  134:8 136:17 145:1
  151:7,8 159:9 160:1
  160:4,6 161:2
exhibits 3:8 8:20 122:5
exigent 26:24
existed 46:14
existence 17:16 140:24
expenditure 108:11
experience 138:23
explain 6:8 53:14 77:8
  137:11 142:6
explanations 141:17
explore 16:4 157:12
express 107:12
expressed 94:6
extend 17:15
extended 128:24
extent 15:18 29:21
  30:10 35:8 50:16
  93:10 99:6 100:11,15
  105:14 159:23
extraneous 49:9

———————— F ————————
fact 28:24 33:17 58:3
  74:23 78:12 84:4
  85:12 94:4 108:22
  135:13,17 169:1
facts 23:9 24:3 25:22
  27:16 28:4 29:3 37:1

37:2 60:19 61:15
  66:18 68:1,2,12 80:6
  94:25 106:1,1 107:25
  135:6 136:5,12 144:8
**factual** 39:21
**factually** 161:7
**fact-intensive** 161:5
**fair** 47:19 67:10 70:9
  85:1 141:15 151:5
  154:5 161:19
**fall** 36:23 49:21
**false** 153:7,11,25
**familiar** 33:22 89:10
  90:8,14 139:14
**familiarity** 140:6,10,18
  140:24 141:3
**far** 12:12 61:13 141:13
  149:4,5 152:5 153:19
**fax** 1:25 10:7 132:1,4,6
**February** 91:22,24
  92:2,5,5,8,15 95:11
  95:18 98:1 99:22
  100:6 101:24 106:20
  107:21 108:23 132:2
  132:15,21 133:5
  151:14 152:8 153:9
  153:17 159:17
**federal** 62:9 139:4
  158:25 166:8,11,18
  166:24,25 167:2,13
  167:18 168:3,11,19
**feel** 64:21 105:12
**feelings** 115:14,15
**feels** 22:25
**felt** 91:13 106:2 129:11
  146:4 153:18
**few** 5:9 149:22 157:11
  165:5
**figure** 28:2 125:3,13
**file** 24:9 27:22 43:3
  117:14 118:20
  133:19
**filed** 29:24 81:7,22 82:5
  86:8 116:9,23 117:11
  117:23 118:21 119:7
  120:3,18,21,24 121:4
  121:13,17,19,20
  123:12 159:2 167:3
  167:13,16,18 168:18
  168:19,21
**files** 14:2,4,6,13,16,20
  16:1,25 60:22 108:19
  125:16 137:10
**filing** 29:2
**final** 21:14
**finally** 23:3 89:11
  98:12
**Financial** 2:11
**find** 5:12,20 21:25 55:5
  125:23 153:10
  160:11,14 161:24

**finding** 23:11 68:25
  153:2 159:13 162:10
**fine** 4:15 25:7 86:5
**finished** 171:4
**firm** 43:19 85:11 89:11
  90:2 171:17
**firm's** 44:6
**first** 4:2 5:11 9:10
  11:13 15:15 28:10
  38:10 41:11 48:5,9
  51:3 60:19 67:14
  68:15 76:20 78:13
  98:18 105:6 116:13
  116:19,19 117:2
  122:11,22 123:15
  149:2 157:12 161:17
  164:15,19
**fiscal** 40:19 75:25 76:7
  104:10 131:14
  145:18
**Fisher** 48:14
**fits** 57:24
**five** 43:2 148:6
**floor** 1:20 2:6,12 157:6
**focus** 41:21
**focused** 142:11,16,20
**focuses** 36:18
**focusing** 46:11 79:20
  124:12
**folks** 37:3
**folk's** 44:2
**follow** 24:9 133:12
  149:19 154:9
**following** 9:12 153:14
**follows** 4:4
**follow-up** 86:8 133:10
  157:11 171:8,9
**follow-ups** 165:15
**foot** 156:4
**footnote** 63:1,2 65:4,9
**foregoing** 172:4 173:4
  173:13
**form** 32:4 59:15 87:19
  94:8 151:15
**formal** 104:5 123:12
  146:23 147:1
**formally** 117:14,23
  118:20 120:3 167:6
**formation** 25:17
**former** 60:22 61:2
**forming** 76:10
**forms** 40:17 149:22
**formulating** 164:23
**Fort** 2:12
**forth** 59:11 69:20 94:5
  98:11
**forward** 12:3,8 50:18
  143:1,18
**found** 34:14 152:6,10
  153:6,19 162:18
  163:3,11 164:1,10

168:21
**foundation** 29:22 61:10
  62:5 64:23 71:1 75:8
  82:9 83:1 84:19
  119:2 120:5,13
  126:13,19 135:7,22
  136:5,11 151:16
  153:22 162:13
  163:13 169:8
**four** 50:15 57:19 58:18
**FRCP** 10:22 11:12
**free** 64:14
**from** 5:21 8:21 10:12
  12:6 22:14 23:9
  25:13 29:12 30:17
  32:23 34:21 35:11
  36:19 37:4 44:20
  48:12,14 49:16 52:4
  52:14 53:15,16,18,24
  60:20 65:14 72:12,24
  76:8 77:1 85:23
  87:13,14,21 88:2
  89:2,18 90:1,11,12
  91:7,19 92:6 95:10
  95:23 96:2,2,10
  107:2 108:9 110:20
  110:21 113:8 114:23
  120:19 123:19
  125:15 133:5,13,13
  139:2 140:4 143:18
  144:3,19,23 145:4,7
  145:10,11,14,17
  149:24 150:15 158:5
  159:1,8,12,13 160:11
  166:24
**front** 15:1 47:24 122:6
**full** 101:11 173:14
**functioned** 89:17
**functions** 35:18 89:17
**funded** 75:4
**further** 12:25 22:24
  39:16 89:22 96:13
  116:8 117:6 134:8
  165:8,18 173:18

_____

**G**

**g** 34:22
**gag** 158:24
**gain** 59:4 127:25
**gained** 59:1
**garage** 5:19
**Gary** 1:7 2:9 5:16
  18:24 20:3,17 45:4
  82:6,18 87:1,22 88:2
  90:22 91:1,4,14,20
  91:20 92:6,7,16,21
  92:25 93:17 94:5,5
  95:17,23 104:9
  105:18 121:25
  131:22 135:5,20
  136:8 142:17 166:19

169:6
**gather** 36:9
**gathered** 159:12
**gave** 34:3 57:7 94:15
  94:17
**gears** 162:3
**general** 5:17 36:16
  43:7 62:21 63:22
  64:13 65:19 71:2
  73:9 83:23 107:11
  112:11,14,17 113:2
  113:15 114:8 124:6
  125:4 128:19 129:22
  129:24 138:18
  142:19
**generally** 14:2 23:10
  35:17 36:24 66:4
  67:23 84:3 94:22
  102:6 107:24,25
  109:8 112:19 123:22
  130:3 132:7 158:3
  161:12
**generated** 48:13,17
**generic** 15:13 17:2 19:8
  21:15 23:17,24 27:18
  43:23 44:21 62:17
  79:21 125:14 142:9
**generically** 28:5 30:23
  31:19 32:4 43:4
  79:12 146:14
**gets** 74:19 81:12 98:12
  102:10 109:14
  111:12 154:11
  156:15
**getting** 45:18 47:7
  106:10 114:9 128:23
  131:9 134:3 146:2
**Gima** 1:8 2:9 5:16
  19:13,17 95:10,23
  96:4,19 104:9 136:1
**give** 7:18,25 17:1 23:14
  37:1 38:13 51:13
  63:25 94:13 131:7
  158:1 160:10 161:3,8
**given** 30:23 140:2
  166:22
**giving** 89:7 94:24
  113:11
**GK** 1:8 2:14 157:10
**glass** 42:7
**go** 5:8 12:3 16:16 23:3
  23:6 28:18 35:10
  38:2 41:25 50:16,18
  76:18 80:21 84:10
  99:8 100:16 125:20
  142:22 143:1 147:2
  149:4,5 157:24
**goes** 21:14 28:13 42:23
  66:10 67:13,13 68:15
  73:3 75:17,18,22
  76:3,6 99:6 156:4

166:12
**going** 4:14 6:10,20,25
  7:10 8:22 11:13 12:5
  14:25 15:17,18 28:4
  29:1,1 30:11,13 31:1
  31:12 32:1 33:10
  35:12 39:18 43:6,9
  45:17 47:6 50:13,14
  52:21 54:13 65:14
  66:17,22 70:16,18
  73:4 76:14 77:8
  80:10 81:14 85:2
  86:3,7 87:8,10 91:2
  93:11 94:22 97:18
  99:5 100:18 101:25
  102:9,21 103:16
  105:7,9 107:25
  110:23 118:6,17
  135:19 143:18,19
  148:1,4,21 155:8,11
  158:12 160:5 163:22
  165:5,6 168:2 169:12
  170:10 171:15
**Golojuch** 98:6,16
  99:11,14 101:3
  103:13 104:8 105:24
  106:24 107:9,10,12
  111:24 115:4 116:18
  117:1,14,22 118:19
  118:23 119:17 121:9
  121:12 129:4 131:11
  132:16 133:3,14
  135:13,15 136:14,19
  138:14 140:4 141:9
  141:11 142:1,10
  145:5 162:4,22 163:2
  163:25 164:6
**Golojuch's** 100:14
  103:2 129:19 134:2,6
  135:18 137:13
  139:16 141:4
**gone** 74:17 77:17 81:4
  141:15
**good** 7:6 53:7,9
**Gordon** 2:20 10:12,18
  50:4 55:1 97:20
  103:16 124:5 156:3
  168:7
**gotcha** 78:18
**government** 25:10
  38:25 75:9 120:20
  130:4,8
**governmental** 28:9
  130:12,21,25 131:10
  139:19,21
**Graff** 18:16,21 31:6,10
  31:14 45:4 101:16,24
  102:13 103:3 106:16
  107:2,8,8 111:19,20
  112:10 113:11 114:3
  116:13 117:1 119:23