# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

7/20/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CV04-00108KSC

CASE NAME: Philip E. English v. City and County of Honolulu, et al.

ATTYS FOR PLA: Roger Moseley

ATTYS FOR DEFT: Michael Lorusso
James Kawashima
Anthony Wong

INTERPRETER:

JUDGE: Kevin S. C. Chang        REPORTER: FTR C5

DATE: 7/20/2006                 TIME: 9:24-9:56:12am

COURT ACTION: EP: Defendant City & County of Honolulu, Gary T. Kurokawa, Robert O. Magota and Ann C. Gima's Motion for Protective Order.

Motion for Protective Order granted. Court finds that the deposition of Mr. Lorusso is not necessary. Court to issue a Protective Order which bans the deposition of Mr. Lorusso going forward. Mr. Kawashima to prepare the order.

Submitted by: Shari Afuso, Courtroom Manager