DEPARTMENT OF THE CORPORATION COUNSEL
# CITY AND COUNTY OF HONOLULU

530 SOUTH KING STREET, ROOM 110 • HONOLULU, HAWAII 96813
TELEPHONE: (808) 523-4859 • FAX: (808) 523-4583 • INTERNET: www.honolulu.gov

MUFI HANNEMANN
MAYOR



CARRIE K.S. OKINAGA
CORPORATION COUNSEL

DONNA M. WOO
FIRST DEPUTY CORPORATION COUNSEL

June 15, 2006

<u>Via Hand Delivery</u>

Roger S. Moseley, Esq.
Moseley Biehl Tsugawa Lau & Muzzi
1100 Alakea Street, 23rd Floor
Honolulu, Hawaii 96813

Dear Mr. Moseley:

    Re:   Subpoena Duces Tecum Served Upon Charles W. Totto in
            Philip E. English v. City, Civil No. 04-00108, in the United
            States District Court

    I have been asked to represent Mr. Charles Totto in connection with the above subpoena duces tecum.

    Pursuant to FRCP Rule 45(c)(2)(B), Mr. Totto objects to the production of any documents at his deposition.

    Inspection or copying of the specified documents is objectionable on a number of grounds, including but not limited to, the attorney-client privilege, the attorney work-product doctrine, and the deliberative process privilege. Release of the subpoenaed documents is further objectionable as violative of applicable provisions of the City Charter, of City ordinances and of the Rules of the City Ethics Commission, all of which require Mr. Totto to maintain the confidentiality of the documents.



EXHIBIT A

Roger S. Moseley, Esq.
Page 2
June 15, 2006

      With regard to Mr. Totto's deposition, I anticipate that most questions that might be posed would be similarly objectionable. However, I will call you to discuss further.

                                       Very truly yours,

                                       GORDON D. NELSON
                                       Deputy Corporation Counsel

GDN:li

cc: Charles Totto

MIS-TOTTO SDT.GDN