PRIVILEGED DOCUMENTS
CIVIL NO. 04-00108, PHILIP E. ENGLISH v. CITY AND COUNTY OF HONOLULU

| Bate Stamp No. | Date | Document Description | Privilege Asserted |
|---|---|---|---|
| 1-6 | Undated | Handwritten notes of Matthew Viola, Esq. regarding Ethics Commission Matters Nos. EC 03-002(w); EC 05-159(w); EC 05-059(w) and EC 03-62(w). | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney Work Product Doctrine |
| 7 | 4-25-03 | Letter response to Charles W. Totto, Esq.'s request for information from witness in EC 03-002(w). | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney Work Product Doctrine |
| 8-11 | 11-19-03 | Copy of City Council Budget Committee Report No. 466, adopted 12-3-03, recommending adoption of Resolution 3-309 (attached) on cost-sharing among counties of real property tax programs. | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107 |
| 12 | 2-19-04 | Copy of Honolulu Advertiser Article re Philip E. English v. City and County of Honolulu. | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107 |
| 13-23 | 6-19-06 (auto-dated on printing) | Memorandum from Matthew Viola, Esq. to Charles W. Totto, Esq. regarding EC 03-002(w). | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney/Client Privilege and Work Product Doctrine |
| 24-26 | Undated | Typewritten status report of Matthew Viola, Esq. to Charles W. Totto, Esq. regarding Ethics Commission Matters Nos. EC 03-002(w); EC 05-159(w); EC 05-059(w) and EC 03-62(w). | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney/Client Privilege and Work Product Doctrine |

EXHIBIT B

| Bate Stamp No. | Date | Document Description | Privilege Asserted |
|---|---|---|---|
| 27-34 | 4-11-05 | Memorandum from Matthew Viola, Esq. to Charles W. Totto, Esq. regarding EC 03-002(w). | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney/Client Privilege and Work Product Doctrine |
| 35-37 | 10-3-03 | Memorandum from Matthew Viola, Esq. to Charles W. Totto, Esq. regarding EC 03-002(w). | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney/Client Privilege and Work Product Doctrine |
| 38-39 | 10-21-05 | Email requests in EC 03-002(w) by Charles W. Totto, Esq. to Michael Golojuch and Lynn Yagi for information on City employees; and Yagi response thereto (copied to Norman Fisher). | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege and Work Product Doctrine |
| 40 | 9-28-05 | Email of Matthew Viola, Esq. to Charles W. Totto, Esq. regarding draft Memorandum in EC 03-002(w) and 10-3-05 email response thereto. | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege Attorney/Client Privilege and Work Product Doctrine |
| 41 | 9-15-05 | Email from Matthew Viola, Esq. to Charles W. Totto, Esq. regarding EC 03-002(w) and 9-21-05 email response thereto. | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege Attorney/Client Privilege and Work Product Doctrine |
| 42 | 2-18-05 | Email from Norman Fisher to Matthew Viola, Esq. regarding EC 03-002(w) (copy to Charles W. Totto, Esq.). | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege Attorney/Client Privilege and Work Product Doctrine |

| Bate Stamp No. | Date | Document Description | Privilege Asserted |
|---|---|---|---|
| 43-81 | Undated | Copies of ethics opinions marked up by Matthew Viola, Esq., contained in EC 03-002(w) file labeled "Legal Research." | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Work Product Doctrine |
| 82-88 | 11-1-05 | Correspondence from Matthew Viola, Esq. to attorney for subject of investigation in EC 03-002(w), with enclosure. | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Work Product Doctrine |
| 89-93 | 10-21-05 | Same as of Bate-stamped pages 38-39, with header indicating printing from Norman Fisher's email. | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney/Client Privilege and Work Product Doctrine |
| 94-104 | 9-28-05 | Memorandum from Matthew Viola, Esq. to Charles W. Totto, Esq. regarding EC 03-002(w), with handwritten notations. | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney/Client Privilege and Work Product Doctrine |
| 105 | 4-13-05 | Email of Matthew Viola, Esq. to Charles W. Totto, Esq., regarding EC 03-002(w) (copy to Norman Fisher). | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney/Client Privilege and Work Product Doctrine |
| 106-114 | 3-3-05 | Memorandum from Charles W. Totto, Esq. to subject of investigation in EC 03-002(w), with attachment and evidence of mailing. | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney/ Work Product Doctrine |
| 115-121 | 8-12-05 | Matthew Viola, Esq.'s typewritten interview outline, with handwritten notes (date is handwritten). | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Work Product Doctrine |

| Bate Stamp No. | Date | Document Description | Privilege Asserted |
|---|---|---|---|
| 122-131 | 6-24-05 | Subpoena issued in EC 03-002(w), together with internal emails relating to service thereof. | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney/Client Privilege and Work Product Doctrine |
| 132-134 | Undated | Draft of Memorandum from Charles W. Totto, Esq. to subject of investigation in EC 03-002(w). | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Work Product Doctrine |
| 135-178 | Undated | Draft Complaint in Philip E. English v. City and of Honolulu. | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; |
| 179 | Undated | Handwritten notes of Matthew Viola, Esq. regarding EC 03-002(w). | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney/Client Privilege and Work Product Doctrine |
| 180-184 | 3-11-04 | Email from subject of investigation in EC 03-002(w) to Charles W. Totto, Esq.; 3-11-04 email response from Totto; further 3-12-04 and 3-15-04 emails from subject to Totto. | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney Work Product Doctrine |
| 185 | 8-13-03 | Handwritten notes of Matthew Viola, Esq. regarding EC 03-002(w). | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Work Product Doctrine |
| 186-188 | 10-03-03 | Same as Bate-stamped pages 35-37. | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney/Client Privilege and Work Product Doctrine |

| Bate Stamp No. | Date | Document Description | Privilege Asserted |
|---|---|---|---|
| 189-204 | Undated | Ethics Commission Resolution to Issue Subpoena, together with Exhibits thereto. | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Work Product Doctrine |
| 205-206 | 3-17-05 | Correspondence from counsel representing subject of investigation in EC 03-002(w). | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege |
| 207 | 3-13-04 | Request for Legal Advice from Commission Chair Robin D. Liu to Corporation Counsel David Z. Arakawa. | Attorney/Client Privilege |
| 208-210 | 3-11-04 | Internal emails among Matthew Viola, Esq., Charles Totto, Esq. and Norman Fisher regarding Resolution to Issue Subpoena in EC 03-002(w). | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney/Client Privilege and Work Product Doctrine |
| 211-215 | 3-11-04 | Same as  Bate-stamped pages 180-184 (printed from Norman Fisher email). | Privileged under ROH Chapter, Article 6; Ethics Commission Rules  and RCH § 11-107; Deliberative Process Privilege; Attorney/Client Privilege and Work Product Doctrine |

| Bate Stamp No. | Date | Document Description | Privilege Asserted |
|---|---|---|---|
| 216-218 | 3-11-04 | Same as Bate-stamped pages 208-210 (printed from Norman Fisher email). | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney/Client Privilege and Work Product Doctrine |
| 219-221 | 3-11-04 | Repeats portions of Bate-stamped pages 211-215. | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney/Client Privilege and Work Product Doctrine |
| 230-232 | 10-3-03 | Same as Bate-stamped pages 35-37. | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Work Product Doctrine |
| 233 | 11-25-03 | Same as Bate-stamped page 7. | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney/Client Privilege and Work Product Doctrine |
| 234-243 | 4-25-03 | Confidential Letter of Transmittal from Legal Assistant to counsel for Complainant in EC 03-002(w), together with copies of documents provided to a physician examining Complainant. | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107 |
| 244-246 | 4-26-04 | Email from Mike Golojuch to Charles Totto, Esq. seeking information as part of his investigation of workplace violence complaint; and 4-26-04 email response by Charles Totto, Esq. thereto. | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney/Client Privilege and Work Product Doctrine |
| 247 | 9-24-03 | Email from subject of investigation in EC 03-002(w) to Charles W. Totto, Esq. | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Work Product Doctrine |

| Bate Stamp No. | Date | Document Description | Privilege Asserted |
|---|---|---|---|
| 248-279 | 2-7-03 | Confidential Letter of Transmittal from Legal Assistant to counsel for Complainant in EC 03-002(w), together with copies of Complainant's documents forwarded by said counsel. | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege |
| 280-332 | 2-6-03 | Confidential Letter of Transmittal from Legal Assistant to counsel for Complainant in EC 03-002(w), together with copies of Complainant's documents" received 2/5/03" by said counsel from Complainant. | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege |
| 233-358 | 1-24-03 | Confidential Letter of Transmittal from Legal Assistant to counsel for Complainant in EC 03-002(w), together with copies of Complainant's documents, including "emails and notes." | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege |
| 359-363 | 1-23-03 | Confidential Complaint letter in EC 03-002(w), addressed to Charles Totto, Esq. from counsel for Complainant and Complainant. | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege |
| 364-367 | 1-23-03 | Typewritten "Additional Comments, Information and Impressions" provided by counsel for Complainant, along with the Complaint in EC 03-002(w). | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege |
| 368-397 | Various | Background materials provided by counsel for Complainant, along with the Complaint in EC 03-002(w). | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege |
| 398-415 | Various | Handwritten notes of Matthew Viola, Esq. from EC 03-002(w) file labeled "Atty Notes." | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney Work Product Doctrine |
| 416-472 | Various | Handwritten notes of Matthew Viola, Esq. from EC 03-002(w) file labeled "Interview Notes." (Some notes are handwritten on pages containing typewritten questions; Bate-stamped page 416 is a business card of one witness). | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney Work Product Doctrine |
| 473-611 | Various | Handwritten notes of Matthew Viola, Esq. from EC 03-002(w) file labeled "Interview Prep/Attorney Notes." (Some notes are handwritten on pages containing typewritten questions; Bate-stamped pages 507-518, 551-572, 579-582 and 610-611 are interview Exhibits drawn from documents provided by Complainant, with pages 508, 510, 513, 514 and 581 marked by Mr. Viola). | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney Work Product Doctrine |

| Bate Stamp No. | Date | Document Description | Privilege Asserted |
|---|---|---|---|
| 612-614 | Undated | Handwritten notes of Matthew Viola, Esq. from unlabeled EC 03-002(w) file. | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney Work Product Doctrine |
| 616-636 | Undated | Typewritten interview questions and handwritten notes of Matthew Viola, Esq. from unlabeled EC 03-002(w) file. (Bate-stamped pages 631-636 are emails provided by Complainant, some of which have been highlighted and marked up by Matthew Viola, Esq.) | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Work Product Doctrine |
| 637 | 6-8-05 | Email form Charles Totto, Esq. to Matthew Viola, Esq. regarding subpoena (copy to Norman Fisher). | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney/Client Privilege and Work Product Doctrine |
| 638-649 | Undated | Handwritten interview preparation notes of Matthew Viola, Esq. from unlabeled EC 03-002(w) file and attached exhibits. Preparation materials include exhibits. (Bate-stamped pages 642-647 are confidential ethics disclosures of subject, and Bate-stamped pages 648-649 are copies of emails provided by Complainant.) | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney Work Product Doctrine |
| 650-655 | 3-2-04 | Correspondence from Matthew Viola, Esq. to Deputy Corporation Counsel Don S. Kitaoka with enclosure. | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege |
| 656 | Undated | Handwritten notes of Matthew Viola, Esq. | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney Work Product Doctrine |

| Bate Stamp No. | Date | Document Description | Privilege Asserted |
|---|---|---|---|
| 657-704 | Undated | Same as Bate-stamped pages 135-178 with handwritten notes and markings of Matthew Viola, Esq. from unlabeled EC 03-002(w) file. | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney Work Product Doctrine |
| 705-712 | Undated | Handwritten notes of Matthew Viola, Esq. and shame's edited draft of communication from Charles Totto, Esq. to subject of investigation. | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney Work Product Doctrine |
| 713 | 2-9-05 | Email from Matthew Viola, Esq. to Charles Totto, Esq. regarding communication to subject of investigation. | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney/Client Privilege and Work Product Doctrine |
| 714-717 | 6-12-03 | Handwritten interview notes of Charles Totto, Esq. | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Work Product Doctrine |
| 718-728 | Undated | Handwritten interview notes of Matthew Viola, Esq. | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney Work Product Doctrine |
| 729 | 5-6-03 | Handwritten note of Charles Totto, Esq. re telephone call from physician. | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney Work Product Doctrine |
| 730-732 | undated | Handwritten interview questions of Matthew Viola, Esq. | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Work Product Doctrine |

| Bate Stamp No. | Date | Document Description | Privilege Asserted |
|---|---|---|---|
| 733 | undated | Handwritten case notes of Matthew Viola, Esq. | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Work Product Doctrine |
| 734 | 2-10-05 | Handwritten note of Matthew Viola, Esq. re phone call to Deputy Corporation Counsel Marie Gavigan. | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney Work Product Doctrine |
| 735-736 | Undated | Draft background information prepared by Matthew Viola, Esq. for Resolution to Issue Subpoena from Charles Totto, Esq. to subject of investigation. | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney Work Product Doctrine |
| 738-740 | Various | Same as 180-184 and 208-210 (printed from Matthew Viola, Esq, email). | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney/Client Privilege and Work Product Doctrine |
| 784-1084 | Various | Copies of documents provided by Complainant, from EC 03-002(w) "Emails" file. | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Work Product Doctrine |
| 1085 | Undated (printed out 6-19-06) | Draft letter from Matthew Viola, Esq. to attorney for subject of investigation. | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Work Product Doctrine |
| 1086 | 1-12-06 | Letter from Matthew Viola, Esq. to attorney for subject of investigation. | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Work Product Doctrine |

| Bate Stamp No. | Date | Document Description | Privilege Asserted |
|---|---|---|---|
| 1087 | 4-27-05 | Letter from Matthew Viola, Esq. to attorney for subject of investigation. | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Work Product Doctrine |
| 1088-1136 | 3-17-05 | Letter from attorney for subject of investigation to Charles Totto, Esq. | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege |
| 1137 | Date illegible | Handwritten case note of Matthew Viola, Esq. re telephone call to attorney for subject of investigation. | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Work Product Doctrine |
| 1138-1143 | Undated | Draft of enclosure to following item. | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney Work Product Doctrine |
| 1144 | 11-1-05 | Letter from Matthew Viola, Esq. to attorney for subject of investigation. | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney Work Product Doctrine |
| 1290 | 9-7-03 | Letter of Complaint from attorney alleging ethics violations in EC 03-63(w). | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege |
| 1291-1497 | 7-23-03 | Testimony submitted to the City Council in opposition to Bill 43 (2003), and forwarded to the Ethics Commission as documentation of allegations in EC 03-63(w). | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Work Product Doctrine |
| 1498-1503 | 6-12-03 | Handwritten notes of Matthew Viola, Esq. analyzing and making recommendations concerning EC 05-59(w). | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Work Product Doctrine |

| Bate Stamp No. | Date | Document Description | Privilege Asserted |
|---|---|---|---|
| 1504 | 5-6-05 | Letter from attorney to Charles Totto, Esq. regarding alleged ethics violations in EC 05-59(w). | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege |
| 1505 | 11-1-05 | Letter from Charles Totto, Esq. to attorney alleging ethics violations in EC 05-59(w). | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege |
| 1506-1516 | 4-27-05 | Letter from attorney to Charles Totto, Esq. alleging ethics violations in EC 05-59(w) and enclosing civil complaint alleging violations. | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege |
| 1517 | 2-11-06 | Transmittal of items 1518-1521 by Norman Fisher to Matthew Viola, Esq. | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege |
| 1518-1519 | 1-27-06 | Request Filed with Ethics Commission by subject of investigation. | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege |
| 1520-1521 | 1-29-06 | Letter from attorney for Complainant in EC 03-002(w). | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege |
| 1522 | 4-11-06 | Handwritten notes of Matthew Viola, Esq. re discussions with counsel for subject of investigation. | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Work Product Doctrine |
| 1523 | 3-21-06 | Letter from Matthew Viola, Esq. to counsel for subject of investigation. | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Work Product Doctrine |
| 1524 | 2-11-06 | Transmittal from Norman Fisher to Matthew Viola, Esq. of item 1525, with notations by Mr. Viola. | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Work Product Doctrine |

| Bate Stamp No. | Date | Document Description | Privilege Asserted |
|---|---|---|---|
| 1525 | 2-23-06 | Letter from counsel for subject of investigation to Matthew Viola, Esq. | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege |
| 1526-1527 | 1-29-06 | Email version of item 1520-1521. | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege |
| 1528-1535 | Undated | Draft of Advisory opinion in as EC 05-159(w). | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney Work Product Doctrine |
| 1536-1540 | Undated | Handwritten notes of Matthew Viola, Esq. (Note: handwritten note regarding telephone conversation with counsel for subject of investigation is dated 1-24-06). | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney Work Product Doctrine |
| 1541-1546 | Undated | Draft of Stipulation with subject of investigation in EC 03-002(w). | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney Work Product Doctrine |
| 1547 | Undated | Handwritten note of Matthew Viola, Esq. | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney Work Product Doctrine |
| 1548-1558 | 1-16-06 | Memorandum from Matthew Viola, Esq. to Charles W. Totto, Esq. regarding EC 03-002(w). (Same as 13-23, except date.) | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney/Client Privilege and Work Product Doctrine |
| 1559-1569 | 1-11-06 | Draft of Memorandum from Matthew Viola, Esq. to Charles W. Totto, Esq. regarding EC 03-002(w), with handwritten underscoring, notes and changes. | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney/Client Privilege and Work Product Doctrine |

| Bate Stamp No. | Date | Document Description | Privilege Asserted |
|---|---|---|---|
| 1570 | 1-27-06 | Handwritten notes of Matthew Viola, Esq. | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney Work Product Doctrine |
| 1571-1572 | 2-15-02 | Copies of emails provided by Complainant. | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege |
| 1573-1577 | 1-23-03 | Copy of Complaint in EC 03-002(w), with handwritten underscoring and notes. | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Work Product Doctrine |
| 1578-1580 | 6-16-06 | Memorandum from of Matthew Viola, Esq. to Charles W. Totto, Esq. regarding EC 06-070(w). | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney –Client Privilege and Work Product Doctrine |
| 1581-1584 | 1-16-06 | Handwritten case notes of Matthew Viola, Esq. regarding EC 06-070(w). | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Work Product Doctrine |
| 1585-1587 | 6-15-06 (print date) | Copy of published Ethics Opinion (Original contains yellow highlighting). | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege |
| 1588-1589 | 1-13-06 | Email version of Complaint letter in EC 06-070(w), with handwritten marginal notes. | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege |
| 1590-1684 | Various | Two handwritten pages of case notes of Matthew Viola, Esq. regarding EC 05-159(w), together with 94 pages of legal research (cases and opinions), some with highlighting, underscoring or notations from left side of case file. | Privileged under ROH Chapter, Article 6; Ethics Commission Rules  and RCH § 11-107; Deliberative Process Privilege; Attorney Work Product Doctrine |

| Bate Stamp No. | Date | Document Description | Privilege Asserted |
|---|---|---|---|
| 1685 | 3-__-06 | Draft Advisory Opinion in EC 05-159(w). | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney Work Product Doctrine Product Doctrine |
| 1686-1693 | Undated | Draft Advisory Opinion in EC 05-159(w) (same as Bate-stamped pages 1528-1535, except date). | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege |
| 1694-1702 | 1-25-06 | Letter from Charles Totto, Esq. to City Corporation Counsel and counsel for Requestor of Opinion, with attached draft Advisory Opinion in EC 05-159(w). | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege |
| 1703-1704 | 1-19-06 | Letter from counsel for Requestor of Opinion to Matthew Viola, Esq. regarding disclosure of the matter to City Corporation Counsel. | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege |
| 1705-1706 | 1-19-06 | Email version of Bate-stamped pages 1703-1704. | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege |
| 1707-1714 | 1-19-06 | Memorandum from of Matthew Viola, Esq. to Charles W. Totto, Esq. regarding in EC 05-159(w). | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney–Client Privilege and Work Product Doctrine |
| 1715-1722 | Undated | Draft Advisory Opinion in EC 05-159(w) (same as Bate-stamped pages 1528-1535; also same as Bate-stamped pages 1686-1693, except date). | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney Work Product Doctrine |
| 1723 | | Blank page. | |
| 1724 | 1-11-06 | Email from Matthew Viola, Esq. to Charles Totto, Esq. and Charles Totto, Esq. response to Matthew Viola, Esq. dated 1-18-06, with handwritten notes of Mr. Viola. | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney–Client Privilege and Work Product Doctrine |

| Bate Stamp No. | Date | Document Description | Privilege Asserted |
|---|---|---|---|
| 1725 | 12-29-06 | Email from Matthew Viola, Esq. to Charles Totto, Esq., and Charles Totto, Esq. response to Matthew Viola, Esq. dated 12-29-06, with marking by Mr. Viola. | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney–Client Privilege and Work Product Doctrine |
| 1726 | 12-29-06 | Same as Bate-stamped page 1725, but unmarked, with further email from Matthew Viola, Esq. to Charles Totto, Esq. and Charles Totto, Esq. response to Matthew Viola, Esq. dated 12-29-06. | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney–Client Privilege and Work Product Doctrine |
| 1727-1734 | 1-02-06 | Memorandum from Matthew Viola, Esq. to Charles W. Totto, Esq. regarding in EC 05-159(w). | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney–Client Privilege and Work Product Doctrine |
| 1735 | 12-1-05 | Email from Charles Totto, Esq. to Matthew Viola, Esq. regarding in EC 05-159(w) (copy to Norman Fisher). | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney–Client Privilege and Work Product Doctrine |
| 1736-1737 | 11-30-05 | Letter from counsel for Requestor of Opinion to Charles Totto, Esq. regarding EC 05-159(w). | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege |
| 1738-1740 | 6-30-03 | Letter to Charles Totto, Esq. requesting advisory opinion on ethics of disclosure of information by City employee in affidavit or testimony in a civil case (EC 05-159(w)) (with attached affidavit). | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege |
| 1741-1744 | 6-30-03 | Faxed version of Bate-stamped pages 1738-1740, along with transmission verification. | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege |

| Bate Stamp No. | Date | Document Description | Privilege Asserted |
|---|---|---|---|
| 1745 | 12-1-05 | Email from Charles Totto, Esq. to Matthew Viola, Esq. correspondence form counsel for Complainant in EC 05-159(w). | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney–Client Privilege |
| 1746-1753 | 12-29-05 | Email from to Matthew Viola, Esq. Charles Totto Esq. transmitting attached draft Memorandum regarding (EC 05-159(w). | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney–Client Privilege |
| 1754 | 12-29-05 | Email from Charles Totto, Esq. to Matthew Viola, Esq. commenting on of Bate-stamped pages 1746-1753. | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney–Client Privilege |
| 1755-1763 | 1-2-06 | Email from Matthew Viola, Esq. to Charles Totto Esq. transmitting attached revised draft Memorandum regarding EC 05-159(w). | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney–Client Privilege |
| 1764 | 1-3-06 | Email from Charles Totto, Esq. to Matthew Viola, Esq. commenting on Bate-stamped pages 1755-1763, and Matthew Viola, Esq.'s email response thereto. | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney–Client Privilege |
| 1765-1773 | 1-6-06 | Email from to Matthew Viola, Esq. to self transmitting to attached revised draft Memorandum regarding EC 05-159(w). | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney–Client Privilege |
| 1772-1782 | 1-11-06 | Email from Matthew Viola, Esq. to Charles Totto Esq. transmitting attached draft of advisory opinion in EC 05-159(w). | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney–Client Privilege |
| 1783-1806 | 1-18-06 | Email from Matthew Viola, Esq. to Charles Totto Esq. transmitting attached revised draft of advisory opinion in EC 05-159(w). | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney–Client Privilege |

| Bate Stamp No. | Date | Document Description | Privilege Asserted |
|---|---|---|---|
| 1800 | 1-18-06 | Email from Charles Totto, Esq. to Matthew Viola, Esq. commenting on Bate-stamped pages 1783-1806. | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney–Client Privilege |
| 1801-1803 | 1-19-06 | Email from Matthew Viola, Esq. to Charles Totto Esq. transmitting attached email version of letter received from counsel for Requestor draft in EC 05-159(w). | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney–Client Privilege |
| 1804-1808 | 2-08-06 | Email from Charles Totto, Esq. to Matthew Viola, Esq. transmitting attached comment letters of counsel for Requestor in EC 05-159(w) and the Corporation Counsel, forwarded to from Charles Totto, Esq. on the same date by Norman Fisher. | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney–Client Privilege |
| 1809-1822 | 2-08-06 | Series of emails among counsel for Complainant, Corporation Counsel, Charles Totto, Esq. Matthew Viola, Esq. and Norman Fisher regarding submission and disclosure of comment letters submitted by counsel for Requestor and Corporation Counsel in EC 05-159(w). | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege |
| 1822 | 2-09-06 | Email from Matthew Viola, Esq. to Charles Totto Esq. regarding comment letters of counsel for Requestor in EC 05-159(w) and the Corporation Counsel. | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney–Client Privilege |
| 1823 | 2-09-06 | Email from Matthew Viola, Esq. to counsel for Requestor in EC 05-159(w) regarding February 16, 2006 Commission Agenda, and said counsel's response thereto. | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege |
| 1824 | 2-09-06 | Email from Matthew Viola, Esq. to Charles Totto Esq. regarding executive session on EC 05-159(w). | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney–Client Privilege |
| 1825 | 2-9-06 | Email from Matthew Viola, Esq. to Charles Totto, Esq. regarding allegations in EC 05-159(w) and related cases. | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney–Client Privilege and Work Product Doctrine |

| Bate Stamp No. | Date | Document Description | Privilege Asserted |
|---|---|---|---|
| 1826 | 2-16-06 | Email from Charles Totto, Esq, to counsel for Requestor in EC 05-159(w) and to Corporation Counsel regarding February 16, 2006 Commission meeting, and response thereto. | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege |
| 1827 | 2-22-06 | Email from Commission Chair Lex Smith to Charles Totto, Esq, posing questions regarding EC 05-159(w), and Charles Totto, Esq.'s response thereto. | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney–Client Privilege |
| 1828-18332 | 3-06-06 | Email from Matthew Viola, Esq. to Charles Totto Esq. Bate-stamped page 1835, with attached Memorandum. | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney–Client Privilege |
| 1833-1834 | 3-5-06 | Email response from Charles Totto Esq. to Matthew Viola, Esq. regarding Memorandum attached in Bate-stamped pages 1836-1840. | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney–Client Privilege |
| 1835-1838 | 3-5-06 | Email response from Matthew Viola, Esq. to Commission Chair Lex Smith (copied to Charles Totto, Esq.), responding to questions posed regarding EC 05-159(w), and response thereto from Mr. Smith. | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney–Client Privilege |
| 1839-1840 | 3-21-06 | Email from Matthew Viola, Esq. to Charles Totto Esq. re draft advisory opinion in EC 05-159(w) with attached draft. | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney–Client Privilege |
| 1841 | 4-18-06 | Email from Lex Smith to Charles Totto Esq. re draft advisory opinion in  EC 05-159(w), to Charles Totto Esq.'s response thereto, and Lex Smith's reply. | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney– |
| 1842 | 4-27-06 | Email from Charles Totto Esq. to Matthew Viola, Esq. regarding EC 05-159(w) file. | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege |

| Bate Stamp No. | Date | Document Description | Privilege Asserted |
|---|---|---|---|
| 1843 | 1-21-05 | Email from Charles Totto Esq. to Matthew Viola, Esq. regarding status of EC 03-002(w). | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney–Client Privilege and Work Product Doctrine |
| 1844-1847 | 2-09-05 | Email from Matthew Viola, Esq. to Charles Totto Esq., with attached draft notice to subject of investigation in EC 03-002(w). | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney–Client Privilege and Work Product Doctrine |
| 1848 | 2-14-05 | Email from Charles Totto Esq. to Matthew Viola, Esq. responding to Bate-stamped pages 1855-1859. | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney–Client Privilege and Work Product Doctrine |
| 1849 | 2-14-05 | Email from Matthew Viola, Esq. to Charles Totto Esq., transmitting draft notice and Charles Totto Esq.'s 2-16-05 reply to Matthew Viola. | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney–Client Privilege and Work Product Doctrine |
| 1850-1853 | 3-3-05 | Email from Charles Totto Esq. to Norman Fisher transmitting draft notice (copied to Matthew Viola, Esq.), with attached draft notice. | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney–Client Privilege and Work Product Doctrine |
| 1855 | 4-11-05 | Email from Charles Totto Esq. to Matthew Viola, Esq. requesting memorandum for Commission executive session. | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney–Client Privilege |

| Bate Stamp No. | Date | Document Description | Privilege Asserted |
|---|---|---|---|
| 1856-1863 | 4-11-05 | Email from Matthew Viola, Esq. to Charles Totto Esq. re Bate-stamped page 1866, with attached Memorandum. | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney–Client Privilege and Work Product Doctrine |
| 1864 | 4-12-05 | Email response from Charles Totto Esq. to Matthew Viola, Esq. regarding Memorandum attached in Bate-stamped pages 1867-1875. | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney–Client Privilege and Work Product Doctrine |
| 1865 | 4-12-05 | Additional email response from Charles Totto Esq. to Matthew Viola, Esq. regarding Memorandum attached in Bate-stamped pages 1867-1875. | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney–Client Privilege and Work Product Doctrine |
| 1866-1868 | 4-12-05 | Email from Charles Totto Esq. to Matthew Viola, Esq. regarding Resolution to Issue Subpoena, with attached draft Resolution. | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney–Client Privilege and Work Product Doctrine |
| 1869 | 4-12-05 | Email from Matthew Viola, Esq. to Charles Totto, Esq. regarding changes to Memorandum attached in Bate-stamped pages 1856-1863. | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney–Client Privilege and Work Product Doctrine |
| 1870 | 4-12-05 | Email from Matthew Viola, Esq. to Charles Totto, Esq. regarding telephone call from subject of investigation. | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney–Client Privilege |

| Bate Stamp No. | Date | Document Description | Privilege Asserted |
|---|---|---|---|
| 1871 | 4-25-05 | Email from Charles Totto, Esq. to regarding telephone call from subject of investigation Matthew Viola, Esq. | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney–Client Privilege |
| 1872 | 4-26-05 | Email from Matthew Viola, Esq. to Charles Totto, Esq. regarding proposed correspondence in EC 03-002(w) and Charles Totto, Esq.'s email reply. | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney–Client Privilege and Work Product Doctrine |
| 1873-1880 | 6-8-05 to 6-27-05 | Email exchange among Matthew Viola, Esq., Charles Totto, Esq. and Norman Fisher, regarding subpoena of subject of investigation in EC 03-002(w). | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney–Client Privilege and Work Product Doctrine |
| 1881-1885 | 9-14-05 | Email from Matthew Viola, Esq. to self regarding draft stipulation with subject of investigation in EC 03-002(w). | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney–Client Privilege and Work Product Doctrine |
| 1886-1897 | 9-28-05 | Email from Matthew Viola, Esq. transmitting to Charles Totto Esq. attached draft Memorandum analyzing EC 03-002(w). | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney–Client Privilege and Work Product Doctrine |
| 1898-1900 | 10-3-05 to 10-4-05 | Email exchange between from Matthew Viola, Esq. and Charles Totto Esq. re Bate-stamped pages 1894-1898 and 1899-1910. | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney–Client Privilege and Work Product Doctrine |

| Bate Stamp No. | Date | Document Description | Privilege Asserted |
|---|---|---|---|
| 1901-1916 | 10-5-05 | Email from Matthew Viola, Esq. to self regarding attached Memorandum analyzing case and attached proposed draft stipulation with subject of investigation in EC 03-002(w). | Privileged under ROH Chapter, Article 6; Ethics Commission Rules  and RCH § 11-107; Deliberative Process Privilege; Attorney–Client Privilege and Work Product Doctrine |
| 1917-1922 | 10-6-05 | Email from Matthew Viola, Esq. to from Charles Totto Esq. transmitting revised draft stipulation with subject of investigation in EC 03-002(w). | Privileged under ROH Chapter, Article 6; Ethics Commission Rules  and RCH § 11-107; Deliberative Process Privilege; Attorney–Client Privilege and Work Product Doctrine |
| 1923-1929 | 10-6-05 | Email from Charles Totto Esq. to Matthew Viola, Esq. transmitting comments on revised draft stipulation with subject of investigation in EC 03-002(w). | Privileged under ROH Chapter, Article 6; Ethics Commission Rules  and RCH § 11-107; Deliberative Process Privilege; Attorney–Client Privilege and Work Product Doctrine |
| 1930-1935 | 10-6-05 | Email from Matthew Viola, Esq. to Charles Totto, Esq. transmitting further revised draft stipulation with subject of investigation in EC 03-002(w). | Privileged under ROH Chapter, Article 6; Ethics Commission Rules  and RCH § 11-107; Deliberative Process Privilege; Attorney–Client Privilege and Work Product Doctrine |
| 1936-1942 | 10-13-05 | Email from Matthew Viola, Esq. to Charles Totto, Esq. transmitting further revised draft stipulation with subject of investigation in EC 03-002(w). | Privileged under ROH Chapter, Article 6; Ethics Commission Rules  and RCH § 11-107; Deliberative Process Privilege; Attorney–Client Privilege and Work Product Doctrine |
| 1943-1949 | 10-13-05 | Email from Charles Totto Esq. to Matthew Viola, Esq. transmitting comments on revised draft stipulation with subject of investigation in EC 03-002(w). | Privileged under ROH Chapter, Article 6; Ethics Commission Rules  and RCH § 11-107; Deliberative Process Privilege; Attorney–Client Privilege and Work Product Doctrine |

| Bate Stamp No. | Date | Document Description | Privilege Asserted |
|---|---|---|---|
| 1950 | 10-6-05 | Email from Charles Totto Esq. to Matthew Viola, Esq. re status of EC 03-002(w). | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney–Client Privilege |
| 1951 | 11-21-05 | Email from Charles Totto Esq. to Matthew Viola, Esq. transmitting comments on revised draft stipulation with subject of investigation in EC 03-002( inquiry from subject of investigation in EC 03-002(w). | Privileged under ROH Chapter, Article 6; Ethics Commission Rules  and RCH § 11-107; Deliberative Process Privilege; Attorney–Client Privilege |
| 1952 | 12-06-05 | Email from Matthew Viola, Esq. to Charles Totto Esq. regarding meeting with for subject of investigation and counsel in EC 03-002(w). | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney–Client Privilege |
| 1953 | 12-07-05 | Email from Matthew Viola, Esq. to Charles Totto Esq. re conversation with attorney for Complainant re subpoena. | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney–Client Privilege |
| 1954 | 12-13-05 | Email from Charles Totto, Esq. to Matthew Viola Esq. regarding meeting with for subject of investigation and counsel in EC 03-002(w). | Privileged under ROH Chapter, Article 6; Ethics Commission Rules  and RCH § 11-107; Deliberative Process Privilege; Attorney–Client Privilege |
| 1955-1956 | 12-07-05 | Email from Matthew Viola, Esq. to Charles Totto Esq. transmitting attached draft letter to counsel for subject of investigation in EC 03-002(w). | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney–Client Privilege |
| 1957 | 1-17-06 | Email from Matthew Viola, Esq. to Charles Totto Esq. regarding meeting with for subject of investigation and counsel in EC 03-002(w) and Charles Totto Esq. reply. | Privileged under ROH Chapter, Article 6; Ethics Commission Rules  and RCH § 11-107; Deliberative Process Privilege; Attorney–Client Privilege |
| 1958 | 1-17-06 | Further email from Matthew Viola, Esq. to Charles Totto Esq. regarding meeting with for subject of investigation and counsel in EC 03-002(w). | Privileged under ROH Chapter, Article 6; Ethics Commission Rules  and RCH § 11-107; Deliberative Process Privilege; Attorney–Client Privilege |

| Bate Stamp No. | Date | Document Description | Privilege Asserted |
|---|---|---|---|
| 1962-1964 | 1-19-06 | Email from counsel for Complainant in EC 03-002(w) to Matthew Viola, Esq, transmitting email version of letter dated January 19, 2006. | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege |
| 1965-1967 | 1-19-06 | Email from counsel for Complainant in EC 03-002(w) to Matthew Viola, Esq, transmitting email version of letter dated January 29, 2006, forwarded on the same date to Charles Totto Esq. | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege |
| 1968-1970 | 2-10-06 | Email from Matthew Viola, Esq. to Charles Totto Esq. transmitting attached draft letter to counsel for subject of investigation in EC 03-002(w), together with follow-up email to Charles Totto Esq, and his reply of same date. | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney–Client Privilege |
| 1971 | 2-24-06 | Email from Charles Totto Esq. to Matthew Viola, Esq. re conversation with counsel for subject of investigation in EC 03-002(w). | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney-Client Privilege |
| 1972 | 3-20-06 | Email from Matthew Viola, Esq. to Charles Totto Esq. regarding draft letter to counsel for subject of investigation in EC 03-002(w), together with Charles Totto Esq.'s 3-21-06 email reply. | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney-Client Privilege |
| 1973-1976 | 6-16-06 | Email from Matthew Viola, Esq. to Charles Totto Esq. regarding draft analyzing case in EC 06-070(w). | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney–Client Privilege and Work Product Doctrine |
| 1977-1979 | 12-06-05 | Email status report of Matthew Viola, Esq. to Charles W. Totto, Esq. regarding Ethics Commission Matters Nos. EC 03-002(w); EC 05-159(w); EC 05-059(w) and EC 03-62(w), together with 12-15-05 email reply from Charles W. Totto, Esq. | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney/Client Privilege and Work Product Doctrine |

| Bate Stamp No. | Date | Document Description | Privilege Asserted |
|---|---|---|---|
| 1980-1983 | 06-22-06 | Email from Matthew Viola, Esq. to Charles W. Totto, Esq. with attached status report relating to Ethics Commission Matters Nos. EC 03-002(w); EC 05-159(w); EC 05-059(w) and EC 03-62(w). | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney/Client Privilege and Work Product Doctrine |
| 1984-1989 | undated | Draft Memorandum to Charles Totto Esq. by Matthew Viola, Esq. analyzing EC 03-002(w). | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney–Client Privilege and Work Product Doctrine |
| 1990-1998 | 1-30-06 (print out date) | Draft Memorandum by Matthew Viola, Esq. analyzing EC 03-002(w). | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney–Client Privilege and Work Product Doctrine |
| 1999-2007 | 1-30-06 (print out date) | Revised draft Memorandum by Matthew Viola, Esq. analyzing EC 03-002(w). | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney–Client Privilege and Work Product Doctrine |
| 2018-2044 | undated | Series of six drafts of stipulation with subject of investigation by Matthew Viola, Esq., with comments and changes  Charles Totto Esq. | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney–Client Privilege and Work Product Doctrine |
| 2045-2046 | undated | Draft Memorandum to Charles Totto Esq. by Matthew Viola, Esq. regarding Resolution to Issue Subpoena in EC 03-002(w). | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney Work Product Doctrine |

| Bate Stamp No. | Date | Document Description | Privilege Asserted |
|---|---|---|---|
| 2047-2057 | undated | Legal research conducted by Matthew Viola, Esq. (case excerpts). | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney Work Product Doctrine |
| 2058 | 1-12-06 | Letter from Matthew Viola, Esq. to attorney for subject of investigation in EC 06-070(w). (unsigned draft of Bate-stamped page 1086). | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Work Product Doctrine |
| 2059 | 2-10-06 | Letter from Charles Totto Esq. to attorney for subject of investigation in EC 06-070(w). | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Work Product Doctrine |
| 2060 | 11-1-05 | Letter from Matthew Viola, Esq. to attorney for subject of investigation in EC 06-070(w) (unsigned draft of Bate-stamped page 82). | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Work Product Doctrine |
| 2061 | 4-27-05 | Letter from Matthew Viola, Esq. to attorney for subject of investigation in EC 06-070(w) (unsigned draft of Bate-stamped page 82). | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Work Product Doctrine |
| 2062-2141 | 6-13-03 to 5-4-06 | Invoices to Ethics Commission from Matthew Viola, Esq. (Includes references and descriptions of many matters unrelated to and outside the scope of the subpoena.) | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney-Client Privilege and Work Product Doctrine |
| 2142 | 6-2-03 | Tape-recorded interview of Complainant EC-03-002(w). (Encryption technology prevents copying) | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney Work Product Doctrine |

| Bate Stamp No. | Date | Document Description | Privilege Asserted |
|---|---|---|---|
| 2143 | 1-24-03 | Tape-recorded interview of subject of investigation in EC-03-002(w). (Encryption technology prevents copying) | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney Work Product Doctrine |
| 2144 | 8-12-05 | Tape-recorded interview of subject of investigation in EC-03-002(w). (Encryption technology prevents copying) | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney Work Product Doctrine |
| 2145 | 8-12-05 | Continuation of tape-recorded interview of subject of investigation in EC-03-002(w).) (Encryption technology prevents copying) | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney Work Product Doctrine |
| 2146 | Various | Tape-recorded interviews of witnesses. (Encryption technology prevents copying) | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney Work Product Doctrine |
| 2147 | Various | Tape-recorded interviews of witnesses. (Encryption technology prevents copying) | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney Work Product Doctrine |
| 2148 | Various | Tape-recorded interviews of witnesses. (Encryption technology prevents copying) | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney Work Product Doctrine |
| 2149 | 2-24-04 | Tape-recorded interview of witness. (Encryption technology prevents copying) | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney Work Product Doctrine |
| 2150 | 3-22-04 | Tape-recording of Ethics Commission Meeting, including executive session with legal counsel regarding EC 03- 002(w) (Encryption technology prevents copying) | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney–Client Privilege |

| Bate Stamp No. | Date | Document Description | Privilege Asserted |
|---|---|---|---|
| 2151 | 4-19-05 | Tape-recording of Ethics Commission Meeting, including executive session with legal counsel regarding EC 03-002(w) (Encryption technology prevents copying) | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney–Client Privilege |
| 2152 | 2-16-06 | Tape-recording of Ethics Commission Meeting, including executive session with legal counsel regarding EC 05-159(w) (Encryption technology prevents copying) | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney–Client Privilege |
| 2153 | 3-14-06 | Tape-recording of Ethics Commission Meeting, including executive session with legal counsel regarding EC 05-159(w) (Encryption technology prevents copying) | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney–Client Privilege |
| 2154 | 4-18-06 | Tape-recording of Ethics Commission Meeting, including executive session with legal counsel regarding EC 05-159(w) (Encryption technology prevents copying) | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney–Client Privilege |
| 2155 | 1-24-06 | Tape-recording of Ethics Commission Meeting, including executive session with legal counsel regarding EC 05-159(w) (Encryption technology prevents copying) | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney–Client Privilege |
| 2156 | 6-28-06 | Record of Oral Inquiries Log regarding  EC 03-002(w), or referring to the subject of the investigation, complainant or certain witnesses | Privileged under ROH Chapter, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege |