IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH, ) | CIVIL NO. 04-00108 SOM/KSC |
| ) | |
| Plaintiff, ) | CERTIFICATE OF SERVICE |
| ) | |
| v. ) | |
| ) | |
| CITY AND COUNTY OF ) | |
| HONOLULU, GARY T. ) | |
| KUROKAWA; ROBERT O. ) | |
| MAGOTA; ANN C. GIMA; and GK ) | |
| APPRAISALS, INC.; JOHN DOES 1- ) | |
| 10; JANE DOES 1-10; DOE ) | |
| PARTNERSHIPS; DOE ) | |
| CORPORATIONS 1-10; and DOE ) | |
| ENTITIES 1-10, ) | |
| ) | |
| Defendants. ) | |
| ) | |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy hereof was served upon the following by hand delivery on July 18, 2006:

        ROGER S. MOSELEY, ESQ.
        CHRISTOPHER J. MUZZI, ESQ.
        RENEE M. FURUTA, ESQ.
        Moseley Biehl Tsugawa Lau & Muzzi
        Alakea Corporate Tower
        1100 Alakea Street, 23rd Floor
        Honolulu, Hawaii  96813

        Attorneys for Plaintiff

KEVIN P. H. SUMIDA, ESQ.
ANTHONY L. WONG, ESQ.
Suite 1400, Mauka Tower
737 Bishop Street
Honolulu, Hawaii 96813

Attorneys for Defendant
 GK APPRAISALS, INC.

MICHAEL L. LORUSSO, ESQ.
Kawashima Lorusso & Tom, LLP
Fort Street Tower
745 Fort Street, 5th Floor
Honolulu, Hawaii 96813

Attorneys for Defendants
CITY AND COUNTY OF HONOLULU,
    GARY T. KUROKAWA, ROBERT O. MAGOTA,
    and ANN C. GIMA

DATED: Honolulu, Hawaii, July 18, 2006.

_____
GORDON D. NELSON
Deputy Corporation Counsel
Attorney for Charles W. Totto