**ORIGINAL**

CARRIE K.S. OKINAGA, 5958
Corporation Counsel
GORDON D. NELSON, 1819
Deputy Corporation Counsel
530 S. King Street, Room 110
City and County of Honolulu
Honolulu, Hawaii 96813
Telephone:  (808) 523-4832
Facsimile:   (808) 523-4583
Email:        gnelson1@honolulu.gov

Attorneys for Charles W. Totto

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 19 2006

at 10 o'clock and 56 min. A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>              Plaintiff,<br><br>     v.<br><br>CITY AND COUNTY OF HONOLULU, GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; and DOE ENTITIES 1-10,<br><br>              Defendants. | ) CIVIL NO. 04-00108 SOM/KSC<br>)<br>) ERRATA TO MEMORANDUM IN<br>) OPPOSITION TO PLAINTIFF<br>) PHILIP E. ENGLISH'S MOTION TO<br>) COMPEL COMPLIANCE WITH<br>) SUBPOENA ISSUED JUNE 2, 2006,<br>) FILED JULY 18, 2006; CERTIFICATE<br>) OF SERVICE<br>)<br>)<br>) DATE:  August 3, 2006<br>) TIME:   9:30 a.m.<br>) JUDGE: Hon. Kevin S. Chang<br>)<br>)<br>)<br>) |

ERRATA TO MEMORANDUM IN OPPOSITION TO PLAINTIFF PHILIP E. ENGLISH'S MOTION TO COMPEL COMPLIANCE WITH SUBPOENA ISSUED JUNE 2, 2006, FILED JULY 18, 2006

Charles W. Totto, by and through is attorneys, files this errata to his Memorandum in Opposition to Plaintiff Philip E. English's Motion to Compel Compliance With Subpoena Issued June 2, 2006, filed herein on July 18, 2006 to make the following corrections:

1. On page 9, line 5, "energies and" should read "energies and resources."

2. On page 9, last two lines, "did not produce a privilege log argue" should read "but argues."

3. On page 12, line 11, "Keeping" should read "(Keeping."

4. On page 16, line 11, "facts" should be deleted.

5. On page 17, line 1, "complete" should read "compel."

6. On page 18, line 11, "indicated" should read "initiated."

7. On page 18, line 17, "issuance of the Advisory Opinion" should read "investigation of the January 2003 complaint. (Totto Dep. 143:9 – 145:20)"

DATED: Honolulu, Hawaii, July 19, 2006.

Respectfully submitted,

CARRIE K. S. OKINAGA
Corporation Counsel

By _____
GORDON D. NELSON
Deputy Corporation Counsel
Attorneys for Defendant
  City and County of Honolulu

CIVIL NO. CV04-00108 SOM/KSC, PHILIP E. ENGLISH v. CITY AND COUNTY OF HONOLULU, ET AL. - ERRATA TO MEMORANDUM IN OPPOSITION TO PLAINTIFF PHILIP E. ENGLISH'S MOTION TO COMPEL COMPLIANCE WITH SUBPOENA ISSUED JUNE 2, 2006, FILED JULY 18, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH, | ) CIVIL NO. 04-00108 SOM/KSC |
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| v. | ) |
| CITY AND COUNTY OF HONOLULU, GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; and DOE ENTITIES 1-10, | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy hereof was served upon the following by hand delivery on July 19, 2006:

>ROGER S. MOSELEY, ESQ.
>CHRISTOPHER J. MUZZI, ESQ.
>RENEE M. FURUTA, ESQ.
>Moseley Biehl Tsugawa Lau & Muzzi
>Alakea Corporate Tower
>1100 Alakea Street, 23rd Floor
>Honolulu, Hawaii 96813
>
>Attorneys for Plaintiff

KEVIN P. H. SUMIDA, ESQ.
ANTHONY L. WONG, ESQ.
Suite 1400, Mauka Tower
737 Bishop Street
Honolulu, Hawaii 96813

Attorneys for Defendant
 GK APPRAISALS, INC.

MICHAEL L. LORUSSO, ESQ.
Kawashima Lorusso & Tom, LLP
Fort Street Tower
745 Fort Street, 5th Floor
Honolulu, Hawaii 96813

Attorneys for Defendants
CITY AND COUNTY OF HONOLULU,
    GARY T. KUROKAWA, ROBERT O. MAGOTA,
    and ANN C. GIMA

DATED: Honolulu, Hawaii, July 19, 2006.

_____
GORDON D. NELSON
Deputy Corporation Counsel
Attorney for Charles W. Totto

ERRATA