IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>       Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1–10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>       Defendants. | Civil No.  04-00108 SOM/KSC<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

The undersigned herby certifies that a true and correct copy of the foregoing was duly served upon the parties listed below by the means identified below on July 25, 2006:

10010/3/57081

| | |
|---|---|
| MICHAEL L. LARUSSO, ESQ.<br>Kawashima Lorusso & Tom, LLP<br>Fort Street Tower<br>745 Fort Street, 5th Floor<br>Honolulu, Hawaii 96813<br><br>    Attorneys for Defendants<br>    City & County of Honolulu,<br>    Gary T. Kurokawa, Robert O. Magota,<br>    and Ann C. Gima | **United States Mail** |
| KEVIN P. H. SUMIDA, ESQ.<br>ANTHONY L. WONG, ESQ.<br>735 Bishop St., Suite 411<br>Honolulu, Hawaii 96813<br><br>    Attorneys for Defendant<br>    GK APPRAISALS, INC. | **Court's Electronic<br>Transmission Facilities** |
| GORDON D. NELSON, ESQ.<br>Department of The Corporation Counsel<br>City and County of Honolulu<br>530 South King Street, Room 110<br>Honolulu, Hawaii 96813<br><br>    Attorney for Charles Totto | **United States Mail** |

DATED: Honolulu, Hawaii, <u>July 25, 2006</u>.

<u>/s/ Christopher J. Muzzi</u><br>
ROGER S. MOSELEY<br>
ALAN K. LAU<br>
CHRISTOPHER J. MUZZI<br>
RENEE M. FURUTA<br>
Attorneys for Plaintiff<br>
PHILIP E. ENGLISH