**ORIGINAL**

CARRIE K.S. OKINAGA, 5958
Corporation Counsel
GORDON D. NELSON, 1819
Deputy Corporation Counsel
530 S. King Street, Room 110
City and County of Honolulu
Honolulu, Hawaii 96813
Telephone: (808) 523-4832
Facsimile: (808) 523-4583
Email:    gnelson1@honolulu.gov



Attorneys for Charles W. Totto

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY AND COUNTY OF HONOLULU, GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; and DOE ENTITIES 1-10,<br><br>　　　　Defendants. | CIVIL NO. 04-00108 SOM/KSC<br><br>AMENDED AND SUPPLEMENTED PRIVILEGE LOG; DECLARATION OF GORDON D. NELSON; EXHIBIT A; CERTIFICATE OF SERVICE<br><br>DATE: August 3, 2006<br>TIME: 9:30 a.m.<br>JUDGE: Hon. Kevin S. Chang |

## AMENDED AND SUPPLEMENTED PRIVILEGE LOG

Charles W. Totto, by and through his counsel, CARRIE K. S. OKINAGA, Corporation Counsel, and GORDON D. NELSON, Deputy Corporation Counsel, submits an Amended and Supplemented Privilege Log, as set forth in Exhibit A to the attached Declaration of Gordon D. Nelson.

As indicated in the attached Declaration, the amendments to the Privilege Log, clarify a few descriptions and correct typographical errors and incorrect references contained in the originally submitted Privilege Log. The supplemental entries list additional identified documents concerning which Mr. Totto asserts privilege against disclosure.

DATED: Honolulu, Hawaii, July 21, 2006.

Respectfully submitted,

CARRIE K. S. OKINAGA
Corporation Counsel

By _____
GORDON D. NELSON
Deputy Corporation Counsel
Attorneys for Charles W. Totto