IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH, ) | CIVIL NO. 04-00108 SOM/KSC |
| ) | |
| Plaintiff, ) | DECLARATION OF |
| ) | GORDON D. NELSON |
| v. ) | |
| ) | |
| CITY AND COUNTY OF ) | |
| HONOLULU, GARY T. ) | |
| KUROKAWA; ROBERT O. ) | |
| MAGOTA; ANN C. GIMA; and GK ) | |
| APPRAISALS, INC.; JOHN DOES 1- ) | |
| 10; JANE DOES 1-10; DOE ) | |
| PARTNERSHIPS; DOE ) | |
| CORPORATIONS 1-10; and DOE ) | |
| ENTITIES 1-10, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## DECLARATION OF GORDON D. NELSON

GORDON D. NELSON hereby declares that:

1. I am an attorney licensed to practice law in the State of Hawaii, and I am the attorney representing Charles W. Totto in connection with the subpoena duces tecum issued and served upon him in this matter by Plaintiff Philip E. English.

2.  Attached hereto as Exhibit A is a true and correct copy of a Supplemental and Amended Privilege Log prepared by me with respect to documents sought by said subpoena.

3.  All entries in the Supplemental and Amended Privilege Log have been amended to correctly refer to the ordinance cited.

4.  The following entries have been amended to correct typographical errors or incorrect cross references: 1783-1799, 1800, 1828-1832, 1833-1834, 1856-1863, 1864, 1865, and 1898-1900.

5.  The descriptions in the following entries have been clarified: 1138-1143 and 1917-1922.

6.  The privilege log has been supplemented to identify additional responsive documents and materials that were considered in executive session by the Ethics Commission, and minutes of those executive sessions. These materials are identified in entries beginning at 2157 (through 2273). Mr. Totto asserts privileges against disclosure regarding these materials.

7.  Agendas and Minutes for the public portions of relevant Ethics Commission's meetings have been determined not to be privileged, and have been or will be produced to counsel. For the sake of completeness, these materials have been identified in the log as non-privleged in the following entries: 2157, 2163-

2165, 2167-2168, 2185-2189, 2193-2194, 2213-2219, 2223-2224, 2238-2246, 2250-2251, 2260-2262, 2264-2265, and 2269-2272.

8.     Four additional pages containing handwritten notes of Mr. Totto have also just been found and have been identified as Bate-stamped pages 2274-2277.

9.     There is no entry for Bate-stamped page 1854, as the document is believed to be not responsive to the subpoena. It is a general email notice of a change-of-address for complainant's attorney.

I GORDON D. NELSON, declare under penalty of law that the foregoing is true and correct.

DATED: Honolulu, Hawaii, July 21, 2006.

_____
GORDON D. NELSON