IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH, ) | CIVIL NO. 04-00108 SOM/KSC |
| ) | |
| Plaintiff, ) | CERTIFICATE OF SERVICE |
| ) | |
| v. ) | |
| ) | |
| CITY AND COUNTY OF ) | |
| HONOLULU, GARY T. ) | |
| KUROKAWA; ROBERT O. ) | |
| MAGOTA; ANN C. GIMA; and GK ) | |
| APPRAISALS, INC.; JOHN DOES 1- ) | |
| 10; JANE DOES 1-10; DOE ) | |
| PARTNERSHIPS; DOE ) | |
| CORPORATIONS 1-10; and DOE ) | |
| ENTITIES 1-10, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy hereof was served upon the following by hand delivery on July 21, 2006:

> ROGER S. MOSELEY, ESQ.
> CHRISTOPHER J. MUZZI, ESQ.
> RENEE M. FURUTA, ESQ.
> Moseley Biehl Tsugawa Lau & Muzzi
> Alakea Corporate Tower
> 1100 Alakea Street, 23rd Floor
> Honolulu, Hawaii 96813
>
> Attorneys for Plaintiff

KEVIN P. H. SUMIDA, ESQ.
ANTHONY L. WONG, ESQ.
Dillingham Transportation Building
735 Bishop Street, Suite 411
Honolulu, Hawaii 96813

Attorneys for Defendant
 GK APPRAISALS, INC.

MICHAEL L. LORUSSO, ESQ.
Kawashima Lorusso & Tom, LLP
Fort Street Tower
745 Fort Street, 5th Floor
Honolulu, Hawaii 96813

Attorneys for Defendants
CITY AND COUNTY OF HONOLULU,
    GARY T. KUROKAWA, ROBERT O. MAGOTA,
    and ANN C. GIMA

DATED: Honolulu, Hawaii, July 21, 2006.

_____
GORDON D. NELSON
Deputy Corporation Counsel
Attorney for Charles W. Totto