ORIGINAL

Of Counsel:
Sumida & Tsuchiyama
A Limited Liability Law Company

KEVIN P. H. SUMIDA    2544-0
ANTHONY L. WONG       6018-0
Dillingham Transportation Building
735 Bishop Street, Suite 411
Honolulu, Hawaii 96813
Telephone No.: (808) 356-2600
Facsimile No.: (808) 587-6197
E-Mail Address: awong@sthawaii.com

Attorneys For Defendant
GK APPRAISALS, INC.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 2 4 2006

at __ o'clock and __ min. __M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH, | ) CIVIL NO. CV04-00108 SOM KSC |
| Plaintiff, | ) |
| vs. | ) CERTIFICATE OF SERVICE |
| | ) [Re: DARYL MATTHEWS, M.D., |
| CITY AND COUNTY OF HONOLULU; | ) PH.D.] |
| GARY T. KUROKAWA; | ) |
| ROBERT O. MAGOTA; | ) |
| ANN C. GIMA; and | ) |
| GK APPRAISALS, INC.; | ) |
| JOHN DOES 1-10; | ) |
| JANE DOES 1-10; | ) |
| DOE PARTNERSHIPS; | ) Trial Date: 10/02/2006 |
| DOE CORPORATIONS 1-10; | ) |
| AND DOE ENTITIES 1-10, | ) |
| Defendants. | ) |

CV04-00108 SOM KSC_20060816_ON1.doc

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date ___JUL 24 2006___ a true and correct copy of the Notice of Taking Deposition Upon Oral Examination dated ___JUL 24 2006___, was duly served to the following in the manner described below:

    Hand-Delivery to:

    ROGER S. MOSELEY ESQ.
    ALAN K. LAU, ESQ.
    CHRISTOPHER J. MUZZI, ESQ.
    Moseley Biehl Tsugawa Lau & Muzzi
    Alakea Corporate Tower
    1100 Alakea Street, 23rd Floor
    Honolulu, Hawaii 96813
    Telephone No: (808) 531-0490

    Attorneys for Plaintiff

    Hand-Delivery to:

    MICHAEL A. LORUSSO, ESQ.
    Kawashima Lorusso & Tom LLP
    Topa Financial Center
    Fort Street Tower
    745 Fort Street, Suite 500
    Honolulu, Hawaii 96813
    Telephone No: (808) 275-0300

    Attorney for Defendants
    CITY AND COUNTY OF HONOLULU;
    GARY T. KUROKAWA;
    ROBERT O. MAGOTA; and ANN C. GIMA

GERALD Y. SEKIYA, ESQ.
Cronin, Fried, Sekiya, Kekina & Fairbanks
Davies Pacific Center
841 Bishop Street, Suite 600
Honolulu, Hawaii 96813
Telephone No: (808) 524-1433

Mediator

DATED:  Honolulu, Hawaii, _____ JUL 24 2006 _____

_____
KEVIN P. H. SUMIDA
ANTHONY L. WONG

Attorneys For Defendant
GK APPRAISALS, INC.

3