ORIGINAL

MOSELEY BIEHL TSUGAWA LAU & MUZZI
a Hawaii limited liability law company

ROGER S. MOSELEY           2060
ALAN K. LAU                3981
CHRISTOPHER J. MUZZI       6939
RENEE M. FURUTA            7593
Alakea Corporate Tower
1100 Alakea Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone:  (808) 531-0490
Facsimile:  (808) 534-0202
Email:   rmoseley@hilaw.us
         alau@hilaw.us
         rfuruta@hilaw.us
         jfong@hilaw.us

Attorneys for Plaintiff
PHILIP E. ENGLISH

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 2 6 2006

at 3 o'clock and 40 min P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>         Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>         Defendants. | Civil No.  04-00108 JMS/KSC<br><br>CERTIFICATE OF SERVICE RE: THIRD AMENDED NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION<br><br>[RE:  ROBERT O. MAGOTA] |

10010\3\53826.3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that copies of the THIRD AMENDED NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION (RE: ROBERT O. MAGOTA) were duly served upon the following persons, by way of hand-delivery to their last known address, on the date stated below:

MICHAEL L. LORUSSO, ESQ.
Kawashima Lorusso & Tom, LLP
Fort Street Tower
745 Fort Street, 5th Floor
Honolulu, Hawaii  96813

    Attorneys for Defendants
    City & County of Honolulu,
    Gary T. Kurokawa, Robert O. Magota,
    and Ann C. Gima

KEVIN P. H. SUMIDA, ESQ.
ANTHONY L. WONG, ESQ.
Simida & Tsuchiyama
Suite 1400, Mauka Tower
735 Bishop Street
Suite 411
Honolulu, Hawaii  96813

    Attorneys for Defendant
    GK APPRAISALS, INC.

DATED:  Honolulu, Hawaii, July 26, 2006.

                         /s/ Renee M. Furuta
                         ROGER S. MOSELEY
                         ALAN K. LAU
                         CHRISTOPHER J. MUZZI
                         RENEE M. FURUTA

                         Attorneys for Plaintiff
                         PHILIP E. ENGLISH