ORIGINAL

MOSELEY BIEHL TSUGAWA LAU & MUZZI
a Hawaii limited liability law company
ROGER S. MOSELEY           2060
CHRISTOPHER J. MUZZI       6939
RENEE M. FURUTA            7593
Alakea Corporate Tower
1100 Alakea Street, 23rd Floor
Honolulu, Hawaii 96813
Telephone: (808) 531-0490
Facsimile: (808) 534-0202
Email: rmoseley@hilaw.us
       cmuzzi@hilaw.us
       rfuruta@hilaw.us

Attorneys for Plaintiff
PHILIP E. ENGLISH

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 28 2006

at 10 o'clock and 10 min A.M.
SUE BEITIA, CLERK

LODGED

JUL 20 2006
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>        Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1–10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>        Defendants. | Civil No. 04-00108 SOM/KSC<br><br>STIPULATION AND ORDER RE: DISCOVERY CUT-OFF |

## STIPULATION AND ORDER RE: DISCOVERY CUT-OFF

COMES NOW the parties herein and, in consideration of the extensive number of oral depositions outstanding and in order to facilitate ongling discussions among the arties which may resolve the above-referenced litigation, hereby stipulate and agree to to extend the discovery cut-off deadline to September 1, 2006.

Dated: Honolulu, Hawaii   JUL 2 0 2006

_____
ROGER S. MOSELEY
Attorney for Plaintiff

_____
MICHAEL L. LORUSSO, ESQ.
Attorneys for Defendants
City & County of Honolulu,
Gary T. Kurokawa, Robert O. Magota,
and Ann C. Gima

_____
ANTHONY L. WONG, ESQ.
Attorney for Defendant
GK APPRAISALS, INC.

**APPROVED AND SO ORDERED:**

_____
JUDGE OF THE ABOVE-ENTITLED COURT