MOSELEY BIEHL TSUGAWA LAU & MUZZI
a Hawaii limited liability law company
ROGER S. MOSELEY         2060
ALAN K. LAU              3981
CHRISTOPHER J. MUZZI     6939
RENEE M. FURUTA          7593
Alakea Corporate Tower
1100 Alakea Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone:  (808) 531-0490
Facsimile:  (808) 534-0202
Email:   rmoseley@hilaw.us
         alau@hilaw.us
         cmuzzi@hilaw.us
         rfuruta@hilaw.us

Attorneys for Plaintiff
PHILIP E. ENGLISH

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 28 2006

at __ o'clock and __ min __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>         Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF HONOLULU;<br>GARY T. KUROKAWA; ROBERT O.<br>MAGOTA; ANN C. GIMA; and GK<br>APPRAISALS, INC.; JOHN DOES 1<br>-10; JANE DOES 1-10; DOE<br>PARTNERSHIPS; DOE CORPORATIONS<br>1-10; AND DOE ENTITIES 1-10,<br><br>         Defendants. | Civil No.  04-00108 JMS/KSC<br><br>CERTIFICATE OF SERVICE RE:<br>NOTICE OF TAKING DEPOSITION<br>UPON ORAL EXAMINATION<br><br>[RE:  JULIE TAMAYORI] |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION (RE: JULIE TAMAYORI) was duly served upon the parties listed below at their respective address, via hand-delivery, on the date stated below.

> MICHAEL L. LARUSSO, ESQ.
> Kawashima Lorusso & Tom, LLP
> Fort Street Tower
> 745 Fort Street, 5th Floor
> Honolulu, Hawaii  96813
>
>> Attorneys for Defendants
>> City & County of Honolulu,
>> Gary T. Kurokawa, Robert O. Magota,
>> and Ann C. Gima
>
> KEVIN P. H. SUMIDA, ESQ.
> ANTHONY L. WONG, ESQ.
>     735 Bishop Street
> Suite 411
> Honolulu, Hawaii  96813
>
>> Attorneys for Defendant
>> GK APPRAISALS, INC.

DATED:  Honolulu, Hawaii,  JUL 28 2006                .

_____
ROGER S. MOSELEY
ALAN K. LAU
CHRISTOPHER J. MUZZI
RENEE M. FURUTA

Attorneys for Plaintiff
PHILIP E. ENGLISH