ORIGINAL

MOSELEY BIEHL TSUGAWA LAU & MUZZI
a Hawaii limited liability law company
ROGER S. MOSELEY           2060
ALAN K. LAU                3981
CHRISTOPHER J. MUZZI       6939
RENEE M. FURUTA            7593
Alakea Corporate Tower
1100 Alakea Street, 23rd Floor
Honolulu, Hawaii 96813
Telephone: (808) 531-0490
Facsimile: (808) 534-0202
Email: rmoseley@hilaw.us
       alau@hilaw.us
       cmuzzi@hilaw.us
       rfuruta@hilaw.us

Attorneys for Plaintiff
PHILIP E. ENGLISH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>       Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>       Defendants. | Civil No. 04-00108 JMS/KSC<br><br>CERTIFICATE OF SERVICE RE: NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION<br><br>[RE: GARY KUROKAWA] |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUL 28 2006
at ___ o'clock and ___ min. ___M
SUE BEITIA, CLERK

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION (RE: GARY KUROKAWA) was duly served upon the parties listed below at their respective address, via hand-delivery, on the date stated below.

    MICHAEL L. LARUSSO, ESQ.
    Kawashima Lorusso & Tom, LLP
    Fort Street Tower
    745 Fort Street, 5th Floor
    Honolulu, Hawaii  96813

        Attorneys for Defendants
        City & County of Honolulu,
        Gary T. Kurokawa, Robert O. Magota,
        and Ann C. Gima

    KEVIN P. H. SUMIDA, ESQ.
    ANTHONY L. WONG, ESQ.
    735 Bishop Street
    Suite 411
    Honolulu, Hawaii  96813

        Attorneys for Defendant
        GK APPRAISALS, INC.

DATED:  Honolulu, Hawaii, _____JUL 28 2006_____.

                                  _/s/ Renee M. Furuta_____
                                  ROGER S. MOSELEY
                                  ALAN K. LAU
                                  CHRISTOPHER J. MUZZI
                                  RENEE M. FURUTA

                                  Attorneys for Plaintiff
                                  PHILIP E. ENGLISH