MOSELEY BIEHL TSUGAWA LAU & MUZZI
a Hawaii limited liability law company

ROGER S. MOSELEY          2060
CHRISTOPHER J. MUZZI      6939
RENEE M. FURUTA           7593
Alakea Corporate Tower
1100 Alakea Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone:  (808) 531-0490
Facsimile:  (808) 534-0202
Email:  rmoseley@hilaw.us
        cmuzzi@hilaw.us
        rfuruta@hilaw.us
Attorneys for Plaintiff
PHILIP E. ENGLISH

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>        Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1–10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>        Defendants. | Civil No.  04-00108 SOM/KSC<br><br>DECLARATION OF ROGER S. MOSELEY; ATTACHMENT "1"; CERTIFICATE OF SERVICE |

## DECLARATION OF ROGER S. MOSELEY

I, ROGER S. MOSELEY, declare under penalty of perjury that the following is true and correct to the best of my knowledge:

1.    I am an attorney licensed to practice law in the State of Hawaii, the United District Court for the District of Hawaii, and the United States Circuit Court of the 9th Circuit.

2.    I am one of the attorneys responsible for representing Plaintiff Philip E. English in the above-captioned case.

3.    I make this declaration in further support of PLAINTIFF PHILIP E. ENGLISH'S MOTION TO COMPEL COMPLIANCE WITH SUBPOENA ISSUED JUNE 2, 2006, FILED JULY 5, 2006.

4.    Attached hereto as Attachment "1" are true and correct copies of Exhibits "82" – "95" to the DEPOSITION OF CHARLES TOTTO taken on June 23, 2006 at 9:15 a.m. at the Law offices of Moseley Biehl Tsugawa Lau & Muzzi before Rita King, a Certified Court Reporter in the State of Hawaii.

I   DECLARE UNDER PENALTY OF PERJURY under the laws of the State of Hawaii, that the foregoing is true and correct.

Executed this $\underline{3^{rd}}$ day of $\underline{August}$ 2006, at Honolulu, Hawaii.

/s/ Roger S. Moseley

ROGER S. MOSELEY