**ORIGINAL**

MOSELEY BIEHL TSUGAWA LAU & MUZZI
a Hawaii limited liability law company
ROGER S. MOSELEY           2060
ALAN K. LAU                3981
CHRISTOPHER J. MUZZI       6939
RENEE M. FURUTA            7593
Alakea Corporate Tower
1100 Alakea Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone:  (808) 531-0490
Facsimile:  (808) 534-0202
Email:  rmoseley@hilaw.us
        alau@hilaw.us
        cmuzzi@hilaw.us
        rfuruta@hilaw.us

Attorneys for Plaintiff
PHILIP E. ENGLISH

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 0 1 2006

at 11 o'clock and 00 min A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| PHILIP E. ENGLISH, | Civil No. 04-00108 JMS/KSC |
|---|---|
| Plaintiff, | CERTIFICATE OF SERVICE RE: FIRST AMENDED NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION |
| vs. | |
| CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10, | [RE: CAROLE KAMISATO] |
| Defendants. | |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the FIRST AMENDED NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION (RE: CAROLE KAMISATO) was duly served upon the parties listed below at their respective address, via hand-delivery, on the date stated below.

> MICHAEL L. LARUSSO, ESQ.
> Kawashima Lorusso & Tom, LLP
> Fort Street Tower
> 745 Fort Street, 5th Floor
> Honolulu, Hawaii 96813
>
> > Attorneys for Defendants
> > City & County of Honolulu,
> > Gary T. Kurokawa, Robert O. Magota,
> > and Ann C. Gima
>
> KEVIN P. H. SUMIDA, ESQ.
> ANTHONY L. WONG, ESQ.
> 735 Bishop Street
> Suite 411
> Honolulu, Hawaii 96813
>
> > Attorneys for Defendant
> > GK APPRAISALS, INC.

DATED: Honolulu, Hawaii, AUG 1 2006.

ROGER S. MOSELEY
ALAN K. LAU
CHRISTOPHER J. MUZZI
RENEE M. FURUTA
Attorneys for Plaintiff
PHILIP E. ENGLISH