ORIGINAL

MOSELEY BIEHL TSUGAWA LAU & MUZZI
a Hawaii limited liability law company
ROGER S. MOSELEY          2060
ALAN K. LAU               3981
CHRISTOPHER J. MUZZI          6939
RENEE M. FURUTA              7593
Alakea Corporate Tower
1100 Alakea Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone:  (808) 531-0490
Facsimile:  (808) 534-0202
Email:  rmoseley@hilaw.us
        alau@hilaw.us
        cmuzzi@hilaw.us
        rfuruta@hilaw.us

Attorneys for Plaintiff
PHILIP E. ENGLISH

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 0 1 2006

at 11 o'clock and 00 min. A M
SUE BEITIA, CLERK


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>           Plaintiff,<br><br>   vs.<br><br>CITY AND COUNTY OF HONOLULU;<br>GARY T. KUROKAWA; ROBERT O.<br>MAGOTA; ANN C. GIMA; and GK<br>APPRAISALS, INC.; JOHN DOES 1<br>-10; JANE DOES 1-10; DOE<br>PARTNERSHIPS; DOE CORPORATIONS<br>1-10; AND DOE ENTITIES 1-10,<br><br>           Defendants. | Civil No.  04-00108 JMS/KSC<br><br>CERTIFICATE OF SERVICE RE:<br>FIRST AMENDED NOTICE OF TAKING<br>DEPOSITION UPON ORAL<br>EXAMINATION<br><br>[RE:  JULIE TAMAYORI] |

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the FIRST AMENDED NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION (RE: JULIE TAMAYORI) was duly served upon the parties listed below at their respective address, via hand-delivery, on the date stated below.

MICHAEL L. LARUSSO, ESQ.
Kawashima Lorusso & Tom, LLP
Fort Street Tower
745 Fort Street, 5th Floor
Honolulu, Hawaii  96813

Attorneys for Defendants
City & County of Honolulu,
Gary T. Kurokawa, Robert O. Magota,
and Ann C. Gima

KEVIN P. H. SUMIDA, ESQ.
ANTHONY L. WONG, ESQ.
735 Bishop Street
Suite 411
Honolulu, Hawaii  96813

Attorneys for Defendant
GK APPRAISALS, INC.

DATED:  Honolulu, Hawaii,  _____ AUG 1 2006 _____ .

ROGER S. MOSELEY
ALAN K. LAU
CHRISTOPHER J. MUZZI
RENEE M. FURUTA

Attorneys for Plaintiff
PHILIP E. ENGLISH