ORIGINAL

Of Counsel:
Sumida & Tsuchiyama
A Limited Liability Law Company

KEVIN P. H. SUMIDA    2544-0
ANTHONY L. WONG      6018-0
Dillingham Transportation Building
735 Bishop Street, Suite 411
Honolulu, Hawaii 96813
Telephone No.: (808) 356-2600
Facsimile No.: (808) 587-6197
E-Mail Address: awong@sthawaii.com

Attorneys For Defendant
GK APPRAISALS, INC.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 02 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH, | ) CIVIL NO. CV04-00108 SOM KSC |
| Plaintiff, | ) |
| vs. | ) CERTIFICATE OF SERVICE |
| | ) [Re: PHILIP E. ENGLISH] |
| CITY AND COUNTY OF HONOLULU; | ) |
| GARY T. KUROKAWA; | ) |
| ROBERT O. MAGOTA; | ) |
| ANN C. GIMA; and | ) |
| GK APPRAISALS, INC.; | ) |
| JOHN DOES 1-10; | ) |
| JANE DOES 1-10; | ) Trial Date:  10/02/2006 |
| DOE PARTNERSHIPS; | ) |
| DOE CORPORATIONS 1-10; | ) |
| AND DOE ENTITIES 1-10, | ) |
| Defendants. | ) |

CV04-00108 SOM KSC_20060807_ON1.doc

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date AUG - 3 2006 a true and correct copy of the First Amended Notice of Taking Deposition Upon Oral Examination dated AUG - 2 2006, was duly served to the following in the manner described below:

Mailed to:

ROGER S. MOSELEY ESQ.
ALAN K. LAU, ESQ.
CHRISTOPHER J. MUZZI, ESQ.
Moseley Biehl Tsugawa Lau & Muzzi
Alakea Corporate Tower
1100 Alakea Street, 23rd Floor
Honolulu, Hawaii 96813
Telephone No: (808) 531-0490

Attorneys for Plaintiff

Mailed to:

MICHAEL A. LORUSSO, ESQ.
Kawashima Lorusso & Tom LLP
Topa Financial Center
Fort Street Tower
745 Fort Street, Suite 500
Honolulu, Hawaii 96813
Telephone No: (808) 275-0300

Attorney for Defendants
CITY AND COUNTY OF HONOLULU;
GARY T. KUROKAWA;
ROBERT O. MAGOTA; and ANN C. GIMA

GERALD Y. SEKIYA, ESQ.
Cronin, Fried, Sekiya, Kekina & Fairbanks
Davies Pacific Center
841 Bishop Street, Suite 600
Honolulu, Hawaii 96813
Telephone No: (808) 524-1433

Mediator

DATED: Honolulu, Hawaii,  _____AUG - 2 2006_____

_____
KEVIN P. H. SUMIDA
ANTHONY L. WONG

Attorneys For Defendant
GK APPRAISALS, INC.