ORIGINAL

AO88 (Rev. 1/94) Subpoena in a Civil Case

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

Issued by the

## UNITED STATES DISTRICT COURT

### DISTRICT OF HAWAII

AUG 03 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

PHILIP E. ENGLISH

**SUBPOENA IN A CIVIL CASE**

V.

CITY AND COUNTY OF HONOLULU ET AL.

Case Number:[1] 04-00108 JMS/KSC

TO: MICHAEL GOLOJUCH
   Dept. of Budget and Fiscal Services
   530 S. King Street, 2nd Floor
   Honolulu, Hawaii 96813

8/2/06 @ 8:40am

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☑ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| MOSELEY BIEHL TSUGAWA LAU & MUZZI, 1100 ALAKEA STREET, 23RD FLOOR, HONOLULU, HAWAII 96813 | AUGUST 14, 2006 @9:00 A.M. |

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

SEE EXHIBIT A

| PLACE | DATE AND TIME |
|---|---|
| MOSELEY BIEHL TSUGAWA LAU & MUZZI, 1100 ALAKEA STREET, 23RD FLOOR, HONOLULU, HAWAII 96813 | AUGUST 14, 2006 @9:00 A.M. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
|  | AUG 1 2006 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
ROGER S. MOSELEY, ATTORNEY FOR PLAINTIFF, MOSELEY BIEHL TSUGAWA LAU & MUZZI, 1100 ALAKEA STREET, 23RD FLOOR, HONOLULU, HAWAII 96813. TELEPHONE NUMBER: 808-531-0490

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 1/94) Subpoena in a Civil Case

## PROOF OF SERVICE

|  | DATE | PLACE |
|---|---|---|
| SERVED | August 2, 2006<br>8:40am | 530 S. King St., 2nd Floor<br>Honolulu, HI 96813 |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| MICHAEL GOLOJUCH | PERSONAL |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| HAMILTON C. PIEPER | HAMILTON C. PIEPER<br>Authorized Civil Process Server<br>By the Dept. of Public Safety<br>State of Hawaii |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on ____August 2, 2006____
DATE

_Hamilton C. Pieper_
SIGNATURE OF SERVER

Hamilton C. Pieper
1050 Bishop St. #521
Hon. HI 96813
Ph. 808-282-8730

ADDRESS OF SERVER

## Exhibit A

1.   Any and all documents, records, notes, memorandum or other material pertaining to Philip E. English.

2.  Any and all documents, records, notes, memorandum or other material pertaining to Gary Kurokawa.

3.  Any and all documents, records, notes, memorandum or other material pertaining to Robert Magota.

4.  Any and all documents, records, notes, memorandum or other material pertaining to Ann Gima.

5.  Any and all documents, records, notes, memorandum or other material pertaining to Christopher Graff.

6.  Any and all documents, records, notes, memorandum or other material pertaining to any investigation or interview of any kind with respect to Philip E. English.

7.  Any and all documents, records, notes, memorandum or other material pertaining to any investigation or interview with respect to any other employee of the Assessment, Division.

8.  Any and all documents, records, notes, memorandum or other material pertaining to Michael Golojuch.

9.  Any and all documents, records, notes, memorandum or other material pertaining to any investigation by Michael Golojuch.

10.  Any and all documents, records, notes, memorandum or other material pertaining to any investigation by Violet Lee.

11.  Any and all documents, records, notes, memorandum or other material pertaining to Violet Lee.

12.  Any and all documents, records, notes, memorandum or other material pertaining to Thomas Riddle.

13. Any and all documents, records, notes, memorandum or other material pertaining to any workers' compensation claim by Philip E. English.

14.  Any and all documents, records, notes, memorandum or other material pertaining to Charles Totto.

15.  Any and all documents, records, notes, memorandum or other material pertaining to the City Ethics Commission.

16.  Any and all documents, records, notes, memorandum or other material pertaining to any investigation on behalf of the City Ethics Commission.

17.  Copy of your calendar from June 2000 through June 2004.

18.  Copy of your time records, cards, logs or other document from June 2000 through June 2004.

19.  Any and all documents, records, notes, memorandum or other material pertaining to Board of Review schedules from June 2000 through June 2004.

20.  Copy of your vacation schedule from June 2000 through June 2004.

21.  Copy of your sick leave from June 2000 through June 2004.

22.  Copy of any documentation of any leave of any nature or form taken or sought from June 2000 through june 2004.

23.  Any and all documents, records, notes, memorandum or other material pertaining to GK Appraisals, Inc.

24.  Any and all documents, records, notes, memorandum or other material pertaining to your education and training regarding real property assessments.

25.  Any and all documents, records, notes, memorandum or other material pertaining to any promotion(s) you have received or sought while with the Assessment Division.

26.  Any and all documents, records, notes, memorandum or other material pertaining to any disciplinary action taken against you or received by you while employed with the Assessment Division.

27.  Any and all documents, records, notes, memorandum or other material pertaining to any disciplinary proceeding or investigation of any employee misconduct in which you participated or were involved in any manner, shape or form.

28.  Any and all documents, records, notes, memorandum or other material pertaining to any complaint(s) you have made regarding any employee of the Assessment Division.

29.  Any and all documents, records, notes, memorandum or other material pertaining to any training or information you received regarding the rights of whistleblowers.

30.  Any and all documents, records, notes, memorandum or other material pertaining to any polices and procedures of the City regarding the treatment and rights of whistleblowers.

31.  Any and all reports, findings, notes, provided by individuals and groups, minutes of meeting, interviews with City and County of Honolulu employees pertaining investigation(s) conducted by the City and County of Honolulu in response to workplace violence reports filed against Philip E. English by City and County of Honolulu's employees.

32.  Any and all statements (including written statements and oral statements) provided by individuals and groups, pertaining investigation(s) conducted by the City and County of Honolulu in response to workplace violence reports filed against Philip E. English by City and County of Honolulu's employees.

33.  Any and all written policies, procedures, and standards regarding the conduct of investigations pertaining to workplace violence at the City and County of Honolulu.

34.  Any and all documents, records notes, memorandum or other material regarding training programs, seminars or other forums you participated in, created or were involved in with respect to whistleblowers.

35.  Any and all documents records, notes, memorandum or other material regarding any and all other whistleblower claims or issues, in which you were involved in any way, since you began employment with the City and County of Honolulu.

36.  Any and all documents, records, notes memorandum or other material regarding any and all workers' compensation claims in which you were involved in, in any manner, since you began employment with the City and County of Honolulu.

37.  Any and all documents, records, notes memorandum or other material regarding any and all Ethics Commission matters in which you were involved in, in any manner, since you began employment with the City and County of Honolulu.

38.  Any and all documents, records, notes memorandum or other material regarding any City and County of Honolulu policy or practic with respect to whistleblowers.

39.  Any and all documents, records, notes, memorandum or other material pertaining to Civil No. 04-00108.

40.  Any and all documents, records, notes, memorandum or other material pertaining to defenses asserted by Defendants City and County of Honolulu, Gary T. Kurokawa, Robert O. Magota, Ann C. Gima and/or GK Appraisals, Inc.