# ORIGINAL

CARRIE K.S. OKINAGA, 5958
Corporation Counsel
GORDON D. NELSON, 1819
Deputy Corporation Counsel
530 S. King Street, Room 110
City and County of Honolulu
Honolulu, Hawaii 96813
Telephone:  (808) 523-4832
Facsimile:  (808) 523-4583
Email:      gnelson1@honolulu.gov

Attorneys for Charles W. Totto

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 03 2006

at  8 o'clock and 30 min. __ M
SUE BEITIA, CLERK

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH, | ) CIVIL NO. 04-00108 SOM/KSC |
| | ) |
| Plaintiff, | ) SECOND SUPPLEMENT TO |
| | ) PRIVILEGE LOG; DECLARATION |
| v. | ) OF GORDON D. NELSON; |
| | ) EXHIBIT A; CERTIFICATE OF |
| CITY AND COUNTY OF | ) SERVICE |
| HONOLULU, GARY T. | ) |
| KUROKAWA; ROBERT O. | ) |
| MAGOTA; ANN C. GIMA; and GK | ) DATE:  August 3, 2006 |
| APPRAISALS, INC.; JOHN DOES 1- | ) TIME:   9:30 a.m. |
| 10; JANE DOES 1-10; DOE | ) JUDGE: Hon. Kevin S. Chang |
| PARTNERSHIPS; DOE | ) |
| CORPORATIONS 1-10; and DOE | ) |
| ENTITIES 1-10, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## SECOND SUPPLEMENT TO PRIVILEGE LOG

Charles W. Totto, by and through his counsel, CARRIE K. S. OKINAGA, Corporation Counsel, and GORDON D. NELSON, Deputy Corporation Counsel, submits a Second Supplement to Privilege Log, as set forth in Exhibit A to the attached Declaration of Gordon D. Nelson.

As indicated in the attached Declaration, the supplemental entries are descriptions of Bate-stamped documents 1145 through 1289 that were inadvertently omitted in prior submissions.

DATED:  Honolulu, Hawaii, August 3, 2006.

Respectfully submitted,

CARRIE K. S. OKINAGA
Corporation Counsel


By _____
GORDON D. NELSON
Deputy Corporation Counsel
Attorneys for Charles W. Totto