IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH, | ) CIVIL NO. 04-00108 SOM/KSC |
| Plaintiff, | ) DECLARATION OF |
| | ) GORDON D. NELSON |
| v. | ) |
| CITY AND COUNTY OF HONOLULU, GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; and DOE ENTITIES 1-10, | ) |
| Defendants. | ) |

## DECLARATION OF GORDON D. NELSON

GORDON D. NELSON hereby declares that:

1. I am an attorney licensed to practice law in the State of Hawaii, and I am the attorney representing Charles W. Totto in connection with the subpoena duces tecum issued and served upon him in this matter by Plaintiff Philip E. English.

-2-

2. Attached hereto as Exhibit A is a true and correct copy of a list of supplemental entries to the Mr. Totto's Privilege Log prepared by me with respect to documents sought by said subpoena.

3. The Privilege Log has been supplemented to include descriptions of Bate-stamped documents 1145-1289, which descriptions were inadvertently omitted from prior submissions.

I GORDON D. NELSON, declare under penalty of law that the foregoing is true and correct.

DATED: Honolulu, Hawaii, August 3, 2006.

_____
GORDON D. NELSON