| Bate Stamp No. | Date | Document Description | Privilege Asserted |
|---|---|---|---|
| 1145-1150 | 11-1-05 | Enclosure with Bate-stamped page 1144 – confidential draft of stipulation regarding violations of the standards of conduct. | Privileged under ROH Chapter 3, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Work Product Doctrine |
| 1151-1161 | Undated | Drafts of enclosure with Bate-stamped pages 1145-1150, with redlining or comments. | Privileged under ROH Chapter 3, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Work Product Doctrine |
| 1162-1167 | Undated | Drafts of Notice of Possible Violation of Standards of Conduct to subject of investigation. | Privileged under ROH Chapter 3, Article 6; Ethics Commission Rules and RCH § 11-107 |
| 1168-1169 | Undated | Draft subpoena to subject of investigation. | Privileged under ROH Chapter 3, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney Work Product Doctrine |
| 1170-1177 | 3-3-05 | Memorandum from Charles W. Totto, Esq. to subject of investigation in EC 03-002(w) re Notice of Possible Violation of Standards of Conduct, with enclosed complaint. | Privileged under ROH Chapter 3, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Work Product Doctrine |
| 1178-1183 | Undated | Drafts Memorandum referred to in entry for Bate-stamped pages 1170-1177. | Privileged under ROH Chapter 3, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Work Product Doctrine |
| 1184-1199 | Undated | Same as of Bate-stamped pages 189-204. | Privileged under ROH Chapter 3, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Work Product Doctrine |
| 1200-1255 | 12-9-05 | Letter of Transmittal from Legal Assistant to counsel for Complainant, together with enclosed copy of deposition transcript of witness in civil matter. | Privileged under ROH Chapter 3, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Work Product Doctrine |

EXHIBIT A

| Bate Stamp No. | Date | Document Description | Privilege Asserted |
|---|---|---|---|
| 1256-1289 | Various | Documentary evidence identified by Matthew Viola, Esq. as significant and contained in EC 03-002(w) file labeled "Misc/Key Documents." Includes tax records of, and correspondence from, outside company showing payments to subject of investigation, financial disclosure of subject of investigation samples of appraisal work done by subject of investigation for outside company and 2-15-02 email exchange between complainant and co-worker regarding "Complaint Against Administrator." | Privileged under ROH Chapter 3, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Work Product Doctrine |