IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1–10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>　　　　　Defendants. | Civil No. 04-00108 SOM/KSC<br><br>DECLARATION OF COUNSEL |

DECLARATION OF COUNSEL

I, ROGER S. MOSELEY, declare under penalty of perjury that the following is true and correct to the best of my knowledge:

1.　I am an attorney licensed to practice law in the State of Hawaii and am the attorney responsible for representing Plaintiff Philip E. English.

2.　Attached hereto as Exhibits "A" and "B"are true and correct copies of portions of the transcript ot the hearing before this copurt on August 3, 2006 and of the Deposition of Linda Knowles taken July 28, 2006.

10010\3\56612.3

I DECLARE UNDER PENALTY OF PERJURY under the laws of the State of Hawaii, that the foregoing is true and correct.

Executed this 7th day of August, 2006, at Honolulu, Hawaii.

*/s/Roger S. Moseley*
ROGER S. MOSELEY