```
 1                  UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF HAWAII
 2
    PHILIP E. ENGLISH,          )   Case No. CV04-00108KSC
 3                              )
             Plaintiff,         )   Honolulu, Hawaii
 4                              )   August 3, 2006
          v.                    )   9:26 a.m.
 5                              )
    CITY AND COUNTY OF HONOLULU,)
 6  ET AL.,                     )
                                )
 7           Defendants.        )
    _____)
 8

 9    TRANSCRIPT OF PLAINTIFF'S MOTION TO COMPEL COMPLIANCE WITH
                    SUBPOENA ISSUED JUNE 2, 2006
10               BEFORE THE HONORABLE KEVIN S.C. CHANG
                    UNITED STATES MAGISTRATE JUDGE.
11

12

13

14

15

16

17

18  Transcriber:                    Jessica B. Cahill
                                    P.O. Box 1652
19                                  Wailuku, Maui, Hawaii 96793
                                    Telephone: (808)244-0776
20

21

22

23  Proceedings recorded by electronic sound recording, transcript
    produced by transcription service
24

25              EXHIBIT A
```

1   MR. MOSELEY: This should have been filed on July
2   25th, your Honor. We received the supplemental disclosure that
3   included the minutes of the Ethics Commission, or sets of
4   minutes of the Ethics Commission.
5   THE COURT: I can only tell you, Mr. Moseley, and,
6   again, maybe this is CMECF, but I have a docket sheet printed on
7   the 31st that doesn't have that pleading. The last pleading I
8   have from you is the reply filed on the 21st. And I think it's
9   pretty apparent that I've read everything this morning.
10  MR. MOSELEY: I don't know what to tell you. It's --
11  you know, you no longer get a file-stamped copy, you get the
12  electronic printout. So, I can't tell you what -- it's -- it's
13  in our pleadings file as number 203, and it is in response to --
14  to the supplemental disclosure of the -- it's in response to the
15  supplemental disclosures of the minutes that --
16  THE COURT: When is Mr. Muzzi going to be back, Mr.
17  Moseley?
18  MR. MOSELEY: I believe he's going to be back in about
19  a week, a week and a half, your Honor. I -- I asked him
20  yesterday how it was going with his father, and he said that the
21  situation might not have been as bad as they originally
22  represented. Apparently he has pancreatic cancer, lung cancer
23  and liver cancer. That's essentially all I know. He and his
24  young son are back there both to be with him in this -- in this
25  hard time and to assist the family.

```
 1
 2
 3                          CERTIFICATE
 4        I, court approved transcriber, certify that the
 5   foregoing is a correct transcript from the official electronic
 6   sound recording of the proceedings in the above-entitled matter.
 7        Dated this ____ day of _____, 200__.
 8
 9                                    _____
10
11                                      Jessica B. Cahill
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```