1

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                   FOR THE DISTRICT OF HAWAII
 3
 4   PHILIP E. ENGLISH,              ) CIVIL NO. 04-00108
 5             Plaintiff,            ) JMS/KSC
 6       vs.                         )
 7   CITY AND COUNTY OF HONOLULU;    )
 8   GARY T. KUROKAWA; ROBERT O.     )
 9   MAGOTA; ANN C. GIMA; AND        )
10   GK APPRAISALS, INC.; JOHN       )
11   DOES 1-10; JANE DOES 1-10;      )
12   DOE PARTNERSHIPS; DOE           )
13   CORPORATIONS 1-10; AND DOE      )
14   ENTITIES 1-10,                  )
15             Defendants.           )
16   _____ )
17
18            DEPOSITION OF LINDA H.Y.L. KNOWLES
19   Taken on behalf of the Plaintiff at the offices of
20   Moseley Biehl Tsugawa Lau & Muzzi, Alakea Corporate
21   Tower, 23rd Floor, 1100 Alakea Street, Honolulu,
22   Hawaii, commencing at 9:04 a.m., on Friday,
23   July 28, 2006, pursuant to Notice.
24
25        BEFORE:  Cristina V. Llewellyn, RPR, CSR 343
```

RALPH ROSENBERG COURT REPORTERS, INC.
(808) 524-2090

**EXHIBIT B**

1   BY MR. WONG:

2       Q.   We're back on the record.  Ms. Knowles, my

3   name is Anthony Wong and my office represents GK

4   Appraisals.  I just have a few follow-up questions I

5   believe from what Mr. Moseley was talking about

6   earlier.

7            First of all, I know this is a little bit

8   unusual where Mr. English is sitting here and you're

9   being asked all kinds of questions about personal

10  opinions and so forth.  And in polite society many

11  times we wouldn't do that or we'd hold back.  But due

12  to the circumstances, I'd like to ask you to be as

13  candid as possible.  Is that all right?

14      A.   Okay.

15      Q.   First, Mr. Moseley was asking you about a

16  number of your personal opinions.  I'd like to follow

17  that up with a slightly different hypothetical.  If a

18  city employee does not see any improper activity going

19  on but nonetheless reports it and thereafter stops

20  doing their job, starts sassing their supervisor, not

21  doing their work and so forth, and then claims that

22  they can't be disciplined because they're a

23  whistle-blower, do you think that's okay?

24      A.   No.

25      Q.   We were talking about workplace violence

```
1   STATE OF HAWAII       )
2                         ) SS
3   COUNTY OF HONOLULU    )
4            I, Cristina V. Llewellyn, Certified Shorthand
5   Reporter and Notary Public, State of Hawaii, hereby
6   certify there came before me the deponent herein,
7   namely, LINDA H.Y.L. KNOWLES, who was by me duly sworn
8   to testify to the truth concerning the matters in this
9   cause.
10           I further certify that the foregoing
11  transcript is a true and accurate transcript of my
12  original stenographic and recorded notes as taken at
13  said time and place to the best of my knowledge and
14  ability.
15           IN WITNESS WHEREOF, I have hereunto set my
16  hand and affixed my notarial seal this ___3rd___ day of
17  ___August___, 2006.
18
19           _____
20           Cristina V. Llewellyn
21           RPR, CSR 343
22           Notary Public
23           My Commission Expires: 04/19/09
24
25
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>        Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1–10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>        Defendants. | Civil No. 04-00108 SOM/KSC<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

The undersigned herby certifies that a true and correct copy of the foregoing was duly served upon the parties listed below by the means identified below on August 7, 2006:

| | |
|---|---|
| MICHAEL L. LARUSSO, ESQ.<br>Kawashima Lorusso & Tom, LLP<br>Fort Street Tower<br>745 Fort Street, 5th Floor<br>Honolulu, Hawaii 96813 | **United States Mail** |

10010/3/57247.1

Attorneys for Defendants
City & County of Honolulu,
Gary T. Kurokawa, Robert O. Magota,
and Ann C. Gima

KEVIN P. H. SUMIDA, ESQ.  **Court's Electronic**
ANTHONY L. WONG, ESQ.  **Transmission Facilities**
735 Bishop St., Suite 411
Honolulu, Hawaii 96813

Attorneys for Defendant
GK APPRAISALS, INC.

GORDON D. NELSON, ESQ.  **United States Mail**
Department of The Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii 96813

Attorney for Charles Totto

DATED: Honolulu, Hawaii, <u>August 7, 2006</u>.

/s/ Roger S. Moseley
ROGER S. MOSELEY
ALAN K. LAU
CHRISTOPHER J. MUZZI
RENEE M. FURUTA
Attorneys for Plaintiff
PHILIP E. ENGLISH