**ORIGINAL**

CARRIE K.S. OKINAGA, 5958
Corporation Counsel
GORDON D. NELSON, 1819
Deputy Corporation Counsel
530 S. King Street, Room 110
City and County of Honolulu
Honolulu, Hawaii 96813
Telephone:    (808) 523-4832
Facsimile:    (808) 523-4583
Email:        gnelson1@honolulu.gov

Attorneys for Charles W. Totto

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 0 7 2006

at ____ o'clock and ____ min. __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH, | ) CIVIL NO. 04-00108 SOM/KSC |
| | ) |
| Plaintiff, | ) THIRD SUPPLEMENT AND |
| | ) AMENDMENT TO PRIVILEGE |
| v. | ) LOG; DECLARATION OF |
| | ) GORDON D. NELSON; EXHIBIT A; |
| CITY AND COUNTY OF | ) CERTIFICATE OF SERVICE |
| HONOLULU, GARY T. | ) |
| KUROKAWA; ROBERT O. | ) |
| MAGOTA; ANN C. GIMA; and GK | ) DATE:  August 10, 2006 |
| APPRAISALS, INC.; JOHN DOES 1- | ) TIME:   9:00 a.m. |
| 10; JANE DOES 1-10; DOE | ) JUDGE: Hon. Kevin S. Chang |
| PARTNERSHIPS; DOE | ) |
| CORPORATIONS 1-10; and DOE | ) |
| ENTITIES 1-10, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## THIRD SUPPLEMENT AND AMENDMENT TO PRIVILEGE LOG

Charles W. Totto, by and through his counsel, CARRIE K. S. OKINAGA, Corporation Counsel, and GORDON D. NELSON, Deputy Corporation Counsel, submits a third Supplement to Privilege Log, as set forth in Exhibit A to the attached Declaration of Gordon D. Nelson.

As indicated in the attached Declaration, the supplemental entries are descriptions of documents identified by Bate-stamped nos. 222-229, 747-783 and 1958-1961. These pages were inadvertently omitted in prior submissions. In addition, typographical errors have been corrected on five entries (corrected entries 1725, 1726, 1809-1921, 1962-1964 and 2008-2044).

DATED:  Honolulu, Hawaii, August 7, 2006.

Respectfully submitted,

CARRIE K. S. OKINAGA
Corporation Counsel


By _____

GORDON D. NELSON
Deputy Corporation Counsel
Attorneys for Charles W. Totto