| Bate Stamp No. | Date | Document Description | Privilege Asserted |
|---|---|---|---|
| 222-226 | Various | Email exchanges among Matthew Viola, Esq., Charles W. Totto, Esq. and Norman Fisher and handwritten notes of Matthew Viola, Esq. regarding scheduling of interviews of witness and of subject of investigation in EC 03-002(w). | Privileged under ROH Chapter 3, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney/Client Privilege and Work Product Doctrine |
| 227 | 3-3-04 | Email of Matthew Viola, Esq. to Charles W. Totto, Esq. regarding conversation with Deputy Corporation Counsel Don Kitaoka relating to interviews and representation of sued employees at interviews in EC 03-002(w). | Privileged under ROH Chapter 3, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney/Client Privilege and Work Product Doctrine |
| 228 | 3-3-04 | Email from Matthew Viola, Esq. to Charles W. Totto, Esq. and Norman Fisher regarding scheduling of interview of subject of investigation in EC 03-002(w). | Privileged under ROH Chapter 3, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney/Client Privilege and Work Product Doctrine |
| 229 | 11-3-03 | Email from Real Property Assessment Division supervisor to Charles W. Totto, Esq. regarding staff interviews in connection with investigation of EC 03-002(w), forwarded to Matthew Viola, Esq. 11-4-03. | Privileged under ROH Chapter 3, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney Work Product Doctrine |
| 747-748 | 3-12-04 | Email exchange between subject of investigation and Norman Fisher regarding scheduling of interview, together with email from Charles W. Totto, Esq. to Matthew Viola, Esq. regarding the same. | Privileged under ROH Chapter 3, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney Work Product Doctrine |
| 749-751 | 3-15-05 | Same emails referred to in Bate-stamped pages 180-184, forwarded to Matthew Viola, Esq. | Privileged under ROH Chapter 3, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Work Product Doctrine |

EXHIBIT A

| Bate Stamp No. | Date | Document Description | Privilege Asserted |
|---|---|---|---|
| 752-753 | 2-15-02 | Same email exchange as that referred to in Bate-stamped pages 1256-1289 (email exchange between Complainant and co-worker regarding "Complaint Against Administrator") This version contains Matthew Viola, Esq.'s highlighting and handwritten notes. | Privileged under ROH Chapter 3, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Work Product Doctrine |
| 754-783 | Various | Financial Disclosures filed with the Ethics Commission by subject of investigation in EC 03-002(w) | Privileged under ROH Chapter 3, Article 8 and RCH § 11-107 |
| 1725 | 12-29-05 | Email from Matthew Viola, Esq. to Charles Totto, Esq. and Charles Totto, Esq. response to Matthew Viola, Esq. dated 12-29-05, with marking by Mr. Viola. | Privileged under ROH Chapter 3, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney—Client Privilege and Work Product Doctrine |
| 1726 | 12-29-05 | Same as Bate-stamped page 1725, but unmarked, with further email from Matthew Viola, Esq. to Charles Totto, Esq. and Charles Totto, Esq. response to Matthew Viola, Esq. dated 12-29-05. | Privileged under ROH Chapter 3, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney—Client Privilege and Work Product Doctrine |
| 1809-1821 | 2-08-06 | Series of emails among counsel for Complainant, Corporation Counsel, Charles Totto, Esq. Matthew Viola, Esq. and Norman Fisher regarding submission and disclosure of comment letters submitted by counsel for Requestor and Corporation Counsel in EC 05-159(w). | Privileged under ROH Chapter 3, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege |
| 1958 | 1-17-06 | Email from Matthew Viola, Esq. to Charles W. Totto, Esq. confirming meeting with subject of investigation and counsel referred to in previous Bate-stamped page (1957). | Privileged under ROH Chapter 3, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Work Product Doctrine |
| 1959-1961 | 1-19-06 | Email from counsel for Complainant in EC 03-002(w) to Matthew Viola, Esq. transmitting email version of letter dated January 19, 2006. | Privileged under ROH Chapter 3, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Work Product Doctrine |
| 1962-1964 | 1-19-06 | Email from counsel for Complainant in EC 03-002(w) to Matthew Viola, Esq. transmitting email version of letter dated January 29, 2006. | Privileged under ROH Chapter 3, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Work Product Doctrine |

| Bate Stamp No. | Date | Document Description | Privilege Asserted |
|---|---|---|---|
| 2008-2044 | undated | Series of six drafts of stipulation with subject of investigation by Matthew Viola, Esq., with comments and changes by Charles Totto Esq. | Privileged under ROH Chapter 3, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney-Client Privilege and Work Product Doctrine |