IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH, | ) CIVIL NO. 04-00108 SOM/KSC <br> ) <br> ) CERTIFICATE OF SERVICE <br> ) |
| Plaintiff, | |
| v. | |
| CITY AND COUNTY OF HONOLULU, GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; and DOE ENTITIES 1-10, | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy hereof was served upon the following by hand delivery on August 7, 2006:

    ROGER S. MOSELEY, ESQ.
    CHRISTOPHER J. MUZZI, ESQ.
    RENEE M. FURUTA, ESQ.
    Moseley Biehl Tsugawa Lau & Muzzi
    Alakea Corporate Tower
    1100 Alakea Street, 23rd Floor
    Honolulu, Hawaii 96813

    Attorneys for Plaintiff

KEVIN P. H. SUMIDA, ESQ.
ANTHONY L. WONG, ESQ.
Sumida & Tsuchiyama
Dillingham Transportation Building
735 Bishop Street, Suite 411
Honolulu, Hawaii 96813

Attorneys for Defendant
 GK APPRAISALS, INC.

MICHAEL A. LORUSSO, ESQ.
Kawashima Lorusso & Tom, LLP
Fort Street Tower
745 Fort Street, 5th Floor
Honolulu, Hawaii 96813

Attorneys for Defendants
CITY AND COUNTY OF HONOLULU,
 GARY T. KUROKAWA, ROBERT O. MAGOTA,
 and ANN C. GIMA

DATED: Honolulu, Hawaii, August 7, 2006.

                                                                _____
                                                                GORDON D. NELSON
                                                                Deputy Corporation Counsel
                                                                Attorney for Charles W. Totto