**ORIGINAL**

AO88 (Rev. 1/94) Subpoena in a Civil Case

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 0 8 2006

at /0 o'clock and 50 min A M
SUE BEITIA, CLERK

Issued by the
# UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

PHILIP E. ENGLISH

**SUBPOENA IN A CIVIL CASE**

V.

CITY & COUNTY OF HONOLULU, ET. AL.

Case Number:[1] 04-00108 JMS/KSC

8/7/06 @ 1:27pm

TO: CHARLES E. TOTTO
715 SOUTH KING ST., SUITE 211
HONOLULU, HI 96813

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☑ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| MOSELEY BIEHL TSUGAWA LAU & MUZZI 1100 ALAKEA STREET, 23RD FLOOR, HONOLULU, HI 96813 | AUG. 21, 2006, 9:00 A.M. |

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

SEE ATTACHED EXHIBIT 1

| PLACE | DATE AND TIME |
|---|---|
| MOSELEY BIEHL TSUGAWA LAU & MUZZI 1100 ALAKEA STREET, 23RD FLOOR, HONOLULU, HI 96813 | AUG. 21, 2006, 9:00 A.M. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *[signature]* | AUG. 2, 2006 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
ROGER S. MOSELEY, ATTORNEY FOR PLAINTIFF
1100 ALAKEA STREET, 23RD FLOOR, HONOLULU, HI 96813
TEL: (8808) 531-0490

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 1/94) Subpoena in a Civil Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | August 7, 2006 1:27pm | 715 South King Street, Suite 211 Honolulu, HI 96813 |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| CHARLES E. TOTTO | PERSONAL |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| HAMILTON C. PIEPER | HAMILTON C. PIEPER Authorized Civil Process Server By the Dept. of Public Safety State of Hawaii |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on   August 7, 2006
                    DATE

SIGNATURE OF SERVER

Hamilton C. Pieper
1050 Bishop St. #521
Hon. HI 96813
Ph. 808-282-6730

ADDRESS OF SERVER

## EXHIBIT 1

1. Any and all records in any way related to Philip E. English, Date of Birth: 10/26/54, Social Security Number: 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.

2. Any and all records in any way related to any complaints made by Philip E. English to the Ethics Commission of the City and County of Honolulu ("Ethics Commission" which term includes, but is not limited to, its members and any of its staff, investigators, agents or representatives) at any time.

3. Any and all electronic mail, or physical correspondence, to or from the Ethics Commission in any way related to Philip E. English, Gary T. Kurokawa, the Assessment Division of the Department of Budget and Fiscal Services of the City and County of Honolulu ("Assessment Division"), Christopher Graff, David Matsunami, GK Appraisals, Inc., Robert O. Magota, Ann C. Gima, or any other employee, agent or representative of the Assessment Division.

4. Any and all statements taken from Philip E. English, David Matsunami, Robert O. Magota, Gary T. Kurokawa, Christopher Graff, and/or Ann C. Gima.

5. Any and all communication and correspondence to or from the Ethics Commission or any other governmental agency investigating matters/complaints against Gary T. Kurokawa, Robert O. Magota, Ann C. Gima, the Assessment Division, and/or David Matsunami.

6. Any and all records relating to the budget for the Ethics Commission, including but not limited to: working papers, funding requests submitted to the Honolulu City Council and/or to the administration prior to submission to the City Council.

7. Any and all records relating in any way to budgets for ethics commissions in other municipalities or governmental agencies, which have been reviewed at any time by the Ethics Commission.

8. Any and all records relating to the staffing for the Ethics Commission, including but not limited to: working papers, funding requests submitted to the Honolulu City Council and/or to the administration prior to submission to the City Council.

9. Any and all records relating in any way to staffing for ethics commissions in other municipalities or governmental agencies, which have been reviewed at any time by the Ethics Commission.

6. Any and all taped recordings (by way of either audio tape(s) or video tape(s)) of statements provided by individuals to the Honolulu Ethics Commission pertaining to Philip E. English, Gary Kurokawa, Christopher Graff, David Matsunami, Robert Magota, Ann Gima, and G.K. Appraisals, Inc.

10010/3/53861.2

7.  Any and all taped recordings (by way of either audio tape(s) or video tape(s)) of statements provided by individuals to the Honolulu Ethics Commission pertaining to complaints made by City and County of Honolulu employees against the City and County of Honolulu.

TIME: The relevant time period for the above records is the fifteen years prior to the date of this request, unless otherwise stated in the description of the subpoenaed item.

RECORDS: The term "records" includes, but is not limited to, any tangible thing upon which is recorded any form of communication, information, or representation, including letters, words, pictures, sounds, or symbols, or any combination thereof, by means of handwriting, typewriting, printing, photo-stating, photographing, sound recording, video taping, electronic recording, computer recording media and memory, or any other method of recording whatsoever. This definition includes, but is not limited to, files, reports, treatises, news letters, studies, contracts, papers, charts, diagrams, brochures, documents, photographs, books, letter, notes, logs, message pads, scratch paper, post-its, calendars, emails, memoranda, statements, tape recordings, phonograph recordings, computer printouts, DVD's, CD's, computer memory and storage and archiving devices or methods, computer programs, motion picture recordings, video tape recordings, microfilm, and microfiche, in your possession, or under your control, or available to you if you so requested, and includes, without limitation, all file copies and all drafts prepared in connection with such records whether used or not.

**END OF EXHIBIT 1**