ORIGINAL

Kawashima Lorusso & Tom LLP
A Limited Liability Law Partnership

JAMES KAWASHIMA      1145-0
MICHAEL A. LORUSSO   3448-0
Topa Financial Center
Fort Street Tower
745 Fort Street, Suite 500
Honolulu, Hawaii 96813
Telephone No.: (808) 275-0300
Facsimile No.: (808) 275-0399
Email Address: mlorusso@kltlaw.com

Attorneys For Defendants
CITY AND COUNTY OF HONOLULU,
GARY T. KUROKAWA,
ROBERT O. MAGOTA, and ANN C. GIMA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 09 2006

at __1__ o'clock and __40__ min. A .M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH, | CIVIL NO. CV04-00108 SOM KSC |
| Plaintiff, | |
| vs. | CERTIFICATE OF SERVICE |
| CITY AND COUNTY OF HONOLULU;<br>GARY T. KUROKAWA;<br>ROBERT O. MAGOTA;<br>ANN C. GIMA; and<br>GK APPRAISALS, INC.;<br>JOHN DOES 1-10;<br>JANE DOES 1-10;<br>DOE PARTNERSHIPS;<br>DOE CORPORATIONS 1-10;<br>AND DOE ENTITIES 1-10, | [Re: PHILIP E. ENGLISH]<br><br>Trial Date:    10/03/2006 |
| Defendants. | |

CV04-00108 SOM KSC_20060825_NBR1.doc

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date ___AUG 10 2006___ a true and correct copy of the Notice of Taking Deposition Upon Written Questions dated ___AUG - 8 2006___, was duly served to the following in the manner described below:

Mailed to:

ROGER S. MOSELEY, ESQ.
Moseley Biehl Tsugawa Lau & Muzzi
Alakea Corporate Tower
1100 Alakea Street, 23rd Floor
Honolulu, Hawaii 96813
Telephone No: (808) 531-0490

Attorney for Plaintiff
PHILIP E. ENGLISH

Mailed to:

KEVIN P. H. SUMIDA, ESQ.
ANTHONY L. WONG, ESQ.
Sumida & Tsuchiyama
Dillingham Transportation Building
735 Bishop Street, Suite 411
Honolulu, Hawaii 96813
Telephone No: (808) 356-2600

Attorneys for Defendant
GK APPRAISALS, INC.

I FURTHER CERTIFY that a copy of the Notice of Taking Deposition and Certificate of Service will be attached to the witness copy of the Subpoena Duces Tecum that will be served upon the following Custodian(s) of Records:

THE HONOLULU MEDICAL GROUP, INC.

DATED: Honolulu, Hawaii, _____AUG - 8 2006_____

_____
JAMES KAWASHIMA
MICHAEL A. LORUSSO

Attorneys For Defendants
CITY AND COUNTY OF HONOLULU,
GARY T. KUROKAWA,
ROBERT O. MAGOTA, and ANN C. GIMA