ORIGINAL

MOSELEY BIEHL TSUGAWA LAU & MUZZI
A Hawaii Limited Liability Law Company
ROGER S. MOSELEY          2060
CHRISTOPHER J. MUZZI      6939
RENEE M. FURUTA           7593
Alakea Corporate Tower
1100 Alakea Street, 23rd Floor
Honolulu, Hawaii 96813
Telephone: (808) 531-0490
Facsimile: (808) 534-0202
Email: rmoseley@hilaw.us
       cmuzzi@hilaw.us
       rfuruta@hilaw.us

Attorneys for Plaintiff
PHILIP E. ENGLISH

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 09 2006

at 3 o'clock and 40 min. P.M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>            Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1–10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>            Defendants. | Civil No. 04-00108 SOM/KSC<br><br>PLAINTIFF PHILIP E. ENGLISH'S STATEMENT REGARDING CHARLES W. TOTTO'S SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO PLAINTIFF PHILIP E. ENGLISH'S MOTION TO COMPEL COMPLIANCE WITH SUBPOENA ISSUED JUNE 2, 2006; CERTIFICATE OF SERVICE<br><br>Hearing:<br>Date: August 10, 2006<br>Time: 10:00 a.m.<br>Judge: Honorable Kevin S. Chang |

10010/3/57300

## PLAINTIFF PHILIP E. ENGLISH'S STATEMENT REGARDING CHARLES W. TOTTO'S SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO PLAINTIFF PHILIP E. ENGLISH'S MOTION TO COMPEL COMPLIANCE WITH SUBPOENA ISSUED JUNE 2, 2006

Plaintiff Philip E. English ("Plaintiff"), by and through his counsel, Moseley Biehl Tsugawa Lau & Muzzi, submits this Statement Regarding Charles W. Totto's Supplemental Memorandum In Opposition To Plaintiff Philip E. English's Motion To Compel Compliance With Subpoena Issued June 2, 2006.

This matter initially came for hearing on August 3, 2006 at 9:30 a.m. at which time the Court stated:

> In the course of reviewing the submissions, counsel, I was frankly surprised to find that there's no Hawaii decision reported or unreported that deals with the availability or accessibility of Ethics Commission materials. <u>I ask counsel to further research that to see if, in fact, there is some decision from some court here in the State or Federal within the State</u>.

Transcript of Proceedings of August 3, 2006, page 10 lines 6-11.

The Court allowed supplemental submissions to be filed no later than August 7, 2006.

On August 7, 2006, Mr. Totto filed a Supplemental Memorandum In Opposition To Plaintiff Philip E. English's Motion To Compel Compliance With Subpoena Issued June 2, 2006 (the "Totto Supplemental Memorandum"). The Totto Supplemental Memorandum not only addresses the Court's request for further research, but it also contains new substantive argument on (a) an assertion

10010/3/57300

of a government informational privilege; and (b) the work product doctrine. These arguments should have been raised in Mr. Totto's opposition to Plaintiff's Motion to Compel so that Plaintiff could have a full and fair opportunity to address such arguments. Thus, pages 4 through 12 of the Totto Supplemental Memorandum should be stricken, or Plaintiff should be given additional time to respond to these new arguments.

Dated: Honolulu, Hawaii, August 9, 2006.

_____
ROGER S. MOSELEY
CHRISTOPHER J. MUZZI
RENEE M. FURUTA
Attorney for Plaintiff
PHILIP E. ENGLISH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>        Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1 –10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>        Defendants. | Civil No.  04-00108 SOM/KSC<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

The undersigned herby certifies that a true and correct copy of the foregoing was duly served upon the parties listed below by the means identified below on August 9, 2006:

MICHAEL A. LORUSSO, ESQ.                    **Hand-Delivery**
Kawashima Lorusso & Tom, LLP
Fort Street Tower
745 Fort Street, 5th Floor
Honolulu, Hawaii  96813

10010/3/57300

    Attorneys for Defendants
City & County of Honolulu,
Gary T. Kurokawa, Robert O. Magota,
and Ann C. Gima


KEVIN P. H. SUMIDA, ESQ.                      **Hand-Delivery**
ANTHONY L. WONG, ESQ.
735 Bishop St., Suite 411
Honolulu, Hawaii 96813

    Attorneys for Defendant
GK APPRAISALS, INC.


GORDON D. NELSON, ESQ.                       **Hand-Delivery**
Department of The Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii 96813

    Attorney for Charles Totto

DATED: Honolulu, Hawaii, <u>August 9, 2006</u>.

                                               ROGER S. MOSELEY
                                               ALAN K. LAU
                                               CHRISTOPHER J. MUZZI
                                               RENEE M. FURUTA
                                               Attorneys for Plaintiff
                                               PHILIP E. ENGLISH