# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

8/10/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CV04-00108KSC

CASE NAME:        Philip E. English v. City and County of Honolulu, et al.

ATTYS FOR PLA:    Christopher Muzzi

ATTYS FOR DEFT:   Michael Lorusso
                  Anthony Wong
                  Gordon Nelson
                  Matthew Viola
                  Charles Totto

INTERPRETER:

JUDGE:    Kevin S. C. Chang            REPORTER:    FTR C5

DATE:     8/10/2006                    TIME:        9:00-9:52:20am

COURT ACTION:  EP: Continued hearing on Plaintiff Philip E. English's Motion to Compel Compliance With Subpoena Issued June 2, 2006.

Motion taken under advisement.  Court to issue a written order.

Submitted by: Shari Afuso, Courtroom Manager