CARRIE K.S. OKINAGA, 5958-0
Corporation Counsel

MARIE MANUELE GAVIGAN, 6585-0
Deputy Corporation Counsel
City and County of Honolulu
530 S. King Street, Room 110
Honolulu, Hawaii 96813
Telephone:  527-5585
Facsimile:   523-4583
Email:  mgavigan@honolulu.gov

Attorneys for SUSAN A. BENDER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH, | CIVIL NO. CV04-00108 KSC |
| Plaintiff, | SUSAN BENDER'S MOTION FOR PROTECTIVE ORDER AND TO |
| vs. | QUASH SUBPOENA DUCES TECUM FILED JULY 31, 2006; |
| CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10, | MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF MARIE MANUELE GAVIGAN; DECLARATION OF SUSAN A. BENDER; EXHIBITS "A" - "B;" CERTIFICATE OF SERVICE |
| | HEARING: |
| Defendants. | DATE  _____ |
| | TIME  _____ |
| _____ | JUDGE: Hon. Kevin S.C. Chang<br>TRIAL: October 3, 2006 |

SUSAN BENDER'S MOTION FOR PROTECTIVE ORDER AND
TO QUASH SUBPOENA DUCES TECUM FILED JULY 31, 2006

SUSAN BENDER, by and through her attorneys, Carrie K.S. Okinaga, Esq.,

Corporation Counsel, and Marie Manuele Gavigan, Deputy Corporation Counsel,

hereby moves this Honorable Court for a protective order to prohibit Plaintiff from taking Ms. Bender's deposition on August 18, 2006, and to quash a concomitant subpoena duces tecum requesting the production of over forty (40) categories of documents filed on July 31, 2006.

The proposed discovery should not go forward against Ms. Bender, a non-party, not only because the forty (40) categories of topics/materials sought are impermissibly broad, not reasonably calculated to lead to the discovery of admissible evidence, unduly burdensome, and oppressive, but it also seeks information that is: (1) irrelevant to the underlying lawsuit; (2) available from more convenient sources; (3) contains private/confidential information; and (4) is protected from disclosure by the attorney-client and/or work product privileges.

Ms. Bender certifies that in accordance with Rule 26(c), Federal Rules of Civil Procedure, she has in good faith conferred with Plaintiff's counsel and requested that the subject deposition be cancelled; Plaintiff's counsel, however, refused to do so. See Declaration of Marie Manuele Gavigan.

This motion is brought pursuant to Rules 7, 26, and 45(c) Federal Rules of Civil Procedure, the memorandum in support of motion, the declarations and exhibits attached hereto, and the records and files herein.

DATED: Honolulu, Hawaii, August 10, 2006.

        CARRIE K.S. OKINAGA
        Corporation Counsel

    By:  /s/ Marie Manuele Gavigan
        MARIE MANUELE GAVIGAN
        Deputy Corporation Counsel

    Attorney for SUSAN BENDER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH, ) | CIVIL NO. CV04-00108 SOM/KSC |
| ) | |
| Plaintiff, ) | CERTIFICATE OF SERVICE |
| ) | |
| vs. ) | |
| ) | |
| CITY AND COUNTY OF ) | |
| HONOLULU; GARY T. KUROKAWA; ) | |
| ROBERT O. MAGOTA; ANN C. ) | |
| GIMA; and GK APPRAISALS, INC.; ) | |
| JOHN DOES ) | |
| 1-10; JANE DOES 1-10; DOE ) | |
| PARTNERSHIPS; DOE ) | |
| CORPORATIONS 1-10; AND DOE ) | |
| ENTITIES 1-10, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was duly served by means of United States mail, postage prepaid, to the following named attorneys at their last known address on August 10, 2006:

> ROGER S. MOSELEY, ESQ.
> Moseley Biehl Tsugawa Lau & Muzzi
> Alakea Corporate Tower
> 1100 Alakea Street, 23rd Floor
> Honolulu, Hawaii 96813
>
> Attorney for Plaintiff
> PHILIP E. ENGLISH

JAMES KAWASHIMA
MICHAEL A. LORUSSO
CARTER K. SIU
Topa Financial Center
Fort Street Tower
745 Fort Street, Suite 500
Honolulu, Hawaii 96813

Attorneys for Defendants
CITY AND COUNTY OF HONOLULU,
GARY T. KUROKAWA, ROBERT O. MAGOTA,
and ANN C. GIMA


KEVIN P.H. SUMIDA, ESQ.
ANTHONY L. WONG, ESQ.
735 Bishop Street; Suite 411
Honolulu, Hawaii 96813

Attorneys for Defendant
GK APPRAISALS, INC.

DATED: Honolulu, Hawaii, August 10, 2006.

                    CARRIE K.S. OKINAGA
                    Corporation Counsel


            By:  /s/ Marie Manuele Gavigan
                 MARIE MANUELE GAVIGAN
                 Deputy Corporation Counsel

                 Attorney for SUSAN BENDER