IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH, | ) CIVIL NO. CV04-00108 SOM/KSC |
| Plaintiff, | ) DECLARATION OF MARIE<br>) MANUELE GAVIGAN |
| vs. | ) |
| CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10, | ) |
| Defendants. | ) |

DECLARATION OF MARIE MANUELE GAVIGAN

I, MARIE MANUELE GAVIGAN, declare as follows:

1. I am an attorney licensed to practice law in all of the courts of the State of Hawaii, the United States District Court for the District of Hawaii, and the United States Court of Appeals for the Ninth Circuit. I am a member in good standing of all the aforementioned courts.

2. I am a Deputy Corporation Counsel for the City and County of Honolulu.

3. This Declaration is made in lieu of an affidavit pursuant to Local Rule 7.6, Rules of the United States District Court for the District of Hawaii, as amended.

4. I make this Declaration in support of Susan A. Bender's Motion for Protective Order and to Quash Subpoena filed July 31, 2006

5. Ms. Bender has been subpoenaed by Plaintiff's counsel to testify at deposition in a tax appeal case entitled <u>AOAO Waikiki Shore Inc. et al. v. Department of Budget and Fiscal Services</u>, Civil No. 05-1-0612 (VSM).

6. Because of the breadth of the subpoena in that case, the Honorable Victoria Marks limited the scope of counsel's questioning of Ms. Bender.

7. In accordance with Rule 26(c), Federal Rules of Civil Procedure, I conferred in good faith with Plaintiff's counsel and requested that the subject deposition in this case be canceled; Plaintiff's counsel, however, refused to do so.

I DECLARE UNDER PENALTY OF LAW THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATED: Honolulu, Hawaii, August 10, 2006.

/s/ Marie Manuele Gavigan
MARIE MANUELE GAVIGAN