IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH, ) | CIVIL NO. CV04-00108 SOM/KSC |
| ) | |
| Plaintiff, ) | DECLARATION OF SUSAN |
| ) | BENDER |
| vs. ) | |
| ) | |
| CITY AND COUNTY OF ) | |
| HONOLULU; GARY T. KUROKAWA; ) | |
| ROBERT O. MAGOTA; ANN C. ) | |
| GIMA; and GK APPRAISALS, INC.; ) | |
| JOHN DOES 1-10; JANE DOES 1-10; ) | |
| DOE PARTNERSHIPS; DOE ) | |
| CORPORATIONS 1-10; AND DOE ) | |
| ENTITIES 1-10, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

DECLARATION OF SUSAN A. BENDER

I, SUSAN A. BENDER, declare as follows:

1. This Declaration is made in lieu of an affidavit pursuant to Local Rule 7.6, Rules of the United States District Court for the District of Hawaii, as amended.

2. Declarant makes this Declaration in support of her Motion for Protective Order and to Quash Subpoena filed July 31, 2006.

3. I am currently a Deputy Corporation Counsel assigned to the Real Property Tax Division of the City's Department of the Corporation Counsel.

4. In my position, I serve as legal counsel for the Real Property Assessment Division of the City's Department of Budget and Fiscal Services in

matters before the Tax Appeal Court and occasionally the Board of Review (i.e., real property tax appeals).

5. I was never employed by the Real Property Assessment Division, but worked with various employees of that division, including Philip English.

6. My job duties do not include investigating/ interviewing employees at the Real Property Assessment Division; handling workers compensation claims; developing/maintaining/enforcing work-place violence policies and procedures; developing/maintaining/enforcing Real Property Assessment Division disciplinary policies and procedures; developing/maintaining/enforcing whistleblowing policies and procedures for the City and County of Honolulu; and handling any matters pertaining to or with the City Ethics Commission.

7. Attached hereto as Exhibit "A" is a true and correct copy of the Notice of Taking Deposition Upon Oral Examination.

8. Attached hereto as Exhibit "B" is a true and correct copy of the Subpoena Duces Tecum filed July 31, 2006.

9. I am not a party to the foregoing lawsuit and should not be made to testify and produce documents regarding my personal life and work-related matters, including but not limited to my work calendar, vacation schedule, whether I have ever been disciplined before, and my Board of Review schedule.

10. These matters are attorney-client privileged and private information that has nothing to do with the underlying claim.

11. Nor should I be required to produce the remaining documents as it would be more convenient for Plaintiff to obtain these documents directly from the individuals and entities identified in Exhibit "B."

> I DECLARE UNDER PENALTY OF LAW THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATED: Honolulu, Hawaii, August 10, 2006.

/s/ Susan A. Bender
SUSAN A. BENDER