CARRIE K.S. OKINAGA, 5958
Corporation Counsel

MARIE MANUELE GAVIGAN, 6585
Deputy Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii  96813
Telephone:  527-5585
Facsimile:   523-4583
Email address:  mgavigan@honolulu.gov

Attorneys for Defendant
 CITY AND COUNTY OF HONOLULU

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH, | ) Civil No. CV04-00108 SOM/KSC |
| Plaintiff, | ) |
| | ) FIRST AMENDED CERTIFICATE OF |
| | ) SERVICE |
| vs. | ) |
| | ) (RE:  SUSAN BENDER'S MOTION |
| CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; and DOE ENTITIES 1-10, | ) FOR PROTECTIVE ORDER AND TO |
| | ) QUASH SUBPOENA DUCES TECUM |
| | ) FILED JULY 31, 2006; |
| | ) MEMORANDUM IN SUPPORT OF |
| | ) MOTION; DECLARATION OF |
| | ) MARIE MANUELE GAVIGAN; |
| | ) DECLARATION OF SUSAN A. |
| | ) BENDER; EXHIBITS "A" - "B;" |
| | ) CERTIFICATE OF SERVICE) |
| | ) |
| Defendants. | ) |
| | ) |

FIRST AMENDED CERTIFICATE OF SERVICE

I hereby certify that a copy of the following:

**SUSAN BENDER'S MOTION FOR PROTECTIVE ORDER AND TO QUASH SUBPOENA DUCES TECUM FILED JULY 31, 2006; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF MARIE MANUELE GAVIGAN; DECLARATION OF SUSAN A. BENDER; EXHIBITS "A" - "B;" CERTIFICATE OF SERVICE**

was duly served by hand-delivery to the following individuals at their last known addresses as shown below on August 11, 2006:

    ROGER S. MOSELEY, ESQ.
    Moseley Biehl Tsugawa Lau & Muzzi
    Alakea Corporate Tower
    1100 Alakea Street, 23rd Floor
    Honolulu, Hawaii 96813

    Attorney for Plaintiff
    PHILIP E. ENGLISH


    JAMES KAWASHIMA, ESQ.
    MICHAEL A. LORUSSO, ESQ.
    CARTER K. SIU, ESQ.
    Topa Financial Center
    Fort Street Tower
    745 Fort Street, Suite 500
    Honolulu, Hawaii 96813

    Attorneys for Defendants
    CITY AND COUNTY OF HONOLULU,
    GARY T. KUROKAWA, ROBERT O. MAGOTA,
    and ANN C. GIMA

KEVIN P.H. SUMIDA, ESQ.
ANTHONY L. WONG, ESQ.
735 Bishop Street; Suite 411
Honolulu, Hawaii 96813

Attorneys for Defendant
GK APPRAISALS, INC.

DATED: Honolulu, Hawaii, August 10, 2006.

        CARRIE K.S. OKINAGA
        Corporation Counsel


By:  <u>/s/ Marie Manuele Gavigan</u>
     MARIE MANUELE GAVIGAN
     Deputy Corporation Counsel

     Attorney for SUSAN BENDER