Of Counsel:
SUMIDA & TSUCHIYAMA
A Limited Liability Law Company

KEVIN P. H. SUMIDA        2544-0
ANTHONY L. WONG        6018-0
Suite 411 Dillingham Transportation Building
735 Bishop Street
Honolulu, Hawaii  96813
Telephone No. 356-2600
Fax No.  (808) 356-2609
E-Mail:  info@sthawaii.com
awong@sthawaii.com
ksumida@sthawaii.com
Attorneys for Defendant
GK APPRAISALS, INC.

## IN THE UNITED STATE DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>　　　　　　Defendants. | CIVIL NO. CV04 00108 KSC<br><br>DEFENDANT GK APPRAISALS, INC.'S PRETRIAL STATEMENT; CERTIFICATE OF SERVICE |

<u>DEFENDANT GK APPRAISALS, INC.'S PRETRIAL STATEMENT</u>

COMES NOW defendant GK APPRAISALS, INC., above named, by and through its attorneys, and hereby submits its pretrial statement pursuant to Local Rule 16.6.

(a) **Party**.  This Pretrial Statement is filed by defendant GK APPRAISALS, INC.

(b) **Jurisdiction and Venue**.  Plaintiff premises Federal jurisdiction is based upon federal question, and accompanying pendant jurisdiction over state law claims.

(c) **Substance of Action**.  Plaintiff's variously styled and designated causes of action all arise from his employment at the City and County of Honolulu, Real Property Assessment Division ("the Division").  In a nutshell, plaintiff claims that he "blew the whistle" on two other employees of the Division who were supposedly doing non-city work on City time.

(d) **Undisputed Facts**.

It is undisputed that the plaintiff was a one-time employee of the Division, and that he reported that non-city work was being done on City time. Nearly all of the substance of the events underlying the so-called "whistle-blowing" are disputed.  The employees in question deny that any untoward conduct

took place, and that any misfortune that the plaintiff experienced was a result of the whistle-blowing.

(e) **Disputed Factual Issues**.

As mentioned above, the threshold factual issue is whether there was any activity going on upon which a whistle could properly be blown.

Further, regardless of whether the plaintiff actually "blew the whistle", it is disputed whether any retaliatory action was taken against him as a result thereof.

Last, even in the event that some retaliatory action was taken against the plaintiff, it is disputed that any such actions can be attributed to defendant GK APPRAISALS, INC.

(g) **Points of Law**.

1.    Whether the facts meet the legal requirements for a cause of action for Intentional Infliction of Emotional Distress against defendant GK APPRAISALS, INC.

2.    Whether the facts meet the legal requirements for a cause of action for Negligent Infliction of Emotional Distress against defendant GK APPRAISALS, INC.

3.    Whether the facts meet the legal requirements for a cause of action of Intentional Interference with Contractual Relations, against defendant GK APPRAISALS, INC.

4.    Whether the facts meet the legal requirements for a cause of action of Intentional Interferance with Prospective Economic Advantage against defendant GK APPRAISALS, INC.

5.    Whether any actionable conduct is attributable to defendant GK APPRAISALS, INC.

(h) **Previous Motions**.

1. *DEFENDANT GK APPRAISALS MOTION FOR SUMMARY JUDGMENT*, filed September 13, 2005. Granted in part and denied in part. All claims against GK APPRAISALS, INC. were dismissed except: 1) Negligent Infliction of Emotional Distress; 2) Intentional Infliction of Emotional Distress; 3) Intentional Interference with Prospective Economic Advantage; and 4) Intentional Interference with Contractual Relations.

2. *DEFT CITY AND COUNTY OF HONOLULU'S MOTION FOR PARTIAL DISMISSAL, OR IN THE ALTERNATIVE, MOTION FOR PARTIAL SUMMARY JUDGMENT*, filed September 14, 2005. Granted in part and denied in part.

3. *DEFTS GARY T. KUROKAMA, ROBERT O. MAGOTA AND ANN C. GIMA'S MOTION FOR PARTIAL DISMISSAL, OR IN THE ALTERNATIVE, MOTION FOR PARTIAL SUMMARY JUDGMENT,* filed September 14, 2005, granted in part and denied in part.

4. *DEFTS GARY T. KUROKAWA, ROBERT O. MAGOTA , AND ANN C. GIMA'S MOTION FOR PARTIAL DISMISSAL, OR IN THE ALTERNATIVE, MOTION FOR PARTIAL SUMMARY JUDGMENT,* filed May 3, 2006. Granted by Order filed July 6, 2006 dismissing claims for Intentional Interferance with Prospective Economic Advantage and Intentional Interference with Contractual Relations.

5. *DEFT CITY AND COUNTY OF HONOLULU'S MOTION FOR PARTIAL DISMISSAL, OR IN THE ALTERNATIVE, MOTION FOR PARTIAL SUMMARY JUDGMENT,* filed May 3, 2006. Granted by Order file July 6, 2006. Granted by Order filed July 6, 2006 dismissing claims for Intentional Interferance with Prospective Economic Advantage and Intentional Interference with Contractual Relations.

6. Various discovery motions

(i) **Witnesses to be Called.**

1. Thelma Kurokawa -- will testify concerning the absence of culpable acts by defendant GK Appraisals, Inc., and other matters relating to liability and damages.

2. Gordon Kurokawa -- will testify concerning the absence of culpable acts by defendant GK Appraisals, Inc., and other matters relating to liability and damages.

3. Roger Moseley – will testify concerning his initial contact with Philip English, retention by plaintiff in August of 2002, the orchestration of the ethics complaint and the claim of retaliation, contact with various news organizations, contact with or efforts to contact various law enforcement agencies, negotiation of Mr. English's workers' compensation claim and settlement thereof, and other matters relating to liability and damages.

4. Ann Gima – will testify concerning the absence of any retaliation against Philip English and other matters relating to liability and damages.

5. Robert O. Magota -- will testify concerning the absence of any retaliation against Philip English and other matters relating to liability and damages.

6. Gary Kurokawa -- will testify concerning the absence of any retaliation against Philip English and other matters relating to liability and damages.

7. Christopher Graff -- will testify concerning the absence of any retaliation against Philip English and other matters relating to liability and damages.

8.  David Matsunami -- will testify concerning the absence of any retaliation against Philip English and other matters relating to liability and damages.

9.  Philip English -- will testify concerning facts substantiating the absence of any retaliation against Philip English and other matters relating to liability and damages.

10.  Paul Au – Deputy Corporation Counsel will testify concerning settlement negotiations with Roger Moseley pertaining to Mr. English's workers' compensation claim, and other matters relating to liability and damages.

11.  Mike Golojuch -- will testify concerning the absence of any retaliation against Philip English and other matters relating to liability and damages.

12.  Dwight Ishiguro -- will testify concerning the absence of any retaliation against Philip English and other matters relating to liability and damages.

13.  Waylon Toma -- will testify concerning the absence of any retaliation against Philip English and other matters relating to liability and damages.

14.  Susan Bender -- will testify concerning the absence of any retaliation against Philip English and other matters relating to liability and damages.

15.  Tom Riddle -- will testify concerning the absence of any retaliation against Philip English, his worker's compensation claim, and other matters relating to liability and damages.

16. Carol Kamisato -- will testify concerning the absence of any retaliation against Philip English and other matters relating to liability and damages.

17. Dirk von Guenthner – will testify as a financial and economic expert concerning his analysis of plaintiff's financial records, his review of opinions generated by Thomas Ueno, and other matters relating to liability and damages.

18. Robert J. Spordone, Ph.D – will testify as a psychiatric expert concerning his examination of plaintiff, review of his medical and psychiatric records, and other matters relating to liability and damages.

19. Sathiporn Songsorn – will testify concerning her marriage and divorce with plaintiff Philip English, the reasons for the divorce, and other matters pertaining to damages.

20. Carol Kamisato – will testify concerning workplace violence concerns regarding plaintiff, his interaction at the workplace, and other matters relating to liability and damages.

21. Julie Tamayori – will testify concerning workplace violence concerns regarding plaintiff, his interaction at the workplace, and other matters relating to liability and damages.

22.  Sue Foumai – will testify concerning workplace violence concerns regarding plaintiff, his interaction at the workplace, plaintiff's sick leave and vacation, and other matters relating to liability and damages.

23.  Charles Totto – will testify concerning the operation of the Ethics Commission, and other matters relating to liability and damages.

24.  Corlis Chang – will testify concerning her marriage to plaintiff and other matters relating to liability and damages.

25.  Kevin Mulligan – will testify concerning plaintiff's employment at the City and other matters relating to liability and damages.

**(j) Exhibits, Schedules, and Summaries.**

1.    Report by Robert Sbordone, Ph.D. - Robert Sbordone, Ph.D.

2.    Report by Dirk Von Guenthner - Dirk Von Guenthner.

3.    Summary of plaintiff's income and debt by Dirk Von Guenthner.

4.    Chart illustrating plaintiff's income and debt by Dirk Von Guenther.

5.    Timeline illustrating chronology of key events – summary.

6.    Phil English tax records 1993

7.    Phil English tax records 1994

8.    Phil English tax records 1995

9.    Phil English tax records 1996

10.   Phil English tax records 1998

11.   Phil English tax records 1999

12.   Phil English tax records 2000

13.   Phil English tax records 2001

14.   Phil English tax records 2002

15.   Phil English tax records 2003

16.   Phil English tax records 2004

17.   Phil English tax records 2005

18.   Email, 2/19/03, English to Gima re: BOR today, PE 00162 – Phil English/Ann Gima.

19.   Email, 2/19/03, English to Gima re: D H Head Beach Hotel BOR Today, PE 00163 – Phil English/Ann Gima.

20.   Kaiser Work Slip, 3/13/03 & 4/23/03, PE 00164 – Phil English.

21.   Phil English note, 2/28/03, PE 00165 – Phil English.

22.   Phil English note, no date, PE 00166 – Phil English.

23.   Phil English note, 2/28/03, PE 00167– Phil English.

24.   Email, 2/28/03, English to "Mom and Dad", PE 00168 – Phil English.

25.   Honolulu Advertiser article, 1/11/03, "Property values under fire again", PE 00169 – Phil English/Roger Moseley.

26.   Phil English notes, 2/27/03, 4 pages, PE 00170 – PE 00173 - Phil English.

27.   Phil English note, 2/27/03, PE 00174 – Phil English.

28.   Phil English notes, 2/27/03, 4 pages, PE 00175 – PE 00178 – Phil English.

29.    Email, 2/27/03, English to Gima, PE 00179 – Phil English.

30.    Phil English note, 2/27/03, PE 00180 – Phil English.

31.    Phil English note, 2/27/03, PE 00181 – Phil English.

32.    Phil English note, no date, PE 00182 – Phil English.

33.    Phil English notes, 2/27/03, 5 pages, PE 00183 – PE 00187 - Phil English.

34.    Phil English note, 2/27/03, PE 00188 – Phil English.

35.    Phil English notes, 2/27/03, 6 pages, PE 00189 – PE 00194 – Phil English.

36.    Phil English notes, 2/27/03, 7 pages, PE 00195 – PE 00201 – Phil English.

37.    Phone message and notes, 2/26 8:30am, PE 00202 – Phil English.

38.    Phil English notes, 2/25/03, 4 pages, PE 00203 – PE 00206 – Phil English.

39.    Email English to Gima, 2/25/03 9:49 AM re: Complaint-Main, responding to Gima email 2/25/03 9:33 AM, PE 00207 – Phil English.

40.    Phil English note, 2/24/03, PE 00208 – Phil English.

41.    Phil English note, 2/24/03, PE 00209 – Phil English.

42.    Email English to Gima, 2/24/03 1:41 PM re: BOR hearing 2/25/03, responding to Gima email 2/24/03 1:33 PM, PE 00210 – Phil English.

43.    Phil English notes, 2/21/03, 2 pages, PE 00211 – PE 00212 – Phil English.

44.    Page 15 from RP Assessment Manual 12/2003, Mass Valuation Process Chart, PE 00213 – Phil English.

45.   Phil English notes, "2nd session", 5 pages, PE 00214 – PE 00218 - Phil English.

46.   Phil English note, 2/20/03, PE 00219 – Phil English.

47.   Phil English note, 2/20/03, PE 00220 – Phil English.

48.   Phil English notes, 2/20/03, 7 pages, PE 00221 – PE 00227 - Phil English.

49.   Phil English note, 2/20/03, PE 00228 – Phil English.

50.   Phil English notes, 2/20/03, 2 pages, PE 00229 – PE 00230 - Phil English.

51.   Phil English notes, 2/20/03, 2 pages, PE 00231 – PE 00232 - Phil English.

52.   Phil English notes, 2/20/03, 2 pages, PE 00233 – PE 00234 - Phil English.

53.   Phil English notes, 2/20/03, 4 pages, PE 00235 – PE 00238 - Phil English.

54.   Phil English notes, 2/20/03, 8 pages, PE 00239 – PE 00246 - Phil English.

55.   Email English to Gima, 2/13/03 9:59 AM re: DH Beach Hotel BOR for February 19th, responding to Gima email 2/13/03 9:52 AM, responding to English email 2/13/03 8:27 AM, PE 00247 - Phil English/Ann Gima.

56.   Email Tanigawa to English, 2/12/03 re Telephone Message, PE 00248 – Phil English.

57.   Workplace Violence Checklist, February 10, 2003, 2 pages, PE 00249 – PE 00250 – Mike Golojuch/Julie Tamayori.

58. Phil English typewritten notes, 02/10/2003, 2 pages, PE 00251 – PE 00252 - Phil English.

59. Phil English notes, 12/19/03, 2 pages, PE 00253 – PE 00254

60. Phil English notes, 12/19/03, 3 pages, PE 00255 – PE 00257 - Phil English.

61. Phil English note, 12/19/03, PE 00258 - Phil English.
62. Phil English note, 12/18/03, PE 00259 - Phil English.

63. Phil English notes, 12/18/03, 2 pages, PE 00260 – PE 00261 - Phil English.

64. Phil English note, 12/13/03, PE 00262 - Phil English.

65. Phil English note, 12/14/03, PE 00263 - Phil English.

66. City & County Circular No.1-00, December 12, 2000, To Department and Agency Heads, From Sandra H. McFarlane, Director, Department of Human Resources, re Workplace Violence Policy, PE 00264 – PE 00273 - Phil English/Ann Gima/Robert Magota.

67. Typewritten notes "Responding to your request for answers regarding the Feb.19th BOR appeals", 2 pages, PE 00274 – PE 00275 - Phil English/Ann Gima.

68. Email English to Gima, 2/14/03 (responding to request for answers re Feb. 19th BOR appeals), 2 pages, PE 00276 – PE 277 - Phil English/Ann Gima.

69. Typewritten notes, Phil English, 02/13/2003 11:12 AM, PE 00278 - Phil English.

70. Email English to Gima re: DH Beach Hotel BOR for February 19th, responding to Gima email, 2/13/03, 2 pages, PE 00279 – PE 00280 - Phil English/Ann Gima.

71. Phil English notes, 2/13/03, 2 pages, PE 00281 – PE 00282 - Phil English.

72. Phil English notes, 2/12/03, 2 pages, PE 00283 – PE 00284 - Phil English.

73. Emails between Donald Bovee and Phil English, 2/12/03, re: foster tower #2003, 2 pages, PE 00285 – PE 00286 - Phil English.

74. Email English to Gima, 2/12/03 2:11 PM re: Complaint filed by Main, responding to Gima email 2/12/03 1:59 PM, PE 00287 - Phil English/Ann Gima.

75. Email Gima to BFS/RPA Group 3, 2/12/03 re Appeals, PE 00288 - Phil English.

76. Email Kurokawa, Gary to English, 2/07/03 asking for clarification, PE 00289 – Gary Kurokawa/Phil English.

77. 02/07/03 letter to ANN w/attached analysis, 7 pages, PE 00290 – PE 00296 - Phil English/Ann Gima.

78. Email Gima to English, 2/07/03 re: Letters to taxpayers/ethical issues, responding to English email 2/06/03, 2 pages, PE 00297 – PE 00298 - Phil English/Ann Gima.

79. Email Totto, Charles to Kurokawa, Gary, 2/5/2003 re Ethics complaint, PE 00299 – Charles Totto/Gary Kurokawa.

80. Email postmaster@co.honolulu.hi.us to P. English re Delivery Error, 2/6/03, PE 00300 - Phil English.

81. Typewritten note 02/05/2003 1:45 PM, PE 00301 - Phil English.

82. Typewritten note 02/05/2003 1:17 PM, PE 00302 - Phil English.

83. Typewritten note 02/05/2003 1:14 PM, PE 00303 - Phil English.

84. Typewritten note 02/05/2003 12:05 PM, PE 00304- Phil English.

85. Letter dated February 05, 2003 to Bob Magota from Phil English, PE 00305 - Phil English/Robert Magota.

86. Handwritten note, 2/5/03, PE 00306 - Phil English.

87. Email Puou, Vicki to English, 2/5/03 re amended notice 2002, responding to English email 2/5/03, responding to Puou email 2/4/03, PE 00307 - Phil English.

88. Email from Chris@2Kauai.com, 2/4/03 re Fax and E-mail address changes, PE 00308 – Phil English

89. Typewritten note dated 02/03/2003, PE 00309 - Phil English.

90. Email English to Gima, no date, re AOAO Castle Surf Apartments, PE 00310 - Phil English/Ann Gima.

91. Real Property Assessment Division, Amendment to Administrative Memorandum 01-001, re Classification of Condominiums, 1/28/02, PE 00311 – Gary Kurokawa/Ann Gima/Phil English.

92. Department of Budget and Fiscal Services, Subtitle 5 Real Property Assessment Rule, Chapter 130, Classification of Condominiums, 6 pages, PE 00312 – PE 00317 - Phil English.

93. Note English to Wong, Georgette, PE 00318 - Phil English.

94. Note from Phil to Vicki, responding to email Puou to English, 1/27/03 re: Written authorization, PE 00319 - Phil English.

95. Notice of Vacancy to be Filled, Department of Budget and Fiscal Services, Date Posted: 1/15/03, signed by Michael Golojuch, Administrative Services Officer, PE 00320 - Phil English.

96. Letter from English to Department of Budget and Fiscal Services Attn: Personnel Office, 1/24/03, w/attachments, 12 pages, PE 00321 – PE 0032 - Phil English.

97. Typewritten notes, 01/24/2003 7:02 AM, PE 00333 - Phil English.

98. Email English to Magota, Robert re constituent call, responding to Magota email 1/23/03 to Gima, Ann cc: English, etc., 2 pages, PE 00334 – PE 00335 - Phil English/Ann Gima/Robert Magota.

99. Email Foumai, Suzanne to English, 1/22/03 re Low Sick Leave, PE 00336 - Phil English/Ann Gima/Sue Foumai.

100. Typewritten note, 01/21/2003 2:05 PM, PE 00337 - Phil English.

101. Typewritten note, 01/16/2003 10:59 AM & 01/16/2003 11:08 AM, PE 00338 - Phil English.

102. Email Gima, Ann to BFS/RPA Group 3, 1/14/03 re Supervisor's meeting 1/13/03, PE 00339 - Phil English/Ann Gima.

103. January 2003 Calendar, PE 00340 - Phil English/Ann Gima.

104. Duplicate of PE 00339, PE 00341 - Phil English.

105. Email forwarded by Gima to English, 1/13/03 re FW: constituent call, original email by Robert Magota, PE 00342 - Phil English/Ann Gima.

106. Letter dated 1/16/03 to Phil English from Waylen Toma, Business Agent, HGEA-AFSCME, w/attachment, 3 pages, PE 00343 – PE 00345 - Phil English/Waylen Toma.

107. Email Gima to English, 1/8/03 re Progress meeting, plus 4 emails, 2 pages, PE 00346 – PE 00347 - Phil English.

108. Email Gima to BFS/RPA Group3, 1/7/03 re Misc., PE 00348 – Phil English/Ann Gima.

109. Note from English to Gima, no date, re: dr. appt., PE 00349 – Phil English.

110. Typewritten note from English to Ishiguro, Dwight, no date, PE 00350 - Phil English/Dwight Ishiguro

111. Email Foumai, Suzanne to English, 12/17/02 re Sick Vacation Leave Paper, PE 00351 – Phil English/Ann Gima/Sue Foumai.

112. December 2002 Calendar, PE 00352 – Phil English/Ann Gima.

113. January 2003 Calendar, PE 00353 - Phil English/Ann Gima.

114. December 2002 Calendar, PE 00354 - Phil English/Ann Gima.

115. Email Gima to English, 12/12/02, responding to email English to Gima, 12/12/02, PE 00355 - Phil English/Ann Gima.

116. Emails re BOR dates for Februrary, 12/12/02, between English, Gima and BFS/RPA group 3, PE 00356 - Phil English/Ann Gima.

117. Emails re Imperial Hawaii Resort, 12/12/02, between English and Gima, 2 pages, PE 00357 - Phil English/Ann Gima.

118. 10-page document beginning with heading titled "Fair and Equal Treatment", PE 00359 – PE 00368 - Phil English/Ann Gima.

119. Email Gima to English, 12/17/02 re BOR dates for February, PE 00369 - Phil English/Ann Gima.

120. Email Gima to English, responding to English email to Gima, 12/12/02, PE 00370 - Phil English/Ann Gima.

121. Duplicate of PE 00356.

122. Eight emails between Phil English and Dwight Ishiguro, 12/5/02, PE 00372 – PE 00376 - Phil English/Dwight Ishiguro

123. Five emails between English and Dwight Ishiguro, 12/5/02, PE 00377 – PE 00378 - Phil English/Dwight Ishiguro

124. Undated email from English to Dwight Ishiguro, PE 00379 - Phil English/Dwight Ishiguro

125. Email Gima to English, 12/04/02 re Waikiki Shore, PE 00380 - Phil English/Ann Gima.

126. Typewritten note dated 12/4/02, PE 00381 - Phil English.

127. Revised Performance Evaluation Process, Executive Overview, City & County of Honolulu, September 2002, pages 1 & 2, PE 00382 – PE 00383 – Phil English/ Ann Gima/Robert Magota.

128. Page 1 & 2 of Personnel Manual, Reference: C29.1.doc, Title: Performance Evaluation Policy, PE 00384 – PE 00385 – Phil English/ Ann Gima/Robert Magota.

129. HR-44 (01/03), City and County of Honolulu, Annual Performance Evaluation Report, PE 00386 - PE 00387 – Phil English/ Ann Gima/Robert Magota.

130. Instructions for Employee Performance Evaluation Worksheet, PE 00388 – PE 00389  – Phil English/ Ann Gima/Robert Magota.

131. Attachment D, Notice of Substandard Performance Evaluation, – Phil English/ Ann Gima/Robert Magota.

132. Performance Evaluation Process, PE 00391 - Phil English.

133. Email from Dwight Ishiguro to Phil English responding to English to Ishiguro email, 12/3/02, PE 00392 – PE 00393 - Phil English/Dwight Ishiguro

134. English, Philip E. DF-486, Real Property Appraiser IV, Evaluation Period 06/01/02 – 08/31/02, w/handwritten notes, PE 00394 – Phil English/ Ann Gima/Robert Magota.

135. Email Magota, Robert to BFS/RPA Group 1, etc., re CORRECTED ASSESSMENT NOTICE FORM, 12/2/02, PE 00395 - Phil English/Robert Magota.

136. Email Magota, Robert to BFS/RPA Group 1, etc., re CHANGES IN DEADLINE FOR CORRECTIONS, 12/4/02, PE 00396 - Phil English/Robert Magota.

137. Note from English to Dwight Ishiguro, no date, PE 00397 - Phil English/Dwight Ishiguro

138. Email from Magota, Robert to BFS/RPA Group 1, etc., re REMINDERS, 11/27/02, PE 00398– Phil English/ Ann Gima/Robert Magota.

139. Email English to Waylen Toma, 11/26/02, PE 00399 - Phil English/Waylon Toma.

140. Email English to Waylen Toma re Friday's meeting, 11/26/02, PE 00400 - Phil English/Waylon Toma.

141. Email Ishiguro, Dwight to English, 11/25/02 responding to request for email address for Waylen, PE 00401 - Phil English/Dwight Ishiguro

142. Emails between English and Dwight Ishiguro re Meeting on Friday, 11/25/02, PE 00402 – PE 00403 - Phil English/Dwight Ishiguro.

143. Handwritten notes, 11/22/02 BOR Hearing Rm 3rd Flr., 4 pages, PE 00404 – PE 00407 - Phil English.

144. Handwritten notes, More thoughts (impressions) on meeting, PE 00408 – PE 00415 - Phil English.

145. Master Position Description, Real Property Assessment Division, Real Property Appraiser IV, SR-22, PE 00416 – PE 00419 - Phil English/Ann Gima.

146. Emails between Dwight Ishiguro and Phil English, 11/21/02, PE 00420 – PE 00421 - Phil English/Dwight Ishiguro

147. Emails between Dwight Ishiguro and Phil English, 11/18/02 re email from Ann Gima re Status Report, PE 00422 - Phil English/Ann Gima.

148. Emails between Ann Gima and Phil English, 11/18/02 re Supervisor's meeting 11/18/02, PE 00423 – PE 00424 - Phil English/Ann Gima.

149. Emails between Phil English and Dwight Ishiguro, 11/18/02 re More of the same, PE 00425 - Phil English/Dwight Ishiguro

150. Emails between Phil English and Ann Gima, 11/18/02 re Westbury, PE 00426 - Phil English/Ann Gima.

151. Emails between Dwight Ishiguro and Phil English, 11/13/02, PE 00427 - - Phil English/Dwight Ishiguro

152. Email from Ann Gima to BFS/RPA Group 3, 11/13/02 re Misc., PE 00428 - Phil English/Ann Gima.

153. Emails between Dwight Ishiguro and Phil English, 11/13/02 re More of the same, PE 00429 – PE 00434 - Phil English/Dwight Ishiguro

154. Emails between Philip English and Ann Gima, 11/08/02, PE 00435 – scheduling BOR date for December or January - Phil English/Ann Gima.

155. Emails between Philip English and Ann Gima, 11/08/02, RE: Status Update, PE 00436 – PE 00437 - Phil English/Ann Gima.

156. Emails between Philip English and Norman Yoshida, 11/04/02, RE: Models 142 and 143, PE 00438 – PE 00440 - Phil English.

157. Emails between Philip English and Ann Gima, 11/01/02, RE: Corrections to errors, PE 00441 – PE 00442 - Phil English/Ann Gima.

158. Emails between Philip English, Ann Gima and Keith Yamashita, 11/01/02, FW: Keith's notes from supervisor meeting, PE 00443 - Phil English/Ann Gima.

159. Emails between Philip English and Ann Gima, 11/01/02, RE: Corrections to errors, PE 00444 – PE 00445 - Phil English/Ann Gima.

160. Email from Ann Gima to Philip English, dated 11/1/02, RE: Unable to run sales due to problems and time constraints; PE 00446 - Phil English/Ann Gima.

161. Emails between Ann Gima and Philip English, dated 11/1/02, RE: reviewing error list and deletions; PE 00447 - Phil English/Ann Gima.

162. Email from Ann Gima to Philip English, cc Norman Yoshida, dated 11/1/02, RE: Corrections to Errors; PE 00448 - Phil English/Ann Gima.

163. Notification of Personnel Action re Philip English, effective date 6/1/02; PE 00449 - Phil English/Ann Gima.

164. Email from Ann Gima to Philip English, dated 10/31/02; RE: Satisfactory/explainable results not submitted; PE 00450 - Phil English/Ann Gima.

165. Email from Philip English to Ann Gima, dated 10/31/02, RE: run MK400; PE 00451 - Phil English/Ann Gima.

166. Email from Philip English to Ann Gima, undated, RE: Error report corrected; PE 00452 - Phil English/Ann Gima.

167. Salekey table; PE 00453 - Phil English/Ann Gima.

168. Emails between Ann Gima, Philip English and Norman Yoshida, dated 10/31/02; RE: List of Errors; PE 00454 – PE 00456 - Phil English/Ann Gima.

169. Notification of Personnel Action re Philip English, effective date 6/1/02 - PE 00457 - Phil English/Ann Gima.

170. Email from Ann Gima to Phil English dated 10/30/02 re: Leave requests w/handwritten notations, PE 00458 - Phil English/Ann Gima.

171. Emails between Dwight Ishiguro and Phil English, 13 pages, 10/30-31/02, re: Leave requests, PE 00459 – PE 00471 - Phil English/Dwight Ishiguro

172. PE 00472 - duplicate of PE 00458.

173. Email from Ann Gima to Phil English, 10/24/02, re: Waikiki Shore, PE 00473 - Phil English/Ann Gima.

174. Emails between Dwight Ishiguro and Phil English, forwarding emails from Ann Gima, 10/21/02, re: Vacations leaves requested for 10/22 & 10/25, PE 00474 –PE 00476 - Phil English/Dwight Ishiguro

175. Handwritten notes, 9/?/02, PE 00477 - Phil English.

176. Emails between Phil English and Ann Gima, 8/29/02 re: BOR dates, PE 00479 – PE 00480 - Phil English/Ann Gima.

177. Emails between Ann Gima and Phil English, 8/29/02 re: Sale Validation, PE 00481 – PE 00483 - Phil English/Ann Gima.

178. Email between Ann Gima and Phil English, 8/29/03 re: BOR dates, PE 00484 (same email included in PE 00479 – PE 00480) - Phil English/Ann Gima.

179. Emails between Dwight Ishiguro and Phil English, 8/14,15,19/02, no subject, PE 00485 – PE 00487 - Phil English/Dwight Ishiguro

180. Emails between Gary Kurokawa and Phil English, 8/15/02, re: Extension of Probation, PE 00488 – PE 00489 – Phil English/ Ann Gima/Robert Magota/Gary Kurokawa.

181. Emails between Phil English and "Stan" re: Opening in Kona, 8/15/02, PE 00490 - Phil English.

182. Handwritten notes, 8/15/02, PE 00491 - Phil English.

183. Handwritten notes, 8/15/02, PE 00492 – PE 00493 - Phil English.

184. Duplicate of PE 00488 – PE 00489.

185. Emails between Dwight Ishiguro and Phil English, mostly same as PE 00485 – PE00487 (one extra at top), PE 00496 – PE 00498 - Phil English/Dwight Ishiguro

186. PE 00499 - duplicate of PE 00490.

187. Handwritten notes, 8/14/02 JPR, PE 00500 – PE 00505 - Phil English.

188. Part of same emails contained in PE 00485 – PE 00488, PE 00506 – PE 00507 - Phil English.

189. PE 00508- PE00513 - same as PE 00500 – PE 00505.

190. PE 00514 - same as contained on PE 00497 – PE 00498.

191. Probationary Performance Evaluation Report, signed 8/14/02 by Phil English, w/attachment, PE 00515 – PE 00516 – Phil English/ Ann Gima/Robert Magota.

192. Response to the review, PE 00517 – Phil English/ Ann Gima/Robert Magota.

193. Emails between Dwight Ishiguro and Phil English, 5/31/02, re: Memo to Ann, PE 00518 – PE 00519 - Phil English.

194. Emails between Ann Gima and Phil English, 5/31/02, re: "Being Watched", PE 00520 – PE 00521 - Phil English/Ann Gima.

195. Emails between Phil English and Dwight Ishiguro, 5/28/02 & 5/23/02, no subject, PE 00522 – PE 00524 - Phil English/Dwight Ishiguro.

196. Email from Phil English to Ann Gima, 5/22/02, re: Tax Bill for hotel and resort class when it should be apartment class, PE 00525 - Phil English/Ann Gima.

197. Emails between Ann Gima and Phil English, 5/22/02, re: Working hours, PE 00526 - Phil English/Ann Gima.

198. Emails between Ann Gima and Phil English, 5/22/02, no subject, PE 00527 - Phil English/Ann Gima.

199. Email from Phil English to Ann Gima, 5/21/02, re: BOR Thursday May 16, 2002, PE 00528 - Phil English/Ann Gima.

200. Email from Phil English to Ann Gima, 5/21/02, no subject, PE 00529 - Phil English/Ann Gima.

201. Email from Phil English to Robert Magota, 5/17/02, re: May 16th BOR, PE 00530 - Phil English/Robert Magota.

202. Response to comments, Evaluation Period 06/01/01-05/31/02, PE 00531 – PE 00532 – Phil English/ Ann Gima/Robert Magota.

203. Probationary Performance Evaluation Report, signed by Phil English on 5/13/02, w/attachment, PE 00533 – PE 00535 - – Phil English/ Ann Gima/Robert Magota.

204. Email from Phil English to Robert Magota, 4/29/02, no subject, PE 00536 - Phil English/Robert Magota.

205. Performance Evaluation Report signed by Phil English on 4/23/01 w/attachment, PE 00537 – PE 00538 - – Phil English/ Ann Gima/Robert Magota.

206. Email from Phil English to Susan Bender and Robert Magota, 4/15/02, no subject, PE 00539 - Phil English/Susan Bender/Robert Magota.

207. Notification of Personnel Action, 3/11/02, PE 00540 – Phil English/ Ann Gima/Robert Magota.

208. Department of Personnel, Position Description, PE 00541 – Phil English/ Ann Gima/Robert Magota.

209. PE 00542 – PE 00543 – same as PE 00531 – PE 00532.

210. Performance Evaluation Report signed by Phil English on 4/12/02, w/attachment, PE 00544 – PE 00545 – Phil English/ Ann Gima/Robert Magota.

211. Master Position Description, Real Property Assessment Division, Real Property Appraiser IV, SR-22, PE 00546 – PE 00549 – Phil English/ Ann Gima/Robert Magota.

212. PE 00550 – same as PE 00540.

213. Email from Phil English to Susan Bender, 3/18/02, no subject, PE 00551 - Phil English/Susan Bender.

214. Notification of Classification Action, 3/6/02, PE 00552 – Phil English/ Ann Gima/Robert Magota.

215. PE 00553 – same as PE 00541.

216. Emails between Ann Gima and Phil English, 2/21/02, 2/19/02, re: BOR March 20, PE 00554 – Phil English/ Ann Gima/Robert Magota.

217. Email from Phil English to Robert Magota, 2/21/02, re: Advancement to Appraiser IV, PE 00555 - Phil English/Robert Magota/Ann Gima.

218. Emails between Phil English and Robert Magota, 2/15/02, re: Complaint against the Administrator, PE 00556 – PE 00557 - Phil English/Robert Magota.

219. Letter to Waikiki Short Inc. from Robert Magota, 12/7/01, re: Change in Tax Classification for TMK 260040120003, PE 00558– Phil English/ Ann Gima/Robert Magota.

220. Declaration Regarding Condominium Use, PE 00559 - Phil English.

221. Letter to President, AOAO of Waikiki Shores from Philip English, 10/9/01, re:  Actual Use of Condominiums, PE 00560  – Phil English/ Ann Gima/Robert Magota.

222. PE 00561 – same as PE 00559.

223. Emails between Phil English and Robert Magota, 10/5/01, no subject, PE 00562 - Phil English/Robert Magota.

224. Email from Phil English to Robert Magota asking if he can see him this afternoon, 10/2/01, PE 00563 - Phil English/Robert Magota.

225. Email from Phil English to Robert Magota telling him he "went with Susan Astin to review documents for Waikiki Short.  Anne seems to be upset about something.", 10/1/01, PE 00564 - Phil English/Robert Magota.

226. Email from Phil English to Robert Magota "I need to talk to you when you have a moment.", 10/1/01, PE 00565 - Phil English/Robert Magota.

227. Probationary Performance Evaluation Report signed by Phil English on 6/25/01 w/attachment, PE 00566 – PE 00567 – Phil English/ Ann Gima/Robert Magota.

228. Performance Evaluation Report signed by Phil English on 4/23/01 w/attachment, PE 00568 – PE 00569 – Phil English/ Ann Gima/Robert Magota.

229. Probationary Performance Evaluation Report signed by Phil English on 3/29/01, PE 00570 - Phil English.

230. Notification of Personnel Action, 1/25/01, PE 00571 - Phil English.

231. PE 00572 – same as PE 00570. – Phil English.

232. Notification of Personnel Action, 11/19/2000, PE 00573 - Phil English.

233. PE 00574 – copy of file folder "English, Philip E., Complaint to Ethics Commission" – Roger Moseley.

234. Email from Charles Totto to Roger Moseley, 12/31/02, re: Phil English, PE 00576 – Charles Totto/Roger Moseley.

235. Email from Charles Totto to Gary Kurokawa, 2/5/03, re: Ethics complaint, PE 00603 – Charles Totto/Gary Kurokawa

236. Letter to Roger Moseley, Esq. from Thomas Riddle, Workers' Compensation Administrator, City and County of Honolulu, 2/28/03, w/enclosed copy of WC-1 report, 2/28/03 letter to Phil English from Mr. Riddle, Authorization for Release of Medical Information, and brochure "When You're Injured at Work', PE 00686-PE00692 – Phil English/Roger Moseley//Thomas Riddle.

237. Letter of Transmittal to Thomas Riddle from Kathleen Chrismer, Asst. for Roger Moseley, enclosing Authorization for Release of Medical Information, signed by Phil English on 3/12/03, and delivery receipt, PE 00693 – PE 00695 - – Phil English/Roger Moseley//Thomas Riddle.

238. Letter denying liability to Phil English from Disability Compensation Division, Records and Claims Processing Branch, State of Hawaii, Department of Labor and Industrial Relations, 3/17/03, w/attached Employee's Claim for Workers' Compensation Benefits signed by

Phil English on 4/7/03, PE 00696 – PE 00698 - – Phil English/Roger Moseley//Thomas Riddle.

239. Letter to Phil English c/o Roger Moseley, from Thomas Riddle, Workers' Compensation Administrator, City and County of Honolulu, 3/18/03, arranging for examination by Dr. Reneau Kennedy, PE 00699 – PE 00700 – Phil English/Roger Moseley//Thomas Riddle.

240. Email from Thomas Riddle to Roger Moseley re: Philip English, 3/19/03, PE 00701 – Phil English/Roger Moseley//Thomas Riddle.

241. Handwritten note to Roger from Charles K. Djou, 3/22/03, PE 00702– Phil English/Roger Moseley.

242. Letter of Transmittal re: Employment Matters, to Phil English from Kathleen Chrismer, Asst. for Roger Moseley, 4/3/03, PE 00703 – Phil English/Roger Moseley.

243. Letter of Transmittal re: Philip English – Employment Matters, to Francisco Figueiredo, Office of Charles Djou, 4/3/03, PE 00704 – Phil English/Roger Moseley.

244. Employee's Claim for Workers' Compensation Benefits signed by Phil English on 4/7/03, PE 00705 – Phil English/Roger Moseley.

245. Letter to Jamie Petersen, WC Facilitator, Department of Labor and Industrial Relations, Disability Compensation Division, from Roger Moseley, 4/16/03, PE 00706 - – Phil English/Roger Moseley.

246. Letter of Transmittal to Francisco Figueiredo, Office of Charles Djou, re: Philip English – Employement matters, from Kathleen Chrismer, Asst. for Roger Moseley, 4/8/03, attaching Detail of Real Property Tax Appraisers, PE 00707 – PE 00708 - – Phil English/Roger Moseley.

247. Letter to Philip English from Robert O. Magota, Real Property Assessor, City and County of Honolulu, 4/9/03, re: Annual Performance Evaluation Review, PE 00709 - Phil English/Robert Magota.

248. Phone Call note for RSM from Jaimie P., 4/16, re: Phil English, PE 00710 – Phil English/Roger Moseley//Thomas Riddle.

249. Letter from Jamie Petersen, WC Facilitator, State of Hawaii, Department of Labor and Industrial Relations, re: Adjuster City & County of Honolulu, Claimant Philip E. English, 3/31/03, approving an extension, PE 00711 - Phil English.

250. Fax Memorandum from Roger Moseley to Tom Riddle, 4/16/03, faxing 4/16/03 letter to Thomas Riddle from Roger Moseley re: Claim of Philip E. English for disability due to retaliation, 4/16/03, PE 00712 – PE 00715 – Phil English/Roger Moseley//Thomas Riddle.

251. Letter to Phil English from Mason Young, Acting Administrator, State of Hawaii, Department of Land and Natural Resources, 4/17/03, re: Notice of Default on Account No. 0832R001311, Mooring Permit No. 4053, Ala Wai Small Boat Harbor, PE 00716 - Phil English.

252. Fax Transmittal to Tom Riddle from Roger Moseley, 4/18/03, PE 00717 – Phil English/Roger Moseley//Thomas Riddle.

253. Letter to Roger Moseley from Thomas Riddle, re: Philip English, 4/17/03, PE 00718 – PE 00719 – Phil English/Roger Moseley//Thomas Riddle.

254. Letter to Thomas Riddle from Roger Moseley re: Claim of Philip English for disability due to retaliation, 4/16/03, PE 00720 – PE 00721 – Phil English/Roger Moseley//Thomas Riddle.

255. Envelope from City and County of Honolulu to Roger Moseley, PE 00722 - – Phil English/Roger Moseley//Thomas Riddle.

256. Letter to Thomas Riddle from Roger Moseley, 4/18/03, enclosing "Work Slips" , PE 00723 – PE 00725 - – Phil English/Roger Moseley//Thomas Riddle.

257. PE 00726 – PE 00727, same as PE 00723-PE 00724 - Phil English. – Phil English/Roger Moseley//Thomas Riddle.

258. Transmission Result Report, PE 00729. – Phil English/Roger Moseley//Thomas Riddle.

259. Letter to Thomas Riddle from Roger Moseley, 4/25/03, advising that English will lose health insurance and be evicted, PE 00730 – PE 00731 – Phil English/Roger Moseley//Thomas Riddle.

260. Letter to Roger Moseley from Thomas Riddle, 4/25/03, asking for English to complete enclosed Claim for Temporary Disability Benefits, PE 00728, PE – Phil English/Roger Moseley//Thomas Riddle. 00733, PE 00734 – Phil English/Roger Moseley//Thomas Riddle.

261. Letter of Transmittal to Thomas Riddle from Kathleen Chrismer, Asst. for Roger Moseley, 4/25/03, PE 00732. – Phil English/Roger Moseley//Thomas Riddle.

262. Letter to Thomas Riddle from Roger Moseley, 4/28/03, "Further to our April 25, 2003 letter", PE 00736 – PE 00739 – Phil English/Roger Moseley//Thomas Riddle.

263. Letter to Roger Moseley from Thomas Riddle, 4/29/03, responding to letter of April 28th, PE 00740 – PE 00741 – Phil English/Roger Moseley//Thomas Riddle.

264. Letter to Roger Moseley from Thomas Riddle, 4/30/03, advising that he has recovered the personal property of Mr. English, PE 00742 – Phil English/Roger Moseley//Thomas Riddle.

265. Letter to Roger Moseley from Thomas Riddle, 4/30/03, re: Philip English, PE 00743 – Phil English/Roger Moseley//Thomas Riddle.

266. Letter to Thomas Riddle from Roger Moseley, 4/30/03, re: claim and enclosing copy of "performance evaluation", PE 00744 – PE 00749 – Phil English/Roger Moseley//Thomas Riddle.

267. Fax Transmittal to "Nancy" from Roger Moseley, 4/30/03, enclosing documents "for Dr. Kennedy's info", PE 00751 – PE 00770 - Phil English. – Phil English/Roger Moseley.

268. Fax Transmittal to "Nancy" from Roger Moseley, 4/30/03, enclosing "a few additional items which may help Dr. Kennedy", PE 00771 – PE 00783 - – Phil English/Roger Moseley.

269. Fax Transmittal to "Nancy" from Roger Moseley, 4/30/03, enclosing "Phil English Performance Evaluation", PE 00784 – PE 00795 - – Phil English/Roger Moseley.

270. PE 00796 – same as PE 00743. – Phil English/Roger Moseley//Thomas Riddle.

271. PE 00797 – envelope addressed to Roger Moseley from City and County of Honolulu. – Phil English/Roger Moseley.

272. PE 00798 – copy of file folder "English, Philip E., Complaint to Ethics Commission" (same as PE 00754?) – Phil English/Roger Moseley.

273. Letter to Roger Moseley from Thomas Riddle, 5/1/03 re: Philip English, w/attached copy of envelope, PE 00799 – PE 00800 – Phil English/Roger Moseley//Thomas Riddle.

274. Letter to Thomas Riddle from Roger Moseley, 5/2/03, asking for copy of Dr. Kennedy's report, w/copy of Transmission Report, PE 00801 – PE 00802 - – Phil English/Roger Moseley//Thomas Riddle.

275. Transmission Result Report, 5/2/03, Letter to Thomas Riddle from Roger Moseley about health insurance for Phil English, PE 00803 – PE 00804 - – Phil English/Roger Moseley//Thomas Riddle.

276. Fax Transmittal to Tom Riddle from Roger Moseley, 5/2/03, handwritten, PE 00805 – PE 00806 – Phil English/Roger Moseley//Thomas Riddle.

277. May 2, 2003 fax back to Roger Moseley, w/handwritten note from Tom Riddle, PE 00807 - Phil English. – Phil English/Roger Moseley//Thomas Riddle.

278. Letter to Dr. Reneau Kennedy from Roger S. Moseley, 5/3/03, enclosed pages of standards from IAAO, PE 00808 – Philip English– Phil English/Roger Moseley.

279. Letter to Roger Moseley from Thomas Riddle, 5/5/03, request for records or reports obtained and plan to utilize in any legal proceeding PE 00809 – PE 00810, - Reneau Kennedy – Phil English/Roger Moseley//Thomas Riddle.

280. Letter of transmittal to Dr. Joan Koff from Roger Moseley, 5/8/03, copies of documents regarding events occurring at Mr. English's employment for information and files, PE 00811– Phil English/Roger Moseley/Joan Koff.

281. Delivery receipt from Roger Moseley to Suzann Foumai, document for annual benefit reelection form – Philip English, 5/12/03, PE 00812 – Phil English/Roger Moseley.

282. Letter from Roger Moseley from Thomas Riddle, re:  Philip E. English Personal property, Fax Transmittal and delivery receipt, 5/15/03, PE 00813 – PE 00815 – Philip English– Phil English/Roger Moseley//Thomas Riddle.

283. Delivery receipt to Suzanne Foumai from Roger Moseley, document of EUTF enrollment/change form for active employees, 5/20/03, PE 00816– Phil English/Roger Moseley.

284. Fax of Philip English Acknowledgement List from State of Hawaii Department of Budget and Finance, 6/2/03, PE 00817– Phil English/Roger Moseley.

285. Letter to Suzanne Foumai from Roger Moseley, re:  Philip English – Benefit Election, 6/2/03, PE 00818 – PE 00820 – Phil English/Roger Moseley.

286. Letter to Michael Golojuch from Roger Moseley, re:  Philip English/City Real Property Tax assessment division, 6/9/03, PE 00821 – PE 00824 – Philip English– Phil English/Roger Moseley/Michael Golojuch.

287. Fax and letter to Dr. Reneau Kennedy from Roger Moseley, confirmation of information to assistant Gavin Takenaka, PE 00834 – PE 00836– Phil English/Roger Moseley//Thomas Riddle.

288. Email from Michael Golojuch to Roger Moseley, Philip is still a HGEA member and dues are collected, 6/13/03, PE 00837– Phil English/Roger Moseley//Thomas Riddle.

289. Letter from Mason Young to Philip English, 7/15/03, notice of default on account no. 0832R001311 and Mooring permit no. O-4053, Ala Wai small boat harbor, PE 00839– Phil English.

290. Letter from Joan Koff to Thomas Riddle, 7/24/06, determined date of injury is January 30, 2003, PE 00840 – PE 00842– Phil English/Roger Moseley//Thomas Riddle.

291. Fax and letter from Roger Moseley to Thomas Riddle, 8/11/03, request for "draft" report and comments to Dr. Kennedy, PE 00843 – PE 00846 – Phil English/Roger Moseley//Thomas Riddle.

292. PE 00847 – Correspondence/Notes #1

293. PE 00859 – Address for Doris Nagano State of Hawaii Dept. Labor & Indust. Relations– Phil English/Roger Moseley/ Paul Au.

294. Letter from Mason Young to Philip English, 8/19/03, notice of default on account no. 0832R001311 and Mooring permit no. O-4053, Ala Wai small boat harbor, PE 00880 – PE 00882– Phil English.

295. Fax and Letter to Doris Nagano from Roger Moseley, 8/25/06, request to forward all documents and correspondence regarding Philip English workers' compensation claim, PE 00883 – PE 00885– Phil English/Roger Moseley//Thomas Riddle.

296. Letter to Thomas Riddle from Roger Moseley, 8/28/03, request for personal records of Philip English to be produced and copied, PE 00886 – PE 00888– Phil English/Roger Moseley//Thomas Riddle.

297. Letter to Thomas Riddle from Joan Koff, 8/28/06, clinical impressions on Philip English, PE 00889 – PE 00891– Phil English/Roger Moseley//Thomas Riddle.

298. Fax to Joyce Leto from Roger Moseley, 9/15/03, Centurion Life Insurance – Phil English/Roger Moseley.Company doctor's statement 1172 initial claim form, PE 00892 – PE 00895

299. Fax and letter to Thomas Riddle from Roger Moseley, 9/16/03, follow up to letter of August 28, 2003, PE 00896 – PE 00899– Phil English/Roger Moseley//Thomas Riddle.

300. Fax and letter to Thomas Riddle from Roger Moseley, 9/16/03, request for further information with respect to Dr. Kennedy's report dated July 30, 2003, PE 00900 – PE 00911– Phil English/Roger Moseley/ Paul Au/Thomas Riddle.

301. Fax and letter to Thomas Riddle from Roger Moseley, 10/2/03, settlement offer, PE 00912 – PE 00914– Phil English/Roger Moseley/ Paul Au/Thomas Riddle.

302. Fax and letter to disability compensation division hearings branch department of labor and industrial relations from Roger Moseley, 10/17/03, PE 00915 – PE 00916– Phil English/Roger Moseley/ Paul Au.

303. Letter to Roger Moseley from Paul Au, 11/7/03, city has agreed to voluntarily provide Mr. Philip English with weekly indemnity benefits effective October 1, 2003, PE 00917 – PE 00919– Phil English/Roger Moseley/ Paul Au.

304. Fax and letter to Roger Moseley from Paul Au, 11/12/03, terms and conditions for settlement, PE 00920 – PE 00927– Phil English/Roger Moseley/ Paul Au.

305. Notice of hearing to be held on 1/14/04 at 2:00 pm, PE 00928 – PE 00929– Phil English/Roger Moseley/ Paul Au.

306. Fax and letter to Paul Au from Roger Moseley, 11/17/03, offer to settle claim on following conditions, PE 00930 – PE 00941– Phil English/Roger Moseley/ Paul Au.

307. Fax and letter to Paul Au from Roger Moseley, 11/17/03, offer to settle claim on following conditions and Fax and letter to Thomas Riddle from Roger Moseley, 9/16/03, request for further information with respect to Dr. Kennedy's report dated July 30, 2003 and errors in the history portion of Dr. Kennedy's report dated July 30, 2003, PE 00942 – PE 00960– Phil English/Roger Moseley/ Paul Au.

308. Fax and letter to Paul Au from Roger Moseley, 11/20/03, request of city to immediately cease and desist in its denial of the compensability of Mr. English's injury, PE 00961 – PE 00967– Phil English/Roger Moseley/ Paul Au.

309. Letter of transmittal to Paul Au from Roger Moseley, copy of letter dated 11/17/03 with enclosures, PE 00968 – PE 00987 – Phil English/Roger Moseley/ Paul Au.

310. PE 00988 – PE 00992:  copy of 293 – Phil English/Roger Moseley/ Paul Au.

311. Amended notice of hearing to be held on 1/14/04 at 2:00 pm, PE 00993– Phil English/Roger Moseley/ Paul Au.

312. Letter to Roger Moseley from Paul Au, 12/9/03, response to letter dated November 17, 2003 – settlement offer, PE 00994 – PE 00998

313. Letter to Paul Au, 12/16/03, acceptance of 12/9/03 settlement offer upon two assumptions, PE 00999 – PE 01016– Phil English/Roger Moseley/ Paul Au.

314. Fax and letter to disability compensation division hearings branch department of labor and industrial relations from Roger Moseley, request for January 14, 2004 hearing be cancelled, 1/13/04, PE 01017 – PE 01021– Phil English/Roger Moseley/ Paul Au.

315. Fax and letter from Paul Au to Roger Moseley, 12/23/03, response to letter dated December 16, 2003, PE 01000 – PE 01005– Phil English/Roger Moseley/ Paul Au.

316. Letter of transmittal from Roger Moseley to Paul Au, 1/20/04, compromise, settlement and release agreement, PE 010174 – PE 010175– Phil English/Roger Moseley/ Paul Au.

317. Letter of transmittal from Roger Moseley to disability compensation division hearings branch dept. of labor and industrial relations, request for approval of attorney's fees, 01/22/04, PE 01076 – PE 01080– Phil English/Roger Moseley.

318. Compromise, settlement and release agreement; approval and order from David Arakawa, 1/20/04, PE 01081 – PE 01092– Phil English/Roger Moseley.

319. Fax from Roger Moseley to Violet Lee, compromise, settlement and release agreement; approval and order from David Arakawa, 3/2/04, PE 01095 – PE 01106– Phil English/Roger Moseley/Violet Lee.

320. Letter from Mark Fukuhara to Philip English, 3/11/04, continuation of coverage (COBRA) election form, EUTF Notice of COBRA qualifying event, dated 3/11/04, – Phil English.and authorization signed by Philip English, PE 01107 – PE 01110

321. Letter of transmittal to Hawaii Employer-Union Health Benefits Trust Fund from Roger Moseley, continuation of coverage (COBRA) election form, EUTF notice of COBRA qualifying event, dated 3/11/04, and authorization signed by Philip English, PE 01111 – PE 01115– Phil English/Roger Moseley/Thomas Riddle.

322. Fax from Cindy Consolidated service center to Kats, continuation of health plan coverage under COBRA, 4/29/04, PE 01116 – PE 01117– Phil English.

323. Memorandum from Robert Magota to Real Property Assessment Staff, 06/12/01, guidelines for residential CDU rating system, PE 01401 – PE 01403– Phil English/ Ann Gima/Robert Magota.

324. Sample of residential building depreciation analysis by Gerald Lum, PE 01404– Phil English/ Ann Gima

325. Sample land benchmark analysis by Wilfred Martin, 7/16/01, PE 01405– Phil English/ Ann Gima

326. City and County of Honolulu IAS training Model Refinement September 2000, PE 01406 – PE 01444– Phil English/ Ann Gima/Robert Magota.

327. Letter from Phu to Phil, PE 01542 – PE 01543– Phil English.

328. Note for Phu to call Mike G., 2/26/03, PE 01544 - – Phil English.

329. Email from Philip English to Ann Gima, 2/27/03, request for advise as to where or to whom appeals and files should be re-directed, PE 01545

330. Email from Philip English to Gary Kurokawa, request for clarification in some statements, 2/07/03, PE 01546 – Phil English/ Ann Gima/Robert Magota/Gary Kurokawa.

331. Workplace violence checklist, 2/10/03 Julie Tamayori, PE 01547 – PE 01548 – Phil English/Julie Tamayori.

332. Billing from department of land and natural resources division of boating and ocean recreation to Philip English, 8/7/03, PE 01606 – PE 01607– Phil English.

333. Probationary performance evaluation report for 06/01/02 to 08/31/02 and response to the review of Philip English, received 8/26/02, PE 01636 – PE 01641– Phil English/ Ann Gima

334. Notification of personnel action of Philip English, received 7/16/02, PE 01642– Phil English/ Ann Gima

335. Probationary performance evaluation report for 03/01/02 to 05/31/02, received 5/16/02, PE 01646– Phil English/ Ann Gima

336. Responses to comments on evaluation period 6/01/01 – 05/31/02, PE 01647 – PE 01648– Phil English/ Ann Gima/Robert Magota.

337. Performance evaluation report for 06/01/01 to 05/31/02, PE 01649 – PE 01653

338. Notification of Personnel action, received March 19, 2002, PE 01654– Phil English/ Ann Gima

339. Letter from Caroll Takahashi to Philip English, reallocation of position DF-486, Real Property Appraiser III, PE 01655– Phil English/ Ann Gima

340. Notification of classification action from Real Property Appraiser III to Real Property Appraiser IV, March 6, 2002, PE 01656– Phil English/ Ann Gima

341. Department of Personnel Position Description, PE 01657 – PE 01658– Phil English/ Ann Gima

342. Master Position Description, PE 01659 – PE 01662– Phil English/ Ann Gima

343. Master Position Description, PE 01663 – – Phil English/ Ann Gima

344. Notification of Personnel Action, 7/26/02, PE 01664– Phil English/ Ann Gima

345. Notification of Personnel Action, 8/15/01, PE 01665– Phil English/ Ann Gima

346. Probationary performance evaluation report, 6/20/01, PE 01666– Phil English/ Ann Gima

347. Evaluation Period 05/01/01 to 07/31/01, comments, PE 01667– Phil English/ Ann Gima

348. Annual benefit reelection form, 04/01/01, PE 01668– Phil English.

349. Performance Evaluation report, 04/23/01, PE 01669 – PE 01670

350. Health fund information on file as of February 28, 2001, PE 01671 – PE 01672– Phil English.

351. Notification of Personnel action, received March 7, 2001, PE 01673– Phil English/ Ann Gima

352. Probationary performance evaluation report, rating period 01-01-01 to 04-30-01, 3/29/01, PE 01674– Phil English/ Ann Gima

353. Letter from Caroll Takahashi to Philip English, reallocation of position DF-486, real property appraiser II, 02/05/01, PE 01675

354. Department of Human resources city and county of Honolulu class specification real property appraiser IV, 01/11/02, PE 01676 – PE 01677– Phil English/ Ann Gima

355. Notification of personnel action, 11/29/00, PE 01678 – PE 01679– Phil English/ Ann Gima

356. Probationary performance evaluation report, 11/3/00, PE 01680– Phil English/ Ann Gima

357. Probationary performance evaluation report, 8/9/00, PE 01681– Phil English/ Ann Gima

358. From Dennis, teleprocessing equipment request, 06/13/00, PE 01682– Phil English/ Ann Gima

359. Notification of personnel action, 06/05/00, PE 01683– Phil English.

360. Master position description real property appraiser II, SR-18 (trainee), PE 01684 – PE 01686– Phil English.

361. Real property assessment division real property appraiser III, SR-20, PE 01687 – PE 01689– Phil English.

362. Real property assessment division real property appraiser II, SR-18 (trainee), PE 01690 – PE 01691

363. Copy of pleading labeled applications, PE 01692– Phil English.

364. HGEA-AFSCME, Kevin Mulligan, PE 01693– Phil English/Kevin Mulligan.

365. Note on planning to meet with Ann, 12/16/02, PE 01694– Phil English/ Ann Gima

366. Emails between Philip English and Ann Gima, plans on meeting on Monday, 12/13/02, PE 01695– Phil English/ Ann Gima

367. Emails between Philip English and Ann Gima, RE:  BOR dates for February, 12/12/02, PE 01696– Phil English/ Ann Gima

368. Emails between Philip English and Ann Gima, RE:  Imperial Hawaii Resort, 12/12/02, PE 01697 – PE 01698– Phil English/ Ann Gima

369. Emails between Philip English and Ann Gima, scheduling meeting with Peter Elliot for 10th, 12/12/02, PE 01699 – PE 01701– Phil English/ Ann Gima

370. Email from Philip English to Ann Gima, clarification of 5 BOR dates, 12/12/02, PE 01702– Phil English/ Ann Gima

371. Emails between Philip English and Ann Gima, re:  Imperial Hawaii Resort, 12/12/02, PE 01703 – PE 01704– Phil English/ Ann Gima

372. July 2002 schedule for BOR groups, PE 01705– Phil English/ Ann Gima

373. August 2002 schedule for BOR groups, PE 01706– Phil English/ Ann Gima

374. September 2002 schedule for BOR groups, PE 01707– Phil English/ Ann Gima

375. October 2002 schedule for BOR groups, PE 01708– Phil English/ Ann Gima

376. November 2002 schedule for BOR groups, PE 01709– Phil English/ Ann Gima

377. December 2002 schedule for BOR groups, PE 01710 – PE 01715– Phil English/ Ann Gima

378. January 2002 schedule for BOR groups, PE 01716 – PE 01720– Phil English/ Ann Gima

379. May 2002 schedule for BOR groups, PE 01721 – PE 01726– Phil English/ Ann Gima

380. June 2002 schedule for BOR groups, PE 01727 – PE 01732– Phil English/ Ann Gima

381. Letter from Waylen Toma to Philip English, 01/16/03, PE 01733 – PE 01734– Phil English/Waylon Toma.

382. Real property appraiser IV evaluation period 06/01/02 – 08/31/02, faxed 12/04/02, PE 01735– Phil English/ Ann Gima

383. Emails between Philip English and Ann Gima, 01/08/03, Re:  progress meeting, PE 01736 – PE 01738– Phil English/ Ann Gima

384. Note on conversation with Ann K., 02/05/03, PE 01739– Phil English.

385. Note on Ann's actions around the office, 02/05/03, PE 01740– Phil English.

386. Message to Ann about 2002 values, 02/07/03, PE 01741 – PE 01745– Phil English/ Ann Gima

387. Letter from Philip English to Nicole Gracia, 01/31/03, PE 01746– Phil English.

388. Letter from Philip English to Carolyn Kepford, 01/31/03, PE 01747– Phil English.

389. Emails between Philip English and Ann Gima, 02/07/03, RE:  letters to taxpayers/ethical issues, PE 01748 – PE 01749– Phil English/ Ann Gima

390. Email delivery error from Philip English to Ann Gima, 02/06/03, PE 01750 – PE 01752– Phil English/ Ann Gima

391. Amendment to administrative memorandum 01-001 by Gary Kurokawa, classification of condominiums, PE 01753– Phil English/Gary Kurokawa.

392. Chapter 2 classification of condominium, PE 01754 – PE 01759

393. Note on phone being tampered by Chris, 2/5/03, PE 01760– Phil English/Chris Graff.

394. Note on call from Bob Magota, 2/5/03, PE 01761– Phil English/ Ann Gima/Robert Magota.

395. Letter from Philip English to Bob Magota, planned meeting, 2/5/03, PE 01762– Phil English/ Ann Gima/Robert Magota.

396. Emails between Philip English and Vicki Puou, RE: amended notice 2002, 2/5/03, PE 01763– Phil English.

397. Email from Philip English to Ann Gima cc: Robert Magota, AOAO Castle Surf Apartments, PE 01764– Phil English/ Ann Gima

398. January 2003 schedule for BOR group, PE 01765– Phil English/ Ann Gima

399. Note on Ann's review of two letters drafted to tax payers, 2/3/03, PE 01766– Phil English/ Ann Gima

400. Email from Suzanne Foumai to Philip English, sick vacation leave paper, 12/17/02, PE 01767– Phil English/Sue Foumai.

401. Email from Suzanne Foumai to Philip English, low sick leave, 1/22/03, PE 01768

402. Email from Philip English to Ann Gima, request to leave 45 minutes early for doctor appointment, PE 01769– Phil English/ Ann Gima

403. Email to Georgette Wong from Philip English, appeal for Diamond Head Apts. LTD, PE 01770– Phil English.

404. Emails between Vicki Puou and Philip English, 01/27/03, written authorization, PE 01771– Phil English.

405. Emails between Ann Gima and Philip English, 11/08/02, RE: status update, PE 01772 – PE 01773– Phil English/ Ann Gima

406. December 2002 schedule for BOR group, PE 01774– Phil English/ Ann Gima

407. January 2003 schedule for BOR group, PE 01775– Phil English/ Ann Gima

408. December 2002 schedule for BOR group, PE 01776– Phil English/ Ann Gima

409. Status of appeals, written note from Ann to Phil, 10/23/02, PE 01777– Phil English/ Ann Gima

410. Email from Ann Gima to Philip English, 1/14/03, Supervisor's meeting 1/13/03

411. Message to Bob and Ann, 2/5/03, PE 01779 – Phil English/ Ann Gima/Robert Magota.

412. Letter from Waylen Toma to Philip English, 1/16/03, discussion of language being removed in evaluation, PE 01780 – PE 01781– Phil English/Waylon Toma.

413. Fax of Philip English Real Property IV evaluation period 06/01/02-08/31/02 comments, PE 01782– Phil English.

414. Emails between Philip English, Ann Gima, Robert Magota, Francisco Figueiredo, FW: constituent call, PE 01783 – Phil English/ Ann Gima/Robert Magota.

415. Emails between Philip English and Ann Gima, RE: Progress meeting, 1/08/03, PE 01784 – PE 01785 – Phil English.

416. Email to BFS/RPA Group3 from Ann Gima, Misc, 1/07/03, PE 01786

417. Email from Ann Gima to Philip English, BOR dates for February, PE 01787

418. Emails between Ann Gima and Philip English, scheduling meeting, 12/12/02, PE 01788

419. Emails between Philip English and Ann Gima, scheduling meeting with Peter Elliot, 12/12/02, PE 01789 – Phil English/ Ann Gima.

420. Emails between Philip English and Ann Gima, RE: Imperial Hawaii Resort, 12/12/02, PE 01790 – PE 01792 – Phil English/ Ann Gima.

421. Email to Susan Bender and Philip English from Ann Gima, Waikiki shore, 12/04/02, PE 01793 – Phil English/Susan Bender/Ann Gima.

422. Emails between Ann Gima and Philip English, RE: westbury, 11/18/02, PE 01794 – Phil English/Ann Gima.

423. Email to BFS/RPA Group 3 from Ann Gima, miscs everyone should be reviewing their values, loading the new parcels, preparing remaining BOR cases, 11/13/02, PE 01795 – Phil English/Ann Gima.

424. Emails between Philip English and Ann Gima, 11/08/02, request to schedule BOR date for December 6th or January, PE 01796 – Phil English/Ann Gima.

425. Emails between Philip English and Ann Gima, 11/01/02, RE: #141, PE 01797 – Phil English/ Ann Gima.

426. Emails between Philip Enlish, Norman Yoshida, and Ann Gima, RE: corrections to errors, 11/01/02, PE 01798 – PE 01799 – Phil English/Ann Gima.

427. Emails between Keith Yamashita, Ann Gima and BFS/RPA Group3, 11/01/02, forward of Keith's notes from supervisor meeting, PE 01800 – Phil English/Ann Gima.

428. Emails between Ann Gima and Philip English, 10/31/02, RE: #141 and #142, PE 01801 – Phil English/Ann Gima.

429. Email to Philip English, Gary Kurokawa, and Robert Magota from Ann Gima, Leave requests, 10/30/02, PE 01802 – Phil English/Ann Gima.

430. Email from Ann Gima to Susan Bender, Gary Kurokawa, Robert Magota, and Philip English, Waikiki Shore, 10/24/02; PE 01803 – Phil English/Susan Bender/Ann Gima/Robert Magota.

431. Emails between Philip English and Ann Gima, RE: vacation leaves requested for 10/22 and 10/25, 10/21/02; PE 01804 – Phil English/Ann Gima.

432. Note about cleaning up computers, 01/24/03, PE 01805 – Phil English.

433. Note about Ann reviewing two letter drafted to tax payers, 2/3/03, PE 01806 – Phil English.

434. Note about receiving a call from Bob Magota requesting to meet right away, 2/5/03, PE 01807 – Phil English/Bob Magota.

435. Note about phone being tampered, 2/5/03, PE 01808 – Phil English.

436. Note about Ann's behavior in office, 2/5/03, PE 01809 – Phil English.

437. Note about conversation with Ann K., 2/5/03, PE 01810 – Phil English.

438. Note about conversation with Kevin Mulligan, 2/6/03, PE 01811 – Phil English.

439. Note about conversation with Michelle Muroaka, 2/6/03, PE 01812 – Phil English.

440. Note about conversation with Ann Gima on work on Waikiki Shore issues, 2/6/03, PE 01813 – Phil English.

441.  Note on mysterious phone calls and when Chris and Ann G. came back, 2/6/03, PE 01814 – Phil English.

442.  Note on calling Kevin Mulligan about meeting, 2/7/03, PE 01815 – Phil English.

443.  Note about Ann speaking with Julie and Linda, 2/7/03, PE 01816 – Phil English.

444.  Note about running into Lee A., 2/7/03, PE 01817 – Phil English.

445.  Note about inquiry on Chris, 2/7/03, PE 01818 – Phil English.

446.  Note about conversation with Ann regarding revised letters, 2/7/03, PE 01819

447.  Message to Ann about 2002 values, 2/7/03, PE 01820 – Phil English/Ann Gima.

448.  Note about feeling pressure from management, 2/7/03, PE 01821 – Phil English.

449.  Note about complaint filed by Ann Slocum Main, 2/10/03, PE 01822 – Phil English.

450.  Note about meeting with Ann G., Bob M., and Kevin M., 2/10/03, PE 01823 – PE 01830 – Phil English.

451.  Note about feeling with other employees, 2/10/03, PE 01831– Phil English.

452.  Message to Bob Magota from Philip English regarding employment action against English, 2/5/03, PE 01832 – Phil English/Robert Magota.

453.  Note about Chris and Lee A. action, 2/10/03, PE 01833 – Phil English.

454. Note about lunch with Wilfred Martin, 2/10/03, PE 01834 – PE 01835 – Phil English/Wilfred Martin.

455. Note about Ann' request to review fee simple assessments for adjacent buildings, 2/11/03, PE 01836 – PE 01837 – Phil English/Ann Gima.

456. Note about Christine Kurashige's behavior, 2/11/03, PE 01838 – Phil English.

457. Note about conversation with Michelle Muraoka, 2/11/03, PE 01839 – Phil English.

458. Note about group's behavior, 2/11/03, PE 01840 – Phil English.

459. Handwritten notes, discussion with Ms. Mulligan, 2/10/03, PE 01841 – PE 01843 – Phil English.

460. Honolulu Advertiser, 01/11/03, Property values under fire again and Property:  Council seeks reasons, PE 01856 – Phil English/Roger Moseley.

461. Letter from Sandra McFarlane to Department and agency heads, workplace violence policy, 12/12/00, PE 01857 – PE 01867 – Phil English/Ann Gima/Robert Magota/Chris Graff.

462. Chapter 8 real property tax, 01/17/02, PE 01868 – PE 01923 – Phil English/Ann Gima/Robert Magota.

463. Philip English receipt from Kaiser Honolulu Clinic, 11/04/03, $26, PE 01924 – PE 01925– Phil English.

464. Philip English receipt from Kaiser Honolulu Clinic, 11/06/03, $13, PE 01926 – Phil English.

465. Philip English receipt from Kaiser Honolulu Clinic, 10/29/03, $23, PE 01927 – Phil English.

466. Kaiser Permanente same day care clinic discharge instructions, 10/29/03, PE 01928 – Phil English.

467.  Kaiser Permanente same day care clinic discharge instruction, 10/7/02, PE 01929– Phil English.

468.  Kaiser Permanente Honolulu urgent care discharge instructions, 11/6/03, PE 01930 – Phil English.

469.  Consent for release of medical information or records, 4/9/03, PE 01931 – Phil English.

470.  Employee's claim for workers' compensation benefits, 4/7/03, PE 01932 – Phil English/Thomas Riddle.

471.  Department of labor and industrial relations disability compensation division, 3/17/03, PE 01933 – PE 01934 - – Phil English/Thomas Riddle.

472.  Letter from Roger Moseley to Thomas Riddle, annual performance evaluation by Ann Gima and Robert Magota, 4/30/03, PE 01935 – PE 01938 – Roger Moseley/Thomas Riddle/Ann Gima/Robert Magota.

473.  Report of industrial injury or illness, 2/8/03, PE 01940 – Phil English/Thomas Riddle.

474.  Kaiser Permanente appointment reminder for 6/26/03, PE 01941 – PE 01943 – Phil English.

475.  Kaiser Permanente preparation for renal ultrasound, appointment July 21, 2003, PE 01944 – Phil English.

476.  Letter from Joan Koff to Thomas Riddle, injury date January 30, 2003, 7/24/04, PE 01945 – PE 01946 – Joan Koff/Thomas Riddle

477.  Letter from Joan Koff to Thomas Riddle, clinical impressions on evaluation, 08/28/03, PE 01947 – PE 01948 – Joan Koff/Thomas Riddle.

478.  Receipt from Kaiser Permanente, $18.50, 09/17/03, PE 01949 – Phil English.

479. Kaiser Permanente same day care clinic discharge instructions, 9/17/03, PE 01950 – Phil English.

480. IAAC note, PE 01951 – Phil English.

481. International association of assessing officers membership application, PE 01952 – PE 01953 – Phil English.

482. Letter from Kaye Roper to IAAO course/workshop participants, 7/7/00, re: examination report format, PE 01954 – PE 01955 – Phil English.

483. Letter from Mike Goggin to Philip English, invitation to IAAO, PE 01956 – Phil English.

484. Copy of membership card to IAAO, PE 01957 – Phil English.

485. Membership letter to Philip English from David Wheelock, 8/26/02, PE 01958 – Phil English.

486. Certificate of membership IAAO, PE 01959– Phil English.

487. Certificate of completion IAAO, 6/30/00, PE 01960– Phil English.

488. Certificate of completion IAAO, 7/14/00, PE 01961 – Phil English.

489. Certificate of completion IAAO, 12/13/01, PE 01962 – Phil English.

490. Certificate of attendance IAAO, 6/26/01-6/28/01, PE 01963 – Phil English.

491. Letter to IAAO students from Tamara Mitchell-Armand, education processing coordinator, re: IAAO examination results, 1/14/02, PE 01964 – Phil English.

492. Letter from Roy Amemiya, Jr., Dept. of Budget and Fiscal Services to Philip English, dated 4/28/99 re qualifying for real property assessment administrator position; PE 01965 – Phil English.

493. Letter from Roy Amemiya, Jr., Dept. of Budget and Fiscal Services to Philip English, dated 5/14/99 re continue to apply for city positions; PE 01966 – Phil English.

494. Philip English Notice of Examination Results for Real Property Appraiser IV; PE 01967– Phil English.

495. Philip English Notice of Examination Results for Real Property Appraiser III; PE 01968 – Phil English.

496. Philip English Notice of Examination Results for Real Property Appraiser II; PE 01969 – Phil English.

497. Letter from Roy Amemiya, Jr., Dept. of Budget and Fiscal Services to Philip English, dated 12/20/99, re you didn't get the job; PE 01970 – Phil English.

498. Employment Opportunity listings for Real Property Appraiser II, III and IV; PE 01971 – PE 01974 – Phil English.

499. Philip English employment application for Real Property Appraiser II, III or IV, dated 5/18/99; PE 01975 – PE 01979 – Phil English.

500. Class Specification for Real Property Appraiser VI; PE 01980 – PE 01981 – Phil English.

501. Letter from Suzanne Foumai, Secretary, Real Property Assessment Division to Philip English, dated 3/17/00, re interview for Real Property Appraiser II; PE 01982 – Phil English.

502. Letter from Suzanne Foumai, Secretary, Real Property Assessment Division to Philip English, dated 3/24/00, confirming interview for Real Property Appraiser II; PE 01983 – Phil English.

503. Notice of Vacancy to Be Filled for Real Property Appraiser VI, dated 3/21/01; PE 01984 – Phil English.

504. Class Specification for Real Property Appraiser VI; PE 01985 – PE 01986 – Phil English.

505. Philip English employment application for Real Property Appraiser VI; PE 01987 – PE 001993 – Phil English.

506. Notice of Vacancy for Real Property Appraiser VI, dated 1/15/03; PE 01994 – Philip English.

507. Philip English employment application for Real Property Appraiser VI, dated 1/24/03; PE 01995 – PE 01999 – Philip English.

508. Memo from Philip English to Violet Lee, dated 4/4/01, re Addendum to Application for Real Property Appraiser VI; PE 02000 – PE02001 – Philip English.

509. Philip English certificates of completion; PE 02002 – PE 02006 – Philip English.

510. Uniform Request for Recertification Credit re Philip English, dated 7/5/00; PE 02007 – Philip English.

511. Philip English certificates of completion; PE 02008 – PE02011 – Philip English.

512. Group Orientation Session for New Employees hand out; PE 02032 – PE 02043 – Philip English

513. Civil Service Law, Section 76-41; PE 02044 – Philip English.

514. Employee Performance Appraisal, blank form; PE 02045 – PE 02052 – Ann Gima/Robert Magota

515. Performance Appraisal System Summary for Employees handout; PE 02053 – PE02054 – Robert Magota/Ann Gima

516. Supplemental Agreement Pertaining to Article 14, Grievance Procedure, Single Level Grievance Procedure, dated 7/30/02; PE 02055 – PE02059 – Dwight Ishiguro/Waylon Toma/Philip English

517. Supplemental Agreement Pertaining to Article 11, Grievance Procedure, Single Employer Level Grievance Procedure, dated 7/1/02;

PE 02060 – PE 02064 – Dwight Ishiguro/Waylon Toma/Philip English

518. Ethics Complaint signed by Roger Moseley and Philip English, dated January 22, 2003 – Philip English/Roger Moseley

519. Average Salary list, PE 01120 – Phil English/Ann Gima/Robert Magota

520. Notification of Personnel Action (Separation from Service – Resignation), Philip E. English, 3/3/04, PE 01121 – Phil English/Ann Gima/Robert Magota

521. Same as above but w/copy of certified mail envelope attached, PE 01122-PE 01123 – Phil English/Ann Gima/Robert Magota

522. Pay slip, 3/15/04, PE 01124 – Phil English.

523. Employee Health Services flyer, PE 01125 – Phil English.

524. Application for Transfer of Vacation and Sick Leave Credit or Payment in Lieu of Vacation, PE 01126 – Phil English/Sue Foumai.

525. City and County of Honolulu Payroll/Personnel, Employee Leave Activity Report, as of 12/31/2003, PE 01127 –PE 01134 – Phil English/Sue Foumai/Ann Gima.

526. Pay slip, 7/15/03, PE 01136 – Phil English.

527. State of Hawaii letter in response to letter dated 6/19/03, requesting an extension, claimant Philip E. English, 7/3/03, PE 01137 – Phil English.

528. Pay slip, 6/30/03, PE 01138 – Phil English.

529. Notification of Personnel Action (Leave of Absence Without Pay), Philip E. English, 6/2/03, PE 01139 – Phil English.

530. Notification of Personnel Action (Leave of Absence Without Pay), Philip E. English, 5/8/03, PE 01140 – Phil English.

531. Pay slip, 6/13/03, w/copy of certified mail envelope attached, PE 01141 – PE 01142 – Phil English.

532. Pay slip, 5/30/03, PE 01143 – Phil English.

533. PE 01144, same as above.

534. State of Hawaii announcement for Open Enrollment for health and life insurance coverages effective July 1, 2003, PE 01145 – Phil English.

535. EUTF Enrollment/Change Form for Active Employees, Phil English, 5/20/03, PE 01146 – Phil English/Sue Foumai.

536. Aetna Life Insurance Company – Designation of Beneficiary, Phil English, 5/20/03, PE 01147 – Phil English/Sue Foumai.

537. City and County of Honolulu, Premium Conversion Plan, Annual Benefit Reelection  Form, Phil English, 5/12/03, PE 01149 – Phil English.

538. City and County of Honolulu, Annual Performance Evaluation Report, Phil English, 4/22/03, PE 01150 – Phil English/Ann Gima/Robert Magota

539. Comments for Annual Performance Evaluation Report, PE 01151 – PE 01152 – – Phil English/Ann Gima/Robert Magota

540.  City and County of Honolulu Employee Deduction Report, 3/31/03, PE 01153 – Phil English/Ann Gima/Robert Magota, Sue Foumai.

541. Vacation and Sick Leave Record, Philip English, postmarked 3/19/03, PE 01154 –PE 01157 – Phil English, Sue Foumai/Robert Magota.

542. Letter to Phil English from Robert Magota, 3/13/03, informing he is placed on leave without pay, PE 01158 – Phil English/Robert Magota.

543. Pay slip, 3/14/3, w/copy of certified mail envelope attached, PE 01159 – PE 01160 – Phil English.

544. Pay slip, 2/28/03, PE 01161 – Phil English.

545. Pay slip, 5/15/03, PE 01162 – Phil English.

546. Notification of Personnel Action (Data Change – Negotiated Step Readj (Shred)), 5/27/02, Philip English, PE 01163 – Phil English/Ann Gima/Robert Magota

547. Performance Evaluation Report w/attachment), Phil English, 4/22/02, PE 01164 – PE 01165 – Phil English/Ann Gima/Robert Magota

548. Response to Comments, PE 01166 – PE 01167 – Phil English/Ann Gima/Robert Magota

549. Probationary Performance Evaluation Report w/attachment, Phil English, 5/14/02, PE 01168 - PE 01169 – Phil English/Ann Gima/Robert Magota

550. Probationary Performance Evaluation Report w/attachments, Phil English, 814/02, PE 01170 – PE 01172 – Phil English/Ann Gima/Robert Magota

551. Notification of Classification Action (Reallocation), 3/6/02 – – Phil English/Ann Gima/Robert Magota

552. Notification of Personnel Action (Reallocation – Probationary – New), Phil English, 3/11/02, PE 01174 – Phil English/Ann Gima/Robert Magota

553. Position Description, Real Property Appraiser III, w/attachments, effective 3/1/02, PE 01175 – PE 01180 – Phil English/Ann Gima/Robert Magota

554. Probationary Performance Evaluation Report, Phil English, 6/25/01, w/attachment, PE 01181 – PE 01182 – Phil English/Ann Gima/Robert Magota

555. Performance Evaluation Report, Phil English, 4/23/01, PE 01183 – Phil English/Ann Gima/Robert Magota

556. Probatory Performance Evaluation Report, Phil English, PE 01184 – Phil English/Ann Gima/Robert Magota.

557. Notification of Personnel Action (Reallocation – Probationary – New), Phil English, 1/25/01, PE 01185 – Phil English/Ann Gima/Robert Magota.

558. Notification of Personnel Action (Completion of Probation), Phil English, 11/29/00, PE 01186– Phil English/Ann Gima/Robert Magota.

559. PE 01187, same as above.

560. Letter to Thomas Riddle from Roger Moseley, 9/16/03, re Philip E. English, Workers Comp. Case, w/attachments, PE 01386 – PE 01395 – Phil English/Roger Moseley//Thomas Riddle..

561. Letter to Thomas Riddle from Joan H. Koff, Licensed Psychologist, Kaiser Permanente, 8/28/03, PE 01396 – PE 01397 – Phil English.

562. Letter to Thomas Riddle from Joan H. Koff, Licensed Psychologist, Kaiser Permanente, 7/24/03, PE 01398 – PE 01399 – Phil English/Roger Moseley//Thomas Riddle.

563. HGEA-AFSCME, Grievance Procedure Flow Chart, PE 01400 – Phil English/Waylon Toma/Dwight Ishiguro.

564. Handwritten notes on Renaissance Ilikai Waikiki Hotel stationery, 9/16/02, PE 02498 – PE 02500 – Phil English.

565. Federal Medication and Conciliation Service (FMCS) brochure "Problem Solving in the Workplace", PE 02502 –PE 02509 – Phil English.

566. Handwritten noted on Unit 9 & 13 Stewards' Training notepaper, PE 02510 – PE 02513 – Phil English/Dwight Ishiguro/Waylon Toma.

567. Agenda:  The Stewards Role in Changing Times, Bargaining Units 9 and 13 Stewards Joint Labor Management Training, 9/16/02, PE 02514 – Phil English/Dwight Ishiguro/Waylon Toma.

568. "So You Wanna Be A Shop Steward?", PE 02515 – Phil English/Dwight Ishiguro/Waylon Toma.

569. Letter to Bargaining Unit 09 or 13 Steward from Waylen Toma, Business Agent, 9/9/02, re: Bargaining Unit 09 and 13 Stewards Training, PE 02516 – Phil English/Waylon Toma.

570. PE 02517, same as PE 02514.

571. "Scenario", PE 02518 - PE 02519 – Phil English.

572. "What you should have done", PE 02520 – Phil English.
573. "What you should have discovered", PE 02521 – PE 02522 – Phil English.

574. "The case", PE 02523 – Phil English.

575. Handwritten notes on Renaissance Ilikai Waikiki Hotel stationery, PE 02524 – Phil English.

576. 2003 Income Tax Return, Form 1040EZ, Philip English, PE 02525 – PE 02526 – Phil English.

577. 2003 Individual Income Tax Return, Form N-11, Philip English, PE 02527 – PE 02529 – Phil English.

578. 2002 Income Tax Return, Form 1040EZ, Philip English, PE 02530 – PE 02532 – Phil English.

579. 2002 Individual Income Tax Return, Form N-11, Philip English, PE 02533 – PE 02536 – Phil English.

580. 2001 Income Tax Return, Form 1040EZ, Philip English, PE 02537 – PE 02538 – Phil English.

581. 2001 Individual Income Tax Return, Form N-11, Philip English, PE 02539 – PE 02541, – Phil English.

582. 2000 Income Tax Return, Form 1040EZ, Philip English, PE 02542 – PE 02544 – Phil English.

583. Drug-Free Workplace Seminar for City and County of Honolulu, Start Now Hawaii, PE 02667 – PE02680 – Phil English/Ann Gima/Robert Magota.

584. Employee Information Handbook, Department of Budget and Fiscal Services, City and County of Honolulu, July 2000, PE 02681 (cover) – PE 02734 (page 46) – Phil English/Ann Gima/Robert Magota.

585. City and County of Honolulu, Revised Sexual Harassment Policy, 8/17/94, PE 02735 – PE 02744 – Phil English.

586. Employee Information Handbook, pages 49-53, PE 02745 – PE 02749 – – Phil English/Ann Gima/Robert Magota.

587. Election of Compensation for Industrial Injury, City and County of Honolulu, Philip English, 1/6/04, PE 02752 – Phil English.

588. Employee Deduction Report, City and County of Honolulu, 1/12/04, Philip English, PE 02753 – Phil English.

589. Pay slip, 1/15/04, Philip English, PE 02754 – Phil English.

590. Election of Compensation for Industrial Injury, Philip English, 12/2/03, PE 02755 – Phil English.

591. City & County of Honolulu payroll employee deduction report re Philip English; payroll ending 12/15/03; PE 02756– Phil English/Ann Gima/Robert Magota

592. Philip English Worker's Comp pay stub, dated 12/15/03; PE 02757

593. Election of Compensation for Industrial Injury, City and County of Honolulu re Philip English, dated 12/15/03; PE 02758– Phil English/Thomas Riddle.

594. City and County of Honolulu payroll employee deduction report re Philip English, payroll ending 12/31/03; PE 02759

595. Philip English Worker's Comp pay stub, dated 12/31/03; PE 02760

596. Philip English Worker's Comp pay stub, dated 1/30/04; PE 02761

597. City & County of Honolulu payroll employee deduction report re Philip English, payroll ending 1/31/04; PE 02762 – Phil English/Ann Gima/Robert Magota.

598. City and County of Honolulu payroll employee deduction report re Philip English, payroll ending 2/15/04; PE 02763

599. Philip English Worker's Comp pay stub, dated 11/28/03; PE 02764 – Philip English.

600. City and County of Honolulu payroll employee deduction report re Philip English, payroll ending 11/30/03; PE 02765

601. Certified mail envelope from City to Philip English, stamped 12/2/03; PE 02766

602. Election of Compensation for Industrial Injury re Philip English, dated 11/17/03; PE 02767 – Phil English/Roger Moseley//Thomas Riddle.

603. City and County of Honolulu payroll employee deduction report re Philip English, payroll ending 10/15/03; PE 02768

604. Employee Leave Activity Report re Philip English, dated 6/30/03; PE 02769 – PE02773

605. Certified mail envelope from City to Philip English, stamped 10/15/03; PE 02774

606. Philip English Worker's Comp pay stub, dated 11/14/03; PE 02775

607. City and County of Honolulu payroll employee deduction report re Philip English, payroll ending 11/15/03; PE 02776 – Phil English/Ann Gima/Robert Magota.

608. Certified mail envelope from City to Philip English, stamped 11/17/03; PE 02777

609. Election of Compensation for Industrial Injury re Philip English, dated 10/23/03; PE 02778 – Phil English/Roger Moseley/Thomas Riddle.

610. City and County of Honolulu payroll employee deduction report re Philip English, payroll ending 10/31/03; PE 02779 – Phil English/Ann Gima/Robert Magota.

611. Philip English Worker's Comp pay stub, dated 10/31/03; PE 02780

612. Blank page stamped 0066108; PE 02781

613. Hawaii Employer-Union Health Benefits Trust Fund confirmation notice re Philip English benefit plan enrollments, dated 8/28/03; PE 02782 – Phil English/Roger Moseley//Thomas Riddle.

614. Philip English Worker's Comp pay stub, dated 9/15/03; PE 02783 - Phil English/Ann Gima.

615. Philip English Worker's Comp pay stub, dated 9/30/03; PE 02784 - Phil English/Ann Gima.

616. Notification of Personnel Action re Philip English, Leave of Absence without Pay – Insufficient VAC/SK, effective date 7/7/03 -8/1/03, dated 9/5/03; PE 02785 – Phil English/Ann Gima/Robert Magota.

617. Reminder Notice Letter to Philip English from Royal State Group, dated 9/15/03, re statutory dues not paid; PE 02786– Phil English/Ann Gima/Robert Magota.

618. Handwritten notes, dated 10/6/03, re dues waived; PE 02787

619. Philip English Temp Disab pay stub, dated 6/30/03; PE 02788– Phil English/Ann Gima/Robert Magota.

620. Philip English Temp Disab pay stub, dated 8/29/03; PE 02789– Phil English/Ann Gima/Robert Magota.

621. Philip English Temp Disab pay stub, dated 7/31/03; PE 02790 – Phil English/Ann Gima/Robert Magota.

622. City and County Manually Prepared Pay Statement re Philip English, dated 8/14/03, Temp Disab; PE 02791 – Phil English/Ann Gima/Robert Magota.

623. Philip English Regular pay stub, dated 2/28/03; PE 02792– Phil English/Ann Gima/Robert Magota.

624. Notification of Personnel Action re Philip English, Leave of Absence Without pay – Insufficient VAC/SK, effective date 2/26/03 – 7/4/03; PE 02793– Phil English/Ann Gima/Robert Magota.

625. Notification of Personnel Action re Philip English, Leave of Absence Without pay – Insufficient VAC/SK, effective date cancel 2/27/03, correct 2/27/03; PE 02794 – Phil English/Ann Gima/Robert Magota.

626. Letter from Dept. of Labor and Industrial Relations, Disability CompensationDivision re Philip English, dated 7/3/03, extention approved to 8/1/03; PE 02795 – Phil English/Roger Moseley//Thomas Riddle.

627. Letter from Dept. of Budget & Fiscal Services to Philip English, dated 6/26/03 re Hawaii Employer – Union Health Benefits confirmation notice; PE 02796 – Phil English/Roger Moseley//Thomas Riddle.

628. Notification of Personnel Action re Philip English, Leave of Absence Without pay – Insufficient VAC/SK, effective date 3/11/03, 3/12/03 – 4/4/03; PE 02797 – Phil English/Ann Gima/Robert Magota.

629. Notification of Personnel Action re Philip English, Leave of Absence Without Pay – Insufficient VAC/SK, effective date 2/27/03, 2/28/03, 4/7/03 – 5/2/03; PE 02798 – Phil English/Ann Gima/Robert Magota.

630. Philip English Temp Disab pay stub, dated 5/30/03; PE 02799 – Phil English/Ann Gima/Robert Magota.

631. Philip English Temp Disab pay stub, dated 5/15/03; PE 02800 – Phil English/Ann Gima/Robert Magota.

632. City and County of Honolulu Revised Sexual Harassment Policy, via letter by Jeremy Harris, dated 8/17/94; PE 02756 – PE 02765 – Phil English/Ann Gima/Robert Magota.

633. Memo to Appraisal and Clerical Staffs from Robert Magota, Real Property Assessor, dated 3/10/00 re Sexual Harassment Policy; PE 02766 – 02767 – Phil English/Ann Gima/Robert Magota

634. Email from Ann Gima to Philip English discussing rerun query to show you the results of the sales that you requested be comped; CC 000291 – Ann Gima/Philip English.

635. Email from Normal Yoshida to Philip English; CC 000292 – CC 000293 – Philip English.

636. Email from Ann Gima to Philip English regarding finalizing models – CC 000295 – Ann Gima/Philip English.

637. Email from Ann Gima to Philip English; CC 000296 – Ann Gima/Philip English.

638. Email from Ann Gima to Philip English; CC 000297

639. Email from Ann Gima to Gary Kurokawa and Robert Magota; CC 000298 – Ann Gima.

640. Email series between Ann Gima Philip English regarding request for vacation; CC 000300 – CC000301 – Ann Gima/Philip English.

641. Email from Ann Gima to Group 3 regarding topics covered in meeting – CC 000302 – Ann Gima.

642. Email from Ann Gima  to Group 3 regarding deadlines and weights; CC 000303 - – Ann Gima.

643. Email from Ann Gima to Gary Kurokawa and Robert Magota; CC 000305 – Ann Gima.

644. Email series between Ann Gima Philip English; CC 000306 – Ann Gima/Philip English.

645. Email from Ann Gima to Group 3; CC 000307 – Ann Gima/Philip English.

646. Email series between Ann Gima Philip English; CC 000308 – CC 000310 – Ann Gima/Philip English.

647. Email series between Ann Gima Philip English; CC 000311- 312 – Ann Gima/Philip English.

648. Email series between Ann Gima Philip English; CC 000313 – Ann Gima/Philip English.

649. Notes "Other Dups Not Corrected"; CC 000314 – Ann Gima/Philip English.

650. Email series between Ann Gima Philip English; CC 000315– Ann Gima/Philip English.

651. Email from Ann Gima to Philip English; CC 000316 – Ann Gima/Philip English.

652. Email series between Ann Gima Philip English; CC 000317 – 000317 – Ann Gima/Philip English.

653. Email from Ann Gima to Group 3; CC 000318– Ann Gima.

654. Email from Ann Gima to Philip English; CC 000319– Ann Gima/Philip English.

655. Email from Ann Gima to Gary Kurokawa and Robert Magota; CC 000320 – Ann Gima.

656. Email from Ann Gima to Philip English; CC 000321 – Ann Gima/Philip English.

657. Email series between Ann Gima Philip English; CC 000322 - 000323– Ann Gima/Philip English.

658. Email series between Ann Gima Philip English; CC 000324 – CC 000326– Ann Gima/Philip English.

659. Email series between Ann Gima Philip English; CC 000327 – Ann Gima/Philip English.

660. Email from Phil English to Ann Gima; CC 000328 – Ann Gima/Philip English.

661. Email from Ann Gima to Group 3; CC 000329 – Ann Gima.

662. Email from Ann Gima to Group 3; CC 000303 – Ann Gima.

663. Email from Phil English to Ann Gima; CC 000331 – Ann Gima/Philip English.

664. Email from Phil English to Ann Gima;; CC 000332 - – Ann Gima/Philip English.

665. Email from Phil English to Ann Gima; CC 000333 – Ann Gima/Philip English.

666. Email series between Ann Gima Philip English; CC 000334 – Ann Gima/Philip English.

667. Email series between Ann Gima Philip English; CC 000335 – Ann Gima/Philip English.

668. Email from Phil English to Ann Gima; CC 000336 – Ann Gima/Philip English.

669. Typewritten Notes from meeting; CC 000337 – Ann Gima.

670. Handwritten notes from meeting; CC 000338 – Ann Gima.

671. Email from Phil English regarding postponement of BOR; CC 000339 – Philip English.

672. Email from Philip English regarding postphonement of BOR; CC 000340 – Philip English. Email from Ann Gima to Philip English and handwritten notes regarding procedure for continuance of BOR hearing; CC 000341 – Ann Gima.

673. Email from Ann Gima to Philip English and handwritten notes regarding is he prepared to review cases with her; CC 000342 – Ann Gima.

674. Email to Philip English regarding group changes for model; CC 000343 – Philip English.

675. Email series between Ann Gima Philip English regarding appeals; CC 000344 – 000345 – Ann Gima/Philip English.

676. Email from Ann Gima to Group 3 and reply from Phil English; CC 000346 – Ann Gima/Philip English.

677. Email series between Ann Gima Philip English; CC 000347 – Ann Gima/Philip English.

678. Email to Phil English regarding neighborhood groups; CC 000353 – Philip English.

679. Email exchange between Gary Kurokawa and Philip English discussing job performance evaluation; CC 000355- CC 000356 – Phil English/Gary Kurokawa.

680. Email from Ann Gima to Group 3 discussing correspondence to taxpayers; CC 000361; – Ann Gima.

681. Email from Philip English to taxpayer; CC 000362 – Philip English.

682. Email from Ann Gima to Robert Magota regarding Phil English's JPR; CC 000363 – Ann Gima.

683. Typwritten notes; CC 000364 – Ann Gima.

684. Typwritten notes discussing Philip English's job performance; CC 000365 – Ann Gima.

685. Email series between Ann Gima Philip English; CC 000366 – CC 00368 – Ann Gima/Philip English.

686. Email from Thomas Riddle to Robert Magota; CC 000371 – Thomas Riddle/Robert Magota.

687. Email from Robert Magota to Ann Gima; CC 000383 – Ann Gima/Robert Magota/Sue Foumai.'

688. Email from Ann Gima to Group 3; CC 000389 – Ann Gima.

689. Email from Gary Kurokawa to Philip English asking about ethical misconduct; CC 000391 – Gary Kurokawa/Philip English.

690. Email from Gary Kurowaka to Ann Gima; Email from Ann Gima to Robert Magota; and Phil English regarding Philip English not to do any more work on Waikiki Shores; CC 000392 – Ann Gima/Philip English/Robert Magota/Gary Kurokawa.

691. Email from Phil English to Ann Gima telling her that he is not to do any more work on Waikiki Shores dated February 27, 2003; CC 000393 – Phil English/Ann Gima.

692. Email from Charles W. Totto to Gary Kurokawa advising him that Phil English should not be allowed to do any work on cases where Roger Mosley was involved, dated February 5, 2003; CC 000394 – Charles W. Totto/Gary Kurokawa.

693. Email from Ann Gima to Robert Magota discussing BOR hearing 2/19/03; CC 000407 – Ann Gima/Robert Magota.

694. Email series between Ann Gima Philip English discussing condo declarations and problems he is encountering; CC 000411- CC 000411 – Ann Gima/Philip English.

695. Email from Ann Gima to Robert Magota discussing problems with Phil; CC 000413 – Ann Gima/Robert Magota.

696. Email from Phil English to Ann Gima with Ann Gima's handwritten notes; CC 000414 – Ann Gima/Philip English.

697. Email from Phil English to Ann Gima; CC 000415 – Ann Gima/Philip English.

698. Email series between Ann Gima Philip English, dated February 13, 2003; CC 000419-000420 – Ann Gima/Philip English.

699. Letter from Philip English to Carolyn Kepford explaining increase in assessed value; CC 000444 – Ann Gima/Philip English.

700. Letter from Carolyn Kepford; CC 000445 – Ann Gima/Philip English.

701. Email series between Ann Gima Philip English regarding meeting monthly to review his progress; CC 000491 – Ann Gima/Philip English.

702. Email from Phil English to Ann Gima that he is struggling with re-writes and ethical challenges; 000543 – Ann Gima/Philip English.

703. Email from Phil English to Ann Gima complaining about how much work he has to do; CC 000164 – Ann Gima/Philip English.

704. Email from Robert Magota to appraisal staff; CC 000165 – Robert Magota.

705. Email series between Ann Gima Philip English regarding complaint by Mr. Casados; CC 000813 – Ann Gima/Philip English.

706. Email series between Ann Gima Philip English regarding complaint by Mr. Casados: CC 000818-CC 00819 – Ann Gima/Philip English.

707. Letter from Paul Au to Roger Moseley discussing Phil English's Workers' Compensation Claim; CC 000933 – CC 000934 – Paul Au/Roger Mosley.

708. Letter from Roger Moseley to DCD requesting continuance of hearing on hearing for WC claim; CC 000935 – Roger Mosley.

709. Compromise, Settlement, And Release Agreement signed by Philip English and Roger Moseley; CC 000936 – Roger Moseley/Philip English.

710. Request for cancellation of WC hearing dated January 13, 2004 by Roger Moseley; CC 000963 – Roger Moseley.

711. Letter from Paul Au to Roger Moseley to dated December 23, 2003; CC 000964 – CC 000965 – Roger Moseley/Paul Au.

712. Letter from Roger Mosley to Paul Au dated December 16, 2003, signed by Philip English; CC 000966 – Philip English/Roger Moseley.

713. Letter from Roger Moseley to Paul Au dated November 17, 2003, CC 000967 – CC 000971 – Roger Mosley/Philip English.

714. Letter from Roger Moseley to Dr. Kennedy, date April 19, 2003; CC 000972 – CC 000973; Roger Moseley.

715. Records from Pasedena City College.

716. Records from California State University Los Angeles.

717. Records from University of Southern California.

Summaries and excerpts of the above.

(k) **Further Discovery or Motions**. Depositions of plaintiff, and several lay and expert witnesses are now pending. Anticipated motions are:

1. Motion to compel production of documents and testimony against plaintiff relating to his complaint to the Ethics Commission.

2. Various Motions in Limine

3. Eventual Motion for Judgment as a Matter of Law.

(l) **Stipulations**. None anticipated.

(m) **Amendments, Dismissals**.  A motion to amend complaint is pending before the court.

(n) **Settlement Discussion**.  This Defendant has made several attempts to settle this case, including engaging in mediation with two different mediators.

(o) **Agreed Statement**.  None anticipated.

(p) **Bifurcation, Separate Trial of Issues**.  Bifurcation or a separate trial of specific issues is neither feasible nor desired

(q) **Reference to Master or Magistrate Judge**.  The parties have agreed to try this case before the Magistrate.

(r) **Appointment and Limitation of Experts**.  Appointment by the court of an impartial expert witness is not necessary.  Limitation of the number of the number of expert witnesses is neither feasible nor desired.  There are only two expert witnesses on the defense side of this case.  Appropriate motions in limine are expected with respect to the content of testimony by plaintiff's experts.

(s) **Trial**.  Trial is scheduled for the week of October 2, 2006.  It is anticipated to last four weeks.  Jury trial has been demanded.

(t) **Estimate of Trial Time**.  It is estimated that $15 - 20$ court days will be required for presentation of the evidence.

(u) **Claims of Privilege or Work Product**.

A claim of trade secret or sensitive trade information is claimed with respect to the content of some of the appraisals done for GK APPRAISALS, INC. because they contain financial information relating to the subject of commercial appraisals. GK APPRAISALS, INC. requests an appropriate limitation on use, dissemination, and publication of said information. Otherwise, there are no presently contested claim of privilege or work product with respect to GK APPRAISALS, INC.

(v) **Miscellaneous**. None at this time.

DATED: HONOLULU, HAWAII,  August 15, 2006.

KEVIN P. H. SUMIDA
ANTHONY L. WONG
Attorneys for Defendant
GK APPRAISALS, INC

-68-