Philip E. English vs. City & County of Honolulu, et. al.
USDC Civil No. 04-00108 KSC/KSC
(Whistleblower)

**PLAINTIFF'S EXHIBITS SCHEDULES AND SUMMARIES**

| DOC. I.D. | DATE | AUTHOR | RECIPIENT | DOC. TYPE/DESCRIPTION | SUBSTANCE OR PURPOSE | IDENTITY OF SPONSORING WITNESS |
|---|---|---|---|---|---|---|
| PE00001 | | Philip English | | Hand written notes | liability, factual basis of claims | P. English |
| PE00009 | | Philip English | | Hand written notes describing: "How have I been damaged" | damages | P. English |
| PE00013 | 2/27/03 | Philip English | | Hand written notes | liability, factual basis of claims | P. English |
| PE00017 | 2/28/03 | Philip English | | Hand written notes | liability, factual basis of claims | P. English |
| PE00022 | 3/01/03 | Philip English | | Hand written notes | liability, factual basis of claims | P. English |
| PE00023 | 3/02/03 | Philip English | | Hand written notes | liability, factual basis of claims | P. English |
| PE00025 | 3/03/03 | Philip English | | Hand written notes | liability, factual basis of claims | P. English |
| PE00027 | 3/04/03 | Philip English | | Hand written notes | liability, factual basis of claims | P. English |
| PE00031 | 3/07/03 | Philip English | | Hand written notes | liability, factual basis of claims | P. English |
| PE00033 | 3/11/03 | Philip English | | Hand written notes | liability, factual basis of claims | P. English |
| PE00036 | 3/12/03 | Philip English | | Hand written notes | liability, factual basis of claims | P. English |
| PE00048 | 3/13/03 | Philip English | | Hand written notes | liability, factual basis of claims | P. English |
| PE00052 | 3/14/03 | Philip English | | Hand written notes | liability, factual basis of claims | P. English |
| PE00058 | 3/18/03 | Philip English | | Hand written notes | liability, factual basis of claims | P. English |
| PE00083 | 3/19/03 | Philip English | | Hand written notes | liability, factual basis of claims | P. English |
| PE00091 | 3/22/03 | Philip English | | Hand written notes | liability, factual basis of claims | P. English |
| PE00092 | 3/25/03 | Philip English | | Hand written notes | liability, factual basis of claims | P. English |
| PE00094 | 3/26/03 | Philip English | | Hand written notes | liability, factual basis of claims | P. English |
| PE00098 | 3/29/03 | Philip English | | Hand written notes | liability, factual basis of claims | P. English |
| PE00104 | 4/01/03 | Philip English | | Hand written notes | liability, factual basis of claims | P. English |
| PE00112 | | Philip English | | Hand written notes | liability, factual basis of claims | P. English |
| PE00138 | | Philip English | | Hand written notes | liability, factual basis of claims | P. English |
| PE00146 | | Philip English | | Hand written notes describing "Gary's bad management decisions" | liability, factual basis of claims | P. English |

**EXHIBIT A**

| DOC I.D. | DATE | AUTHOR | RECIPIENT | DOC TYPE/DESCRIPTION | SUBSTANCE OR PURPOSE | IDENTITY OF SPONSORING WITNESS |
|---|---|---|---|---|---|---|
| PE00150 | | Philip English | | Hand written notes describing "Gary's misrepresented to City Council" | liability, factual basis of claims | P. English |
| PE00151 | | Philip English | | Hand written notes describing "Ethical Issues" | liability, factual basis of claims | P. English |
| PE00152 | | Philip English | | Hand written notes describing about different people | liability, factual basis of claims | P. English |
| PE00154 | | Philip English | | Hand written notes describing "Classification Issues" | liability, factual basis of claims | P. English |
| PE00156 | | Philip English | | Hand written notes describing "What I want" | liability, factual basis of claims | P. English |
| PE00158 | | Philip English | | Hand written notes describing "How I have been damaged" | liability, factual basis of claims | P. English |
| PE00162 | 2/19/03 | Philip English | Ann Gima | Email Regarding the BOR hearing on 2/19/03 and the misrepresentation of hotel rooms as condos | liability, factual basis of claims | P. English |
| PE00163 | 2/19/03 | Philip English | Ann Gima | Email Regarding postponement of D H Head Beach Hotel BOR hearing on 2/19/03 due to the discovery of more inaccurate information | liability, factual basis of claims | P. English |
| PE00164 | | Kaiser Permanente | | Phil English's Doctor signed Work Slips for 3/13/03 and 4/23/03 | liability, factual basis of claims | P. English |
| PE00165 | 2/28/03 | Philip English | | Hand written notes (9:30 am) | liability, factual basis of claims | P. English |
| PE00168 | 2/19/03 | Philip English | | Email Regarding Phil's current health and work problems | liability, factual basis of claims | P. English |
| PE00169 | 1/11/03 | The Honolulu Advertiser | "Mom and Dad" | Article on Property Tax Appeals in 2002 and 2003 | liability, factual basis of claims | P. English |
| PE00170 | 2/27/03 | Philip English | | Hand written notes (1:25 pm) | liability, factual basis of claims | P. English |
| PE00174 | 2/27/03 | Philip English | | Hand written notes | liability, factual basis of claims | P. English |
| PE00175 | 2/27/03 | Philip English | | Hand written notes (10:40 am) | liability, factual basis of claims | P. English |
| PE00179 | 2/27/03 | Philip English | Ann Gima | Email Regarding the redirection of Waikiki Shore appeals at the request of the Ethics Commissioner | liability, factual basis of claims | P. English |
| PE00180 | 2/27/03 | Philip English | | Hand written notes (9:25 am) | liability, factual basis of claims | P. English |
| PE00181 | 2/27/03 | Philip English | | Hand written notes (9:00 am) | liability, factual basis of claims | P. English |

| DOC I.D. | DATE | AUTHOR | RECIPIENT | DOC TYPE/DESCRIPTION | SUBSTANCE OR PURPOSE | IDENTITY OF SPONSORING WITNESS |
|---|---|---|---|---|---|---|
| PE00183 | 2/27/03 | Philip English | | Hand written notes (12:30 pm) | liability, factual basis of claims | P. English |
| PE00188 | 2/27/03 | Philip English | | Hand written notes (7:40 am) | liability, factual basis of claims | P. English |
| PE00189 | 2/27/03 | Philip English | | Hand written notes (7:50 am) | liability, factual basis of claims | P. English |
| PE00195 | 2/27/03 | Philip English | | Hand written notes (6:50 am) | liability, factual basis of claims | P. English |
| PE00202 | 2/26/03 | Philip English | | Hand written letter (8:30 am) and Notes | liability, factual basis of claims | P. English |
| PE00203 | 2/25/03 | Philip English | | Hand written notes (3:30 pm) | liability, factual basis of claims | P. English |
| PE00207 | 2/25/03 | Philip English | Ann Gima | Email Regarding the phone call with Ms. Main explaining the "gaps" | liability, factual basis of claims | P. English |
| PE00208 | 2/24/03 | Philip English | Ann Gima | Hand written notes (2:50 pm) | liability, factual basis of claims | P. English |
| PE00210 | 2/25/03 | Philip English | Ann Gima | Email Regarding the BOR hearing on 2/25/03 | liability, factual basis of claims | P. English |
| PE00211 | 2/21/03 | Philip English | | Hand written notes | liability, factual basis of claims | P. English |
| PE00213 | 2/24/03 | Real Property Assessment | | Mass Valuation Process Chart | liability, factual basis of claims | P. English |
| PE00214 | 2/21/03 | Philip English | | Hand written notes | liability, factual basis of claims | P. English |
| PE00219 | 2/20/03 | Philip English | | Hand written notes | liability, factual basis of claims | P. English |
| PE00220 | 2/20/03 | Philip English | | Hand written notes (2:38 pm) | liability, factual basis of claims | P. English |
| PE00221 | 2/20/03 | Philip English | | Hand written notes (12:15 pm) | liability, factual basis of claims | P. English |
| PE00228 | 2/20/03 | Philip English | | Hand written notes (12:05 pm) | liability, factual basis of claims | P. English |
| PE00229 | 2/20/03 | Philip English | | Hand written notes (11:15 am) | liability, factual basis of claims | P. English |
| PE00231 | 2/20/03 | Philip English | | Hand written notes (10:00 am) | liability, factual basis of claims | P. English |
| PE00233 | 2/20/03 | Philip English | | Hand written notes (9:30 am) | liability, factual basis of claims | P. English |
| PE00235 | 2/20/03 | Philip English | | Hand written notes (8:20 am) | liability, factual basis of claims | P. English |
| PE00239 | 2/20/03 | Philip English | | Emails Regarding the preparation for the DH Beach Hotel BOR hearing on 2/19/03 | liability, factual basis of claims | P. English |
| PE00247 | 2/13/03 | Philip English | Ann Gima | Email Regarding a telephone message from Providian Bank | liability, factual basis of claims | P. English |
| PE00248 | 2/25/03 | Carl N. Tanigawa | Philip English | Workplace Violence Checklist | liability, factual basis of claims | P. English |
| PE00249 | 2/10/03 | Julie Tamayori | | Typed notes (11:05 am) | liability, factual basis of claims | Julie Tamayori |
| PE00251 | 2/10/03 | Philip English | | Hand written notes (3:30 am) | liability, factual basis of claims | P. English |
| PE00253 | 12/19/03 | Philip English | | | liability, factual basis of claims | P. English |
| PE00255 | 12/19/03 | Philip English | | Hand written notes | liability, factual basis of claims | P. English |

10010357336

| DOC I.D. | DATE | AUTHOR | RECIPIENT | DOC TYPE/DESCRIPTION | SUBSTANCE OR PURPOSE | IDENTITY OF SPONSORING WITNESS |
|---|---|---|---|---|---|---|
| PE00258 | 12/19/03 | Philip English | | Hand written notes (1:15 am) | liability, factual basis of claims | P. English |
| PE00259 | 12/18/03 | Philip English | | Hand written notes (3:51 pm) | liability, factual basis of claims | P. English |
| PE00260 | 12/18/03 | Philip English | | Hand written notes (11:30 am) | liability, factual basis of claims | P. English |
| PE00262 | 12/13/03 | Philip English | | Hand written notes | liability, factual basis of claims | P. English |
| PE00263 | 12/14/03 | Philip English | | Hand written notes | liability, factual basis of claims | P. English |
| PE00264 | 12/14/00 | Department of Human Resources | Department and Agency Heads | Letter about "Workplace Violence Policy" attached to the Civil Service Personnel Manual | liability, factual basis of claims | P. English |
| PE00274 | | Philip English | Ann Gima | Draft Response to questions in Ann's 2/13/03 Email Regarding the preparation for the DH Beach Hotel BOR hearing on 2/19/03 | liability, factual basis of claims | P. English |
| PE00276 | 2/14/03 | Philip English | Ann Gima | Email responding to questions in Ann's 2/13/03 Email Regarding the preparation for the DH Beach Hotel BOR hearing on 2/19/03 | liability, factual basis of claims | P. English |
| PE00278 | 2/13/03 | Philip English | | Typed notes (11:12 am) | liability, factual basis of claims | P. English |
| PE00279 | 2/13/03 | Ann Gima | Philip English | Emails regarding questions asked in Ann's 2/13/03 Email Regarding the preparation for the DH Beach Hotel BOR hearing on 2/19/03 | liability, factual basis of claims | P. English |
| PE00281 | 12/13/03 | Philip English | | Hand written notes (3:15 pm) | liability, factual basis of claims | P. English |
| PE00283 | 12/12/03 | Philip English | | Emails regarding Foster Tower #2003 | liability, factual basis of claims | P. English |
| PE00285 | 2/12/03 | Donald Bovee | Philip English | Emails regarding the complaint filed by Main | liability, factual basis of claims | P. English |
| PE00287 | 2/12/03 | Philip English | Ann Gima | Email of instructions for appeals | liability, factual basis of claims | P. English |
| PE00288 | 2/12/03 | Ann Gima | Philip English | Emails regarding allegations of ethical misconduct | liability, factual basis of claims | P. English |
| PE00289 | 2/07/03 | Gary Kurokawa | Philip English | Typed letter responding to Ann's request to review letters to taxpayers and re analyze data for accuracy attached to the analysis | liability, factual basis of claims | P. English |
| PE00290 | 2/07/03 | Philip English | Ann Gima | | liability, factual basis of claims | P. English |

100103S7336

4

| DOC ID | DATE | AUTHOR | RECIPIENT | DOC TYPE/DESCRIPTION | SUBSTANCE OR PURPOSE | IDENTITY OF SPONSORING WITNESS |
|---|---|---|---|---|---|---|
| PE00297 | 2/07/03 | Ann Gima | Philip English | Emailed request to review letters to taxpayers and re analyze data for accuracy | liability, factual basis of claims | P. English |
| PE00299 | 2/05/03 | Charles Totto | Gary Kurokawa | Emails regarding the redirection of all Phil's cases that are connected to Roger Moseley | liability, factual basis of claims | Charles Totto |
| PE00300 | 2/06/03 | | Philip English | Delivery error with Phil's 2/6/03 email to Ann | liability, factual basis of claims | P. English |
| PE00301 | 2/05/03 | Philip English | | Typed notes (1:45 pm) | liability, factual basis of claims | P. English |
| PE00302 | 2/05/03 | Philip English | | Typed notes (1:17 pm) | liability, factual basis of claims | P. English |
| PE00303 | 2/05/03 | Philip English | | Typed notes (1:14 pm) | liability, factual basis of claims | P. English |
| PE00304 | 2/05/03 | Philip English | | Typed notes (12:05 pm) | liability, factual basis of claims | P. English |
| PE00305 | 2/05/03 | Philip English | Bob Magota | Letter regarding a meeting on 2/05/03 | liability, factual basis of claims | P. English |
| PE00306 | 2/05/03 | Philip English | | Hand written notes | liability, factual basis of claims | P. English |
| PE00307 | 2/05/03 | Vicki Puou | Philip English | Emails regarding the amended notice 2002 | liability, factual basis of claims | P. English |
| PE00308 | 2/04/03 | Christopher White | Philip English | Email regarding fax and email address changes | liability, factual basis of claims | P. English |
| PE00309 | 2/03/03 | Philip English | | Typed notes (9:04 am) | liability, factual basis of claims | P. English |
| PE00310 | | Philip English | Ann Gima | Emails regarding AOAO Castle Surf Apartments | liability, factual basis of claims | P. English |
| PE00311 | 1/28/02 | Gary Kurokawa | | Amendment to Administrative Memorandum 01-001 regarding the classification of condominiums | liability, factual basis of claims | P. English |
| PE00318 | | Philip English | Georgette Wong | Email regarding an appeal for the Diamond Head Apts. | liability, factual basis of claims | P. English |
| PE00319 | 1/27/03 | Philip English | Vicki Puou | Emails regarding the official policy of filing | liability, factual basis of claims | P. English |
| PE00320 | 1/24/03 | Michael Golojuch | | Notice of Vacancy to be Filled | liability, factual basis of claims | P. English |
| PE00321 | 1/24/03 | Philip English | | Letter of application and other information necessary for determining Phil's eligibility for the open position | liability, factual basis of claims | P. English |
| PE00333 | | Philip English | Department of Budget and Fiscal Services | Typed notes (7:02 am) | liability, factual basis of claims | P. English |