| DOC I.D. | DATE | AUTHOR | RECIPIENT | DOC TYPE/DESCRIPTION | SUBSTANCE OR PURPOSE | IDENTITY OF SPONSORING WITNESS |
|---|---|---|---|---|---|---|
| PE00334 | 1/24/03 | Philip English | Robert Magota | Emails regarding the status of Mr. Steiner case | liability, factual basis of claims | P. English |
| PE00336 | 1/22/03 | Suzanne Foumai | Philip English | Emails regarding Phil's low sick leave | liability, factual basis of claims | P. English |
| PE00337 | 1/21/03 | Philip English | | Typed notes (2:05 pm) | liability, factual basis of claims | P. English |
| PE00338 | 1/24/03 | Philip English | | Typed notes (10:59 am) | liability, factual basis of claims | P. English |
| PE00339 | 1/14/03 | Ann Gima | Philip English | Emails summarizing the supervisor's meeting on 1/13/03 | liability, factual basis of claims | P. English |
| PE00340 | | | | Phil's work calendar for January 2003 | liability, factual basis of claims | P. English |
| PE00341 | 1/14/03 | Ann Gima | Philip English | Emails summarizing the supervisor's meeting on 1/13/03 with notes hand written on it | liability, factual basis of claims | P. English |
| PE00342 | 1/13/03 | Philip English | Ann Gima | Emails regarding Mr. Steiner | liability, factual basis of claims | P. English |
| PE00343 | 1/16/03 | Waylen Toma | Philip English | Letter regarding confusion on Phil's probation period and an attached copy of the Evaluation Period of 6/1/02-8/31/02 | liability, factual basis of claims | P. English |
| PE00346 | 1/08/03 | Ann Gima | Philip English | Emails regarding the "discussed" monthly progress meetings | liability, factual basis of claims | P. English |
| PE00348 | 1/07/03 | Ann Gima | Philip English | Email regarding additional miscellaneous things | liability, factual basis of claims | P. English |
| PE00349 | | Philip English | Ann Gima | Email asking for approval to leave work early for a doctor's appointment | liability, factual basis of claims | P. English |
| PE00350 | | Philip English | Dwight Ishiguro | Email of appreciation for help | liability, factual basis of claims | P. English |
| PE00351 | 1/22/03 | Suzanne Foumai | Philip English | Email regarding Phil's sick leave | liability, factual basis of claims | P. English |
| PE00352 | | | | Phil's work calendar for December 2003 | liability, factual basis of claims | P. English |
| PE00353 | | | | Phil's work calendar for January 2003 | liability, factual basis of claims | P. English |
| PE00354 | | | | Phil's work calendar for December 2002 | liability, factual basis of claims | P. English |
| PE00355 | 12/12/02 | Ann Gima | Philip English | Emails regarding a pre-meeting before BOR | liability, factual basis of claims | P. English |

10010357336

| DOC.I.D. | DATE | AUTHOR | RECIPIENT | DOC TYPE/DESCRIPTION | SUBSTANCE OR PURPOSE | IDENTITY OF SPONSORING WITNESS |
|---|---|---|---|---|---|---|
| PE00356 | 12/12/02 | Ann Gima | Philip English | Emails regarding BOR Dates for February | liability, factual basis of claims | P. English |
| PE00357 | 12/12/02 | Ann Gima | Philip English | Emails regarding the Imperial Hawaii Resort | liability, factual basis of claims | P. English |
| PE00359 | | City & County | | Paper explaining Fair and Equal Treatment policies | liability, factual basis of claims | P. English |
| PE00369 | 12/17/02 | Ann Gima | Philip English | Email regarding meeting with Mr. Elliot | liability, factual basis of claims | P. English |
| PE00370 | 12/12/02 | Ann Gima | Philip English | Email regarding BOR Dates for February | liability, factual basis of claims | P. English |
| PE00371 | 12/12/02 | Ann Gima | Philip English | Emails regarding BOR Dates for February | liability, factual basis of claims | P. English |
| PE00372 | 12/05/02 | Philip English | Dwight Ishiguro | Emails expressing hope for possible change in the office attitude toward him | liability, factual basis of claims | P. English |
| PE00377 | 12/05/02 | Philip English | Dwight Ishiguro | Emails regarding a miscommunication with Ann's instructions | liability, factual basis of claims | P. English |
| PE00379 | | Philip English | Dwight Ishiguro | Email regarding the feeling of pressure at the workplace | liability, factual basis of claims | P. English |
| PE00380 | 12/04/02 | Ann Gima | Philip English | Email regarding the "reclassification" of some units | liability, factual basis of claims | P. English |
| PE00381 | 12/04/02 | Philip English | | Typed notes | liability, factual basis of claims | Personnel, Dept. of HR C&C Honolulu |
| PE00382 | 12/4/02 | City & County of Honolulu | | Revised Performance Evaluation Process Executive Overview | liability, factual basis of claims | P. English |
| PE00392 | 12/03/02 | Dwight Ishiguro | Philip English | Emails discussing office conflict over asking "entry level" questions | liability, factual basis of claims | P. English |
| PE00394 | | | | Phil's Evaluation for the Period of 6/1/02-8/31/02 with hand written notes from 12/2/02 | liability, factual basis of claims | P. English |
| PE00395 | 12/02/02 | Robert Magota | Philip English | Email regarding the corrected Assessment Notice form | liability, factual basis of claims | P. English |
| PE00396 | 12/04/02 | Robert Magota | Philip English | Email regarding the changes in deadline for corrections | liability, factual basis of claims | P. English |

| DOC I.D. | DATE | AUTHOR | RECIPIENT | DOC TYPE/DESCRIPTION | SUBSTANCE OR PURPOSE | IDENTITY OF SPONSORING WITNESS |
|---|---|---|---|---|---|---|
| PE00397 | | Philip English | Dwight Ishiguro | Email regarding problems with Ann's instructions being too vague/contradictory | liability, factual basis of claims | P. English |
| PE00398 | 11/27/02 | Robert Magota | Philip English | Email regarding reminders to wait for Steve's "ok" before doing anything | liability, factual basis of claims | P. English |
| PE00399 | 11/26/03 | Philip English | Waylen Toma | Email regarding getting, reviewing, and revising the JPR and attachments | liability, factual basis of claims | P. English |
| PE00400 | 11/26/03 | Philip English | Waylen Toma | Email regarding the discussion of the meeting on 11/22/02 | liability, factual basis of claims | P. English |
| PE00401 | 11/25/02 | Philip English | Waylen Toma | Emails regarding problems with Waylen's email address | liability, factual basis of claims | P. English |
| PE00402 | 11/25/02 | Dwight Ishiguro | Philip English | Emails discussing the meeting on 11/22/02 | liability, factual basis of claims | P. English |
| PE00404 | 11/22/02 | Philip English | | Hand written notes | liability, factual basis of claims | P. English |
| PE00406 | | Philip English | | Hand written notes | liability, factual basis of claims | P. English |
| PE00408 | | Philip English | | Hand written notes regarding "More thoughts on meeting" | liability, factual basis of claims | P. English |
| PE00414 | 11/22/02 | Philip English | | Hand written notes (9:45 am) | liability, factual basis of claims | P. English |
| PE00415 | | Real Property Assessment Division | | Master position description of the position of Appraiser IV, SR-22 | liability, factual basis of claims | P. English |
| PE00420 | 11/21/02 | Dwight Ishiguro | Philip English | Emails regarding who to see for more advice | liability, factual basis of claims | P. English |
| PE00422 | 11/18/02 | Dwight Ishiguro | Philip English | Emails regarding Phil's 11/18/02 email to Ann Gima | liability, factual basis of claims | P. English |
| PE00423 | 11/18/02 | Ann Gima | Philip English | Emails regarding the supervisor's meeting on 11/18/02 | liability, factual basis of claims | P. English |
| PE00425 | 11/18/02 | Dwight Ishiguro | Philip English | Emails regarding procedural advice | liability, factual basis of claims | P. English |
| PE00426 | 11/18/02 | Ann Gima | Philip English | Emails regarding Westbury | liability, factual basis of claims | P. English |
| PE00427 | 11/13/02 | Dwight Ishiguro | Philip English | Emails regarding Probation and Evaluation | liability, factual basis of claims | P. English |
| PE00426 | 11/13/02 | Ann Gima | Philip English | Emails regarding Miscellaneous information | liability, factual basis of claims | P. English |
| PE00429 | 11/13/02 | Dwight Ishiguro | Philip English | Emails regarding the Chris "situation" | liability, factual basis of claims | P. English |

100103157336

| DOC I.D. | DATE | AUTHOR | RECIPIENT | DOC TYPE/DESCRIPTION | SUBSTANCE OR PURPOSE | IDENTITY OF SPONSORING WITNESS |
|---|---|---|---|---|---|---|
| PE00435 | 11/08/02 | Ann Gima | Philip English | Emails regarding Scheduling a BOR date for 12/6/02 | liability, factual basis of claims | P. English |
| PE00436 | 11/08/02 | Ann Gima | Philip English | Emails regarding Scheduling of BOR dates | liability, factual basis of claims | P. English |
| PE00438 | 11/04/02 | Philip English | Norman Yoshida | Emails regarding models 142 and 143 | liability, factual basis of claims | P. English |
| PE00439 | | Philip English | Norman Yoshida | Draft Email regarding models 142 and 143 | liability, factual basis of claims | P. English |
| PE00440 | | | | Error sheet for models 142 and 143 | liability, factual basis of claims | P. English |
| PE00441 | 11/01/02 | Ann Gima | Philip English | Emails regarding corrections to errors on models 142 and 143 | liability, factual basis of claims | P. English |
| PE00443 | 11/01/02 | Ann Gima | Philip English | Emails regarding notes from the supervisor's meeting | liability, factual basis of claims | P. English |
| PE00444 | 11/01/02 | Ann Gima | Philip English | Emails regarding corrections to errors on models 142 and 143 | liability, factual basis of claims | P. English |
| PE00445 | 10/23/02 | Ann Gima | Philip English | Appeals list and a hand written note | liability, factual basis of claims | P. English |
| PE00446 | 11/01/02 | Ann Gima | Philip English | Emails regarding model 141 | liability, factual basis of claims | P. English |
| PE00447 | | Ann Gima | Philip English | Emails regarding corrections to errors on models 142 and 143 | liability, factual basis of claims | P. English |
| PE00448 | 11/01/02 | Ann Gima | Philip English | Emails regarding corrections to errors | liability, factual basis of claims | P. English |
| PE00449 | 10/31/02 | Human Resources | | Notification of Personal Actions: Data change-negotiated step read | liability, factual basis of claims | P. English |
| PE00450 | 10/31/02 | Ann Gima | Philip English | Emails regarding models 142 and 143 | liability, factual basis of claims | P. English |
| PE00451 | 10/31/02 | Philip English | Ann Gima | Email regarding model 142 | liability, factual basis of claims | P. English |
| PE00452 | | Philip English | Ann Gima | Email regarding the error report for model 141 | liability, factual basis of claims | P. English |
| PE00453 | | | | Error sheet for model 141 | liability, factual basis of claims | P. English |
| PE00454 | 10/31/02 | Ann Gima | Philip English | Email denying vacation leave on 11/1/02 due to un-corrected errors | liability, factual basis of claims | P. English |
| PE00455 | 10/31/02 | Philip English | Ann Gima | Email regarding model 141 | liability, factual basis of claims | P. English |
| PE00456 | 10/31/02 | Norman Yoshida | Philip English | Email regarding the error report for model 141 | liability, factual basis of claims | P. English |

10010357336

9

| DOC I.D. | DATE | AUTHOR | RECIPIENT | DOC TYPE/DESCRIPTION | SUBSTANCE OR PURPOSE | IDENTITY OF SPONSORING WITNESS |
|---|---|---|---|---|---|---|
| PE00457 | 10/31/02 | Human Resources | | Notification of Personal Actions: Data change-negotiated step read | liability, factual basis of claims | P. English |
| PE00458 | 10/30/02 | Ann Gima | Philip English | Email denying vacation leave on 11/1/02 and 11/4/02 if the errors remain un-corrected | liability, factual basis of claims | P. English |
| PE00459 | 10/30/02 | Dwight Ishiguro | Philip English | Emails regarding leave requests and office problems | liability, factual basis of claims | P. English |
| PE00468 | 10/31/02 | Philip English | Ann Gima | Email in response to Ann's email denying vacation leave on 11/1/02 and 11/4/02 if the errors remain un-corrected | liability, factual basis of claims | P. English |
| PE00470 | 10/30/02 | Ann Gima | Philip English | Emails regarding vacation leave and error reports | liability, factual basis of claims | P. English |
| PE00472 | 10/30/02 | Ann Gima | Philip English | Email denying vacation leave on 11/1/02 and 11/4/02 if the errors remain un-corrected | liability, factual basis of claims | P. English |
| PE00473 | 10/24/02 | Ann Gima | Philip English | Email regarding Waikiki Shore | liability, factual basis of claims | P. English |
| PE00474 | 10/21/02 | Dwight Ishiguro | Philip English | Emails regarding vacation leaves requested for 10/22 & 10/25 | liability, factual basis of claims | P. English |
| PE00475 | 10/21/02 | Ann Gima | Philip English | Emails regarding vacation leaves requested for 10/22 & 10/25 | liability, factual basis of claims | P. English |
| PE00477 | 9/9/02 | Philip English | | Hand written notes | liability, factual basis of claims | P. English |
| PE00479 | 8/29/02 | Ann Gima | Philip English | Emails regarding BOR Dates | liability, factual basis of claims | P. English |
| PE00481 | 8/29/02 | Ann Gima | Philip English | Emails regarding sale validation | liability, factual basis of claims | P. English |
| PE00483 | | Philip English | Ann Gima | Emails regarding BOR Dates | liability, factual basis of claims | P. English |
| PE00484 | | Philip English | Philip English | Emails regarding office problems, taking these problems to higher authority, and who the higher authority is | liability, factual basis of claims | P. English |
| PE00485 | 8/19/02 | Dwight Ishiguro | Philip English | Emails regarding the extended probation | liability, factual basis of claims | P. English |
| PE00488 | | Philip English | Gary Kurokawa | Emails regarding the opening in Kona | liability, factual basis of claims | P. English |
| PE00490 | | Philip English | Stan | Hand written notes regarding Gary | liability, factual basis of claims | P. English |
| PE00491 | 8/15/02 | Philip English | | Hand written notes regarding Gary | liability, factual basis of claims | P. English |
| PE00492 | 8/15/02 | Philip English | | Hand written notes regarding Gary | liability, factual basis of claims | P. English |

100103357336