
| DOC I.D. | DATE | AUTHOR | RECIPIENT | DOC TYPE/DESCRIPTION | SUBSTANCE OR PURPOSE | IDENTITY OF SPONSORING WITNESS |
|---|---|---|---|---|---|---|
| PE00494 | | Philip English | Gary Kurokawa | Emails regarding the extended probation | liability, factual basis of claims | P. English |
| PE00496 | 8/19/02 | Philip English | | Emails regarding office problems and taking these problems to higher authority | liability, factual basis of claims | P. English |
| PE00499 | | Philip English | Dwight Ishiguro | Emails regarding office problems and taking these problems to higher authority | liability, factual basis of claims | P. English |
| PE00500 | 8/14/02 | Philip English | Stan Kona | Emails regarding the opening in | liability, factual basis of claims | P. English |
| PE00506 | | Philip English | | Hand written notes regarding Ann and Bob | liability, factual basis of claims | P. English |
| PE00508 | 8/14/02 | Philip English | | Emails regarding problems in office meetings | liability, factual basis of claims | P. English |
| PE00514 | 8/14/02 | Philip English | Dwight Ishiguro | Hand written notes regarding Ann and Bob (Originals) | liability, factual basis of claims | P. English |
| PE00515 | 8/14/02 | Ann Gima | Dwight Ishiguro | Emails regarding things brought up in the meeting on 8/14/02 | liability, factual basis of claims | P. English |
| PE00517 | | Philip English | | Probationary Performance Evaluation Report for 6/1/02 to 8/31/02 and Attached comments | liability, factual basis of claims | P. English |
| PE00518 | 5/31/02 | Dwight Ishiguro | Philip English | Response to the Review 6/1/02 to 8/31/02 | liability, factual basis of claims | P. English |
| PE00520 | 5/31/02 | Philip English | Ann Gima | Emails regarding the Memo to Ann | liability, factual basis of claims | P. English |
| PE00521 | 5/31/02 | Philip English | Ann Gima | Emails regarding "Being Watched" | liability, factual basis of claims | P. English |
| PE00522 | 5/28/02 | Dwight Ishiguro | Philip English | Emails regarding advice about Gary, Ann, and Bob | liability, factual basis of claims | P. English |
| PE00525 | 5/22/02 | Philip English | Ann Gima | Email regarding the tax bill for hotel and resort class when it should be apartment class | liability, factual basis of claims | P. English |
| PE00526 | 5/22/02 | Ann Gima | Philip English | Emails regarding adjustments to working hours | liability, factual basis of claims | P. English |
| PE00527 | 5/22/02 | Ann Gima | Philip English | Emails regarding the lines of communication | liability, factual basis of claims | P. English |
| PE00528 | 5/21/02 | Philip English | Ann Gima | Email regarding the BOR meeting on 5/16/02 | liability, factual basis of claims | P. English |
| PE00529 | 5/21/02 | Philip English | Ann Gima | Email regarding the appeals brought up in the BOR meeting on 5/16/02 | liability, factual basis of claims | P. English |

10010357336

| DOC I.D. | DATE | AUTHOR | RECIPIENT | DOC TYPE/DESCRIPTION | SUBSTANCE OR PURPOSE | IDENTITY OF SPONSORING WITNESS |
|---|---|---|---|---|---|---|
| PE00530 | 5/17/02 | Philip English | Robert Magota | Email regarding the BOR meeting on 5/16/02 | liability, factual basis of claims | P. English |
| PE00531 | | Philip English | | Response to the Review 6/1/01 to 5/13/02 | liability, factual basis of claims | P. English |
| PE00533 | 5/13/02 | Philip English | | Probationary Performance Evaluation Report for 3/1/02 to 5/31/02 and Attached comments | liability, factual basis of claims | P. English |
| PE00536 | 4/29/02 | Ann Gima | | Probationary Performance Evaluation Report for 6/1/00 to 5/31/01 and Attached comments | liability, factual basis of claims | P. English |
| PE00537 | 4/23/01 | Ann Gima | Robert Magota | Email regarding the Peter Elliot | liability, factual basis of claims | P. English |
| PE00539 | 4/15/02 | Philip English | Robert Magota | Email regarding the Requests made by Roger | liability, factual basis of claims | P. English |
| PE00540 | 5/19/02 | Human Resources | | Notification of Personal Actions: Reallocation-Probationary - new | liability, factual basis of claims | P. English |
| PE00541 | 3/01/02 | Department of Personnel | | Position Description (Employee's Copy) | liability, factual basis of claims | P. English |
| PE00542 | | Philip English | | Response to the Review 6/1/01 to 5/31/02 | liability, factual basis of claims | P. English |
| PE00544 | 4/12/02 | Ann Gima | | Probationary Performance Evaluation Report for 6/1/01 to 5/31/02 and Attached comments | liability, factual basis of claims | P. English |
| PE00546 | | Real Property Assessment Division | | Master position description of the position of Appraiser IV, SR-22 | liability, factual basis of claims | P. English |
| PE00550 | 5/19/02 | Human Resources | | Notification of Personal Actions: Reallocation-Probationary - new | liability, factual basis of claims | P. English |
| PE00551 | 4318/02 | Philip English | Susan Bender | Email regarding cases | liability, factual basis of claims | P. English |
| PE00552 | 3/11/02 | Human Resources | | Notification of Classification Actions: Reallocation | liability, factual basis of claims | P. English |
| PE00553 | 3/01/02 | Department of Personnel | | Position Description (Employee's Copy) | liability, factual basis of claims | P. English |
| PE00554 | 2/21/02 | Philip English | Ann Gima | Emails regarding the BOR meeting on 3/20/02 | liability, factual basis of claims | P. English |
| PE00555 | 2/21/02 | Philip English | Robert Magota | Email regarding the advancement to Appraiser IV | liability, factual basis of claims | P. English |

| DOC I.D. | DATE | AUTHOR | RECIPIENT | DOC TYPE/DESCRIPTION | SUBSTANCE OR PURPOSE | IDENTITY OF SPONSORING WITNESS |
|---|---|---|---|---|---|---|
| PE00556 | 2/15/02 | Philip English | Robert Magota | Emails regarding the complaint against the administration | liability, factual basis of claims | P. English |
| PE00558 | 12/07/01 | Robert Magota | Richard Elliott | Letter regarding the change in tax classification for TMK 260040120003 and an attached copy of a Declaration Regarding Condominium Use | liability, factual basis of claims | P. English |
| PE00560 | 10/09/01 | Philip English | President of AOAO of Waikiki Shores | Letter regarding Actual Use of Condominiums and an attached copy of a Declaration Regarding Condominium Use | liability, factual basis of claims | P. English |
| PE00562 | 10/05/01 | Philip English | Robert Magota | Emails regarding instructions and advice | liability, factual basis of claims | P. English |
| PE00563 | 10/02/01 | Philip English | Robert Magota | Email regarding Waikiki Shores | liability, factual basis of claims | P. English |
| PE00564 | 10/01/01 | Philip English | Robert Magota | Email setting up a meeting | liability, factual basis of claims | P. English |
| PE00565 | 10/01/01 | Philip English | Robert Magota | Email setting up a meeting | liability, factual basis of claims | P. English |
| PE00566 | 6/06/01 | Ann Gima | | Probationary Performance Evaluation Report for 5/1/01 to 7/31/01 and Attached comments | liability, factual basis of claims | P. English |
| PE00568 | 4/23/01 | Ann Gima | | Probationary Performance Evaluation Report for 5/1/00 to 5/31/01 and Attached comments | liability, factual basis of claims | P. English |
| PE00570 | 4/05/01 | Ann Gima | | Probationary Performance Evaluation Report for 2/1/01 to 4/30/01 | liability, factual basis of claims | P. English |
| PE00571 | 3/07/01 | Human Resources | | Notification of Personal Actions: Reallocation-Probationary - new | liability, factual basis of claims | P. English |
| PE00572 | 4/05/01 | Ann Gima | | Probationary Performance Evaluation Report for 2/1/01 to 4/30/01 | liability, factual basis of claims | P. English |
| PE00573 | 12/29/00 | Human Resources | | Notification of Personal Actions: Completion of Probation | liability, factual basis of claims | P. English |
| PE00576 | 12/31/02 | Charles W. Totto | Roger S. Moseley | Email regarding setting up a meeting with Phil and Roger | liability, factual basis of claims | Charles Totto |

10010357336

| DOC.I.D. | DATE | AUTHOR | RECIPIENT | DOC TYPE/DESCRIPTION | SUBSTANCE OR PURPOSE | IDENTITY OF SPONSORING WITNESS |
|---|---|---|---|---|---|---|
| PE00686 | 2/28/03 | Thomas Riddle | Roger Moseley & Phil English | Letter to Roger offers assistance and encloses the WC-1 report form; Letter to Phil confirming his weekly salary, enclosing a brochure, and a form giving authorization to release medical records to C & C of Honolulu | liability, factual basis of claims | Thomas Riddle |
| PE00693 | 3/13/03 | Roger Moseley | Thomas Riddle | Fax Transmittal of the completed form giving authorization to release medical records to C & C of Honolulu | liability, factual basis of claims | Thomas Riddle |
| PE00696 | 3/17/03 | Disability Compensation Division | Phil English | Letter Informing of the C & C of Honolulu denial of liability and including a copy of the completed WC-5 form | liability, factual basis of claims | P. English |
| PE00699 | 3/18/03 | Thomas Riddle | Roger Moseley | Letter requesting an interview and psychological evaluation by Dr. Reneau Kennedy | liability, factual basis of claims | Thomas Riddle |
| PE00701 | 3/19/03 | Thomas Riddle | Roger Moseley | Email requesting info about Phil's accumulated vacation leave | liability, factual basis of claims | Thomas Riddle |
| PE00709 | 4/9/03 | Robert Magota | Phil English | Letter requesting attendance to a 4/17/03 annual performance evaluation meeting | liability, factual basis of claims | P. English |
| PE00712 | 4/16/03 | Roger Moseley | Tom Riddle | Fax Memorandum confirming/asking questions re: Claim of Philip E. English for disability due to retaliation | liability, factual basis of claims | Thomas Riddle |
| PE00716 | 4/17/03 | Mason Young | Phil English | Letter of Notice of Default on Account No. 0832R001311 Mooring Permit No. 4053, Ala Wai Small Boat Harbor | damages | P. English |
| PE00717 | 4/18/03 | Roger Moseley | Thomas Riddle | Fax Transmittal of a response to Roger's 4/16/03 letter and a copy of the 4/16/03 letter | liability, factual basis of claims | Thomas Riddle |
| PE00723 | 4/18/03 | Roger Moseley | Thomas Riddle | Faxed letter regarding the response to Roger's 4/16/03 letter and including more work slips for Phil | liability, factual basis of claims | Thomas Riddle |

| DOC. I.D. | DATE | AUTHOR | RECIPIENT | DOC TYPE/DESCRIPTION | SUBSTANCE OR PURPOSE | IDENTITY OF SPONSORING WITNESS |
|---|---|---|---|---|---|---|
| PE00726 | 4/18/03 | Roger Moseley | Thomas Riddle | Letter regarding the response to Roger's 4/16/03 and including more work slips for Phil | liability, factual basis of claims | Thomas Riddle |
| PE00729 | 4/25/03 | Roger Moseley | Thomas Riddle | Fax confirmation of Roger's 4/25/03 letter | liability, factual basis of claims | Thomas Riddle |
| PE00730 | 4/25/03 | Roger Moseley | Thomas Riddle | Letter informing of Phil's dire health insurance and living situation | liability, factual basis of claims | Thomas Riddle |
| PE00728, PE00733 | 4/25/03 | Thomas Riddle | Roger Moseley | Letter requesting that the attached form be completed | liability, factual basis of claims | Thomas Riddle |
| PE00732 | 4/25/03 | Roger Moseley | Thomas Riddle | Letter of Transmittal Re: Philip English – Workers' Compensation Claim | liability, factual basis of claims | Thomas Riddle |
| PE00736 | 4/28/03 | Roger Moseley | Thomas Riddle | Letter informing of Phil's worsening health insurance and living situation and requesting that immediate action to be taken | liability, factual basis of claims | Thomas Riddle |
| PE00740 | 4/29/03 | Thomas Riddle | Roger Moseley | Letter informing of the retrieval of Phil's personal property from the office | liability, factual basis of claims | Thomas Riddle |
| PE00742 | 4/29/03 | Thomas Riddle | Roger Moseley | Letter informing of actions taken | liability, factual basis of claims | Thomas Riddle |
| PE00743 | 4/30/03 | Thomas Riddle | Roger Moseley | Letter expressing concern for Phil's mental health and safety | liability, factual basis of claims | Thomas Riddle |
| PE00744 | 4/30/03 | Roger Moseley | Thomas Riddle | Letter informing of the Annual Performance Evaluation Report conducted by Robert Magota and staff with an attached copy of the evaluation and the letter sent to Phil regarding this matter | liability, factual basis of claims | Thomas Riddle |
| PE00751 | 4/30/03 | Roger Moseley | Thomas Riddle & Nancy of Dr. Kennedy's ofc. | Fax Transmittal hand written message and a complete copy of Roger's 4/30/03 letter regarding the evaluation | liability, factual basis of claims | Thomas Riddle |
| PE00771 | 4/30/03 | Roger Moseley | Nancy | Fax Transmittal of an email from Phil to his parents dated 2/28/03 | liability, factual basis of claims | P. English/ Dr. Kennedy |

100103357336

15