| DOC I.D. | DATE | AUTHOR | RECIPIENT | DOC TYPE/DESCRIPTION | SUBSTANCE OR PURPOSE | IDENTITY OF SPONSORING WITNESS |
|---|---|---|---|---|---|---|
| PE00784 | 4/30/03 | Roger Moseley | Nancy | Fax Transmittal of a letter sent to Phil regarding the Annual Performance Evaluation Report conducted by Robert Magota and staff dated 4/9/03 | liability, factual basis of claims | P. English/ Dr. Kennedy |
| PE00796 | 4/30/03 | Thomas Riddle | Roger Moseley | Letter expressing concern for Phil's mental health and safety | liability, factual basis of claims | Thomas Riddle |
| PE00799 | 5/01/03 | Thomas Riddle | Roger Moseley | Letter addressing concerns in Roger's 4/30/03 letter regarding the evaluation | liability, factual basis of claims | Thomas Riddle |
| PE00801 | 5/02/03 | Roger Moseley | Thomas Riddle | Letter requesting authorization to access a copy of Dr. Kennedy's report | liability, factual basis of claims | Thomas Riddle |
| PE00803 | 5/02/03 | Roger Moseley | Thomas Riddle | Fax confirmation of Roger's Letter requesting authorization to access a copy of Dr. Kennedy's report | liability, factual basis of claims | Thomas Riddle |
| PE00804 | 5/02/03 | Roger Moseley | Thomas Riddle | Letter informing of attempts to preserve Phil's health insurance and requesting that immediate action to be taken | liability, factual basis of claims | Thomas Riddle |
| PE00805 | 5/02/03 | Roger Moseley | Thomas Riddle | Fax Transmittal of a hand written message | liability, factual basis of claims | Thomas Riddle |
| PE00807 | 5/02/03 | Roger Moseley | Thomas Riddle | Letter informing of attempts to preserve Phil's health insurance and requesting that immediate action to be taken with a hand written reply from Thomas confirming that action has been taken | liability, factual basis of claims | Thomas Riddle |
| PE00808 | 5/03/03 | Roger Moseley | Dr. Kennedy | Letter informing of the obvious work overload that has been given to Phil | liability, factual basis of claims | Dr. Kennedy |
| PE00809 | 5/05/03 | Thomas Riddle | Roger Moseley | Letter granting Roger's request for authorization to access a copy of Dr. Kennedy's report and an explanation of some policies | liability, factual basis of claims | Thomas Riddle |
| PE00812 | 5/12/03 | Roger Moseley | Suzan Foumai | Delivery Receipt for an Annual Benefit Reelection Form | liability, factual basis of claims | P. English |

16

100103S7336

| DOC I.D. | DATE | AUTHOR | RECIPIENT | DOC TYPE/DESCRIPTION | SUBSTANCE OR PURPOSE | IDENTITY OF SPONSORING WITNESS |
|---|---|---|---|---|---|---|
| PE00816 | 5/20/03 | Roger Moseley | Suzan Foumai | Delivery Receipt for the EUTF Enrollment/Change Form for Active Employees | liability, factual basis of claims | P. English |
| PE00817 | 6/02/03 | Philip English | State of Hawaii Department of Budget and Finance | Hawaii Employer-Union Benefits Trust Fund Acknowledgement List | liability, factual basis of claims | P. English |
| PE00818 | 6/02/03 | Roger Moseley | Suzan Foumai | Letter regarding the EUTF form delivered on 5/20/03 | liability, factual basis of claims | P. English |
| PE00821 | 6/09/03 | Roger Moseley | Michael Golojuch | Letter regarding TDI benefits paid to Phil | damages | M. Golojuch |
| PE00834 | 6/10/03 | Roger Moseley | Dr. Reneau Kennedy | Fax Memorandum of Roger's 6/10/03 letter to Dr. Kennedy regarding retaliation of Ann and Harry Gima | liability, factual basis of claims | Dr. Kennedy |
| PE00837 | 6/13/03 | Michael Golojuch | Roger Moseley | Email regarding TDI benefits | damages | M. Golojuch |
| PE00839 | 7/15/03 | Mason Young | Phil English | Letter of Notice of Default on Account No. 0832R001311 Mooring Permit No. 4053, Ala Wai Small Boat Harbor | damages | P. English |
| PE00840 | 7/24/03 | Joan H. Koff | Thomas Riddle | Letter determining the official date of injury to be on 1/30/03 | liability, factual basis of claims | Kaiser/Riddle |
| PE00843 | 8/11/03 | Roger Moseley | Thomas Riddle | Fax Memorandum of Roger's 8/11/03 letter to Tom regarding Dr. Kennedy's "draft" report | liability, factual basis of claims | Thomas Riddle |
| PE00880 | 8/19/03 | Mason Young | Phil English | Letter of Notice of Default on Account No. 0832R001311 Mooring Permit No. 4053, Ala Wai Small Boat Harbor | liability, factual basis of claims | P. English |
| PE00883 | 8/28/03 | Roger Moseley | Thomas Riddle | Fax of Roger's 8/28/03 confirming the delivery of Dr. Kennedy's "draft" report | liability, factual basis of claims | Thomas Riddle |
| PE00886 | 8/28/03 | Roger Moseley | Thomas Riddle | Letter confirming the delivery of Dr. Kennedy's "draft" report | liability, factual basis of claims | Thomas Riddle |

10010357336

| DOC I.D. | DATE | AUTHOR | RECIPIENT | DOC TYPE/DESCRIPTION | SUBSTANCE OR PURPOSE | IDENTITY OF SPONSORING WITNESS |
|---|---|---|---|---|---|---|
| PE00889 | 8/28/03 | Joan H. Koff | Thomas Riddle | Letter documenting more causes/results related to the decline in Phil's mental health | liability, factual basis of claims | Thomas Riddle |
| PE00896 | 9/16/03 | Roger Moseley | Thomas Riddle | Letter demanding the production of records | liability, factual basis of claims | Thomas Riddle |
| PE00900 | 9/16/03 | Roger Moseley | Thomas Riddle | Fax of Roger's 9/16/03 letter demanding the production of records attached to a copy of Phil's document of Errors in the "History" Portion of Dr. Kennedy's Report Dated July 30, 2003 | liability, factual basis of claims | Thomas Riddle |
| PE00928 | | Disability Compensation Division | | Notice of Hearing for Case No. 20301887 on 1/14/04 | liability, factual basis of claims | P. English |
| PE00993 | | Disability Compensation Division | | Notice of Hearing Case No. 20301887 on 1/14/04 | liability, factual basis of claims | P. English |
| PE01017 | 10/17/03 | Roger Moseley | Disability Compensation Division Hearings Branch | Letter requesting the hearing scheduled on 10/23/03 be canceled | liability, factual basis of claims | P. English |
| PE01081 | 2/26/04 | Paul K. W. Au | | Signed and Notarized copy of the Settlement Agreement and an attachment approving Roger's request for Attorney's Fee | also damages | P. English |
| PE01107 | 3/11/04 | Philip English | Mark H. Fukuhara | Letter informing Phil of his options to continue his COBRA coverage | liability, factual basis of claims | P. English |
| PE01121 | 3/03/04 | Human Resources | | Notification of Personal Actions: Separation from Service-Resignation | damages | P. English |
| PE01122 | 3/03/04 | Human Resources | | Notification of Personal Actions: Separation from Service-Resignation | damages | P. English |

| DOC I.D. | DATE | AUTHOR | RECIPIENT | DOC TYPE/DESCRIPTION | SUBSTANCE OR PURPOSE | IDENTITY OF SPONSORING WITNESS |
|---|---|---|---|---|---|---|
| PE01124 | | City & County of Honolulu | Philip English | Direct Deposit paycheck for 2/14/04, Application for Transfer of Vacation and Sick Leave Credit or Payment in Lieu of Vacation, and Employee Leave Activity Report as of 12/31/03 | damages | P. English |
| PE01136 | | City & County of Honolulu | Philip English | Direct Deposit paycheck 6/14/03 | damages | P. English |
| PE01137 | 7/03/03 | Disability Compensation Division | Philip English | Letter regarding Phil's 6/19/03 request for an extension | liability, factual basis of claims | P. English |
| PE01138 | | City & County of Honolulu | Philip English | Direct Deposit paycheck 5/31/03 | damages | P. English |
| PE01139 | 6/23/04 | Human Resources | | Notification of Personal Actions: Separation from Service-Resignation | damages | P. English |
| PE01140 | | City & County of Honolulu | Philip English | Direct Deposit paycheck 5/17/03 | damages | P. English |
| PE01143 | | City & County of Honolulu | Philip English | Direct Deposit paycheck 5/03/03 | damages | P. English |
| PE01144 | | City & County of Honolulu | Philip English | Direct Deposit paycheck 5/03/03 | damages | P. English |
| PE01145 | 5/20/03 | Hawaii Employer-Union Health Benefits Trust Fund | Philip English | EUTF Enrollment/Change Form for Active Employees | liability, factual basis of claims | P. English |
| PE01150 | 4/22/03 | City & County of Honolulu | Philip English | Annual Performance Evaluation Report | liability, factual basis of claims | P. English |
| PE01153 | 3/25/03 | City & County of Honolulu | Philip English | Payroll/Personnel Employee Deduction Report for Payroll Ending 3/31/03 | liability, factual basis of claims | P. English |
| PE01154 | 6/01/03 | City & County of Honolulu | Philip English | Vacation and Sick Leave Record | liability, factual basis of claims | P. English |
| PE01158 | 3/13/03 | Philip English | Robert Magota | Letter informing Phil that he has been placed on leave without pay | liability, factual basis of claims | P. English |
| PE01161 | | City & County of Honolulu | Philip English | Direct Deposit paycheck 2/01/03 | damages | P. English |

19

100101357336

| DOC.I.D | DATE | AUTHOR | RECIPIENT | DOC TYPE/DESCRIPTION | SUBSTANCE OR PURPOSE | IDENTITY OF SPONSORING WITNESS |
|---|---|---|---|---|---|---|
| PE01163 | 5/27/02 | Human Resources | | Notification of Personal Actions: Separation from Service-Resignation | damages | P. English |
| PE01164 | 4/12/02 | Ann Gima | | Probationary Performance Evaluation Report for 6/1/01 to 5/31/02, Attached comments, and Phil's response to comments | liability, factual basis of claims | P. English |
| PE01173 | 3/06/02 | Human Resources | | Notification of Personal Actions: Reallocation | liability, factual basis of claims | P. English |
| PE01174 | 3/11/02 | Human Resources | | Notification of Personal Actions: Reallocation – Probationary – New | liability, factual basis of claims | P. English |
| PE01175 | 3/01/02 | Department of Personnel | | Notification of Classification Actions: | liability, factual basis of claims | P. English |
| PE01176 | | Real Property Assessment Division | | Position Description (Employee's Copy) | liability, factual basis of claims | P. English |
| PE01180 | | Real Property Assessment Division | | Master position description of the position of Appraiser IV, SR-22 | liability, factual basis of claims | P. English |
| PE01181 | 6/26/02 | Ann Gima | | Master position description of the position of Appraiser IV, SR-22 | liability, factual basis of claims | P. English |
| PE01181 | 4/23/01 | Ann Gima | | Probationary Performance Evaluation Report for 5/1/01 to 7/1/01 and Attached comments | liability, factual basis of claims | P. English |
| PE01183 | 3/29/01 | Ann Gima | | Probationary Performance Evaluation Report for 2/1/01 to 4/30/01 | liability, factual basis of claims | P. English |
| PE01185 | 1/25/02 | Human Resources | | Probationary Performance Evaluation Report for 5/1/00 to 5/31/01 | liability, factual basis of claims | P. English |
| PE01186 | 11/29/02 | Human Resources | | Notification of Personal Actions: Separation from Service-Resignation | liability, factual basis of claims | P. English |
| PE01187 | 11/29/02 | Human Resources | | Notification of Personal Actions: Completion of Probation | liability, factual basis of claims | P. English |
| PE01189 | | Philip English | | Notification of Personal Actions: Completion of Probation | liability, factual basis of claims | P. English |
| PE01209 | | Philip English | | Hand written notes titled: "What's Wrong" | liability, factual basis of claims | P. English |
| | | | | Hand written notes | liability, factual basis of claims | P. English |