| DOC. I.D. | DATE | AUTHOR | RECIPIENT | DOC-TYPE/DESCRIPTION | SUBSTANCE OR PURPOSE | IDENTITY OF SPONSORING WITNESS |
|---|---|---|---|---|---|---|
| PE01220 | 8/06/03 | Philip English | Dr. Koff | Hand written draft letter regarding the pain caused by the situation (6:00 am) | liability, factual basis of claims | Kaiser/ P. English |
| PE01237 | 7/29/03 | Philip English | Dr. Koff | Hand written draft letter regarding the financial situation | liability, factual basis of claims | Kaiser/ P. English |
| PE01241 | 7/22/03 | Philip English | Dr. Koff | Hand written draft letter regarding the 7/21/03 meeting (5:30 am) | liability, factual basis of claims | Kaiser/ P. English |
| PE01249 | 7/06/03 | Philip English | | Hand written notes | liability, factual basis of claims | P. English |
| PE01267 | 5/31/03 | Philip English | | Hand written notes page 1 | liability, factual basis of claims | P. English |
| PE01268 | 5/31/03 | Philip English | | Hand written notes page 5-6 | liability, factual basis of claims | P. English |
| PE01270 | 5/01/03 | Philip English | | Hand written notes | liability, factual basis of claims | P. English |
| PE01274 | 4/23/03 | Philip English | | Hand written notes | liability, factual basis of claims | P. English |
| PE01277 | | | | Hand written notes (8:35 am) | liability, factual basis of claims | P. English |
| PE01281 | 2/13/03 | Dr. Kelly Tam sing | Philip English | Prescription | damages | P. English |
| PE01283 | 2/13/03 | Kaiser Permanente Same Day Care Clinic | Philip English | Discharge Instructions | damages | P. English |
| PE01285 | | Kaiser Permanente | Philip English | Patient Notification Slip | damages | P. English |
| PE01286 | 1/06/03 | Kaiser Permanente Same Day Care Clinic | Philip English | Discharge Instructions | damages | P. English |
| PE01287 | | Kaiser Permanente | Philip English | Appointment Reminder (for 03/03) | damages | P. English |
| PE01288 | | Kaiser Permanente | Philip English | Appointment Reminder (for 2/12/03) | damages | P. English |
| PE01289 | | Kaiser Permanente | Philip English | Appointment Reminder (for 3/10/03) | damages | P. English |
| PE01290 | 2/27/03 | Kaiser Permanente | Philip English | Work Slip with hand written notes | damages | P. English |
| PE01291 | 2/27/03 | Kaiser Permanente | Philip English | Work Slip | damages | P. English |
| PE01292 | 3/10/03 | Kaiser Permanente | Philip English | Patient Notification Slip | damages | P. English |
| PE01294 | | Kaiser Permanente | Philip English | Patient Notification Slip | damages | P. English |
| PE01295 | 3/24/03 | Kaiser Permanente | Philip English | Patient Notification Slip | damages | P. English |
| PE01297 | | Kaiser Permanente | Philip English | Appointment Reminder (for 3/13/03) | damages | P. English |
| PE01298 | | Kaiser Permanente | Philip English | Appointment Reminder (for 3/24/03) | damages | P. English |
| PE01299 | 9/18/03 | Kaiser Permanente | Philip English | Clinical Encounter Record | damages | P. English |

100103573336

| DOC I.D. | DATE | AUTHOR | RECIPIENT | DOC TYPE/DESCRIPTION | SUBSTANCE OR PURPOSE | IDENTITY OF SPONSORING WITNESS |
|---|---|---|---|---|---|---|
| PE01300 | 9/04/03 | Kaiser Permanente | Philip English | Clinical Encounter Records; Dr. Koff's 8/28/03 and 7/24/03 letters to Thomas Riddle | damages | P. English |
| PE01317 | 7/31/03 | Kaiser Permanente | Philip English | Clinical Encounter Records; Dr. Koff's 7/24/03 letter to Thomas Riddle | damages | P. English |
| PE01327 | 7/30/03 | Kaiser Permanente | Philip English | Independent Psychological Evaluation of Phil by Dr. Kennedy | damages | P. English |
| PE01350 | 6/23/03 | Kaiser Permanente | Philip English | Clinical Encounter Records; Physician's Reports; Consent for Release of Medical Information and Records form | liability, factual basis of claims | P. English |
| PE01376 | 3/04/03 | Kaiser Permanente | Philip English | Physician's Report and Emergency Physician Record | liability, factual basis of claims | P. English |
| PE01380 | 4/29/03 | Kaiser Permanente | Philip English | Claim for Temporary Disability Benefits | damages | P. English |
| PE01382 | 4/25/03 | Philip English | Dr. Kennedy | Authorization to Release Medical Records form | liability, factual basis of claims | P. English |
| PE01386 | 9/16/03 | Roger Moseley | Thomas Riddle | Letter demanding the production of records attached to a copy of Phil's document of Errors in the "History" Portion of Dr. Kennedy's Report Dated July 30, 2003 | liability, factual basis of claims | Thomas Riddle |
| PE01396 | 8/28/03 | Joan H. Koff | Thomas Riddle | Letter documenting more causes/results related to the decline in Phil's mental health | liability, factual basis of claims | Thomas Riddle |
| PE01398 | 7/24/03 | Joan H. Koff | Thomas Riddle | Letter determining the official date of injury to be on 1/30/03 | liability, factual basis of claims | Thomas Riddle |
| PE01400 | | HGEA AFSCME | | Grievance Procedure Flow Chart | liability, factual basis of claims | P. English |
| PE01401 | 6/12/01 | Robert Magota | Real Property Assessment Staff | Guidelines for Residential CDU Rating System | liability, factual basis of claims | P. English |
| PE01401 | 9/00 | Cole Layer Trumble Company | | City and County of Honolulu IAS Training: Model Refinement | liability, factual basis of claims | P. English |
| PE01445 | | Kaiser Permanente | Philip English | Appointment Reminder (for 8/18/03) | damages | P. English |
| PE01446 | | Kaiser Permanente | Philip English | Appointment Reminder (for 8/12/03) | damages | P. English |
| PE01445 | | Kaiser Permanente | Philip English | Appointment Reminder (for 5/8/03) | damages | P. English |

10010357336

| DOC I.D. | DATE | AUTHOR | RECIPIENT | DOC TYPE/DESCRIPTION | SUBSTANCE OR PURPOSE | IDENTITY OF SPONSORING WITNESS |
|---|---|---|---|---|---|---|
| PE01447 | 6/07/04 | Kaiser Permanente | Philip English | Patient Instructions for Oahu | damages | P. English |
| PE01450 | 5/17/04 | Kaiser Permanente | Philip English | Clinical Encounter Record | damages | Kaiser/English |
| PE01451 | 3/22/04 | Kaiser Permanente | Philip English | Patient Instructions for Oahu | damages | Kaiser/English |
| PE01452 | 3/08/04 | Kaiser Permanente | Philip English | Patient Instructions for Oahu; Clinical Encounter Record | damages | Kaiser/English |
| PE01454 | 4/26/04 | Kaiser Permanente | Philip English | Patient Instructions for Oahu; Clinical Encounter Record | damages | Kaiser/English |
| PE01456 | 3/22/04 | Kaiser Permanente | Philip English | Clinical Encounter Record | damages | Kaiser/English |
| PE01457 | 2/23/04 | Kaiser Permanente | Philip English | Patient Instructions for Oahu; Clinical Encounter Record | damages | Kaiser/English |
| PE01459 | 1/28/04 | Kaiser Permanente | Philip English | Patient Instructions for Oahu; Clinical Encounter Record | damages | Kaiser/English |
| PE01461 | 12/24/03 | Kaiser Permanente | Philip English | Patient Instructions for Oahu; Clinical Encounter Record | damages | Kaiser/English |
| PE01463 | 12/16/03 | Kaiser Permanente | Philip English | Patient Instructions for Oahu; Clinical Encounter Record | damages | Kaiser/English |
| PE01465 | 12/11/03 | Kaiser Permanente | Philip English | Patient Instructions for Oahu | damages | Kaiser/English |
| PE01466 | 1/07/04 | Kaiser Permanente | Philip English | Patient Instructions for Oahu; Clinical Encounter Record | damages | Kaiser/English |
| PE01468 | 11/24/03 | Kaiser Permanente | Philip English | Patient Instructions for Oahu; Clinical Encounter Record | damages | Kaiser/English |
| PE01470 | 11/17/03 | Kaiser Permanente | Philip English | Patient Instructions for Oahu; Clinical Encounter Record | damages | Kaiser/English |
| PE01472 | 11/10/03 | Kaiser Permanente | Philip English | Patient Instructions for Oahu; Clinical Encounter Record | damages | Kaiser/English |
| PE01474 | 11/04/03 | Kaiser Permanente | Philip English | Patient Instructions for Oahu; Clinical Encounter Record | damages | Kaiser/English |
| PE01476 | 10/30/03 | Kaiser Permanente | Philip English | Clinical Encounter Record | damages | Kaiser/English |
| PE01477 | 10/23/03 | Kaiser Permanente | Philip English | Clinical Encounter Record | damages | Kaiser/English |
| PE01478 | 10/09/03 | Kaiser Permanente | Philip English | Patient Instructions for Oahu; Clinical Encounter Record | damages | Kaiser/English |
| PE01480 | 10/01/03 | Kaiser Permanente | Philip English | Patient Instructions for Oahu; Clinical Encounter Record | damages | Kaiser/English |
| PE01482 | 9/22/03 | Kaiser Permanente | Philip English | Patient Instructions for Oahu; Clinical Encounter Record | damages | Kaiser/English |

10010357336

100101357336

| DOC ID. | DATE | AUTHOR | RECIPIENT | DOC TYPE/DESCRIPTION | SUBSTANCE OR PURPOSE | IDENTITY OF SPONSORING WITNESS |
|---|---|---|---|---|---|---|
| PE01484 | 9/18/03 | Kaiser Permanente | Philip English | Clinical Encounter Record | damages | Kaiser/English |
| PE01485 | 9/08/03 | Kaiser Permanente | Philip English | Patient Instructions for Oahu | damages | Kaiser/English |
| PE01486 | 9/08/03 | Kaiser Permanente | Philip English | Patient Instructions for Oahu; Clinical Encounter Record | damages | Kaiser/English |
| PE01488 | 9/04/03 | Kaiser Permanente | Philip English | Patient Instructions for Oahu; Clinical Encounter Record | damages | Kaiser/English |
| PE01490 | 8/25/03 | Kaiser Permanente | Philip English | Patient Instructions for Oahu; Clinical Encounter Record | damages | Kaiser/English |
| PE01493 | 8/21/03 | Kaiser Permanente | Philip English | Clinical Encounter Record | damages | Kaiser/English |
| PE01494 | 8/14/03 | Kaiser Permanente | Philip English | Clinical Encounter Record | damages | Kaiser/English |
| PE01495 | 8/07/03 | Kaiser Permanente | Philip English | Patient Instructions for Oahu; Clinical Encounter Record | damages | Kaiser/English |
| PE01497 | 7/31/03 | Kaiser Permanente | Philip English | Clinical Encounter Record | damages | Kaiser/English |
| PE01498 | 7/24/03 | Kaiser Permanente | Philip English | Patient Instructions for Oahu; Clinical Encounter Record | damages | Kaiser/English |
| PE01500 | 7/21/03 | Kaiser Permanente | Philip English | Patient Instructions for Oahu; Clinical Encounter Record | damages | Kaiser/English |
| PE01501 | 7/14/03 | Kaiser Permanente | Philip English | Clinical Encounter Record | damages | Kaiser/English |
| PE01504 | 7/07/03 | Kaiser Permanente | Philip English | Patient Instructions for Oahu; Clinical Encounter Record | damages | Kaiser/English |
| PE01506 | 7/02/03 | Kaiser Permanente | Philip English | Patient Instructions for Oahu | damages | Kaiser/English |
| PE01507 | 6/23/03 | Kaiser Permanente | Philip English | Patient Instructions for Oahu; Clinical Encounter Record | damages | Kaiser/English |
| PE01509 | 6/16/03 | Kaiser Permanente | Philip English | Patient Instructions for Oahu; Clinical Encounter Record | damages | Kaiser/English |
| PE01510 | 5/28/03 | Kaiser Permanente | Philip English | Patient Instructions for Oahu; Clinical Encounter Record | damages | Kaiser/English |
| PE01512 | 5/20/03 | Kaiser Permanente | Philip English | Patient Instructions for Oahu; Clinical Encounter Record | damages | Kaiser/English |
| PE01515 | 5/15/03 | Kaiser Permanente | Philip English | Patient Instructions for Oahu | damages | Kaiser/English |
| PE01517 | 5/13/03 | Kaiser Permanente | Philip English | Patient Instructions for Oahu; Clinical Encounter Record | damages | Kaiser/English |
| PE01520 | 5/07/03 | Kaiser Permanente | Philip English | Patient Instructions for Oahu; Clinical Encounter Record | damages | Kaiser/English |

| DOC.I.D. | DATE | AUTHOR | RECIPIENT | DOC TYPE/DESCRIPTION | SUBSTANCE OR PURPOSE | IDENTITY OF SPONSORING WITNESS |
|---|---|---|---|---|---|---|
| PE01523 | 8/04/03 | Joyce Leto | Philip English | Letter informing that Centurion Life Insurance Company has been paid by his creditor and that payments will automatically be forwarded to them | damages | P. English |
| PE01524 | 9/15/03 | Roger Moseley | Joyce Leto | Fax Memorandum of Centurion Life Insurance Company's 7/20/03 letter | damages | P. English |
| PE01528 | 6/17/03 | Philip English | Centurion Life Insurance Company's | Claim | damages | P. English |
| PE01530 | 6/17/03 | Philip English | Centurion Life Insurance Company's | Disability Claim Information | damages | P. English |
| PE01541 | | | Philip English | Letter in another language and a translated version informing that Phil's third wife is leaving him for financial reasons | damages | P. English |
| PE01544 | 2/26/03 | Philip English | | Hand written letter (8:30 am) and Notes | liability, factual basis of claims | P. English |
| PE01545 | 2/27/03 | Philip English | Ann Gima | Email Regarding the redirection of Waikiki Shore appeals at the request of the Ethics Commissioner | liability, factual basis of claims | P. English |
| PE01546 | 2/07/03 | Gary Kurokawa | Philip English | Emails regarding allegations of ethical misconduct | liability, factual basis of claims | P. English |
| PE01547 | 2/10/03 | Julie Tamayori | | Workplace Violence Checklist | liability, factual basis of claims | Julie Tamayori |
| PE01549 | | Philip English | | Hand written notes | liability, factual basis of claims | P. English |
| PE01557 | | Philip English | | Hand written notes regarding "How I have been damaged" | liability, factual basis of claims | P. English |
| PE01561 | | Philip English | | Hand written notes | liability, factual basis of claims | P. English |
| PE01587 | | Philip English | | Hand written notes regarding sick leave | liability, factual basis of claims | P. English |
| PE01592 | 7/22/03 | Philip English | Dr. Koff | Hand written draft letter regarding the 7/21/03 meeting (5:30 am) | damages | P. English |
| PE01600 | 7/29/03 | Philip English | Dr. Koff | Hand written draft letter regarding the financial situation | damages | P. English |
| PE01606 | 8/11/03 | Dept. of Land & Nat. Resources | Philip English | Letter containing outstanding billing information | damages | P. English |