| DOC ID | DATE | AUTHOR | RECIPIENT | DOC TYPE/DESCRIPTION | SUBSTANCE OR PURPOSE | IDENTITY OF SPONSORING WITNESS |
|---|---|---|---|---|---|---|
| PE01613 | 7/15/03 | Philip English | State of Hawaii Department of Budget and Finance | Hawaii Employer-Union Benefits Trust Fund Confirmation Notice – Open Enrollment | damages | P. English |
| PE01615 | 8/19/03 | Philip English | | Hand written notes calculating Boat payments | damages | P. English |
| PE01616 | 8/13/03 | Suzan Foumai | Philip English | Letter informing of the inability to remove Phil's wife and son from his medical plan attached to a copy of some administrative rules | damages | P. English |
| PE01622 | 8/18/03 | Philip English | | Banking withdrawal Receipt, Circuit Court receipt, and hand written note | damages | P. English |
| PE01623 | 8/18/03 | Philip English | | Banking withdrawal Receipt | damages | P. English |
| PE01624 | 8/18/03 | Kaiser Permanente | Philip English | Receipts | damages | P. English |
| PE01625 | 8/18/03 | Kaiser Permanente | Philip English | Laboratory Results | damages | P. English |
| PE01627 | 8/18/03 | Kaiser Permanente | Philip English | Receipts | damages | P. English |
| PE01629 | 8/11/03 | Disability Compensation Division | Philip English | Letter regarding Phil's 8/7/03 request for an extension | damages | P. English |
| PE01631 | 7/03/00 | Hawaii Public Employees Health Fund | Philip English | Enrollment Application | damages | P. English |
| PE01632 | 5/09/02 | Hawaii Public Employees Health Fund | Philip English | Temporary Membership Record | damages | P. English |
| PE01633 | 7/03/00 | Hawaii Public Employees Health Fund | Philip English | Information | damages | P. English |
| PE01634 | 7/27/00 | Hawaii Public Employees Health Fund | Philip English | Beneficiary Designation Form for Health Fund Life Insurance Plan Members | damages | P. English |
| PE01635 | 8/03/00 | Hawaii Public Employees Health Fund | Philip English | Instructions for Employees and Retirees | damages | P. English |

10010357336

| DOC ID | DATE | AUTHOR | RECIPIENT | DOC TYPE/DESCRIPTION | SUBSTANCE OR PURPOSE | IDENTITY OF SPONSORING WITNESS |
|---|---|---|---|---|---|---|
| PE01636 | 8/14/02 | Ann Gima | | Probationary Performance Evaluation Report for 6/1/02 to 8/31/02 with attached comments and Phil's Response to the Review | liability, factual basis of claims | P. English |
| PE01639 | 8/14/02 | Ann Gima | | Probationary Performance Evaluation Report for 6/1/02 to 8/31/02 with attached comments and Phil's Response to the Review | liability, factual basis of claims | P. English |
| PE01642 | 7/15/02 | Human Resources | | Notification of Personal Actions: Salary Adjustment | liability, factual basis of claims | P. English |
| PE01643 | 5/13/02 | Ann Gima | | Probationary Performance Evaluation Report for 3/1/02 to 5/31/02 with attached comments | liability, factual basis of claims | P. English |
| PE01645 | 4/12/02 | Ann Gima | | Probationary Performance Evaluation Report for 6/1/01 to 5/31/02 with attached comments and Phil's Response to the Review | liability, factual basis of claims | P. English |
| PE01649 | 4/12/02 | Ann Gima | | Probationary Performance Evaluation Report for 6/1/02 to 8/31/02 with attached comments and Phil's Response to the Review | liability, factual basis of claims | P. English |
| PE01654 | 5/19/02 | Human Resources | | Notification of Personal Actions: Reallocation-Probationary - new | liability, factual basis of claims | P. English |
| PE01655 | 3/12/02 | Caroll Takahashi | Philip English | Letter regarding Reallocation of Position DF-486, Real Property Appraiser III | liability, factual basis of claims | P. English |
| PE01656 | 3/11/02 | Human Resources | | Notification of Classification Actions: Reallocation | liability, factual basis of claims | P. English |
| PE01657 | 3/01/02 | Department of Personnel | | Position Description (Employee's Copy) | liability, factual basis of claims | P. English |
| PE01659 | | Real Property Assessment Division | | Master position description of the position of Appraiser IV, SR-22 | liability, factual basis of claims | P. English |
| PE01663 | | Real Property Assessment Division | | Master position description of the position of Appraiser IV, SR-22 | liability, factual basis of claims | P. English |
| PE01664 | 7/26/01 | Human Resources | | Notification of Personal Actions: Completion of Probation | liability, factual basis of claims | P. English |

100103357336

27

| DOC.I.D. | DATE | AUTHOR | RECIPIENT | DOC-TYPE/DESCRIPTION | SUBSTANCE OR PURPOSE | IDENTITY OF SPONSORING WITNESS |
|---|---|---|---|---|---|---|
| PE01665 | 8/15/01 | Human Resources | | Notification of Personal Actions: Completion of Probation | liability, factual basis of claims | P. English |
| PE01666 | 6/25/01 | Ann Gima | | Probationary Performance Evaluation Report for 5/1/01 to 7/31/01 with attached comments | liability, factual basis of claims | P. English |
| PE01668 | 4/30/01 | Ann Gima | | Probationary Performance Evaluation Report for 6/1/00 to 5/31/01 with attached comments | liability, factual basis of claims | P. English |
| PE01669 | 4/23/01 | Ann Gima | Philip English | Annual Benefit Reelection Form | damages | P. English |
| PE01671 | 2/28/01 | | Philip English | Health Fund Information | liability, factual basis of claims | P. English |
| PE01673 | 1/25/01 | Human Resources | | Notification of Personal Actions: Reallocation-Probationary - new | liability, factual basis of claims | P. English |
| PE01674 | 4/23/01 | Ann Gima | | Probationary Performance Evaluation Report for 2/1/01 to 4/30/01 | liability, factual basis of claims | P. English |
| PE01675 | 2/05/01 | Caroll Takahashi | Philip English | Letter regarding Reallocation of Position DF-486, Real Property Appraiser II | liability, factual basis of claims | P. English |
| PE01676 | 1/11/02 | City & County of Honolulu | Philip English | Class Specification: Real Property Appraiser IV SR 22, BU 13 | liability, factual basis of claims | P. English |
| PE01678 | 11/29/00 | Human Resources | | Notification of Personal Actions: Completion of Probation | liability, factual basis of claims | P. English |
| PE01679 | 11/29/00 | Human Resources | | Notification of Personal Actions: Completion of Probation | liability, factual basis of claims | P. English |
| PE01680 | 11/03/00 | Ann Gima | | Probationary Performance Evaluation Report for 9/1/00 to 11/30/00 | liability, factual basis of claims | P. English |
| PE01681 | 8/09/00 | Ann Gima | | Probationary Performance Evaluation Report for 6/1/00 to 8/31/00 | liability, factual basis of claims | P. English |
| PE01683 | 6/05/00 | Human Resources | | Notification of Personal Actions: Appointment | liability, factual basis of claims | P. English |
| PE01684 | | Real Property Assessment Division | | Master position description of the position of Appraiser II, SR-18 | liability, factual basis of claims | P. English |
| PE01687 | | Real Property Assessment Division | | Master position description of the position of Appraiser III, SR-20 | liability, factual basis of claims | P. English |

10010357336

28

| DOC.I.D. | DATE | AUTHOR | RECIPIENT | DOC TYPE/DESCRIPTION | SUBSTANCE OR PURPOSE | IDENTITY OF SPONSORING WITNESS |
|---|---|---|---|---|---|---|
| PE01690 | | Real Property Assessment Division | | Master position description of the position of Appraiser II, SR-18 (Trainee) | liability, factual basis of claims | P. English |
| PE01693 | | | | | liability, factual basis of claims | P. English |
| PE01694 | 12/16/02 | Kevin D. Mulligan | | Business Card | liability, factual basis of claims | P. English |
| PE01695 | 12/13/02 | Philip English | | Typed notes (3:04 pm) | liability, factual basis of claims | P. English |
| PE01696 | 12/12/02 | Philip English | Ann Gima | Emails setting up a meeting on 12/16/02 | liability, factual basis of claims | P. English |
| PE01697 | 12/12/02 | Philip English | Ann Gima | Emails regarding BOR dates for February | liability, factual basis of claims | P. English |
| PE01699 | 12/12/02 | Philip English | Ann Gima | Emails regarding Imperial Hawaii Resort | liability, factual basis of claims | P. English |
| PE01700 | 12/12/02 | Philip English | Ann Gima | Emails regarding Mr. Elliot | liability, factual basis of claims | P. English |
| PE01702 | 12/12/02 | Philip English | Ann Gima | Emails regarding Mr. Elliot | liability, factual basis of claims | P. English |
| PE01703 | 12/12/02 | Philip English | Ann Gima | Email regarding closely scheduled BOR dates | liability, factual basis of claims | P. English |
| PE01705 | | | | Emails regarding Imperial Hawaii Resort | liability, factual basis of claims | P. English |
| PE01706 | | | | Phil's work calendar for July 2002 | liability, factual basis of claims | P. English |
| PE01707 | | | | Phil's work calendar for August 2002 | liability, factual basis of claims | P. English |
| PE01708 | | | | Phil's work calendar for September 2002 | liability, factual basis of claims | P. English |
| PE01709 | | | | Phil's work calendar for October 2002 | liability, factual basis of claims | P. English |
| PE01710 | | | | Phil's work calendar for November 2002 | liability, factual basis of claims | P. English |
| PE01711 | | | | Phil's enlarged work calendar | liability, factual basis of claims | P. English |
| PE01712 | | | | Phil's enlarged work calendar for December 2002 | liability, factual basis of claims | P. English |
| PE01713 | | | | Phil's enlarged work calendar for December 2002 | liability, factual basis of claims | P. English |
| PE01714 | | | | Phil's enlarged work calendar | liability, factual basis of claims | P. English |
| PE01715 | | | | Phil's enlarged work calendar | liability, factual basis of claims | P. English |
| PE01716 | | | | Phil's enlarged work calendar for January | liability, factual basis of claims | P. English |

| DOC I.D. | DATE | AUTHOR | RECIPIENT | DOC TYPE/DESCRIPTION | SUBSTANCE OR PURPOSE | IDENTITY OF SPONSORING WITNESS |
|---|---|---|---|---|---|---|
| PE01721 | | | | Phil's enlarged work calendar for May 2002 | liability, factual basis of claims | P. English |
| PE01727 | | | | Phil's enlarged work calendar June | liability, factual basis of claims | P. English |
| PE01733 | 1/16/03 | Waylen Toma | Philip English | Letter regarding confusion on Phil's probation period and an attached copy of the Evaluation Period of 6/1/02-8/31/02 | liability, factual basis of claims | P. English |
| PE01736 | 12/12/02 | Philip English | Ann Gima | Email regarding progress meeting | liability, factual basis of claims | P. English |
| PE01739 | 2/05/02 | Philip English | | Typed notes (1:45 pm) | liability, factual basis of claims | P. English |
| PE01740 | 2/05/02 | Philip English | | Typed notes (1:17 pm) | liability, factual basis of claims | P. English |
| PE01741 | 2/07/02 | Philip English | | Typed draft letter (1:28 pm) with an attached analysis | liability, factual basis of claims | P. English |
| PE01748 | 2/05/02 | Ann Gima | Philip English | Emails regarding letters to taxpayers/ethical issues | liability, factual basis of claims | P. English |
| PE01753 | 1/28/02 | Gary Kurokawa | | Amendment to Administrative Memorandum 01-001 regarding the classification of condominiums | liability, factual basis of claims | P. English |
| PE01760 | 2/05/03 | Philip English | | Typed notes (12:05 pm) | liability, factual basis of claims | P. English |
| PE01761 | 2/05/03 | Philip English | | Typed notes (1:14 pm) | liability, factual basis of claims | P. English |
| PE01762 | 2/05/03 | Philip English | Robert Magota | Typed draft letter regarding the planned afternoon meeting with representation | liability, factual basis of claims | P. English |
| PE01763 | 2/05/03 | Vicki Puou | Philip English | Emails regarding the amended notice 2002 | liability, factual basis of claims | P. English |
| PE01764 | 2/05/03 | Philip English | Ann Gima | Emails regarding the AOAO Castle Surf Apartments | liability, factual basis of claims | P. English |
| PE01765 | | | | Phil's work calendar for January 2003 | liability, factual basis of claims | P. English |
| PE01766 | 2/03/03 | Philip English | | Typed notes (9:04 am) | liability, factual basis of claims | P. English |
| PE01767 | 12/17/02 | Suzan Foumai | Philip English | Email regarding sick vacation leave paper | liability, factual basis of claims | P. English |
| PE01768 | 1/22/03 | Suzan Foumai | Philip English | Email regarding low sick leave | liability, factual basis of claims | P. English |
| PE01769 | | Philip English | Ann Gima | Email regarding a doctors appointment | liability, factual basis of claims | P. English |
| PE01770 | | Philip English | Georgette Wong | Email regarding the Diamond Head Apts. LTD | liability, factual basis of claims | P. English |

10010357336