| DOC ID | DATE | AUTHOR | RECIPIENT | DOC TYPE/DESCRIPTION | SUBSTANCE OR PURPOSE | IDENTITY OF SPONSORING WITNESS |
|---|---|---|---|---|---|---|
| PE01771 | | Philip English | Vicki Puou | Emails regarding the written authorization | liability, factual basis of claims | P. English |
| PE01772 | 11/08/02 | Ann Gima | Philip English | Emails regarding the Status Update | liability, factual basis of claims | P. English |
| PE01774 | | | | Phil's work calendar for December 2002 | liability, factual basis of claims | P. English |
| PE01775 | | | | Phil's work calendar for January 2003 | liability, factual basis of claims | P. English |
| PE01776 | | | | Phil's work calendar for December 2002 | liability, factual basis of claims | P. English |
| PE01777 | 10/23/02 | Ann Gima | Philip English | Appeals list and a hand written note | liability, factual basis of claims | P. English |
| PE01778 | 1/14/03 | Ann Gima | Philip English | Emails summarizing the supervisor's meeting on 1/13/03 | liability, factual basis of claims | P. English |
| PE01779 | 2/05/03 | Philip English | | Hand written notes regarding Bob and Ann | liability, factual basis of claims | P. English |
| PE01780 | 1/16/03 | Waylen Toma | Philip English | Letter regarding confusion on Phil's probation period and an attached copy of the Evaluation Period of 6/1/02-8/31/02 | liability, factual basis of claims | P. English |
| PE01783 | 1/13/03 | Ann Gima | Philip English | Emails regarding a constituent call | liability, factual basis of claims | P. English |
| PE01784 | 1/08/03 | Ann Gima | Philip English | Emails regarding the "discussed" monthly progress meetings | liability, factual basis of claims | P. English |
| PE01786 | 1/07/03 | Ann Gima | Philip English | Email regarding additional miscellaneous things | liability, factual basis of claims | P. English |
| PE01787 | 12/17/02 | Ann Gima | Philip English | Email regarding BOR Dates for February | liability, factual basis of claims | P. English |
| PE01788 | 12/12/02 | Ann Gima | Philip English | Emails regarding a pre-meeting before BOR | liability, factual basis of claims | P. English |
| PE01789 | 12/12/02 | Ann Gima | Philip English | Emails regarding the Imperial Hawaii Resort | liability, factual basis of claims | P. English |
| PE01790 | 12/12/02 | Ann Gima | Philip English | Emails regarding the Imperial Hawaii Resort | liability, factual basis of claims | P. English |
| PE01792 | 12/12/02 | Ann Gima | Philip English | Email regarding the Imperial Hawaii Resort | liability, factual basis of claims | P. English |
| PE01793 | 12/04/02 | Ann Gima | Philip English | Email regarding the "reclassification" of some Waikiki Shore units | liability, factual basis of claims | P. English |
| PE01794 | 11/18/02 | Ann Gima | Philip English | Emails regarding Westbury | liability, factual basis of claims | P. English |

10010357336

| DOC. I.D. | DATE | AUTHOR | RECIPIENT | DOC. TYPE/DESCRIPTION | SUBSTANCE OR PURPOSE | IDENTITY OF SPONSORING WITNESS |
|---|---|---|---|---|---|---|
| PE01795 | 11/13/02 | Ann Gima | Philip English | Email regarding Miscellaneous information | liability, factual basis of claims | P. English |
| PE01796 | 11/08/02 | Ann Gima | Philip English | Emails regarding Scheduling of BOR dates | liability, factual basis of claims | P. English |
| PE01797 | 11/01/02 | Ann Gima | Philip English | Emails regarding model 141 | liability, factual basis of claims | P. English |
| PE01798 | 11/01/02 | Ann Gima | Philip English | Emails regarding corrections to errors | liability, factual basis of claims | P. English |
| PE01800 | 11/01/02 | Ann Gima | Philip English | Emails regarding notes from the supervisor's meeting | liability, factual basis of claims | P. English |
| PE01801 | 10/31/02 | Ann Gima | Philip English | Emails regarding models 142 and 143 | liability, factual basis of claims | P. English |
| PE01802 | 10/30/02 | Ann Gima | Philip English | Email denying vacation leave on 11/1/02 and 11/4/02 if the errors remain un-corrected | liability, factual basis of claims | P. English |
| PE01803 | 10/24/02 | Ann Gima | Philip English | Email regarding Waikiki Shore | liability, factual basis of claims | P. English |
| PE01804 | 10/21/02 | Ann Gima | Philip English | Emails regarding vacation leaves requested for 10/22 & 10/25 | liability, factual basis of claims | P. English |
| PE01805 | 1/24/03 | Philip English | | Typed notes (1:11 pm) | liability, factual basis of claims | P. English |
| PE01806 | 2/03/03 | Philip English | | Typed notes (9:04 am) | liability, factual basis of claims | P. English |
| PE01807 | 2/05/03 | Philip English | | Typed notes (12:05 pm) | liability, factual basis of claims | P. English |
| PE01808 | 2/05/03 | Philip English | | Typed notes (1:14 pm) | liability, factual basis of claims | P. English |
| PE01809 | 2/05/03 | Philip English | | Typed notes (1:17 pm) | liability, factual basis of claims | P. English |
| PE01810 | 2/05/03 | Philip English | | Typed notes (1:45 pm) | liability, factual basis of claims | P. English |
| PE01811 | 2/06/03 | Philip English | | Typed notes (10:22 am) | liability, factual basis of claims | P. English |
| PE01812 | 2/06/03 | Philip English | | Typed notes (10:28 am) | liability, factual basis of claims | P. English |
| PE01813 | 2/06/03 | Philip English | | Typed notes (2:04 pm) | liability, factual basis of claims | P. English |
| PE01814 | 2/06/03 | Philip English | | Typed notes (3:29 pm) | liability, factual basis of claims | P. English |
| PE01815 | 2/07/03 | Philip English | | Typed notes (8:21 am) | liability, factual basis of claims | P. English |
| PE01816 | 2/07/03 | Philip English | | Typed notes (8:30 am) | liability, factual basis of claims | P. English |
| PE01817 | 2/07/03 | Philip English | | Typed notes (9:53 am) | liability, factual basis of claims | P. English |
| PE01818 | 2/07/03 | Philip English | | Typed notes (9:57 am) | liability, factual basis of claims | P. English |
| PE01819 | 2/07/03 | Philip English | | Typed notes (12:35 pm) | liability, factual basis of claims | P. English |

| DOC I.D. | DATE | AUTHOR | RECIPIENT | DOC TYPE/DESCRIPTION | SUBSTANCE OR PURPOSE | IDENTITY OF SPONSORING WITNESS |
|---|---|---|---|---|---|---|
| PE01820 | 2/07/03 | Philip English | Ann Gima | Typed letter responding to Ann's request to review letters to taxpayers and re analyze data for accuracy | liability, factual basis of claims | P. English |
| PE01821 | 2/07/03 | Philip English | | Typed notes (1:47 pm) | liability, factual basis of claims | P. English |
| PE01822 | 2/10/03 | | | Report regarding the appeal of Ann Slocum Main | liability, factual basis of claims | P. English |
| PE01823 | 2/10/03 | Philip English | | Typed notes (11:05 am) | liability, factual basis of claims | P. English |
| PE01825 | 2/10/03 | Philip English | | Typed notes (11:05 am) | liability, factual basis of claims | P. English |
| PE01827 | 2/10/03 | Philip English | | Typed notes (11:05 am) | liability, factual basis of claims | P. English |
| PE01829 | 2/10/03 | Philip English | | Typed notes (11:05 am) and a hand written note | liability, factual basis of claims | P. English |
| PE01831 | 2/10/03 | Philip English | | Typed notes (11:25 am) | liability, factual basis of claims | P. English |
| PE01832 | 2/05/03 | Philip English | Robert Magota | Typed letter regarding a meeting about the "employment action" against Phil | liability, factual basis of claims | P. English |
| PE01833 | 2/10/03 | Philip English | | Typed notes (1:33 pm) | liability, factual basis of claims | P. English |
| PE01834 | 2/10/03 | Philip English | | Typed notes (2:54 pm) | liability, factual basis of claims | P. English |
| PE01835 | 2/10/03 | Philip English | | Typed notes (2:54 pm) | liability, factual basis of claims | P. English |
| PE01836 | 2/11/03 | Philip English | | Typed notes (8:18 am) | liability, factual basis of claims | P. English |
| PE01837 | 2/11/03 | Philip English | | Typed notes (8:18 am) | liability, factual basis of claims | P. English |
| PE01838 | 2/11/03 | Philip English | | Typed notes (8:42 am) | liability, factual basis of claims | P. English |
| PE01839 | 2/11/03 | Philip English | | Typed notes (8:44 am) and a hand written note | liability, factual basis of claims | P. English |
| PE01840 | 2/11/03 | Philip English | | Typed notes (3:13 pm) | liability, factual basis of claims | P. English |
| PE01841 | 2/10/03 | Philip English | | Hand written notes | liability, factual basis of claims | P. English |
| PE01844 | | Philip English | | Hand written notes regarding "Gary's bad management decisions" | liability, factual basis of claims | P. English |
| PE01846 | | Philip English | | Hand written notes regarding "What do I want" | liability, factual basis of claims | P. English |
| PE01848 | | Philip English | | Hand written notes regarding "More of Gary's bad decisions" | liability, factual basis of claims | P. English |
| PE01850 | | Philip English | | Hand written notes regarding "Gary misrepresented to City Council" | liability, factual basis of claims | P. English |
| PE01851 | | Philip English | | Hand written notes regarding "Ethical Issues" | liability, factual basis of claims | P. English |

| DOC. ID | DATE | AUTHOR | RECIPIENT | DOC TYPE/DESCRIPTION | SUBSTANCE OR PURPOSE | IDENTITY OF SPONSORING WITNESS |
|---|---|---|---|---|---|---|
| PE01854 | | Philip English | | Hand written notes regarding "Classification Issue" | liability, factual basis of claims | P. English |
| PE01856 | 1/11/03 | The Honolulu Advertiser | | Article on Property Tax Appeals in 2002 and 2003 | liability, factual basis of claims | P. English |
| PE01857 | 12/14/00 | Department of Human Resources | Department and Agency Heads | Letter about "Workplace Violence Policy" attached to the Civil Service Personnel Manual | liability, factual basis of claims | P. English |
| PE01868 | 4/17/02 | Real Property Tax | | Revised Ordinances of Honolulu | liability, factual basis of claims | P. English |
| PE01924 | 11/04/03 | Kaiser Permanente | Philip English | Receipts | damages | English/Kaiser |
| PE01926 | 11/06/03 | Kaiser Permanente | Philip English | Receipts | damages | English/Kaiser |
| PE01927 | 10/29/03 | Kaiser Permanente | Philip English | Receipts | damages | English/Kaiser |
| PE01928 | 10/29/03 | Kaiser Permanente Same Day Care Clinic | Philip English | Discharge Instructions | damages | English/Kaiser |
| PE01929 | 10/07/03 | Kaiser Permanente Same Day Care Clinic | Philip English | Discharge Instructions | damages | English/Kaiser |
| PE01930 | 11/06/03 | Kaiser Permanente Same Day Care Clinic | Philip English | Discharge Instructions | damages | English/Kaiser |
| PE01931 | 4/09/03 | Kaiser Permanente | Philip English | Consent for Release of Medical Information | damages | English/Kaiser |
| PE01932 | 4/07/03 | Disability Compensation Division | Phil English | Employee's Claim for Workers' Compensation Benefits and a letter informing that the City & County has denied liability for Phil's injury | liability, factual basis of claims | P. English |
| PE01935 | 4/30/03 | Roger Moseley | Thomas Riddle | Letter informing of the Annual Performance Evaluation Report conducted by Robert Magota and staff with an attached copy of the evaluation and the letter sent to Phil regarding this matter | liability, factual basis of claims | P. English |
| PE01940 | | City & County of Honolulu | | Report of Industrial Injury or Illness Form | liability, factual basis of claims | P. English |
| PE01941 | | Kaiser Permanente | Philip English | Appointment Reminder (for 6/26/03) | damages | English/Kaiser |
| PE01942 | 6/26/03 | Kaiser Permanente | Philip English | CIS Patient Reminder Slip | damages | English/Kaiser |
| PE01943 | 6/26/03 | Kaiser Permanente | Philip English | Patient Notification Slip | damages | English/Kaiser |

100103357336

| DOC.I.D. | DATE | AUTHOR | RECIPIENT | DOC TYPE/DESCRIPTION | SUBSTANCE OR PURPOSE | IDENTITY OF SPONSORING WITNESS |
|---|---|---|---|---|---|---|
| PE01944 | 7/21/03 | Kaiser Permanente | Philip English | Preparation for Retnal Ultrasound information form | damages | English/Kaiser |
| PE01945 | 7/24/03 | Joan H. Koff | Thomas Riddle | Letter determining the official date of injury to be on 1/30/03 | damages | Thomas Riddle |
| PE01947 | 8/28/03 | Joan H. Koff | Thomas Riddle | Letter documenting more causes/results related to the decline in Phil's mental health | damages | Thomas Riddle |
| PE01949 | 9/17/03 | Kaiser Permanente | Philip English | Receipts and Discharge Instructions for 9/17/03 | damages | English/Kaiser |
| PE01952 | | IAAO | | Membership information and application | liability, factual basis of claims | P. English |
| PE01954 | 7/07/00 | IAAO | Philip English | Letter regarding the Examination Report Format | liability, factual basis of claims | P. English |
| PE01955 | 7/07/00 | IAAO | Philip English | Letter regarding the Examination Report Format | liability, factual basis of claims | P. English |
| PE01956 | | IAAO | Philip English | Copy of Phil's membership card | liability, factual basis of claims | P. English |
| PE01957 | | IAAO | Philip English | Letter inviting Phil to join | liability, factual basis of claims | P. English |
| PE01958 | 8/26/02 | IAAO | Philip English | Letter congratulating Phil of his new membership | liability, factual basis of claims | P. English |
| PE01959 | | IAAO | Philip English | Copy of Phil's certificate of membership | liability, factual basis of claims | P. English |
| PE01960 | 6/30/00 | IAAO | Philip English | Copy of Phil's certificate of completion | liability, factual basis of claims | P. English |
| PE01961 | 7/14/00 | IAAO | Philip English | Copy of Phil's certificate of completion | liability, factual basis of claims | P. English |
| PE01962 | 12/13/01 | IAAO | Philip English | Copy of Phil's certificate of completion | liability, factual basis of claims | P. English |
| PE01963 | 6/26-6/28/01 | IAAO | Philip English | Copy of Phil's certificate of attendance | liability, factual basis of claims | P. English |
| PE01964 | 1/14/02 | IAAO | Philip English | Memorandum regarding courses taken by Phil in the IAAO educational program | liability, factual basis of claims | P. English |
| PE01965 | 4/28/99 | City & County of Honolulu | Philip English | Letter informing Phil of his qualification for the administrator position | liability, factual basis of claims | P. English |

100101357336

35