| DOC-ID | DATE | AUTHOR | RECIPIENT | DOC TYPE/DESCRIPTION | SUBSTANCE OR PURPOSE | IDENTITY OF SPONSORING WITNESS |
|---|---|---|---|---|---|---|
| PE01966 | 5/14/99 | City & County of Honolulu | Philip English | Letter thanking Phil for his interview and encouraging him to keep applying with a hand written note | liability, factual basis of claims | P. English |
| PE01967 | | City & County of Honolulu | Philip English | Notice of Examination Results for Real Property Appraiser II, III, IV; Letter informing Phil that he was not excepted for the position; Information sheets for the positions to apply for | liability, factual basis of claims | P. English |
| PE01975 | 5/18/99 | City & County of Honolulu | Philip English | Employment Application Form | liability, factual basis of claims | P. English |
| PE01979 | | Philip English | | Personal and Professional References | liability, factual basis of claims | P. English |
| PE01980 | 4/03/01 | City & County of Honolulu | Philip English | Class Specification: Real Property Appraiser VI, SR-26, BU 13 | liability, factual basis of claims | P. English |
| PE01982 | 3/17/00 | City & County of Honolulu | Philip English | Letter confirming interest in the position and an interview date | liability, factual basis of claims | P. English |
| PE01983 | 3/24/00 | City & County of Honolulu | Philip English | Letter confirming an interview on 3/29/00 | liability, factual basis of claims | P. English |
| PE01984 | 3/21/00 | City & County of Honolulu | Philip English | Notice of Vacancy for Position of Real Property Appraiser VI, SR-26 | liability, factual basis of claims | P. English |
| PE01985 | 3/23/01 | City & County of Honolulu | Philip English | Class Specification: Real Property Appraiser VI, SR-26, BU 13 | liability, factual basis of claims | P. English |
| PE01987 | 3/29/01 | City & County of Honolulu | Philip English | Employment Application Form | liability, factual basis of claims | P. English |
| PE01990 | 4/03/01 | City & County of Honolulu | Philip English | Part of a Class Specification: Real Property Appraiser | liability, factual basis of claims | P. English |
| PE01991 | | Philip English | | Assignment list | liability, factual basis of claims | P. English |
| PE01994 | 1/14/03 | City & County of Honolulu | Philip English | Notice of Vacancy for Position of Real Property Appraiser VI, SR-26 and other application information | liability, factual basis of claims | P. English |
| PE02007 | 7/05/00 | State of Hawaii | | Uniform request for Recertification Credit | liability, factual basis of claims | P. English |
| PE02008 | 14/11/00 | IAAO | Philip English | Copy of Phil's certificate of action | liability, factual basis of claims | P. English |
| PE02009 | 8/23/00 | IAAO | Philip English | Copy of Phil's certificate of completion | liability, factual basis of claims | P. English |

10010357336

| DOC.I.D | DATE | AUTHOR | RECIPIENT | DOC TYPE/DESCRIPTION | SUBSTANCE OR PURPOSE | IDENTITY OF SPONSORING WITNESS |
|---|---|---|---|---|---|---|
| PE02010 | 5/29/01 | IAAO | Philip English | Copy of Phil's certificate of completion | liability, factual basis of claims | P. English |
| PE02011 | 6/22/00 | IAAO | Philip English | Copy of Phil's certificate of completion | liability, factual basis of claims | P. English |
| PE02032 | 6/22/00 | IAAO | Philip English | Letter Informing Phil of the Group Orientation Session for New Employees | liability, factual basis of claims | P. English |
| PE02065 | | HGEA | | Sponsored Plans Information booklet | liability, factual basis of claims | P. English |
| PE02071 | | HGEA | | Comparison between HGEA & AFSCME Health Plans | liability, factual basis of claims | P. English |
| PE02073 | 1/31/02 | Real property Assessment | Philip English | Health Fund Information | liability, factual basis of claims | P. English |
| PE02075 | 7/01/00 | Hawaii Public Employees Health Fund | | News Bulletin | liability, factual basis of claims | P. English |
| PE02095 | 7/01/02 | Hawaii Public Employees Health Fund | | News Bulletin | liability, factual basis of claims | P. English |
| PE02123 | 7/99 | Hawaii Public Employees Health Fund | | Benefit Plans Employee Edition Booklet | liability, factual basis of claims | P. English |
| PE02211 | 7/01 | Hawaii Public Employees Health Fund | | Benefit Plans Employee Edition Booklet | liability, factual basis of claims | P. English |
| PE02313 | | HGEA | | Contract Agreement for 7/1/97-6/30/99 | liability, factual basis of claims | P. English |
| PE02404 | | HGEA | | Notice to Fair Share Agency Fee Payors in Collective Bargaining Units For 1/1/00-12/31/00 | liability, factual basis of claims | P. English |
| PE02428 | | | | Unit 13 Tentative Agreement: Sick Leave Memorandum of Agreement | liability, factual basis of claims | P. English |
| PE02431 | | | | Unit 13 Tentative Agreement: Vacation Leave Memorandum of Agreement | liability, factual basis of claims | P. English |

100103157336

37

| DOC.I.D. | DATE | AUTHOR | RECIPIENT | DOC TYPE/DESCRIPTION | SUBSTANCE OR PURPOSE | IDENTITY OF SPONSORING WITNESS |
|---|---|---|---|---|---|---|
| PE02434 | | | | Examples of Employees Who are and are not Eligible for Shredding 7/2/01-6/30/03 | liability, factual basis of claims | P. English |
| PE02436 | | | | "Safe & Sound" for the summer of 2001 | liability, factual basis of claims | P. English |
| PE02440 | | State of Hawaii | | Special News Bulletin: Safeguarding Our Health Care Benefits | liability, factual basis of claims | P. English |
| PE02444 | | Hawaii Gov. Employees Association | | "Benefits of Belonging" (for 2000 and 2001) | liability, factual basis of claims | P. English |
| PE02460 | | Hawaii Business | | Article in Law Watch: "When Violence Erupts" | liability, factual basis of claims | P. English |
| PE02481 | | AFSCME | | Public Employees Organized to Promote Legislative Equality: Check-Off Drive Pamphlet | liability, factual basis of claims | P. English |
| PE02485 | | AFSCME | | Presidents Club/ VIP (Very Important PEOPLE) Premium Program Pamphlet | liability, factual basis of claims | P. English |
| PE02489 | | AFSCME | | "Make Things Happen With People" Pamphlet | liability, factual basis of claims | P. English |
| PE02491 | | AFSCME | | "Take a Change On People" Pamphlet | liability, factual basis of claims | P. English |
| PE02494 | | AFSCME | | "Know Your Rights Under the Law" Booklet | liability, factual basis of claims | P. English |
| PE02498 | 9/16/02 | Philip English | | Hand written notes | liability, factual basis of claims | P. English |
| PE02500 | | Philip English | | Hand written notes | liability, factual basis of claims | P. English |
| PE02509 | | | | Anatomy of a Grievance: Grievance Role Play | liability, factual basis of claims | P. English |
| PE02510 | | Philip English | | Hand written notes on "Unit 9 &13 Stewards' Training" | liability, factual basis of claims | P. English |
| PE02513 | | Philip English | | Hand written notes | liability, factual basis of claims | P. English |
| PE02514 | 9/16/02 | | | "The Stewards Role in Changing Times: Bargaining Units 9 & 10 Stewards Joint Labor Management Training" | liability, factual basis of claims | P. English |
| | | Employees' Retirement System of the State of Hawaii | Philip English | | | |

100103357336

| DOC I.D. | DATE | AUTHOR | RECIPIENT | DOC TYPE/DESCRIPTION | SUBSTANCE OR PURPOSE | IDENTITY OF SPONSORING WITNESS |
|---|---|---|---|---|---|---|
| PE02516 | 9/09/02 | Waylen Toma | | Letter Regarding Bargaining Unit 09 and 13 Stewards Training | liability, factual basis of claims | P. English |
| PE02517 | 9/16/02 | | | "The Stewards Role in Changing Times: Bargaining Units 9 & 10 Stewards Joint Labor Management Training" | liability, factual basis of claims | P. English |
| PE02518 | | Philip English | | Practice Scenario followed by "What You Should Have Done," "What You Should Have Discovered," and "The Case" | liability, factual basis of claims | P. English |
| PE02524 | | Philip English | | Hand Written Notes | liability, factual basis of claims | P. English |
| PE02525 through PE02526 | 3/23/04 | Philip English | | IRS Form 1040EZ (2003) | damages | P. English |
| PE02527 through PE02529 | 3/29/04 | Philip English | | Form N-11 (2003) | damages | P. English |
| PE02530 through PE02532 | 4/14/03 | Philip English | | IRS Form 1040EZ (2002) | damages | P. English |
| PE02533 through PE02536 | 4/20/03 | Philip English | | Form N-11 (2002) | damages | P. English |
| PE02537 through PE02538 | 4/15/02 | Philip English | | IRS Form 1040EZ (2001) | damages | P. English |
| PE02539 through PE02541 | 4/20/02 | Philip English | | Form N-11 (2001) | damages | P. English |
| PE02542 through PE02544 | 04/09/01 | Philip English | | IRS Form 1040EZ (2000) | damages | P. English |
| PE02545 through PE02553 | | Aetna Financial Services | | Deferred Compensation Program for Employees of City & County of Honolulu | liability, factual basis of claims | P. English |
| PE02554 | 10/04/00 | Aetna Financial Services | | City & County of Honolulu Deferred Compensation Plan | liability, factual basis of claims | P. English |

10010357336

| DOC ID | DATE | AUTHOR | RECIPIENT | DOC TYPE/DESCRIPTION | SUBSTANCE OR PURPOSE | IDENTITY OF SPONSORING WITNESS |
|---|---|---|---|---|---|---|
| PE02555 through PE02558 | 9/30/00 | Aetna Life Insurance and Annuity company | | Performance Update | liability, factual basis of claims | P. English |
| PE02559 through PE02560 | | City & County of Honolulu | | Welcome packet (envelope only, contents listed below) | liability, factual basis of claims | P. English |
| PE02561 through PE02562 | | City & County of Honolulu | | (Pamphlet) People at Work | liability, factual basis of claims | P. English |
| PE02563 through PE02564 | | City & County of Honolulu | | (Pamphlet) Your Retirement System | liability, factual basis of claims | P. English |
| PE02565 through PE02566 | | City & County of Honolulu | | (Pamphlet) Employee Assistance Program | liability, factual basis of claims | P. English |
| PE02567 through PE02573 | March 2000 | City & County of Honolulu | | Premium Conversion Plan | liability, factual basis of claims | P. English |
| PE02574 through PE02575 | March 1999 | City & County of Honolulu | | Sexual Harassment Policy | liability, factual basis of claims | P. English |
| PE02576 | March 1999 | City & County of Honolulu | | Welcome letter from Mayor Harris | liability, factual basis of claims | P. English |
| PE02577 through PE02578 | | Royal State Group | | Certificate of Group Term Life Insurance | liability, factual basis of claims | P. English |
| PE02579 through PE02666 | July 1999 | Hawaii Public Employees Health Fund | | Benefit Plans | damages | P. English |
| PE02667 through PE02680 | | | | Drug-Free Workplace Seminar | liability, factual basis of claims | P. English |
| PE02681 through PE02751 | July 2000 | City & County of Honolulu | | Employee Information Handbook | liability, factual basis of claims | P. English |

10010357336

40