| DOC I.D. | DATE | AUTHOR | RECIPIENT | DOC TYPE/DESCRIPTION | SUBSTANCE OR PURPOSE | IDENTITY OF SPONSORING WITNESS |
|---|---|---|---|---|---|---|
| PE02721 through PE02724 | | State of Hawaii - Hawaii Employer-Union Health Benefits Trust Fund | Philip English | Letter re: changes to insurance coverages with attached enrollment forms | liability, factual basis of claims | P. English |
| PE02725 | 4/25/03 | Hawaii Employer-Union Health Benefits Trust Fund | | 2003 Open Enrollment Meeting Schedule | liability, factual basis of claims | P. English |
| PE02726 | 4/25/03 | Hawaii Employer-Union Health Benefits Trust Fund | | 2003 Open Enrollment Meeting Schedule | liability, factual basis of claims | P. English |
| PE02727 | | State of Hawaii Dept. of Budget and Fiscal Services | | Acknowledgement List | liability, factual basis of claims | P. English |
| PE02728 | 05/07/03 | City & County of Honolulu | Philip English | Letter re: EUTF Health Packet and Acknowledgement | liability, factual basis of claims | P. English |
| PE02729 | 05/12/03 | City & County of Honolulu | | Annual Benefit Reelection Form | liability, factual basis of claims | P. English |
| PE02730 | 04/24/03 | City & County of Honolulu – Suzanne Foumai | Philip English | Letter re: Premium Conversion Plan Reflection | liability, factual basis of claims | P. English |
| PE02731 | 04/15/03 | City & County of Honolulu | All BFS Employees Eligible for Health Benefits | Letter re: Premium conversion Plan | liability, factual basis of claims | P. English |
| PE02732 through PE02736 | 04/30/03 | City & County of Honolulu – Suzanne Foumai | Philip English | Letter re: Open Enrollment Information Sessions | liability, factual basis of claims | P. English |
| PE02737 through PE02738 | 4/14/03 | Royal State Group | Philip English | Reminder Notice, receipt | liability, factual basis of claims | P. English |
| PE02739 | 4/15/03 | City & County of Honolulu | Philip English | Employee Deduction Report | liability, factual basis of claims | P. English |
| PE02740 | 3/18/03 | City & County of Honolulu | Philip English | Letter re: exam by Dr. Koff re: claim for work related stress | damages | P. English |
| PE02741 | 11/5/03 | City & County of Honolulu | | Election of Compensation for Industrial Injury | liability, factual basis of claims | P. English |

10010357336

| DOC. I.D. | DATE | AUTHOR | RECIPIENT | DOC TYPE/DESCRIPTION | SUBSTANCE OR PURPOSE | IDENTITY OF SPONSORING WITNESS |
|---|---|---|---|---|---|---|
| PE02742 | 3/31/03 | City & County of Honolulu | | Employee Deduction Report | liability, factual basis of claims | P. English |
| PE02744 through PE02755 | | Philip English | | 2003 personal calendar | liability, factual basis of claims | P. English |
| PE02756 | 12/15/03 | City & County of Honolulu | | Employee Deduction Report | liability, factual basis of claims | P. English |
| PE02757 | 12/15/03 | City & County of Honolulu | | Payroll Report | liability, factual basis of claims | P. English |
| PE02758 | 12/15/03 | City & County of Honolulu | | Election of Compensation for Industrial Injury | liability, factual basis of claims | P. English |
| PE02759 | 12/31/03 | City & County of Honolulu | | Employee Deduction Report | liability, factual basis of claims | P. English |
| PE02760 | 12/31/03 | City & County of Honolulu | | Payroll Report | liability, factual basis of claims | P. English |
| PE02761 | 1/30/04 | City & County of Honolulu | | Payroll Report | liability, factual basis of claims | P. English |
| PE02762 | 1/31/04 | City & County of Honolulu | | Employee Deduction Report | liability, factual basis of claims | P. English |
| PE02763 | 2/15/04 | City & County of Honolulu | | Employee Deduction Report | liability, factual basis of claims | P. English |
| PE02764 through PE02766 | 11/28/03 | City & County of Honolulu | | Payroll Report; Employee Deduction Report; copy of envelope | liability, factual basis of claims | P. English |
| PE02767 | 11/17/03 | City & County of Honolulu | | Election of Compensation for Industrial Injury | liability, factual basis of claims | P. English |
| PE02768 through PE02774 | 10/15/03 | City & County of Honolulu | | Employee Deduction Report; Employee Leave Activity Report; copy of envelope | liability, factual basis of claims | P. English |
| PE02775 through PE02777 | 11/14/03 | City & County of Honolulu | | Payroll Report; Employee Deduction Report; copy of envelope | liability, factual basis of claims | P. English |
| PE02778 through PE02781 | 10/23/03 | City & County of Honolulu | | Election of Compensation for Industrial Injury; Employee Deduction Report; Payroll Report; copy of check stub | liability, factual basis of claims | P. English |

10010357336

42

| DOC ID | DATE | AUTHOR | RECIPIENT | DOC TYPE/DESCRIPTION | SUBSTANCE OR PURPOSE | IDENTITY OF SPONSORING WITNESS |
|---|---|---|---|---|---|---|
| PE02782 | 8/28/03 | Hawaii EUTF | Philip English | Confirmation Notice (Benefit Plan Enrollments) | liability, factual basis of claims | P. English |
| PE02783 | 9/15/03 | City & County of Honolulu | | Payroll Report | liability, factual basis of claims | P. English |
| PE02784 | 9/30/03 | City & County of Honolulu | | Payroll Report | liability, factual basis of claims | P. English |
| PE02785 | 9/5/03 | City & County of Honolulu | | Notification of Personnel Action – Leave of Absence Without Pay | liability, factual basis of claims | P. English |
| PE02786 | 9/15/03 | Royal State Group | | Reminder Notice | liability, factual basis of claims | P. English |
| PE02787 | 10/6/03 | Philip English | | Handwritten notes re: union dues | liability, factual basis of claims | P. English |
| PE02788 | 6/30/03 | City & County of Honolulu | | Payroll Report | liability, factual basis of claims | P. English |
| PE02789 | 8/29/03 | City & County of Honolulu | | Payroll Report | liability, factual basis of claims | P. English |
| PE02790 | 7/31/03 | City & County of Honolulu | | Payroll Report | liability, factual basis of claims | P. English |
| PE02791 | 8/17/03 | City & County of Honolulu | | Payroll Report (manually prepared statement) | liability, factual basis of claims | P. English |
| PE02792 | 2/28/03 | City & County of Honolulu | | Payroll Report | liability, factual basis of claims | P. English |
| PE02793 | 8/11/03 | City & County of Honolulu | | Notification of Personnel Action – Leave of absence without pay | liability, factual basis of claims | P. English |
| PE02794 | 8/11/03 | City & County of Honolulu | | Notification of Personnel Action – Leave of absence without pay | liability, factual basis of claims | P. English |
| PE02795 | 7/3/03 | State of Hawaii – Dept. of Labor and Industrial Relations | | Response to request for extension | liability, factual basis of claims | P. English |
| PE02796 through PE02798 | 6/26/03 | City & County of Honolulu | Philip English | Letter re: Confirmation Notice from the Hawaii EUTF with enclosed Notice of Personnel Action | liability, factual basis of claims | P. English |
| PE02799 | 5/30/03 | City & County of Honolulu | | Payroll Report | liability, factual basis of claims | P. English |
| PE02800 | 5/15/03 | City & County of Honolulu | | Payroll Report | liability, factual basis of claims | P. English |

10010357336

| DOC I.D. | DATE | AUTHOR | RECIPIENT | DOC TYPE/DESCRIPTION | SUBSTANCE OR PURPOSE | IDENTITY OF SPONSORING WITNESS |
|---|---|---|---|---|---|---|
| | 7/1/03 | Hawaii EUTF | | Reference Guide for Active Employees | liability, factual basis of claims | P. English |
| PE02807 through PE02840 | | HGEA | | Folder with information about HGEA and services | liability, factual basis of claims | P. English |
| | Various | | | All records of Dr. Reneau Kennedy | damages | |
| | Various | | | Records Deposition of Kaiser Permanente | damages | |
| | Various | | | Documents received as initial disclosures from Defendant GK Appraisals, Inc. | liability, factual basis of claims | |
| | 8/11/06 | Leslie H. Kondo | | Declaration of Leslie H. Kondo, Exhibits 1-3 | liability, factual basis of claims | |
| | 8/3/2006 | KITV | | Article entitled "Ethics Commission Clears Whistleblower of Complaints" | liability, factual basis of claims | |
| | June 6, 2000 | | | Complaint; Demand For jury Trial; Summons in CV00-00397 HG BMK – Sun v. City & County of Honolulu, et al. | liability, factual basis of claims | |
| | September 14, 2000 | | | Plaintiff's Amended Complaint; Demand For jury Trial; Summons in CV00-00397 HG BMK – Sun v. City & County of Honolulu, et al. | liability, factual basis of claims | |
| | August 17, 2005 | | | Judgment in a Civil Case, CV00-00397 HG BMK – Sun v. City & County of Honolulu, et al. | liability, factual basis of claims | |
| | January 20, 2006 | | | Amended Judgment in a Civil Case, CV00-00397 HG BMK – Sun v. City & County of Honolulu, et al. | liability, factual basis of claims | |
| | May 17, 2004 | | | Complaint; Demand For Jury Trial; Summons- Civ. No. 04-1-0910-05 (DDD)-Whang v. City & County of Honolulu, et al. | liability, factual basis of claims | |
| | September 27, 2005 | | | Complaint; Summons- Civ. No. 05-1-1721-09 BIA, Olipares v. City and County of Honolulu | liability, factual basis of claims | |