| DOC. I.D. | DATE | AUTHOR | RECIPIENT | DOC TYPE/DESCRIPTION | SUBSTANCE OR PURPOSE | IDENTITY OF SPONSORING WITNESS |
|---|---|---|---|---|---|---|
| | February 5, 2004 | | | Complaint; Demand For Jury Trial; Summons- CV 04-00086 SPK LEK, Shannon v. City and County of Honolulu, et al | liability, factual basis of claims | |
| | November 9, 2000 | | | Complaint; Demand For Jury Trial; Summons- CV 00-00729 SOM LEK, Kamakana v. City and County of Honolulu, et al | liability, factual basis of claims | |
| | November 27, 2001 | | | First Amended Complaint; Demand For Jury Trial; Summons- CV 00-00729 SOM LEK, Kamakana v. City and County of Honolulu, et al | liability, factual basis of claims | |
| | August 28, 2002 | | | Second Amended Complaint; Demand For Jury Trial; Summons- CV 00-00729 SOM LEK, Kamakana v. City and County of Honolulu, et al | liability, factual basis of claims | |
| | Various | | | Minutes dated June 30, 2003; Complaint; Demand For Jury Trial; Summons- CV 02-00622 DAE KSC, Wiggins v. City and County of Honolulu, et al. | liability, factual basis of claims | |
| | August, 2006 | | | Deposition of Susan Foumai and Exhibit 102 | liability, factual basis of claims, damages | |
| | Undated | | | Comparison of Divorce Expense Statements and Bankruptcy Statements | damages | |
| | August 5, 2005 | | | Letter from Roger S. Moseley to Michael A. Lorusso and Anthony L. Wong with Attachments (PE 02313 – 02402 and PE 02841 -02959 (Kaiser Permanente records) | damages | |
| | July 21, 2006 | | | Letter from Anthony L. Wong to Roger S. Moseley with Attachments (tax records from 1993 through 2004 ('97 missing)) | damages | |
| | July 26, 2006 | | | Deposition of Thomas Ueno, CPA (with Exhibits) | damages | |

10010357336

| DOC. I.D. | DATE | AUTHOR | RECIPIENT | DOC TYPE/DESCRIPTION | SUBSTANCE OR PURPOSE | IDENTITY OF SPONSORING WITNESS |
|---|---|---|---|---|---|---|
| | June 15, 2006 | | | Transmittal to Daryl B. Matthews, MD, PhD from Vicky Young with Attachments | damages | |
| | April 4, 2006 | | | Transmittal to Daryl B. Matthews, MD, PhD from Vicky Young with Attachments | damages | |
| | Various | | | All documents reviewed or relied upon by Daryl B. Matthews, MD, PhD | damages | |
| | July 2006 | | | Letter from Hawaii Quest to Philip English | damages | |
| | Various | | | All deposition Exhibits in CV 04-00108 | liability, factual basis of claims, damages | |
| | Various | | | Workers Compensation files for Philip English | liability, factual basis of claims, damages | |
| | Various | | | All documents that Defendants have obtained from third parties | liability, factual basis of claims, damages | |
| | April 15, 2005 | | | Minutes, Ethics Commission, City and County of Honolulu | liability, factual basis of claims | |
| | February 16, 2006 | | | Minutes, Ethics Commission, City and County of Honolulu | liability, factual basis of claims | |
| | January 25, 2006 | | | Letter from Charles W. Totto to Carrie K.S. Okinaga and Roger S. Moseley with Attachment | liability, factual basis of claims | |
| | May 1, 2006 | | | Honolulu Ethics Commission Advisory Opinion No. 2006-2 | liability, factual basis of claims | |
| | Various | | | Other documents obtained through further discovery | liability, factual basis of claims, damages | |
| | Various | | | Timeline of events | | |

10010I357336

46

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1 –10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>    Defendants. | Civil No.  04-00108 SOM/KSC<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

The undersigned herby certifies that a true and correct copy of the foregoing was duly served upon the parties listed below by the United States mail, postage pre-paid at their respective address on August 15, 2006:

10010/2/57292

MICHAEL L. LORUSSO, ESQ.
Kawashima Lorusso & Tom, LLP
Fort Street Tower
745 Fort Street, 5th Floor
Honolulu, Hawaii 96813

    Attorneys for Defendants
    City & County of Honolulu,
    Gary T. Kurokawa, Robert O. Magota,
    and Ann C. Gima

KEVIN P. H. SUMIDA, ESQ.
ANTHONY L. WONG, ESQ.
735 Bishop Street
Suite 411
Honolulu, Hawaii 96813

    Attorneys for Defendant
    GK APPRAISALS, INC.

DATED: Honolulu, Hawaii, August 15, 2006.

                                                          /s/Roger S. Moseley
                                                          ROGER S. MOSELEY
                                                         ALAN K. LAU
                                                         CHRISTOPHER J. MUZZI
                                                         RENEE M. FURUTA
                                                          Attorneys for Plaintiff
                                                         PHILIP E. ENGLISH