IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH, | ) CIVIL NO. CV04-00108 SOM/KSC |
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| vs. | ) |
| CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10, | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 15, 2006, a true and accurate copy of the foregoing document was duly served upon the following attorney(s) at their last known address by means of mailing, facsimile and/or e-mail:

| | E-MAIL | FACSIMILE | MAIL |
|---|---|---|---|
| ROGER S. MOSELEY, ESQ.<br>Moseley Biehl Tsugawa Lau & Muzzi<br>Alakea Corporate Tower<br>1100 Alakea Street, 23rd Floor<br>Honolulu, Hawaii 96813<br>E-Mail: rmoseley@hilaw.us | X | | |

Attorney for Plaintiff
PHILIP E. ENGLISH

|                                    | E-MAIL | FACSIMILE | MAIL |
|------------------------------------|:------:|:---------:|:----:|
| KEVIN P.H. SUMIDA, ESQ.<br>ANTHONY L. WONG, ESQ.<br>735 Bishop Street; Suite 411<br>Honolulu, Hawaii 96813<br>E-Mail: awong@sthawaii.com | X | | |

Attorneys for Defendant
GK APPRAISALS, INC.

DATED: Honolulu, Hawaii, August 15, 2006

_____
JAMES KAWASHIMA
RANDALL Y. YAMAMOTO
MICHAEL A. LORUSSO
BRIAN Y. HIYANE
CARTER K. SIU
Attorneys for Defendants
CITY AND COUNTY OF HONOLULU,
GARY T. KUROKAWA,
ROBERT O. MAGOTA, and
ANN C. GIMA