**EXHIBITS, SCHEDULES & SUMMARIES**

00001646.WPD

| Ex. | Doc.   No. | DESCRIPTION |
|---|---|---|
| 200 | | Transcript of deposition of Philip English, Vol. I, taken 9/19/05. |
| 201 | | Transcript of deposition of Philip English, Vol. II, taken 10/4/05. |
| 202 | | Transcription of deposition of Philip English, Vol. III, taken 10/5/05. |
| 203 | Ex. 1 to English depo | Compromise, Settlement and Release Agreement; Approval and Order, dated 1/20/04. |
| 204 | Ex. 2 | Chronology by Philip English. |
| 205 | Ex. 3 | Employment Application of Philip English with City and County of Honolulu, dated 5/18/99. |
| 206 | Ex. 4 | Probationary Performance Evaluation Report, dated 4/5/01. |
| 207 | Ex. 5 | Performance Evaluation Report, dated 4/23/01. |
| 208 | Ex. 6 | Probationary Performance Evaluation Report, dated 6/26/01. |
| 209 | Ex. 7 | Performance Evaluation Report, dated 4/12/02. |
| 210 | Ex. 8 | Undated letter from Phil English re: response to comments on Real Property Appraiser III Evaluation Period 06/01/01-05/31/02. |
| 211 | Ex. 9 | Probationary Performance Evaluation Report, dated 5/16/02. |
| 212 | Ex. 10 | Probationary Performance Evaluation Report, dated 8/14/02. |
| 213 | Ex. 11 | Undated letter from Phil English re: response to review for Real Property Appraiser IV. |
| 214 | Ex. 12 | Letter from Waylen Toma to Phil English, dated 1/16/03. |
| 215 | | Personnel file of Philip English |
| 216 | PE 00152 – 00153 | Handwritten notes by Philip English, undated. |
| 217 | PE 00349 | E-mail from Philip English to Ann Gima, undated. |
| 218 | CC 000013 – 000014 | Handwritten notes by Ann Gima, undated. |

| 219 | CC 000066 – 000067 | Undated letter from Phil English re: Response to comments on Real Property Appraiser III Evaluation Period 06/01/01-05/31/02, with handwritten notes. |
|-----|-----|-----|
| 220 | CC 000514 – 000516 | Master Position Description for Real Property Appraiser II, SR-18 (Trainee) |
| 221 | CC 000517 – 000520 | Master Position Description for Real Property Appraiser III, SR-20 |
| 222 | CC 000521 – 000524 | Master Position Description for Real Property Appraiser IV, SR-22 |
| 223 | CC 000497 – 000499 | City & County of Honolulu Position Description for Real Property Appraiser VI, SR 26, dated 2/25/03. |
| 224 | PE 01400 | HGEA-AFSCME Grievance Procedure Flow Chart. |
| 225 | CD 000005 | Handout re: BOR Decision Codes, dated 12/7/98. |
| 226 | CC 005059 – 005121 | Filings in the Family Court of the First Circuit, State of Hawaii, in FC-D No. 99-0680 re: proceedings for divorce filed 3/5/99. |
| 227 | CD 000001 | Handout re: Sales Clean-Up procedure, undated. |
| 228 | CD 000002 – 000003 | Handout re: IAS NBHD Group, Cluster and Model Assignments, and Time Adjustment of Adjusted Sale Price, Calculation for Modeling, undated. |
| 229 | CD 000011 | E-mail from Philip English to Ann Gima, undated. |
| 230 | CD 000012 – 000013 | E-mail from Philip English to Ann Gima, Robert Magota, Gary Kurokawa, and Amy Kondo, with cc to Susan Bender, Lee Agsalud, Marvin Abing, Gary Kubota, Bruce Palenske, Michael Kim, and Chris Graff, undated |
| 231 | CD 000014 | E-mail from Philip English to Ann Gima, undated. |
| 232 | CD 000284 – 000285 | Spreadsheets re: "REORG All Condos & Residential Zones 1 & 2" from Feb-00 to Feb-01, and May-01 to Jul-06. |
| 233 | CD 000290 – 000292 | Instructions for Monthly Work Report, Appraisal Section, dated 4/3/00 |
| 234 | CD 000286 – 000289 | Instructions for Monthly Work Report, Appraisers and Appraiser Aides, Rev. 6/02. |
| 235 | CD 000293 – 000350 | Monthly Work Report, Real Property Assessment Branch, Dept. of Budget and Fiscal Services, re: Philip English.  Included are reports from July 2000 to January 2003, and monthly calendars. |
| 236 | PE 01681 | Probationary Performance Evaluation Report, dated 8/11/00. |

| 237 | CC 005000 – 005053 | Voluntary Petition for Chapter 7 Bankruptcy, filed in the United States Bankruptcy Court, District of Hawaii, Case No. 00-02917 re: Philip English on 8/15/00. |
|-----|-----|-----|
| 238 | CC 000173 | 9/5/00 e-mail from Robert Magota to office. |
| 239 | CD 000015 | 9/27/00 Memorandum from Gary Kurokawa to Real Property Assessment Division Staff re: Real Property Assessment Division Training Policy. |
| 240 | PE 01680 | Probationary Performance Evaluation Report, dated 11/3/00. |
| 241 | CC 000169 | 11/27/00 e-mail from Suzanne Foumai to Philip English. |
| 242 | PE 00573 | Notification of Personnel Action, dated 11/29/00. |
| 243 | PE 00264 – 00273 | City and County of Honolulu Workplace Violence Policy, dated 12/12/00. |
| 244 | CD 000016 | 1/25/01 e-mail from Ann Gima to BFS/RPA Group2 re: Misc. |
| 245 | CC 000164 | 1/26/01 e-mail from Philip English to Ann Gima. |
| 246 | CD 000017 | 2/2/01 e-mail from Ann Gima to BFS/RPA Group2. |
| 247 | CD 000018 | 2/5/01 e-mail from Ann Gima to BFS/RPA Group2 re: BOR. |
| 248 | CD 000019 | 2/7/01 e-mail from Ann Gima to Lee Agsalud re: Ilikai meeting tom'w @ 10:00. |
| 249 | CD 000020 | 2/13/01 e-mail from Ann Gima to BFS/RPA Group2 re: Outstanding appeals. |
| 250 | PE 00571 | Notification of Personnel Action, dated 3/7/01. |
| 251 | CD 000021 | 3/7/01 e-mail from Ann Gima to BFS/RPA Group2. |
| 252 | CD 000022 | 4/3/01 e-mail from Ann Gima to BFS/RPA Group2 re: Supervisor's meeting. |
| 253 | PE 00326 – 00327 | Letter from Philip English to Budget and Fiscal Services re: Addendum to Application for Real Property Appraiser IV, dated 4/4/01. |
| 254 | PE 00570 | Probationary Performance Evaluation Report, dated 4/5/01. |
| 255 | CD 000023 | 4/9/01 e-mail from Ann Gima to BFS/RPA Group2 re: Supervisor's meeting 4/9/01. |
| 256 | CD 000024 | 4/16/01 e-mail from Ann Gima to BFS/RPA Group2 re: BM analysis and Nbhd Description list. |

| 257 | CD 000025 | 4/16/01 e-mail from Ann Gima to BFS/RPA Group2 re: BM analysis and Nbhd Description. |
|---|---|---|
| 258 | PE 00537 – 00538 | Performance Evaluation Report, dated 4/23/01. |
| 259 | PE 00568 – 00569 | Performance Evaluation Report, dated 4/23/01. |
| 260 | CD 000026 | 5/7/01 e-mail from Ann Gima to BFS/RPA Group2. |
| 261 | CD 000027 – 000028 | 5/25/01 e-mail from Ann Gima to Robert Magota re: Area Assignments for Group 3, with attached documents. |
| 262 | CD 000029 | 6/1/01 e-mail from Ann Gima to Philip English, Marvin Abing, Ryan Fujitani, Chris Graff, Ann Kabasawa, Carole Kamisato, Linda Knowles, Julie Tamayori re: Meeting 5/31/01. |
| 263 | CD 000030 – 000031 | Memorandum from Ann Gima re: Board of Review Instructions for Group 3, with handwritten date 6/1/01. |
| 264 | CC 000507 – 000508 | Board of Review Instructions for Group 3, dated 6/1/01. |
| 265 | PE 00566 – 00567 | Probationary Performance Evaluation, dated 6/26/01. |
| 266 | CD 000032 | 7/23/01 e-mail from Ann Gima to Marvin Abing, Philip English, Ryan Fujitani, Chris Graff, Ann Kabasawa, Carole Kamisato, Linda Knowles, Julia Tamayori re: Supervisor's meeting 7/23/01. |
| 267 | CD 000033 | 8/8/01 e-mail from Ann Gima to BFS/RPA Group3 re: Supervisor's meeting 8/6/01. |
| 268 | CC 000809 – 000812 | 8/10/01 e-mail from Charles and Yoko Casados to Mayor Jeremy Harris, with cc to Duke Bainum and Rene Mansho re: Overtaxed Property, Bad Customer Service. |
| 269 | CC 000814 – 000817 | 8/10/01 e-mail from Charles and Yoko Casados to Ann G., with cc to Mayor Jeremy Harris, Duke Bainum and Rene Mansho re: Overtaxed Property, Bad Customer Service. |
| 270 | CD 000034 | 8/13/01 e-mail from Ann Gima to BFS/RPA Group3 re: Supervisor's meeting 8/13/01. |
| 271 | CC 000149 | 8/16/01 e-mail from Philip English to Ann Gima. |
| 272 | CC 000813 | 8/16/01 e-mail from Ann Gima to Robert Magota. |

| 273 | CC 000818 | 8/16/01 e-mail from Robert Magota to Ann Gima w/ cc to Philip English. |
|-----|-----------|------------------------------------------------------------------------|
| 274 | CC 000148 | 8/22/01 e-mail from Ann Gima to Robert Magota. |
| 275 | CD 000035 | 8/30/01 e-mail from Ann Gima to BFS/RPA Group3 re: Supervisor's meeting 8/29/01. |
| 276 | CC 000147 | 9/4/01 e-mail from Ann Gima to BFS/RPA Group3 re: Daily Attendance. |
| 277 | CC 000820 | 9/5/01 e-mail from Ann Gima to Gary Kurokawa and Robert Magota re: Casados. |
| 278 | CC 000145 | 9/7/01 e-mail from Ann Gima to BFS/RPA Group3 re: Reminder. |
| 279 | CD 000036 | 9/10/01 e-mail from Ann Gima to Robert Magota re: BOR. |
| 280 | CD 000037 | 9/17/01 e-mail from Ann Gima to BFS/RPA Group3, with cc to Norman Yoshida re: Supervisor's meeting. |
| 281 | CD 000038 | 9/17/01 e-mail from Ann Gima to BFS/RPA Group3 re: Meeting. |
| 282 | CD 000039 | 9/24/01 e-mail from Ann Gima to BFS/RPA Group3 re: Supervisor's meeting 9/24/01. |
| 283 | CD 000040 | 9/27/01 e-mail from Philip English to Ann Gima re: Meeting. |
| 284 | PE 00565 | 10/01/01 e-mail from Philip English to Robert Magota. |
| 285 | PE 00564 | 10/01/01 e-mail from Philip English to Robert Magota. |
| 286 | CD 000041 | 10/1/01 e-mail from Ann Gima to BFS/RPA Group3, and Kenneth Goto re: 10/1/01. |
| 287 | CD 000042 | 10/2/01 e-mail from Ann Gima to BFS/RPA Group3 re: Updates. |
| 288 | PE 00563 | 10/2/01 e-mail from Philip English to Robert Magota. |
| 289 | PE 00562 | 10/05/01 e-mails to/from Philip English and Robert Magota. |
| 290 | CD 000043 | 10/8/01 e-mail from Ann Gima to BFS/RPA Group3 re: Supervisor's meeting 10/8/01. |
| 291 | PE 00560 - 00561 | 10/09/01 letter from Philip English to President, AOAO of Waikiki Shores re: Actual Use of Condominiums. |

| 292 | CD 000044 | 10/10/01 e-mail from Philip English to Ann Gima. |
|---|---|---|
| 293 | CD 000045 | 10/11/01 e-mail from Philip English to Ann Gima. |
| 294 | CD 000046 | 10/22/01 e-mail from Philip English to Ann Gima re: Supervisor's meeting 10/22/01. |
| 295 | CD 000047 | 10/22/01 e-mail from Ann Gima to BFS/RPA Group3 re: Shut down of IAS. |
| 296 | CD 000048 | 10/26/01 e-mail from Ann Gima to Gary Kurokawa, with cc to Philip English re: Declaration letter. |
| 297 | CD 000049 | 10/29/01 e-mail from Ann Gima to BFS/RPA Group3 re: Supervisor's meeting 10/29/01. |
| 298 | CD 000050 | 10/30/01 e-mail from Ann Gima to Philip English re: model 143 subject comps pau. |
| 299 | CD 000054 | 10/31/01 e-mail from Ann Gima to BFS/RPA Group3 forwarding e-mail from Keith Yamashita. |
| 300 | CD 000055 | 10/31/01 e-mail from Ann Gima to BFS/RPA Group3 forwarding e-mail from Keith Yamashita re: Query. |
| 301 | CC 000132 | 11/1/01 e-mail from Ann Gima to Philip English re: Assessment Report for TAC. |
| 302 | CD 000056 | 11/5/01 e-mail from Ann Gima to BFS/RPA Group3 re: Subject comps. |
| 303 | CD 000057 | 11/5/01 e-mail from Ann Gima to BFS/RPA Group3 re: Supervisor's meeting 11/5/01. |
| 304 | CD 000058 | 11/6/01 e-mail from Philip English to Ann Gima re: Model status. |
| 305 | CD 000059 | 11/6/01 e-mail from Robert Magota to Ann Gima, with cc to Susan Bender, responding to Ann Gima's e-mail to Gary Kurokawa, with cc to Robert Magota and Philip English re: Meeting 11/6 re: declaration letter. |
| 306 | CD 000062 | 11/7/01 e-mail from Ann Gima to Philip English re: Suggestions for Expert Report for Berger. |
| 307 | CC 000525 | 11/7/01 e-mail from Ann Gima to BFS/RPA Group3 re: Status. |
| 308 | CD 000067 | 11/13/01 e-mail from Ann Gima to BFS/RPA Group3 re: Models. |
| 309 | CD 000068 | 11/14/01 e-mail from Ann Gima to BFS/RPA Groupe 3 re: Supervisor's meeting 11/14/01. |
| 310 | CD 000069 – 000073 | Memorandum re: Preparation for Market Modeling, dated 11/14/01. |

| 311 | CC 000122 | 11/19/01 e-mail from Philip English to Ann Gima. |
| 312 | CD 000074 | 11/20/01 e-mail from Ann Gima to BFS/RPA Group3 re: Supervisor's meetings 11/19 & 11/20. |
| 313 | CD 000075 | 11/26/01 e-mail from Ann Gima to BFS/RPA Group3 re: Supervisor's meeting 11/26/01. |
| 314 | CD 000076 | 11/30/01 e-mail from Ann Gima to BFS/RPA Group3 re: Changes for 11/30/01. |
| 315 | CD 000077 | 11/30/01 e-mail from Ann Gima to BFS/RPA Group3 re: New deadlines as of 10:30 11/30/01. |
| 316 | PE 00558 - 00559 | 12/7/01 letter from Robert Magota to Waikiki Shore re: Change in Tax Classification for TMK 260040120003. |
| 317 | CC 000116 | 12/10/01 e-mail from Ann Gima to Philip English re: Meeting with taxpayers. |
| 318 | CC 000115 | 12/14/01 e-mail from Robert Magota to Philip English and Ann Gima. |
| 319 | CD 000078 - 000080 | 12/14/01 Memorandum from Robert Magota to Real Property Appraisal Staff re: 2002 Assessment Appeal Filing Period. |
| 320 | CC 000114 | 12/18/01 e-mails to/from Philip English and Ann Gima re: Phone calls w/ taxpayers. |
| 321 | CD 000081 | 12/19/01 e-mail from Ann Gima to BFS/RPA Group3 re: It's appeal time! |
| 322 | CC 000112 | 12/26/01 e-mail from Philip English to Ann Gima. |
| 323 | CC 000109 | 1/10/02 e-mail from Ann Gima to Robert Magota and Gary Kurokawa re: Request for meeting. |
| 324 | CD 000082 - 000083 | 1/23/02 e-mail from Ann Gima to Gary Kurokawa, with cc to Philip English, Robert Magota, and Susan Bender re: Notes on meeting 1/22/02. |
| 325 | PE 00311 - 00317 | City and County Amendment to Administrative Memorandum re: Classification of Condominiums, dated 1/28/02. |
| 326 | CD 000084 | 1/29/02 e-mail from Ann Gima to BFS/RPA Group3 re: Supervisor's meeting 1/28/02. |
| 327 | CD 000085 - 000086 | 1/29/02 e-mail from Philip English to Ann Gima re: Supervisor's meeting 1/28/02. |
| 328 | CC 000106 - 000107 | 1/29/02 e-mails to/from Philip English and Ann Gima re: Supervisor's meeting 1/28/02. |

| 329 | CC 000105 | 1/30/02 e-mail from Philip English to Gary Kurokawa, with cc to Robert Magota and Ann Gima re: Authorized overtime. |
|-----|-----------|--------------------------------------------------------------------------------------------------------------------|
| 330 | CD 000090 | 1/31/02 e-mail from Ann Gima to BFS/RPA Group3 re: Appeal count. |
| 331 | CD 000091 | 1/31/02 e-mail from Philip English to Ann Gima re: Appeal count. |
| 332 | CD 000092 | 2/1/02 e-mail from Ann Gima to BFS/RPA Group3 re: Timesheet reminder. |
| 333 | CD 000093 | 2/4/02 e-mail from Ann Gima to BFS/RPA Group3 re: Supervisor's meeting 2/4/02. |
| 334 | CD 000094 | 2/5/02 e-mail from Ann Gima to BFS/RPA Group3 re: Addendum to supervisor's meeting. |
| 335 | CD 000095 | 2/6/02 e-mail from Philip English to Ann Gima re: Timesheet reminder. |
| 336 | CC 000100 - 000101 | 2/6/02 e-mail to/from Robert Magota and Ann Gima re: Timesheet reminder. |
| 337 | CC 000099 | 2/7/02 e-mail from Philip English to Ann Gima. |
| 338 | CD 000096 | 2/12/02 e-mail from Ann Gima to BFS/RPA Group3 re: Supervisor's meeting. |
| 339 | CD 000097 | 2/12/02 e-mail from Ann Gima to BFS/RPA Group3 re: Appeals. |
| 340 | PE 00556 | 2/15/02 e-mail from Philip English to Robert Magota re: Complaint against the Administrator. |
| 341 | CD 000098 | 2/19/02 e-mail from Ann Gima to BFS/RPA Group3 re: BOR March 20. |
| 342 | CD 000098 - 000100 | 2/19/02 e-mail from Ann Gima to BFS/RPA Group3 re: Supervisor's meeting 2/19/02. |
| 343 | PE 00359 - 00368 | Handout re: Fair and Equal Treatment Policy, dated 2/19/02. |
| 344 | CD 000101 | 2/21/02 e-mail from Ann Gima to BFS/RPA Group3 forwarding e-mail from Robert Magota re: Market Modeling Resurvey Worksheet. |
| 345 | PE 00555 | 2/21/02 e-mail from Philip English to Robert Magota, with cc to Ann Gima re: Advancement to Appraiser IV. |
| 346 | CC 000095 | 2/21/02 e-mail from Philip English to Robert Magota, with cc to Ann Gima. |

| 347 | CC 000093 – 000094 | 2/21/02 e-mail from Philip English to Ann Gima responding to Gima's 2/19/02 e-mail to BFS/RPA Group3 re: Supervisor's meeting 2/19/02. |
|---|---|---|
| 348 | CC 000091 – 000092 | 2/21/02 e-mail from Philip English to Ann Gima, with cc to Robert Magota and Gary Kurokawa re: BOR March 20. |
| 349 | CC 000088 – 000090 | 2/21/02 e-mail from Robert Magota to Ann Gima, with cc to Gary Kurokawa. |
| 350 | CD 000102 – 000107 | 2/25/02 Memorandum from Gary Kurokawa to Real Property Assessment Staff re: Access Control Cards System. |
| 351 | PE 00556 | 2/25/02 e-mail to/from Philip English and Robert Magota, with cc to Ann Gima. |
| 352 | CC 000086 – 000087 | 2/25/02 e-mail from Philip English to Ann Gima. |
| 353 | CC 000084 | 2/25/02 e-mail from Ann Gima to Robert Magota re: Prioritizing Phil's work. |
| 354 | CC 000528 – 000529 | 2/26/02 e-mail from Philip English to Ann Gima, with cc to Robert Magota, and response. |
| 355 | CD 000108 | 2/26/02 e-mail from Ann Gima to BFS/RPA Group3, with cc to Wesley Iwamoto, Michael Kim, and Norman Yoshida re: Supervisor's meeting 2/25/02. |
| 356 | CD 000109 | 3/4/02 e-mail from Philip English to Ann Gima, with cc to Robert Magota. |
| 357 | PE 00552 – 00553 | Notification of Classification Action, dated 3/6/02. |
| 358 | CD 000110 | 3/6/02 e-mail from Ann Gima to BFS/RPA Group3 re: Supervisor's meeting 3/6/02. |
| 359 | PE 00540 – 00541 | Notification of Personnel Action, dated 3/11/02. |
| 360 | CC 000078 | 3/11/02 e-mail from Marvin Abing to Ann Gima re: Message. |
| 361 | CD 000111 | 3/13/02 e-mail from Ann Gima to BFS/RPA Group3 re: BOR April 26. |
| 362 | CC 000077 | 3/13/02 e-mail from Ann Gima to Robert Magota re: Status update. |
| 363 | CD 000112 | 3/13/02 e-mail from Ann Gima to Michael Okamoto, Lee Ideoka, and Philip English, with cc to Robert Magota re: Meeting regarding Hotel v. TVU. |

| 364 | CC 000076 | 3/13/02 e-mails to/from Ann Gima and Suzanne Foumai re: Phil English. |
|-----|-----------|---|
| 365 | CD 000113 | 3/14/02 e-mail from Ann Gima to Robert Magota, Philip English, Lee Ideoka, Gary Kubota, and Michael Okamoto, with cc to Keith Yamashita re: Meeting 3/14/02. |
| 366 | CD 000114 – 000115 | 3/14/02 e-mail from Philip English to Ann Gima re: Meeting 3/14/02. |
| 367 | CD 000116 | 3/18/02 e-mail from Ann Gima to BFS/RPA Group3 re: Supervisor's meeting 3/18/02. |
| 368 | PE 00551 | 3/18/02 e-mail from Philip English to Susan Bender, with cc to Robert Magota and Gary Kurokawa. |
| 369 | PE 00554 | 3/21/02 e-mail from Philip English to Ann Gima, with cc to Robert Magota and Gary Kurokawa re: BOR March 20. |
| 370 | CD 000117 – 000118 | 3/25/02 e-mail from Ann Gima to BFS/RPA Group3 re: Supervisor's meeting 3/25/02. |
| 371 | CD 000119 | 3/27/02 e-mail from Ann Gima to BFS/RPA Group3 re: BOR dates. |
| 372 | CD 000120 | 4/2/02 e-mail from Ann Gima to BFS/RPA Group3, with cc to Robert Magota re: May BOR hearings. |
| 373 | CD 000121 | 4/7/02 Status Report from Philip English. |
| 374 | CC 000070 | 4/11/02 e-mail to/from Philip English and Ann Gima. |
| 375 | CD 000122 | 4/12/02 e-mail from Ann Gima to BFS/RPA Group3 re: Reminder. |
| 376 | CC 000064 | 4/12/02 e-mail to/from Ann Gima and Robert Magota re: JPR. |
| 377 | CC 000063 | 4/12/02 e-mail from Ann Gima to Philip English, with cc to Robert Magota re: Written Response. |
| 378 | PE 00539 | 4/15/02 e-mail from Philip English to Robert Magota and Susan Bender. |
| 379 | PE 01164 – 01167 | Performance Evaluation Report, dated 4/22/02. |
| 380 | CD 000123 – 000124 | 4/22/02 e-mail from Ann Gima to BFS/RPA Group3 re: Supervisor's meeting 4/22/02. |
| 381 | CC 000061 – 000062 | 4/23/02 e-mail to/from Philip English and Ann Gima re: Supervisor's meeting 4/22/02. |

| 382 | CD 000125 | 4/23/02 e-mail from Ann Gima to BFS/RPA Group3, forwarding e-mail from Patrice Kiyono re: BOR Hearings. |
|-----|-----------|------------------------------------------------------------------------------------------------------------|
| 383 | CC 000060 | 4/23/02 e-mail from Philip English to Ann Gima. |
| 384 | CD 000126 | 4/23/02 e-mail from Robert Magota to Gary Kurokawa and Robin Freitas, with cc to Ann Gima, Philip English, Lee Ideoka, and Keith Yamashita re: Valuation of timeshares. |
| 385 | CD 000127 | 4/24/02 e-mail from Philip English to Ann Gima. |
| 386 | CD 000128 | 4/24/02 e-mail from Ann Gima to Philip English. |
| 387 | CC 000058 | 4/24/02 e-mails to/from Ann Gima and Michael Okamoto re: BOR hearing May 16. |
| 388 | CC 000057 | 4/24/02 e-mail from Ann Gima to Philip English, with cc to Robert Magota re: BOR hearing May 16. |
| 389 | CD 000130 | 4/24/02 e-mail from Ann Gima to Philip English re: letter to DPP. |
| 390 | CD 000131 | 4/26/02 e-mail from Philip English to Ann Gima. |
| 391 | CC 000056 | 4/26/02 e-mail from Suzanne Foumai to Philip English re: Second Reminder - Outstanding Leave. |
| 392 | CD 000132 | 4/27/02 e-mail from Norman Yoshida to Robert Magota, BFS/RPA Appraiser, Stephen Yee, and Pauline Iwamoto re: New validity codes. |
| 393 | CC 000055 | 4/29/02 e-mail from Ann Gima to Philip English, with cc to Robert Magota. |
| 394 | PE 00536 | 4/29/02 e-mail from Philip English to Robert Magota. |
| 395 | CC 000054 | 4/29/02 e-mail from Philip English to Robert Magota, forwarded to Ann Gima, Lee Ideoka, Keith Yamashita, and Gary Kubota re: Imperial Hawaii Vacation Club. |
| 396 | CD 000133 | 5/2/02 e-mail from Ann Gima to BFS/RPA Group3 re: BOR schedule on calendar. |
| 397 | CD 000134 | 5/2/02 e-mail from Ann Gima to BFS/RPA Group3 re: Supervisor's meeting 4/30/02. |
| 398 | CD 000135 | 5/2/02 e-mails to/from Ann Gima and Philip English. |
| 399 | CD 000136 | 5/7/02 e-mails to/from Ann Gima and Philip English re: Status report. |

| 400 | CD 000137 | 5/8/02 e-mail from Ann Gima to BFS/RPA Group3 re: BOR training. |
|---|---|---|
| 401 | CD 000141 | 5/13/02 e-mail from Philip English to Ann Gima. |
| 402 | CD 000142 | 5/13/02 e-mail from Ann Gima to BFS/RPA Group3, forwarding e-mail from Keith Yamashita re: BOR. |
| 403 | PE 01168 – 01169 | Probationary Performance Evaluation Report, dated 5/14/02. |
| 404 | PE 00533 – 00535 | Probationary Performance Evaluation Report, dated 5/15/02. |
| 405 | PE 00531 – 00532 | Philip English's response to comments on evaluation, dated 5/16/02. |
| 406 | CD 000144 – 000147 | 5/17/02 Memorandum from Benjamin Lee, Managing Director, to All City Departments and Agencies re: fraud reporting. |
| 407 | CC 000051 | 5/21/02 e-mail from Robert Magota to Ann Gima, forwarding 5/17/02 e-mail from Philip English to Robert Magota, with cc to Ann Gima, Gary Kurokawa, Michael Okamoto and Susan Bender, re: May 16th BOR. |
| 408 | CC 000050 | 5/21/02 e-mail from Robert Magota to Ann Gima, forwarding 5/17/02 e-mail from Michael Okamoto to Robert Magota re: BOR. |
| 409 | PE 00529 | 5/21/02 e-mail from Philip English to Ann Gima, with cc to Robert Magota and Georgette Wong. |
| 410 | PE 00528 | 5/21/02 e-mail from Philip English to Ann Gima, with cc to Robert Magota and Susan Bender, re: BOR Thursday May 16, 2002. |
| 411 | CC 000045 | 5/21/02 e-mail from Philip English to Ann Gima, Robert Magota, Gary Kurokawa, and Amy Kondo, with cc to Susan Bender, Lee Agsalud, Marvin Abing, Gary Kubota, Bruce Palenske, Michael Kim, and Chris Graff; and response from Michael Kim to same. |
| 412 | CD 000148 – 000149 | 5/21/02 e-mail from Ann Gima to BFS/RPA Group3 re: Supervisor's meeting 5/21/02. |
| 413 | CD 000150 – 000152 | 5/21/02 Outline re: Supervisor's Meeting. |
| 414 | CC 000043 | Handwritten notes, dated 5/22/02. |
| 415 | CD 000153 | 5/22/02 e-mail from Ann Gima to BFS/RPA Group3 re: Sales for benchmarks. |

| 416 | CD 000154 | 5/22/02 e-mails to/from Ann Gima and Philip English re: Tracking CAMA inputs. |
|-----|-----------|-------------------------------------------------------------------------------|
| 417 | CD 000155 | 5/22/02 e-mail from Ann Gima to Philip English. |
| 418 | CC 000037 | 5/22/02 e-mails to/from Philip English and Ann Gima re: Working hours. |
| 419 | CD 000156 | 5/22/02 e-mail from Ann Gima to BFS/RPA Group3, forwarding e-mail from Robert Magota re: Sales Program. |
| 420 | CD 000157 | 5/22/02 e-mail from Ann Gima to BFS/RPA Appraiser, with cc to Robert Magota and Gary Kurokawa re: BOR decision codes. |
| 421 | PE 00525 | 5/22/02 e-mail from Philip English to Ann Gima, with cc to Robert Magota and Vicki Puou re: Tax bill for hotel and resort class when it should be apartment class. |
| 422 | CD 000158 | 5/24/02 e-mails to/from Philip English and Randall Hiraki. |
| 423 | PE 00449 | Notification of Personnel Action, dated 5/27/02. |
| 424 | PE 00522 - 00524 | 5/28/02 e-mails to/from Philip English and Dwight Ishiguro. |
| 425 | CD 000159 | 5/28/02 e-mails to/from Philip English and Vicki Puou re: Appeals. |
| 426 | CD 000160 | 5/28/02 e-mail from Ann Gima to BFS/RPA Group3, with cc to Robert Magota re: BOR. |
| 427 | CD 000161 | 5/28/02 e-mail from Ann Gima to BFS/RPA Group3 re: Supervisor's meeting 5/28/02. |
| 428 | CD 000162 | 5/29/02 e-mail from Ann Gima to BFS/RPA Group3 re: Motor Pool cars. |
| 429 | CD 000163 | 5/29/02 e-mail from Ann Gima to BFS/RPA Group3, with cc to Robert Magota re: Postponement requests made to the Board. |
| 430 | PE 00520 - 00521 | 5/31/02 e-mails to/from Philip English and Ann Gima, with cc to Robert Magota re: "Being Watched." |
| 431 | PE 00518 - 00519 | 5/31/02 e-mails to/from Philip English and Dwight Ishiguro re: Memo to Ann. |
| 432 | CD 000007 - 000010 | Instructions for Monthly Work Report, Appraisers and Appraiser Aides.  Rev. 6/02 |
| 433 | CD 000164 | 6/3/02 e-mail from Ann Gima to BFS/RPA Group3 re: Supervisor's meeting 6/3/02. |

| 434 | CD 000165 | 6/4/02 e-mail from Robert Magota to Philip English, with cc to Ann Gima and Patrice Kiyono re: BOR hearing. |
|---|---|---|
| 435 | CD 000166 | 6/7/02 e-mail from Ann Gima to BFS/RPA Appraiser, with cc to Robert Magota, Gary Kurokawa, and Georgette Wong re: Postponement requests. |
| 436 | CC 000028 | 6/13/02 e-mail to/from Ann Gima and Philip English. |
| 437 | CC 000027 | 6/13/02 e-mail from Ann Gima to BFS/RPA Group3 re: Supervisor's meeting 6/12/02. |
| 438 | CC 000026 | 6/13/02 e-mail from Ann Gima to Philip English re: Amended Notice fo TMK 2-6-010-002-0107. |
| 439 | CD 000169 | 6/13/02 e-mails to/from Philip English and Ann Gima. |
| 440 | CC 000025 | 6/13/02 e-mails to/from Philip English and Pauline Iwamoto, with cc to Ann Gima re: Neighborhood Group change. |
| 441 | CC 000021 - 000022 | 6/13/02 e-mails to/from Ann Gima and Philip English. |
| 442 | CD 000173 | 6/18/02 e-mail from Ann Gima to Robert Magota re: Reconsideration of classification. |
| 443 | CD 000174 | 6/20/02 e-mail from Ann Gima to Robert Magota re: Classification issues. |
| 444 | CC 000020 | 6/20/02 e-mail from Ann Gima to Robert Magota re: BOR date for July 25. |
| 445 | CC 000019 | 6/26/02 e-mails to/from Philip English and Ann Gima re: Norman's e-mail. |
| 446 | CD 000175 | 7/2/02 e-mail from Ann Gima to BFS/RPA Group3 re: Supervisor's meeting 7/1/02. |
| 447 | CC 000018 | 7/2/02 e-mail from Philip English to Ann Gima re: Kuhio Village Appeals. |
| 448 | CD 000176 - 000177 | 7/5/02 e-mail from Ann Gima to BFS/RPA Group3 re: Postponements/continuance for BOR hearing, and attached Draft instructions. |
| 449 | CC 000015 - 000017 | 7/8/02 e-mails to/from Ann Gima and Robert Magota re: Misc. |
| 450 | CC 000006 - 000012 | 7/8/02 e-mails to/from Gloria Takenaka and Philip English, with cc to Vicki Puou, Georgette Wong, Ann Gima, Robert Magota, and Gary Kurokawa re: 738 Ilikai. |

| 451 | CD 000178 - 000179 | 7/9/02 e-mails to/from Philip English and Ann Gima. |
|---|---|---|
| 452 | CD 000181 | 7/15/02 e-mail from Ann Gima to BFS/RPA Group3 re: Supervisor's meeting 7/15/02. |
| 453 | CC 000005 | 7/16/02 e-mail from Ann Gima to BFS/RPA Group3 re: Reminders. |
| 454 | CC 000004 | 7/18/02 e-mail from Ann Gima to Philip English, with cc to Robert Magota re: Waikiki Imperial timeshare condos. |
| 455 | CC 000002 | 7/24/02 e-mail from Ann Gima to BFS/RPA Group3 re: Amended Notice for correction of classification. |
| 456 | CD 000182 | 7/24/02 e-mail from Ann Gima to BFS/RPA Group3 re: BOR September. |
| 457 | CD 000183 | 7/25/02 e-mail from Ann Gima to BFS/RPA Group3 forwarding e-mail from Robert Magota re: Revised 2003 Work Schedule. |
| 458 | CD 000184 | 7/26/02 e-mail from Ann Gima to BFS/RPA Group3. |
| 459 | CC 000364 - 000365 | Typewritten draft of evaluation, dated 8/5/02 |
| 460 | CD 000185 | 8/5/02 e-mail from Ann Gima to BFS/RPA Group 3 and Dawn Kim re: Supervisor's meeting 8/5/02. |
| 461 | CC 000363 | 8/12/02 e-mail from Robert Magota to Ann Gima. |
| 462 | CC 000361 | 8/13/02 e-mail from Ann Gima to BFS/RPA Group3, with cc to Robert Magota re: Written correspondence. |
| 463 | CC 000360 | 8/13/02 e-mail from Suzanne Foumai to Philip English re: Amend Leave Paper for 8/6/02. |
| 464 | PE 00515 - 00517 | Probationary Performance Evaluation Report, dated 8/14/02. |
| 465 | PE 01170 - 01172 | Probationary Performance Evaluation Report, dated 8/14/02. |
| 466 | CC 000358 - 000359 | 8/15/02 e-mails from Ann Gima to Robert Magota, forwarding e-mail from Georgette Wong to Philip English re: Request for hearing postponement. |
| 467 | PE 00490 | 8/15/02 e-mail to/from Stan @ Real Property Tax Kona to Philip English re: Opening in Kona. |
| 468 | CC 000355 - 000356 | 8/15/02 e-mails from Philip English to Gary Kurokawa re: Extension of Probation. |

| 469 | PE 00488 - 00489 | 8/15/02 e-mails to/from Philip English and Gary Kurokawa, with cc to Robert Magota, Ann Gima and Dwight Ishiguro re: Extension of Probation. |
|---|---|---|
| 470 | CD 000186 | 8/15/02 e-mail from Gary Kurokawa to Susan Bender, with cc to Ann Gima and Robert Magota re: Waikiki Shore 2002 BOR Appeals. |
| 471 | CD 000187 | 8/16/02 e-mail from Donald Bovee to Philip English, with cc to Ann Gima. |
| 472 | PE 00485 - 00487 | 8/19/02 e-mails to/from Philip English and Dwight Ishiguro. |
| 473 | CD 000188 | 8/20/02 e-mail from Keith Yamashita to Ann Gima re: FYI. |
| 474 | CD 000189 | 8/23/02 e-mail from Keith Yamashita to Ann Gima. |
| 475 | CD 000190 | 8/27/02 e-mail from Ann Gima to BFS/RPA Group3, forwarding e-mail from Robert Magota re: Sales Program for Residential Appraisers. |
| 476 | CD 000191 | 8/27/02 e-mail from Ann Gima to BFS/RPA Group3 re: Supervisory meeting notes. |
| 477 | CD 000192 | 8/27/02 e-mail from Ann Gima to BFS/RPA Group3 re: Notes from supervisor's meeting 8/26/02. |
| 478 | CD 000193 | 8/28/02 e-mail from Ann Gima to Philip English forwarding 8/15/02 e-mail from Gary Kurokawa to Susan Bender, with cc to Ann Gima and Robert Magota re: Waikiki Shore 2002 BOR Appeals. |
| 479 | CD 000194 | 8/29/02 e-mail from Ann Gima to BFS/RPA Group3 re: BOR dates. |
| 480 | CD 000195 | 8/29/02 e-mail from Ann Gima to BFS/RPA Group3 re: Sale Validation. |
| 481 | PE 00481 - 00483 | 8/29/02 e-mails to/from Ann Gima and Philip English re: Sale validation. |
| 482 | CD 000198 | 8/29/02 e-mail from Ann Gima to Robert Magota re: BOR dates. |
| 483 | CC 000344 - 000345 | 8/29/02 e-mails to/from Ann Gima and Philip English re: BOR dates. |
| 484 | PE 00382 - 00391 | City & County Revised Performance Evaluation Process Executive Overview, dated September 2002. |
| 485 | CC 000342 | 9/5/02 e-mail from Ann Gima to Philip English re: BOR hearing 9/10/02. |
| 486 | CC 000337 - 000338 | Typewritten and handwritten notes by Ann Gima, dated 9/6/02 re: Meeting w/ Gary & Bob. |

| 487 | CC 000339 | 9/6/02 e-mail from Philip English to Georgette Wong, with cc to Ann Gima re: 3-1-032-003 Case #53 & #1571. |
|---|---|---|
| 488 | CD 000199 | 9/6/02 e-mail from Ann Gima to BFS/RPA Group3 re: Reviewing. |
| 489 | CC 000335 | 9/9/02 e-mails to/from Philip English and Ann Gima. |
| 490 | CC 000331 | 9/17/02 e-mail from Philip English to Ann Gima re: Status on modeling Waikiki. |
| 491 | CC 000334 | 9/17/02 e-mails to/from Philip English and Ann Gima re: Out of office Monday 9/16/02. |
| 492 | CD 000200 | 9/18/02 e-mail from Ann Gima to BFS/RPA Group3, with cc to Pauline Iwamoto, Norman Yoshida, and Robert Magota re: While I'm away. |
| 493 | CD 000201 | 10/1/02 e-mail from Ann Gima to BFS/RPA Group3 re: I'm Back. |
| 494 | CC 000322 – 000325 | 10/3/02 e-mails to/from Philip English and Ann Gima re: #142. |
| 495 | CD 000202 | 10/3/02 e-mails to/from Philip English and Ann Gima re: #142. |
| 496 | CD 000203 | 10/4/02 e-mails to/from Philip English and Ann Gima re: #142. |
| 497 | CC 000321 | 10/4/02 e-mail from Ann Gima to Philip English, with cc to Gary Kurokawa, Robert Magota, and Susan Bender. |
| 498 | CD 000204 | 10/4/02 e-mails to/from Philip English and Ann. |
| 499 | CC 000327 – 000328 | 10/4/02 e-mails to/from Philip English and Ann Gima. |
| 500 | CC 000320 | 10/8/02 e-mail from Ann Gima to Gary Kurokawa, with cc to Robert Magota re: Meeting today @ 9:00 re: Waikiki Shore. |
| 501 | CD 000205 | 10/9/02 e-mail from Ann Gima to Philip English re: Meeting re: Waikiki Shore. |
| 502 | CC 000317 | 10/10/02 e-mails to/from Philip English and Ann Gima. |
| 503 | CC 000318 | 10/10/02 e-mail from Ann Gima to BFS/RPA Group3, with cc to Robert Magota and Norman Yoshida re: Final extract for condos. |
| 504 | CD 000206 | 10/10/02 e-mail from Ann Gima to Philip English re: Clean up sale for model 142. |

| 505 | CD 000207 | 10/11/02 e-mails to/from Philip English and Ann Gima. |
| 506 | CD 000208 | 10/11/02 e-mails to/from Philip English and Ann Gima. |
| 507 | CD 000209 - 000210 | 10/14/02 e-mails to/from Philip English and Ann Gima re: Model coefficients. |
| 508 | CD 000211 - 000212 | 10/14/02 e-mails to/from Philip English and Ann Gima re: Model coefficients. |
| 509 | CC 000308 - 000310 | 10/14/02 e-mails to/from Philip English and Ann Gima re: Model coefficients. |
| 510 | CD 000219 - 000220 | 10/14/02 e-mail from Philip English to Ann Gima re: #142. |
| 511 | CD 000221 | 10/14/02 e-mail from Philip English to Ann Gima. |
| 512 | CD 000222 | 10/15/02 e-mail from Ann Gima to BFS/RPA Group3 re: Extract for condo sales. |
| 513 | CD 000224 | 10/15/02 e-mails to/from Philip English and Ann Gima re: #142. |
| 514 | CD 000223 | 10/15/02 e-mail from Philip English to Ann Gima re: #142. |
| 515 | CD 000226 | 10/17/02 e-mails to/from Philip English and Ann Gima re: #142. |
| 516 | CD 000227 - 000228 | 10/17/02 e-mails to/from Philip English and Ann Gima re: #142. |
| 517 | CC 000305 | 10/17/02 e-mail from Ann Gima to Gary Kurokawa and Robert Magota forwarding e-mails to/from Gima and Philip English re: #142. |
| 518 | CD 000229 - 000230 | 10/17/02 e-mails to/from Philip English and Ann Gima re: #142. |
| 519 | CC 000304 | 10/18/02 e-mail from Ann Gima to Gary Kurokawa re: Meeting with Waylon. |
| 520 | CC 000303 | 10/21/02 e-mail from Ann Gima to BFS/RPA Group3 re: Deadlines. |
| 521 | CD 000232 | 10/21/02 e-mail from Ann Gima to BFS/RPA Group3 re: Supervisor's meeting 10/21/02. |
| 522 | CD 000233 | 10/21/02 e-mail from Ann Gima to BFS/RPA Group3 re: Comping entire model. |
| 523 | PE 00474 - 00476 | 10/21/02 e-mails to/from Ann Gima and Philip English, forwarded to Dwight Ishiguro re: Vacation leaves requested for 10/22 & 10/25. |

| 524 | CC 000298 – 000299 | 10/21/02 e-mail from Ann Gima to Gary Kurokawa and Robert Magota, forwarding e-mails to/from Philip English and Ann Gima re: Vacation leaves requested for 10/22 & 10/25. |
|---|---|---|
| 525 | CD 000234 | 10/22/02 e-mail from Ann Gima to Philip English re: model 143. |
| 526 | CD 000238 – 000239 | 10/22/02 e-mails to/from Philip English and Norman Yoshida, with cc to Ann Gima re: Model #142. |
| 527 | PE 00445 | 10/23/02 handwritten note from Annie to Phil. |
| 528 | CD 000242 | 10/24/02 e-mails to/from Philip English and Ann Gima re: #143. |
| 529 | PE 00473 | 10/24/02 e-mail from Ann Gima to Philip English, with cc to Susan Bender, Gary Kurokawa, and Robert Magota re: Waikiki Shore. |
| 530 | CD 000243 | 10/24/02 e-mails to/from Philip English and Ann Gima re: #142. |
| 531 | CD 000244 | 10/24/02 e-mail from Ann Gima to BFS/RPA Group3 re: Finalizing models. |
| 532 | CD 000245 | 10/24/02 e-mail from Ann Gima to Philip English re: Model 141. |
| 533 | CD 000246 – 000247 | 10/24/02 e-mails to/from Philip English and Norman Yoshida, with cc to Ann Gima and Pauline Iwamoto re: #141. |
| 534 | CD 000248 – 000249 | 10/25/02 e-mail from Norman Yoshida to Ann Gima, forwarding e-mails to/from Philip English and Yoshida re: #141. |
| 535 | CC 000289 – 000293 | 10/25/02 handwritten notes from Ann Gima, with attached e-mails. |
| 536 | CC 00533 | 10/29/02 e-mail to/from Philip English and Ann Gima re: BOR dates. |
| 537 | PE 00458 | 10/30/02 e-mail from Ann Gima to Philip English, with cc to Gary Kurokawa and Robert Magota re: Leave requests. |
| 538 | CC 000284 – 000285 | 10/30/02 e-mail from Ann Gima to Gary Kurokawa and Robert Magota, forwarding e-mails to/from Philip English and Ann Gima re: Leave requests. |
| 539 | PE 00459 – 00472 | 10/31/02 e-mails to/from Philip English and Dwight Ishiguro re: Leave requests. |

| 540 | CD 000251 | 10/31/02 e-mails to/from Philip English and Pauline Iwamoto, with cc to Ann Gima and Norman Yoshida re: Market Modeling. |
| 541 | CD 000252 | 10/31/02 e-mail from Norman Yoshida to Philip English, with cc to Ann Gima re: Error List for Model 141. |
| 542 | CC 000243 | 10/31/02 e-mail from Ann Gima to Philip English re: Corrections to errors. |
| 543 | PE 00450 – 00456 | 10/31/02 e-mails to/from Philip English and Ann Gima re: #141 and #142. |
| 544 | CC 000240 | 10/31/02 e-mail from Ann Gima to Gary Kurokawa and Robert Magota, forwarding e-mails to/from Philip English and Ann Gima re: #141 and #142. |
| 545 | CD 000255 | 11/1/02 e-mail from Norman Yoshida to Philip English, with cc to Ann Gima re: Models 142 and 143. |
| 546 | PE 00443 | 11/1/02 e-mail from Ann Gima to BFS/RPA Group3, forwarding Keith Yamashita's e-mail. |
| 547 | PE 00446 | 11/1/02 e-mail from Ann Gima to Philip English re: #141. |
| 548 | PE 00438 – 00442 | 11/4/02 e-mails to/from Ann Gima and Philip English, with cc to Norman Yoshida. |
| 549 | CD 000256 | 11/7/02 e-mail from Ann Gima to BFS/RPA Group3, with cc to Robert Magota re: Status update. |
| 550 | PE 00435 – 00437 | 11/8/02 e-mails to/from Ann Gima and Philip English. |
| 551 | PE 00429 – 00434 | 11/13/02 e-mails to/from Philip English and Dwight Ishiguro re: More of the same. |
| 552 | PE 00428 | 11/13/02 e-mail from Ann Gima to BFS/RPA Group3 re: Misc. |
| 553 | PE 00427 | 11/13/02 e-mails to/from Philip English and Dwight Ishiguro. |
| 554 | CD 000257 | 11/15/02 e-mail from Ann Gima to BFS/RPA Group3 re: Unloaded parcels. |
| 555 | CC 000218 | 11/18/02 e-mails to/from Philip English and Ann Gima re: Westbury. |
| 556 | PE 00425 | 11/18/02 e-mails to/from Philip English and Dwight Ishiguro re: More of the same. |
| 557 | CD 000258 – 000259 | 11/18/02 e-mails to/from Philip English and Ann Gima re: Supervisor's meeting 11/18/02. |

| 558 | CC 000215 | 11/18/02 e-mail from Philip English to Ann Gima re: Status report. |
|---|---|---|
| 559 | PE 00422 - 00424 | 11/18/02 e-mails to/from Philip English and Dwight Ishiguro, forwarding e-mails to/from Philip English and Ann Gima re: Status report. |
| 560 | CC 000213 - 000214 | 11/19/02 e-mails to/from Philip English and Norman Yoshida, with cc to Ann Gima and Pauline Iwamoto re: 26011021. |
| 561 | CD 000260 | 11/20/02 e-mail from Ann Gima to BFS/RPA Group3 re: Reminder. |
| 562 | CD 000261 | 11/20/02 e-mail from Ann Gima to BFS/RPA Group3 re: Sign-up for Revised Performance Evaluation Process. |
| 563 | CD 000262 | 11/20/02 e-mail from Ann Gima to BFS/RPA Group3 re: Counter duty schedule. |
| 564 | CD 000263 | 11/21/02 e-mail from Ann Gima to BFS/RPA Group3 re: Clean up. |
| 565 | PE 00420 - 00421 | 11/21/02 e-mails to/from Philip English and Dwight Ishiguro. |
| 566 | CC 000540 | 11/22/02 handwritten notes by Ann Gima re: meeting with Philip English, Waylen Toma, Gary Kurokawa. |
| 567 | PE 00402 - 00403 | 11/25/02 e-mail to/from Philip English and Dwight Ishiguro re: Meeting on Friday. |
| 568 | CD 000264 | 11/25/02 e-mail from Ann Gima to BFS/RPA Group3, forwarding e-mail from Robert Magota re: December training sessions and other deadlines. |
| 569 | CD 000265 | 11/25/02 e-mail from Ann Gima to BFS/RPA Group3, with cc to Donnie Wong re: December training. |
| 570 | CC 000207 | 11/25/02 e-mail from Suzanne Foumai to Philip English re: Sick leave balance and leave paper. |
| 571 | PE 00400 | 11/26/02 e-mail from Philip English to W. Toma re: Friday's meeting. |
| 572 | CC 000206 | 11/26/02 e-mail from Philip English to Ann Gima re: Friday after Thanksgiving. |
| 573 | PE 00399 | 11/26/02 e-mail from Philip English to W. Toma. |
| 574 | CC 000203 - 000205 | 11/27/02 e-mail from Ann Gima to Gary Kurokawa re: Expectations for Appraiser IV, with attached document. |
| 575 | CD 000266 | 11/27/02 e-mail from Ann Gima to BFS/RPA Group3 re: Group meeting. |

| 576 | PE 00354 | Calendar re: BOR assignments for December 2002 |
|---|---|---|
| 577 | PE 00392-00393 | 12/3/02 e-mail to/from Philip English and Dwight Ishiguro. |
| 578 | PE 00380 | 12/4/02 e-mail from Ann Gima to Susan Bender and Philip English, with cc to Gary Kurokawa re: Waikiki Shore. |
| 579 | PE 00377 - 00378 | 12/5/02 e-mails to/from Philip English and Dwight Ishiguro. |
| 580 | PE 00372 - 00376 | 12/5/02 e-mails to/from Philip English and Dwight Ishiguro. |
| 581 | CC 000195 - 000196 | 12/12/02 e-mails to/from Ann Gima and Philip English re: Imperial Hawaii Resort. |
| 582 | PE 00370 | 12/12/02 e-mails to/from Ann Gima and Philip English. |
| 583 | CC 000191 | 12/12/02 e-mails to/from Ann Gima and Robert Magota re: Jan 3 BOR date. |
| 584 | CD 000267 | 12/12/02 e-mail from Ann Gima to BFS/RPA Group3 re: BOR dates for February. |
| 585 | CC 000190 | 12/12/02 e-mail from Ann Gima to Gary Kurokawa and Robert Magota, forwarding e-mail from Philip English to Ann Gima, with cc to Julie Tamayori. |
| 586 | PE 00356 | 12/12/02 e-mails to/from Ann Gima and Philip English re: BOR dates for February. |
| 587 | PE 00355 | 12/12/02 e-mails to/from Philip English and Ann Gima. |
| 588 | CC 000186 | 12/13/02 e-mail to/from Philip English and Ann Gima. |
| 589 | PE 00369 | 12/17/02 e-mail from Ann Gima to Philip English re: BOR dates for February. |
| 590 | PE 00351 | 12/17/02 e-mail from Suzanne Foumai to Philip English re: Sick vacation leave paper. |
| 591 | CC 000625 | Memorandum from Ivan Lui-Kwan, Acting Director, Dept. of Budget and Fiscal Services to Division Chiefs, dated 12/30/02. |
| 592 | PE 00340 | Calendar re: BOR assignments for January 2003 |
| 593 | PE 00346 - 00347 | 1/8/03 e-mails to/from Ann Gima and Philip English re: Progress meeting. |
| 594 | CD 000268 - 000269 | 1/7/03 e-mail from Ann Gima to BFS/RPA Group3 re: Supervisor's meeting 1/6/03. |

| 595 | PE 00348 | 1/7/03 e-mail from Ann Gima to BFS/RPA Group3 re: Misc. |
| 596 | CD 000270 | 1/7/03 e-mail from Ann Gima to Gary Kurokawa forwarding e-mails to/from Philip English and Ann Gima re: Progress meeting. |
| 597 | CC 000491 - 000492 | 1/8/03 e-mails to/from Ann Gima and Philip English re: Progress meeting. |
| 598 | CD 000271 | 1/13/03 e-mail from Ann Gima to Robert Magota re: Constituent call. |
| 599 | PE 00339 | 1/14/03 e-mail from Ann Gima to BFS/RPA Group3 re: Supervisor's meeting 1/13/03. |
| 600 | PE 00343 - 00345 | Letter from Waylen Toma of HGEA to Philip English, dated 1/16/03. |
| 601 | PE 00336 | 1/22/03 e-mail from Suzanne Foumai to Philip English re: Low sick leave. |
| 602 | PE 00321 - 00325 | Application for Real Property Appraiser VI, SR-26, dated 1/24/03. |
| 603 | CD 000273 | 1/24/03 e-mail from Ann Gima to Robert Magota re: Constitutent call. |
| 604 | PE 00319 | 1/27/03 e-mail from Vicki Puou to Philip English, with cc to Ann Gima and Robert Magota re: Written authorization. |
| 605 | CC 000545 | Workplace violence report by Ann Gima, dated 1/29/03. |
| 606 | CC 000482 | 1/29/03 e-mail from Philip English to Georgette Wong, with cc to Ann Gima re: BOR for Wednesday February 5th 2003. |
| 607 | CD 000274 - 000275 | 1/29/03 e-mail from Ann Gima to BFS/RPA Group3 re: Supervisor meeting 1/27/03. |
| 608 | CC 000478 | 1/30/03 e-mails to/from Philip English and Ann Gima. |
| 609 | CC 000450 - 000468 | Letter from Philip English to Nicole Gracia, dated 1/31/03; also attached is letter from Philip English to Carolyn Kepford, dated 1/31/03. |
| 610 | CC 000476 | 2/3/03 e-mail from Philip English to Ann Gima, with cc to Robert Magota re: AOAO Castle Surf Apartments. |
| 611 | CC 00477 | Letter from Philip English to Joe Beaver of AOAO Castle Surf Apartments, dated 2/3/03, with handwritten notations. |

| 612 | CD 000276 - 000277 | 2/3/03 e-mail from Ann Gima to BFS/RPA Group3 re: Supervisor's meeting 2/3/03. |
|---|---|---|
| 613 | PE 00308 | 2/4/03 e-mail from Christopher White, Appraiser/Owner of Appraisal Company of Kauai to Friends, Clients and Colleagues. |
| 614 | PE 00299 | 2/5/03 e-mail from Charles Totto to Gary Kurokawa re: Ethics complaint. |
| 615 | PE 00305 | Unsigned letter from Philip English to Robert Magota, dated 2/5/03. |
| 616 | PE 00307 | 2/5/03 e-mail to/from Vicki Puou to Philip English, with cc to Robert Magota, Ann Gima, and Georgette Wong re: Amended notice 2002. |
| 617 | CC 000475 | 2/5/03 e-mail from Philip English to Ann Gima re: Cua, with handwritten note. |
| 618 | PE 00297 - 00298 | 2/6/03 e-mail from/to Philip English and Ann Gima, with cc to Gary Kurokawa and Robert Magota re: "Letters to taxpayers/ethical issues." |
| 619 | PE 00290 - 00296 | Memorandum from Philip English to Ann Gima, dated 2/7/03 |
| 620 | CC 000433 - 000442 | Memorandum from Philip English to Ann Gima, dated 2/7/03. |
| 621 | CC 000443 | 2/7/03 handwritten notes by Ann Gima re: discussion with Philip English. |
| 622 | CD 000278 | 2/7/03 e-mail from Ann Gima to Gary Kurokawa and Robert Magota. |
| 623 | PE 00289 | 2/7/03 e-mail from Gary Kurokawa to Philip English. |
| 624 | CD 000279 - 000280 | 2/12/03 e-mail from Ann Gima to BFS/RPA Group3 re: Supervisor meeting 2/12/03. |
| 625 | PE 00288 | 2/12/03 e-mail from Ann Gima to BFS/RPA Group3 re: Appeals. |
| 626 | PE 00287 | 2/12/03 e-mail to/from Philip English and Ann Gima re: Complaint filed by Main. |
| 627 | CC 000426 | 2/12/03 e-mail from Keith Yamashita to Ann Gima re: 31032029. |
| 628 | CD 000281 | 2/12/03 e-mail from Ann Gima to BFS/RPA Group3 re: BOR dates. |
| 629 | PE 00285 - 00286 | 2/12/03 e-mail to/from Donald Bovee to Philip English re: Foster Tower #2003. |

| 630 | CC 000424 | 2/13/03 e-mail to/from Philip English and Ann Gima, with cc to Robert Magota re: DH Beach Hotel BOR for February 19th. |
|---|---|---|
| 631 | PE 00279 – 00280 | 2/13/03 e-mail to/from Philip English and Ann Gima re: DH Beach Hotel BOR for February 19th. |
| 632 | PE 00276 – 00277 | 2/14/03 e-mail from Philip English to Ann Gima. |
| 633 | CC 000414 | 2/14/03 e-mail from Philip English to Ann Gima, with handwritten notations. |
| 634 | CC 000413 | 2/18/03 e-mail from Ann Gima to Robert Magota re: Reprimand. |
| 635 | PE 00163 | 2/19/03 e-mail from Philip English to Ann Gima re: DH Head Beach Hotel BOR Today. |
| 636 | CC 000411 | 2/19/03 e-mails to/from Philip English and Ann Gima re: DH Beach Hotel BOR Today. |
| 637 | CC 000410 | 2/19/03 e-mail from Philip English to Ann Gima re: BOR today. |
| 638 | CC 000409 | 2/19/03 e-mail from Philip English to Gary Kubota, with cc to Ann Gima re: DH Beach Hotel Front Desk 310320390001. |
| 639 | CC 000407 – 000408 | 2/20/03 e-mail from Ann Gima to Roberty Magota re: BOR hearing 2/19/03. |
| 640 | CC 000400 – 000402 | 2/20/03 e-mails to/from Philip English and Ann Gima re: BOR 2/19 D H Beach Hotel. |
| 641 | CD 000282 | 2/20/03 e-mail from Ann Gima to BFS/RPA Group3 re: Supervisor meeting 2/20/03. |
| 642 | PE 00210 | 2/24/03 e-mail from Ann Gima to Philip English re: BOR hearing 2/25/03. |
| 643 | PE 00207 | 2/25/03 e-mail from Ann Gima to Philip English, with cc to Gary Kurokawa re: Complaint-Main. |
| 644 | CD 000283 | 2/27/03 e-mail from Ann Gima to BFS/RPA Group3 re: Supervisor's meeting 2/26/03. |
| 645 | PE 00179 | 2/27/03 e-mail from Philip English to Ann Gima. |
| 646 | CC 000392 | 2/27/03 e-mail from Philip English to Ann Gima, forwarded to Gary Kurokawa and Robert Magota. |
| 647 | CC 000391 | 2/27/03 e-mail from Gary Kurokawa to Robert Magota, with cc to Ann Gima, forwarding 2/7/03 e-mail from Kurokawa to Philip English. |

| 648 | CC 000389 | 2/27/03 e-mail from Ann Gima to Robert Magota re: Appeals. |
| 649 | CC 000390 | 2/27/03 e-mail from Ann Gima to Philip English re: Outstanding issues. |
| 650 | PE 00686 | Letter from Thomas Riddle, Workers' Compensation Administrator, to Roger Moseley, dated 2/28/03. |
| 651 | PE 00687 | Letter from Thomas Riddle to Philip English, dated 2/28/03. |
| 652 | PE 00689 | WC-1 Employer's Report of Industrial Injury, dated 2/28/03. |
| 653 | CC 000387 | 3/3/03 e-mail from Ann Gima to Marvin Abing, Ryan Fujitani, Chris Graff, Ann Kabasawa, Carole Kamisato, Linda Knowles, Juline Tamayori, Carl Tanigawa, with cc to Robert Magota and Gary Kurokawa re: Phone calls for Phil. |
| 654 | PE 01158 | Letter from Robert Magota to Philip English, dated 3/13/03. |
| 655 | PE 00696 | Letter from Disability Compensation Division to Philip English, dated 3/17/03. |
| 656 | CC 000383 | 3/18/03 e-mail from Robert Magota to Ann Gima, Gary Kurokawa, and Michael Golojuch. |
| 657 | CC 000382 | 3/18/03 e-mail from Thomas Riddle to Ann Gima, Robert Magota, Michael Golojuch, and Ana Horne re: Philip English. |
| 658 | PE 00699 | Letter from Thomas Riddle to Philip English, dated 3/18/03. |
| 659 | PE 00701 | 3/19/03 e-mail from Thomas Riddle to Roger Moseley re: Philip English. |
| 660 | PE 00697 - 00698 | Employee's Claim for Workers' Compensation Benefits, dated 4/7/03. |
| 661 | CC 000376 | Letter from Robert Magota to Philip English, dated 4/9/03. |
| 662 | PE 00706 | Letter from Roger Moseley to Jamie Petersen, WC Facilitator, dated 4/16/03. |
| 663 | PE 00712 - 00715 | Letter from Roger Moseley to Thomas Riddle, dated 4/16/03. |
| 664 | CC 000373 | Notice of Substandard Performance Evaluation, dated 4/17/03. |
| 665 | PE 00717 - 00722 | Letter from Roger Moseley to Thomas Riddle, dated 4/17/03. |

| 666 | PE 00723 – 00725 | Letter from Roger Moseley to Thomas Riddle, dated 4/18/03, with attached Work Slips dated 3/13/03 and 4/23/03. |
|---|---|---|
| 667 | CC 000371 | 4/21/03 e-mail from Thomas Riddle to Robert Magota, forwarded to Michael Golojuch, Ann Gima, and Gary Kurokawa re: Philip English. |
| 668 | PE 00758 – 00760 | Annual Performance Evaluation Report, dated 4/22/03. |
| 669 | PE 00164 | Disability work slips from Kaiser, dated 4/23/03. |
| 670 | PE 00728 | Letter from Thomas Riddle to Roger Moseley, dated 4/25/03. |
| 671 | PE 00730 – 00731 | Letter from Roger Moseley to Thomas Riddle, dated 4/25/03. |
| 672 | PE 00736 – 00739 | Letter from Roger Moseley to Thomas Riddle, dated 4/28/03. |
| 673 | PE 00740 – 00741 | Letter from Thomas Riddle to Roger Moseley, dated 4/29/03. |
| 674 | PE 00742 | Letter from Thomas Riddle to Roger Moseley, dated 4/30/03. |
| 675 | PE 00743 | Letter from Thomas Riddle to Roger Moseley, dated 4/30/03. |
| 676 | PE 00744 – 00749 | Letter from Roger Moseley to Thomas Riddle, dated 4/30/03. |
| 677 | PE 00799 – 00800 | Letter from Thomas Riddle to Roger Moseley, dated 5/1/03. |
| 678 | PE 00801 | Letter from Roger Moseley to Thomas Riddle, dated 5/2/03. |
| 679 | PE 00804 | Letter from Roger Moseley to Thomas Riddle, dated 5/2/03. |
| 680 | PE 00805 | Handwritten note from Roger Moseley to Tom Riddle, dated 5/2/03. |
| 681 | PE 00807 | Letter from Roger Moseley to Thomas Riddle, dated 5/2/03. |
| 682 | PE 00809 – 00810 | Letter from Thomas Riddle to Roger Moseley, dated 5/5/03. |
| 683 | PE 01140 | Notification of Personnel Action, dated 5/8/03. |
| 684 | PE 00813 | Letter from Roger Moseley to Thomas Riddle, dated 5/15/03. |
| 685 | PE 01139 | Notification of Personnel Action, dated 6/2/03. |

| 686 | PE 00821 - 00824 | Letter from Roger Moseley to Michael Golojuch, dated 6/9/03. |
|-----|------------------|--------------------------------------------------------------|
| 687 | PE 00837 | 6/13/03 e-mail from Michael Golojuch to Roger Moseley. |
| 688 | CC 000806 | Letter from Yaniv Benaroya to Real Property Assessment, dated 8/7/03. |
| 689 | CC 005122 - 005153 | Filings in FC-D No. 03-1-2676, in the Family Court of the First Circuit, State of Hawaii, re: divorce proceedings by Philip English, dated 8/18/03. |
| 690 | PE 00883 - 00885 | Letter from Roger Moseley to Ms. Doris Nagano, State of Hawaii Dept. of Labor and Industrial Relations, Disability Compensation Division, dated 8/25/03. |
| 691 | PE 00886 - 00888 | Letter from Roger Moseley to Thomas Riddle, dated 8/28/03. |
| 692 | PE 00881 - 00882 | Notice of Hearing, Dept. of Labor and Industrial Relations, Disability Compensation Division, dated 9/5/03. |
| 693 | PE 00896 - 00899 | Letter from Roger Moseley to Thomas Riddle, dated 9/16/03. |
| 694 | PE 00900 - 00911 | Letter from Roger Moseley to Thomas Riddle, dated 9/16/03. |
| 695 | PE 00912 - 00914 | Letter from Roger Moseley to Thomas Riddle, dated 10/2/03. |
| 696 | PE 00917 - 00919 | Letter from Paul K.W. Au to Roger Moseley, dated 11/7/03. |
| 697 | PE 00920 - 00923 | Letter from Paul K.W. Au to Roger Moseley, dated 11/12/03. |
| 698 | PE 00928 | Notice of Hearing, Dept. of Labor and Industrial Relations, Disability Compensation Division, dated 11/14/03. |
| 699 | PE 00930 - 00934 | Letter from Roger Moseley to Paul K.W. Au, dated 11/17/03. |
| 700 | PE 00961 - 00967 | Letter from Roger Moseley to Paul K.W. Au, dated 11/20/03. |
| 701 | PE 00994 - 00998 | Letter from Paul K.W. Au to Roger Moseley, dated 12/9/03. |
| 702 | PE 00999 | Letter from Roger Moseley to Paul K.W. Au, dated 12/16/03. |

| 703 | PE 01000 – 01002 | Letter from Paul K.W. Au to Roger Moseley, dated 12/23/03. |
|---|---|---|
| 704 | PE 01006 – 01016 | Letter from Paul K.W. Au to Roger Moseley, dated 1/13/04. |
| 705 | PE 01096 – 01105 | Compromise, Settlement and Release Agreement; Approval and Order, dated 1/20/04. |
| 706 | PE 01127 – 01134 | City and County of Honolulu Payroll/Personnel Employee Leave Activity Report as of 12/31/03, dated 2/12/04. |
| 707 | PE 01095 | Fax transmittal memorandum from Roger Moseley to Violet Lee, dated 3/2/04. |
| 708 | PE 01121 | Notification of Personnel Action, dated 3/3/04. |
| 709 | PE 01126 | Application for Transfer of Vacation and Sick Leave Credit or Payment in Lieu of Vacation, dated 3/5/04. |
| 710 | | Board of Review Appraisals |
| 711 | | City Ethics Commission Rules & Regulations re: Disclosures of Conflicts of Interest. |
| 712 | | The Plain Language Guide to the City Ethics Laws from www.honolulu.gov/ethics/guide_to_city_ethics laws.htm. |
| 713 | | Documents/e-mails from Philip English's work computer |
| 714 | | Report by Robert J. Sbordone, Ph.D., dated 10/26/05 |
| 715 | | Curriculum vitae of Robert J. Sbordone, Ph.D. |
| 716 | | Report by Dirk von Guenther, dated 11/4/05. |
| 717 | | Curriculum vitae of Dirk von Guenther. |
| 718 | | Medical records from Kaiser Permanente. |
| 719 | | Medical records from Mark Dillen Stitham, M.D. |
| 720 | | Medical records from Honolulu Medical Group. |
| 721 | | Employment records from Masterguard. |
| 722 | | Records from State of Hawaii Department of Taxation. |