MOSELEY BIEHL TSUGAWA LAU & MUZZI
a Hawaii limited liability law company

ROGER S. MOSELEY             2060
ALAN K. LAU                  3981
RENEE M. FURUTA              7593
JOANNA B.K. FONG             7764
Alakea Corporate Tower
1100 Alakea Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone:  (808) 531-0490
Facsimile:  (808) 534-0202
Email:  rmoseley@hilaw.us
        alau@hilaw.us
        rfuruta@hilaw.us
        jfong@hilaw.us

Attorneys for Plaintiff
PHILIP E. ENGLISH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>　　　　　Defendants. | Civil No.  04-00108 JMS/KSC<br><br>CERTIFICATE OF SERVICE RE: SECOND AMENDED NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION<br><br>[RE:  CHARLES W. TOTTO] |

## CERTIFICATE OF SERVICE

　　The undersigned hereby certifies that copies of the SECOND AMENDED NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION (RE: CHARLES W. TOTTO) were duly served upon the following persons,

10010\3\53827.3

by way of hand-delivery to their last known address, on the date stated below:

>MICHAEL A. LORUSSO, ESQ.
>Kawashima Lorusso & Tom, LLP
>Fort Street Tower
>745 Fort Street, 5th Floor
>Honolulu, Hawaii 96813
>
>>Attorneys for Defendants
>>City & County of Honolulu,
>>Gary T. Kurokawa, Robert O. Magota,
>>and Ann C. Gima
>
>KEVIN P. H. SUMIDA, ESQ.
>ANTHONY L. WONG, ESQ.
>Sumida & Tsuchiyama
>Dillingham Transportation Building
>735 Bishop Street, Suite 411
>Honolulu, Hawaii 96813
>
>>Attorneys for Defendant
>>GK APPRAISALS, INC.
>
>CARRIE K.S. OKINAGA, ESQ.
>GORDON D. NELSON, ESQ.
>530 S. King St., Suite 110
>Honolulu, Hawaii 96813
>
>>Attorneys for Charles W. Totto

DATED: Honolulu, Hawaii, ___August 17, 2006___.

>/s/ ROGER S. MOSELEY
>ROGER S. MOSELEY
>ALAN K. LAU
>RENEE M. FURUTA
>JOANNA B.K. FONG
>
>Attorneys for Plaintiff
>PHILIP E. ENGLISH