MOSELEY BIEHL TSUGAWA LAU & MUZZI
a Hawaii limited liability law company
ROGER S. MOSELEY          2060
ALAN K. LAU               3981
CHRISTOPHER J. MUZZI          6939
RENEE M. FURUTA              7593
Alakea Corporate Tower
1100 Alakea Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone:  (808) 531-0490
Facsimile:  (808) 534-0202
Email:  rmoseley@hilaw.us
        alau@hilaw.us
        cmuzzi@hilaw.us
        rfuruta@hilaw.us

Attorneys for Plaintiff
PHILIP E. ENGLISH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>            Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF HONOLULU;<br>GARY T. KUROKAWA; ROBERT O.<br>MAGOTA; ANN C. GIMA; and GK<br>APPRAISALS, INC.; JOHN DOES 1<br>-10; JANE DOES 1-10; DOE<br>PARTNERSHIPS; DOE CORPORATIONS<br>1-10; AND DOE ENTITIES 1-10,<br><br>            Defendants. | Civil No.  04-00108 JMS/KSC<br><br>CERTIFICATE OF SERVICE RE:<br>FIRST AMENDED NOTICE OF TAKING<br>DEPOSITION UPON ORAL<br>EXAMINATION<br><br>[RE:  WALEN TOMA] |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the FIRST AMENDED NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION (RE: WALEN TOMA)was duly served upon the parties listed below at their respective address, via hand-delivery, on the date stated below.

MICHAEL A. LARUSSO, ESQ.
Kawashima Lorusso & Tom, LLP
Fort Street Tower
745 Fort Street, 5th Floor
Honolulu, Hawaii  96813
    Attorneys for Defendants
    City & County of Honolulu,
    Gary T. Kurokawa, Robert O. Magota,
    and Ann C. Gima

KEVIN P. H. SUMIDA, ESQ.
ANTHONY L. WONG, ESQ.
Dillingham Transportation Building
735 Dillingham Blvd., Suite 411
Honolulu, Hawaii  96813
    Attorneys for Defendant
    GK APPRAISALS, INC.

CHARLES A. PRICE, ESQ.
1001 Bishop Street
2600 Pauahi Tower
Honolulu, Hawaii 96813
    Attorney for Walen Toma

DATED:  Honolulu, Hawaii, August 21, 2006.


                    /s/ ROGER S. MOSELEY
                    ROGER S. MOSELEY
                    ALAN K. LAU
                    CHRISTOPHER J. MUZZI
                    RENEE M. FURUTA
                    Attorneys for Plaintiff
                    PHILIP E. ENGLISH