MOSELEY BIEHL TSUGAWA LAU & MUZZI
a Hawaii limited liability law company
ROGER S. MOSELEY          2060
ALAN K. LAU               3981
CHRISTOPHER J. MUZZI      6939
RENEE M. FURUTA           7593
Alakea Corporate Tower
1100 Alakea Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone:  (808) 531-0490
Facsimile:  (808) 534-0202
Email:   rmoseley@hilaw.us
         alau@hilaw.us
         cmuzzi@hilaw.us
         rfuruta@hilaw.us

Attorneys for Plaintiff
PHILIP E. ENGLISH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>　　　　　Defendants. | Civil No.  04-00108 JMS/KSC<br><br>CERTIFICATE OF SERVICE RE: FIRST AMENDED NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION<br><br>[RE:  KEVIN MULLIGAN] |

10010\3\57158

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the FIRST AMENDED NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION (RE: KEVIN MULLIGAN) was duly served upon the parties listed below at their respective address, via hand-delivery, on the date stated below.

MICHAEL A. LARUSSO, ESQ.
Kawashima Lorusso & Tom, LLP
Fort Street Tower
745 Fort Street, 5th Floor
Honolulu, Hawaii  96813
    Attorneys for Defendants
      City & County of Honolulu,
      Gary T. Kurokawa, Robert O. Magota,
      and Ann C. Gima

KEVIN P. H. SUMIDA, ESQ.
ANTHONY L. WONG, ESQ.
Dillingham Transportation Building
735 Dillingham Blvd., Suite 411
Honolulu, Hawaii  96813
    Attorneys for Defendant
      GK APPRAISALS, INC.

CHARLES A. PRICE, ESQ.
1001 Bishop Street
2600 Pauahi Tower
Honolulu, Hawaii 96813
    Attorney for Kevin Mulligan

DATED:  Honolulu, Hawaii, August 21, 2006.

                        /s/ ROGER S. MOSELEY
                        ROGER S. MOSELEY
                        ALAN K. LAU
                        CHRISTOPHER J. MUZZI
                        RENEE M. FURUTA
                        Attorneys for Plaintiff
                        PHILIP E. ENGLISH