```
MOSELEY BIEHL TSUGAWA LAU & MUZZI
a Hawaii limited liability law company
ROGER S. MOSELEY            2060
ALAN K. LAU                 3981
CHRISTOPHER J. MUZZI        6939
RENEE M. FURUTA             7593
Alakea Corporate Tower
1100 Alakea Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone:  (808) 531-0490
Facsimile:  (808) 534-0202
Email:   rmoseley@hilaw.us
         alau@hilaw.us
         cmuzzi@hilaw.us
         rfuruta@hilaw.us

Attorneys for Plaintiff
PHILIP E. ENGLISH
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>　　　　　Defendants. | Civil No.  04-00108 JMS/KSC<br><br>CERTIFICATE OF SERVICE RE: SECOND AMENDED NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION<br><br>[RE:  GARY KUROKAWA] |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the SECOND AMENDED NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION (RE: GARY KUROKAWA) was duly served upon the parties listed below at their respective address, via hand-delivery, on the date stated below.

> MICHAEL A. LORUSSO, ESQ.
> Kawashima Lorusso & Tom, LLP
> Fort Street Tower
> 745 Fort Street, 5th Floor
> Honolulu, Hawaii  96813
>
> > Attorneys for Defendants
> > City & County of Honolulu,
> > Gary T. Kurokawa, Robert O. Magota,
> > and Ann C. Gima
>
> KEVIN P. H. SUMIDA, ESQ.
> ANTHONY L. WONG, ESQ.
> 735 Bishop Street
> Suite 411
> Honolulu, Hawaii  96813
>
> > Attorneys for Defendant
> > GK APPRAISALS, INC.

DATED:  Honolulu, Hawaii, August 25, 2006.

> > /s/ ROGER S. MOSELEY
> > ROGER S. MOSELEY
> > ALAN K. LAU
> > CHRISTOPHER J. MUZZI
> > RENEE M. FURUTA
> >
> > Attorneys for Plaintiff
> > PHILIP E. ENGLISH