MOSELEY BIEHL TSUGAWA LAU & MUZZI
a Hawaii limited liability law company
ROGER S. MOSELEY         2060
ALAN K. LAU              3981
CHRISTOPHER J. MUZZI     6939
RENEE M. FURUTA          7593
Alakea Corporate Tower
1100 Alakea Street, 23rd Floor
Honolulu, Hawaii 96813
Telephone: (808) 531-0490
Facsimile: (808) 534-0202
Email:  rmoseley@hilaw.us
        alau@hilaw.us
        cmuzzi@hilaw.us
        rfuruta@hilaw.us

Attorneys for Plaintiff
PHILIP E. ENGLISH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>           Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>           Defendants. | Civil No. 04-00108 JMS/KSC<br><br>CERTIFICATE OF SERVICE RE: SECOND AMENDED NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION<br><br>[RE: WALEN TOMA] |

10010\3\57157

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the SECOND AMENDED NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION (RE: WALEN TOMA) was duly served upon the parties listed below at their respective address, via hand-delivery, on the date stated below.

    MICHAEL A. LARUSSO, ESQ.
    Kawashima Lorusso & Tom, LLP
    Fort Street Tower
    745 Fort Street, 5th Floor
    Honolulu, Hawaii  96813
        Attorneys for Defendants
        City & County of Honolulu,
        Gary T. Kurokawa, Robert O. Magota,
        and Ann C. Gima

    KEVIN P. H. SUMIDA, ESQ.
    ANTHONY L. WONG, ESQ.
    Dillingham Transportation Building
    735 Bishop Street, Suite 411
    Honolulu, Hawaii  96813
        Attorneys for Defendant
        GK APPRAISALS, INC.

    CHARLES A. PRICE, ESQ.
    1001 Bishop Street
    2600 Pauahi Tower
    Honolulu, Hawaii 96813
        Attorney for Walen Toma

DATED:  Honolulu, Hawaii, August 25, 2006.

                                      /s/ ROGER S. MOSELEY
                                      ROGER S. MOSELEY
                                      ALAN K. LAU
                                      CHRISTOPHER J. MUZZI
                                      RENEE M. FURUTA
                                      Attorneys for Plaintiff
                                      PHILIP E. ENGLISH