ORIGINAL

Of Counsel:
Sumida & Tsuchiyama
A Limited Liability Law Company

KEVIN P. H. SUMIDA    2544-0
ANTHONY L. WONG       6018-0
Dillingham Transportation Building
735 Bishop Street, Suite 411
Honolulu, Hawaii 96813
Telephone No.: (808) 356-2600
Facsimile No.: (808) 587-6197
E-Mail Address:  awong@sthawaii.com

Attorneys For Defendant
GK APPRAISALS, INC.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 2 4 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CITY AND COUNTY OF HONOLULU;<br>GARY T. KUROKAWA;<br>ROBERT O. MAGOTA;<br>ANN C. GIMA; and<br>GK APPRAISALS, INC.;<br>JOHN DOES 1-10;<br>JANE DOES 1-10;<br>DOE PARTNERSHIPS;<br>DOE CORPORATIONS 1-10;<br>AND DOE ENTITIES 1-10,<br><br>　　　　Defendants. | CIVIL NO. CV04-00108 SOM KSC<br><br>CERTIFICATE OF SERVICE<br><br>[Re: JOAN KOFF, PH.D.]<br><br><br><br><br>Trial Date:   10/02/2006 |

CV04-00108 SOM KSC_20060918_ON1.doc

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date _____AUG 2 5 2006_____ a true and correct copy of the Notice of Taking Deposition Upon Oral Examination dated _____AUG 2 4 2006_____, was duly served to the following in the manner described below:

Mailed to:

ROGER S. MOSELEY ESQ.
ALAN K. LAU, ESQ.
CHRISTOPHER J. MUZZI, ESQ.
Moseley Biehl Tsugawa Lau & Muzzi
Alakea Corporate Tower
1100 Alakea Street, 23rd Floor
Honolulu, Hawaii 96813
Telephone No: (808) 531-0490

Attorneys for Plaintiff

Mailed to:

MICHAEL A. LORUSSO, ESQ.
Kawashima Lorusso & Tom LLP
Topa Financial Center
Fort Street Tower
745 Fort Street, Suite 500
Honolulu, Hawaii 96813
Telephone No: (808) 275-0300

Attorney for Defendants
CITY AND COUNTY OF HONOLULU;
GARY T. KUROKAWA;
ROBERT O. MAGOTA; and ANN C. GIMA

GERALD Y. SEKIYA, ESQ.
Cronin, Fried, Sekiya, Kekina & Fairbanks
Davies Pacific Center
841 Bishop Street, Suite 600
Honolulu, Hawaii 96813
Telephone No: (808) 524-1433

Mediator

DATED:  Honolulu, Hawaii, _____ AUG 2 4 2006

_____
KEVIN P. H. SUMIDA
ANTHONY L. WONG

Attorneys For Defendant
GK APPRAISALS, INC.

3