# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

8/24/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV04-00108KSC |
| CASE NAME: | Philip E. English v. City and County of Honolulu, et al. |
| ATTYS FOR PLA: | Christopher Muzzi |
| ATTYS FOR DEFT: | Kevin Sumida<br>Anthony Wong<br>James Kawashima<br>Michael Lorusso<br>Randall Yamamoto |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | C5 - no record |
| DATE: | 8/24/2006 | TIME: | 9:00-9:25am |

COURT ACTION:  EP: Final Pretrial Conference.  Final Pretrial Conference held.

Approximate length of trial: 3-4 weeks

16 jurors seated in box

Peremptory challenges: 4/2/2

Voir dire: 15 minutes

Counsel to show demonstrative aids before hand to other counsel

Exhibits:
    Plaintiff:  1000 series
    Lorusso Defendants: 2000 series
    Wong Defendant: 3000 series

Counsel to confer regarding one set of defense exhibits

No real time

Opening statements: ½ hour each

Court will set a Further Settlement Conference

Submitted by: Shari Afuso, Courtroom Manager