MOSELEY BIEHL TSUGAWA LAU & MUZZI
a Hawaii limited liability law company
ROGER S. MOSELEY            2060
ALAN K. LAU                 3981
CHRISTOPHER J. MUZZI        6939
RENEE M. FURUTA             7593
Alakea Corporate Tower
1100 Alakea Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone:  (808) 531-0490
Facsimile:  (808) 534-0202
Email:   rmoseley@hilaw.us
         alau@hilaw.us
         cmuzzi@hilaw.us
         rfuruta@hilaw.us

Attorneys for Plaintiff
PHILIP E. ENGLISH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>　　　　Defendants. | Civil No.  04-00108 JMS/KSC<br><br>CERTIFICATE OF SERVICE RE: SECOND AMENDED NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION<br><br>[RE:  MICHAEL GOLOJUCH] |

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the SECOND AMENDED NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION (RE: MICHAEL GOLOJUCH) was duly served upon the parties listed below at their respective address, via hand-delivery, on the date stated below.

MICHAEL A. LORUSSO, ESQ.
Kawashima Lorusso & Tom, LLP
Fort Street Tower
745 Fort Street, 5th Floor
Honolulu, Hawaii 96813
    Attorneys for Defendants
    City & County of Honolulu,
    Gary T. Kurokawa, Robert O. Magota,
    and Ann C. Gima

KEVIN P. H. SUMIDA, ESQ.
ANTHONY L. WONG, ESQ.
735 Bishop Street
Suite 411
Honolulu, Hawaii 96813
    Attorneys for Defendant
    GK APPRAISALS, INC.

MARIE MANUELE GAVIGAN, ESQ.
Dept. of Corporation Counsel
530 S. King Street, Suite 110
Honolulu, Hawaii 96813
    Attorney for Michael Golojuch

DATED: Honolulu, Hawaii, AUG 3 1 2006  .

        /s/ ROGER S. MOSELEY
        ROGER S. MOSELEY
        ALAN K. LAU
        CHRISTOPHER J. MUZZI
        RENEE M. FURUTA
        Attorneys for Plaintiff
        PHILIP E. ENGLISH