MOSELEY BIEHL TSUGAWA LAU & MUZZI
a Hawaii limited liability law company
ROGER S. MOSELEY            2060
ALAN K. LAU                 3981
CHRISTOPHER J. MUZZI        6939
RENEE M. FURUTA             7593
Alakea Corporate Tower
1100 Alakea Street, 23rd Floor
Honolulu, Hawaii 96813
Telephone: (808) 531-0490
Facsimile: (808) 534-0202
Email:  rmoseley@hilaw.us
        alau@hilaw.us
        cmuzzi@hilaw.us
        rfuruta@hilaw.us

Attorneys for Plaintiff
PHILIP E. ENGLISH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>　　　　　Defendants. | Civil No.  04-00108 JMS/KSC<br><br>CERTIFICATE OF SERVICE RE: AMENDED NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION<br><br>[RE:  THOMAS RIDDLE] |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the AMENDED NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION (RE: THOMAS RIDDLE) was duly served upon the parties listed below at their respective address, via hand-delivery, on the date stated below.

    MICHAEL A. LORUSSO, ESQ.
    Kawashima Lorusso & Tom, LLP
    Fort Street Tower
    745 Fort Street, 5th Floor
    Honolulu, Hawaii 96813
        Attorneys for Defendants
           City & County of Honolulu,
           Gary T. Kurokawa, Robert O. Magota,
           and Ann C. Gima

    KEVIN P. H. SUMIDA, ESQ.
    ANTHONY L. WONG, ESQ.
    Dillingham Transportation Building
    735 Bishop Street, Suite 411
    Honolulu, Hawaii 96813
        Attorneys for Defendant
           GK APPRAISALS, INC.

    MARIE MANUELE GAVIGAN, ESQ.
    Dept. of Corporation Counsel
    530 S. King Street, Suite 110
    Honolulu, Hawaii 96813
        Attorney for Thomas Riddle

DATED: Honolulu, Hawaii, AUG 3 1 2006.

                                /s/ ROGER S. MOSELEY
                                ROGER S. MOSELEY
                                ALAN K. LAU
                                CHRISTOPHER J. MUZZI
                                RENEE M. FURUTA
                                Attorneys for Plaintiff
                                PHILIP E. ENGLISH