Gima, Ann

| | |
|---|---|
| From: | Agsalud, Lee M. |
| Sent: | Wednesday, July 26, 2000 11:22 AM |
| To: | Gima, Ann; Ideoka, Lee; English, Philip E.; Magota, Robert; Okamoto, Michael |
| Cc: | Carter, Lois L. |
| Subject: | Ilikai assessment/appeal |

As some of you know, the new owners of this property have been requesting a "discussion" with this office, ostensibly to see whether an early settlement of the tax appeal can be achieved. Ultimately, they are probably curious as to whether any reconciliation can be reached regarding the sale of the property and its effect on our assessments. Given the complicated nature of this property, the fact that two separate City appraisers are responsible for the assessment, and the history of how this property has been treated by the Tax Appeal Court, I think it's important we all get on the same page and determine, among other things, (1) whether we are ready and willing to talk to the taxpayer at this point, (2) how much of a problem the sale presents for us and how we handle it, and (3) internally, how we are going to handle the logistics of negotiation, trial prep., etc.

I would like to meet on this some time next week. I propose Monday, late morning or early afternoon. I'm also available Tuesday or Thursday, but unless I hear otherwise, I will schedule a meeting for Monday (Lois, please secure a meeting room). Mike O., I'm requesting your presence and input because of your experience with this property.

Thanks all!