na, Ann

**From:** English, Philip E.
**Sent:** Friday, November 16, 2001 11:17 AM
**To:** Bender, Susan A.
**Cc:** Magota, Robert; Gima, Ann
**Subject:** RE: Draft Ltr re Condo Classification Change

Susan,

I have some comments on the second paragraph of the letter. It seems to put a lot of responsibility on the AOAO and the president of the AOAO. I am not sure that is appropriate. They are not the responsible party.

All we have asked them to do is to disseminate the letter. I am not sure that their responsibility goes beyond that. In the second paragraph it seems that we are implying that they have some additional knowledge and responsibility to notify the owners. Is that right?

I think it would be better to simply say that a letter was mailed to the AOAO requesting dissemination of the letter to the owners and maybe the explanation that the declaration is seeking the actual use of the units.

The next paragraphs are fine.

Thanks for the opportunity to give input.

Phil


-----Original Message-----
**From:** Bender, Susan A.
**Sent:** Friday, November 16, 2001 10:53 AM
**To:** Gima, Ann; English, Philip E.
**Cc:** Magota, Robert
**Subject:** Draft Ltr re Condo Classification Change

Dear and Ann and Phil,
I've been working with Bob on a notification letter to be sent to condo owners warning of an upcoming classification change to "Hotel and resort." Bob asked me to disseminate to you the most recent draft for any comments you might have. I've put a copy on your chairs. You can direct your comments to either Bob or me.

My one observation, which I've already communicated to Bob, is that the notification letter does not address the situation where an owner receives, completes, and returns a Declaration, but we still change the Pitt because the use is TVU or time-share, or we cannot make out from the Declaration what the use is, or to what TMK/CPR the use applies. If you've seen some the Declarations Belinda is combing through, you'd know what I mean. I am going to rework the notification letter with this in mind.
Susan

# EXHIBIT "C"

1

CC 000124