...na, Ann

**From:** Gima, Ann
**Sent:** Friday, November 16, 2001 12:49 PM
**To:** Bender, Susan A.
**Subject:** RE: Draft Ltr re Condo Classification Change

Susan,
Phil and I had a brief conversation this morning regarding what he covered in his e-mail to you. I've read Phil's input and have read draft 3 and do appreciate that his comments have been taken into account.

I was under the impression that these letters were not going to be sent to those units that are being changed pursuant to the receipt of their Declaration stating the use of their unit as a TVU. (Item 3 in paragraph 3) Or are we telling them that we are using other sources to change their classification?

In paragraph 5, it seems that we are asking if they are living in it exclusively... those who are only part-time occupants may be confused. Couldn't we merely ask them to complete the declaration form and mail it to us?

Thanks,
*Annie*

-----Original Message-----
**From:** Bender, Susan A.
**Sent:** Friday, November 16, 2001 10:53 AM
**To:** Gima, Ann; English, Philip E.
**Cc:** Magota, Robert
**Subject:** Draft Ltr re Condo Classification Change

Dear and Ann and Phil,
I've been working with Bob on a notification letter to be sent to condo owners warning of an upcoming classification change to "Hotel and resort." Bob asked me to disseminate to you the most recent draft for any comments you might have. I've put a copy on your chairs. You can direct your comments to either Bob or me.

My one observation, which I've already communicated to Bob, is that the notification letter does not address the situation where an owner receives, completes, and returns a Declaration, but we still change the Pitt because the use is TVU or time-share, or we cannot make out from the Declaration what the use is, or to what TMK/CPR the use applies. If you've seen some the Declarations Belinda is combing through, you'd know what I mean. I am going to rework the notification letter with this in mind.
Susan

**EXHIBIT "D"**

1

CC 000125