Gima, Ann

---

**From:** Bender, Susan A.
**Sent:** Monday, November 26, 2001 10:07 AM
**To:** Magota, Robert; Gima, Ann; English, Philip E.
**Subject:** Condo Declarations

Bob has asked that the 4 of us get together this PM to review the Declarations re Condo Use that are incomplete or unclear and make some decisions. He suggested 1:30 PM. I hope this time is okay with you, Ann and Phil.
Susan

EXHIBIT "E"

1

CC 000120