Gima, Ann

---

**From:** Kurokawa, Gary
**Sent:** Tuesday, January 22, 2002 10:54 AM
**To:** Gima, Ann; Magota, Robert; Bender, Susan A.; English, Philip E.

Sorry,

Can we make it for 2:00.

Thanks for continuing the work on the Waikiki Shores. This has been a trying time for us regarding the actual use law on the condos. I want to sit down with all of you and get input on where do we go from here, and how we are implementing in the future. I am suggesting that we use a system of auditing a portion of the declarations made by the owners. I am open to any suggestions that will make the process smoother with the TP and our staff.

Can we meet for a few minutes to bring out the issues and then come back to make proposals for the implementation next year and beyond. Is Tuesday 1:30 OK, 3rd floor conference room.


Gary Kurokawa
842 Bethel Street
Honolulu, Hawaii 96813
(808) 527-5502
gkurokawa@co.honolulu.hi.us

01/22/2002

EXHIBIT "F"

CC 000108