Gima, Ann
---

**From:** Gima, Ann
**Sent:** Friday, October 04, 2002 10:30 AM
**To:** English, Philip E.
**Cc:** Kurokawa, Gary; Magota, Robert; Bender, Susan A.

Phil
please be prepared to meet on Tuesdat @ 9:00 a.m.
on issues regarding the Waikiki Shore

Have the lists of TMKs that Susan has already requested
for example:
which ones have already submitted info documenting the need to correct.
which have "invalid" appeals
which have "valid" appeals
which have been stipulated and why

have a list of the additional projects which we need to send declarations to.

Thanks,

Annie

EXHIBIT "H"

1

CC 000321