IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1 –10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>    Defendants. | Civil No. 04-00108 SOM/KSC<br><br>DECLARATION OF ROGER S. MOSELEY<br><br><br><br><u>Hearing:</u><br>Dates: September 19, 2006<br>Time: 9:30 a.m.<br>Judge: Honorable Kevin S. Chang |

## **DECLARATION OF ROGER S. MOSELEY**

  I, ROGER S. MOSELEY, declare under penalty of perjury that the following is true and correct to the best of my knowledge:

  1. I am an attorney licensed to practice law in the State of Hawaii, the United District Court for the District of Hawaii, and the United States Circuit Court of the 9th Circuit.

  2. I am one of the attorneys responsible for representing Plaintiff Philip E. English in the above-captioned case.

10010/3/57580

3.   I make this declaration in support of PLAINTIFF PHILIP E. ENGLISH'S SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO SUSAN BENDER'S MOTION FOR PROTECTIVE ORDER AND TO QUASH SUBPOENA DUCES TECUM FILED JULY 31, 2006.

4.   Exhibit B is a true and correct copy of an Email from Deputy Corporation Counsel Lee M. Agsalud to Ann Gima, et als dated July 26, 2000 re: Illikai assessment/appeal that was turned over to Plaintiff in discovery by Defendant City and County of Honolulu in this action.

5.   Exhibit C is a true and correct copy of an Email from P. English to Deputy Corporation Counsel Susan Bender dated November 16, 2001 re: Draft Ltr re Condo Classification Change that was turned over to Plaintiff in discovery by Defendant City and County of Honolulu in this action.

6.   Exhibit D is a true and correct copy of Email from A. Gima to Deputy Corporation Counsel Susan Bender dated November 16, 2001 re: Draft Ltr re Condo Classification Change that was turned over to Plaintiff in discovery by Defendant City and County of Honolulu in this action.

7.   Exhibit E is a true and correct copy of an Email from Deputy Corporation Counsel Susan Bender to R. Magota, et al dated November 26, 2001 re: Condo Declarations that was turned over to Plaintiff in discovery by Defendant City and County of Honolulu in this action.

8.    Exhibit F is a true and correct copy of an Email from G. Kurokawa to A. Gima, et als. dated January 22, 2002 and cc: to Deputy Corporation Counsel Susan Bender that was turned over to Plaintiff in discovery by Defendant City and County of Honolulu in this action.

9.    Exhibit G is a true and correct copy of an Email from M. Kim to P. English, et als dated May 21, 2002 and cc: to Deputy Corporation Counsel Susan Bender that was turned over to Plaintiff in discovery by Defendant City and County of Honolulu in this action.

10.    Exhibit H is a true and correct copy of an Email from A. Gima to P. English dated October 4, 2002 and cc: to Deputy Corporation Counsel Susan Bender that was turned over to Plaintiff in discovery by Defendant City and County of Honolulu in this action.

I DECLARE UNDER PENALTY OF PERJURY under the laws of the United States and the State of Hawaii that the foregoing is true and correct.

Executed September 5, 2006, at Honolulu, Hawaii.

                                                                                               */s/Roger S. Moseley*
                                                                                               ROGER S. MOSELEY