IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>          Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1–10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>          Defendants. | Civil No. 04-00108 SOM/KSC<br><br>CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

The undersigned herby certifies that a true and correct copy of the foregoing was duly served upon the party listed below at their respective address on September 5, 2006.

MICHAEL A. LORUSSO, ESQ.  　　　　　　　　　　VIA U.S.MAIL
Kawashima Lorusso & Tom, LLP
Fort Street Tower
745 Fort Street, 5th Floor
Honolulu, Hawaii 96813

    Attorneys for Defendants
    City & County of Honolulu,
    Gary T. Kurokawa, Robert O. Magota,
    and Ann C. Gima

KEVIN P. H. SUMIDA, ESQ.  　　　　　　　　**VIA COURT'S ELECTRONIC**
ANTHONY L. WONG, ESQ.  　　　　　　　　　**TRANSMISSION FACILITY**
Suite 1400, Mauka Tower
737 Bishop Street
Honolulu, Hawaii 96813

    Attorneys for Defendant
    GK APPRAISALS, INC.

MARIE MANUELE GAVIGAN, ESQ.  　　　**VIA COURT'S ELECTRONIC**
Department of Corporation Counsel  　　　　**TRANSMISSION FACILITY**
530 S. King Street., Room 110
Honolulu, Hawaii 96813

    Attorney for SUSAN A. BENDER

DATED: Honolulu, Hawaii, September 5, 2006.

                                   */s/ Christopher J. Muzzi*
                                   ROGER S. MOSELEY
                                   ALAN K. LAU
                                   CHRISTOPHER J. MUZZI
                                   RENEE M. FURUTA
                                   Attorneys for Plaintiff
                                   PHILIP E. ENGLISH