ORIGINAL

00001880.WPD

KAWASHIMA LORUSSO & TOM LLP

JAMES KAWASHIMA      #1145-0
RANDALL Y. YAMAMOTO  #3274-0
BRIAN Y. HIYANE      #6045-0
CARTER K. SIU        #7313-0
Topa Financial Center
Fort Street Tower
745 Fort Street, Suite 500
Honolulu, Hawaii 96813
Telephone:    (808)275-0371
Facsimile:    (808)275-0399
Email Address: ryamamoto@kltlaw.com

LODGED
AUG 2 5 20..
Risón y
CLERK, U. S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP  5 2006

at 10 o'clock and __ min. __ M
SUE BEITIA, CLERK

Attorneys for Defendants
CITY AND COUNTY OF HONOLULU,
GARY T. KUROKAWA, ROBERT O. MAGOTA,
and ANN C. GIMA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

PHILIP E. ENGLISH,

          Plaintiff,

     vs.

CITY AND COUNTY OF HONOLULU;
GARY T. KUROKAWA; ROBERT O.
MAGOTA; ANN C. GIMA; and GK
APPRAISALS, INC.; JOHN DOES
1-10; JANE DOES 1-10; DOE
PARTNERSHIPS; DOE CORPORATIONS
1-10; AND DOE ENTITIES 1-10,

          Defendants.

) CIVIL NO. CV04-00108 SOM/KSC
)
) NOTICE OF HEARING MOTION;
) DEFENDANTS CITY & COUNTY OF
) HONOLULU, GARY T. KUROKAWA,
) ROBERT O. MAGOTA, and ANN C.
) GIMA'S MOTION TO EXTEND TIME TO
) FILE SUBSTANTIVE MOTIONS;
) MEMORANDUM IN SUPPORT OF
) MOTION; DECLARATION OF RANDALL
) Y. YAMAMOTO; CERTIFICATE OF
) SERVICE
)
) HEARING:
) DATE    SEP  8 2006
)
) TIME    11:00 am
)
) JUDGE: Hon. Kevin S.C. Chang
)
) TRIAL: October 3, 2006

## NOTICE OF HEARING MOTION

To:     ROGER S. MOSELEY, ESQ.
        Moseley Biehl Tsugawa Lau & Muzzi
        Alakea Corporate Tower
        1100 Alakea Street, 23rd Floor
        Honolulu, Hawaii 96813

        Attorney for Plaintiff
        PHILIP E. ENGLISH

        KEVIN P.H. SUMIDA, ESQ.
        ANTHONY L. WONG, ESQ.
        735 Bishop Street; Suite 411
        Honolulu, Hawaii 96813

        Attorneys for Defendant
        GK APPRAISALS, INC.

NOTICE IS HEREBY GIVEN that DEFENDANTS CITY & COUNTY OF

HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA, and ANN C. GIMA'S

MOTION TO EXTEND TIME TO FILE SUBSTANTIVE MOTIONS shall come on

for hearing before the Honorable Kevin S.C. Chang, Judge of the

above-entitled Court, in his courtroom, Prince Kuhio Federal

Building, 300 Ala Moana Boulevard, at _11_:00 _A_.m. on

_SEP  8 2006_____, or as soon thereafter as counsel may be heard.

        DATED: Honolulu, Hawaii,_____AUG 2 5 2006_____

                        _____
                        JAMES KAWASHIMA
                        RANDALL Y. YAMAMOTO
                        BRIAN Y. HIYANE
                        CARTER K. SIU
                        Attorneys for Defendants
                        CITY AND COUNTY OF HONOLULU,
                        GARY T. KUROKAWA,
                        ROBERT O. MAGOTA, and
                        ANN C. GIMA