IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>     Plaintiff,<br><br>  vs.<br><br>CITY AND COUNTY OF HONOLULU;<br>GARY T. KUROKAWA; ROBERT O.<br>MAGOTA; ANN C. GIMA; and GK<br>APPRAISALS, INC.; JOHN DOES<br>1-10; JANE DOES 1-10; DOE<br>PARTNERSHIPS; DOE CORPORATIONS<br>1-10; AND DOE ENTITIES 1-10,<br><br>     Defendants. | ) CIVIL NO. CV04-00108 SOM/KSC<br>)<br>) DEFENDANTS CITY & COUNTY OF<br>) HONOLULU, GARY T. KUROKAWA,<br>) ROBERT O. MAGOTA, and ANN C.<br>) GIMA'S MOTION TO EXTEND TIME TO<br>) FILE SUBSTANTIVE MOTIONS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Trial: October 3, 2006 |

**DEFENDANTS CITY & COUNTY OF HONOLULU, GARY T.
UROKAWA, ROBERT O. MAGOTA, and ANN C. GIMA'S
<u>MOTION TO EXTEND TIME TO FILE SUBSTANTIVE MOTIONS</u>**

Come now Defendants CITY & COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA, and ANN C. GIMA (collectively "CITY Defendants"), by and through their attorneys, KAWASHIMA LORUSSO & TOM LLP, and hereby moves this Honorable Court for an order extending time to file dispositive motions.

CITY Defendants discussed this matter with Plaintiff's counsel at the Pretrial Conference on August 24, 2006; however, Plaintiff's counsel voiced their intent to object to an extension of the dispositive motion deadline. <u>See</u> Declaration of Randall Y. Yamamoto.

This motion is brought pursuant to Rules 6 and 7 of Federal Rules of Civil Procedure, Local Rule 6.2(b), the memorandum in support of motion, the declaration attached hereto, and the records and files herein.

DATED: Honolulu, Hawaii, _____AUG 2 5 2006_____.

_____
JAMES KAWASHIMA
RANDALL Y. YAMAMOTO
BRIAN Y. HIYANE
CARTER K. SIU
Attorneys for Defendant
CITY AND COUNTY OF HONOLULU,
GARY T. KUROKAWA,
ROBERT O. MAGOTA, and
ANN C. GIMA