IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH, | ) CIVIL NO. CV04-00108 SOM/KSC |
| Plaintiff, | ) DECLARATION OF RANDALL Y. ) YAMAMOTO |
| vs. | ) |
| CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10, | ) |
| Defendants. | ) |

**DECLARATION OF RANDALL Y. YAMAMOTO**

I, RANDALL Y. YAMAMOTO, declare as follows:

1. Declarant is an attorney licensed to practice law before all the state and federal courts in the State of Hawaii and is one of the attorneys representing Defendants CITY AND COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA, ANN C. GIMA in the above-entitled action.

2. This Declaration is made in lieu of an affidavit pursuant to Local Rule 7.6, Rules of the United States District Court for the District of Hawaii, as amended.

3. Declarant makes this Declaration in support of DEFENDANTS CITY & COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA, and ANN C. GIMA'S MOTION to extend time to file substantive motions.

4. Since the expiration of the May 3, 2006 dispositive motions deadline, there have been significant developments in the law and in this case.

5. For example, the U.S. Supreme Court case of <u>Garcetti v. Ceballos</u>, 126 S.Ct. 1951 (2006) and an Intermediate Court of Appeals decision entitled <u>Wittig v. Allianz, A.G.</u>, ___ P.3d ___, 2006 WL 1731142 (Haw.App. 2006), both issued after the dispositive motions deadline expired, are pertinent to Plaintiff's § 1983 and retaliation claim.

6. At the August 24, 2006 pretrial conference, James Kawashima raised the issue of extending the dispositive motions deadline.

7. Counsel for Plaintiff, Christopher Muzzi, stated that he would object to any extension of the dispositive motions deadline.

8. An extension of the substantive motions deadline is therefore necessary to allow CITY Defendants the opportunity to clarify and/or narrow the Plaintiff's claims before the October 3, 2006 trial.

I declare under penalty of law that the foregoing is true and correct to the best of my knowledge and belief.

DATED: Honolulu, Hawaii, _AUG 2 5 2006_

_____
RANDALL Y. YAMAMOTO