IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH, | ) CIVIL NO. CV04-00108 SOM/KSC |
| | ) |
|        Plaintiff, | ) CERTIFICATE OF SERVICE |
| | ) |
|    vs. | ) |
| | ) |
| | ) |
| CITY AND COUNTY OF HONOLULU; | ) |
| GARY T. KUROKAWA; ROBERT O. | ) |
| MAGOTA; ANN C. GIMA; and GK | ) |
| APPRAISALS, INC.; JOHN DOES | ) |
|  1-10; JANE DOES 1-10; DOE | ) |
| PARTNERSHIPS; DOE CORPORATIONS | ) |
| 1-10; AND DOE ENTITIES 1-10, | ) |
| | ) |
|      Defendants. | ) |
| | ) |
| | ) |
| | ) |

CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing was duly served by means of hand delivery to the following named attorneys at their last known address on _____AUG 2 5 2006_____:

     ROGER S. MOSELEY, ESQ.
     Moseley Biehl Tsugawa Lau & Muzzi
     Alakea Corporate Tower
     1100 Alakea Street, 23rd Floor
     Honolulu, Hawaii 96813

     Attorney for Plaintiff
     PHILIP E. ENGLISH

KEVIN P.H. SUMIDA, ESQ.
ANTHONY L. WONG, ESQ.
735 Bishop Street; Suite 411
Honolulu, Hawaii 96813

Attorneys for Defendant
GK APPRAISALS, INC.

DATED: Honolulu, Hawaii,     AUG 2 5 2006     _____

_____
JAMES KAWASHIMA
RANDALL Y. YAMAMOTO
BRIAN Y. HIYANE
CARTER K. SIU
Attorneys for Defendants
CITY AND COUNTY OF HONOLULU,
GARY T. KUROKAWA,
ROBERT O. MAGOTA, and
ANN C. GIMA

- 2 -