ORIGINAL

LODGED

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 5 2006

at ____ o'clock and ____ min. ___M
SUE BEITIA, CLERK

00001886.WPD
KAWASHIMA LORUSSO & TOM LLP

JAMES KAWASHIMA      #1145-0
RANDALL Y. YAMAMOTO  #3274-0
BRIAN Y. HIYANE      #6045-0
CARTER K. SIU        #7313-0
Topa Financial Center
Fort Street Tower
745 Fort Street, Suite 500
Honolulu, Hawaii 96813
Telephone:   (808)275-0371
Facsimile:   (808)275-0399
Email Address: ryamamoto@kltlaw.com

Attorneys for Defendants
CITY AND COUNTY OF HONOLULU,
GARY T. KUROKAWA, ROBERT O. MAGOTA,
and ANN C. GIMA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>    Defendants. | CIVIL NO. CV04-00108 ~~SOM~~/KSC<br><br>DEFENDANTS CITY & COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA, AND ANN C. GIMA'S **EX PARTE MOTION** TO SHORTEN TIME FOR HEARING ON THEIR MOTION TO EXTEND TIME TO FILE SUBSTANTIVE MOTIONS; DECLARATION OF RANDALL Y. YAMAMOTO; ORDER GRANTING DEFENDANTS CITY & COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA, AND ANN C. GIMA'S EX PARTE MOTION TO SHORTEN TIME FOR HEARING ON THEIR MOTION TO EXTEND TIME TO FILE SUBSTANTIVE MOTIONS; CERTIFICATE OF SERVICE<br><br>Trial: October 3, 2006 |

**DEFENDANTS CITY & COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA, AND ANN C. GIMA'S EX PARTE MOTION TO SHORTEN TIME FOR HEARING ON THEIR MOTION TO EXTEND TIME TO FILE SUBSTANTIVE MOTIONS**

Come now Defendants CITY & COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA, and ANN C. GIMA (collectively "CITY Defendants"), by and through their attorneys, KAWASHIMA LORUSSO & TOM LLP, and hereby moves this Honorable Court, <u>ex parte</u>, for an Order Shortening Time for hearing on their Motion To Extend Time to File Substantive Motions.

This motion is based on Rules 6 and 7, <u>Federal Rules of Civil Procedure</u>; the Declaration of Randall Y. Yamamoto; and the records and files herein.

DATED: Honolulu, Hawaii, AUG 2 5 2006

_____
JAMES KAWASHIMA
RANDALL Y. YAMAMOTO
BRIAN Y. HIYANE
CARTER K. SIU
Attorneys for Defendant
CITY AND COUNTY OF HONOLULU,
GARY T. KUROKAWA,
ROBERT O. MAGOTA, and
ANN C. GIMA