IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH, | ) CIVIL NO. CV04-00108 SOM/KSC )|
| Plaintiff, | ) DECLARATION OF RANDALL Y. ) YAMAMOTO |
| vs. | ) ) |
| CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10, | ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## DECLARATION OF RANDALL Y. YAMAMOTO

I, RANDALL Y. YAMAMOTO, declare as follows:

1.  Declarant is an attorney licensed to practice law before all the state and federal courts in the State of Hawaii and is one of the attorneys representing Defendants CITY AND COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA, ANN C. GIMA (collectively "CITY Defendants") in the above-entitled action.

2.  This Declaration is made in lieu of an affidavit pursuant to Local Rule 7.6, <u>Rules of the United States District Court for the District of Hawaii</u>, as amended.

3.  Recent developments in the law and in this case that occurred after the expiration of the May 3, 2006 dispositive motions deadline call into question the claims made by Plaintiff herein.

4. Because these events occurred after the substantive motion deadline, CITY Defendants are now seeking to extend the deadline to file dispositive motions on Plaintiff's remaining claims.

5. However, if Plaintiff's Motion to Extend Time to File Dispositive Motions ("the Motion") were assigned in the normal course (i.e., at least 28 days), it would be heard on the eve of the October 3, 2006 trial date.

6. It is therefore requested that the Motion be heard as soon as possible so as to avoid the time and expense of trial preparation.

7. CITY Defendants propose that the substantive motions deadline be extended to the September 12, 2006 Motions in Limine deadline.

8. It is therefore imperative that CITY Defendant's Motion to Extend Time be heard as soon as practicable, to allow for the drafting and filing of substantive motions by September 12, 2006 (in the event the Motion is granted).

9. On that basis the undersigned respectfully submits that good cause exists to grant the instant request to shorten time for hearing on the Motion to Extend Time to File Dispositive Motions.

I declare under penalty of law that the foregoing is true and correct to the best of my knowledge and belief.

DATED: Honolulu, Hawaii, AUG 2 5 2006

RANDALL Y. YAMAMOTO

- 3 -