IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>    Defendants. | ) CIVIL NO. CV04-00108 SOM/KSC<br>)<br>) ORDER GRANTING DEFENDANTS CITY<br>) & COUNTY OF HONOLULU, GARY T.<br>) KUROKAWA, ROBERT O. MAGOTA, AND<br>) ANN C. GIMA'S EX PARTE MOTION<br>) TO SHORTEN TIME FOR HEARING ON<br>) THEIR MOTION TO EXTEND TIME TO<br>) FILE SUBSTANTIVE MOTIONS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER GRANTING DEFENDANTS CITY & COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA, AND ANN C. GIMA'S EX PARTE MOTION TO SHORTEN TIME FOR HEARING ON THEIR MOTION TO EXTEND TIME TO FILE SUBSTANTIVE MOTIONS**

Upon due consideration of Defendants City & County of Honolulu, Gary T. Kurokawa, Robert O. Magota, and Ann C. Gima's ex Parte Motion to Shorten Time for Hearing on Their Motion for Protective Order ("Ex Parte Motion"), the Declaration of Randall Y. Yamamoto, Esq. , the records and files herein, and finding good cause therefor,

IT IS HEREBY ORDERED that the Ex Parte Motion is GRANTED and that Defendants City & County of Honolulu, Gary T. Kurokawa, Robert O. Magota, and Ann C. Gima's Motion to Extend Time to File Substantive Motions shall come on for hearing before The Honorable Kevin S.C. Chang in his Courtroom at the United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, at

_11:00_ o'clock _a_.m. on _September 8_, 2006, or as soon thereafter as counsel can be heard.

DATED: Honolulu, Hawaii   SEP 5 2006.

_____
JUDGE OF THE ABOVE-ENTITLED COURT