MOSELEY BIEHL TSUGAWA LAU & MUZZI
A Hawaii Limited Liability Law Company
ROGER S. MOSELEY        2060
CHRISTOPHER J. MUZZI    6939
RENEE M. FURUTA         7593
Alakea Corporate Tower
1100 Alakea Street, 23rd Floor
Honolulu, Hawaii 96813
Telephone: (808) 531-0490
Facsimile: (808) 534-0202
Email: rmoseley@hilaw.us
       cmuzzi@hilaw.us
       rfuruta@hilaw.us

Attorneys for Plaintiff
PHILIP E. ENGLISH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1–10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>Defendants. | Civil No. 04-00108 SOM/KSC<br><br>SUPPLEMENTAL DECLARATION OF ROGER S. MOSELEY; EXHIBITS "I" – "J"; CERTIFICATE OF SERVICE<br><br><br><br><br><br><br><br>Hearing:<br>Dates: September 19, 2006<br>Time: 9:30 a.m.<br>Judge: Honorable Kevin S. Chang |

10010/3/57580

# SUPPLEMENTAL DECLARATION OF ROGER S. MOSELEY

I, ROGER S. MOSELEY, declare under penalty of perjury that the following is true and correct to the best of my knowledge:

1. I am an attorney licensed to practice law in the State of Hawaii, the United District Court for the District of Hawaii, and the United States Circuit Court of the 9th Circuit.

2. I am one of the attorneys responsible for representing Plaintiff Philip E. English in the above-captioned case.

3. I make this declaration in support of PLAINTIFF PHILIP E. ENGLISH'S SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO SUSAN BENDER'S MOTION FOR PROTECTIVE ORDER AND TO QUASH SUBPOENA DUCES TECUM FILED JULY 31, 2006.

4. Exhibit I is a true and correct copy of an Email from Deputy Corporation Counsel Susan A. Bender to Philip E. English dated October 19, 2001 re HRS 92F Request, which was produced to Plaintiff by Defendant City and County of Honolulu on or about August 25, 2006.

5. Exhibit J is a true and correct copy of an Email from Deputy Corporation Counsel Susan A. Bender to Ann Gima and Philip E. English dated October 24, 2001 re: the BOR hearing re: 2 Waikiki Shore Condos, which was

produced to Plaintiff by Defendant City and County of Honolulu on or about August 25, 2006.

I DECLARE UNDER PENALTY OF PERJURY under the laws of the United States and the State of Hawaii that the foregoing is true and correct.

Executed September 5, 2006, at Honolulu, Hawaii.

                                               /s/Roger S. Moseley
                                               ROGER S. MOSELEY