| | |
|---|---|
| From: | Bender, Susan A. |
| Sent: | Friday, October 19, 2001 11:58 AM |
| To: | English, Philip E. |
| Subject: | RE: HRS 92F Request |

Phil,
I couldn't help but notice that there was major tension in the air. It is unfortunate that you are being ridiculed for the mistakes of others. That should not happen. I am very sorry that it is. Turn the other cheek, is all I can advise. But that is easier said than done. Hang in there.

By the way, we received 3 boxes of Outrigger documents produced to the Court Reporter. The boxes contain 35 volumes of exhibits. We have moved the boxes to Richard Nathaniel's old office next to Sue. If you need to find something, Vickie or I can help you. I'd like to focus on documents that pertain to Elliott's 3 units, to be able to rebut any testimony he may make regarding their use.

Has Michelle been helpful? Robin sent her out to assist you with the 92F Request.
Susan

-----Original Message-----
| | |
|---|---|
| From: | English, Philip E. |
| Sent: | Friday, October 19, 2001 9:49 AM |
| To: | Bender, Susan A. |
| Subject: | RE: HRS 92F Request |

Susan,

Thanks. Never got out of the dog house. Things are worse than before. If I believe the people who I work with I am a complete baffoon and haven't a clue what I am doing. I am currently being rediculed for things that were input by Stan. I should have known that they were there apparently. I am a pretty awful employee!

Thanks for noticing,

Phil

-----Original Message-----
| | |
|---|---|
| From: | Bender, Susan A. |
| Sent: | Friday, October 19, 2001 9:41 AM |
| To: | English, Philip E. |
| Subject: | RE: HRS 92F Request |

Phil,
It's an HRS 92F request. But, I think Robin will figure it out! By the way, are you in the dog house again?
SAB

-----Original Message-----
| | |
|---|---|
| From: | English, Philip E. |
| Sent: | Friday, October 19, 2001 9:29 AM |
| To: | Freitas, Robin |
| Cc: | Gima, Ann; Bender, Susan A. |
| Subject: | |

Robin,

I have received a request for documents from an attorney relating to the Waikiki Shore Condominium. I believe it is an 93-F request. I have been told to contact you about this. Please contact me at your convenience so that I can meet with you about this.

Thanks,

*Phil English*

CD 000352

1

# EXHIBIT "I"