| | |
|---|---|
| From: | Bender, Susan A. |
| Sent: | Wednesday, October 24, 2001 3:44 PM |
| To: | Gima, Ann; English, Philip E. |
| Subject: | BOR Hrg Friday re: 2 Waikiki Shore Condos --Benediktson and Neale |
| Importance: | High |

Ann and Phil,

Christine spoke to me about the BOR hearing this Friday, Oct. 26, at which Roger Moseley will be appearing on behalf of Benediktson and Neale. She advises that Phil should argue that Benediktson does not have standing. She says that because the BOR found lack of standing in Jasper, they will not be afraid to rule that Benediktson does not have standing. I agree. This case is clearly different from the other Waikiki Shore cases where I argued lack of standing and Judge Chang invoked HRCP Rule 17 regarding the real party in interest and allowed the new owners at TAC to substitute for the old owners (who had standing) when they appealed to the BOR. In this case, Benediktson DID NOT OWN the property when the appeal was filed at BOR. This is a clear case where Benediktson lacks standing, no matter what Roger tries to argue.

Susan

CD 000351

1

**EXHIBIT "J"**