IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>      Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1–10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>      Defendants. | Civil No.  04-00108 SOM/KSC<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

The undersigned herby certifies that a true and correct copy of the foregoing was duly served upon the party listed below at their respective address on September 5, 2006.

| | |
|---|---|
| MICHAEL A. LORUSSO, ESQ.<br>Kawashima Lorusso & Tom, LLP<br>Fort Street Tower<br>745 Fort Street, 5th Floor<br>Honolulu, Hawaii 96813 | VIA U.S. MAIL |

    Attorneys for Defendants
    City & County of Honolulu,
    Gary T. Kurokawa, Robert O. Magota,
    and Ann C. Gima

| | |
|---|---|
| KEVIN P. H. SUMIDA, ESQ.<br>ANTHONY L. WONG, ESQ.<br>Suite 1400, Mauka Tower<br>737 Bishop Street<br>Honolulu, Hawaii 96813 | VIA COURT'S ELECTRONIC<br>TRANSMISSION FACILITY |

    Attorneys for Defendant
    GK APPRAISALS, INC.

| | |
|---|---|
| MARIE MANUELE GAVIGAN, ESQ.<br>Department of Corporation Counsel<br>530 S. King Street., Room 110<br>Honolulu, Hawaii 96813 | VIA COURT'S ELECTRONIC<br>TRANSMISSION FACILITY |

    Attorney for SUSAN A. BENDER

DATED: Honolulu, Hawaii, September 5, 2006.

                                            */s/ Christopher J. Muzzi*
                                            ROGER S. MOSELEY
                                            ALAN K. LAU
                                            CHRISTOPHER J. MUZZI
                                            RENEE M. FURUTA
                                            Attorneys for Plaintiff
                                            PHILIP E. ENGLISH