ORIGINAL

MOSELEY BIEHL TSUGAWA LAU & MUZZI
A Hawaii Limited Liability Law Company
ROGER S. MOSELEY           2060
CHRISTOPHER J. MUZZI       6939
RENEE M. FURUTA            7593
Alakea Corporate Tower
1100 Alakea Street, 23rd Floor
Honolulu, Hawaii 96813
Telephone: (808) 531-0490
Facsimile: (808) 534-0202
Email: rmoseley@hilaw.us
       cmuzzi@hilaw.us
       rfuruta@hilaw.us

LODGED
SEP 0 6 2006
3:30pm
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
SEP 8 2006
at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

Attorneys for Plaintiff
PHILIP E. ENGLISH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH, | Civil No. 04-00108 SOM/KSC |
| Plaintiff, | PLAINTIFF PHILIP E. ENGLISH'S EX PARTE MOTION TO SHORTEN TIME FOR HEARING ON HIS MOTION TO COMPEL THE TESTIMONY OF SUZANNE FOUMAI; DECLARATION OF ROGER S. MOSELEY; ORDER GRANTING PLAINTIFF PHILIP E. ENGLISH'S EX PARTE MOTION TO SHORTEN TIME FOR HEARING ON HIS MOTION TO COMPEL THE TESTIMONY OF SUZANNE FOUMAI; CERTIFICATE OF SERVICE |
| vs. | |
| CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1 –10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10, | |
| Defendants. | |
| | TRIAL: OCTOBER 3, 2006 |

10010/3/57657.2

### PLAINTIFF PHILIP E. ENGLISH'S EX PARTE MOTION TO SHORTEN TIME FOR HEARING ON HIS MOTION TO COMPEL THE TESTIMONY OF SUZANNE FOUMAI

COMES NOW, Plaintiff Philip E. English ("Plaintiff"), by and through his counsel, Moseley Biehl Tsugawa Lau & Muzzi, and hereby moves this Honorable Court, ex parte, for an Order Shortening Time for hearing on his Motion to Compel the Testimony of Suzanne Foumai.

This motion is based on Rules 6 & 7 of the Federal Rules of Civil Procedure, the Declaration of Roger S. Moseley, and the records and files herein.

Dated: Honolulu, Hawaii, September 6, 2006.

_____
ROGER S. MOSELEY
CHRISTOPHER J. MUZZI
RENEE M. FURUTA
Attorneys for Plaintiff