IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH, | Civil No.  04-00108 SOM/KSC |
| Plaintiff, | DECLARATION OF ROGER S. MOSELEY |
| vs. | |
| CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1 –10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10, | |
| Defendants. | |

## DECLARATION OF ROGER S. MOSELEY

I, ROGER S. MOSELEY, declare under penalty of perjury that the following is true and correct to the best of my knowledge:

1.    I am an attorney licensed to practice law in the State of Hawaii, the United District Court for the District of Hawaii, and the United States Circuit Court of the 9th Circuit.

2.    I am one of the attorneys responsible for representing Plaintiff Philip E. English in the above-captioned case.

3.     This Declaration is made in lieu of an affidavit pursuant to local Rule 7.6, Rules of the United States District Court for the District of Hawaii, as amended.

4.     This motion is based upon the oral deposition of Suzanne Foumai and the objections made therein by Michael Lorusso, Esq.

5.     Ms. Foumai, a witness herein (not a party) testified that she is represented by Mr. Lorusso who also is counsel for the City and County of Honolulu.

6.     When questioned about her legal representation and fee arrangement with Mr. Lorusso, Ms. Foumai was wrongfully instructed by Mr. Lorusso not to answer the questions.

7.     This motion is being brought to compel the testimony of Ms. Foumai.

8.     It is requested that this motion be heard as soon as possible considering trial in this matter is scheduled to commence on October 3, 2006 and should the court compel the testimony of Ms. Foumai, another deposition date must be scheduled.

9.     On September 2, 2006, via facsimile, I transmitted correspondence to Michael Lorusso and Anthony Wong regarding the deposition of Ms. Foumai. I requested that Mr. Lorusso re-evaluation his objections to Ms. Foumai instructing

her not to answer questions based on the attorney-client privilege.  I have not received any response to my correspondence.

10.    Plaintiff respectfully submits that good cause exists to grant the instant request to shorten time for hearing on Plaintiff's Motion to Compel the Testimony of Suzanne Foumai.

I  DECLARE UNDER PENALTY OF PERJURY under the laws of the United States and the State of Hawaii that the foregoing is true and correct.

Executed September 6, 2006, at Honolulu, Hawaii.

ROGER S. MOSELEY