IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>        Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1–10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>        Defendants. | Civil No. 04-00108 SOM/KSC<br><br>ORDER GRANTING PLAINTIFF PHILIP E. ENGLISH'S EX PARTE MOTION TO SHORTEN TIME FOR HEARING ON HIS MOTION TO COMPEL THE TESTIMONY OF SUZANNE FOUMAI |

**ORDER GRANTING PLAINTIFF PHILIP E. ENGLISH'S EX PARTE MOTION TO SHORTEN TIME FOR HEARING ON HIS MOTION TO COMPEL THE TESTIMONY OF SUZANNE FOUMAI**

10010/3/57679

Upon due consideration of Plaintiff Philip E. English ("Plaintiff")'s Ex Parte Motion to Shorten Time for Hearing on his Motion to Compel the Testimony of Suzanne Foumai, the Declaration of counsel, the records and files herein, and finding good cause therefore,

IT IS HEREBY ORDERED that the Ex Parte Motion is GRANTED and that Plaintiffs' Motion to Compel the Testimony of Suzanne Foumai shall come on for hearing before the Honorable Kevin S.C. Chang in his courtroom at the United States Courthouse, 300 Ala Moana Blvd., Honolulu, Hawaii, at _10:00_ o'clock _a_.m. on _September 14_, 2006, or as soon thereafter as counsel can be heard.

Dated: Honolulu, Hawaii, _SEP 8 2006_.

_____
JUDGE OF THE ABOVE-ENTITLED COURT