# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

9/8/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV04-00108KSC |
| CASE NAME: | Philip E. English v. City and County of Honolulu, et al. |
| ATTYS FOR PLA: | Roger Moseley<br>Christopher Muzzi |
| ATTYS FOR DEFT: | Kevin Sumida<br>Anthony Wong<br>James Kawashima<br>Randall Yamamoto |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | FTR C5<br>11:06-11:24:28am<br>(Motion) |
| DATE: | 9/8/2006 | TIME: | C5 - no record<br>11:25-12:00pm<br>(Further FPT) |

COURT ACTION:  EP:
1. Defendants City & County of Honolulu, Gary T. Kurokawa, Robert O. Magota, and Ann C. Gima's Motion to Extend Time to File Substantive Motions [278]
2. Defendant GK Appraisals, Inc.'s <u>Joinder</u> in Defendants City & County of Honolulu, Gary T. Kurokawa, Robert O. Magota, and Ann C. Gima's Motion to Extend Time to File Substantive Motions [286]
3. Further Final Pretrial Conference


1. Defendants City & County of Honolulu, Gary T. Kurokawa, Robert O. Magota, and Ann C. Gima's Motion to Extend Time to File Substantive Motions.  Motion granted.  The court will allow plaintiff/defendants to file substantive motions.  Deadline for filing motions: 9/12/06.  Opposition due: 9/22/06.  Optional Reply due: 9/26/06.  The court will set the hearings after the motions have been filed.  Mr. Kawashima to prepare the order.

2. Defendant GK Appraisals, Inc.'s Joinder in Defendants City & County of Honolulu, Gary T. Kurokawa, Robert O. Magota, and Ann C. Gima's Motion to Extend Time to File

Substantive Motions. Joinder granted.

3. Further Final Pretrial Conference.

Approximate length of trial: 4 weeks

Witnesses will be called once for all purposes

No court on 10/9/06 (Holiday) and 10/18/06 (CVB court)

Counsel will speak on 9/11/06 regarding exhibits and will try to stipulate regarding witnesses

Court will consider Mr. Moseley's request regarding opening statements to last 45 minutes to 1 hour.

Further Settlement Conference set 9/26/06, 10:00am (Day 1) and 9/27/06, 10:00am (Day 2), Judge Chang.

Submitted by: Shari Afuso, Courtroom Manager