ORIGINAL

MOSELEY BIEHL TSUGAWA LAU & MUZZI
A Hawaii Limited Liability Law Company
ROGER S. MOSELEY            2060
CHRISTOPHER J. MUZZI      6939
RENEE M. FURUTA              7593
Alakea Corporate Tower
1100 Alakea Street, 23rd Floor
Honolulu, Hawaii 96813
Telephone: (808) 531-0490
Facsimile: (808) 534-0202
Email: rmoseley@hilaw.us
       cmuzzi@hilaw.us
       rfuruta@hilaw.us

LODGED
SEP 0 6 2006
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 8 2006
at /0 o'clock and ____ min. ___M
SUE BEITIA, CLERK

Attorneys for Plaintiff
PHILIP E. ENGLISH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| PHILIP E. ENGLISH, | Civil No. 04-00108 SOM/KSC |
|---|---|
| Plaintiff, | PLAINTIFF PHILIP E. ENGLISH'S MOTION TO COMPEL THE TESTIMONY OF SUZANNE FOUMAI; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF ROGER S. MOSELEY; EXHIBITS A - E; CERTIFICATE OF SERVICE |
| vs. | |
| CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1 –10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10, | |
| | Hearing: |
| | Dates: September 14, 2006 |
| | Time: 10:00 am |
| Defendants. | Judge: Honorable Kevin S. Chang |

10010/3/57657

## PLAINTIFF PHILIP E. ENGLISH'S MOTION TO COMPEL THE TESTIMONY OF SUZANNE FOUMAI

Plaintiff Philip E. English ("Plaintiff"), by and through his counsel, Moseley Biehl Tsugawa Lau & Muzzi, brings this Motion to Compel the Testimony of Suzanne Foumai requesting the Court order Ms. Foumai testify as to her attorney fee arrangements with Michael A. Lourusso, Esq. and/or Kawashima Lorusso & Tom, LLP and her conversations with Michael A. Lorusso, Esq.

This motion is brought pursuant to Rules 7 and 37 of the Federal Rules of Civil Procedure and is supported by the attached memorandum, declaration and exhibits, and the record and files herein.

Dated: Honolulu, Hawaii, September 6, 2006.

_____
ROGER S. MOSELEY
CHRISTOPHER J. MUZZI
RENEE M. FURUTA
Attorney for Plaintiff
PHILIP E. ENGLISH