IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>       Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1 –10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>       Defendants. | Civil No. 04-00108 SOM/KSC<br><br>DECLARATION OF ROGER S. MOSELEY |

## DECLARATION OF ROGER S. MOSELEY

I, ROGER S. MOSELEY, declare under penalty of perjury that the following is true and correct to the best of my knowledge:

1.     I am an attorney licensed to practice law in the State of Hawaii, the United District Court for the District of Hawaii, and the United States Circuit Court of the 9th Circuit.

2.     I am one of the attorneys responsible for representing Plaintiff Philip E. English in the above-captioned case.

10010/3/57659

3. I make this declaration in support of PLAINTIFF PHILIP E. ENGLISH'S MOTION TO COMPEL THE TESTIMONY OF SUZANNE FOUMAI.

4. On September 2, 2006, correspondence was transmitted to Defense counsel, Michael A. Lorusso, Esq. and Anthony L. Wong, Esq. via facsimile.

5. In the correspondence, Plaintiff requested that Mr. Lorusso reconsider his instructions to Ms. Foumai not to answer questions about his conversations with her and whether or not she is paying for his legal services/representation. Plaintiff also requested that Ms. Foumai be fully informed of the September 2, 2006 correspondence and that she be provide the opportunity to obtain separate counsel and/or to waive any attorney-client privilege which may arguably have existed with Mr. Lorusso.

6. As of this filing, no response has been received from Mr. Lorusso.

7. Pursuant to Rule 37, Plaintiff has in good faith attempted to confer with Mr. Lorusso, representing Ms. Foumai, to reconsider his instructions to Ms. Foumai regarding disclosure of information.

8. Attached hereto as Exhibit A is a true and correct copy of the Notice of Taking Deposition Upon Oral Examination of Suzanne Foumai dated July 28, 2006.

9. Attached hereto as Exhibit B is a true and correct copy of the First Amended Notice of Taking Deposition Upon Oral Examination of Suzanne Foumai dated August 4, 2006.

10. Attached hereto as Exhibit C is a true and correct copy of the Subpoena served on Suzanne Foumai for her oral deposition on August 4, 2006 filed on August 3, 2006.

11. Attached hereto as Exhibit D is a true and correct copy of the transcript of the oral deposition of Suzanne Foumai taken on August 4, 2006.

12. Attached hereto as Exhibit E is a true and correct copy of correspondence to Michael a. Lorusso, Esq. and Tony L. Wong, Esq. dated September 2, 2006 from Roger S. Moseley with enclosures.

I DECLARE UNDER PENALTY OF PERJURY under the laws of the United States and the State of Hawaii that the foregoing is true and correct.

Executed September 6, 2006, at Honolulu, Hawaii.

_____
ROGER S. MOSELEY