MOSELEY BIEHL TSUGAWA LAU & MUZZI
a Hawaii limited liability law company

| | |
|---|---|
| ROGER S. MOSELEY | 2060 |
| ALAN K. LAU | 3981 |
| CHRISTOPHER J. MUZZI | 6939 |
| RENEE M. FURUTA | 7593 |

Alakea Corporate Tower
1100 Alakea Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone:  (808) 531-0490
Facsimile:  (808) 534-0202
Email:  rmoseley@hilaw.us
         alau@hilaw.us
         cmuzzi@hilaw.us
         rfuruta@hilaw.us

Attorneys for Plaintiff
PHILIP E. ENGLISH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>          Plaintiff,<br><br>     vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>          Defendants. | Civil No.  04-00108 JMS/KSC<br><br>FIRST AMENDED NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION<br><br>[RE:  SUZANNE FOUMAI] |

# EXHIBIT B

**FIRST AMENDED NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION**

TO:  MICHAEL L. LARUSSO, ESQ.
     Kawashima Lorusso & Tom, LLP
     Fort Street Tower
     745 Fort Street, 5th Floor
     Honolulu, Hawaii  96813

        Attorneys for Defendants
        City & County of Honolulu,
        Gary T. Kurokawa, Robert O. Magota,
        and Ann C. Gima

     KEVIN P. H. SUMIDA, ESQ.
     ANTHONY L. WONG, ESQ.
     735 Bishop Street
     Suite 411
     Honolulu, Hawaii  96813

        Attorneys for Defendant
        GK APPRAISALS, INC.

PLEASE TAKE NOTICE that on Friday, August 4, 2006, at Moseley Biehl Tsugawa Lau & Muzzi, a Hawaii Limited Liability Law Company, Alakea Corporate Tower, 1100 Alakea Street, 23rd Floor, Honolulu, Hawaii 96813, Plaintiff Philip E. English, above named will take the deposition of:

| NAME AND ADDRESS | DATE AND TIME |
|---|---|
| **SUZANNE FOUMAI**<br>City and County of Honolulu<br>Dept. of Transportation Services<br>650 S. King Street<br>3nd Floor<br>Honolulu, Hawaii 96813 | Friday,<br>August 4, 2006<br>1:00 p.m. |

Said deposition shall be upon oral examination, pursuant to Rule 30 of the Federal Rules of Civil Procedure before an officer authorized by law to administer oaths.  The oral examination will

continue from day to day until completed. You are invited to attend and examine. Said deponent is required to attend.

YOU ARE FURTHER ORDERED to bring with you, pursuant to a subpoena duces tecum, at the aforementioned date and time, the following items:

1. Any and all documents, records, notes, memorandum or other material pertaining to Philip E. English.

2. Any and all documents, records, notes, memorandum or other material pertaining to Gary Kurokawa.

3. Any and all documents, records, notes, memorandum or other material pertaining to Robert Magota.

4. Any and all documents, records, notes, memorandum or other material pertaining to Ann Gima.

5. Any and all documents, records, notes, memorandum or other material pertaining to Christopher Graff.

6. Any and all documents, records, notes, memorandum or other material pertaining to any investigation or interview of any kind with respect to Philip E. English.

7. Any and all documents, records, notes, memorandum or other material pertaining to any investigation or interview with respect to any other employee of the Assessment, Division.

8. Any and all documents, records, notes, memorandum or other material pertaining to Michael Golojuch.

9. Any and all documents, records, notes, memorandum or other material pertaining to any investigation by Michael Golojuch.

10. Any and all documents, records, notes, memorandum or other material pertaining to any investigation by Violet Lee.

11. Any and all documents, records, notes, memorandum or other material pertaining to Violet Lee.

12. Any and all documents, records, notes, memorandum or other material pertaining to Thomas Riddle.

13. Any and all documents, records, notes, memorandum or other material pertaining to any workers' compensation claim by Philip E. English.

14. Any and all documents, records, notes, memorandum or other material pertaining to Charles Totto.

15. Any and all documents, records, notes, memorandum or other material pertaining to the City Ethics Commission.

16. Any and all documents, records, notes, memorandum or other material pertaining to any investigation on behalf of the City Ethics Commission.

17. Copy of your calendar from June 2000 through June 2004.

18. Copy of your time records, cards, logs or other document from June 2000 through June 2004.

19. Any and all documents, records, notes, memorandum or other material pertaining to Board of Review schedules from June 2000 through June 2004.

20. Copy of your vacation schedule from June 2000 through June 2004.

21. Copy of your sick leave from June 2000 through June 2004.

22. Copy of any documentation of any leave of any nature or form taken or sought from June 2000 through june 2004.

23. Any and all documents, records, notes, memorandum or other material pertaining to GK Appraisals, Inc.

24. Any and all documents, records, notes, memorandum or other material pertaining to your education and training regarding real property assessments.

25. Any and all documents, records, notes, memorandum or other material pertaining to any promotion(s) you have received or sought while with the Assessment Division.

26. Any and all documents, records, notes, memorandum or other material pertaining to any disciplinary action taken against you or received by you while employed with the Assessment Division.

27. Any and all documents, records, notes, memorandum or other material pertaining to any disciplinary proceeding or investigation of any employee misconduct in which you participated or were involved in any manner, shape or form.

28. Any and all documents, records, notes, memorandum or other material pertaining to any complaint(s) you have made regarding any employee of the Assessment Division.

29. Any and all documents, records, notes, memorandum or other material pertaining to any training or information you received regarding the rights of whistleblowers.

30. Any and all documents, records, notes, memorandum or other material pertaining to any polices and procedures of the City regarding the treatment and rights of whistleblowers.

31. Any and all documents, records, notes, memorandum or other material pertaining to Civil No. 04-00108.

32. Any and all documents, records, notes, memorandum or other material pertaining to defenses asserted by Defendants City and County of Honolulu, Gary T. Kurokawa, Robert O. Magota, Ann C. Gima and/or GK Appraisals, Inc.

DATED: Honolulu, Hawaii, _____AUG 1 2006_____.

ROGER S. MOSELEY
ALAN K. LAU
CHRISTOPHER J. MUZZI
RENEE M. FURUTA

Attorneys for Plaintiff
PHILIP E. ENGLISH

```
MOSELEY BIEHL TSUGAWA LAU & MUZZI
a Hawaii limited liability law company
ROGER S. MOSELEY          2060
ALAN K. LAU               3981
CHRISTOPHER J. MUZZI         6939
RENEE M. FURUTA              7593
Alakea Corporate Tower
1100 Alakea Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone:  (808) 531-0490
Facsimile:  (808) 534-0202
Email:  rmoseley@hilaw.us
        alau@hilaw.us
        cmuzzi@hilaw.us
        rfuruta@hilaw.us
```

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 0 1 2006

at 10 o'clock and 5 min. A M
SUE BEITIA, CLERK

Attorneys for Plaintiff
PHILIP E. ENGLISH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>　　　　　　Defendants. | Civil No.  04-00108 JMS/KSC<br><br>CERTIFICATE OF SERVICE RE: FIRST AMENDED NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION<br><br>[RE:  SUZANNE FOUMAI] |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the FIRST AMENDED NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION (RE: SUZANNE FOUMAI) was duly served upon the parties listed below at their respective address, via hand-delivery, on the date stated below.

MICHAEL L. LARUSSO, ESQ.
Kawashima Lorusso & Tom, LLP
Fort Street Tower
745 Fort Street, 5th Floor
Honolulu, Hawaii 96813

    Attorneys for Defendants
    City & County of Honolulu,
    Gary T. Kurokawa, Robert O. Magota,
    and Ann C. Gima

KEVIN P. H. SUMIDA, ESQ.
ANTHONY L. WONG, ESQ.
   735 Bishop Street
Suite 411
Honolulu, Hawaii 96813

    Attorneys for Defendant
    GK APPRAISALS, INC.

DATED: Honolulu, Hawaii, _____AUG 1 2006_____.

_____
ROGER S. MOSELEY
ALAN K. LAU
CHRISTOPHER J. MUZZI
RENEE M. FURUTA

    Attorneys for Plaintiff
    PHILIP E. ENGLISH