IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH, ) | Civil No. CV04-00108 SOM/KSC |
| ) | |
| Plaintiff, ) | DECLARATION OF SUSAN A. |
| ) | BENDER |
| vs. ) | |
| ) | |
| CITY AND COUNTY OF ) | |
| HONOLULU; GARY T. ) | |
| KUROKAWA; ROBERT O. ) | |
| MAGOTA; ANN C. GIMA; and GK ) | |
| APPRAISALS, INC.; JOHN DOES ) | |
| 1-10; JANE DOES 1-10; DOE ) | |
| PARTNERSHIPS; DOE ) | |
| CORPORATIONS 1-10; and DOE ) | |
| ENTITIES 1-10, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## DECLARATION OF SUSAN A. BENDER

I, SUSAN A. BENDER, declare as follows:

1. This Declaration is made in lieu of an affidavit pursuant to Local Rule 7.6, Rules of the United States District Court for the District of Hawaii, as amended.

2. I make this Declaration based upon personal knowledge and information.

3. I have reviewed paragraph 34 of the First Amended Complaint. With reference to the first sentence of paragraph 34, any information that I could provide with regard to said allegations would be protected by the attorney-client privilege.

I have no personal knowledge as to the remainder of the allegations contained in said paragraph.

4.   I have reviewed paragraphs 36, 37, 38, 39, 40 41, 57, 63, 72, 77, 78, 79 and 83 of the First Amended Complaint. I have no personal knowledge with regard to the allegations contained in these paragraphs.

5.   I have reviewed paragraph 42 of the First Amended Complaint. Although I was sent a copy of Plaintiff's email by way of a "bcc," I have no personal knowledge as to the allegations contained in said paragraph.

6.   I have reviewed paragraph 50 of the First Amended Complaint. The first three sentences of this paragraph are protected by the attorney-client privilege. I have no personal knowledge as to the remaining allegations contained in said paragraph.

7.   I have reviewed paragraph 52 of the First Amended Complaint. The majority of the matters contained in this paragraph are protected by the attorney-client privilege. In addition, the matters contained in this paragraph are the subject of a declaratory judgment action pending in the First Circuit Court of Hawaii.

8.   I have reviewed paragraph 71 of the First Amended Complaint. This is the only paragraph (of those mentioned in Plaintiff's opposition to the Motion for Protective Order) on which I have any personal knowledge.

      I DECLARE UNDER PENALTY OF LAW THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATED:  Honolulu, Hawaii, September 8, 2006.

      /s/ Susan A. Bender
      SUSAN A. BENDER