IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH, ) | Civil No. CV04-00108 SOM/KSC |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| CITY AND COUNTY OF ) | |
| HONOLULU; GARY T. ) | |
| KUROKAWA; ROBERT O. ) | |
| MAGOTA; ANN C. GIMA; and GK ) | |
| APPRAISALS, INC.; JOHN DOES ) | |
| 1-10; JANE DOES 1-10; DOE ) | |
| PARTNERSHIPS; DOE ) | |
| CORPORATIONS 1-10; and DOE ) | |
| ENTITIES 1-10, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## DECLARATION OF MARIE MANUELE GAVIGAN

I, MARIE MANUELE GAVIGAN, declare as follows:

1. I am a deputy corporation counsel for the City and County of Honolulu and one of the attorneys representing Susan A. Bender in this motion for a protective order.

2. I make this Declaration upon personal knowledge and information.

3. On August 10, 2006, I called Plaintiff's counsel, Roger S. Moseley to discuss Ms. Bender's deposition. In that conversation, I asked Mr. Moseley to cancel Ms. Bender's deposition because information that he sought from her was protected by the attorney-client privilege.

4.  In the telephone conference of August 10, 2006, I asked Mr. Moseley what areas of information he sought from Ms. Bender. Mr. Moseley replied that he had no obligation to disclose any of his deposition questions in advance of the deposition. I agreed with Mr. Moseley and stated that I had not asked him to disclose any of his deposition questions.

5.  In the telephone conference of August 10, 2006, Mr. Moseley twice invited me to file a motion for a protective order on behalf of Ms. Bender.

6.  In the telephone conference of August 10, 2006, I informed Mr. Moseley that Ms. Bender's deposition could not proceed in any event as scheduled on Friday, August 18, 2006, due to the fact that August 18th was a State holiday, that Ms. Bender was unavailable on that date, and that I would be off-island on that date.

I DECLARE UNDER PENALTY OF LAW THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATED: Honolulu, Hawaii, September 8, 2006.

/s/ Marie Manuele Gavigan
MARIE MANUELE GAVIGAN