IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>             Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1 –10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>             Defendants. | Civil No.  04-00108 SOM/KSC<br><br>DECLARATION OF CHRISTOPHER J. MUZZI<br><br><br><br>Hearing:<br>Dates:   September 8, 2006<br>Time:    11:00 a.m.<br>Judge:   Honorable Kevin S. Chang |

## DECLARATION OF CHRISTOPHER J. MUZZI

I, CHRISTOPHER J. MUZZI, declare under penalty of perjury that the following is true and correct to the best of my knowledge:

1.    I am an attorney licensed to practice law in the State of Hawaii, the United District Court for the District of Hawaii, and the United States Circuit Court of Appeals for the 9th Circuit.

2.    I am one of the attorneys responsible for representing Plaintiff Philip E. English in the above-captioned case.

10010/3/57300

3. I make this declaration in support of PLAINTIFF PHILIP E. ENGLISH'S MEMORANDUM IN OPPOSITION TO DEFENDANTS CITY AND COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA, AND ANN C. GIMA'S MOTION TO EXTEND TIME TO FILE SUBSTANTIVE MOTIONS.

4. Exhibit A is a true and correct copy of the City and County of Honolulu Charter § 11-102.

5. Exhibit B is a true and correct copy of a Draft Advisory Opinion of the City and County of Honolulu Ethics Commission.

6. Exhibit C is a true and correct copy of the Minutes of the Ethics Commission's February 16, 2006 session.

7. Exhibit D is a true and correct copy of a Plaintiff's notes from a mandatory training seminar held on February 21, 2003.

8. Exhibit E is a true and correct copy of the Job Description for the Appraiser IV position in which Plaintiff was employed.

9. Exhibit F is a true and correct copy of the City and County of Honolulu's Administrative Directive to Employees regarding reporting of suspected fraud, effective 5/17/02.

10. Exhibit G is a true and correct copy of a letter from Roger S. Moseley to Thomas Riddle dated April 25, 2003.

11. Exhibit H is a true and correct copy of a letter from Thomas Riddle to Roger S. Moseley dated April 29, 2003.

12. Exhibit I is a true and correct copy of the Compromise, Settlement and Release Agreement dated January 20, 2004.

13. Exhibit J is a true and correct copy of a letter from Paul Au to Roger S. Moseley dated December 23, 2003.

14. Exhibit K is a true and correct copy of Declaration of Leslie H. Kondo, Exhibit 1 -3.

15. Exhibit L is a true and correct copy of the Complaint; Demand For Jury Trial; Summons in CV00-0039 HG BMK – Sun v. City and County of Honolulu, et al

16. Exhibit M is a true and correct copy of the Complaint; Demand For Jury Trial; Summons in CV00-00729 SOM LEK – Kamakana v. City and County of Honolulu, et al.

17. Exhibit N is a true and correct copy of the Complaint; Demand For Jury Trial; Summons in Civ. No. 02-1-1394-06 – Mersburgh v. Salas, et al.

18. Exhibit O is a true and correct copy of the Complaint; Demand For Jury Trial; Summons in CV02-00622 DAE KSC – Wiggins v. City and County of Honolulu, et al.

19. Exhibit P is a true and correct copy of the Complaint; Demand For Jury Trial; Summons in CV04-00086 SPK LEK – <u>Shannon v. City and County of Honolulu, et al</u>.

20. Exhibit Q is a true and correct copy of the Complaint; Demand For Jury Trial; Summons in Civ. No. 04-4-0910-05 (DDD) – <u>Whang v. City and County of Honolulu, et al</u>.

21. Exhibit R is a true and correct copy of the Complaint; Demand For Jury Trial; Summons in Civ. No. 05-1-1721-09 BIA – <u>Olipares v. City and County of Honolulu</u>.

22. Exhibit S is a true and correct copy of the Article – "Ethics Commission Clears Whistleblower of Complaints" dated August 2, 2006.

I DECLARE UNDER PENALTY OF PERJURY under the laws of the United States and the State of Hawaii that the foregoing is true and correct.

Executed September 6, 2006, at Honolulu, Hawaii.

_____
CHRISTOPHER J. MUZZI