

1 • 9 • 7 • 3

# REVISED
# CHARTER

### OF THE CITY & COUNTY OF HONOLULU

*(2000 EDITION)*

EXHIBIT "A"

# ARTICLE XI
## STANDARDS OF CONDUCT

**Section 11-101.  Declaration of Policy --**

Elected and appointed officers and employees shall demonstrate by their example the highest standards of ethical conduct, to the end that the public may justifiably have trust and confidence in the integrity of government.  They, as agents of public purpose, shall hold their offices or positions for the benefit of the public, shall recognize that the public interest is their primary concern, and shall faithfully discharge the duties of their offices regardless of personal considerations.

**Section 11-102.  Conflicts of Interest --**

No elected or appointed officer or employee shall:

(a)    Solicit or accept any gift, directly or indirectly, whether in the form of money, loan, gratuity, favor, service, thing or promise, or in any other form, under circumstances in which it can reasonably be inferred that the gift is intended to influence the officer or employee in the performance of such person's official duties.  Nothing herein shall preclude the solicitation or acceptance of lawful contributions for election campaigns.

(b)    Disclose confidential information gained by reason of such person's office or position or use such information for the personal gain or benefit of anyone.

(c)    Engage in any business transaction or activity or have a financial interest, direct or indirect, which is incompatible with the proper discharge of such person's official duties or which may tend to impair the independence of judgment in the performance of such person's official duties.

(d)    Receive any compensation for such person's services as an officer or employee of the city from any source other than the city, except as otherwise provided by this charter or by ordinance.

(e)    Represent private interests in any action or proceeding against the interests of the city or appear in behalf of private interests before any agency, except as otherwise provided by law.

*(Reso. 83-357)*

**Section 11-103.  Disclosure of Interest --**

Any elected or appointed officer or employee who possesses or who acquires such interests as might reasonably tend to create a conflict with the public interest shall make full disclosure in writing to such person's appointing authority or to the council, in the case of a member of the council, and to the

-74-