2/21/03                                                     Randy Hiraki

Shown on wall when we came in (on projector
Dilbert Cartoon

Dilbert: "I work for an unethical Company"
Dog: Does that make me a bad person?
       we loathsome and despicable.
       You would be cued in the cued shoes.
Why did that seem so rehearsed?
That's all I think about when we go for walks.


Late last year Randy told he was in charge of training.
  - What is most important to train + when?
  - Too many days of training? End of year crunch
  - Tie training to job classifications
        Human resources / union?


I. Ethics / Appraisers get dumped on.
  - Appeals / all year dumped on / Trial?
      (I get dumped on by my supervisor regularly)
  - Are we like other city employees in the city?
      we are revenue producing / new computers / printers
  - One of Gary's goals to make RPA separate !!
      (This is what I told Gary from the beginning)
  - If Mayor ask you to do something wrong
    " Chris Graff - report him to Ethics
      Martin - get a tape recorder
    Randy "could report to ethics but it
           wouldn't be practical"!!

2

What would you do?
Keith — Do what's right
Randy — "wants to make sure no one has recording device on?, This is just between us."

If they put it in writing to it?
That is what Randy says.

Christine should be handled and discuss within the office.

Take it through the chain and a meeting of the minds

As an Appraisers
⟨It is unethical to accept an assignment with a predetermined value⟩

Conversation ended with no conclusion