**English, Philip E.**

From: English, Philip E.
Sent: Thursday, August 29, 2002 1:24 PM
To: Gima, Ann
Subject: RE: BOR dates

Ann,

If I bunch them up as much as possible I have about 8 BOR dates that I will need depending on how they work up. Maybe more.

Phil

> -----Original Message-----
> From: Gima, Ann
> Sent: Thursday, August 29, 2002 1:04 PM
> To: English, Philip E.
> Subject: RE: BOR dates
>
> yes
>
> Annie
>
> > -----Original Message-----
> > From: English, Philip E.
> > Sent: Thursday, August 29, 2002 12:44 PM
> > To: Gima, Ann
> > Subject: RE: BOR dates
> >
> > Ann,
> >
> > Thanks for the suggestion. My appeals are organized by types of appeals and projects. Do you want me to estimate the number of days that will be required into next year?
> >
> > Phil
> >
> > > -----Original Message-----
> > > From: Gima, Ann
> > > Sent: Thursday, August 29, 2002 12:35 PM
> > > To: English, Philip E.
> > > Subject: RE: BOR dates
> > >
> > > **Organize your appeals such that you can estimate the number of days you will be requiring in the future. This will aid in planning your time.**
> > >
> > > Annie
> > >
> > > > -----Original Message-----
> > > > From: English, Philip E.
> > > > Sent: Thursday, August 29, 2002 9:02 AM
> > > > To: Gima, Ann
> > > > Subject: RE: BOR dates
> > > >
> > > > Ann,
> > > >
> > > > I will not be able to finish all of the appeals this year. No surprise. I would like to take one date near the end of October (if possible) to take care of the whatever Waikiki Shore stuff can be done and other loose ends. Let me know if you think I should do something different.
> > > >
> > > > Phil
> > > >
> > > > > -----Original Message-----
> > > > > From:    Gima, Ann

1

**EXHIBIT "E"**

PE 00479

**Sent:** Thursday, August 29, 2002 8:33 AM
**To:** BFS/RPA Group3
**Subject:** BOR dates

How many BOR dates will each of you need for October so that I may submit the request for dates. Let me know ASAP. Even if you don't need any, e-mail me a response anyway

Annie

PE 00480