# TheHawaiiChannel.com

**Ethics Commission Clears Whistleblower Of Complaints**

POSTED: 10:29 pm HST August 2, 2006
UPDATED: 7:05 am HST August 3, 2006

Related To Story



📹 **Video: Whistleblower Cleared of Ethics Complaint**

**HONOLULU** -- A whistleblower who tipped KITV to a series of investigative stories that embarrassed the medical examiner's office has been cleared of an ethics complaint filed in response to the stories.

Last November, KITV reporter Keoki Kerr found unshredded documents in trash bags on the public sidewalk outside the medical examiner's office. KITV discovered death investigation notes full of personal, private information, including names and Social Security numbers.

As a result of that story, the medical examiner's office filed an ethics complaint against Susan Siu, the department's chief investigator, who alerted KITV to the problem.

"The department was attacking me because they were trying to take the focus away from the deficiencies that they had and put it all on myself," Siu said.

The medical examiner's office claimed that Siu disclosed "confidential information" when she tipped KITV to the coroner's trash disposal problem.

A lawyer hired by the city Ethics Commission has cleared Siu of wrongdoing, saying, "The critical issue is whether the documents were confidential when Mr. Kerr went through the garbage bags. Because the documents were left unsecured in a public place, they were not confidential." **(Read the Ethics Commission report.)**

"I hope this will not deter others from coming forward. It's a hard battle, but if you believe it in your heart, chances are you're going to come forward and the truth will come out eventually," Siu said.

For years, Siu repeatedly requested money for a shredder, something even medical examiner Dr. Kanthi De Alwis confirmed, but De Alwis had rejected those requests, saying there were no funds available. After KITV's stories aired, the office purchased a shredder.

"This whole issue could have gotten taken care of internally, but it unfortunately didn't get done that way," Siu said.

Siu has been on paid leave since September after filing personnel complaints against De Alwis, claiming age and sex discrimination, charges De Alwis denied.

About a week after KITV's stories aired last fall, some medical examiner employees filed complaints against Siu, charging her with workplace violence and sexual harassment.

**Previous Stories:**

- December 15, 2005: Medical Examiner Files Ethics Complaint About KITV Stories
- November 11, 2005: Examiner's Office Sends Dead Man's Items To Wrong Family

**EXHIBIT "S"**

- November 11, 2005: Information Security Weaknesses Found At Medical Examiner's
- November 10, 2005: Medical Examiner Faces Sex, Age Discrimination Complaint
- November 9, 2005: Investigator Says Medical Examiner Workers 'Mediocre'
- November 9, 2005: Investigator Says Examiner's Office 'Botched Death Investigations'

*Copyright 2006 by TheHawaiiChannel.com All rights reserved. This material may not be published, broadcast, rewritten or redistributed.*