AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court
## *District of Hawaii*

PHILIP E. ENGLISH
v.
CITY & COUNTY OF HONOLULU, ET. AL.

EXHIBIT AND WITNESS LIST

CASE NUMBER: 04-00108 KSC/KSC

| PRESIDING JUDGE<br>KEVIN S. CHANG | | | PLAINTIFF'S ATTORNEY<br>ROGER S. MOSELEY | | DEFENDANT'S ATTORNEY | |
|---|---|---|---|---|---|---|
| TRIAL DATE(S)<br>OCT. 3, 2006 to | | | COURT REPORTER | | COURTROOM DEPUTY | |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| 1001 | | | | | Declaration of Leslie H. Kondo, Exhibits 1-3 | |
| 1002 | | | | | Excerpt for the Revised Charter of the City and County of Honolulu (2000 Edition) | |
| 1003 | | | | | Letter dated January 25, 2006 from Charles W. Totto to Carrie K.S. Okinaga and Roger S. Moseley with Attachment (draft advisory opinion) | |
| 1004 | | | | | Letter dated February 7, 2006 from Carrie K.S. Okinaga to Charles W. Totto | |
| 1005 | | | | | City and County of Honolulu Ethics Commission Advisory opinion No. 2006-2 dated May 1, 2006. | |
| 1006 | | | | | Complaint; Demand For jury Trial; Summons in CV00-00397 HG BMK – Sun v. City & County of Honolulu, et al. | |
| 1007 | | | | | Complaint; Demand For Jury Trial; Summons- CV 00-00729 SOM LEK, Kamakana v. City and County of Honolulu, et al | |
| 1008 | | | | | Complaint; Demand For Jury Trial; Summons- Civ. No. 02-1-1394-06, Mersburgh v. Salas, et al | |
| 1009 | | | | | Complaint; Demand For Jury Trial; Summons- CV 02-00622 DAE KSC, Wiggins v. City and County of Honolulu, et al. | |
| 1010 | | | | | Complaint; Demand For Jury Trial; Summons- CV 04-00086 SPK LEK, Shannon v. City and County of Honolulu, et al | |
| 1011 | | | | | Complaint; Demand For Jury Trial; Summons- Civ. No. 04-1-0910-05 (DDD)- Whang v. City & County of Honolulu, et al. | |
| 1012 | | | | | Complaint; Summons- Civ. No. 05-1-1721-09 BIA, Olipares v. City and County of Honolulu | |
| 1013 | | | | | Article- "Ethics Commission Clears Whistleblower of Complaints" dated August 2, 2006 | |
| 1014 | | | | | Ethics Commission City and County of Honolulu Letter dated July 6, 2006 Re: Complaint regarding Susan Siu | |
| 1015 | | | | | Article – "Whistleblowers say ordeal not worth it" dated August 20, 2006 published in the Honolulu Advertiser | |
| 1016 | | | | | Plain Language Guide- City Ethics Laws, city and County of Honolulu (CD000917-CD000938 not in order) | |
| 1017 | | | | | GK Appraisals, Inc. – Articles of Incorporation | |
| 1018 | | | | | GK Appraisals, Inc. – Domestic Profit Corporation Annual Reports for 1992-2004 filed with the Department of Commerce and Consumer Affairs | |
| 1019 | | | | | Independent Contractor Agreement dated July 1, 1995 between GK Appraisals, Inc. and Christopher Graff; copies of cancelled checks paid to Christopher Graff by GK Appraisals, Inc., IRS Form 1099- | |

include a notation as to the location of any exhibit not held with the case file or not available because of size

# EXHIBIT A

Page 1 of 20 Pages

EXHIBIT AND WITNESS LIST – CONTINUATION

AO 187 (Rev. 7/87)

PHILIP E. ENGLISH
    v.
CITY & COUNTY OF HONOLULU, ET. AL.

CASE NUMBER: 04-00108 KSC/KSC

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | MISC issued to Christopher Graff by GK Appraisals, Inc. for calendar years 1995, 1996, 1997 and 1998 |
| 1020 | | | | | Professional Qualifications of David K. Matsunami |
| 1021 | | | | | Handwritten notes of David Matsunami dated 3/24/04 |
| 1022 | | | | | Handwritten notes of David Matsunami (Matsunami Depo. Exhibit 15) |
| 1023 | | | | | David Matsunami Summary of Jobs (Matsunami Depo. Exhibit 16) |
| 1024 | | | | | Invoice dated 8/22/02002 from David Matsunami Appraisers to Mr. Edwin Fong, CPA and Appraisal of The Leasehold Interest in Commercial Parking Unit Number Seven (Matsunami Depo. Exhibit 17) |
| 1025 | | | | | Appraisal of the Fee Simple Interest in the Improved Property Located at 694 and 692 Kilauea Avenue prepared by GK Appraisals, Inc., December 2001 (Matsunami Depo. Exhibit 18) |
| 1026 | | | | | Appraisal of the Land and Improvements Located at 55 Furneaux Street prepared by GK Appraisals, Inc., November 1998 (Matsunami Depo. Exhibit 19) |
| 1027 | | | | | Appraisal of the Basque Subdivision prepared by GK Appraisals, Inc. May 1999 (Matsunami Depo. Exhibit 20) |
| 1028 | | | | | Medical Records of Philip English from Kaiser Permanente |
| 1029 | | | | | Records of Reneau Kennedy, Ed. D. regarding Philip English |
| 1030 | | | | | Initial Report by Daryl B. Matthews, MD, PhD |
| 1031 | | | | | Final Report and Additions by Daryl B. Matthews, MD, PhD |
| 1032 | | | | | Documents and Materials reviewed by Daryl B. Matthews, MD, PhD |
| 1033 | | | | | Expert Report of Thomas T. Ueno, CPA dated August 15, 2005 |
| 1034 | | | | | Update to Expert Report of Thomas T. Ueno, CPA dated July 21, 2006 |
| 1035 | | | | | Documents and Materials reviewed by Thomas T. Ueno, CPA |
| 1036 | | | | | Standard on Mass Appraisal of Real Property |
| 1037 | | | | | Standard on Property Tax Policy |
| 1038 | | | | | Course 300 Fundamentals of Mass Appraisal |
| 1039 | | | | | Standards of Professional Appraisal Practice of the Appraisal Institute (2001 Edition) |
| 1040 | | | | | Letter from Roy K. Amemiya, Jr. to P. English dated April 28, 1999 |
| 1041 | | | | | Letter from Roy K. Amemiya, Jr. to P. English dated May 14, 1999 |

Page 2 of 20 Pages

EXHIBIT AND WITNESS LIST – CONTINUATION

AO 187 (Rev. 7/87)

PHILIP E. ENGLISH
v.
CITY & COUNTY OF HONOLULU, ET. AL.

CASE NUMBER: 04-00108 KSC/KSC

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1042 | | | | | Employment Application, City and County of Honolulu, P. English dated May 18, 1999 |
| 1043 | | | | | Notice of Examination Results, Real property Appraiser II, III, and IV, P. English |
| 1044 | | | | | Letter from Roy K. Amemiya, Jr. to P. English dated December 20, 1999 |
| 1045 | | | | | Letter from S. Foumai to P. English dated March 17, 2000 |
| 1046 | | | | | Letter from S. Foumai to P. English dated March 24, 2000 re: Interview – Real Property Appraiser II SR-18 |
| 1047 | | | | | Notification of Personnel Action dated June 5, 2000 |
| 1048 | | | | | Probationary Performance Evaluation Report for P. English dated 8/9/2000 |
| 1049 | | | | | Probationary Performance Evaluation Report for P. English dated 11/3/2000 |
| 1050 | | | | | Notification of Personnel Action dated 11/29/2000 |
| 1051 | | | | | Letter from C. Takahashi to P. English dated February 5, 2001 re: Reallocation of Position DF-486, Real Property Appraiser II |
| 1052 | | | | | Notification of Personnel Action dated 01/25/2001 |
| 1053 | | | | | Probationary Performance Evaluation Report for P. English |
| 1054 | | | | | Performance Evaluation Report for P. English dated 4/23/01 |
| 1055 | | | | | Probationary Performance Evaluation Report for P. English |
| 1056 | | | | | Notification of Personnel Action dated 8/15/2001 |
| 1057 | | | | | Notification of Personnel Action dated 7/26/2001 |
| 1058 | | | | | Notification of Classification Action dated March 6, 2002 |
| 1059 | | | | | Letter from C. Takahashi to P. English dated March 12, 2001 re: Reallocation of Position DF-486, Real Property Appraiser III |
| 1060 | | | | | Notification of Personnel Action dated 03/11/2002 |
| 1061 | | | | | Department of Personnel City and County of Honolulu Position Description Real Property Appraiser IV |
| 1062 | | | | | Performance Evaluation Report for P. English |
| 1063 | | | | | Probationary Performance Evaluation Report for P. English |
| 1064 | | | | | Notification of Personnel Action dated 07/15/2002 |
| 1065 | | | | | Probationary Performance Evaluation Report for P. English |

EXHIBIT AND WITNESS LIST – CONTINUATION

AO 187 (Rev. 7/87)

PHILIP E. ENGLISH
v.
CITY & COUNTY OF HONOLULU, ET. AL.

CASE NUMBER: 04-00108 KSC/KSC

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1066 | | | | | Probationary Performance Evaluation Report for P. English |
| 1067 | | | | | Notification of Personal Action dated 08/28/2002 |
| 1068 | | | | | Notification of Personal Action dated 05/27/2002 |
| 1069 | | | | | Philip English Application for Real Property Appraiser VI dated March 29, 2001 |
| 1070 | | | | | Notice of Vacancy to be Filled, Department of Budget and Fiscal Services – Date posted January 15, 2003; Philip English Application for Real Property Appraiser VI dated January 2003 |
| 1071 | | | | | Letter dated April 9, 2003 from Robert O. Magota to Philip E. English – Subject Annual Performance Evaluation Review |
| 1072 | | | | | Letter dated April 17, 2003 from Ivan Lui-Kwan to Philip E. English – Re: Notice of Substandard Performance Evaluation |
| 1073 | | | | | City and County of Honolulu Annual Performance Evaluation – Philip English- 6-01-02 – 05-31-03 |
| 1074 | | | | | Pasedena City College – Permanent Record, Philip E. English |
| 1075 | | | | | Academic Records for Philip E. English from Pasedena City College and University of Southern California |
| 1076 | | | | | Academic Records for Philip E. English from Pasedena City College and University of Southern California |
| 1077 | | | | | Email from Lee M. Agsalud to Ann Gima, et als dated July 26, 2000 re Illikai assessment/appeal |
| 1078 | | | | | Email from Robert Magota to Ann Gima et als. dated November 9, 2000 re: Overtime |
| 1079 | | | | | Email from Robert Magota to Marvin Abing, et als. dated December 21, 2000 re: Taxpayer Inquiries |
| 1080 | | | | | Email from P. English to A. Gima dated January 26, 2001 |
| 1081 | | | | | Memorandum dated June 12, 2001 to Real Property Assessment Staff from Robert O. Magota, Subject Guidelines for Residential CDU Rating System |
| 1082 | | | | | Email from P. English to A. Gima dated August 16, 2001 |
| 1083 | | | | | Email from R. Magota to A. Gima dated August 22, 2001 |
| 1084 | | | | | Email from P. English to R. Magota dated October 1, 2001, 9:43 a.m. |
| 1085 | | | | | Email from P. English to R. Magota dated October 1, 2001, 9:55 a.m. |
| 1086 | | | | | Email from P. English to R. Magota dated October 2, 2001 |
| 1087 | | | | | Email from P. English to R. Magota dated October 5, 2001 |
| 1088 | | | | | Letter dated October 9, 2001 from P. English to President, AOAO Waikiki Shores |
| 1089 | | | | | Email from A. Gima to P. English dated November 1, 2001, re: Assessment Report for TAC |

EXHIBIT AND WITNESS LIST -- CONTINUATION

AO 187 (Rev. 7/87)

PHILIP E. ENGLISH
     v.
CITY & COUNTY OF HONOLULU, ET. AL.

CASE NUMBER: 04-00108 KSC/KSC

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1090 | | | | | Email from G. Kurokawa to A. Gima dated November 6, 2001 re: Meeting 11/6 re: declaration letter |
| 1091 | | | | | Email from P. English to S. Bender dated November 16, 2001 re: Draft Ltr re Condo Classification Change |
| 1092 | | | | | Email from A. Gima to S. Bender dated November 16, 2001 re: Draft Ltr re Condo Classification Change |
| 1093 | | | | | Email from A. Gima to P. English dated November 19, 2001 |
| 1094 | | | | | Email from S. Bender to R. Magota, et al dated November 26, 2001 re: Condo Declarations |
| 1095 | | | | | Letter from R. Magota to Waikiki Shore inc. dated December 7, 2001 re: Change in Tax Classifications for TMK 260040120003 |
| 1096 | | | | | Email from A. Gima to P. English dated December 10, 2001 re: Meeting with taxpayers |
| 1096 | | | | | Email from R. Magota to P. English et al dated December 14, 2001 |
| 1098 | | | | | Email from A. Gima to P. English dated December 18, 2001 re: Phone calls w/ taxpayers |
| 1099 | | | | | Email from K. Goto to A. Gima dated January 9, 2002 re: FW: Public Counter Duty |
| 1100 | | | | | Email from A. Gima to K. Goto dated January 10, 2002 re: Public Counter Duty |
| 1101 | | | | | Email from G. Kurokawa to A. Gima, et als. dated January 22, 2002 |
| 1102 | | | | | Email from P. English to G. Kurokawa dated January 30, 2002 re: Authorized overtime |
| 1103 | | | | | Email from A. Gima to P. English dated January 29, 2002 re: Supervisor's meeting 1/28/02 |
| 1104 | | | | | Email from A. Gima to R. Magota dated February 6, 2002 re: Timesheet reminder |
| 1105 | | | | | Email from P. English to R. Magota dated February 15, 2002 re: COMPLAINT AGAINST THE ADMINISTRATOR |
| 1106 | | | | | Email from P. English to A. Gima dated February 21, 2002 re: BOR March 20 |
| 1107 | | | | | Email from P. English to R. Magota dated February 21, 2002 |
| 1108 | | | | | Email from P. English to A. Gima dated February 21, 2002 re: Supervisor's meeting 2/19/02 |
| 1109 | | | | | Email from R. Magota to A. Gima dated February 21, 2002 |
| 1110 | | | | | Email from A. Gima to P. English (unsent) |
| 1111 | | | | | Email from A. Gima to R. Magota dated March 13, 2002 re: Status Update |
| 1112 | | | | | Email from P. English to S. Bender dated March 18, 2002 |
| 1113 | | | | | Email from A. Gima to R. Magota dated April 12, 2002 re: JPR |
| 1114 | | | | | Email from A. Gima to P. English dated April 12, 2002 re: Written Response |

Page 5 of 20 Pages

EXHIBIT AND WITNESS LIST – CONTINUATION

AO 187 (Rev. 7/87)

PHILIP E. ENGLISH
v.
CITY & COUNTY OF HONOLULU, ET. AL.

CASE NUMBER: 04-00108 KSC/KSC

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1115 | | | | | Email from P. English to S. Bender, et als. dated April 15, 2002 |
| 1116 | | | | | Email from A. Gima to P. English dated April 23, 2002 re: Supervisor's meeting 4/22/02 |
| 1117 | | | | | Email from A. Gima to P. English dated April 23, 2002 |
| 1118 | | | | | Email from A. Gima to M. Okamoto dated April 24, 2002 re: BOR hearing May 16 |
| 1119 | | | | | Email from A. Gima to P. English dated April 24, 2002 re: BOR hearing May 16 |
| 1120 | | | | | Email from A. Gima to P. English dated April 29, 2002 |
| 1121 | | | | | Email from P. English to R. Magota dated April 29, 2002 |
| 1122 | | | | | Email from P. English to A. Gima dated May 13, 2002 |
| 1123 | | | | | Email from P. English to R. Magota dated May 17, 2002 re: May 16 BOR |
| 1124 | | | | | Email from R. Magota to A. Gima dated May 21, 2002 re: FW: BOR |
| 1125 | | | | | Email from P. English to A. Gima dated May 21, 2002 |
| 1126 | | | | | Email from P. English to A. Gima dated May 21, 2002 re: BOR Thursday May 16, 2002 |
| 1127 | | | | | Email from M. Kim to P. English, et als dated May 21, 2002 |
| 1128 | | | | | Email from P. English to A. Gima dated May 21, 2002 |
| 1129 | | | | | Handwritten notes dated 5/22/02 (CC000043) |
| 1130 | | | | | Email from A. Gima to P. English dated May 22, 2002 |
| 1131 | | | | | Email from A. Gima to P. English dated May 22, 2002 re: Working hours |
| 1132 | | | | | Email from P. English to A. Gima dated May 22, 2002 re: Tax bill for hotel and resort class when it should be apartment class |
| 1133 | | | | | Email from D. Ishiguro to P. English dated May 28, 2002 |
| 1134 | | | | | Email from P. English to A. Gima dated May 31, 2002 re: "Being Watched" |
| 1135 | | | | | Email from P. English to A. Gima dated May 31, 2002 re: Re; "Being Watched" |
| 1136 | | | | | Email from D. Ishiguro to P. English dated May 31, 2002, 11:04 a.m. re: Re: Re: Memo to Ann |
| 1137 | | | | | Email from D. Ishiguro to P. English dated May 31, 2002, 112:08 p.m. re: Re: Re: Memo to Ann |
| 1138 | | | | | Email from P. Iwamoto to P. English dated June 13, 2002 re: neighborhood Group Change |
| 1139 | | | | | Email from P. English to A. Gima dated June 13, 2002 |

Page 6 of 20 Pages

# EXHIBIT AND WITNESS LIST – CONTINUATION

AO 187 (Rev. 7/87)

PHILIP E. ENGLISH
v.
CITY & COUNTY OF HONOLULU, ET. AL.

CASE NUMBER: 04-00108 KSC/KSC

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1140 | | | | | Email from A. Gima to P. English dated June 13, 2002 |
| 1141 | | | | | Email from R. Magota to A. Gima dated June 20, 2002 re: Classification Issues |
| 1142 | | | | | Email from P. English to A. Gima dated July 2, 2002 re: Kuhio Village Apartments |
| 1143 | | | | | Handwritten Notes (CC 000013-14) |
| 1144 | | | | | Email from A. Gima to BFS/RPA Group3 re: Amended notice for correction of classification |
| 1145 | | | | | Typewritten notes (CC 000365) |
| 1146 | | | | | Letter dated August 1, 2002 from P. English to Zoe Fenske, Wells Fargo Financial |
| 1147 | | | | | Typewritten notes (CC 000364) |
| 1148 | | | | | Email from P. English to A. Gima dated August 7, 2002 re: Amended Notices |
| 1149 | | | | | Email from R. Magota to A. Gima dated August 12, 2002 |
| 1150 | | | | | Handwritten notes of P. English |
| 1151 | | | | | Email from P. English to D. Ishiguro dated August 14, 2002 |
| 1152 | | | | | Handwritten notes dated 8/15/02 |
| 1153 | | | | | Email from P. English to D.Ishiguro (undated) |
| 1154 | | | | | Email from P. English to rptkona@co.hawaii.hi.us |
| 1155 | | | | | Email from R. Magota to P. English dated August 15, 2002 |
| 1156 | | | | | Email from P. English to G. Kurokawa (undated) re: Extension of Probation (PE 00488-89) |
| 1157 | | | | | Email from P. English to D. Ishiguro dated August 19, 2002 |
| 1158 | | | | | Email from P. English to A. Gima (undated) re: BOR dates (PE 00484) |
| 1159 | | | | | Email from P. English to A. Gima (undated) re: Sale validation (PE 00483) |
| 1160 | | | | | Email from P. English to A. Gima dated August 29, 2002 re: Sale Validation |
| 1161 | | | | | Email from P. English to A. Gima dated August 29, 2002 re: BOR dates |
| 1162 | | | | | Email from P. Iwamoto to P. English dated August 26, 2002 re: Gold coast condos – model 142 |
| 1163 | | | | | Email from P. Iwamoto to P. English dated August 29, 2002 re: FW: Nbhd Group change |
| 1164 | | | | | Email from A. Gima to P. English dated September 5, 2002 re: BO hearing 9/12/02 |

Page 7 of 20 Pages

EXHIBIT AND WITNESS LIST – CONTINUATION

AO 187 (Rev. 7/87)

PHILIP E. ENGLISH
v.
CITY & COUNTY OF HONOLULU, ET. AL.

CASE NUMBER: 04-00108 KSC/KSC

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1165 | | | | | Email from A. Gima to P. English dated September 5, 2002 re: Review of scheduled case for 9/10/02 |
| 1166 | | | | | Email from P. English to G. Wong dated September 6, 2002 re: 3-1-032-003 Case #53 & #1571 |
| 1167 | | | | | Typewritten notes dated 9/06/02 Meeting with Gary and Bob |
| 1168 | | | | | Handwritten notes (CC 000338) |
| 1169 | | | | | Email from A. Gima to P. English dated September 9, 2002 |
| 1170 | | | | | Handwritten notes dated 9/9/02 |
| 1171 | | | | | Email from Peter English to dddoda@aol.com et als re: New Email Address |
| 1172 | | | | | Email from A. Gima to P. English dated October 21, 2003 re: Vacation leaves requested for 10/22 and 10/25 |
| 1173 | | | | | Email from P. English to A. Gima dated September 17, 2002 re: Status on Modeling Waikiki |
| 1174 | | | | | Email from P. English to A. Gima dated September 17, 2002 re: Read: Another version of time adjustment |
| 1175 | | | | | Email from P. English to A. Gima dated September 17, 2002 re: Read: time again!! |
| 1176 | | | | | Email from A. Gima to BFS/RPA Group 3 dated September 18, 2002 re: While I'm away |
| 1177 | | | | | Emails from P. English to A. Gima dated October 3, 2002 |
| 1178 | | | | | Emails from P. English to A. Gima dated October 4, 2002 |
| 1179 | | | | | Email from P. English to A. Gima dated October 4, 2002 re: #142 |
| 1180 | | | | | Email from A. Gima to P. English dated October 4, 2002 |
| 1181 | | | | | Email from A. Gima to G. Kurokawa dated October 8, 2002 re: meeting today @ 9:00 re: Waikiki Shore |
| 1182 | | | | | Email from A. Gima to P. English dated October 9, 2002 re: Meeting re: Waikiki Shore |
| 1183 | | | | | Email from A. Gima to BFS/RPA Group 3 dated October 10, 2002 re: final extract for condos |
| 1184 | | | | | Email from A. Gima to P. English dated October 10, 2002 |
| 1185 | | | | | Email from A. Gima to P. English dated October 10, 2002 re: Clean up sale for model 142 |
| 1186 | | | | | Email from A. Gima to P. English dated October 11, 2002 |
| 1187 | | | | | Handwritten notes (CC 000314) |
| 1188 | | | | | Email from A. Gima to P. English dated October 11, 2002 8:48 a.m. |
| 1189 | | | | | Email from A. Gima to P. English dated October 14, 2002 re: Model coefficients (CC 000310) |

Page 8 of 20 Pages

EXHIBIT AND WITNESS LIST – CONTINUATION

AO 187 (Rev. 7/87)

PHILIP E. ENGLISH  
v.  
CITY & COUNTY OF HONOLULU, ET. AL.

CASE NUMBER: 04-00108 KSC/KSC

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1190 | | | | | Email from A. Gima to G. Kurokawa, et al dated October 14, 2002 re: FW Model coefficients |
| 1191 | | | | | Email from A. Gima to P. English dated October 14, 2002 re: Model coefficients (CC 000308) |
| 1192 | | | | | Email from A. Gima to G. Kurokawa, et al dated October 17, 2002 re: FW #142 |
| 1193 | | | | | Email from A. Gima to G. Kurokawa, dated October 18, 2002 re: meeting with Waylon |
| 1194 | | | | | Email from R. Magota to A. Gima dated October 21, 2002 |
| 1195 | | | | | Email from A. Gima to G. Kurokawa, et al dated October 21, 2002 re: FW: Vacation leaves requested for 10/22 & 10/25 |
| 1196 | | | | | Email from A. Gima to P. English dated October 24, 2002 re: Waikiki Shore |
| 1197 | | | | | Email from D. Ishiguro to P. English dated October 21, 2002 re: Vacation leaves requested for 10/22 & 10/25 |
| 1198 | | | | | Email from A. Gima to P. English dated October 24, 2002 re: #141 |
| 1199 | | | | | Email from A. Gima to P. English dated October 24, 2002 re: Model 141 |
| 1200 | | | | | Handwritten Notes dated 10/24/02 |
| 1201 | | | | | Email from N. Yoshida to P. English dated October 24, 2002 re: #141 |
| 1202 | | | | | Email from A. Gima to P. English dated October 30, 2002 re: Leave requests |
| 1203 | | | | | Email from A. Gima to P. English dated October 30, 2002 10:19 a.m. re: Leave requests |
| 1204 | | | | | Email from A. Gima to G. Kurokawa, et al dated October 30, 2002 re: FW: Leave requests |
| 1205 | | | | | Email from D. Ishiguro to P. English dated October 31, 2002 re: Leave requests |
| 1206 | | | | | Email from P. English to P. Iwamoto dated October 30, 2002 re: Confused about "outliers" |
| 1207 | | | | | Email from P. English to P. Iwamoto dated October 31, 2002 re: Marketing Modeling |
| 1208 | | | | | Email from N. Yoshida to P. English sated October 31, 2002 re: ERROR LIST for Model 141 |
| 1209 | | | | | Email from P. English to A. Gima dated October 31, 2002 re: #141 |
| 1210 | | | | | Email from A. Gima to P. English dated October 31, 2002 re: Corrections to errors |
| 1211 | | | | | Email from P. English to A. Gima (undated) re: #141 Error report (PE 00452-453) |
| 1212 | | | | | Email from P. English to A. Gima dated October 31, 2002 re: #142 |
| 1213 | | | | | Email from A. Gima to P. English dated October 31, 2002 re: #141 and #142 |

Page 9 of 20 Pages

EXHIBIT AND WITNESS LIST – CONTINUATION

AO 187 (Rev. 7/87)

PHILIP E. ENGLISH
v.
CITY & COUNTY OF HONOLULU, ET. AL.

CASE NUMBER: 04-00108 KSC/KSC

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1214 | | | | | Email from A. Gima to G. Kurokawa et al dated October 31, 2002 re: FW: #141 and #142 |
| 1215 | | | | | Email from P. English to A. Gima dated October 31, 2002 re: #141 Error report |
| 1216 | | | | | Email from A. Gima to P. English dated November 1, 2002 re: Corrections to errors |
| 1217 | | | | | Typewritten statement (PE 00442) |
| 1218 | | | | | Email from A. Gima to P. English dated November 1, 2002 re: #141 |
| 1219 | | | | | Email from P. English to A. Gima dated November 1, 2002 re: Appeal for Patrick Winfrey 260150090023 #703 Ala Wai Mansion |
| 1220 | | | | | Email from P. English to N. Yoshida dated November 4, 2002 re: Models 142 and 143 |
| 1221 | | | | | Email from A. Gima to G. Kurokawa dated November 7, 2002 |
| 1222 | | | | | Email from A. Gima to P. English dated November 8, 2002 re: Status Update |
| 1223 | | | | | Email from P. English to A. Gima dated November 7, 2002 re: Status Update |
| 1224 | | | | | Email from P. English to N. Yoshida dated November 8, 2002 re: Ratios |
| 1225 | | | | | Email from A. Gima to P. English dated November 8, 2002 |
| 1226 | | | | | Email from D. Ishiguro to P. English dated November 13, 2002 re: More of the same |
| 1227 | | | | | Email from A. Gima to BFS/RPA Group 3 dated November 13, 2002 re: Misc. |
| 1228 | | | | | Email from A. Gima to G. Kurokawa dated November 13, 2002 re: Meeting |
| 1229 | | | | | Email from D. Ishiguro to P. English dated November 13, 2002 (PE 00427) |
| 1230 | | | | | Email from A. Gima to P. English dated November 18, 2002 re: Re: Westbury |
| 1231 | | | | | Email from D. Ishiguro to P. English dated November 18, 2002 re: More of the same |
| 1232 | | | | | Email from A. Gima to BFS/RPA Group 3 dated November 15, 2002 re: Unloaded parcels |
| 1233 | | | | | Email from P. English to A. Gima dated November 18, 2002 re: Westbury |
| 1234 | | | | | Email from N. Yoshida to P. English dated November 19, 2002 re: RE: 26011021 |
| 1235 | | | | | Email from P. English to A. Gima dated November 18, 2002 re: Re: Westbury |
| 1236 | | | | | Email from P. English to A. Gima dated November 18, 2002 re: Westbury (CC 000217) |
| 1237 | | | | | Email from P. English to A. Gima dated November 18, 2002 re: Westbury (CC 000216) |

Page 10 of 20 Pages

EXHIBIT AND WITNESS LIST – CONTINUATION

AO 187 (Rev. 7/87)

PHILIP E. ENGLISH
v.
CITY & COUNTY OF HONOLULU, ET. AL.

CASE NUMBER:  04-00108 KSC/KSC

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1238 | | | | | Email from A. Gima to P. English dated November 18, 2002 re: Re: Supervisor's meeting 11/18/02 |
| 1239 | | | | | Email from D. Ishiguro to P. English dated November 18, 2002 re: More of the same (PE 00425) |
| 1240 | | | | | Email from D. Ishiguro to P. English dated November 18, 2002 re: Re: Status Report |
| 1241 | | | | | Email from D. Ishiguro to P. English dated November 21, 2002 |
| 1242 | | | | | Handwritten notes dated 11/22/02 |
| 1243 | | | | | Handwritten notes dated 11/22/02 (PE 000404-413) |
| 1244 | | | | | Email from D. Ishiguro to P. English dated November 25, 2002 re: Re: Meeting on Friday |
| 1245 | | | | | Email from D. Ishiguro to P. English dated November 25, 2002 (PE 00401) |
| 1246 | | | | | Email from P. English to Wtoma@hgea.org dated November 26, 2002 re:  Friday's meeting |
| 1247 | | | | | Email from P. English to Wtoma@hgea.org dated November 26, 2002 |
| 1248 | | | | | Email from R. Magota to BFS/RPA Group 1 et als dated November 27, 2002 re:  Reminders |
| 1249 | | | | | Email from A. Gima to G. Kurokawa dated November 27, 2002 re: Expectations for Appraiser IV (with attachments) |
| 1250 | | | | | Typed statement and handwritten notes (PE 00394) |
| 1251 | | | | | Email from D P. English . Ishiguro dated December 3, 2002 |
| 1252 | | | | | Email from A. Gima to G. Kurokawa dated December 4, 2002 re: Waikiki Shore |
| 1253 | | | | | Typewritten notes dated December 4, 2002 |
| 1254 | | | | | Email from A. Gima to P. English dated December 5, 2002 re: Changes to 2987 Kalakaua |
| 1255 | | | | | Email from P. English to D. Ishiguro (undated) (PE 00397) |
| 1256 | | | | | Email from P. English to D. Ishiguro dated December 5, 2002 |
| 1257 | | | | | Typewritten notes from December 6, 2002 (CD 000873) |
| 1258 | | | | | Email from A. Gima to P. English dated December 12, 2002 re: Re:  Imperial Hawaii Resort |
| 1259 | | | | | Email from A. Gima to P. English dated December 12, 2002 10:42 a.m. re:  Re:  Imperial Hawaii Resort |
| 1260 | | | | | Email from A. Gima to P. English dated December 12, 2002 |
| 1261 | | | | | Email from A. Gima to P. English dated December 12, 2002 re: BOR dates for February |
| 1262 | | | | | Email from A. Gima to P. English dated December 12, 2002 4:32 p.m. |

Page 11 of 2̶ Pages

EXHIBIT AND WITNESS LIST – CONTINUATION

AO 187 (Rev. 7/87)

PHILIP E. ENGLISH  
v.  
CITY & COUNTY OF HONOLULU, ET. AL.

CASE NUMBER:  04-00108 KSC/KSC

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1263 | | | | | Email from P. English to A. Gima dated December 12, 2002 re: Re: Imperial Hawaii Resort |
| 1264 | | | | | December 2002 and January 2003 Calendar |
| 1265 | | | | | Email from P. English to D. Ishiguro (undated) (PE 00350) |
| 1266 | | | | | Email from P. English to A. Gima dated December 12, 2002 12:48 p.m. |
| 1267 | | | | | Email from P. English to A. Gima dated December 12, 2002 12:25 p.m. |
| 1268 | | | | | Email from A. Gima to R. Magota dated December 12, 2005 re: Jan 3 BOR date |
| 1269 | | | | | Email from R. Magota to A. Gima dated December 12, 2005 re: Jan 3 BOR date |
| 1270 | | | | | Email from A. Gima to G. Kurokawa et al dated December 12, 2005 re: FW |
| 1271 | | | | | Email from P. English to A. Gima dated December 13, 2002 |
| 1272 | | | | | Typewritten notes dated 12/16/2002 |
| 1273 | | | | | Draft Letter dated December 13, 2002 to Karen S. Sager with copy of Post-It note |
| 1274 | | | | | Email from R. Magota to A. Gima dated December 16, 2002 re: BOR dates for February |
| 1275 | | | | | Email from P. English to A. Gima dated December 17, 2002 re: BOR dates for February |
| 1276 | | | | | Handwritten notes dated 12/17/02 (CC 000177) |
| 1277 | | | | | Email from G. Takenaka to P. English dated December 17, 2002 re: FW: Happy Holidays |
| 1278 | | | | | Handwritten notes dated 12/18/03 (PE 00259-60) |
| 1279 | | | | | Handwritten notes dated 12/19/03 |
| 1280 | | | | | Email from R. Magota to P. English dated December 20, 2002 re: FW Waikiki assessment question |
| 1281 | | | | | Email from G. Takenaka to jlewis@kodiak.alaska.edu dated December 23, 2002 re: TK: 31332-29-57 |
| 1282 | | | | | Typewritten notes dated 12/26/2002 |
| 1283 | | | | | Email from C. Totto to R. Moseley dated December 31, 2002 re: Phil English |
| 1284 | | | | | Email from A. Gima to P. English dated January 8, 2003 re: Progress meeting |
| 1285 | | | | | Email from A. Gima to W. Toma dated January 8, 2003 re: Progress meeting |
| 1286 | | | | | Email from A. Gima to P. English dated January 13, 2003 re: FW: constituent call |
| 1287 | | | | | Email from A. Gima to BFS/RPA Group 3 dated January 14, 2003 re: Supervisor's meeting 1/13/03 |

Page 12 of 20 Pages

EXHIBIT AND WITNESS LIST – CONTINUATION

AO 187 (Rev. 7/87)

PHILIP E. ENGLISH

v.

CITY & COUNTY OF HONOLULU, ET. AL.

CASE NUMBER: 04-00108 KSC/KSC

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1288 | | | | | January 2003 Calendar |
| 1289 | | | | | Typewritten notes dated 1/16/2003 |
| 1290 | | | | | Email from A. Gima to J. Lewis dated January 14, 2003 re: TK: 3132-29-57 |
| 1291 | | | | | Letter from Waylen Toma to P. English dated January 16, 2003 |
| 1292 | | | | | Typewritten notes dated 1/16/2003 |
| 1293 | | | | | Typewritten notes dated 1/21/2003 |
| 1294 | | | | | Email from S. Foumai to P. English dated January 22, 2003 re: Low Sick Leave |
| 1295 | | | | | Email from R. Magota to P. English dated January 24, 2003 re: constituent call |
| 1296 | | | | | Email from A. Gima to R. Magota dated January 24, 2003 re: constituent call |
| 1297 | | | | | Typewritten notes dated 1/24/2003 |
| 1298 | | | | | Typewritten notes dated 1/16/2003 |
| 1299 | | | | | Typewritten notes dated 1/24/2003 |
| 1300 | | | | | Email from V. Puou to P. English dated January 27, 2003 re: Written Authorization |
| 1301 | | | | | Email from P. English to V. Puou (undated) (PE 00319) |
| 1302 | | | | | Email from G. Wong to A. Gima dated January 28, 2003 |
| 1303 | | | | | Typewritten notes dated 1/28/2003 |
| 1304 | | | | | Email from G. Wong to P. English dated January 28, 2003 re: Walter Leong 260040120009 |
| 1305 | | | | | Email from P. English to G. Wong dated January 29, 2003 re: BOR for Wednesday February 5th 2003 |
| 1306 | | | | | Email from P. English to A. Gima dated January 30, 2003 |
| 1307 | | | | | Typewritten notes dated 1/30/2003 |
| 1308 | | | | | Email from P. English to A. Gima dated January 30, 2003 re: AOAO Castle Surf Apartments |
| 1309 | | | | | Typewritten notes dated 2/05/2003 |
| 1310 | | | | | Typewritten notes dated 2/03/2003 |
| 1311 | | | | | Email from V. Puou to P. English dated February 5, 2003 re: amended notice 2002 |
| 1312 | | | | | Handwritten notes dated 2/5/03 |

EXHIBIT AND WITNESS LIST – CONTINUATION

AO 187 (Rev. 7/87)

PHILIP E. ENGLISH
v.
CITY & COUNTY OF HONOLULU, ET. AL.

CASE NUMBER: 04-00108 KSC/KSC

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1313 | | | | | Email from P. English to A. Gima dated February 5, 2003 re: Cua |
| 1314 | | | | | Typewritten notes dated 2/05/2003 |
| 1315 | | | | | Typewritten notes dated 2/05/2003 |
| 1316 | | | | | Typewritten notes dated 2/05/2003 |
| 1317 | | | | | Letter from P. English to Bob Magota dated February 5, 2003 |
| 1318 | | | | | Email from C. Totto to G. Kurokawa dated 2/5/2003 re: Ethics Complaint |
| 1319 | | | | | Email from P. English to A. Gima dated February 6, 2003 re: Letters to taxpayers/ethical issues |
| 1320 | | | | | Email from A. Gima to P. English dated February 6, 2003 re: Re: Letters to taxpayers/ethical issues |
| 1321 | | | | | Email from A. Gima to G. Kurokawa dated February 7, 2003 |
| 1322 | | | | | Typewritten note to A. Gima dated 2/07/2003 |
| 1323 | | | | | Reserved |
| 1324 | | | | | Typewritten note to A. Gima dated 2/07/2003 |
| 1325 | | | | | Handwritten note dated 2/7 (CC 000443) |
| 1326 | | | | | Various charts (PE 00291-94) |
| 1327 | | | | | Draft letter to Nicole Gracia from P. English dated January 31, 2003 Ref: TMK 260210260390 |
| 1328 | | | | | Draft letters to Carolyn S. Kepford from P. English dated January 31, 2003 Ref: TMK 260120100039 |
| 1329 | | | | | Email from G. Kurokawa to P. English dated February 7, 2003 |
| 1330 | | | | | Workplace Violence Checklist, February 10, 2003 |
| 1331 | | | | | Letter to Department and Agency Heads from Sandra H. McFarlane dated December 12, 2000 re: Workplace Violence Policy (with attachment) |
| 1332 | | | | | Typewritten notes dated 2/10/2003 |
| 1333 | | | | | Handwritten notes dated 2/10/03 |
| 1334 | | | | | Typewritten notes of meeting 2/10/03 |
| 1335 | | | | | Email from D. Bovee to P. English dated February 12, 2003 re: foster tower #2003 |
| 1336 | | | | | Email from A. Gima to G. Kurokawa dated February 12, 2003 |

Page 14 of 20 Pages

EXHIBIT AND WITNESS LIST – CONTINUATION

AO 187 (Rev. 7/87)

PHILIP E. ENGLISH  
v.  
CITY & COUNTY OF HONOLULU, ET. AL.

CASE NUMBER:  04-00108 KSC/KSC

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1337 | | | | | Email from P. English to A. Gima dated February 12, 2003 re: Complaint filed by Main |
| 1338 | | | | | Email from A. Gima to K. Yamashita dated February 12, 2003 re: 31032029 |
| 1339 | | | | | Handwritten notes dated 2/12/03 |
| 1340 | | | | | Email from A. Gima to P. English dated February 13, 2003 re: Re: DH Beach Hotel BOR for February 19th |
| 1341 | | | | | Email from P. English to Ann Gima dated February 13, 2003 re: Re: DH Beach Hotel BOR for February 19th |
| 1342 | | | | | Email from P. English to Ann Gima dated February 14, 2003 |
| 1343 | | | | | Typewritten notes dated 2/13/2003 |
| 1344 | | | | | Handwritten notes dated 2/13/03 |
| 1345 | | | | | All Events for English, Philip E. from 02/10/2003 to 2/13/2003 |
| 1346 | | | | | WC-2 Physician's Report for P. English dated 3/4/03 |
| 1347 | | | | | Handwritten notes dated 2/14/03 and 2/18/03 |
| 1348 | | | | | Email from Ann Gima to P. English dated February 19, 2003 re: Re: DH Beach Hotel BOR Today |
| 1349 | | | | | Email from P. English to Ann Gima dated February 19, 2003 re: Re BOR today |
| 1350 | | | | | Email from P. English to G. Kubota dated February 19, 2003 re: DH Beach Hotel Front Desk 31020290001 |
| 1351 | | | | | Handwritten notes dated 2/19/03 |
| 1352 | | | | | Handwritten notes dated 2/20/03 |
| 1353 | | | | | Handwritten notes dated 2/20/03 |
| 1354 | | | | | Email from Ann Gima to R. Magota dated February 20, 2003 re: BOR hearing 2/19/03 |
| 1355 | | | | | Handwritten notes dated 2/19/03 and 2/18/03 |
| 1356 | | | | | Email from Ann Gima to P. English dated February 20, 2003 re: Re: BOR 2/19/03 DH Beach Hotel |
| 1357 | | | | | Handwritten notes dated 2/21/03 |
| 1358 | | | | | Handwritten notes undated |
| 1359 | | | | | Handwritten notes dated 2/24/03 |
| 1360 | | | | | Email from Ann Gima to P. English dated February 25, 2003 re: Complaint- Main |
| 1361 | | | | | Handwritten notes dated 2/25/03 |

EXHIBIT AND WITNESS LIST – CONTINUATION

AO 187 (Rev. 7/87)

PHILIP E. ENGLISH  
     v.  
CITY & COUNTY OF HONOLULU, ET. AL.

CASE NUMBER: 04-00108 KSC/KSC

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1362 | | | | | Handwritten notes dated 2/27/03 |
| 1363 | | | | | Handwritten message and note (PE 00202) |
| 1364 | | | | | Handwritten notes dated 2/27/03 |
| 1365 | | | | | Email from P. English to Ann Gima dated February 27, 2003 |
| 1366 | | | | | Handwritten notes dated 2/27/03 |
| 1367 | | | | | Email from G. Kurokawa to A. Gima dated February 27, 2003 |
| 1368 | | | | | RESERVED |
| 1369 | | | | | Email from G. Kurokawa to R. Magota dated February 27, 2003 re: FW |
| 1370 | | | | | Email from Ann Gima to P. English dated February 27, 2003 re: Outstanding Issues |
| 1371 | | | | | Email from A. Gima to R. Magota dated February 27, 2003 re: FW: Appeals |
| 1372 | | | | | Handwritten notes dated 2/27/03 |
| 1373 | | | | | Email from P. English to 'Mom and Dad' dated February 28, 2003 |
| 1374 | | | | | Handwritten notes dated 2/28/03 |
| 1375 | | | | | Letter to Roger Moseley, Esq. from Thomas Riddle dated February 28, 2003 re: Claimant Philip E. English |
| 1376 | | | | | Letter to P. English. from Thomas Riddle dated February 28, 2003 |
| 1377 | | | | | Handwritten notes dated 3/1, 3/2, 3/3. 3/7, 3/11 and 3/12 |
| 1378 | | | | | Letter from R. Magota to P. English dated March 13, 2003 |
| 1379 | | | | | Email from A. Gima to BFS/RPA Group 3 dated March 13, 2003 re: FW: mandatory: Workplace Violence Policy Training |
| 1380 | | | | | Handwritten notes dated 3/13 and 3/14 |
| 1381 | | | | | Form from Department of Labor and Industrial Relations Disability Compensation Division to P. English dated 03/17/2003 |
| 1382 | | | | | Email from R. Magota to M. Golojuch et al dated March 18, 2003 |
| 1383 | | | | | Email from T. Riddle to M. Golojuch et als dated March 18, 2003 re: Philip English |
| 1384 | | | | | Letter from T. Riddle to P. English dated March 18, 2003 |
| 1385 | | | | | Letter from T. Riddle to Reneau Kennedy, Ph.D. dated March 18, 2003 re: Claimant Philip English |
| 1386 | | | | | WC-1 Employer's Report of Industrial Injury dated 02/28/2003 |

Page 16 of 20 Pages

EXHIBIT AND WITNESS LIST – CONTINUATION

AO 187 (Rev. 7/87)

PHILIP E. ENGLISH
v.
CITY & COUNTY OF HONOLULU, ET. AL.

CASE NUMBER: 04-00108 KSC/KSC

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1387 | | | | | Email from T. Riddle to Roger Moseley dated 3/19/2003 re: Philip English |
| 1388 | | | | | Handwritten notes by Phil English dated 3/19/06, 3/22/03, 3/25/03, 3/26/03, 3/29/03 and 4/1/03. |
| 1389 | | | | | Work Slips from Kaiser Permanente dated 3/13/03 and 4/23/03 |
| 1390 | | | | | Employee's Claim for Workers' Compensation Benefits dated 4/7/03 |
| 1391 | | | | | Letter dated 4/9/03 from Robert Magota to Philip English re: Annual Performance Evaluation Review |
| 1392 | | | | | Letter dated 4/16/03 from Roger Moseley to Jamie Petersen of Department of Labor |
| 1393 | | | | | Letter dated 4/16/03 from Roger Moseley to Thomas Riddle |
| 1394 | | | | | Letter dated 4/17/03 from Thomas Riddle to Roger Moseley |
| 1395 | | | | | Email dated 4/17/03 from Ann Gima to Robert Magota re: substandard performance notice |
| 1396 | | | | | Letter dated 4/18/03 from Roger Moseley to Thomas Riddle |
| 1397 | | | | | RESERVED |
| 1398 | | | | | Letter dated 4/17/03 from Mason Young of DLNR to Phil English re: notice of default on Account (mooring permit) |
| 1399 | | | | | Handwritten notes by Phil English dated 4/23/03 |
| 1400 | | | | | Email dated 4/24/03 from Gary Kurokawa to Ann Gima |
| 1401 | | | | | Letter dated 4/25/03 from Roger Moseley to Thomas Riddle |
| 1402 | | | | | Letter dated 4/25/03 from Thomas Riddle to Roger Moseley with blank Temporary Disability form for completion |
| 1403 | | | | | Letter dated 4/28/03 from Roger Moseley to Thomas Riddle |
| 1404 | | | | | Letter dated 4/29/03 from Thomas Riddle to Roger Moseley |
| 1405 | | | | | Letter dated 4/30/03 from Thomas Riddle to Roger Moseley |
| 1406 | | | | | Letter dated 4/30/03 from Roger Moseley to Thomas Riddle |
| 1407 | | | | | Letter dated 4/9/03 from Robert Magota to Philip English |
| 1408 | | | | | Annual Performance Evaluation Report of Philip English signed by Ann Gima and Robert Magota on 4/22/03 (period 6/1/02-5/31/03) |
| 1409 | | | | | RESERVED |
| 1410 | | | | | Letter dated 5/1/03 from Thomas Riddle to Roger Moseley |
| 1411 | | | | | Letter dated 5/2/03 from Roger Moseley to Thomas Riddle |

Page 17 of 20 Pages

EXHIBIT AND WITNESS LIST – CONTINUATION

AO 187 (Rev. 7/87)

PHILIP E. ENGLISH  
v.  
CITY & COUNTY OF HONOLULU, ET. AL.

CASE NUMBER: 04-00108 KSC/KSC

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1412 | | | | | Handwritten noted by Phil English dated 5/1/03 |
| 1413 | | | | | Letter dated 6/9/03 from Roger Moseley to Michael Golojuch enclosing 2 statements received by Phil English re TDI benefits |
| 1414 | | | | | Email dated 6/13/03 from Michael Golojuch to Roger Moseley |
| 1415 | | | | | Letter dated 8/11/03 from Roger Moseley to Thomas Riddle |
| 1416 | | | | | Letter dated 8/19/03 from Mason Young of DLNR to Phil English re: notice of default on Account (mooring permit) |
| 1417 | | | | | Letter dated 8/25/03 fro Roger Moseley to Doris Nagano of Department of Labor re: Phil English's Work Comp Claim |
| 1418 | | | | | Letter dated 8/28/03 from Roger Moseley to Thomas Riddle |
| 1419 | | | | | Letter dated 8/28/03 from Dr. Joan Koff of Kaiser Permanente to Thomas Riddle |
| 1420 | | | | | RESERVED |
| 1421 | | | | | Letter dated 9/16/03 from Roger Moseley to Thomas Riddle re no access/copies of records requested |
| 1422 | | | | | Letter dated 9/16/03 from Roger Moseley to Thomas Riddle enclosing document entitled "Errors in the "History" Portion of Dr. Kennedy's Report dated 7/30/03 |
| 1423 | | | | | Letter dated 10/2/03 from Roger Moseley to Thomas Riddle (settlement offer) |
| 1424 | | | | | Letter dated 11/7/03 from Paul Au to Roger Moseley re: Claimant Philip E. English |
| 1425 | | | | | Letter dated 11/12/03 from Paul Au to Roger Moseley re: Claimant Philip E. English |
| 1426 | | | | | Letter dated 11/17/03 from Roger Moseley to Paul Au re: Phil English Work Comp Case No. 2-03-01887 |
| 1427 | | | | | Letter dated 11/2003 from Roger Moseley to Paul Au re: Phil English Work Comp Case No. 2-03-01887 |
| 1428 | | | | | Letter dated 12/9/03 from Paul Au to Roger Moseley re: Claimant Philip E. English |
| 1429 | | | | | Letter dated 12/16/03 from Roger Moseley to Paul Au re: Phil English Work Comp Case No. 2-03-01887 |
| 1430 | | | | | Letter dated 12/23/03 from Paul Au to Roger Moseley re: Claimant Philip E. English |
| 1431 | | | | | "Compromise, Settlement and Release Agreement; Approval and Order" filed at the Dept. of Labor on 2/26/2004 |
| 1432 | | | | | Handwritten note written in foreign language from Pim to Phil English, undated |
| 1433 | | | | | Map drawn by Phil English, undated |
| 1434 | | | | | Chart entitled "Definition of rating factors" |
| 1435 | | | | | Performance Evaluation instruction sheet |

Page 18 of 20 Pages

EXHIBIT AND WITNESS LIST – CONTINUATION

AO 187 (Rev. 7/87)

PHILIP E. ENGLISH  
      v.  
CITY & COUNTY OF HONOLULU, ET. AL.

CASE NUMBER: 04-00108 KSC/KSC

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1436 | | | | | Hand-drawn map |
| 1437 | | | | | Probation Performance Evaluation instruction sheet |
| 1438 | | | | | Print of document "Article 6. Ethics Commission" |
| 1440 | | | | | Print of Advisory Opinion No. 307 |
| 1441 | | | | | Email dated 2/10/03 from Charles Totto to Gary Kurokawa |
| 1442 | | | | | Third Supplement and Amendment to Privilege Log; Declaration of Gordon D. Nelson; Exhibit A; Certificate of Service dated August 7, 2006 |
| 1443 | | | | | Second Supplement to Privilege Log; Declaration of Gordon D. Nelson; Exhibit A; Certificate of Service dated August 3, 2006 |
| 1444 | | | | | Amended and Supplemented Privilege Log; Declaration of Gordon D. Nelson; Exhibit A; Certificate of Service dated July 21, 2006 |
| 1445 | | | | | Minutes, Ethics Commission, City and County of Honolulu dated April 19, 2005 |
| 1446 | | | | | Minutes, Ethics Commission, City and County of Honolulu dated February 16, 2006 |
| 1447 | | | | | Memorandum in opposition to Plaintiff Philip E. English's Motion to Compel Compliance with Subpoena Issue June 2, 2006; Declaration of Charles W. Totto; Declaration of Gordon D. Nelson; Exhibits "A" – "B"; Certificate of Service |
| 1448 | | | | | Documents produced by Suzanne Foumai, Deposition Exhibit 102 |
| 1449 | | | | | Family photograph of P. English and wife |
| 1450 | | | | | Family photograph of P. English and wife |
| 1451 | | | | | Family photograph of P. English and wife |
| 1452 | | | | | Family photograph of P. English and wife |
| 1453 | | | | | Family photograph of P. English's wife |
| 1454 | | | | | Family photograph of P. English's wife and P. English's son |
| 1455 | | | | | Family photograph of P. English's wife and P. English's son |
| 1456 | | | | | Family photograph of P. English's wife and P. English's son |
| 1457 | | | | | Family photograph of P. English's wife and P. English's son |
| 1458 | | | | | Family photograph of P. English's wife |
| 1459 | | | | | Family photograph of P. English's wife and P. English's son |

# EXHIBIT AND WITNESS LIST – CONTINUATION

AO 187 (Rev. 7/87)

**PHILIP E. ENGLISH**
v.
**CITY & COUNTY OF HONOLULU, ET. AL.**

CASE NUMBER: 04-00108 KSC/KSC

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1460 | | | | | Family photograph of P. English's wife and P. English's son |
| 1461 | | | | | Family photograph of P. English and wife (and two other couples) |
| 1462 | | | | | Administrative Directive dated May 17, 2002 Subject Fraud Reporting (CD 000144 -147) |
| 1463 | | | | | Email from S. Bender to P. English dated October 19, 2001 re: HRS 92F Request |
| 1464 | | | | | Rules and Regulations Governing the Accessibility, Maintenance and Storage of Public and Confidential Records of All City Agencies |
| 1465 | | | | | Chart- Comparison of Divorce Expense Statements and Bankruptcy Statements |
| 1466 | | | | | Letter from Thomas T. Ueno, CPA to Rogers S. Moseley, Esquire dated February 6, 2006 with attachments |
| 1467 | | | | | Chart- Timeline of certain events |

Page 20 of 20 Pages