ORIGINAL

Kawashima Lorusso & Tom LLP
A Limited Liability Law Partnership

JAMES KAWASHIMA       1145-0
MICHAEL A. LORUSSO    3448-0
Topa Financial Center
Fort Street Tower
745 Fort Street, Suite 500
Honolulu, Hawaii 96813
Telephone No.: (808) 275-0300
Facsimile No.: (808) 275-0399
Email Address: mlorusso@kltlaw.com

Attorneys For Defendants
CITY AND COUNTY OF HONOLULU,
GARY T. KUROKAWA,
ROBERT O. MAGOTA, and ANN C. GIMA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 07 2006

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH, | ) CIVIL NO. CV04-00108 SOM KSC |
| Plaintiff, | ) |
| | ) CERTIFICATE OF SERVICE |
| vs. | ) |
| | ) [Re: JAMES LOVE, M.D.] |
| CITY AND COUNTY OF HONOLULU; | ) |
| GARY T. KUROKAWA; | ) |
| ROBERT O. MAGOTA; | ) |
| ANN C. GIMA; and | ) |
| GK APPRAISALS, INC.; | ) |
| JOHN DOES 1-10; | ) |
| JANE DOES 1-10; | ) Trial Date:   10/03/2006 |
| DOE PARTNERSHIPS; | ) |
| DOE CORPORATIONS 1-10; | ) |
| AND DOE ENTITIES 1-10, | ) |
| | ) |
| Defendants. | ) |

CV04-00108 SOM KSC_20060918_ON2.doc

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date ___SEP - 8 2006___ a true and correct copy of the Notice of Taking Deposition Upon Oral Examination dated ___SEP - 7 2006___, was duly served to the following in the manner described below:

Mailed to:

ROGER S. MOSELEY, ESQ.
Moseley Biehl Tsugawa Lau & Muzzi
Alakea Corporate Tower
1100 Alakea Street, 23rd Floor
Honolulu, Hawaii 96813
Telephone No: (808) 531-0490

Attorney for Plaintiff
PHILIP E. ENGLISH

Mailed to:

KEVIN P. H. SUMIDA, ESQ.
ANTHONY L. WONG, ESQ.
Sumida & Tsuchiyama
Dillingham Transportation Building
735 Bishop Street, Suite 411
Honolulu, Hawaii 96813
Telephone No: (808) 356-2600

Attorneys for Defendant
GK APPRAISALS, INC.

DATED: Honolulu, Hawaii, ___SEP - 7 2006___

_____
JAMES KAWASHIMA
MICHAEL A. LORUSSO

Attorneys For Defendants
CITY AND COUNTY OF HONOLULU,
GARY T. KUROKAWA,
ROBERT O. MAGOTA, and ANN C. GIMA

2