IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH, | ) CIVIL NO. CV04-00108 SOM/KSC </br>) </br>) DECLARATION OF MICHAEL A. </br>) LORUSSO </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) |
| Plaintiff, | |
| vs. | |
| CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10, | |
| Defendants. | |

## **DECLARATION OF MICHAEL A. LORUSSO**

I, MICHAEL A. LORUSSO, declare as follows:

1. Declarant is an attorney licensed to practice law before all the state and federal courts in the State of Hawaii.

2. This Declaration is made in lieu of an affidavit pursuant to Local Rule 7.6, <u>Rules of the United States District Court for the District of Hawaii</u>, as amended.

3. Declarant makes this Declaration in support of Defendants City and County of Honolulu, Gary T. Kurokawa, Robert O. Magota, and Ann C. Gima's Memorandum in Opposition to Plaintiff Philip E. English's Motion to Compel the Testimony of Suzanne Foumai, Filed 9/6/06.

4. Attached hereto as Exhibit "A" is a true and correct copy of the transcripts of the oral deposition of Suzanne Foumai, taken 8/4/06.

5. The nature and circumstances Suzanne Foumai's legal representation were discussed orally, along with the subject matter of her deposition testimony.

I declare under penalty of law that the foregoing is true and correct to the best of my knowledge and belief.

DATED: Honolulu, Hawaii, ___SEP 1 1 2006___.

_____
MICHAEL A. LORUSSO