IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH, | ) CIVIL NO. CV04-00108 SOM/KSC |
| Plaintiff, | ) DECLARATION OF CARTER K. SIU |
| vs. | ) |
| CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10, | ) |
| Defendants. | ) |

**DECLARATION OF CARTER K. SIU**

I, CARTER K. SIU, declare as follows:

1. Declarant is an attorney licensed to practice law before all the state and federal courts in the State of Hawaii.

2. This Declaration is made in lieu of an affidavit pursuant to Local Rule 7.6, <u>Rules of the United States District Court for the District of Hawaii</u>, as amended, and is based upon personal information and knowledge.

3. Declarant makes this Declaration in support of Defendants City and County of Honolulu, Gary T. Kurokawa, Robert O. Magota, and Ann C. Gima's Memorandum in Opposition to Plaintiff Philip E. English's Motion to Compel Further Deposition of Gary T. Kurokawa.

4.  Attached hereto as Exhibit "A" is a true and correct copy of the pertinent pages of the transcript of the oral deposition of Gary T. Kurokawa, taken on August 22, 2006.

5.  Attached hereto as Exhibit "B" is a true and correct copy of the Declaration of Charles W. Totto attached to Memorandum in Opposition to Plaintiff Philip E. English's Motion to Compel Compliance With Subpoena Issued June 2, 2006, filed herein on July 18, 2006.

6.  Attached hereto as Exhibit "C" is a true and correct copy of an e-mail from Randall Y. Yamamoto to Roger S. Moseley, with cc to Tony Wong, dated September 9, 2006, responding to Mr. Moseley's request for a further deposition of Gary Kurokawa.

I declare under penalty of law that the foregoing is true and correct to the best of my knowledge and belief.

DATED:  Honolulu, Hawaii, _Sept. 11, 2006_.

_____
CARTER K. SIU