Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                   FOR THE DISTRICT OF HAWAII

 3

 4   PHILIP E. ENGLISH,          ) CIVIL NO. 04-00108 JMS/KSC
                                 )
 5              Plaintiff,       )
                                 )
 6        vs.                    )
                                 )
 7   CITY AND COUNTY OF HONOLULU;)
     GARY T. KUROKAWA; ROBERT O. )
 8   MAGOTA; ANN C. GIMA; and GK )
     APPRAISALS, INC.; JOHN DOES )
 9   1-10; JANE DOES 1-10; DOE   )
     PARTNERSHIPS; DOE           )
10   CORPORATIONS 1-10; AND DOE  )
     ENTITIES 1-10,              )
11                               )
                Defendants.      )
12   _____)

13

14              DEPOSITION OF GARY T. KUROKAWA

15   Taken on behalf of the Plaintiff PHILIP E. ENGLISH, at

16   the law offices of Moseley, Biehl, Tsugawa, Lau & Muzzi,

17   Alakea Corporate Tower, 23rd Floor, 1100 Alakea Street,

18   Honolulu, Hawaii 96813, commencing at 9:07 a.m., on

19   Tuesday, August 22, 2006 pursuant to Notice.

20

21        BEFORE:  MYRLA R. SEGAWA, CSR No. 397

22        Notary Public, State of Hawaii

23

24                      EXHIBIT "A"

25
```

Page 134

1  A  Yes, yes.
2  Q  Well, can you explain to me in your words
3  or in the words you used what happened in both those
4  instances?
5       MR. YAMAMOTO: Well, let me object
6  that that assumes facts not in evidence that there
7  were two instances. You said both.
8       MR. MOSELEY: Well, with respect to
9  those two questions.
10      MR. YAMAMOTO: Okay.
11      THE WITNESS: I think that, you know,
12 we had options of moving to different supervisors if
13 Phil felt that he wanted to be transferred there were
14 options available in the office. And, you know, that
15 was offered to him.
16 BY MR. MOSELEY:
17 Q  One of those included a move to Kapolei?
18 A  That was available. The group out in
19 Kapolei is available. The group that Bob Magota was
20 supervising was available.
21 Q  Bob Magota was actually supervising a
22 separate group at the time?
23 A  Well, he was overseeing that it was a
24 vacancy and he was making sure that that group was
25 still, you know, operating.

Page 135

1  Q  Okay. What group was that?
2  A  I don't know the exact -- the number of the
3  group. It's a residential group.
4  Q  And when did you offer those things to
5  Phil?
6  A  My recollection is that at the meeting with
7  Waylon Toma.
8  Q  Okay. And what was Phil's response to that
9  offer?
10 A  I don't recall.
11 Q  Did you offer him any other alternatives
12 other than those two alternatives?
13 A  No, I believe under my control that was the
14 options that I had for him.
15 Q  Why were you offering him options?
16 A  I felt that if he and his supervisor were,
17 you know, seeing eye to eye or you know these were
18 other options available in the office.
19 Q  Okay. I'd like you to take a look at
20 Exhibit 68. This is also titled at the top workplace
21 violence checklist and it's dated February 26, 2003.
22 Can you tell me if you've ever seen this before?
23 A  I don't recall seeing this.
24 Q  Can you take just a couple of minutes to
25 take a look at actually the contents. What I'd like

Page 136

1  to know is if there's anything contained in here that
2  Bob Magota ever discussed with you before this date.
3  A  It doesn't -- I don't have any recollection
4  of it.
5  Q  Can you take a look at Exhibit 69, please.
6  This also is entitled at the top workplace violence
7  checklist and it's dated February 10, 2003. Have you
8  ever seen this document before?
9  A  No.
10 Q  Do you know where these interviews were
11 conducted?
12 A  No, I don't.
13 Q  Do you know by whom they were conducted?
14 A  No, I don't.
15 Q  Were you told that they were going to be
16 conducted? I mean, before they were conducted, were
17 you told they were going to be conducted?
18 A  No, no knowledge of that.
19 Q  Did anybody interview you?
20 A  No.
21 Q  Did anybody ask to interview you?
22 A  No.
23 Q  Have you been interviewed by the ethics
24 commission staff?
25 A  Yes.

Page 137

1  Q  Okay. When was that?
2  A  I don't recall the date.
3  Q  Okay. Who interviewed you?
4  A  I believe it was Matt Viola.
5  Q  And what did Matt ask you about?
6       MR. YAMAMOTO: I'm going to instruct
7  the witness not to answer on the basis of privilege
8  privacy, and that a motion, as I understand it, is
9  still pending before the Court, your Motion to
10 Compel.
11      MR. MOSELEY: That was a Motion to
12 Compel. The ethics commission produced the
13 information.
14      MR. YAMAMOTO: Right. And I think
15 they took the position that it's private, and we take
16 the same position that it is private. So I'm
17 instructing the witness not answer on that basis.
18      MR. MOSELEY: Okay. Are you going to
19 instruct the witness not to answer any questions with
20 respect to any information that was transmitted to
21 the ethics commission?
22      MR. YAMAMOTO: Yes.
23      MR. WONG: Actually, can we take a
24 short break. I'd like to confer with Mr. Yamamoto on
25 this claim of privilege.

Page 138

1  MR. MOSELEY: I don't see any
2  necessity to do that. But what claim of privilege do
3  you want to talk about? Are you disagreeing with his
4  claim of privilege?
5  MR. WONG: Well, English was
6  instructed not to answer about what he told the
7  ethics commission.
8  MR. YAMAMOTO: I understand that as
9  well.
10  MR. MOSELEY: So what's your problem,
11  Tony?
12  MR. WONG: Okay. I guess my problem
13  is if you're asking Mr. Kurokawa to disclose what he
14  told the ethics commission, it's inconsistent with
15  your --
16  MR. MOSELEY: Have you got an
17  objection to make or are you just trying to argue the
18  merits of some position in this case, Tony?
19  MR. WONG: Well, I guess I'm --
20  MR. MOSELEY: Have you got an
21  objection to make? I ask questions. Counsel
22  instructed him not to answer, and he was very clear
23  about why. If you have an objection, you're more
24  than welcome to make it. But in terms of arguing the
25  merits on the record here, I'm not sure that's

Page 139

1  appropriate, Tony.
2  MR. WONG: Yes, I won't. I'm just
3  unclear as to the consistency of the various
4  positions that are being taken.
5  MR. MOSELEY: Let the record reflect
6  that Tony doesn't like the fact that I ask questions
7  he doesn't want to be asked.
8  MR. YAMAMOTO: I don't like questions
9  that I don't want to be asked too though. But
10  anyway, you know, anyway sorry.
11  MR. MOSELEY: Off the record.
12  OFF THE RECORD.
13  BY MR. MOSELEY:
14  Q  Can you please take a look at Exhibit 70.
15  This also is labeled at the top workplace checklist
16  February 10, 2003 and it says Carol Kamisato at the
17  top. It's three pages. Have you ever seen this
18  exhibit before?
19  A  No.
20  Q  Were you aware that Carol made a separate
21  workplace violence report against Phil?
22  A  No.
23  Q  Have you ever seen that separate workplace
24  violence report?
25  A  No.

Page 140

1  Q  Was it transmitted to you for transmission
2  to Mike Golojuch?
3  A  I'm not aware of that. I don't recall
4  that.
5  Q  Are you aware that Chris Graff made a
6  separate workplace violence report against Phil?
7  A  I'm not aware of that.
8  Q  So if you're not aware of it, you're also
9  not aware that -- you're not aware of whether or not
10  you transmitted such a report to Mike Golojuch?
11  A  That's correct.
12  Q  Okay. Can you take a look at page 71,
13  please?
14  MR. YAMAMOTO: Exhibit 71.
15  MR. MOSELEY: Exhibit 71, thank you.
16  BY MR. MOSELEY:
17  Q  Again, this says workplace violence
18  checklist February 10, 2003. Have you ever seen this
19  exhibit before?
20  A  No.
21  Q  Take a look at Exhibit 70 -- did I call the
22  last one 73?
23  MR. YAMAMOTO: No, you called it 71.
24  BY MR. MOSELEY:
25  Q  Okay. Please take a look at Exhibit 72.

Page 141

1  Again, this is labeled at the top workplace violence
2  checklist February 10, 2003. Were you aware of this
3  before or have you ever seen this one before today?
4  A  No.
5  Q  Does the same go for Exhibit 73?
6  A  Yes.
7  Q  And how about for Exhibit 74?
8  A  Yes.
9  Q  Take a look at Exhibit 75. Have you ever
10  seen this exhibit before?
11  A  No.
12  Q  Can you take a look at the substance of
13  this exhibit, please.
14  MR. YAMAMOTO: I think he's reviewed
15  it.
16  BY MR. MOSELEY:
17  Q  Have you reviewed it?
18  A  Yes.
19  Q  Are you familiar with any of the subject
20  matter in this exhibit?
21  A  No.
22  Q  Had anybody ever advised you of any of
23  these occurrences before?
24  A  Not that I recall.
25  Q  Well, on the first page, there's a