## Randall Y. Yamamoto

**From:** Randall Y. Yamamoto
**Sent:** Saturday, September 09, 2006 6:30 PM
**To:** 'Roger S. Moseley'
**Cc:** 'Tony Wong'
**Subject:** RE: further deposition of Gary Kurokawa

Roger,

I have reviewed your attached e-mail and as I indicated at court, we are not in agreement with your position. But we are willing to see any authority that you might have with regard to this issue; until that time that we are in agreement we maintain the confidentiality, privilege(s) and privacy rights that Gary Kurokawa has with regard to this.

Randy.

**From:** Roger S. Moseley [mailto:rmoseley@hilaw.us]
**Sent:** Friday, September 08, 2006 9:05 AM
**To:** Michael A. Lorusso; Randall Y. Yamamoto; Tony Wong
**Cc:** Christopher J. Muzzi; Renee M. Furuta
**Subject:** further deposition of Gary Kurokawa

Randy,

We would like to take a further deposition of Gary Kurokawa with respect to his contacts with the City Ethics Commission. There is nothing legally preventing Mr. Kurokawa's disclosure of this information (see Gordon Nelson letter we transmitted to you yesterday, along with materials transmitted on Phil English's behalf to the Ethics Commission). It is apparent now that your objection and instruction for Gary not to answer were misplaced, especially in light of Judge Chang's ruling yesterday, based in part on the availability of Ethics Commission information from other sources – presumably including Gary Kurokawa. We do not anticipate this will be a lengthy continued deposition. Please advise us of your position at your earliest opportunity.

Thank you.

Roger

Moseley Biehl Tsugawa Lau & Muzzi LLLC
Alakea Corporate Tower
1100 Alakea Street, 23rd Floor
Honolulu, Hawaii 96813
Telephone: (808) 531-0490
Facsimile: (808) 534-0202
Email: RMoseley@hilaw.us

CONFIDENTIALITY NOTICE: This e-mail may contain confidential information that is legally priveleged. Do not read this e-mail if you are not the intended recipient. If you have received this transmission in error, please notify us immediately by replying to the e-mail or by telephone at (808) 531-0490 and destroy the original transmission and any attachments without reading or saving the transmission in any manner. Thank you.



EXHIBIT "C"

9/11/2006