

ORIGINAL

MOSELEY BIEHL TSUGAWA LAU & MUZZI
A Hawaii Limited Liability Law Company
ROGER S. MOSELEY         2060
CHRISTOPHER J. MUZZI     6939
RENEE M. FURUTA          7593
Alakea Corporate Tower
1100 Alakea Street, 23rd Floor
Honolulu, Hawaii 96813
Telephone: (808) 531-0490
Facsimile: (808) 534-0202
Email: rmoseley@hilaw.us
       cmuzzi@hilaw.us
       rfuruta@hilaw.us

Attorneys for Plaintiff
PHILIP E. ENGLISH

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 11 2006

at 2 o'clock and 10 min. P.M.
SUE BEITIA, CLERK

LODGED
SEP 0 8 2006
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1–10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>    Defendants. | Civil No. 04-00108 KSC/KSC<br><br>PLAINTIFF PHILIP E. ENGLISH'S EX PARTE MOTION TO SHORTEN TIME FOR HEARING ON HIS MOTION TO COMPEL FURTHER DEPOSITION OF GARY T. KUROKAWA; DECLARATION OF CHRISTOPHER J. MUZZI; ORDER GRANTING PLAINTIFF PHILIP E. ENGLISH'S EX PARTE MOTION TO SHORTEN TIME FOR HEARING ON HIS MOTION TO COMPEL FURTHER DEPOSITION OF; CERTIFICATE OF SERVICE<br><br>TRIAL: OCTOBER 3, 2006 |

10010/3/57657.2

## PLAINTIFF PHILIP E. ENGLISH'S EX PARTE MOTION TO SHORTEN TIME FOR HEARING ON HIS MOTION TO COMPEL FURTHER DEPOSITION OF GARY T. KUROKAWA

COMES NOW, Plaintiff Philip E. English ("Plaintiff"), by and through his counsel, Moseley Biehl Tsugawa Lau & Muzzi, and hereby moves this Honorable Court, ex parte, for an Order Shortening Time for hearing on his Motion to Compel Further Deposition of Gary T. Kurokawa.

This motion is based on Rules 6 & 7 of the Federal Rules of Civil Procedure, the Declaration of Christopher J. Muzzi, and the records and files herein.

Dated: Honolulu, Hawaii, SEP - 8 2006 _____.

_____
ROGER S. MOSELEY
CHRISTOPHER J. MUZZI
RENEE M. FURUTA
Attorneys for Plaintiff