IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>          Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1–10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>          Defendants. | Civil No. 04-00108 SOM/KSC<br><br>DECLARATION OF CHRISTOPHER J. MUZZI |

## **DECLARATION OF CHRISTOPHER J. MUZZI**

I, CHRISTOPHER J. MUZZI, declare under penalty of perjury that the following is true and correct to the best of my knowledge:

1. I am an attorney licensed to practice law in the State of Hawaii, the United District Court for the District of Hawaii, and the United States Circuit Court of the 9th Circuit.

2. I am one of the attorneys responsible for representing Plaintiff Philip E. English in the above-captioned case.

10010/2/57742

3. I make this declaration in support of PLAINTIFF PHILIP E. ENGLISH'S MOTION TO COMPEL FURHTER DEPOSITION OF GARY T. KUROKAWA.

4. On September 8, 2006, correspondence was transmitted via e-mail to Defense counsel, Randall Y. Yamamoto, Michael A. Lorusso, Esq. and Anthony L. Wong, Esq.

5. In the e-mail, Plaintiff requested that Mr. Yamamoto reconsider his instructions to Mr. Kurokawa not to answer questions about his contact with the Ethics Commission. Plaintiff also requested further deposition of Mr. Kurokawa.

6. As of this filing, no response has been received from Mr. Yamamoto or Mr. Lorusso, however, at a Further Pretrial Conference held today, September 8, 2006, Mr. Yamamoto stated to Plaintiff's counsel that they would not likely agree to further deposition of Gary Kurokawa.

7. Pursuant to Rule 37, Plaintiff has in good faith attempted to confer with Mr. Lorusso and Mr. Yamamoto, representing Mr. Kurokawa, to reconsider his instructions to Mr. Kurokawa not to answer questions.

8. Attached hereto as Exhibit A is a true and correct copy of the Notice of Taking Deposition Upon Oral Examination of Gary Kurokawa dated July 28, 2006.

9. Attached hereto as Exhibit B is a true and correct copy of the First Amended Notice of Taking Deposition Upon Oral Examination of Gary Kurokawa dated August 1, 2006.

10. Attached hereto as Exhibit C is a true and correct copy of pages 31-32, 35-36 of the transcript of the August 10, 2006 hearing before this Court on continued hearing on Plaintiff's Motion to Compel Compliance with Subpoena.

11. Attached hereto as Exhibit D is a true and correct copy of pages 136-137 and 144-145 of the transcript of the oral deposition of Gary T. Kurokawa taken on August 22, 2006.

12. Attached hereto as Exhibit E is a true and correct copy of the September 5, 2006 Order Denying Plaintiff's Motion to Compel.

13. Attached hereto as Exhibit F is a true and correct copy of correspondence from Gordon Nelson to Christopher Muzzi dated September 5, 2006.

14. Attached hereto as Exhibit G is a true and correct copy of an e-mail correspondence transmitted to Michael A. Lorusso, Randall Y. Yamamoto and Tony Wong from Roger S. Moseley dated September 8, 2006.

I DECLARE UNDER PENALTY OF PERJURY under the laws of the United States and the State of Hawaii that the foregoing is true and correct.

Executed _____SEP - 8 200_____, at Honolulu, Hawaii.

_____
CHRISTOPHER J. MUZZI