IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>                    Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1 –10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>                    Defendants. | Civil No.  04-00108 KSC/KSC<br><br>ORDER GRANTING PLAINTIFF PHILIP E. ENGLISH'S EX PARTE MOTION TO SHORTEN TIME FOR HEARING ON HIS MOTION TO COMPEL FURTHER DEPOSITION OF GARY T. KUROKAWA |

**ORDER GRANTING PLAINTIFF PHILIP E. ENGLISH'S EX PARTE MOTION TO SHORTEN TIME FOR HEARING ON HIS MOTION TO COMPEL FURTHER DEPOSITION OF GARY T. KUROKAWA**

10010/3/57679

Upon due consideration of Plaintiff Philip E. English ("Plaintiff")'s Ex Parte Motion to Shorten Time for Hearing on his Motion to Compel Further Deposition of Gary T. Kurokawa, the Declaration of counsel, the records and files herein, and finding good cause therefore,

IT IS HEREBY ORDERED that the Ex Parte Motion is GRANTED and that Plaintiffs' Motion to Compel Further Deposition of Gary T. Kurokawa shall come on for hearing before the Honorable Kevin S.C. Chang in his courtroom at the United States Courthouse, 300 Ala Moana Blvd., Honolulu, Hawaii, at 11:00 o'clock a.m. on September 13, 2006, or as soon thereafter as counsel can be heard.

Dated: Honolulu, Hawaii, SEP 11 2006.

_____
JUDGE OF THE ABOVE-ENTITLED COURT