ORIGINAL

MOSELEY BIEHL TSUGAWA LAU & MUZZI
A Hawaii Limited Liability Law Company
ROGER S. MOSELEY          2060
CHRISTOPHER J. MUZZI      6939
RENEE M. FURUTA           7593
Alakea Corporate Tower
1100 Alakea Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone: (808) 531-0490
Facsimile: (808) 534-0202
Email:  rmoseley@hilaw.us
        cmuzzi@hilaw.us
        rfuruta@hilaw.us

Attorneys for Plaintiff
PHILIP E. ENGLISH

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 11 2006

at __ o'clock and __ min __ M
SUE BEITIA, CLERK

LODGED

SEP 08 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>                Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1–10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>                Defendants. | Civil No.  04-00108 KSC/KSC<br><br>PLAINTIFF PHILIP E. ENGLISH'S MOTION TO COMPEL FURTHER DEPOSITION OF GARY T. KUROKAWA; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF CHRISTOPHER J. MUZZI; EXHIBITS A - G; CERTIFICATE OF SERVICE<br><br>Hearing: September 13, 2006<br>Dates:<br>Time: 11:00 AM<br>Judge: Honorable Kevin S. Chang |

10010/3/57737

## PLAINTIFF PHILIP E. ENGLISH'S MOTION TO
## COMPEL FURHTER DEPOSITION OF GARY T. KUROKAWA

Plaintiff Philip E. English ("Plaintiff"), by and through his counsel, Moseley Biehl Tsugawa Lau & Muzzi, brings this Motion to Compel Further Deposition of Gary T. Kurokawa requesting that the Court order Mr. Kurokawa's continued deposition regarding testifying as to Mr. Kurokawa's contacts with the Ethics Commission.

This motion is brought pursuant to Rules 7 and 37 of the Federal Rules of Civil Procedure and is supported by the attached memorandum, declaration and exhibits, and the record and files herein.

Dated: Honolulu, Hawaii, _____SEP - 8 2006_____.

ROGER S. MOSELEY
CHRISTOPHER J. MUZZI
RENEE M. FURUTA
Attorney for Plaintiff
PHILIP E. ENGLISH