IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>        Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1 –10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>        Defendants. | Civil No. 04-00108 KSC/KSC<br><br>DECLARATION OF CHRISTOPHER J. MUZZI |

## DECLARATION OF CHRISTOPHER J. MUZZI

I, CHRISTOPHER J. MUZZI, declare under penalty of perjury that the following is true and correct to the best of my knowledge:

1. I am an attorney licensed to practice law in the State of Hawaii, the United District Court for the District of Hawaii, and the United States Circuit Court of the 9th Circuit.

2. I am one of the attorneys responsible for representing Plaintiff Philip E. English in the above-captioned case.

10010/3/57747

3. This Declaration is made in lieu of an affidavit pursuant to local Rule 7.6, Rules of the United States District Court for the District of Hawaii, as amended.

4. This motion is based upon the oral deposition of Gary Kurokawa and the objections made therein by Randall Yamamoto, Esq.

5. At Mr. Kurokawa's deposition, Mr. Kurokawa was instructed not to answer questions regarding his communications with the Ethics Commission based on the "privilege privacy."

6. There is no privilege that allows Mr. Kurokawa to withhold his testimony.

7. This motion is being brought to compel the testimony of Mr. Kurokawa.

8. It is requested that this motion be heard as soon as possible considering trial in this matter is scheduled to commence on October 3, 2006 and should the court compel the testimony of Mr. Kurokawa, another deposition date must be scheduled.

9. On September 8, 2006, via facsimile, Roger Moseley sent correspondence to Michael Lorusso and Randall Yamamoto regarding the deposition of Mr. Kurokawa requesting that Mr. Lorusso and Mr. Yamamoto re-evaluate his objections and instructions that Mr. Kurokawa not to answer

questions. Neither Mr. Yamamoto or Mr. Lorusso have responded to my correspondence.

10. Plaintiff respectfully submits that good cause exists to grant the instant request to shorten time for hearing on Plaintiff's Motion to Compel the Further Deposition of Gary Kurokawa.

I DECLARE UNDER PENALTY OF PERJURY under the laws of the United States and the State of Hawaii that the foregoing is true and correct.

Executed September 8, 2006, at Honolulu, Hawaii.

_____
CHRISTOPHER J. MUZZI