ORIGINAL

MOSELEY BIEHL TSUGAWA LAU & MUZZI
a Hawaii limited liability law company

ROGER S. MOSELEY          2060
ALAN K. LAU               3981
CHRISTOPHER J. MUZZI      6939
RENEE M. FURUTA           7593
Alakea Corporate Tower
1100 Alakea Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone:  (808) 531-0490
Facsimile:  (808) 534-0202
Email:  rmoseley@hilaw.us
        alau@hilaw.us
        cmuzzi@hilaw.us
        rfuruta@hilaw.us

Attorneys for Plaintiff
PHILIP E. ENGLISH


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII


| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>             Plaintiff,<br><br>     vs.<br><br>CITY AND COUNTY OF HONOLULU;<br>GARY T. KUROKAWA; ROBERT O.<br>MAGOTA; ANN C. GIMA; and GK<br>APPRAISALS, INC.; JOHN DOES 1<br>-10; JANE DOES 1-10; DOE<br>PARTNERSHIPS; DOE CORPORATIONS<br>1-10; AND DOE ENTITIES 1-10,<br><br>             Defendants. | Civil No.  04-00108 JMS/KSC<br><br><br>NOTICE OF TAKING DEPOSITION<br>UPON ORAL EXAMINATION<br><br>[RE:  GARY KUROKAWA] |

EXHIBIT "A"

<u>NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION</u>

TO:  MICHAEL L. LARUSSO, ESQ.
     Kawashima Lorusso & Tom, LLP
     Fort Street Tower
     745 Fort Street, 5th Floor
     Honolulu, Hawaii  96813

          Attorneys for Defendants
          City & County of Honolulu,
          Gary T. Kurokawa, Robert O. Magota,
          and Ann C. Gima

     KEVIN P. H. SUMIDA, ESQ.
     ANTHONY L. WONG, ESQ.
     735 Bishop Street
     Suite 411
     Honolulu, Hawaii  96813

          Attorneys for Defendant
          GK APPRAISALS, INC.

PLEASE TAKE NOTICE that on Friday, August 4, 2006 and

continued on Monday, August 7, 2006, at Moseley Biehl Tsugawa Lau

& Muzzi, a Hawaii Limited Liability Law Company, Alakea Corporate

Tower, 1100 Alakea Street, 23rd Floor, Honolulu, Hawaii 96813,

Plaintiff Philip E. English, above named will take the deposition

of:

| NAME AND ADDRESS | DATE AND TIME |
|---|---|
| **GARY KUROKAWA**<br>c/o MICHAEL L. LARUSSO, ESQ.<br>Kawashima Lorusso & Tom, LLP<br>Fort Street Tower<br>745 Fort Street, 5th Floor<br>Honolulu, Hawaii  96813 | Friday,<br>August 4, 2006<br>9:00 a.m.<br><br>Continued deposition<br>Monday,<br>August 7, 2006<br>9:00 a.m. |

Said deposition shall be upon oral examination, pursuant to Rule 30 of the Federal Rules of Civil Procedure before an officer authorized by law to administer oaths.  The oral examination will continue from day to day until completed.  You are invited to attend and examine.  Said deponent is required to attend.

DATED:  Honolulu, Hawaii,  JUL 27 2006                     .


ROGER S. MOSELEY
ALAN K. LAU
CHRISTOPHER J. MUZZI
RENEE M. FURUTA

Attorneys for Plaintiff
PHILIP E. ENGLISH

10010\3\57115                          3