ORIGINAL

MOSELEY BIEHL TSUGAWA LAU & MUZZI
a Hawaii limited liability law company

ROGER S. MOSELEY        2060
ALAN K. LAU             3981
CHRISTOPHER J. MUZZI    6939
RENEE M. FURUTA         7593
Alakea Corporate Tower
1100 Alakea Street, 23rd Floor
Honolulu, Hawaii 96813
Telephone: (808) 531-0490
Facsimile: (808) 534-0202
Email:  rmoseley@hilaw.us
        alau@hilaw.us
        cmuzzi@hilaw.us
        rfuruta@hilaw.us

Attorneys for Plaintiff
PHILIP E. ENGLISH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>　　　　　Defendants. | Civil No. 04-00108 JMS/KSC<br><br>FIRST AMENDED NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION<br><br>[RE: GARY KUROKAWA] |

**EXHIBIT "B"**

FIRST AMENDED NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION

TO: MICHAEL L. LARUSSO, ESQ.
Kawashima Lorusso & Tom, LLP
Fort Street Tower
745 Fort Street, 5th Floor
Honolulu, Hawaii 96813

    Attorneys for Defendants
    City & County of Honolulu,
    Gary T. Kurokawa, Robert O. Magota,
    and Ann C. Gima

KEVIN P. H. SUMIDA, ESQ.
ANTHONY L. WONG, ESQ.
735 Bishop Street
Suite 411
Honolulu, Hawaii 96813

    Attorneys for Defendant
    GK APPRAISALS, INC.

PLEASE TAKE NOTICE that on Tuesday, August 22, 2006 and continued on Wednesday, August 23, 2006, at Moseley Biehl Tsugawa Lau & Muzzi, a Hawaii Limited Liability Law Company, Alakea Corporate Tower, 1100 Alakea Street, 23rd Floor, Honolulu, Hawaii 96813, Plaintiff Philip E. English, above named will take the deposition of:

| NAME AND ADDRESS | DATE AND TIME |
|---|---|
| **GARY KUROKAWA**<br>c/o MICHAEL L. LARUSSO, ESQ.<br>Kawashima Lorusso & Tom, LLP<br>Fort Street Tower<br>745 Fort Street, 5th Floor<br>Honolulu, Hawaii 96813 | Tuesday,<br>August 22, 2006<br>9:00 a.m.<br><br>Continued deposition<br>Wednesday,<br>August 23, 2006<br>9:00 a.m. |

Said deposition shall be upon oral examination, pursuant to Rule 30 of the <u>Federal Rules of Civil Procedure</u> before an officer authorized by law to administer oaths. The oral examination will continue from day to day until completed. You are invited to attend and examine. Said deponent is required to attend.

DATED: Honolulu, Hawaii, _____AUG 1 2006_____.

_____
ROGER S. MOSELEY
ALAN K. LAU
CHRISTOPHER J. MUZZI
RENEE M. FURUTA

Attorneys for Plaintiff
PHILIP E. ENGLISH

MOSELEY BIEHL TSUGAWA LAU & MUZZI
a Hawaii limited liability law company
ROGER S. MOSELEY            2060
ALAN K. LAU                 3981
CHRISTOPHER J. MUZZI        6939
RENEE M. FURUTA             7593
Alakea Corporate Tower
1100 Alakea Street, 23rd Floor
Honolulu, Hawaii 96813
Telephone: (808) 531-0490
Facsimile: (808) 534-0202
Email: rmoseley@hilaw.us
       alau@hilaw.us
       cmuzzi@hilaw.us
       rfuruta@hilaw.us

Attorneys for Plaintiff
PHILIP E. ENGLISH

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 01 2006

at 11 o'clock and __ min __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>    Plaintiff,<br><br>  vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>    Defendants. | Civil No. 04-00108 JMS/KSC<br><br>CERTIFICATE OF SERVICE RE: FIRST AMENDED NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION<br><br>[RE: GARY KUROKAWA] |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the FIRST AMENDED NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION (RE: GARY KUROKAWA) was duly served upon the parties listed below at their respective address, via hand-delivery, on the date stated below.

MICHAEL L. LARUSSO, ESQ.
Kawashima Lorusso & Tom, LLP
Fort Street Tower
745 Fort Street, 5th Floor
Honolulu, Hawaii 96813

    Attorneys for Defendants
    City & County of Honolulu,
    Gary T. Kurokawa, Robert O. Magota,
    and Ann C. Gima

KEVIN P. H. SUMIDA, ESQ.
ANTHONY L. WONG, ESQ.
735 Bishop Street
Suite 411
Honolulu, Hawaii 96813

    Attorneys for Defendant
    GK APPRAISALS, INC.

DATED: Honolulu, Hawaii, _____AUG 1 2006_____.

_____
ROGER S. MOSELEY
ALAN K. LAU
CHRISTOPHER J. MUZZI
RENEE M. FURUTA

    Attorneys for Plaintiff
    PHILIP E. ENGLISH