

1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| PHILIP E. ENGLISH, | ) | CIVIL NO. 04-00108 KSC |
| Plaintiff, | ) | |
| vs. | ) | |
| CITY AND COUNTY OF HONOLULU, et al., | ) | |
| Defendants. | ) | |

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE KEVIN S.C. CHANG
UNITED STATES DISTRICT COURT MAGISTRATE JUDGE
ON AUGUST 10, 2006

APPEARANCES:

For Plaintiff

    CHRISTOPHER J. MUZZI, ESQ.
    Moseley Biehl Tsugawa Lau
      & Muzzi
    Alakea Corporate Tower
    1100 Alakea Street, 23rd Floor
    Honolulu, HI 96813

For Defendant
  Charles Totto

    GORDON D. NELSON, ESQ.
    Dept. of Corporation Counsel
    530 S. King Street, Room 110
    Honolulu, HI 96813

For Defendants
  City & County of Honolulu,
  Gary T. Kurokawa,
  Robert O. Magota and
  Ann C. Gima

    MICHAEL LORUSSO, ESQ.
    Kawashima Lorusso & Tom
    745 Fort Street, Suite 500
    Honolulu, HI 96813

Proceedings recorded by electronic sound recording,
transcript produced by transcription service.

**EXHIBIT "C"**

HONOLULU TRANSCRIPTION SERVICES, LLC    (808) 306-0205

1     Just for the purposes of having a complete record,
2  you had asked counsel who have been deposed and what
3  questions, if any, have been asked about.  The Ethics
4  Commission and counsel only told you about Mr. Magota and
5  Mr. Kraft.  However, there have been City employees in the,
6  specifically, in the Real Estate Property Assessment
7  Division who have been deposed.  They have been asked
8  questions, did you go to the Ethics Commission, who did you
9  speak with, was it recorded, not recorded, questions of
10 those nature and that's after four to five hours, at least
11 with one witness.  Certainly, Mr. Magota spent four days of
12 depositions and was asked --
13        THE COURT:  Four days?
14        MR. LORUSSO:  Correct, Your Honor, of deposition.
15 And so it would be disingenuous to say, well, there's only
16 two people that talked about it and to say they didn't
17 remember anything, again, I think counsel would need to show
18 the Court the transcript of the record whether or not
19 questions were in fast -- fact asked, what questions were
20 asked and obviously what was the testimony given.  And
21 others were also, who were not City employees, but are
22 testifying.
23        THE COURT:  Were any -- Mr. -- since -- since you
24 raised the issue, Mr. Lorusso, were any of these witnesses
25 directed not to answer questions based on some sort of

                                                              32

1    confidentiality of the Ethics Commission's proceedings?
2             MR. LORUSSO:  No, Your Honor.
3             THE COURT:  Mr. Muzzi, is that right?
4             MR. MUZZI:  I did not participate in all the
5    depositions, but that's my understanding that they were not
6    directed.  I -- that's my understanding.
7             THE COURT:  All right.
8             MR. LORUSSO:  Your Honor, in addition, there has
9    been a deposition schedule for this month in which there's
10   other City employees that are scheduled to testify.  Once
11   again, if they choose to ask the questions with regard to
12   perhaps certain employees that they -- they may be able to
13   ask those questions if they choose to, again, depending on
14   particular individual.
15            It's also interesting to note, Your Honor, that I
16   began the continuation of the deposition of Mr. English this
17   past Monday.  There have been quite a break in between his
18   sessions, and when I asked him as I was following up with
19   questions about, did you go to the Ethics Commission, he
20   turns to his attorney and they asserted the privilege and
21   said, because of the pending motion before Judge Chang, I
22   refuse to answer the questions.
23            THE COURT:  Is that right, Mr. Muzzi?
24            MR. MUZZI:  Your Honor, that was when I was still
25   on the mainland, but I would not doubt Mr. Lorusso's

required to keep this information confidential, but he may request that they do. Again, I was trying to locate that in the brief. So I think to the extent Mr. Moseley may have been concerned in this, it may have arisen from Mr. Totto's deposition. And if the Court would like me to point that out through a further state -- or, again, in further briefing, I'd be happy to do that but that was my recollection of the testimony.

MR. NELSON: Your Honor, where we -- where we recollect similarly, there was a statement that Mr. Totto can request any particular situation that a witness not talk about matters, but it's simply a request from Mr. Totto and -- and he did make such a statement in his deposition.

THE COURT: Well, and I guess it begs the question, was any such request made of any -- any witness not to make any statements?

MR. NELSON: The recollection here, Your Honor, is that there's a general request for witnesses not to -- to go back and talk to other witnesses, but, you know, sort of pointing the testimony, but there -- there's no -- no indication that they can't go out and talk about the case and say to the press more general --

THE COURT: Let me be more direct, Mr. Nelson. There's been no muzzle to put on any witness or person that appeared before the Commission with regard to testifying in

36

1 this case?
2     MR. NELSON: That's correct, Your Honor.
3     THE COURT: Mr. Muzzi, are you aware of any such?
4     MR. MUZZI: None, Your Honor.
5     THE COURT: All right. Anything further, counsel?
6     (No response.)
7     The Court will take these -- this motion under
8 advisement. We'll issue a written order with regards to the
9 motion. I may, Mr. Totto, Mr. Nelson, request in camera
10 submission of certain documents simply for sampling to -- I
11 don't have any present intention to review the in excess of
12 two thousand pages of documents, but I may sample the log
13 and request those for --
14     MR. NELSON: Your Honor, I have a duplicate box
15 here if you just want us to leave it at this time.
16     THE COURT: And it's all Bates-stamped in
17 accordance?
18     MR. NELSON: Yes.
19     THE COURT: I'll -- if you would leave those with
20 my law clerk, then it'll make it somewhat simpler. Whatever
21 order I issue, if I review any documents, I'll note in the
22 order which documents I reviewed.
23     MR. NELSON: Your Honor.
24     THE COURT: Yes.
25     MR. NELSON: Just for clarification, one item

38

| STATE OF HAWAII | ) | |
|---|---|---|
| | ) | ss. |
| CITY AND COUNTY OF HONOLULU | ) | |

    I, JUVELYNN PUNZAL, certified court transcriber for the United States District Court for the District of Hawaii, do hereby certify that the foregoing is a true and accurate transcript from the electronic sound recording of the proceedings had in connection with the above entitled cause and was transcribed by me to the best of my ability.

    DATED at Honolulu, Hawaii this __5th__ day of __September__, 2006.

                                                     Juvelynn Punzal, Transcriber