DEPARTMENT OF THE CORPORATION COUNSEL
# CITY AND COUNTY OF HONOLULU

530 SOUTH KING STREET, ROOM 110 • HONOLULU, HAWAII 96813
TELEPHONE: (808) 523-4859 • FAX: (808) 523-4583 • INTERNET: www.honolulu.gov

MUFI HANNEMANN
MAYOR



CARRIE K.S. OKINAGA
CORPORATION COUNSEL

DONNA M. WOO
FIRST DEPUTY CORPORATION COUNSEL

September 5, 2006

<u>Via Facsimile & Regular Mail</u>

Christopher J. Muzzi, Esq.
Moseley Biehl Tsugawa Lau & Muzzi
Alakea Corporate Tower
1100 Alakea Street, 23rd Floor
Honolulu, Hawaii 96813

  Re: Civil No. 04-00108 JMS/KSC, English v. City and
     County of Honolulu, et al.

  This will confirm that your client is not restricted by the current Ethics Commission ordinance or by the Rules of Procedure of the Ethics Commission from divulging information regarding an alleged ethics violation.

  Rule 4.13(c), about which you have expressed concern, is out of date. It quotes language contained in former Sec. 3-2.3(g) of the Revised Ordinances of Honolulu 1990 ("ROH"), which has been replaced with current ROH Sec. 3-6(g). That current section places no limits on disclosure by individuals other than Commission members or staff.

  According to Mr. Totto, at one time under both ROH Sec. 3-2.3(g) and its State Ethics Commission counterpart, HRS Sec. 84-31(c), an individual who divulged information concerning an ethics charge before the respective commission had issued an advisory opinion was subject to a misdemeanor. The state ethics law was stipulated to be constitutionally invalid in <u>Roe v. Akamine</u>, Civil No. 91-00252, District Court of Hawaii in 1991.

  Since that time, the Honolulu Ethics Commission has considered Rule 4.13(c) to be constitutionally invalid to the extent it restricts an individual other than Commission members or staff or their representatives from divulging information regarding an alleged ethics violation.

# EXHIBIT "F"

Christopher J. Muzzi, Esq.
Page 2
September 5, 2006

    Mr. Totto and the Commission express no view as to whether disclosure by your client of information he has provided to the Commission would be prohibited by any other law or regulation.

                                         Very truly yours,

                                         GORDON D. NELSON
                                         Deputy Corporation Counsel

GDN:li

cc: Charles W. Totto, Esq.
    Michael A. Lorusso, Esq. (via fax & mail)
    Anthony L. Wong, Esq. (via fax & mail)

L-MUZZI.1