MOSELEY BIEHL TSUGAWA LAU & MUZZI
A Hawaii Limited Liability Law Company
ROGER S. MOSELEY         2060
CHRISTOPHER J. MUZZI     6939
RENEE M. FURUTA          7593
Alakea Corporate Tower
1100 Alakea Street, 23rd Floor
Honolulu, Hawaii 96813
Telephone: (808) 531-0490
Facsimile: (808) 534-0202
Email: rmoseley@hilaw.us
       cmuzzi@hilaw.us
       rfuruta@hilaw.us

Attorneys for Plaintiff
PHILIP E. ENGLISH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1–10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>Defendants. | Civil No. 04-00108 SOM/KSC<br><br>PLAINTIFF PHILIP E. ENGLISH'S REPLY MEMORANDUM TO DEFENDANTS CITY AND COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA AND ANN C. GIMA'S MEMORANDUM IN OPPOSITION TO PLAINTIFF PHILIP E. ENGLISH'S MOTION TO COMPEL FURTHER DEPOSITION OF GARY T. KUROKAWA; DECLARATION OF COUNSEL; EXHIBIT H; CERTIFICATE OF SERVICE |

10010/3/57771

Hearing:
Date: September 13, 2006
Time: 11:00 a.m.
Judge: Honorable Kevin S. Chang

## PLAINTIFF PHILIP E. ENGLISH'S REPLY MEMORANDUM TO DEFENDANTS CITY AND COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA AND ANN C. GIMA'S MEMORANDUM IN OPPOSITION TO PLAINTIFF PHILIP E. ENGLISH'S MOTION TO COMPEL FURTHER DEPOSITION OF GARY T. KUROKAWA

Plaintiff Philip E. English ("Plaintiff"), by and through his counsel, Moseley Biehl Tsugawa Lau & Muzzi, submits this Reply Memorandum in Support of his Motion to Compel further deposition of Gary T. Kurokawa.

First, despite the Defendants' citation to the various provisions of the Revised Ordinances of Honolulu (1990) and the City Ethics Commission's Rules, Mr. Totto, through his counsel, directly stated to this Court at the hearing on August 10, 2006 that there is no prohibition on any witness' disclosure of matters regarding the Ethics Commission proceedings in this case.

> THE COURT: Let me be more direct, Mr. Nelson. **There's been no muzzle to put on any witness or person that appeared before the Commission with regard to testifying in this case?**
>
> MR. NELSON: **That's correct**, Your Honor.
>
> (emphasis added)

See Exhibit C of Plaintiff's Motion to Compel.

This is the executive director and legal counsel for the Ethics Commission representing and stating the position of the Ethics Commission on this specific matter.

Moreover, if this statement and representation was not made during the August 10, 2006 hearing regarding Plaintiff English's Motion to Compel Compliance with Subpoena regarding Charles Totto, Plaintiff English would have demonstrated substantial need and thereby be granted access to the information and files of Mr. Totto. However, based upon this representation to the Court that the information can be obtained from other individuals and witnesses, then the Court denied the motion and stated in its order that discovery is ongoing and that Plaintiff may be able to obtain the sought after information and documents from persons other than Mr. Totto. Defendants are simply whipsawing Plaintiff by stating that they have not directed witnesses not to answer questions regarding the Ethics Commission then take the position of denying access to Plaintiff's discovery of this information from any witness, even after the Ethics Commission stated before this Court that there is no prohibition against disclosure.

It is questionable whether Mr. Kurokawa has to consent to giving out his own information in the first place. Regardless, Mr. Kurokawa has already testified during his oral deposition taken on August 22, 2006, on the same subject matter by denying any knowledge of activity of Christopher Graff working for GK

Appraisals and what Christopher Graff was doing on city time or with city equipment. See Exhibit H. Therefore, if all this is true and this is the same information that Mr. Kurokawa has been telling the Ethics Commission, then there is no confidentiality problem as Mr. Kurokawa has disclosed information he provided to the Ethics Commission.

Note, there is no obligation of Plaintiff to inform Mr. Takahashi of the motion in this matter. First, Mr. Takahashi is not counsel of record for Mr. Kurokawa herein. Second, Mr. Takahashi did not appear for the oral deposition of Mr. Kurokawa. Third, Mr. Kurokawa was represented by counsel, Mr. Lorusso at the oral deposition and this motion is concerning the deposition taken in this litigation.

For all the foregoing reasons, Plaintiff English respectfully requests this Court grant his Motion to Compel Further Deposition of Gary T. Kurokawa.

Dated: Honolulu, Hawaii, September 12, 2006.

/s/ *Roger S. Moseley*
ROGER S. MOSELEY
CHRISTOPHER J. MUZZI
RENEE M. FURUTA
Attorney for Plaintiff
PHILIP E. ENGLISH