IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>           Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1 –10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>           Defendants. | Civil No. 04-00108 SOM/KSC<br><br>DECLARATION OF COUNSEL |

## **DECLARATION OF COUNSEL**

I, ROGER S. MOSELEY, declare under penalty of perjury that the following is true and correct to the best of my knowledge:

1.    I am an attorney licensed to practice law in the State of Hawaii, the United District Court for the District of Hawaii, and the United States Circuit Court of the 9th Circuit.

2.    I am one of the attorneys responsible for representing Plaintiff Philip E. English in the above-captioned case.

10010/2/57742.2

3. I make this declaration in support of PLAINTIFF PHILIP E. ENGLISH'S REPLY MEMORANDUM TO DEFENDANTS CITY AND COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA AND ANN C. GIMA'S MEMORANDUM IN OPPSITION TO PLAINTIFF PHILIP E. ENGLISH'S MOTION TO COMPEL FURTHER DEPOSITION OF GARY T. KUROKAWA.

4. Attached hereto as Exhibit "H" is a true and correct copy of pages 41, 44-46, 48-50 of the transcript of the oral deposition of Gary T. Kurokawa taken on August 22, 2006.

I DECLARE UNDER PENALTY OF PERJURY under the laws of the United States and the State of Hawaii that the foregoing is true and correct.

Executed <u>September 12, 2006</u>, at Honolulu, Hawaii.

<i>/s/ Roger S. Moseley</i><br>ROGER S. MOSELEY