```
                                                              1

 1              IN THE UNITED STATES DISTRICT COURT

 2                  FOR THE DISTRICT OF HAWAII

 3

 4  PHILIP E. ENGLISH,            ) CIVIL NO. 04-00108 JMS/KSC
                                  )
 5              Plaintiff,         )
                                  )
 6       vs.                       )
                                  )
 7  CITY AND COUNTY OF HONOLULU;  )
    GARY T. KUROKAWA; ROBERT O.   )
 8  MAGOTA; ANN C. GIMA; and GK   )
    APPRAISALS, INC.; JOHN DOES   )
 9  1-10; JANE DOES 1-10; DOE     )
    PARTNERSHIPS; DOE             )
10  CORPORATIONS 1-10; AND DOE    )
    ENTITIES 1-10,                )
11                                )
                Defendants.        )
12  _____)

13

14            DEPOSITION OF GARY T. KUROKAWA

15  Taken on behalf of the Plaintiff PHILIP E. ENGLISH, at

16  the law offices of Moseley, Biehl, Tsugawa, Lau & Muzzi,

17  Alakea Corporate Tower, 23rd Floor, 1100 Alakea Street,

18  Honolulu, Hawaii 96813, commencing at 9:07 a.m., on

19  Tuesday, August 22, 2006 pursuant to Notice.

20

21         BEFORE:  MYRLA R. SEGAWA, CSR No. 397

22         Notary Public, State of Hawaii

23

24                     Exhibit  H

25
```

RALPH ROSENBERG COURT REPORTERS, INC.
Honolulu, HI (808) 524-2090

```
                                                           41
 1      Q    When David started working for the company,
 2  did you have any discussions with anybody about the
 3  priority of either or both of you doing work for an
 4  outside appraisal company?
 5      A    I believe the understanding was that, you
 6  know, that we could work as long as it didn't have
 7  any conflict with our city-related work.
 8      Q    Okay.  Did you seek some kind of an opinion
 9  from the ethics commission?
10      A    I believe we filled out a disclosure form.
11      Q    But you didn't seek any opinion from the
12  ethics commission?
13      A    No.
14      Q    Did Chris Graff start to work for GK
15  Appraisals at about the same time David Matsunami
16  did?
17      A    I don't know.  I'm not sure.
18      Q    When did David Matsunami -- is David
19  Matsunami still working for GK Appraisals?
20      A    He never worked.  You know, he's on
21  contract; so I would say that he's never worked for
22  GK Appraisals.
23      Q    Let's broaden the definition then.  Does
24  David Matsunami still do work for GK Appraisals?
25      A    He's not doing anything currently.
```

44

1  city equipment?
2      A    Very careful, yes.
3      Q    And if he testified you used city
4  equipment, he was incorrect; is that right?
5      A    That's correct.
6      Q    Do you know when David Matsunami left the
7  assessment division, you know, as an employee?
8      A    I don't know the exact date, no.  I don't
9  even have a time period.  It's been so long.
10     Q    Okay.  Do you know whether Chris Graff was
11 doing work for GK Appraisals on city time or with
12 city equipment?
13     A    No, I have no knowledge.
14     Q    Did you try to find out?
15     A    I asked Chris if he was doing any kind of
16 work on city time.
17     Q    How about with city equipment?
18     A    City time and city equipment.
19     Q    And what was his response?
20     A    He said no.
21     Q    Did you do anything to follow up on that?
22     A    I believe that their office was doing an
23 investigation on that matter.
24     Q    Who?
25     A    I believe Robert Magota was investigating

45

1  that.

2  Q    Did there come a time when you learned that
3  someone was making an allegation that Chris Graff was
4  doing work for GK Appraisals on city time and with
5  city equipment?

6  A    I received a memo from Chuck Totto.

7  Q    That's the first you heard about it?

8  A    Officially, yes.

9  Q    How about unofficially?

10 A    I don't recall anything before that. The
11 only one that I recall is Chuck Totto sending me an
12 E-mail and officially saying that there was some kind
13 of investigation.

14 Q    Okay. Did Bob Magota not talk to you about
15 that at some prior time?

16 A    Not about official ethics complaint. I
17 believe that he had mentioned that Mr. English had
18 talked to him about it.

19 Q    Okay. And actually my question earlier was
20 not when was the official ethics complaint. My
21 question was when did you learn that somebody had --
22 well -- let's rephrase it.

23       When did you first learn that somebody was
24 saying that Chris Graff was doing work for GK
25 Appraisals on city time and on city equipment?

46

1     A    That was a conversation that Bob Magota had
2 reported to me.
3     Q    And when was that?
4     A    I don't know what the date was.
5     Q    And what was the contents of that
6 conversation?
7     A    He had relayed to me that someone had made
8 a complaint that Chris was doing work for GK
9 Appraisals on city time and city equipment and that's
10 what he relayed to me.
11     Q    Did he tell you who had made the complaint?
12     A    I don't recall at that time.
13     Q    Okay.  And what was your response?
14     A    I had told him that I knew that there was
15 going to be GK Appraisals work, you know, going out
16 to Chris, but we would need to look on working on
17 city time regardless of who it was from.
18     Q    So at the time Bob Magota talked to you,
19 you knew Chris was not working on any GK assignments?
20     A    Correct.
21     Q    Okay.  How did you know that?
22     A    I believe the contract with Chris Graff
23 stopped in 1998.  We're not contracting any jobs to
24 Chris.
25     Q    Did you not know that David Matsunami was

```
                                                          48
 1           MR. YAMAMOTO:  Other to what he's
 2   already testified?
 3           MR. MOSELEY:  Yes, I'm not sure he
 4   testified he took any action.
 5           MR. YAMAMOTO:  Well, let me object as
 6   being vague and ambiguous then.  I think he said he
 7   did something in response to that but.
 8   BY MR. MOSELEY:
 9       Q   Did you take any action?
10           MR. YAMAMOTO:  Same objection.  Vague
11   and ambiguous.
12           THE WITNESS:  I believe that the
13   discussion was that Bob is going to do an
14   investigation of the allegations that was brought to
15   him.
16   BY MR. MOSELEY:
17       Q   So you and Bob decided that together; is
18   that right?
19       A   When he brought it to my attention, you
20   know, decided that we're going to follow through and
21   investigate the allegations on Chris whether he was
22   doing any kind of work on city time, yes.
23       Q   Okay.  Is there anything else that you did?
24       A   No.
25       Q   Did you have a discussion with Chris Graff?
```

```
                                                              49
 1        A    I did ask Chris if he was doing any kind of
 2   work on city time.
 3        Q    And what did he say?
 4        A    He said no.
 5        Q    Did you ask Chris Graff if he was doing any
 6   work for GK Appraisals?
 7        A    I don't recall how that conversation went.
 8   I believe it was just doing any type of work on city
 9   time.
10        Q    Okay.  But you didn't specifically ask
11   whether he was doing work for GK Appraisals?
12        A    I can't remember, but I don't believe so.
13        Q    And what was Chris's response?
14        A    His answer was no.
15        Q    Okay.  Did you tell him that he had to be
16   more discreet?
17        A    No.
18        Q    Did you instruct him that he should not be
19   using city time or equipment to do outside work?
20        A    I believe that discussion did happen many
21   times, but I think at that instance that, you know,
22   he knew that we talked about any work on city time
23   and his answer was no.  I mean, you know, basically
24   flat out he wasn't doing anything so we left it at
25   that.
```

50

1    Q    Do you know if Bob Magota checked Chris
2  Graff's computer files?
3    A    No, I don't.
4    Q    Did Bob Magota ever report to you about his
5  investigation of Chris Graff?
6    A    He had mentioned to me that, you know, he
7  did, you know, look into things with Chris, but I'm
8  not -- I don't know what actually happened with Bob
9  or what he actually did.
10   Q    When you said Bob mentioned to you that he
11 did look into things with Chris, how much longer --
12 how much time passed between your initial
13 conversation with Bob when he reported it to you from
14 the time he told you that he looked into it?
15   A    I don't recall.
16   Q    Okay.  Is there anything else that you know
17 of that Bob did subsequent to that time with respect
18 to this matter?
19   A    No, I don't.
20   Q    Is there anything else that you did
21 subsequent to that time and also talking with
22 Chris -- I understand that you spoke with Bob Magota
23 and then you spoke with Chris, right?
24   A    Yes.
25   Q    Is there anything else that you did?

```
                                                              211
```

# CERTIFICATE

STATE OF HAWAII              )
                             ) SS:
CITY AND COUNTY OF HONOLULU  )

I, MYRLA R. SEGAWA, Notary Public, State of Hawaii, do hereby certify:

That on Tuesday, August 22, 2006, at 9:07 a.m., appeared before me GARY T. KUROKAWA, the witness whose deposition is contained herein; that prior to being examined he was by me duly sworn;

That the deposition was taken down by me in machine shorthand and was thereafter reduced to typewriting under my supervision; that the foregoing represents, to the best of my ability, a true and correct transcript of the proceedings had in the foregoing matter.

I further certify that I am not an attorney for any of the parties hereto, nor in any way concerned with the cause.

DATED this 29th day of August, 2006, in Honolulu, Hawaii.

```
                           _____
                           MYRLA R. SEGAWA, CSR NO. 397
                           Notary Public, State of Hawaii
                           My Commission Exp: 1-27-2009
```