IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>     Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1–10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>     Defendants. | Civil No. 04-00108 KSC/KSC<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

The undersigned herby certifies that a true and correct copy of the foregoing was duly served upon the party listed below at their respective addresses, via hand-delivery, on September 12, 2006.

MICHAEL A. LORUSSO, ESQ.
Kawashima Lorusso & Tom, LLP
Fort Street Tower
745 Fort Street, 5th Floor
Honolulu, Hawaii 96813

    Attorneys for Defendants
    City & County of Honolulu,
    Gary T. Kurokawa, Robert O. Magota,
    and Ann C. Gima

KEVIN P. H. SUMIDA, ESQ.
ANTHONY L. WONG, ESQ.
735 Bishop Street, Suite 411
Honolulu, Hawaii 96813

    Attorneys for Defendant
    GK APPRAISALS, INC.

DATED: Honolulu, Hawaii, September 12, 2006.

                            */s/ Roger S. Moseley*
                            ROGER S. MOSELEY
                            CHRISTOPHER J. MUZZI
                            RENEE M. FURUTA
                            Attorneys for Plaintiff
                            PHILIP E. ENGLISH