IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH, | Civil No.  04-00108 KSC/KSC |
| Plaintiff, | |
| vs. | CERTIFICATE OF SERVICE |
| CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1–10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10, | |
| Defendants. | |

## <u>CERTIFICATE OF SERVICE</u>

The undersigned herby certifies that a true and correct copy of the foregoing was duly served upon the party listed below at their respective addresses, via hand-delivery, on September 12, 2006.

MICHAEL A. LORUSSO, ESQ.
Kawashima Lorusso & Tom, LLP
Fort Street Tower
745 Fort Street, 5th Floor
Honolulu, Hawaii 96813

     Attorneys for Defendants
     City & County of Honolulu,
     Gary T. Kurokawa, Robert O. Magota,
     and Ann C. Gima

KEVIN P. H. SUMIDA, ESQ.
ANTHONY L. WONG, ESQ.
735 Bishop Street, Suite 411
Honolulu, Hawaii 96813

     Attorneys for Defendant
     GK APPRAISALS, INC.

DATED: Honolulu, Hawaii, September 12, 2006.

                */s/ Roger S. Moseley*
                ROGER S. MOSELEY
                CHRISTOPHER J. MUZZI
                RENEE M. FURUTA
                Attorneys for Plaintiff
                PHILIP E. ENGLISH