Of Counsel:
SUMIDA & TSUCHIYAMA
A Limited Liability Law Company

KEVIN P. H. SUMIDA     2544-0
ANTHONY L. WONG       6018-0
Dillingham Transportation Building
735 Bishop Street, Suite 411
Honolulu, Hawaii 96813
Telephone No. (808) 356-2600
Fax No. (808) 587-6197
E-Mail: info@sthawaii.com
awong@sthawaii.com; ksumida@sthawaii.com
Attorneys for Defendant
GK APPRAISALS, INC.

IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>    Defendants. | CIVIL NO. CV04 00108 JMS/KSC<br><br>DEFENDANT GK APPRAISALS, INC.'S MOTION FOR SUMMARY JUDGMENT; MEMORANDUM IN SUPPORT OF MOTION, AFFIDAVIT OF ANTHONY L. WONG; EXHIBITS A–B; CERTIFICATE OF SERVICE<br><br>HEARING:<br><br>Date:<br><br>Time:<br><br>Judge: Kevin S. C. Chang |

DEFENDANT GK APPRAISALS, INC.'S
MOTION FOR SUMMARY JUDGMENT

Comes now Defendant GK APPRAISALS, INC. (hereinafter "this Defendant" or "GK APPRAISALS"), by and through its attorneys, MATSUI CHUNG SUMIDA & TSUCHIYAMA and, subject to and without waiver of any defense, right or objection to which it is entitled, hereby respectfully moves this Honorable Court for an order entering summary judgment in its favor as to Count I, Count VII, Count IX, Count X, and all claims for temporary disability, future disability, and wrongful discharge, on the grounds that there is no genuine issue of material fact and this Defendant is entitled to summary judgment as a matter of law.

This Motion is made pursuant to Rules 7, 12 and 56 of the Federal Rules of Civil Procedure, and Local Rule 56.1 of Local Rules of Practice for the United States District Court for the District of Hawaii, and is based on the attached memorandum, the separate concise statement of material facts, affidavit and exhibits filed concurrently herewith, and the entire record and file herein.

DATED: HONOLULU, HAWAII,    SEPTEMBER 12, 2006.

KEVIN P. H. SUMIDA
ANTHONY L. WONG
Attorneys for Defendant
GK APPRAISALS, INC.