IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>    Defendants. | CIVIL NO. CV04 00108 JMS/KSC<br><br>AFFIDAVIT OF ANTHONY L. WONG |

### AFFIDAVIT OF ANTHONY L. WONG

ANTHONY L. WONG, declares under penalty of perjury and says that:

1.    He is an attorney duly licensed to practice in all courts in the State of Hawaii.

2.    He is one of the attorneys for defendant GK APPRAISALS, INC. in the above-entitled case.

3. Upon his personal knowledge attached hereto as Exhibit A is a true and correct copy of the transcript of Volume I of Plaintiff Philip E. English's deposition transcript.

4. Upon his personal knowledge, attached hereto as Exhibit B is a true and correct copy of Exhibit 1 to Volume I of Plaintiff Philip E. English's deposition transcript.

5. Further affiant sayeth naught.

_____
ANTHONY L. WONG

Subscribed and sworn to before me

this  12th  day of  September  , 2006.

L.S.

_____
Notary Public, State of Hawaii

   Kristine Nekomoto
(Printed Name)

My commission expires:  APR 0 9 2010