Of Counsel:
SUMIDA & TSUCHIYAMA
A Limited Liability Law Company

KEVIN P. H. SUMIDA        2544-0
ANTHONY L. WONG           6018-0
Dillingham Transportation Building
735 Bishop Street, Suite 411
Honolulu, Hawaii 96813
Telephone No. (808) 356-2600
Fax No. (808) 587-6197
E-Mail: info@sthawaii.com
awong@sthawaii.com; ksumida@sthawaii.com
Attorneys for Defendant
GK APPRAISALS, INC.

Attorneys for Defendant
GK APPRAISALS, INC.

IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>　　　　　　Defendants. | CIVIL NO. CV04 00108 JMS/KSC<br><br>DEFENDANT GK APPRAISALS, INC.'S SEPARATE AND CONCISE STATEMENT OF MATERIAL FACTS IN SUPPORT OF THEIR MOTION FOR PARTIAL SUMMARY JUDGMENT; EXHIBIT "A"; CERTIFICATE OF SERVICE<br><br>DATE:<br><br>TIME:<br><br>JUDGE:　KEVIN S. C. CHANG |

}

DEFENDANT GK APPRAISALS, INC.'S
SEPARATE AND CONCISE STATEMENT OF MATERIAL FACTS IN
SUPPORT OF THEIR MOTION FOR PARTIAL SUMMARY JUDGMENT

Comes now Defendant GK APPRAISALS, INC. (hereinafter "this Defendant" or GK APPRAISALS), by and through its attorneys, MATSUI CHUNG SUMIDA & TSUCHIYAMA and, subject to and without waiver of any defense, right or objection to which they are entitled, hereby respectfully submits the following statement of material facts as to which said Defendant contends: (1) there are no genuine issues to be tried and (2) such facts are essential for the court's determination of the issue or issues presented in said Defendants' Motion For Summary Judgment, filed concurrently herewith, and are assumed, but not admitted, to be true for purposes of this Motion.

| | FACTS | EVIDENTIARY SUPPORT |
|---|---|---|
| 1. | Philip English did not sustain any temporary disability as a result of his employment with the City | Exhibit B to Motion, page 2 paragraph 2 |
| 2. | Philip English did not sustain any permanent disability as a result of his employment with the City | Exhibit B to Motion, page 3, paragraph 3 |
| 3. | Philip English voluntarily resigned his position of employment with the City. | Exhibit B to Motion, page 6, paragraph 11. |
| 4. | The First Amended Complaint does not allege any physical injury or imminent life-threatening peril to support his claim for Negligent Infliction of Emotional Distress. | First Amended Complaint filed on January 12, 2006 |

- 3 -

DATED:  HONOLULU, HAWAII,   SEPTEMBER 12, 2006.

                                    KEVIN P. H. SUMIDA
                                    ANTHONY L. WONG
                                    Attorneys for Defendant
                                    GK APPRAISALS, INC

IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>　　　　　Defendants. | CIVIL NO. CV04 00108 JMS/KSC<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was duly served on the following attorney(s) by hand delivering same or by placing the same in the United States mail, postage prepaid, on this __12th__ day of __September__, 2006.

　　　　　ROGER S. MOSELEY, ESQ.
　　　　　ALAN K. LAU, ESQ.
　　　　　CHRISTOPHER J. MUZZI, ESQ.
　　　　　2300 Alakea Corporate Tower
　　　　　1100 Alakea Street
　　　　　Honolulu, Hawai`i  96813
　　　　　Attorneys for Plaintiff

-2-

MICHAEL A. LORUSSO, ESQ.
5th Floor, Fort Street Tower
745 Fort Street
Honolulu, Hawaii 96813
Attorney for Defendants
CITY AND COUNTY OF HONOLULU;
GARY T. KUROKAWA;
ROBERT O. MAGOTA; and ANN C. GIMA

DATED: HONOLULU, HAWAII,   SEPTEMBER 12, 2006.

  
KEVIN P. H. SUMIDA
ANTHONY L. WONG
Attorneys for Defendant
GK APPRAISALS, INC