Of Counsel:
SUMIDA & TSUCHIYAMA
A Limited Liability Law Company

KEVIN P. H. SUMIDA        2544-0
ANTHONY L. WONG          6018-0
Dillingham Transportation Building
735 Bishop Street, Suite 411
Honolulu, Hawaii 96813
Telephone No. (808) 356-2600
Fax No. (808) 587-6197
E-Mail: info@sthawaii.com
awong@sthawaii.com;
ksumida@sthawaii.com
Attorneys for Defendant
GK APPRAISALS, INC.

IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>Defendants. | CIVIL NO. CV04 00108 KSC<br><br>DEFENDANT GK APPRAISALS, INC.'S MOTION IN LIMINE FOR AN ORDER PROHIBITING TESTIMONY BY PLAINTIFF REGARDING ALLEGED STATEMENTS BY WITNESSES THAT ARE HEARSAY; MEMORANDUM IN SUPPORT OF MOTION; EXHIBITS "A" – "B"; CERTIFICATE OF SERVICE |

DEFENDANT GK APPRAISALS, INC.'S MOTION IN LIMINE FOR AN ORDER PROHIBITING TESTIMONY BY PLAINTIFF REGARDING ALLEGED STATEMENTS BY WITNESSES THAT ARE HEARSAY

Comes now defendant GK APPRAISALS, INC. (hereinafter "this Defendant") by its attorneys, and, subject to and without waiver of any defense or objection to which they are entitled, hereby respectfully move this Honorable Court, for an Order precluding testimony by Plaintiff that constitutes hearsay.

This Motion is made pursuant to Rules 402, 403, 701, 801 and 802 of the Federal Rules of Evidence, and is based upon the attached memorandum of law, and the entire record and file herein.

DATED: HONOLULU, HAWAII, Sept. 12, 2006

KEVIN P. H. SUMIDA
ANTHONY L. WONG
Attorneys for Defendant
GK APPRAISALS, INC