The other thing is that it does not seem to stop at the RPA. Who knows how far spread it is in the City and to what lengths they will go.

I was told by a person in the office that Mike Gould the ASO under the direction of Budget + Fiscal Services went around "interviewing" people last month. I was still there? Why didn't he interview me? And then when he called for a meeting it was about "insubordination" and workplace violence complaints about me. He was only on a witch hunt to get me. I understood these were the kinds of questions that were asked: "What is Phil doing wrong so we can make a case against him"! The effort to get Phil and protect the Administration bumped up to the next higher level. The reason is that some of these were issues that had already been resolved.

I asked Kevin Mulligan why were they bringing these things up again and wasn't it resolved and Kevin said something isn't right and it appears to him the threat whatever may be City wide and I may not be able to work at the City again ever!!!

EXHIBIT B

PE 00101