Of Counsel:
SUMIDA & TSUCHIYAMA
A Limited Liability Law Company

KEVIN P. H. SUMIDA          2544-0
ANTHONY L. WONG          6018-0
Dillingham Transportation Building
735 Bishop Street, Suite 411
Honolulu, Hawaii  96813
Telephone No. (808) 356-2600
Fax No. (808) 587-6197
E-Mail:  info@sthawaii.com
awong@sthawaii.com;
ksumida@sthawaii.com
Attorneys for Defendant
GK APPRAISALS, INC.

IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>Defendants. | CIVIL NO. CV04 00108 KSC<br><br>DEFENDANT GK APPRAISALS, INC.'S MOTION IN LIMINE FOR AN ORDER PROHIBITING TESTIMONY BY PLAINTIFF'S EXPERT THOMAS UENO; MEMORANDUM IN SUPPORT OF MOTION; EXHIBITS "A" – "F"; CERTIFICATE OF SERVICE |

## DEFENDANT GK APPRAISALS, INC.'S MOTION IN LIMINE FOR AN ORDER PROHIBITING TESTIMONY BY PLAINTIFF'S EXPERT THOMAS UENO

Comes now defendant GK APPRAISALS, INC. (hereinafter "this Defendant") by its attorneys, and, subject to and without waiver of any defense or objection to which they are entitled, hereby respectfully move this Honorable Court, for an Order precluding testimony by Thomas Ueno.

This Motion is made pursuant to Rules 403, 702, and 703 of the Federal Rules of Evidence, and is based upon the attached memorandum of law, and the entire record and file herein.

DATED:  HONOLULU, HAWAII,    Sept 12, 2006

KEVIN P. H. SUMIDA
ANTHONY L. WONG
Attorneys for Defendant
GK APPRAISALS, INC