RECEIVED NOV 0 2 2005

**Robert J. Sbordone, Ph.D**

Consultant in Clinical Psychology and Neuropsychology
Diplomate, American Board of Professional Psychology (Clinical Neuropsychology)
American Board of Psycholoical Specialties (Forensic Neuropsychology)
Diplomate, American Board of Professional Neuropsychology
Diplomate, American Board of Assessment Psychology
Fellow, National Academy of Neuropsychology
Fellow, American College of Professional Neuropsychology

## TO JUDGES, ATTORNEYS, CLAIMS ADJUSTERS, MEDICAL EXAMINERS AND OTHERS RECEIVING THIS PSYCHOLOGICAL REPORT

Enclosed you will find a comprehensive Neuropsychological Evaluation Report which covers many personal and intimate details of this patient's life. As you know, this material is <u>CONFIDENTIAL</u> and should be treated as such at all times.

In the experience of most mental health professionals, it has been found that patients usually react adversely to the information included in reports such as this one, where their diagnosis, personality characteristics, and prognosis are discussed. In light of this, the policy I advocate is for you to actively discourage patients from procuring this information. I can not think of any circumstance under which I would advocate letting patients read these reports directly.

That being said, I understand completely that under various state or federal laws, a patient may have a legal right to see all medical records and reports such as this. I think it is unfortunate that a distinction was not made with regard to sensitive psychological records, which are almost invariably a painful and upsetting experience for patients to see.

That is why I advise strongly against letting patients see copies of this or other psychological evaluation reports and, instead encourage them (if they are interested) to discuss the results of the examination with the Mental Health Professional who conducted the evaluation.

Very truly yours,

Robert J. Sbordone, Ph.D.
Diplomate in Clinical Neuropsychology, A.B.P.P.
Diplomate in Forensic Neuropsychology, A.B.P.S.
Diplomate, American Board of Professional Neuropsychology
Diplomate, American Board of Assessment Psychology
Fellow, National Academy of Neuropsychology
Fellow, American College of Professional Neuropsychology

RJS/ag

Merrill Lynch Building
24422 Avenida de la Carlota, Suite 270, Laguna Hills, CA 92653-3645
(949) 829-8141 FAX (949) 829-8215


EXHIBIT D

**Robert J. Sbordone, Ph.D., Inc.**

Consultant in Clinical Neuropsychology
Diplomate, American Board of Professional Psychology (Clinical Neuropsychology)
Diplomate, American Board of Professional Neuropsychology
Diplomate, American Board of Assessment Psychology
Fellow, National Academy of Neuropsychology
Fellow, American College of Professional Neuropsychology
Member, American Academy of Clinical Neuropsychology

PRIVILEGED AND CONFIDENTIAL INFORMATION
Report should not be given to patient
or duplicated unless authorized

## PSYCHOLOGICAL REPORT ON PHILIP ENGLISH

## IDENTIFYING INFORMATION:

| | |
|---|---|
| PATIENT: | English, Philip |
| SEX: | Male |
| AGE: | 50 (DOB 10/26/54) |
| DOMINANCE: | Right-handed |
| HIGHEST GRADE COMPLETED: | 14 |
| OCCUPATION: | Real estate appraiser/security guard |
| MARITAL STATUS: | Divorced |
| CHILDREN: | One son age15 |
| REFERRED BY: | Michael Lorusso, Esq.<br>Kawashima, Lorusso & Tom<br>Topa Financial Center<br>Fort Street Tower<br>745 Fort Street, Suite 500<br>Honolulu, HI 96813<br>Telephone: 808-275-0300<br>Fax: 808-275-0399 |
| DATE OF ASSESSMENT: | September 22, 2005 |
| DATE OF REPORT: | October 26, 2005 |

Merrill Lynch Building, 24422 Avenida de la Carlota, Suite 270, Laguna Hills, CA 92653-3648
(949) 829-8141    FAX (949) 829-8215

Philip English
Report Date: October 26, 2005
Page 2 of 47

## CHIEF COMPLAINTS AS OBTAINED FROM MR. ENGLISH:

1.　　　　　He feels that he has regressed psychologically since leaving treatment with Dr. Koff in March 2005 when his COBRA insurance ran out.

2.　　　　　Financial difficulties. He is concerned about being homeless.

3.　　　　　Depression. He cannot take antidepressant medications because of having only one kidney. He complains of sleep difficulties, bad dreams, diminished appetite, decreased self-confidence, social withdrawal, and diminished levels of energy.

4.　　　　　He has difficulty trusting people.

## CURRENT MEDICATIONS:

He is not taking any medications at this time.

## HISTORY OF INJURY AS OBTAINED FROM MR. ENGLISH:

He applied for work as a real property assessor for the City and County of Honolulu in June 2000. He interviewed for an assessor's position, but did not get it. The only position that was left open was that of an appraiser trainee. He accepted this position because he wanted to be a part of the company and grow with it. He was told that there was plenty of room for advancement. He worked as a trainee for 6-8 months and was promoted to appraiser level III.

After working in this position, he noticed that one of the appraisers (Chris Graff) was doing appraisals for Gary Kurokawa who owned a private appraisal firm (GKA) on the big island while he was working for the City and the County He asked Chris how he could do this while he was on City and County time. Chris explained that this was done in a clever but illegal manner. Troubled by this, he went to his supervisor (Ann Gima) and told her that Chris was doing work illegally for GKA. She denied any knowledge of this and instructed him to mind his own business. He pointed out that the council woman had been jailed in the past for similar activities involving the staff.

He brought this issue to Ann Gima's supervisor (Bob Magota) who had a good relationship with her. Mr. English states that Mr. Magota's first response was that Chris was going to be in trouble if he was caught. Mr. English reminded him that Mr. Kurokawa had asked Chris to do this work for his company (GKA). Mr. English states that he observed that Mr. Magota's attitude changed toward this issue to the point where he instructed Mr. English to drop it. He said, however, that he would discuss this with Chris and Mr. Kurokawa.

Shortly after his meeting with Mr. Magota, Chris came to him and told him that Mr. Kurokawa had called a meeting with everyone involved and informed them that they should perform their private work of GKA during their lunch hour and be more discreet about doing it.

Philip English
Report Date: October 26, 2005
Page 3 of 47

In January 2002, Mr. English states that he was planning an expert report of Susan Bender, Esq., the corporate counselor for a lawsuit that involved tax appeals issues. During this time, he was asked to work at a public counter helping people fill out their tax forms. He declined doing this because he would not have the time to prepare the expert report. He was told, however, to forget the expert report and work at the public counter. In mid January 2002, Mr. Kurokawa called him into an after hours meeting and informed him that he was taking "too much initiative" and to "back off." He was also told by Mr. Kurokawa not to work on the expert report even though it was a very important issue.

Ten days later, the corporate council called him and instructed him to finish the report. He worked on the report from 6 a.m. to 8 or 9 p.m. six days a week and was paid overtime. During this time, he continued to observe illegal work activities.

On February 15, 2002, Mr. English sent an E-mail out to Mr. Magota describing the illegal activities in writing. Mr. Magota E-mailed him back and told him that he would take care of it. A few days later, Mr. Magota sent him an E-mail to his supervisor stating, "Phil is panicking; we have to straighten him out." Mr. English was then called into a meeting with Mr. Magota and his supervisor. He was asked if he had felt overwhelmed by his workload. In April 2002, he received a hands-on job performance review, which indicated that he was meeting job expectations. The review had narrative section, which informed him that he was giving his opinions too frequently and to mind his own business.

In May 2002, he was called into a meeting with Mr. Magota and his supervisor (Ann Gima). He was informed that, "He must not like his job very much." After this, he states that they accused him of having a bad attitude, not honoring the work hours, and leaving lead papers on the desk of his supervisors. After this, he tried to follow through with their recommendation to avoid friction with them.

In June 2002, he was promoted to appraiser IV at the end of his six months probation period. He received a job performance evaluation, which rated him as below expectation in job attitude. He was called into a meeting and was criticized for not doing his job properly and was placed on three months of extended probation. He challenged this by asking if they were retaliating against him. They denied this. He stated that he did not agree with the evaluation of his performance review.

Mr. English went to a Union steward and informed him that he needed to document everything. The steward encouraged him to go to the Union within the week of his job performance evaluation.

He had a meeting with Mr. Kurokawa on or about June 15, 2002. In this meeting, Mr. Kurokawa informed him that the stories he was getting from Mr. Magota and Ann were 180 degrees different from his. The next day, he received an E-mail informing him that his probation was being extended. He went to the Union agent who informed him that they should not have extended his probation.

Philip English
Report Date: October 26, 2005
Page 4 of 47

Mr. English complained that after he was placed on extended probation, his supervisors began to engage in "case building" against him and began fabricating reports. Over the three-month probation period, Mr. English states that he felt a lot of stress and learned that Mr. Kurokawa met regularly with Mr. Magota, Ann, and the Union agent to discuss how to deal with him. The union agent proposed that Mr. English be placed on special probation, which would make it easier for them to terminate him.

Towards the end of his probation, Mr. English was called into a meeting with Mr. Kurokawa, Ann, and the union agent. He was told at this meeting to forget about everything that had happened before. Mr. Kurokawa informed him that if it was not for him he would not have his job. Mr. English stated that he could not believe what he had heard. The union agent then asked, "How are they going to resolve this." Mr. English then asked, "What is the motivation behind all of these actions. The union agent placed his hand over his mouth and told him "we are not going to talk about that." Mr. English recalled that he felt threatened by their suggestions (e.g., moving him to another jurisdiction or island). Mr. English was told that his E-mails to Ann were upsetting her. Mr. English stated that his review had been modified without his permission. He states that he was told that his extended probation would be "passed" or expunged for his records. The Union agent also threatened to testify against him if the case went to court.

After this meeting, Mr. English began to seek the legal advice and contacted Roger Moseley, Esq. Mr. English claims that he and his attorney had discovered that his employment records were modified. He felt that he was placed under a lot of pressure and was not being given any help by his supervisor.

Mr. English was advised to go to the Ethics Commission where he saw Chuck Totto on January 3, 2003. He informed Mr. Totto at that time that the charges were very serious. Mr. English claims that he was advised by Mr. Totto to wear a "wire" to which he refused. He was also advised to talk to Chris and ask him to talk to the Ethics Commissioner.

When Mr. English returned to work on January 7, 2003, he went out to lunch with Chris. He asked Chris to see Mr. Totto and tell him of with his involvement in illegal activities.

Mr. English states that he met Chris again on January 10, 2003 and noticed that Chris appeared to be "back pedaling" and said that he would not speak to Mr. Totto.

On February 10, 2003, Mr. English states that he was called into Mr. Magota's office for insubordination. Mr. English asked if he could have his attorney present at the meeting. Although this was initially approved, it was later rejected. Mr. English claims on that they would not let him bring in a tape recorder since the Union agent (Kevin Mulligan) was present.

Mr. English was charged with 11 instances of violence at the workplace. He felt that he was being set up for job termination by provoking him into a violent confrontation at work to justify his termination. Mr. English adamantly denies ever getting violent at the workplace.

Philip English
Report Date: October 26, 2005
Page 5 of 47

Mr. English attended a training meeting in which the speaker who brought up the issue of Whistle-Blowing in a "very negative" sense. Mr. English seemed to feel that this was being directed toward him.

Mr. English went to a therapist in February 2003 at Kaiser who accused him of being "so fucking naïve." Mr. English, however, stated that he felt like he was doing the right thing by reporting the illegal incidents. He complained that he had been under a lot of stress. His therapist told him that he needed to go on a leave and take a break from his job because of all of the psychological stress he had been under. He went on temporary disability on or about February 28, 2003.

Kaiser referred him to Joan Koff, Ph.D. for psychological treatment. Mr. English states that he saw her for approximately one-and-a-half years and stopped seeing her in March 2005 when his COBRA insurance ran out.

Mr. English confessed that he suffered a major setback in his ability to trust people because of his negative experience while working for the city. He also became socially withdrawn and anxious. He also became paranoid about meeting with any of the individuals at his employment. He also felt paranoid about his safety since he felt that people were not behaving rationally. He began having sleep difficulties, nightmares, panic attacks, and lost 10-15 lbs because of not eating due to his limited finances. He stated that he had financial difficulties because he had not been paid a salary for three months.

He was placed on temporary disability. After this, he was called in for his job performance evaluation in April 2003. At that time, he was given a negative job evaluation stating that he was performing substandard work and was told that he could be fired. He was forced to resign in December 2003 to settle his worker's compensation claim. He decided to file a lawsuit in 2004 for emotional and punitive damages.

He began looking for employment in February 2005. He found a job as a security guard and began working in this capacity in April 2005. He states that this job is not stressful since he does not have to deal with any supervisor or other employees. He earns $8 an hour. He likes the owners of the company (Master Guard). He began working three nights a week, 36 hours a week. He tried to get medical insurance. When he tried to get his company to pay for his health insurance, he claims that they cut him back to 12 hours a week. He has given some thought to working as an appraiser, but claims that he is unable to find work because he is "too honest and objective" since the job requires someone to "fudge the numbers." He claims that the current environment requires fudging the data to support the claims' request for a predetermined value.

He states that he has very little money at this time and lives on a boat in the marina in Honolulu.

Philip English
Report Date: October 26, 2005
Page 6 of 47

## BACKGROUND INFORMATION AS OBTAINED FROM MR. ENGLISH:

### Developmental:

He was born in Long Beach, California. He was the product of a full term uncomplicated delivery. He reports normal developmental milestones. He denies having any of the usual childhood diseases. He denies that he had ever been verbally or physically abused during his childhood. He denies any fractures. He described his childhood as happy. He states that he had "wonderful parents". He did not spend much time with his father. He grew up in Pasadena, California. He had several close friends. He was popular and close to his five siblings, particularly his sisters. His most unpleasant memory of his childhood was getting punished by his father after coming home late.

He denies a childhood history of hearing, speaking, stuttering, reading, writing, spelling, arithmetic, motor, behavioral or attentional difficulties, hyperactivity, or seizures. He grew up in an English speaking family and was raised by his biological parents.

### Education:

He graduated from John Muir High School at 17. He describes himself as an average student who excelled in music. He attended Pasadena City College for one year. He attended California State University for one year majoring in music. He got a music scholarship to USC. He attended USC for one year and made a 3.5 grade point average. He left USC after he got married. After graduating, he took courses in real estate appraisal.

### Occupational History:

After leaving SC, he began working at retail sales at the Broadway Department Store in Arcadia. After one year, he began working for First Interstate Mortgage Company as an appraiser. He began earning $9000 a year. After six years, he was earning $25,000 a year. After leaving First Interstate, he formed his own company specialized primarily in residential appraisal. He earned approximately $45,000 a year. He owned this company for approximately a year until he and his wife moved to Hawaii and then Community Seven. He became a senior appraiser at the First Nationwide Bank in Hawaii. He worked there for approximately two years. He began earning $25,000 a year and was earning approximately $50,000 a year when he left after a dispute. He then returned as a consultant earning approximately $90,000 a year. He formed his own company, Philip English & Associates, and had 14 employees. In 1997, he and his wife got involved in the export/import business. They lost $50,000 because of the Asian financial crisis. He was in the process of starting up an appraisal business prior to his divorce and getting diagnosed with cancer in 1998. He filed for bankruptcy. He began working for the City and County of Honolulu in June 2000. He was in debt of approximately $45,000 at that time. He also had an IRS debt of approximately $45,000, which was set aside. He worked for the City and County of Los Angeles and got a job at the city mall as a sales clerk earning $8 an hour until he began working for the City and County of Honolulu in June 2000.

Philip English
Report Date: October 26, 2005
Page 7 of 47

**Family History:**

Father is a 77-year-old retired telephone executive. His mother is a 76-year-old homemaker. Neither parent had ever been previously married. Neither parent has a history of substance abuse or criminal behavior. His father had a psychiatric breakdown in his mid 50s. He was hospitalized for approximately one month. His mother has a history of lung cancer and arthritis and is not doing well. His parents are still married to each other.

**Siblings:**

He has five siblings ranging in age from 42 to 56 years of age. He denies that any of his siblings have a history of substance abuse, criminal behavior, or psychiatric illness. A 48-year-old brother has a history of testicular cancer. His oldest sister is divorced. His remaining siblings are married.

**Marital History:**

He first married at age 22 to his high school sweetheart. They separated after three years and divorced three years later. He describes his ex-wife as a party girl who was quite immature. They did not have any children. He married for the second time at age 29. His wife was a lawyer. They were married for 15 years. His wife was very career oriented and worked for a law firm in Honolulu. Mr. English learned that he had kidney cancer after his wife had asked him for divorce. After their divorce, he was very depressed and tried to commit suicide by overdosing on aspirin. He spent three days at Queen's Mental Health He married for the 3rd time in 2000. His wife was 25 years old at that time. She left him in October, 2002. They divorced in 2004. His wife confessed that she would have not left him if the issues at his job had not occurred. He admits that he has had a lot of emotional problems because of his divorces and coping with his mother's poor health.

**Sexual:**

He has been sexually inactive since his divorce.

**Psychiatric:**

Mr. English attempted suicide in 1998 after his second wife asked for a divorce. He was hospitalized in the psychiatric unit for three days at Queen's Medical Center. He was referred to Kaiser to Dr. Koff, a clinical psychologist who he saw on a regular basis for approximately one-and-a-half years. He stopped seeing Dr. Koff in March 2005 when his COBRA insurance expired. He is not taking any psychiatric medications at this time. He cannot take antidepressant medications since he has only one kidney (his left kidney was removed in November 1998).

**Substance Use:**

He consumes a beer on occasion. He does not smoke or use recreational drugs.

Philip English
Report Date: October 26, 2005
Page 8 of 47

**Current Stressors:**

He is under considerable stress at this time because of litigation issues. He was diagnosed with cancer of the left kidney in 1998. He underwent surgical removal of his kidney following this. In 1998, he also fell out of a tree and was rendered unconscious for approximately two minutes. He denies a history of stroke, respiratory problems, gastrointestinal problems, vascular problems, endocrinological problems, diabetes, coronary problems, hypoglycemia, anoxia/hypoxia, toxic exposure, or hypertension.

## HISTORY OF CLAIM

A review of Mr. English's voluminous employment records and medical records indicated that he began working for the City and County of Honolulu in an entry-level position as an appraiser trainee (real property appraiser II) to reduce stress as advised by his physician. He was promoted to real property appraiser III in February 2001. His job performance evaluation from June 1, 2000 through July 31, 2001 revealed that he exceeded the requirements of his position with respect to the quantity of work, quality of work, attitude toward work, and his relationship with others.

Mr. English issued his first verbal complaint against Chris Graff and Mr. Kurokawa to Ms. Ann Gima in August 2001. Mr. English claimed at that time that he had observed Chris Graff who was his friend was conducting business for GK Appraisals, which is a real estate appraisal firm and is owned by Mr. Kurokawa during the City and County work hours. This alleged behavior apparently continued, which resulted in Mr. English issuing a second verbal complaint in February 2002 to Mr. Magota who supervises Ms. Gima.

On February 15, 2002, Mr. English sent Mr. Magota an E-mail entitled "complaint against the administrator" in which he indicated that it was improper that the administrator (Mr. Kurokawa) was having work done by city employee (Chris Graff) while on city time. Mr. English argued that it was his understanding that warnings had been made to Mr. Graff by his supervisor (Mr. Magota) and that Mr. Magota had been asked to be more discreet. Mr. English argued that being more discreet was not the issue and that it was not Mr. Graff that he is making the complaint against. He emphasized that the administrator should know the difference between right and wrong and that if he used an employee from his office for outside work he should make it clear that the employee must do the outside work outside of working hours and that all of their communications regarding outside work should be done outside of working hours.

On February 21, 2002, Mr. English sent an E-mail to Ms. Gima, Mr. Magota, and Mr. Kurokawa. He also stated "I am not sure what, if anything is being done to remedy the situation or even the administration even has realistic view of the tasks at hand and that what it would take to get the job done adequately."

In March 2002, Mr. English was promoted to real property appraiser IV. His job performance evaluation report, which was dated April 12, 2002, indicated that his job performance had declined from "exceed requirements" to "meets requirements." In addition,

the narrative part of this report indicated that Mr. English seemed to be having some difficulties organizing and prioritizing the many and very tasks associated with his position. It also stated that Mr. English often disagreed with established office work procedures and had voiced his opinion as to how he believes things might be better accomplished. They also noted that Mr. English resisted completing tasks in prescribed manner and needed to appreciate that there are constraints needed to work with them. They recommended that he should focus his energies on completing his assigned duties within these constraints in a more productive pursuit.

Mr. English wrote a written response to this performance evaluation expressing disagreement with ratings as well as the comments of his supervisors. He also offered his own assessment of the efficiency of the administration, specifically citing Mr. Kurokawa, stating that he had had extensive appraisal experience and management experience and that he had more management experience than the administrator, the assessor, and any of his supervisors with the exception of Mike Okamoto. He felt that their criticisms of him were inappropriate, particularly that he lacked focus when the issues was more of a management problem. He also criticized the management for their lack of foresight, insight, and leadership stating that it caused great confusion.

Mr. English endorsed his performance evaluation for the period from March 1, 2002 through May 31, 2002. Once again, he was rated as "meets requirements" on the four performance factors. His probationary status was continued.

Mr. English began to correspond via E-mail with Mr. Ishiguro regarding his complaint on May 23, 2002. In his E-mail, he described a meeting that he had had the day before with Mr. Magota and Ms. Gima. Mr. English claimed that he was informed that he was not complying with scheduled office hours and that he had a bad attitude. He viewed complaints of his supervisors as "baseless." He also wrote "I feel that they are on to get me." He also expressed feeling harassed about his schedule.

In a subsequent E-mail to Mr. Ishiguro on May 28, 2002, Mr. English clarified that his complaint was directed against Mr. Kurokawa who he felt carried the greatest responsibility since he was the one in authority. He claims that since he had been coming forward and expressed his complaint he had been subjected to scrutiny and complaints against him, which he felt was the result of his voicing his opinion. He also reiterated his view that he had had more real estate appraisal and supervisory experience than his supervisors.

In an E-mail to Ms. Gima and Mr. Magota on May 31, 2002, he complained that he had been informed by Julie Tamayori that he was being "watched" by Mr. Magota. Mr. English questioned why he was being watched and wanted to know the reason for this. He stated that this being watched only makes a hostile working environment where rumors were allowed to spread that someone is being singled out and watched.

In a subsequent E-mail later that day (10:40 a.m.), he asked if it was safe to conclude that there was no specific deficiency in what he was doing since he would have been brought to his attention. He emphasized that he had been a real estate appraiser for 23 years and had

Philip English
Report Date: October 26, 2005
Page 10 of 47

worked for large banking institutions and had his own successful appraisal firms. He also indicated that he was a certified general appraiser in the State of Hawaii who knew some things. He complained that when he applied his knowledge and experience to this office he was often at odds with the past practices at this office. It seemed to him that there was a right way and a wrong way and the"RPA way of doing things."

In an E-mail from Ms. Gima to Mr. English on May 31, 2002, she denied that he was being watched any more than anyone else is being monitored for their work performance.

In an E-mail to Mr. Ishiguro on May 31, 2002, Mr. English complained that he was beginning to feel the harassment because of having said things that perhaps he should not have (at least in their minds). He emphasized that he was talking about Mr. Kurokawa.

Mr. English received a raise on June 1, 2002. His performance evaluation for June 1, 2002 through August 31, 2002 rated him as "below requirements" for "attitude toward work." The report stressed that Mr. English had been having difficulties independently performing all of his responsibilities of the appraiser IV position and that his performance had been discussed with him on at least three different occasions with efforts made toward addressing various issues and problems including misunderstandings and miscommunication. The report also stated that there were some issues that were affecting Mr. English's attitude and work performance.

It was recommended that he receive an additional three-month probationary period. Mr. English disagreed with his review as well as the three-month extension of his probation.

Mr. English appears to have met with Mr. Magota and Ms. Gima on August 14, 2002. Mr. English's handwritten notes indicate that Mr. Magota had asked him if he had felt paranoid to which Mr. English stated yes, but he wanted to explain. Mr. English complained that he had felt like an outsider. Mr. Magota also asked him if he were overwhelmed at work. Mr. English kept saying that he was not overwhelmed. He kept asking if they wanted to make him some kind of example.

Mr. Magota advised Mr. English to seek counseling through the City's Employee Assistance Program; however, Mr. English apparently raised his voice at Mr. Magota stating that there was nothing wrong with him and that he did not need counseling. Mr. Magota also noticed that Mr. English openly discussed his personal problems and tried to portray himself as the victim and blamed others for his misfortunes.

Later that day, Mr. English informed Mr. Ishiguro of the meeting stating that something did not smell right. He felt that there was some kind of retaliation going on and stated that he was feeling a great deal of hostility and aggression.

Mr. English met with Mr. Kurokawa on August 15, 2002 to address his concerns regarding his job performance evaluation. Mr. Kurokawa noted that it took time to learn the appraisal system. He informed Mr. Kurokawa that he understood the process and felt that there were other motives going on.

Philip English
Report Date: October 26, 2005
Page 11 of 47

Mr. Kurokawa sent an E-mail to Mr. English on August 15, 2002 indicating that he would extend the probationary period for three months and that the evaluation would be amended with a list of goals and objectives. Mr. English apparently was not happy with this stating that it was very unclear as to why this had occurred.

Mr. English in September 2002 reportedly posted a help wanted article on the employee bulletin board showing mainly job opportunities to express his dissatisfaction at the salaries the city paid his employees. According to his supervisor, Mr. English had become more frustrated and not spoken about his salary. He also told other employees that he could earn as much money working with the city mail.

Mr. English requested a vacation leave for two days for follow-up visits with his physician in October 2002. His supervisor (Ms. Gima) sent him an E-mail on October 21, 2002 stating that Mr. English's requested vacation leave would be approved contention, his completion of an overdue task. Mr. English responded with an E-mail that any delay on completing his task was not due to receiving the support he had requested.

On October 30, 2002, Mr. English expressed his frustration regarding Ms. Gima to Mr. Ishiguro in a series of E-mails indicating that he was uncertain about whom to trust. He felt that he was being singled out and was being asked to do things that others were not being asked to do.

Ms. Gima informed Mr. English that his request for a vacation leave was disapproved since the deadline for his assigned task could not be extended.

Mr. English complained via E-mail to Mr. Ishiguro on November 12, 2002 about his workload stating that he felt that they have made an effort to make his life as difficult as they could. He also expressed his disagreement with the objectives Ms. Gima had added to his evaluation.

On November 13, 2002, Mr. English complained to Mr. Ishiguro via E-mail that although Ms. Gima provided assistance to other workers she did not provide such assistance to him. He felt that there was a problem with management and they were "out to get me. They want me to fail." He also stated that he felt that they "went after the wrong guy this time."

Mr. English sent Mr. Ishiguro an E-mail on November 18, 2002 complaining that he was not receiving help from Ms. Gima; stating that he felt singled out and that Ms. Gima perceived him as a problem.

Mr. English E-mailed Mr. Ishiguro on November 21, 2002 about his telephone conversation with the union business agent stating that he was thoroughly disappointed. He complained that the union has a narrow view of this thing and seems to be in some kind of negotiated settlement between Mr. Toma and Mr. Kurokawa. He stated that he should have never been placed on probation and emphasized that the reason why he was placed on probation was never made clear to him and appeared in his opinion to be the result of some form of retaliation for his speaking up.

Mr. English had a meeting with Mr. Toma, Mr. Kurokawa, and Ms. Gima on November 22, 2002. In his handwritten notes, Mr. English indicated that he had completed his probationary period for a starting position, which meant that the extended probationary never occurred. He also wrote that Mr. Kurokawa was going to remove certain portions of the comments in his performance evaluation if he agreed. His supervisor, however, in response to OSHA stated that Mr. English had been given verbal warnings regarding his work performance, insubordination, hostility toward his supervisor, and failure to follow instructions. Mr. English, however, in his notes noted that Mr. Kurokawa offered to move him to another jurisdiction. Mr. English questioned why Mr. Kurokawa wanted to get rid of him. He also described Ms. Gima as feeling hostile toward him. He also wrote that Mr. Toma was a "personal friend" with Mr. Kurokawa.

Mr. English in an E-mail to Mr. Ishiguro dated November 25, 2002 notified him of the meeting he had had with Mr. Toma, Mr. Kurokawa, and Ms. Gima. He indicated that he had been not allowed to question the motivation behind why his performance evaluations had suddenly become so negative. He also expressed his concern over not being protected from retaliation or a hostile work environment. He also felt that he was on Mr. Magota's "shit list" for reasons that remained unknown to him and that Ms. Gima was still hostile toward him.

Ms. Gima requested Mr. English to prepare a review of his monthly progress and production that had been discussed in the November meeting on January 7, 2003. Mr. English responded that he was unaware of such an agreement.

Mr. Graff submitted a confidential workplace violence incident report to Mr. Mike Golojuch, the administrative services officer, on February 12, 2003 alleging that Mr. English verbally threatened and intimidated him in person on January 17, 2003 and January 22, 2003 as well as over the telephone on January 18, 2003.

In Mr. English's handwritten notes dated January 21, 2003, he stated that Susan Bender had come to his desk to inform him that Mr. Graff had talked to Lee Agsalud and that word was out not to talk to him since he might be wearing a wire. Mr. Graff reportedly notified Ms. Gima and Mr. Magota about the ethics complaint on January 22, 2003.

Mr. English had quoted his perception of the conversation he had had with Ms. Gima the prior day on January 24, 2003. He described her as very condescending toward him and that she had spoken to him as if he were an appraiser trainee. He stated that he had no doubt in his mind as to what she thought of him.

Ms. Gima filed a written complaint against Mr. English alleging concerns of workplace violence on January 29, 2003. In an interview she had with Mr. Golojuch, she complained that she had been at loss in dealing with Mr. English since his behavior is not typical.

Mr. English noted in typewritten notes dated February 5, 2003 that he received a telephone call from Mr. Magota requesting a meeting. After his meeting, he was informed about a

Philip English
Report Date: October 26, 2005
Page 13 of 47

pending disciplinary action regarding an unauthorized leave. Mr. English met with Mr. Ishiguro denying this incident.

In Mr. English's typewritten notes, he wrote that upon returning from his meeting with Mr. Ishiguro he discovered that his mobile phone had been tampered with. He also noted that people would not speak to him at work.

In an E-mail Mr. English received on February 6, 2003, he claims that Ms. Gima requested that he write letters to tax payers in a way that would make an appeal that their office had done nothing wrong. Mr. English wrote back stating that he felt uncomfortable writing something that might be misleading since he felt it was an ethical issue if he wrote a letter than did not reveal the truth and may be even covers it up. He also complained that the volume of work that needs to be done and the resources that we have to get it done was an ethical concern. He also emphasized that he had tried to maintain high ethical standards in all of appraisal practice and since working for this office, he had felt ethically challenged on more than one occasion and for more than one reason. He also complained that he had been constantly demeaned by Mr. Magota.

Mr. Kurokawa E-mailed Mr. English on February 7, 2003 with questions about his "serious allegations of ethical misconduct." Mr. English identified this E-mail as "threatening" and "very accusatory."

Mr. English met with Ms. Gima, Mr. Magota, and Mr. Kevin Mulligan, the HGEA union agent on February 10, 2003. During this meeting, Mr. English was issued a verbal warning for an October 25, 2002 incident regarding an active insubordination, hostility towards his supervisor, and failure to follow instructions. In his handwritten notes regarding this meeting, Mr. English wrote that Mr. Magota had suggested that he seek counseling for his personal problems. Mr. English informed him that any personal situation was not the problem, but he was very stressed over the situations at the office. He also said that if other employees did not come forward and tell the truth, their lifestyles are going to change.

Mr. English sent an E-mail to Ms. Gima dated February 14, 2003. In this E-mail, he expressed his extraordinary frustration and feelings of harassment. He stated that there had been false claims made against him and that he was experiencing a great deal of pressure due to retaliatory tactics because of the complaint he had made months ago and has resulted in an ongoing ethics commission investigation into an ethical activities of Gary Kurokawa, the administrator, and other City and County employees. He stated that he was doing his best to do a good job under the circumstances, but when he asked for directions and assistance, he did not get it. He would instead receive continued harassment, accusations, and attempts to thwart his ability to do his job.

Mr. English was reportedly notified by Mr. Golojuch on February 27, 2003 about being investigated for threatening and abusive behavior toward other employees as well as recent acts of insubordination and work performance issues. In his supervisor's response to OSHA, it was felt that Mr. English might be using his claim of stress to delayed two ongoing

internal investigations on his employer. During his interview with Mr. Golojuch, Mr. English shared his view that his employer was trying to fire him.

Mr. Golojuch filed an interim investigation report regarding allegations of workplace violence by Mr. English on March 12, 2003. He conducted several interviews of relevant employees and concluded that Mr. English's behavior had upset several employees; however, there did not appear to be sufficient evidence to conclude that Mr. English had verbally threatened or had taken physical action against other employees in the context to workplace violence. He also identified there is some friction between Mr. English and his supervisor. He recommended that Mr. English seek assistance through the Employee Assistance Program and/or his private medical provider. He concluded that nothing in his investigation indicated that Mr. English was under retaliation. He felt, however, concerned that Mr. English's behavior may lead to something violent. He noted that Mr. English's soft spoken and calm demeanor changed into his raising his voice and throwing things when he was confronted.

Mr. English continued to complain that someone harassed and retaliated against after leaving his place of employment. He also alleged that someone had called the harbor master; a friend of Mr. Graff's to question him about living on his boat. He also complained that he had only received half of his vacation pay. He further complained that it was felt that his career as an appraiser and supervisor is over. He believes that he should be sent back to college for little training and claimed that he was having problems sleeping, having nightmares, felt tearful, isolative, hyper alert, and was experiencing gastrointestinal problems and migraine headache. The social support appears to be limited to the pastor of the Fellowship Bible Church that he attends.

## REVIEW OF LEGAL RECORDS

Mr. English was granted a divorce on April 1, 1999 based on the records of the family court, the First Circuit Court of the state of Hawaii, by the Honorable Christine E. Kuriyama.

The records of the United States Bankruptcy Court indicated that Mr. English had filed under chapter 7 of the bankruptcy code on August 1, 2000.

Mr. English's letter to Zoe Fenske, Credit Manager of Wells Fargo Financial dated August 1, 2002 indicated that during the year of 1998 he and his former wife had experienced marital problems. He stated that it was apparent to him that his wife had been planning a divorce for many months, which he was unaware. He claimed that he tried to do everything to save their marriage. On June 1, 1998, he had fallen out of a tree in an accident as he was attempting to trim it. He indicated that this resulted in an injury to his left kidney that required him to go through some examinations.

On October 1998, his wife then gave her divorce papers to him. On that afternoon, his doctor had called him to inform him that he was diagnosed with renal cell carcinoma, a cancer of the left kidney. He underwent removal of his left kidney on November 4, 1998. He was in the hospital for a week. After this, he returned home for months of recovery. The

Philip English
Report Date: October 26, 2005
Page 15 of 47

prognosis was good and that the cancer had not spread. The divorce continued and was finalized in March 1999. As part of the divorce settlement, he was given half the debt. Since he was recovering from surgery and was not employed, he did not begin working on a part time basis (30 hours a week) until March 2000. After about a year of making his best efforts to get caught up, it became clear to him that he was not going to make a dent in catching up on back payments. He consulted with an attorney who told him that he should have filed for bankruptcy a year earlier.

He stated that in June 2000 he became employed with the City and County of Honolulu in real property tax division as a real estate appraiser. In the two plus years of employment, he stated that he had been promoted twice and had four pay increases. He stated that there was no evidence of his cancer returning and that his medical prognosis was good. The doctors had informed him that there was no spread of his cancer and that they were able to remove the entire kidney and surrounding tissues and that essentially, he was cured.

He applied for a personal loan for the purpose of purchasing a boat. He intended to live aboard this boat. He stated that he had owned boats in the past and he knew how to maintain and operate them.

**Review of Mr. English's Handwritten Notes:**

**Notes dated February 24, 2003:**

Mr. English complained that he was getting very depressed and felt as if he were on a roller coaster of emotions. He also complained that he felt very tired as if he was turning around a heavy weight all alone. He also complained that he felt excluded from his peers at work.

**Notes dated February 25, 2003:**

He stated that his supervisor (Ann) was lying in trying to cover up. He complained that it was very difficult for him to sit and watch her lie. He stated that he could not say anything and felt dirty. He complained that the sad thing was that if she understood what he was talking about, she would not have listened to him anyway; perhaps she was a part of the system. He complained that this assailed his sense of integrity and caused him to feel hopeless and depressed about all of this. He complained that no one was listening to him and seemed to care.

**Mr. English's Handwritten Notes dated February 27, 2003:**

He complained that his fellow employees were avoiding him like the plague. He had been called into a meeting with Mr. Magota who stated that there were a couple of complaints about workplace violence. He felt that if anything "this violence has been perpetrated against me!" He finds that ever since he made a complaint about Chris Graff and Gary Kurokawa he had been called into meetings under false pretenses and had unwarranted negative reviews, extended probation, which caused him to feel abused. He complained of he being harassed, intimidated, which caused him to feel as if he had been backstabbed or

liar. He felt that there was a desire for the higher ups getting him one way or the other. He indicated that there was no one to trust within his organization or within the City and County stating "they have all been trained to protect or intimidate into silence."

He stated that the whole thing was eating him alive from the inside out. He stated that the problem was that he was with people who were abusing the system. Every time he began to talk or thought about this, he began to shake and began breathing faster. He stated that if he had had a heart attack would anyone know. He also complained of not being able to concentrate. He also stated that the abuse that he had been receiving might cause him to implode and stated that this abuse is worse than any of his marriages and he stated that he felt completely abandoned, lost and alone, and even worse hopeless.

**Mr. English's Handwritten Notes dated February 27, 2003:**

He complained that he got left out of the conversations and stated that it grew very clear to him that he was not included in social activities and felt that they were against him because he had spoken up, and goes on to state "Dear lord, have I done anything wrong?" He complained that everyone else beside himself would stand up since they were all afraid. He complained that he was being labeled a bad guy and a back stabber. He complained that there was no friend that he could turn to. Susan Bender was his last friend and now she says, "She should not talk to me." He made a telephone call to Mike Gee. He noticed that as he called, everyone around him seemed very quiet and was listening in. After he hung up the phone, he started hearing people talk about him.

**Mr. English's Handwritten Notes dated February 28, 2003:**

He had filed a worker's compensation claim for stress/abuse and had spoken to Tom Riddle who asked him a lot of questions and has not given him answers. He informed Mr. Riddle that he had followed the stress/abuse claim and that he was a whistle blower. After hearing this, Mr. Riddle's tone changed and was later told by another employee that everyone in the group had been interviewed by Mike Gee and that he was asking all kinds of questions about him. He went to Tony Parr's office and stated that he was just another city employee protecting the Mayor and his job. He did not feel that he could trust him.

During his visit with Tony Parr, he began asking him one question after another without a break. He felt like he was being investigated. He told Tony to call the Ethics Commissioner, his lawyers, and his doctor to give him details about his case. He felt very threatened, and probably felt more hopeless than ever before. His doctor had told him to get out of this abusive environment at least for two weeks.

**Handwritten Notes dated March 1, 2003:**

He complained that the strain was very intense. He felt like he was carrying an enormous load. He complained that the city was corrupt as they did not want to know the truth or for the truth to come out. He complained that they were engaging in intimidation, harassment,

Philip English
Report Date: October 26, 2005
Page 17 of 47

retaliation, and mental abuse. He stated that they knew what they were doing, which made his case so insidious.

**Mr. English's handwritten notes dated March 2, 2003:**

Mr. English met with his psychologist and discussed his emotional reservoir being used up. He stated, however, that he would continue to tell the truth until they would be caught in their own minds. He said that this was his only hope now. Whenever he thinks about his work or livelihood or his profession, he begins to shake. He goes on to state "I am screwed for tell (in) the truth!" "Welcome to the City and County of Honolulu!"

**Mr. English's Handwritten Notes dated March 3, 2003:**

He saw his wife today because she had wanted to see him. He went to the park and watched his son. He informed her that he had missed her and wanted her back. She told him that she was confused and would have to think about it. He asked her to call him tomorrow.

**Mr. English's Handwritten Notes dated March 7, 2003:**

This morning when he went to the shower, there was another guy in the next stall. He stated, "I was really afraid. I am still shaking at that!" He stated that all of the staff at work had really freaked him out. He no longer trusted people anymore or anywhere. He also stated that he felt nervous in certain situations. He felt that it was not right that they could do this to me and get away with it.

**Mr. English's Handwritten Notes dated March 11, 2003:**

He spent time with his son. On Saturday, they worked on their boat together. He loves his son very much. In the evening, they read the Bible and read "Case for Christ" and the Bible. The father had called him over the weekend to let him know that his mother had undergone CT scan, which revealed a mass in her lung. He was worried about both his parents since they were old and could die at any time. He stated that his father would be lost without his mother. He expressed anger that the city had abused him and that it caused such emotional strain and damage that he now had to be placed on medication. He stated that it was not right. He complained that he felt as if he had been hit by a reckless and careless driver and that they (his coworkers) were saying "too bad!" He also complained that he knew he was breaking down emotionally and stated, "I am in trouble."

**Handwritten Notes dated March 12, 2003:**

He kept asking himself "what did he do wrong?", and why was he being punished and abused? He also complained that he had seen that his life, marriage, career, and hopes and dreams were lies and that he did the right thing. He felt like his life was being cast aside and crushed for trying to do something good and right.

Philip English
Report Date: October 26, 2005
Page 18 of 47

He stated that he knew he was emotionally and to some degree a mental wreck. The therapist told him that he was depressed and also experienced periods of intense anxiety. He also complained that he felt confused; he was doing one of the tasks that he needed to do. Also, the daily things, and was not organized to perform his daily activities. He claimed that it took a great deal of effort to get motivated and to get going to do something.

When he was writing about the point of going back to the private practice, he said that at this point it would be a business setup to fill. He indicated this was why he went to work for the City and County because private appraisal practice is not what it used to be, therefore was not an option. He also stated that it would take an enormous amount of capital to set this up. He indicated that his career as an appraiser was over and he questioned whether a new career since he was 48 years of age. He felt it was unrealistic to believe that he could start a new career. He claimed that he felt frustrated and that the problems were not of his doing. He stated that he had "become a victim of an administration and management that has no problem crushing someone to protect themselves from being revealed of their wrongdoing!" He indicated that he had felt damaged by them by their reckless actions. He felt that they were in control and responsible and were intentionally setting out to severely damage his life, finding that he had been intimidated, harassed, emotionally abused, and retaliated against at his workplace and also in the professional community. He felt that they were intentionally trying to destroy his professional career.

**Mr. English's Chart Notes dated March 13, 2003:**

He complained that he knew where he was at since he had been there before during the trauma of having cancer, getting a divorce, losing his family, and losing his employment. He stated that this was basically everything that he had based his life on. He stated that to take someone who has already been disabled and knock him down again hurts more the second time.

**Mr. English's Handwritten Notes dated March 14, 2003:**

He complained that he was feeling reclusive and that he wanted to be away from people. He no longer trusted people. His therapist indicated that he was depressed and anxious. He indicated that while some people can pick up the pieces and move on with their lives, the thing in his case was that the pieces of his life had been so scattered and damaged that he could not find all the pieces or even recognize them.

**Mr. English's Handwritten Notes dated March 18, 2003:**

He found out that his vacation pay was held back because he did not work enough hours in the month. He felt that this was very confusing because he had no money, had only about $300 in the bank. He felt this was very serious and stated that his anxiety level was extremely high. He described himself as being at his lowest point. It seemed that they had succeeded, but "how could they get away with this?" He applied for an administrative position and thought he had a good interview. He was honest and told them that he had not performed assessment functions before.

Philip English
Report Date: October 26, 2005
Page 19 of 47

**Mr. English's Handwritten Notes dated March 19, 2003:**

He woke up in the morning and found that Eric, the harbor agent, was at his boat. He wanted to know if he was live aboard as he said the harbor master had told him that some one called to proclaim about his living aboard that he did not have live aboard status. Mr. English asked him who had called in because everyone he knows from the dock knows that he was with live aboard. He said he did not know. He knew that the harbor master had asked him to check it out because of the complaint. He went directly to the harbor office to speak to the harbor master directly. He was informed by the harbor master's person that another tenant had made the complaint.

He felt that the problem was the harbor master is a friend of Randy Spear, who is a best friend of Chris Graff. He believed that either Chris or someone connected to Chris made the complaint about his living on board since everyone in the dock knew that he was a live aboard. He felt that this was harassment and that these individuals would stop at nothing. He wondered what would happen next.

Remembering in the conversation he had had with Chris, it was understood that Mr. English lived on a boat next to the Prince Hotel and took Chris' questions as possible threats. He believed that the problem was that these guys might not stop at anything especially if this investigation starts or hurts them. He felt that this was the result of retaliation and scare tactics as well as mental and emotional abuse. He complained that he had lost the hope of his career, had lost his income, had lost his marriage, and had lost his self-respect. He also had lost trust in people.

He stated that there was absolutely no one in the City and County that he could trust. While he knew that there were some good people there, he did not trust that they would do the right thing and knew that they were all intimidated and worried about their jobs and incomes. He did not blame them for this. He feels that they had witnessed a crime but are afraid to step forward for fear of retaliation. He felt that the administration excelled at intimidation, harassment, and retaliation because it is a "very abusive environment."

**Mr. English's Handwritten Notes dated March 25, 2003:**

He found out yesterday that they may not be able to operate on his mother's cancer. His father said that this was not good news. He met with Dr. Coffee yesterday. Dr. Coffee informed him that he was not a person with serious mental problems. He felt that Dr. Coffee knew that his life had been wordily slammed again twice over the past five years. Dr. Coffee wanted him to get through this. Mr. English stated that he needed time to sort things out to get his footing again, but still felt stunned by everything. Dr. Coffee said that he was bothered by his naivety and kept asking him what he expected would happen. He told Dr. Coffee that from the very beginning he expected that people would do the right thing. Dr. Coffee informed him just to get away from it all. He also believed that the Ethics Commission would investigate and find out what they want to find particularly that everything he said is true. I complained what was he to do since he had been made up to be a bad guy.

Philip English
Report Date: October 26, 2005
Page 20 of 47

**Mr. English's Handwritten Notes dated March 26, 2003:**

He struggled with the issue of what he should do since he thought telling the truth was the right thing. He claimed that it was an extraordinarily painful and even debilitating journey. He was confused, shocked, and stunned by what had happened. He thought mature adult people would not act this way. He wondered whether he could get his life and career back again. He wondered whether this could make all of his pain and suffering go away. He felt that they must be stopped.

With respect to the issue of what he should do, he felt that he needed to get help emotionally and mentally since he had been abused in a brutal way. He felt that the effects of this issue had been devastating to his life personally. He indicated that he needed financial support to get through this and then while he was going through therapy he needed some sort of income. Tom Riddle asked him what he could do. He said "real estate appraiser." Mr. Riddle told him that the only place he could work as a real estate appraiser was at RPA and that he could not work there. He said that he could put him somewhere else. He questioned whether this meant the end of his career. He stated that he needed a fresh start, and needed to clean the slate. In order to make things right, he needed the system to make a start for him. He stated that he needed the chance at a future again.

**Mr. English's Handwritten Notes dated March 29, 2003:**

He indicated that it had been a month since things went completely bad. During this past month, things got worse. It was his paycheck he thought was coming and did not come. There was also the issue of the harbor master checking up on his status in the harbor. He thought he was very slow to be able to get away from all of the abuse issues. He stated that he could only imagine what they "were plotting next." He stated that he did not trust anyone.. He stated that he now felt that he must treat every person anywhere as a potential threat.

**Mr. English's Handwritten Notes dated April 1, 2003:**

He is still afraid of encountering people. He does not trust people and felt that people might do something bad to him. That morning he got up early and took a walk. He wore his hat and sunglasses and a jacket. He felt more comfortable being incognito as much as possible... He also felt that he needed to look around to see whether or not they were looking for him or watching over him. He wondered whether the city would do this. He felt that while he had only been a messenger telling the truth, it seemed that they wanted to kill the messenger. He complained of thoughts of suicide on several occasions, complained of feeling hopeless telling that there was no way out, and that his feelings have been intense sometimes.

He complained that his father could not be there for him. He then went on to say," he never really was." He has five other children to worry about and now my mother is very ill. He stated his father told him this month that he could not be there for him. Mr. English stated

Philip English
Report Date: October 26, 2005
Page 21 of 47

that he felt "very abandoned" particularly by those that he loved and needed love from the most and thought that he could rely on.

**Mr. English's Handwritten Notes dated December 13, 2003:**

He spoke to a friend who gave him advice scolding that he should keep focus on jobs and not worry about what other people are doing. He wanted that Mr. English get along with his activities.

**Handwritten Notes dated December 18, 2003:**

He heard Ann Gima talking to another employee, Mike, about him, the fact that Ann Gima was being very obvious in her isolation of him. He has not said one word to him today. He told another employee about some issue and the employee threw his hands up in the air and said, "Don't tell me." He also said "Don't put him on the boards."

**Mr. English's Handwritten Notes dated December 19, 2003:**

Chris Graff went out to lunch at about 11:30 and came back at 1:15. No one said anything. He questioned whether this was a double standard stating that he had gone out to lunch at 12:30 and had come back before 1 o'clock so that he could work.

**Mr. English's Handwritten Notes dated December 14, 2004:**

Ann Gima was over by Carol and Julie whispering about something. He walked up in that direction. When he began listening to the conversation, Ann was no longer whispering.

**Mr. English's Handwritten Notes dated December 19, 2003:**

He had a meeting with Ann Gima regarding his appeals today. It seemed to him that no matter what he did, she would find fault with him.

**Mr. English's Handwritten Notes dated February 19, 2003:**

Ann Gima is talking to Chris. He was sure this was about him. When he walked up to her to give her pen back, she covered things up on her desk. He felt that they were discussing something about which they did not want him to see.

When he came in the morning, he found a copy of some kind of report that is a claim of violence in the workplace against him sitting on the chair. He was not sure whether he was even supposed to have it. He read through the complaint. It was clear that one of his coworkers (Julie). He was surprised he had always felt comfortable and friendly to Julie. He felt that perhaps since he had made a complaint, she now perceived him as being a troublemaker. He felt that Julie must have heard something about him from Ann Gima.

Philip English
Report Date: October 26, 2005
Page 22 of 47

## PSYCHOLOGICAL RECORDS

**Mr. English's Claim for Worker's Compensation Benefits dated April 7, 2003:**

He indicated that the injury occurred after he had reported unethical activities at his office performed by the administrator and other employees. After this, they began to retaliate. As a result, he became extremely depressed and anxious with ongoing harassment and retaliation by the administration of the City and County of Honolulu. He was being treated by Dr. Love, and Dr. Coffee at Kaiser.

**The Initial Psychological Evaluation Report of Joan Koff, Ph.D. dated May 6, 2003:**

Mr. English complained that on December 12, 2003 he began to discover that he was being persecuted since he had began a process of "whistle blowing" on February 7, 2003 or February 10, 2003. Mr. English has said that he has had several appointments with the behavioral health therapist, Gerald Coffee, MSW and has also been evaluated by Dr. Kennedy of the City and County. He had also been to the Urgent Care Center to see Kelly Tam Sing, M.D. who assessed the anxiety on March 4, 2003. He came in for an evaluation at the Occupational Mental Health Services on February 18, 2003. He was seen by Lillie Mundon, LSW who assessed an anxiety disorder. However, at that time, Mr. English had not decided to file a worker's compensation claim. He was referred to occupational health on February 13, 2003 by his primary care physician, Dr. Love, who wrote, "Patient reports increasing stress/anxiety associated with complicated and political crisis at work." Patient also reports feeling vulnerable, unable to focus at work, and insomnia.

Mr. English complained the following symptoms: Stomach pain; pains in his arms, legs, and joints; headaches; chest pain; dizziness; feeling his heart pound and race; shortness of breath; nausea, gas, indigestion; feeling tired or having low energy; unusual thoughts; nightmares; marital conflict; conflict with another person; financial problems; over reading and being out of control; eating less than he should; little interest or pleasure in doing things; feeling down, depressed, and hopeless; suicidal thoughts; trouble sleeping; poor appetite; trouble with concentration and memory; low self-esteem or self-worth; low energy; feeling nervous or anxious or on the edge; worrying about a lot of different things; and anxiety attacks.

He also indicated that he feels sad a lot, has had thoughts of suicide recently, feels anxious a lot, is short tempered, irradiated a lot; has experienced feelings of worthlessness recently; has lost interest in activities that used to give him pleasure; finds himself paying less and less attention towards personal appearance; has trouble concentrating; does not have people available he can speak with about his concerns; is not able to cope with his problems; feels pressure or stress at work; has had too many problems recently; is not optimistic about his future; is upset about his life right now; feels very alone; worries a lot about his physical health; worries a lot about his mental health; does not have difficulty controlling his anger; is not able to cope with pain in his body; has had a weight shift of over 5 lbs in the last month; worries that he might not return to how he was prior to his injury; and feels that he needs to speak with a professional about his concerns.

Philip English
Report Date: October 26, 2005
Page 23 of 47

He described himself as a whistle blower and stated that there was an investigation by the Ethics Committee and that he had been the subject of retaliation, harassment, intimidation, and abuse from the real property assessment division since early 2002.

Mr. English admitted that he had attempted suicide twice in the past, once in 1989 and another in 1998. His first attempt included taking an almost lethal dose of aspirin. He was found by his now ex-wife. In the second attempt, he tried to hang himself with a belt, but got himself down because of the pain. Although he has suicidal ideation, he does not have a plan. He vaguely thinks sometimes that he should die, but realized what he has to do when he thinks about it is to call people. In the end, he has called this therapist and his pastor for help. He is questioning now whether to take antidepressant medication. He also added that he has been on a roller coaster without the highs. He stated that the harassment seems to be continuing and that he had not received any temporary disability insurance payment, which has caused him difficulty paying the rent for his boat. He also stated that as of today his boat may be repossessed because of his failure to pay for his slip.

He indicated that he has received mental health services in the past for anxiety and depression secondary to his divorce. His paternal grandmother reportedly had schizophrenia. He acknowledged that his family life was "somewhat chaotic," otherwise, it was a close-knit family. His original goal was to become a symphony musician, but noticed that musicians struggle financially and had a difficult family life so he gave up this professional career. He fell in love and married his high school sweetheart. He had been close with her family in addition to this. They were married for six years and divorced when he discovered that she was unfaithful. He describes this as a painful period. He was married to his second wife from 1984 through 1999. She is an attorney. They have a 13-year-old son. His son generally lives with his mother, but during summers, he has custody. She was the one who asked for the divorce. He did not want this to occur. They had actually done some work together in an international business and he really enjoyed this. He does not communicate well with her.

During his divorce in 1998, he was informed that he had kidney cancer. His wife informed him that she was going to take full custody of his child. His left kidney had to be removed. At that point, he said he had an abrupt change in values and decided to do something good in the world. He said at that time he was talking about survival rates for his up and coming proposed surgery since there was a significant risk that he would die.

He married for the third time in June 2000. They have been separated since October 2002. His third wife was from Thailand. His financial insecurity owing to his present workplace situation is part of the reason that she decided to go alone. He said he had lost his circle of friends owing to his second divorce and has lost friends due to his difficulty at the workplace. Currently, his social support comes from the close relationship with his son and pastor.

Philip English
Report Date: October 26, 2005
Page 24 of 47

He was administered the Minnesota Multiphasic Personality Inventory-2. His profile revealed that he tended to exaggerate his psychological problems particularly in the latter part of the test.

His clinical profile indicated much clinical distress. He had indicated that he is likely to be experiencing intense feelings of self-doubt and low morale in the context of the mixed pattern of psychological problems. He seems to have significant problems with anxiety and depression and seems strongly insecure and to have a number of somatic problems. He is likely to feel quite insecure and pessimistic about his future and may also feel inferior with low confidence and thus is not capable of solving his problems. He tries to avoid confrontation and seeks nurturance from others. He seems to be quite vulnerable to being hurt since he forms deep emotional attachments. He tends to blame himself for his interpersonal problems. Individuals with this profile may experience psychological distress in response to stressful events. He seems highly introverted and may be someone who is in a close interpersonal involvement. He tends to be somewhat rigid, tends to worry a great deal, and may experience periods of low mood in which he would most likely withdraw almost completely from others. He exhibits a tendency toward interpersonal avoidance.

His high score in the marital distress scale suggests that his marital situation is problematic at this time. His profile also revealed that he is anxious, tense, nervous, depressed, unhappy, and sad. He worries excessively and feels very vulnerable. Consequently, he may overreact to anticipated problems. He may also have difficulty thinking clearly or functioning effectively. His low self-confidence may characterize his manner of approaching new tasks while his lack of self-confidence may make it difficult for him to implement change oriented plans.

He was administered the Millon Behavioral Health Inventory. His profile on this test revealed that he can easily become distraught emotionally and may be inclined to expect trouble in his relationships. He may also anticipate being hurt by others, which may account for his rather detached and isolated lifestyle. When life events are going extremely well, his behavior may be more comfortable. However, when he is under stress he may revert to fearful, troubled, and a restricted lifestyle. His moodiness and vacillation makes him highly susceptible to bodily concerns of a psychosomatic nature. He is likely to overreact to any severe or prolonged physical problems. His general tendency is to expect the worst combined with a heavily increased sensitivity to bodily functions will increase the significance he attributes to an illness. What he needs most at this time are nurturing and understanding responses. However, his demands and complaints may exasperate others.

This past year was described as a notably stressful period in which unusual events were troubling, and difficulties have occurred. He feels troubled by this and accepts are the difficulties that must be faced. He is prone to view the past as a series of troubling events that usually go from bad to worse. He also may feel that there is little likelihood that either the actions of himself or anyone else may reverse this trend. The future in general in any relationship to any specific medical problems may look bleak and hopeless to him. He has a feeling of being without personal resources and feeling that he is unable to gain support