Page 89

1  people who are schizophrenic almost. That they have a very,
2  very high threshold in the state mental health system before
3  you can become an eligible patient. So whether they accept
4  folks like this is unclear to me. So I don't know what they
5  did provide.
6  Q.    With regard to Mr. English's ability to work, are you
7  providing any opinions with regard to that?
8  A.    When we saw him, it looks like I didn't think he
9  could work.
10 Q.    And --
11 A.    Or work in a similar capacity.
12     MR. MOSELEY: Do you have a particular reference
13 here?
14 Q.    (By Mr. Lorusso) At page 51.
15 A.    At 51, the bottom.
16 Q.    With regard to Mr. English's ability to work, are you
17 saying he cannot work in any capacity or in certain types of
18 jobs?
19 A.    I think he was working when we saw him. Or at some
20 point he worked as a security guard. And was working
21 part-time, I gather, performing in that capacity. Wanted to
22 have more time, I think. But what we said it's evident that
23 his ability to perform in a similar work capacity has been
24 compromised. So I think I was referring to work such as he
25 performed for the City and County, work in the appraisal

Page 90

1  business and the like.
2  Q.    So, Doctor, your opinion is that Mr. English --
3  strike that.
4      Specifically with regard to appraisal work, is it
5  your opinion that he could not do appraisal work ever or only
6  for a limited period of time?
7  A.    It was on that, on January 25th, I thought that he
8  probably couldn't work in that capacity. But I didn't make
9  any prognostic statement at all.
10 Q.    I understand you did not make any prognostic
11 statement. But I want to being make sure and be clear in
12 terms of your opinion, if you were called to testify at
13 trial, is it your testimony that Mr. English cannot work as
14 an appraiser?
15 A.    That is not my testimony. I haven't formed an
16 opinion about that.
17 Q.    With regard to any particular type of work, is it
18 your opinion that he can do or not do any particular type of
19 work?
20     MR. MOSELEY: Are you referring again to a particular
21 paragraph?
22     MR. LORUSSO: No, I am asking the doctor's opinion.
23     THE WITNESS: I didn't form opinions about that.
24 Q.    (By Mr. Lorusso) And as you sit here today do you
25 have any such opinion?

1  A.    No, I have not.
2  Q.    With regard to Mr. English working full-time or
3  part-time, had you formed any opinions with regard to whether
4  he can work full-time or part-time in any job capacity?
5  A.    Had I at that time, when I did this?
6  Q.    Why don't we do it both ways. At the time you did
7  your report did you form any such opinions?
8  A.    Unless it's stated here, which I think it's probably
9  not, no.
10 Q.    At the present time as you sit here today have you
11 formed any such opinion?
12 A.    No.
13 Q.    With regard to a diagnosis of a mood disorder --
14 first of all, what is a mood disorder?
15 A.    It is a quick way of saying it's either depression or
16 mania.
17 Q.    Doctor, in terms of the Axis I, in terms of being a
18 major depressive disorder recurrent moderate -- first of all,
19 as far as major, what does that mean? Is there like minor
20 depressive disorder, moderate depressive disorder?
21 A.    Um, there is no official term "minor depressive
22 disorder," although it may be that it exists -- I think it
23 does -- in the section of the DSM called "Conditions for
24 Further Study." And in some places in the world, including
25 England and Iowa, I think, they use the term. But, you know,

Page 92

1  mostly it's not a term that's used.
2      So major depressive disorder as compared to other
3  depressive conditions, but not minor depressive condition.
4  And there is no such thing as moderate depressive disorder.
5  Which is the one you said.
6  Q.    With regard to where you indicate that it's
7  "moderate" after major depressive disorder, recurrent, and
8  this is on your Axis I, again, there are values with regard
9  to the major depressive disorder as being mild, moderate or
10 severe, correct?
11 A.    Yes, that there is gradations of.
12 Q.    With regard to that particular gradation of moderate,
13 what did you mean by it being moderate here?
14 A.    I'm not sure whether under major depression there are
15 specific criteria for mild, moderate, severe. Um, so it may
16 be that I can't answer that.
17     I can tell you roughly for something that is obvious.
18 It's moderate between mild and severe. So, you know, it's a
19 mid range kind of thing.
20     It's the kind of term that is used when there is some
21 impairment of interpersonal function but one is not totally
22 compromised; where there is some risk of suicide but not
23 enough to put the person right in a hospital right now. But
24 specifically what the criteria would be, I need to look at
25 the DSM to tell you that.

23 (Pages 89 to 92)

EXHIBIT E