Process Date - AUG 15,2006   0154   From - To Check History Report   Page - 1

ENGLISH, PHILIP E
1741 ALA MOANA BLVD
#22
HONOLULU, HI 96815

| Week / Check Info | REGULAR HOURS / WAGES | O/TIME HOURS / WAGES | SALARY WAGES | SICK HOURS / WAGES | VAC HOURS / WAGES | HOLIDAY HOURS / WAGES | OTHER HOURS / WAGES | REIMB NO TAX 3P SICK (MEMO) | FED WTH TAX / STATE TAX | FICA TAX / MEDFICA TAX | 401K DEDUCT / TDI DEDUCT | CB ADV DEDUCT / MEDICAL DEDUCT | MISC DEDUCT / CO401K BENEFIT | GROSS PAY / NET PAY | CHECK # / TRANS ACTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WEEK 15 - PROC 004 Check Date - APR 15,2005 Period End - APR 9,2005 | 18.00 / 144.00 | | | | | | | | 3.15 HI / 4.36 | 8.93 / 2.09 | 0.72 | | | 144.00 / 124.75 | 00000248 / 00000359 |
| WEEK 17 - PROC 006 Check Date - APR 22,2005 Period End - APR 16,2005 | 40.00 / 320.00 | 2.00 / 24.00 | | | | | | | 27.85 HI / 17.33 | 21.33 / 4.99 | 1.72 | | | 344.00 / 270.78 | 00000422 / 00000470 |
| WEEK 18 - PROC 007 Check Date - APR 29,2005 Period End - APR 23,2005 | 36.00 / 288.00 | | | | | | | | 19.45 HI / 13.45 | 17.85 / 4.17 | 1.44 | | | 288.00 / 231.64 | |
| WEEK 18 - PROC 008 Check Date - MAY 6,2005 Period End - APR 30,2005 | 36.00 / 288.00 | | | | | | | | 19.45 HI / 13.45 | 17.86 / 4.18 | 1.44 | | | 288.00 / 231.62 | 00000538 |
| WEEK 19 - PROC 009 Check Date - MAY 13,2005 Period End - MAY 7,2005 | 36.00 / 288.00 | | | | | | | | 19.45 HI / 13.45 | 17.85 / 4.17 | 1.44 | | | 288.00 / 231.64 | 00000592 |
| WEEK 20 - PROC 010 Check Date - MAY 20,2005 Period End - MAY 14,2005 | 36.00 / 288.00 | | | | | | | | 19.45 HI / 13.45 | 17.86 / 4.18 | 1.44 | | | 288.00 / 231.62 | 00000649 |
| WEEK 21 - PROC 011 Check Date - MAY 27,2005 Period End - MAY 21,2005 | 36.00 / 288.00 | | | | | | | | 19.45 HI / 13.45 | 17.86 / 4.18 | 1.44 | | | 288.00 / 231.62 | 00000705 |
| WEEK 22 - PROC 013 Check Date - JUN 3,2005 Period End - MAY 28,2005 | 36.00 / 288.00 | | | | | | | | 19.45 HI / 13.45 | 17.85 / 4.17 | 1.44 | | | 288.00 / 231.64 | |
| WEEK 23 - PROC 014 Check Date - JUN 10,2005 Period End - JUN 3,2005 | 40.00 / 320.00 | | | | | | | | 24.25 HI / 15.63 | 19.84 / 4.64 | 1.60 | | | 320.00 / 254.04 | 00000769 |
| WEEK 24 - PROC 015 Check Date - JUN 17,2005 Period End - JUN 11,2005 | 36.00 / 288.00 | | | | | | | | 19.45 HI / 13.45 | 17.86 / 4.18 | 1.44 | | | 288.00 / 231.62 | 00000806 |
| WEEK 25 - PROC 016 Check Date - JUN 24,2005 Period End - JUN 18,2005 | 36.00 / 288.00 | | | | | | | | 19.45 HI / 13.45 | 17.85 / 4.17 | 1.44 | | | 288.00 / 231.64 | 00000853 |
| WEEK 26 - PROC 017 Check Date - JUL 1,2005 Period End - JUN 25,2005 | 36.00 / 288.00 | | | | | | | | 19.45 HI / 13.45 | 17.86 / 4.18 | 1.44 | | | 288.00 / 231.62 | 00000899 |
| WEEK 27 - PROC 018 Check Date - JUL 8,2005 Period End - JUL 2,2005 | 36.00 / 288.00 | | | | | | | | 19.45 HI / 13.45 | 17.86 / 4.18 | 1.44 | | | 288.00 / 231.62 | 00000948 |
| WEEK 28 - PROC 019 Check Date - JUL 15,2005 Period End - JUL 9,2005 | 4.00 / 32.00 | | | | | | | | HI / 0.17 | 1.98 / 0.46 | 0.16 | | | 32.00 / 29.23 | 00000995 |

MGRD/01 - MASTERGUARD, INC                                    PROC - 007

AUG-15-2006 03:01 PM  AEGIS PAYROLL  808 596 2179  P.02/05

MASTERGUARD INC. Regarding: PHILIP E. ENGLISH

EXHIBIT F

00013

Process Date - AUG 15, 2006  
Page - 2

From - To Check History Report

ENGLISH, PHILIP E  0154  
1741 ALA MOANA BLVD #22  
HONOLULU, HI 96815

| Period | REGULAR HOURS / WAGES | O/TIME HOURS / WAGES | SALARY WAGES | SICK HOURS / WAGES | VAC HOURS / WAGES | HOLIDAY HOURS / WAGES | OTHER HOURS / WAGES | REIMB NO TAX 3P SICK (MEMO) | FED WTH TAX / STATE TAX | FICA TAX / MEDICA TAX | 401K DEDUCT TDI DEDUCT | OB ADV DEDUCT MEDICAL DEDUCT | MISC DEDUCT CO401K BENEFIT | GROSS PAY / NET PAY | CHECK # TRANS ACTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WEEK 31 - PROC 022 Check Date - AUG 5,2005 Period End - JUL 30,2005 | 30.00 240.00 | | | | | | | | 12.75 HI 10.23 | 14.88 3.48 | 1.20 | | | 240.00 197.46 | 000011154 |
| WEEK 32 - PROC 023 Check Date - AUG 12,2005 Period End - AUG 6,2005 | 12.00 96.00 | | | | | | | | HI 1.74 | 5.95 1.39 | 0.48 | | | 96.00 86.44 | 000011159 VOUCHER |
| WEEK 33 - PROC 024 Check Date - AUG 19,2005 Period End - AUG 13,2005 | 12.00 96.00 | | | | | | | | HI 1.74 | 5.95 1.39 | 0.48 | | | 96.00 86.44 | VOUCHER |
| WEEK 34 - PROC 025 Check Date - AUG 26,2005 Period End - AUG 20,2005 | 27.00 216.00 | | | | | | | | 10.35 HI 8.70 | 13.40 3.14 | 1.08 | | | 216.00 179.33 | VOUCHER |
| WEEK 35 - PROC 026-1 Check Date - SEP 2,2005 Period End - AUG 27,2005 | 28.00 224.00 | | | | | | | | 11.15 HI 9.21 | 13.88 3.24 | 1.12 | | | 224.00 185.40 | VOUCHER |
| WEEK 36 - PROC 029 Check Date - SEP 9,2005 Period End - SEP 3,2005 | 22.00 176.00 | | | | | | | | 6.35 HI 6.14 | 10.92 2.56 | 0.88 | | | 176.00 149.15 | VOUCHER |
| WEEK 39 - PROC 033 Check Date - SEP 30,2005 Period End - SEP 24,2005 | 12.00 96.00 | | | | | | | | HI 1.74 | 5.95 1.39 | 0.48 | | | 96.00 86.44 | VOUCHER |
| WEEK 40 - PROC 034 Check Date - OCT 7,2005 Period End - OCT 1,2005 | 12.00 96.00 | | | | | | | | HI 1.74 | 5.95 1.39 | 0.48 | | | 96.00 86.44 | VOUCHER |
| WEEK 41 - PROC 035 Check Date - OCT 14,2005 Period End - OCT 8,2005 | 16.00 128.00 | | | | | | | | 1.55 HI 3.48 | 7.94 1.85 | 0.64 | | | 128.00 112.53 | VOUCHER |
| WEEK 42 - PROC 036 Check Date - OCT 21,2005 Period End - OCT 15,2005 | 16.00 128.00 | | | | | | | | 1.55 HI 3.48 | 7.93 1.85 | 0.64 | | | 128.00 112.55 | VOUCHER |
| WEEK 43 - PROC 037 Check Date - OCT 28,2005 Period End - OCT 22,2005 | 16.00 128.00 | | | | | | | | 1.55 HI 3.48 | 7.94 1.85 | 0.64 | | | 128.00 112.53 | VOUCHER |
| WEEK 44 - PROC 038 Check Date - NOV 4,2005 Period End - OCT 29,2005 | 28.00 224.00 | | | | | | | | 11.15 HI 9.21 | 13.89 3.25 | 1.12 | | | 224.00 185.38 | VOUCHER |
| WEEK 46 - PROC 039 Check Date - NOV 10,2005 Period End - NOV 5,2005 | 12.00 96.00 | | | | | | | | HI 1.74 | 5.95 1.39 | 0.48 | | | 96.00 86.44 | VOUCHER |
| WEEK 47 - PROC 041 Check Date - NOV 25,2005 Period End - NOV 19,2005 | 12.00 96.00 | | | | | | | | HI 1.74 | 5.95 1.39 | 0.48 | | | 96.00 86.44 | VOUCHER |

MGRD/01 - MASTERGUARD, INC                    PROC - 007

AUG-15-2006 03:01 PM  AEGIS PAYROLL  808 596 2179  P.03/05

MASTERGUARD INC. Regarding: PHILIP E. ENGLISH    00014

Process Date - AUG 15, 2006                                                                 Page - 3

**From - To Check History Report**

| | REGULAR HOURS / REGULAR WAGES | O/TIME HOURS / O/TIME WAGES | SALARY WAGES | SICK HOURS / SICK WAGES | VAC HOURS / VAC WAGES | HOLIDAY HOURS / HOLIDAY WAGES | OTHER HOURS / OTHER WAGES | REIMB NO TAX / 3P SICK (MEMO) | FED WTH TAX / STATE TAX | FICA TAX / MEDICA TAX | 401K DEDUCT TOT DEDUCT | GB ADV DEDUCT / MEDICAL DEDUCT | MISC DEDUCT / CO401K BENEFIT | GROSS PAY / NET PAY | CHECK # TRANS ACTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ENGLISH, PHILIP E  0154 | | | | | | | | | | | | | | | |
| 1741 ALA MOANA BLVD | | | | | | | | | | | | | | | |
| W22 | | | | | | | | | | | | | | | |
| HONOLULU, HI 96815 | | | | | | | | | | | | | | | 96.00 | VOUCHER |
| WEEK 48 - PROC 042 | 12.00 | | | | | | | | H1 | 5.95 | | | | | |
| Check Date - DEC 2, 2005 | 96.00 | | | | | | | | 1.74 | 1.39 | 0.48 | | | 86.44 | |
| Period End - NOV 25, 2005 | | | | | | | | | | | | | | | |
| WEEK 49 - PROC 043 | 24.00 | | | | | | | | | 11.91 | | | | 192.00 | VOUCHER |
| Check Date - DEC 9, 2005 | 192.00 | | | | | | | | 7.95 | 2.79 | 0.95 | | | 161.23 | |
| Period End - DEC 3, 2005 | | | | | | | | | H1 7.16 | | | | | | |
| WEEK 50 - PROC 044 | 9.00 | | | | | | | | | 4.46 | | | | 72.00 | VOUCHER |
| Check Date - DEC 16, 2005 | 72.00 | | | | | | | | H1 | 1.04 | 0.36 | | | 65.17 | |
| Period End - DEC 10, 2005 | | | | | | | | | 0.97 | | | | | | |
| *** EMPLOYEE SS# 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 | | 2.00 | | | | | | | 314.10 | 379.44 | | | | 6120.00 | |
| *** APR 3, 2005  8.0000 | 762.00 | | | | | | | | 246.23 | 88.74 | 30.60 | | | 5060.89 | |
| *** ENGLISH, PHILIP E | | 24.00 | | | | | | | | | | | | | |
| *** PAYROLL HISTORY TOTALS | 6096.00 | | | | | | | | | | | | | | |

MGRD/01 - MASTERGUARD, INC                                                            PROC - 007

AUG-15-2006 03:02 PM  AEGIS PAYROLL           808 596 2179                        P.04/05

MASTERGUARD INC. Regarding: PHILIP E. ENGLISH                                       00015

Process Date - AUG 15, 2006

From - To Check History Report

Page - 4

| REGULAR HOURS / REGULAR WAGES | O/TIME HOURS / O/TIME WAGES | SALARY WAGES | SICK HOURS / SICK WAGES | VAC HOURS / VAC WAGES | HOLIDAY HOURS / HOLIDAY WAGES | OTHER HOURS / OTHER WAGES | REIMB NO TAX / 3P SICK (MEMO) | FED WTH TAX / STATE TAX | FICA TAX / MEDICAL TAX | 401K DEDUCT / TDI DEDUCT | GB ADV DEDUCT / MEDICAL DEDUCT | MISC DEDUCT / CO401K BENEFIT | GROSS PAY / NET PAY | CHECK # / TRANS ACTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 762.00 | 2.00 | | | | | | | 314.19 | 379.44 | | | | 6120.00 | 31 |
| 6096.00 | 24.00 | | | | | | | 246.23 | 88.74 | 30.50 | | | 5060.89 | |

\*\*\* COMPANY TOTALS
\*\*\* FOR ENTIRE REPORT
\*\*\*

MGRD/01 - MASTERGUARD, INC

PROC - 007

AUG-15-2006 03:02 PM AEGIS PAYROLL 808 596 2179 P.05/05

MASTERGUARD INC. Regarding: PHILIP E. ENGLISH   00016