IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>　　　　Defendants. | CIVIL NO. CV04 00108 SOM/KSC<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

　　　I HEREBY CERTIFY that a copy of the foregoing was duly served on the following attorney(s) by hand delivering same or by placing the same in the United States mail, postage prepaid, on this 12th day of September, 2006.

　　　　ROGER S. MOSELEY, ESQ.
　　　　ALAN K. LAU, ESQ.
　　　　CHRISTOPHER J. MUZZI, ESQ.
　　　　2300 Alakea Corporate Tower
　　　　1100 Alakea Street
　　　　Honolulu, Hawai`i  96813
　　　　Attorneys for Plaintiff

MICHAEL A. LORUSSO, ESQ.
5th Floor, Fort Street Tower
745 Fort Street
Honolulu, Hawaii 96813
Attorney for Defendants
CITY AND COUNTY OF HONOLULU;
GARY T. KUROKAWA;
ROBERT O. MAGOTA; and ANN C. GIMA

DATED: HONOLULU, HAWAII,  Sept. 12, 2006

*/s/*

KEVIN P. H. SUMIDA
ANTHONY L. WONG
Attorneys for Defendant
GK APPRAISALS, INC