**ORIGINAL**

MOSELEY BIEHL TSUGAWA LAU & MUZZI
a Hawaii limited liability law company
ROGER S. MOSELEY         2060
CHRISTOPHER J. MUZZI     6939
RENEE M. FURUTA          7593
Alakea Corporate Tower
1100 Alakea Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone: (808) 531-0490
Facsimile: (808) 534-0202
Email:  rmoseley@hilaw.us
        cmuzzi@hilaw.us
        rfuruta@hilaw.us

Attorneys for Plaintiff
PHILIP E. ENGLISH



FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 11 2006

at  1  o'clock and  55  min. P  M
SUE BEITIA, CLERK

LODGED
SEP 08 2006
CLERK, U.S. DISTRICT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>                 Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1–10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>                 Defendants. | Civil No.  04-00108 SOM/KSC<br><br>STIPULATION RE: INCREASING NUMBER OF ORAL DEPOSITIONS TAKEN BY THE PARTIES |

10010\3\57122

# STIPULATION RE: INCREASING NUMBER OF ORAL DEPOSITIONS TAKEN BY THE PARTIES

COME NOW the parties herein, in consideration of the facts of this case and the extensive number of witnesses involved, hereby stipulate and agree to allow the parties each to exceed the ten deposition limit as stated under Rule 30 (a)(2)(A) of the Federal Rules of Civil Procedure.

Dated: Honolulu, Hawaii    SEP 8 2006                    .

ROGER S. MOSELEY
Attorney for Plaintiff

MICHAEL L. LORUSSO, ESQ.
RANDALL Y. YAMAMOTO, ESQ.
CARTER K. SIU, ESQ.
Attorneys for Defendants
City & County of Honolulu,
Gary T. Kurokawa, Robert O. Magota,
and Ann C. Gima

APPROVED AND SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

ANTHONY L. WONG, ESQ.
Attorney for Defendant
GK APPRAISALS, INC.

English v. City and County et al., Civil No.: 004-00108; STIPULATION RE: INCREASING NUMBER OF ORAL DEPOSITIONS TAKEN BY THE PARTIES