# EXHIBIT A

1. Any and all records in any way related to Philip E. English, Date of Birth: 10/26/54, Social Security Number: 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.

2. Any and all records in any way related to any complaints made by Philip E. English to the Ethics Commission of the City and County of Honolulu ("Ethics Commission" which term includes, but is not limited to, its members and any of its staff, investigators, agents or representatives) at any time.

3. Any and all electronic mail, or physical correspondence, to or from the Ethics Commission in any way related to Philip E. English, Gary T. Kurokawa, the Assessment Division of the Department of Budget and Fiscal Services of the City and County of Honolulu ("Assessment Division"), Christopher Graff, David Matsunami, GK Appraisals, Inc., Robert O. Magota, Ann C. Gima, or any other employee, agent or representative of the Assessment Division.

4. Any and all statements taken from Philip E. English, David Matsunami, Robert O. Magota, Gary T. Kurokawa, Christopher Graff, and/or Ann C. Gima.

5. Any and all communication and correspondence to or from the Ethics Commission or any other governmental agency investigating matters/complaints against Gary T. Kurokawa, Robert O. Magota, Ann C. Gima, the Assessment Division, and/or David Matsunami.

6. Any and all records relating to the budget for the Ethics Commission, including but not limited to: working papers, funding requests submitted to the Honolulu City Council and/or to the administration prior to submission to the City Council.

7. Any and all records relating in any way to budgets for ethics commissions in other municipalities or governmental agencies, which have been reviewed at any time by the Ethics Commission.

8. Any and all records relating to the staffing for the Ethics Commission, including but not limited to: working papers, funding requests submitted to the Honolulu City Council and/or to the administration prior to submission to the City Council.

9. Any and all records relating in any way to staffing for ethics commissions in other municipalities or governmental agencies, which have been reviewed at any time by the Ethics Commission.


6. Any and all taped recordings (by way of either audio tape(s) or video tape(s)) of statements provided by individuals to the Honolulu Ethics Commission pertaining to Philip E. English, Gary Kurokawa, Christopher Graff, David Matsunami, Robert Magota, Ann Gima, and G.K. Appraisals, Inc.

10010/3/53861.2

7. Any and all taped recordings (by way of either audio tape(s) or video tape(s)) of statements provided by individuals to the Honolulu Ethics Commission pertaining to complaints made by City and County of Honolulu employees against the City and County of Honolulu.

TIME: The relevant time period for the above records is the fifteen years prior to the date of this request, unless otherwise stated in the description of the subpoenaed item.

RECORDS: The term "records" includes, but is not limited to, any tangible thing upon which is recorded any form of communication, information, or representation, including letters, words, pictures, sounds, or symbols, or any combination thereof, by means of handwriting, typewriting, printing, photo-stating, photographing, sound recording, video taping, electronic recording, computer recording media and memory, or any other method of recording whatsoever. This definition includes, but is not limited to, files, reports, treatises, news letters, studies, contracts, papers, charts, diagrams, brochures, documents, photographs, books, letter, notes, logs, message pads, scratch paper, post-its, calendars, emails, memoranda, statements, tape recordings, phonograph recordings, computer printouts, DVD's, CD's, computer memory and storage and archiving devices or methods, computer programs, motion picture recordings, video tape recordings, microfilm, and microfiche, in your possession, or under your control, or available to you if you so requested, and includes, without limitation, all file copies and all drafts prepared in connection with such records whether used or not.

**END OF EXHIBIT A**