## EXHIBIT A

Any and all original records, files or documents, notes, e-mails and or other material including computerized storage material and any and all documents of every nature pertaining to: (i) any and all complaints or disciplinary actions against you; (ii) your employment records; (iii) any and all notes, letters, memorandas or other documents to you from Gary Kurokawa and/or GK Appraisals, Inc.; (iv) income tax returns for the years 2000 through 2004; (v) identification of any and all income or other compensation (financial or otherwise) received by you from GK Appraisals, Inc. or David Matsunami; (vi) all appraisals you prepared or worked on for GK Appraisals, Inc. or at any time you were employed by the City and County of Honolulu; (vii) all spreadsheets, data or other documents you kept/stored/retained in City and County of Honolulu's computer system at any time.