IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>　　　　Defendants. | ) CIVIL NO. CV04-00108 KSC<br>)<br>) **DECLARATION OF CARTER K. SIU**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **DECLARATION OF CARTER K. SIU**

I, CARTER K. SIU, declare as follows:

1. Declarant is an attorney licensed to practice law before all the state and federal courts in the State of Hawaii and is one of the attorneys representing Defendants CITY AND COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA, ANN C. GIMA (collectively "CITY Defendants") in the above-entitled action.

2. This Declaration is made in lieu of an affidavit pursuant to Local Rule 7.6, <u>Rules of the United States District Court for the District of Hawaii</u>, as amended.

3. I make this Declaration in support of Defendants City and County of Honolulu, Gary T. Kurokawa, Robert O. Magota, and Ann C. Gima's Motion to Strike Plaintiff's First Amendment to

Plaintiff Philip E. English's First Amended Pretrial Statement and for Sanctions.

4. Attached hereto as Exhibit "A" is a true and correct copy of Plaintiff Philip E. English's Answers to Defendant City and County of Honolulu's First Request for Answers to Interrogatories; the exhibit attached to Plaintiff's response (a copy of the Verified Complaint) is not included in Exhibit "A."

5. Attached hereto as Exhibit "B" is a true and correct copy of Plaintiff Philip E. English's First Supplemental Answers to Defendant City and County of Honolulu's First Request for Answers to Interrogatories; the exhibit attached to Plaintiff's response (a time-line created by Plaintiff) is not included in Exhibit "B."

6. No other supplements to Plaintiff's interrogatory responses were received.

I declare under penalty of law that the foregoing is true and correct to the best of my knowledge and belief.

DATED: Honolulu, Hawaii, September 12, 2006

_____
CARTER K. SIU