MOSELEY BIEHL TSUGAWA LAU & MUZZI
a Hawaii limited liability law company
ROGER S. MOSELEY        2060
ALAN K. LAU             3981
CHRISTOPHER J. MUZZI         6939
Alakea Corporate Tower
1100 Alakea Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone:  (808) 531-0490
Facsimile:  (808) 534-0202
Email: rmoseley@hilaw.us
       alau@hilaw.us
       cmuzzi@hilaw.us

Attorneys for Plaintiff
PHILIP E. ENGLISH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>             Plaintiff,<br><br>      vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>             Defendants. | Civil No.  04-00108 SOM/KSC<br><br>PLAINTIFF PHILIP E. ENGLISH'S FIRST SUPPLEMENTAL ANSWERS TO DEFENDANT CITY AND COUNTY OF HONOLULU'S FIRST REQUEST FOR ANSWERS TO INTERROGATORIES TO PLAINTIFF PHILIP E. ENGLISH; EXHIBIT A |

10010\3\53745.1                              EXHIBIT "B"

PLAINTIFF PHILIP E. ENGLISH'S FIRST SUPPLEMENTAL ANSWERS TO
DEFENDANT CITY AND COUNTY OF HONOLULU'S
FIRST REQUEST FOR ANSWERS TO INTERROGATORIES
TO PLAINTIFF PHILIP E. ENGLISH

COMES NOW Plaintiff PHILIP E. ENGLISH, by and through his attorneys, ROGER S. MOSELEY, ALAN K. LAU, and CHRISTOPHER J. MUZZI, of MOSELEY BIEHL TSUGAWA LAU & MUZZI, a Hawaii limited liability law company, and, pursuant to FRCP Rule 26(e) provides his first supplemental answers to Defendant City and County of Honolulu's First Request for Answers to Interrogatories, served upon him as follows:

INTERROGATORIES TO PLAINTIFF PHILIP E. ENGLISH

2. State all facts with specificity which you contend support the allegation contained in Paragraphs 93 through 97 and 104 through 108 of your Complaint that your civil rights were violated, and as to each fact, state its source, identify each person who you know to have any information or knowledge concerning such fact or the aforesaid allegation, identify each document which supports, embodies, refers or relates to such fact or the aforesaid allegation, and the date(s) on which each fact occurred.

ANSWER:

Without waiving prior answers and/or objections, Plaintiff hereby provides a timeline, of facts and evidentiary support, attached hereto as Exhibit A, in an attempt to describe Plaintiff's understanding of the facts as of the present date. Plaintiff also reserves the right to amend his answers further upon the discovery of additional facts, and also anticipates that the ongoing deposition of Plaintiff may add further facts and detail which may not have occurred to Plaintiff to be relevant at present.

3.  State all facts with specificity which you contend support the allegation contained in Paragraphs 98 through 101 of your Complaint that Defendants unlawfully conspired against you, and as to each fact, state its source, identify each person who you know to have any information or knowledge concerning such fact or the aforesaid allegation, identify each document which supports, embodies, refers or relates to such fact or the aforesaid allegation, and the date(s) on which each fact occurred.

    ANSWER:

    Without waiving prior answers and/or objections, Plaintiff hereby provides a timeline, of facts and evidentiary support, attached hereto as Exhibit A, in an attempt to describe Plaintiff's understanding of the facts as of the present date. Plaintiff also reserves the right to amend his answers further upon the discovery of additional facts, and also anticipates that the ongoing deposition of Plaintiff may add further facts and detail which may not have occurred to Plaintiff to be relevant at present.

4.  State all facts with specificity which you contend support the allegation contained in Paragraphs 110 through 113 of your Complaint that Defendants unlawfully discriminated and retaliated against you, and as to each fact, state its source, identify each person who you know to have any information or knowledge concerning such fact or the aforesaid allegation, identify each document which supports, embodies, refers or relates to such fact or the aforesaid allegation, and the date(s) on which each fact occurred.

    ANSWER:

    Without waiving prior answers and/or objections, Plaintiff hereby provides a timeline, of facts and evidentiary support, attached hereto as Exhibit A, in an attempt to describe Plaintiff's understanding of the facts as of the present date. Plaintiff also reserves the right to amend his answers further upon the discovery of additional facts, and also anticipates that the ongoing deposition of Plaintiff may add further facts and detail which may not have occurred to Plaintiff to be relevant at present.

5. State all facts with specificity which you contend support the allegation contained in Paragraphs 41 through 42 of your Complaint that Defendants wilfully, wantonly and/or recklessly caused injury to you, and as to each fact, state its source, identify each person who you know to have any information or knowledge concerning such fact or the aforesaid allegation, identify each document which supports, embodies, refers or relates to such fact or the aforesaid allegation, and the date(s) on which each fact occurred.

ANSWER:

Without waiving prior answers and/or objections, Plaintiff hereby provides a timeline, of facts and evidentiary support, attached hereto as Exhibit A, in an attempt to describe Plaintiff's understanding of the facts as of the present date. Plaintiff also reserves the right to amend his answers further upon the discovery of additional facts, and also anticipates that the ongoing deposition of Plaintiff may add further facts and detail which may not have occurred to Plaintiff to be relevant at present.

6. State all facts with specificity which you contend support the allegation contained in Paragraph 44 of your Complaint that you were forced to resign, and as to each fact, state its source, identify each person who you know to have any information or knowledge concerning such fact or the aforesaid allegation, identify each document which supports, embodies, refers or relates to such fact or the aforesaid allegation, and the date(s) on which each fact occurred.

ANSWER:

Without waiving prior answers and/or objections, Plaintiff hereby provides a timeline, of facts and evidentiary support, attached hereto as Exhibit A, in an attempt to describe Plaintiff's understanding of the facts as of the present date. Plaintiff also reserves the right to amend his answers further upon the discovery of additional facts, and also anticipates that the ongoing deposition of Plaintiff may add further facts and detail which may not have occurred to Plaintiff to be relevant at present.

7. State all facts with specificity which you contend support the allegation contained in Paragraphs 119 through 126 of your Complaint that Defendants intentionally or negligently inflicted emotional distress upon you, and as to each fact, state its source, identify each person who you know to have any information or knowledge concerning such fact or the aforesaid allegation, identify each

document which supports, embodies, refers or relates to such fact or the aforesaid allegation, and the date(s) on which each fact occurred.

ANSWER:

Without waiving prior answers and/or objections, Plaintiff hereby provides a timeline, of facts and evidentiary support, attached hereto as Exhibit A, in an attempt to describe Plaintiff's understanding of the facts as of the present date. Plaintiff also reserves the right to amend his answers further upon the discovery of additional facts, and also anticipates that the ongoing deposition of Plaintiff may add further facts and detail which may not have occurred to Plaintiff to be relevant at present.

8. State all facts with specificity which you contend support the allegation contained in Paragraphs 127 through 130 of your Complaint that Defendants defamed you, and as to each fact, state its source, identify each person who you know to have any information or knowledge concerning such fact or the aforesaid allegation, identify each document which supports, embodies, refers or relates to such fact or the aforesaid allegation, and the date(s) on which each fact occurred.

ANSWER:

Without waiving prior answers and/or objections, Plaintiff hereby provides a timeline, of facts and evidentiary support, attached hereto as Exhibit A, in an attempt to describe Plaintiff's understanding of the facts as of the present date. Plaintiff also reserves the right to amend his answers further upon the discovery of additional facts, and also anticipates that the ongoing deposition of Plaintiff may add further facts and detail which may not have occurred to Plaintiff to be relevant at present.

9. State all facts with specificity which you contend support the allegation contained in Paragraphs 131 through 138 of your Complaint that Defendants interfered with contractual relations or prospective business advantage, and as to each fact, state its source, identify each person who you know to have any information or knowledge concerning such fact or the aforesaid allegation, identify each document which supports, embodies, refers or relates to such fact or the aforesaid allegation, and the date(s) on which each fact occurred.

ANSWER:

Without waiving prior answers and/or objections, Plaintiff hereby provides a timeline, of facts and evidentiary support, attached hereto as Exhibit A, in an attempt to describe Plaintiff's understanding of the facts as of the present date. Plaintiff also reserves the right to amend his answers further upon the discovery of additional facts, and also anticipates that the ongoing deposition of Plaintiff may add further facts and detail which may not have occurred to Plaintiff to be relevant at present.

10. State all facts with specificity which you contend support the allegation contained in Paragraphs 141 through 144 of your Complaint that Defendants violated you state constitutional rights, and as to each fact, state its source, identify each person who you know to have any information or knowledge concerning such fact or the aforesaid allegation, identify each document which supports, embodies, refers or relates to such fact or the aforesaid allegation, and the date(s) on which each fact occurred.

ANSWER:

Without waiving prior answers and/or objections, Plaintiff hereby provides a timeline, of facts and evidentiary support, attached hereto as Exhibit A, in an attempt to describe Plaintiff's understanding of the facts as of the present date. Plaintiff also reserves the right to amend his answers further upon the discovery of additional facts, and also anticipates that the ongoing deposition of Plaintiff may add further facts and detail which may not have occurred to Plaintiff to be relevant at present.

## VERIFICATION

STATE OF HAWAII             )
                            )SS.
CITY AND COUNTY OF HONOLULU )


_____PHILIP E. ENGLISH_____ being first duly sworn on oath, deposes and says: That he has read the foregoing answers to interrogatories and same are true to the best of his knowledge and belief.

_____
PHILIP E. ENGLISH


Subscribed and sworn to before
me this __21st__ day of November, 2005.

_____
Notary Public, State of Hawaii
Print Name: **Vicky S.W. Young**
My commission expires: **August 2, 2007**

VICKY S.W. YOUNG
★ NOTARY PUBLIC ★
STATE OF HAWAII