IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH, | ) CIVIL NO. CV04-00108 KSC ) |
| Plaintiff, | ) **CERTIFICATE OF SERVICE** ) |
| vs. | ) ) |
| CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10, | ) ) ) ) ) ) ) ) |
| Defendants. | ) ) ) ) |
| _____ | ) |

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically trough CM/ECF:

| | | |
|---|---|---|
| Roger S. Moseley, Esq. | rmoseley@hilaw.us | 09/12/06 |
| Joanna B.K. Fong., Esq. | Jfong@hilaw.us | 09/12/06 |
| Reneee M. Furuta, Esq. | Rfuruta@hilaw.us | 09/12/06 |
| Alan K. Lau, Esq. | Alau@hilaw.us | 09/12/06 |
| Christophre J. Muzzi, Esq. | Cmuzzi@hilaw.us | 09/12/06 |

Served Electronically trough CM/ECF:

| | | |
|---|---|---|
| Kevin P.H. Sumida, Esq. | Ksumida@tshawaii.com | 09/12/06 |
| Anthony L. Wong, Esq. | Awong@sthawaii.com | 09/12/06 |

DATED: Honolulu, Hawaii, September 12, 2006

_____
JAMES KAWASHIMA
RANDALL Y. YAMAMOTO
MICHAEL A. LORUSSO
BRIAN Y. HIYANE
CARTER K. SIU
Attorneys for Defendants
CITY AND COUNTY OF HONOLULU,
GARY T. KUROKAWA,
ROBERT O. MAGOTA, and
ANN C. GIMA