MOSELEY BIEHL TSUGAWA LAU & MUZZI
A Hawaii Limited Liability Law Company
ROGER S. MOSELEY          2060
CHRISTOPHER J. MUZZI      6939
RENEE M. FURUTA           7593
Alakea Corporate Tower
1100 Alakea Street, 23rd Floor
Honolulu, Hawaii 96813
Telephone: (808) 531-0490
Facsimile: (808) 534-0202
Email: rmoseley@hilaw.us
       cmuzzi@hilaw.us
       rfuruta@hilaw.us

Attorneys for Plaintiff
PHILIP E. ENGLISH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>  Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1–10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>  Defendants. | Civil No. 04-00108 KSC/KSC<br><br>PLAINTIFF PHILIP E. ENGLISH'S MOTION IN LIMINE NO. 2 RE: EXCLUDING TESTIMONY OF CORLIS CHANG; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF SERVICE<br><br>TRIAL: OCTOBER 3, 2006 |

PLAINTIFF PHILIP E. ENGLISH'S MOTION IN LIMINE
NO. 2 RE: EXCLUING TESTIMONY OF CORLIS CHANG

Plaintiff Philip E. English ("Plaintiff"), by and through his attorneys, Moseley Biehl Tsugawa Lau & Muzzi, hereby moves in limine that Defendants City and County of Honolulu, Gary T. Kurokawa, Robert O. Magota, Ann C. Gima and GK Appraisals, Inc. be precluded from giving/offering testimony of Corlis Chang. Such proffered testimony is prohibited under Federal Rules of Evidence Rule 402, Rule 602 and as hearsay under Rule 802.

Dated: Honolulu, Hawaii, September 12, 2006.

/s/ *Roger S. Moseley*
ROGER S. MOSELEY
CHRISTOPHER J. MUZZI
RENEE M. FURUTA

Attorneys for Plaintiff
PHILIP E. ENGLISH