MOSELEY BIEHL TSUGAWA LAU & MUZZI
A Hawaii Limited Liability Law Company
ROGER S. MOSELEY              2060
CHRISTOPHER J. MUZZI          6939
RENEE M. FURUTA               7593
Alakea Corporate Tower
1100 Alakea Street, 23rd Floor
Honolulu, Hawaii 96813
Telephone: (808) 531-0490
Facsimile: (808) 534-0202
Email: rmoseley@hilaw.us
       cmuzzi@hilaw.us
       rfuruta@hilaw.us

Attorneys for Plaintiff
PHILIP E. ENGLISH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1–10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>Defendants. | Civil No. 04-00108 KSC/KSC<br><br>PLAINTIFF PHILIP E. ENGLISH'S MOTION IN LIMINE NO. 3 RE: EXCLUDING EVIDENCE REGARDING PLAINTIFF PHILIP E. ENGLISH'S ALLEGED USE OF CITY TIME AND EQUIPMENT FOR PERSONAL MATTERS; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF COUNSEL; EXHBIT A; CERTIFICATE OF SERVICE<br><br>TRIAL: OCTOBER 3, 2006 |

PLAINTIFF PHILIP E. ENGLISH'S MOTION IN LIMINE
NO. 3 RE: EXCLUDING EVIDENCE REGARDING PLAINTIFF
PHILIP E. ENGLISH'S ALLEGED USE OF CITY TIME
AND EQUIPMENT FOR PERSONAL MATTERS

Plaintiff Philip E. English ("Plaintiff"), by and through his attorneys, Moseley Biehl Tsugawa Lau & Muzzi, hereby moves in limine that Defendants City and County of Honolulu, Gary T. Kurokawa, Robert O. Magota, Ann C. Gima and GK Appraisals, Inc. be prohibited from introducing evidence regarding Plaintiff English's alleged use of City and County of Honolulu time and equipment for personal matters.

Dated: Honolulu, Hawaii, September 12, 2006.

/s/ Roger S. Moseley
ROGER S. MOSELEY
CHRISTOPHER J. MUZZI
RENEE M. FURUTA

Attorneys for Plaintiff
PHILIP E. ENGLISH