IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1 –10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>　　　　　Defendants. | Civil No. 04-00108 KSC/KSC<br><br>DECLARATION OF ROGER S. MOSELEY |

## DECLARATION OF ROGER S. MOSELEY

I, ROGER S. MOSELEY, declare under penalty of perjury that the following is true and correct to the best of my knowledge:

1.　　I am an attorney licensed to practice law in the State of Hawaii, the United District Court for the District of Hawaii, and the United States Circuit Court of the 9th Circuit.

2.　　I am one of the attorneys responsible for representing Plaintiff Philip E. English in the above-captioned case.

10010/3/57744v6

3. Attached hereto as Exhibit "A" is a true and correct copy of the memorandum from Benjamin B. Lee, FAIA to all City Departments and Agencies dated May 17, 2002, Bate nos. CD 000144-000147, which was received by Plaintiff's counsel from Defendants' counsel in this case.

I DECLARE UNDER PENALTY OF PERJURY under the laws of the United States and the State of Hawaii that the foregoing is true and correct.

Executed on this 12th day of September, 2006, at Honolulu, Hawaii.

/s/ *Roger S. Moseley*
ROGER S. MOSELEY