IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>　　Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1 –10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>　　Defendants. | Civil No. 04-00108 KSC/KSC<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

The undersigned herby certifies that a true and correct copy of the foregoing was duly served upon the parties listed below via E-MAIL on September 12, 2006 and by way of hand-delivery, at their respective addresses on September 13, 2006:

>MICHAEL L. LORUSSO, ESQ.
>Kawashima Lorusso & Tom, LLP
>Fort Street Tower
>745 Fort Street, 5th Floor
>Honolulu, Hawaii 96813
>>Attorneys for Defendants
>>City & County of Honolulu,
>>Gary T. Kurokawa, Robert O. Magota,
>>and Ann C. Gima

0010\3\57769.1                                     1

KEVIN P. H. SUMIDA, ESQ.
ANTHONY L. WONG, ESQ.
735 Bishop Street
Suite 411
Honolulu, Hawaii 96813
    Attorneys for Defendant
    GK APPRAISALS, INC.

DATED: Honolulu, Hawaii, September 12, 2006.

                                                        */s/ Roger S. Moseley*
                                                        ROGER S. MOSELEY
                                                        ALAN K. LAU
                                                        CHRISTOPHER J. MUZZI
                                                        RENEE M. FURUTA
                                                         Attorneys for Plaintiff
                                                         PHILIP E. ENGLISH