MOSELEY BIEHL TSUGAWA LAU & MUZZI
A Hawaii Limited Liability Law Company
ROGER S. MOSELEY          2060
CHRISTOPHER J. MUZZI      6939
RENEE M. FURUTA           7593
Alakea Corporate Tower
1100 Alakea Street, 23rd Floor
Honolulu, Hawaii 96813
Telephone: (808) 531-0490
Facsimile: (808) 534-0202
Email: rmoseley@hilaw.us
       cmuzzi@hilaw.us
       rfuruta@hilaw.us

Attorneys for Plaintiff
PHILIP E. ENGLISH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>              Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1–10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>              Defendants. | Civil No. 04-00108 KSC/KSC<br><br>PLAINTIFF PHILIP E. ENGLISH'S MOTION IN LIMINE NO. 4 RE: EXCLUDING EVIDENCE AND TESTIMONY REGARDING PLAINTIFF PHILIP E. ENGLISH'S INCOME PRIOR TO HIS EMPLOYMENT WITH THE CITY AND COUNTY OF HONOLULU, ASSESSMENT DIVISION; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF SERVICE<br><br>TRIAL: OCTOBER 3, 2006 |

PLAINTIFF PHILIP E. ENGLISH'S MOTION IN LIMINE NO. 4 RE: EXCLUDING EVIDENCE AND TESTIMONY REGARDING PLAINTIFF PHILIP E. ENGLISH'S INCOME PRIOR TO HIS EMPLOYMENT WITH THE CITY AND COUNTY OF HONOLULU, ASSESSMENT DIVISION

Plaintiff Philip E. English ("Plaintiff"), by and through his attorneys, Moseley Biehl Tsugawa Lau & Muzzi, hereby moves in limine that Defendants City and County of Honolulu, Gary T. Kurokawa, Robert O. Magota, Ann C. Gima and GK Appraisals, Inc. be prohibited from introducing evidence and testimony regarding Plaintiff English's income prior to his employment with the City and County of Honolulu, Assessment Division.

Dated: Honolulu, Hawaii September 12, 2006.

/s/ Roger S. Moseley
ROGER S. MOSELEY
CHRISTOPHER J. MUZZI
RENEE M. FURUTA

Attorneys for Plaintiff
PHILIP E. ENGLISH