MOSELEY BIEHL TSUGAWA LAU & MUZZI
A Hawaii Limited Liability Law Company
ROGER S. MOSELEY          2060
CHRISTOPHER J. MUZZI      6939
RENEE M. FURUTA           7593
Alakea Corporate Tower
1100 Alakea Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone:  (808) 531-0490
Facsimile:  (808) 534-0202
Email:  rmoseley@hilaw.us
        cmuzzi@hilaw.us
        rfuruta@hilaw.us

Attorneys for Plaintiff
PHILIP E. ENGLISH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH, <br><br> Plaintiff, <br><br> vs. <br><br> CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1 –10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10, <br><br> Defendants. | Civil No.  04-00108 KSC/KSC <br><br> PLAINTIFF PHILIP E. ENGLISH'S MOTION IN LIMINE NO. 6 RE: EXCLUDING TESTIMONY OR EVIDENCE REGARDING ALLEGED OMISSIONS AND/OR MISSTATEMENTS PERTAINING TO PLAINTIFF PHILIP E. ENGLISH'S EMPLOYMENT APPLICATION TO THE CITY AND COUNTY OF HONOLULU; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF SERVICE <br><br> TRIAL:  OCTOBER 3, 2006 |

PLAINTIFF PHILIP E. ENGLISH'S MOTION IN LIMINE NO. 6 RE: ALLEGED EXCLUDING TESTIMONY OR EVIDENCE REGARDING OMISSIONS AND/OR MISSTATEMENTS PERTAINING TO PLAINTIFF PHILIP E. ENGLISH'S EMPLOYMENT APPLICATION TO THE CITY AND COUNTY OF HONOLULU

Plaintiff Philip E. English ("Plaintiff"), by and through his attorneys, Moseley Biehl Tsugawa Lau & Muzzi, hereby moves in limine that Defendants City and County of Honolulu, Gary T. Kurokawa, Robert O. Magota, Ann C. Gima and GK Appraisals, Inc. be prohibited from introducing testimony or evidence regarding alleged omissions and/or misstatements pertaining to Plaintiff Philip E. English's employment application to the City and County of Honolulu.

Dated: Honolulu, Hawaii September 12, 2006.

/s/ Roger S. Moseley
ROGER S. MOSELEY
CHRISTOPHER J. MUZZI
RENEE M. FURUTA

Attorneys for Plaintiff
PHILIP E. ENGLISH