IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF<br>HONOLULU; GARY T. KUROKAWA;<br>ROBERT O. MAGOTA; ANN C.<br>GIMA; and GK APPRAISALS, INC.;<br>JOHN DOES 1 –10; JANE DOES 1-<br>10; DOE PARTNERSHIPS; DOE<br>CORPORATIONS 1-10; AND DOE<br>ENTITIES 1-10,<br><br>    Defendants. | Civil No.  04-00108 KSC/KSC<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

The undersigned herby certifies that a true and correct copy of the foregoing was duly served upon the parties listed below via E-MAIL on September 12, 2006 and by way of hand-delivery, at their respective addresses on September 13, 2006:

    MICHAEL L. LORUSSO, ESQ.
    Kawashima Lorusso & Tom, LLP
    Fort Street Tower
    745 Fort Street, 5th Floor
    Honolulu, Hawaii  96813
        Attorneys for Defendants
        City & County of Honolulu,
        Gary T. Kurokawa, Robert O. Magota,
        and Ann C. Gima

KEVIN P. H. SUMIDA, ESQ.
ANTHONY L. WONG, ESQ.
735 Bishop Street
Suite 411
Honolulu, Hawaii  96813
     Attorneys for Defendant
     GK APPRAISALS, INC.

DATED:  Honolulu, Hawaii, September 12, 2006.


                    */s/ Roger S. Moseley*
                    ROGER S. MOSELEY
                    ALAN K. LAU
                    CHRISTOPHER J. MUZZI
                    RENEE M. FURUTA
                    Attorneys for Plaintiff
                    PHILIP E. ENGLISH