MOSELEY BIEHL TSUGAWA LAU & MUZZI
A Hawaii Limited Liability Law Company
ROGER S. MOSELEY          2060
CHRISTOPHER J. MUZZI      6939
RENEE M. FURUTA           7593
Alakea Corporate Tower
1100 Alakea Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone:  (808) 531-0490
Facsimile:  (808) 534-0202
Email:  rmoseley@hilaw.us
        cmuzzi@hilaw.us
        rfuruta@hilaw.us

Attorneys for Plaintiff
PHILIP E. ENGLISH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>               Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1 –10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>             Defendants. | Civil No.  04-00108 KSC/KSC<br><br>PLAINTIFF PHILIP E. ENGLISH'S MOTION IN LIMINE NO. 7 RE: PREVENTING SUZANNE FOUMAI FROM ASSERTING THE FIFTH AMENDMENT AT TRIAL; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF COUNSEL; EXHIBITS A AND B; CERTIFICATE OF SERVICE<br><br><br>TRIAL:  OCTOBER 3, 2006 |

PLAINTIFF PHILIP E. ENGLISH'S MOTION IN LIMINE
NO. 7 RE:  PREVENTING SUZANNE FOUMAI FROM
ASSERTING THE FIFTH AMENDMENT AT TRIAL

Plaintiff Philip E. English ("Plaintiff"), by and through his attorneys,

Moseley Biehl Tsugawa Lau & Muzzi, hereby moves in limine that Suzanne

Foumai be prohibited from asserting the Fifth Amendment at trial of this matter.

Dated:  Honolulu, Hawaii, September 12, 2006.


/s/ Roger S. Moseley
ROGER S. MOSELEY
CHRISTOPHER J. MUZZI
RENEE M. FURUTA

Attorneys for Plaintiff
PHILIP E. ENGLISH