MOSELEY BIEHL TSUGAWA LAU & MUZZI
A Hawaii Limited Liability Law Company
ROGER S. MOSELEY           2060
CHRISTOPHER J. MUZZI       6939
RENEE M. FURUTA            7593
Alakea Corporate Tower
1100 Alakea Street, 23rd Floor
Honolulu, Hawaii 96813
Telephone: (808) 531-0490
Facsimile: (808) 534-0202
Email: rmoseley@hilaw.us
       cmuzzi@hilaw.us
       rfuruta@hilaw.us

Attorneys for Plaintiff
PHILIP E. ENGLISH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| PHILIP E. ENGLISH, | Civil No. 04-00108 KSC/KSC |
|---|---|
| Plaintiff, | PLAINTIFF PHILIP E. ENGLISH'S MOTION IN LIMINE NO. 8 RE: EXCLUDING EVIDENCE AND TESTIMONY SUGGESTING OR IMPLICATING PLAINTIFF PHILIP E. ENGLISH AND ROGER S. MOSELEY IF ANY WRONGDOING; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF CHRISTOPHER J. MUZZI; EXHIBIT "A"; CERTIFICATE OF SERVICE |
| vs. | |
| CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1–10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10, | |
| Defendants. | TRIAL: OCTOBER 3, 2006 |

PLAINTIFF PHILIP E. ENGLISH'S MOTION IN LIMINE NO. 8 RE: EXCLUDING EVIDENCE AND TESTIMONY SUGGESTING OR IMPLICATING PLAINTIFF PHILIP E. ENGLISH AND ROGER S. MOSELEY IF ANY WRONGDOING

Plaintiff Philip E. English ("Plaintiff"), by and through his attorneys, Moseley Biehl Tsugawa Lau & Muzzi, hereby moves in limine to exclude Defendants City and County of Honolulu, Gary T. Kurokawa, Ann C. Gima, Robert O. Magota and GK Appraisals, Inc. from introducing any evidence and testimony suggesting or implicating Plaintiff Philip E. English and Roger S. Moseley if any wrongdoing.

Dated: Honolulu, Hawaii September 12, 2006.

/s/Christopher J. Muzzi
ROGER S. MOSELEY
CHRISTOPHER J. MUZZI
RENEE M. FURUTA

Attorneys for Plaintiff
PHILIP E. ENGLISH