IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1 –10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>　　　　　　Defendants. | Civil No.  04-00108 KSC/KSC<br><br>DECLARATION OF CHRISTOPHER J. MUZZI; EXHIBIT "A"<br><br><br><br><br><br><br><br><br><br>Trial Date: October 3, 2006 |

## DECLARATION OF CHRISTOPHER J. MUZZI

I, CHRISTOPHER J. MUZZI, declare under penalty of perjury that the following is true and correct to the best of my knowledge and belief, and that this declaration is based upon my personal observation and/or information personally obtained by me and further, that I would be competent to testify to the matters contained herein at the trial of this case:

10010/3/57802

1.	I am an attorney licensed to practice law in the State of Hawaii, the United States District Court for the District of Hawaii, and the 9th Circuit Court of Appeals.

2.	I am one of the attorneys responsible for representing Plaintiff Philip E. English in the above-captioned case.

3.	I make this Declaration in support of PLAINTIFF PHILIP E. ENGLISH'S MOTION IN LIMINE NO. 8 RE: EXCLUDING EVIDENCE AND TESTIMONY SUGGESTING OR IMPLICATING PLAINTIFF PHILIP E. ENGLISH AND ROGER S. MOSELEY IF ANY WRONGDOING.

4.	Attached hereto as Exhibit "A" is a true and correct copy of Letter dated September 11, 2006 to Michael A. Lorusso, Esq. and Anthony L. Wong, Esq. from Christopher J. Muzzi, Esq. disclosing attorney – client relationship.

I DECLARE UNDER PENALTY OF PERJURY under the laws of the State of Hawaii and the United States, that the foregoing is true and correct.

Executed this 12th day of September 2006, at Honolulu, Hawaii.

/s/Christopher J. Muzzi
CHRISTOPHER J. MUZZI

5.