IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1 –10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>    Defendants. | Civil No.  04-00108 KSC/KSC<br><br>CERTIFICATE OF SERVICE |

<u>CERTIFICATE OF SERVICE</u>

The undersigned herby certifies that a true and correct copy of the foregoing was duly served upon the parties listed below via E-MAIL on September 12, 2006 and by way of hand-delivery, at their respective addresses on September 13, 2006:

> MICHAEL L. LORUSSO, ESQ.
> Kawashima Lorusso & Tom, LLP
> Fort Street Tower
> 745 Fort Street, 5th Floor
> Honolulu, Hawaii  96813
>     Attorneys for Defendants
>     City & County of Honolulu,
>     Gary T. Kurokawa, Robert O. Magota,
>     and Ann C. Gima

KEVIN P. H. SUMIDA, ESQ.
ANTHONY L. WONG, ESQ.
735 Bishop Street
Suite 411
Honolulu, Hawaii  96813
    Attorneys for Defendant
    GK APPRAISALS, INC.

DATED:  Honolulu, Hawaii, September 12, 2006.


            */s/Christopher J. Muzzi*
            ROGER S. MOSELEY
            ALAN K. LAU
            CHRISTOPHER J. MUZZI
            RENEE M. FURUTA
            Attorneys for Plaintiff
            PHILIP E. ENGLISH