ORIGINAL

00002249.WPD

KAWASHIMA LORUSSO & TOM LLP

JAMES KAWASHIMA       #1145-0
RANDALL Y. YAMAMOTO   #3274-0
Topa Financial Center
Fort Street Tower
745 Fort Street, Suite 500
Honolulu, Hawaii 96813
Telephone:  (808)275-0300
Facsimile:  (808)275-0399
Email Address: ryamamoto@kltlaw.com
Attorneys for Defendants
CITY AND COUNTY OF HONOLULU,
GARY T. KUROKAWA, ROBERT O. MAGOTA,
and ANN C. GIMA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 1 2 2006

at 2 o'clock and 55 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| PHILIP E. ENGLISH, | ) CIVIL NO. CV04-00108 KSC |
|---|---|
| Plaintiff, | ) NOTICE OF MOTION; |
| | ) DEFENDANTS GARY T. |
| vs. | ) KUROKAWA, ROBERT O. |
| | ) MAGOTA, and ANN C. GIMA'S |
| CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10, | ) MOTION FOR PARTIAL SUMMARY JUDGMENT ON QUALIFIED IMMUNITY; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF SERVICE |
| | ) HEARING: |
| | ) Date: _____ |
| | ) Time: _____ |
| | ) Judge:  Hon. Kevin S.C. Chang |
| Defendants. | ) Trial Date: 10/03/06 |

## NOTICE OF MOTION

To:    ROGER S. MOSELEY, ESQ.
Moseley Biehl Tsugawa Lau & Muzzi
Alakea Corporate Tower
1100 Alakea Street, 23rd Floor
Honolulu, Hawaii 96813

Attorney for Plaintiff
PHILIP E. ENGLISH

KEVIN P.H. SUMIDA, ESQ.
ANTHONY L. WONG, ESQ.
735 Bishop Street; Suite 411
Honolulu, Hawaii 96813

Attorneys for Defendant
GK APPRAISALS, INC.

NOTICE IS HEREBY GIVEN that DEFENDANTS GARY T. KUROKAWA, ROBERT O. MAGOTA, and ANN C. GIMA'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON QUALIFIED IMMUNITY shall come on for hearing before the Honorable Kevin S.C. Chang, Judge of the above-entitled Court, in his courtroom, Prince Kuhio Federal Building, 300 Ala Moana

Boulevard, at \_\_\_\_:00 \_\_.m. on _____, or as soon thereafter as counsel may be heard.

DATED: Honolulu, Hawaii, SEP 1 2 2006 _____.

_____
JAMES KAWASHIMA
RANDALL Y. YAMAMOTO
Attorneys for Defendants
CITY AND COUNTY OF HONOLULU,
GARY T. KUROKAWA,
ROBERT O. MAGOTA, and
ANN C. GIMA

3