IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH, | ) CIVIL NO. CV04-00108 KSC |
| | ) |
| Plaintiff, | ) DEFENDANTS GARY T. |
| | ) KUROKAWA, ROBERT O. |
| vs. | ) MAGOTA, and ANN C. GIMA'S |
| | ) MOTION FOR PARTIAL SUMMARY |
| CITY AND COUNTY OF | ) JUDGMENT ON QUALIFIED |
| HONOLULU; GARY T. | ) IMMUNITY |
| KUROKAWA; ROBERT O. | ) |
| MAGOTA; ANN C. GIMA; and GK | ) |
| APPRAISALS, INC.; JOHN DOES 1- | ) |
| 10; JANE DOES 1-10; DOE | ) |
| PARTNERSHIPS; DOE | ) |
| CORPORATIONS 1-10; AND DOE | ) Trial Date:  10/03/06 |
| ENTITIES 1-10, | ) |
| | ) |
| Defendants. | ) |
| | ) |

DEFENDANTS GARY T. KUROKAWA,
ROBERT O. MAGOTA, and ANN C. GIMA'S MOTION FOR
PARTIAL SUMMARY JUDGMENT ON QUALIFIED IMMUNITY

Come now DEFENDANTS GARY T. KUROKAWA, ROBERT O. MAGOTA, and ANN C. GIMA, by and through their attorneys, Kawashima Lorusso & Tom, and hereby move this Honorable Court for an Order Granting Partial Summary Judgment on Count I and Count XII of the First Amended Complaint based on the doctrine of qualified immunity.

This motion is brought pursuant to Rules 7, and 56 of the Federal Rules of Civil Procedure and Rule 7 of the Local Rules of Practice, and is based upon the attached memorandum, the authorities therein, and the record and files herein.

DATED: Honolulu, Hawaii, _____SEP 1 2 2006_____.

_____
JAMES KAWASHIMA
RANDALL Y. YAMAMOTO
Attorneys for Defendants
CITY AND COUNTY OF HONOLULU,
GARY T. KUROKAWA,
ROBERT O. MAGOTA, and
ANN C. GIMA