ORIGINAL

KAWASHIMA LORUSSO & TOM LLP

JAMES KAWASHIMA       #1145-0
RANDALL Y. YAMAMOTO   #3274-0
BRIAN Y. HIYANE       #6045-0
CARTER K. SIU         #7313-0
Topa Financial Center
Fort Street Tower
745 Fort Street, Suite 500
Honolulu, Hawaii 96813
Telephone:    (808)275-0371
Facsimile:    (808)275-0399
Email Address: ryamamoto@kltlaw.com

Attorneys for Defendants
CITY AND COUNTY OF HONOLULU,
GARY T. KUROKAWA, ROBERT O. MAGOTA,
and ANN C. GIMA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 12 2006

at 3 o'clock and 06 min P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CITY AND COUNTY OF HONOLULU;<br>GARY T. KUROKAWA; ROBERT O.<br>MAGOTA; ANN C. GIMA; and GK<br>APPRAISALS, INC.; JOHN DOES<br>1-10; JANE DOES 1-10; DOE<br>PARTNERSHIPS; DOE CORPORATIONS<br>1-10; AND DOE ENTITIES 1-10,<br><br>　　　　Defendants. | ) CIVIL NO. CV04-00108 KSC<br>)<br>) CONCISE STATEMENT OF FACTS IN<br>) SUPPORT OF DEFENDANTS CITY &<br>) COUNTY OF HONOLULU, GARY T.<br>) KUROKAWA, ROBERT O. MAGOTA, and<br>) ANN C. GIMA'S MOTION FOR<br>) PARTIAL SUMMARY JUDGMENT ON<br>) QUALIFIED IMMUNITY; DECLARATION<br>) OF RANDALL Y. YAMAMOTO;<br>) EXHIBITS "A" - "D;" CERTIFICATE<br>) OF SERVICE<br>) |

**CONCISE STATEMENT OF FACTS IN SUPPORT OF DEFENDANTS CITY & COUNTY
OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA, and ANN C.
GIMA'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON QUALIFIED IMMUNITY**

Pursuant to Rule L.R. 56.1 fo the Local Rules of

Practice for the United States District Court for the District of

Hawaii, Defendants CITY & COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA, and ANN C. GIMA hereby submit their separate concise statement of material facts in support of their Motion for Partial Summary Judgment on Qualified Immunity, which is being filed contemporaneously.

| FACTS | EVIDENTIARY SUPPORT |
|---|---|
| The alleged basis for Plaintiff's retaliation claim was that he had: (1) a "bad attitude"; (2) being informed that his "work performance isn't good"; and (3) being informed that he was "maybe not mentally stable". | See Exhibit "A," Deposition Transcript of Philip English at pgs. 543-544. |
| The terms and conditions of Plaintiff's job were not materially altered by the alleged retaliation. | See Exhibit "B," Deposition Transcript of Philip English at pgs. 337-338. |
| Plaintiff, who admits that he had the advice of counsel at the time, signed an agreement that he "voluntarily quits, resigns and terminates his employment." | See Exhibit "C," Compromise, Settlement and Release Agreement; Approval and Order. |

DATED: Honolulu, Hawaii, SEP 1 2 2006                .

_____
JAMES KAWASHIMA
RANDALL Y. YAMAMOTO
BRIAN Y. HIYANE
CARTER K. SIU
Attorneys for Defendants
CITY AND COUNTY OF HONOLULU,
GARY T. KUROKAWA,
ROBERT O. MAGOTA, and
ANN C. GIMA