IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH, | ) CIVIL NO. CV04-00108 KSC |
| Plaintiff, | ) DECLARATION OF RANDALL Y. YAMAMOTO |
| vs. | ) |
| CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10, | ) |
| Defendants. | ) |

### DECLARATION OF RANDALL Y. YAMAMOTO

I, RANDALL Y. YAMAMOTO, declare as follows:

1.  I am an attorney licensed to practice law before all the state and federal courts in the State of Hawaii and am one of the attorneys for Defendants CITY AND COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA, and ANN C. GIMA (herein after referred to collectively as "CITY Defendants") in the above-entitled action.

2.  This Declaration is made in lieu of an affidavit pursuant to Local Rule 7.6, Rules of the United States District Court for the District of Hawaii, as amended.

3.  I make this Declaration in support of CITY Defendants' Motion for Partial Summary Judgment on Qualified Immunity, filed herein.

4. Attached hereto as Exhibit "A" is a true and correct copy of pages 543-544 of the Deposition Transcript of Philip English.

5. Attached hereto as Exhibit "B" is a true and correct copy of pages 337-338 of the Deposition Transcript of Philip English.

6. Attached hereto as Exhibit "C" is a true and correct copy of the Compromise, Settlement and Release Agreement, Approval and Order, filed on 2/26/04 with the State of Hawaii Department of Labor and Industrial Relations Disability Compensation Division.

7. Exhibit "C" was previously authenticated by Paul Au, Esq., who submitted a declaration in support of CITY Defendants' Motion for Partial Dismissal, or in the Alternative, Motion for Partial Summary Judgment, filed herein on May 3, 2006; a true and correct copy of which is attached hereto as Exhibit "D."

I declare under penalty of law that the foregoing is true and correct to the best of my knowledge and belief.

DATED: Honolulu, Hawaii, <u>September 12, 2006</u>.

_____
RANDALL Y. YAMAMOTO