COPY                                                          404

1              IN THE UNITED STATES DISTRICT COURT

2                    FOR THE DISTRICT OF HAWAII

3                            ---:---

4   PHILIP E. ENGLISH,          )  CIVIL NO. CV04-00108 SOM KSC
                                )
5              Plaintiff,       )
                                )
6        vs.                    )  Volume IV
                                )
7   CITY AND COUNTY OF HONOLULU;)
    GARY T. KUROKAWA; ROBERT O. )
8   MAGOTA; ANN C. GIMA; and GK )
    APPRAISALS, INC.; JOHN DOES )
9   1-10; JANE DOES 1-10; DOE   )
    PARTNERSHIPS; DOE           )
10  CORPORATIONS 1-10; AND DOE  )
    ENTITIES 1-10,              )
11                              )
               Defendants.      )
12  _____)

13

14                        CONTINUATION OF

15                 DEPOSITION OF PHILIP E. ENGLISH

16  Taken on behalf of the Defendants City and County of

17  Honolulu, Gary T. Kurokawa, Robert O. Magota, and Ann C.

18  Gima, at the law offices of Kawashima Lorusso & Tom LLP, Topa

19  Financial Center, Fort Street Tower, 745 Fort Street,

20  Suite 500, Honolulu, Hawaii, commencing at 9:05 a.m., on

21  Monday, August 7, 2006, pursuant to Notice.

22

23

24  BEFORE:

25       Amy Muroshige, CSR 166
         Notary Public, State of Hawaii    EXHIBIT ___A___

543

1  mainly on the other venture.

2  Q    And the other venture being the import-export
3  business, correct?

4  A    Right.

5  Q    And that was of like the skin care products, correct?

6  A    Correct.

7  Q    In the deposition today, as well as at other times,
8  you obviously have said the term retaliation a number of
9  times, correct?

10 A    Yes.

11 Q    What I'd like to do now is, with regard to each
12 instance of retaliation that you are claiming, I want to
13 talk about each instance and I want to take them one by one
14 by one. You understand?

15 A    No.

16 Q    Okay. You indicated that you were retaliated against,
17 correct?

18 A    Correct.

19 Q    I want to find out what was the retaliation, who did
20 the retaliation, and when it occurred.

21 A    Okay, that's different from what you said before.

22 Q    I want to take it one by one by one. Let's start.
23 With regard to --

24 A    I think the first time, you said each instance, the
25 second time, you said each type. They're different

544

1  questions.
2  Q     Okay.  Let me go back.
3  A     So I understand.
4  Q     That's fine.  I want to talk about each time, not
5  type, each time you were retaliated against, who did it and
6  what it was, which would be the type of retaliation, okay?
7  A     Okay.
8  Q     All right.  Please, if you can list them for me.
9  A     It's one type of retaliation.  There's not an instant
10 here, an instant there.  The retaliation began after I wrote
11 the e-mail to Bob Magota and the retaliation first consisted
12 of you have a bad attitude, secondly, your work performance
13 isn't good and, thirdly, and, finally, you're maybe not
14 mentally stable.  Those are the types -- that's the
15 retaliation that occurred.
16       So there's one -- retaliation had occurred over a
17 period of time.
18 Q     And the retaliation does not begin until you write the
19 e-mail to Bob Magota, is that what you just said?
20 A     If there was retaliation before that, I was unaware of
21 it and, in fact, I probably wasn't certain about it until a
22 couple months after that.
23 Q     And the e-mail that you're referring to from Bob
24 Magota was when?
25 A     February 15th, 2002.

624

1  STATE OF HAWAII                )
                                   )SS.
2                                  )

3

4      I, AMY MUROSHIGE, C.S.R., a Notary Public in and for the
   State of Hawaii, do hereby certify:
5

6      That on August 7, 2006, at 9:05 a.m., appeared before me
   PHILIP E. ENGLISH, the witness whose testimony is contained
7  herein, that prior to being examined, the witness was by me
   duly sworn or affirmed; that the proceedings were taken in
8  computerized machine shorthand by me and were thereafter
   reduced to print under my supervision; that the foregoing
9  represents, to the best of my ability, a correct transcript
   of the proceedings had in the foregoing matter;
10

11     That the witness, if applicable, was notified through
   counsel, by mail or by telephone to appear and sign; that if
12 the transcript is not signed, either the reading and signing
   were waived by the witness and all parties, or the witness
13 has failed to appear and the original is therefore kept on
   file without signature pursuant to Court rules.
14

15     I further certify that I am not counsel for any of the
   parties hereto, nor in any way interested in the outcome of
16 the cause named in the caption.

17

18

19     Dated:     AUG 16 2006

20

21     _____
       Amy Muroshige, C.S.R. #136
22     Notary Public, State of Hawaii
       My Commission Expires: November 5, 2007
23

24

25