243

1      IN THE UNITED STATES DISTRICT COURT
2         FOR THE DISTRICT OF HAWAII
3
4  PHILIP E. ENGLISH,              ) CIVIL NO. CV04-00108 JMS/KSC
                                   )
5         Plaintiff,               )
                                   )
6         vs.                      )
                                   )
7  CITY AND COUNTY OF HONOLULU;    ) VOLUME III
   GARY T. KUROKAWA; ROBERT        ) PAGES 243 THROUGH 403
8  MAGAOTA; ANN C. GIMA; and       )
   GK APPRAISALS, INC.; et al.,    )
9                                  )
          Defendants.               )
10                                  )
                                   )
11
12
13
14   .
15         DEPOSITION OF PHILIP E. ENGLISH
16  Taken on behalf of Defendants City & County of Honolulu,
17  Gary T. Kurokawa, Robert O. Magota and Ann C. Gima, at the
18  law offices of Watanabe Ing Kawashima & Komeiji, 5th Floor
19  Hawaii Tower, 745 Fort Street, Honolulu, Hawaii 96813,
20  commencing at 9:51 a.m., on Wednesday, October 5, 2005,
21  pursuant to Notice.
22
23
24  BEFORE:
25     Donna Kohls, CSR 146
       Notary Public, State of Hawaii      EXHIBIT  B

          CARNAZZO COURT-REPORTING CO., LTD.
                     532-0222

1   record, I just want to be sure that I understood. Even
2   though there is no actual demotion related to that it
3   certainly, I believe, has an impact and did have an impact
4   on my career.
5   Q   When you say it had an impact on your career, as you
6   had testified to this morning, what had occurred is that
7   you had started seeing a health care provider at Kaiser,
8   correct?
9   A   I had been seeing health care providers all along for
10  other issues.
11  Q   And what happened was, on the advice of, I think you
12  said, Dr. Coffee, that on February 27, 2003, you were
13  advised to go into work and take medical leave, correct?
14  A   That's correct.
15  Q   Before you were advised to take medical leave, had
16  anyone at the City terminated your position?
17  A   No.
18  Q   And again, salary not decreased, correct?
19  A   No.
20  Q   That is correct?
21  A   That is correct.
22  Q   And benefits not reduced, correct?
23  A   That is correct.
24  Q   And position not changed, correct?
25  A   That's correct. However, I was called in for

1   insubordination. Somebody left a workplace violence
2   report on my desk, which I didn't even know if I should
3   have, but somebody placed it on my desk. There were a
4   multitude of other things going on, not to mention the
5   fact that I just had a matter of a couple months before
6   that had this meeting with Gary and Waylen and Ann, which
7   was very threatening to me. And so when you put it in
8   context, Mike, by the time I got to Dr. Coffee, believe
9   me, he was a mess. And I'm thankful that he suggested
10  that.
11  Q   With regard to this workplace violence report that
12  was placed on your desk or your chair?
13  A   It was placed on my chair, actually.
14  Q   And with regard to that, the workplace violence
15  report was made by whom?
16  A   Julie Tomayori.
17  Q   And in terms of it being placed on your chair, do you
18  know who placed it there?
19  A   I have no idea who placed it there.
20  Q   And in terms of that particular report, what were the
21  allegations that were being made against you?
22  A   I'm not really clear. I'm a little bit confused
23  about the allegations because part of it says one thing
24  and part of it says another thing. But I think it had
25  something to do with the fact that I had gone to the

```
 1  STATE OF HAWAII          )
                             )
 2       I, DONNA KOHLS, C.S.R., a Notary Public in and for
 3  the State of Hawaii, do hereby certify:
 4       That on October 5, 2005, at 9:51 a.m., appeared
 5  before me PHILIP E. ENGLISH, the witness whose testimony
 6  is contained herein, that prior to being examined, the
 7  witness was by me duly sworn; that the proceedings were
 8  taken in computerized machine shorthand by me and were
 9  reduced to print; that the foregoing represents to the
10  best of my ability, a correct transcript of the
11  proceedings had in the foregoing matter;
12       That the witness, if applicable, was notified through
13  counsel, by mail or by telephone to appear and sign; that
14  if the transcript is not signed, either the reading and
15  signing were waived by the witness and all parties, or the
16  witness failed to appear and the original is therefore
17  kept on file without signature pursuant to Court Rules.
18       I further certify that I am not counsel for any of
19  the parties hereto, nor in any way interested in the
20  outcome of the cause named in the caption.
21       Dated: ___OCT 17 2005_____

23                    _____
                      Donna Kohls, C.S.R., No. 146
24                    Notary Public, State of Hawaii
                      My commission expires: 7-21-2010
25
```