IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH, | ) CIVIL NO. CV04-00108 KSC |
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| vs. | ) |
| CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10, | ) |
| Defendants. | ) |

CERTIFICATE OF SERVICE

I hereby certify that a copy of the CONCISE STATEMENT OF FACTS IN SUPPORT OF DEFENDANTS CITY & COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA, and ANN C. GIMA'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON QUALIFIED IMMUNITY; DECLARATION OF RANDALL Y. YAMAMOTO; EXHIBITS "A" - "D" was duly served by means of **hand delivery** to the following named attorneys at their last known address on _____SEP 1 2 2006_____:

    ROGER S. MOSELEY, ESQ.
    Moseley Biehl Tsugawa Lau & Muzzi
    Alakea Corporate Tower
    1100 Alakea Street, 23rd Floor
    Honolulu, Hawaii 96813

    Attorney for Plaintiff
    PHILIP E. ENGLISH

KEVIN P.H. SUMIDA, ESQ.
ANTHONY L. WONG, ESQ.
735 Bishop Street; Suite 411
Honolulu, Hawaii 96813

Attorneys for Defendant
GK APPRAISALS, INC.

DATED: Honolulu, Hawaii,       SEP 1 2 2006

_____
JAMES KAWASHIMA
RANDALL Y. YAMAMOTO
BRIAN Y. HIYANE
CARTER K. SIU
Attorneys for Defendants
CITY AND COUNTY OF HONOLULU,
GARY T. KUROKAWA,
ROBERT O. MAGOTA, and
ANN C. GIMA