TABLE OF CONTENTS

I.   RELEVANT FACTUAL BACKGROUND . . . . . . . . . . . . . . . 2

     A.   Workers Compensation Settlement . . . . . . . . . . 2

     B.   The Subject Lawsuit . . . . . . . . . . . . . . . . 5


     II.  STANDARD OF REVIEW . . . . . . . . . . . . . . . . . 9

III. DISCUSSION . . . . . . . . . . . . . . . . . . . . . . . 10

     A.   There Is No Evidence Establishing
          Municipal Liability . . . . . . . . . . . . . . . . 10

          1.   Plaintiff Cannot Establish a Policy
               or Custom of Retaliation Against
               Whistleblowers Within the Real Property
               Tax Assessment Division. . . . . . . . . . . . 12

          2.   There is No Evidence that Defendant
               Kurokawa was a Final Policymaker. . . . . . . 16

     B.   There is No Violation of a Government
          Employee's First Amendment Rights When
          His/Her Speech Concerns Private Matters
          and/or is Made Pursuant to His/Her Job Duties . . . 19

     C.   Judicial Estoppel Applies to Plaintiff's
          Workers' Compensation Settlement Agreement . . . . 24

          1.   Plaintiff is Judicially Estopped
               from Claiming Damages for Lost Earnings
               Subsequent to January 31, 2004 When He
               Voluntarily Resigned . . . . . . . . . . . . . 27

          2.   Plaintiff is Judicially Estopped from
               Claiming Future Medical Specials . . . . . . . 29

          3.   Plaintiff is Judicially Estopped from
               Claiming Duress and/or Coercion . . . . . . . 30

     D.   Plaintiff Cannot Claim Retaliatory
          Discharge Based on the Workers' Compensation
          Settlement Agreement . . . . . . . . . . . . . . . 32

    E.    There Is No Evidence to Support
           Plaintiff's Defamation Claim . . . . . . . . . . 34

        1.    Hearsay Evidence is Inadmissible
             to Establish Claim of Defamation . . . . . . 34

        2.    The term "Wacko" is Non-Actionable
             Rhetorical Hyperbole . . . . . . . . . . . . 37

        3.    Any Alleged Defamatory Statements
             Made Pursuant to An Official
             Investigation Were Not Made by any
             CITY Defendants and are Nonetheless
             Privileged . . . . . . . . . . . . . . . . . 38

IV.  CONCLUSION . . . . . . . . . . . . . . . . . . . . . . . . 41

TABLE OF AUTHORITIES

CASES

Albert v. Loksen,
    239 F.3d 256 (2nd Cir. 2001) . . . . . . . . . . . . . . . . 35

Alexander v. Fulton County, Georgia,
    207 F.3d 1303 (11th Cir. 2000) . . . . . . . . . . . . . . 12

Bailey v. Dept. of Elementary and Secondary Ed.,
    451 F.3d 514 (8th Cir. 2006) . . . . . . . . . . . . . . . 23

Beamer v. Nishiki,
    66 Haw. 572, 670 P.2d 1264 (1983) . . . . . . . . . . . . 34

Bularz v. Prudential Ins. Comp. Of America,
    93 F.3d 372 (7th Cir. 1996) . . . . . . . . . . . . . . . 35

Celotex Corp. v. Catrett,
    477 U.S. 317 (1986) . . . . . . . . . . . . . . . . . . . . 9

Cheatwood v. Roanoke Industries,
    891 F.Supp. 1528 (N.D.Ala. 1995) . . . . . . . . . . . . 26

Chow v. Alston,
    2 Haw.App. 480, 634 P.2d 430 (1981) . . . . . . . . . . . 39

City of St. Louis v. Praprotnik,
    485 U.S. 112, 108 S.Ct. 915 (1988) . . . . . . . . . . 11, 12

Cochran v. City of Los Angeles,
    222 F.3d 1195 (9th Cir. 2000) . . . . . . . . . . . . . . 23

Coszalter v. City of Salem,
    320 F.3d 968 (9th Cir. 2003) . . . . . . . . . . . . . . . 20

Courtney v. Canyon Television & Appliance Rental,
    899 F.2d 845 (9th Cir. 1990) . . . . . . . . . . . . . 34, 35

Dominique v. District of Columbia Department of Employment
Services, 574 A.2d 862 (1990) . . . . . . . . . . . . . . . . 32

Dubois v. AOAO 2987 Kalakaua,
    453 F.3d 1175 (D.Haw. 2006) . . . . . . . . . . . . . . . 40

Dush v. Appleton Elec. Co.,
    124 F.3d 957 (8th Cir. 1997) . . . . . . . . . . . . . . . 26

Estate of Martinieau v. ARCO Chemical Company,
    203 F.3d 904 (5th Cir 2000) . . . . . . . . . . . . . . . 38

Fasi v. Gannett Co., Inc.,
    930 F.Supp. 1403 (D.Haw. 1995) . . . . . . . . . . . . . . 37

Foster v. Arcata Associates,
    772 F. 2d 1453 (9th Cir. 1985) . . . . . . . . . . . . . . 31

Garcetti v. Ceballos,
    126 S.Ct. 1951 (2006) . . . . . . . . . . . 19, 20, 23, 24

Gillette v. Delmore,
    979 F.2d 1342 (9th Cir. 1992) . . . . . . . . . . . . . . 17

Gold v. Harrison,
    88 Hawaii 94, 962 P.2d 353 (1998) . . . . . . . . . . . . 37

Hunter v. City of Electra, Texas,
    2006 WL 1814150 (N.D.Tex) . . . . . . . . . . . . . . . . 14

John and Vincent Arduni Inc. v. NYNEX,
    129 F.Supp.2d 162 (N.D.N.Y. 2001) . . . . . . . . . . . . 35

Kainz v. Lussier,
    4 Haw.App. 400, 667 P.2d 797 (1983) . . . . . . . . . . . 39

Kennedy v. Allied Mutual Insurance Co.,
    952 F.2d 262 (9th Cir. 1991) . . . . . . . . . . . . . . . 31

Kivanc v. Ramsey,
    407 F.Supp.2d 270 (D.D.C. 2006) . . . . . . . . . . . . . 14

Kryeski v. Schott Glass Technologies, Inc.,
    426 Pa.Super. 105, 626 A.2d 595 (1993) . . . . . . . . . 38

Leo Winter Assoc., Inc. v. Dept. of Health & Human Services,
    497 F.Supp. 429 (D.D.C. 1980) . . . . . . . . . . . . . . 35

Lyte v. Carl,
    382 F.3d 978 (9th Cir. 2004) . . . . . . . . . . . . 16, 17

McCoy v. City of New York,
    131 F.Supp.2d 363 (E.D. N.Y. 2001) . . . . . . . . . . . 11

Mendoza v. City of Rome, New York,
    872 F.Supp 1110 (N.D.N.Y. 1994) . . . . . . . . . . . . . 13

Mills v. City of Evansville, Indiana,
    452 F.3d 646 (7th Cir. 2006) . . . . . . . . . . . . . 23, 24

Monell v. Department of Social Services of New York,
    436 U.S. 658 (1978) . . . . . . . . . . . . . . . . . . . 10

O.S.C. Corp. v. Apple Computer, Inc.,
    792 F.2d 1464 (9th Cir. 1986) . . . . . . . . . . . . . . 10

OWBR, LLC v. Clear Channel Communications, Inc.,
    266 F.Supp.2d 1214 (D.Hawaii 2003) . . . . . . . . . . . 35

Pease v. International Union of Operating Engineers Local 150,
    208 Ill.App.3d 863, 567 N.E.2d 614 (Ill.App. 1991) . . . 38

Pembaur v. City of Cincinnati,
    475 U.S. 469, 106 S.Ct. 1292 (1986) . . . . . . . . . . . 11

Pino v. City of Miami,
    315 F.Supp.2d 1230 (S.D.Fla.2004) . . . . . . . . . . . . 12

Pospicil v. The Buying Office, Inc.,
    71 F.Supp.2d 1346 (N.D.Georgia 1999) . . . . . . . . . . 38

Radobenko v. Automated Equipment Corp.,
    520 F.2d 540 (9th Cir. 1975) . . . . . . . . . . . . . . 31

Rissetto v. Plumbers and Steamfitters Local 343,
    94 F.3d 597 (9th Cir. 1996) . . . . . . . . . . . 24-26, 28

Rogers v. City of Little Rock, Arkansas,
    152 F.3d 790 (8th Cir. 1998) . . . . . . . . . . . . . . 14

Singleton v. City of Newburgh,
    1 F.Supp.2d 306 (S.D.N.Y. 1998) . . . . . . . . . . . . . 13

Somavia v. Las Vegas Metro. Police Dept.,
    816 F.Supp. 638 (D.Nev. 1993) . . . . . . . . . . . . . . 13

T.W. Elec. Serv., Inc. v. Pac. Elec. Contractors Ass'n,
    809 F.2d 626 (9th Cir. 1987) . . . . . . . . . . . . . . . 9

Trevino v. Gates,
    99 F.3d 911 (9th Cir. 1996) . . . . . . . . . . . . . 11, 15

Vlasaty v. Pacific Club,
    4 Haw.App. 556, 670 P.2d 827 (1983) . . . . . . . . . . . 39

Washington v. Darby Borough,
     1993 WL 273418 (E.D.Pa. 1993) . . . . . . . . . . . . . . . . 14

Weeks v. Bayer,
     246 F.3d 1231 (9th Cir. 2001) . . . . . . . . . . . . . . . . 20

Wittig v. Allianz, A.G.,
     ___ P.3d ___, 2006 WL 1731142 at pg. *8 (Haw.App. 2006)  32

Wong v. City & County of Honolulu,
     333 F.Supp.2d 942 (D. Hawaii 2004) . . . . . . . . . . . . . 10

Wyatt v. Bellsouth, Inc.,
     998 F.Supp. 1303 (M.D.Ala. 1998) . . . . . . . . . . . . . . 40

                              STATUTES

42 U.S.C. § 1983 . . . . . . . . . . . . . . . . . . . . . . 10, 12, 13

                               RULES

F.R.C.P. 56(c) . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

F.R.C.P. 56(e) . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

F.R.C.P. Rule 801(c) . . . . . . . . . . . . . . . . . . . . . . . 35

F.R.E. 801(d) . . . . . . . . . . . . . . . . . . . . . . . . . . . 35

F.R.E. 803, 804, or 807 . . . . . . . . . . . . . . . . . . . . . . 35