IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

PHILIP E. ENGLISH,                    ) CIVIL NO. CV04-00108 KSC
                                      )
            Plaintiff,                ) CERTIFICATE OF SERVICE
                                      )
      vs.                             )
                                      )
CITY AND COUNTY OF HONOLULU;          )
GARY T. KUROKAWA; ROBERT O.           )
MAGOTA; ANN C. GIMA; and GK           )
APPRAISALS, INC.; JOHN DOES           )
1-10; JANE DOES 1-10; DOE             )
PARTNERSHIPS; DOE CORPORATIONS        )
1-10; AND DOE ENTITIES 1-10,          )
                                      )
            Defendants.               )
                                      )
                                      )
_____   )

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was duly

served by means of hand-delivering to the following named

attorneys at their last known addresses on

_____SEP 1 2 2006_____:


            ROGER S. MOSELEY, ESQ.
            Moseley Biehl Tsugawa Lau & Muzzi
            Alakea Corporate Tower
            1100 Alakea Street, 23rd Floor
            Honolulu, Hawaii 96813

            Attorney for Plaintiff
            PHILIP E. ENGLISH

KEVIN P.H. SUMIDA, ESQ.
ANTHONY L. WONG, ESQ.
735 Bishop Street; Suite 411
Honolulu, Hawaii 96813

Attorneys for Defendant
GK APPRAISALS, INC.

DATED: Honolulu, Hawaii, _____SEP 1 2 2006_____.

_____
JAMES KAWASHIMA
RANDALL Y. YAMAMOTO
BRIAN Y. HIYANE
CARTER K. SIU
Attorneys for Defendants
CITY AND COUNTY OF HONOLULU,
GARY T. KUROKAWA,
ROBERT O. MAGOTA, and
ANN C. GIMA

2