# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

9/13/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV04-00108KSC |
| CASE NAME: | Philip E. English v. City and County of Honolulu, et al. |
| ATTYS FOR PLA: | Christopher Muzzi |
| ATTYS FOR DEFT: | Anthony Wong<br>Randall Yamamoto |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | FTR C5<br>11:01-11:09:44am<br>(Motion) |
| DATE: | 9/13/2006 | TIME: | C5 - no record<br>11:10-11:20am<br>(Status Conference) |

COURT ACTION:  EP: Plaintiff Philip E. English's Motion to Compel Further Deposition of Gary T. Kurokawa [301]

Motion granted.  Over the objection of Defendant Kurokawa, the court will allow the further deposition of Gary Kurokawa.  Deposition to last 30 minutes and shall occur on a date/time agreeable to counsel but no later than 9/20/06.  No further deposition to occur.  Mr. Muzzi to prepare the order.

Status Conference held.

Submitted by: Shari Afuso, Courtroom Manager