IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>      Plaintiff,<br><br>  vs.<br><br>CITY AND COUNTY OF HONOLULU;<br>GARY T. KUROKAWA; ROBERT O.<br>MAGOTA; ANN C. GIMA; and GK<br>APPRAISALS, INC.; JOHN DOES<br>1-10; JANE DOES 1-10; DOE<br>PARTNERSHIPS; DOE CORPORATIONS<br>1-10; AND DOE ENTITIES 1-10,<br><br>      Defendants. | CIVIL NO. CV04-00108 KSC<br><br>DECLARATION OF SUSAN A. BENDER |

## DECLARATION OF SUSAN A. BENDER

I, SUSAN A. BENDER, declare as follows:

1. This Declaration is made in lieu of an affidavit pursuant to Local Rule 7.6, <u>Rules of the United States District Court for the District of Hawaii</u>, as amended.

2. I am currently a Deputy Corporation Counsel assigned to the Real Property Assessment Division.

3. It is my understanding that Plaintiff Philip English ("Plaintiff") has alleged in this lawsuit that I told him that Robert Magota called Plaintiff a "wacko" at a Real Property Assessment Division meeting.

4. These allegations are false.

5. At no time have I never communicated to Plaintiff that Robert Magota called Plaintiff a "wacko."

      6.   I did not attend a meeting that Robert Magota had with some of the staff of the Real Property Assessment Division, as alleged in Paragraph 63 of Plaintiff's First Amended Complaint, because I am not a staff member of the Real Property Assessment Division.

      7.   I have never heard Robert Magota refer to Plaintiff as a "wacko."

      I declare under penalty of law that the foregoing is true and correct to the best of my knowledge and belief.

      DATED: Honolulu, Hawaii, SEP 1 2 2006

*Susan A. Bender*
SUSAN A. BENDER