IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>    Plaintiff,<br><br>  vs.<br><br>CITY AND COUNTY OF HONOLULU;<br>GARY T. KUROKAWA; ROBERT O.<br>MAGOTA; ANN C. GIMA; and GK<br>APPRAISALS, INC.; JOHN DOES<br>1-10; JANE DOES 1-10; DOE<br>PARTNERSHIPS; DOE CORPORATIONS<br>1-10; AND DOE ENTITIES 1-10,<br><br>    Defendants. | ) CIVIL NO. CV04-00108 KSC<br>)<br>) DECLARATION OF RANDALL Y.<br>) YAMAMOTO<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**<u>DECLARATION OF RANDALL Y. YAMAMOTO</u>**

I, RANDALL Y. YAMAMOTO, declare as follows:

1.  I am an attorney licensed to practice law before all the state and federal courts in the State of Hawaii and am one of the attorneys for Defendants CITY AND COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA, and ANN C. GIMA (herein after referred to collectively as "CITY Defendants") in the above-entitled action.

2.  This Declaration is made in lieu of an affidavit pursuant to Local Rule 7.6, <u>Rules of the United States District Court for the District of Hawaii</u>, as amended.

3.  I make this Declaration in support of CITY Defendants' Motion for Partial Summary Judgment, filed herein.

4.  Attached hereto as Exhibit "A" is a true and correct copy of the Compromise, Settlement and Release Agreement,

Approval and Order, filed on 2/26/04 with the State of Hawaii Department of Labor and Industrial Relations Disability Compensation Division.

5. This document was previously authenticated by Paul Au, Esq., who submitted a declaration in support of CITY Defendants' Motion for Partial Dismissal, or in the Alternative, Motion for Partial Summary Judgment, filed herein on May 3, 2006; a true and correct copy of which is attached hereto as Exhibit "F"

6. Attached hereto as Exhibit "B" is a true and correct copy of pages 64- 65 of the Oral Deposition Transcript Of Plaintiff PHILIP E. ENGLISH, Volume I, taken 9/30/05.

7. Attached hereto as Exhibit "C" is a true and correct copy of page 368 of the Oral Deposition Transcript of Philip English, Volume III, dated 10/05/05.

8. Attached hereto as Exhibit "D" is a true and correct copy of pages 21-22 and 41 of the Oral Deposition Transcript of Robert Magota, Volume IV, dated 08/01/06.

9. Attached hereto as Exhibit "E" is a true and correct copy of pages 20, 22-23, 52-54, 60-62, 160-162, and 164 of the Oral Deposition Transcript of Gary Kurokawa, dated 08/22/06.

I declare under penalty of law that the foregoing is true and correct to the best of my knowledge and belief.

DATED:   Honolulu, Hawaii,    SEP 1 2 2006              .

_____
RANDALL Y. YAMAMOTO