COPY

1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

PHILIP E. ENGLISH,            ) CIVIL NO. CV04-00108 JMS/KSC
                              )
        Plaintiff,            )
                              )
    vs.                       )
                              )
CITY AND COUNTY OF HONOLULU;  )
GARY T. KUROKAWA; ROBERT      )
MAGAOTA; ANN C. GIMA; and     ) VOLUME I
GK APPRAISALS, INC.; et al., ) PAGE 1 THROUGH 84
                              )
        Defendants.           )
                              )
_____)

DEPOSITION OF PHILIP E. ENGLISH

Taken on behalf of Defendant City and County of Honolulu, Gary T. Kurokawa, Robert O. Magota and Ann c. Gima, at the law offices of Watanabe Ing Kawashima & Komeiji, 5th Floor, Hawaii Tower, 745 Fort Street, Honolulu, Hawaii 96813, commencing at 1:13 p.m., on Friday, September 30, 2005, pursuant to Notice.

BEFORE:

    Donna Kohls, CSR 146
    Notary Public, State of Hawaii

EXHIBIT B

CARNAZZO COURT-REPORTING CO., LTD.
532-0222

1  that indicated that you voluntarily quit, resigned and
2  terminated your employment with the City?
3  A    Based on No. 11?
4  Q    Yes, based on paragraph 11.
5  A    In context of the entire document, it's telling me,
6  the way I read it, is that the only way this agreement
7  will go forward is if I voluntarily sign this.
8  Q    Are you saying that you signed Exhibit 1 under
9  duress?
10 A    No.  I'm saying that the only way that they would
11 agree to it is if I agreed to resign.
12 Q    And with regard to resigning, that was a choice that
13 you could make with the advice of counsel, correct?
14 A    I had the choice to resign or not, but I could only
15 do it in that context, because that was the only way that
16 they would settle the worker's comp claim.
17 Q    And with regard to paragraph 11, it indicates that
18 you voluntarily quit, correct?
19 A    Because that was the only way--
20 Q    That is not my question.  I'm simply--
21 A    I voluntarily signed it because I had no other
22 choice.  In order to settle this thing, I had to
23 voluntarily sign it.
24 Q    When you say that you had no other choice, I come
25 back again to make sure, Mr. English, are you saying that

1  you signed this agreement, Exhibit No. 1, under duress?
2  A    I'm saying exactly what I said before. I don't know
3  how else to say it. The only way that this agreement
4  would go forward is if I signed this. So I had no other
5  choice but to sign it.
6  Q    You signed it with advice of counsel, correct?
7  A    I did.
8  Q    And you signed it on your own free will and volition,
9  correct?
10 A    Under the circumstances of what was being discussed,
11 yes.
12 Q    Okay. We can put that aside, Mr. English.
13 A    Okay.
14       MR. MOSELEY: Before we go on, can we have an
15 exhibit convention agreed to here that we just start from
16 one, and with whatever deposition of whatever exhibit, we
17 just go next in order? Are you okay with that?
18       MR. LORUSSO: Yes.
19       MR. WONG: A single comprehensive set of
20 exhibits?
21       MR. MOSELEY: Yes.
22 Q    (By Mr. Lorusso) With regard to your employment with
23 the City, at least according to Exhibit 1, the Compromise,
24 Settlement and Release Agreement, it indicates that you
25 are no longer employed with the City as of January 31,

84

1   STATE OF HAWAII            )
                               )
2       I, DONNA KOHLS, C.S.R., a Notary Public in and for
3   the State of Hawaii, do hereby certify:
4       That on September 30, 2005, at 1:13 p.m., appeared
5   before me PHILIP ENGLISH, the witness whose testimony is
6   contained herein, that prior to being examined, the
7   witness was by me duly sworn; that the proceedings were
8   taken in computerized machine shorthand by me and were
9   reduced to print; that the foregoing represents to the
10  best of my ability, a correct transcript of the
11  proceedings had in the foregoing matter;
12      That the witness, if applicable, was notified through
13  counsel, by mail or by telephone to appear and sign; that
14  if the transcript is not signed, either the reading and
15  signing were waived by the witness and all parties, or the
16  witness failed to appear and the original is therefore
17  kept on file without signature pursuant to Court Rules.
18      I further certify that I am not counsel for any of
19  the parties hereto, nor in any way interested in the
20  outcome of the cause named in the caption.
21  Dated:  OCT 1 0 2005
22
23  _____
    Donna Kohls, C.S.R., No. 146
24  Notary Public, State of Hawaii
    My commission expires: 7-21-2010
25