COPY                                                         243

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

PHILIP E. ENGLISH,            ) CIVIL NO. CV04-00108 JMS/KSC
                              )
         Plaintiff,           )
                              )
     vs.                      )
                              )
CITY AND COUNTY OF HONOLULU;  ) VOLUME III
GARY T. KUROKAWA; ROBERT      ) PAGES 243 THROUGH 403
MAGAOTA; ANN C. GIMA; and     )
GK APPRAISALS, INC.; et al., )
                              )
         Defendants.          )
_____)

DEPOSITION OF PHILIP E. ENGLISH

Taken on behalf of Defendants City & County of Honolulu, Gary T. Kurokawa, Robert O. Magota and Ann C. Gima, at the law offices of Watanabe Ing Kawashima & Komeiji, 5th Floor Hawaii Tower, 745 Fort Street, Honolulu, Hawaii 96813, commencing at 9:51 a.m., on Wednesday, October 5, 2005, pursuant to Notice.

BEFORE:

    Donna Kohls, CSR 146
    Notary Public, State of Hawaii

EXHIBIT C

CARNAZZO COURT-REPORTING CO., LTD.
532-0222

1  Q    You make claims in the complaint that you were
2  defamed. Are you aware that was in the complaint?
3  A    Yes.
4  Q    And in terms of any type of defamation against you,
5  what was said and who said it and when?
6  A    I was told by Susan Bender that in a meeting, I guess
7  supervisors or I'm not sure who was in the meeting, that
8  Bob Magota told everybody there that Phil English is
9  whacko. I was also told that Bob Magota had a luncheon
10 meeting with an outside MAI appraiser, Chris Graff told me
11 about this, and that Bob told this MAI that Phil English
12 is making trouble in our office or that he is a
13 troublemaker, or something to that effect.
14 Q    Anything else?
15 A    Sure. Certainly any reference to me being similar to
16 Brian Uesugi is extremely defamatory and not to mention
17 damaging to me. And I think that goes along with the
18 other workplace violence reports or interviews or whatever
19 they are. They claim things and they attack me-- they
20 make claims that just aren't true about my character and
21 the type of person that I am. And I think that is true
22 also of Ann Gima, not in any of her performance reviews
23 but subsequent to January and February, she starts to
24 claim that I have outbursts and I yell at people and these
25 sorts of things, which are not true. I never did that nor

403

1  STATE OF HAWAII            )
                              )
2      I, DONNA KOHLS, C.S.R., a Notary Public in and for
3  the State of Hawaii, do hereby certify:
4      That on October 5, 2005, at 9:51 a.m., appeared
5  before me PHILIP E. ENGLISH, the witness whose testimony
6  is contained herein, that prior to being examined, the
7  witness was by me duly sworn; that the proceedings were
8  taken in computerized machine shorthand by me and were
9  reduced to print; that the foregoing represents to the
10 best of my ability, a correct transcript of the
11 proceedings had in the foregoing matter;
12     That the witness, if applicable, was notified through
13 counsel, by mail or by telephone to appear and sign; that
14 if the transcript is not signed, either the reading and
15 signing were waived by the witness and all parties, or the
16 witness failed to appear and the original is therefore
17 kept on file without signature pursuant to Court Rules.
18     I further certify that I am not counsel for any of
19 the parties hereto, nor in any way interested in the
20 outcome of the cause named in the caption.
21     Dated: OCT 17 2005
22
23     _____
24     Donna Kohls, C.S.R., No. 146
       Notary Public, State of Hawaii
       My commission expires: 7-21-2010
25