1

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                 FOR THE DISTRICT OF HAWAII

 3      - - - - - - - - - - - - - - - - - - - - - - - - - - -

 4    PHILIP E. ENGLISH,

 5              Plaintiff,

 6              vs.           Civil No. 04-00108 JMS-KSC

 7    CITY AND COUNTY OF HONOLULU; GARY T.

 8    KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA;

 9    and GK APPRAISALS, INC; et al.,

10              Defendants.

11      - - - - - - - - - - - - - - - - - - - - - - - - - - -

12

13

14              DEPOSITION OF ROBERT MAGOTA

15                     (VOLUME IV)

16

17    Taken on behalf of the Plaintiff at Moseley Biehl

18    Tsugawa Lau & Muzzi, 1100 Alakea St., 23rd Floor,

19    Honolulu, Hawaii 96813, commencing at 9:07 a.m.,

20    Tuesday, August 1, 2006, pursuant to Notice.

21

22

23    BEFORE:    BARBARA ACOBA, CSR No. 412, RPR

24              Notary Public, State of Hawaii

25
```

EXHIBIT _D_

1    person or people that complained to you about that

2    presentation; is that right?

3        A.    That's correct.

4        Q.    Okay.  Do you know what the reference to

5    Malcolm Tom was in that presentation?

6        A.    I'm sorry, repeat the question again.  I'm

7    sorry.

8        Q.    Do you know what the reference was to Malcolm

9    Tom in that presentation?  What did the reference

10   consist of?

11       A.    I'm not sure.

12       Q.    Okay.  Are you aware of an incident in which

13   Malcolm Tom allegedly directed the Assessment Division

14   to set values of certain properties at certain levels?

15       A.    I'm aware of it, yes.

16       Q.    And actually, you appeared on TV in connection

17   with that, didn't you?

18       A.    Yes.

19       Q.    And you were silhouetted and your voice was

20   modulated so you couldn't be recognized; is that right?

21       A.    Well, they tried.

22       Q.    They tried, but it wasn't like when you were on

23   TV there was your name and your full face and, I mean,

24   there was an effort made to disguise you, right?

25       A.    There was an effort, but they knew who I was.

1          Q.    Okay.  Did you -- which television station was

2    that?

3          A.    I believe it was KITV.

4          Q.    KITV.  And who was the reporter?

5          A.    Keoki Kerr.

6          Q.    Keoki Kerr?

7          A.    Yes.

8          Q.    And did you request Keoki to try to disguise

9    you?

10         A.    I don't -- I believe it was his suggestion.

11         Q.    Why would he suggest that?

12         A.    Well, just --

13              MR. LORUSSO:  Objection to the extent it calls

14   for speculation.

15              MR. MOSELEY:  I don't know.  He may know.

16              THE WITNESS:  He just suggested it and I

17   agreed.

18   BY MR. MOSELEY:

19         Q.    Did you care whether or not you were disguised?

20         A.    Well, I felt that eventually they would know

21   who it was.

22         Q.    I guess the question though is:  Did you care

23   whether you were disguised or not?

24         A.    I think at the time I did care.

25         Q.    So you thought it was a good idea for you to be

1    for speculation.

2            THE WITNESS:  At the time, you know, Keoki Kerr

3    suggested that we do this.  And I told him, basically,

4    that, you know, they will find out who did it sooner or

5    later.  So it wasn't so much I was afraid of being found

6    out.  It was just a matter of time before they found

7    out.

8            MR. MOSELEY:  Okay.

9            THE WITNESS:  But I wanted to bring it to the

10   public's attention at the time.

11   BY MR. MOSELEY:

12       Q.   Well, you were fearful of eventual retaliation,

13   were you not?

14       A.   Well, as far as retaliation, I felt that in

15   this case being a whistle blower, that, you know,

16   retaliation against a whistle blower was against the law

17   and, if needed, I would have to seek legal counsel or

18   union representation.

19       Q.   And that's what you would have done had

20   somebody tried to retaliate against you?

21       A.   Yes.  Because like I said, my understanding is,

22   yeah, there was to be no retaliation against whistle

23   blowers, and I looked into that matter when this all

24   occurred.

25       Q.   Okay.  Did you consult with anybody else in the

```
 1                      C E R T I F I C A T E

 2    STATE OF HAWAII                    )

 3    CITY AND COUNTY OF HONOLULU    )

 4              I, BARBARA ACOBA, Certified Shorthand

 5    Reporter and Notary Public, State of Hawaii, do

 6    hereby certify:

 7              That on Tuesday, August 1, 2006, at

 8    9:07 a.m., appeared before me ROBERT MAGOTA, the

 9    witness whose deposition is contained herein; that

10    prior to being examined he was by me duly sworn;

11              That the deposition was taken down by me

12    in machine shorthand and was thereafter reduced to

13    typewriting under my supervision; that the foregoing

14    represents, to the best of my ability, a true and

15    correct transcript of the proceedings had in the

16    foregoing matter.

17              I further certify that I am not an attorney

18    for any of the parties hereto, nor in any way concerned

19    with the cause.

20              Dated this 13th day of August, 2006,

21    in Honolulu, Hawaii.

22    _____

23    BARBARA ACOBA, CSR NO. 412

24    Notary Public, State of Hawaii

25    My Commission Exp: 10-22-2008
```