IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH, | ) CIVIL NO. CV04-00108 SOM/KSC |
| Plaintiff, | ) DECLARATION OF PAUL K.W. AU |
| vs. | ) |
| CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10, | ) |
| Defendants. | ) |

## DECLARATION OF PAUL K.W. AU

I, PAUL K.W. AU, declare as follows:

1. Declarant is an attorney licensed to practice law before all the state and federal courts in the State of Hawaii and am currently a Deputy Corporation Counsel for the City and County of Honolulu.

2. This Declaration is made in lieu of an affidavit pursuant to Local Rule 7.6, <u>Rules of the United States District Court for the District of Hawaii</u>, as amended.

3. Declarant represented the City and County of Honolulu, Department of Budget and Fiscal Services in a claim filed by Philip E. English with the Department of Labor and Industrial Relations, Disability Compensation Division.

4. Mr. English's Workers' Compensation claim was settled on or about January 20, 2004, for which Declarant drafted

EXHIBIT F

a Compromise, Settlement and Release Agreement; Approval and Order ("the Settlement Agreement").

5. Attached hereto as Exhibit "A" is a true and correct copy of the Settlement Agreement that was signed by all parties, including Mr. English and his attorney Roger S. Moseley, Esq., and approved by Gary S. Hamada, Administrator of the Disability Compensation Division.

I declare under penalty of law that the foregoing is true and correct to the best of my knowledge and belief.

DATED:  Honolulu, Hawaii, May 3, 2006

_____
PAUL K.W. AU