IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>  Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>  Defendants. | ) CIVIL NO. CV04-00108 KSC<br>)<br>) **DEFENDANTS CITY AND COUNTY OF**<br>) **HONOLULU, GARY T. KUROKAWA,**<br>) **ROBERT O. MAGOTA, and ANN C.**<br>) **GIMA'S MOTION IN LIMINE NO. 1**<br>) **TO PRECLUDE ALL REFERENCE TO**<br>) **INSURANCE**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS CITY AND COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA, and ANN C. GIMA'S MOTION IN LIMINE NO. 1 TO PRECLUDE ALL REFERENCE TO INSURANCE**

COME NOW Defendants CITY AND COUNTY OF HONOLULU ("CITY"), GARY T. KUROKAWA ("KUROKAWA"), ROBERT O. MAGOTA ("MAGOTA"), and ANN C. GIMA ("GIMA"), (collectively referred to herein as "DEFENDANTS"), by and through their counsel, KAWASHIMA LORUSSO & TOM LLP, and hereby move this Honorable Court, in limine, for an Order precluding Plaintiff PHILIP E. ENGLISH ("PLAINTIFF") from mentioning or raising the issue of insurance at trial, including any questions during voir dire that may lead the jury to speculate as to the existence or amount of insurance coverage available, or whether or not any judgment against DEFENDANTS will be paid by an insurer.

Such evidence is irrelevant to any triable issue in this action and would only serve to generate unfair prejudice against DEFENDANTS. Therefore, the introduction of such evidence at trial will violate the clear mandate of Rules 403 and 411, Federal Rules of Evidence.

This motion is made pursuant to Rules 403 and 411, <u>Federal Rules of Evidence</u>; Rule 7, <u>Federal Rules of Civil Procedure</u>; the memorandum in support attached hereto; the argument of counsel; and, the records and files herein.

DATED: Honolulu, Hawaii, SEP 1 2 2006            .

_____
JAMES KAWASHIMA
RANDALL Y. YAMAMOTO
BRIAN Y. HIYANE
CARTER K. SIU
Attorneys for Defendants
CITY AND COUNTY OF HONOLULU,
GARY T. KUROKAWA,
ROBERT O. MAGOTA, and
ANN C. GIMA