IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT STATE OF HAWAII

| | | |
|---|---|---|
| PHILIP E. ENGLISH, | ) | CIVIL NO. CV04-00108 KSC |
| | ) | |
| Plaintiff, | ) | DEFENDANTS CITY AND COUNTY OF |
| | ) | HONOLULU, GARY T. KUROKAWA, |
| vs. | ) | ROBERT O. MAGOTA, and ANN C. |
| | ) | GIMA'S MOTION IN LIMINE NO. 2 TO |
| CITY AND COUNTY OF HONOLULU; | ) | EXCLUDE TESTIMONY RE: USE OF |
| GARY T. KUROKAWA; ROBERT O. | ) | CITY EQUIPMENT |
| MAGOTA; ANN C. GIMA; and GK | ) | |
| APPRAISALS, INC.; JOHN DOES | ) | |
| 1-10; JANE DOES 1-10; DOE | ) | |
| PARTNERSHIPS; DOE | ) | |
| CORPORATIONS 1-10; AND DOE | ) | |
| ENTITIES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

**DEFENDANTS CITY AND COUNTY OF HONOLULU, GARY T. KUROKAWA,
ROBERT O. MAGOTA, and ANN C. GIMA'S MOTION IN LIMINE NO. 2
TO EXCLUDE TESTIMONY RE: USE OF CITY EQUIPMENT**

Comes now Defendants CITY AND COUNTY OF HONOLULU, GARY

T. KUROKAWA, ROBERT O. MAGOTA, and ANN C. GIMA, (collectively

"Defendants City") by and through their attorneys, KAWASHIMA

LORUSSO & TOM LLP, hereby moves this Honorable Court for an Order

precluding any testimony with regard to alleged use of City

equipment.

Defendants City bring this motion in accordance with

Rule 7 of the Federal Rules of Civil Procedure, and all

applicable local rules of practice for the United States District

Court for the District of Hawaii and Rules 401, 402 and 403 of

the Federal Rules of Evidence, and bases it upon the attached

memorandum in support of their motion, and the entire record and files herein.

DATED: Honolulu, Hawaii,_____SEP 1 2 2006_____.


_____
JAMES KAWASHIMA
RANDALL Y. YAMAMOTO
BRIAN Y. HIYANE
CARTER K. SIU
Attorneys for Defendants
CITY AND COUNTY OF HONOLULU,
GARY T. KUROKAWA,
ROBERT O. MAGOTA, and
ANN C. GIMA