**ORIGINAL**

00002226.WPD

KAWASHIMA LORUSSO & TOM LLP

| | |
|---|---|
| JAMES KAWASHIMA | #1145-0 |
| RANDALL Y. YAMAMOTO | #3274-0 |
| BRIAN Y. HIYANE | #6045-0 |
| CARTER K. SIU | #7313-0 |

Topa Financial Center
Fort Street Tower
745 Fort Street, Suite 500
Honolulu, Hawaii 96813
Telephone:     (808)275-0371
Facsimile:     (808)275-0399
Email Address: ryamamoto@kltlaw.com

Attorneys for Defendants
CITY AND COUNTY OF HONOLULU,
GARY T. KUROKAWA, ROBERT O. MAGOTA,
and ANN C. GIMA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 12 2006

at ___ o'clock and ___ min. __M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT STATE OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU;<br>GARY T. KUROKAWA; ROBERT O.<br>MAGOTA; ANN C. GIMA; and GK<br>APPRAISALS, INC.; JOHN DOES<br>1-10; JANE DOES 1-10; DOE<br>PARTNERSHIPS; DOE<br>CORPORATIONS 1-10; AND DOE<br>ENTITIES 1-10,<br><br>    Defendants. | CIVIL NO. CV04-00108 KSC<br><br>NOTICE OF HEARING MOTION;<br>DEFENDANTS CITY AND COUNTY OF<br>HONOLULU, GARY T. KUROKAWA,<br>ROBERT O. MAGOTA, AND ANN C.<br>GIMA'S MOTION IN LIMINE NO. 3 TO<br>PRECLUDE ANY EVIDENCE OF ETHICS<br>COMMISSION INVESTIGATIONS;<br>MEMORANDUM IN SUPPORT OF MOTION;<br>DECLARATION OF BRIAN Y. HIYANE;<br>EXHIBITS "A"-"C"; CERTIFICATE OF<br>SERVICE<br><br>HEARING:<br><br>DATE: _____<br><br>TIME: _____<br><br>JUDGE: Hon. Kevin S.C. Chang<br><br>Trial Date: October 3, 2006 |

**NOTICE OF HEARING MOTION**

To:   ROGER S. MOSELEY, ESQ.
      Moseley Biehl Tsugawa Lau & Muzzi
      Alakea Corporate Tower
      1100 Alakea Street, 23rd Floor
      Honolulu, Hawaii 96813

      Attorney for Plaintiff
      PHILIP E. ENGLISH

      KEVIN P.H. SUMIDA, ESQ.
      ANTHONY L. WONG, ESQ.
      735 Bishop Street; Suite 411
      Honolulu, Hawaii 96813

      Attorneys for Defendant
      GK APPRAISALS, INC.

NOTICE IS HEREBY GIVEN that DEFENDANTS CITY AND COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA, and ANN C. GIMA'S MOTION IN LIMINE NO. 3 TO PRECLUDE ANY EVIDENCE OF ETHICS COMMISSION INVESTIGATIONS shall come on for hearing before the Honorable Kevin S.C. Chang, Judge of the above-entitled Court, in his courtroom, Prince Kuhio Federal Building, 300 Ala Moana Boulevard, at _____ __.m. on _____, or as soon thereafter as counsel may be heard.

      DATED: Honolulu, Hawaii, _____SEP 1 2 2006_____

      _____
      JAMES KAWASHIMA
      RANDALL Y. YAMAMOTO
      BRIAN Y. HIYANE
      CARTER K. SIU
      Attorneys for Defendants
      CITY AND COUNTY OF HONOLULU,
      GARY T. KUROKAWA,
      ROBERT O. MAGOTA, and
      ANN C. GIMA