IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CITY AND COUNTY OF HONOLULU;<br>GARY T. KUROKAWA; ROBERT O.<br>MAGOTA; ANN C. GIMA; and GK<br>APPRAISALS, INC.; JOHN DOES<br>1-10; JANE DOES 1-10; DOE<br>PARTNERSHIPS; DOE CORPORATIONS<br>1-10; AND DOE ENTITIES 1-10,<br><br>　　　　Defendants. | ) CIVIL NO. CV04-00108 KSC<br>)<br>) DEFENDANTS CITY AND COUNTY OF<br>) HONOLULU, GARY T. KUROKAWA,<br>) ROBERT O. MAGOTA, and ANN C.<br>) GIMA'S MOTION IN LIMINE NO. 3<br>) TO PRECLUDE ANY EVIDENCE OF<br>) ETHICS COMMISSION<br>) INVESTIGATIONS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS CITY AND COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA, AND ANN C. GIMA'S MOTION IN LIMINE NO. 3 TO PRECLUDE ANY EVIDENCE OF ETHICS COMMISSION INVESTIGATIONS**

　　　　Come now Defendants CITY & COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA, and ANN C. GIMA (collectively "CITY Defendants"), by and through their attorneys, KAWASHIMA LORUSSO & TOM LLP, and hereby move this Honorable Court, in limine, for an Order precluding Plaintiff PHILIP E. ENGLISH ("Plaintiff") from mentioning or eliciting any evidence of any Ethics Commission investigations at trial, consistent with this Court's Order Denying Plaintiff's Motion to Compel, filed September 6, 2006, that such evidence is privileged and protected from disclosure. Moreover, such evidence is inadmissible hearsay, and would only serve to generate unfair prejudice against City Defendants. Therefore, the introduction of such evidence at trial would also

violate the clear mandate of Rules 401 and 403, Federal Rules of Evidence.

Defendants bring this motion in accordance with Rule 7 of the Federal Rules of Civil Procedure, all applicable local rules of practice for the United States District Court for the District of Hawaii, and Rules 401, 403, 801, and 802 of the Federal Rules of Evidence. This motion is based upon the attached memorandum in support of motion and the entire record and files herein.

DATED: Honolulu, Hawaii, _____SEP 1 2 2006_____.

_____
JAMES KAWASHIMA
RANDALL Y. YAMAMOTO
BRIAN Y. HIYANE
CARTER K. SIU
Attorneys for Defendants
CITY AND COUNTY OF HONOLULU,
GARY T. KUROKAWA,
ROBERT O. MAGOTA, and
ANN C. GIMA