IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH, ) | CIVIL NO. CV04-00108 KSC |
| ) | |
| Plaintiff, ) | **DECLARATION OF BRIAN Y. HIYANE** |
| ) | |
| vs. ) | |
| ) | |
| CITY AND COUNTY OF HONOLULU; ) | |
| GARY T. KUROKAWA; ROBERT O. ) | |
| MAGOTA; ANN C. GIMA; and GK ) | |
| APPRAISALS, INC.; JOHN DOES ) | |
| 1-10; JANE DOES 1-10; DOE ) | |
| PARTNERSHIPS; DOE CORPORATIONS ) | |
| 1-10; AND DOE ENTITIES 1-10, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## DECLARATION OF BRIAN Y. HIYANE

I, BRIAN Y. HIYANE, declare as follows:

1. I am an attorney licensed to practice law before all the state and federal courts in the State of Hawaii and am one of the attorneys for Defendants CITY AND COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA, and ANN C. GIMA (hereinafter collectively referred to as "City Defendants") in the above-captioned action.

2. This Declaration is made in lieu of an affidavit pursuant to Local Rule 7.6, <u>Rules of the United States District Court for the District of Hawaii</u>, as amended.

3. I make this Declaration in support of City Defendants' Motion in Limine No. 3 to Preclude Any Evidence of Ethics Commission Investigations, filed herein.

4. Attached hereto as Exhibit "A" is a true and

correct copy of this Court's Order Denying Plaintiff's Motion to Compel, filed September 6, 2006.

    5.   Attached hereto as Exhibit "B" is a true and correct copy of selected portions of the transcript of the oral deposition of Charles Totto, taken on June 23, 2006.

    6.   Attached hereto as Exhibit "C" is a true and correct copy of the Declaration of Charles W. Totto attached to the Memorandum in Opposition to Plaintiff's Motion to Compel Compliance With Subpoena Issued June 2, 2006, filed herein on July 18, 2006.

    I declare under penalty of law that the foregoing is true and correct to the best of my knowledge and belief.

    DATED: Honolulu, Hawaii, SEP 1 2 2006.

_____
BRIAN Y. HIYANE