ORIGINAL

00002233.WPD

KAWASHIMA LORUSSO & TOM LLP
JAMES KAWASHIMA          #1145-0
RANDALL Y. YAMAMOTO      #3274-0
BRIAN Y. HIYANE          #6045-0
CARTER K. SIU            #7313-0
Topa Financial Center
Fort Street Tower
745 Fort Street, Suite 500
Honolulu, Hawaii 96813
Telephone:     (808)275-0371
Facsimile:     (808)275-0399
Email Address: ryamamoto@kltlaw.com

Attorneys for Defendants
CITY AND COUNTY OF HONOLULU,
GARY T. KUROKAWA, ROBERT O. MAGOTA,
and ANN C. GIMA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 12 2006

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU;<br>GARY T. KUROKAWA; ROBERT O.<br>MAGOTA; ANN C. GIMA; and GK<br>APPRAISALS, INC.; JOHN DOES 1-<br>10; JANE DOES 1-10; DOE<br>PARTNERSHIPS; DOE CORPORATIONS<br>1-10; AND DOE ENTITIES 1-10,<br><br>    Defendants. | CIVIL NO. CV04-00108 KSC<br><br>**NOTICE OF HEARING MOTION;**<br>**DEFENDANTS CITY AND COUNTY OF**<br>**HONOLULU, GARY T. KUROKAWA,**<br>**ROBERT O. MAGOTA, and ANN C.**<br>**GIMA'S MOTION IN LIMINE NO. 4**<br>**TO PRECLUDE EXPERT OPINIONS NOT**<br>**DISCLOSED IN DEPOSITIONS;**<br>**MEMORANDUM IN SUPPORT OF**<br>**MOTION; CERTIFICATE OF SERVICE**<br><br>**HEARING:**<br><br>Date: _____<br><br>Time: _____<br><br>Judge: Kevin S.C. Chang<br><br>Trial Date: October 3, 2006 |

## NOTICE OF HEARING MOTION

To:     ROGER S. MOSELEY, ESQ.
        Moseley Biehl Tsugawa Lau & Muzzi
        Alakea Corporate Tower
        1100 Alakea Street, 23rd Floor
        Honolulu, Hawaii 96813
        Attorney for Plaintiff
        PHILIP E. ENGLISH

        KEVIN P.H. SUMIDA, ESQ.
        ANTHONY L. WONG, ESQ.
        735 Bishop Street; Suite 411
        Honolulu, Hawaii 96813
        Attorneys for Defendant
        GK APPRAISALS, INC.

NOTICE IS HEREBY GIVEN that Defendants City and County of Honolulu, Gary T. Kurokawa, Robert O. Magota, and Ann C. Gima's Motion In Limine No. 4 To Preclude Expert Opinions not Disclosed in Depositions, filed herein on _____, shall come on for hearing before the Honorable Kevin S. C. Chang, Judge of the above-entitled Court, in his courtroom, Prince Kuhio Federal Building, 300 Ala Moana Boulevard, at _____ __.m. on _____, or as soon thereafter as counsel may be heard.

DATED:  Honolulu, Hawaii, SEP 1 2 2006 _____.

_____
JAMES KAWASHIMA
RANDALL Y. YAMAMOTO
Attorneys for Defendants
CITY AND COUNTY OF HONOLULU,
GARY T. KUROKAWA,
ROBERT O. MAGOTA, and
ANN C. GIMA

2