IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>　　　　Defendants. | ) CIVIL NO. CV04-00108 KSC<br>)<br>) **DEFENDANTS CITY AND COUNTY OF**<br>) **HONOLULU, GARY T. KUROKAWA,**<br>) **ROBERT O. MAGOTA, and ANN C.**<br>) **GIMA'S MOTION IN LIMINE NO. 4**<br>) **TO PRECLUDE EXPERT OPINIONS NOT**<br>) **DISCLOSED IN DEPOSITIONS**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS CITY AND COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA, and ANN C. GIMA'S  MOTION IN LIMINE NO. 4 TO PRECLUDE EXPERT OPINIONS NOT DISCLOSED IN DEPOSITIONS**

COME  NOW Defendants CITY AND COUNTY OF HONOLULU ("CITY"), GARY T. KUROKAWA ("KUROKAWA"), ROBERT O. MAGOTA ("MAGOTA"), and ANN C. GIMA ("GIMA")  (collectively referred to herein as "DEFENDANTS"), by and through their counsel, KAWASHIMA LORUSSO & TOM LLP, and hereby move this Honorable Court, in limine, for an Order precluding Plaintiff PHILIP E. ENGLISH ("PLAINTIFF") from having his expert witnesses from testifying or offering opinions that were not disclosed nor testified to in their respective depositions.  Any new or expanded opinions are prejudicial to DEFENDANTS and would contravene Rule 26 of the Federal Rules of Civil Procedure.

This motion is made pursuant to Rules 403, <u>Federal Rules of Evidence</u>; Rules 7 and 26, <u>Federal Rules of Civil Procedure</u>; the memorandum in support attached hereto; the argument of counsel; and, the records and files herein.

DATED: Honolulu, Hawaii, _____SEP 1 2 2006_____.

_____
JAMES KAWASHIMA
RANDALL Y. YAMAMOTO
BRIAN Y. HIYANE
CARTER K. SIU
Attorneys for Defendants
CITY AND COUNTY OF HONOLULU,
GARY T. KUROKAWA,
ROBERT O. MAGOTA, and
ANN C. GIMA