IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT STATE OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>      Plaintiff,<br><br>  vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>      Defendants. | CIVIL NO. CV04-00108 KSC<br><br>DEFENDANTS CITY AND COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA, and ANN C. GIMA'S MOTION IN LIMINE NO. 5 TO EXCLUDE TESTIMONY RE: ALLEGED SPORTS BETTING |

**DEFENDANTS CITY AND COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA, and ANN C. GIMA'S MOTION IN LIMINE NO. 5 TO EXCLUDE TESTIMONY RE: ALLEGED SPORTS BETTING**

Comes now Defendants CITY AND COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA, and ANN C. GIMA, (collectively "Defendants City") by and through their attorneys, KAWASHIMA LORUSSO & TOM LLP, hereby moves this Honorable Court for an Order precluding any testimony with regard to alleged sports betting and/or sports pools.

Defendants City bring this motion in accordance with Rule 7 of the Federal Rules of Civil Procedure, and all

applicable local rules of practice for the <u>United States District Court for the District of Hawaii</u> and Rules 401, 402 and 403 of the <u>Federal Rules of Evidence</u>, and bases it upon the attached memorandum in support of their motion, and the entire record and files herein.

DATED: Honolulu, Hawaii, _____SEP 1 2 2006_____.

_____
JAMES KAWASHIMA
RANDALL Y. YAMAMOTO
BRIAN Y. HIYANE
CARTER K. SIU
Attorneys for Defendants
CITY AND COUNTY OF HONOLULU,
GARY T. KUROKAWA,
ROBERT O. MAGOTA, and
ANN C. GIMA