IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT STATE OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH, ) | CIVIL NO. CV04-00108 KSC |
| ) | |
| Plaintiff, ) | DEFENDANTS CITY AND COUNTY OF |
| ) | HONOLULU, GARY T. KUROKAWA, |
| vs. ) | ROBERT O. MAGOTA, and ANN C. |
| ) | GIMA'S MOTION IN LIMINE NO. 6 TO |
| CITY AND COUNTY OF HONOLULU; ) | EXCLUDE TESTIMONY RE: DISCUSSION |
| GARY T. KUROKAWA; ROBERT O. ) | WITH U.S. ATTORNEY'S OFFICE |
| MAGOTA; ANN C. GIMA; and GK ) | |
| APPRAISALS, INC.; JOHN DOES ) | |
| 1-10; JANE DOES 1-10; DOE ) | |
| PARTNERSHIPS; DOE ) | |
| CORPORATIONS 1-10; AND DOE ) | |
| ENTITIES 1-10, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____) | |

**DEFENDANTS CITY AND COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA, and ANN C. GIMA'S MOTION IN LIMINE NO. 6 TO EXCLUDE TESTIMONY RE: DISCUSSION WITH U.S. ATTORNEY'S OFFICE**

Comes now Defendants CITY AND COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA, and ANN C. GIMA, (collectively "Defendants City") by and through their attorneys, KAWASHIMA LORUSSO & TOM LLP, hereby moves this Honorable Court for an Order precluding any testimony with regard to discussion by Plaintiff's counsel with the U.S. Attorney's Office.

Defendants City bring this motion in accordance with Rule 7 of the Federal Rules of Civil Procedure, and all

applicable local rules of practice for the <u>United States District Court for the District of Hawaii</u> and Rules 401, 402, 403, 801 and 802 of the <u>Federal Rules of Evidence</u>, and bases it upon the attached memorandum in support of their motion, and the entire record and files herein.

DATED: Honolulu, Hawaii, _____SEP 1 2 2006_____.

_____
JAMES KAWASHIMA
RANDALL Y. YAMAMOTO
BRIAN Y. HIYANE
CARTER K. SIU
Attorneys for Defendants
CITY AND COUNTY OF HONOLULU,
GARY T. KUROKAWA,
ROBERT O. MAGOTA, and
ANN C. GIMA