ORIGINAL

00002232.WPD

KAWASHIMA LORUSSO & TOM LLP

JAMES KAWASHIMA      #1145-0
RANDALL Y. YAMAMOTO  #3274-0
BRIAN Y. HIYANE      #6045-0
CARTER K. SIU        #7313-0
Topa Financial Center
Fort Street Tower
745 Fort Street, Suite 500
Honolulu, Hawaii 96813
Telephone:     (808)275-0325
Facsimile:     (808)275-0399
Email Address: ryamamoto@kltlaw.com

Attorneys for Defendants
CITY AND COUNTY OF HONOLULU,
GARY T. KUROKAWA, ROBERT O. MAGOTA,
and ANN C. GIMA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 12 2006

at 3 o'clock and 06 min. PM
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT STATE OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU;<br>GARY T. KUROKAWA; ROBERT O.<br>MAGOTA; ANN C. GIMA; and GK<br>APPRAISALS, INC.; JOHN DOES<br>1-10; JANE DOES 1-10; DOE<br>PARTNERSHIPS; DOE<br>CORPORATIONS 1-10; AND DOE<br>ENTITIES 1-10,<br><br>    Defendants. | CIVIL NO. CV04-00108 KSC<br><br>**NOTICE OF HEARING MOTION;**<br>**DEFENDANTS CITY AND COUNTY OF**<br>**HONOLULU, GARY T. KUROKAWA,**<br>**ROBERT O. MAGOTA, and ANN C.**<br>**GIMA'S MOTION IN LIMINE NO. 7 TO**<br>**STRIKE PLAINTIFF'S EXPERT**<br>**WITNESS; MEMORANDUM IN SUPPORT**<br>**OF MOTION; DECLARATION OF**<br>**RANDALL Y. YAMAMOTO; EXHIBITS**<br>**"A"-"B"; and CERTIFICATE OF**<br>**SERVICE**<br><br>**HEARING:**<br><br>DATE: _____<br><br>TIME: _____<br><br>JUDGE: Hon. Kevin S.C. Chang<br><br>Trial Date: October 3, 2006 |

## NOTICE OF HEARING MOTION

To:     ROGER S. MOSELEY, ESQ.
        Moseley Biehl Tsugawa Lau & Muzzi
        Alakea Corporate Tower
        1100 Alakea Street, 23rd Floor
        Honolulu, Hawaii 96813

        Attorney for Plaintiff
        PHILIP E. ENGLISH

        KEVIN P.H. SUMIDA, ESQ.
        ANTHONY L. WONG, ESQ.
        735 Bishop Street; Suite 411
        Honolulu, Hawaii 96813

        Attorneys for Defendant
        GK APPRAISALS, INC.

NOTICE IS HEREBY GIVEN that **DEFENDANTS CITY AND COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA, and ANN C. GIMA'S MOTION IN LIMINE NO. 7 TO STRIKE PLAINTIFF'S EXPERT WITNESS** shall come on for hearing before the Honorable Kevin S.C. Chang, Judge of the above-entitled Court, in his courtroom, Prince Kuhio Federal Building, 300 Ala Moana Boulevard, at _____.m. on _____, or as soon thereafter as counsel may be heard.

DATED: Honolulu, Hawaii, SEP 1 2 2006

JAMES KAWASHIMA
RANDALL Y. YAMAMOTO
BRIAN Y. HIYANE
CARTER K. SIU
Attorneys for Defendants
CITY AND COUNTY OF HONOLULU,
GARY T. KUROKAWA,
ROBERT O. MAGOTA, and
ANN C. GIMA

- 2 -