IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT STATE OF HAWAII

| | | |
|---|---|---|
| PHILIP E. ENGLISH, | ) | CIVIL NO. CV04-00108 KSC |
| | ) | |
| Plaintiff, | ) | **DEFENDANTS CITY AND COUNTY OF** |
| | ) | **HONOLULU, GARY T. KUROKAWA,** |
| vs. | ) | **ROBERT O. MAGOTA, and ANN C.** |
| | ) | **GIMA'S MOTION IN LIMINE NO. 7 TO** |
| CITY AND COUNTY OF HONOLULU; | ) | **STRIKE PLAINTIFF'S EXPERT** |
| GARY T. KUROKAWA; ROBERT O. | ) | **WITNESS** |
| MAGOTA; ANN C. GIMA; and GK | ) | |
| APPRAISALS, INC.; JOHN DOES | ) | |
| 1-10; JANE DOES 1-10; DOE | ) | |
| PARTNERSHIPS; DOE | ) | |
| CORPORATIONS 1-10; AND DOE | ) | |
| ENTITIES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

**DEFENDANTS CITY AND COUNTY OF HONOLULU, GARY T. KUROKAWA,
ROBERT O. MAGOTA, and ANN C. GIMA'S MOTION IN LIMINE NO. 7 TO
STRIKE PLAINTIFF'S EXPERT WITNESS**

Come now Defendants Defendants CITY AND COUNTY OF

HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA, and ANN C. GIMA,

(collectively "Defendants City") by and through their attorneys,

KAWASHIMA LORUSSO & TOM LLP, and hereby moves this Honorable

Court for an Order striking Plaintiff's expert witness, Thomas T.

Ueno, CPA.

This motion is made pursuant to Rule 7 of the <u>Federal

Rules of Civil Procedure</u>, and Rules 403, 702 and 703 of the

Federal Rules of Evidence, and is based upon the memorandum in

support attached hereto, the argument of counsel, and the records

and files herein.

        DATED:  Honolulu, Hawaii, _____SEP 1 2 2006_____.


                                         _____
                                    JAMES KAWASHIMA
                                    RANDALL Y. YAMAMOTO
                                    BRIAN Y. HIYANE
                                    CARTER K. SIU
                                    Attorneys for Defendants
                                    CITY AND COUNTY OF HONOLULU,
                                    GARY T. KUROKAWA,
                                    ROBERT O. MAGOTA, and
                                    ANN C. GIMA