IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH, | ) CIVIL NO. CV04-00108 KSC |
| Plaintiff, | ) **DECLARATION OF RANDALL Y.** |
| | ) **YAMAMOTO** |
| vs. | ) |
| CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10, | ) |
| Defendants. | ) |

## DECLARATION OF RANDALL Y. YAMAMOTO

I, RANDALL Y. YAMAMOTO, declare as follows:

1. Declarant is an attorney licensed to practice law before all the state and federal courts in the State of Hawaii and is one of the attorneys representing Defendants CITY AND COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA, ANN C. GIMA (collectively "CITY Defendants") in the above-entitled action.

2. This Declaration is made in lieu of an affidavit pursuant to Local Rule 7.6, <u>Rules of the United States District Court for the District of Hawaii</u>, as amended.

3. I make this Declaration in support of CITY Defendants' Motion in Limine No. 7 to Strike Plaintiff's Expert Witness, filed herein.

      4.  Attached hereto as Exhibit "A" are true and correct copies of the expert reports of Thomas T. Ueno.

      5.  Attached hereto as Exhibit "B" is a true and correct copy of the Compromise, Settlement and Release Agreement; Approval and Order.

      I declare under penalty of law that the foregoing is true and correct to the best of my knowledge and belief.

DATED:  Honolulu, Hawaii, _SEP 1 2 2006_____

_____
RANDALL Y. YAMAMOTO