IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH, | ) CIVIL NO. CV04-00108 KSC |
| | ) |
| Plaintiff, | ) **CERTIFICATE OF SERVICE** |
| | ) |
| vs. | ) |
| | ) |
| CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10, | ) ) ) ) ) ) ) |
| Defendants. | ) ) ) ) |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was duly served by means of hand delivery to the following named attorneys at their last known address on _____:

        ROGER S. MOSELEY, ESQ.
        Moseley Biehl Tsugawa Lau & Muzzi
        Alakea Corporate Tower
        1100 Alakea Street, 23rd Floor
        Honolulu, Hawaii 96813

        Attorney for Plaintiff
        PHILIP E. ENGLISH

```
KEVIN P.H. SUMIDA, ESQ.
ANTHONY L. WONG, ESQ.
735 Bishop Street; Suite 411
Honolulu, Hawaii 96813

Attorneys for Defendant
GK APPRAISALS, INC.
```

DATED: Honolulu, Hawaii,   SEP 1 2 2006

_[signature]_
JAMES KAWASHIMA
RANDALL Y. YAMAMOTO
BRIAN Y. HIYANE
CARTER K. SIU
Attorneys for Defendants
CITY AND COUNTY OF HONOLULU,
GARY T. KUROKAWA,
ROBERT O. MAGOTA, and
ANN C. GIMA