# ORIGINAL

00002234.WPD
KAWASHIMA LORUSSO & TOM LLP

JAMES KAWASHIMA      #1145-0
RANDALL Y. YAMAMOTO  #3274-0
BRIAN Y. HIYANE      #6045-0
CARTER K. SIU        #7313-0
Topa Financial Center
Fort Street Tower
745 Fort Street, Suite 500
Honolulu, Hawaii 96813
Telephone:      (808)275-0371
Facsimile:      (808)275-0399
Email Address: ryamamoto@kltlaw.com

Attorneys for Defendants
CITY AND COUNTY OF HONOLULU,
GARY T. KUROKAWA, ROBERT O. MAGOTA,
and ANN C. GIMA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 12 2006

at 3 o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>Defendants. | CIVIL NO. CV04-00108 KSC<br><br>**NOTICE OF HEARING MOTION; DEFENDANTS CITY AND COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA, and ANN C. GIMA'S MOTION IN LIMINE NO. 8 TO PRECLUDE ALL REFERENCE TO NEWSPAPER ARTICLES, OTHER WHISTLEBLOWER LAWSUITS, AND OTHER ANECDOTAL EVIDENCE; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF SERVICE**<br><br>**HEARING:**<br><br>Date: _____<br>Time: _____<br>Judge: Hon. Kevin S.C. Chang<br><br>Trial Date: October 3, 2006 |

## NOTICE OF HEARING MOTION

To:   ROGER S. MOSELEY, ESQ.
      Alakea Corporate Tower
      1100 Alakea Street, 23rd Floor
      Honolulu, Hawaii 96813
      Attorney for Plaintiff
      PHILIP E. ENGLISH

      KEVIN P.H. SUMIDA, ESQ.
      ANTHONY L. WONG, ESQ.
      735 Bishop Street; Suite 411
      Honolulu, Hawaii 96813
      Attorneys for Defendant
      GK APPRAISALS, INC.

NOTICE IS HEREBY GIVEN that Defendants City and County of Honolulu, Gary T. Kurokawa, Robert O. Magota, and Ann C. Gima's Motion in Limine No. 8 to Preclude All Reference to Newspaper Articles, Other Whistleblower Lawsuits, and Other Anecdotal Evidence, filed herein on September 12, 2006, shall come on for hearing before the Honorable Kevin S. C. Chang, Senior Judge of the above-entitled Court, in his courtroom, Prince Kuhio Federal Building, 300 Ala Moana Boulevard, at _____ __.m. on _____, or as soon thereafter as counsel may be heard.

            DATED: Honolulu, Hawaii, ____SEP 1 2 2006____.

            _____
            JAMES KAWASHIMA
            RANDALL Y. YAMAMOTO
            BRIAN Y. HIYANE
            CARTER K. SIU
            Attorneys for Defendants
            CITY AND COUNTY OF HONOLULU,
            GARY T. KUROKAWA,
            ROBERT O. MAGOTA, and
            ANN C. GIMA