IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>        Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>        Defendants. | ) CIVIL NO. CV04-00108 KSC<br>)<br>) **DEFENDANTS CITY AND COUNTY OF**<br>) **HONOLULU, GARY T. KUROKAWA,**<br>) **ROBERT O. MAGOTA, and ANN C.**<br>) **GIMA'S MOTION IN LIMINE NO. 8**<br>) **TO PRECLUDE ALL REFERENCE TO**<br>) **NEWSPAPER ARTICLES, OTHER**<br>) **WHISTLEBLOWER LAWSUITS, AND**<br>) **OTHER ANECDOTAL EVIDENCE**<br>)<br>) |

**DEFENDANTS CITY AND COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA, and ANN C. GIMA'S MOTION IN LIMINE NO. 8 TO PRECLUDE ALL REFERENCE TO NEWSPAPER ARTICLES, OTHER WHISTLEBLOWER LAWSUITS, AND OTHER ANECDOTAL EVIDENCE**

COME NOW Defendants CITY AND COUNTY OF HONOLULU , GARY T. KUROKAWA, ROBERT O. MAGOTA , and ANN C. GIMA, (collectively referred to herein as " CITY Defendants"), by and through their counsel, KAWASHIMA LORUSSO & TOM LLP, and hereby move this Honorable Court, in limine, for an Order precluding Plaintiff PHILIP E. ENGLISH ("PLAINTIFF") from mentioning or referring to other whistleblower lawsuits as well as any news reports or other anecdotal evidence (e.g., newspaper articles, videos, etc...) about the Real Property Assessment Division and/or real property tax assessments at trial, and other whistleblower claims/lawsuits, including any questions during voir dire or

closing argument as such evidence is not only hearsay but is irrelevant to any triable issue in this action and would only serve to generate unfair prejudice against CITY Defendants. Therefore, the introduction of such evidence at trial will violate the clear mandate of Rules 403 and 411, Federal Rules of Evidence.

Defendants bring this motion in accordance with Rule 7 of the Federal Rules of Civil Procedure, all applicable local rules of practice for the United States District Court for the District of Hawaii, and Rules 401, 403, 801, and 802 of the Federal Rules of Evidence. This motion is based upon the attached memorandum in support of motion and the entire record and files herein.

DATED: Honolulu, Hawaii, SEP 1 2 2006.

_____
JAMES KAWASHIMA
RANDALL Y. YAMAMOTO
BRIAN Y. HIYANE
CARTER K. SIU
Attorneys for Defendants
CITY AND COUNTY OF HONOLULU,
GARY T. KUROKAWA,
ROBERT O. MAGOTA, and
ANN C. GIMA