ORIGINAL

00002255.WPD

KAWASHIMA LORUSSO & TOM LLP

JAMES KAWASHIMA     #1145-0
RANDALL Y. YAMAMOTO  #3274-0
BRIAN Y. HIYANE     #6045-0
CARTER K. SIU       #7313-0
Topa Financial Center
Fort Street Tower
745 Fort Street, Suite 500
Honolulu, Hawaii 96813
Telephone:     (808)275-0371
Facsimile:     (808)275-0399
Email Address: ryamamoto@kltlaw.com

Attorneys for Defendants
CITY AND COUNTY OF HONOLULU,
GARY T. KUROKAWA, ROBERT O. MAGOTA,
and ANN C. GIMA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 12 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT STATE OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>    Plaintiff,<br><br>  vs.<br><br>CITY AND COUNTY OF HONOLULU;<br>GARY T. KUROKAWA; ROBERT O.<br>MAGOTA; ANN C. GIMA; and GK<br>APPRAISALS, INC.; JOHN DOES<br>1-10; JANE DOES 1-10; DOE<br>PARTNERSHIPS; DOE<br>CORPORATIONS 1-10; AND DOE<br>ENTITIES 1-10,<br><br>    Defendants.<br>_____ | CIVIL NO. CV04-00108 KSC<br><br>**DEFENDANTS CITY & COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA, and ANN C. GIMA'S FINAL COMPREHENSIVE WITNESS LIST; CERTIFICATE OF SERVICE**<br><br><br>Trial Date: October 3, 2006 |

**DEFENDANTS CITY & COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA, and ANN C. GIMA'S FINAL COMPREHENSIVE WITNESS LIST**

Come now Defendants CITY & COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA, and ANN C. GIMA (collectively "CITY Defendants"), by and through their attorneys, and pursuant to Paragraph 21 of the Second Amended Rule 16 Scheduling Order issued on December 28, 2005, identify the following witnesses whom they intend to call at trial (Plaintiff has indicated that he will call most of these witnesses in his case):

| WITNESS | TESTIMONY | ESTIMATED TIME |
|---|---|---|
| Philip English | Plaintiff English will testify as to the factual basis for the claims alleged in the First Amended Complaint, his work history, qualifications as an appraiser, his alleged whistleblowing, damages, and other related matters. | 4 hours |
| Gary Kurokawa | Defendant Kurokawa is expected to testify as to the allegations levied against him in the First Amended Complaint, his job duties and function, his interactions with Plaintiff, and other relevant matters. | 2 hours |

| WITNESS | TESTIMONY | ESTIMATED TIME |
|---|---|---|
| Robert O. Magota | Defendant Magota is expected to testify as to the allegations levied against him in the First Amended Complaint, his job duties and functions, his interactions with Plaintiff, his experience as a whistleblower, and other relevant matters. | 3 hours |
| Ann C. Gima | Defendant Gima is expected to testify as to the allegations levied against her in the First Amended Complaint, her job duties and functions, her interactions with Plaintiff, and other relevant matters. | 4 hours |
| Julie Ann Tamayori | Ms. Tamayori is expected to testify as to her interactions with Plaintiff, the truth or falsity of the allegations alleged in the First Amended Complaint, her observations of Plaintiff's conduct and interactions with others in the Real Property Assessment Division, including but not limited to Defendant Gima, and Plaintiff's work habits. | ½ hour |

| WITNESS | TESTIMONY | ESTIMATED TIME |
|---|---|---|
| Suzanne M. Foumai | Ms. Foumai is expected to testify as to her interactions with Plaintiff, the truth or falsity of the allegations alleged in the First Amended Complaint, her observations of Plaintiff's conduct and interactions with others in the Real Property Assessment Division, including but not limited to Defendant Gima, and Plaintiff's work habits. | ½ hour |
| Carole Kamisato | Ms. Kamisato is expected to testify as to her interactions with Plaintiff, the truth or falsity of the allegations alleged in the First Amended Complaint, her observations of Plaintiff's conduct and interactions with others in the Real Property Assessment Division, including but not limited to Defendant Gima, and Plaintiff's work habits. | ½ hour |
| Linda Knowles | Ms. Knowles is expected to testify as to her interactions with Plaintiff, the truth or falsity of the allegations alleged in the First Amended Complaint, her observations of Plaintiff's conduct and interactions with others in the Real Property Assessment Division, including but not limited to Defendant Gima, and Plaintiff's work habits. | ½ hour |

| WITNESS | TESTIMONY | ESTIMATED TIME |
|---|---|---|
| Dwight Ishiguro | Mr. Ishiguro is expected to testify as to his interactions with Plaintiff, the truth or falsity of the allegations alleged in the First Amended Complaint, his observations of Plaintiff's conduct and interactions with others in the Real Property Assessment Division, including but not limited to Defendant Gima, and Plaintiff's work habits. | 1 hour |
| Wilfred Martin | Mr. Martin is expected to testify as to his interactions with Plaintiff, the truth or falsity of the allegations alleged in the First Amended Complaint, his observations of Plaintiff's conduct and interactions with others in the Real Property Assessment Division, including but not limited to Defendant Gima, and Plaintiff's work habits. | 1 hour |
| Marvin Abing | Mr. Abing is expected to testify as to his interactions with Plaintiff, the truth or falsity of the allegations alleged in the First Amended Complaint, his observations of Plaintiff's conduct and interactions with others in the Real Property Assessment Division, including but not limited to Defendant Gima, and Plaintiff's work habits. | 1 hour |

| WITNESS | TESTIMONY | ESTIMATED TIME |
|---|---|---|
| Roy K. Amemiya, Jr. | Mr. Amemiya is expected to testify as to his interactions with Plaintiff, the truth or falsity of the allegations alleged in the First Amended Complaint, his observations of Plaintiff's conduct and interactions with others in the Real Property Assessment Division, including but not limited to Defendant Gima, and Plaintiff's work habits. | 1 hour |
| Norman Yoshida | Mr. Yoshida is expected to testify as to his interactions with Plaintiff, the truth or falsity of the allegations alleged in the First Amended Complaint, his observations of Plaintiff's conduct and interactions with others in the Real Property Assessment Division, including but not limited to Defendant Gima, and Plaintiff's work habits. | 1 hour |
| Michael Okamoto | Mr. Okamoto is expected to testify as to his interactions with Plaintiff, the truth or falsity of the allegations alleged in the First Amended Complaint, his observations of Plaintiff's conduct and interactions with others in the Real Property Assessment Division, including but not limited to Defendant Gima, and Plaintiff's work habits. | 1 hour |

| WITNESS | TESTIMONY | ESTIMATED TIME |
|---|---|---|
| Georgette Wong | Ms. Wong is expected to testify as to her interactions with Plaintiff, the truth or falsity of the allegations alleged in the First Amended Complaint, her observations of Plaintiff's conduct and interactions with others in the Real Property Assessment Division, including but not limited to Defendant Gima, and Plaintiff's work habits. | 1 hour |
| Bruce Palenske | Mr. Palenske is expected to testify as to his interactions with Plaintiff, the truth or falsity of the allegations alleged in the First Amended Complaint, his observations of Plaintiff's conduct and interactions with others in the Real Property Assessment Division, including but not limited to Defendant Gima, and Plaintiff's work habits. | 1 hour |
| Keith Yamashita | Mr. Yamashita is expected to testify as to his interactions with Plaintiff, the truth or falsity of the allegations alleged in the First Amended Complaint, his observations of Plaintiff's conduct and interactions with others in the Real Property Assessment Division, including but not limited to Defendant Gima, and Plaintiff's work habits. | 1 hour |

| WITNESS | TESTIMONY | ESTIMATED TIME |
|---|---|---|
| Christopher Graff | Mr. Graff is expected to testify as to his interactions with Plaintiff, the truth or falsity of the allegations alleged in the First Amended Complaint, his observations of Plaintiff's conduct and interactions with others in the Real Property Assessment Division, including but not limited to Defendant Gima, and Plaintiff's work habits. | 1 hour |
| Eugenie Shito-Leong | Ms. Shito-Leong is expected to testify as to her interactions with Plaintiff, the truth or falsity of the allegations alleged in the First Amended Complaint, her observations of Plaintiff's conduct and interactions with others in the Real Property Assessment Division, including but not limited to Defendant Gima, and Plaintiff's work habits. | 1 hour |
| Ryan Fujitani | Mr. Fujitani is expected to testify as to his interactions with Plaintiff, the truth or falsity of the allegations alleged in the First Amended Complaint, his observations of Plaintiff's conduct and interactions with others in the Real Property Assessment Division, including but not limited to Defendant Gima, and Plaintiff's work habits | 1 hour |

| WITNESS | TESTIMONY | ESTIMATED TIME |
|---|---|---|
| Michael Golojuch | Mr. Golojuch is expected to testify as to his interactions with Plaintiff, the truth or falsity of the allegations alleged in the First Amended Complaint, his observations of Plaintiff's conduct and interactions with others in the Real Property Assessment Division, and other related matters. | 1 hour |
| Violet Lee | Ms. Lee is expected to testify as to her interactions with Plaintiff, the truth or falsity of the allegations alleged in the First Amended Complaint, her observations of Plaintiff's conduct and interactions with others in the Real Property Assessment Division, and other related matters. | 1 hour |
| Waylon Toma | Mr. Toma is expected to testify as to his interactions with Plaintiff, the truth or falsity of the allegations alleged in the First Amended Complaint, his observations of Plaintiff's conduct and interactions with others in the Real Property Assessment Division, and other related matters. | 1 hour |

| WITNESS | TESTIMONY | ESTIMATED TIME |
|---|---|---|
| Kevin Mulligan | Mr. Mulligan is expected to testify as to his interactions with Plaintiff, the truth or falsity of the allegations alleged in the First Amended Complaint, his observations of Plaintiff's conduct and interactions with others in the Real Property Assessment Division, and other related matters. | 1 hour |
| Thomas Riddle | Mr. Riddle is expected to testify as to his interactions with Plaintiff, the truth or falsity of the allegations alleged in the First Amended Complaint, his knowledge of Plaintiff's Workers' Compensation Claim, and other related matters. | 1 hour |
| Robert Sbordone, Ph.D. | Dr. Sbordone is an expert witness retained by CITY Defendants. He will testify as to his testing, observations, and interactions with Plaintiff, his opinions as to Plaintiff's psychological condition, and other relevant psychological matters. | 2 hours |
| Dirk von Guenthner | Mr. Von Guenthner is a forensic economist retained by the CITY Defendants. He will testify as to his opinions of Plaintiff's pre-employment history, liability, damages, and other relevant matters. | 2 hours |

| WITNESS | TESTIMONY | ESTIMATED TIME |
|---|---|---|
| Denise Tsukiyama | Ms. Tsukiyama is the City's designated representative and will testify on the City's policy and procedures. | 1 hour |
| Mike Hansen | Mr. Hansen is the City's designated representative and will testify on the City's policy and procedures. | 1 hour |
| Mark Stitham, M.D. | Dr. Stitham is an expert witness retained by CITY Defendants. He will testify as to his review of Plaintiff's records, his opinions as to Plaintiff's psychiatric condition, and other relevant psychiatric matters. | 2 hours |
| Sathiporn Songsorn | Ms. Songsorn is Plaintiff's ex-wife. She will testify as to her observations and interactions with Plaintiff, his prior work history, his financial status, and other relevant matters. | ½ hour |
| Corliss J. Chang, Esq. | Ms. Chang is Plaintiff's ex-wife. She will testify as to her observations and interactions with Plaintiff, his prior work history, his financial status, and other relevant matters. | ½ hour |
| Sharlene Kuriyama | Ms. Kuriyama is Plaintiff's ex-wife. She will testify as to her observations and interactions with Plaintiff, his prior work history, his financial status, and other relevant matters. | ½ hour |

| WITNESS | TESTIMONY | ESTIMATED TIME |
|---|---|---|
| Tamar Hoffman, M.D. | Dr. Hoffman is expected to testify as to her observations and interactions with Plaintiff, her treatment and diagnosis of Plaintiff, and other relevant matters. | ½ hour |
| Stan Sitko | Mr. Sitko is with the Hawaii County Real Property Tax Division. He is expected to testify as to his interaction and communication with Plaintiff regarding a position within his department and other relevant matters. | 1 hour |

In addition to the foregoing, CITY Defendants reserve the right to call all witnesses identified by Plaintiff.

DATED: Honolulu, Hawaii, September 12, 2006

_____
JAMES KAWASHIMA
RANDALL Y. YAMAMOTO
BRIAN Y. HIYANE
CARTER K. SIU
Attorneys for Defendants
CITY AND COUNTY OF HONOLULU,
GARY T. KUROKAWA,
ROBERT O. MAGOTA, and
ANN C. GIMA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH, | ) CIVIL NO. CV04-00108 KSC |
| | ) |
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| | ) |
| vs. | ) |
| | ) |
| CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10, | ) ) ) ) ) ) ) |
| Defendants. | ) ) ) ) |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was duly served by means of hand-delivering to the following named attorneys at their last known addresses on _____SEP 1 2 2006_____ :

> ROGER S. MOSELEY, ESQ.
> Moseley Biehl Tsugawa Lau & Muzzi
> Alakea Corporate Tower
> 1100 Alakea Street, 23rd Floor
> Honolulu, Hawaii 96813
>
> Attorney for Plaintiff
> PHILIP E. ENGLISH

KEVIN P.H. SUMIDA, ESQ.
ANTHONY L. WONG, ESQ.
735 Bishop Street; Suite 411
Honolulu, Hawaii 96813

Attorneys for Defendant
GK APPRAISALS, INC.

DATED: Honolulu, Hawaii, _____SEP 1 2 2006_____.

_____
JAMES KAWASHIMA
RANDALL Y. YAMAMOTO
BRIAN Y. HIYANE
CARTER K. SIU
Attorneys for Defendants
CITY AND COUNTY OF HONOLULU,
GARY T. KUROKAWA,
ROBERT O. MAGOTA, and
ANN C. GIMA