September 12, 2006

RECEIVED
CLERK, U.S. DISTRICT COURT
SEP 1 2 2006
DISTRICT OF HAWAII

USDC:

Re: Philip E. English v. City & County of Honolulu, et al.
Civil No. 04-00108 KSC/KSC

Please file the enclosed Original + 3 copies of Plaintiff Philip E. English's Motion for Partial Summary Judgment on Count IV Unlawful Discrimination and Retaliation Against Defendants City and County of Honolulu, Gary T. Kurokawa, Robert O. Magota, and Ann C. Gima as Liability Only; Memorandum in Support of Motion; Certificate of Service.

Please contact Teri Canon @ 531-0490 when they are ready for pick up.

Thank you,

Teri Canon