September 12, 2006

RECEIVED
CLERK, U.S. DISTRICT COURT

SEP 1 2 2006

DISTRICT OF HAWAII

USDC:

Re: Philip E. English v. City & County of Honolulu, et al.
Civil No. 04-00108 KSC/KSC

Please file the enclosed Original + 3 copies of PLAINTIFF PHILIP E. ENGLISH'S SEPARATE AND CONCISE STATEMENT OF MATERIAL FACTS IN SUPPORT OF HIS MOTION FOR PARTIAL SUMMARY JUDGMENT ON COUNT IV UNLAWFUL DISCRIMINATION AND RETALIATION AGAINST DEFENDANTS CITY AND COUNTY OF HONOLULU, ANN GIMA, GARY KUROKAWA AND ROBERT MAGOTA AS TO LIABILITY ONLY; EXHIBITS "A-SS"; DECLARATION OF PHILIP E. ENGLISH; DECLARATION OF CHRISTOPHER J. MUZZI; LOCAL RULE 7.5(e) CERTIFICATION; CERTIFICATE OF SERVICE.

Please contact Teri Canon @ 531-0490 when they are ready for pick up.

Thank you,

Teri Canon