

ORIGINAL

MOSELEY BIEHL TSUGAWA LAU & MUZZI
A Hawaii Limited Liability Law Company
ROGER S. MOSELEY 2060
CHRISTOPHER J. MUZZI 6939
RENEE M. FURUTA 7593
Alakea Corporate Tower
1100 Alakea Street, 23rd Floor
Honolulu, Hawaii 96813
Tel: (808) 531-0490 Fax: (808) 534-0202
Email: rmoseley@hilaw.us, cmuzzi@hilaw.us
rfuruta@hilaw.us

Attorneys for Plaintiff
PHILIP E. ENGLISH




IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1 –10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>Defendants. | Civil No. 04-00108 KSC/KSC<br><br>PLAINTIFF PHILIP E. ENGLISH'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON COUNT IV UNLAWFUL DISCRIMINATION AND RETALIATION AGAINST DEFENDANTS CITY AND COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA, AND ANN C. GIMA AS TO LIABILITY ONLY; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF SERVICE<br><br>Hearing:<br>Date:<br>Time:<br>Judge: Honorable Kevin S. Chang |

PLAINTIFF PHILIP E. ENGLISH'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON COUNT IV UNLAWFUL DISCRIMINATION AND RETALIATION AGAINST DEFENDANTS CITY AND COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA, AND ANN C. GIMA AS TO LIABILITY ONLY

Comes Now Plaintiff PHILIP E. ENGLISH (hereinafter "ENGLISH"), by and through his counsel, Moseley Biehl Tsugawa Lau & Muzzi, and hereby moves this Honorable Court for an Order Granting Partial Summary Judgment on Count IV of the First Amended Complaint against Defendants CITY AND COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA and ANN C. GIMA as to liability only. ENGLISH reserves the right to prove the full extent of his damages at trial in this matter.

This motion is brought pursuant to Rules 7 and 56 of the Federal Rules of Civil Procedure and Rules 7 and 56.1 of the Local Rules of Practice for the United States District Court for the District of Hawaii, and is based on the attached memorandum, the separate and concise statement of facts,

/

/

/

/

/

the declarations and exhibits filed concurrently herewith, and the entire records and files herein.

Dated: Honolulu, Hawaii, SEP 12 2006.

ROGER S. MOSELEY
CHRISTOPHER J. MUZZI
RENEE M. FURUTA
Attorney for Plaintiff
PHILIP E. ENGLISH