IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>        Plaintiff,<br><br>  vs.<br><br>CITY AND COUNTY OF<br>HONOLULU; GARY T. KUROKAWA;<br>ROBERT O. MAGOTA; ANN C.<br>GIMA; and GK APPRAISALS, INC.;<br>JOHN DOES 1 –10; JANE DOES 1-10;<br>DOE PARTNERSHIPS; DOE<br>CORPORATIONS 1-10; AND DOE<br>ENTITIES 1-10,<br><br>        Defendants. | Civil No.  04-00108 KSC/KSC<br><br>MEMORANDUM IN SUPPORT OF<br>MOTION |