# TABLE OF CONTENTS

                                                                           Page No.

TABLE OF AUTHORITIES .......................................ii

I.     UNDISPUTED FACTS ...................................1

II.    APPLICABLE LAW....................................11

        A.    Motions For Summary Judgment.......................13

III.   ARGUMENT........................................15

        1.    Reporting To His Employer Or A Public Body The Violation Of A Law, Rule, Ordinance, Or Regulation, Adopted Pursuant To Law Of This State, A Political Subdivision Of This State ............................... 18

        2.    Adverse Employment Action.......................... 20

        3.    Casual Connection................................ 23

        4.    Damages....................................... 24

IV.   CONCLUSION......................................25

# TABLE OF AUTHORITIES

Page No.

**CASES**

Addisu v. Fred Meyer. Inc.
    198 F.3d 1130, 1134 (9th Cir. 2000) . . . . . . . . . . . . . . . . . . . . . . 14

Anderson v. Liberty Lobby, Inc.
    477 U.S. 242, 256 (1986) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

California v. Campbell
    319 F.3d 1161, 1166 (9th Cir. 2003) . . . . . . . . . . . . . . . . . . . . . . 14

Celotex Corp. v. Catrett
    477 U.S. 317. 323, 106 S. Ct. 2548; 91 L. Ed. 2d 265 (1986). . . . . . . . 13

Crosby v. State Dep't of Budget & Fin.
    76 Haw. 332, 341-342, 876 P.2d 1300, 1309-1310 (1994). . . . . . . . . .15, 16

Flores v. United Airlines, Inc.
    70 Haw. 1, 12 n.8, 757 P.2d 641, 647 n.8 (1988) . . . . . . . . . . . . . . 16

Lopes v. Kapiolani Med. Ctr.
    410 F. Supp. 2d 939, 956 (D. Haw. 2005) . . . . . . . . . . . . . . . . . . 18, 23

Matsushita Elec. Indus. Co v. Zenith Radio Corp. . . . . . . . . . . . . . . . . . . .14
    475 U.S 574, 586 (1986)

Miller v. Fairchild Indus.
    885 F.2d 498, 505 (9th Cir. 1989) . . . . . . . . . . . . . . . . . . . . . . . 18

Nelson v. Nat'l Car Rental Sys.
    2006 U.S. Dist. LEXIS 44922 (D. Haw. June 30, 2006) . . . . . . . . . . . 17

Norris v. Hawaiian Airlines
    74 Haw. 235, 261 (1992) . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16

Passantino v. Johnson & Johnson Consumer Prods., Inc.
    212 F.3d 493, 507 (9th Cir. 2000) . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18

Porter v. Cal. Dep't of Corr.
    419 F.3d 885, 891 (9th Cir. 2005) . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

Richardson (Klein, J., dissenting)
    75 Haw. at __, 868 P.2d at 1215-16. . . . . . . . . . . . . . . . . . . . . . . . . . 13

S. Cal. Gas Co. v. City of Santa Anna
    336 F.3d 885, 889 (9th Cir. 2003) . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

Tom Sun v. City & county of Honolulu
    2006 U.S. Dist. LEXIS 25623 (D. Haw. January 18, 2006. . . . . . . . . . 17

Villiarimo v. Aloha Island Air, Inc.
    281 F.3d 1054, 1065 (9th Cir. 2002) . . . . . . . . . . . . . . . . . . . . . . . . . 18

Yartzoff v. Thomas
    809 F.2d 1371, 1376 (9th Cir. 1987) . . . . . . . . . . . . . . . . . . . . . . . 18, 24

## STATUTES AND RULES

Haw. Rev. Stat. §§378-61 through 378-69. . . . . . . . . . . . . . . . . . . . . . . . . 15

Haw. Rev. Stat. §378-62 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

Haw. Rev. Stat. §708-830. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18

Revised Charter of Honolulu §11-101 . . . . . . . . . . . . . . . . . . . . . . . . . . . 18

Revised Charter of Honolulu §11-102 . . . . . . . . . . . . . . . . . . . . . . . . . . . 18

Revised Charter of Honolulu §11-104 . . . . . . . . . . . . . . . . . . . . . . . . . . . 18