City and County of Honolulu
Department of Human Resources

# NOTIFICATION OF PERSONNEL ACTION

Name: ENGLISH, PHILIP E                         Dept: BFS-REAL PROP

Social Security: 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                    Alternate Id:

**PERSONNEL ACTIONS:** REALLOCATION-PROBATIONARY - NEW

**EFFECTIVE DATE:** 02-01-2001        PROBATION END DATE: 07-31-2001

*CHANGES ARE UNDERLINED*

| | | |
|---|---|---|
| Dept: BFS-RP ASSMT | Begin: 06-01-2000 | End: 01-31-2001 |
| Position No.: DF486 | | |
| Appt Type: PERMANENT | | |
| Class: 020551 REAL PROPERTY APPRAISER II | | |
| Bargaining Unit: 13 B | Schedule/Grade/Step: SR 18 C | |
| Percent Fulltime: 100.00 | Regular: 2,445.00 | |
| | Differentials: | |

| | | |
|---|---|---|
| Dept: BFS-RP ASSMT | Begin: 02-01-2001 | End: |
| Position No.: DF486 | | |
| Appt Type: NEW PROBATION | | |
| Class: 020552 REAL PROPERTY APPRAISER III | | |
| Bargaining Unit: 13 B | Schedule/Grade/Step: SR 20 C | |
| Percent Fulltime: 100.00 | Regular: 2,643.00 | |
| | Differentials: | |

| | | |
|---|---|---|
| Dept: | Begin: | End: |
| Position No.: | | |
| Appt Type: | | |
| Class: | | |
| Bargaining Unit: | Schedule/Grade/Step: | |
| Percent Fulltime: | Regular: | |
| | Differentials: | |



RECEIVED
MAR 7 2001
C&C DEPARTMENT OF FINANCE
REAL PROPERTY ASSESSMENT BRANCH

I certify that the personnel actions reported above have been audited and found to be in compliance with the provisions of the Civil Service and compensation laws and the rules, regulations, and orders adopted thereunder.

_____              01-25-2001
for Director of Human Resources         Transaction Date

Form CS13

EXHIBIT "C"                              PE 00571