| | | | | |
|---|---|---|---|---|
| CITY AND COUNTY OF HONOLULU DEPARTMENT OF CIVIL SERVICE | DEPARTMENT/DIVISION DEPARTMENT OF BUDGET AND FISCAL SERVICES | | | 3 MON |
| PROBATIONARY PERFORMANCE EVALUATION REPORT | NAME OF EMPLOYEE ENGLISH, PHILIP E | | RATING PERIOD INITIAL 09/01/00 | TO 11/30/00 |
| | POS. NO. DF436 | TITLE OF POSITION REAL PROPERTY APPRAISER II | | |

## PROBATIONARY PERFORMANCE EVALUATION REPORT

Civil Service Rule 6.1(a) requires the Appointing Authority to have the performance of each probationary employee evaluated in writing at the end of every three months during the probationary period including any extension thereof. A performance evaluation is not required when an employee is terminated prior to the completion of the three months or prior to the completion of the probationary period.

Civil Service Rule 6.3(a) mandates all performance evaluation reports of probationary employees, including the three month evaluation(s), be transmitted to the Department of Civil Service for filing.

**COMMENTS**
Recognition for superior work; suggestions for improving performance.

| PERFORMANCE FACTORS | EXCELLENT | EXCEEDS REQUIREMENTS | MEETS REQUIREMENTS | BELOW REQUIREMENTS |
|---|---|---|---|---|
| 1. QUANTITY OF WORK | | | X | |
| 2. QUALITY OF WORK | | | X | |
| 3. ATTITUDE TOWARD WORK | | X | | |
| 4. RELATIONSHIP WITH PEOPLE | | | X | |
| 5. SUPERVISION OF EMPLOYEES (To be used only in evaluating supervisory and/or administrative personnel) | | | | |

During this probationary evaluation period, Philip has assisted in the preparation, research, setup and presentation of appeals to the Board of Review for the Waikiki/Ala Moana area condominiums. His experience and appraisal background have lent additional credibility at the Board of Review. He is currently assisting in the preparation for cases at the Tax Appeal Court and in analyzing and evaluating the multiple regression models to be used in the completion of the 2001 assessments.

He works well with his fellow employees and is tactful and courteous in his dealings with the public.

Philip's work meets the minimum requirement of the position and a satisfactory rating is recommended.

**IAS – Integrated Assessment System**

| | |
|---|---|
| 08/22/00-08/23/00 | Cost Valuation |
| 08/17/00 | Landisc |
| 09/18/00 | Model Refinement |


RECEIVED NOV 3 2000 C&C DEPARTMENT OF FINANCE REAL PROPERTY ASSESSMENT BRANCH

**CERTIFICATE OF EMPLOYEE**
This performance evaluation report has been discussed with me.

_____ SIGNATURE      Nov 3, 2000 DATE

**CERTIFICATE OF SUPERVISOR**
This report constitutes my best evaluation of this employee based on personal observation and knowledge of the employee's work during the probationary period.

_____ SIGNATURE      REAL PROPERTY APPRAISER VI TITLE OF POSITION      11/3/00 DATE

**CERTIFICATE OF APPOINTING AUTHORITY OR DESIGNATED REPRESENTATIVE**
I have reviewed the performance evaluation report of this employee, and I am: (check one)
- [X] Granting permanent status as the employee has performed at least satisfactorily during the established probationary period.
- [ ] Adjusting the probationary period for _____ month(s). (See CS Rule 5.3C)
- [ ] Extending the probationary period for _____ month(s). (See CS Rules 5.3A & B)
- [ ] Terminating the probationary appointment.

_____ SIGNATURE      REAL PROPERTY ADMINISTRATOR TITLE OF POSITION      11/3/00 DATE

FORM NO. 43 (REV. 1/86)   EMPLOYEE COPY

**EXHIBIT "F"**

E 01680