DUE: MAY 17 2002

**CITY AND COUNTY OF HONOLULU**
**DEPARTMENT OF CIVIL SERVICE**

**PROBATIONARY PERFORMANCE EVALUATION REPORT**

| DEPARTMENT/DIVISION | | RATING PERIOD | | |
|---|---|---|---|---|
| DEPARTMENT OF BUDGET AND FISCAL SERVICES | | 3 MONTHS | | |
| NAME OF EMPLOYEE | | NEW | 03/01/02 | TO: 05/31/02 |
| ENGLISH, PHILIP E. | | | | |
| POS. NO. | TITLE OF POSITION | | | |
| DF-486 | REAL PROPERTY APPRAISER IV | | | |

## PROBATIONARY PERFORMANCE EVALUATION REPORT

Civil Service Rule 6.1(a) requires the Appointing Authority to have the performance of each probationary employee evaluated in writing at the end of every three months during the probationary period including any extension thereof. A performance evaluation is not required when an employee is terminated prior to the completion of the three months or prior to the completion of the probationary period.

Civil Service Rule 6.3(a) mandates all performance evaluation reports of probationary employees, including the three month evaluation(s), be transmitted to the Department of Civil Service for filing.

**COMMENTS**
Recognition for superior work; suggestions for improving performance.

| PERFORMANCE FACTORS | EXCELLENT | EXCEEDS REQUIREMENTS | MEETS REQUIREMENTS | BELOW REQUIREMENTS |
|---|---|---|---|---|
| 1. QUANTITY OF WORK | | | X | |
| 2. QUALITY OF WORK | | | X | |
| 3. ATTITUDE TOWARD WORK | | | X | |
| 4. RELATIONSHIP WITH PEOPLE | | | X | |
| 5. SUPERVISION OF EMPLOYEES (To be used only in evaluating supervisory and/or administrative personnel) | | | | |

During this probationary performance evaluation period as an Appraiser IV, Phil has continued to be assigned the responsibility for the Waikiki area condominiums. At present, he has approximately 866 individual appeals to process to resolution. With a caseload of this size, he will need to manage his time well in order to meet deadlines and perform all the required duties of the Appraiser IV position.

As previously noted in earlier reports, Philip's background and foundation in the real estate profession have been valuable especially in his past assistance in preparation for court. He will benefit from review and familiarization of the IAS/CAMA system and materials and other instructional handouts.

He gets along with his fellow employees and is polite in his dealings with taxpayers and appellants.

Philip's work meets the minimum requirement of the position and a satisfactory rating is recommended.

(Please see attached list of courses taken)

RECEIVED MAY 16 2002
C&C DEPARTMENT OF FINANCE
REAL PROPERTY ASSESSMENT BRANCH

**CERTIFICATE OF EMPLOYEE**
This performance evaluation report has been discussed with me.

_[signature]_     5/13/02
SIGNATURE          DATE

**CERTIFICATE OF SUPERVISOR**
This report constitutes my best evaluation of this employee based on personal observation and knowledge of the employee's work during the probationary period.

_[signature]_     REAL PROPERTY APPRAISER VI     5/13/02
SIGNATURE         TITLE OF POSITION              DATE

**CERTIFICATE OF APPOINTING AUTHORITY OR DESIGNATED REPRESENTATIVE**
I have reviewed the performance evaluation report of this employee, and I am: (check one)
☒ Continuing the probationary status for the established probationary period.
☐ Adjusting the probationary period for _____ month(s). (See CS Rule 5.3C)
☐ Extending the probationary period for _____ month(s). (See CS Rules 5.3A & B)
☐ Terminating the probationary appointment.

_[signature]_     REAL PROPERTY ADMINISTRATOR     5/14/02
SIGNATURE         TITLE OF POSITION                DATE

FORM NO. 42 (REV. 1/86)    EMPLOYEE COPY

EXHIBIT "K"                 PE 00533

English, Philip E.  DF-486
Real Property Appraiser IV
Evaluation Period 03/01/02-05/31/02
Three Months Evaluation

### Other Personnel Training Courses
| | |
|---|---|
| 09/05/01 | Mandatory Sexual Harassment Policy |

### IAS – Integrated Assessment System
| | |
|---|---|
| 05/22/01 | Calp/Land Pricing |
| 05/29/01 | IAS Income Valuation Overview |
| 06/13/01 | CDU Rating System |
| 06/14/01 | IAS Selected Sales Validation |

### IAAO
| | |
|---|---|
| 12/11/01- 12/13/01 | Uniform Standards of Practice Professional Ethics Class Information |