CITY AND COUNTY OF HONOLULU
DEPARTMENT OF PERSONNEL

**PROBATIONARY
PERFORMANCE
EVALUATION REPORT**

| DEPARTMENT/DIVISION | | |
|---|---|---|
| DEPARTMENT OF BUDGET AND FISCAL SERVICES | | 6 MON |
| NAME OF EMPLOYEE | RATING PERIOD | |
| ENGLISH, PHILIP E | NEW   06-01-02   TO: 08-31-02 | |
| POS. NO. | TITLE OF POSITION | |
| DF496 | REAL PROPERTY APPRAISER IV | |

## PROBATIONARY PERFORMANCE EVALUATION REPORT

Civil Service Rule 11-2 (b)(2) requires the Appointing Authority to have the performance of each probationary employee evaluated in writing at the end of every three months during the probationary period including any extension thereof. A performance evaluation is not required when an employee is terminated prior to the completion of the three months or prior to the completion of the probationary period.

**COMMENTS**
Recognition for superior work; suggestions for improving performance.

| PERFORMANCE FACTORS | EXCELLENT | EXCEEDS REQUIREMENTS | MEETS REQUIREMENTS | BELOW REQUIREMENTS |
|---|---|---|---|---|
| 1. QUANTITY OF WORK | | | X | |
| 2. QUALITY OF WORK | | | X | |
| 3. ATTITUDE TOWARD WORK | | | | X |
| 4. RELATIONSHIP WITH PEOPLE | | | X | |
| 5. SUPERVISION OF EMPLOYEES (To be used only in evaluating supervisory and/or administrative personnel) | | | | |

(PLEASE SEE ATTACHED)

(Please see appendage by Mr. English)

**CERTIFICATE OF EMPLOYEE**
This performance evaluation report has been discussed with me.

_____ SIGNATURE            8/14/02 DATE

R E C E I V E D
AUG 2 6 2002
C&C DEPARTMENT OF FINANCE
REAL PROPERTY ASSESSMENT BRANCH

**CERTIFICATE OF SUPERVISOR**
This report constitutes my best evaluation of this employee based on personal observation and knowledge of the employee's work during the probationary period.

_____ SIGNATURE      REAL PROPERTY APPRAISER VI TITLE OF POSITION      8/4/02 DATE

**CERTIFICATE OF APPOINTING AUTHORITY OR DESIGNATED REPRESENTATIVE**
I have reviewed the performance evaluation report of this employee, and I am: (check one)
☐ Granting permanent status as the employee has performed at least satisfactorily during the established probationary period.
☐ Adjusting the probationary period for _____ month(s). (See CS Rule 3-36 (e)(4))
☑ Extending the probationary period for __3__ month(s). (See CS Rule 3-36 (e)(3))
☐ Terminating the probationary appointment.

_____ SIGNATURE      REAL PROPERTY ADMINISTRATOR TITLE OF POSITION      8/15/02 DATE

FORM NO. 43 (REV. 4/93)

**EXHIBIT "M"**

EMPLOYEE COPY

PE 01636

English, Philip E. DF-486
Real Property Appraiser IV
Evaluation Period 06/01/02 – 08/31/02

During this probationary performance evaluation period as an Appraiser IV, Phil has continued to be assigned the responsibility for the Waikiki area condominiums.    As noted in his last performance evaluation report, the volume of appeals and number of units in this area necessitates the use of good time management skills in order to meet deadlines and perform all the required duties.

Over the course of the past two months, Philip has been encountering some difficulties in independently performing all of the responsibilities of the Appraiser IV position.    His performance has been discussed with him on at least three occasions and efforts have been made toward addressing various issues and problems including misunderstandings and miscommunications.    Some items that have been addressed include work hours, timely submission and prior approval of leaves from work, and directions for processing various job tasks.  At the present time there are some issues that are affecting his attitude and subsequently his work performance.

Phil will benefit from an additional 3-month probationary period of review for further training and instruction to clarify his duties and responsibilities and ensure his understanding and ability to implement the various job functions.

He is polite in his dealings with taxpayers and appellants.

Areas of evaluation will include:

1.    Develop a work plan to organize and prioritize work to meet deadlines.
2.    Demonstrate knowledge of practical and routine aspects of the job in accordance with work expectations.
3.    Demonstrate the ability to follow written and verbal instructions.
4.    Obtain written prior approval for leave.


No classes taken since last evaluation period.

PE 01637

Response to the Review
6/1/02 to 8/31/02


English, Philip E. DF-486
Real Property Appraiser IV


I do not agree with the review.  Additionally, I do not agree with the 3-month extension
of probation.  It is unwarranted and unjustified.


*[signature: Phil English]*

Phil English

PE 01638

*Chg*

CONFIDENTIAL WORKPLACE VIOLENCE INCIDENT REPORT - Page 1

To: _____  Date of Incident: ~~1/3/03~~ *1/7/03* AND ~~1/8/03~~ *1/22/03*
Location of Incident: GRILLA'S RESTAURANT AND Telephone conversation (1/8/03)
Time of Incident: 1:00 (GRILLA'S RESTAURANT) AM/PM    Day of the week: _____
From: _____    Phone: _____

Number of persons affected: MYSELF (CHRIS GRAFF)

(Name of the victim(s)/affected person(s))
Position: CHRIS GRAFF _____ Bargaining Unit: 13

Supervisor: ANN GIMA _____  Supervisor notified? Yes X No ____

Family Notified? Yes X No ____

Was there third party/non-employee involvement? Yes ____ No X

Lost work time? Yes X No ____ Anticipated return to work date: LOST ONLY A COUPLE OF HOURS

Alleged Assailant/Perpetrator Information:
                                        (CHRIS GRAFF)
Violence was directed towards:  Staff X  Customer/Client ____
            Visitor ____  Other ____

Assailant(s) is/were: Staff X  Customer/Client ____  Visitor ____
Other _____
        Name of Assailant(s) or Alleged Perpetrator(s), if known

Position or Job Title of the Assailant(s): REAL PROPERTY APPRAISER IV

Was the assailant ARMED?   Yes ____  No X
If assailant was ARMED, describe the weapon: _____

Have there been previous incidents of this type in the workplace?   Yes ____  No X

Have there been previous incidents of this type by this person?   Yes ____  No X

Incident Information:

Type of incident:  PHYSICAL Abuse ____  VERBAL Abuse ____

        OTHER (describe) Verbal intimidation, THREATS

Injuries?  Yes ____  No X

IF YES, what were extent of the injuries? _____

Risk factors applicable to the incident:

____ Working with money                ____ Working alone
____ Working early morning             ____ Working at night
____ Dissatisfied with customer service ____ Domestic
X   Prior history of violence          ____ Gang related
____ Work in a high crime area         ____ Intoxicants/drugs
X   Other (describe): ASSAILANT has thrown Temper Tantrums in past, THREW boxes
Around etc...

ATC H 12

CONFIDENTIAL WORKPLACE VIOLENCE INCIDENT REPORT - Page 2

Description of the incident:

( SEE ATTACHED )

Present at the time of the incident: POLICE __N°__     SECURITY __NO__

Police notified?   YES _____   NO _____

Did anyone leave the area because of the incident?
YES _____   NO __X__   Not determined _____

The status of the incident:

Incident diffused: YES _____   NO _____
Explain outcome
_____
_____
_____

Assailant/perpetrator: __PHIL ENGLISH_____

Arrested?     YES _____   NO __X__     Escorted off premises? YES _____   NO __X__

Remained on premises? YES _____   NO _____   Left on own?     YES _____ NO _____

Other (describe)
_____
_____

Recommendations that would prevent a similar incident:
_____
_____
_____

Report completed by: __Chris GRAFF_____   Title: __REAL Property Appraiser II__

Witnesses:_____   Date:_____

Supervisor notified by: __Chris GRAFF_____   Time: __TUESDAY 1/7/03 & FRIDAY 1/10/03__

RENEAU KENNEDY RE PHILIP ENGLISH                     364

To Whom It May Concern:

On or about January 10th to 12th 2003, Mr. Phil English left several telephone messages on my cell phone asking me to call him. He stated, "There is something I need to talk to you about". I did not return the calls. Upon returning to work on Friday January 17th, I asked Mr. English what he wanted to speak with me about. Mr. English indicated that we should talk outside of the office.

We met for lunch at Grilla's Restaurant. During lunch Mr. English told me that the Real Property Assessment Office (RPA) has been under investigation for a long time by the F.B.I. and the City and County of Honolulu, Corp Counsel Ethics Commission. Mr. English further stated that the F.B.I. had a list of people from RPA, which was called the "bad list". I was shocked when Mr. English claimed that my name was on this so called "bad list", along with Gary Kurokawa, head of RPA, Steve Yee, an RPA supervisor, and others I can not remember.

Mr. English also stated that the City and County Department of Information Technology (DIT) had been helping with the alleged investigation and had accessed my computer records at the request of Charles Totto, head of the Ethics Commission, and the F.B.I. He also said that two other people from RPA had already gone forward to Ethics and are "of record" saying that I had been doing private appraisal work with Gary Kurokawa's approval while on City time. Mr. English also claimed that DIT had "hard evidence" to support these allegations.

Mr. English warned me that the Ethics Commission was "nobody to mess around with" because by the time they got around to questioning me about this "they would already know the answers". If I lied to them, they would know and "hang me out to dry".
At this point in our conversation, because I knew I had done nothing wrong, I felt Mr. English was attempting to intimidate me.

To intimidate me further, Mr. English related a tale to me about some guy who worked for the State of Hawaii who was put in jail for doing private work on State time. But this person was a mechanic doing "outside" work on State time with State equipment.

Mr. English further claimed that the Ethics Commission investigation had progressed so far that Charles Totto said "the best thing Gary Kurokawa could do right now was resign" because in addition to the allegations of private work being done on City time, they had allegedly found some irregularities with other properties held by Gary and his family.

Mr. English then told me that if I went forward to the Ethics Commission right now, i.e. prior to a complaint being filed, that I would be "moved off of the bad list" and placed into "whistle blower" status and therefore I could not be fired. Mr. English claimed that if I did not got to the Ethics Commission I would be fired and go to jail.

Mr. English contended that he was already protected as a so-called "whistle blower"

and that he wanted the same for me. Mr. English claimed that Robert Magota, RPA Assessor, said to him that "Chris is going down" for doing private appraisal work on City time, and insinuated that Mr. Magota was working with DIT and Ethics Commission.

When I informed Mr. English that the accusations alleged against me were false, Mr. English shouted, while slamming his fists into the tabletop, "Oh come on Chris, that's a lie!"

On Wednesday January 22, 2003 I received a phone call around 12:30 pm from Mr. English. He said that he had copy of an "official complaint" from Ethics and that my name was "all over it man." He then told me again that if I was to "save myself" that I needed to speak with Charles Totto at Ethics and "tell him everything" because they already knew and were going to "get me."

After meeting with the Ethics Commission, at the request of Charles Totto, I have since learned that the office is currently not under investigation by the F.B.I or the Ethics Commission, that there is no "bad list", that DIT has no "hard evidence" of wrongdoing, and most of Mr. English's statements were false.

Mr. English's lies amount to verbal intimidation. Mr. English has lodged several complaints against RPA and the Hawaii Government Employee's Association (HGEA). I believe his motivation was to intimidate me and scare me coming forth to the Ethics Commission with any information, which might in some way substantiate his complaints.


Sincerely,

Chris Graff

Phone discussion with Chuck Totto of the Ethics Commission on 02/28/2003.

After meeting with English, I called Totto of the Ethics Commission to verify whether English had filed a complaint with them. Totto indicated that he had and that they were investigating his complaint. Although Totto could not discuss the details of the complaint or his investigation, he seemed to be supportive of English (just my opinion from his tone of voice). I did ask him if anything in his investigation so far had found any of English's complaints to be true. He acknowledged yes. I also ask if his investigation so far had found any of English's complaints to be false, and he answered no. So, it appears there is an element of truth to what English is alleging.

EXHIBIT NO. _93_
_TOTTO_
_6-23-06_
RITA KING,        RPR, CSR

DEPARTMENT OF BUDGET AND FISCAL SERVICES

# CITY AND COUNTY OF HONOLULU

REAL PROPERTY ASSESSMENT DIVISION
842 BETHEL STREET 2ND FLOOR * HONOLULU, HAWAII 96813
PHONE: (808) 527-5502 * FAX (808) 521-7647
WWW.CO.HONOLULU.HI.US

JEREMY HARRIS
MAYOR



IVAN M. LUI-KWAN
DIRECTOR

CHRIS A. DIEBLING
DEPUTY DIRECTOR

GARY T. KUROKAWA
ADMINISTRATOR

April 17, 2003

Mr. Philip E. English
1741 Ala Moana Boulevard Unit 22
Honolulu, Hawaii 96816

Dear Mr. English:

Re:    **Notice of Substandard Performance Evaluation**

This is to inform you that we are placing you on a special three (3) month performance evaluation for the period 06/01/03 to 08/31/03 due to substandard performance rating you received on the Performance Evaluation Report attached.

According to the comments in the report, for the period 06/01/02 to 05/31/03, your supervisor has identified and discussed the following area(s) where your work performance was evaluated as substandard:

- Meeting deadlines
- Knowledge and understanding of processes and procedures for routine job functions.
- Following written and verbal instructions.
- Adequate preparation for BOR hearing presentations by stated deadlines.
- Exercising good and appropriate judgment in work related matters including all types of correspondence with taxpayers and their representatives.
- Following through to completion for all job functions. Including such areas as returning telephone calls, written correspondence, processing BOR recommendations for deferrals and decisions, corrections etc.

Additionally, during this period, your supervisor provided the following recommendations to assist you in bringing your work performance up to a satisfactory level:

- Develop a work plan
- Review all written instructions
- Organize work files, instructions and directions
- Submit work product for timely review
- Submit correspondences for review and authorization
- Seek assistance in a timely manner

CC 000373

Mr. Philip E. English
Substandard Performance Evaluation
April 17, 2003
Page 2

While on the special three (3) month performance period and to achieve an overall satisfactory rating, we will expect your work performance to improve the following areas:

- Meeting deadlines
- Knowledge and understanding of processes and procedures for routine job functions. .
- Demonstrate the ability to follow written and verbal instructions.
- Perform complete and thorough and accurate preparation for BOR hearing presentations by stated deadlines.
- Exercising good and appropriate judgment in work related matters including all types of correspondence with taxpayers and their representatives.
- Following through to completion for all job functions. Including such areas as returning telephone calls, written correspondence, processing BOR recommendations for deferrals and decisions, corrections etc.

To help you meet the performance expectations of your position, we offer the following recommendations:

- Develop a method of organizing work files to facilitate retrieval and tracking of information
- Set up work plan to schedule assignments and prioritize to meet deadlines
- Thoroughly review all written instructions
- File and organize written instructions for reference purposes
- Follow written and verbal instructions
- Reread Revised Ordinances of Honolulu
- Create a "to do" list to track completion and status of ongoing jobs/tasks
- Accept responsibility for work product

Your supervisor will meet with you on a monthly basis to discuss your progress towards achieving a satisfactory rating or to provide you with additional training or counseling as appropriate. Additionally, you may seek the assistance from your supervisor as well

I hope that your work performance will improve to a satisfactory level. However, if you are unable to satisfactorily meet the performance expectations of your position, this may result in removal or discharge from your position.

Sincerely,


IVAN M. LUI-KWAN
Director
Budget & Fiscal Services

Cc:    Gary T. Kurokawa, Real Property Administrator
       Robert O. Magota
       Department of Human Resources


**CC 000374**

| City and County of Honolulu | Department/Division<br>Budget & Fiscal Services - Real Pı | | BUDGET & FISCAL<br>9019-72H     CLS: 020553     BU: 13 |
|---|---|---|---|
| **Annual Performance Evaluation Report** | Name of Employee<br>English, Philip E. | | ENGLISH,PHILIP E<br>DF486 REAL PROPERTY APPRAISER IV<br>FR: 06-01-02  TO: 05-31-03 |
| | Position No<br>DF-486 | Position Title<br>Real Property | |
| | Rating Period:<br>From: 06/01/02 | To: | |

Annual ☒     Other ☐

Use the following rating factors to determine overall performance. Mark each SAT (satisfactory), SUBSTD (substandard) or NA (not applicable). Use only those factors that apply. Note some factors may not apply to specific positions.

| Factor | Rating | Comments |
|---|---|---|
| Quality of work | SAT ☐  SUBSTD ☒  NA ☐ | *(Please see attached evaluation)* |
| Quantity of work | SAT ☐  SUBSTD ☒  NA ☐ | Mr. English has been on leave |
| Reliability and Initiative | SAT ☒  SUBSTD ☐  NA ☐ | since February 28, 2003.  Upon |
| Safety and use of equipment | SAT ☒  SUBSTD ☐  NA ☐ | his return, his job performance |
| Relationship with others | SAT ☐  SUBSTD ☒  NA ☐ | evaluation will be discussed with |
| Job knowledge | SAT ☐  SUBSTD ☒  NA ☐ | him. |
| | SAT ☐  SUBSTD ☐  NA ☐ | |

The following factors apply to supervisors only. Note some factors may not apply to specific positions.

| | | |
|---|---|---|
| Communication | SAT ☐  SUBSTD ☐  NA ☐ | |
| Problem solving and decision making | SAT ☐  SUBSTD ☐  NA ☐ | |
| Creativity and innovation | SAT ☐  SUBSTD ☐  NA ☐ | |
| Supervision | SAT ☐  SUBSTD ☐  NA ☐ | |
| Appraising subordinates | SAT ☐  SUBSTD ☐  NA ☐ | |
| Planning, organizing and setting priorities | SAT ☐  SUBSTD ☐  NA ☐ | |
| | SAT ☐  SUBSTD ☐  NA ☐ | |

Employee's overall evaluation          Satisfactory ☐          Substandard ☒

This evaluation has been reviewed and discussed with the employee. If the employee disagrees with this evaluation, the employee may attach comments that will become a part of the evaluation.

| Employee's signature<br>On leave since Feburary 28, 2003 - upon return for discussion. | Date |
|---|---|
| Supervisor's signature | Date 4/22/03 |
| Appointing authority's signature | Date 4/22/03 |

Distribution:  Original to personnel file
                      Copy to employee
                      Copy to Department of Human Resources (for substandard evaluation only)

## COMMENTS FOR ANNUAL PERFORMANCE EVALUATION REPORT

**Employee:**      Philip E. English, Real Property Appraiser IV, DF-486

**Supervisor:**    Ann C. Gima, Real Property Appraiser IV

**Rating Period:**  June 1, 2002 To May 31, 2003

During this performance evaluation period as an Appraiser IV, Phil has continued to be assigned the responsibility for the Waikiki area condominiums.

Over the course of the past nine months, Philip has been encountering numerous difficulties in independently performing all of the responsibilities of his position. His performance has been discussed with him on several occasions including two meetings conducted with union agents in attendance. Job duties and responsibilities as well as performance expectations were reviewed with him in the presence of a union agent.
Some specific issues that have been addressed include acts of insubordination, meeting stated deadlines, following written and verbal directions, correct methods for processing various job tasks, utilizing good judgment and repeated errors.

He has been absent from the workplace since February 28, 2003. Prior to his absence, he was made aware of numerous incomplete assignments. At the present time there are several outstanding issues regarding work performance and conduct still to be addressed upon his return to work. In his absence he has missed several mandatory training sessions.

Rating factors for Quantity of Work, Quality of Work, Reliability and Initiative, Relationship with others, and Job Knowledge are considered to be substandard.

Specific Areas of Evaluation where satisfactory performance needs to be demonstrated include:
1. Meeting deadlines
2. Knowledge and understanding of processes and procedures for routine job functions.
3. Demonstrate the ability to follow written and verbal instructions.
4. Perform complete and thorough and accurate preparation for BOR hearing presentations by stated deadlines.
5. Exercising good and appropriate judgment in work related matters including all types of correspondence with taxpayers and their representatives.
6. Following through to completion for all job functions. Including such areas as returning telephone calls, written correspondence, processing BOR recommendations for deferrals and decisions, corrections etc.

PE 00747

Philip E. English
Real Property Appraiser IV, DF-486
Rating Period: June 1, 2002 To May 31, 2003
Page 2


Suggestions and recommendations for improving performance
1. Develop a method of organizing work files to facilitate retrieval and tracking of information
2. Set up work plan to schedule assignments and prioritize to meet deadlines
3. Thoroughly review all written instructions
4. File and organize written instructions for reference purposes
5. Follow written and verbal instructions
6. Reread Revised Ordinances of Honolulu
7. Create a "to do" list to track completion and status of ongoing jobs/tasks
8. Accept responsibility for work product

**Appraisal Training**
02/21/03    Mass Appraisal & ROH Chapter 8 – Staff
02/21/03    Market Modeling – Staff


On leave since February 28, 2003. Upon his return, a discussion will be held with hir
Philip E. English                                                        Date
Real Property Appraiser IV, DF-486


Ann C. Gima                                                  4/22/03
Real Property Appraiser IV                                   Date

PE 00748