English, Philip E.
___

**From:** Gima, Ann
**Sent:** Monday, October 21, 2002 2:33 PM
**To:** English, Philip E.
**Subject:** RE: Vacation leaves requested for 10/22 & 10/25

You should be submitting the listing of ratios
documenting acceptable performance of your model.
You did not request the MK400 jobs until last Thursday and you did not run the queries for performance until Friday at the earliest. For each of your models, show me what you have reviewed as far as the coefficients and the results that you are satisfied with.

Annie

> -----Original Message-----
> **From:** English, Philip E.
> **Sent:** Monday, October 21, 2002 1:38 PM
> **To:** Gima, Ann
> **Subject:** RE: Vacation leaves requested for 10/22 & 10/25
>
> Ann,
>
> As you know I have been working very hard on all of my models since before you were on leave. Furthermore I have received very little assistance from you in spite of my continued request. If there was any delay in my completing my coefficients by October 4th it should be on record that I did not get the support that I requested.
>
> As far as my request for leave on 10/22/02 and on 10/25/02 they are both for necessary follow-up concerning my health. One is a follow-up with my internist regarding cancer. The other is a follow-up for my toe which I broke 2 weeks ago and the Dr. asked me to follow-up in two weeks.
>
> I am continuing to work very hard to finalize weights and to do the best that I can under the circumstances to produce the best models that I can. If you would like to assist me or if you would like to check out what I am doing I would be very happy for you to check it out. I have been reviewing the weights with Norman who has been very helpful throughout the process.
>
> Please let me exactly what documents you need submitted so that I can do so.
>
> Phil
>
> > -----Original Message-----
> > **From:** Gima, Ann
> > **Sent:** Monday, October 21, 2002 1:19 PM
> > **To:** English, Philip E.
> > **Subject:** Vacation leaves requested for 10/22 & 10/25
> >
> > Your requests for vacation for 10/22/02 and 10/25/02 will be granted provided you are able to submit documentation that you have completed locking in all coefficients which were due on Oct. 4 and have finalized weights on your models which are producing acceptable ratios and comparables.
> > Annie

EXHIBIT "O"

PE 00475