| | | |
|---|---|---|
| KAISER PERMANENTE | MR#: | 633194 |
| | NAME: | ENGLISH, PHILIP E |
| HAWAII | DOB: | 10/26/1954   AGE: 47Y |
| | UC LOC: | HAK |

DATE OF VISIT: 10/25/2002

SUBJECTIVE
Philip injured his left foot about 2-1/2 weeks ago. He is quite better now.

OBJECTIVE
On examination today, he has some ecchymosis over his foot. He has surprisingly good motion.

DIAGNOSTIC DATA
X-rays show an avulsion fracture off the medial aspect of his MTP joint.

ASSESSMENT
Medial MTP joint fracture. The patient has an avulsion fracture. At this point, he is doing well.

PLAN
1. There is not much I can do for him differently.
2. Just have him use his foot in a limited capacity.
3. He will work on range of motion and strengthening. I think it will bother him for the next 2-3 months and he may end up with some slight decreased motion in the future. Not much else we can do for him at this time.

MARK SANTI, M.D.
MS/io
D: 10/25/2002 10:02:52
T: 10/25/2002 10:24:18
Job Id: 516110/MRN: 633194

PROGRESS NOTE
Page 1 of 1

Original

EXHIBIT "P"

Date Printed:    04/04/2005                                                    Time Printed:    12:48:04

**KAISER PERMANENTE**
HAWAII REGION
Medical Group, P. C.

Patient Chart for:  PHILIP E. ENGLISH                                          MRN: 633194

```
Ordered By: STRONGOSKY, GREGORY (7848)MEDDOC
Description:
     RD FOOT LT COMPLETE
Observation Date: 10-07-2002 08:44:00
Interpretation Date: 02-18-6414 00:00:00
Interpretation:

     LEFT FOOT.
     FINDINGS:There is an avulsion fracture noted at the base of the
     proximal phalanx of the great toe.
     JUNG H. KIM, M.D.
     egh

Interpreted by: KIM, JUNG, H (278)MEDDOC
```

**Copy To:**    STRONGOSKY, GREGORY (7848)MEDDOC

Page 5  / 40

0023 3861 10/01

SCANNED/CIS

**KAISER PERMANENTE.** HAWAII REGION
**Same Day Care Clinic (SDCC)**
**Medical Screening/Order Form**

(Page 1 of 1)   Format: Time - Military Date - MM / DD / CCYY

MR #: 633194
Name: ENGLISH, PHILIP, E
Sex/BD: M 10 26 1954
Encounter # SDC 100702
OC Loc: HAK

ENGLISH, PHILIP

| | |
|---|---|
| Date: 10/1/02 | Time: 8:11  PCP: ___ MAK   Age: 47 |
| Chief Complaint: R ss sprained @ gt toe |
| Triage Time: 815 | BP 139/86  P 67  R 16  Temp 97.2  Wt ___  SpO2 ___ |
| Assessment: Look like L big toe bent backwards as pt stepped down on boat & toe caught hatch & all wt bent toe back. Has today 2° pain |
| PMH: Kidney ca, lipoma | Meds: Dennison 1m gtt | Allergies: Morphine |
| Last td: | Visual Acuity: OD ___ OS ___ | Notified: ☐ Family ☐ Police  Latex: ☐ Yes ☐ No |
| Disposition: Exam |
| Time seen by MD: ___ | MA/Tech/Nurse's Sig: M Crowley |

**Physician's Orders** | Init/Time
☐ NPO
☐ Otho VS
☐ Monitor  Rhythm
☐ Peak Flow  Pre/Post
☐ EKG
☐ ABG  Allens/Site
☐ Foley
☐ NG  Heme
☐ Dex Stick  Result

**Lab**  ☐ CBC  ☐ DIFF
☐ BUN ☐ Glucose ☐ CR ☐ Lytes
☐ CPK ☐ Troponin ☐ PT/PTT
☐ TYSE ☐ HCG ☐ ABORH
☐ LFTS ☐ Amylase
☐ UA  ☐ UCG  ☐ Urine Tox
☐ Dig  ☐ Dilantin  ☐ Tylenol

**X-Rays** | Init/Time
(L) foot
(Big toe trauma)

Intravenous ___

O2 ___

☐ Restraints
Type: ___

☐ Procedural Sedation

☐ tD 0.5 ml IM

**Nursing Notes:**

**Additional Orders:** | Init/Time

Resident's Sig: ___
SDCC Practitioner's Sig: ___
Init ___ Nurse's Sig: ___  Prov.# (if any)  Init ___ Med Clerk / MA / Tech / Rn's Sig ___ Prov.# (if any)

0021 9271  6/00   White - OMR/Progress Notes   Canary - Consult/Referral   Pink - SDCC File   Goldenrod - Med Insurance

635 74  ENGLISH, PHILIP

## AUTHORIZATION FOR MEDICAL CARE, RELEASE OF INFORMATION AND FINANCIAL AGREEMENT

A. I believe that I am suffering from a condition requiring immediate care, and hereby authorize Kaiser to provide such medical care limited to diagnostic and treatment procedure to be performed on me by and under the supervision of the attending physician as named on the reversed side and/or such aides and assistants as he may select. I understand that medicine is not an exact science and acknowledge that no guarantees have been given to me concerning the outcome of the diagnostic and treatment procedures to which I am hereby consenting.

I acknowledge that it has been explained to me that the diagnostic and treatment procedures to be provided are limited to immediate medical care, and that it may be necessary for me to select another physician and obtain from him a complete diagnosis of my condition and such continued treatment as he may prescribe.

B. **RELEASE OF INFORMATION:** The hospital is authorized to furnish from patient's record requested information or excerpts to any insurer of patient or to any representative of the hospital.

C. **FINANCIAL AGREEMENT:** In consideration of hospital and medical services rendered to the patient, the undersigned, whether he signs as a patient, spouse, or personal representative of the patient, agrees to pay any and all charges for such services upon presentation of a statement of charges. Default in the payment of any installment when due shall make the entire debt due and payable.

This financial agreement covers charges for services and/or goods received and processed as of this date. Any additional charges related to this visit will be billed separately and will be payable according to the terms of this agreement.

D. **TELEPHONE CONSENT:**   Date _____   Time of Call _____   Number _____

Destination _____

Identity of adult person granting consent _____

Contingencies of granted consent _____

Identity of person calling from clinic _____

Witness to conversation via ext. phone _____

THE UNDERSIGNED CERTIFIES THAT HE HAS READ AND UNDERSTANDS THE FOREGOING, ACCEPTS AND AGREES TO ABIDE BY ITS TERMS.

Date _____ Hour __0210__ Signed __[signature] Phil Engh__
                                         Patient

Witness __[signature]__ Signed _____
                                Patient's Parent or Representative

_____
Relationship to Patient

**PARENTS PERMISSION FOR PELVIC EXAMINATION:** I hereby authorize and give permission to Kaiser and attending physicians to perform a pelvic examination on _____

who is my _____ Signed _____
                                            Patient's Parent or Representative

## REFUSAL OF DRUGS, TREATMENTS OR PROCEDURES RELEASE

I/We, the undersigned, refuse to have the drugs, treatments or procedures listed below administered to or performed on

myself or _____, patient, who is my _____.
even though it has been ordered by the physician. I have been informed of and understand the risk involved in this refusal and hereby release the Kaiser Foundation Hospital, Kaiser Foundation Health Plan, Inc. and Hawaii Permanente Medical Group, Inc (Kaiser Permanente), its staff and attending physician from any liability for any ill effects which might result from this refusal.

Refused _____
        Indicate name of drug, treatment or procedure refused

Date _____ Hour _____ Signed _____ Age _____
                                                    Patient, Parent, or Legal Guardian (Specify which)

Witness _____ Signed _____
                                          Other parent if patient is a minor

SCANNED/CIS   b3 31 94

© 1995-99 E.S.C.

(Circle) Positives   ✓ Check Normals   Back\lash Negatives

MR #:   UC LOG:
NAME: ENGLISH, PHILIP, E
B.D. 10 26 1954   H1
HOH SCC   100722

## KAISER PERMANENTE®
### EMERGENCY PHYSICIAN RECORD
Foot or Ankle Injury   (4)   Page 1 of 2
Template____of_____   Account #_____

DATE: 10/7/02   TIME SEEN:_____
HISTORIAN: (patient) __spouse __paramedics_____
__HX / __EXAM LIMITED BY:_____

☑ Nursing Assessment & Vital Signs Noted.   ☐ Tetanus immun. current.
PHYSICAL EXAM   ✓ Alert_____
Distress: ✓ NAD  __mild  __moderate  __severe

**HPI** chief complaint
__ankle   R / L
(foot)   R / L

location of injury:
__R 1 2 3 4 5 digit (foot)
(L) 2 3 4 5 digit (foot)

**NEURO-VASCULAR-TENDON**
__no vascular           __see diagram_____
    compromise         __abnml color / warmth / cap refill____
                                __pulse deficit_____
__sensation intact    __sensory deficit_____
__motor intact          __motor deficit_____
__ROM nml               __ROM limited by pain / tendon injury____

duration / occurred:
__just prior to arrival
__today_____
(yesterday)
____days PTA

where occurred:
__home         __school
__neighbor's __park
__work          __street

**SKIN**
__intact                    __see diagram_____

**GAIT**
__normal                 __limited by pain / unable to bear weight____
                                __antalgic gait_____
                                __gait not tested due to pain_____

context:
__fell  (twisted)  __direct blow / crush  __incised  __burn

(FEET &)               (see diagram)
ANKLES              (swelling / tenderness / ecchymosis)
__nml inspection   __bony point-tenderness
__ankle stable       __laxity of ligaments (ant. drawer)

severity of pain:  __mild  (moderate)  __severe

**LEGS**
__nml inspection   __see diagram_____
                                __swelling / tenderness / ecchymosis____
                                __bony point-tenderness_____

**ROS**  __tingling / numbness distally  __suspected FB in skin lac
__unable / painful weight bearing_____

**KNEES**
__nml inspection   __swelling / tenderness / ecchymosis____
__stable                 __bony point-tenderness_____
                                __effusion_____
                                __limited ROM_____
                                __ligamentous instability_____

**PAST HISTORY:** __negative
__peptic ulcer_____

**THIGHS/HIPS**
__nml inspection   __tenderness / swelling_____
                                __bony point-tenderness_____
                                __limited hip ROM_____

Meds- __none / __see nurses note_____
Allergies- __NKDA / __see nurses note_____

**HEAD / ENT**      __tenderness_____
__nml inspection   __swelling / ecchymosis_____
__pharynx nml

**NECK / BACK**    __tenderness_____
__nml inspection   __swelling / ecchymosis_____
__non-tender

**CHEST**             __tenderness_____
__no resp. distress __swelling / ecchymosis_____
__non-tender
__breath snds nml
**ABDOMEN**       __guarding_____
__non-tender         __swelling / ecchymosis_____
__no organomegaly

White(with Blue Ink) - Chart-OMR / Progress Notes   Dept   Referral   Patient Accounting

0007-7583 (Rev. 5/99)

SCANNED/CIS   MR #: b3 31 94   Page 2 of 2

NAME: ENGLISH, PHILIP, E
B.D.:  M  10 26 1954

### WOUND DESCRIPTION / REPAIR

length ___ cm  location ___
distal NVT: ___ sensation nml distally  ___ motor nml distally
___ vascular intact  ___ no muscle/tendon injury
depth/shape/contamination:
___ superficial  ___ linear  ___ stellate  ___ contused tissue
___ SQ  ___ irregular  ___ skieved  ___ nail avulsed
___ muscle  ___ flap
___ clean  ___ contaminated  minimally / moderately / *heavily
___ contaminated with ___

ANESTHESIA:  ___ LET / TAC  ___ local  ___ digital / metacarpal block
___ lidoc 1% 2% epi / bicarb  ___ marcaine .25% .5% epi

WOUND PREP
___ Shur-Clens / Betadine / Hibiclens  ___ debrided
___ irrigated / washed with saline  
  minimal / *mod. / extensive    minimal / *mod. / extensive
___ undermined
  minimal / mod. / *extensive
___ wound explored  ___ wound margins revised
___ foreign material removed  ___ *vermilion border aligned
  ___ partially  ___ completely  ___ multiple flaps aligned
  minimal / mod. / *extensive

WOUND REPAIR
  SKIN- # ___ -0 nylon / prolene / staples ___
    ___ interrupted  ___ running  ___ simple  ___ mattress (h / v)
  NAIL BED # ___ -0 vicryl
    ___ interrupted  ___ running  ___ simple  ___ mattress (h / v)
  OTHER # ___ -0 material ___
    ___ interrupted  ___ running  ___ simple  ___ mattress (h / v)

*may indicate intermediate repair  ^may indicate intermediate or complex repair

PROGRESS: ___
___ referred to / discussed with Dr. ___
  will see patient in: office / ED / hospital  in ___ days
___ Rx prescribed ___

RESIDENT'S SIGNATURE ___

FACULTY:  ___ pt seen / examined  ___ resident's hx reviewed
HX- ............
PX- ............

### CLINICAL IMPRESSION:  Fall   Alleged Assault

Contusion / Hematoma / Sprain / Laceration
  R / L   knee   ankle   foot
Fracture   R / L
  tibia   fibula   bimalleolar   trimalleolar   talus   calcaneus
  navicular   metatarsal: ___   toe: 1
Dislocation  R / L
  ankle   toe   great  2nd  3rd  4th  small

phalanx prox

DISPISITION-  ☐ home  ☐ admit  ☐ morgue  ☐ transfer ___
              ☐ AMA  ☐ other ___
STATUS OF -   ☐ unchanged  ☐ improved  ☐ stable  ☐ critical
DISCHARGE     ☐ expired ___

ATTENDING SIGNATURE ___

---

### XRAYS  ☐ Interp. by me  ☐ Reviewed by me  ☐ Discsd w/radiologist
R / L  foot  ankle ___
___ normal / NAD      ___ DJD
___ no fracture       ___ dislocation
___ nml alignment     ___ soft-tissue swelling  (L)
___ no foreign body   ___ foreign body
                      ___ fracture  prox Lg
                                    toe phalanx
                                    Fx

Other ☐ See separate report.

T=Tenderness  S=Swelling
E=Ecchymosis  B=Burn
C=Contusion  Lac=Laceration
A=Abrasion  M=Muscle spasm
PW=puncture wound
(O=without  m=mild  mod=moderate
  sv=severe)
Example: Tsv, A = Tenderness
onpalpation (severe) and Abrasion

### PROCEDURE NOTES:
ANKLE
___ ace wrap / tape  ___ boot orthosis  ___ crutches  ___ post-op shoe
___ air cast  ___ neoprene sleeve
___ splint  sugar-tong / posterior  ___ OCL / Ortho-glass / plaster
___ applied by ED Physician / Orthopedist / Tech

OTHER
___ toes "buddy-taped"
___ subungual hematoma drained with electrocautery

Ankle Injury -12

**KAISER PERMANENTE**
**HAWAII REGION**
Same Day Care Clinic
(SDCC) Discharge
Instructions and
Prescription Form
(page 1 of 1)
Format:
Time: Military
Date: MM/DD/CCYY

**KAISER PERMANENTE.**
Prescription Order Form
Same Day Care Clinic (SDCC)
1010 Pensacola St.
Honolulu, HI. 96814
Phone: 432-2100

Non Safety Caps Available at The Pharmacy On Request

MR #: 633194   UC Loc: MCA
Name: ENGLISH, PHILIP
Sex/BD: 63 31 94
Address: ENGLISH, PHILIP, E
Date: 10 26 1954
Encounter #:

☐ Formulary equivalent not to be used   ☐ No discharge medication   PLEASE USE SEPARATE FORM FOR EACH CLASS II DRUG

| # | DISCHARGE MEDICATIONS/SUPPLIES | STRENGTH | INSTRUCTIONS | NUMBER |
|---|---|---|---|---|
| 1 | | | | |
| 2 | VICODIN | | i-ii pi q4 pr | #20 |
| 3 | MOTRIN 800mg | | i po q8 pr prn | (twenty) #20 |
| 4 | | | | |

Signature: [signature]
DEA #: BS2241616
Print Name: Sorensky
Prov #
SCANNED/CIS

---

**Kaiser Permanente Same Day Care Clinic (SDCC) Discharge Instructions**

Print Patient's Name: VE ✓ ORTHO 1→2 wc
Follow up with: _____ (MD/Dept)
at (Clinic location) MCA   Telephone # 432 8300  on the next business day for
follow-up in ____ Day(s) ____ Week(s)   As needed ____

**ORIGINAL RETAINED IN PAPER CHART**

Diagnosis: ____
Treatment Given: ____
Instructions Given:  ☐ Head Injury   ☐ Splint/Cast   ☐ Vomiting/Diarrhea
                     ☐ Fever         ☐ Laceration/Wound Care   ☐ Other: ____

**If your conditions worsens, Return to SDCC Department or call your Physician.**

☐ You have been given a medicine in the SDCC Department that may impair you ability to drive or operate machinery.

Other Instructions: ____

---

**KAISER PERMANENTE.**   **WorkSlip**

Disabled for work  ☑ Yes  ☐ No
Date Disability Began: 10/07/2002
Return to Work on: 10/09/2002
Work Status: ☐ Full  ☑ Limited
Restrictions: ____

I have received, read and understand the above instructions and diagnosis
X ____
Printed name of Patient, Parent or Guardian
X [signature]   754-7121
Signature of Patient, Parent or Guardian   Phone #
Date: 10/7/02   Time: 854

X [signature]
Doctor's Signature   Prov #

X [signature]
Nurse's Signature   Prov #

0021 9270  4/00   White-1 - Patient   White-2 - OMR/SDCC   Canary - Consult/Referral   Pink - SDCC Dept   Goldenrod - Med Insurance