COPY

```
                    IN THE UNITED STATES DISTRICT COURT

                          FOR THE DISTRICT OF HAWAII

PHILIP E. ENGLISH,              )  CIVIL NO. CV04-00108 SCM KSC
                                )
          Plaintiff,            )
                                )
     vs.                        )   VOLUME II
                                )
CITY AND COUNTY OF HONOLULU;    )
GARY T. KUROKAWA;               )
ROBERT O. MAGOTA; ANN C. GIMA;  )
and GK APPRAISALS, INC.;        )
JOHN DOES 1-10; JANE DOES 1-10; )
DOE PARTNERSHIPS;               )
DOE CORPORATIONS 1-10; AND      )
DOE ENTITIES 1-10,              )
                                )
          Defendants.           )
_____)
```

DEPOSITION OF ROBERT L. K. YOSHIMURA

RENEAU KENNEDY, Ed.D.              RE: PHILIP E. ENGLISH

Taken upon written interrogatories for Defendants CITY AND COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA, and ANN C. GIMA; on Friday, June 03, 2005 commencing at 12:45 PM; at the offices of CARNAZZO COURT REPORTING COMPANY, LTD., 888 Mililani Street, Suite 705, Honolulu, Hawaii 96813; pursuant to Notice.

BEFORE:

KATHERINE Y. CHOO
Notary Public, State of Hawaii

Under the Direction and Control of:
Louis A. Carnazzo, C.S.R. #110

**EXHIBIT "T"**

CARNAZZO COURT REPORTING COMPANY, LTD. (808)532-0222

DEPARTMENT OF BUDGET AND FISCAL SERVICES

# CITY AND COUNTY OF HONOLULU

REAL PROPERTY ASSESSMENT DIVISION
842 BETHEL STREET 2ND FLOOR * HONOLULU, HAWAII 96813
PHONE: (808) 527-5502 * FAX (808) 521-7647
WWW.CO.HONOLULU.HI.US

JEREMY HARRIS
MAYOR



IVAN M. LUI-KWAN
DIRECTOR

CHRIS A. DIEBLING
DEPUTY DIRECTOR

GARY T. KUROKAWA
ADMINISTRATOR

February 4, 2003

TO: MICHAEL GOLOJUCH, ADMINISTRATIVE SERVICES OFFICER

FROM: GARY T. KUROKAWA, ADMINISTRATOR
REAL PROPERTY ASSESSMENT DIVISION

RE: WORKPLACE VIOLENCE

I have received a formal written filing of a workplace violence complaint under the City's workplace violence policies.

As indicated in the complaint, due to the possible accusations of a perceived persecution or retaliatory nature of this complaint I am requesting the Department of Budget and Fiscal Services personnel officer and the Department of Human Resources directly address the employee's concerns.

Attached is the original complaint. If you have any questions regarding this communication, please call me at 527-5502.

GARY T. KUROKAWA
Administrator
Real Property Assessment Division

GTK:dw

ATCH 2

RENEAU KENNEDY RE PHILIP ENGLISH

338

1/29/03

I have reviewed the City and departmental policies on workplace violence and would like to submit a report of a situation which I feel warrants attention.

Over the course of approximately one year, Philip English has displayed unacceptable behaviors (raising his voice & other outbursts) for which he has been verbally counseled.

I believe that he has irrational beliefs of "persecution" / "retaliation" which have recently escalated into a situation where it has been brought to my attention that he has made intimidating/coercive phone calls to a fellow employee. This situation has reached a level where I am concerned that future behaviors and actions may become more "violent" in nature.

All of the above mentioned has been brought to the attention of my superiors.

Additionally, co-workers who are aware to varying degrees of the ongoing situation have expressed fears as to his behavior. They have been made aware of the option of individually filing a report.


Respectfully,

*[signature]*
Ann C. Gima


RENEAU KENNEDY RE PHILIP ENGLISH                                            339

6

1   STATE OF HAWAII                          )
                                              ) SS.
2   CITY & COUNTY OF HONOLULU                )

3       I, KATHERINE Y. CHOO, a Notary Public in and for the

4   State of Hawaii, do hereby certify:

5   That on **June 3, 2005**, at **12:45 PM**,

6   personally appeared before me **Robert L. K. Yoshimura**,

7   the witness whose deposition is contained herein; that prior

8   to being examined, the witness was by me duly sworn; that the

9   deposition was taken upon written interrogatories, a copy of

10  which was served upon opposing counsel pursuant to Court

11  rules; that the interrogatories were propounded to the witness

12  by me as hereinbefore noted, and that the witness made the

13  answers as contained herein.

14      That the witness was notified by the notary either

15  verbally, through counsel, by mail, or by telephone to appear

16  and sign; that if the deposition is not signed, either the

17  reading and signing of the deposition were waived by the

18  witness, by stipulation of all parties, or the deponent has

19  failed to appear and the original deposition is therefore

20  retained by noticing counsel without signature pursuant to

21  Court rules.

22      I further certify that I am not attorney for any of the

23  parties hereto, and that I am in no way interested in the

24  event of said action.

25      DATED: **June 3, 2005**

        _Katherine Y. Choo_
        KATHERINE Y. CHOO
        NOTARY PUBLIC, State of Hawaii
        My Commission Expires: February 15, 2008

**C E R T I F I C A T E**                                      7

I, LOUIS A. CARNAZZO, a Certified Shorthand Reporter in and for the State of Hawaii, do hereby certify:

That the deposition upon written interrogatories contained herein was prepared under my direction and control.

I further certify that I am not attorney for any of the parties hereto, and that I am in no way interested in the event of said action.

*[signature]*

_____
LOUIS A. CARNAZZO, C.S.R. #110
Certified Shorthand Reporter