# EXHIBIT "V" RESERVED

**EXHIBIT "V"**