```
                                                                  Page 1
 1              IN THE UNITED STATES DISTRICT COURT

 2                   FOR THE DISTRICT OF HAWAII

 3

 4   PHILIP E. ENGLISH,          ) CIVIL NO. 04-00108 JMS/KSC
                                 )
 5              Plaintiff,       )
                                 )
 6        vs.                    )
                                 )
 7   CITY AND COUNTY OF HONOLULU;)
     GARY T. KUROKAWA; ROBERT O. )
 8   MAGOTA; ANN C. GIMA; and GK )
     APPRAISALS, INC.; JOHN DOES )
 9   1-10; JANE DOES 1-10; DOE   )
     PARTNERSHIPS; DOE           )
10   CORPORATIONS 1-10; AND DOE  )
     ENTITIES 1-10,              )
11                               )
                Defendants.      )
12   _____)

13

14            DEPOSITION OF GARY T. KUROKAWA

15   Taken on behalf of the Plaintiff PHILIP E. ENGLISH, at

16   the law offices of Moseley, Biehl, Tsugawa, Lau & Muzzi,

17   Alakea Corporate Tower, 23rd Floor, 1100 Alakea Street,

18   Honolulu, Hawaii 96813, commencing at 9:07 a.m., on

19   Tuesday, August 22, 2006 pursuant to Notice.

20

21            BEFORE:  MYRLA R. SEGAWA, CSR No. 397

22            Notary Public, State of Hawaii

23

24

25
```

Page 82

1   Q   So did you operate for a time believing
2   that his probation was extended?
3   A   Initially, yes.
4   Q   Okay. And are we talking weeks or months
5   or what are we talking about?
6   A   I think during the time that we were
7   meeting with Phil, we still, you know, didn't realize
8   that the time had lapsed.
9   Q   Okay. But I'm talking about how long after
10  that did you continue operating like he was still on
11  probation?
12  A   I don't think it ever went into effect
13  because we talked to the union and we still did not
14  turn my signature to HR. We were working on that
15  document. It never went to the human resources.
16  Q   Okay. But you never told Phil that it
17  wasn't going into effect; is that right?
18  A   I think at the meeting that we had with the
19  union and Waylon Toma that we had discussed that.
20  Q   That was in January of the following year;
21  is that right?
22  A   I don't know exactly what date it was.
23  Q   You do know it was after the additional
24  probation would have been passed as well though,
25  don't you?

Page 83

1   A   Right.
2   Q   So in that period of time, during the whole
3   period of time that you had intended to extend the
4   probation, did you ever tell Phil during that period
5   of time that he was not on probation, did you, Gary
6   Kurokawa, ever tell Phil when he was not on
7   probation?
8   A   No, I don't recall. But the only message I
9   had was that E-mail that I sent to Phil.
10  Q   Okay. Did you ever tell anybody else to
11  tell Phil that he was not on probation?
12  A   No, I was not aware that he was not on
13  probation.
14  Q   Whose responsibility was it to tell Phil
15  that he was not on probation, that you had made a
16  mistake?
17  A   I think he received a letter from HR, a
18  document from HR saying that he had passed probation.
19  Q   And have you seen that letter?
20  A   It's not a letter. I think it's when all
21  of these JPR's get finalized you receive an action
22  from HR letting you know what happened.
23  Q   So it's HR's responsibility to tell him
24  that he had passed probation and that he was not on
25  an extended probation?

Page 84

1   A   I think that would have come from HR, yes.
2   Q   Is that their responsibility?
3   A   I believe so.
4   Q   And HR is a part of the assessment division
5   or is that a part of the Department of Budget and
6   Fiscal Services?
7   A   They have their own department human
8   resources.
9   Q   So to your knowledge, nobody in the
10  assessment division ever advised Phil during the time
11  of the extended probation that he really was not on
12  probation?
13      MR. YAMAMOTO: I'm going to object.
14  Vague and ambiguous.
15  BY MR. MOSELEY:
16  Q   To your knowledge?
17      MR. YAMAMOTO: Same objection.
18      THE WITNESS: To my knowledge.
19  BY MR. MOSELEY:
20  Q   When you've just been looking at these
21  probationary performance evaluation reports and
22  probation -- I'm sorry. Performance evaluation
23  reports, did you notice that there was a time at
24  which Phil's ratings dropped off from exceeds
25  requirements to meets requirements?

Page 85

1   A   Can you --
2   Q   Well, as of June 26, 2001, Phil was still
3   being rated as exceeds requirements, right?
4   A   Uh-huh.
5   Q   Yes?
6   A   Yes.
7   Q   And then as of April 12 of '02, he's being
8   rated as only meets requirements, right?
9   A   Yes.
10  Q   Okay. That's a difference, isn't it?
11  A   Yes.
12  Q   Okay. And then as of May 16, '02, he's
13  still only rated meets requirements, right?
14  A   Yes.
15  Q   And then as of August 14, '02 he's
16  apparently being rated meets requirements in most
17  things except to attitude he's now below
18  requirements; is that right?
19  A   Yes.
20  Q   Wouldn't you say that this is a drop off
21  from exceeds requirements down to meets requirements
22  in some and below requirements in one?
23  A   Yes.
24  Q   Is this August 31, '02 probationary
25  performance evaluation report the specific report

Page 210

```
 1         I, GARY T. KUROKAWA, do hereby certify
 2  that I have read the foregoing pages 1 through 209,
 3  inclusive, and corrections, if any, were noted by me;
 4  and that same is now a true and correct transcript of
 5  my testimony.
 6         DATED:  Honolulu, Hawaii,_____.
 7
 8
 9  _____.
             GARY T. KUROKAWA
10
11
12  Signed before me this _____
13  day of _____, 2006.
14
15  _____
16
17
18
19
20
21
22
23  Case:  PHILIP ENGLISH vs. CITY AND COUNTY OF HONOLULU
    Civil No.:  04-00108 JMS/KSC
24  Deposition Dated:  August 22, 2006
    Taken By:  Myrla R. Segawa
25
```

Page 211

```
 1            C E R T I F I C A T E
 2  STATE OF HAWAII         )
                            ) SS:
 3  CITY AND COUNTY OF HONOLULU )
 4       I, MYRLA R. SEGAWA, Notary Public, State of
 5  Hawaii, do hereby certify:
 6       That on Tuesday, August 22, 2006, at
 7  9:07 a.m., appeared before me GARY T. KUROKAWA, the
 8  witness whose deposition is contained herein; that
 9  prior to being examined he was by me duly sworn;
10       That the deposition was taken down by me in
11  machine shorthand and was thereafter reduced to
12  typewriting under my supervision; that the foregoing
13  represents, to the best of my ability, a true and
14  correct transcript of the proceedings had in the
15  foregoing matter.
16       I further certify that I am not an attorney
17  for any of the parties hereto, nor in any way
18  concerned with the cause.
19       DATED this 29th day of August, 2006, in
20  Honolulu, Hawaii.
21
22
23       _____
         MYRLA R. SEGAWA, CSR NO. 397
         Notary Public, State of Hawaii
24       My Commission Exp:  1-27-2009
25
```