<u>Investigation Report for Workplace Violence - Treat as Confidential</u>
(This is an interim report because I have not been able to interview the alleged perpetrator. Date: March 12, 2003)
Investigator: Mike Golojuch, Administrative Services Officer, Department of Budget and Fiscal Services
Alleged Perpetrator: **Philip (Phil) English**, Real Property Appraiser IV
Division: Real Property Assessment
Hire Date: 06/01/2000
SR-22D
BU-13

## Background:

Ann Gima, Real Property Appraiser VI, had met with Robert Magota, Real Property Assessor, Violet Lee, Personnel Assistant and Mike Golojuch, Administrative Services Officer concerning the behavior of Philip English, Real Property Appraiser. (See Attachment 1.) Ann was asked to review departmental policies and the City's Workplace Violence Policy to determine if the Workplace Violence Incident Report was applicable.

Although Ann was not sure if the incident report itself was applicable, she did file a written complaint on January 29, 2003 to the Administrator of the Real Property Assessment Gary Kurokawa (Attachment 2). She believes that Philip English has displayed unacceptable behaviors (raising his voice & other outbursts) for approximately one year. Philip (Phil) has been verbally counseled about his behavior.

The Division Administrator brought her report to this office on February 4, 2003 and an investigation was initiated. For informational purposes, the City's Employee Assistance Program Counselor Ana Horne was left a telephone message about the situation. Later, Ann Gima informed Mike Golojuch that she had spoken to Ana Horne about the situation. Andre Lennon, Department of Human Resources (DHR) Training Division was told about the situation because he works with Ana Horne on the Workplace Violence training program for employees who are in HGEA collective bargaining units. Alan Hiramasu, DHR Safety Office was also advised that an investigation was started for allegations about workplace violence.

The first two initial interviews were with **Ann Gima** (Attachment 3) and **Robert Magota** (Attachment 4). Phil English is assigned to Ann Gima's team. According to Robert Magota, Philip challenges Ann's authority. Robert stated that Phil becomes defensive when his work, attitude and/or behavior are questioned. Ann repeated that Phil has raised his voice and his behavior is becoming more and more disruptive and counterproductive. Robert recommended that Phil go visit the Employee Assistance Program (EAP) but Phil said that didn't need it – nothing wrong with him. They both knew that Phil had filed some Ethics allegations against a co-worker, Christopher Graff. This has also contributed to the overall uneasy situation that exists within the work group.

1

**EXHIBIT "X"**

REHEAU KENNEDY RE PHILIP ENGLISH                    329

Ann and Robert were asked who else needed to be interviewed beside Phil. The names mentioned were: Linda Knowles, Carole Kamisato, Susanne Foumai, Julie Tamer, and Chris Graff. Arrangements were made to meet with these individuals.

On February 10, 2003 Mike Golojuch interviewed Linda Knowles, Carole Kamisato, Julie Tamer and Susanne Foumai. Copies of their interviews are at Attachments 5, 6, 7, and 8. A summary of their concerns and comments are:

a. **Linda Knowles**: Phil is stressed. Tension between Phil and Ann Gima. Phil's e-mail replies are obnoxious in tone. Phil has filed some charges with the Ethics Commission against Chris (Christopher Graff). Phil acts like nothing has happen. She doesn't feel threaten but believes something could happen. She has not been to workplace violence training.

b. **Carole Kamisato**: Ann Gima and Phil English had two encounters in 2002. One – Phil was suppose to cover the counter for the public but he refused. There were loud voices from Phil and Ann. Phil was upset enough that he threw a box or object in his cubicle that was loud enough for others to hear. Another 2002 incident resulted in voices (Phil & Ann) getting louder and louder for at least 10 minutes. Carole left the area and stayed away. Carole had driven Phil home after a class. He talked about ex-wife telling stories and the court decree was wrong. He did not physically abuse his ex-wife. She does not feel threaten or scared. So many things going on in Phil's life that he may snap. Something might trigger him like the Bryon Uyesugi (Xerox) case. She understands that others do feel threaten. Attended a workplace violence program sometime in the 1990s.

c. **Julie Tamer**: Phil English is a nice guy, sweet and mild-manner in appearance. However, Phil has done some "back stabbing" to co-worker Chris (Christopher Graff). She has not witnessed any physical aggressiveness but there are times when he does get argumentative with his supervisor Ann Gima. She also mentioned that Phil talked about his ex-wife who made some allegations about Phil being abusive, which he denies. He talks about "we are ALL against him at the office." He feels "shunned and ostracized." Phil will lie about things, mostly minor things. Phil tells people he received "no training" despite the fact that there are numerous classes that he and others have attended. He also uses "I was never told." E-mails are sent to everyone in the office. Julie does not feel threaten but others do. Not sure if she is safe at work. She has not attended workplace violence training. Phil speaks of being a good Christian but his actions do not reflect it.

d. **Susanne Foumai**: Phil English started with the division on June 1, 2000. Within the first two weeks Phil was scheduled to attend mandatory training with Roy (Director). Susanne said she sent an e-mail to Phil and Willy giving them the date and start time of 8:30 a.m. She was called about 9:30 a.m. on the day of the session and Susanne was asked about Phil's whereabouts. He was at his desk. He claims that the start time was 11:30 a.m. Phil wanted Sue to call and let them know that he was not a "flake." She also talked about a

2

training situation. She doesn't feel threaten but believes that physical harm is possible. She attended workplace violence training on January 22, 2002.

**There was a general consensus that Phil should get some kind of EAP help.**

On Wednesday, February 12, 2003 Mike Golojuch interviewed Eugenie (Genie) Shito-Leong, Dwight A. Ishiguro and Christopher (Chris) Graff. Copies of their interviews are at Attachments 9, 10, and 11. Summaries of their concerns and/or comments are:

a. **Genie Shito-Leong**: She was helping Phil on a project. After dropping off sorted letters at Phil's desk, she had stopped to speak to another employee. Genie heard a loud noise from Phil's area. She also heard Phil talking to Ann Gima in a loud voice. Phil is under pressure. Phil is normally quiet and very nice person. When he gets loud, people want to get away from him. Genie does not feel threaten because she works at Kapolei. With the pressure Phil is under, he could snap with angry taxpayers. She does not remember attending any workplace violence training.

b. **Dwight A. Ishiguno**: Didn't know that anything specific was happening with Phil. Dwight has talked to Phil because Dwight is the HGEA steward for Unit 13. Dwight moved from the Bethel Street office to Kapolei in February 2002. He considers Phil a low-key individual and soft-spoken guy. Dwight said that Phil and he have had religious discussion. Dwight said that he is Buddhist and Phil is a Christian. They would exchange views but never got into any type of shouting/loud voices. Dwight has attended workplace violence training with Andre Lennon and Vince Goo.

c. **Christopher (Chris) Graff**: Chris spoke of an incident where Phil wanted to use the fax to send some data to the IRS. Robert Magota had denied the use of the fax machine to send a personal requirement to the IRS. Phil slammed down things and he was upset. This happen in November/December 2002 time frame. Phil had described the situation to Chris. Chris also spoke of the counter incident where Phil refused to go. Chris doesn't feel physically threaten but he does feel uneasy. Chris believes that Phil behavior has become more morose over the past few years. Chris has not attended any workplace violence training. At the end of the interview, Chris produced a **Confidential Workplace Violence Incident Report,** which he wanted to present and discuss.

d. **Chris Graff's Complaint of Workplace Violence.** (See Attachment 12). Chris believes that Phil English has been verbally intimidating and made verbal threats. Chris reports that the incidents occurred on January 17 and 22, 2003. The first incident occurred at Grilla's Restaurant where Phil and he were having lunch. The second incident occurred over the telephone. Chris said that he lost a couple of hours of work because of Phil's comments. The police were not involved.

The main thrust of complaint has to do with Phil trying to make Chris agree that he need to come clean to the Ethics Commission. If he didn't, they (Ethics Commission) would "hang Chris out to dry." Phil stated that Chris is on the "bad

3

list" for the FBI and City's Ethics Commission. Phil said that if Chris came clean he could be protected as a "whistle blower." Phil had already spoken to Chuck Totto of the Ethics Commission. Note: At least five of the witnesses have knowledge of some complaint that Phil has filed with the Ethics Commission.

Chris stated that Phil has lied about what the Ethics Commission is doing and Phil is verbally intimidating Chris.

Two additional employees were interviewed on Thursday, February 13, 2003. They are: Annette Kabasawa and Ryan Fujitani. Copies of their interviews are at Attachments 13 and 14. A summary of their concerns and comments are:

   a.   **Annette Kabasawa**: She was not sure of any conflict. Annette has heard some other employees talking about Phil but she never witnessed anything herself. She does not know anything about allegations of workplace violence. Annette may have attended workplace violence training several years ago.
   b.   **Ryan Fujitani**: He had heard from other workers about confrontations with Phil English. Ryan knows that Phil has filed some charges against another employee (Chris). Ryan does not know the details. However, Ryan thought that Chris was friendly with Phil. Ryan believes other employees in the office seem to be on edge because of Phil. Ryan believes he needs to be cautious because of Phil's attitude and behavior to act like nothing is going on but it is (Ethic complaint). Ryan knows about Phil's divorce. Phil speaks like he is the one victimized. Phil has had physical problems. He also has monetary/financial problems. Ryan doesn't feel threaten but is starting to think about the Bryon Uyesugi case. Phil's behavior is becoming weird. As far as physical harm, anything is possible. Ryan feels reasonably safe at work but not 100%. Ryan has not been to workplace violence training.

Because the Ethics Commission and Chuck Totto's name were brought up several times, attempts have been made to contact Chuck Totto. Several voice mail messages have been left between Mike Golojuch and Chuck Totto. On February 26, 2003, Mike Golojuch sent a confidential e-mail to Chuck Totto explaining that he was conducting a workplace violence investigation and the incidents that Chris Graff had reported. See Attachment 15 for a copy of the message sent to Totto.

Chuck Totto called and sent the attached (Attachment 16) response to my e-mail on February 28, 2003. He did say that his responses were restricted because of his ongoing Ethics investigation.

On Thursday, February 27, 2003 I contacted Phil English and stated that we needed to meet to discuss some allegations that had been filed against him. I told Phil that he could have his representative if he desired. I recommended that we meet on Monday, March 3, 2003 or Tuesday, March 4, 2003. Phil said that he would get back to me. His HGEA union representative Kevin Mulligan contacted me later in the day to make the

4

6

```
STATE OF HAWAII              )
                             )SS.
CITY & COUNTY OF HONOLULU    )
```

I, KATHERINE Y. CHOO, a Notary Public in and for the State of Hawaii, do hereby certify:

That on **June 3, 2005**, at **12:45 PM**, personally appeared before me **Robert L. K. Yoshimura**, the witness whose deposition is contained herein; that prior to being examined, the witness was by me duly sworn; that the deposition was taken upon written interrogatories, a copy of which was served upon opposing counsel pursuant to Court rules; that the interrogatories were propounded to the witness by me as hereinbefore noted, and that the witness made the answers as contained herein.

That the witness was notified by the notary either verbally, through counsel, by mail, or by telephone to appear and sign; that if the deposition is not signed, either the reading and signing of the deposition were waived by the witness, by stipulation of all parties, or the deponent has failed to appear and the original deposition is therefore retained by noticing counsel without signature pursuant to Court rules.

I further certify that I am not attorney for any of the parties hereto, and that I am in no way interested in the event of said action.

DATED: **June 3, 2005**

_Katherine Y. Choo_
KATHERINE Y. CHOO
NOTARY PUBLIC, State of Hawaii
My Commission Expires: February 15, 2008

C E R T I F I C A T E                                        7

     I, LOUIS A. CARNAZZO, a Certified Shorthand Reporter in and for the State of Hawaii, do hereby certify:

     That the deposition upon written interrogatories contained herein was prepared under my direction and control.

     I further certify that I am not attorney for any of the parties hereto, and that I am in no way interested in the event of said action.

*[signature]*

LOUIS A. CARNAZZO, C.S.R. #110
Certified Shorthand Reporter