Workplace Violence Checklist, February 10, 2003

1. Name: Julie Tamayori
2. Job Title: Real Property Appraiser IV
3. Position Number: DF-475
4. How long with the City/Department/Division: With Real Property since 1989; prior with Motor Vehicles 1985 -1989
5. Phone number: 527-5530
6. Confidentiality – The results of my investigation will be kept as confidential as possible. What I mean is that I will only release information and/or names of individuals when required by law and City requirements. There may be a requirement to provide your name in the future for "due process" requirements. Also the information discussed should not be discussed with others.
7. There have been allegations made that a possible condition exists that has resulted in non-physical threats and/or could lead to physically confrontations. What do you know about this and who is involved if you know?

Phil (Philip) English is a nice guy, sweet and mild-mannered in appearance. However, Phil has recently done some "back stabbing" to co-worker Chris (Christopher) Graff. What is disturbing is that although Phil has filed a complaint that could possibly lead to Chris being fired, his behavior towards Chris is as if nothing has happened. He speaks to Chris as if he were "a friend".

I have never witnessed Phil being physically aggressive but there are times when he does get argumentative with the supervisor Ann. On one occasion, their discussion seemed to be getting especially loud and he seemed to be getting very angry. To avoid the unpleasantness of the situation, several of us left the scene to get away from that. One co-worker who was sitting at her desk (right next to Ann's desk) witnessed the whole incident. Apparently it scared her (the co-worker) enough so that her husband did not want her to come into the office the next day as he thought Phil might do something crazy.

Phil has talked about his ex-wife who made some allegations about Phil being abusive although he denies it. Phil said something like "Do I look like the kind of person who would be abusive?" At the time Phil was telling me about his ex-wife, I was very sympathetic to his side because as I said, he has a very mild-mannered appearance.

What is unnerving is that when he talked about how he got the bad end of the divorce because his ex-wife is an attorney and all the attorneys and the judge were on her side, it seems to parallel what he's claiming here at our office that "everyone" is siding with administration. As in his divorce when ALL the attorneys and judge were against him, we here are ALL against him at this office. He made a claim that he is being "shunned and ostracized" by

**EXHIBIT "Z"**

ATC # 7

RENEAU KENNEDY RE PHILIP ENGLISH                    350

everyone here. That claim came as a surprise to me; I wasn't aware that anyone was "shunning" him. In my opinion, these 'everyone against me' theme seems a bit paranoid. His perception of reality seems a little bit distorted.

Phil will lie about things, maybe it's minor things but I'm wondering why he feels he needs to lie. One example, he said he had to take the day off because he had a parent – teacher conference. I found out that his son's school had the day off so obviously there was no parent–teacher conference scheduled for that day.

Phil tells people that he received "no training" despite the fact that we have had numerous classes, meetings, and a lot of written instructions via handouts and e-mail. And although he goes to those classes and gets the same things the rest of the group gets, he still denies receiving any sort of training or direction. He'll say, "I was never told". He'll even deny getting notified by e-mail even though I see his name listed as one of the recipients. I don't know if he's lying or if his problem is forgetfulness and he really feels that he is not being provided information; I don't know.

8.    Who is the alleged assailant/ perpetrator?
      Philip English

9.    How long has this person been working at this location? Not sure – maybe 2 to 3 years.

10.   Have they're been more than one incident? If so, how many and when? Chris incident and Phil's lies.

11.   Do you feel threatened?
      Not threatened.

12.   Do you believe that physical harm is possible? Not sure

13.   Have any of his/her patterns of behavior changed before this incident occurred? Sometimes more agitated.

14.   Has an incident been reported to police and/or security? No.

15.   Do others feel threaten? Yes – others do. Think of other violent stories.

16.   Can I have their names so I can interview them?
      No one new.

17.   Do you feel safe at work? Not sure.

1    STATE OF HAWAII                         )                    **6**
                                            ) SS.
2    CITY & COUNTY OF HONOLULU              )

3        I, KATHERINE Y. CHOO, a Notary Public in and for the

4    State of Hawaii, do hereby certify:

5        That on ___**June 3, 2005**_____, at _____**12:45 PM**_____,

6    personally appeared before me ____**Robert L. K. Yoshimura**_____,

7    the witness whose deposition is contained herein; that prior

8    to being examined, the witness was by me duly sworn; that the

9    deposition was taken upon written interrogatories, a copy of

10   which was served upon opposing counsel pursuant to Court

11   rules; that the interrogatories were propounded to the witness

12   by me as hereinbefore noted, and that the witness made the

13   answers as contained herein.

14       That the witness was notified by the notary either

15   verbally, through counsel, by mail, or by telephone to appear

16   and sign; that if the deposition is not signed, either the

17   reading and signing of the deposition were waived by the

18   witness, by stipulation of all parties, or the deponent has

19   failed to appear and the original deposition is therefore

20   retained by noticing counsel without signature pursuant to

21   Court rules.

22       I further certify that I am not attorney for any of the

23   parties hereto, and that I am in no way interested in the

24   event of said action.

25       DATED:    **June 3, 2005**

              _Katherine Y. Choo_
              KATHERINE Y. CHOO
              NOTARY PUBLIC, State of Hawaii
              My Commission Expires: February 15, 2008

1

**C E R T I F I C A T E**                              7

2

        I, LOUIS A. CARNAZZO, a Certified Shorthand

3

Reporter in and for the State of Hawaii, do hereby certify:

4

        That the deposition upon written interrogatories

5

contained herein was prepared under my direction and control.

6

        I further certify that I am not attorney for any of

7

the parties hereto, and that I am in no way interested in the

8

event of said action.

9

10

11
        _____
12      LOUIS A. CARNAZZO, C.S.R. #110
        Certified Shorthand Reporter

13

14

15

16

17

18

19

20

21

22

23

24

25