



**EXHIBIT "AA1"**