1

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                   FOR THE DISTRICT OF HAWAII

 3

 4    PHILIP E. ENGLISH,           ) CIVIL NO. 04-00108

 5                 Plaintiff,      ) JMS/KSC

 6             vs.                 )

 7    CITY AND COUNTY OF HONOLULU; )

 8    GARY T. KUROKAWA; ROBERT O.  )

 9    MAGOTA; ANN C. GIMA; AND     )

10    GK APPRAISALS, INC.; JOHN    )

11    DOES 1-10; JANE DOES 1-10;   )

12    DOE PARTNERSHIPS; DOE        )

13    CORPORATIONS 1-10; AND DOE   )

14    ENTITIES 1-10,               )

15                 Defendants.     )

16    _____)

17

18            DEPOSITION OF LINDA H.Y.L. KNOWLES

19    Taken on behalf of the Plaintiff at the offices of

20    Moseley Biehl Tsugawa Lau & Muzzi, Alakea Corporate

21    Tower, 23rd Floor, 1100 Alakea Street, Honolulu,

22    Hawaii, commencing at 9:04 a.m., on Friday,

23    July 28, 2006, pursuant to Notice.

24

25        BEFORE:  Cristina V. Llewellyn, RPR, CSR 343
```

RALPH ROSENBERG COURT REPORTERS, INC.
(808) 524-2090

**EXHIBIT "BB"**

1      what it means.  Can you tell me in general what that

2      system is or was?

3          A.   It's if you feel that the unit -- you can use

4      it if you feel that the unit either is in better

5      condition or lesser condition than a typical unit, as

6      well as its uses; you feel that there's something with

7      the property that -- say you have a building where --

8      I had a -- I had a building where the elevator didn't

9      go all the way up to the top floor, so the people on

10     the top floor had to walk up the stairs.  So that was

11     like a place where you could account for something like

12     that.

13         Q.   Okay.  When did that system come into effect?

14         A.   I believe the CDU has always been in the IAS

15     system as a field.

16         Q.   Has there been any change in recent years in

17     that system?

18         A.   I don't know.  I don't remember there being a

19     change.

20         Q.   Did you ever go to a meeting in which

21     somebody was conducting some sort of a training program

22     and there was a cartoon of a whistle-blower displayed

23     at the beginning of the meeting?

24         A.   I remember that.

25         Q.   Okay.  And can you tell me what that cartoon

1    was?

2        A.   Not specifically.  It was something about

3    whistle blowing.

4        Q.   Okay.  Do you remember the import of the

5    cartoon at all?

6        A.   I just remember it was Randy Hiraki.  And I

7    don't know.  He -- I -- I don't really understand what

8    that had to do with the meeting, but I remember the

9    cartoon being up on the screen.

10       Q.   Okay.  And it was Randy Hiraki that was

11   conducting a training session?

12       A.   I believe Randy did the whole training

13   session.  He may have done part of the training

14   session.

15       Q.   Okay.  And do you remember what the training

16   session was supposed to be about?

17       A.   I do not.

18       Q.   Okay.  But it wasn't about whistle blowing.

19       A.   I don't think so.  That's why I was puzzled.

20   That's why I remember Randy doing it because it didn't

21   make sense to me.

22       Q.   Wasn't the import of the cartoon sort of if

23   you want to be a whistle-blower you should sort of mind

24   your own business instead?

25            MR. LORUSSO: Objection.  Calls for

1    speculation; argumentative; lacks foundation; assumes

2    facts not in evidence.

3        A.    I have no idea.  Like I said, I remember

4    Randy putting it up because it didn't make any sense

5    to me why he would have it, thought that was funny or

6    whatever.  I have no idea what was in Randy's mind.

7        Q.    How do you know it was about whistle

8    blowing?

9        A.    I think it said it on the cartoon.  I'm not

10   sure.  But it was -- it was something that was obvious

11   to me that's what it was about.

12       Q.    Do you know how many people were at that

13   meeting?

14       A.    I would assume either half the staff to maybe

15   all the staff.  Probably half the staff.

16       Q.    Do you remember when that meeting was?

17       A.    No, I do not.

18       Q.    Was it toward the end of Phil's tenure at the

19   assessment division?

20       A.    I don't remember.

21       Q.    Is there anything else you remember about

22   this meeting?

23       A.    I just remember thinking that was kind of odd

24   for Randy to -- and I couldn't figure out what he was

25   trying to say because it had nothing to do with the

1    meeting, which I can't remember what it was about.  But

2    it's just one of those things that you kind of

3    remember.

4        Q.   Did you ever ask anybody -- did you ever ask

5    Randy why he did that?

6        A.   No, I did not.

7        Q.   Did you ever ask anybody else?

8        A.   I think a couple of us scratched our heads

9    and said, huh?

10       Q.   Did you discuss it with anybody else at the

11   meeting?

12       A.   Probably some of the girls afterwards.

13       Q.   Some of the girls meaning whom?

14       A.   More than likely Julie or Carole or Ann, one

15   of them.  Yeah, we still couldn't figure it out, what

16   it was about.

17       Q.   Do you remember who else besides Randy

18   conducted that meeting?

19       A.   No.  I don't even remember what the rest of

20   the meeting was about.

21       Q.   Any other occasion in which there were any

22   references to whistle blowing in sort of meetings of

23   any part of the assessment division?

24       A.   No.

25       Q.   Okay.  Do you know if anybody got disciplined

1    for displaying that cartoon about whistle-blowers?

2        A.   Not that I know of.

3        Q.   Did you notice people laughing about that?

4        A.   There may have been some people laughing, but

5    I don't recall specifically.

6        Q.   Did you laugh?

7        A.   I don't think so.  I was more puzzled than

8    anything else.

9        Q.   Would it be fair to say that when you looked

10   at it you thought it was a joke, you didn't get the

11   joke?

12       A.   Yeah, pretty much.

13       Q.   Okay.  Do you think it was a joke?

14       A.   I have no idea what was going on in Randy's

15   mind or why he -- why he chose to show it.

16       Q.   What was Randy's job at that time?

17       A.   I think at that time Randy was probably in

18   property technical.

19       Q.   And was it their job to conduct seminars and

20   training sessions?

21       A.   For some of them, yes.

22       Q.   Okay.  Was that Randy's job?

23       A.   I think so.

24       Q.   When was the first time you met Mike

25   Golojuch?

```
1    STATE OF HAWAII        )

2                           ) SS

3    COUNTY OF HONOLULU  )

4            I, Cristina V. Llewellyn, Certified Shorthand

5    Reporter and Notary Public, State of Hawaii, hereby

6    certify there came before me the deponent herein,

7    namely, LINDA H.Y.L. KNOWLES, who was by me duly sworn

8    to testify to the truth concerning the matters in this

9    cause.

10           I further certify that the foregoing

11   transcript is a true and accurate transcript of my

12   original stenographic and recorded notes as taken at

13   said time and place to the best of my knowledge and

14   ability.

15           IN WITNESS WHEREOF, I have hereunto set my

16   hand and affixed my notarial seal this ___3rd___ day of

17   ___August___, 2006.

18

19   _____

20           Cristina V. Llewellyn

21           RPR, CSR 343

22           Notary Public

23           My Commission Expires: 04/19/09

24

25
```

RALPH ROSENBERG COURT REPORTERS, INC.
(808) 524-2090