DEPARTMENT OF BUDGET AND FISCAL SERVICES
# CITY AND COUNTY OF HONOLULU
REAL PROPERTY ASSESSMENT DIVISION
842 BETHEL STREET 2ND FLOOR * HONOLULU, HAWAII 96813
PHONE: (808) 527-5502 * FAX (808) 521-7647
WWW.CO.HONOLULU.HI.US



JEREMY HARRIS
MAYOR

IVAN M. LUI-KWAN
DIRECTOR

CHRIS A. DIEBLING
DEPUTY DIRECTOR

GARY T. KUROKAWA
ADMINISTRATOR

April 17, 2003

Mr. Philip E. English
1741 Ala Moana Boulevard Unit 22
Honolulu, Hawaii 96816

Dear Mr. English:

Re:   **Notice of Substandard Performance Evaluation**

This is to inform you that we are placing you on a special three (3) month performance evaluation for the period 06/01/03 to 08/31/03 due to substandard performance rating you received on the Performance Evaluation Report attached.

According to the comments in the report, for the period 06/01/02 to 05/31/03, your supervisor has identified and discussed the following area(s) where your work performance was evaluated as substandard:

- Meeting deadlines
- Knowledge and understanding of processes and procedures for routine job functions.
- Following written and verbal instructions.
- Adequate preparation for BOR hearing presentations by stated deadlines.
- Exercising good and appropriate judgment in work related matters including all types of correspondence with taxpayers and their representatives.
- Following through to completion for all job functions. Including such areas as returning telephone calls, written correspondence, processing BOR recommendations for deferrals and decisions, corrections etc.

Additionally, during this period, your supervisor provided the following recommendations to assist you in bringing your work performance up to a satisfactory level:

- Develop a work plan
- Review all written instructions
- Organize work files, instructions and directions
- Submit work product for timely review
- Submit correspondences for review and authorization
- Seek assistance in a timely manner

CC 000373

EXHIBIT "HH"

Mr. Philip E. English
Substandard Performance Evaluation
April 17, 2003
Page 2

While on the special three (3) month performance period and to achieve an overall satisfactory rating, we will expect your work performance to improve the following areas:

- Meeting deadlines
- Knowledge and understanding of processes and procedures for routine job functions.
- Demonstrate the ability to follow written and verbal instructions.
- Perform complete and thorough and accurate preparation for BOR hearing presentations by stated deadlines.
- Exercising good and appropriate judgment in work related matters including all types of correspondence with taxpayers and their representatives.
- Following through to completion for all job functions. Including such areas as returning telephone calls, written correspondence, processing BOR recommendations for deferrals and decisions, corrections etc.

To help you meet the performance expectations of your position, we offer the following recommendations:

- Develop a method of organizing work files to facilitate retrieval and tracking of information
- Set up work plan to schedule assignments and prioritize to meet deadlines
- Thoroughly review all written instructions
- File and organize written instructions for reference purposes
- Follow written and verbal instructions
- Reread Revised Ordinances of Honolulu
- Create a "to do" list to track completion and status of ongoing jobs/tasks
- Accept responsibility for work product

Your supervisor will meet with you on a monthly basis to discuss your progress towards achieving a satisfactory rating or to provide you with additional training or counseling as appropriate. Additionally, you may seek the assistance from your supervisor as well

I hope that your work performance will improve to a satisfactory level. However, if you are unable to satisfactorily meet the performance expectations of your position, this may result in removal or discharge from your position.

Sincerely,

IVAN M. LUI-KWAN
Director
Budget & Fiscal Services

Cc:   Gary T. Kurokawa, Real Property Administrator
      Robert O. Magota
      Department of Human Resources

CC 000374