IN THE UNITED STATES DISTRICT CIRCUIT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH, | ) CIVIL NO. 04-00108 |
| Plaintiff, | ) |
| vs. | ) |
| CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10, | ) |
| Defendants. | ) |

DEPOSITION OF CHARLES TOTTO

Taken on June 23, 2006, commencing at 9:15 a.m. at the Law Offices of Moseley Biehl Tsugawa Lau & Muzzi, Alakea Corporate Tower, 1100 Alakea Street, 23rd Floor, Honolulu, Hawaii, before Rita King, a Certified Court Reporter in the State of Hawaii.

Ralph Rosenberg Court Reporters, Inc.
Ofc: 808.524.2090  Fax: 808.524.2596

**EXHIBIT "II"**

```
 1  criminal investigation.
 2       Q.   Can the Ethics Commission prosecute
 3  someone criminally?
 4       A.   No.
 5       Q.   The best you could do is refer to the
 6  police department, as you described earlier?
 7       A.   That's right.
 8       Q.   I'm just going to ask you if the Ethics
 9  Commission has concluded its investigation with
10  respect to Phil's complaint, but you're actually
11  not even going to admit that there is an
12  investigation; is that right?
13            MR. NELSON:  Well, I think we did say
14  earlier in the deposition that the investigation
15  hadn't been concluded.
16            MR. MOSELEY:  Hadn't been concluded.
17            MR. NELSON:  Right.
18            THE WITNESS:  It has not been concluded.
19       Q.   BY MR. MOSELEY:  So whatever is there is
20  ongoing; is that right?
21       A.   Right.
22       Q.   Is Phil English the subject of any Ethics
23  Commission investigation?
24       A.   The subject.
25       Q.   You know, I used the word target earlier,
```

```
 1  STATE OF HAWAII       )
                          ) ss.
 2  COUNTY OF HONOLULU    )

 3

 4          BE IT KNOWN that the foregoing deposition
 5  was taken before me, RITA KING, a Certified
 6  Shorthand Reporter for the State of Hawaii; that
 7  the witness before testifying was duly sworn by me
 8  to testify to the whole truth; that the questions
 9  propounded to the witness and the answers of the
10  witness thereto were taken down by me in shorthand
11  and thereafter reduced to print by computer-aided
12  transcription under my direction; that the witness
13  elected to read and sign; that the foregoing pages
14  are a full, true and accurate transcript of all
15  proceedings and testimony had and adduced upon the
16  taking of said deposition, all done to the best of
17  my skill and ability.
18          I FURTHER CERTIFY that I am in no way
19  related to nor employed by any of the parties
20  hereto nor am I in any way interested in the
21  outcome hereof.
22          DATED at Honolulu, Hawaii, this 26th day of
23  June, 2006.
24                          _____
25                          RITA KING, RPR, CSR No. 373
```

Ralph Rosenberg Court Reporters, Inc.
Ofc: 808.524.2090   Fax: 808.524.2596