# EXHIBIT "JJ"

# RESERVED