**OFFICE OF THE MANAGING DIRECTOR**
**CITY AND COUNTY OF HONOLULU**
530 SOUTH KING STREET, ROOM 306 • HONOLULU, HAWAII 96813
PHONE: (808) 523-4331 • FAX: (808) 523-4242 • INTERNET: www.co.honolulu.hi.us

JEREMY HARRIS
MAYOR



BENJAMIN B. LEE, FAIA
MANAGING DIRECTOR

MALCOLM J. TOM
DEPUTY MANAGING DIRECTOR

May 17, 2002

TO: ALL CITY DEPARTMENTS AND AGENCIES

FROM: BENJAMIN B. LEE, FAIA
MANAGING DIRECTOR

SUBJECT: <u>FRAUD REPORTING</u>

Attached is a new Administrative Directive for reporting suspected fraud. The directive provides guidance to City personnel on reporting suspected fraudulent activity.

Please make sure this directive is distributed to all personnel within your agency, especially managers and supervisors. If you would like a briefing on fraud awareness, please contact Michael Hansen of the Internal Control Division at 527-5608.

BENJAMIN B. LEE, FAIA
Managing Director

BBL:ve

Attachment

cc: Internal Control Division

CD 000144

**EXHIBIT "KK"**

Effective Date: 05/17/02

| Subject | Page |
|---|---|
| 15.1 | 1 |
| | MD |

Subject
# FRAUD REPORTING

Reference
Revised Charter of the City and County of Honolulu (RCH) §11-101.

Purpose
To provide guidance to City personnel on reporting suspected fraud in order to safeguard and preserve City assets and resources against theft, loss, and misuse.

---

I. **TERMINOLOGY**

   A. **Fraud** – Illegal acts characterized by deceit, concealment, or violation of trust. Includes theft, embezzlement, bribery and illegal gratuity.

   B. **Occupational Fraud** – The use of one's occupation for personal enrichment through the deliberate misuse or misapplication of the employing organization's resources or assets. Encompasses a wide variety of conduct by employees ranging from theft to sophisticated investment schemes. Common violations include asset misappropriation, corruption, false statements, theft, and use of City property for personal benefit.

II. **BASIC BUSINESS CONDUCT**

   A. All City revenues and expenditures must be recorded and accounted for in the City's Financial Accounting and Reporting System.

   B. No false or erroneous entries are to be knowingly made in the accounting records of the City for any reason. Moreover, no payment made on behalf of the City is to be approved or initiated with the understanding that any part of such a payment will be used for any purpose other than that described by the documents supporting the payment.

   C. The use of City funds or assets for any personal, unlawful, or improper purpose is prohibited.

   D. The use of City equipment, supplies, or facilities for individual gain is prohibited.

   E. No person in a supervisory or management position shall use the authority of that position to assign an employee to perform non-employment related tasks.

III. POLICIES

A. Each City employee is encouraged to report, in good faith, any suspected fraudulent activity in a timely manner.

B. Suspected fraudulent activity should be reported to the Department Director, Managing Director, or Mayor.

C. Reports of suspected fraudulent activity will not be disclosed, except as required for administrative and investigative purposes.

D. HRS 378-61 "Whistle Blowers Protection Act" prevents retaliation by the City for reporting fraudulent activity.

E. The City will pursue available legal remedies against person(s) or entities involved in fraudulent acts against the City.

IV. PROCEDURES

A. Employee Responsibilities

1. Supervisors, Managers, and Directors shall develop and implement controls to minimize opportunities for the occurrence of fraudulent activities.

2. When an employee observes suspected fraudulent activity, the employee is encouraged to report the pertinent facts; i.e. who, what, where, when, and how, as soon as he/she becomes aware of the activity.

3. Employees who report suspected fraudulent activity are encouraged to identify themselves to facilitate timely follow-up and review.

4. The employee should notify his/her Supervisor and/or Department Director, Managing Director, and Mayor, as appropriate.

5. Supervisors and Managers shall report suspected fraud to their Department Director, Managing Director and/or Mayor, as appropriate.

6. Department Directors are to inform the Managing Director or Mayor of suspected fraudulent activity.

7. Department Directors may consult with the Director of the Department of Budget and Fiscal Services, regarding suspected fraudulent activity.

B. Reporting Suspected Fraudulent Activity

The Managing Director or Mayor will make a determination to refer reported suspected fraudulent activity to the appropriate law enforcement agency or to the Internal Control Division for investigation and review.

1. Referrals to Law Enforcement Agency

   a. All information related to suspected criminal activity shall be provided to the law enforcement agency for investigation.

   b. Corporation Counsel will act as the liaison between the City and the law enforcement agency during the criminal investigation.

   c. Corporation Counsel will periodically report to the Managing Director on the status of the investigation of the suspected fraud that has been referred to the law enforcement agency for criminal investigation.

2. Referrals to the Internal Control Division

   a. Upon receipt of notification, the Internal Control Division will gather facts specific to the case. The Internal Control Division will review the facts and information to ascertain whether or not a reasonable suspicion of fraud exists.

   b. If a reasonable suspicion of fraud exists, the Internal Control Division will conduct an audit to verify the facts relating to the incident.

   c. The Internal Control Division will consult with Corporation Counsel.

   d. The Internal Control Division will periodically report the findings of the audit to the Mayor, Managing Director, Budget and Fiscal Services Director, Corporation Counsel, and if an employee is involved, to Human Resources.