**Statement of Insured (continued)**

Treatment: Names and addresses of all doctors who have treated you for this illness or injury.

Name

Address                                                                          Telephone No. (    )

Date of first treatment:

Name

Address                                                                          Telephone No. (    )

Date of first treatment:

First date you were entirely away from work due to current injury or illness (month/day/year):

Have you returned to part-time or full-time work? ☐ Yes ☐ No          If yes, give date (month/day/year):

Have you or are you now receiving any of the following benefits?
☐ Workmen's Compensation   ☐ State Unemployment   ☐ Social Security

If yes, on what date did these benefits begin (month/day/year)?

### PLEASE HAVE YOUR ATTENDING PHYSICIAN COMPLETE THIS SECTION

**Statement of Attending Physician (Please answer all questions)**

Patient's Full Name (last, first, middle)    English, Philip

Describe diagnosis/disability    major depression

Please advise the CAUSE of disability:    work related

Is condition due to pregnancy? ☐ Yes ☒ No          If yes, were there complications? ☐ Yes ☐ No

Is this disability directly related to a previous medical condition? ☐ Yes ☒ No

If yes, please give date and physician names if known:

When did current symptoms appear or accident happen?    2/12/03

When did patient first consult you about the condition (month/day/year)?    01/30/03

List all dates of treatment for this disability:    01/30/03, 2/27/03, 3/10/03, 3/13/03, 3/24/03, 3/27/03, 6/26/03, 08/18/03

Is patient disabled from performing his/her normal occupation? ☒ Yes ☐ No

Is patient disabled from performing any occupation or performing any work for compensation or profit? ☒ Yes ☐ No

If no, please list all restrictions:

First date of disability (month/day/year):    2/28/03

Date patient able to return to work:          If unable to give specific release date, please estimate:
☐ 1-3 months   ☐ 4-6 months   ☐ 7-9 months   ☐ 10-12 months

How would you qualify the patient? ☐ permanently disabled   ☐ temporarily disabled

Name(s) of other attending physician(s):

Date    08/18/2003          Physician's Signature    _J.E. Love_

                            Physician's Name (please print or type)    J.E. LOVE INTERNAL MEDICINE

                            Address    Kaiser Permanente Honolulu Clinic
                                       1010 Pensacola Street
                                       Honolulu, Hawaii 96814

                            Telephone (808) 432-2300          Fax (808) 432-2391

HI-1172-0603

### EXHIBIT "PP"