```
KAISER PERMANENTE, HAWAII
     HONOLULU        01/03/2005

MKNK  0633194 ENGLISH,PHILIP,E

BENEFITS:
INPATIENT                OUTPATIENT
 NO CHARGE ROOM & BOARD  $10 REG FEE/OFC VST CO
LAB,X-RAY,OTHER DX TEST  DRUG PLAN
 NO CHRGE,LAB/X-RAY/DXT  DRG $10/30 DAY/90 MAIL
PSYCH PLAN               AIDS & APPLIANCES
 PSYCH B                  CAA EXT/INT/DME 20% CO
EXTENDED CARE FACILITY CHARGES
 EXTENDED CARE 100 DAYS  SEE HLP SCRN 2004

 01/03/2005 HON KOFF,JOA HP
QTY DESCRIPTION              VALUE      YOU PAY
S  1 REG-$10 OFC VISIT COPAY  10.00      10.00
     MSC-PARKING ACCOUNT       3.00       3.00

            PRIOR BALANCE    15.00
            TODAYS SVC       13.00
            AMOUNT PAID      13.00
CASH   13.00
            BALANCE DUE      15.00

CASHIER: HIUSJEC    TXN NO : 76
```

```
KAISER PERMANENTE, HAWAII
     HONOLULU        01/03/2005

MKNK  0633194 ENGLISH,PHILIP,E

BENEFITS:
INPATIENT                OUTPATIENT
 NO CHARGE ROOM & BOARD  $10 REG FEE/OFC VST CO
LAB,X-RAY,OTHER DX TEST  DRUG PLAN
 NO CHRGE,LAB/X-RAY/DXT  DRG $10/30 DAY/90 MAIL
PSYCH PLAN               AIDS & APPLIANCES
 PSYCH B                  CAA EXT/INT/DME 20% CO
EXTENDED CARE FACILITY CHARGES
 EXTENDED CARE 100 DAYS  SEE HLP SCRN 2004

 01/03/2005 HON LOVE,JAN RN
QTY DESCRIPTION              VALUE      YOU PAY
S  1 LAB-PROTIME/APTT        15.00       0.00
S  1 LAB-PROTIME/APTT         9.08       0.00
S  1 LAB-ELECTROLYTES        17.64       0.00
S  1 LAB-CREATININE BLOOD    12.89       0.00
S  1 LAB-ALKALINE PHOSPHATAS 13.61       0.00
S  1 REG-$10 OFC VISIT COPAY 10.00      10.00
S  1 LAB-CBC with auto diff  19.55       0.00
S  1 LAB-BLOOD UREA NITROGEN  9.92       0.00
S  1 LAB-AST(SGOT)           13.00       0.00
S  1 LAB-ALT(SGPT)           13.32       0.00
     MSC-PARKING ACCOUNT      3.00       3.00

            PRIOR BALANCE    15.00
            TODAYS SVC       13.00
            AMOUNT PAID      13.00
CR CAR  13.00
            BALANCE DUE      15.00

CASHIER: HIUSJALE   TXN NO : 231
```

```
KAISER PERMANENTE CLINIC #5526
        URGENT CARE
      PERSHCOCK STREET
    HONOLULU, HAWAII  96814
        (808) 432-2000

Sale

XXXXXXXXXXXX2491
VISA
                 Entry Method: Swiped
Total:                        $  10.00

01/03/05                        17:52:59
Inv #: 000002
Approved:Online   Appr Code: 078030
                  Batch #: 000170

Customer Copy
THANK YOU
```

**EXHIBIT "RR"**

```
KAISER PERMANENTE, HAWAII
HONOLULU              01/03/2005

MRNR  0633194 ENGLISH,PHILIP,E

BENEFITS:
  NONE

QTY DESCRIPTION              VALUE     YOU PAY
    MSC-HEALTH PLAN DUES     509.10    509.10

           PRIOR BALANCE      15.00
           TODAYS SVC        509.10
           AMOUNT PAID       509.10
CR CAR   509.10
           BALANCE DUE        15.00

CASHIER: HIUSJEC   TXN NO :  4
```

Invoice Number
  2706840
If you have questions about this
statement call Membership
Administration at  1-866-575-3551
8 AM to 4:30 PM HT M - F

TTY / TDD Number
(Use this number if you have
difficulties with hearing or
speech.  You need special
telephone equipment to use it.)
1-808-643-8255

PAYMENT RECEIVED
JAN  3 2005
Kaiser Honolulu Clinic
CENTRAL CASHIER

Statement as of 12/15/04

;hip. To maintain your coverage pay the full amount
is statement. Your account is past due and Kaiser
ate your membership for non-payment. This may
; with Kaiser Permanente. If you have already
ilease pay only the current premiums you owe.



| Previous Balance | Payments Received | Jan 2005 - Premium | Balance |
|---|---|---|---|
| 254.55 | 0.00 | 254.55 | 509.10 |

| Group/Subgroup/ Billgroup No. | Subscriber Health Record No. | Please Pay This Amount | $   509.10 |
|---|---|---|---|
| 7-201-D1 | 0633194 | Due Date: 12/31/04 | |

```
KAISER PERMANENTE, HAWAII
     HONOLULU      03/14/2005
MRMK 0633194 ENGLISH,PHILIP,E

BENEFITS:
NONE

QTY DESCRIPTION           VALUE    YOU PAY
    MSC-PARKING ACCOUNT    3.00      3.00     RECEIVED
    MSC-HEALTH PLAN DUES 254.55    254.55
                                             4 2005
             PRIOR BALANCE         40.00
             TODAYS SVC           257.55     olulu Clinic
             AMOUNT PAID          257.55     CASHIER
    CR CAR  257.55
             BALANCE DUE           40.00

    CASHIER: KIU3JNLE   TXN NO : 206

Inv N.                Appr Code: A12249
Approved: Online      Batch N: 000223

     Customer Copy
     THANK YOU
```



Invoice Number
2723848

If you have questions about this statement call Membership Administration at 1-866-575-3551 8 AM to 4:30 PM HT M - F

TTY / TDD Number
(Use this number if you have difficulties with hearing or speech. You need special telephone equipment to use it.)
1-808-643-8255

Statement as of 01/13/05

| Previous Balance | Payments Received | Feb 2005 - Premium | Balance |
|---|---|---|---|
| 509.10 | 509.10 | 254.55 | 254.55 |
|  |  |  |  |
| Group/Subgroup/Billgroup No. | Subscriber Health Record No. | Please Pay This Amount | $ 254.55 |
| 7-201-D1 | 0633194 | Due Date: 01/31/05 | |

**KAISER PERMANENTE.**
P.O. Box 921005
Fort Worth, TX 76121-0005

Invoice Number
2647613
If you have questions about this
statement call Membership
Administration at 1-866-575-3551
8 AM to 4:30 PM HT M - F

TTY / TDD Number
(Use this number if you have
difficulties with hearing or
speech. You need special
telephone equipment to use it.)
1-808-643-8255



ENGLISH,PHILIP,E
1741 ALA MOANA BLVD #22
HONOLULU        HI 96815

Statement as of 10/12/04

We value your membership. To maintain your coverage pay the full amount
by the date shown on this statement. Your account is past due and Kaiser
Permanente may terminate your membership for non-payment. This may
affect future enrollments with Kaiser Permanente. If you have already
paid the prior balance, please pay only the current premiums you owe.

| Previous Balance | Payments Received | Nov 2004 - Premium | Balance |
|---|---|---|---|
| 294.65 | 0.00 | 254.55 | 549.20 |

| Group/Subgroup/ Billgroup No. | Subscriber Health Record No. | Please Pay This Amount | $ 549.20 |
|---|---|---|---|
| 7-201-D1 | 0633194 | Due Date: 10/31/04 | |

---

Please Return This Portion with Payment    Invoice Number
                                            2647613

**KAISER PERMANENTE.**
P. O. Box 31000
Honolulu, HI 96849-5015

| Group/Subgroup/ Billgroup No. | Subscriber Health Record No. |
|---|---|
| 7-201-D1 | 0633194 |
| Amount Due | $ 549.20 |

Due Date
10/31/04

KAISER PERMANENTE
P. O. Box 31000
Honolulu, HI 96849-5015

Amount Enclosed _____

0000000501500020096332545554920000706331948

**KAISER PERMANENTE**
P.O. Box 921005
Fort Worth, TX 76121-0005

Invoice Number
2749508

If you have questions about this statement call Membership Administration at 1-866-575-3551
8 AM to 4:30 PM HT M - F

TTY / TDD Number
(Use this number if you have difficulties with hearing or speech. You need special telephone equipment to use it.)
1-808-643-8255



ENGLISH,PHILIP,E
1741 ALA MOANA BLVD #22
HONOLULU        HI 96815

Statement as of 02/10/05

We value your membership. To maintain your coverage pay the full amount by the date shown on this statement. Your account is past due and Kaiser Permanente may terminate your membership for non-payment. This may affect future enrollments with Kaiser Permanente. If you have already paid the prior balance, please pay only the current premiums you owe.

| Previous Balance | Payments Received | Mar 2005 - Premium | Balance |
|---|---|---|---|
| 254.55 | 0.00 | 254.55 | 509.10 |

| Group/Subgroup/ Billgroup No. | Subscriber Health Record No. | Please Pay This Amount | $ 509.10 |
|---|---|---|---|
| 7-201-D1 | 0633194 | Due Date: 02/28/05 | |

---

Please Return This Portion with Payment        Invoice Number
                                                2749508

**KAISER PERMANENTE**
P. O. Box 31000
Honolulu, HI 96849-5015

| Group/Subgroup/ Billgroup No. | Subscriber Health Record No. |
|---|---|
| 7-201-D1 | 0633194 |
| Amount Due | $ 509.10 |

Due Date 02/28/05

KAISER PERMANENTE
P. O. Box 31000
Honolulu, HI 96849-5015

Amount Enclosed _____

000000050150002009633254555091000070633 1943

**KAISER PERMANENTE**
P.O. Box 921005
Fort Worth, TX 76121-0005

Invoice Number
2775054
If you have questions about this
statement call Membership
Administration at 1-866-575-3551
8 AM to 4:30 PM HT M - F

TTY / TDD Number
(Use this number if you have
difficulties with hearing or
speech. You need special
telephone equipment to use it.)
1-808-643-8255



ENGLISH,PHILIP,E
1741 ALA MOANA BLVD #22
HONOLULU    HI 96815

Statement as of 03/10/05

We value your membership. To maintain your coverage pay the full amount by the date shown on this statement. Your account is past due and Kaiser Permanente may terminate your membership for non-payment. This may affect future enrollments with Kaiser Permanente. If you have already paid the prior balance, please pay only the current premiums you owe.

| Previous Balance | Payments Received | Apr 2005 - Premium | Balance |
|---|---|---|---|
| 509.10 | 0.00 | 254.55 | 763.65 |
| Group/Subgroup/ Billgroup No. | Subscriber Health Record No. | Please Pay This Amount | $ 763.65 |
| 7-201-D1 | 0633194 | Due Date: 03/31/05 | |

---

Please Return This Portion with Payment       Invoice Number
                                              2775054

**KAISER PERMANENTE**
P. O. Box 31000
Honolulu, HI 96849-5015

| Group/Subgroup/ Billgroup No. | Subscriber Health Record No. |
|---|---|
| 7-201-D1 | 0633194 |
| Amount Due | $ 763.65 |

Due Date
03/31/05

KAISER PERMANENTE
P. O. Box 31000
Honolulu, HI 96849-5015

Amount Enclosed _____

0000000501500020096332545576365000706331940

Kaiser Foundation Hospitals
Hawaii Permanente Medical Group, Inc.
P.O. BOX 31000 HONOLULU HAWAII 96849-5014
FEDERAL TAX ID 941105628                                            PAGE    1

| PATIENT | FROM | TO | BILLING DATE | PAYMENT DUE DATE | AMOUNT DUE |
|---|---|---|---|---|---|
| NGISH, PHILIP  L.R. 000633194 | 1/31/05 | 1/31/05 | 2/07/05 | 2/21/05 | 25.00 |

ACCOUNT NO   7599007-001           ITEMIZED BILL      SHOW AMOUNT ENCLOSED  $

PLEASE DETACH TOP SECTION OF FORM AND RETURN WITH YOUR REMITTANCE

ENGLISH, PHILIP
1741 ALA MOANA BLVD  22

HONOLULU       HI  96815

PLEASE MAKE CORRECTIONS IN SPACE ABOVE

7599007000025000013299975990070000025000

| PATIENT | | ACCOUNT NUMBER | | | | BILLING DATE |
|---|---|---|---|---|---|---|
| ENGLISH, PHILIP | | 7599007  FC=H | | | | 2/07/05 |

| DATE | QTY. | DESCRIPTION | CODE | BATCH | LOC. | DOCTOR | CHARGE/CREDIT |
|---|---|---|---|---|---|---|---|
| 1/31/05 | 1 | OFFICE VISIT-HP10 | | | 13 | KOFF PHD, J | 10.00 |
| 1/31/05 | 1 | BILLING FEE | | | 13 | KOFF PHD, J | 15.00 |

**No-Fault Only.** This is to certify that this is a true and correct copy of the original invoice. Charges are in accordance with **Hawaii Administrative Rule 16-23-116.**

Original signature of physician or authorized Business Office representative

|   |   |
|---|---|
| SUBTOTAL | 25.00 |
| INSURANCE BILLED | .00 |

PLEASE MAKE CHECK PAYABLE TO:
Kaiser Foundation Hospitals

432-5340

PLEASE PAY THIS AMOUNT    25.00

**Kaiser Foundation Hospitals**
**Hawaii Permanente Medical Group, Inc.**
P.O. BOX 31000 HONOLULU, HAWAII 96849-5014

**BILLING STATEMENT**

| STATEMENT DATE | ALL PAYMENTS AND CHARGES MADE AFTER THIS DATE WILL BE SHOWN ON YOUR NEXT STATEMENT. | PAY THIS AMOUNT |
|---|---|---|
| 4/18/05 | | 10.00 |

GUARANTOR  224647

SHOW AMOUNT ENCLOSED  $

PLEASE DETACH TOP SECTION OF FORM AND RETURN WITH PAYMENT
ALL BILLS ARE DUE UPON RECEIPT

PHILIP ENGLISH
1741 ALA MOANA BLVD  22
HONOLULU HI 96815

PLEASE MAKE CORRECTIONS IN SPACE ABOVE

7650034000001000010099976500340000010001

---

PATIENT  7650034  ENGLISH, PHILIP           M/R 633194

FROM DATE   3/14/05  THROUGH DATE  3/14/05
CYCLE  1  BILLED AMOUNT                              10.00
CYCLE  1  BALANCE DUE            10.00
PT  O  F/C  H

THIS IS A SUMMARY OF ALL OUTSTANDING BALANCES.
SEND IN YOUR PAYMENT TODAY.

PAGE 1 OF 1

| 432-5340 | MAKE CHECK PAYABLE TO: **Kaiser Foundation Hospitals** | PLEASE PAY THIS AMOUNT | 10.00 |

KEEP THIS STATEMENT FOR YOUR TAX RECORD
THERE IS A CHARGE FOR DUPLICATE COPIES

DATE PAID: _____
AMOUNT PAID: _____
CHECK NUMBER: _____

**Kaiser Foundation Hospitals**
**Hawaii Permanente Medical Group, Inc.**
P.O. BOX 31000 HONOLULU, HAWAII 96849-5014

BILLING STATEMENT

| STATEMENT DATE | ALL PAYMENTS AND CHARGES MADE AFTER THIS DATE WILL BE SHOWN ON YOUR NEXT STATEMENT. | PAY THIS AMOUNT | 25.00 |
|---|---|---|---|

GUARANTOR  224647

SHOW AMOUNT ENCLOSED  $

PLEASE DETACH TOP SECTION OF FORM AND RETURN WITH PAYMENT
ALL BILLS ARE DUE UPON RECEIPT

PHILIP ENGLISH
1741 ALA MOANA BLVD  22
HONOLULU HI 96815

PLEASE MAKE CORRECTIONS IN SPACE ABOVE

7599007000025000100999759900070000025007

```
PATIENT  7599007   ENGLISH, PHILIP           M/R 633194

FROM DATE   1/31/05  THROUGH DATE   1/31/05
CYCLE  1   BILLED AMOUNT                              25.00
CYCLE  1   BALANCE DUE            25.00
PT  0   F/C  H
```

THIS IS A SUMMARY OF ALL OUTSTANDING BALANCES.
SEND IN YOUR PAYMENT TODAY.

PAGE 1 OF 1

432-5340

MAKE CHECK PAYABLE TO:
**Kaiser Foundation Hospitals**

PLEASE PAY THIS AMOUNT   25.00

KEEP THIS STATEMENT FOR YOUR TAX RECORDS
THERE IS A CHARGE FOR DUPLICATE COPIES

DATE PAID: _____
AMOUNT PAID: _____
CHECK NUMBER: _____

**Kaiser Foundation Hospitals**
Hawaii Permanente Medical Group, Inc.
P.O. BOX 31000 HONOLULU, HAWAII 96849-5014

**BILLING STATEMENT**

| STATEMENT DATE | ALL PAYMENTS AND CHARGES MADE AFTER THIS DATE WILL BE SHOWN ON YOUR NEXT STATEMENT. | PAY THIS AMOUNT |
|---|---|---|
| 8/02/05 | | 140.86 |

GUARANTOR    224647

SHOW AMOUNT ENCLOSED    $

PLEASE DETACH TOP SECTION OF FORM AND RETURN WITH PAYMENT
ALL BILLS ARE DUE UPON RECEIPT

PHILIP ENGLISH
1741 ALA MOANA BLVD  22
HONOLULU HI 96815

PLEASE MAKE CORRECTIONS IN SPACE ABOVE

7697176000140860000099976971760000140861

PATIENT  7697176    ENGLISH, PHILIP           M/R 633194

FROM DATE  4/21/05  THROUGH DATE  4/21/05
CYCLE  1  BILLED AMOUNT                             140.86
CYCLE  1  BALANCE DUE         140.86
PT  0  F/C  5

THIS IS A SUMMARY OF ALL OUTSTANDING BALANCES.
SEND IN YOUR PAYMENT TODAY.

PAGE 1 OF 1

| 432-5340 | MAKE CHECK PAYABLE TO: **Kaiser Foundation Hospitals** | PLEASE PAY THIS AMOUNT | 140.86 |

KEEP THIS STATEMENT FOR YOUR TAX RECORD
THERE IS A CHARGE FOR DUPLICATE COPIES

DATE PAID: _____
AMOUNT PAID: _____
CHECK NUMBER: _____