Inquiry: Expenses - Recap  
Client: 10010 - ENGLISH, PHILIP  
Matter: 3 - CLAIMS AGAINST CITY & COUNTY  
Expense Code: All Expenses  
User: DMY

|  | Month to Date | | Year to Date | | Inception to Date | |
|---|---|---|---|---|---|---|
|  | Amount | rl% | Amount | rl% | Amount | rl% |
| Incurred | 3,357.53 |  | 35,653.99 |  | 62,317.43 |  |
| Mark-up/down | 0.00 |  | 0.00 |  | 0.00 |  |
| Billed | 0.00 |  | 0.00 |  | 0.00 |  |
| A/R write-off | 0.00 |  | 0.00 |  | 0.00 |  |
| Received | 0.00 |  | 0.00 |  | 0.00 |  |
| Unbilled total | 62,317.43 |  | A/R total |  | 0.00 |  |

**EXHIBIT "SS"**