IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>                    Plaintiff,<br><br>      vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1–10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>                    Defendants. | Civil No.  04-00108 KSC/KSC<br><br>DECLARATION OF CHRISTOPHER J. MUZZI<br><br><br><br><br><br><br><br><br><br>Trial Date: October 3, 2006 |

## DECLARATION OF CHRISTOPHER J. MUZZI

I, CHRISTOPHER J. MUZZI, declare under penalty of perjury that the following is true and correct to the best of my knowledge and belief, and that this declaration is based upon my personal observation and/or information personally obtained by me and further, that I would be competent to testify to the matters contained herein at the trial of this case:

1.      I am an attorney licensed to practice law in the State of Hawaii, the United States District Court for the District of Hawaii, and the 9th Circuit Court of Appeals.

2.      I am one of the attorneys responsible for representing Plaintiff Philip E. English in the above-captioned case.

3.      I make this Declaration in support of PLAINTIFF PHILIP E. ENGLISH'S SEPARATE AND CONCISE STATEMENT OF MATERIAL FACTS IN SUPPORT OF HIS MOTION FOR PARTIAL SUMMARY JUDGMENT ON COUNT IV UNLAWFUL DISCRIMINATION AND RETALIATION AGAINST DEFENDANTS CITY AND COUNTY OF HONOLULU, ANN GIMA, GARY KUROKAWA AND ROBERT MAGOTA AS TO LIABILITY ONLY and PLAINTIFF PHILIP E. ENGLISH'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON COUNT IV UNLAWFUL DISCRIMINATION AND RETALIATION AGAINST DEFENDANTS CITY AND COUNTY OF HONOLULU, ANN GIMA, GARY KUROKAWA AND ROBERT MAGOTA AS TO LIABILITY ONLY.

4.      Attached hereto as Exhibit "B" is a true and correct copy of a certified copy of GK Appraisals, Inc.'s Domestic Profit Corporation Annual Report for the years ended December 31, 1992 through December 31, 2004.

5.     Attached hereto as Exhibit "M1" is a true and correct copy of excerpts from the Deposition of Waylen Toma taken in this case.

6.     Attached hereto as Exhibit "Q" is a true and correct copy of a Confidential Workplace Violence Incident Report of Chris Graff dated 1/17/03 and 1/22/03 that was produced and authenticated as business records of Reneau Kennedy, Ed.D. during the Deposition of Robert L. K. Yoshimura upon written interrogatories in this action.

7.     Attached hereto as Exhibit "R" is a true and correct copy of excerpts from the Deposition of Robert Magota taken on June 16, 2006 in this case.

8.     Attached hereto as Exhibit "S" is a true and correct copy of Letter dated 1/22/03 from Roger Moseley to Charles Totto re: Complaint of ethics violations at Real Property Assessment Division that was sent by my office.

9.     Attached hereto as Exhibit "T" is a true and correct copy of a letter to Michael Golojuch from Gary T. Kurokawa regarding Workplace Violence that was produced and authenticated as business records of Reneau Kennedy, Ed.D. during the Deposition of Robert L. K. Yoshimura upon written interrogatories in this action.

10.     Attached hereto as Exhibit "U" is a true and correct copy of the Workplace Violence Checklist by Ann C. Gima that was produced and

authenticated as business records of Reneau Kennedy, Ed.D. during the Deposition of Robert L. K. Yoshimura upon written interrogatories in this action.

11.     Attached hereto as Exhibit "W" is a true and correct copy of excerpts from the Deposition of Gay T. Kurokawa taken on August 22, 2006 in this action.

12.     Attached hereto as Exhibit "X" is a true and correct copy of the Investigation Report for Workplace Violence dated March 12, 2003 by Investigator Mike Golojuch, Administrative Services Officer that was produced and authenticated as business records of Reneau Kennedy, Ed.D. during the Deposition of Robert L. K. Yoshimura upon written interrogatories in this action.

13.     Attached hereto as Exhibit "Y" is a true and correct copy of the a "Draft" Supervisor's Report of Ann Gima, Supervising RP Appraiser that was produced and authenticated as business records of Reneau Kennedy, Ed.D. during the Deposition of Robert L. K. Yoshimura upon written interrogatories in this action.

14.     Attached hereto as Exhibit "Z" is a true and correct copy of a Workplace Violence checklist dated February 10, 2003 by Julie Tamayori that was produced and authenticated as business records of Reneau Kennedy, Ed.D. during the Deposition of Robert L. K. Yoshimura upon written interrogatories in this action.

15.     Attached hereto as Exhibit "BB" is a true and correct copy of excerpts from the Deposition of Linda H.Y.L. Knowles taken on July 28, 2006 in this action.

16.     Attached hereto as Exhibit "DD" is a true and correct copy of a telephone discussion with Chuck Totto of the Ethics Commission on February 28, 2003 that was produced and authenticated as business records of Reneau Kennedy, Ed.D. during the Deposition of Robert L. K. Yoshimura upon written interrogatories in this action.

17.     Attached hereto as Exhibit "FF" is a true and correct copy of Letter dated 4/16/03 from Roger S. Moseley to Thomas Riddle that was drafted by and sent from my office.

18.     Attached hereto as Exhibit "GG" is a true and correct copy of Letter dated 4/17/03 from Thomas Riddle to Roger S. Moseley that was transmitted to and received by my office.

19.     Attached hereto as Exhibit "KK" is a true and correct copy of the Administrative Directive dated May 17, 2002 Subject Fraud Reporting (CD 000144 -147) that was produced by Defendant City and County of Honolulu during discovery in this case.

20.    Attached hereto as Exhibit "LL" is a true and correct copy of excerpts from the Deposition of Christopher Graff taken on June 21, 2006 in this case.

21.    Attached hereto as Exhibit "MM" is a true and correct copy of excerpts from the Deposition of Carole Kamisato taken on August 4, 2006 in this case.

22.    Attached hereto as Exhibit "NN" is a true and correct copy of the Amended and Supplemented Privilege Log; Declaration of Gordon D. Nelson; Exhibit A; Certificate of Service filed July 21, 2006 in this case.

I DECLARE UNDER PENALTY OF PERJURY under the laws of the State of Hawaii and the United States, that the foregoing is true and correct.

Executed this 12th day of September 2006, at Honolulu, Hawaii.


_____
CHRISTOPHER J. MUZZI