IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>       Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1–10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>       Defendants. | Civil No. 04-00108 KSC/KSC<br><br>LOCAL RULE 7.5(e)<br>CERTIFICATION |

## LOCAL RULE 7.5 (E) CERTIFICATION

According to the word-count function of the undersigned's word processing program (WORD), the Concise Statement of Fact contains 1461 total words.

Dated: Honolulu, Hawaii, September 12, 2006.

                                                            /s/ signature<br>
                                                          ROGER S. MOSELEY<br>
                                                          CHRISTOPHER J. MUZZI<br>
                                                          RENEE M. FURUTA<br>
                                                          Attorney for Plaintiff<br>
                                                          PHILIP E. ENGLISH

10010/3/57801