IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1–10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>　　　　　Defendants. | Civil No.  04-00108 KSC/KSC<br><br>CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

The undersigned herby certifies that a true and correct copy of the foregoing was duly served upon the party listed below at their respective addresses, via email on September 12, 2006 and by hand-delivery, on September 13, 2006.

MICHAEL A. LORUSSO, ESQ.          Email: mlorusso@kltlaw.com
Kawashima Lorusso & Tom, LLP
Fort Street Tower
745 Fort Street, 5th Floor
Honolulu, Hawaii 96813

    Attorneys for Defendants
    City & County of Honolulu,
    Gary T. Kurokawa, Robert O. Magota,
    and Ann C. Gima

KEVIN P. H. SUMIDA, ESQ.          Email: twong@sthawaii.com
ANTHONY L. WONG, ESQ.
735 Bishop Street, Suite 411
Honolulu, Hawaii 96813

    Attorneys for Defendant
    GK APPRAISALS, INC.

DATED: Honolulu, Hawaii, September 12, 2006.

                                    _____
                                    ROGER S. MOSELEY
                                    CHRISTOPHER J. MUZZI
                                    RENEE M. FURUTA
                                    Attorneys for Plaintiff
                                    PHILIP E. ENGLISH