Of Counsel:
SUMIDA & TSUCHIYAMA
A Limited Liability Law Company

KEVIN P. H. SUMIDA        2544-0
ANTHONY L. WONG           6018-0
Dillingham Transportation Building
735 Bishop Street, Suite 411
Honolulu, Hawaii 96813
Telephone No. (808) 356-2600
Fax No. (808) 587-6197
E-Mail: info@sthawaii.com
awong@sthawaii.com; ksumida@sthawaii.com
Attorneys for Defendant
GK APPRAISALS, INC.

IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>    Defendants. | CIVIL NO. CV04 00108 KSC<br><br><br>DEFENDANT GK APPRAISALS FINAL WITNESS LIST; CERTIFICATE OF SERVICE |

## DEFENDANT GK APPRAISALS, INC.'S FINAL WITNESS LIST

Comes now defendant GK Appraisals, Inc. by and though its attorneys, and hereby submits its Final Witness List pursuant to the Second Amended Rule 16 Scheduling Conference Order of this Court.

| WITNESS and SUBSTANCE | ESTIMATED TIME |
|---|---|
| 1. Philip English | 8 hours |

Plaintiff will testify concerning the facts and circumstances giving rise to his claim, his income and work history and other matters relating to liability and damage.

2. Gary Kurokawa                                              2 hours

Will testify concerning the facts and circumstances giving rise to the claim, plaintiff's work history and other matters relating to liability and damage.

3. Robert O. Magota                                           3 hours

Will testify concerning the facts and circumstances giving rise to the claim, plaintiff's work history and other matters relating to liability and damage.

4. Ann C. Gima                                                6 hours

Will testify concerning the facts and circumstances giving rise to the claim, plaintiff's work history and other matters relating to liability and damage.

5. Julie Tamayori                                             .5 hours

Will testify concerning the facts and circumstances giving rise to the claim, plaintiff's work history and other matters relating to liability and damage.

6. Suzanne M. Foumai                                          .5 hours

  Will testify concerning the facts and circumstances giving rise to the claim, plaintiff's work history and other matters relating to liability and damage.

7.  Carole Kamisato              .5 hours

  Will testify concerning the facts and circumstances giving rise to the claim, plaintiff's work history and other matters relating to liability and damage.

8.  Linda Knowles               .5 hours

  Will testify concerning the facts and circumstances giving rise to the claim, plaintiff's work history and other matters relating to liability and damage.

9.  Dwight Ishiguro               1 hour

  Will testify concerning the facts and circumstances giving rise to the claim, plaintiff's work history and other matters relating to liability and damage.

10.  Wilfred Martin               1 hour

  Will testify concerning the facts and circumstances giving rise to the claim, plaintiff's work history and other matters relating to liability and damage.

11.  Marvin Abing               1 hour

  Will testify concerning the facts and circumstances giving rise to the claim, plaintiff's work history and other matters relating to liability and damage.

12.  Roy K. Amemiya              1 hour

  Will testify concerning the facts and circumstances giving rise to the claim, plaintiff's work history and other matters relating to liability and damage.

13.  Norman Yoshida              1 hour

  Will testify concerning the facts and circumstances giving rise to the claim, plaintiff's work history and other matters relating to liability and damage.

14.  Michael Okamoto              1 hour

      Will testify concerning the facts and circumstances giving rise to the claim, plaintiff's work history and other matters relating to liability and damage.

15.    Georgette Wong                                            1 hour

      Will testify concerning the facts and circumstances giving rise to the claim, plaintiff's work history and other matters relating to liability and damage.

16.    Bruce Palenske                                              1 hour

      Will testify concerning the facts and circumstances giving rise to the claim, plaintiff's work history and other matters relating to liability and damage.

17.    Keith Yamashita                                            1 hour

      Will testify concerning the facts and circumstances giving rise to the claim, plaintiff's work history and other matters relating to liability and damage.

18.    Christopher Graff                                         1 hour

      Will testify concerning the facts and circumstances giving rise to the claim, plaintiff's work history and other matters relating to liability and damage.

19.    Eugenie Shito-Leong                                    1 hour

      Will testify concerning the facts and circumstances giving rise to the claim, plaintiff's work history and other matters relating to liability and damage.

20     Ryan Fujitani                                               1 hour

      Will testify concerning the facts and circumstances giving rise to the claim, plaintiff's work history and other matters relating to liability and damage.

21.    Michael Golojuch                                       1 hour

      Will testify concerning his investigation of workplace violence reports, procedures and policies regarding personnel, other facts and circumstances giving rise to the claim, plaintiff's work history and other matters relating to liability and damage.

22.  Violet Lee                                                                                      1 hour

Will testify concerning procedures and policies regarding personnel, other facts and circumstances giving rise to the claim, plaintiff's work history and other matters relating to liability and damage.

23.  Waylon Toma                                                                                 1 hour

Will testify concerning his handling of plaintiff's complaints to HGEA, other facts and circumstances giving rise to the claim, plaintiff's work history and other matters relating to liability and damage.

24.  Kevin Mulligan                                                                               .5 hour

Will testify concerning his handling of plaintiff's complaints to HGEA, other facts and circumstances giving rise to the claim, plaintiff's work history and other matters relating to liability and damage.

25.  Thomas Riddle                                                                               1 hour

Will testify concerning his handling of plaintiff's workers compensation claim, other facts and circumstances giving rise to the claim, plaintiff's work history and other matters relating to liability and damage.

26.  Robert Spordone, Ph.D.                                                                2 hours

Will testify as an expert concerning his examination and testing of plaintiff, his review of records pertaining to the plaintiff, and other matters discussed in his expert report previously provided to plaintiff and other matters relating to liability and damages.

27.  Dirk Von Guenthner                                                                     2 hours

Will testify as an expert forensic accountant and certified fraud examiner concerning his review of records pertaining to the plaintiff concerning projection of plaintiff's claim for lost future wages, inconsistencies and inaccuracies plaintiff's various tax, bankruptcy, divorce, and job applications, his opinions concerning the reliability and sufficiency of opinions rendered by plaintiff's retained economic expert Thomas Ueno, and other matters relating to liability and damages.

28.  Mark Stitham                                         2 hours

Will testify concerning his examination of the plaintiff, review of his records, opinions rendered in connection with plaintiff's workers' compensation claim, and other matters related to liability and damages.

29.  Sathiporn Songsorn                                   .5 hour

Plaintiff's ex-wife will testify concerning her marriage to the plaintiff, their interactions, and her observations made during the course of her association with the plaintiff.

30.  Corlis Chang                                         1 hour

Plaintiff's ex-wife will testify concerning her marriage to the plaintiff, their interactions, and her observations made during the course of her association with the plaintiff.

31.  Sharlene Kuriyama                                    .5

Plaintiff's ex-wife will testify concerning her marriage to the plaintiff, their interactions, and her observations made during the course of her association with the plaintiff.

32.  Roger Mosley                                         .5

Will testify concerning his initial contact with plaintiff, retention by plaintiff, the orchestration and coordination of the ethics complaint and the claim of retaliation, contact with various news organizations, contact with various law enforcement agencies, negotiation of plaintiff's workers' compensation claim and settlement thereof, and other matters relating to liability and damages.

33.  David Matsunami                                      1 hour

Will testify concerning the absence of any retaliation against the plaintiff, the absence of impropriety by GK Appraisals, Inc. and other matters relating to liability and damages.

34.  Paul Au                                              1 hour

    Will testify concerning settlement negotiations with Roger Mosley pertaining to plaintiff's workers' compensation claim and other matters relating to liability and damages.

35.    Susan Bender                                                        2 hours

    Will testify concerning the absence of any retaliation against plaintiff, her work with him on litigation to which Roger Moseley was representing adverse parties, and other matters relating to liability and damages.

36.    Thelma Kurokawa                                                  .5 hour

    Will testify concerning the absence of culpable acts by defendant GK Appraisals and other matters relating to liability and damages.

37.    Gordon Kurokawa                                                     .5

    Will testify concerning the absence of culpable acts by defendant GK Appraisals and other matters relating to liability and damages.

38.    Daryl Matthews                                                     3 hours

    Will testify concerning his examination and testing of plaintiff, his opinions and conclusions drawn there from, and other matters relating to liability and damages.

DATED: HONOLULU, HAWAII,    Sept. 13, 2006

_/s/_
KEVIN P. H. SUMIDA
ANTHONY L. WONG
Attorneys for Defendant
GK APPRAISALS, INC