# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

9/14/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV04-00108KSC |
| CASE NAME: | Philip E. English v. City and County of Honolulu, et al. |
| ATTYS FOR PLA: | Christopher Muzzi |
| ATTYS FOR DEFT: | Kevin Sumida<br>Lyle Harada |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | FTR C5 |
| DATE: | 9/14/2006 | TIME: | 9:56-10:01:01am |

COURT ACTION:  EP: Plaintiff Philip E. English's Motion to Compel the Testimony of Suzanne Foumai [289].

Motion granted.  Ms. Foumai to answer the question at page 88, line 15.  The answer can be provided by letter or sworn statement.  Mr. Harada to prepare the order.

Submitted by: Shari Afuso, Courtroom Manager