IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF HAWAII

PHILIP E. ENGLISH,

               Plaintiff,

    vs.

CITY AND COUNTY OF
HONOLULU; GARY T.
KUROKAWA; ROBERT O.
MAGOTA; ANN C. GIMA; and GK
APPRAISALS, INC.; JOHN DOES 1-
10; JANE DOES 1-10; DOE
PARTNERSHIPS; DOE
CORPORATIONS 1-10; AND DOE
ENTITIES 1-10,

               Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CIVIL NO. CV04 00108 SOM/KSC

CERTIFICATE OF SERVICE

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing was duly served on

the following attorney(s) by hand delivering same or by placing the same in the

United States mail, postage prepaid, on this _19_ day of _Sept._, 2006.

        ROGER S. MOSELEY, ESQ.
        ALAN K. LAU, ESQ.
        CHRISTOPHER J. MUZZI, ESQ.
        2300 Alakea Corporate Tower
        1100 Alakea Street
        Honolulu, Hawai`i 96813
        Attorneys for Plaintiff

MICHAEL A. LORUSSO, ESQ.
5th Floor, Fort Street Tower
745 Fort Street
Honolulu, Hawaii 96813
Attorney for Defendants
CITY AND COUNTY OF HONOLULU;
GARY T. KUROKAWA;
ROBERT O. MAGOTA; and ANN C. GIMA

DATED:  HONOLULU, HAWAII,    ___Sept. 19, 2006___

_____
KEVIN P. H. SUMIDA
ANTHONY L. WONG
Attorneys for Defendant
GK APPRAISALS, INC