IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>        Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>        Defendants. | CIVIL NO. CV04 00108 SOM/KSC<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was duly served on the following attorney(s) by hand delivering same or by placing the same in the United States mail, postage prepaid, on this __19th__ day of ____Sept__, 2006.

    ROGER S. MOSELEY, ESQ.
    ALAN K. LAU, ESQ.
    CHRISTOPHER J. MUZZI, ESQ.
    2300 Alakea Corporate Tower
    1100 Alakea Street
    Honolulu, Hawai`i 96813
    Attorneys for Plaintiff

MICHAEL A. LORUSSO, ESQ.
5th Floor, Fort Street Tower
745 Fort Street
Honolulu, Hawaii 96813
Attorney for Defendants
CITY AND COUNTY OF HONOLULU;
GARY T. KUROKAWA;
ROBERT O. MAGOTA; and ANN C. GIMA

DATED: HONOLULU, HAWAII,  September 19, 2006

*[signature]*

KEVIN P. H. SUMIDA
ANTHONY L. WONG
Attorneys for Defendant
GK APPRAISALS, INC