Of Counsel:
SUMIDA & TSUCHIYAMA
A Limited Liability Law Company

KEVIN P. H. SUMIDA    2544-0
ANTHONY L. WONG       6018-0
Dillingham Transportation Building
735 Bishop Street, Suite 411
Honolulu, Hawaii 96813
Telephone No. (808) 356-2600
Fax No. (808) 587-6197
E-Mail: info@sthawaii.com
awong@sthawaii.com;
ksumida@sthawaii.com
Attorneys for Defendant
GK APPRAISALS, INC.

IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>               Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>               Defendants. | CIVIL NO. CV04 00108 KSC<br><br>DEFENDANT GK APPRAISALS, INC.'S STATEMENT OF POSITION TO PLAINTIFF PHILIP E. ENGLISH'S MOTION IN LIMINE NO. 7 RE: PREVENTING SUZANNE FOUMAI FROM ASSERTING THE FIFTH AMENDMENT AT TRIAL; CERTIFICATE OF SERVICE<br><br>TRIAL: October 3, 2006 |

DEFENDANT GK APPRAISALS, INC.'S STATEMENT OF
POSITION TO PLAINTIFF PHILIP E. ENGLISH'S
MOTION IN LIMINE NO. 7 RE: PREVENTING SUZANNE FOUMAI
FROM ASSERTING THE FIFTH AMENDMENT AT TRIAL

Comes now defendant GK APPRAISALS, INC. (hereinafter "this Defendant") by its attorneys, and, subject to and without waiver of any defense or objection to which they are entitled, hereby respectfully provides its Statement of Position to Plaintiff Philip E. English's Motion in Limine No. 7, regarding preventing Suzanne Foumai from asserting the 5th Amendment at trial. To the extent applicable, this defendant contends that any claim of privilege should be made outside the knowledge of the jury pursuant to Rule 513(b) of the Hawaii Rules of Evidence.

DATED: HONOLULU, HAWAII, September 19, 2006

KEVIN P. H. SUMIDA
ANTHONY L. WONG
Attorneys for Defendant
GK APPRAISALS, INC