Of Counsel:
SUMIDA & TSUCHIYAMA
A Limited Liability Law Company

KEVIN P. H. SUMIDA     2544-0
ANTHONY L. WONG        6018-0
Dillingham Transportation Building
735 Bishop Street, Suite 411
Honolulu, Hawaii 96813
Telephone No. (808) 356-2600
Fax No. (808) 587-6197
E-Mail: info@sthawaii.com
awong@sthawaii.com; ksumida@sthawaii.com
Attorneys for Defendant
GK APPRAISALS, INC.

IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH, | CIVIL NO. CV04 00108 KSC |
| Plaintiff, | |
| vs. | DEFENDANT GK APPRAISALS, INC.'S OBJECTIONS TO PLAINTIFF'S EXHIBITS; CERTIFICATE OF SERVICE |
| CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10, | Trial: October 3, 2006 |
| Defendants. | |

## DEFENDANT GK APPRAISALS, INC.'S
## OBJECTIONS TO PLAINTIFF'S EXHIBITS

| Plaintiff's Exhibit No. | Objection |
|---|---|
| 1005 | Hearsay, lack of relevance, Rule 403, lack of foundation. |
| 1006 | Hearsay, lack of relevance, Rule 403, lack of foundation. |
| 1007 | Hearsay, lack of relevance, Rule 403, lack of foundation. |
| 1008 | Hearsay, lack of relevance, Rule 403, lack of foundation. |
| 1009 | Hearsay, lack of relevance, Rule 403, lack of foundation. |
| 1010 | Hearsay, lack of relevance, Rule 403, lack of foundation. |
| 1011 | Hearsay, lack of relevance, Rule 403, lack of foundation. |
| 1016 | Hearsay, lack of relevance, Rule 403, lack of foundation. |
| 1021 | Hearsay, lack of relevance, Rule 403, lack of foundation. |
| 1022 | Hearsay, lack of relevance, Rule 403, lack of foundation. |
| 1024 | Hearsay, lack of relevance, Rule 403, lack of foundation. |
| 1025 | Hearsay, lack of relevance, Rule 403, lack of foundation. |
| 1026 | Hearsay, lack of relevance, Rule 403, lack of foundation. |
| 1027 | Hearsay, lack of relevance, Rule 403, lack of foundation. |
| 1028 | Hearsay, lack of relevance, Rule 403, lack of foundation. |
| 1029 | Hearsay, lack of relevance, Rule 403, lack of foundation. |
| 1030 | Hearsay, lack of relevance, Rule 403, lack of foundation. |
| 1031 | Hearsay, lack of relevance, Rule 403, lack of foundation. |
| 1032 | Hearsay, lack of relevance, Rule 403, lack of foundation. |
| 1033 | Hearsay, lack of relevance, Rule 403, lack of foundation, improper expert opinion. |
| 1034 | Hearsay, lack of relevance, Rule 403, lack of foundation, improper expert opinion. |
| 1035 | Hearsay, lack of relevance, Rule 403, lack of foundation. |
| 1036 | Hearsay, lack of relevance, Rule 403, lack of foundation. |
| 1037 | Hearsay, lack of relevance, Rule 403, lack of foundation. |
| 1038 | Hearsay, lack of relevance, Rule 403, lack of foundation. |
| 1039 | Hearsay, lack of relevance, Rule 403, lack of foundation. |
| 1043 | Hearsay, lack of relevance, Rule 403, lack of foundation. |
| 1077 | Hearsay, lack of relevance, Rule 403, lack of foundation. |
| 1079 | Hearsay, lack of relevance, Rule 403, lack of foundation. |

| 1094 | Relevance, Rule 403 |
| --- | --- |
| 1127 | Relevance, Rule 403 |
| 1150 | Hearsay, lack of foundation, Rule 403 |
| 1152 | Hearsay, lack of foundation, Rule 403 |
| 1170 | Hearsay, lack of relevance, Rule 403, lack of foundation. |
| 1171 | Hearsay, lack of relevance, Rule 403, lack of foundation. |
| 1242 | Hearsay, lack of relevance, Rule 403, lack of foundation. |
| 1243 | Hearsay, lack of relevance, Rule 403, lack of foundation. |
| 1257 | Hearsay, lack of relevance, Rule 403, lack of foundation. |
| 1276 | Hearsay, lack of relevance, Rule 403, lack of foundation. |
| 1278 | Hearsay, lack of relevance, Rule 403, lack of foundation. |
| 1279 | Hearsay, lack of relevance, Rule 403, lack of foundation. |
| 1312 | Hearsay, lack of relevance, Rule 403, lack of foundation. |
| 1326 | Hearsay, lack of relevance, Rule 403, lack of foundation. |
| 1333 | Hearsay, lack of relevance, Rule 403, lack of foundation. |
| 1334 | Hearsay, lack of relevance, Rule 403, lack of foundation. |
| 1346 | Hearsay, lack of relevance, Rule 403, lack of foundation, no supporting medical testimony. |
| 1357 | Hearsay, lack of relevance, Rule 403, lack of foundation. |
| 1358 | Hearsay, lack of relevance, Rule 403, lack of foundation. |
| 1359 | Hearsay, lack of relevance, Rule 403, lack of foundation. |
| 1363 | Hearsay, lack of relevance, Rule 403, lack of foundation. |
| 1372 | Hearsay, lack of relevance, Rule 403, lack of foundation. |
| 1377 | Hearsay, lack of relevance, Rule 403, lack of foundation. |
| 1380 | Hearsay, lack of relevance, Rule 403, lack of foundation. |
| 1388 | Hearsay, lack of relevance, Rule 403, lack of foundation. |
| 1390 | Hearsay, lack of relevance, Rule 403, lack of foundation, lack of supporting medical testimony. |
| 1399 | Hearsay, lack of relevance, Rule 403, lack of foundation. |
| 1412 | Hearsay, lack of relevance, Rule 403, lack of foundation. |
| 1419 | Hearsay, lack of relevance, Rule 403, lack of foundation, improper expert opinion under Daubert, or inadmissible lay opinion. |
| 1432 | Hearsay, lack of relevance, Rule 403, lack of foundation. |
| 1438 | Hearsay, lack of relevance, Rule 403, lack of foundation. |
| 1439 | Hearsay, lack of relevance, Rule 403, lack of foundation. |
| 1440 | Hearsay, lack of relevance, Rule 403, lack of foundation. |
| 1442 | Hearsay, lack of relevance, Rule 403, lack of foundation. |
| 1443 | Hearsay, lack of relevance, Rule 403, lack of foundation. |

| | |
|---|---|
| 1444 | Hearsay, lack of relevance, Rule 403, lack of foundation. |
| 1445 | Hearsay, lack of relevance, Rule 403, lack of foundation. |
| 1446 | Hearsay, lack of relevance, Rule 403, lack of foundation. |
| 1447 | Hearsay, lack of relevance, Rule 403, lack of foundation. |
| 1464 | Hearsay, lack of relevance, Rule 403, lack of foundation. |
| 1465 | Hearsay, lack of relevance, Rule 403, lack of foundation. |
| 1466 | Hearsay, lack of relevance, Rule 403, lack of foundation, improper expert opinion. |
| 1467 | Hearsay, lack of relevance, Rule 403, lack of foundation. |
| 1490 | Hearsay, lack of relevance, Rule 403, lack of foundation, no supporting expert medical opinon. |

DATED: HONOLULU, HAWAII, September 19, 2006

KEVIN P. H. SUMIDA
ANTHONY L. WONG
Attorneys for Defendant
GK APPRAISALS, INC