Of Counsel:
SUMIDA & TSUCHIYAMA
A Limited Liability Law Company

KEVIN P. H. SUMIDA     2544-0
ANTHONY L. WONG        6018-0
Dillingham Transportation Building
735 Bishop Street, Suite 411
Honolulu, Hawaii 96813
Telephone No. (808) 356-2600
Fax No. (808) 587-6197
E-Mail: info@sthawaii.com
awong@sthawaii.com; ksumida@sthawaii.com
Attorneys for Defendant
GK APPRAISALS, INC.

IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>        Plaintiff,<br><br>  vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>        Defendants. | CIVIL NO. CV04 00108 KSC<br><br>DEFENDANT GK APPRAISALS, INC.'S PROPOSED JURY INSTRUCTIONS; ATTACHMENTS; CERTIFICATE OF SERVICE<br><br><br>Trial: October 3, 2006 |

DEFENDANT GK APPRAISALS, INC.'S
PROPOSED JURY INSTRUCTIONS

Comes now defendant GK APPRAISALS, INC., by its attorneys, and hereby request that the court read to the jury the attached special jury instructions and the following General Federal Jury Instructions IN Civil Cases:

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1.1 | 1.2 | 1.3 | 1.4 | 1.5 | 1.6 | 2.1 | 2.2 | 2.3 | 3.1 |
| 3.2 | 3.3 | 4.5 | 4.6 | 5.1 | 5.2 | 5.3 | 5.4 | 6.5 | 7.1 |
| 7.2 | 7.3 | 7.4 | 7.5 | 8.1 | 8.2 | 8.3 | 8.4 | 8.5 | 8.7 |
| 8.8 | 8.9 | 8.11 | 8.12 | 8.13 | 8.14 | 8.15 | 8.16 | 8.17 | 8.18 |
| 9.1 | 9.2 | 9.3 | | | | | | | |

Defendant also requests that the attached special proposed instructions be read to the jury. [ATTACHMENTS]

DATED: HONOLULU, HAWAII,    September 19, 2006

KEVIN P. H. SUMIDA
ANTHONY L. WONG
Attorneys for Defendant
GK APPRAISALS, INC