ORIGINAL

MOSELEY BIEHL TSUGAWA LAU & MUZZI
a Hawaii limited liability law company
ROGER S. MOSELEY         2060
CHRISTOPHER J. MUZZI     6939
RENEE M. FURUTA          7593
Alakea Corporate Tower
1100 Alakea Street, 23rd Floor
Honolulu, Hawaii 96813
Telephone: (808) 531-0490
Facsimile: (808) 523-1888
Email: rmoseley@hilaw.us
       cmuzzi@hilaw.us
       rfuruta@hilaw.us

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 18 2006

at ___ o'clock and ___ min. __M
SUE BEITIA, CLERK

Attorneys for Plaintiff
PHILIP E. ENGLISH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>   Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1–10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>   Defendants. | Civil No. CV 04-00108 KSC<br><br>PLAINTIFF PHILIP E. ENGLISH'S MOTION FOR RECONSIDERATION OF THE COURT'S GRANTING OF DEFENDANTS CITY AND COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA AND ANN C. GIMA'S MOTION TO EXTEND TIME TO FILE SUBSTANTIVE MOTIONS AND DEFENDANT GK APPRAISALS, INC.'S JOINDER IN DEFENDANTS CITY AND COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA AND ANN C. GIMA'S MOTION TO EXTEND TIME TO |

FILE SUBSTANTIVE MOTIONS; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF COUNSEL; EXHIBITS A-E; CERTIFICATE OF SERVICE

NON-HEARING MOTION

TRIAL: OCTOBER 3, 2006

**PLAINTIFF PHILIP E. ENGLISH'S MOTION FOR RECONSIDERATION OF THE COURT'S GRANTING OF DEFENDANTS CITY AND COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA AND ANN C. GIMA'S MOTION TO EXTEND TIME TO FILE SUBSTANTIVE MOTIONS AND DEFENDANT GK APPRAISALS, INC.'S JOINDER IN DEFENDANTS CITY AND COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA AND ANN C. GIMA'S MOTION TO EXTEND TIME TO FILE SUBSTANTIVE MOTIONS**

COMES NOW, Plaintiff PHILIP E. ENGLISH ("Plaintiff"), by and through his attorneys, Moseley Biehl Tsugawa Lau & Muzzi, LLLC, and respectfully moves this Honorable Court pursuant to Federal Rules of Civil Procedure Rules 7, 59(e) and 60(b) and Local Rules of Practice for the United States District Court for the District of Hawaii Rule 60.1 to reconsider its granting of Defendants City and County of Honolulu, Gary T. Kurokawa, Robert O. Magota and Ann C. Gima's Motion to Extend Time to File Substantive Motions and Defendant GK Appraisals, Inc.'s Joinder to Defendants City and County of Honolulu, Gary T. Kurokawa, Robert O. Magota and Ann C. Gima's Motion to Extend Time to File Substantive Motions heard before this Court on September 8, 2006.

This motion is supported by the attached memoranda, declaration of counsel, exhibits and files and pleadings herein.

DATED: Honolulu, Hawaii, SEP 1 8 2006.

ROGER S. MOSELEY
CHRISTOPHER J. MUZZI
RENEE M. FURUTA
Attorneys for PLAINTIFF
PHILIP E. ENGLISH