IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>       Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1 –10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>       Defendants. | Civil No.  04-00108 KSC/KSC<br><br>DECLARATION OF COUNSEL |

## **DECLARATION OF COUNSEL**

I, ROGER S. MOSELEY, declare under penalty of perjury that the following is true and correct to the best of my knowledge:

1.   I am an attorney licensed to practice law in the State of Hawaii, the United District Court for the District of Hawaii, and the United States Circuit Court of the 9th Circuit.

2.   I am one of the attorneys responsible for representing Plaintiff Philip E. English in the above-captioned case.

3. Attached hereto as Exhibit "A" is a true and correct copy of Defendants City and County of Honolulu, Gary T. Kurokawa, Robert O. Magota and Ann C. Gima's Motion to Extend Time to File Substantive Motions filed on September 5, 2006.

4. Attached hereto as Exhibit "B" is a true and correct copy of Defendant GK Appraisals, Inc.'s Joinder to Defendants City and County of Honolulu, Gary T. Kurokawa, Robert O. Magota and Ann C. Gima's Motion to Extend Time to File Substantive Motions filed on September 6, 2006.

5. Attached hereto as Exhibit "C" is a true and correct copy of the condensed version of the transcript of the oral deposition of Philip E. English, including Exhibit 1, taken on September 30, 2005.

6. Attached hereto as Exhibit "D" is a true and correct copy of page 232 of the transcript of the oral deposition of Philip E. English taken on October 4, 2006.

7. Attached hereto as Exhibit "E" is a true and correct copy of Defendants City and County of Honolulu, Gary T. Kurokawa, Robert O. Magota and Ann C. Gima's First Amended Pretrial Statement filed on August 15, 2006.

8. Plaintiff respectfully requests review of the foregoing motion on an expedited basis considering that trial in this matter is to commence on October 3, 2006. More importantly, a hearing on the substantive motions is scheduled for

September 27, 2006 at 9:00 a.m. with oppositions due by September 22, 2006, 4:00 a.m. and optional reply memorandums due by September 25, 2006, 4:00 p.m.

9. Based upon the Defendants' substantive motions filed herein and the clear ulterior motive to delay trial of this matter, Plaintiff seeks reconsideration of this Court's granting of Defendants' request for extension of the expired substantive motion deadline on an expedited basis.

I DECLARE UNDER PENALTY OF PERJURY under the laws of the United States and the State of Hawaii that the foregoing is true and correct.

Executed on  SEP 1 8 2006  , at Honolulu, Hawaii.

ROGER S. MOSELEY