COPY

85

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

PHILIP E. ENGLISH,                    ) CIVIL NO. CV04-00108 JMS/KSC
                                      )
            Plaintiff,                )
                                      )
      vs.                             )
                                      )
CITY AND COUNTY OF HONOLULU; ) VOLUME II
GARY T. KUROKAWA; ROBERT     ) PAGES 85 THROUGH 242
MAGAOTA; ANN C. GIMA; and    )
GK APPRAISALS, INC.; et al.,  )
                                      )
            Defendants.               )
                                      )
_____)

DEPOSITION OF PHILIP E. ENGLISH

Taken on behalf of Defendants City & County of Honolulu,
Gary T. Kurokawa, Robert Magota and Ann C. Gima, at the
law offices of Watanabe Ing Kawashima & Komeiji, 5th
Floor, Hawaii Tower, 745 Fort Street, Honolulu, Hawaii
96813, commencing at 10:29 a.m., on Tuesday, October 4,
2005, pursuant to Notice.


BEFORE:

      Donna Kohls, CSR 146
      Notary Public, State of Hawaii

EXHIBIT D

232

1    Q    No.  As we already talked about, you had indicated in

2    Exhibit No. 1 that you had voluntarily resigned that you

3    signed under oath, correct?

4    A    Mike, as I indicated in our previous deposition

5    meeting, that was a settlement agreement.  The City

6    basically said we agree to settle with you but only if you

7    quit.  So I don't think, you know, I really-- the choices,

8    my options at that time were very limited and I wasn't

9    really given reasonable choices to make at that time.

10        I was in a very serious way.  I needed financial aid

11   as well as continued medical help.  And I had to make a

12   decision and I made that decision voluntarily.  I agreed

13   to do it, but it was because I didn't have any other

14   option.

15   Q    Again, we have already covered this.  I'm not going

16   to rehash it in terms of that, Mr. English.  And of course

17   the documents speak for itself.

18        With regard to the probation, what was your

19   understanding of the probation, not the special probation

20   but the probation that you were on?

21   A    That I was on an extended probation and that they

22   would continue to monitor the work that I was doing, and

23   if I-- I didn't even know what would happen at the end if

24   I fell short of what they were attempting to do.  But I

25   didn't understand why I was placed on probation to begin

242

1   STATE OF HAWAII                )
                                   )
2        I, DONNA KOHLS, C.S.R., a Notary Public in and for

3   the State of Hawaii, do hereby certify:

4        That on October 4, 2005, at 10:29 a.m., appeared

5   before me PHILIP E. ENGLISH, the witness whose testimony

6   is contained herein, that prior to being examined, the

7   witness was by me duly sworn; that the proceedings were

8   taken in computerized machine shorthand by me and were

9   reduced to print; that the foregoing represents to the

10  best of my ability, a correct transcript of the

11  proceedings had in the foregoing matter;

12       That the witness, if applicable, was notified through

13  counsel, by mail or by telephone to appear and sign; that

14  if the transcript is not signed, either the reading and

15  signing were waived by the witness and all parties, or the

16  witness failed to appear and the original is therefore

17  kept on file without signature pursuant to Court Rules.

18       I further certify that I am not counsel for any of

19  the parties hereto, nor in any way interested in the

20  outcome of the cause named in the caption.

21       Dated:_____OCT I 7 2005_____

22

23       _____

24       Donna Kohls, C.S.R., No. 146
         Notary Public, State of Hawaii
25       My commission expires: 7-21-2010