# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

9/19/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV04-00108KSC |
| CASE NAME: | Philip E. English v. City and County of Honolulu, et al. |
| ATTYS FOR PLA: | Christopher Muzzi |
| ATTYS FOR DEFT: | Marie Gavigan<br>Carter Siu<br>Anthony Wong |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | FTR C5 |
| DATE: | 9/19/2006 | TIME: | 9:35-9:50:04am |

COURT ACTION:  EP:
1.  Susan Bender's Motion for Protective Order and to Quash Subpoena Duces Tecum filed July 31, 2006 [244]
2.  Defendants City and County of Honolulu, Gary T. Kurokawa, Robert O. Magota, and Ann C. Gima's Motion to Strike Plaintiff's First Amendment to Plaintiff Philip E. English's First Amended Pretrial Statement and For Sanctions [331]

Susan Bender's Motion for Protective Order and to Quash Subpoena Duces Tecum filed July 31, 2006.  Motion granted in part and denied in part.  Ms. Bender's deposition to be completed no later then close of business on Friday, 9/22/06.  If a time/location cannot be agreed to, the deposition shall take place at the courthouse.  Ms. Gavigan to prepare the order.

Defendants City and County of Honolulu, Gary T. Kurokawa, Robert O. Magota, and Ann C. Gima's Motion to Strike Plaintiff's First Amendment to Plaintiff Philip E. English's First Amended Pretrial Statement and For Sanctions.  Motion denied.  Defendant is granted leave to file a Motion in Limine.  Motion to be filed by 9/22/06 and hearing shall be set for 9/28/06 at 10:00am, Judge Chang.  Mr. Siu to prepare the order.

Submitted by: Shari Afuso, Courtroom Manager