**ORIGINAL**

MOSELEY BIEHL TSUGAWA LAU & MUZZI
A Hawaii Limited Liability Law Company
ROGER S. MOSELEY          2060
CHRISTOPHER J. MUZZI      6939
RENEE M. FURUTA           7593
Alakea Corporate Tower
1100 Alakea Street, 23rd Floor
Honolulu, Hawaii 96813
Telephone: (808) 531-0490
Facsimile: (808) 534-0202
Email: rmoseley@hilaw.us
       cmuzzi@hilaw.us
       rfuruta@hilaw.us

Attorneys for Plaintiff
PHILIP E. ENGLISH

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 18 2006

at __ o'clock and __ min. __M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1–10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>Defendants. | Civil No. 04-00108 KSC/KSC<br><br>PLAINTIFF PHILIP E. ENGLISH'S EX PARTE MOTION TO SHORTEN TIME FOR SUBMISSION OF RESPONSES AND DECISION ON HIS MOTION FOR RECONSIDERATION OF THE COURT'S GRANTING OF DEFENDANTS CITY AND COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA AND ANN C. GIMA'S MOTION TO EXTEND TIME TO FILE SUBSTANTIVE MOTIONS AND DEFENDANT GK APPRAISALS, INC.'S JOINDER IN DEFENDANTS CITY AND COUNTY OF HONOLULU, GARY |

10010/3/57657.3

| | T. KUROKAWA, ROBERT O. MAGOTA AND ANN C. GIMA'S MOTION TO EXTEND TIME TO FILE SUBSTANTIVE MOTIONS; DECLARATION OF COUNSEL; CERTIFICATE OF SERVICE<br><br>TRIAL: OCTOBER 3, 2006 |

PLAINTIFF PHILIP E. ENGLISH'S EX PARTE MOTION TO SHORTEN TIME FOR SUBMISSION OF RESPONSES AND DECISION ON HIS MOTION FOR RECONSIDERATION OF THE COURT'S GRANTING OF DEFENDANTS CITY AND COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA AND ANN C. GIMA'S MOTION TO EXTEND TIME TO FILE SUBSTANTIVE MOTIONS AND DEFENDANT GK APPRAISALS, INC.'S JOINDER IN DEFENDANTS CITY AND COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA AND ANN C. GIMA'S MOTION TO <u>EXTEND TIME TO FILE SUBSTANTIVE MOTIONS</u>

COMES NOW, Plaintiff Philip E. English ("Plaintiff"), by and through his counsel, Moseley Biehl Tsugawa Lau & Muzzi, and hereby moves this Honorable Court, ex parte, for an Order Shortening Time for Submission of Responses and Decision on his Motion for Reconsideration of the Court's Granting of Defendants City and County of Honolulu, Gary T. Kurokawa, Robert O. Magota and Ann C. Gima's Motion to Extend Time to File Substantive Motions and Defendant GK Appraisals, Inc.'s Joinder to Defendants City and County of Honolulu, Gary T. Kurokawa, Robert O. Magota and Ann C. Gima's Motion to Extend Time to File Substantive Motions.

This motion is based on Rules 6 & 7 of the Federal Rules of Civil Procedure, the Declaration of Counsel, and the records and files herein.

Dated: Honolulu, Hawaii, __SEP 1 8 2006__.

_____
ROGER S. MOSELEY
CHRISTOPHER J. MUZZI
RENEE M. FURUTA
Attorneys for Plaintiff
PHILIP E. ENGLISH