IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH, | Civil No. 04-00108 KSC/KSC |
| Plaintiff, | DECLARATION OF COUNSEL |
| vs. | |
| CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1 –10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10, | |
| Defendants. | |

## DECLARATION OF COUNSEL

I, ROGER S. MOSELEY, declare under penalty of perjury that the following is true and correct to the best of my knowledge:

1. I am an attorney licensed to practice law in the State of Hawaii, the United District Court for the District of Hawaii, and the United States Circuit Court of the 9th Circuit.

2. I am one of the attorneys responsible for representing Plaintiff Philip E. English in the above-captioned case.

10010/3/57744.8

3.  Plaintiff respectfully requests review of the forgoing motion on an expedited basis considering that trial in this matter is to commence on October 3, 2006. More importantly, a hearing on substantive motions is scheduled for September 27, 2006 at 9:00 a.m. with oppositions due by September 22, 2006, 4:00 p.m. and optional rely memorandums due by September 25, 2006, 4:00 p.m.

4.  Pursuant to Local Rules of the United States District Court for the District of Hawaii Rule 7.4, a party has (11) days to submit an opposition to a non-hearing motion. This is not feasible herein considering the hearing on the substantive motions filed by Defendants is scheduled for September 22, 2006, i.e. seven days from now.

5.  It is therefore requested that this Court shorten the time for any opposition to the referenced motion for reconsideration and also expedite any decision concerning such reconsideration.

6.  On the foregoing, the undersigned respectfully submits that good cause exists to grant the instant request to shorten time for opposition and decision regarding Plaintiff's Motion for Reconsideration.

I DECLARE UNDER PENALTY OF PERJURY under the laws of the United States and the State of Hawaii that the foregoing is true and correct.

Executed on **SEP 1 8 2006**, at Honolulu, Hawaii.

_____
ROGER S. MOSELEY