00002400.WPD
KAWASHIMA LORUSSO & TOM LLP

| | |
|---|---|
| JAMES KAWASHIMA | #1145-0 |
| RANDALL Y. YAMAMOTO | #3274-0 |
| BRIAN Y. HIYANE | #6045-0 |
| CARTER K. SIU | #7313-0 |

Topa Financial Center
Fort Street Tower
745 Fort Street, Suite 500
Honolulu, Hawaii 96813
Telephone:    (808)275-0325
Facsimile:    (808)275-0399
Email Address: ryamamoto@kltlaw.com

Attorneys for Defendants
CITY AND COUNTY OF HONOLULU,
GARY T. KUROKAWA, ROBERT O. MAGOTA,
and ANN C. GIMA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT STATE OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>        Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF HONOLULU;<br>GARY T. KUROKAWA; ROBERT O.<br>MAGOTA; ANN C. GIMA; and GK<br>APPRAISALS, INC.; JOHN DOES<br>1-10; JANE DOES 1-10; DOE<br>PARTNERSHIPS; DOE<br>CORPORATIONS 1-10; AND DOE<br>ENTITIES 1-10,<br><br>        Defendants. | CIVIL NO. CV04-00108 KSC<br><br>**DEFENDANTS CITY AND COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA, and ANN C. GIMA'S MEMORANDUM RE: PLAINTIFF PHILIP E. ENGLISH'S MOTION IN LIMINE NO. 1 RE: EXCLUDING EVIDENCE OF SETTLEMENT NEGOTIATIONS; CERTIFICATE OF SERVICE**<br><br>**HEARING:**<br><br>Date:  September 28, 2006<br>Time:  10:00 a.m.<br>Judge: Hon. Kevin S.C. Chang<br><br>Trial Date: October 3, 2006 |

**DEFENDANTS CITY AND COUNTY OF HONOLULU,
GARY T. KUROKAWA, ROBERT O. MAGOTA,
AND ANN C. GIMA'S MEMORANDUM RE:
PLAINTIFF PHILIP E. ENGLISH'S MOTION IN LIMINE NO. 1
RE: EXCLUDING EVIDENCE OF SETTLEMENT NEGOTIATIONS**

Come now Defendants CITY & COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA, and ANN C. GIMA (collectively referred to herein as "City Defendants"), by and through their attorneys, KAWASHIMA LORUSSO & TOM LLP, and hereby submit their memorandum re: Plaintiff Philip E. English's Motion in Limine No. 1 Re: Excluding Evidence of Settlement Negotiations (hereinafter "Motion").

In his Motion, Plaintiff seeks to exclude any and all references to settlement discussions, negotiations, and communications including settlement offers, between the parties in this case. To the extent that Plaintiff's Motion is limited solely to exclude from evidence any mention or reference to settlement negotiations between the parties **in the course of this present litigation**, City Defendants have no opposition to the Motion.

It should be noted, however, that evidence of settlement negotiations, including but not limited to communications and offers and demands, related to and/or arising out of the settlement of Plaintiff's prior workers' compensation claim are admissible, and are not precluded by Plaintiff's present motion.

Prior to the initiation of the instant lawsuit, on February 28, 2003, Plaintiff filed a claim for workers' compensation benefits under Chapter 386, Hawaii Revised Statues, against the City and County of Honolulu, Department of Budget and Fiscal Services.  On January 20, 2004, with the assistance and advice of his present counsel, Roger Moseley, Esq., Plaintiff accepted a lump sum payment of eighty-five thousand dollars ($85,000.00) to settle his workers' compensation claim and was allowed to retain all TDI and other benefits already conferred on him, in exchange for a release of claims and agreement to specific terms and conditions.

It is City Defendants' position that Plaintiff's voluntary acceptance and execution of the Compromise, Settlement and Release Agreement dated January 20, 2004, precludes Plaintiff from taking certain positions, making certain arguments, and asserting certain claims in the present lawsuit.  <u>See</u>, Defendants City and County of Honolulu, Gary T. Kurokawa, Robert O. Magota, and Ann C. Gima's Motion for Partial Dismissal, or in the Alternative, Motion for Partial Summary Judgment, filed herein on September 12, 2006.  Because City Defendants are not seeking to admit evidence of negotiations in the settlement of the prior workers' compensation claim to "prove liability for or invalidity of the claim or its amount," such evidence is not precluded by FRE Rule 408.

Accordingly, Plaintiff's Motion must be limited to excluding evidence of settlement negotiations in the present action only, and does not preclude any reference to or evidence of communications, negotiation and/or settlement of his prior workers' compensation claim.

DATED: Honolulu, Hawaii, ___SEP 19 2006___.

_____
JAMES KAWASHIMA
RANDALL Y. YAMAMOTO
BRIAN Y. HIYANE
CARTER K. SIU
Attorneys for Defendants
CITY AND COUNTY OF HONOLULU,
GARY T. KUROKAWA,
ROBERT O. MAGOTA, and
ANN C. GIMA