IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>        Plaintiff,<br><br>  vs.<br><br>CITY AND COUNTY OF HONOLULU;<br>GARY T. KUROKAWA; ROBERT O.<br>MAGOTA; ANN C. GIMA; and GK<br>APPRAISALS, INC.; JOHN DOES<br>1-10; JANE DOES 1-10; DOE<br>PARTNERSHIPS; DOE CORPORATIONS<br>1-10; AND DOE ENTITIES 1-10,<br><br>        Defendants. | CIVIL NO. CV04-00108 KSC<br><br>**CERTIFICATE OF SERVICE** |

CERTIFICATE OF SERVICE

      I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

      Served Electronically through CM/ECF:

| | | |
|---|---|---|
| Roger S. Moseley, Esq. | rmoseley@hilaw.us | 09/19/06 |
| Joanna B.K. Fong., Esq. | Jfong@hilaw.us | 09/19/06 |
| Reneee M. Furuta, Esq. | Rfuruta@hilaw.us | 09/19/06 |
| Alan K. Lau, Esq. | Alau@hilaw.us | 09/19/06 |
| Christopher J. Muzzi, Esq. | Cmuzzi@hilaw.us | 09/19/06 |

Served Electronically through CM/ECF:

| | | |
|---|---|---|
| Kevin P.H. Sumida, Esq. | Ksumida@tshawaii.com | 09/19/06 |
| Anthony L. Wong, Esq. | Awong@sthawaii.com | 09/19/06 |

DATED: Honolulu, Hawaii, September 19, 2006.

_____
JAMES KAWASHIMA
RANDALL Y. YAMAMOTO
BRIAN Y. HIYANE
CARTER K. SIU
Attorneys for Defendants
CITY AND COUNTY OF HONOLULU,
GARY T. KUROKAWA,
ROBERT O. MAGOTA, and
ANN C. GIMA