IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CITY AND COUNTY OF HONOLULU;<br>GARY T. KUROKAWA; ROBERT O.<br>MAGOTA; ANN C. GIMA; and GK<br>APPRAISALS, INC.; JOHN DOES<br>1-10; JANE DOES 1-10; DOE<br>PARTNERSHIPS; DOE CORPORATIONS<br>1-10; AND DOE ENTITIES 1-10,<br><br>　　　　Defendants. | ) CIVIL NO. CV04-00108 KSC<br>)<br>) **DECLARATION OF CARTER K. SIU**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### DECLARATION OF CARTER K. SIU

I, CARTER K. SIU, declare as follows:

1. Declarant is an attorney licensed to practice law before all the state and federal courts in the State of Hawaii and is one of the attorneys representing Defendants CITY AND COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA, ANN C. GIMA (collectively "CITY Defendants") in the above-entitled action.

2. This Declaration is made in lieu of an affidavit pursuant to Local Rule 7.6, <u>Rules of the United States District Court for the District of Hawaii</u>, as amended.

3. I make this Declaration in support of Defendants City and County of Honolulu, Gary T. Kurokawa, Robert O. Magota, and Ann C. Gima's Memorandum in Opposition to Plaintiff Philip E.

English's Motion in Limine No. 2 Re: Excluding Testimony of Corlis Chang.

4. Attached hereto as Exhibit "A" is a true and correct copy of Plaintiff Philip E. English's Voluntary Petition for Bankruptcy filed on or about August 1, 2000.

5. Attached hereto as Exhibit "B" is a true and correct copy of "Schedule I - Current Income of Individual Debtor(s)" which was attached to Plaintiff's August 1, 2000 bankruptcy filing. In the upper left corner, Plaintiff indicates that he is divorced.

6. Attached hereto as Exhibit "C" is a true and correct copy of a letter that Plaintiff drafted to Corlis Chang.

7. Exhibit "C" is apparently drafted contemporaneously with the Byran Uyesugi sentencing, which took place on or about August 8, 2000.

8. Attached hereto as Exhibit "D" is a true and correct copy of various e-mails and other documents that Plaintiff drafted on his work computer to Corlis Chang.

9. Attached hereto as Exhibit "E" is a true and correct copy of an e-mail from Plaintiff's father to Plaintiff dated August 6, 2001.

10. Attached hereto as Exhibit "F" is a true and correct copy of an e-mail from Plaintiff's father to Plaintiff dated September 26, 2001.

11. Attached hereto as Exhibit "G" is a true and correct copy of an Affidavit of Christopher Hans Graff dated August 20, 2002 that was located on Plaintiff's work computer.

12. Attached hereto as Exhibit "H" is a true and correct copy of an Affidavit of Peyason Rimsinth dated August 22, 2002 that was located on Plaintiff's work computer.

13. Attached hereto as Exhibit "I" is a true and correct copy of the Affidavit of Philip E. English filed in FC-D No. 03-1-2676.

14. Attached hereto as Exhibit "J" is a true and correct copy of the Complaint for Divorce filed on August 18, 2003 in FC-D No. 03-1-2676.

15. Attached hereto as Exhibit "K" is a true and correct copy of the Deposition Transcript of Philip E. English taken August 7, 2006, Vol. IV, pg. 497, line 23 - pg. 500, line 6.

I declare under penalty of law that the foregoing is true and correct to the best of my knowledge and belief.

DATED: Honolulu, Hawaii, September 19, 2006

_____
CARTER K. SIU