FORM B6I (6/90) Specialty Software, Royal Oak, MI

In re _Philip Eugene English_ _____ / Debtor   Case No. _____
(If known)

## SCHEDULE I—CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled spouse must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: _Divorced_ | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| | NAMES<br>Sean | AGE<br>9 | RELATIONSHIP<br>son |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | _appraiser_ | |
| Name of Employer | _C&C Hnl_ | |
| How Long Employed | _2 months_ | |
| Address of Employer | | |

| Income: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current Monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ 2,444.00 | $ |
| Estimated Monthly Overtime | $ 0.00 | $ |
| SUBTOTAL | $ 2,444.00 | $ |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll Taxes and Social Security | $ 684.00 | $ |
| b. Insurance | $ 120.00 | $ |
| c. Union Dues | $ 60.00 | $ |
| d. Other (Specify): | $ 0.00 | $ |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 864.00 | $ |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 1,580.00 | $ |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ |
| Income from Real Property | $ 0.00 | $ |
| Interest and dividends | $ 0.00 | $ |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ |
| Social Security or other government assistance Specify: | $ 0.00 | $ |
| Pension or retirement income | $ 0.00 | $ |
| Other monthly income Specify: | $ 0.00 | $ |
| TOTAL MONTHLY INCOME | $ 1,580.00 | $ |

TOTAL COMBINED MONTHLY INCOME   $ __1,580.00__
(Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

debtor was not earning money for a long time - used retirement then used all of divorce settlement to live on

EXHIBIT "B"