Dear Corlis,

People have been watching the Uyesugi sentencing here in the office. It is incredibly sad and tragic. It was so senseless. It was so unnecessary. And the lives that have been crushed. It is so very, very sad.

Every word that here from the victims family about the loss that they are experiencing in their lives I can not help but feel for them deeply.

When you told me that you no longer loved me and wanted me out of your life it was as if someone killed me. The life that I loved so very much and believed in more than even the sun coming up was gone in that very incident. It is the same loss felt by the victims from the Xerox shootings.

And the tragedy goes further. The same happened to Sean, his life as he knew it and believed in was also gone and he too suffers greatly from the loss of that life. I can only guess and I believe that you too felt terrible loss.

Everyday when I wake the very first thing that comes to my mind is you. It has been that way from the moment I fell in love with you and it will be that way for the rest of my life. I gave you my heart and that is not something that can be taken back. And every night my last thought before I sleep is of you and I say a prayer for you.

As it is with these victims you never get over it, it never goes away. For me it is as intense today as it was the very moment you told me that it was over between us. The only thing that I can do is to try and cope. But it will not go away or even diminish.

I know that it is that way for Sean too. He is dealing with a lot these days. He tries to cope in different ways but he feels it all too everyday of his life. To think that it is not so is to only perpetuating a lie.

I wonder about you. I believe you too have terrible hurt and have to cope with these things as well. I have been told by just about everyone that once you make up your mind that is the way it is going to be and that you will never change your mind and that you are a strong minded person.

All of that may be true but it doesn't mean that you do not feel hurt inside. And for that I pray for you. I pray everyday and many times a day for you. You are often in my thoughts throughout my waking hours and dreams.

But my thoughts and consistent and fervent prayer for you is that you will find peace and that your heart will become soft and that someday you will see the truth.

I am seeking the truth to. Always and everyday. It has become my way to cope. And I know that there is one truth that I have a hard time believing or accepting and that is that you do not love me. It is not because I am such a great guy or that I deserve your love. I most certainly do not deserve it. It is the promise of love. It is the same with me.

So everyday I seek to understand, cope, and go on not understanding and not believing things can be the way they are. I pray for you and I pray for Sean and then I go on one more day.

I look at the world that keeps spinning around day after day going on and going forward whether it seems all wrong to me or not, whether it is up or down or inside out, there is always one constant that I know with out doubt or hesitation, and that is my love for you. It will always be, forever.

Always,

Phil

CD 000370



EXHIBIT "C"