**From:**    Chang, Corlis J. [cchang@goodsill.com]
**Sent:**    Thursday, June 28, 2001 2:56 PM
**To:**      'English, Phil'
**Subject:** Taxes 1998

Phil:

You had mentioned negotiating with the IRS for a payoff that would clear the tax liability for the two of us for 1998.  Have you received a number yet?  Please let me know.  If we could get rid of the liability for a couple of thousand dollars, it would be worth it.

Thanks for checking,
Corlis

CD 000874

EXHIBIT "D"

**From:** Chang, Corlis J. [cchang@goodsill.com]
**Sent:** Thursday, July 05, 2001 9:04 AM
**To:** 'English, Phil'
**Subject:** 1998 Taxes

Dear Phil:

Thank you for the tax information.  I have made inquiries and am awaiting a response to the idea of settlement of these taxes.  Obviously, if we can do that without  negative impact (i.e., judgment against us), it would be beneficial and financially sound.  As soon as I hear, I will let you know.  Did you confirm that there is a reasonable likelihood that the IRS would accept 10% ($1,700 or so?)  Remember that the $17,000 includes both interest and penalties.

Please let me know.

Thanks,
Corlis

CD 000357

**From:**    Chang, Corlis J. [cchang@goodsill.com]
**Sent:**    Thursday, July 05, 2001 1:17 PM
**To:**      'English, Philip E.'
**Subject:** RE: Sean's schedule

Dear Phil:

We plan to leave on July 27 and return on August 5.  I'll send you a copy of the itinerary and all the phone #s.

thanks,
Corlis

CD 000842

From:    Chang, Corlis J. [cchang@goodsill.com]
Sent:    Tuesday, July 10, 2001 8:36 AM
To:      'English, Philip E.'
Subject: RE: 1998 Taxes

Dear Phil:

I am willing to contribute to the offer in compromise if it will clear the 1998 debt in its entirety. You may want to ask the IRS person about it, but I think you make the offer (but not give the money). If the offer is accepted, then the money changes hands. If it is not accepted, then things just continue on as they were, OR, they continue to negotiate (what I expect they would do).

Just one last word as to Cyndi and Rob. Cyndi doesn't owe the debt, Rob does. You can only ask Cyndi to help, but don't be surprised if she doesn't want to get involved. As for Rob, you probably will have to file an action against him to get his attention if calling Cyndi does nothing. I suspect he'll just file for bankruptcy. I guess you would take that as a loss against your taxes as a "bad debt." If he makes you an offer to take some property in lieu of the $, I'd do it. I think you better do something soon and probably in writing.

Corlis

-----Original Message-----
From: English, Philip E. [mailto:penglish@co.honolulu.hi.us]
Sent: Tuesday, July 10, 2001 8:27 AM
To: 'Chang, Corlis J.'
Subject: RE: 1998 Taxes

Dear Corlis,

I understand and I never intended that you participate in the offer-in-compromise unless you could get relief. It was my understanding from the person that I am dealing with that it might be possible to get you relief through my offer-in-compromise. They are aware that I have no assets and I have no expendable income. According to their calculations of allowable expenses I am in the whole a few hundred dollars per month. It was suggested that perhaps you might be willing to help with the offer to relieve your debt as well.

To tell you the truth I do not understand these things clearly and I am taking it one step at a time. I am also doing what ever I can to try and raise what ever money I can. What ever I raise I will use for the offer. I have attempted to contact Cyndi. I have an appointment at the end of this month to see if I can participate in the medical study that would pay me +/- $2,000. I am looking for any way that I can do it. It is uncertain that they will use me because of the history of cancer but they have none the less asked me to come in. I suspect they are having a hard time finding subjects. I will use what ever money, if any, to make the offer and hope that it is accepted and that the 1998 debt is relieved as well.

I will contact the IRS this week and tell them that you are willing to contribute but that you want to see in writing that if an offer is made and accepted that it will clear you of the 1998 debt as well. Is that what you want me to say? That is what you are telling me. Right?

I do not know if we give them the money at the same time we make the offer or not. They may be a stronger offer. But if they do not accept it do we get the money back or do they keep it? I am not sure hwo it all works and it may be premature to be thinking of these things but I do not think that it can hurt to be prepared or to make the offer in a manner that is most acceptable to them.

At any rate one step at a time.

CD 000822

Phil

-----Original Message-----
**From:** Chang, Corlis J. [mailto:cchang@goodsill.com]
**Sent:** Monday, July 09, 2001 7:33 PM
**To:** 'English, Philip E.'
**Subject:** RE: 1998 Taxes

Dear Phil:

Please understand that I do not want to interfere with your rapport with the IRS person. If settlement could be reached on the 1998 taxes alone, then I would shoulder the burden on getting a loan for that and both of us would be free of that debt. But the 1998 tax debt and your own 1999 debt is rolled into one debt and I can't help that.

If the IRS is going to settle on the 1998 debt, eventually, I will have to be notified in some way. What I don't want to have happen is that the IRS makes us BOTH pay for the same debt.

Wendell indicated that the IRS could wipe out the entire debt for both of us with your offer in compromise, but that we need to get that in writing.

If you can get that in writing, then I can help pay for part of the offer in compromise with a loan. But if you aren't willing to get that in writing for me, or if I'm not able to get direct assurances from the IRS, then what I'd be risking is partial payment for an offer in compromise which does nothing to relieve me of the debt.

Corlis

-----Original Message-----
**From:** English, Philip E. [mailto:penglish@co.honolulu.hi.us]
**Sent:** Monday, July 09, 2001 4:17 PM
**To:** 'Chang, Corlis J.'
**Subject:** RE: 1998 Taxes

Dear Corlis,

I attempted to offer you a reason in my last e-mail. I do not want you to do anything that would not benefit you and the reason I brought it to your attention is that I believed that it might be of benefit to you. I understand the reason that you want assurances and I will attempt to get those for you.

If you have someone at the IRS that you have spoken to about taxes and you want to ask them about it maybe that is the way to go. As far as my additional tax burdens I have a repore with this person and I would like to keep it that way so I can not authorize you to speak to anyone regarding this matter.

Unfortunately as it stands I have no excess income and no assets that I may use for an offer-in-compromise. That does not mean that I have given up hope. There is always hope. Prayer is helpful. But it is God's will that we pray for and not our own.

CD 000823

At this time we should proceed on our own seperately, you with whatever arrangements you have with them already and me with whatever arrangements that I can make with them, if any, in the future. If I can get some assurance about the possibility of the entire tax lean being forgiven I will let you know.


Phil




-----Original Message-----
**From:** Chang, Corlis J. [mailto:cchang@goodsill.com]
**Sent:** Monday, July 09, 2001 5:12 PM
**To:** 'English, Philip E.'
**Subject:** RE: 1998 Taxes

Phil:

Since the debt is joint and several, I need to be able to speak to the IRS person directly myself. Because a former IRS attorney has told me it is unlikely the IRS would cut such a deal, I need to have written assurances from her that the debt would be gone forever. Since I am willing to at least get a loan for $1,700, I think I should have that right. It would be very unfair for me to get a loan to pay off the debt only to find that the IRS will relieve you of liability but not me. I don't trust the IRS and I want to hear it for myself and get it in writing.

I have spoken to this lady before and she's very nice. Eventually, they have to talk to me anyway since it's a joint debt.

Unless you can offer me a reason why I shouldn't call her, I would like to do so.

Corlis

-----Original Message-----
**From:** English, Philip E. [mailto:penglish@co.honolulu.hi.us]
**Sent:** Monday, July 09, 2001 10:09 AM
**To:** 'Chang, Corlis J.'
**Subject:** RE: 1998 Taxes

Corlis,

I will try through Cyndi. Time is of the essence. A law suit could take time. None the less I will try to recover in some way.

I would rather continue to speak to the IRS person myself. I have a good repore with this person and the person seems to be sympathetic to my situation. It has been the anwser to my prayers that the person that I deal with would have a soft heart and see the truth of my situation rather than blindly carry out some rule or regulation. Although this person will not be making the decision they will be making a recomendation.

CD 000824

What is it that you would want to ask? Maybe I can ask the question for you. If I can get something in writing or an IRS code that will explain things maybe that would be good. So regarding the 1998 taxes what is it that you want to know?

Phil

-----Original Message-----
**From:** Chang, Corlis J. [mailto:cchang@goodsill.com]
**Sent:** Monday, July 09, 2001 12:14 PM
**To:** 'English, Philip E.'
**Subject:** RE: 1998 Taxes


Regarding the taxes, do you have an objection to my speaking with the IRS person? I only want to know about 1998 and will not inquire about 1999. You will need to give her permission to speak since the settlement concerns your 1999 as well. Let me know.

As for Rob and Cyndi, I guess you need to work through Cyndi. I guess if that doesn't work, you need to file a claim in court against Rob and Cyndi for the money. Sounds like that's the only way, but I bet you'll have to stand in line to collect from Rob.




-----Original Message-----
**From:** English, Philip E. [mailto:penglish@co.honolulu.hi.us]
**Sent:** Monday, July 09, 2001 7:33 AM
**To:** 'Chang, Corlis J.'
**Subject:** RE: 1998 Taxes

Dear Corlis,

The person that I spoke with at the IRS indicated to me that the debt would be cleared and I asked even for you and she indicated yes. My concern is fact that this person is not the person that makes the decisions and I would rather get it straight from the horses mouth so to speak. If there is some way that I can help get tax relief for you through an offer-in-compromise I want to do that. But the fact is that I have no resources at all to pay for it.

The thing with Rob and Cyndi had nothing to do with the Jeep. Rob did work on the Jeep and he kept it for about three months at one time working on it. But that is a separate issue. He came to me late on a Friday afternoon and told me that he was really desparate and he wanted to know if I could lend him about $4,200. He said that it had something to do with some land on Maui that was owned by his family and that his Uncle was supposed to be paying taxes on it and they were about to lose it if they did not pay some attorney the $4,200 by the afternoon. That is a lot of money but he was desparate and I know that there were people who helped me when I really needed help and it was in part my way of returning the favor. Or so I thought.

CD 000825

I made it clear to Rob that I could only lend him the money if he had some way to pay me back and the deal was that he could and would pay me back within 30 days. He even offered the ownership of his truck to me. But I told him that if he promised his word would be sufficient. You know me Corlis I tend to be too trusting.

Well 30 days came and went and truned to 90 days. I called maybe 100 hundred times and recieved no return call. I began to call Cyndi and asked her to please have Rob call me back. I explained what it was about to Cyndi and she either didn't know about it or thought that I was paid back and became angry at Rob and through him out of the house. Well they reconciled within a week and I have not heard from them since. It has been a while.

I have explained this to you so that you understand and know what it is about. I am not aksing that you get involved but I am asking if you have any ideas or suggestions as to how to recover this money. I have long hoped that Rob would step up to the line and do the right thing (Besides being trusting I am hopeful that people will rise to the occassion and I want to encourage people to rise to the occassion). Any ideas on this matter would be helpful.

I will attempt to talk to Cyndi today as her office is right up the street. She is usually not there but I can try.

On the tax issue please let me know what you find out. It would be to bad to lose an opportunity for you if one exists.

Phil


-----Original Message-----
**From:** Chang, Corlis J. [mailto:cchang@goodsill.com]
**Sent:** Friday, July 06, 2001 1:39 PM
**To:** 'English, Philip E.'
**Subject:** RE: 1998 Taxes

Dear Phil:

I spoke to someone who used to be with the IRS. He said he would be very surprised if the IRS would be willing to let me off the hook, even if they settled with you. He said it is more likely that they will split the debt, forgive you and keep me on the hook. He did say, however, he thought I'd have a good chance of getting the penalty abated (which is a significant amount of the debt). In any event, I'm still waiting to hear from another source as to what could be done.

As to what Cindy and Rob owe you, I don't know what that's about. I do recall receiving a call from Cindy at one time regarding the fact that Rob had done work on your Jeep and purchased parts and that this was the cause for the delay in getting the Jeep back to you. I'm not sure if their position is that the money you lent Rob was owed

to them anyway.  I really don't think I should stick my nose in what went on between you, Cindy and Rob.

I will do what I can to see about getting information on how the 1998 taxes can be settled.  You may need to give the IRS agent permission to speak with me since the matter involves your 1999 taxes as well.

Corlis

PS Re: dropping off Sean...If it's more convenient, I can pick him up.  I try to do a Costco run on Sunday anyway, so it is just as convenient for me to get him.  Just let me know.

CD 000827

| From: | Chang, Corlis J. [cchang@goodsill.com] |
|---|---|
| Sent: | Wednesday, July 11, 2001 1:40 PM |
| To: | 'English, Philip E.' |
| Subject: | RE: Itinerary for July/August trip |

I don't think I'll be taking my computer, but you can reach us through Janine at Alohaok@aol.com. Oh, you can also send to Sean at smce006@msn.net. We can check for msn email via Janine's computer.

You can always call my cell at 808-371-3205. I'll also make sure Sean calls you every day. I do have a lot of weekend and night minutes so he can call you to spare you the long distance charges. I 'm fairly certain the phone works from Dallas.

-----Original Message-----
**From:** English, Philip E. [mailto:penglish@co.honolulu.hi.us]
**Sent:** Wednesday, July 11, 2001 1:29 PM
**To:** 'Chang, Corlis J.'
**Subject:** RE: Itinerary for July/August trip

Dear Corlis,

Is there an e-mail address or is there some way that I can reach you or Sean? I do not have the abiblity to make long distance calls. I will buy a calling card for that period so that I can keep in touch with Sean.

Phil

-----Original Message-----
**From:** Chang, Corlis J. [mailto:cchang@goodsill.com]
**Sent:** Wednesday, July 11, 2001 4:24 PM
**To:** 'English, Phil'
**Subject:** Itinerary for July/August trip

Dear Phil:

Attached is the itinerary. We will likely stay in Dallas the entire time with the possibility that we may go to Oklahoma City for one day or so to see the sights there.

Sean will be done with summer school on July 25. Since we'll be leaving early on the 27th, do you think I can pick him up on Thursday evening so we can make sure he's packed and ready to go?

Thanks,
Corlis

CD 000835

| | |
|---|---|
| **From:** | Chang, Corlis J. [cchang@goodsill.com] |
| **Sent:** | Thursday, July 12, 2001 11:09 AM |
| **To:** | 'English, Phil' |
| **Subject:** | St. Louis materials |

Dear Phil:

I received a bunch of St. Louis materials in the mail yesterday which I have copied and will give to you when I pick up Sean on Sunday (or when you drop him off--whichever).

Important dates are **August 2, 2001 - from 8:15 - 9:45 a.m.  REGISTRATION.  *Could you please pick up his (1) Course Schedule (2) Uniforms from Room 10C  - I ordered and paid for 5 shirts in Adult Size Small.***

***I'm not sure if you can purchase his books for him from Newel Hall that day.  The documents indicate he can pick them up on Monday, August 6, so maybe he can do that at 7:30 before classes start.***

If you're unable to do so due to your work schedule, I can ask Melanie or Popo to do so, so don't worry.  I'll try to get as much advance information as I can to see if we can get things done BEFORE we leave on July 27.

Please note that **August 21, 2001** in the evening is Back to School night where parents are invited to see the classrooms and meet with the teachers.

Thank you,
Corlis

CD 000870

**From:** Chang, Corlis J. [cchang@goodsill.com]
**Sent:** Thursday, July 12, 2001 1:39 PM
**To:** 'English, Philip E.'
**Subject:** RE: St. Louis materials

No problem.  Why don't I ask Popo or Aunty Mel to do it and then you don't have to worry about it.

-----Original Message-----
**From:** English, Philip E. [mailto:penglish@co.honolulu.hi.us]
**Sent:** Thursday, July 12, 2001 11:28 AM
**To:** 'Chang, Corlis J.'
**Subject:** RE: St. Louis materials

Dear Corlis,

I may be involved in the medical research during the period that you and Sean are on vacation.  If that is the case I will be unable to go to Saint Louis as I will be unable to leave the location for 9 days (July 29th to August 7th).  I will be able to make calls but not leave the location.

If I am not in the study then I will definitely do it.  I will know (I think) on the 24th when I go in for the physical exaime.

Phil

-----Original Message-----
**From:** Chang, Corlis J. [mailto:cchang@goodsill.com]
**Sent:** Thursday, July 12, 2001 2:09 PM
**To:** 'English, Phil'
**Subject:** St. Louis materials

Dear Phil:

I received a bunch of St. Louis materials in the mail yesterday which I have copied and will give to you when I pick up Sean on Sunday (or when you drop him off-- whichever).

Important dates are **August 2, 2001 - from 8:15 - 9:45 a.m.  REGISTRATION.**
***Could you please pick up his (1) Course Schedule (2) Uniforms from Room 10C  - I ordered and paid for 5 shirts in Adult Size Small.***

***I'm not sure if you can purchase his books for him from Newel Hall that day. The documents indicate he can pick them up on Monday, August 6, so maybe he can do that at 7:30 before classes start.***

If you're unable to do so due to your work schedule, I can ask Melanie or Popo to do so, so don't worry.  I'll try to get as much advance information as I can to see if we can get things done BEFORE we leave on July 27.

CD 000843

Please note that **August 21, 2001** in the evening is Back to School night where parents are invited to see the classrooms and meet with the teachers.

Thank you,
Corlis

CD 000844

**From:** Chang, Corlis J. [cchang@goodsill.com]
**Sent:** Friday, July 13, 2001 9:00 AM
**To:** 'English, Philip E.'
**Subject:** Calling

Dear Phil:

If you are going to be in the medical facility during the time we're on vacation, could you be sure to leave us a number where Sean can call you? With the 5 hour time difference, I expect he'll try to call you in the early evening (5:00 p.m. or so).

Thanks,
Corlis

CD 000366

**From:**    Chang, Corlis J. [cchang@goodsill.com]
**Sent:**    Monday, August 06, 2001 10:58 AM
**To:**      'English, Phil'
**Subject:** Sean's soccer schedule

Dear Phil:

As you heard from Sean, he starts his soccer practice today.  We just learned about it a couple of days ago because I happened to check our home voicemail while in Dallas.  Luckily, I was able to find a pair of soccer shoes in the mainland (at a reasonable price)--size 7 1/2, believe it or not!  I was not aware he didn't have any socks at my place, although I do have his ball and water jug.  Sean said he asked you to bring socks, if you can.

The practices will be on Mondays and Wednesdays from 4:45 p.m. to 6:00 p.m. at Star of the Sea at the field next to the church.  The coach is John Yamasu and the Team Mom is Grace Kido.  I don't have any more information other than that, but expect we should get more today.

Sean has an early release today (12:30 p.m.) after which time he'll go to Aunty's for lunch and to do his homework.  I plan to pick him up early to take him to the bookstore to get his books for school and then bring him to practice.

I took a picture of Sean for his first day of school and will send you a copy once I have the film developed.  He looks very grown up.  I also have some other photos of Sean which I thought you might enjoy.

See you later today.

Corlis

CD 000868

**From:**    Chang, Corlis J. [cchang@goodsill.com]
**Sent:**    Wednesday, August 29, 2001 9:32 AM
**To:**    'English, Phil'
**Subject:** Today's schedule

Dear Phil:

I understand you will be picking Sean up from Aunty's today and taking him to dinner/services. I mentioned to Sean that it was his responsibility to see that his homework was correctly done and to discuss with you whether he would be able to finish his work and go to services depending on how late it runs.

FYI, you will have to check his work yourself and determine if it's all done correctly.  He often insists all the work is done, but often times there are mistakes and/or the work is so messy, it needs to be redone.  He gets points off for sloppy work.

Assuming everything's done, can you let me know approximately what time you plan to bring Sean back this evening?

Also, I know Sean will be with you this weekend, but I would appreciate it if you could bring him back after lunchtime on Monday.

Thanks,
Corlis

CD 000879

| | |
|---|---|
| **From:** | Chang, Corlis J. [cchang@goodsill.com] |
| **Sent:** | Wednesday, August 29, 2001 9:51 AM |
| **To:** | 'English, Philip E.' |
| **Subject:** | RE: Today's schedule |

Dear Phil:

Yes, Sean had discussed this weekend with me.  It is your weekend in the usual course, and I appreciate the fact that you didn't get a lengthier vacation time with him this summer, so it's fine that he spends the time with you.

Re:  Saturday evening, I won't be able to make pizza as I already have plans.  Thanks anyway.

Corlis

-----Original Message-----
**From:** English, Philip E. [mailto:penglish@co.honolulu.hi.us]
**Sent:** Wednesday, August 29, 2001 9:46 AM
**To:** 'Chang, Corlis J.'
**Subject:** RE: Today's schedule

Dear Corlis,

Sean mentioned to me that you and he had discussed that he would be with me through Monday.  As I always tell him I must discuss these things with you first and not just with him.  I don't want you to think that I have agreed to have Sean stay with me this weekend without talking with you first.  You said that you "know" Sean will be with me this weekend.  I didn't know that and I wouldn't know that until talking with you first.  (again he said that you and he had discussed it, is that right?)

Either way it is of course OK with me.  I am happy to spend as much time with him as is allowed.  But I want you to know that I do not assume anything and I am not sure if Sean did discuss it with you or not.  I had intended on asking if Sean could stay but I had made no arrangements with him before hand.  I mentioned to him that it was a three day weekend and he said he had already discussed it with you.

The reason I am writing about this is that I am not sure what conversations you have with him and lately he has apparently discussed things with you before discussing them with me.  Again it is OK with me that he stays and will "always be OK"!  But it is a matter of discussing it between his parents first.  It is a matter of respect mostly for you and your wishes.  That is what is of greatest concern to me.  I know Sean is with you all week and he and I only see each other on Fridays and some Saturdays usually.  But I want to be sure that you and he are having enough time on the weekends as well.

Maybe after the soccer game on Saturday we all can go out for a pizza together or something.  Would that be OK with you?  Both Sean and I would enjoy that a lot.  Let me know.

Phil

**CD 000845**

-----Original Message-----

**From:** Chang, Corlis J. [mailto:cchang@goodsill.com]
**Sent:** Wednesday, August 29, 2001 12:32 PM
**To:** 'English, Phil'
**Subject:** Today's schedule

Dear Phil:

I understand you will be picking Sean up from Aunty's today and taking him to dinner/services.  I mentioned to Sean that it was his responsibility to see that his homework was correctly done and to discuss with you whether he would be able to finish his work and go to services depending on how late it runs.

FYI, you will have to check his work yourself and determine if it's all done correctly. He often insists all the work is done, but often times there are mistakes and/or the work is so messy, it needs to be redone.  He gets points off for sloppy work.

Assuming everything's done, can you let me know approximately what time you plan to bring Sean back this evening?

Also, I know Sean will be with you this weekend, but I would appreciate it if you could bring him back after lunchtime on Monday.

Thanks,
Corlis

CD 000846

**From:**   Chang, Corlis J. [cchang@goodsill.com]
**Sent:**   Wednesday, September 05, 2001 4:26 PM
**To:**     'English, Phil'
**Subject:** Travel

Dear Phil:

I have to go on a deposition trip to San Diego from 9/18 - 9/21, returning the night of the 21st. Sean and I then leave VERY early in the morning (Saturday) on 9/22 for Lanai for my firm retreat.

Popo and Melanie are available to watch Sean during that time (Tuesday night 'til Friday night). It is very convenient for them since Sean can easily walk to school from there and he walks to Popo's after school anyway. However, I thought you might want Sean to stay with you during that period of time which is fine. Just let me know. I do need Sean to be at Popo's on Friday night because I fly in that night and we leave very early Saturday morning.

Please let me know what you decide.

Thank you,
Corlis

CD 000880

**From:**    Chang, Corlis J. [cchang@goodsill.com]
**Sent:**    Friday, September 14, 2001 8:14 AM
**To:**      'English, Philip E.'
**Subject:** RE: Travel

Dear Phil:

That arrangement sounds fine.  As of today, the depositions are on.  I am sure it is ok to pick up Sean from my mom's house each day.

If anything changes as to the depositions, I will let you know.

I was wondering whether the soccer games this weekend might be cancelled in light of the tragedy.  I asked Sean to let me know if that's the case.

Corlis

> -----Original Message-----
> **From:** English, Philip E. [mailto:penglish@co.honolulu.hi.us]
> **Sent:** Friday, September 14, 2001 8:02 AM
> **To:** 'Chang, Corlis J.'
> **Subject:** RE: Travel
>
> Dear Corlis,
>
> Assuming that your depo to San Diego has not been cancelled?:
>
> I discussed with Sean about your travel next week and where he might want to stay.  I told him that it was fine with me if he stayed at your mom's house but I wanted him to know that he could stay with me as well and that would be no problem too.  He said that he wants to stay with me.
>
> So I guess I will pick him up Tuesday after school at your mothers house (assuming that you go) and he will stay with me Tuesday through Thursday evening.  Friday he can go directly to Popo's house and stay there Friday night.
>
> Also, if it is OK with your mom I will pick him up each day after school at your mom's house.
>
> Good luck on your depo and have a really good time on Lanai.
>
> Phil
>
> ps:  Let me know if the depo is off.  Thanks
>
> > -----Original Message-----
> > **From:** Chang, Corlis J. [mailto:cchang@goodsill.com]
> > **Sent:** Wednesday, September 05, 2001 7:26 PM
> > **To:** 'English, Phil'
> > **Subject:** Travel
> >
> > Dear Phil:
> >
> > I have to go on a deposition trip to San Diego from 9/18 - 9/21, returning the night of the 21st.  Sean and I then leave VERY early in the morning (Saturday) on 9/22 for Lanai for my firm retreat.

CD 000847

Popo and Melanie are available to watch Sean during that time (Tuesday night 'til Friday night).  It is very convenient for them since Sean can easily walk to school from there and he walks to Popo's after school anyway.   However, I thought you might want Sean to stay with you during that period of time which is fine.  Just let me know.  I do need Sean to be at Popo's on Friday night because I fly in that night and we leave very early Saturday morning.

Please let me know what you decide.

Thank you,
Corlis

CD 000848

**From:**    Chang, Corlis J. [cchang@goodsill.com]
**Sent:**     Monday, September 17, 2001 12:59 PM
**To:**        'English, Phil'
**Subject:** Sean not at soccer

Sean's stomach continues to bother him so I'm going to have him see Dr. Tenby today at 3.
Likely he will NOT be at soccer practice.

CD 000861

| From: | Chang, Corlis J. [cchang@goodsill.com] |
|---|---|
| Sent: | Monday, September 17, 2001 1:10 PM |
| To: | 'English, Philip E.' |
| Subject: | RE: Sean not at soccer |

Did you and Sean eat anything unusual?

-----Original Message-----
**From:** English, Philip E. [mailto:penglish@co.honolulu.hi.us]
**Sent:** Monday, September 17, 2001 1:03 PM
**To:** 'Chang, Corlis J.'
**Subject:** RE: Sean not at soccer

Dear Corlis,

Thanks for letting me know. I also had some stomach problems this weekend. Not too bad but I did have something. Just thought I would let you know about that if it is of any help with Dr. Tenby. I may in fact not make it through the day because my stomach is cramping a bit.

Phil

-----Original Message-----
**From:** Chang, Corlis J. [mailto:cchang@goodsill.com]
**Sent:** Monday, September 17, 2001 3:59 PM
**To:** 'English, Phil'
**Subject:** Sean not at soccer

Sean's stomach continues to bother him so I'm going to have him see Dr. Tenby today at 3. Likely he will NOT be at soccer practice.

**CD 000841**

| From: | Chang, Corlis J. [cchang@goodsill.com] |
|---|---|
| Sent: | Tuesday, September 18, 2001 9:52 AM |
| To: | 'English, Phil' |
| Subject: | Itinerary |
| Attachments: | 8GVF01!.DOC |

Here is my itinerary.

Also, on Saturday and Sunday, we will be at the Lodge at Koele on Lanai.

FYI:  Despite the fact that Dr. Tenby found nothing wrong with Sean and that he had no stomach problems this morning, he pitched a fit, and cried and whined not to go to school because he wanted to "rest."  He slept well last night and was very chipper.

He worked himself into a high pitched frenzy and started hyperventilating.  I prayed with him and for him and told him that he had to go to school.  He finally went, but only after much crying.  I fully expected another call from him to get him (I got 2 of those last week and 1 yesterday, which is why I decided to take him to Dr. Tenby's.)

He has not called and I'm assuming he's fine.

I wanted you to be aware of this.  He seems to be going through a little emotionalism (teen-type) and stress (both self-induced and from the events of last week).  Staying with Popo and watching TV or sleeping all day won't help.

Just thought I'd let you know.

Corlis

CD 000418

# CORLIS J. CHANG

## *ITINERARY FOR September 18-21, 2001*

*If the matter is urgent, call me on my cellular (808)371-3205*

| Date | Flight | Lv/Ar | City | Time | Notes |
|------|--------|-------|------|------|-------|
| 9/18 | **United** **# 54** | Lv Ar | Honolulu Los Angeles | 9:00 p.m. 5:07 a.m. | |
| 9/19 | #7937 | Lv Ar | Los Angeles San Diego | 6:45 a.m. 7:35 a.m. | |

Delta FF# 2096398637, **Ticket Number 016-7043261734**

Car Rental:      Avis          **Confirmation No. 34121438US1PEXP**

Staying at:      San Diego Gaslamp Quarter Hotel
                 401 K Street
                 San Diego, California  92101
                 TEL: 619-231-4040
                 FAX: 619-231-6439

9/20      **Depo:**    Lisa Orloff, M.D.
10:00 a.m.           at Canedy & Canedy Certified Shorthand Reporters
                     1241 State Street
                     San Diego, California  92101
                     TEL:     619-231-0403

9/21      **Depo:**    Bernard A. Michlin, M.D.
10:00 a.m.           at Canedy & Canedy Certified Shorthand Reporters
                     1241 State Street
                     San Diego, California  92101
                     TEL:     619-231-0403

| Date | Flight | Lv/Ar | City | Time | Notes |
|------|--------|-------|------|------|-------|
| 9/21 | **United** **#2612** | Lv Ar | San Diego Los Angeles | 5:23 p.m. 6:10 p.m. | |
| | #65 | Lv Ar | Los Angeles Honolulu | 7:10 p.m. 9:44 p.m. | |

CD 000419

395115.1

| | |
|---|---|
| **From:** | Chang, Corlis J. [cchang@goodsill.com] |
| **Sent:** | Tuesday, September 18, 2001 10:29 AM |
| **To:** | 'English, Phil' |
| **Subject:** | Sean - update |

I called the St. Louis healthroom a little while ago to see if Sean had come in. In fact, Sean was there eating crackers with the health room nurse. He had a little vomiting, but then felt better. I talked to him and he sounded fit as a fiddle and the health room nurse was sending him back to class. Sean asked me to pick him up after school and so I will do that before I go home to finish packing and so I can hug him good bye. He has a set of clean PE clothes (in addition to the set he has for today). Hopefully, that can take him through the week. You will need to launder as I only have 3 sets.

As for his uniforms, maybe Sean can leave the dirty school clothes at Popos, so I can be sure he has clothes for next week.

Thanks.

CD 000860

**From:**     Chang, Corlis J. [cchang@goodsill.com]
**Sent:**     Tuesday, September 18, 2001 10:46 AM
**To:**       'English, Philip E.'
**Subject:**  RE: Sean - update

Please pick up Sean at Popo's.  I'm only getting him after school and bringing him to Popos.  I just wanted to give him a hug before I leave.

CD 000840

| | |
|---|---|
| **From:** | Chang, Corlis J. [cchang@goodsill.com] |
| **Sent:** | Wednesday, September 26, 2001 1:31 PM |
| **To:** | 'English, Phil' |
| **Subject:** | Sean's schedule |

Dear Phil:

I have a business function on the night of October 20 that I have to attend.  Would you like Sean to stay with you that night?  If you're not available, I know Popo can watch him, but I thought I'd ask you first.

Let me know

thanks,
Corlis

CD 000867

**From:**     Chang, Corlis J. [cchang@goodsill.com]
**Sent:**     Friday, September 28, 2001 2:16 PM
**To:**       'English, Phil'
**Subject:** Parent Teacher conference

There are parent teacher conferences we can sign up for on October 17 and October 18.  The times are at 15 minute intervals beginning at noon and running through 2:45 each day.

I plan to sign up for 10/17 at the earliest available slot.  Please let me know if you plan to attend.  If you'd like to schedule a separate meeting, you can contact Ms. Jeri Yanase at 739-7777 ext. 809.

CD 000434

**From:**      Chang, Corlis J. [cchang@goodsill.com]
**Sent:**       Friday, September 28, 2001 2:19 PM
**To:**         'English, Phil'
**Subject:** parent-teacher conference

I have scheduled an appointment for Wednesday, October 17 at noon for Sean's parent-teacher conference.  I have confirmed that you can either come to that conference or are welcome to set your own.

CD 000435

**From:**    Chang, Corlis J. [cchang@goodsill.com]
**Sent:**    Friday, October 05, 2001 8:37 AM
**To:**      'English, Phil'
**Subject:** Pick up for Sean

I think I told this to you, but just in case I did not, I wanted to let you know you that Sean should be picked up from Mamiya Theater at 6:30 p.m. this evening (when the bus is expected to arrive from the airport).  I will also be there to get his luggage, dirty clothes, etc.

Sean told coach he would not be at practice today.

CD 000819

Dear Corlis,

Thank you for giving me a lift back to Hawaii Kai last night. I was able to make it just in time before they closed off the freeway and pick up my neighbors at the airport.

I know we spoke only briefly about Sean last night. I know that he is still struggling with things as they are and you had told me that he and you have talked about things as well. I do not know what it is you talk about but what I ask Sean is how is "he" doing and how does "he" feel about things. I know that he is unsettled. My communication with you has to do with these things.

Sean will be affected by this his whole life and to say otherwise is to not speak the truth. Will he be OK or will he turn out fine? At this point all we can say is that we think so. But to say "Oh yeah, for sure he'll be fine", would not be a good thing. He is a young only child of divorced parents and has an extra burden to bare in life and extra load to carry.

So what can we do? We have to lighten his load however we can. I know that when I talked to him he said that he was confused and was not settled about things. It only stands to reason because the things that we do are confusing and unsettling. So what can we do? I try to tell him the truth the best that I can and I try to show him all the love that I can. I am not sure what more to do. So long as things are not settled between you and I, neither will Sean be settled.

When I say settle maybe you think I mean resolve things so that we get back together again (which is not what I mean). Or maybe you think that I want to drag you into a dialogue to bring up old things and try to resolve old issues. But that is far from the point. The point that I am talking about is Sean and what to do for his sake.

But without some kind of dialogue with you there is no chance of settling things and helping Sean find the peace of mind that he deserves. If you want to set ground rules for a dialogue or some communication that is OK with me too. The only ground rules that I would set would be that this communication is for the purpose of trying to find a way to help Sean get settled with the way things are and I know that is what you want too. But if you do not want to discuss these things just let me know that too.

I know that Sean wishes that things were not this way and that he wishes that his family would be together again and he has even told me that he misses his house in Kahala and lots of stuff like that. I tell him that things happen in life and sometimes you can not do anything about it. We talked about Lieutenant Dan from the movie Forest Gump and how he lost his legs and how angry his was. But that in the end he made peace with God and his life turned out actually pretty good. So I think that he is ready to accept that things are the way they are.

The only thing that can hold him back is us. I know that I have had a difficult time with accepting it as well but just like Lieutenant Dan I have to go forward, and even more for Sean's sake. But I think what he really worries about is when he sees the two of us together. He can see the tension that is there and it is most definitely unsettling to him. It is unsettling to us too. How are we going to get around that Corlis. What do we need to do to change that?

It seems to me that there is only a couple of ways (maybe you have some more ideas). But we either have to figure out things between us and get back together or we have to move on. It is obvious that the moving on direction is the way it is going so if that is true then let us do it.

Please let me know your thoughts on what we can do to help Sean get things settled in his mind and in his heart. I have an open mind and heart and all I want is to see Sean have peace and happiness in his life and to take a tough situation for him and help to make it the best I can.

Phil

CD 000856