**From:** heepae@postoffice.nvbell.net
**Sent:** Monday, August 06, 2001 1:09 PM
**To:** English, Philip E.
**Subject:** Church

Dear Phil,

Marriage is a complicated endeavor. You have a very young wife, from a very different background. She may have another agenda, and then maybe not. It seems to be logical that she has. None the less, even if things change in your marriage, you should be pleased that you helped a person in need, and she also you. Hopefully you will always be very good friends. And a friend of Sean.

I think you will do well to serve as a minister in some way. You have much to give, and there are so many in need. Even if you don't believe in all of the teaching of what ever church, that is OK. Seldom do any of us believe in everything.

Money to pay your taxes is still an issue. As I understand it you loaned your past friend, Robert $5000. He has never paid you back. Somehow I believe you should file a case in small claims court. Start to put together your facts. Build your case. Find out how to file. Give him one last chance to pay. If he don't, serve him, and take what ever property he has, if he can't pay. If he is working, take his pay. It is a fair thing to do. You loaned him the money in good faith. He should pay. It won't cost much to try. You are in terrible need and he owes. It's only fair that he pays.

Mom is in Carson City today. She had business and also spends time with Janet. The baby is bigger than Janet I think. She seems tired, but is doing good. I think the baby will be here before the end of August, but it is hard to tell about those things. Mom has eye surgery next week, so I hope it's not then!

Tell Sean grandpa says hi, and sends his love!

Love!!!

Dad

CD 000368

EXHIBIT "E"