**From:**       heepae@postoffice.nvbell.net
**Sent:**       Wednesday, September 26, 2001 11:42 AM
**To:**         English, Philip E.
**Subject:**    Relationships

Dear Phil,

I'm sorry to hear that Sean is having such a hard time at school. The problem continues to sound severe to me. I think you have to guard against letting Sean use you in his desire to maybe slack off a little. He should NOT get the idea that if school is too HARD he can change. He needs to learn to stick with it, and do what it takes to catch up, and get good grades. If he learns now that he can get out of things because they are hard, he will have learned something that is not good. Not good at all, since life isn't like that. Life is very hard, as you know. But it is worth sticking around for. We can get through the tough times. He can too! Don't let him ever think otherwise!

As far as getting back together with Corlis, I do not see how that would be good. It would have been good had you been able to work things through, and stay together, but you didn't. Sean did not benefit from your adversity with each other, and that has not changed. You two have a lot of issues now. Way more than before. The most serious for Sean is the way the two of you view his rearing. You see different things for Sean in his growing years. You have not even come close to working that through. Then there is why you were having problems to begin with. Then the money issue. And of course Pim. Corlis and her work! Do you really believe you two could live together without hurting Sean?

As far as your relationship with Pim goes, it it good that your are OK no mater how it works out. You are a good person and CAN MAKE IT OK BY YOUR SELF. I wonder if you were single, if that wouldn't really be the best of all possible choices, were it to come to choices. You'd be your own boss and manager. Not a bad thing. Sean would continue, and get on with an excellent education. An excellent education is the best of all possibilities for him. He has it in his grasp. He needs to bear done and get with it. So that is his immediate future. And if you were single, new things may open for you as well. You are doing very good with you leanings, and teaching. Although churches may not be of you total liking, the social part has many attractions. Churches are families. Not a bad thing even if the doctrine is not all what you'd like. We usually have to compromise in all things. That may be the give and take of it.

I'm glad we can talk of these things. Talk can be very good. Answers are hard to find, but certainly talking can help to find the best path. I would give anything to have had someone to talk with during my life. Now I do! And for that I AM TRULY GRATEFUL!

Love!!!

CD 000857

Dad

1

EXHIBIT ___"F"