# AFFIDAVIT OF PEYASON RIMSINTH

STATE OF HAWAII

CITY AND COUNTY OF HONOLULU

August 22, 2002

To Whom It May Concern:

I have known Phil since October of 1997 and Phil introduced me to Pim in February of 1998. I have seen their friendship grow into a relationship.

On June 6, 2,000 I attended the marriage of Phil and Pim. I have known them to be a happily married couple since that time. Both Pim and Phil have made a life together and have a bright future ahead.

Peyason Rimsinth
576 Wanaao Road
Kailua, HI 96734                    Birthplace:   Bangkok, Thailand

PAYSON RIMSINTH, being duly sworn, on oath deposes and says:

1. That he is the affiant herein;
2. That he is a resident of the City and County of Honolulu, State of Hawaii;
3. That he has read the affidavit and knows the contents thereof;
4. That the said affidavit is true to the best of his knowledge and belief.

Further affiant sayeth not.

_____
Peyason Rimsinth

Subscribed and to before me this

_____ day of _____, 2002

_____
My commission expires:

CD 000858


EXHIBIT "H"