**SCOTT T. STRACK**   **#3256-0**
1314 South King Street  #1263
Honolulu, Hawaii 96814
Telephone:  (808) 593-9991

Attorney for Plaintiff

1ST CIRCUIT COURT
STATE OF HAWAII
FILED

2003 OCT 13  PM 1:52

N. ANAYA
CLERK

## IN THE FAMILY COURT OF THE FIRST CIRCUIT

### STATE OF HAWAII

| | | |
|---|---|---|
| PHILIP E. ENGLISH, | ) | FC-D NO. 03-1-2676 |
| | ) | |
| Plaintiff, | ) | AFFIDAVIT OF PHILIP E. |
| | ) | ENGLISH, Plaintiff |
| vs. | ) | (Uncontested Divorce) |
| | ) | |
| SATHIPORN S. ENGLISH, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

c:divkidm.doc

### AFFIDAVIT OF PHILIP E. ENGLISH

| | |
|---|---|
| STATE OF HAWAII | ) |
| | ) SS. |
| CITY AND COUNTY OF HONOLULU | ) |

I, PHILIP E. ENGLISH, Plaintiff, in above-entitled action, being first duly

sworn on oath, deposes and says that:

    1.  Plaintiff's, full name and address is:

        PHILIP E. ENGLISH
        1741 Ala Moana Blvd. #22
        Honolulu, Hawaii 96815

    2. Plaintiff is represented by SCOTT T. STRACK, 1314 South King Street

#1263 Honolulu, Hawaii 96814.

1

EXHIBIT "I"

3.  Service of process on the Defendant, was effected by personal service. Defendant signed an appearance and waiver on September 2, 2003.    Plaintiff recognizes Defendant's signature thereon.

4.  Plaintiff has resided on the Island of Oahu for about 190 months and in the State of Hawaii for about 190 months immediately prior to the filing of the Divorce Complaint.

5.  Defendant resides in Honolulu, Hawaii.

6.  The parties were married in Honolulu, Hawaii on June 6, 2000.

7.  The parties separated in October 16, 2002.

8.  Child/ren:

A. There are no children born to the parties.

B. Defendant, wife is not currently pregnant.

C. No children were born to Defendant during the marriage, which were fathered by anyone other than the Plaintiff.

9.  Plaintiff believes the marriage is irretrievably broken because: The parties have drifted apart and on longer wish to be married.

10. Financial Statements:

A.  The Income and Expense, and Asset and Debt Statements, signed by the Plaintiff, on August 25, 2003, accurately reflect Plaintiff's, income and expenses, and assets and debts as of the date signed, to the best of Plaintiff's knowledge and there have been no substantial changes in Plaintiff's financial circumstances since that date.

B. The Income and Expense, and Asset and Debt Statements, signed by the Defendant, on September 2, 2003, fails to accurately reflect Defendant's, income and expenses, and assets and debts as of the date signed, to the best of Plaintiff's knowledge because Defendant refused to fill it out.  Plaintiff knows from personal knowledge, since Defendant was working the same jobs before separation, that

2

Defendant makes at least $2,000.00 a month from her cook job with the Hawaii Yacht Club and her cash job.   There have been no substantial changes in Plaintiff's financial circumstances since that date.

11.  Plaintiff has carefully reviewed the proposed decree and agrees to the alimony, division of property and other provisions as provided in the proposed decree.

12.  Plaintiff has signed the proposed decree and recognizes Defendant's signature thereon..

13. The decree should enter as proposed.

14.  [ X ] Plaintiff, fully understands the written English language.

[   ] Although Plaintiff does not fully comprehend written English, this document has been explained to Plaintiff by _____. Plaintiff understands this document and the statements made are true to the best of his/her knowledge.

15.  Plaintiff, request that the Court grant this divorce and enter the decree without his/her appearance in Court.

16.  Plaintiff, has read this document (after my attorney typed it) and signs it voluntarily and without coercion and duress (and not because he/she was told to sign it) and everything herein is true.

17.  Plaintiff declares under penalty of perjury that Plaintiff has read this affidavit and knows and understands the contents and that these statements are true, correct and complete to the best of Plaintiff's knowledge and belief.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

PHILIP E. ENGLISH

Subscribed and sworn to before me on
this 13 day of October, 2003.

Notary Public, State of Hawaii
My commission expires: 9/24/03
NAME: Scott T. Strack

3