| STATE OF HAWAI'I<br>FAMILY COURT<br>FIRST CIRCUIT | COMPLAINT FOR DIVORCE | CASE NUMBER<br>FC-D NO. 03-1-2676 |
|---|---|---|

PHILIP E. ENGLISH
_____
PLAINTIFF
(Your Full Name)

VS.

SATHIPORN S. ENGLISH
_____
DEFENDANT
(Your Spouse's Full Name)

This document is prepared by
☐ Plaintiff  ☒ Attorney for Plaintiff

Name: SCOTT T. STRACK #3256-0
Address: 1314 S. King Street, Ste., 1263
City, State, Zip: Honolulu, Hawaii 96814
Phone: (808) 593-9991

I, the Plaintiff, in support of this Complaint for Divorce, allege:

1. **Jurisdiction:**
   I and/or my spouse, the Defendant, have lived or have been physically present in the State of Hawai'i for a continuous period of at least six (6) months _and_ I have lived and/or been physically present on the Island of O'ahu for a continuous period of at least three (3) months immediately preceding this application.

2. **Marriage:**
   The parties (plaintiff and spouse) are lawfully married to each other.

3. **Children:**
   a. ☒ The parties have no children together.
   b. ☐ The parties have ____ (enter number) child(ren) under 18 together.
   c. ☐ The parties have ____ (enter number) child(ren) 18 or older together, who are dependent on them for support.
   d. ☐ The parties have ____ (enter number) child(ren) 18 or older together, who are not dependent on them for support.
   e. ☐ Wife has ____ (enter number) child(ren) born during the marriage, not fathered by Husband.
   f. ☐ Wife is pregnant.

4. **Custody and Visitation:**
   a. Legal custody of the minor child(ren) should be awarded to:
      ☐ Me, Plaintiff   ☐ My spouse, Defendant   ☐ Both parties jointly
   b. Physical custody of the minor child(ren) should be awarded to:
      ☐ Me, Plaintiff   ☐ My spouse, Defendant   ☐ Both parties jointly
   c. The parent not awarded physical custody should have:
      ☐ Reasonable visitation   ☐ Supervised visitation   ☐ _____
   d. Child support should be awarded in accordance with the child support guidelines.

5. **Division of Assets:**
   All assets my spouse and I own should be divided in a just and equitable way.

6. **Division of Debts:**
   All debts my spouse and I owe should be divided in a just and equitable way.

7. **Spousal Support (Alimony):**
   a. ☐ I am entitled to an order that my spouse pay spousal support (alimony) to me.
   b. ☒ My spouse ☐ is ☒ is not entitled to an order that I pay spousal support (alimony) to him/her.

8. **Grounds:**
   Pursuant to HRS Section 580-41, I allege that the grounds for divorce are as follows (check one only):
   a. ☒ The marriage is irretrievably broken.
   b. ☐ The parties have lived separate and apart for a period of two (2) or more years under a decree of separation from bed and board or under a decree of separate maintenance.
   c. ☐ The parties have lived separate and apart for a continuous period of two (2) or more years immediately preceding the application, there is no reasonable likelihood that cohabitation will be resumed, and it would not be harsh and oppressive to Defendant, or contrary to the public interest, to grant a divorce on this ground on the complaint of Plaintiff.

**It is requested of the Court:**
That a decree be entered granting a divorce from the bonds of matrimony and granting the relief requested above, all as alleged and as may be appropriate and in accordance with the evidence and the law, and other relief as the Court deems proper in this case.

I declare, under penalty of perjury, that the statements made herein are true and correct to the best of my knowledge, information and belief.

DATE: 8/18/03

PLAINTIFF'S SIGNATURE: [signature]

2003 AUG 18 PM 4:02
1ST CIRCUIT COURT
STATE OF HAWAII
FILED

12/97

COMPLAINT FOR DIVORCE 1F-P-163

EXHIBIT "J"