404

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

---:---

| PHILIP E. ENGLISH, | ) CIVIL NO. CV04-00108 SOM KSC |
|---|---|
| Plaintiff, | ) |
| vs. | ) Volume IV |
| CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10, | ) |
| Defendants. | ) |

CONTINUATION OF

DEPOSITION OF PHILIP E. ENGLISH

Taken on behalf of the Defendants City and County of Honolulu, Gary T. Kurokawa, Robert O. Magota, and Ann C. Gima, at the law offices of Kawashima Lorusso & Tom LLP, Topa Financial Center, Fort Street Tower, 745 Fort Street, Suite 500, Honolulu, Hawaii, commencing at 9:05 a.m., on Monday, August 7, 2006, pursuant to Notice.

BEFORE:

Amy Muroshige, CSR 166
Notary Public, State of Hawaii

EXHIBIT "K"

CARNAZZO COURT-REPORTING CO., LTD., 532-0222

497

```
 1   A      That's her cell.
 2   Q      Do you have a home number?
 3   A      No, I don't.
 4   Q      Do you know who her carrier is?
 5   A      No, I don't.
 6   Q      What was the last time you had any contact with Pim?
 7   Approximately.
 8   A      Last week.
 9   Q      And what was the purpose of the contact?
10   A      To say hello and just keep in touch with her and --
11   Q      Was that contact in person or on the telephone?
12   A      On the telephone, and actually I don't think I had
13   contact, I left a message.
14   Q      When was the last time you physically saw Pim?
15   A      Maybe a month ago.
16   Q      How often are you in contact with her?  Approximately.
17   A      Every other month or -- once a month maybe.
18   Q      Any discussions with Pim in terms of reconciling?
19   A      Of course, there's been discussions, yes.
20   Q      And have you made progress in terms of reconciling?
21   A      No.
22   Q      Before -- strike that.
23          You separated from Pim approximately when?
24   A      The end of 2002.
25   Q      Was it in October of 2002?
```

498

1   A    I believe it was the end of October 2002.
2   Q    And in terms of the divorce being finalized, and I
3   apologize if this was asked of you already, do you recall
4   approximately when it was finalized?
5   A    I don't remember.
6   Q    In terms -- strike that.
7        Before you separated from Pim, did you ever go to
8   counseling with her?
9   A    No.
10  Q    After you separated from Pim, did you ever go to
11  counseling with her?
12  A    No.
13  Q    And from the time of your divorce until the present
14  time, have you ever gone to any type of counseling with Pim?
15  A    No.
16  Q    In terms of your separation from Pim, that would have
17  been before you had made a formal complaint to the Ethics
18  Commission, is that correct?
19  A    Yes.
20  Q    Is it your testimony that the reason you were
21  separated from Pim and eventually divorced from her was --
22  was what?  What is your testimony?
23  A    There was great concern over my situation at the City
24  and County, I was -- already had become aware that I was
25  being retaliated against and my future employment was --

499

1   seemed in jeopardy.

2   Q    And you had discussed that with her, correct?

3   A    Yes.

4   Q    And when did you start discussing with her that your

5   future employment with the City was in jeopardy?

6   A    I became aware of that in May of 2002 and so I'm sure

7   I just started to discuss it with her shortly after that.

8   Q    And in October of 2002 or by the end of October 2002

9   when you were separated from Pim, you were still employed by

10  the City, correct?

11  A    Yes, I was.

12  Q    And by that time, no one had told you you were going

13  to lose your job, is that correct?

14  A    No, they didn't.

15  Q    And by the end of October 2002, based on conversations

16  that you had with Pim and that your future employment was in

17  jeopardy, she made a determination to leave you, as far as

18  you know?

19  A    Yes, that's right.

20  Q    And was that the only reason why she left you?

21  A    Yes.

22       MR. LAU:  Objection, calls for speculation.

23  Q    (By Mr. Lorusso)  To your knowledge, is that the only

24  reason why she left you?

25  A    Because of my employment situation?

500

1  Q  Yes.
2  A  To my knowledge, that's the only reason she left.
3  Q  And she's never given you any other reason, correct?
4  A  Unrelated to those issues?
5  Q  Correct.
6  A  That's correct.
7  Q  You did indicate that approximately six months after
8  you had started work with the City, that you had applied for
9  an Appraiser VI position, correct?
10 A  Correct.
11 Q  And that's an administrative position, correct, or as
12 administrator?
13 A  Supervisor.
14 Q  And in terms of that particular position, other than
15 approximately six months after you had started, did you ever
16 apply for an Appraiser VI position again?
17 A  Yes, I did.
18 Q  And when did you apply?
19 A  I believe it was January sometime, January 2003.
20 Q  With regard to the application process, was it your
21 understanding that it was a job opening where there would be
22 competition for the particular job?
23 A  Yes.
24 Q  In other words, just because you applied did not mean
25 that you would automatically get it, correct?

624

1  STATE OF HAWAII                )
                                  )SS.
2                                 )

3

4      I, AMY MUROSHIGE, C.S.R., a Notary Public in and for the
   State of Hawaii, do hereby certify:
5

6      That on August 7, 2006, at 9:05 a.m., appeared before me
   PHILIP E. ENGLISH, the witness whose testimony is contained
7  herein, that prior to being examined, the witness was by me
   duly sworn or affirmed; that the proceedings were taken in
8  computerized machine shorthand by me and were thereafter
   reduced to print under my supervision; that the foregoing
9  represents, to the best of my ability, a correct transcript
   of the proceedings had in the foregoing matter;
10

11     That the witness, if applicable, was notified through
   counsel, by mail or by telephone to appear and sign; that if
12 the transcript is not signed, either the reading and signing
   were waived by the witness and all parties, or the witness
13 has failed to appear and the original is therefore kept on
   file without signature pursuant to Court rules.
14

15     I further certify that I am not counsel for any of the
   parties hereto, nor in any way interested in the outcome of
16 the cause named in the caption.

17

18

19     Dated:    AUG 16 2006

20

21         _____
           Amy Muroshige, C.S.R. #156
22         Notary Public, State of Hawaii
           My Commission Expires: November 5, 2007
23

24

25

CARNAZZO COURT-REPORTING CO., LTD., 532-0222