IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH, | ) CIVIL NO. CV04-00108 KSC )  |
| Plaintiff, | ) **DECLARATION OF CARTER K. SIU** ) |
| vs. | ) ) |
| CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10, | ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## DECLARATION OF CARTER K. SIU

I, CARTER K. SIU, declare as follows:

1. Declarant is an attorney licensed to practice law before all the state and federal courts in the State of Hawaii and is one of the attorneys representing Defendants CITY AND COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA, ANN C. GIMA (collectively "CITY Defendants") in the above-entitled action.

2. This Declaration is made in lieu of an affidavit pursuant to Local Rule 7.6, <u>Rules of the United States District Court for the District of Hawaii</u>, as amended.

3. I make this Declaration in support of Defendants City and County of Honolulu, Gary T. Kurokawa, Robert O. Magota, and Ann C. Gima's Memorandum in Opposition to Plaintiff Philip E. English's Motion in Limine No. 4 Re: Excluding Evidence and

Testimony Regarding Philip E. English's Income Prior to His Employment with the City and County of Honolulu, Assessment Division.

4. Attached hereto as Exhibit "A" is a true and correct copy of the Employment Application to the City.

5. Attached hereto as Exhibit "B" is a true and correct copy of the January 17, 2003 application for the Administrator's position.

6. Attached hereto as Exhibit "C" is a true and correct copy of the report of Dirk Von Guenthner.

I declare under penalty of law that the foregoing is true and correct to the best of my knowledge and belief.

DATED: Honolulu, Hawaii, September 19, 2006.

_____
CARTER K. SIU