| EMPLOYMENT APPLICATION | CITY AND COUNTY OF HONOLULU<br>DEPARTMENT OF PERSONNEL<br>550 SOUTH KING STREET<br>HONOLULU, HAWAII 96813 • 523-4301 | D.C. No. _____<br>Personnel Dept. Use Only<br>Lic _____ ID # _____<br>_____ Educ _____<br>Suppl _____ Perm _____ |
|---|---|---|

List examination numbers and titles for which you are applying. File a separate application for each examination except where two or more titles appear on the same announcement. Fill out all forms (pages 1-4) carefully. Use typewriter or print in ink. Application may be returned by mail.

| EXAM NO. | TITLE | CLASS NO. | ACCEPT | REJECT |
|---|---|---|---|---|
| 1. 063889 | Real Property Appraiser II | | | |
| 2. 064889 | Real Property Appraiser III | | | |
| 3. 128867 | Real Property Appraiser IV | | | |

1. Name: English (LAST)  Philip (FIRST)  E (MIDDLE INITIAL)
2. Social Security: 575/98/1526
3. Mailing Address: 4369 Aukai Ave (NUMBER, STREET, APT. NO. OR P.O. BOX)  Honolulu (CITY)  HI (STATE)  96816 (ZIP CODE)
4. Phone No.: 732-4593 (HOME)  561-5473 (BUSINESS)
   Other Names Used (Including Maiden Name): —

5. CITIZENSHIP STATUS: (Check one)
   ☒ U.S. Citizen
   ☐ U.S. National (Country _____)
   ☐ Permanent Resident Alien
   ☐ Non-Citizen authorized under federal law to work in the U.S. Type of visa _____

   *Notify us in writing of any changes in your address or telephone numbers or you may miss an examination or a job interview.*

   *Application assistance and examination: Accommodation for the disabled available upon request.*

6. RESIDENCY:
   a. Are you a legal resident of the State of Hawaii?  Yes ☒  No ☐
   b. Within the past year have you:
      1) Filed a State of Hawaii income tax return OR
      2) Been claimed as a dependent on a State of Hawaii income tax return?
   My answer to Question b. is:  Yes ☒  No ☐

7. VETERAN'S PREFERENCE:
   (Veteran's preference not applicable for City promotional examinations)
   Do you claim veteran's preference:  Yes ☐  No ☒
   Dates of Active Duty: From _____ to _____
   Check the appropriate block(s): (COPIES MUST BE ATTACHED TO RECEIVE CREDIT FOR ELIGIBLE PERIODS)
   ☐ Attached is a copy of my DD Form 214.
   ☐ Attached is a copy of an official statement confirming service-connected disability.
   *If you wish to claim VP points, include a copy of your DD Form 214. Credit may be given for specified periods for service under honorable conditions. For service-connected disability, also attach official confirmation.*

8. AVAILABILITY: YOU WILL BE CONSIDERED FOR EMPLOYMENT ONLY IN THE AREAS YOU CHECK. NOTIFY US IN WRITING IF YOUR AVAILABILITY CHANGES.
   I will accept: Permanent ☒ 0   Temporary ☐ 1   Part-time ☐ 2   Shift Work ☐ 3
   I will accept work in the following areas: 0. Honolulu ☒   1. Kailua ☒   2. Waimanalo ☒   3. Kaneohe ☒   4. Hauula-Kahuku ☒
   5. Waialua ☒   6. Wahiawa ☒   7. Aiea-Pearl City-Ewa ☒   8. Waianae ☒

9. CERTIFICATE OF APPLICANT:
   I HEREBY CERTIFY that all statements made on or in connection with this application including those regarding my education and employment record are true and correct to the best of my knowledge. I agree and understand that any misstatements or omissions of material facts may cause forfeiture on my part of all rights to any employment in the service of the City and County of Honolulu. I understand that all information is subject to verification. [remainder obscured]

May 18, 1999 (DATE)                      [signature] (SIGNATURE OF APPLICANT)

Do Not Write in Space Below

| | WT | T&E | PT | FA | VP | FG | RK |
|---|---|---|---|---|---|---|---|
| 1. | | | | | | | |
| 2. | | | | | | | |
| 3. | | | | | | | |

DOC. ID
CS-3 (REV. 9/98)

AN EQUAL OPPORTUNITY EMPLOYER           EXHIBIT 16

—1—

EXHIBIT "A"

DEPO OF ENGLISH VOL II EXH 3                     1

**EDUCATION AND SPECIAL TRAINING:**

Have you graduated from high school or received a high school equivalent diploma? Yes ☒ No ☐

Name and location of high school: _John Muir, Pasadena, CA_

List below all college, university, business school or vocational school training received.

| NAME OF SCHOOL | ADDRESS (CITY, STATE) | DATE ATTENDED FROM MO/YR | TO MO/YR | TOTAL CREDIT HOURS COMPLETED | MAJOR COURSE OF STUDY | GRADUATED YES | NO | DEGREE OR CERT. | VER. OF DIP. |
|---|---|---|---|---|---|---|---|---|---|
| Pasadena City Coll. | Pasadena, CA | 72 | | | General | | ✓ | | |
| Cal State L.A. | Los Angeles, CA | | | | Music | | ✓ | | |
| University of So. Cal | Los Angeles, CA | | 78 | | Music | | ✓ | | |
| Appraisal Institute | | '81 | to | | Real Estate Appraisal | | | SRA | |

Do you have a driver's license? Yes ☒ No ☐
Class: (circle one) 1 2 3 4 A B C
Expiration Date: _10-26-99_

Attach copy of diplomas, certificate or transcript, licenses, registrations required for this position. (See job announcement.)

**EMPLOYMENT RECORD** – Include all previous work experience: Full time, part-time, volunteer and military experience. Begin with your present or last job held. Describe in detail nature of work personally performed by you. Also, give dates and explain unemployed periods. If your duties and responsibilities changed while working for the same employer, list each separately.

May we check with your present employer? Yes ☐ No ☐

Employer: _Philip English + Assoc._
Address: _4369 Aubair Ave_
Name & Title of immediate Supervisor: _None_
Your Title: _Owner/Appraiser_ Duties: _Manage Co. Personnel, review appraisals, train employees, perform appraisals._

No. & Titles of employees you supervised: _12 Appraisers + Staff_

From mo. ___/yr. 89
To mo. _Present_ /yr. 99
Total _10 yrs_ (YEARS, MONTHS)
Full time ☒ Part time ☐
Av. hrs. per week _40+_
Salary _40k – 40k_ (FIRST)(LAST)
Reasons for leaving: _Illness/Slow dn_

Employer: _1st Nationwide Bank_
Address: _Pacific Tower, Ste. 1400_
Name & Title of immediate Supervisor: _Carol Johnson V.P. M.A.I._
Your Title: _Senior Appraiser - Hawaii_ Duties: _Manage Staff and contract appraisers. Review and perform appraisals. Resolve disputes. Report to Supervisors._

From mo. ___/yr. 87
To mo. ___/yr. 89
Total _2 yrs_ (YEARS, MONTHS)
Full time ☒ Part time ☐
Av. hrs. per week _40+_
Salary _25k – 40k_
Reasons for leaving: _Start own Bus._

Employer: _Appraisal Resource_
Address: _3482 Cranborn Rd Pasadena_
Name & Title of immediate Supervisor: _None_
Your Title: _Owner/Appraiser_ Duties: _Manage Appraisal business, Supervise + trainee employees, Perform appraisals._

No. & Titles of employees you supervised: _2 secretary/trainee_

From mo. ___/yr. 86
To mo. ___/yr. 87
Total _1_ (YEARS, MONTHS)
Full time ☒ Part time ☐
Av. hrs. per week _40+_
Salary _35k – 35k_
Reasons for leaving: _Move to Hawaii_

Employer: _1st Interstate Mort._
Address: _Los Robles, Pasadena_
Name & Title of immediate Supervisor: _Rob Hervey M.A.I. V.P._
Your Title: _Staff Appraiser_ Duties: _Appraiser residential, residential subdivision, existing + proposed Multi-family, Industrial, Commercial utilizing capitalization techniques._

No. & Titles of employees you supervised: _None_

From mo. _1_ /yr. 79
To mo. ___/yr. 86
Total _7_ (YEARS, MONTHS)
Full time ☒ Part time ☐
Av. hrs. per week _40+_
Salary _12k – 25k_
Reasons for leaving: _Start own Bus._

*(Continue on another sheet of paper, using above format.)*

EXHIBIT __16__

—2—

Name _English_ (LAST) _Philip_ (FIRST) _E_ (MIDDLE INITIAL)

Examination Title and Number _063889 - Real Property Appraiser II_
_064885 - Real Property Appraiser III_
_128867 - Real Property Appraiser IV_
Social Security Number _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_

**RECRUITMENT SURVEY:** How did you find out about this examination? (Check only one)
01 ☐ Job Fair
02 ☐ Job Information Recording
03 ☐ Newspaper Ad
04 ☐ Radio Ad/Announcement
05 ☐ School Counselor
06 ☐ Speaker at Group Presentation
07 ☐ TV News
08 ☐ City and County Employee
09 ☒ Other _Internet_

**APPLICANT DATA SURVEY:** In order to meet the requirements as set forth in Federal guidelines, we need your cooperation and assistance in completing this form. Participation is confidential. Your replies will not affect your eligibility or opportunity for employment. The data will be used for reporting and personnel research purposes only. It will not be used for the purpose of selecting job applicants.

1. **Sex:** ☐ Female  ☒ Male

2. **Age:** 1 ☐ Under 20   2 ☐ 20-24   3 ☐ 25-29   4 ☐ 30-39   5 ☒ 40-49   6 ☐ 50 and over

3. **Ethnic Background:** Review all ethnic background categories listed below. Determine the one category which best represents your ethnic background. Check the box provided next to that category. **MARK ONE BOX ONLY.**

   01 ☐ Black
   02 ☐ Chinese
   03 ☐ Filipino
   04 ☐ Hawaiian
   05 ☐ Part-Hawaiian
   06 ☐ Japanese
   07 ☐ Korean
   08 ☐ Puerto Rican
   09 ☐ Samoan
   10 ☒ White -
      Includes persons of Portuguese, Indo-European descent, including Pakistani, and East Indian, and persons of Spanish or Latin descent (*excluding* Filipino and Puerto Rican).
   11 ☐ Mixed -
      Mixtures of any categories on this form *except* Hawaiian. If you are Part-Hawaiian, mark category 05.
   12 ☐ Others or Unknown -
      Includes Guamanian, South East Asian (Vietnamese, Laotian, Thai, etc.), American Indian and Alaskan Native.

EXHIBIT _16_

—3—

CITY AND COUNTY OF HONOLULU
DEPARTMENT OF PERSONNEL

**You must complete and sign this form as part of your application for City employment.**

1. Name __English_____ __Philip_____ __E__ SSN # _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_
   (LAST)             (FIRST)          (MIDDLE INTIAL)

2. Title and examination number of job applying for __Real Property Appraiser II - 063589__
   __Real Property Appraiser III - 064839, Real Property Appraiser IV 128867__

The information requested below is needed to determine your suitability for employment. Convictions, dismissals from employment, or less than honorable discharges from military service will not necessarily be a bar to employment. Factors such as age at the time of the offense, date of the offense, seriousness and nature of the violation and rehabilitation will be taken into account.

3. **Dismissals from employment or other than honorable discharges from military service**

   Have you been:

   A. Fired or asked to resign from employment? .................................................... ☐ *Yes _____
      ☑ No   (MONTH/YEAR)

   B. Separated from military service under **OTHER** than honorable conditions? .......... ☐ *Yes _____
      ☑ No   (MONTH/YEAR)
      ☐ I was never in the military.

4. **Conviction for violation of law**

   Have you been convicted of a violation of law (felony, misdemeanor, etc.)? ............ ☐ *Yes _____
   In answering this question, you need **NOT** report the following:                    ☑ No   (MONTH/YEAR)
   (1) Arrests not followed by convictions;
   (2) Convictions which were annulled or expunged;
   (3) Offense for which you were tried as a minor or juvenile;
   (4) Convictions of a penal offense for which only a fine and no jail sentence may be imposed;
   (5) Conviction of a misdemeanor in which the period of twenty years has elapsed since the date the sentence was fulfilled and during which elapsed time there has not been any subsequent arrest or conviction.

   SIGN HERE → ___[signature]_____  __6/18/99__
                  SIGNATURE OF APPLICANT            DATE

*If you answered "Yes" to any question on this page, you must explain in detail below. This information will be considered in determining your fitness for this job.

_____
_____
_____
_____
_____
_____
_____

(If more space is needed, continue on back)
— 4 —

EXHIBIT _16_

DEPO OF ENGLISH VOL II EXH 3                                    4