**Philip English, CGA-137**
720 South Street, #170
Honolulu, Hawaii 96813
(808) 754-2136

Friday, January 24, 2003

Department of Budget and Fiscal Services
530 South King Street
Honolulu, Hawaii 96813

Attn:   Personnel Office

Enclosed please find the application for **Real Property Appraiser VI, SR-26.** In addition to the application I have provided supporting information to assist you in making your determination of eligibility.

Attached are:

1. Letter of explanation to Violet Lee dated April 4, 2001
2. State of Hawaii Certified General License certificate
3. IAAO Certificate of Completion course 300 – Fundamentals of Mass Appraisal
4. IAAO Certificate of Completion course 311 – Residential Modeling Concepts
5. IAAO Certificate of Completion course 151 – Standards of Practice and Ethics
6. IAAO Certificate of Completion course "Instructor Training Workshop"

Information provided upon request from the American Institute of Real Estate Appraisers professional appraisal courses includes:
1. Standards of Practice and Ethics
2. Appraisal Principles
3. Basic Valuation Procedures
4. Residential Valuation
5. Capitalization Theories & Techniques - A
6. Capitalization Theories & Techniques - B

I am currently a member in good standing with the IAAO and in 1993 had achieved the SRA designation and was a candidate for the M.A.I. designation with the Appraisal Institute. I currently am not a member nor candidate with the Appraisal Institute.

Should you require more information please contact me at (808) 523-4719.

Respectfully submitted,

*[signature]*
Philip English – CGA 137

EXHIBIT "B"

EXHIBIT 494

PE 00321

| EMPLOYMENT APPLICATION | CITY AND COUNTY OF HONOLULU<br>DEPARTMENT OF HUMAN RESOURCES<br>715 SOUTH KING STREET, SUITE 550<br>HONOLULU, HAWAII 96813 • 523-4301 | D.C. No. _____<br>Human Resources Dept. Use Only<br>Lic _____ ID# _____<br>_____ Educ _____<br>Suppl _____ Perm _____ |

List examination numbers and titles for which you are applying. File a separate application for each examination except where two or more titles appear on the same announcement. Fill out all forms (pages 1-4) carefully. Use typewriter or print in ink. Application may be returned by mail.

| | CLASS NO. | ACCEPT | REJECT |
|---|---|---|---|
| EXAM NO. | TITLE | | |
| 1. 020555 | REAL PROPERTY APPRAISER VI | | |
| 2. | | | |
| 3. | | | |

1. Name: **English** (LAST) **Philip** (FIRST) **E** (MIDDLE INITIAL)

2. Social Security: 555 1981 1526

3. Mailing Address: 720 South St #170 (NUMBER, STREET, APT. NO. OR P.O. BOX), Honolulu (CITY), HI (STATE), 96813 (ZIP CODE)

4. Phone No.: 754-2136 (HOME) 523-4719 (BUSINESS)

Other Names Used: N/A (Including Maiden Name) (LAST) (FIRST) (MIDDLE INITIAL)

5. CITIZENSHIP STATUS: (Check one)
   - [X] U.S. Citizen
   - [ ] U.S. National (Country _____)
   - [ ] Permanent Resident Alien
   - [ ] Non-Citizen authorized under federal law to work in the U.S. Type of visa _____

E-mail address: _____

Notify us in writing of any changes in your address or telephone numbers or you may miss an examination or a job interview.

Application assistance and examination: Accommodation for the disabled available upon request.

6. RESIDENCY:
   a. Are you a legal resident of the State of Hawaii? Yes [X] No [ ]
   b. Within the past year have you:
      1) Filed a State of Hawaii income tax return OR
      2) Been claimed as a dependent on a State of Hawaii income tax return?
   My answer to Question b. is: Yes [X] No [ ]

7. VETERAN'S PREFERENCE:
(Veteran's preference not applicable for City promotional examinations)

I claim [ ] 5 points [ ] 10 points  Dates of Active Duty: From N/A to _____

Check the appropriate block(s): (COPIES MUST BE ATTACHED TO RECEIVE CREDIT FOR ELIGIBLE PERIODS)
- [ ] Attached is a copy of my DD form 214 showing dates of service under honorable conditions.
- [ ] Attached is a copy of an official statement from the Veteran's Administration or armed forces, dated within the past 12 months, which confirms my eligibility for 10 points preference. (Spouses or widows applying for preference must also submit appropriate documentation).

8. AVAILABILITY: YOU WILL BE CONSIDERED FOR EMPLOYMENT ONLY IN THE AREAS YOU CHECK. NOTIFY US IN WRITING IF YOUR AVAILABILTY CHANGES.
I will accept: Permanent [X] 0  Temporary [ ] 1  Part-time [ ] 2  Shift Work [ ] 3
I will accept work in the following areas: 0. Honolulu [X]  1. Kailua [ ]  2. Waimanalo [ ]  3. Kaneohe [ ]  4. Hauula-Kahuku [ ]  5. Waialua [ ]  6. Wahiawa [ ]  7. Aiea-Pearl City-Ewa [ ]  8. Waianae [ ]

9. CERTIFICATE OF APPLICANT:
I HEREBY CERTIFY that all statements made on or in connection with this application including those regarding my education and employment record are true and correct to the best of my knowledge. I agree and understand that any misstatements or omissions of material facts may cause forfeiture on my part of all rights to any employment in the service of the City and County of Honolulu. I understand that all information is subject to verification. Further, I understand that I will be required to pass a drug screening test and that applications and attachments become the property of the City Department of Human Resources and will not be returned. Also, I will keep a copy of this application to bring with me to the interview.

1/17/03 (DATE)    _____ (SIGNATURE OF APPLICANT)

**Do Not Write in Space Below**

| | WT | T&E | PT | FA | VP | FG | RK |
|---|---|---|---|---|---|---|---|
| 1. | | | | | | | |
| 2. | | | | | | | |
| 3. | | | | | | | |

AN EQUAL OPPORTUNITY EMPLOYER

DOC. ID
CS-3 (REV. 2/01)

—1—

EXHIBIT 495

PE 00322

**EDUCATION AND SPECIAL TRAINING:**

Have you graduated from high school or received a high school equivalent diploma? Yes ☒ No ☐

Name and location of high school: _John Muir        Pasadena, CA_

List below all college, university, business school or vocational school training received.

| NAME OF SCHOOL | ADDRESS (CITY, STATE) | DATE ATTENDED FROM MO/YEAR | TO MO/YEAR | TOTAL CREDIT HOURS COMPLETED | MAJOR COURSE OF STUDY | GRADUATED YES | NO | DEGREE OR CERT. | VER. OF DIP. |
|---|---|---|---|---|---|---|---|---|---|
| Pasadena City Col. | Pasadena, CA | 72 | 73 | | General | ✓ | | | |
| Cal State Los Angeles | Los Angeles, CA | 73 | 75 | | Music | ✓ | | | |
| U.S.C. | | 77 | 78 | | Music | ✓ | | | |
| Appraisal Institute | | | | | R.E. Appraiser | | | SRA Designation | |

Do you have a driver's license? Yes ☒ No ☐
Class: (circle one) **1** 2 3 4 A B C
Expiration Date: _10/26/2005_

Attach copy of diplomas, certificate or transcript, licenses, registrations required for this position. (See job announcement.)

**EMPLOYMENT RECORD** - Include all previous work experience: Full time, part-time, volunteer and military experience. Begin with your present or last job held. Describe in detail nature of work personally performed by you. Also, give dates and explain unemployed periods. If your duties and responsibilities changed while working for the same employer, list each separately.

Employer: _Philip English + Assoc._
Address: _4 South King St. #201_
Name & Title of Immediate Supervisor: _None_
Your Title: _Owner/Appraiser_ Duties: _Manage day to day operations of real estate appraiser firm. Review and perform appraisals on all types of property. Plan and set goals + objectives. Communicate with clients_
No. & Titles of employees you supervised: _12 Appraisers + Staff_
From mo. _1_ /yr. _89_
To mo. _Present_ /yr. _98_
Total _10 years_
Full time ☒ Part time ☐
Av. hrs. per week _40+_
Salary _40,000 - 45,000+_
Reasons for leaving ___

Employer: _1st Nationwide Bank_
Address: _Pacific Tower #1400_
Name & Title of Immediate Supervisor: _Carol Johnson V.P._
Your Title: _Senior Appraiser - Hawaii_ Duties: _Manage day to day operations of bank's appraisal staff. Review and manage fee appraisers throughout the state of Hawaii. Performed appraisals on various types of properties_
No. & Titles of employees you supervised: _8 Appraisers + Staff_
From mo. _4_ /yr. _87_
To mo. _10_ /yr. _89_
Total _2 yrs_
Full time ☒ Part time ☐
Av. hrs. per week _40+_
Salary _25,000 - 45,000_
Reasons for leaving _Start My own company_

Employer: _Independent Appraiser_
Address: _3482 Grayburn Rd. Pasadena_
Name & Title of Immediate Supervisor: _None_
Your Title: _Owner/Appraiser_ Duties: _Appraisal of various types of properties for various clients. Manage appraisal office. Train_
No. & Titles of employees you supervised: _2 1 trainee/secretary_
From mo. _4_ /yr. _86_
To mo. _3_ /yr. _87_
Total _1 yr_
Full time ☒ Part time ☐
Av. hrs. per week _40+_
Salary _35,000 - 35,000_
Reasons for leaving _Move to Honolulu_

Employer: _1st Interstate Mortgage_
Address: _Los Robles Ave Pasadena_
Name & Title of Immediate Supervisor: _Rob Hervey, M.A.I. V.P._
Your Title: _Appraiser_ Duties: _Perform narrative appraisals on various types of properties from residential to complex properties utilizing capitalization techniques._
No. & Titles of employees you supervised: _Staff/Trainees_
From mo. _1_ /yr. _79_
To mo. _3_ /yr. _86_
Total _5 yrs_
Full time ☒ Part time ☐
Av. hrs. per week _40+_
Salary _12,000 - 25,000_
Reasons for leaving _Start Own Business_

(Continue on another sheet of paper, using above format.)

-2-    EXHIBIT _495_

Name  **English**  **Philip**  **E**
 (LAST)            (FIRST)      (MIDDLE INITIAL)

Examination Title and Number  020555

Social Security Number  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

**RECRUITMENT SURVEY:** How did you find out about this examination? (Check only one)

- 01 ☐ Job Fair
- 02 ☐ Job Information Recording
- 03 ☐ Newspaper Ad
- 04 ☐ Radio Ad/Announcement
- 05 ☐ School Counselor
- 06 ☐ Speaker at Group Presentation
- 07 ☐ TV News
- 08 ☒ City and County Employee
- 09 ☐ Other _____

**APPLICANT DATA SURVEY:** In order to meet the requirements as set forth in Federal guidelines, we need your cooperation and assistance in completing this form. Participation is confidential. Your replies will not affect your eligibility or opportunity for employment. The data will be used for reporting and personnel research purposes only. It will not be used for the purpose of selecting job applicants.

1. **Sex:**  ☐ Female   ☒ Male

2. **Age:** 1 ☐ Under 20   2 ☐ 20-24   3 ☐ 25-29   4 ☐ 30-39   5 ☒ 40-49   6 ☐ 50 and over

3. **Ethnic Background:** Review all ethnic background categories listed below. Determine the one category which best represents your ethnic background. Check the box provided next to that category. *MARK ONE BOX ONLY.*

   - 01 ☐ Black
   - 02 ☐ Chinese
   - 03 ☐ Filipino
   - 04 ☐ Hawaiian
   - 05 ☐ Part-Hawaiian
   - 06 ☐ Japanese
   - 07 ☐ Korean
   - 08 ☐ Puerto Rican
   - 09 ☐ Samoan
   - 10 ☒ White-
     Includes persons of Portuguese, Indo-European descent, including Pakistani, and East Indian, and persons of Spanish of Latin descent (*excluding* Filipino and Puerto Rican).
   - 11 ☐ Mixed-
     Mixtures of any categories on this form *except* Hawaiian. If you are Part-Hawaiian, mark category 05.
   - 12 ☐ Others or Unknown-
     Includes Guamanian, South East Asian (Vietnamese, Laotian, Thai, etc.), American Indian and Alaskan Native.

—3—

EXHIBIT 495    PE 00324

CITY AND COUNTY OF HONOLULU
DEPARTMENT OF HUMAN RESOURCES

**You must complete and sign this form as part of your application for City employment.**

1. Name  **English**  **Philip**  **E**  SSN # **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**
   (LAST) (FIRST) (MIDDLE INITIAL)

2. Title and examination number of job applying for **Real Property Appraiser VI (020555)**

---

The information requested below is needed to determine your suitability for employment. Convictions, dismissals from employment, or less than honorable discharges from military service will not necessarily be a bar to employment. Factors such as age at the time of the offense, date of the offense, seriousness and nature of the violation and rehabilitation will be taken into account.

3. **Dismissals from employment or other than honorable discharges from military service**

   Have you been:

   A. Fired or asked to resign from employment? . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ *Yes _____
      ☒ No      (MONTH/YEAR)

   B. Separated from military service under OTHER than honorable conditions? . . . . . . . . . . ☐ *Yes _____
      ☐ No      (MONTH/YEAR)
      ☒ I was never in the military.

4. **Conviction for violation of law**

   Have you been convicted of a violation of law (Convictions for felony, misdemeanor, DUI, . . . . . . . . ☐ *Yes _____
   contempt of court, etc. must be reported)      ☒ No      (MONTH/YEAR)
   In answering this question, you need *NOT* report the following:
   (1) Arrests not followed by convictions;
   (2) Convictions which were annulled or expunged;
   (3) Offense for which you were tried as a minor or juvenile;
   (4) Conviction of a misdemeanor in which the period of twenty years has elapsed since the date the sentence was fulfilled and during which elapsed time there has not been any subsequent arrest or conviction.

   SIGN HERE → **Phil English**       **1/17/03**
   SIGNATURE OF APPLICANT           DATE

*If you answered "Yes" to any question on this page, you must explain in detail below. This information will be considered in determining your fitness for this job.

_____
_____
_____
_____
_____
_____
_____
_____

(If more space is needed, continue on back)

—4—



EXHIBIT **495**      PE 00325

April 4, 2001

Violet Lee
Budget and Fiscal Services

Ref: Addendum to Application for Real Property Appraiser VI

Dear Violet,

Thank you for your call regarding my application and giving me the opportunity to more fully explain the nature of my work experience. I am sure that after reviewing the additional information that you have asked for you will be able to determine that my work experience meets and/or exceeds the minimum requirements for the Appraiser VI position.

<u>Minimum Qualifications Requirements for the Class</u> include training and experience in real estate, business or public administration, economics or a related field and five years of professional experience in appraising real property, of which two shall have involved appraising the most difficult and complex types of real property.

As to the <u>Training</u> aspect of the qualification I would like to offer the following information. I have been associated with the Appraisal Institute since 1982 and achieved the SRA designation in 1993. At that time I also became an M.A.I. candidate. During this time I completed most of the course work required for the M.A.I. designation (Basic Valuation Procedures, Capitalization and Theory A & B as well as many seminars related to performing complex appraisal assignments). I have subsequently let my SRA Designation and my M.A.I. candidacy laps due to illness.

In 1993 I tested for the Certified General Appraisers License for the State of Hawaii and currently hold license number CGA-137. Certified General Appraiser License is given to those appraisers who have demonstrated their ability to appraise the most difficult and complex properties in the State of Hawaii utilizing advanced appraisal methods and techniques such as income capitalization, discounted cash flow analysis, band of investment techniques for developing overall rates as well as other techniques.

A limited list illustrating of my <u>Experience</u> appraising complex and difficult properties utilizing some of the techniques described above are as follows:

| Project Name | Type of Project | Location | Valuation | Date |
|---|---|---|---|---|
| Santa Barbara Cntry Club | 18 Whole Golf Crs | Santa Barbara, CA | $ 9,000,000 | Apr-84 |
| Country Place | Res. Subdivision | Redlands, CA | $ 3,500,000 | Dec-84 |
| Mira Vista Apts | 21 Luxury Apts | Montrose, CA | $ 1,500,000 | Apr-85 |
| Rosemont Medical Cntr | Medical Office | Los Angeles, CA | $ 3,300,000 | Apr-85 |
| Golden West Apts | 44 Apt Units | Victorville, CA | $ 3,800,000 | May-85 |
| Sun Village Retirement | Retirement Village | Sun Village, CA | $ 12,000,000 | May-85 |
| Del Pine Terrace | 112 Apt Units | Bakersfield, CA | $ 4,480,000 | Jun-85 |
| Mesa Verde Apts | 120 Apt Units | Bakersfield, CA | $ 4,800,000 | Jul-85 |
| River Park Project | Res. Sub/Golf | Visailia, CA | $ 7,900,000 | Aug-85 |
| Villas Cabarellos | Time Share Project | Palm Springs, CA | $ 2,900,000 | Sep-85 |
| 250 Condo Units | Proposed Condo | San Diego, CA | $ 12,500,000 | Sep-85 |
| 79 Unit Subdivision | 79 Single Family | Fontana, CA | $ 6,500,000 | Oct-85 |
| Sunset Palisades | Single Family Subd | Pismo Beach, CA | $ 3,500,000 | Oct-85 |
| Deer Creek North | Luxury Subdivision | Alta Loma, CA | $ 7,200,000 | Dec-85 |
| Sycamore Park | Res. Subdivision | Rialto, CA | $ 11,250,000 | Dec-85 |
| Country Club Village | Res. Sub/Golf | Santa Maria, CA | $ 7,200,000 | Jan-86 |
| 13 Com.Warehouse | Industrial Warehouse | Santa Maria, CA | $ 18,000,000 | Jan-86 |
| Honolulu Twr II | 600 Unit Apt | Honolulu, HI | $ 35,000,000 | Apr-86 |
| Woodridge Res Subd. | Res. Subdivision | Ahuimanu, HI | $ 4,900,000 | Aug-88 |

All of the above assignments were completed for First Interstate Mortgage or First Nationwide Bank. I was employed both as an employee and as an independent appraiser for these assignments.

EXHIBIT <u>496</u> 

PE 00326

In addition to the above difficult and complex assignments, and while employed by the City and County Real Property Tax Division, I have also been involved in and completed valuations on Hotel properties that would fall into this category. They are listed below:

| Project Name | Description | Type | Location | Valuation | Date |
|---|---|---|---|---|---|
| Imperial Hawaii Resort | 272 Units | Hotel/Resort | Waikiki | $ 20,417,800 | Oct-00 |
| Niihau Apt Hotel LTD | 43 Units | Hotel/Resort | Waikiki | $ 4,801,600 | Oct-00 |
| Waikiki Shore | 127 Units | Hotel/Resort | Waikiki | $ 50,786,100 | Oct-00 |
| Hawaiian Colony | 84 Units | Hotel/Resort | Waikiki | $ 2,783,000 | Oct-00 |
| Inn in the Park | 68 Units | Hotel/Resort | Waikiki | $ 3,718,000 | Oct-00 |
| Ilikai | 423 Units | Hotel/Resort | Waikiki | $ 83,220,900 | Oct-00 |
| Hawaiian Monarch | 222 Units | Hotel/Resort | Waikiki | $ 11,368,700 | Oct-00 |
| Marine Surf | 106 Units | Hotel/Resort | Waikiki | $ 10,133,000 | Oct-00 |
| Island Colony | 332 Units | Hotel/Resort | Waikiki | $ 28,523,100 | Oct-00 |
| Hawaiian King | 54 Units | Hotel/Resort | Waikiki | $ 3,627,600 | Oct-00 |
| Waikiki Beach Tower | 94 Units | Hotel/Resort | Waikiki | $ 77,301,000 | Oct-00 |
| Kuhio Village II | 165 Units | Hotel/Resort | Waikiki | $ 8,779,700 | Oct-00 |
| Pacific Monarch | 143 Units | Hotel/Resort | Waikiki | $ 19,001,000 | Oct-00 |
| Waikiki Beachside | 32 Units | Hotel/Resort | Waikiki | $ 1,488,200 | Oct-00 |
| Waikiki Grand | 89 Units | Hotel/Resort | Waikiki | $ 5,622,100 | Oct-00 |
| Diamond Head Bch Hotel | 61 Units | Hotel/Resort | Waikiki | $ 12,645,800 | Oct-00 |
| Total | | | | $ 344,217,600 | |

I have recently participated in the out of Tax Appeal Court settlement of the Ilikai Hotel and I am currently preparing for depositions and trial for the Waikiki Shore appeal of classification.

I believe all of the above will demonstrate that I have education and experience in regards to appraising the most difficult and complex types of real property.

Finally, I would like to also address one other area of experience that I think may be helpful for you in determining whether or not I meet the requirements to be considered for this position. In the City and Counties Real Property Appraiser VI Class Specification, it states that: "This class differs from the Real Property Appraiser V in that the Real Property Appraiser VI position plans, supervises and coordinates the work of a staff of real property appraisers...". This positions primary function is as an *administrator* of a staff of appraisers.

My experience since 1986 has been primarily administrative in nature. In 1986 I began my own appraisal company in Pasadena, California and in 1987 I was appointed as the Senior Appraiser of First Nationwide Bank in Hawaii. By 1989 I again began my own appraisal firm, Philip English and Associates, of 12 employees including 6 appraisers and 6 full time staff. Due to illness I was unable to continue.

In 1999, Eileen Tengan of the City and County contacted me and asked me to interview for the Assessor position, which is primarily an administrative position.

Thank you for the opportunity to amend my application and I hope that the additional information will be of assistance to you in determining whether or not I meet the requirements for the Real Property Appraiser VI position.

Respectfully submitted,

*[signature]*

Philip English, CGA-137

EXHIBIT 496

PE 00327

# State of Hawaii

DEPARTMENT OF COMMERCE & CONSUMER AFFAIRS



This is to Certify that **PHILIP E. ENGLISH** has been duly licensed as a **CERTIFIED GENERAL APPRAISER** in the State of Hawaii on **June 8, 1993**.

This license shall be in full force and effect only as long as it is supported by a current license identification card.

Director
Department of Commerce & Consumer Affairs

License Number **137**

EXHIBIT 497

PE 00328

THIS LICENSE MUST BE DISPLAYED AT PLACE OF BUSINESS AND IS NOT TRANSFERABLE OR ASSIGNABLE.

PE 00329



# The International Association of Assessing Officers

## Certificate of Completion

The International Association of Assessing Office presents this certificate to

**PHILIP ENGLISH**

in recognition of satisfactory completion of

**IAAO 300**
*Fundamentals of Mass Appraisal*
*(30.0 hours)*

conducted by
The International Association of Assessing Officers

**June 30, 2000**

_____
Director of Professional Development

_____
Executive Director



**EXHIBIT** 498

## Certificate of Completion

The International Association of Assessing Office presents this certificate to

**PHILIP ENGLISH**

in recognition of satisfactory completion of

**IAAO 311**
*Residential Modeling Concepts*
(30.0 hours)

conducted by

The International Association of Assessing Officers

**July 14, 2000**

_____
Executive Director

_____
Director of Professional Development





The International Association of Assessing Officers



EXHIBIT 499

PE 00330

*Certificate of Completion*

The International Association of Assessing Officers presents this certificate to

**PHILIP ENGLISH**

in recognition of satisfactory completion of

**IAAO 151
Standards of Practice and Professional Ethics
Workshop
(18.5 hours)**

conducted by

The International Association of Assessing Officers

December 13, 2001

*Executive Director*



THE INTERNATIONAL
ASSOCIATION OF
ASSESSING OFFICERS



EXHIBIT 500

PE 00331