IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH, | ) CIVIL NO. CV04-00108 KSC |
| Plaintiff, | ) **CERTIFICATE OF SERVICE** |
| vs. | ) |
| CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10, | ) |
| Defendants. | ) |

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically trough CM/ECF:

| | | |
|---|---|---|
| Roger S. Moseley, Esq. | rmoseley@hilaw.us | 09/19/06 |
| Joanna B.K. Fong., Esq. | Jfong@hilaw.us | 09/19/06 |
| Reneee M. Furuta, Esq. | Rfuruta@hilaw.us | 09/19/06 |
| Alan K. Lau, Esq. | Alau@hilaw.us | 09/19/06 |
| Christopher J. Muzzi, Esq. | Cmuzzi@hilaw.us | 09/19/06 |


Served Electronically trough CM/ECF:

| | | |
|---|---|---|
| Kevin P.H. Sumida, Esq. | Ksumida@tshawaii.com | 09/19/06 |
| Anthony L. Wong, Esq. | Awong@sthawaii.com | 09/19/06 |

DATED: Honolulu, Hawaii, September 19, 2006

_____
JAMES KAWASHIMA
RANDALL Y. YAMAMOTO
BRIAN Y. HIYANE
CARTER K. SIU
Attorneys for Defendants
CITY AND COUNTY OF HONOLULU,
GARY T. KUROKAWA,
ROBERT O. MAGOTA, and
ANN C. GIMA