IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH, | Civil No.  04-00108 KCS/KSC |
| Plaintiff, | |
| | CERTIFICATE OF SERVICE |
| vs. | |
| CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1 –10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10, | |
| Defendants. | |

## CERTIFICATE OF SERVICE

The undersigned herby certifies that a true and correct copy of the foregoing was duly served upon the party listed below at their respective address by U. S. Mail, postage prepaid, or by the court's electronic transmission facility on September 19, 2006.

10010\3\53092.9

MICHAEL A. LORUSSO, ESQ.        **VIA U. S. MAIL**
Kawashima Lorusso & Tom, LLP
Fort Street Tower
745 Fort Street, 5th Floor
Honolulu, Hawaii  96813

      Attorneys for Defendants
      City & County of Honolulu,
      Gary T. Kurokawa, Robert O. Magota,
      and Ann C. Gima


KEVIN P. H. SUMIDA, ESQ.      **VIA COURT'S ELECTRONIC**
ANTHONY L. WONG, ESQ.      **TRANSMISSION FACILITY**
Dillingham Transportation Building
735 Bishop St., Suite 411
Honolulu, Hawaii  96813

      Attorneys for Defendant
      GK APPRAISALS, INC.

DATED:  Honolulu, Hawaii, September 19, 2006.


        */s/ Roger S. Moseley*
        ROGER S. MOSELEY
        CHRISTOPHER J. MUZZI
        TEDSON H. KOJA
        RENEE M. FURUTA
        Attorneys for Plaintiff
        PHILIP E. ENGLISH