IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1 –10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>　　　　　Defendants. | Civil No. 04-00108 KCS/KSC<br><br>CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

The undersigned herby certifies that a true and correct copy of the foregoing was duly served upon the party listed below at their respective address by U. S. Mail, postage prepaid, or by the court's electronic transmission facility on September 19, 2006.

10010\3\53092.9

| | |
|---|---|
| MICHAEL A. LORUSSO, ESQ.<br>Kawashima Lorusso & Tom, LLP<br>Fort Street Tower<br>745 Fort Street, 5th Floor<br>Honolulu, Hawaii 96813<br><br>    Attorneys for Defendants<br>    City & County of Honolulu,<br>    Gary T. Kurokawa, Robert O. Magota,<br>    and Ann C. Gima | **VIA U. S. MAIL** |
| KEVIN P. H. SUMIDA, ESQ.<br>ANTHONY L. WONG, ESQ.<br>Dillingham Transportation Building<br>735 Bishop St., Suite 411<br>Honolulu, Hawaii 96813<br><br>    Attorneys for Defendant<br>    GK APPRAISALS, INC. | **VIA COURT'S ELECTRONIC<br>TRANSMISSION FACILITY** |

DATED: Honolulu, Hawaii, September 19, 2006.

                                              */s/ Roger S. Moseley*
                                              ROGER S. MOSELEY
                                              CHRISTOPHER J. MUZZI
                                              TEDSON H. KOJA
                                              RENEE M. FURUTA
                                              Attorneys for Plaintiff
                                              PHILIP E. ENGLISH