IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH, | ) CIVIL NO. CV04-00108 KSC )  |
| Plaintiff, | ) **DECLARATION OF CARTER K. SIU** ) |
| vs. | ) ) |
| CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10, | ) ) ) ) ) ) ) ) |
| Defendants. | ) ) ) ) |

### DECLARATION OF CARTER K. SIU

I, CARTER K. SIU, declare as follows:

1.  Declarant is an attorney licensed to practice law before all the state and federal courts in the State of Hawaii and is one of the attorneys representing Defendants CITY AND COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA, ANN C. GIMA (collectively "CITY Defendants") in the above-entitled action.

2.  This Declaration is made in lieu of an affidavit pursuant to Local Rule 7.6, <u>Rules of the United States District Court for the District of Hawaii</u>, as amended.

3.  I make this Declaration in support of Defendants City and County of Honolulu, Gary T. Kurokawa, Robert O. Magota, and Ann C. Gima's Memorandum in Opposition to Plaintiff Philip E.

English's Motion in Limine No. 7 Re: Preventing Suzanne Foumai from Asserting the Fifth Amendment at Trial.

4. Attached hereto as Exhibit "A" is a true and correct of an e-mail created by Suzanne Foumai on July 19, 2000 and sent to Plaintiff and Wilfred Martin. It was attached as Exhibit "102-C" to her deposition.

5. Attached hereto as Exhibit "B" is a true and correct of an e-mail received by Suzanne Foumai on July 19, 2000 from Wilfred Martin. It was attached as Exhibit "102-B" to her deposition.

6. The type written notation on Exhibit "B" was added by Suzanne Foumai after a run in with Plaintiff on or about July 26, 2000.

7. Attached hereto as Exhibit "C" is a true and correct of an e-mail created by Suzanne Foumai on July 19, 2000 in which she typed in various notes following her run in with Plaintiff on or about July 26, 2000. It was attached as Exhibit "102-A" to her deposition.

I declare under penalty of law that the foregoing is true and correct to the best of my knowledge and belief.

DATED: Honolulu, Hawaii, September 19, 2006

CARTER K. SIU