Foumai, Suzanne

| | |
|---|---|
| Subject: | New Employee Departmental Orientation |
| Location: | BFS - Conference Room |
| Start: | Wed 7/26/2000 8:00 AM |
| End: | Wed 7/26/2000 10:30 AM |
| Show Time As: | Tentative |
| Recurrence: | (none) |
| Meeting Status: | Not yet responded |
| Required Attendees: | English, Philip E.; Martin, Wilfred |

Orientation will cover more specific information on a departmental level: vacation/sick leave, payroll, open enrollment, and other departmental matters.

1

EXHIBIT "A"