Foumai, Suzanne

**From:** Martin, Wilfred
**Sent:** Wednesday, July 19, 2000 4:02 PM
**To:** Foumai, Suzanne
**Subject:** RE: New Employee Departmental Orientation

-----Original Appointment-----
**From:** Foumai, Suzanne
**Sent:** Wednesday, July 19, 2000 1:30 PM
**To:** English, Philip E.; Martin, Wilfred
**Subject:** New Employee Departmental Orientation
**When:** Wednesday, July 26, 2000 8:00 AM-10:30 AM (GMT-10:00) Hawaii.
**Where:** BFS - Conference Room

**Orientation will cover more specific information on a departmental level: vacation/sick leave, payroll, open enrollment, and other departmental matters.**

Just to confirm that the orientation was set for 8:00 a.m., Wilfred Martin sent me an acknowledgement that he will go directly to City Hall to attend the orientation as scheduled.

1

EXHIBIT "B"