Foumai, Suzanne

| | |
|---|---|
| Subject: | New Employee Departmental Orientation |
| Location: | BFS - Conference Room |
| | |
| Start: | Wed 7/26/2000 8:00 AM |
| End: | Wed 7/26/2000 10:30 AM |
| Show Time As: | Tentative |
| | |
| Recurrence: | (none) |
| | |
| Meeting Status: | Not yet responded |
| | |
| Required Attendees: | English, Philip E.; Martin, Wilfred |

**Orientation will cover more specific information on a departmental level: vacation/sick leave, payroll, open enrollment, and other departmental matters.**

Sent email task reminder to English, Philip on 7/19/00 for a mandatory orientation with the Director of Budget & Fiscal Services and to report to City Hall before 8:00 a.m.

Violet Lee called me on 7/26/00 that Mr. English was not at the orientation. I went over to Phil's desk and saw him there at around 9:30 a.m. I told him that he was suppose to have gone directly to City Hall for the mandatory orientation. He then opened his task on the Microsoft Outlook and pulled up the email I sent him. He pointed his finger at the "Start Time" and showed me a different time (later than what I originally sent him.) I went back to my desk and opened my task and printed out what I sent him. It showed 8:00 a.m. I went back to his desk and showed him my printed email I sent him and pointed out to him that he must have changed the time on his task reminder because I did not put in a time other than 8:00 a.m. He then said, if I could call Violet and let her know it wasn't his fault for being late and stated to me, "I'm not a flake."

I did not call Violet and explain this to her. However, I told Phil to go to City Hall as soon as possible, and he did go.

1

EXHIBIT "C"

Exhibit
102
Foumai