IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH, | ) CIVIL NO. CV04-00108 KSC |
| Plaintiff, | ) **DECLARATION OF RANDALL Y.** ) **YAMAMOTO** |
| vs. | ) |
| CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10, | ) |
| Defendants. | ) |

## DECLARATION OF RANDALL Y. YAMAMOTO

I, RANDALL Y. YAMAMOTO, declare as follows:

1. I am an attorney licensed to practice law before all the state and federal courts in the State of Hawaii and am one of the attorneys for Defendants CITY AND COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA, and ANN C. GIMA (herein after referred to collectively as "CITY Defendants") in the above-entitled action.

2. This Declaration is made in lieu of an affidavit pursuant to Local Rule 7.6, <u>Rules of the United States District Court for the District of Hawaii</u>, as amended.

3. I make this Declaration in support of CITY Defendants' Memorandum in Opposition to Plaintiff Philip E.

English's Motion in Limine No. 8 Re: Excluding Evidence and Testimony Suggesting or Implicating Plaintiff Philip E. English and Roger S. Moseley If Any Wrongdoing, filed herein.

4. Attached hereto as Exhibit "1" are true and correct copies of pages 267-271, 273-277 of the Oral Deposition Transcript of Plaintiff PHILIP E. ENGLISH, Volume III, taken 10/5/05 and page 544 of the Oral Deposition Transcript of Plaintiff PHILIP E. ENGLISH, Volume IV, taken 8/7/06.

5. Attached hereto as Exhibit "2" are true and correct copies of e-mails that were produced in this case relating to Waikiki Shores Condominium.

6. Attached hereto as Exhibit "3" is a true and correct copy of a letter to Honorable J. Michael Seabright from Attorney Roger S. Moseley, dated September 19, 2005, that the undersigned's office received.

7. Attached hereto as Exhibit "4" are true and correct copies of correspondence to and from Plaintiff's Attorney Roger Moseley regarding Plaintiff's worker's compensation claim.

I declare under penalty of law that the foregoing is true and correct to the best of my knowledge and belief.

DATED: Honolulu, Hawaii, SEP 1 9 2006                .

RANDALL Y. YAMAMOTO