**Gima, Ann**

| | |
|---|---|
| **From:** | English, Philip E. |
| **Sent:** | Thursday, August 29, 2002 1:24 PM |
| **To:** | Gima, Ann |
| **Subject:** | RE: BOR dates |

Ann,

If I bunch them up as much as possible I have about 8 BOR dates that I will need depending on how they work up.  Maybe more.

Phil

-----Original Message-----
| **From:** | Gima, Ann |
| **Sent:** | Thursday, August 29, 2002 1:04 PM |
| **To:** | English, Philip E. |
| **Subject:** | RE: BOR dates |

yes

# Annie

-----Original Message-----
| **From:** | English, Philip E. |
| **Sent:** | Thursday, August 29, 2002 12:44 PM |
| **To:** | Gima, Ann |
| **Subject:** | RE: BOR dates |

Ann,

Thanks for the suggestion.  My appeals are organized by types of appeals and projects.  Do you want me to estimate the number of days that will be required into next year?

Phil

-----Original Message-----
| **From:** | Gima, Ann |
| **Sent:** | Thursday, August 29, 2002 12:35 PM |
| **To:** | English, Philip E. |
| **Subject:** | RE: BOR dates |

Organize your appeals such that you can estimate the number of days you will be requiring in the future.   This will aid in planning your time.

# Annie

-----Original Message-----
| **From:** | English, Philip E. |
| **Sent:** | Thursday, August 29, 2002 9:02 AM |
| **To:** | Gima, Ann |
| **Subject:** | RE: BOR dates |

Ann,

I will not be able to finish all of the appeals this year.  No surprise.  I would like to take one date near the end of October (if possible) to take care of the whatever Waikiki Shore stuff can be done and other loose ends.  Let me know if you think I should do something different.

Phil

-----Original Message-----
| **From:** | Gima, Ann |

EXHIBIT "2"

CC 000344

**Sent:**        Thursday, August 29, 2002 8:33 AM
**To:**          BFS/RPA Group3
**Subject:**     BOR dates

How many BOR dates will each of you need for October so that I may submit the request for dates.  Let me know ASAP.  Even if you don't need any, e-mail me a response anyway

Annie

CC 000345

**Gima, Ann**

| | |
|---|---|
| **From:** | English, Philip E. |
| **Sent:** | Tuesday, September 17, 2002 9:17 AM |
| **To:** | Gima, Ann |
| **Subject:** | Status on Modeling Waikiki |

Ann,

To date I have:

1.      Reviewed the outliers from the Daemon Report
2.      Placed "D's" to delete sales on MK45
3.      Made corrections on MK13 for future reference
4.***   Continue to review groupings *****
5.      Grouping of the Gold Coast units (not previously set up for modeling)
6.      Continued validation of sales (should be up to date)
7.      Have begun to review variable selections (no changes as of yet)
8.      Have begun to review time adjustments (thank you for the new spreadsheet it is very helpful)

***
As I mentioned to you before there are a number of grouping problems in model 141.  Problems include the fact that projects are simply not comparable in terms of location or physical characteristics and, leasehold projects (that had in the past used leasehold plus leased fee estimates sales data) that are not grouped to pull comps from other projects in the group because in the past they pulled only from within.

Also model 143 most of the sales in this group are leasehold plus leased fee estimate.  I have decided to let this one ride one more year as there are a few current fee sales.  If the model is weighted for current sales then it should be OK.

Also, I have scheduled 30 appeals for October 11th.  These are mostly individual appeals and not grouped by owners or by project.

If you need to know more or if there is something else that I should be doing, please let me know.

Phil

CC 000331

**Gima, Ann**

| | |
|---|---|
| From: | Gima, Ann |
| Sent: | Friday, October 04, 2002 10:30 AM |
| To: | English, Philip E. |
| Cc: | Kurokawa, Gary; Magota, Robert; Bender, Susan A. |

Phil
please be prepared to meet on Tuesdat @ 9:00 a.m.
on issues regarding the Waikiki Shore

Have the lists of TMKs that Susan has already requested
for example:
which ones have already submitted info documenting the need to correct.
which have "invalid" appeals
which have "valid" appeals
which have been stipulated and why

have a list of the additional projects which we need to send declarations to.

Thanks,

Annie

CC 000321

**Gima, Ann**

| | |
|---|---|
| **From:** | Gima, Ann |
| **Sent:** | Tuesday, October 08, 2002 8:03 AM |
| **To:** | Kurokawa, Gary |
| **Cc:** | Magota, Robert |
| **Subject:** | Meeting today @9:00 re:Waikiki Shore |

Gary,
Phil has called in sick for the past two days.  (he broke his toe)  I doubt that he has prepared the lists requested by Susan.  He plans to return to work tomorrow.  Will it be better to reschedule the meeting for a later date?

Annie

| Tracking: | **Recipient** | **Read** |
|---|---|---|
| | Kurokawa, Gary | Read: 10/08/2002 8:33 AM |
| | Magota, Robert | Read: 10/08/2002 8:35 AM |

1

CC 000320

**Gima, Ann**

| | |
|---|---|
| From: | Gima, Ann |
| Sent: | Thursday, October 24, 2002 1:17 PM |
| To: | English, Philip E. |
| Cc: | Bender, Susan A.; Kurokawa, Gary; Magota, Robert |
| Subject: | Waikiki Shore |

Phil,
I will need the following information from you
1. Are there any stipulations outstanding within the project?
If so when were they signed/received back from the taxpayer?
2. Are there any units where we have the documentation that would warrant a correction to the classification besides Wang?
3. If Roger has sent us "declaration material" has he also made any statements that he is willing to stipulate them?
4. Go ahead and process any signed stipulations as well as Wang's withdrawal (and Corrected Notice form) ASAP
Stipulations must be on the agenda & public notice @ City Clerk's office
Annie

| Tracking: | Recipient | Read |
|---|---|---|
| | English, Philip E. | Read: 10/24/2002 1:37 PM |
| | Bender, Susan A. | Read: 10/24/2002 1:38 PM |
| | Kurokawa, Gary | Read: 10/24/2002 1:53 PM |
| | Magota, Robert | Read: 10/24/2002 1:30 PM |

1

CC 000535

**Gima, Ann**

| | |
|---|---|
| **From:** | English, Philip E. |
| **Sent:** | Thursday, August 29, 2002 9:02 AM |
| **To:** | Gima, Ann |
| **Subject:** | RE: BOR dates |

Ann,

I will not be able to finish all of the appeals this year.  No surprise.  I would like to take one date near the end of October (if possible) to take care of the whatever Waikiki Shore stuff can be done and other loose ends.  Let me know if you think I should do something different.

Phil

-----Original Message-----

| | |
|---|---|
| **From:** | Gima, Ann |
| **Sent:** | Thursday, August 29, 2002 8:33 AM |
| **To:** | BFS/RPA Group3 |
| **Subject:** | BOR dates |

How many BOR dates will each of you need for October so that I may submit the request for dates.  Let me know ASAP.  Even if you don't need any, e-mail me a response anyway

Annie

1

CC 000533

**English, Philip E.**

| | |
|---|---|
| **From:** | Gima, Ann |
| **Sent:** | Wednesday, December 04, 2002 4:16 PM |
| **To:** | Bender, Susan A.; English, Philip E. |
| **Cc:** | Kurokawa, Gary |
| **Subject:** | Waikiki Shore |

I spoke with Gary regarding those units for which we have the necessary evidence that a "reclassification" would be warranted and he is in agreement that we should provide the information to Roger as this will be a benefit to the taxpayer and reduce the # of true cases to be heard.  Any stipulation as to the appeal will have to be initiated by Roger as we will not make any assumptions as to the appellants wishes as to value.

Phil,

As I informed you earlier, if there is sufficient time to add these to the BOR hearing with the others, you may do so since you will probably not need to mail hearing notices.  (you will need to clear this with Roger since he can concievably object to any change from mandated procedure)

Annie

PE 00380