# MOSELEY BIEHL TSUGAWA LAU & MUZZI
A Hawaii Limited Liability Law Company



Michael L. Biehl
Alan K. Lau
Roger S. Moseley
Christopher J. Muzzi
Eric H. Tsugawa

Renee M. Furuta

ALAKEA CORPORATE TOWER
1100 ALAKEA STREET, 23RD FLOOR
HONOLULU, HAWAII 96813

TELEPHONE: (808) 531-0490
FACSIMILE: (808) 534-0202

September 19, 2005

**Via Hand Delivery**

Honorable J. Michael Seabright
Judge, United States District Court
300 Ala Moana Blvd.
Honolulu, Hawaii 96850

Re:   **English v. City and County of Honolulu, et al.
Civil No. 04-00108 JMS/KMC**

Dear Judge Seabright,

Please excuse the tardiness of this disclosure, but when you were assigned to this case, I had completely forgotten your involvement and only just remembered this past weekend.

In August of 2002 I contacted the United States Attorney's office requesting direction as to where to send a client to discuss potential criminal activity within the Assessment Division of the Department of Budget and Fiscal Services of the City and County of Honolulu. The client involved was Mr. Phil English, the plaintiff in the above-entitled case. The Assistant United States Attorney to whom my phone call was directed was Your Honor. I had never met with you or spoken with you before and have not since met or spoken with you, and frankly, your involvement was completely forgotten by me. I am assuming the contact was so brief and contained so little detail that you also had forgotten this contact.

In that telephone call I outlined briefly some of the allegations made in the present complaint, although I do not believe that I disclosed the client's name, or provided any significant detail. You patiently explained to me that the initial approach to reporting such activities to the Federal government was through the FBI. You provided me the name and telephone number of an FBI agent and had no further involvement to my knowledge. Mr. English did contact the FBI agent, without my further participation, but I have no reason to believe that any sort of report or additional communication was made to you with respect to this matter. My recollection is that my telephone

10010\3\52875.1

EXHIBIT "3"

SEP 2 0 2005

Hon. J. Michael Seabright
Judge, United States District Court
September 19, 2005
Page 2

conversation with you was very brief, probably less than five minutes, but possibly you called me back and relayed the contact information (I don't remember whether it was provided during the initial call).

In any case, since you are now the assigned Judge on this case, and I have now remembered the contact, I believe it is my duty to bring this matter to Your Honor's attention and to the attention of Defendants' counsel.

From my perspective, it does not seem reasonable that you would recuse yourself because of this contact, but it does seem fair that Defense counsel should have the opportunity to consider this information and to determine whether or not they feel the need to make any requests of the Court.

Again, I apologize for only remembering your involvement last weekend.

Thank you.

Very truly yours,

Roger S. Moseley

RSM\vsy
cc:   Michael A. Lorusso, Esq.
      Anthony L. Wong, Esq.
      client

10010\3\52875.1