# CASE BIGELOW & LOMBARDI

### A LAW CORPORATION

David F. Andrew
Michael L. Bahl
Daniel H. Case
James M. Cribley
Stacey W.E. Foy
Gregory M. Hansen
Frank T. Kanematsu
Michael L. Lam
Alan K. Lau
Dennis M. Lombardi †

Michael R. Marsh
Roger S. Moseley
Ted N. Pettit, Ph.D.
Scott D. Radovich
Robert F. Schneider
Cathy Lee Sekiguchi
Steven E. Thomas
Eric H. Tsugawa
Gary L. Wixom

PACIFIC GUARDIAN CENTER, MAUKA TOWER
737 BISHOP STREET, SUITE 2600
HONOLULU, HAWAII 96813-3283

TELEPHONE: (808) 547-5400
FACSIMILE: (808) 523-1888
E-mail: info@casebigelow.com
http://www.casebigelow.com

Clare E. Bender
Christopher J. Muzzi
Leila Rothwell Sullivan
Cathy L. Takase
Nancy J. Youngren

Of Counsel:
Steven L. Roesmith †
Counsel:
Gary S. Kerwood

Bruce C. Bigelow (1946-2001)

† A Law Corporation

April 16, 2003

<u>BY HAND DELIVERY</u>

Jamie Petersen, WC Facilitator
Department of Labor and Industrial Relations
Disability Compensation Division
830 Punchbowl Street, Room 209
Honolulu, Hawaii 96813

Re:    Philip E. English
        Case No. 2-03-01887
        Employer: City & County of Honolulu

Dear Ms. Petersen,

Thank you for speaking with me on the telephone this afternoon. Enclosed you will find a copy of Mr. English's Form WC-5. I had understood that this form was sent to you on or about April 7, 2003. Also, I will ask Mr. English to check with Dr. Love with respect to the Form WC-2, which I also understood had been sent previously.

As I explained to you, Mr. English is scheduled for his IME on April 18, 2003, so presumably you will be hearing more from the City shortly thereafter.

While this office does not presently represent Mr. English for the purpose of the potentially upcoming hearing, we would appreciate notice of the date and time of any hearing, as it seems very likely we will undertake representation of Mr. English in any such hearing at that time. Furthermore, Mr. English seems to receive his mail late sometimes, probably due to the fact he lives aboard a boat. Keeping us notified of important dates will help insure he has notice as well.

Thank you very much.

Very truly yours,

Roger S. Moseley

RSM\kmc
Enclosure
cc: Phil English

Case No.  04-00108 SOM/KSC
Defs' Exhibit No.  _2463_

EXHIBIT   "4"

# CASE BIGELOW & LOMBARDI
## Fax Memorandum

From: **Roger S. Moseley**

737 BISHOP STREET
SUITE 2600
HONOLULU, HAWAII 96813
DIRECT LINE: (808) 547-5447

Fax: (808) 547-5532
File: 27505-1
Date: April 16, 2003

To:  Tom Riddle
Fax: 5?? - ? ? ? ?
Pages: ___3___
Re:  Philip Enlgish

Time 4:10 pm.

**This communication contains confidential and privileged information. It is exempt from disclosure under applicable law. If you receive it in error, please contact the Sender immediately to arrange for its return. No other use or dissemination of this communication is authorized.**

Please see attached correspondence of today's date.

Original will follow by hand delivery

RSM:kmc

Case No.  04-00108 SOM/KSC
Defs' Exhibit No.          2464

PE 00712

# CASE BIGELOW & LOMBARDI

### A LAW CORPORATION

David F. Andrew
Michael L. Biehl
Daniel H. Case
James M. Cribley
Stacey W. E. Foy
Gregory M. Hansen
Frank T. Kanemitsu
Michael L. Lam
Alan K. Lau
Dennis M. Lombardi †

Michael R. Marsh
Roger S. Moseley
Ted H. Pettit, Ph.D.
Scott D. Radovich
Robert F. Schneider
Cathy Lee Sekiguchi
Steven E. Thomas
Eric H. Tsugawa
Gary L. Wixom

Claire E. Bender
Christopher J. Muzzi
Leila Rothwell Sullivan
Lauren R. Sharkey
Cathy L. Takase
Nancy J. Youngren

Of Counsel
Steven L. Goto
Counsel
Gary S. Kerwood

PACIFIC GUARDIAN CENTER, MAUKA TOWER
737 BISHOP STREET, SUITE 2600
HONOLULU, HAWAII 96813-3283

TELEPHONE: (808) 547-5400
FACSIMILE: (808) 523-1888
E-mail info@casebigelow.com
http://www.casebigelow.com

Bruce C. Bigelow 1946-2001 †
† A Law Corporation

April 16, 2003

BY FAX AND HAND DELIVERY

Thomas Riddle
Workers' Compensation Administrator
City and County of Honolulu
550 South King Street
Honolulu, HI   96813

Re:  Claim of Philip E. English for disability due to retaliation

Dear Mr. Riddle,

Thank you for speaking with me on the telephone this morning. We did want to confirm, or ask questions about, the following matters:

1.     Mr. English is planning to attend the examination by Dr. Kennedy on April 18, 2003 and planned to provide his Kaiser records at the same time. He will still attend, but will not be able to obtain copies of the records in time for the examination. We understand you anticipate the results of the examination and evaluation in approximately three weeks.

2.     We also understand that if the results of Dr. Kennedy's examination are favorable to Mr. English's claim, the City's intent is to approve the claim and not to proceed to hearing. We further understand that if Dr. Kennedy's report is unfavorable, the hearing process would then be available to resolve any disputed matters.

3.     As you may surmise, Mr. English's financial condition is nearing desperation and it is imperative that this claim be processed as rapidly as humanly possible. It appears to us the additional pressure caused by his deteriorating financial condition is significantly and adversely affecting his well-being and ability to recover from the retaliatory actions he has endured. If you can suggest any other source of financial assistance, which could be of some interim assistance to him, we would be most appreciative.

4.     We are concerned that Mr. English's medical insurance premiums may not be getting paid, as his income from the City has effectively stopped. Could you please advise us of what needs to be done, if anything, to keep his medical coverage in place prior to the eventual decision in this case?

PE 00713

Thomas Riddle
April 16, 2003
Page 2

5.    Mr. English received a notice from Robert Magota requesting his attendance at a meeting to discuss an "annual performance evaluation report" on April 17, 2003. Mr. English is obviously unable to attend due to his condition which has been caused by the retaliation of the very people involved in this proposed evaluation. Would you please advise Mr. Magota of the status of the claim and the impropriety of the continuation of this activity in the light of the present circumstances? This senseless exacerbation of the damage being done to Mr. English is unconscionable.

6.    Is there some way of arranging for Mr. English to recover some of his personal effects from his desk without contact with the perpetrators of the retaliation he has experienced? He would very much like to recover these possessions, but, as you may imagine, it appears the potential contact would be highly undesirable from many perspectives.

7.    Is there someone to whom Mr. English should be sending physician's "off work slips", or is that even necessary since he has made the workers' comp claim?

8.    Are there any other requirements or details in this process, which are being or may be overlooked? Mr. English is very serious about providing everything necessary for processing this claim and intends to cooperate fully. Mr. English needs to be fully informed of any pitfalls or problems which can reasonably be anticipated and addressed.

Thank you for your kind assistance.

Very truly yours,

Roger S. Moseley

RSM/kmc
cc. Phil English

27505\1\324736.1

PE 00714

```
* * * Transmission Result Report ( Apr. 16, 2003  4:20PM ) * * *

                                        T T I    CASE BIGELOW (808) 523-5573

File  Mode   Option            Address (Group)         Result      Page
------------------------------------------------------------------------
5045  SAF_TX                   5276782                 OK          P. 3/3
```

```
-------------------------------------------------------------------------
    Reason for Error
      1) Hang up or line fail              2) Busy
      3) No answer                         4) No facsimile connection
```

# CASE BIGELOW & LOMBARDI
# Fax Memorandum

From:  Roger S. Moseley              To:   Tom Riddle
                                     Fax:  527-6782
737 BISHOP STREET                    Pages:  3
SUITE 2600              Fax:  (808) 547-5532
HONOLULU, HAWAII 96813  File:  27505-1      Re:   Philip Enlgish
DIRECT LINE: (808) 547-5447   Date:  April 16, 2003
                                        Time: 4:10 pm

This communication contains confidential and privileged information.  It is exempt from
disclosure under applicable law.  If you receive it in error, please contact the Sender immediately
to arrange for its return.  No other use or dissemination of this communication is authorized.

Please see attached correspondence of today's date.

PE 00715

CASE BIGELOW & LOMBARDI
A LAW CORPORATION

Pacific Guardian Center
Mauka Tower
737 Bishop Street, Suite 2600
Honolulu, Hawaii 96813

Tel: (808) 547-5400
Fax: (808) 547-5532

## FAX TRANSMITTAL

Date: 4 - 18 - 03                                    Time sent: _____ ☐ A.M. ☐ P.M.

To: Tom Riddle                                       From: Roger Moseley
                                                     Direct Line: 5475447
Fax No.: 527 6982                                    Pages: 3
Re:                                                  File No.:
Phil English

**PLEASE CALL THE DIRECT TELEPHONE NUMBER OF THE SENDER OR (808) 547-5400 FOR ANY MISSING OR ILLEGIBLE PAGES OR IN HAVING DIFFICULTY RECEIVING OUR TRANSMISSION.**

This communication contains confidential and privileged information. It is exempt from disclosure under applicable law. If you received it in error, please notify the sender immediately by telephone or fax and return the original by mail.

## MESSAGE

Tom —

Thank you.

R

Case No.   04-00108 SOM/KSC
Defs' Exhibit No.        2466

PE 00717

DEPARTMENT OF HUMAN RESOURCES

# CITY AND COUNTY OF HONOLULU

550 SOUTH KING STREET
HONOLULU, HAWAII 96813

JEREMY HARRIS
MAYOR



CHERYL K. OKUMA-SEPE
DIRECTOR

April 17, 2003

Mr. Roger S. Moseley
CASE BIGELOW & LOMBARDI
737 Bishop Street, Suite 2600
Honolulu, Hawaii 96813

Re:    Philip English

Dear Mr. Moseley:

Thanks for your letter of April 16, 2003 regarding Philip English. Following are answers to the questions posed in your letter:

1.  We are pleased Mr. English will be attending the evaluation with Dr. Kennedy tomorrow. We have obtained a subpoena for his Kaiser records and will forward them to Dr. Kennedy upon receipt. Hopefully, her report will be available within a few days of her evaluation.

2.  Our decision on compensability will depend heavily on Dr. Kennedy's report. Hopefully, her findings will be clear and all parties can understand any decision that is made.

3.  The workers' compensation process is painfully slow, especially in claims such as Mr. English's. However, because of his cooperation, we were able to fast tract his claim and obtain a rather quick appointment for his evaluation. This usually takes several weeks, or even months. Unfortunately, I am not aware of any resources within the City that could assist Mr. English financially at this time.

PE 00718

Mr. Roger S. Moseley
April 17, 2003
Page 2

4.  Mr. English will need to pay his portion of his health insurance plan, which usually comes out of his paycheck. If he fails to do this, and there are no funds available, such as accumulated vacation or sick leave benefits, Kaiser will terminate his coverage. Mr. English should check with the payroll clerk in his department to arrange for this payment.

5.  I spoke with Robert Magota regarding the annual performance evaluation. He will put this on hold until after the workers' compensation matter is addressed.

6.  With your permission, I will go over to Mr. English's desk and place all of his personal belongings into a box that he can pick up in my office.

7.  Mr. English should forward all doctor reports and "off-work slips" to me in the Department of Human Resources.

8.  Although this is an adversarial claim with the City, Mr. English has fully cooperated with the workers' compensation process and has done all he needs to do for the moment.

I will be out of the office until next Friday, April 25th. I will check with Dr. Kennedy at that time regarding the status of her report.

Thank you for your assistance in this matter.

Sincerely

THOMAS RIDDLE
Workers' Compensation Administrator

PE 00719

# CASE BIGELOW & LOMBARDI

## A LAW CORPORATION

David F. Andrew
Michael L. Biehl
Darwin H. Case
James M. Cribly
Stacey W E. Foy
Gregory M. Harmon
Frank T. Kanemitsu
Michael L. Lam
Alan K. Lau
Dennis M. Lombardi †

Michaw R. Marsh
Roger S. Moseley
Ted N. Pettit, Ph.D.
Scott D. Rasmuth
Roben F. Schmeier
Cathy Lee Sekiguchi
Steven E. Thomas
Eric H. Tsugawa
Gary L. Wixom

Clare E. Bancer
Christopher J. Muzzi
Lesa Rathwell Sullivan
Lauren R. Sharkey
Cathy L. Takase
Nancy J. Youngren

Of Counsel
Steven L. Rinesmith †
Counsel
Gary S Kenwood

PACIFIC GUARDIAN CENTER, MAUKA TOWER
737 BISHOP STREET, SUITE 2600
HONOLULU, HAWAII 96813-3283

TELEPHONE (808) 547-5400
FACSIMILE (808) 523-1888
E-mail: info@casebiglaw.com
http://www.casebiglaw.com

Bruce C. Bigelow (1846-2001)

† A Law Corporation

April 16, 2003

BY FAX AND HAND DELIVERY

Thomas Riddle
Workers' Compensation Administrator
City and County of Honolulu
550 South King Street
Honolulu, HI  96813

Re:  Claim of Philip E. English for disability due to retaliation

Dear Mr. Riddle,

Thank you for speaking with me on the telephone this morning. We did want to confirm, or ask questions about, the following matters:

1.     Mr. English is planning to attend the examination by Dr. Kennedy on April 18, 2003 and planned to provide his Kaiser records at the same time. He will still attend, but will not be able to obtain copies of the records in time for the examination. We understand you anticipate the results of the examination and evaluation in approximately three weeks.

2.     We also understand that if the results of Dr. Kennedy's examination are favorable to Mr. English's claim, the City's intent is to approve the claim and not to proceed to hearing. We further understand that if Dr. Kennedy's report is unfavorable, the hearing process would then be available to resolve any disputed matters.

3.     As you may surmise, Mr. English's financial condition is nearing desperation and it is imperative that this claim be processed as rapidly as humanly possible. It appears to us the additional pressure caused by his deteriorating financial condition is significantly and adversely affecting his well-being and ability to recover from the retaliatory actions he has endured. If you can suggest any other source of financial assistance, which could be of some interim assistance to him, we would be most appreciative.

4.     We are concerned that Mr. English's medical insurance premiums may not be getting paid, as his income from the City has effectively stopped. Could you please advise us of what needs to be done, if anything, to keep his medical coverage in place prior to the eventual decision in this case?

PE 00720

Thomas Riddle
April 16, 2003
Page 2

5.    Mr. English received a notice from Robert Magota requesting his attendance at a meeting to discuss an "annual performance evaluation report" on April 17, 2003. Mr. English is obviously unable to attend due to his condition which has been caused by the retaliation of the very people involved in this proposed evaluation. Would you please advise Mr. Magota of the status of the claim and the impropriety of the continuation of this activity in the light of the present circumstances? This senseless exacerbation of the damage being done to Mr. English is unconscionable.

6.    Is there some way of arranging for Mr. English to recover some of his personal effects from his desk without contact with the perpetrators of the retaliation he has experienced? He would very much like to recover these possessions, but, as you may imagine, it appears the potential contact would be highly undesirable from many perspectives.

7.    Is there someone to whom Mr. English should be sending physician's "off work slips", or is that even necessary since he has made the workers' comp claim?

8.    Are there any other requirements or details in this process, which are being or may be overlooked? Mr. English is very serious about providing everything necessary for processing this claim and intends to cooperate fully. Mr. English needs to be fully informed of any pitfalls or problems which can reasonably be anticipated and addressed.

Thank you for your kind assistance.

Very truly yours,

Roger S. Moseley

RSM/kmc
cc. Phil English

27505\1\324736.1

PE 00721

City and County of Honolulu
Workers' Compensation Office
550 S. King Street
Honolulu, Hawaii 96813

Mr. Roger S. Moseley
CASE BIGELOW & LOMBARDI
737 Bishop Street, Suite 2600
Honolulu, Hawaii 96813

96813+3283



PE 00722

# CASE BIGELOW & LOMBARDI

### A LAW CORPORATION

PACIFIC GUARDIAN CENTER, MAUKA TOWER
737 BISHOP STREET, SUITE 2600
HONOLULU, HAWAII 96813-3283

TELEPHONE (808) 547-5400
FACSIMILE (808) 523-1888
E-mail info@casebigelow.com
http://www.casebigelow.com

David F. Andrew
Michael L. Behl
Daniel H. Case
James M. Cribley
Stacey W.E. Foy
Gregory M. Hansen
Frank T. Kanemitsu
Michael L. Lam
Alan K. Lau
Dennis M. Lombardi †

Michael R. Marsh
Roger S. Moseley
Ted N. Pettit, Ph D
Scott D. Radovich
Robert F. Schneider
Cathy Lee Sekiguchi
Steven E. Thomas
Eric H. Tsugawa
Gary L. Wixom

Clare E. Bander
Christopher J. Muzzi
Jodi Rothwell Sullivan
Lauren R. Sharkey
Cathy L. Takase
Nancy J. Youngren

Of Counsel
Steven L. Pingree †
Counsel
Gary S. Harwood

Bruce C. Bigelow (1948-2001)

† A Law Corporation

April 18, 2003

BY FAX AND HAND DELIVERY

Thomas Riddle
Workers' Compensation Administrator
City and County of Honolulu
550 South King Street
Honolulu, HI 96813

Re: Claim of Philip E. English for disability due to retaliation

Dear Mr. Riddle,

Thank you for responding so quickly to my April 16, 2003 letter.

Enclosed please find two original "Work Slips" showing Mr. English's continued disability from work to April 22, 2003. For your reference, Mr. English has an appointment with an additional person at Kaiser for further evaluation on April 23. Presumably being warranted, a further work slip will be issued at that time. We will keep you posted.

It has been suggested to us by staff of the Department of Labor, that Mr. English should have been receiving TDI payments during the processing of his Workers Compensation claim. Would you please explain?

An additional thank you is merited for your contact with Mr. Magota. Your effort is appreciated. Mr. Magota's actions were bewildering in light of the retaliation Mr. English has already endured on Mr. Magota's watch and at his hand. It appears that your effort has forestalled at least some further damage to Mr. English. Mahalo again.

Hopefully by the time you return from vacation, Mr. English will have instructed me to give you authorization to recover his personal possessions.

Thank you for your continued consideration in this case.

Very truly yours,

Roger S. Moseley

RSM/kmc
cc: Phil English

Case No. 04-00108 SOM/KSC
Defs' Exhibit No. _2467_

PE 00723



KAISER PERMANENTE
*Good People. Good Medicine.*

# WORK SLIP

— MAR 1 3 2003

Kaiser Honolulu Clinic
1010 Pensacola Street
Honolulu, Hawaii 96814

Date of Visit/Telephone Advice:                 Location of Visit/Telephone Advice:

Diagnosis (if required):

Date(s) of scheduled Recheck(s):

This patient states that he/she was disabled and unable to work/attend school from  2·27·03     to

MAY RESUME work/school on:  4·2·03  X ☐ Full duty  ☐ Limited duty ▶  IF LIMITED DUTY (describe): ☐ Driving ☐ Pushing

☐ Climbing  ☐ Standing  ☐ Sports  ☐ Pulling  ☐ Lifting  ☐ Walking  ☐ Hand Tools  ☐ Other:

IF LIMITED, is capable of returning to full duty on:  4·2·03     Further Description/Remarks:

Provider's Signature                              J.E. LOVE INTERNAL MEDICINE

                                                  Provider's Name (print)

I hereby authorize the Kaiser Permanente Medical Care Program to release information relating to this illness to my employer/school.
This authorization shall be valid for 90 days.

92328  Rev. 07/92        Signature of Patient/Responsible Party              Relationship to Patient

---

KAISER PERMANENTE
*Good People. Good Medicine.*

# WORK SLIP

033194
english, philip
10-20-54

Kaiser Honolulu Clinic
1010 Pensacola Street
Honolulu, Hawaii 96814

Date of Visit/Telephone Advice: APR 2 3 2003    Location of Visit/Telephone Advice:

Diagnosis (if required):  as needed

Date(s) of scheduled Recheck(s):

This patient states that he/she was disabled and unable to work/attend school from  APR 0 2 2003  to  APR 2 2 2003

MAY RESUME work/school on:  APR 2 3 2003  ☐ Full duty  ☐ Limited duty ▶  IF LIMITED DUTY (describe): ☐ Driving ☐ Pushing

☐ Climbing  ☐ Standing  ☐ Sports  ☐ Pulling  ☐ Lifting  ☐ Walking  ☐ Hand Tools  ☐ Other:

IF LIMITED, is capable of returning to full duty on:    Further Description/Remarks:

Provider's Signature                              J.E. LOVE INTERNAL MEDICINE

                                                  Provider's Name (print)

I hereby authorize the Kaiser Permanente Medical Care Program to release information relating to this illness to my employer/school.
This authorization shall be valid for 90 days.

PE 00724

P. 1

\* \* \* Transmission Result Report ( Apr. 18, 2003  2:31PM )  \* \* \*

T T I    C.M.B.& L. /1  (808) 523-1688

| File | Mode | Option | Address (Group) | Result | Page |
|------|------|--------|-----------------|--------|------|
| 5224 | SAF_TX | | 95276782 | OK | P. 3/3 |

------------------------------------------------------------------------

Reason for Error
1) Hang up or line fail          2) Busy
3) No answer                     4) No facsimile connection

CASE BIGELOW & LOMBARDI
A LAW CORPORATION

Pacific Guardian Center
Mauka Tower
737 Bishop Street, Suite 2600
Honolulu, Hawaii 96813

Tel: (808) 547-5400
Fax: (808) 547-5532

**FAX TRANSMITTAL**

Date: 4-18-03                              Time sent: _____ ☐ A.M. ☐ P.M.

To: Tom Riddle                             From: Roger Moseley
                                           Direct Line: 5475447
Fax No.: 527 6982                          Pages: 3
Re:                                        File No.:
Phil English

PE 00725

**PLEASE CALL THE DIRECT TELEPHONE NUMBER OF THE SENDER OR (808) 547-5400 FOR ANY MISSING OR ILLEGIBLE PAGES OR IN HAVING DIFFICULTY RECEIVING OUR TRANSMISSION.**

This communication contains confidential and privileged information. It is exempt from disclosure under applicable law. If you received it in error, please notify the sender immediately by telephone or fax and return the original by mail.

DEPARTMENT OF HUMAN RESOURCES

# CITY AND COUNTY OF HONOLULU

550 SOUTH KING STREET
HONOLULU, HAWAII 96813

JEREMY HARRIS
MAYOR



CHERYL K. OKUMA-SEPE
DIRECTOR

April 25, 2003

Roger S. Moseley, Esq.
CASE BIGELOW & LOMBARDI
737 Bishop Street, Suite 2600
Honolulu, Hawaii 96813

Re:    Philip English

Dear Mr. Moseley:

Please have Mr. English complete the front of the form (I tried to enter the information that I have, he should review it for correctness) and then have his physician at Kaiser complete the back.

The form should be returned to me as soon as possible and I will see that it gets processed.

Thank you for your cooperation.

Sincerely,

THOMAS RIDDLE
Workers' Compensation Administrator

Case No.   04-00108 SOM/KSC
Defs' Exhibit No.      2471

PE 00728

# CASE BIGELOW & LOMBARDI

### A LAW CORPORATION

PACIFIC GUARDIAN CENTER, MAUKA TOWER
737 BISHOP STREET, SUITE 2600
HONOLULU, HAWAII 96813-3283

TELEPHONE (808) 547-5400
FACSIMILE (808) 523-1888
E-mail info@casebigelow.com
http://www.casebigelow.com

David F. Andrew
Michael L. Bieni
Carvl H. Case
James M. Cribley
Stacey W E. Foy
Gregory M. Hansen
Frank T. Kanemitsu
Michael L. Lam
Alan K. Lau
Dennis M. Lombardi †

Michael R. Marsh
Roger S. Moseley
Ted N. Pettit, Ph.D
Scott D. Racovich
Robert F. Schneider
Cathy Lee Sakaguchi
Steven E. Thomas
Eric H. Tsugawa
Gary L. Wixom

Dale E. Bender
Christopher J. Muzzi
Jeta Rothwell Sullivan
Lauren R. Sharkey
Cathy L. Takase
Nancy J. Youngren

J. Douglas
Steven J. Penasmin †
Counsel
Gary S. Kenwood

Bruce C. Bigelow 1946-2001

† A Law Corporation

April 25, 2003

BY FAX AND HAND DELIVERY

Thomas Riddle
Workers' Compensation Administrator
City and County of Honolulu
550 South King Street
Honolulu, HI  96813

Re:  Claim of Philip E. English for disability due to retaliation

Dear Mr. Riddle,

Please be advised that Phil English has been informed that he will lose his health insurance coverage on May 1, 2003 due to non-payment of the premiums.  Mr. English has also been informed that he will be evicted from his boat, on which he is a legal live-aboard, and that his boat will be seized on Wednesday April 30, 2003.  This is also due to non-payment of fees.  Mr. English is unable to make these payments because he has no income and is disabled due to the retaliation conducted against him by the employees and management of the Assessment Division.

These events will likely have serious and far-reaching consequences if they are allowed to come to fruition.

Has the City's IME doctor, Dr. Kennedy, reported her conclusions to you?

If so, what action is the City prepared to take?

What about TDI?

Is there anything you can do to intercede in either of these impending problems?

In our view the City had a responsibility to move faster on this claim, before things got so desperate.  We presently believe that under the present circumstances there is likely not much that you, Tom Riddle, could have done differently to expedite this process, but we also believe that the City should have provided you with adequate resources to process such claims in a timely manner.

Case No.   04-00108 SOM/KSC
Defs' Exhibit No.        2472

Thomas Riddle
April 25, 2003
Page 2

Please advise us as soon as possible of the City's intended course of action as well as the timetable for such action.

Thank you for your continued consideration in this case.

Very truly yours,

Roger S. Moseley

RSM/kmc
cc. Phil English

27505\1\326216.1

PE 00731



# CASE BIGELOW & LOMBARDI

### A LAW CORPORATION

PACIFIC GUARDIAN CENTER, MAUKA TOWER
737 BISHOP STREET, SUITE 2600
HONOLULU, HAWAII 96813-3283

David F. Andrew
Michael L. Bieh
Daniel H. Case
James M. Cribley
Stacey M E Foy
Gregory M. Hansen
Frank T. Kanemitsu
Michael L. Lam
Alan K. Lau
Dennis M. Lombardi †

Michael R. Marsh
Roger S. Moseley
Ted N. Pettit, Ph.D.
Scott D. Radovich
Robert F. Schneider
Cathy Lee Sakaguchi
Steven E. Thomas
Eric H. Tsugawa
Gary L. Wixom

Clare E. Bender
Christopher J. Muzzi
John Rothwell Sullivan
Lauren R. Sharkey
Cathy L. Takase
Nancy J. Youngren

Of Counsel
Steven L. Ginesmith •
Counsel
Gary S. Kerwood

TELEPHONE (808) 547-5400
FACSIMILE (808) 523-1888
E-mail: info@casebigelow.com
http://www.casebigelow.com

Bruce C. Bigelow (1946-2001)

† A Law Corporation

April 28, 2003

<u>BY FAX AND HAND DELIVERY</u>

Thomas Riddle                                    (808) 527-6782
Workers' Compensation Administrator
City and County of Honolulu
550 South King Street
Honolulu, HI 96813

Re: Claim of Philip E. English for disability due to retaliation

Dear Mr. Riddle,

Further to our April 25, 2003 letter with respect to the impending loss of Phil English's health insurance and the boat on which he lives: Please be advised that The Harbors Division has confirmed that if Mr. English does not pay them the amount of $785 prior to April 30, 2003, they will be removing him from his boat and seizing it.

Mr. English has also been advised that, unless he pays $107.50 by April 30, 2003 and an additional $107.50 by May 15, 2003, he will lose his health insurance coverage. Thereafter he apparently will be required to make the same payments on the 15th and 30th of each month to preserve his coverage.

Mr. English does not have enough money to make either of these payments, as he has not been receiving a paycheck, he has not been receiving TDI, and he has not been receiving Worker's Compensation.

We have repeatedly requested information from the City on potential additional sources of income for Mr. English. These requests began early in this process, but it was not until April 25, 2003 that we ever received any acknowledgment that TDI was a potential source of income. This acknowledgement came only after someone at the State Department of Labor suggested this as a possibility. You were kind enough to get the TDI claim form to us by mid-day on the 25th and Mr. English completed, signed and delivered the form to Kaiser for his doctor's completion on that very same afternoon. Mr. English has followed up several times this morning with Kaiser, but has been unable to obtain the completed form from them as yet.

Case No. 04-00108 SOM/KSC
Defs' Exhibit No.          2473

Thomas Riddle
April 28, 2003
Page 2

Also on Friday, April 25, 2003, we obtained a medical records authorization from Dr. Kennedy's office. Mr. English filled that form out, signed it and turned it in to Kaiser that same afternoon. As you are aware, Mr. English provided you with an authorization early on in this process, and apparently you have not yet been able to obtain the necessary records. Mr. English has also expended considerable efforts to obtain his records on his own, so that he could provide them to Dr. Kennedy. To date, Mr. English has not been able to pry his records out of Kaiser personally either. The reason we obtained a form from Dr. Kennedy was that her office informed us that her report could not be completed without those records and we determined to make yet another effort to obtain the records.

As you yourself have acknowledged, Mr. English has immediately done everything he could to cooperate with whatever has been required. It is difficult to believe that he will now lose his medical coverage and his place of abode because of the various administrative problems between the City and Kaiser. Certainly the prospect of these developments cannot possibly be beneficial to his present state of mind.

We would respectfully request that you do the following at a minimum:

1.    Please call Kaiser and follow up on your attempts to obtain the medical records in question.

2.    Please call the Harbors Division and try to obtain an extension of time for Mr. English to pay his fees. The Oahu District Manager is Steve Thompson and his telephone number is 587 1973. The Acting Administrator is Mason Young and his telephone number is 587 1966.

3.    Please call Royal State Group with respect to Mr. English's Kaiser coverage. Their telephone number is 539 1600. You will probably need Mr. English's Social Security Number for that call, it is 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.

4.    Please explore whatever other action you might possibly take to assist Mr. English in paying these bills. For example, can you waive the physician's form for TDI? Can payroll "advance" funds?

We fully realize that you are receiving conflicting stories from the Assessment Division, such as - they have been trying to get Mr. English to seek "help" for a year. If you will examine the records I sent you last week you will see that it was in February of 2002 that Mr. English finally made a written complaint about the illegal use of City personnel and equipment for the Administrator's private business. Does it not seem strange to you that this is about the same time, according to them, that they began to ask Mr. English to seek "help"? Any urging of Mr. English to seek "help" was plainly nothing more than part of the concentrated and coordinated effort to wall him off, discredit him, and to make it impossible to continue with his employment. This is a very

27505\1\326216.1

PE 00737

Thomas Riddle
April 28, 2003
Page 3

severe case of retaliation and the delays in processing Mr. English's worker's comp. and now TDI claims is playing right into the hands of those responsible for the theft from the City and the following retaliation.

Mr. English has consistently tried to take the appropriate actions and to protect himself as best he could from further damage. He has consistently tried to focus on positive measures to avoid further damage to himself, to repair the damage that has been done, and to fulfill his duty to the citizens of this City by putting a stop to the illegal activity in the Assessment Division. He has tried very hard to avoid having to take any of these matters to the courts. Please redouble your efforts to assist him in his efforts.

Could advise us as soon as possible of anything you are able to accomplish or, conversely, if you are unable to help with the two immediately pressing problems?

Thank you very much.

Very truly yours,

Roger S. Moseley

RSM/kmc
cc. Phil English

27505\1\326216.1

PE 00738

F.

∗ ∗ ∗  Transmission Result Report ( Apr. 28. 2003 10:33AM )  ∗ ∗ ∗

T T I    CASE BIGELOW (808) 523-5573

| File | Mode | Option | Address (Group) | Result | Page |
|------|------|--------|-----------------|--------|------|
| 5179 | SAF_TX | | 5276782 | OK | P. 3/3 |

------------------------------------------------------------------------

Reason for Error
1) Hang up or line fail                    2) Busy
3) No answer                               4) No facsimile connection

CASE BIGELOW & LOMBARDI
A LAW CORPORATION

PACIFIC GUARDIAN CENTER, MAUKA TOWER
737 BISHOP STREET, SUITE 2600
HONOLULU, HAWAII 96813-3283

David F. Andrew          Michael R. Marsh          Claire E. Bender          Of Counsel
Michael L. Baird         Roger G. Moseley          Christopher J. Muzzi       Steven L. Kinkimuh †
Denise H. Case           Ted N. Pettit, Ph.D        Lalla Rochwell Bultman    Counsel
James M. Cribley         Scott D. Kadovich         Lauren R. Sharkey         Gary S. Karwood
Sunzay W.E. Foy          Robert F. Schneider       Cathy L. Takase
Gregory M. Hansen        Cathy Lee Sakiguchi       Nancy J. Youngren
Frank T. Karemitsu       Steven E. Thomas
Michael L. Lam           Eric H. Taugner
Alan K. Lau              Gary L. Wixom
Dennis M. Lombardi †

TELEPHONE. (808) 547-5400
FACSIMILE. (808) 523-1888
E-mail: info@casebigelow.com
http://www.casebigelow.com

Bruce C. Bigelow (1946-2001)
† A Law Corporation.

April 28, 2003

BY FAX AND HAND DELIVERY

Thomas Riddle                                    (808) 527-6782
Workers' Compensation Administrator
City and County of Honolulu
550 South King Street
Honolulu, HI  96813

Re:  Claim of Philip E. English for disability due to retaliation

Dear Mr. Riddle,                                 PE 00739

    Further to our April 25, 2003 letter with respect to the impending loss of Phil
English's health insurance and the boat on which he lives. Please be advised that The
Harbors Division has confirmed that if Mr. English does not pay them the amount of

APR-29-2003  15:43          SHEIT & WORKERS COMP.                  8085276782    P.01/02

DEPARTMENT OF HUMAN RESOURCES

# CITY AND COUNTY OF HONOLULU

550 SOUTH KING STREET
HONOLULU, HAWAII 96813

JEREMY HARRIS
MAYOR



CHERYL K. OKUMA-SEPE
DIRECTOR

April 29, 2003

Roger S. Moseley, Esq.
CASE BIGELOW & LOMBARDI
737 Bishop Street, Suite 2600
Honolulu, Hawaii  96813

Re:   Philip English

Dear Mr. Moseley:

Thank you for your letter of April 28th concerning the dire financial condition that your
client now finds himself.  Unfortunately, at this time, there is little that can be done
under workers' compensation that would help him.  As I explained to Mr. English
when I first saw him, these types of claims take some time to process.  I was able to
secure an early appointment with Dr. Kennedy for an evaluation and, like you, we have
been trying to obtain the records from Kaiser for some time.  We have called them
several times and we only get a response of "we are working in it."  I think with the
recent HIPA regulations that recently went into effect, Kaiser is being ultra cautious and
is most likely reviewing the records page by page before releasing them.  In any event,
they promised they would be available in the next couple of days when we inquired
yesterday.

You asked me to do four things to assist your client.  I did call Kaiser again, as I
mentioned above, and was told the records would be available shortly (in fact, they are
supposed to be delivered this afternoon).  You also asked me to call the Harbors
Division concerning an extension for payment of his boat rental fees, which must be
several months in arrears, and to call Royal State Group in respect to his health
insurance.  Unfortunately, I have no contacts or influence with either of those agencies.
I feel this type of call should properly be made by his attorney and not his insurance
adjuster.

Case No.   04-00108 SOM/KSC
Defs' Exhibit No.          2474

PE 00740

HPR-29-2003  15:45        SHFETT & WORKERS CONF.              800J2l8782   P.02/02

Roger S. Moseley, Esq.
April 29, 2003
Page 2

Finally, you asked if the physician's form could be waived for TDI or if the city could
advance funds to Mr. English. This office only handles workers' compensation and I
cannot address TDI requirements. However, since the form has to first be approved by
his department and then by the payroll section, I don't think they can process this
benefit without the completed form.

Hopefully, once the records are received by Dr. Kennedy, she can complete her report
and we can make a decision concerning his claim. I know this does not help with Mr.
English's pressing financial condition. However, it is the best that I can do.

Sincerely,

THOMAS RIDDLE
Workers' Compensation Administrator

PE 00741
TOTAL P.02