IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1 –10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>　　　　　Defendants. | Civil No.  04-00108 KSC/KSC<br><br>DECLARATION OF COUNSEL |

## **DECLARATION OF COUNSEL**

I, ROGER S. MOSELEY, declare under penalty of perjury that the following is true and correct to the best of my knowledge:

1.　　I am an attorney licensed to practice law in the State of Hawaii, the United District Court for the District of Hawaii, and the United States Circuit Court of the 9th Circuit.

2.　　I am one of the attorneys responsible for representing Plaintiff Philip E. English in the above-captioned case.

10010/3/57900

Commission was filed by Plaintiff is completely relevant for it is part of the string of events contributing to the retaliation against Plaintiff.

There is no danger of unfair prejudice to Defendants as counsel was present during the oral depositions where the Ethics Commission investigation was discussed, i.e. oral depositions of Charles Totto, Gary Kurokawa and Plaintiff. Additionally, it is the province of the jury to decide liability based on the facts and evidence herein, and the fact that an Ethics Commission complaint was filed is relevant to Defendants' liability for retaliation. The jury should not be presumed to be incompetent to properly evaluate this evidence. The jury also has the responsibility to determine whether, as Defendants allege, that there was no basis for Plaintiff's complaint to the Ethics Commission and to the FBI and that Plaintiff had just fabricated the charges to avoid disciplinary proceedings. In that sense the jury should clearly be advised of any evidence, including that there was a reasonable basis for Plaintiff's charges (even though the actual test is far less stringent).

DATED: Honolulu, Hawaii, September 19, 2006.

/s/ Roger S. Moseley
ROGER S. MOSELEY
CHRISTOPHER J. MUZZI
RENEE M. FURUTA
Attorneys for PLAINTIFF
PHILIP E. ENGLISH