COPY

1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

PHILIP E. ENGLISH,              )     CIVIL NO. 04-00108 KSC
                                )
                 Plaintiff,     )
                                )
        vs.                     )
                                )
CITY AND COUNTY OF HONOLULU,    )
et al.,                         )
                                )
                 Defendants.    )
_____ )


TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE KEVIN S.C. CHANG
UNITED STATES DISTRICT COURT MAGISTRATE JUDGE
ON AUGUST 10, 2006


APPEARANCES:

For Plaintiff                   CHRISTOPHER J. MUZZI, ESQ.
                                Moseley Biehl Tsugawa Lau
                                   & Muzzi
                                Alakea Corporate Tower
                                1100 Alakea Street, 23rd Floor
                                Honolulu, HI  96813

For Defendant                   GORDON D. NELSON, ESQ.
   Charles Totto                Dept. of Corporation Counsel
                                530 S. King Street, Room 110
                                Honolulu, HI  96813

For Defendants                  MICHAEL LORUSSO, ESQ.
   City & County of Honolulu,   Kawashima Lorusso & Tom
   Gary T. Kurokawa,            745 Fort Street, Suite 500
   Robert O. Magota and         Honolulu, HI  96813
   Ann C. Gima

# EXHIBIT B


Proceedings recorded by electronic sound recording,
transcript produced by transcription service.

35

1    required to keep this information confidential, but he may

2    request that they do.  Again, I was trying to locate that in

3    the brief.  So I think to the extent Mr. Moseley may have

4    been concerned in this, it may have arisen from Mr. Totto's

5    deposition.  And if the Court would like me to point that

6    out through a further state -- or, again, in further

7    briefing, I'd be happy to do that but that was my

8    recollection of the testimony.

9         MR. NELSON:  Your Honor, where we -- where we

10   recollect similarly, there was a statement that Mr. Totto

11   can request any particular situation that a witness not talk

12   about matters, but it's simply a request from Mr. Totto and

13   -- and he did make such a statement in his deposition.

14        THE COURT:  Well, and I guess it begs the

15   question, was any such request made of any -- any witness

16   not to make any statements?

17        MR. NELSON:  The recollection here, Your Honor, is

18   that there's a general request for witnesses not to -- to go

19   back and talk to other witnesses, but, you know, sort of

20   pointing the testimony, but there -- there's no -- no

21   indication that they can't go out and talk about the case

22   and say to the press more general --

23        THE COURT:  Let me be more direct, Mr. Nelson.

24   There's been no muzzle to put on any witness or person that

25   appeared before the Commission with regard to testifying in

36

1    this case?

2            MR. NELSON:  That's correct, Your Honor.

3            THE COURT:  Mr. Muzzi, are you aware of any such?

4            MR. MUZZI:  None, Your Honor.

5            THE COURT:  All right.  Anything further, counsel?

6            (No response.)

7            The Court will take these -- this motion under

8    advisement.  We'll issue a written order with regards to the

9    motion.  I may, Mr. Totto, Mr. Nelson, request in camera

10   submission of certain documents simply for sampling to -- I

11   don't have any present intention to review the in excess of

12   two thousand pages of documents, but I may sample the log

13   and request those for --

14           MR. NELSON:  Your Honor, I have a duplicate box

15   here if you just want us to leave it at this time.

16           THE COURT:  And it's all Bates-stamped in

17   accordance?

18           MR. NELSON:  Yes.

19           THE COURT:  I'll -- if you would leave those with

20   my law clerk, then it'll make it somewhat simpler.  Whatever

21   order I issue, if I review any documents, I'll note in the

22   order which documents I reviewed.

23           MR. NELSON:  Your Honor.

24           THE COURT:  Yes.

25           MR. NELSON:  Just for clarification, one item

38

STATE OF HAWAII                    )
                                   )     ss.
CITY AND COUNTY OF HONOLULU        )

     I, JUVELYNN PUNZAL, certified court transcriber for the United States District Court for the District of Hawaii, do hereby certify that the foregoing is a true and accurate transcript from the electronic sound recording of the proceedings had in connection with the above entitled cause and was transcribed by me to the best of my ability.

     DATED at Honolulu, Hawaii this __5th__ day of __September__, 2006.

                                    _____
                                      Juvelynn Punzal, Transcriber