# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

9/13/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CV04-00108KSC

CASE NAME:       Philip E. English v. City and County of Honolulu, et al.

ATTYS FOR PLA:   Christopher Muzzi

ATTYS FOR DEFT:  Anthony Wong
                 Randall Yamamoto

INTERPRETER:

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | FTR C5 11:01-11:09:44am (Motion) |
| DATE: | 9/13/2006 | TIME: | C5 - no record 11:10-11:20am (Status Conference) |

COURT ACTION:   EP: Plaintiff Philip E. English's Motion to Compel Further Deposition of Gary T. Kurokawa [301]

Motion granted.  Over the objection of Defendant Kurokawa, the court will allow the further deposition of Gary Kurokawa.  Deposition to last 30 minutes and shall occur on a date/time agreeable to counsel but no later than 9/20/06.  No further deposition to occur. Mr. Muzzi to prepare the order.

Status Conference held.

Submitted by: Shari Afuso, Courtroom Manager

# EXHIBIT   C