MOSELEY BIEHL TSUGAWA LAU & MUZZI
A Hawaii Limited Liability Law Company
ROGER S. MOSELEY          2060
CHRISTOPHER J. MUZZI      6939
TEDSON H. KOJA            4793
Alakea Corporate Tower
1100 Alakea Street, 23rd Floor
Honolulu, Hawaii 96813
Telephone: (808) 531-0490
Facsimile: (808) 534-0202
Email:  rmoseley@hilaw.us
        cmuzzi@hilaw.us
        tkoja@hilaw.us

Attorneys for Plaintiff
PHILIP E. ENGLISH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>          Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1–10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>          Defendants. | Civil No. 04-00108 KSC/KSC<br><br>PLAINTIFF PHILIP E. ENGLISH'S; STATEMENT OF POSITION TO DEFENDANTS CITY AND COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA, AND ANN C. GIMA'S MOTION IN LIMINE NO. 4 TO PRECLUDE EXPERT OPINIONS NOT DISCLOSED IN DEPOSITIONS; CERTIFICATE OF SERVICE<br><br>TRIAL: OCTOBER 3, 2006 |

10010/3/57908

### PLAINTIFF PHILIP E. ENGLISH'S STATEMENT OF POSITION TO DEFENDANTS CITY AND COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA, AND ANN C. GIMA'S MOTION IN LIMINE NO. 4 TO PRECLUDE EXPERT OPINIONS NOT DISCLOSED IN DEPOSITIONS

I.   STATEMENT OF POSITION

Plaintiff has no objection in principle to Defendants' request that Plaintiff be prohibited from eliciting expert opinions which were not previously disclosed in answers to interrogatories, experts' report(s), or experts' depositions. And, Plaintiff believes that Defendants should also be prohibited from eliciting previously undisclosed opinions.

However, Plaintiff reserves the right to elicit expert opinions not already disclosed should circumstances warrant it. For example, in the event that new factual assertions are made at trial that impact upon assumptions made by Plaintiff's expert(s) in arriving at his or her opinion, then Plaintiff objects to an order, in limine, precluding that expert from testifying to a new or expanded opinion based upon the newly presented evidence.

Dated: Honolulu, Hawaii September 19, 2006.

/s/ Roger S. Moseley
ROGER S. MOSELEY
CHRISTOPHER J. MUZZI
TEDSON H. KOJA

Attorneys for Plaintiff
PHILIP E. ENGLISH

10010\3\57908

2