MOSELEY BIEHL TSUGAWA LAU & MUZZI
a Hawaii limited liability law company
ROGER S. MOSELEY            2060
CHRISTOPHER J. MUZZI        6939
RENEE M. FURUTA             7593
Alakea Corporate Tower
1100 Alakea Street, 23rd Floor
Honolulu, Hawaii 96813
Telephone: (808) 531-0490
Facsimile: (808) 523-1888
Email: rmoseley@hilaw.us
       cmuzzi@hilaw.us
       rfuruta@hilaw.us

Attorneys for Plaintiff
PHILIP E. ENGLISH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1–10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>    Defendants. | Civil No. 1-04-cv-00108 KSC<br><br>PLAINTIFF PHILIP E. ENGLISH'S PROPOSED VOIR DIRE INQUIRIES FOR JURY PANEL; EXHIBIT A; CERTIFICATE OF SERVICE<br><br><br><br><br><br><br><br>Trial<br>Date: October 3, 2006<br>Time: 9:00 a.m.<br>Judge: Honorable Kevin S.C Chang |

10010\3\57792

## PLAINTIFF PHILIP E. ENGLISH'S PROPOSED
## <u>VOIR DIRE INQUIRIES FOR JURY PANEL</u>

Plaintiff PHILIP E. ENGLISH ("Plaintiff"), by and through his attorneys, Moseley Biehl Tsugawa Lau & Muzzi, LLLC, hereby submits proposed voir dire inquiries, attached hereto as Exhibit A, for the judge to ask the jury panel pursuant to the Second Amended Rule 16 Scheduling Order dated December 28, 2005.

DATED: Honolulu, Hawaii, September 19, 2006.

*/s/ Roger S. Moseley*
ROGER S. MOSELEY
CHRISTOPHER J. MUZZI
RENEE M. FURUTA
Attorneys for PLAINTIFF
PHILIP E. ENGLISH

10010\3\57792

2