# **EXHIBIT A**

1. Do you have any connections with the City and County of Honolulu?
   If yes,
   a. Have you worked for or are you currently working for the City and County of Honolulu?
   b. In which department?
   c. What is your position
   d. Will this impair your ability to be a fair and impartial juror?

2. Do you have family or friends currently working for or who have worked for the City and County of Honolulu?
   If yes,
   a. In what department?
   b. What is their position?
   c. Will this impair your ability to be a fair and impartial juror?

3. Do you have any connection or previous experience/contact with:
   a. Mr. Michael Lorusso, Randall Yamamoto, James Kawashima and Carter Siu, defense counsel for the City and County of Honolulu, Gary T. Kurokawa, Ann C. Gima and Robert O. Magota?
   b. Mr. Anthony Wong and Kevin Sumida defense counsel for GK Appraisals, Inc.
   c. GK Appraisals, Inc.
   d. Mr. Gary Kurokawa
   e. Ms. Ann Gima
   f. Mr. Robert Magota

   If yes, please describe.

4. Have you read or heard any recent new stories about whistleblowers?
   a. If yes, please describe.
   b. Will this impair your ability to be a fair and impartial juror?

5. Have you or any friends or family been involved in lawsuits?
   If yes,
   a. Please describe who was involved and circumstances of lawsuit(s).
   b. What were the claims being made?
   c. Was there a trial?
   d. What was the outcome of the lawsuit?

6. What is your employment history
   a. Who is your employer?
   b. Do you own your own business?
   c. What is your occupation?
   d. How long have you been at your present job?
   e. Do you have any experience as a manager or supervisor?

7. What is your education background?
   a. Where did you go to school – high school and college?
   b. Any vocational schools or other specialized school?
   c. Any degrees received?

8. Do you have any feelings or opinions about whistle blowers?
   If yes, what are they and will these feelings impair your ability to be a fair and impartial juror?

9. Do you have any feelings or opinions about City and County of Honolulu?
   If yes, what are they and will these feelings impair your ability to be a fair and impartial juror?

10. Do you have any feelings or opinions about City and County of Honolulu employees in general?
    If yes, what are they and will these feelings impair your ability to be a fair and impartial juror?

11. Have you had any experiences with retaliation?
    If yes, what are they and will these feelings impair your ability to be a fair and impartial juror?

12. Have you had any experiences involving harassment at the workplace?
    If yes, what are they and will these feelings impair your ability to be a fair and impartial juror?

13. Have you ever submitted a complaint to any agency of the City and County of Honolulu, State of Hawaii or to your employer?
    a. Describe the nature of the complaint.
    b. What was the result?
    c. Were you satisfied with the outcome?
    d. Were there any effects (on your life, health or other) of your submitting a complaint?

14. Anyone know any member of the law firm of Kawashima Lorusso Tom LLP?
    a. Whom do you know?
    b. Has this person represented you?
    c. Are you social acquaintances?
    d. Could you decide against this person's client?

15. Do you have any reservation about being able to accept expert testimony and weigh it along with other testimony you will hear in this case?

16. Do you have any reservation about being able to accept oral testimony and weigh it along with other testimony you will hear in this case?

17. Do you have any training or education or special knowledge regarding retaliation in the workplace?
    a. Are you an expert in this area?
    b. Any specific and definite ideas about retaliation?
    c. Will it be difficult or impossible to disregard the opinions that you have reached on your own and make a determination based solely on basis of opinions and evidence given at trial?

18. Do you have any training or education or special knowledge regarding whistleblowers
    a. Are you an expert in this area?
    b. Any specific and definite ideas about retaliation?
    c. Will it be difficult or impossible to disregard the opinions that you have reached on your own and make a determination based solely on basis of opinions and evidence given at trial?

19. Do you have any training or education or special knowledge regarding harassment in the work place?
    a. Are you an expert in this area?
    b. Any specific and definite ideas about retaliation?
    c. Will it be difficult or impossible to disregard the opinions that you have reached on your own and make a determination based solely on basis of opinions and evidence given at trial

20. Do you know Plaintiff Philip E. English?
    If yes,
    a. In what context?
    b. Please describe.

21. You will hear testimony from City employees,
    a. Have you had any experiences with City employees?
    b. If yes, please describe.

22. Have you or any family/friends suffered from any serious mental or emotional injury as a result of some incident?
    a. What kind of injuries?
    b. What caused it?
    c. Was there litigation over it?
    d. How did or does it affect your life?
    e. Continuing effect?
    f. Will it prevent you from being a fair and impartial juror?

23. Have you or any of your friends or family members ever suffered from any kind of substantial financial loss as a result of someone else's wrongful conduct?
    a. Describe loss.
    b. The parties responsible?
    c. How did you feel about the conduct of that person(s)?
    d. How large was the loss?
    e. What kind of effect did the loss have on you (or the victim)?
    f. Was there something that could have been done that might have prevented what happened?
    g. Will it affect the way you look at and react to the plaintiff and the claims asserted in this case?

24. Have you filed a workers compensation claim?
    If yes,
    a. Please describe nature of claim.
    b. Time claim was filed.
    c. How was claim resolved?

25. An economist may come into court and give an opinion about how much money the plaintiff would have made in the future by continuing to work. The law allows a person who is an expert in to give such an opinion and it treats that opinion as evidence.
    a. Do you have any reservations about following the rule of law that makes an opinion offered by an economic expert evidence of future earnings?
    b. Do you have any reservations about the rule that an expert's opinion is sufficient to prove damages?
    c. Do you agree with the proposition that there are certain people who can be considered experts in economics because of their superior education or experience and that their opinions in matters specific to their field should carry more weight than the opinions of people who are not experts?
    d. If you find that the information on which the expert has based his/her opinion is accurate and that the reasoning is sound, would you have any reservations about accepting that opinion as believable evidence?
    e. Would you agree that there are instances where there is a major disagreement or difference of opinion between experts and it was apparent that one of them had to be wrong?
    f. Would you agree that opinions and predictions of experts, even experts with outstanding credentials and reputations are sometimes wrong
    g. Do you have the ability to reject an expert opinion, if you think it should not be accepted as proof?
    h. Will you just accept an opinion because an expert has education, training, experience or knowledge
    i. Will you be willing to reject the opinion of an expert if you determine that the information the expert relied on is not accurate?
    j. Will each of you be willing to look at the way the expert has chosen to interpret the information he has and the reasons the expert gives for his opinion and to evaluate the expert's reasoning in light of your own experience and common sense?
    k. Do any of you have any reservations about your ability to reject the expert's opinion if you find that it is not reasonable?