IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1–10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>　　　　　Defendants. | Civil No. 04-00108 KSC/KSC<br><br>DECLARATION OF CHRISTOPHER J. MUZZI<br><br><br><br><br><br><br><br><br><br>Trial Date: October 3, 2006 |

## DECLARATION OF CHRISTOPHER J. MUZZI

I, CHRISTOPHER J. MUZZI, declare under penalty of perjury that the following is true and correct to the best of my knowledge and belief, and that this declaration is based upon my personal observation and/or information personally obtained by me and further, that I would be competent to testify to the matters contained herein at the trial of this case:

10010/3/57910

1. I am an attorney licensed to practice law in the State of Hawaii, the United States District Court for the District of Hawaii, and the 9th Circuit Court of Appeals.

2. I am one of the attorneys responsible for representing Plaintiff Philip E. English in the above-captioned case.

3. I make this Declaration in support of PLAINTIFF PHILIP E. ENGLISH'S MEMORANDUM IN OPPOSITION TO DEFENDANTS CITY AND COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA, and ANN C. GIMA'S MOTION IN LIMINE NO. 8 TO PRECLUDE ALL REFERENCE TO NEWSPAPER ARTICLES, OTHER WHISTLEBLOWER LAWSUITS, AND OTHER ANECDOCTAL EVIDENCE.

4. Attached hereto as Exhibit "A" is a true and correct copy of Complaint; Demand for Jury Trial; Summons filed on June 6, 2000 in Howard W.C.C. Tom Sun v. City & County of Honolulu, et al.; Civil No. CV00-00397.

5. Attached hereto as Exhibit "B" is a true and correct copy of Complaint; Demand for Jury Trial; Summons filed on November 9, 2000 in the Kenneth Kamakana v. City & County of Honolulu, et al., Civil No. CV00-00729.

6. Attached hereto as Exhibit "C" is a true and correct copy of Complaint; Demand for Jury Trial; Summons filed June 7, 2002 in <u>Kenneth Mersburgh, et al. v. Wayne Salas, et al.</u>, Civil No. 02-1-1394-06.

7. Attached hereto as Exhibit "D" is a true and correct copy of Complaint; Demand for Jury Trial; Summons filed September 27, 2002 in <u>Charles J. Wiggins v. City & County of Honolulu, et al.</u>, Civil No. CV02-00622.

8. Attached hereto as Exhibit "E" is a true and correct copy of Complaint; Demand for Jury Trial; Summons filed February 5, 2004 in <u>Kerry Shannon v. City & County of Honolulu, et al.</u>, Civil No. CV04-00086.

9. Attached hereto as Exhibit "F" is a true and correct copy of Complaint; Demand for Jury Trial; Summons filed May 17, 2004 in <u>Craig Whang v. City & County of Honolulu, et al.</u>, Civil No. 04-1-0910-05.

10. Attached hereto as Exhibit "G" is a true and correct copy of Complaint; Summons filed on September 27, 2005 in <u>Nancy Olipares v. City & County of Honolulu, et al.</u>, Civil No. 05-1-1721-09.

11. Attached hereto as Exhibit "H" is a true and correct copy of The Honolulu Advertiser newspaper article dated August 20, 2006 entitled "Whistleblowers Say Ordeal Not Worth It" by Rob Perez.

I DECLARE UNDER PENALTY OF PERJURY under the laws of the State of Hawaii and the United States, that the foregoing is true and correct.

Executed this 19th day of September 2006, at Honolulu, Hawaii.

/s/Christopher J. Muzzi
CHRISTOPHER J. MUZZI