IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1–10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>Defendants. | Civil No. 04-00108 KCS/KSC<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

The undersigned herby certifies that a true and correct copy of the foregoing was duly served upon the party listed below at their respective address by U. S. Mail, postage prepaid, or by the court's electronic transmission facility on September 19, 2006.

10010\3\53092.9

MICHAEL A. LORUSSO, ESQ.      VIA U. S. MAIL
Kawashima Lorusso & Tom, LLP
Fort Street Tower
745 Fort Street, 5th Floor
Honolulu, Hawaii 96813

   Attorneys for Defendants
   City & County of Honolulu,
   Gary T. Kurokawa, Robert O. Magota,
   and Ann C. Gima

KEVIN P. H. SUMIDA, ESQ.     **VIA COURT'S ELECTRONIC**
ANTHONY L. WONG, ESQ.     **TRANSMISSION FACILITY**
Dillingham Transportation Building
735 Bishop St., Suite 411
Honolulu, Hawaii 96813

   Attorneys for Defendant
   GK APPRAISALS, INC.

DATED: Honolulu, Hawaii, September 19, 2006.

                              /s/ *Christopher J. Muzzi*
                              ROGER S. MOSELEY
                              CHRISTOPHER J. MUZZI
                              TEDSON H. KOJA
                              RENEE M. FURUTA
                              Attorneys for Plaintiff
                              PHILIP E. ENGLISH