***COPYING PROHIBITED HRS 606-13/HRCP RULE 30(f)(2)***

```
 1              IN THE UNITED STATES DISTRICT COURT CIRCUIT
 2                          STATE OF HAWAII
 3                            ---|---
 4    PHILIP E. ENGLISH,              ) CIVIL NO.CV04-00108 SOM KSC
                                      )
 5              Plaintiff,             )
                                      )
 6         vs.                         ) TRIAL DATE: 10/02/2006
                                      )
 7    CITY AND COUNTY OF HONOLULU;    )
      GARY T. KUROKAWA;               )
 8    ROBERT O. MAGOTA;               )
      ANN C. GIMA; and                )
 9    GK APPRAISALS, INC.;            )
      JOHN DOES 1-10;                 )
10    JANE DOES 1-10;                 )
      DOE PARTNERSHIPS;               )
11    DOE CORPORATIONS 1-10;          )
      AND DOE ENTITIES 1-10,          )
12                                    )
               Defendants.             )
13    _____)
14

15              DEPOSITION OF THOMAS UENO, C.P.A.

16    Taken on behalf of the Defendant GK Appraisals, Inc., at

17    the law offices of Sumida & Tsuchiyama, Dillingham

18    Transportation Building, 735 Bishop Street, Suite 411,

19    Honolulu, Hawai`i 96813 commencing at 9:05 a.m., on

20    Wednesday, July 26, 2006, pursuant to Notice.

21

22    BEFORE:
                     Valerie Mariano, CSR No. 353
23                   Notary Public, State of Hawai`i

24

25                       EXHIBIT B
```

COPY

CARNAZZO COURT REPORTING COMPANY, LTD. (808) 532-0222

1  A.  You know, I'm not sure whether there have been studies
2  as to the --
3  Q.  Accuracy of assumptions from that method?
4  A.  Well, not the accuracy of the assumptions, but as to
5  the rate of error.  This is -- the methodology that we use
6  is one that's commonly used.  You know, it's published and
7  everything else.  It's commonly used by CPAs in doing our
8  work in this particular area.  I have not seen --
9  Q.  Are you referring to the method of drawing assumptions
10 from materials given to you by attorneys and from the
11 subject --
12 A.  That's correct.
13 Q.  -- and the records provided to you?
14 A.  That's correct.
15 Q.  But there's no known rate of error for those
16 assumptions drawn from those sources?
17 A.  Well, it's a -- again, it's a commonly used
18 methodology.  It's something that's --
19 Q.  Right.
20 A.  -- you know, taught to us in school --
21 Q.  But my --
22 A.  -- on how to do it.
23 Q.  -- question is, is there any known rate of error?
24 A.  And my answer to you is I don't know.
25      MR. MOSELEY:  Tony, at this point I would like to make

1  the record clear that the information provided by me to
2  Mr. Ueno is the information in that book.  It's not like
3  there were two different sets of information.  That -- he's
4  brought that information with him today.  That's the
5  information on which he relied to make his assumptions that
6  he plugged into his formula to do the calculations.
7  Q.   (By Mr. Wong)  This method that you're using, can it
8  be tested?  And if so, how?
9  A.   Hmm.  Well, the answer is yes, it can be tested.  You
10 can -- and the method of testing it is just to eliminate
11 some of the things that we looked at.  You can eliminate
12 the documents, for example, and you can see whether you can
13 come up with the same assumptions.  Okay.  I don't -- I
14 don't know of any tests that have been done.  This is --
15 again, this is a commonly used -- you know, we use it in
16 auditing.  Okay.  In all of the other work that we do, we
17 use this methodology as to how we actually get our
18 information on which we rely upon.
19 Q.   Well, what we're talking about here is trying to
20 project a future income based on whatever kind of method it
21 is you're following.
22 A.   That's not the question you asked me.
23 Q.   I'm sorry.  Let me ask you that question.
24      In terms of trying to project a future income --
25 A.   Uh-huh.

1  Q.  -- from materials such as you have in front of you,
2  has the accuracy of the method you're following been tested
3  to determine if it --
4  A.  Well --
5  Q.  -- can predict the future?
6  A.  -- as -- has it been tested?
7  Q.  Yes.
8  A.  I don't know of any tests, specific tests that have
9  been done on the methodology.  The methodology
10 incorporates, you know, sound specific methods, okay, such
11 as present valuing, such as looking at historical
12 information, okay, and using -- and again, on the
13 assumptions, all the sources that we mentioned.  Okay.  It
14 incorporates all of that.  I don't know of any specific
15 tests that have been made on this methodology.  It's
16 commonly used.  It's accepted by the courts.  You know,
17 we've testified using this methodology many, many times.
18 It's published.
19 Q.  Okay.  For example, you're not aware of any studies, I
20 take it, where people have done projections such as the one
21 you've done here and then later on as the future evolves
22 compared the projections to what actually transpires?
23 A.  I'm not aware of any of those type of studies.
24 Q.  You said that this method that you're following has
25 been published.

1   A.   Yes, it has been.

2   Q.   Can you tell me what articles and by whom?

3   A.   It's under the -- we call it the Practitioners -- call
4   it PPC. Okay. It's a -- a service that we subscribe to.
5   It's probably -- it's used -- widely used by CPAs.

6   Q.   Who's the author of this publication that you're
7   referring to?

8   A.   I don't know. It's publish -- Publishers Clearing
9   House, publisher.

10  Q.   How many times has the method -- how many times has
11  the method that you're using been published?

12  A.   Probably thousands and thousands of times.

13  Q.   You say "probably." But how about insofar as your
14  personal knowledge goes, how many times has it been
15  published?

16  A.   All I remember -- well, I don't know. All I can say
17  is thousands and thousands of times because it's been in
18  existence for years and years and years. And it's
19  something that is widely used by CPAs all over the country.
20  So that's all I can tell you. I don't know what their --
21  you know, the number of their sales are.

22  Q.   Okay. Well, I don't mean to disparage your
23  profession, but let me just put it this way: One could say
24  that voodoo's been in existence for thousands of years and
25  been used a lot, but that doesn't necessarily mean it's

STATE OF HAWAI`I          )
                          )   SS.
                          )

I, Valerie Mariano Swiderski, C.S.R., a Notary Public in and for the State of Hawai`i, do hereby certify:

That on Wednesday, July 26, 2006, at 9:05 a.m. appeared before me THOMAS UENO, CPA, the witness whose testimony is contained herein, that prior to being examined, the witness was by me duly sworn or affirmed; that the proceedings were taken in computerized machine shorthand by me and were thereafter reduced to print under my supervision; that the foregoing represents, to the best of my ability, a correct transcript of the proceedings had in the foregoing matter;

That, if applicable, the witness was notified through counsel, by mail, or by telephone to appear and sign; that if the deposition is not signed, either the reading and signing were waived by the witness and all parties, or the witness has failed to appear and the original has been sealed unsigned;

That pursuant to HRCP 30(f)(1) the original will be forwarded to noticing counsel for retention.

I further certify that I am not counsel for any of the parties hereto, nor in any way interested in the outcome of the cause named in the caption.

Dated: _July 30th 2006_

_Valerie Mariano Swiderski_
Valerie Mariano Swiderski, C.S.R. #353
Notary Public, State of Hawai`i
My Commission Expires: June 16, 2006