**Thomas T. Ueno, CPA**

844 Queen Street
Honolulu, Hawaii 96813

Fax 808 591-0813
808 591-0441
E-mail imattu@msn.com

July 21, 2006

Roger S. Moseley, Esquire
Moseley Biehl Tsugawa Lau & Muzzi
Alakea Corporate Tower
1100 Alakea Street, 23rd Floor
Honolulu, Hawaii 96813

RE:   Philip E. English vs City and County of Honolulu, et al.
      Civil No. 04-00108 SOM/KSC

Dear Mr. Moseley:

**OPINIONS**

I updated my opinions on matters relevant to this case. The basis and reasons for those opinions are described below. I reserve the right to update my opinions as additional information becomes available.

I was asked to consider new information presented in Mr. English's 2005 income tax return in my calculation of his lost wages and benefits. I updated his mitigated earnings based on this new information and present my computations in the attached exhibits.

These exhibits also include my corrections of certain mathematical errors in my original computation of Mr. English's lost wages and benefits as presented in my report. These are mathematical corrections. No changes to my methodology and assumptions were made. The corrected amount necessary to make Mr. English whole with regards to lost wages and benefits is $989,057.

The first error is the calculation of lost benefits. I mistakenly applied the mitigating benefits percentage to Mr. English's salary from the City and County of Honolulu, and mistakenly applied the City and County benefits percentage to Mr. English's mitigating salary.

Deposition Exhibit No. 96
Deposition of Ueno
Date 7/26/06

## INFORMATION CONSIDERED

In preparing this report and forming the opinions expressed in Attachment A, I considered the items of information previously disclosed and Mr. English's 2005 Hawaii income tax return. I also considered my knowledge, training and professional experience as a professional accountant.

## QUALIFICATIONS

A summary of my qualifications was previously presented.

## COMPENSATION

Thomas Ueno is being compensated at my normal hourly rates for this type of work of $285 per hour to $345 per hour for deposition/testimony; manager at $225 per hour; and professional staff at $185 to $195 per hour. My compensation is not contingent on the outcome of this litigation.

## OTHER TESTIMONY

The cases in which Thomas T. Ueno CPA has testified as an expert at trial or by deposition within the preceding four years were previously presented.

*[signature]*

Thomas T. Ueno, CPA

Exhibit 1 - 2005
Summary

| | |
|---|---:|
| Past Lost Earnings | 89,756 |
| Past Lost Benefits | 16,940 |
| Future Lost Earnings | 742,522 |
| Future Lost Benefits | 139,839 |
| Total Earnings and Benefits Lost | 989,057 |

Exhibit 2 - 2005
Damage

| Period Start | Period End | Age at Beginning of Period | Salary and Pension | Mitigating Earnings | Lost Salary and Pension | Benefits and Retirement Benefits | Mitigating Benefits | Lost Benefits | Expenses | Total Loss |
|---|---|---|---|---|---|---|---|---|---|---|
| 2/28/2003 | 2/27/2004 | 48.38 | 38,976 | 4,992 | 33,984 | 6,957 | 577 | 6,381 | - | 40,365 |
| 2/28/2004 | 2/27/2005 | 49.38 | 43,860 | 4,992 | 38,868 | 7,829 | 577 | 7,252 | - | 46,120 |
| 2/28/2005 | 8/18/2005 | 50.38 | 21,494 | 4,590 | 16,904 | 3,837 | 530 | 3,307 | - | 20,211 |
| Back Pay | | | 104,330 | 14,574 | 89,756 | 18,623 | 1,683 | 16,940 | - | 106,696 |
| | | | | | | | | | | |
| Front Pay | | | | | | | | | | |
| 8/19/2005 | 2/27/2006 | 50.85 | 24,118 | 5,150 | 18,968 | 4,305 | 595 | 3,710 | | 22,678 |
| 2/28/2006 | 2/27/2007 | 51.38 | 49,344 | 9,740 | 39,604 | 8,808 | 1,125 | 7,683 | | 47,287 |
| 2/28/2007 | 2/27/2008 | 52.38 | 49,344 | 9,740 | 39,604 | 8,808 | 1,125 | 7,683 | | 47,287 |
| 2/28/2008 | 2/27/2009 | 53.38 | 55,476 | 9,740 | 45,736 | 9,902 | 1,125 | 8,777 | | 54,513 |
| 2/28/2009 | 2/27/2010 | 54.38 | 55,476 | 9,740 | 45,736 | 9,902 | 1,125 | 8,777 | | 54,513 |
| 2/28/2010 | 2/27/2011 | 55.38 | 55,476 | 9,740 | 45,736 | 9,902 | 1,125 | 8,777 | | 54,513 |
| 2/28/2011 | 2/27/2012 | 56.38 | 68,268 | 9,740 | 58,528 | 12,186 | 1,125 | 11,061 | | 69,589 |
| 2/29/2012 | 2/27/2013 | 57.38 | 68,268 | 9,740 | 58,528 | 12,186 | 1,125 | 11,061 | | 69,589 |
| 2/28/2013 | 2/27/2014 | 58.33 | 68,268 | 9,740 | 58,528 | 12,186 | 1,125 | 11,061 | | 69,589 |
| 2/28/2014 | 2/27/2015 | 59.38 | 68,268 | 9,740 | 58,528 | 12,186 | 1,125 | 11,061 | | 69,589 |
| 2/28/2015 | 2/27/2016 | 60.38 | 68,268 | 9,740 | 58,528 | 12,186 | 1,125 | 11,061 | | 69,589 |
| 2/29/2016 | 2/27/2017 | 61.39 | 68,268 | 9,740 | 58,528 | 12,186 | 1,125 | 11,061 | | 69,589 |
| 2/28/2017 | 2/27/2018 | 62.39 | 68,268 | 9,740 | 58,528 | 12,186 | 1,125 | 11,061 | | 69,589 |
| 2/28/2018 | 2/27/2019 | 63.39 | 68,268 | 9,740 | 58,528 | 12,186 | 1,125 | 11,061 | | 69,589 | 6/13/2019
| 2/28/2019 | 2/27/2020 | 64.39 | 19,919 | 2,842 | 17,077 | 3,556 | 328 | 3,227 | | 20,305 |
| 2/29/2020 | 2/27/2021 | 65.39 | 16,284 | - | 16,284 | 2,907 | - | 2,907 | | 19,191 |
| 2/28/2021 | 2/27/2022 | 66.39 | 16,284 | - | 16,284 | 2,907 | - | 2,907 | | 19,191 |
| 2/28/2022 | 2/27/2023 | 67.39 | 16,284 | - | 16,284 | 2,907 | - | 2,907 | | 19,191 |
| 2/28/2023 | 2/27/2024 | 68.39 | 16,284 | - | 16,284 | 2,907 | - | 2,907 | | 19,191 |
| 2/29/2024 | 2/27/2025 | 69.39 | 16,284 | - | 16,284 | 2,907 | - | 2,907 | | 19,191 |
| 2/28/2025 | 2/27/2026 | 70.39 | 16,284 | - | 16,284 | 2,907 | - | 2,907 | | 19,191 |
| 2/28/2026 | 2/27/2027 | 71.39 | 16,284 | - | 16,284 | 2,907 | - | 2,907 | | 19,191 |
| 2/28/2027 | 2/27/2028 | 72.39 | 16,284 | - | 16,284 | 2,907 | - | 2,907 | | 19,191 |
| 2/29/2028 | 2/27/2029 | 73.39 | 16,284 | - | 16,284 | 2,907 | - | 2,907 | | 19,191 |
| 2/28/2029 | 2/27/2030 | 74.39 | 16,284 | - | 16,284 | 2,907 | - | 2,907 | | 19,191 |
| 2/28/2030 | 2/27/2031 | 75.39 | 16,284 | - | 16,284 | 2,907 | - | 2,907 | | 19,191 |
| 2/28/2031 | 2/27/2032 | 76.39 | 16,284 | - | 16,284 | 2,907 | - | 2,907 | | 19,191 |
| 2/29/2032 | 2/27/2033 | 77.40 | 16,284 | - | 16,284 | 2,907 | - | 2,907 | | 19,191 |
| 2/28/2033 | 5/4/2033 | 78.40 | 2,945 | - | 2,945 | 526 | - | 526 | | 3,470 |
| Total | | | 1,057,142 | 134,612 | 922,530 | 188,700 | 15,548 | 173,152 | - | 1,095,692 |
| NPV | | | 858,381 | 115,859 | 742,522 | 153,221 | 13,382 | 139,839 | - | 882,361 |