MOSELEY BIEHL TSUGAWA LAU & MUZZI
A Hawaii limited liability law company

ROGER S. MOSELEY           2060
CHRISTOPHER J. MUZZI       6939
RENEE M. FURUTA            7593
Alakea Corporate Tower
1100 Alakea Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone: (808) 531-0490
Facsimile:  (808) 523-1888
Email:  rmoseley@hilaw.us;  cmuzzi@hilaw.us
        rfuruta@hilaw.us

Attorneys for Plaintiff
PHILIP E. ENGLISH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>               Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1 –10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>               Defendants. | Civil No.  1-04-cv-00108 KSC<br><br>PLAINTIFF PHILIP E. ENGLISH'S PROPOSED GENERAL VERDICT FORM WITH SPECIAL INTERROGATORIES; CERTIFICATE OF SERVICE<br><br><br>Trial<br>Date: October 3, 2006<br>Time: 9 a.m.<br>Judge: Honorable Kevin S.C Chang |

### PLAINTIFF PHILIP E. ENGLISH'S PROPOSED GENERAL VERDICT FORM WITH SPECIAL INTERROGATORIES

Plaintiff PHILIP E. ENGLISH ("Plaintiff"), by and through his attorneys, Moseley Biehl Tsugawa Lau & Muzzi, hereby submits Plaintiff's Proposed General Verdict Form With Special Interrogatories. Plaintiff submits this form based on the assumption that a general verdict form will be used in this matter.

Plaintiff believes that a general verdict form with special interrogatories is appropriate under the circumstances in this case because of the multiple parties and multiple claims and because of the extremely unwieldy nature of a special verdict form under Federal Rules of Civil Procedure Rule 49(a), which requires "a special written finding upon each issue of fact." See, e.g., Webb v. Sloan, 330 F.3d 1158, 1166 (9th Cir. 2003). In the event that the Court determines that a special verdict form should be used in this matter, Plaintiff requests leave of court to submit a proposed special verdict form.

DATED: Honolulu, Hawaii, September 19, 2006.

/s/ Roger S. Moseley
ROGER S. MOSELEY
CHRISTOPHER J. MUZZI
RENEE M. FURUTA
Attorneys for PLAINTIFF
PHILIP E. ENGLISH

# PLAINTIFF PHILIP E. ENGLISH'S PROPOSED GENERAL VERDICT FORM WITH SPECIAL INTERROGATORIES

We, the jury in the above-entitled action, unanimously find the following General Verdict on the questions submitted to us:

1. As to Plaintiff's Claims against Defendant City and County of Honolulu, we find in favor of:

**COUNT I- Violation of Civil Rights**

_____ PLAINTIFF

_____ DEFENDANT CITY AND COUNTY OF HONOLULU

**COUNT IV – Unlawful Discrimination and Retaliation**

_____ PLAINTIFF

_____ DEFENDANT CITY AND COUNTY OF HONOLULU

**COUNT VI – Intentional Infliction of Severe Mental or Emotional Distress**

_____ PLAINTIFF

_____ DEFENDANT CITY AND COUNTY OF HONOLULU

**COUNT VIII – Defamation**

_____ PLAINTIFF

_____ DEFENDANT CITY AND COUNTY OF HONOLULU

2. As to Plaintiff's Claims against Defendant Gary T. Kurokawa, we find in favor of:

**COUNT I- Violation of Civil Rights**

    _____ PLAINTIFF

    _____ DEFENDANT GARY T. KUROKAWA

**COUNT IV – Unlawful Discrimination and Retaliation**

    _____ PLAINTIFF

    _____ DEFENDANT GARY T. KUROKAWA

**COUNT V – Willful, Wanton, and Reckless Conduct**

    _____ PLAINTIFF

    _____ DEFENDANT GARY T. KUROKAWA

**COUNT VI – Intentional Infliction of Severe Mental or Emotional Distress**

    _____ PLAINTIFF

    _____ DEFENDANT GARY T. KUROKAWA

**COUNT VII – Negligent Infliction of Emotional Distress**

    _____ PLAINTIFF

    _____ DEFENDANT GARY T. KUROKAWA

**COUNT VIII – Defamation**

    _____ PLAINTIFF

    _____ DEFENDANT GARY T. KUROKAWA

**COUNT XII – Punitive Damages**

    _____ PLAINTIFF

_____ DEFENDANT GARY T. KUROKAWA

3. As to Plaintiff's Claims against Defendant Robert O. Magota, we find in favor of:

**COUNT I- Violation of Civil Rights**

_____ PLAINTIFF

_____ DEFENDANT ROBERT O. MAGOTA

**COUNT IV – Unlawful Discrimination and Retaliation**

_____ PLAINTIFF

_____ DEFENDANT ROBERT O. MAGOTA

**COUNT V – Willful, Wanton, and Reckless Conduct**

_____ PLAINTIFF

_____ DEFENDANT ROBERT O. MAGOTA

**COUNT VI – Intentional Infliction of Severe Mental or Emotional Distress**

_____ PLAINTIFF

_____ DEFENDANT ROBERT O. MAGOTA

**COUNT VIII – Defamation**

_____ PLAINTIFF

_____ DEFENDANT ROBERT O. MAGOTA

**COUNT XII – Punitive Damages**

_____ PLAINTIFF

_____ DEFENDANT ROBERT O. MAGOTA

4. As to Plaintiff's Claims against Defendant Ann C. Gima, we find in favor of:

**COUNT I- Violation of Civil Rights**

_____ PLAINTIFF

_____ DEFENDANT ANN C. GIMA

**COUNT IV – Unlawful Discrimination and Retaliation**

_____ PLAINTIFF

_____ DEFENDANT ANN C. GIMA

**COUNT V – Willful, Wanton, and Reckless Conduct**

_____ PLAINTIFF

_____ DEFENDANT ANN C. GIMA

**COUNT VI – Intentional Infliction of Severe Mental or Emotional Distress**

_____ PLAINTIFF

_____ DEFENDANT ANN C. GIMA

**COUNT VIII – Defamation**

_____ PLAINTIFF

_____ DEFENDANT ANN C. GIMA

**COUNT XII – Punitive Damages**

_____ PLAINTIFF

_____  DEFENDANT ANN C. GIMA

5. As to Plaintiff's Claims against Defendant GK Appraisals, Inc., we find in favor of:

**COUNT VI – Intentional Infliction of Severe Mental or Emotional Distress**

_____  PLAINTIFF

_____  DEFENDANT GK APPRAISALS, INC.

**COUNT VII – Negligent Infliction of Emotional Distress**

_____  PLAINTIFF

_____  DEFENDANT GK APPRAISALS, INC.

**COUNT IX – Intentional Interference With Contractual Relations**

_____  PLAINTIFF

_____  DEFENDANT GK APPRAISALS, INC.

**COUNT X – Interference With Prospective Economic Advantage**

_____  PLAINTIFF

_____  DEFENDANT GK APPRAISALS, INC.

**COUNT XII – Punitive Damages**

_____  PLAINTIFF

_____  DEFENDANT GK APPRAISALS, INC.

6. If you found in favor of PLAINTIFF on any claim above, state the amount of damages:

(a) Special Damages    $_____

(b) General Damages

    (i) Noneconomic    $_____

    (ii) Economic    $_____

TOTAL    $_____

7.    If you found that any of the following Defendants are liable to Plaintiff for punitive damages, state the amount of punitive damages:

    (a)    Gary T. Kurokawa    $_____

    (b)    Robert O. Magota    $_____

    (c)    Ann C. Gima    $_____

    (d)    GK Appraisals, Inc.    $_____

Date and sign this verdict, and return it.

Dated:_____    By_____
                                                Jury Foreperson