00002411.WPD
KAWASHIMA LORUSSO & TOM LLP

JAMES KAWASHIMA      #1145-0
RANDALL Y. YAMAMOTO  #3274-0
BRIAN Y. HIYANE      #6045-0
CARTER K. SIU        #7313-0
Topa Financial Center
Fort Street Tower
745 Fort Street, Suite 500
Honolulu, Hawaii 96813
Telephone:     (808)275-0325
Facsimile:     (808)275-0399
Email Address: ryamamoto@kltlaw.com

Attorneys for Defendants
CITY AND COUNTY OF HONOLULU,
GARY T. KUROKAWA, ROBERT O. MAGOTA,
and ANN C. GIMA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT STATE OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>    Plaintiff,<br><br>  vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>    Defendants. | CIVIL NO. CV04-00108 KSC<br><br>**DEFENDANTS CITY AND COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA, AND ANN C. GIMA'S REQUESTED SPECIAL VOIR DIRE INQUIRIES; CERTIFICATE OF SERVICE**<br><br><br><br>Judge: Hon. Kevin S.C. Chang<br>Trial Date: October 3, 2006 |

## DEFENDANTS CITY AND COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA, AND ANN C. GIMA'S REQUESTED SPECIAL VOIR DIRE INQUIRIES

Come now Defendants CITY & COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA, and ANN C. GIMA (collectively referred to herein as "City Defendants"), by and through their attorneys, KAWASHIMA LORUSSO & TOM LLP, and hereby request this Court to make the following special voir dire inquiries to the jury panel in this case:

1. Have any of you ever filed a whistleblower claim against another person?

2. Have any of you ever had a whistleblower claim filed against you?

3. Do any of you have any strong feelings about the City and County of Honolulu's Real Property Tax Assessment Division?

4. Do any of you, for any reason, feel opposed to or resentful of, or simply dislike, the City and County of Honolulu, and/or more specifically, its employees?

5. Do any of you know of anyone who has been in a similar situation as the one Plaintiff claims to have been in?

6. Have any of you been involved in a lawsuit involving your job or place of employment?

7. Do any of you hold supervisory positions in your job?

8.  Have any of you had to work with someone who wasn't pulling their weight or was constantly late and/or missing deadlines?

9.  Do you believe that a supervisor should be allowed to discipline an employee who is not performing to expectations?

10. Do any of you believe that once a person reports to the authorities something that he or she disagrees with at work, he or she should thereafter be protected from any employment-related discipline as a whistleblower?

11. Have you or any of your close family members ever been a party to a lawsuit?

12. Do you think that the Plaintiff is entitled to a recovery simply because he brought this lawsuit?

13. Does the fact that this lawsuit was filed cause you to believe that the case has merit?  Do you understand that anyone can file a lawsuit for any reason?

14. If the evidence and the law are in favor of the Defendants, will you have any hesitation about rendering a verdict for the Defendants, even though it means that the Plaintiff may not recover even twenty-five cents?

15. Do you think that the Plaintiff is entitled to a recovery simply because he may have physical or emotional problems?

16. Do any of you personally know someone who you felt had filed a frivolous lawsuit?

17. Have any of you ever personally known someone who was sued who you felt was wrongfully accused of something he or she did not do?

DATED: Honolulu, Hawaii, September 19, 2006.

                /s/ James Kawashima
_____
JAMES KAWASHIMA
RANDALL Y. YAMAMOTO
BRIAN Y. HIYANE
CARTER K. SIU
Attorneys for Defendants
   CITY AND COUNTY OF HONOLULU,
   GARY T. KUROKAWA,
   ROBERT O. MAGOTA, and
   ANN C. GIMA