MOSELEY BIEHL TSUGAWA LAU & MUZZI
a Hawaii limited liability law company
ROGER S. MOSELEY            2060
CHRISTOPHER J. MUZZI        6939
RENEE M. FURUTA             7593
Alakea Corporate Tower
1100 Alakea Street, 23rd Floor
Honolulu, Hawaii 96813
Telephone: (808) 531-0490
Facsimile: (808) 523-1888
Email: rmoseley@hilaw.us
       cmuzzi@hilaw.us
       rfuruta@hilaw.us

Attorneys for Plaintiff
PHILIP E. ENGLISH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1–10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>　　　　　Defendants. | Civil No. 1-04-cv-00108 KSC<br><br>PLAINTIFF PHILIP E. ENGLISH'S PROPOSED CONCISE STATEMENT OF THE CASE; CERTIFICATE OF SERVICE<br><br><br><br><br>Trial<br>Date: October 3, 2006<br>Time: 9:00 a.m.<br>Judge: Honorable Kevin S.C Chang |

## PLAINTIFF PHILIP E. ENGLISH'S PROPOSED
## CONCISE STATEMENT OF THE CASE

This case arises out of a claim by Plaintiff Philip E. English that he was a whistleblower who was subjected to retaliation because he complained about certain practices and activities, which were occurring at the Assessment Division of the Department of Budget and Fiscal Services of the City and County of Honolulu where he was employed as an Appraiser IV. Plaintiff English claims that he was retaliated against after he reported that the Administrator of the Division, Defendant Gary Kurokawa, and co-worker Christopher Graff were using City equipment to do private work with Defendant GK Appraisals, Inc., on City time.

Plaintiff alleges that prior to his reporting of misconduct, he received satisfactory Performance Evaluation Reports in 2000 and received an "Exceeds Requirements" Performance Evaluation Report in 2001. Plaintiff alleges that after he reported this activity to City Assessor Defendant Robert Magota and to Plaintiff's immediate supervisor, Defendant Ann Gima, he was retaliated against because he was given negative performance evaluations. Moreover, Plaintiff claims he was allegedly retaliated against in all of the traditional ways that whistleblowers are punished. Plaintiff was allegedly called a "troublemaker", accused of being a "back stabber" and accused of having pre-existing mental and emotional problems – even to the extent of likening him to Byron Uesugi, of the infamous Xerox shootings here in Honolulu. Plaintiff's superiors allegedly called

Plaintiff a "wacko" in front of his fellow employees and Plaintiff was allegedly shunned by his co-workers.

Plaintiff alleges that he was further retaliated against after he allegedly contacted the Federal Bureau of Investigation to report the alleged misconduct of Defendant Kurokawa, Mr. Graff, and GK Appraisals and after he filed a complaint with the City and County of Honolulu Ethics Commission. Plaintiff claims that his constitutional rights were violated by the retaliation. Plaintiff has also alleged claims of defamation against defendants and claims that the defendants intentionally and negligently caused him emotional distress. Plaintiff also alleges claims against defendants for willful, wanton and reckless conduct and engaging in actions interfering with contractual relationship and/or prospective business advantage.

The defendants deny all of the Plaintiff's allegations and claim that they did not retaliate against Plaintiff. Defendants allege that Plaintiff's negative performance evaluations were solely a reflection of his unsatisfactory work performance and were not related in any way to his complaints of wrongdoing. Defendants further claim that they did not cause any of the damages claimed by the Plaintiff.

DATED: Honolulu, Hawaii, September 19, 2006.

                                                */s/ Roger S. Moseley*
                                              ROGER S. MOSELEY
                                              CHRISTOPHER J. MUZZI
                                              RENEE M. FURUTA
                                              Attorneys for Plaintiff
                                              PHILIP E. ENGLISH