00002423.WPD
KAWASHIMA LORUSSO & TOM LLP

JAMES KAWASHIMA     #1145-0
RANDALL Y. YAMAMOTO #3274-0
BRIAN Y. HIYANE     #6045-0
CARTER K. SIU       #7313-0
Topa Financial Center
Fort Street Tower
745 Fort Street, Suite 500
Honolulu, Hawaii 96813
Telephone:     (808)275-0325
Facsimile:     (808)275-0399
Email Address: ryamamoto@kltlaw.com

Attorneys for Defendants
CITY AND COUNTY OF HONOLULU,
GARY T. KUROKAWA, ROBERT O. MAGOTA,
and ANN C. GIMA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT STATE OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>　　　　Defendants. | CIVIL NO. CV04-00108 KSC<br><br>**DEFENDANTS CITY AND COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA, AND ANN C. GIMA'S PROPOSED CONCISE STATEMENT TO THE JURY; CERTIFICATE OF SERVICE**<br><br><br><br>Judge: Hon. Kevin S.C. Chang<br>Trial Date: October 3, 2006 |

**DEFENDANTS CITY AND COUNTY OF HONOLULU,
GARY T. KUROKAWA, ROBERT O. MAGOTA,
AND ANN C. GIMA'S PROPOSED CONCISE STATEMENT TO THE JURY**

This case arises out of a claim by Plaintiff Philip English that he was retaliated against in his former employment as an Appraiser IV with the City and County of Honolulu Real Property Assessment Division, after he reported that the Administrator of the Division, Defendant Gary Kurokawa, was using City equipment to do private work with Defendant GK Appraisals, Inc., on City time.

Plaintiff alleges that after he reported this activity to Defendant Robert Magota and to his supervisor, Defendant Ann Gima, he was retaliated against because he was given negative performance evaluations. Plaintiff alleges that he was further retaliated against after he filed a complaint against Gary Kurokawa with the Ethics Commission. Plaintiff claims that his constitutional rights were violated by the retaliation. Plaintiff has also alleged claims of defamation against Robert Magota, and claims that the defendants intentionally and negligently caused him emotional distress.

The defendants deny all of the Plaintiff's allegations and claim that they did not retaliate against Plaintiff. Defendants allege that the actions they took, and Plaintiff's negative performance evaluations, were solely a result of his unsatisfactory work performance and were not related in any way to his complaints of wrongdoing. Defendants further claim that

they did not cause any of the damages claimed by the Plaintiff.

DATED:  Honolulu, Hawaii, September 19, 2006.

_____
JAMES KAWASHIMA
RANDALL Y. YAMAMOTO
BRIAN Y. HIYANE
CARTER K. SIU
Attorneys for Defendants
CITY AND COUNTY OF HONOLULU,
GARY T. KUROKAWA,
ROBERT O. MAGOTA, and
ANN C. GIMA