IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1 –10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>    Defendants. | Civil No. 04-00108 KSC/KSC<br><br>DECLARATION OF COUNSEL |

## DECLARATION OF COUNSEL

I, ROGER S. MOSELEY, declare under penalty of perjury that the following is true and correct to the best of my knowledge:

1.   I am an attorney licensed to practice law in the State of Hawaii, the United District Court for the District of Hawaii, and the United States Circuit Court of the 9th Circuit.

2.   I am one of the attorneys responsible for representing Plaintiff Philip E. English in the above-captioned case.

10010/3/57744.8

3. Attached hereto as Exhibit "A" is a true and correct copy of a report of Thomas T. Ueno, CPA dated August 15, 2005.

4. Attached hereto as Exhibit "B" is a true and correct copy of pages 27-54 of the transcript of the oral deposition of Thomas T. Ueno, CPA taken on July 26, 2006.

5. Attached hereto as Exhibit "C" is a true and correct copy of a rebuttal report of Thomas T. Ueno, CPA dated February 6, 2006.

6. Attached hereto as Exhibit "D" is a true and correct copy of a report of Thomas T. Ueno, CPA dated July 21, 2006.

I DECLARE UNDER PENALTY OF PERJURY under the laws of the United States and the State of Hawaii that the foregoing is true and correct.

Executed on September 19, 2006, at Honolulu, Hawaii.

*/s/ Roger S. Moseley*
ROGER S. MOSELEY