MOSELEY BIEHL TSUGAWA LAU & MUZZI
a Hawaii limited liability law company
ROGER S. MOSELEY              2060
CHRISTOPHER J. MUZZI          6939
RENEE M. FURUTA               7593
Alakea Corporate Tower
1100 Alakea Street, 23rd Floor
Honolulu, Hawaii 96813
Telephone: (808) 531-0490
Facsimile: (808) 523-1888
Email: rmoseley@hilaw.us
       cmuzzi@hilaw.us
       rfuruta@hilaw.us

Attorneys for Plaintiff
PHILIP E. ENGLISH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1–10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>　　　　　Defendants. | Civil No. 1-04-cv-00108 KSC<br><br>PLAINTIFF PHILIP E. ENGLISH'S OBJECTIONS TO DEFEDANTS' PROPOSED EXHIBITS; CERTIFICATE OF SERVICE<br><br><br><br><br><br>Trial<br>Date: October 3, 2006<br>Time: 9:00 a.m.<br>Judge: Honorable Kevin S.C Chang |

# PLAINTIFF PHILIP E. ENGLISH'S OBJECTIONS TO DEFENDANTS' PROPOSED EXHIBITS

Plaintiff Philip E. English objects to the following exhibits proposed by Defendants (Appendix of Exhibits objected to shall be separately filed):

## City and County of Honolulu, Gary T. Kurokawa, Robert O. Magota, Ann C. Gima:

| Exhibit No. | Basis of Objection – without limitation |
| --- | --- |
| 2000 | Hearsay, witness available – except for impeachment |
| 2001 | Hearsay, witness available – except for impeachment |
| 2002 | Hearsay, witness available – except for impeachment |
| 2003 | Hearsay, witness available – except for impeachment |
| 2004 | Relevance, unduly prejudicial - Rule 403 |
| 2033 | Relevance, unduly prejudicial - Rule 403 |
| 2037 | Relevance, unduly prejudicial - Rule 403 |
| 2069 | Relevance, unduly prejudicial - Rule 403 |
| 2515 | Relevance, unduly prejudicial - Rule 403 |
| 2516 | Relevance, unduly prejudicial - Rule 403 |
| 2536 | Hearsay, witness available – except for impeachment |
| 2537 | Hearsay, witness available – except for impeachment |
| 2538 | Hearsay, witness available – except for impeachment |
| 2539 | Hearsay, witness available – except for impeachment |

## **GK Appraisals, Inc.:**

| | |
|---|---|
| 3002 | Relevance, unduly prejudicial - Rule 403 |
| 3003 | Relevance, unduly prejudicial - Rule 403 |
| 3004 | Relevance, unduly prejudicial - Rule 403 |
| 3006 | Relevance, unduly prejudicial - Rule 403 |
| 3007 | Relevance, unduly prejudicial - Rule 403 |
| 3008 | Relevance, unduly prejudicial - Rule 403 |
| 3009 | Relevance, unduly prejudicial - Rule 403 |
| 3010 | Relevance, unduly prejudicial - Rule 403 |
| 3011 | Relevance, unduly prejudicial - Rule 403 |
| 3248 | Relevance |
| 3319 | Relevance, unduly prejudicial - Rule 403 |
| 3715 | Relevance, unduly prejudicial - Rule 403 |
| 3716 | Relevance, unduly prejudicial - Rule 403 |
| 3717 | Relevance, unduly prejudicial - Rule 403 |
| 3724 | Relevance, unduly prejudicial - Rule 403 |
| 3725 | Relevance, unduly prejudicial - Rule 403 |
| 3726 | Relevance, unduly prejudicial - Rule 403 |
| 3728 | Relevance, unduly prejudicial - Rule 403 |
| 3729 | Relevance, unduly prejudicial - Rule 403 |
| 3730 | Relevance, unduly prejudicial - Rule 403 |

| | |
|---|---|
| 3739 | Relevance, unduly prejudicial - Rule 403 |
| 3740 | Relevance, unduly prejudicial - Rule 403 |
| 3741 | Relevance, unduly prejudicial - Rule 403 |

DATED: Honolulu, Hawaii, September 19, 2006.

/s/ *Roger S. Moseley*
ROGER S. MOSELEY
CHRISTOPHER J. MUZZI
RENEE M. FURUTA
Attorneys for Plaintiff
PHILIP E. ENGLISH