ORIGINAL

Of Counsel:
Sumida & Tsuchiyama
A Limited Liability Law Company

KEVIN P. H. SUMIDA   2544-0
ANTHONY L. WONG      6018-0
Dillingham Transportation Building
735 Bishop Street, Suite 411
Honolulu, Hawaii 96813
Telephone No.: (808) 356-2600
Facsimile No.: (808) 587-6197
E-Mail Address: awong@sthawaii.com

Attorneys For Defendant
GK APPRAISALS, INC.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 19 2006

at \_\_ o'clock and \_\_ min. \_\_ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH, <br><br> Plaintiff, <br><br> vs. <br><br> CITY AND COUNTY OF HONOLULU; <br> GARY T. KUROKAWA; <br> ROBERT O. MAGOTA; <br> ANN C. GIMA; and <br> GK APPRAISALS, INC.; <br> JOHN DOES 1-10; <br> JANE DOES 1-10; <br> DOE PARTNERSHIPS; <br> DOE CORPORATIONS 1-10; <br> AND DOE ENTITIES 1-10, <br><br> Defendants. | CIVIL NO. CV04-00108 SOM KSC <br><br> CERTIFICATE OF SERVICE <br><br> [Re: PHILIP E. ENGLISH] <br><br><br> Trial Date:   10/02/2006 |

CV04-00108 SOM KSC_20060919_ON1.doc
CV04-00108 SOM KSC_20060921_ON1.doc
CV04-00108 SOM KSC_20060922_ON1.doc

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date _____SEP 19 2006_____

a true and correct copy of the Second Amended Notice Of Taking Continued Deposition Upon Oral Examination Of Philip E. English dated _____SEP 19 2006_____, was duly served to the following in the manner described below:

    Hand-Delivered to:

    ROGER S. MOSELEY ESQ.
    ALAN K. LAU, ESQ.
    CHRISTOPHER J. MUZZI, ESQ.
    Moseley Biehl Tsugawa Lau & Muzzi
    Alakea Corporate Tower
    1100 Alakea Street, 23rd Floor
    Honolulu, Hawaii 96813
    Telephone No: (808) 531-0490

    Attorneys for Plaintiff

    Hand-Delivered to:

    MICHAEL A. LORUSSO, ESQ.
    Kawashima Lorusso & Tom LLP
    Topa Financial Center
    Fort Street Tower
    745 Fort Street, Suite 500
    Honolulu, Hawaii 96813
    Telephone No: (808) 275-0300

    Attorney for Defendants
    CITY AND COUNTY OF HONOLULU;
    GARY T. KUROKAWA;
    ROBERT O. MAGOTA; and ANN C. GIMA

Hand-Delivered to:

GERALD Y. SEKIYA, ESQ.
Cronin, Fried, Sekiya, Kekina & Fairbanks
Davies Pacific Center
841 Bishop Street, Suite 600
Honolulu, Hawaii 96813
Telephone No: (808) 524-1433

Mediator

DATED: Honolulu, Hawaii, SEP 19 2006

_____
KEVIN P. H. SUMIDA
ANTHONY L. WONG

Attorneys For Defendant
GK APPRAISALS, INC.