

ORIGINAL

KAWASHIMA LORUSSO & TOM LLP

JAMES KAWASHIMA      #1145-0
RANDALL Y. YAMAMOTO  #3274-0
BRIAN Y. HIYANE      #6045-0
CARTER K. SIU        #7313-0
Topa Financial Center
Fort Street Tower
745 Fort Street, Suite 500
Honolulu, Hawaii 96813
Telephone:     (808)275-0325
Facsimile:     (808)275-0399
Email Address: ryamamoto@kltlaw.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 1 9 2006

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

Attorneys for Defendants
CITY AND COUNTY OF HONOLULU,
GARY T. KUROKAWA, ROBERT O. MAGOTA,
and ANN C. GIMA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT STATE OF HAWAII

PHILIP E. ENGLISH,              )   CIVIL NO. CV04-00108 KSC
                                )
          Plaintiff,            )   **DEFENDANTS CITY AND COUNTY OF
                                )   HONOLULU, GARY T. KUROKAWA,
     vs.                        )   ROBERT O. MAGOTA, and ANN C.
                                )   GIMA'S JOINDER TO DEFENDANT GK
                                )   APPRAISALS, INC.'S MOTION IN
CITY AND COUNTY OF HONOLULU;    )   LIMINE FOR AN ORDER PROHIBITING
GARY T. KUROKAWA; ROBERT O.     )   TESTIMONY BY PLAINTIFF'S EXPERT
MAGOTA; ANN C. GIMA; and GK     )   THOMAS UENO; CERTIFICATE OF
APPRAISALS, INC.; JOHN DOES     )   SERVICE**
1-10; JANE DOES 1-10; DOE       )
PARTNERSHIPS; DOE               )
CORPORATIONS 1-10; AND DOE      )   **HEARING:**
ENTITIES 1-10,                  )
                                )   DATE:  September 28, 2006
          Defendants.           )
                                )   TIME:  10:00 a.m.
                                )
                                )   JUDGE: Hon. Kevin S.C. Chang
                                )
                                )   Trial Date: October 3, 2006
                                )
                                )
_____ )

**DEFENDANTS CITY AND COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA, and ANN C. GIMA'S JOINDER TO DEFENDANT GK APPRAISALS, INC.'S MOTION IN LIMINE FOR AN ORDER PROHIBITING TESTIMONY BY PLAINTIFF'S EXPERT THOMAS UENO**

Defendants CITY AND COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA, and ANN C. GIMA, (collectively "Defendants City") by and through their attorneys, KAWASHIMA LORUSSO & TOM, LLP, and hereby joins in Defendant GK Appraisals, Inc.'s Motion in Limine for an Order Prohibiting Testimony by Plaintiff's Expert Thomas Ueno filed herein on September 12, 2006.

DATED:  Honolulu, Hawaii, <u>September 19, 2006</u>

 

JAMES KAWASHIMA
RANDALL Y. YAMAMOTO
BRIAN Y. HIYANE
CARTER K. SIU
Attorneys for Defendants
CITY AND COUNTY OF HONOLULU,
GARY T. KUROKAWA,
ROBERT O. MAGOTA, and
ANN C. GIMA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH, | ) CIVIL NO. CV04-00108 KSC |
| | ) |
| Plaintiff, | ) **CERTIFICATE OF SERVICE** |
| | ) |
| vs. | ) |
| | ) |
| CITY AND COUNTY OF HONOLULU; | ) |
| GARY T. KUROKAWA; ROBERT O. | ) |
| MAGOTA; ANN C. GIMA; and GK | ) |
| APPRAISALS, INC.; JOHN DOES | ) |
| 1-10; JANE DOES 1-10; DOE | ) |
| PARTNERSHIPS; DOE CORPORATIONS | ) |
| 1-10; AND DOE ENTITIES 1-10, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |

CERTIFICATE OF SERVICE

        I hereby certify that, on the dates and by the methods
of service noted below, a true and correct copy of the foregoing
was served on the following at their last known addresses:

        Served Electronically trough CM/ECF:

| | | |
|---|---|---|
| Roger S. Moseley, Esq. | rmoseley@hilaw.us | 09/19/06 |
| Joanna B.K. Fong., Esq. | Jfong@hilaw.us | 09/19/06 |
| Reneee M. Furuta, Esq. | Rfuruta@hilaw.us | 09/19/06 |
| Alan K. Lau, Esq. | Alau@hilaw.us | 09/19/06 |
| Christophre J. Muzzi, Esq. | Cmuzzi@hilaw.us | 09/19/06 |

Served Electronically trough CM/ECF:

Kevin P.H. Sumida, Esq.        Ksumida@tshawaii.com        09/19/06

Anthony L. Wong, Esq.          Awong@sthawaii.com          09/19/06

DATED: Honolulu, Hawaii, September 19, 2006

JAMES KAWASHIMA
RANDALL Y. YAMAMOTO
MICHAEL A. LORUSSO
BRIAN Y. HIYANE
CARTER K. SIU
Attorneys for Defendants
CITY AND COUNTY OF HONOLULU,
GARY T. KUROKAWA,
ROBERT O. MAGOTA, and
ANN C. GIMA