MOSELEY BIEHL TSUGAWA LAU & MUZZI
a Hawaii limited liability law company

ROGER S. MOSELEY 2060
TEDSON H. KOJA 4793
CHRISTOPHER J. MUZZI 6939
RENEE M. FURUTA 7593
Alakea Corporate Tower
1100 Alakea St., 23rd Floor
Honolulu, Hawaii 96813
Telephone: (808) 531-0490
Facsimile: (808) 534-0202
Email: rmoseley@hilaw.us
tkoja@hilaw.us
cmuzzi@hilaw.us
rfuruta@hilaw.us

Attorneys for Plaintiff
PHILIP E. ENGLISH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>Plaintiff,<br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1 –10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>Defendants. | Civil No. 04-00108 KCS/KSC<br><br>AMENDED CERTIFICATE OF SERVICE |

## AMENDED CERTIFICATE OF SERVICE

The undersigned herby certifies that a true and correct copy of the following documents was duly served upon the party listed below at their respective address by way of the following methods:

1. Plaintiff Philip E. English's Memorandum in Opposition to Defendant GK Appraisals, Inc.'s Motion in Limine for an Order Prohibiting Testimony by Plaintiff Regardig Alleged Statements by Witnesses that are Hearsay; Certificate of Service

2. Plaintiff Philip E. English's Memorandum in Opposition to Defendant GK Appraisals, Inc.'s Motion in Limine for an Order Prohibiting Testimony by Plaintiff's Expert Thomas Ueno; Exhibits A-D; Declaration of Counsel; Certificate of Service

3. Plaintiff Philip E. English's Memorandum in Opposition to Defendants City and County of Honolulu, Gary T. Kurokawa, Robert O. Magota, and Ann C. Gima's Motion in Limine No. 1 to Preclude all Reference to Insurance; Certificate of Service

4. Plaintiff Philip E. English's Memorandum in Opposition to Defendants City and County of Honolulu, Gary T. Kurokawa, Robert O. Magota, and Ann C. Gima's Motion in Limine No. 2 to Exclude Testimony re: Use of City Equipment; Certificate of Service

5. Plaintiff Philip E. English's Memorandum in Opposition to Defendants City and County of Honolulu, Gary T. Kurokawa, Robert O. Magota, and Ann C. Gima's Motion in Limine No. 3 to Preclude Any Evidence of Ethics Commission Investigations; Declaration of Counsel; Exhibits A-C; Certificate of Service

6. Plaintiff Philip E. English's Memorandum in Opposition to Defendants City and County of Honolulu, Gary T. Kurokawa, Robert O. Magota, and Ann C. Gima's Motion in Limine No. 4 to Preclude Expert Opinions Not Disclosed in Depositions; Certificate of Service

7. Plaintiff Philip E. English's Memorandum in Opposition to Defendants City and County of Honolulu, Gary T. Kurokawa, Robert O. Magota,

and Ann C. Gima's Motion in Limine No. 5 to Exclude Testimony re: Alleged Sports Betting; Certificate of Service

8. Plaintiff Philip E. English's Memorandum in Opposition to Defendants City and County of Honolulu, Gary T. Kurokawa, Robert O. Magota, and Ann C. Gima's Motion in Limine No. 6 to Exclude Testimony re: Discussion with U. S. Attorney's Office; Certificate of Service

9. Plaintiff Philip E. English's Memorandum in Opposition to Defendants City and County of Honolulu, Gary T. Kurokawa, Robert O. Magota, and Ann C. Gima's Motion in Limine No. 7 to Strike Plaintiff's Expert Witness; Exhibits A-D; Declaration of Counsel; Certificate of Service

10. Plaintiff Philip E. English's Memorandum in Opposition to Defendants City and County of Honolulu, Gary T. Kurokawa, Robert O. Magota, and Ann C. Gima's Motion in Limine No. 8 to Preclude all Reference to Newspaper Articles, Other Whistleblower Lawsuits, and Other Anecdoctal Evidence; Exhibits A-H; Declaration of Christopher J. Muzzi; Certificate of Service

11. Plaintiff Philip E. English's Proposed Voir Dire Inquiries for Jury Panel; Exhibit A; Certificate of Service

12. Plaintiff Philip E. English's Proposed Concise Statement of the Case; Certificate of Service

13. Plaintiff Philip E. English's Proposed General Verdict Form with Special Interrogatories; Certificate of Service

14. Plaintiff Philip E. English's Objections to Defendants' Proposed Exhibits; Certificate of Service

15. Plaintif Philip E. English's Proposed Jury Instructions; Certificate of Service

16. Plaintiff Philip E. English's Trial Brief; Certificate of Service

MICHAEL A. LORUSSO, ESQ.  
Kawashima Lorusso & Tom, LLP  
Fort Street Tower  
745 Fort Street, 5th Floor  
Honolulu, Hawaii 96813  

**VIA E-MAIL**  
on September 19, 2006  
and  
**VIA HAND-DELIVERY**  
on Sesptember 20, 2006  

Attorneys for Defendants  
City & County of Honolulu,  
Gary T. Kurokawa, Robert O. Magota,  
and Ann C. Gima  

KEVIN P. H. SUMIDA, ESQ.  
ANTHONY L. WONG, ESQ.  
Dillingham Transportation Building  
735 Bishop St., Suite 411  
Honolulu, Hawaii 96813  

**VIA COURT'S ELECTRONIC TRANSMISSION FACILITY**  

Attorneys for Defendant  
GK APPRAISALS, INC.  

DATED: Honolulu, Hawaii, September 20, 2006.

/s/ Roger S. Moseley  
ROGER S. MOSELEY  
CHRISTOPHER J. MUZZI  
TEDSON H. KOJA  
RENEE M. FURUTA  
Attorneys for Plaintiff  
PHILIP E. ENGLISH