

**ORIGINAL**

00002406.WPD

KAWASHIMA LORUSSO & TOM LLP

JAMES KAWASHIMA      #1145-0
RANDALL Y. YAMAMOTO  #3274-0
BRIAN Y. HIYANE      #6045-0
CARTER K. SIU        #7313-0
Topa Financial Center
Fort Street Tower
745 Fort Street, Suite 500
Honolulu, Hawaii 96813
Telephone:      (808)275-0325
Facsimile:      (808)275-0399
Email Address: ryamamoto@kltlaw.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 19 2006

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

Attorneys for Defendants
CITY AND COUNTY OF HONOLULU,
GARY T. KUROKAWA, ROBERT O. MAGOTA,
and ANN C. GIMA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT STATE OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>    Defendants. | CIVIL NO. CV04-00108 KSC<br><br>**DEFENDANTS CITY AND COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA, and ANN C. GIMA'S OBJECTIONS TO PLAINTIFF PHILIP E. ENGLISH'S TRIAL EXHIBIT LIST; CERTIFICATE OF SERVICE**<br><br>Trial Date: October 3, 2006 |

**DEFENDANTS CITY AND COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA, and ANN C. GIMA'S OBJECTIONS TO <u>PLAINTIFF PHILIP E. ENGLISH'S TRIAL EXHIBIT LIST</u>**

Come now Defendants CITY AND COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGATO and ANN C. GIMA, (hereinafter the "City Defendants"), by and through their attorneys, KAWASHIMA LORUSSO & TOM LLP, hereby submit their objections to Plaintiff PHILIP E. ENGLISH TRIAL EXHIBIT LIST as follows:

| | |
|---|---|
| 1001 | Objection: Relevance, Rule 403 (FRE), and hearsay |
| 1002 | Objection: Incomplete document |
| 1003 - 1016 | Objection: Relevance and Rule 403 (FRE), and hearsay |
| 1019 | Objection: Relevance and Rule 403 (FRE), (pre: Plaintiff's claims) |
| 1020 - 1025 | Objection: Hearsay |
| 1026 - 1027 | Objection: Hearsay, Relevance and Rule 403 (FRE) |
| 1028 | Objection: Incompleteness and hearsay |
| 1029 | Objection: Hearsay, Relevance and Rule 403 (FRE) |
| 1030 - 1035 | Objection: Hearsay |
| 1036 - 1039 | Objection: Hearsay, Relevance and Rule 403 (FRE) |
| 1040 - 1041 | Objection: Relevance and Rule 403 (FRE) |
| 1150 | Objection: Hearsay |
| 1152 | Objection: Hearsay |
| 1170 | Objection: Hearsay |
| 1242 | Objection: Hearsay |
| 1243 | Objection: Hearsay |
| 1250 | Objection: Hearsay |
| 1253 | Objection: Hearsay |
| 1257 | Objection: Hearsay |
| 1264 | Objection: Hearsay |
| 1265 | Objection: Hearsay |

| | |
|---|---|
| 1272 | Objection: Hearsay |
| 1273 | Objection: Hearsay |
| 1278 | Objection: Hearsay |
| 1279 | Objection: Hearsay |
| 1282 | Objection: Hearsay |
| 1288 | Objection: Hearsay |
| 1289 | Objection: Hearsay |
| 1292 | Objection: Hearsay |
| 1293 | Objection: Hearsay |
| 1297 - 1299 | Objection: Hearsay |
| 1303 | Objection: Hearsay |
| 1307 | Objection: Hearsay |
| 1309 -1310 | Objection: Hearsay |
| 1312 | Objection: Hearsay |
| 1314 - 1317 | Objection: Hearsay |
| 1323 | Objection: No document |
| 1332 - 1334 | Objection: Hearsay |
| 1335 | Objection: Relevance and Rule 403 (FRE) |
| 1339 | Objection: Hearsay |
| 1343 - 1344 | Objection: Hearsay |
| 1345 - 1346 | Objection: Hearsay, Relevance and Rule 403 (FRE) |
| 1347 | Objection: Hearsay; Note: CC 000413 - no objection |
| 1351 - 1353 | Objection: Hearsay |
| 1355 | Objection: Hearsay |
| 1357 - 1359 | Objection: Hearsay |
| 1361 - 1364 | Objection: Hearsay |
| 1366 | Objection: Hearsay |
| 1368 | Objection: No document |

| | |
|---|---|
| 1372 - 1374 | Objection: Hearsay |
| 1375 - 1376 | Objection: Relevance and Rule 403 (FRE) |
| 1377 | Objection: Hearsay |
| 1380 | Objection: Hearsay |
| 1381 | Objection: Relevance and Rule 403 (FRE) |
| 1383 - 1387 | Objection: Relevance and Rule 403 (FRE) |
| 1388 | Objection: Hearsay |
| 1389 - 1390 | Objection: Relevance and Rule 403 (FRE) |
| 1392 | Objection: Relevance and Rule 403 (FRE) |
| 1397 | Objection: No document |
| 1398 | Objection: Hearsay |
| 1399 | Objection: Hearsay |
| 1401 - 1405 | Objection: Relevance and Rule 403 (FRE) |
| 1409 | No document |
| 1411 | Objection: Relevance and Rule 403 (FRE) |
| 1412 | Objection: Hearsay |
| 1415 | Objection: Relevance and Rule 403 (FRE) |
| 1416 | Objection: Hearsay |
| 1419 | Objection: Hearsay |
| 1420 | No document |
| 1438 | Objection: Relevance and Rule 403 (FRE) |
| 1440 | Objection: Relevance and hearsay, overly prejudicial per Rule 403, FRE |
| 1442 - 1447 | Objection: Relevance, Rule 403 (FRE) and Hearsay |
| 1448 | Objection: Relevance and Rule 403 (FRE) |
| 1449 - 1461 | Objection: Relevance and Rule 403 (FRE), overly prejudicial |
| 1464 | Objection: Relevance and Rule 403 (FRE) |

| | |
|---|---|
| 1465 | Objection: Relevance and Rule 403 (FRE) and hearsay |
| 1466 | Objection: Hearsay and **never produced in discovery** |
| 1467 | Objection: Hearsay |
| 1468 - 1489 | Objection: Hearsay, Relevance and Rule 403 (FRE) |
| 1491 - 1492 | Objection: Hearsay, Relevance and Rule 403 (FRE) |

DATED: Honolulu, Hawaii, SEP 19 2006          .

_____
JAMES KAWASHIMA
RANDALL Y. YAMAMOTO
BRIAN Y. HIYANE
CARTER K. SIU
Attorneys for Defendants
CITY AND COUNTY OF HONOLULU,
GARY T. KUROKAWA,
ROBERT O. MAGOTA, and
ANN C. GIMA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH, | ) CIVIL NO. CV04-00108 KSC |
| Plaintiff, | ) **CERTIFICATE OF SERVICE** |
| vs. | ) |
| CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10, | ) |
| Defendants. | ) |

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was duly served by means of hand-delivering to the following named attorneys at their last known addresses on _____:

    ROGER S. MOSELEY, ESQ.
    Moseley Biehl Tsugawa Lau & Muzzi
    Alakea Corporate Tower
    1100 Alakea Street, 23rd Floor
    Honolulu, Hawaii 96813

    Attorney for Plaintiff
    PHILIP E. ENGLISH

KEVIN P.H. SUMIDA, ESQ.
ANTHONY L. WONG, ESQ.
735 Bishop Street; Suite 411
Honolulu, Hawaii 96813

Attorneys for Defendant
GK APPRAISALS, INC.


DATED: Honolulu, Hawaii, September 19, 2006

_____
JAMES KAWASHIMA
RANDALL Y. YAMAMOTO
MICHAEL A. LORUSSO
BRIAN Y. HIYANE
CARTER K. SIU
Attorneys for Defendants
CITY AND COUNTY OF HONOLULU,
GARY T. KUROKAWA,
ROBERT O. MAGOTA, and
ANN C. GIMA