ORIGINAL

00002408.WPD

KAWASHIMA LORUSSO & TOM LLP

JAMES KAWASHIMA      #1145-0
RANDALL Y. YAMAMOTO  #3274-0
BRIAN Y. HIYANE      #6045-0
CARTER K. SIU        #7313-0
Topa Financial Center
Fort Street Tower
745 Fort Street, Suite 500
Honolulu, Hawaii 96813
Telephone:    (808)275-0325
Facsimile:    (808)275-0399
Email Address: ryamamoto@kltlaw.com

Attorneys for Defendants
CITY AND COUNTY OF HONOLULU,
GARY T. KUROKAWA, ROBERT O. MAGOTA,
and ANN C. GIMA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 19 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

RECEIVED
CLERK, U.S. DISTRICT COURT

SEP 19 2006

DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT STATE OF HAWAII

PHILIP E. ENGLISH,                    )  CIVIL NO. CV04-00108 KSC
                                      )
            Plaintiff,                )  **DEFENDANTS CITY AND COUNTY OF**
                                      )  **HONOLULU, GARY T. KUROKAWA,**
     vs.                              )  **ROBERT O. MAGOTA, and ANN C.**
                                      )  **GIMA'S OBJECTIONS TO DEFENDANT**
CITY AND COUNTY OF HONOLULU;          )  **GK APPRAISALS, INC.'S TRIAL**
GARY T. KUROKAWA; ROBERT O.           )  **EXHIBIT LIST; CERTIFICATE OF**
MAGOTA; ANN C. GIMA; and GK           )  **SERVICE**
APPRAISALS, INC.; JOHN DOES           )
1-10; JANE DOES 1-10; DOE             )
PARTNERSHIPS; DOE                     )
CORPORATIONS 1-10; AND DOE            )
ENTITIES 1-10,                        )
                                      )
            Defendants.               )
                                      )  Trial Date: October 3, 2006
_____  )

**DEFENDANTS CITY AND COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA, and ANN C. GIMA'S OBJECTIONS TO DEFENDANT GK APPRAISALS, INC.'S TRIAL EXHIBIT LIST**

Come now Defendants CITY AND COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGATO and ANN C. GIMA, (hereinafter the "City Defendants"), by and through their attorneys, KAWASHIMA LORUSSO & TOM LLP, hereby submit their objections to Defendant GK APPRAISALS, INC.'S TRIAL EXHIBIT LIST as follows:

<table>
<tr><th colspan="3">DEFENDANT GK APPRAISALS, INC.'S EXHIBIT LIST</th></tr>
<tr><th>DEF.<br>NO.</th><th>DESCRIPTION OF EXHIBITS* AND<br>WITNESSES</th><th>OBJECTION</th></tr>
<tr><td>3020</td><td>Kaiser Work Slip, 3/13/03 &<br>4/23/03, PE 00164 – Phil English</td><td>Hearsay</td></tr>
<tr><td>3021</td><td>Phil English note, 2/28/03, PE<br>00165 – Phil English</td><td>Hearsay</td></tr>
<tr><td>3022</td><td>Phil English note, no date, PE<br>00166 – Phil English</td><td>Hearsay</td></tr>
<tr><td>3023</td><td>Phil English note, 2/28/03, PE<br>00167– Phil English</td><td>Hearsay</td></tr>
<tr><td>3025</td><td>Honolulu Advertiser article,<br>1/11/03, "Property values under<br>fire again", PE 00169 – Phil<br>English/Roger Moseley</td><td>Hearsay/Relevance and<br>Rule 403(FRE)</td></tr>
<tr><td>3026</td><td>Phil English notes, 2/27/03, 4<br>pages, PE 00170 – PE 00173 – Phil<br>English</td><td>Hearsay/Relevance and<br>Rule 403(FRE)</td></tr>
<tr><td>3027</td><td>Phil English note, 2/27/03, PE<br>00174 – Phil English</td><td>Hearsay/Relevance and<br>Rule 403(FRE)</td></tr>
<tr><td>3028</td><td>Phil English notes, 2/27/03, 4<br>pages, PE 00175 – PE 00178 – Phil<br>English</td><td>Hearsay/Relevance and<br>Rule 403(FRE)</td></tr>
<tr><td>3030</td><td>Phil English note, 2/27/03, PE<br>00180 – Phil English</td><td>Hearsay/Relevance and<br>Rule 403(FRE)</td></tr>
</table>

| DEF. NO. | DESCRIPTION OF EXHIBITS* AND WITNESSES | OBJECTION |
|---|---|---|
| 3031 | Phil English note, 2/27/03, PE 00181 – Phil English | Hearsay/Relevance and Rule 403(FRE) |
| 3032 | Phil English note, no date, PE 00182 – Phil English | Hearsay/Relevance and Rule 403(FRE) |
| 3033 | Phil English notes, 2/27/03, 5 pages, PE 00183 – PE 00187 – Phil English | Hearsay/Relevance and Rule 403(FRE) |
| 3034 | Phil English note, 2/27/03, PE 00188 – Phil English | Hearsay/Relevance and Rule 403(FRE) |
| 3035 | Phil English notes, 2/27/03, 6 pages, PE 00189 – PE 00194 – Phil English | Hearsay/Relevance and Rule 403(FRE) |
| 3036 | Phil English notes, 2/27/03, 7 pages, PE 00195 – PE 00201 – Phil English | Hearsay/Relevance and Rule 403(FRE) |
| 3037 | Phone message and notes, 2/26 8:30am, PE 00202 – Phil English | Hearsay/Relevance and Rule 403(FRE) |
| 3038 | Phil English notes, 2/25/03, 4 pages, PE 00203 – PE 00206 – Phil English | Hearsay/Relevance and Rule 403(FRE) |
| 3040 | Phil English note, 2/24/03, PE 00208 – Phil English | Hearsay/Relevance and Rule 403(FRE) |
| 3041 | Phil English note, 2/24/03, PE 00209 – Phil English | Hearsay/Relevance and Rule 403(FRE) |
| 3043 | Phil English notes, 2/21/03, 2 pages, PE 00211 – PE 00212 – Phil English | Hearsay/Relevance and Rule 403(FRE) |
| 3044 | Page 15 from RP Assessment Manual 12/2003, Mass Valuation Process Chart, PE 00213 – Phil English | Hearsay/Relevance and Rule 403(FRE) |
| 3045 | Phil English notes, "2nd session", 5 pages, PE 00214 – PE 00218 – Phil English | Hearsay/Relevance and Rule 403(FRE) |
| 3046 | Phil English note, 2/20/03, PE 00219 – Phil English | Hearsay/Relevance and Rule 403(FRE) |
| 3047 | Phil English note, 2/20/03, PE 00220 – Phil English | Hearsay/Relevance and Rule 403(FRE) |
| 3048 | Phil English notes, 2/20/03, 7 pages, PE 00221 – PE 00227 – Phil English | Hearsay/Relevance and Rule 403(FRE) |
| 3049 | Phil English note, 2/20/03, PE 00228 – Phil English. | Hearsay/Relevance and Rule 403(FRE) |
| 3050 | Phil English notes, 2/20/03, 2 pages, PE 00229 – PE 00230 – Phil English | Hearsay/Relevance and Rule 403(FRE) |

| DEF. NO. | DESCRIPTION OF EXHIBITS* AND WITNESSES | OBJECTION |
|---|---|---|
| 3051 | Phil English notes, 2/20/03, 2 pages, PE 00231 - PE 00232 - Phil English | Hearsay/Relevance and Rule 403 (FRE) |
| 3052 | Phil English notes, 2/20/03, 2 pages, PE 00233 - PE 00234 - Phil English | Hearsay/Relevance and Rule 403 (FRE) |
| 3053 | Phil English notes, 2/20/03, 4 pages, PE 00235 - PE 00238 - Phil English | Hearsay/Relevance and Rule 403 (FRE) |
| 3054 | Phil English notes, 2/20/03, 8 pages, PE 00239 - PE 00246 - Phil English | Hearsay/Relevance and Rule 403 (FRE) |
| 3058 | Phil English typewritten notes, 02/10/2003, 2 pages, PE 00251 - PE 00252 - Phil English | Hearsay/Relevance and Rule 403 (FRE) |
| 3059 | Phil English notes, 12/19/03, 2 pages, PE 00253 - PE 00254 | Hearsay/Relevance and Rule 403 (FRE) |
| 3060 | Phil English notes, 12/19/03, 3 pages, PE 00255 - PE 00257 - Phil English | Hearsay/Relevance and Rule 403 (FRE) |
| 3061 | Phil English note, 12/19/03, PE 00258 - Phil English | Hearsay/Relevance and Rule 403 (FRE) |
| 3062 | Phil English note, 12/18/03, PE 00259 - Phil English | Hearsay/Relevance and Rule 403 (FRE) |
| 3063 | Phil English notes, 12/18/03, 2 pages, PE 00260 - PE 00261 - Phil English | Hearsay/Relevance and Rule 403 (FRE) |
| 3064 | Phil English note, 12/13/03, PE 00262 - Phil English | Hearsay/Relevance and Rule 403 (FRE) |
| 3065 | Phil English note, 12/14/03, PE 00263 - Phil English | Hearsay/Relevance and Rule 403 (FRE) |
| 3067 | Typewritten notes "Responding to your request for answers regarding the Feb.19th BOR appeals", 2 pages, PE 00274 - PE 00275 - Phil English/Ann Gima | Hearsay/Relevance and Rule 403 (FRE) |
| 3069 | Typewritten notes, Phil English, 02/13/2003 11:12 AM, PE 00278 - Phil English | Hearsay/Relevance and Rule 403 (FRE) |
| 3071 | Phil English notes, 2/13/03, 2 pages, PE 00281 - PE 00282 - Phil English | Hearsay/Relevance and Rule 403 (FRE) |
| 3072 | Phil English notes, 2/12/03, 2 pages, PE 00283 - PE 00284 - Phil English | Hearsay/Relevance and Rule 403 (FRE) |

| DEF. NO. | DESCRIPTION OF EXHIBITS* AND WITNESSES | OBJECTION |
|---|---|---|
| 3073 | Emails between Donald Bovee and Phil English, 2/12/03, re: foster tower #2003, 2 pages, PE 00285 – PE 00286 - Phil English | Hearsay/Relevance and Rule 403(FRE) |
| 3079 | Email Totto, Charles to Kurokawa, Gary, 2/5/2003 re Ethics complaint, PE 00299 – Charles Totto/Gary Kurokawa | Hearsay/Relevance and Rule 403(FRE) |
| 3080 | Email postmaster@co.honolulu.hi.us to P. English re Delivery Error, 2/6/03, PE 00300 - Phil English | Hearsay/Relevance and Rule 403(FRE) |
| 3081 | Typewritten note 02/05/2003 1:45 PM, PE 00301 - Phil English | Hearsay/Relevance and Rule 403(FRE) |
| 3082 | Typewritten note 02/05/2003 1:17 PM, PE 00302 - Phil English | Hearsay/Relevance and Rule 403(FRE) |
| 3083 | Typewritten note 02/05/2003 1:14 PM, PE 00303 - Phil English | Hearsay/Relevance and Rule 403(FRE) |
| 3084 | Typewritten note 02/05/2003 12:05 PM, PE 00304- Phil English | Hearsay/Relevance and Rule 403(FRE) |
| 3086 | Handwritten note, 2/5/03, PE 00306 - Phil English | Hearsay/Relevance and Rule 403(FRE) |
| 3089 | Typewritten note dated 02/03/2003, PE 00309 - Phil English | Hearsay/Relevance and Rule 403(FRE) |
| 3097 | Typewritten notes, 01/24/2003 7:02 AM, PE 00333 - Phil English | Hearsay/Relevance and Rule 403(FRE) |
| 3100 | Typewritten note, 01/21/2003 2:05 PM, PE 00337 - Phil English | Hearsay/Relevance and Rule 403(FRE) |
| 3101 | Typewritten note, 01/16/2003 10:59 AM & 01/16/2003 11:08 AM, PE 00338 - Phil English | Hearsay/Relevance and Rule 403(FRE) |
| 3103 | January 2003 Calendar, PE 00340 – Phil English/Ann Gima | Hearsay/Relevance and Rule 403(FRE) |
| 3104 | Duplicate of PE 00339, PE 00341 – Phil English | Hearsay/Relevance and Rule 403(FRE) |
| 3112 | December 2002 Calendar, PE 00352 – Phil English/Ann Gima | Hearsay/Relevance and Rule 403(FRE) |
| 3113 | January 2003 Calendar, PE 00353 – Phil English/Ann Gima | Hearsay/Relevance and Rule 403(FRE) |
| 3114 | December 2002 Calendar, PE 00355- Phil English/Ann Gima | Hearsay/Relevance and Rule 403(FRE) |

| DEF. NO. | DESCRIPTION OF EXHIBITS* AND WITNESSES | OBJECTION |
|---|---|---|
| 3118 | 10-page document beginning with heading titled "Fair and Equal Treatment", PE 00359 – PE 00368 – Phil English/Ann Gima | Hearsay/Relevance and Rule 403(FRE) |
| 3126 | Typewritten note dated 12/4/02, PE 00381 - Phil English | Hearsay/Relevance and Rule 403(FRE) |
| 3132 | Performance Evaluation Process, PE 00391 - Phil English | Hearsay/Relevance and Rule 403(FRE) |
| 3143 | Handwritten notes, 11/22/02 BOR Hearing Rm 3rd Flr., 4 pages, PE 00404 – PE 00407 - Phil English | Hearsay/Relevance and Rule 403(FRE) |
| 3144 | Handwritten notes, More thoughts (impressions) on meeting, PE 00408 – PE 00415 - Phil English | Hearsay/Relevance and Rule 403(FRE) |
| 3167 | Salekey table; PE 00453 - Phil English/Ann Gima | Hearsay/Relevance and Rule 403(FRE) |
| 3172 | PE 00472 - duplicate of PE 00458 | No document |
| 3175 | Handwritten notes, 9/?/02, PE 00477 - Phil English | Hearsay/Relevance and Rule 403(FRE) |
| 3182 | Handwritten notes, 8/15/02, PE 00491 - Phil English | Hearsay/Relevance and Rule 403(FRE) |
| 3183 | Handwritten notes, 8/15/02, PE 00492 – PE 00493 - Phil English | Hearsay/Relevance and Rule 403(FRE) |
| 3184 | Duplicate of PE 00488 – PE 00489 | No document |
| 3186 | PE 00499 - duplicate of PE 00490 | No document |
| 3187 | Handwritten notes, 8/14/02 JPR, PE 00500 – PE 00505 - Phil English | Hearsay/Relevance and Rule 403(FRE) |
| 3189 | PE 00508- PE00513 - same as PE 00500 – PE 00505 | No document |
| 3190 | PE 00514 - same as contained on PE 00497 – PE 00498 | No document |
| 3209 | PE 00542- PE 00543 - same as PE 00531 – PE 00532 | No document |
| 3212 | PE 00550 - same as PE 00540. | No document |
| 3220 | Declaration Regarding Condominium Use, PE 00559 - Phil English | Hearsay/Relevance and Rule 403(FRE) |
| 3222 | PE 00561 - same as PE 00559 | No document |
| 3231 | PE 00572 - same as PE 00570. – Phil English | No document |
| 3235 | Email from Charles Totto to Gary Kurokawa, 2/5/03, re: Ethics complaint, PE 00603 – Charles Totto/Gary Kurokawa | Hearsay/Relevance and Rule 403(FRE) |

| DEF. NO. | DESCRIPTION OF EXHIBITS* AND WITNESSES | OBJECTION |
|---|---|---|
| 3236 | Letter to Roger Moseley, Esq. from Thomas Riddle, Workers' Compensation Administrator, City and County of Honolulu, 2/28/03, w/enclosed copy of WC-1 report, 2/28/03 letter to Phil English from Mr. Riddle, Authorization for Release of Medical Information, and brochure "When You're Injured at Work', PE 00686-PE00692 – Phil English/Roger Moseley/Thomas Riddle | Hearsay/Relevance and Rule 403(FRE) |
| 3237 | Letter of Transmittal to Thomas Riddle from Kathleen Chrismer, Asst. for Roger Moseley, enclosing Authorization for Release of Medical Information, signed by Phil English on 3/12/03, and delivery receipt, PE 00693 – PE 00695 - Phil English/Roger Moseley/Thomas Riddle | Hearsay/Relevance and Rule 403(FRE) |
| 3238 | Letter denying liability to Phil English from Disability Compensation Division, Records and Claims Processing Branch, State of Hawaii, Department of Labor and Industrial Relations, 3/17/03, w/attached Employee's Claim for Workers' Compensation Benefits signed by Phil English on 4/7/03, PE 00696 – PE 00698 – – Phil English/Roger Moseley/Thomas Riddle | Hearsay/Relevance and Rule 403(FRE) |
| 3239 | Letter to Phil English c/o Roger Moseley, from Thomas Riddle, Workers' Compensation Administrator, City and County of Honolulu, 3/18/03, arranging for examination by Dr. Reneau Kennedy, PE 00699 – PE 00700 – Phil English/Roger Moseley/Thomas Riddle | Hearsay/Relevance and Rule 403(FRE) |

7

| DEF. NO. | DESCRIPTION OF EXHIBITS* AND WITNESSES | OBJECTION |
|---|---|---|
| 3240 | Email from Thomas Riddle to Roger Moseley re: Philip English, 3/19/03, PE 00701 – Phil English/Roger Moseley/Thomas Riddle | Hearsay/Relevance and Rule 403(FRE) |
| 3241 | Handwritten note to Roger from Charles K. Djou, 3/22/03, PE 00702– Phil English/Roger Moseley | Hearsay/Relevance and Rule 403(FRE) |
| 3242 | Letter of Transmittal re: Employment Matters, to Phil English from Kathleen Chrismer, Asst. for Roger Moseley, 4/3/03, PE 00703 – Phil English/Roger Moseley | Hearsay/Relevance and Rule 403(FRE) |
| 3243 | Letter of Transmittal re: Philip English – Employment Matters, to Francisco Figueiredo, Office of Charles Djou, 4/3/03, PE 00704 – Phil English/Roger Moseley | Hearsay/Relevance and Rule 403(FRE) |
| 3244 | Employee's Claim for Workers' Compensation Benefits signed by Phil English on 4/7/03, PE 00705 – Phil English/Roger Moseley | Hearsay/Relevance and Rule 403(FRE) |
| 3245 | Letter to Jamie Petersen, WC Facilitator, Department of Labor and Industrial Relations, Disability Compensation Division, from Roger Moseley, 4/16/03, PE 00706 - – Phil English/Roger Moseley | Hearsay/Relevance and Rule 403(FRE) |
| 3246 | Letter of Transmittal to Francisco Figueiredo, Office of Charles Djou, re: Philip English – Employment matters, from Kathleen Chrismer, Asst. for Roger Moseley, 4/8/03, attaching Detail of Real Property Tax Appraisers, PE 00707 – PE 00708 - – Phil English/Roger Moseley | Hearsay/Relevance and Rule 403(FRE) |
| 3248 | Phone Call note for RSM from Jaimie P., 4/16, re: Phil English, PE 00710 – Phil English/Roger Moseley/Thomas Riddle | Hearsay/Relevance and Rule 403(FRE) |

| DEF. NO. | DESCRIPTION OF EXHIBITS* AND WITNESSES | OBJECTION |
|---|---|---|
| 3249 | Letter from Jamie Petersen, WC Facilitator, State of Hawaii, Department of Labor and Industrial Relations, re: Adjuster City & County of Honolulu, Claimant Philip E. English, 3/31/03, approving an extension, PE 00711 - Phil English | Hearsay/Relevance and Rule 403(FRE) |
| 3250 | Fax Memorandum from Roger Moseley to Tom Riddle, 4/16/03, faxing 4/16/03 letter to Thomas Riddle from Roger Moseley re: Claim of Philip E. English for disability due to retaliation, 4/16/03, PE 00712 - PE 00715 - Phil English/Roger Moseley/Thomas Riddle | Hearsay/Relevance and Rule 403(FRE) |
| 3251 | Letter to Phil English from Mason Young, Acting Administrator, State of Hawaii, Department of Land and Natural Resources, 4/17/03, re: Notice of Default on Account No. 0832R001311, Mooring Permit No. 4053, Ala Wai Small Boat Harbor, PE 00716 - Phil English | Hearsay/Relevance and Rule 403(FRE) |
| 3252 | Fax Transmittal to Tom Riddle from Roger Moseley, 4/18/03, PE 00717 - Phil English/Roger Moseley/Thomas Riddle | Hearsay/Relevance and Rule 403(FRE) |
| 3253 | Letter to Roger Moseley from Thomas Riddle, re: Philip English, 4/17/03, PE 00718 - PE 00719 - Phil English/Roger Moseley/Thomas Riddle | Hearsay/Relevance and Rule 403(FRE) |
| 3254 | Letter to Thomas Riddle from Roger Moseley re: Claim of Philip English for disability due to retaliation, 4/16/03, PE 00720 - PE 00721 - Phil English/Roger Moseley/Thomas Riddle | Hearsay/Relevance and Rule 403(FRE) |

| DEF. NO. | DESCRIPTION OF EXHIBITS* AND WITNESSES | OBJECTION |
|---|---|---|
| 3255 | Envelope from City and County of Honolulu to Roger Moseley, PE 00722 - - Phil English/Roger Moseley/Thomas Riddle | Hearsay/Relevance and Rule 403 (FRE) |
| 3256 | Letter to Thomas Riddle from Roger Moseley, 4/18/03, enclosing "Work Slips" , PE 00723 - PE 00725 - - Phil English/Roger Moseley/Thomas Riddle | Hearsay/Relevance and Rule 403 (FRE) |
| 3257 | PE 00726 - PE 00727, same as PE 00723-PE 00724 - Phil English. - Phil English/Roger Moseley/Thomas Riddle | Hearsay/Relevance and Rule 403 (FRE) |
| 3258 | Transmission Result Report, PE 00729. - Phil English/Roger Moseley/Thomas Riddle | Hearsay/Relevance and Rule 403 (FRE) |
| 3259 | Letter to Thomas Riddle from Roger Moseley, 4/25/03, advising that English will lose health insurance and be evicted, PE 00730 - PE 00731 - Phil English/Roger Moseley/Thomas Riddle | Hearsay/Relevance and Rule 403 (FRE) |
| 3260 | Letter to Roger Moseley from Thomas Riddle, 4/25/03, asking for English to complete enclosed Claim for Temporary Disability Benefits, PE 00728, PE  - Phil English/Roger Moseley/Thomas Riddle. 00733, PE 00734 - Phil English/Roger Moseley/Thomas Riddle | Hearsay/Relevance and Rule 403 (FRE) |
| 3261 | Letter of Transmittal to Thomas Riddle from Kathleen Chrismer, Asst. for Roger Moseley, 4/25/03, PE 00732  - Phil English/Roger Moseley/Thomas Riddle | Hearsay/Relevance and Rule 403 (FRE) |
| 3262 | Letter to Thomas Riddle from Roger Moseley, 4/28/03, "Further to our April 25, 2003 letter", PE 00736 - PE 00739 - Phil English/Roger Moseley/Thomas Riddle | Hearsay/Relevance and Rule 403 (FRE) |

| DEF. NO. | DESCRIPTION OF EXHIBITS* AND WITNESSES | OBJECTION |
|---|---|---|
| 3263 | Letter to Roger Moseley from Thomas Riddle, 4/29/03, responding to letter of April 28th, PE 00740 – PE 00741 – Phil English/Roger Moseley/Thomas Riddle | Hearsay/Relevance and Rule 403(FRE) |
| 3264 | Letter to Roger Moseley from Thomas Riddle, 4/30/03, advising that he has recovered the personal property of Mr. English, PE 00742 – Phil English/Roger Moseley/Thomas Riddle | Hearsay/Relevance and Rule 403(FRE) |
| 3265 | Letter to Roger Moseley from Thomas Riddle, 4/30/03, re: Philip English, PE 00743 – Phil English/Roger Moseley/Thomas Riddle | Hearsay/Relevance and Rule 403(FRE) |
| 3266 | Letter to Thomas Riddle from Roger Moseley, 4/30/03, re: claim and enclosing copy of "performance evaluation", PE 00744 – PE 00749 – Phil English/Roger Moseley/Thomas Riddle | Hearsay/Relevance and Rule 403(FRE) |
| 3267 | Fax Transmittal to "Nancy" from Roger Moseley, 4/30/03, enclosing documents "for Dr. Kennedy's info", PE 00751 – PE 00770 - Phil English – Phil English/Roger Moseley | Hearsay/Relevance and Rule 403(FRE) |
| 3268 | Fax Transmittal to "Nancy" from Roger Moseley, 4/30/03, enclosing "a few additional items which may help Dr. Kennedy", PE 00771 – PE 00783 - Phil English/Roger Moseley | Hearsay/Relevance and Rule 403(FRE) |
| 3269 | Fax Transmittal to "Nancy" from Roger Moseley, 4/30/03, enclosing "Phil English Performance Evaluation", PE 00784 – PE 00795 - Phil English/Roger Moseley | Hearsay/Relevance and Rule 403(FRE) |
| 3270 | PE 00796 – same as PE 00743. – Phil English/Roger Moseley/Thomas Riddle | Hearsay/Relevance and Rule 403(FRE) |

| DEF. NO. | DESCRIPTION OF EXHIBITS* AND WITNESSES | OBJECTION |
|---|---|---|
| 3271 | PE 00797 – envelope addressed to Roger Moseley from City and County of Honolulu – Phil English/Roger Moseley | Hearsay/Relevance and Rule 403(FRE) |
| 3272 | PE 00798 – copy of file folder "English, Philip E., Complaint to Ethics Commission" (same as PE 00754?) – Phil English/Roger Moseley | Hearsay/Relevance and Rule 403(FRE) |
| 3273 | Letter to Roger Moseley from Thomas Riddle, 5/1/03 re: Philip English, w/attached copy of envelope, PE 00799 – PE 00800 – Phil English/Roger Moseley/Thomas Riddle | Hearsay/Relevance and Rule 403(FRE) |
| 3274 | Letter to Thomas Riddle from Roger Moseley, 5/2/03, asking for copy of Dr. Kennedy's report, w/copy of Transmission Report, PE 00801 – PE 00802 - Phil English/Roger Moseley/Thomas Riddle | Hearsay/Relevance and Rule 403(FRE) |
| 3275 | Transmission Result Report, 5/2/03, Letter to Thomas Riddle from Roger Moseley about health insurance for Phil English, PE 00803 – PE 00804 - Phil English/Roger Moseley/Thomas Riddle | Hearsay/Relevance and Rule 403(FRE) |
| 3276 | Fax Transmittal to Tom Riddle from Roger Moseley, 5/2/03, handwritten, PE 00805 – PE 00806 – Phil English/Roger Moseley/Thomas Riddle | Hearsay/Relevance and Rule 403(FRE) |
| 3277 | May 2, 2003 fax back to Roger Moseley, w/handwritten note from Tom Riddle, PE 00807 - Phil English. – Phil English/Roger Moseley/Thomas Riddle | Hearsay/Relevance and Rule 403(FRE) |
| 3278 | Letter to Dr. Reneau Kennedy from Roger S. Moseley, 5/3/03, enclosed pages of standards from IAAO, PE 00808 – Philip English– Phil English/Roger Moseley | Hearsay/Relevance and Rule 403(FRE) |

| DEF. NO. | DESCRIPTION OF EXHIBITS* AND WITNESSES | OBJECTION |
|---|---|---|
| 3279 | Letter to Roger Moseley from Thomas Riddle, 5/5/03, request for records or reports obtained and plan to utilize in any legal proceeding PE 00809 – PE 00810, – Reneau Kennedy – Phil English/Roger Moseley/Thomas Riddle | Hearsay/Relevance and Rule 403(FRE) |
| 3280 | Letter of transmittal to Dr. Joan Koff from Roger Moseley, 5/8/03, copies of documents regarding events occurring at Mr. English's employment for information and files, PE 00811– Phil English/Roger Moseley/Joan Koff | Hearsay/Relevance and Rule 403(FRE) |
| 3281 | Delivery receipt from Roger Moseley to Suzanne Foumai, document for annual benefit reelection form – Philip English, 5/12/03, PE 00812 – Phil English/Roger Moseley | Hearsay/Relevance and Rule 403(FRE) |
| 3282 | Letter from Roger Moseley from Thomas Riddle, re:  Philip E. English Personal property, Fax Transmittal and delivery receipt, 5/15/03, PE 00813 – PE 00815 – Philip English– Phil English/Roger Moseley/Thomas Riddle | Hearsay/Relevance and Rule 403(FRE) |
| 3283 | Delivery receipt to Suzanne Foumai from Roger Moseley, document of EUTF enrollment/change form for active employees, 5/20/03, PE 00816– Phil English/Roger Moseley | Hearsay/Relevance and Rule 403(FRE) |
| 3284 | Fax of Philip English Acknowledgment List from State of Hawaii Department of Budget and Finance, 6/2/03, PE 00817– Phil English/Roger Moseley | Hearsay/Relevance and Rule 403(FRE) |
| 3285 | Letter to Suzanne Foumai from Roger Moseley, re:  Philip English – Benefit Election, 6/2/03, PE 00818 – PE 00820 – Phil English/Roger Moseley | Hearsay/Relevance and Rule 403(FRE) |

| DEF. NO. | DESCRIPTION OF EXHIBITS* AND WITNESSES | OBJECTION |
|---|---|---|
| 3286 | Letter to Michael Golojuch from Roger Moseley, re:  Philip English/City Real Property Tax assessment division, 6/9/03, PE 00821 - PE 00824 - Philip English- Phil English/Roger Moseley/Michael Golojuch | Hearsay/Relevance and Rule 403(FRE) |
| 3287 | Fax and letter to Dr. Reneau Kennedy from Roger Moseley, confirmation of information to assistant Gavin Takenaka, PE 00834 - PE 00836- Phil English/Roger Moseley/Thomas Riddle | Hearsay/Relevance and Rule 403(FRE) |
| 3288 | Email from Michael Golojuch to Roger Moseley, Philip is still a HGEA member and dues are collected, 6/13/03, PE 00837 - Phil English/Roger Moseley/Thomas Riddle | Hearsay/Relevance and Rule 403(FRE) |
| 3289 | Letter from Mason Young to Philip English, 7/15/03, notice of default on account no. 0832R001311 and Mooring permit No. O-4053, Ala Wai small boat harbor, PE 00839 - Phil English | Hearsay/Relevance and Rule 403(FRE) |
| 3290 | Letter from Joan Koff to Thomas Riddle, 7/24/06, determined date of injury is January 30, 2003, PE 00840 - PE 00842- Phil English/Roger Moseley/Thomas Riddle | Hearsay/Relevance and Rule 403(FRE) |
| 3291 | Fax and letter from Roger Moseley to Thomas Riddle, 8/11/03, request for "draft" report and comments to Dr. Kennedy, PE 00843 - PE 00846 - Phil English/Roger Moseley/Thomas Riddle | Hearsay/Relevance and Rule 403(FRE) |
| 3292 | PE 00847 - Correspondence/Notes #1 | No document |
| 3293 | PE 00859 - Address for Doris Nagano State of Hawaii Dept. Labor & Indust. Relations - Phil English/Roger Moseley/Paul Au | Hearsay/Relevance and Rule 403(FRE) |

| DEF. NO. | DESCRIPTION OF EXHIBITS* AND WITNESSES | OBJECTION |
|---|---|---|
| 3294 | Letter from Mason Young to Philip English, 8/19/03, notice of default on account no. 0832R001311 and Mooring permit No. O-4053, Ala Wai small boat harbor, PE 00880 – PE 00882 – Phil English | Hearsay/Relevance and Rule 403(FRE) |
| 3295 | Fax and Letter to Doris Nagano from Roger Moseley, 8/25/06, request to forward all documents and correspondence regarding Philip English workers' compensation claim, PE 00883 – PE 00885 – Phil English/Roger Moseley/Thomas Riddle | Hearsay/Relevance and Rule 403(FRE) |
| 3296 | Letter to Thomas Riddle from Roger Moseley, 8/28/03, request for personal records of Philip English to be produced and copied, PE 00886 – PE 00888 – Phil English/Roger Moseley/Thomas Riddle | Hearsay/Relevance and Rule 403(FRE) |
| 3297 | Letter to Thomas Riddle from Joan Koff, 8/28/06, clinical impressions on Philip English, PE 00889 – PE 00891 – Phil English/Roger Moseley/Thomas Riddle | Hearsay/Relevance and Rule 403(FRE) |
| 3298 | Fax to Joyce Leto from Roger Moseley, 9/15/03, Centurion Life Insurance – Phil English/Roger Moseley. Company doctor's statement 1172 initial claim form, PE 00892 – PE 00895 | Hearsay/Relevance and Rule 403(FRE) |
| 3299 | Fax and letter to Thomas Riddle from Roger Moseley, 9/16/03, follow up to letter of August 28, 2003, PE 00896 – PE 00899 – Phil English/Roger Moseley/Thomas Riddle | Hearsay/Relevance and Rule 403(FRE) |

| DEF. NO. | DESCRIPTION OF EXHIBITS* AND WITNESSES | OBJECTION |
|---|---|---|
| 3300 | Fax and letter to Thomas Riddle from Roger Moseley, 9/16/03, request for further information with respect to Dr. Kennedy's report dated July 30, 2003, PE 00900 – PE 00911 – Phil English/Roger Moseley/Paul Au/Thomas Riddle | Hearsay/Relevance and Rule 403(FRE) |
| 3301 | Fax and letter to Thomas Riddle from Roger Moseley, 10/2/03, settlement offer, PE 00912 – PE 00914 – Phil English/Roger Moseley/Paul Au/Thomas Riddle | Hearsay/Relevance and Rule 403(FRE) |
| 3302 | Fax and letter to disability compensation division hearings branch department of labor and industrial relations from Roger Moseley, 10/17/03, PE 00915 – PE 00916 – Phil English/Roger Moseley/Paul Au | Hearsay/Relevance and Rule 403(FRE) |
| 3303 | Letter to Roger Moseley from Paul Au, 11/7/03, city has agreed to voluntarily provide Mr. Philip English with weekly indemnity benefits effective October 1, 2003, PE 00917 – PE 00919 – Phil English/Roger Moseley/Paul Au | Hearsay/Relevance and Rule 408(FRE) |
| 3304 | Fax and letter to Roger Moseley from Paul Au, 11/12/03, terms and conditions for settlement, PE 00920 – PE 00927 – Phil English/Roger Moseley/Paul Au | Hearsay/Relevance and Rule 408(FRE) |
| 3305 | Notice of hearing to be held on 1/14/04 at 2:00 pm, PE 00928 – PE 00929 – Phil English/Roger Moseley/Paul Au | Hearsay/Relevance and Rule 408(FRE) |
| 3306 | Fax and letter to Paul Au from Roger Moseley, 11/17/03, offer to settle claim on following conditions, PE 00930 – PE 00941 – Phil English/Roger Moseley/Paul Au | Hearsay/Relevance and Rule 408(FRE) |

| DEF. NO. | DESCRIPTION OF EXHIBITS* AND WITNESSES | OBJECTION |
|---|---|---|
| 3307 | Fax and letter to Paul Au from Roger Moseley, 11/17/03, offer to settle claim on following conditions and Fax and letter to Thomas Riddle from Roger Moseley, 9/16/03, request for further information with respect to Dr. Kennedy's report dated July 30, 2003 and errors in the history portion of Dr. Kennedy's report dated July 30, 2003, PE 00942 – PE 00960 – Phil English/Roger Moseley/Paul Au | Hearsay/Relevance and Rule 403(FRE) |
| 3308 | Fax and letter to Paul Au from Roger Moseley, 11/20/03, request of city to immediately cease and desist in its denial of the compensability of Mr. English's injury, PE 00961 – PE 00967 – Phil English/Roger Moseley/Paul Au | Hearsay/Relevance and Rule 408(FRE) |
| 3309 | Letter of transmittal to Paul Au from Roger Moseley, copy of letter dated 11/17/03 with enclosures, PE 00968 – PE 00987 – Phil English/Roger Moseley/Paul Au | Hearsay/Relevance and Rule 403(FRE) |
| 3310 | PE 00988 – PE 00992:  copy of 293 – Phil English/Roger Moseley/Paul Au | Hearsay/Relevance and Rule 403(FRE) |
| 3311 | Amended notice of hearing to be held on 1/14/04 at 2:00 pm, PE 00993 – Phil English/Roger Moseley/Paul Au | Hearsay/Relevance and Rule 403(FRE) |
| 3312 | Letter to Roger Moseley from Paul Au, 12/9/03, response to letter dated November 17, 2003 – settlement offer, PE 00994 – PE 00998 | Hearsay/Relevance and Rule 408(FRE) |
| 3313 | Letter to Paul Au, 12/16/03, acceptance of 12/9/03 settlement offer upon two assumptions, PE 00999 – PE 01016 – Phil English/Roger Moseley/Paul Au | Hearsay/Relevance and Rule 408(FRE) |

| DEF. NO. | DESCRIPTION OF EXHIBITS* AND WITNESSES | OBJECTION |
|---|---|---|
| 3314 | Fax and letter to disability compensation division hearings branch department of labor and industrial relations from Roger Moseley, request for January 14, 2004 hearing be cancelled, 1/13/04, PE 01017 – PE 01021 – Phil English/Roger Moseley/Paul Au | Hearsay/Relevance and Rule 403(FRE) |
| 3315 | Fax and letter from Paul Au to Roger Moseley, 12/23/03, response to letter dated December 16, 2003, PE 01000 – PE 01005 – Phil English/Roger Moseley/Paul Au | Hearsay/Relevance and Rule 403(FRE) |
| 3316 | Letter of transmittal from Roger Moseley to Paul Au, 1/20/04, compromise, settlement and release agreement, PE 010174 – PE 010175 – Phil English/Roger Moseley/Paul Au | Hearsay/Relevance and Rule 403(FRE) |
| 3317 | Letter of transmittal from Roger Moseley to disability compensation division hearings branch dept. of labor and industrial relations, request for approval of attorney's fees, 01/22/04, PE 01076 – PE 01080 – Phil English/Roger Moseley | Hearsay/Relevance and Rule 403(FRE) |
| 3319 | Fax from Roger Moseley to Violet Lee, compromise, settlement and release agreement; approval and order from David Arakawa, 3/2/04, PE 01095 – PE 01106 – Phil English/Roger Moseley/Violet Lee | Hearsay/Relevance and Rule 408(FRE) |
| 3320 | Letter from Mark Fukuhara to Philip English, 3/11/04, continuation of coverage (COBRA) election form, EUTF Notice of COBRA qualifying event, dated 3/11/04, – Phil English and authorization signed by Philip English, PE 01107 – PE 01110 | Hearsay/Relevance and Rule 403(FRE) |

| DEF. NO. | DESCRIPTION OF EXHIBITS* AND WITNESSES | OBJECTION |
|---|---|---|
| 3321 | Letter of transmittal to Hawaii Employer-Union Health Benefits Trust Fund from Roger Moseley, continuation of coverage (COBRA) election form, EUTF notice of COBRA qualifying event, dated 3/11/04, and authorization signed by Philip English, PE 01111 - PE 01115 - Phil English/Roger Moseley/Thomas Riddle | Hearsay/Relevance and Rule 403(FRE) |
| 3322 | Fax from Cindy Consolidated service center to Kats, continuation of health plan coverage under COBRA, 4/29/04, PE 01116 - PE 01117 - Phil English | Hearsay/Relevance and Rule 403(FRE) |
| 3328 | Note for Phu to call Mike G., 2/26/03, PE 01544 - - Phil English | Hearsay/Relevance and Rule 403(FRE) |
| 3331 | Workplace violence checklist, 2/10/03 Julie Tamayori, PE 01547 - PE 01548 - Phil English/Julie Tamayori | Hearsay |
| 3332 | Billing from department of land and natural resources division of boating and ocean recreation to Philip English, 8/7/03, PE 01606 - PE 01607 - Phil English | Hearsay/Relevance and Rule 403(FRE) |
| 3358 | From Dennis, teleprocessing equipment request, 06/13/00, PE 01682 - Phil English/Ann Gima | Hearsay/Relevance and Rule 403(FRE) |
| 3363 | Copy of pleading labeled applications, PE 01692 - Phil English | No document |
| 3364 | HGEA-AFSCME, Kevin Mulligan, PE 01693 - Phil English/Kevin Mulligan | Hearsay/Relevance and Rule 403(FRE) |
| 3372 | July 2002 schedule for BOR groups, PE 01705 - Phil English/Ann Gima | Hearsay/Relevance and Rule 403(FRE) |
| 3373 | August 2002 schedule for BOR groups, PE 01706 - Phil English/Ann Gima | Hearsay/Relevance and Rule 403(FRE) |
| 3374 | September 2002 schedule for BOR groups, PE 01707 - Phil English/Ann Gima | Hearsay/Relevance and Rule 403(FRE) |

| DEF. NO. | DESCRIPTION OF EXHIBITS* AND WITNESSES | OBJECTION |
|---|---|---|
| 3375 | October 2002 schedule for BOR groups, PE 01708 – Phil English/Ann Gima | Hearsay/Relevance and Rule 403(FRE) |
| 3376 | November 2002 schedule for BOR groups, PE 01709 – Phil English/Ann Gima | Hearsay/Relevance and Rule 403(FRE) |
| 3377 | December 2002 schedule for BOR groups, PE 01710 – PE 01715 – Phil English/Ann Gima | Hearsay/Relevance and Rule 403(FRE) |
| 3378 | January 2002 schedule for BOR groups, PE 01716 – PE 01720 – Phil English/Ann Gima | Hearsay/Relevance and Rule 403(FRE) |
| 3379 | May 2002 schedule for BOR groups, PE 01721 – PE 01726 – Phil English/Ann Gima | Hearsay/Relevance and Rule 403(FRE) |
| 3380 | June 2002 schedule for BOR groups, PE 01727 – PE 01732 – Phil English/Ann Gima | Hearsay/Relevance and Rule 403(FRE) |
| 3384 | Note on conversation with Ann K., 02/05/03, PE 01739– Phil English | Hearsay/Relevance and Rule 403(FRE) |
| 3385 | Note on Ann's actions around the office, 02/05/03, PE 01740 – Phil English | Hearsay/Relevance and Rule 403(FRE) |
| 3386 | Message to Ann about 2002 values, 02/07/03, PE 01741 – PE 01745 – Phil English/Ann Gima | Hearsay/Relevance and Rule 403(FRE) |
| 3387 | Letter from Philip English to Nicole Gracia, 01/31/03, PE 01746 – Phil English | Hearsay/Relevance and Rule 403(FRE) |
| 3388 | Letter from Philip English to Carolyn Kepford, 01/31/03, PE 01747 – Phil English | Hearsay/Relevance and Rule 403(FRE) |
| 3392 | Chapter 2 classification of condominium, PE 01754 – PE 01759 | Hearsay/Relevance and Rule 403(FRE) |
| 3393 | Note on phone being tampered by Chris, 2/5/03, PE 01760 – Phil English/Chris Graff | Hearsay/Relevance and Rule 403(FRE) |
| 3394 | Note on call from Bob Magota, 2/5/03, PE 01761 – Phil English/Ann Gima/Robert Magota | Hearsay/Relevance and Rule 403(FRE) |
| 3395 | Note on call from Bob Magota, 2/5/03, PE 01761 – Phil English/Ann Gima/Robert Magota | Hearsay/Relevance and Rule 403(FRE) |

| DEF. NO. | DESCRIPTION OF EXHIBITS* AND WITNESSES | OBJECTION |
|---|---|---|
| 3398 | January 2003 schedule for BOR group, PE 01765 – Phil English/Ann Gima | Hearsay/Relevance and Rule 403(FRE) |
| 3399 | Note on Ann's review of two letters drafted to tax payers, 2/3/03, PE 01766 – Phil English/Ann Gima | Hearsay/Relevance and Rule 403(FRE) |
| 3400 | Email from Suzanne Foumai to Philip English, sick vacation leave paper, 12/17/02, PE 01767 – Phil English/Sue Foumai | Hearsay/Relevance and Rule 403(FRE) |
| 3401 | Email from Suzanne Foumai to Philip English, low sick leave, 1/22/03, PE 01768 | Hearsay/Relevance and Rule 403(FRE) |
| 3406 | December 2002 schedule for BOR group, PE 01774– Phil English/Ann Gima | Hearsay/Relevance and Rule 403(FRE) |
| 3407 | January 2003 schedule for BOR group, PE 01775 – Phil English/Ann Gima | Hearsay/Relevance and Rule 403(FRE) |
| 3408 | December 2002 schedule for BOR group, PE 01776 – Phil English/Ann Gima | Hearsay/Relevance and Rule 403(FRE) |
| 3432 | Note about cleaning up computers, 01/24/03, PE 01805 – Phil English | Hearsay/Relevance and Rule 403(FRE) |
| 3433 | Note about Ann reviewing two letter drafted to tax payers, 2/3/03, PE 01806 – Phil English | Hearsay/Relevance and Rule 403(FRE) |
| 3434 | Note about receiving a call from Bob Magota requesting to meet right away, 2/5/03, PE 01807 – Phil English/Bob Magota | Hearsay/Relevance and Rule 403(FRE) |
| 3435 | Note about phone being tampered, 2/5/03, PE 01808 – Phil English | Hearsay/Relevance and Rule 403(FRE) |
| 3436 | Note about Ann's behavior in office, 2/5/03, PE 01809 – Phil English | Hearsay/Relevance and Rule 403(FRE) |
| 3437 | Note about conversation with Ann K., 2/5/03, PE 01810 – Phil English | Hearsay/Relevance and Rule 403(FRE) |
| 3438 | Note about conversation with Kevin Mulligan, 2/6/03, PE 01811 – Phil English | Hearsay/Relevance and Rule 403(FRE) |

| DEF. NO. | DESCRIPTION OF EXHIBITS* AND WITNESSES | OBJECTION |
|---|---|---|
| 3439 | Note about conversation with Michelle Muroaka, 2/6/03, PE 01812 – Phil English | Hearsay/Relevance and Rule 403(FRE) |
| 3440 | Note about conversation with Ann Gima on work on Waikiki Shore issues, 2/6/03, PE 01813 – Phil English | Hearsay/Relevance and Rule 403(FRE) |
| 3441 | Note on mysterious phone calls and when Chris and Ann G. came back, 2/6/03, PE 01814 – Phil English | Hearsay/Relevance and Rule 403(FRE) |
| 3442 | Note on calling Kevin Mulligan about meeting, 2/7/03, PE 01815 – Phil English | Hearsay/Relevance and Rule 403(FRE) |
| 3443 | Note about Ann speaking with Julie and Linda, 2/7/03, PE 01816 – Phil English | Hearsay/Relevance and Rule 403(FRE) |
| 3444 | Note about running into Lee A., 2/7/03, PE 01817 – Phil English | Hearsay/Relevance and Rule 403(FRE) |
| 3445 | Note about inquiry on Chris, 2/7/03, PE 01818 – Phil English | Hearsay/Relevance and Rule 403(FRE) |
| 3446 | Note about conversation with Ann regarding revised letters, 2/7/03, PE 01819 | Hearsay/Relevance and Rule 403(FRE) |
| 3447 | Message to Ann about 2002 values, 2/7/03, PE 01820 – Phil English/Ann Gima | Hearsay/Relevance and Rule 403(FRE) |
| 3448 | Note about feeling pressure from management, 2/7/03,  PE 01821 – Phil English | Hearsay/Relevance and Rule 403(FRE) |
| 3449 | Note about complaint filed by Ann Slocum Main, 2/10/03, PE 01822 – Phil English | Hearsay/Relevance and Rule 403(FRE) |
| 3450 | Note about meeting with Ann G., Bob M., and Kevin M., 2/10/03, PE 01823 – PE 01830 – Phil English | Hearsay/Relevance and Rule 403(FRE) |
| 3451 | Note about feeling with other employees, 2/10/03, PE 01831– Phil English | Hearsay/Relevance and Rule 403(FRE) |
| 3452 | Message to Bob Magota from Philip English regarding employment action against English, 2/5/03, PE 01832 – Phil English/Robert Magota | Hearsay/Relevance and Rule 403(FRE) |

| DEF. NO. | DESCRIPTION OF EXHIBITS* AND WITNESSES | OBJECTION |
|---|---|---|
| 3453 | Note about Chris and Lee A. action, 2/10/03, PE 01833 – Phil English | Hearsay/Relevance and Rule 403(FRE) |
| 3454 | Note about lunch with Wilfred Martin, 2/10/03, PE 01834 – PE 01835 – Phil English/Wilfred Martin | Hearsay/Relevance and Rule 403(FRE) |
| 3455 | Note about Ann' request to review fee simple assessments for adjacent buildings, 2/11/03, PE 01836 – PE 01837 – Phil English/Ann Gima | Hearsay/Relevance and Rule 403(FRE) |
| 3456 | Note about Christine Kurashige's behavior, 2/11/03, PE 01838 – Phil English | Hearsay/Relevance and Rule 403(FRE) |
| 3457 | Note about conversation with Michelle Muraoka, 2/11/03, PE 01839 – Phil English | Hearsay/Relevance and Rule 403(FRE) |
| 3458 | Note about group's behavior, 2/11/03, PE 01840 – Phil English | Hearsay/Relevance and Rule 403(FRE) |
| 3459 | Handwritten notes, discussion with Ms. Mulligan, 2/10/03, PE 01841 – PE 01843 – Phil English | Hearsay/Relevance and Rule 403(FRE) |
| 3460 | Honolulu Advertiser, 01/11/03, Property values under fire again and Property:  Council seeks reasons, PE 01856 – Phil English/Roger Moseley | Hearsay/Relevance and Rule 403(FRE) |
| 3462 | Chapter 8 real property tax, 01/17/02, PE 01868 – PE 01923 – Phil English/Ann Gima/Robert Magota | Hearsay/Relevance and Rule 403(FRE) |
| 3472 | Letter from Roger Moseley to Thomas Riddle, annual performance evaluation by Ann Gima and Robert Magota, 4/30/03, PE 01935 – PE 01938 – Roger Moseley/Thomas Riddle/Ann Gima/Robert Magota | Hearsay/Relevance and Rule 403(FRE) |
| 3473 | Report of industrial injury or illness, 2/8/03, PE 01940 – Phil English/Thomas Riddle | Hearsay/Relevance and Rule 403(FRE) |
| 3476 | Letter from Joan Koff to Thomas Riddle, injury date January 30, 2003, 7/24/04, PE 01945 – PE 01946 – Joan Koff/Thomas Riddle | Hearsay |

| DEF. NO. | DESCRIPTION OF EXHIBITS* AND WITNESSES | OBJECTION |
|---|---|---|
| 3477 | Letter from Joan Koff to Thomas Riddle, clinical impressions on evaluation, 08/28/03, PE 01947 – PE 01948 – Joan Koff/Thomas Riddle | Hearsay |
| 3480 | IAAC note, PE 01951 – Phil English | Hearsay/Relevance and Rule 403 (FRE) |
| 3481 | International association of assessing officers membership application, PE 01952 – PE 01953 – Phil English | Hearsay/Relevance and Rule 403 (FRE) |
| 3482 | Letter from Kaye Roper to IAAO course/workshop participants, 7/7/00, re:  examination report format, PE 01954 – PE 01955 – Phil English | Hearsay/Relevance and Rule 403 (FRE) |
| 3483 | Letter from Mike Goggin to Philip English, invitation to IAAO, PE 01956 – Phil English | Hearsay/Relevance and Rule 403 (FRE) |
| 3484 | Copy of membership card to IAAO, PE 01957 – Phil English | Hearsay/Relevance and Rule 403 (FRE) |
| 3485 | Membership letter to Philip English from David Wheelock, 8/26/02, PE 01958 – Phil English | Hearsay/Relevance and Rule 403 (FRE) |
| 3486 | Certificate of membership IAAO, PE 01959– Phil English | Hearsay/Relevance and Rule 403 (FRE) |
| 3487 | Certificate of completion IAAO, 6/30/00, PE 01960– Phil English | Hearsay/Relevance and Rule 403 (FRE) |
| 3488 | Certificate of completion IAAO, 7/14/00, PE 01961 – Phil English | Hearsay/Relevance and Rule 403 (FRE) |
| 3489 | Certificate of completion IAAO, 12/13/01, PE 01962 – Phil English | Hearsay/Relevance and Rule 403 (FRE) |
| 3490 | Certificate of attendance IAAO, 6/26/01-6/28/01, PE 01963 – Phil English | Hearsay/Relevance and Rule 403 (FRE) |
| 3491 | Letter to IAAO students from Tamara Mitchell-Armand, education processing coordinator, re:  IAAO examination results, 1/14/02, PE 01964 – Phil English | Hearsay/Relevance and Rule 403 (FRE) |

| DEF. NO. | DESCRIPTION OF EXHIBITS* AND WITNESSES | OBJECTION |
|---|---|---|
| 3492 | Letter from Roy Amemiya, Jr., Dept. of Budget and Fiscal Services to Philip English, dated 4/28/99 re qualifying for real property assessment administrator position; PE 01965 – Phil English | Hearsay/Relevance and Rule 403(FRE) |
| 3493 | Letter from Roy Amemiya, Jr., Dept. of Budget and Fiscal Services to Philip English, dated 5/14/99 re continue to apply for city positions; PE 01966 – Phil English | Hearsay/Relevance and Rule 403(FRE) |
| 3497 | Letter from Roy Amemiya, Jr., Dept. of Budget and Fiscal Services to Philip English, dated 12/20/99, re you didn't get the job; PE 01970 – Phil English | Hearsay/Relevance and Rule 403(FRE) |
| 3498 | Employment Opportunity listings for Real Property Appraiser II, III and IV; PE 01971 – PE 01974 – Phil English | Hearsay/Relevance and Rule 403(FRE) |
| 3501 | Letter from Suzanne Foumai, Secretary, Real Property Assessment Division to Philip English, dated 3/17/00, re interview for Real Property Appraiser II; PE 01982 – Phil English | Hearsay/Relevance and Rule 403(FRE) |
| 3502 | Letter from Suzanne Foumai, Secretary, Real Property Assessment Division to Philip English, dated 3/24/00, confirming interview for Real Property Appraiser II; PE 01983 – Phil English | Hearsay/Relevance and Rule 403(FRE) |
| 3509 | Philip English certificates of completion; PE 02002 – PE 02006 – Philip English | Hearsay/Relevance and Rule 403(FRE) |
| 3510 | Uniform Request for Recertification Credit  re Philip English, dated 7/5/00; PE 02007 – Philip English | Hearsay/Relevance and Rule 403(FRE) |
| 3511 | Philip English certificates of completion; PE 02008 – PE02011 – Philip English | Hearsay/Relevance and Rule 403(FRE) |

| DEF. NO. | DESCRIPTION OF EXHIBITS* AND WITNESSES | OBJECTION |
|---|---|---|
| 3514 | Employee Performance Appraisal, blank form; PE 02045 - PE 02052 - Ann Gima/Robert Magota | Hearsay/Relevance and Rule 403(FRE) |
| 3518 | Ethics Complaint signed by Roger Moseley and Philip English, dated January 22, 2003 - Philip English/Roger Moseley | Hearsay/Relevance and Rule 403(FRE) |
| 3519 | Average Salary list, PE 01120 - Phil English/Ann Gima/Robert Magota | Hearsay/Relevance and Rule 403(FRE) |
| 3529 | Notification of Personnel Action (Leave of Absence Without Pay), Philip E. English, 6/2/03, PE 01139 - Phil English | Hearsay/Relevance and Rule 403(FRE) |
| 3530 | Notification of Personnel Action (Leave of Absence Without Pay), Philip E. English, 5/8/03, PE 01140 - Phil English | Hearsay/Relevance and Rule 403(FRE) |
| 3533 | PE 01144, same as above | No document |
| 3559 | PE 01187, same as above | No document |
| 3560 | Letter to Thomas Riddle from Roger Moseley, 9/16/03, re Philip E. English, Workers Comp. Case, w/attachments, PE 01386 - PE 01395 - Phil English/Roger Moseley//Thomas Riddle | Hearsay/Relevance and Rule 403(FRE) |
| 3561 | Letter to Thomas Riddle from Joan H. Koff, Licensed Psychologist, Kaiser Permanente, 8/28/03, PE 01396 - PE 01397 - Phil English | Hearsay/Relevance and Rule 403(FRE) |
| 3562 | Letter to Thomas Riddle from Joan H. Koff, Licensed Psychologist, Kaiser Permanente, 7/24/03, PE 01398 - PE 01399 - Phil English/Roger Moseley/Thomas Riddle | Hearsay/Relevance and Rule 403(FRE) |
| 3563 | HGEA-AFSCME, Grievance Procedure Flow Chart, PE 01400 - Phil English/Waylon Toma/Dwight Ishiguro | Hearsay/Relevance and Rule 403(FRE) |
| 3564 | Handwritten notes on Renaissance Ilikai Waikiki Hotel stationery, 9/16/02, PE 02498 - PE 02500 - Phil English | Hearsay/Relevance and Rule 403(FRE) |

| DEF. NO. | DESCRIPTION OF EXHIBITS* AND WITNESSES | OBJECTION |
|---|---|---|
| 3565 | Federal Medication and Conciliation Service (FMCS) brochure "Problem Solving in the Workplace", PE 02502 – PE 02509 – Phil English | Hearsay/Relevance and Rule 403(FRE) |
| 3566 | Handwritten noted on Unit 9 & 13 Stewards' Training notepaper, PE 02510 – PE 02513 – Phil English/Dwight Ishiguro/Waylon Toma | Hearsay/Relevance and Rule 403(FRE) |
| 3567 | Agenda:  The Stewards Role in Changing Times, Bargaining Units 9 and 13 Stewards Joint Labor Management Training, 9/16/02, PE 02514 – Phil English/Dwight Ishiguro/Waylon Toma | Hearsay/Relevance and Rule 403(FRE) |
| 3568 | "So You Wanna Be A Shop Steward?", PE 02515 – Phil English/Dwight Ishiguro/Waylon Toma | Hearsay/Relevance and Rule 403(FRE) |
| 3569 | Letter to Bargaining Unit 09 or 13 Steward from Waylen Toma, Business Agent, 9/9/02, re: Bargaining Unit 09 and 13 Stewards Training, PE 02516 – Phil English/Waylon Toma | Hearsay/Relevance and Rule 403(FRE) |
| 3570 | PE 02517, same as PE 02514 | Hearsay/Relevance and Rule 403(FRE) |
| 3571 | "Scenario", PE 02518  – PE 02519 – Phil English | Hearsay/Relevance and Rule 403(FRE) |
| 3572 | "What you should have done", PE 02520 – Phil English | Hearsay/Relevance and Rule 403(FRE) |
| 3573 | "What you should have discovered", PE 02521 – PE 02522 – Phil English | Hearsay/Relevance and Rule 403(FRE) |
| 3574 | "The case", PE 02523 – Phil English | Hearsay/Relevance and Rule 403(FRE) |
| 3575 | Handwritten notes on Renaissance Ilikai Waikiki Hotel stationery, PE 02524 – Phil English | Hearsay/Relevance and Rule 403(FRE) |
| 3587 | Election of Compensation for Industrial Injury, City and County of Honolulu, Philip English, 1/6/04, PE 02752 – Phil English | Hearsay/Relevance and Rule 403(FRE) |

| DEF. NO. | DESCRIPTION OF EXHIBITS* AND WITNESSES | OBJECTION |
|---|---|---|
| 3588 | Employee Deduction Report, City and County of Honolulu, 1/12/04, Philip English, PE 02753 – Phil English | Hearsay/Relevance and Rule 403(FRE) |
| 3590 | Election of Compensation for Industrial Injury, Philip English, 12/2/03, PE 02755 – Phil English | Hearsay/Relevance and Rule 403(FRE) |
| 3602 | Election of Compensation for Industrial Injury re Philip English, dated 11/17/03; PE 02767 – Phil English/Roger Moseley//Thomas Riddle | Hearsay/Relevance and Rule 403(FRE) |
| 3603 | City and County of Honolulu payroll employee deduction report re Philip English, payroll ending 10/15/03; PE 02768 | Hearsay/Relevance and Rule 403(FRE) |
| 3605 | Certified mail envelope from City to Philip English, stamped 10/15/03; PE 02774 | Hearsay/Relevance and Rule 403(FRE) |
| 3609 | Election of Compensation for Industrial Injury re Philip English, dated 10/23/03; PE 02778 – Phil English/Roger Moseley//Thomas Riddle | Hearsay/Relevance and Rule 403(FRE) |
| 3610 | City and County of Honolulu payroll employee deduction report re Philip English, payroll ending 10/31/03; PE 02779 – Phil English/Ann Gima/Robert Magota | Hearsay/Relevance and Rule 403(FRE) |
| 3611 | Philip English Worker's Comp pay stub, dated 10/31/03; PE 02780 | Hearsay/Relevance and Rule 403(FRE) |
| 3612 | Blank page stamped 0066108; PE 02781 | Hearsay/Relevance and Rule 403(FRE) |
| 3613 | Hawaii Employer-Union Health Benefits Trust Fund confirmation notice re Philip English benefit plan enrollments, dated 8/28/03; PE 02782 – Phil English/Roger Moseley//Thomas Riddle | Hearsay/Relevance and Rule 403(FRE) |
| 3618 | Handwritten notes, dated 10/6/03, re dues waived; PE 02787 | Hearsay/Relevance and Rule 403(FRE) |

| DEF. NO. | DESCRIPTION OF EXHIBITS* AND WITNESSES | OBJECTION |
|---|---|---|
| 3626 | Letter from Dept. of Labor and Industrial Relations, Disability Compensation Division re Philip English, dated 7/3/03, extension approved to 8/1/03; PE 02795 – Phil English/Roger Moseley/Thomas Riddle | Hearsay/Relevance and Rule 403(FRE) |
| 3627 | Letter from Dept. of Budget & Fiscal Services to Philip English, dated 6/26/03 re Hawaii Employer – Union Health Benefits confirmation notice; PE 02796 – Phil English/Roger Moseley/Thomas Riddle | Hearsay/Relevance and Rule 403(FRE) |
| 3649 | Notes "Other Dups Not Corrected"; CC 000314 – Ann Gima/Philip English | Hearsay/Relevance and Rule 403(FRE) |
| 3699 | Letter from Philip English to Carolyn Kepford explaining increase in assessed value; CC 000444 – Ann Gima/Philip English | Hearsay/Relevance and Rule 403(FRE) |
| 3700 | Letter from Carolyn Kepford; CC 000445 – Ann Gima/Philip English | Hearsay/Relevance and Rule 403(FRE) |
| 3707 | Letter from Paul Au to Roger Moseley discussing Phil English's Workers' Compensation Claim; CC 000933 – CC 000934 – Paul Au/Roger Mosley | Hearsay/Relevance and Rule 403(FRE) |
| 3708 | Letter from Roger Moseley to DCD requesting continuance of hearing on hearing for WC claim; CC 000935 – Roger Mosley | Hearsay/Relevance and Rule 403(FRE) |
| 3710 | Request for cancellation of WC hearing dated January 13, 2004 by Roger Moseley; CC 000963 – Roger Moseley | Hearsay/Relevance and Rule 403(FRE) |
| 3711 | Letter from Paul Au to Roger Moseley to dated December 23, 2003; CC 000964 – CC 000965 – Roger Moseley/Paul Au | Hearsay/Relevance and Rule 403(FRE) |
| 3712 | Letter from Roger Mosley to Paul Au dated December 16, 2003, signed by Philip English; CC 000966 – Philip English/Roger Moseley | Hearsay/Relevance and Rule 403(FRE) |

| DEF. NO. | DESCRIPTION OF EXHIBITS* AND WITNESSES | OBJECTION |
|---|---|---|
| 3713 | Letter from Roger Moseley to Paul Au dated November 17, 2003, CC 000967 – CC 000971 – Roger Mosley/Philip English | Hearsay/Relevance and Rule 403 (FRE) |
| 3714 | Letter from Roger Moseley to Dr. Kennedy, date April 19, 2003; CC 000972 – CC 000973; Roger Moseley | Hearsay/Relevance and Rule 403 (FRE) |
| 3723 | Information on boat listings; CD 000354 – CD 000356; Phil English | Hearsay/Relevance and Rule 403 (FRE) |
| 3727 | Affidavit of Christopher Graff (unsigned) dated August 20, 2002; CD 000412; Chris Graff/Philip English | Hearsay/Relevance and Rule 403 (FRE) |
| 3728 | Letter to IRS by Phil English (undated); CD 000417; Phil English | Hearsay/Relevance and Rule 403 (FRE) |

DATED: Honolulu, Hawaii, ___SEP 19 2006_____.


_____
JAMES KAWASHIMA
RANDALL Y. YAMAMOTO
BRIAN Y. HIYANE
CARTER K. SIU
Attorneys for Defendants
CITY AND COUNTY OF HONOLULU,
GARY T. KUROKAWA,
ROBERT O. MAGOTA, and
ANN C. GIMA

30

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH, | ) CIVIL NO. CV04-00108 KSC |
| | ) |
| Plaintiff, | ) **CERTIFICATE OF SERVICE** |
| | ) |
| vs. | ) |
| | ) |
| CITY AND COUNTY OF HONOLULU; | ) |
| GARY T. KUROKAWA; ROBERT O. | ) |
| MAGOTA; ANN C. GIMA; and GK | ) |
| APPRAISALS, INC.; JOHN DOES | ) |
| 1-10; JANE DOES 1-10; DOE | ) |
| PARTNERSHIPS; DOE CORPORATIONS | ) |
| 1-10; AND DOE ENTITIES 1-10, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was duly served by means of hand-delivering to the following named attorneys at their last known addresses on

_____:

ROGER S. MOSELEY, ESQ.
Moseley Biehl Tsugawa Lau & Muzzi
Alakea Corporate Tower
1100 Alakea Street, 23rd Floor
Honolulu, Hawaii 96813

Attorney for Plaintiff
PHILIP E. ENGLISH

KEVIN P.H. SUMIDA, ESQ.
ANTHONY L. WONG, ESQ.
735 Bishop Street; Suite 411
Honolulu, Hawaii 96813

Attorneys for Defendant
GK APPRAISALS, INC.


DATED: Honolulu, Hawaii, September 19, 2006


_____
JAMES KAWASHIMA
RANDALL Y. YAMAMOTO
MICHAEL A. LORUSSO
BRIAN Y. HIYANE
CARTER K. SIU
Attorneys for Defendants
CITY AND COUNTY OF HONOLULU,
GARY T. KUROKAWA,
ROBERT O. MAGOTA, and
ANN C. GIMA

2