MOSELEY BIEHL TSUGAWA LAU & MUZZI
a Hawaii limited liability law company

| | |
|---|---|
| ROGER S. MOSELEY | 2060 |
| TEDSON H. KOJA | 4793 |
| CHRISTOPHER J. MUZZI | 6939 |
| RENEE M. FURUTA | 7593 |

Alakea Corporate Tower
1100 Alakea St., 23rd Floor
Honolulu, Hawaii 96813
Telephone: (808) 531-0490
Facsimile: (808) 534-0202
Email:  rmoseley@hilaw.us
        tkoja@hilaw.us
        cmuzzi@hilaw.us
        rfuruta@hilaw.us

Attorneys for Plaintiff
PHILIP E. ENGLISH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>          Plaintiff,<br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1–10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>          Defendants. | Civil No. 04-00108 KCS/KSC<br><br>CERTIFICATE OF SERVICE<br><br>(re: Order Granting Plaintiff Philip E. English's Motion to Compel Further Deposition of Gary T. Kurokawa) |

10010\3\57936

## CERTIFICATE OF SERVICE

The undersigned herby certifies that a true and correct copy of the ORDER GRANTING PLAINTIFF PHILIP E. ENGLISH'S MOTION TO COMPEL FURTHER DEPOSITION OF GARY T. KUROKAWA, filed herein on September 21, 2006, was duly served upon the party listed below at their respective addresses by way of hand-delivery, on the date stated below:

    MICHAEL A. LORUSSO, ESQ.
    Kawashima Lorusso & Tom, LLP
    Fort Street Tower
    745 Fort Street, 5th Floor
    Honolulu, Hawaii  96813
        Attorneys for Defendants
        City & County of Honolulu,
        Gary T. Kurokawa, Robert O. Magota,
        and Ann C. Gima

    KEVIN P. H. SUMIDA, ESQ.
    ANTHONY L. WONG, ESQ.
    Dillingham Transportation Building
    735 Bishop St., Suite 411
    Honolulu, Hawaii  96813
        Attorneys for Defendant
        GK APPRAISALS, INC.

DATED:  Honolulu, Hawaii, September 21, 2006.

                /s/ Roger S. Moseley
                ROGER S. MOSELEY
                CHRISTOPHER J. MUZZI
                TEDSON H. KOJA
                RENEE M. FURUTA
                Attorneys for Plaintiff
                PHILIP E. ENGLISH