**ORIGINAL**

MOSELEY BIEHL TSUGAWA LAU & MUZZI
a Hawaii limited liability law company
ROGER S. MOSELEY          2060
CHRISTOPHER J. MUZZI      6939
RENEE M. FURUTA           7593
Alakea Corporate Tower
1100 Alakea Street, 23rd Floor
Honolulu, Hawaii 96813
Telephone: (808) 531-0490
Facsimile:  (808) 523-1888
Email:  rmoseley@hilaw.us
        cmuzzi@hilaw.us
        rfuruta@hilaw.us

Attorneys for Plaintiff
PHILIP E. ENGLISH

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 2 1 2006

at 8 o'clock and 30 min. A M
SUE BEITIA, CLERK

LODGED

SEP 1 8 2006

CLERK, U. S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>            Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1–10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>            Defendants. | Civil No.  04-00108 KSC/KSC<br><br>ORDER GRANTING PLAINTIFF PHILIP E. ENGLISH'S MOTION TO COMPEL FURTHER DEPOSITION OF GARY T. KUROKAWA<br><br>Hearing<br>Date:   September 13, 2006<br>Time:   11:00 a.m.<br>Judge:  Honorable Kevin S.C. Chang<br><br>Trial<br>Date:   October 3, 2006<br>Time:   9:00 a.m.<br>Judge: Honorable Kevin S.C Chang |

## ORDER GRANTING PLAINTIFF PHILIP E. ENGLISH'S MOTION TO COMPEL FURTHER DEPOSITION OF GARY T. KUROKAWA

Plaintiff Philip E. English's (hereinafter "Plaintiff English") Motion to Compel Further Deposition of Gary T. Kurokawa filed on September 11, 2006 came on for hearing before the Honorable Kevin S.C. Chang on September 13, 2006. Defendants City and County of Honolulu, Gary T. Kurokawa, Robert O. Magota and Ann C. Gima (hereinafter "Defendants City") represented by their attorney, Randall Yamamoto, Defendant GK Appraisals, Inc. (hereinafter "Defendant GK") represented by its attorney Anthony Wong.

Defendants City filed their Memorandum in Opposition to Plaintiff English's Motion to Compel Further Deposition of Gary T. Kurokawa on September 11, 2006 and Plaintiff English filing a Reply Memorandum to Defendants City's Memorandum in Opposition to Plaintiff English's Motion to Compel Further Deposition of Gary T. Kurokawa on September 12, 2006.

Upon hearing arguments by counsel and the Court having reviewed and read the memoranda and pleadings submitted herewith, and the record herein, and being fully apprised in the circumstances;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that based upon the record before the Court, Plaintiff's Motion to compel Further Deposition of Gary T. Kurokawa is granted.

10010\3\57836

2

ORDER GRANTING PLAINTIFF PHILIP E. ENGLISH'S MOTION TO COMPEL FURTHER DEPOSITION OF GARY T. KUROKAWA; ENGLISH V. CITY AND COUNTY OF HONOLULU ET AL.; CIVIL NO. 1-04-00108

Over the objection of Defendant Kurokawa, the Court will allow further deposition of Gary Kurokawa to last no longer than 30 minutes and shall occur on a date and time agreeable by counsel but no later than September 20, 2006.

Further, the scope of further deposition of Gary Kurokawa shall be limited to (a) questions relating to what Gary Kurokawa said to the Ethics Commission and the documents or other things Gary Kurokawa transmitted to the Ethics Commission; and (b) questions relating to what the Ethics Commission said to Gary Kurokawa and the documents or other things the Ethics Commission transmitted to Gary Kurokawa.

Thereafter, no further deposition to occur.

Dated: Honolulu, Hawaii    SEP 2 1 2006

_____
KEVIN S.C. CHANG
Judge of the above-entitled Court


APPROVED AS TO FORM:

_____
Randall Yamamoto
Attorney for Defendants
City and County of Honolulu,
Gary T. Kurokawa, Ann C. Gima and
Robert O. Magota

10010\3\57836                                       3

ORDER GRANTING PLAINTIFF PHILIP E. ENGLISH'S MOTION TO COMPEL FURTHER DEPOSITION OF GARY T. KUROKAWA;
ENGLISH V. CITY AND COUNTY OF HONOLULU ET AL.; CIVIL NO. 1-04-00108

_____
Anthony Wong
Attorney for Defendant
GK Appraisals, Inc.

10010\3\57836                         4

ORDER GRANTING PLAINTIFF PHILIP E. ENGLISH'S MOTION TO COMPEL FURTHER DEPOSITION OF GARY T. KUROKAWA;
ENGLISH V. CITY AND COUNTY OF HONOLULU ET AL.; CIVIL NO. 1-04-00108