00002430.WPD

KAWASHIMA LORUSSO & TOM LLP

JAMES KAWASHIMA        #1145-0
RANDALL Y. YAMAMOTO #3274-0
BRIAN Y. HIYANE        #6045-0
CARTER K. SIU          #7313-0
Topa Financial Center
Fort Street Tower
745 Fort Street, Suite 500
Honolulu, Hawaii 96813
Telephone:      (808)275-0325
Facsimile:      (808)275-0399
Email Address: ryamamoto@kltlaw.com

Attorneys for Defendants
CITY AND COUNTY OF HONOLULU,
GARY T. KUROKAWA, ROBERT O. MAGOTA,
and ANN C. GIMA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT STATE OF HAWAII

| | | |
|---|---|---|
| PHILIP E. ENGLISH, | ) | CIVIL NO. CV04-00108 KSC |
| | ) | |
| Plaintiff, | ) | **NOTICE OF HEARING MOTION;** |
| | ) | **DEFENDANTS CITY AND COUNTY OF** |
| vs. | ) | **HONOLULU, GARY T. KUROKAWA,** |
| | ) | **ROBERT O. MAGOTA, and ANN C.** |
| CITY AND COUNTY OF HONOLULU; | ) | **GIMA'S MOTION IN LIMINE NO. 9 TO** |
| GARY T. KUROKAWA; ROBERT O. | ) | **PRECLUDE THE TESTIMONY OF HOWARD** |
| MAGOTA; ANN C. GIMA; and GK | ) | **TOM SUN AND SUSAN SIU;** |
| APPRAISALS, INC.; JOHN DOES | ) | **MEMORANDUM IN SUPPORT OF MOTION;** |
| 1-10; JANE DOES 1-10; DOE | ) | **CERTIFICATE OF SERVICE** |
| PARTNERSHIPS; DOE | ) | |
| CORPORATIONS 1-10; AND DOE | ) | |
| ENTITIES 1-10, | ) | |
| | ) | |
| Defendants. | ) | **HEARING:** |
| | ) | |
| | ) | DATE:  September 28, 2006 |
| | ) | |
| | ) | TIME:  10:00 a.m. |
| | ) | |
| | ) | JUDGE: Hon. Kevin S.C. Chang |
| | ) | |
| | ) | Trial Date: October 3, 2006 |
| | ) | |

## NOTICE OF HEARING MOTION

To:      ROGER S. MOSELEY, ESQ.
Alakea Corporate Tower
1100 Alakea Street, 23rd Floor
Honolulu, Hawaii 96813
Attorney for Plaintiff
PHILIP E. ENGLISH

KEVIN P.H. SUMIDA, ESQ.
ANTHONY L. WONG, ESQ.
735 Bishop Street; Suite 411
Honolulu, Hawaii 96813
Attorneys for Defendant
GK APPRAISALS, INC.

NOTICE IS HEREBY GIVEN that **DEFENDANTS CITY AND COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA, and ANN C. GIMA'S MOTION IN LIMINE NO. 9 TO PRECLUDE THE TESTIMONY OF HOWARD TOM SUN AND SUSAN SIU** shall come on for hearing before the Honorable Kevin S.C. Chang, Judge of the above-entitled Court, in his courtroom, Prince Kuhio Federal Building, 300 Ala Moana Boulevard, at 10:00 a.m. on September 28, 2006, or as soon thereafter as counsel may be heard.

DATED: Honolulu, Hawaii, September 21, 2006

JAMES KAWASHIMA
RANDALL Y. YAMAMOTO
BRIAN Y. HIYANE
CARTER K. SIU
Attorneys for Defendants
CITY AND COUNTY OF HONOLULU,
GARY T. KUROKAWA,
ROBERT O. MAGOTA, and
ANN C. GIMA

- 2 -