IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT STATE OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CITY AND COUNTY OF HONOLULU; ) <br> GARY T. KUROKAWA; ROBERT O. ) <br> MAGOTA; ANN C. GIMA; and GK ) <br> APPRAISALS, INC.; JOHN DOES ) <br> 1-10; JANE DOES 1-10; DOE ) <br> PARTNERSHIPS; DOE ) <br> CORPORATIONS 1-10; AND DOE ) <br> ENTITIES 1-10, ) <br> ) <br> Defendants. ) <br> ) <br> _____) | CIVIL NO. CV04-00108 KSC <br><br> **DEFENDANTS CITY AND COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA, and ANN C. GIMA'S MOTION IN LIMINE NO. 9 TO PRECLUDE THE TESTIMONY OF HOWARD TOM SUN AND SUSAN SIU** |

**DEFENDANTS CITY AND COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA, and ANN C. GIMA'S MOTION IN LIMINE NO. 9 TO PRECLUDE THE TESTIMONY OF HOWARD TOM SUN AND SUSAN SIU**

COME NOW Defendants CITY AND COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA, and ANN C. GIMA, (collectively referred to herein as "CITY Defendants"), by and through their counsel, KAWASHIMA LORUSSO & TOM LLP, and hereby move this Honorable Court, <u>in limine</u>, for an Order precluding Plaintiff PHILIP E. ENGLISH ("PLAINTIFF") from calling HOWARD TOM SUN and SUSAN SIU as witnesses to testify about a Citywide policy and custom of retaliation against whistleblowers. Mr. Tom Sun and Ms. Siu's (or any other claimant who Plaintiff may name or present as a witness at trial) testimony about their experience and lawsuit/claims are irrelevant and cannot, as a matter of law,

establish that there was a Citywide policy or custom of retaliation against whistleblowers. To the extent that Mr. Tom Sun and/or Ms. Siu (or any other claimant who Plaintiff may name or present as a witness at trial) will attempt to broadly and generally testify that there is a Citywide policy or custom, such testimony is inadmissible as it is not based on personal knowledge and/or based on hearsay evidence.

CITY Defendants bring this motion in accordance with Rule 7 of the <u>Federal Rules of Civil Procedure</u>, all applicable local rules of practice for the <u>United States District Court for the District of Hawaii</u>, and Rules 401, 403, 602, 701, 801, and 802 of the <u>Federal Rules of Evidence</u>. This motion is based upon the attached memorandum in support of motion and the entire record and files herein.

DATED: Honolulu, Hawaii, September 21, 2006

_____
JAMES KAWASHIMA
RANDALL Y. YAMAMOTO
BRIAN Y. HIYANE
CARTER K. SIU
Attorneys for Defendants
CITY AND COUNTY OF HONOLULU,
GARY T. KUROKAWA,
ROBERT O. MAGOTA, and
ANN C. GIMA