COPY

1

1    IN THE UNITED STATES DISTRICT COURT

2    FOR THE DISTRICT OF HAWAII

3

4    PHILIP E. ENGLISH,              ) CIVIL NO. CV04-00108 JMS/KSC
                                      )
5              Plaintiff,             )
                                      )
6         vs.                         )
                                      )
7    CITY AND COUNTY OF HONOLULU;     )
     GARY T. KUROKAWA; ROBERT         )
8    MAGAOTA; ANN C. GIMA; and        ) VOLUME I
     GK APPRAISALS, INC.; et al.,     ) PAGE 1 THROUGH 84
9                                     )
               Defendants.            )
10                                    )
     _____)

11

12

13

14

15              DEPOSITION OF PHILIP E. ENGLISH

16   Taken on behalf of Defendant City and County of Honolulu,

17   Gary T. Kurokawa, Robert O. Magota and Ann c. Gima, at the

18   law offices of Watanabe Ing Kawashima & Komeiji, 5th

19   Floor, Hawaii Tower, 745 Fort Street, Honolulu, Hawaii

20   96813, commencing at 1:13 p.m., on Friday, September 30,

21   2005, pursuant to Notice.

22

23                                        Case No.   04-00108 SOM/KSC
                                          Defs' Exhibit No.    2000

24   BEFORE:

25       Donna Kohls, CSR 146
         Notary Public, State of Hawaii

CARNAZZO COURT-REPORTING CO., LTD.
532-0222