COPY                                                          85

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH, | CIVIL NO. CV04-00108 JMS/KSC |
| Plaintiff, | |
| vs. | |
| CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT MAGAOTA; ANN C. GIMA; and GK APPRAISALS, INC.; et al., | VOLUME II<br>PAGES 85 THROUGH 242 |
| Defendants. | |

DEPOSITION OF PHILIP E. ENGLISH

Taken on behalf of Defendants City & County of Honolulu, Gary T. Kurokawa, Robert Magota and Ann C. Gima, at the law offices of Watanabe Ing Kawashima & Komeiji, 5th Floor, Hawaii Tower, 745 Fort Street, Honolulu, Hawaii 96813, commencing at 10:29 a.m., on Tuesday, October 4, 2005, pursuant to Notice.

BEFORE:

Donna Kohls, CSR 146
Notary Public, State of Hawaii

Case No.  04-00108 SOM/KSC
Defs' Exhibit No.    2001

CARNAZZO COURT-REPORTING CO., LTD.
532-0222