```
                                                              243
                                COPY
                    IN THE UNITED STATES DISTRICT COURT

                        FOR THE DISTRICT OF HAWAII


PHILIP E. ENGLISH,            )  CIVIL NO. CV04-00108 JMS/KSC
                              )
        Plaintiff,            )
                              )
    vs.                       )
                              )
CITY AND COUNTY OF HONOLULU;  )  VOLUME III
GARY T. KUROKAWA; ROBERT      )  PAGES 243 THROUGH 403
MAGAOTA; ANN C. GIMA; and     )
GK APPRAISALS, INC.; et al.,  )
                              )
        Defendants.           )
_____)
```

DEPOSITION OF PHILIP E. ENGLISH

Taken on behalf of Defendants City & County of Honolulu, Gary T. Kurokawa, Robert O. Magota and Ann C. Gima, at the law offices of Watanabe Ing Kawashima & Komeiji, 5th Floor Hawaii Tower, 745 Fort Street, Honolulu, Hawaii 96813, commencing at 9:51 a.m., on Wednesday, October 5, 2005, pursuant to Notice.

Case No. 04-00108 SOM/KSC
Defs' Exhibit No. ___2002___

BEFORE:

Donna Kohls, CSR 146
Notary Public, State of Hawaii


CARNAZZO COURT-REPORTING CO., LTD.
532-0222