COPY

404

```
 1                IN THE UNITED STATES DISTRICT COURT

 2                     FOR THE DISTRICT OF HAWAII

 3                            ---:---

 4   PHILIP E. ENGLISH,          )  CIVIL NO. CV04-00108 SOM KSC
                                 )
 5             Plaintiff,        )
                                 )
 6        vs.                    )        Volume IV
                                 )
 7   CITY AND COUNTY OF HONOLULU;)
     GARY T. KUROKAWA; ROBERT O. )
 8   MAGOTA; ANN C. GIMA; and GK )
     APPRAISALS, INC.; JOHN DOES )
 9   1-10; JANE DOES 1-10; DOE   )
     PARTNERSHIPS; DOE           )
10   CORPORATIONS 1-10; AND DOE  )
     ENTITIES 1-10,              )
11                               )
               Defendants.       )
12   _____)

13

14                       CONTINUATION OF

15              DEPOSITION OF PHILIP E. ENGLISH

16   Taken on behalf of the Defendants City and County of

17   Honolulu, Gary T. Kurokawa, Robert O. Magota, and Ann C.

18   Gima, at the law offices of Kawashima Lorusso & Tom LLP, Topa

19   Financial Center, Fort Street Tower, 745 Fort Street,

20   Suite 500, Honolulu, Hawaii, commencing at 9:05 a.m., on

21   Monday, August 7, 2006, pursuant to Notice.

22

23
                                     Case No.  04-00108 SOM/KSC
                                     Defs' Exhibit No.   2003
24   BEFORE:

25        Amy Muroshige, CSR 166
          Notary Public, State of Hawaii
```

CARNAZZO COURT-REPORTING CO., LTD., 532-0222