(Official Form 1) (9/97) Specialty Software, Royal Oak, MI

FORM B1

**United States Bankruptcy Court**
HAWAII District of HAWAII

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle): English, Philip Eugene | Name of Joint Debtor (Spouse)(Last, First, Middle): |
| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names): dba Philip English & Asso, a sole proprietorship (operated from 1991-98 | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): 00-02917 |
| Soc. Sec./Tax I.D. No. (if more than one, state all): 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 | Soc. Sec./Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code): 531 Hahaione #2B Hnl, HI 96825 Phone: | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the Principal Place of Business: Honolulu | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): SAME | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor (if different from street address above): NOT APPLICABLE

**Information Regarding the Debtor (Check the Applicable Boxes)**

**Venue** (Check any applicable box)

[X] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

[ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)

[X] Individual(s) [ ] Railroad
[ ] Corporation [ ] Stockbroker
[ ] Partnership [ ] Commodity Broker
[ ] Other ______

**Chapter or Section of Bankruptcy Code Under Which the Petition Is Filed** (Check one box)

[X] Chapter 7 [ ] Chapter 11 [ ] Chapter 13
[ ] Chapter 9 [ ] Chapter 12
[ ] Sec. 304 - Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)

[X] Consumer/Non-Business [ ] Business

**Filing Fee** (Check one box)

[X] Full Filing Fee attached.
[ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Chapter 11 Small Business** (Check all boxes that apply)

[ ] Debtor is a small business as defined in 11 U.S.C. § 101
[ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information** (Estimates only)

[ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
[X] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE FOR COURT USE ONLY

FILED U.S. BANKRUPTCY COURT DISTRICT OF HAWAII 00 AUG 15 AM 11:09

Estimated Number of Creditors

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| [ ] | [X] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] |

Case No. 04-00108 SOM/KSC
Defs' Exhibit No. 2037

(Official Form 1) (9/97) Specialty Software, Royal Oak, MI

## Voluntary Petition

(This page must be completed and filed in every case)

Name of Debtor(s): *Philip Eugene English*

FORM B1, Page 2

**Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| NONE | | |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| NONE | | |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual /Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X [signature]
Signature of Debtor *Philip Eugene English*

X
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

*August 1, 2000*
Date

**Signature of Debtor (Corporation/ Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

**Signature of Attorney**

X [signature]
Signature of Attorney for Debtor(s)

*Dawn Smith*
Printed Name of Attorney for Debtor(s)

*Dawn Smith*
Firm Name

*Grosvenor Center, Makai Tower*
Address

*733 Bishop Street, Suite 1610*

*Honolulu 96813 Hawaii*

*(808) 521-6600* — *August 1, 2000*
Telephone Number — Date

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Printed Name of Bankruptcy Petition Preparer

Social Security Number

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X
Signature of Bankruptcy Petition Preparer

Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X [signature]
Attorney *Dawn Smith*

*August 1, 2000*
Date

FORM B6 (6/90) Specialty Software, Royal Oak, MI

# UNITED STATES BANKRUPTCY COURT
# HAWAII DISTRICT of HAWAII
# HONOLULU DIVISION

In re *Philip Eugene English*
*dba Philip English & Asso, a sole*

Debtor

Case No.
Chapter 7

Attorney for Debtor: *Dawn Smith*

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedule D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | AMOUNTS SCHEDULED: ASSETS | AMOUNTS SCHEDULED: LIABILITIES | AMOUNTS SCHEDULED: OTHER |
|---|---|---|---|---|---|
| A-Real Property | Yes | 1 | $ 0.00 | | |
| B-Personal Property | Yes | 2 | $ 3,370.00 | | |
| C-Property Claimed as Exempt | Yes | 1 | | | |
| D-Creditors Holding Secured Claims | Yes | 1 | | $ 0.00 | |
| E-Creditors Holding Unsecured Priority Claims | Yes | 2 | | $ 21,000.00 | |
| F-Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | $ 194,035.00 | |
| G-Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H-Codebtors | Yes | 1 | | | |
| I-Current Income of Individual Debtor(s) | Yes | 1 | | | $ 1,580.00 |
| J-Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $ 3,585.00 |
| Total Number of Sheets in All Schedules ▸ | | 17 | | | |
| | | Total Assets ▸ | $ 3,370.00 | | |
| | | | Total Liabilities ▸ | $ 215,035.00 | |

FORM B6A (6/90) Specialty Software, Royal Oak, MI

In re *Philip Eugene English* Debtor Case No. ____________ (If known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C-Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband—H Wife—W Joint—J Community—C | Current Market Value of Debtor's Interest, in Property without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| *NONE* | | | | |

*NO* continuation sheets attached

TOTAL $ *$ 0.00*
(Report also on Summary of Schedules.)

CC-005003

FORM B6B (6/90) Specialty Software, Royal Oak, MI

In re *Philip Eugene English* Debtor Case No. ________ (If known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own property by placing an "H","W","J",or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C-Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | None | Description and Location of Property | Husband—H Wife—W Joint—J Community—C | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | cash in pocket | | $ 10 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | B of H - offset for debt<br>First haw'n | | $ 100 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | no deposit or lease | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | ktichenware apliances, dinette, chairs, sofa, stereo<br>cd radio, tv, vcr, bed, dresser, vacuum, | | $ 500 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | misc books | | $ 10 |
| 6. Wearing apparel. | | clothing | | $ 100 |
| 7. Furs and jewelry. | | wedding band, watch | | $ 50 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | sport equipment, misc handtools, computer, camera | | $ 100 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | pension from wife in divorce w/d in 1999 | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts Receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor include tax refunds. Give particulars. | X | | | |

FORM B6B (6/90) Specialty Software, Royal Oak, MI

In re *Philip Eugene English* Debtor Case No. ____________ (If known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband—H Wife—W Joint—J Community—C | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers and other vehicles. | | will be getting alternate vehicle | | $ 2,000 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | | desks, printer, fax, phone<br>office supplies | | $ 500 |
| 27. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | X | | | |

Page 2 of 2 Total → $ 3,370

(Report total also on Summary of Schedules)

FORM B6C (6/90) Specialty Software, Royal Oak, MI

In re *Philip Eugene English* Debtor Case No. ____________ (If known)

# SCHEDULE C-PROPERTY CLAIMED EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
(Check one box)

☒ 11 U.S.C. § 522(b)(1): Exemptions provided in 11 U.S.C. § 522(d). Note: These exemptions are available only in certain states.

☐ 11 U.S.C. § 522(b)(2): Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property without Deducting Exemption |
|---|---|---|---|
| cash in pocket | 11 U.S.C. 522(d)(5) | $ 10 | $ 10 |
| First haw'n | 11 U.S.C. 522(d)(5) | $ 100 | $ 100 |
| cd radio, tv, vcr, bed, dresser, vacuum, | 11 USC 522(d)(3) | $ 500 | $ 500 |
| misc books | 11 USC 522(d)(3) | $ 10 | $ 10 |
| clothing | 11 USC 522(d)(3) | $ 100 | $ 100 |
| wedding band, watch | 11 USC 522(d)(4) | $ 50 | $ 50 |
| sport equipment, misc handtools, computer, camera | 11 USC 522(d)(3) | $ 100 | $ 100 |
| will be getting alternate vehicle | 11 USC 522(d)(2) | $ 2,000 | $ 2,000 |
| office supplies | 11 USC 522(d)(6) | $ 500 | $ 500 |



CC-005006

FORM B6D (6/90) Specialty Software, Royal Oak, MI

In re *Philip Eugene English* Debtor Case No. __________ (If known)

# SCHEDULE D-CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place and "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☒ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | H—Husband W—Wife J—Joint C—Community | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien | Contingent | Unliquidated | Disputed | Amount of Claim without Deducting Value of Collateral | Unsecured Portion, if any |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Value: | | | | | |
| Account No. | | | Value: | | | | | |
| Account No. | | | Value: | | | | | |
| Account No. | | | Value: | | | | | |
| Account No. | | | Value: | | | | | |

*No* continuation sheets attached

Subtotal $ (Total of this page)

Total $ (Use only on last page and on Summary of Schedules)

CC-005007

FORM B6E (4/98) West Group, Rochester, NY

In re *Philip Eugene English* / Debtor Case No. ____________ (If known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed on this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of this petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H,""W,""J,"or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4300* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $4300* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**
Claims of individuals up to $1,950* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance or Support**
Claims of a spouse, former spouse, or child of the debtor, for alimony, maintenance or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

*Amounts are subject to adjustment on April 1, 2001, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

*1* continuation sheets attached

FORM B6E (4/98) West Group, Rochester, NY

In re *Philip Eugene English* Debtor Case No. ________ (If known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY: *Taxes and Certain Other Debts Owed to Governmental Units*

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | H—Husband W—Wife J—Joint C—Community | Date Claim was Incurred, and Consideration for Claim | Contingent | Unliquidated | Disputed | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|---|
| Account No.<br>*Creditor #: 1*<br>*IRS/Spec Procedures*<br>*Attn: Bkry Sec. Mail Code W244*<br>*915 2nd Avenue*<br>*Seattle, WA 98174* | | | *1999*<br>*Federal income taxes*<br>*non-dischargeable - owes for 401K withdrawal in 1999* | | | | *$ 21,000.00* | *$ 21,000.00* |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet No. *1* of *1* continuation sheets attached to Schedule of Creditors holding Unsecured Priority Claims

Subtotal $ (Total of this page) *21,000.00*

Total $ (Use only on last page and on Summary of Schedules) *21,000.00*

FORM B6F (6/90) Specialty Software, Royal Oak, MI

In re *Philip Eugene English* Debtor Case No. ______ (If known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | H—Husband W—Wife J—Joint C—Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.<br>*Creditor #: 1*<br>*Advanta*<br>*Box 15480*<br>*Wilmington, DE 19850* | X | | *1993-97*<br>*Credit card purchases*<br>*food clothing advances* | | | | *$ 9,000.00* |
| Account No.<br>*Creditor #: 2*<br>*Associates*<br>*1111 Dillingham Blvd E7*<br>*Hnl, HI 96817* | | | *1998*<br>*loan* | | | | *$ 8,000.00* |
| Account No.<br>*Creditor #: 3*<br>*Associates Capital Bank*<br>*Box 96018*<br>*Charlotte, NC 28296* | | | *1992-97*<br>*Credit card purchases*<br>*old balance* | | | | *$ 11,101.00* |
| Account No. *2 accts*<br>*Creditor #: 4*<br>*Bank of Hawaii*<br>*Legal & Custody Dept.*<br>*Box 2900*<br>*Hnl, HI 96846* | X | | *1996-98*<br>*Credit card purchases*<br>*food clothing advances* | | | | *$ 25,000.00* |
| Account No.<br>*Creditor #: 5*<br>*Bank of Hawaii*<br>*Legal & Custody Dept.*<br>*Box 2900*<br>*Hnl, HI 96846* | | | *1996*<br>*Credit card purchases*<br>*food clothing advances* | | | | *$ 10,000.00* |

*5* continuation sheets attached

| | |
|---|---|
| Subtotal $ (Total of this page) | *$ 63,101.00* |
| Total $ (Use only on last page and on Summary of Schedules) | |

FORM B6F (6/90) Specialty Software, Royal Oak, MI

In re *Philip Eugene English* Debtor Case No. ______ (If known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | H—Husband W—Wife J—Joint C—Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No. Creditor #: 6 Bankamericard Box 53127 Phoenix, AZ 85072 | | | 1990-96 Credit card purchases old balance | | | | $ 1,381.00 |
| Account No. Creditor #: 7 Capital One Box 26030 Richmond, VA 23276 | | | 1999 Credit card purchases old balance | | | | $ 1,000.00 |
| Account No. Creditor #: 8 Chevron Box 2001 Concord, CA 94529 | X | | 1993-98 Credit card purchases gas | | | | $ 50.00 |
| Account No. Creditor #: 9 Computer City Box 5174 Sioux Falls, SD 57117 | X | | 1996-98 Credit card purchases software | | | | $ 3,000.00 |
| Account No. Creditor #: 10 Discover Box 29019 Phoenix, AZ 85038 | X | | 1993-97 Credit card purchases food clothing advances | | | | $ 8,000.00 |
| Account No. Creditor #: 11 First Card Box 2004 Elgin, ILL 60122 | X | | 1993-97 Credit card purchases food clothing advances | | | | $ 15,000.00 |
| Account No. Creditor #: 12 First USA Box 85068 Louisville, KY 40285 | | | 1981-96 Credit card purchases old balance | | | | $ 9,000.00 |

Sheet no. 1 of 5 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ (Total of this page) $ 37,431.00

Total $ (Use only on last page and on Summary of Schedules)

FORM B6F (6/90) Specialty Software, Royal Oak, MI

In re *Philip Eugene English* Debtor Case No. ______ (If known)

## SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | H—Husband W—Wife J—Joint C—Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.<br>Representing:<br>First USA | | | First USA<br>Box 50882<br>Henderson, NV 89016-0882 | | | | |
| Account No.<br>Creditor #: 13<br>Fleet Bank<br>Box 2996<br>Hartford, CT 06104 | | | 1991<br>Credit card purchases<br>old balance | | | | $ 9,604.00 |
| Account No.<br>Creditor #: 14<br>Ford Citibank MC/Visa<br>Box 6001<br>The Lakes, NV 88901 | | | 1989-98<br>Credit card purchases<br>food clothing | | | | $ 2,800.00 |
| Account No.<br>Creditor #: 15<br>GTE<br>Payment Processing Center<br>Inglewood, CA 90313-0004 | | | 1999<br>Utility bills | | | | $ 2,140.00 |
| Account No.<br>Creditor #: 16<br>GTE Mobilnet<br>Box 630007<br>Dallas, TX 75263 | | | 1996<br>Utility bills | | | | $ 1,021.00 |
| Account No.<br>Representing:<br>GTE Mobilnet | | | RMA<br>222 Kearney St #550<br>SF, CA 94108 | | | | |
| Account No.<br>Creditor #: 17<br>Hilo Med Grp c/o United Cred<br>2700 N Main St #105<br>Santa Ana, CA 92705 | | | 1999<br>Medical bills | | | | $ 25.00 |

Sheet no. 2 of 5 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ (Total of this page) $ 15,590.00

Total $ (Use only on last page and on Summary of Schedules)

CC-005012

FORM B6F (6/90) Specialty Software, Royal Oak, MI

In re *Philip Eugene English* Debtor Case No. ____________ (If known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | H—Husband W—Wife J—Joint C—Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.<br>Creditor #: 18<br>Honolulu Medical Grp<br>550 S Beretania St<br>Hnl, HI 96813 | | | 1999<br>Medical bills | | | | $ 14.00 |
| Account No.<br>Creditor #: 19<br>Household Bank Anaheim<br>Dept 0002<br>Anaheim, CA 92806 | | | 1995<br>Credit card purchases<br>old balance | | | | $ 7,500.00 |
| Account No.<br>Creditor #: 20<br>Ikon Ofc<br>Box 23879<br>Portland, OR 97281 | | | 1998<br>business vendor | | | | $ 1,000.00 |
| Account No.<br>Creditor #: 21<br>LaSalle Banks NW<br>Box 809010<br>Chicago, IL 60680 | | | 1991<br>secured loan deficiency | | | | $ 5,000.00 |
| Account No.<br>Creditor #: 22<br>Liberty House<br>Box 2690<br>Hnl, HI 96845 | | | 1985-98<br>household items | | | | $ 1,926.00 |
| Account No.<br>Creditor #: 23<br>MBNA America<br>Box 15019<br>Wilmington, DE 19886 | X | | 1989-97<br>Credit card purchases<br>food clothing advances | | | | $ 40,000.00 |
| Account No.<br>Creditor #: 24<br>Oceanic Cable<br>Box 200<br>Wahiawa, HI 96786-0200 | | | 1999<br>Utility bills<br>pl;us Dr. Huja | | | | $ 500.00 |

Sheet no. 3 of 5 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ (Total of this page) $ 55,940.00

Total $ (Use only on last page and on Summary of Schedules)

FORM B6F (6/90) Specialty Software, Royal Oak, MI

In re *Philip Eugene English* Debtor Case No. ______ (If known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | H—Husband W—Wife J—Joint C—Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.<br>*Representing:*<br>*Oceanic Cable* | | | *Medcah*<br>*Box 1187*<br>*Kailua, HI 96734* | | | | |
| Account No.<br>*Creditor #: 25*<br>*Office Max*<br>*Box 8013*<br>*Layton, UT 84041* | X | | *1996*<br>*Credit card purchases*<br>*office supplies* | | | | *$ 1,960.00* |
| Account No.<br>*Creditor #: 26*<br>*Prime Option*<br>*Box 30205*<br>*Salt Lake City, UT 84130* | X | | *1993-97*<br>*Credit card purchases*<br>*old balance* | | | | *$ 7,500.00* |
| Account No.<br>*Creditor #: 27*<br>*Queen's Medical Center*<br>*Box 31000*<br>*Hnl, HI 96849-5006* | | | *1999*<br>*Medical bills* | | | | *$ 4,500.00* |
| Account No.<br>*Creditor #: 28*<br>*Radiology Associates*<br>*1329 Lusitania St #B7*<br>*Hnl, HI 96813* | | | *1999*<br>*Medical bills* | | | | *$ 4,160.00* |
| Account No. *2 accts*<br>*Creditor #: 29*<br>*Sear's*<br>*Box 29*<br>*Boise, ID 83707-9849* | | | *1998*<br>*household items* | | | | *$ 2,800.00* |
| Account No.<br>*Creditor #: 30*<br>*Shell Oil*<br>*Box 30790*<br>*Los Angeles, CA 90030-0790* | | | *1998*<br>*Credit card purchases*<br>*gas* | | | | *$ 70.00* |

Sheet no. *4* of *5* sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ (Total of this page) *$ 20,990.00*

Total $ (Use only on last page and on Summary of Schedules)

FORM B6F (6/90) Specialty Software, Royal Oak, MI

In re *Philip Eugene English* Debtor Case No. ______ (If known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | H—Husband W—Wife J—Joint C—Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.<br>Creditor #: 31<br>Stirling & Kleintop<br>1100 Alakea St 20th Flr<br>Hnl, HI 96813 | | | 1999<br>legal | | | | $ 570.00 |
| Account No.<br>Creditor #: 32<br>Unocal<br>Box 860070<br>Pasadena, CA 91186 | X | | 1998<br>gas | | | | $ 200.00 |
| Account No.<br>Creditor #: 33<br>Dr. Brian Yano<br>1188 Bishop St #2912<br>Hnl, HI 96813 | | | 1999<br>Medical bills | | | | $ 213.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. 5 of 5 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ (Total of this page) $ 983.00

Total $ (Use only on last page and on Summary of Schedules) $ 194,035.00

CC-005015

FORM B6G (6/90) Specialty Software, Royal Oak, MI

In re *Philip Eugene English* Debtor Case No. ______ (If known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☒ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| Jennifer Short<br>Kl, HI | landlord |



CC-005016

FORM B6H (6/90) Specialty Software, Royal Oak, MI

In re *Philip Eugene English* Debtor Case No. ____________ (If known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| Corlis Jean Chang<br>4369 Aukai Ave<br>Hnl, HI 96816 | Advanta<br>Box 15480<br>Wilmington, DE 19850<br><br>Bank of Hawaii<br>Legal & Custody Dept.<br>Box 2900<br>Hnl, HI 96846<br><br>Chevron<br>Box 2001<br>Concord, CA 94529<br><br>Computer City<br>Box 5174<br>Sioux Falls, SD 57117<br><br>Discover<br>Box 29019<br>Phoenix, AZ 85038<br><br>First Card<br>Box 2004<br>Elgin, ILL 60122<br><br>MBNA America<br>Box 15019<br>Wilmington, DE 19886<br><br>Office Max<br>Box 8013<br>Layton, UT 84041<br><br>Prime Option<br>Box 30205<br>Salt Lake City, UT 84130<br><br>Unocal<br>Box 860070<br>Pasadena, CA 91186 |

FORM B6I (6/90) Specialty Software, Royal Oak, MI

In re *Philip Eugene English* / Debtor Case No. ______ (If known)

# SCHEDULE I-CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled spouse must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| | NAMES | AGE | RELATIONSHIP |
| *Divorced* | *Sean* | *9* | *son* |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | *appraiser* | |
| Name of Employer | *C&C Hnl* | |
| How Long Employed | *2 months* | |
| Address of Employer | | |

| Income: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current Monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ *2,444.00* | $ |
| Estimated Monthly Overtime | $ *0.00* | $ |
| SUBTOTAL | $ *2,444.00* | $ |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll Taxes and Social Security | $ *684.00* | $ |
| b. Insurance | $ *120.00* | $ |
| c. Union Dues | $ *60.00* | $ |
| d. Other (Specify): | $ *0.00* | $ |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ *864.00* | $ |
| TOTAL NET MONTHLY TAKE HOME PAY | $ *1,580.00* | $ |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ *0.00* | $ |
| Income from Real Property | $ *0.00* | $ |
| Interest and dividends | $ *0.00* | $ |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ *0.00* | $ |
| Social Security or other government assistance Specify: | $ *0.00* | $ |
| Pension or retirement income | $ *0.00* | $ |
| Other monthly income Specify: | $ *0.00* | $ |
| TOTAL MONTHLY INCOME | $ *1,580.00* | $ |
| TOTAL COMBINED MONTHLY INCOME (Report also on Summary of Schedules) $ *1,580.00* | | |

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

*debtor was not earning money for a long time - used retirement then used all of divorce settlement to live on*

§ΠVI₀©˥?«₀↑↑ZA┬╗%₀ ˙ZA┬╗ꓘI₀♥Λ

FORM B6J (6/90) Specialty Software, Royal Oak, MI

In re *Philip Eugene English* / Debtor Case No. ______ (If known)

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| Item | Amount |
|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 1,050.00 |
| Are real estate taxes included? Yes ☐ No ☒ | |
| Is property insurance included? Yes ☐ No ☒ | |
| Utilities: Electricity and heating fuel | $ 120.00 |
| Water and sewer | $ 0.00 |
| Telephone | $ 35.00 |
| Other *cable* | $ 35.00 |
| Other | $ 0.00 |
| Home maintenance (repairs and upkeep) | $ 0.00 |
| Food | $ 250.00 |
| Clothing | $ 50.00 |
| Laundry and Dry cleaning | $ 50.00 |
| Medical and Dental expenses | $ 50.00 |
| Transportation (not including car payments) | $ 200.00 |
| Recreation, clubs, and entertainment, newspapers, magazines, etc. | $ 35.00 |
| Charitable contributions | $ 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | |
| Homeowner's or renter's | $ 0.00 |
| Life | $ 40.00 |
| Health | $ 0.00 |
| Auto | $ 100.00 |
| Other: *E&O insu* | $ 0.00 |
| Other: *data services* | $ 0.00 |
| Other: | $ 0.00 |
| Taxes (not deducted from wages or included in home mortgage) | |
| Specify: *personal taxes/excise tax* | $ 1,050.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan) | |
| Auto | $ 0.00 |
| Other: *auto mtnce* | $ 150.00 |
| Other: | $ 0.00 |
| Alimony, maintenance, and support paid to others | $ 0.00 |
| Payments for support of additional dependents not living at your home | $ 350.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| Other: *licensing, educ, dues,* | $ 20.00 |
| Other: | $ 0.00 |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ 3,585.00 |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| Item | Amount |
|---|---|
| A. Total projected monthly income | $ |
| B. Total projected monthly expenses | $ |
| C. Excess income (A minus B) | $ |
| D. Total amount to be paid into plan each: | $ |

FORM B6 (6/90) Specialty Software, Royal Oak, MI

In re *Philip Eugene English* / Debtor Case No. ________ (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing Summary and Schedules, consisting of *18* sheets, and that they are true and correct to the best of my knowledge, information and belief. (Total shown on summary page plus 1)

Date: *August 1, 2000* Signature [signature]
*Philip Eugene English*

Date: ________ Signature ________

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §152 and §3571.

Form 7 (12/94) Specialty Software, Royal Oak, MI

# UNITED STATES BANKRUPTCY COURT
## HAWAII DISTRICT OF HAWAII
## HONOLULU DIVISION

In re *Philip Eugene English*
*dba Philip English & Asso, a sole*

Case No.
Chapter *7*

______________________________ / Debtor

Attorney for Debtor: *Dawn Smith*

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 15 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 16 - 21. If the answer to any question is "None," or the question is not applicable, mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the two years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or person in control of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any person in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101(30).

**1. Income from employment or operation of business.**

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| *Husband* | |
| *Year to date: $14,900* | |
| *Last year: $20,000* | *net losses plus $75,000 401K withdrawal* |
| *Year before: $20,000* | *net losses* |

**2. Income other than from employment or operation of business.**

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

**3a. Payments to creditors.**
List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

---

**3b.** List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

---

**4a. Suits and administrative proceedings, executions, garnishments and attachments.**
List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

---

**4b.** Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

---

**5. Repossessions, foreclosures and returns.**
List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

---

**6a. Assignments and receiverships.**
Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

---

**6b.** List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

---

**7. Gifts**
List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

---

**8. Losses**
List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

---

Form 7 (12/94) Specialty Software, Royal Oak, MI

9. **Payments related to debt counseling or bankruptcy.**
List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR (If other than debtor) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Dawn Smith*<br>*Grosvenor Center, Makai Tower*<br>*733 Bishop Street, Suite 1610*<br>*Honolulu 96813 Hawaii* | *Date: August 1, 2000*<br>*Payor: Philip Eugene English* | *$ 575.00* |

10. **Other transfers**
List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as a security within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

11. **Closed financial accounts**
List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless spouses are separated and a joint petition is not filed.)

☒ NONE

12. **Safe deposit boxes**
List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

13. **Setoffs**
List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

14. **Property held for another person**
List all property owned by another person that the debtor holds or controls.

☒ NONE

15. **Prior address of debtor.**
If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME(S) USED | DATES of Occupancy |
|---|---|---|
| *Husband*<br>*Address: 391D kalelepulu Dr Kailu 96734* | *Name(s) same* | *3 months*<br>*1998* |

Form 7 (12/94) Specialty Software, Royal Oak, MI

**The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who** is or has been, within two years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the two years immediately preceding the commencement of this case.)

16. Nature, location and name of business

a. If the debtor is an individual, list the names and addresses of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the two years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the two years immediately preceding the commencement of this case.

b. If the debtor is a partnership, list the names and addresses of all businesses in which the debtor was a partner or owned 5 percent or more of the voting securities, within the two years immediately preceding the commencement of this case.

c. If the debtor is a corporation, list the names and addresses of all businesses in which the debtor was a partner or owned 5 percent or more of the voting securities within the two years immediately preceding the commencement of this case.

| NAME AND ADDRESS | NATURE OF BUSINESS | Beginning and Ending Dates of Operation |
|---|---|---|
| *Debtor is an Individual*<br>*Business:*<br>*Address:* | *real estate appraisals* | *1989-96*<br>*1998* |
| *Debtor is an individual*<br>*Business:*<br>*Address:* | *exporting personal care products to Thailand and Philippines - but money exchange became inflated - lost business* | *1996-97* |

17a. Books, records and financial statements
List all bookkeepers and accountants who within the six years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

☒ NONE

17b. List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

☒ NONE

17c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

☒ NONE

17d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within two years immediately preceding the commencement of this case by the debtor.

☒ NONE

18a. Inventories
List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

☒ NONE

18b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

☒ NONE

Form 7 (12/94) Specialty Software, Royal Oak, MI

**19a. Current Partners, Officers, Directors and Shareholders**

If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

☒ NONE

---

**19b.** If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting securities of the corporation.

☒ NONE

---

**20a. Former partners, officers, directors and shareholders.**

If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

☒ NONE

---

**20b.** If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

☒ NONE

---

**21. Withdrawals from a partnership or distribution by a corporation**

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other prerequisite during one year immediately preceding the commencement of this case.

☒ NONE

---

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of Perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date *August 1, 2000* Signature [signature]
Philip Eugene English

Date ____________ Signature ____________________

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §152 and §3571.