Form B8 (2/88) Specialty Software, Royal Oak, MI

# UNITED STATES BANKRUPTCY COURT
## HAWAII  DISTRICT of HAWAII
## HONOLULU DIVISION

In re *Philip Eugene English*
  *dba Philip English & Asso, a sole*

Case No.
Chapter  **7**

_____ / Debtor

Attorney for Debtor: *Dawn  Smith*

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2. I intend to do the following with respect to the property of the estate which secures those consumer debts:

a.  Property to Be Surrendered.

| Description of Property | Creditor's Name |
|---|---|
| *None* | |

b.  Property to Be Retained.                                    [Check any applicable statement.]

| Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to §722 | Debt will be reaffirmed pursuant to §524(c) |
|---|---|---|---|---|
| *None* | | | | |

### Signature of Debtor(s)

Date: _____        Debtor: *Phil Engh*

CC-005026

Rule 2016(b) (8/91)+Specialty Software, Royal Oak, MI

# UNITED STATES BANKRUPTCY COURT
## HAWAII DISTRICT of HAWAII
## HONOLULU DIVISION

In re *Philip Eugene English*
    *dba Philip English & Asso, a sole*

Case No.
Chapter    7

_____ Debtor

Attorney for Debtor: *Dawn Smith*

## STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1. The undersigned is the attorney for the debtor(s) in this case.

2. The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
   a) For legal services rendered or to be rendered in contemplation of and in
      connection with this case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$   575.00
   b) Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . . . . .$   575.00
   c) The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$   0.00

3. _$ 175.00_ of the filing fee in this case has been paid.

4. The Services rendered or to be rendered include the following:
   a) Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
   b) Preparation and filing of the petition, schedules, statement of affairs and other documents required by the court.
   c) Representation of the debtor(s) at the meeting of creditors.

5. The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and
   *None other*

6. The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and
   *None other*

7. The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:
   *None*

8. The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:
   *None*

Dated: *August 1, 2000*          Respectfully submitted,

                                          Attorney for Petitioner: *Dawn Smith*
                                                                   *Grosvenor Center, Makai Tower*
                                                                   *733 Bishop Street, Suite 1610*
                                                                   *Honolulu 96813 Hawaii*

CC-005027

Specialty Software, Royal Oak, MI

# UNITED STATES BANKRUPTCY COURT
## HAWAII  DISTRICT of HAWAII
## HONOLULU DIVISION

In re *Philip Eugene English*
      *dba Philip English & Asso, a sole*

Case No.
Chapter    7

_____/ Debtor

Attorney for Debtor: *Dawn  Smith*

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct
to the best of our knowledge.

Date: *August 1, 2000*

Debtor

CC-005028

Advanta
Box 15480
Wilmington, DE 19850


Associates Capital Bank
Box 96018
Charlotte, NC 28296


Associates
1111 Dillingham Blvd E7
Hnl, HI 96817


Bank of Hawaii
Legal & Custody Dept.
Box 2900
Hnl, HI 96846


Bankamericard
Box 53127
Phoenix, AZ 85072


Capital One
Box 26030
Richmond, VA 23276


Chevron
Box 2001
Concord, CA 94529


Computer City
Box 5174
Sioux Falls, SD 57117


Discover
Box 29019
Phoenix, AZ 85038

CC-005029

First Card
Box 2004
Elgin, ILL 60122


First USA
Box 50882
Henderson, NV 89016-0882


First USA
Box 85068
Louisville, KY 40285


Fleet Bank
Box 2996
Hartford, CT 06104


Ford Citibank MC/Visa
Box 6001
The Lakes, NV 88901


GTE Mobilnet
Box 630007
Dallas, TX 75263


GTE
Payment Processing Center
Inglewood, CA 90313-0004


Hilo Med Grp c/o United Cred
2700 N Main St #105
Santa Ana, CA 92705


Honolulu Medical Grp
550 S Beretania St
Hnl, HI 96813

CC-005030

Household Bank Anaheim
Dept 0002
Anaheim, CA 92806


Ikon Ofc
Box 23879
Portland, OR 97281


IRS/Spec Procedures
Attn: Bkry Sec. Mail Code W244
915 2nd Avenue
Seattle, WA 98174


LaSalle Banks NW
Box 809010
Chicago, IL 60680


Liberty House
Box 2690
Hnl, HI 96845


MBNA America
Box 15019
Wilmington, DE 19886


Medcah
Box 1187
Kailua, HI 96734


Oceanic Cable
Box 200
Wahiawa, HI 96786-0200


Office Max
Box 8013
Layton, UT 84041

CC-005031

Prime Option
Box 30205
Salt Lake City, UT 84130


Queen's Medical Center
Box 31000
Hnl, HI 96849-5006


Radiology Associates
1329 Lusitania St #B7
Hnl, HI 96813


RMA
222 Kearney St #550
SF, CA 94108


Sear's
Box 29
Boise, ID 83707-9849


Shell Oil
Box 30790
Los Angeles, CA 90030-0790


Stirling & Kleintop
1100 Alakea St 20th Flr
Hnl, HI 96813


Unocal
Box 860070
Pasadena, CA 91186


Yano, Dr. Brian
1188 Bishop St #2912
Hnl, HI 96813

CC-005032

FORM B9A (Chapter 7 Individual or Joint Debtor No Asset Case)(9/97)                    Case Number 00-02917

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF HAWAII

### Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on August 15, 2000.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations.

Debtor(s) (name(s) and address):
ENGLISH, PHILIP EUGENE
DBA PHILIP ENGLISH & ASSO.
531 HAHAIONE #2B
HONOLULU, HI 96825

| Case Number: 00-02917 | Social Security/Taxpayer ID Nos.: 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 |
|---|---|
| Attorney for Debtor(s) (name and address): DAWN SMITH DAWN SMITH LAW OFFICE 733 BISHOP ST., STE 1610 HONOLULU, HI 96813 Telephone number: (808) 521-6600 | Bankruptcy Trustee (name and address): MARK J.C. YEE P.O. BOX 378 HONOLULU, HI 96809 Telephone number: (808) 734-0583 |

### Meeting of Creditors:

Date:        September 15, 2000        Time:        09:00 A.M.

Location:        1132 Bishop Street, Suite 606, Honolulu, HI

### Deadlines:

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Complaint Objecting to Discharge of the Debtor *or* to Determine Dischargeability of Certain Debts:**
November 14, 2000

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions

The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.

| Address of the Bankruptcy Clerk's Office: 1132 Bishop Street, Ste 250L Honolulu, Hawaii 96813     Telephone number: 808-522-8100 | For the Court: Clerk of the Bankruptcy Court: Mark Van Allsburg |
|---|---|
| Hours Open: 8:00 a.m. - 4:00 p.m. Hawaii Standard Monday - Friday | Date: August 15, 2000 |

**PLEASE DO NOT FILE A PROOF OF CLAIM UNLESS YOU RECEIVE A NOTICE TO DO SO**
Instructions for obtaining photocopies of the schedules in this case are printed on the reverse side of this notice.

000010

2

CC-005033

## EXPLANATIONS

FORM B9A(9/97)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy under chapter 7 of the Bankruptcy Code (title 1 United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Creditors May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued by oral notice given at the first meeting, and no further written notice will be given. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) or that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), (6), or (15), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and the required filing fee [currently $150] by that Deadline listed on the front side. It is not sufficient to write a letter to the Court. Creditors wishing to file a complaint may wish to seek legal advice and assistance. Corporations and partnerships **must** be represented by counsel in such actions. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of property claimed as exempt, at the bankruptcy clerk's office. Information about the status of a bankruptcy case can be easily obtained by calling the Voice Case Information System at 808-522-8122. It will speed such calls if you have the case number ready when you make the call. |
| Copies of Schedules | Creditors wishing to purchase photocopies of the schedules of debts in this case must send the court a written request, a self-addressed and stamped envelope, and a check payable to the "Clerk, U.S. Bankruptcy Court" for $5.50. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. You may want to consult an attorney to protect your rights. |

### ---Refer to Other Side For Important Deadlines and Notices---

000010    3291000001099833

CC-005034

# TRACOR

11400 Commerce Park Drive
Reston, Virginia 22091-1506

# CERTIFICATE OF SERVICE

District/off: 0975-1          User: JN              Page 1 of 2                Date Rcvd: Aug 15, 2000
Case: 00-02917               Form ID: B9A           Total Served: 50

The following entities were served by first class mail on Aug 17, 2000.
D       ENGLISH, PHILLIP EUGENE,      531 HAHAIONE #2B,     HONOLULU, HI 96825
DA      DAWN SMITH,    733 BISHOP ST., STE 1610,    HONOLULU, HI 96813
T       MARK J.C. YEE,    P.O. BOX 378,    HONOLULU, HI 96809
        DEPARTMENT OF LABOR AND INDUS RELA,    DIRECTOR'S OFFICE,    830 PUNCHBOWL STREET, ROOM 321,
           HONOLULU, HI 96813
        REAL PROPERTY TAX COLLECTION UNIT,    DIVISION OF TREASURY, C&C OF HONO.    530 SOUTH KING STREET,
           HONOLULU, HI 96813
        UNITED STATES ATTORNEY,    P.O. BOX 50183,    HONOLULU, HI 96850
        COUNTY OF HAWAII,    ATTENTION: CORPORATION COUNSEL,    101 AUPUNI STREET, SUITE 325,
           HILO, HI 96720
        DIRECTOR OF FINANCE,    COUNTY OF MAUI,    200 SOUTH HIGH STREET,    WAILUKU, HI 96793
        COUNTY OF KAUAI,    REAL PROPERTY TAX COLLECTIONS,    4444 RICE STREET, SUITE A463,    LIHUE, HI 96766
        OFFICE OF THE U.S. TRUSTEE,    1132 BISHOP STREET, SUITE 602,    HONOLULU, HI 96813
        STATE TAX COLLECTOR,    BANKRUPTCY UNIT,    P.O. BOX 259,    HONOLULU, HI 96809-0259
1       ADVANTA,    BOX 15480,    WILMINGTON, DE 19850
2       ASSOCIATES CAPITAL BANK,    BOX 96018,    CHARLOTTE, NC 28296
3       ASSOCIATES,    1111 DILLINGHAM BLVD. E7,    HONOLULU, HI 96817
4       BANK OF HAWAII,    BANKOH COLLECTION SERVICES #273,    P.O. BOX 2900,    HONOLULU, HI 96846
5       BANKAMERICARD,    BOX 53127,    PHOENIX, AZ 85072
6       CAPITAL ONE,    BOX 26030,    RICHMOND, VA 23276
7       CHEVRON,    BOX 2001,    CONCORD, CA 94529
8       COMPUTER CITY,    BOX 5174,    SIOUX FALLS, SD 57117
9       DISCOVER,    BOX 29019,    PHOENIX, AZ 85028
10      FIRST CARD,    BOX 2004,    ELGIN, IL 60122
11      FIRST USA,    BOX 50882,    HENDERSON, NV 89016-0882
12      FIRST USA,    BOX 85068,    LOUISVILLE, KY 40285
13      FLEET BANK,    BOX 2996,    HARTFORD, CT 06104
14      FORD CITIBANK MC/VISA,    BOX 6001,    THE LAKES, NV 88901
15      GTE MOBILNET,    BOX 630007,    DALLAS, TX 75263
16      +GTE,    PAYMENT PROCESSING CENTER,    INGLEWOOD, CA 90313-0001
17      HILO MED GRP C/O UNITED CRED,    2700 N MAIN ST. #105,    SANTA ANA, CA 92705
18      HONOLULU MEDICAL GRP,    550 S BERETANIA ST.,    HONOLULU, HI 96813
19      HOUSEHOLD BANK ANAHEIM,    DEPT 0002,    ANAHEIM, CA 92806
20      IKON OFC,    BOX 23879,    PORTLAND, OR 97281
22      LASALLE BANKS NW,    BOX 809010,    CHICAGO, IL 60680
23      LIBERTY HOUSE,    BOX 2690,    HONOLULU, HI 96845
24      MBNA AMERICA,    BOX 15019,    WILMINGTON, DE 19886
25      MEDCAR,    BOX 1187,    KAILUA, HI 96734
26      OCEANIC CABLE,    BOX 200,    WAHIAWA, HI 96786-0200
27      OFFICE MAX,    BOX 8013,    LAYTON, UT 84041
28      PRIME OPTION,    BOX 10205,    SALT LAKE CITY, UT 84130
29      QUEEN'S MEDICAL CENTER,    BOX 31000,    HONOLULU, HI 96849-5006
30      RADIOLOGY ASSOCIATES,    1329 LUSITANA ST. #B7,    HONOLULU, HI 96813
31      RMA,    222 KEARNEY ST. #550,    SAN FRANCISCO, CA 94108
32      +SEAR'S,    BOX 29,    BOISE, ID 83707-0029
33      SHELL OIL,    BOX 30790,    LOS ANGELES, CA 90030-0790
34      STIRLING & KLEINTOP,    1100 ALAKEA ST. 20TH FLR.,    HONOLULU, HI 96813
35      UNOCAL,    BOX 860070,    PASADENA, CA 91186
36      YANO, DR. BRIAN,    1188 BISHOP ST. #2912,    HONOLULU, HI 96813
37      U.S. ATTORNEY FOR THE,    DISTRICT OF HAWAII,    P.O. BOX 50183,    HONOLULU, HI 96850
38      GTE HAWAIIAN TEL,    BILLING & COLLECTIONS, #H3,    P.O. BOX 2200,    HONOLULU, HI 96841

The following entities were served by electronic transmission on Aug 15, 2000 and receipt of the transmission
was confirmed on:
        EDI: IRS.COM Aug 15 2000 19:18:00      IRS - SPECIAL PROCEDURE BRANCH,
        915 2ND AVENUE, ATTN:  M/S 244,    SEATTLE, WA 98174
10      EDI: FIRSTUSA.COM Aug 15 2000 19:18:00    FIRST CARD,    BOX 2004,    ELGIN, IL 60122
11      EDI: FIRSTUSA.COM Aug 15 2000 19:18:00    FIRST USA,    BOX 50882,    HENDERSON, NV 89016-0882
12      EDI: FIRSTUSA.COM Aug 15 2000 19:18:00    FIRST USA,    BOX 85068,    LOUISVILLE, KY 40285
21      EDI: IRS.COM Aug 15 2000 19:18:00      INTERNAL REVENUE SERVICE,    SPECIAL PROCEDURES BRANCH,
        915 2ND AVENUE, ATTN:  M/S 244,    SEATTLE, WA 98174
                                                                                    TOTAL: 5

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

000010

CC-005035

District/off: 0975-1          User: JN               Page 2 of 2                Date Rcvd: Aug 15, 2000
Case: 00-02917               Form ID: B9A            Total Served: 50

                        ***** BYPASSED RECIPIENTS (continued) *****

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: Aug 17, 2000                     Signature:

000010

CC-005036

K

...ITED STATES BANKRUPTCY COUR...
FOR THE DISTRICT OF HAWAII

Bankruptcy No. 00-02917
Chapter 7
Honorable LLOYD KING

FILED
U.S. BANKRUPTCY COURT
DISTRICT OF HAWAII

2000 SEP 18  AM 10: 33

For Clerk's use to place time stamp here.

PHILIP E ENGLISH
Debtor

## REAFFIRMATION AGREEMENT

I have filed a Petition for Relief under Chapter 7 of the Bankruptcy Code. At the time I filed my Petition, I owed Sears, Roebuck and Co. or one or more of its affiliates ("Sears") the sum of 2334.35 under account number 05-52616-22235-8. Sears has a valid security interest in ___SONY 27" TV, TV STAND 2nd SOFA___

having an approximate fair market value of $ ___275.59___ . I hereby reaffirm and promise to pay to Sears the sum of $ ___275.59___ (the "Reaffirmed Amount") plus a finance charge on this Reaffirmed Amount.

The Reaffirmed Amount shall bear a finance charge (currently at the annual percentage rate of ___21.00___ %) and shall be payable in accordance with the monthly installment schedule I had at the time I filed my Bankruptcy Petition. The first monthly installment will not exceed $ ___10.00___ (unless I incur new charges on my account before the first billing statement, in which case I understand that my payment will be higher) and shall be due in the first billing cycle following the time my right to cancel (rescind) this Reaffirmation Agreement expires. Any future charges to this account may change both the time needed to fully pay this account and the total amount I will have to pay. The terms set forth in this paragraph are a summary of the terms of the account agreement, as amended, between Sears and me. Sears and I agree to be bound by the terms of the account agreement, which is incorporated herein by reference and which shall continue in full force and effect.

It is further agreed and understood that in addition to reaffirming the above obligation to retain the property held as security by Sears, I am also reaffirming this obligation in order to retain my credit privileges. My credit privileges under the account agreement shall be reinstated after my right to cancel (rescind) this Reaffirmation Agreement has expired. My new credit limit, which includes the Reaffirmed Amount, shall be $ ___276.00___ .

**I UNDERSTAND THAT I MAY CANCEL (RESCIND) THIS REAFFIRMATION AGREEMENT AND NOT BE OBLIGATED TO PAY THE REAFFIRMED AMOUNT BY NOTIFYING SEARS THAT I AM CANCELING (RESCINDING) THIS REAFFIRMATION AGREEMENT WITHIN SIXTY (60) DAYS AFTER THIS REAFFIRMATION AGREEMENT IS FILED WITH THE COURT OR BEFORE MY DISCHARGE IS GRANTED BY THE COURT, WHICHEVER HAPPENS LATER. TO CANCEL (RESCIND), I MAY DO SO IN WRITING BY MAILING A CANCELLATION (RESCISSION) NOTICE DIRECTLY TO: SEARS BANKRUPTCY RECOVERY MANAGEMENT SERVICES, INC. PO BOX 7901 DES MOINES       IA 50322**

**I FURTHER UNDERSTAND THAT I AM NOT REQUIRED TO ENTER INTO THIS REAFFIRMATION AGREEMENT UNDER TITLE 11, UNITED STATES CODE, OR UNDER ANY OTHER NON BANKRUPTCY LAWS, OR UNDER ANY AGREEMENT NOT IN ACCORDANCE WITH TITLE 11, UNITED STATES CODE, SPECIFICALLY 11 U.S.C. §524(c).**

I acknowledge receipt of the "IMPORTANT NOTICE" and a copy of the current account agreement.

Sears,

By: _____     ___9/15/00___         _____     ___9/5/00___
                                  Date                  Debtor                      Date

## DECLARATION OF ATTORNEY REGARDING REAFFIRMATION
## AGREEMENT BETWEEN SEARS AND THE DEBTOR

The undersigned attorney for the Debtor, declare under penalty of perjury that I have fully advised the Debtor of the legal effect and consequences of the Reaffirmation Agreement and of any default thereunder. The Reaffirmation Agreement represents a fully informed and voluntary agreement by the Debtor and does not impose an undue hardship on the Debtor, or on any dependents of the Debtor.

Debtor's Attorney _____     Bar # ___4414___   Date ___9-15-00___

3

CC-005037

FILED
U.S. BANKRUPTCY COURT
DISTRICT OF HAWAII

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF HAWAII   00 SEP 21  AM 9:54

IN RE:

**ENGLISH, PHILIP E.**

**DBA PHILIP ENGLISH ASSO**

|                        |
|------------------------|
| **CASE NO. 00-02917**  |
| (X) Report of Trustee at 341 Meeting |
| ( ) Initial Report of Trustee in Asset Case |
| (X) Report of Trustee in No Asset Case |
| ( ) Debtor(s) Change of Address |

                          **Debtor(s)**

---

**(X) REPORT OF TRUSTEE AT 341 MEETING**

The Trustee declares:

1. Date of Meeting: 09/15/00
2. (X) Meeting Concluded
3. ( ) Meeting Continued to _/_/_
4. ( ) Debtor(s) failed to appear
5. ( ) Debtors(s) failed to file schedules and/or Statement of Affairs

6. ( ) Debtor's counsel failed to appear.
7. ( ) Debtor(s) failed to cooperate with the trustee pursuant to 11 U.S.C. 521. ( ) See Attachment "A"
8. ( ) Other:

The trustee declares the foregoing is true and correct under penalty of perjury.

( )   THE TRUSTEE REQUESTS ISSUANCE ( ) OF AN ORDER TO SHOW CAUSE WHY THE DEBTOR(S), AND COUNSEL IF APPROPRIATE, BE SANCTIONED UNDER THE CIRCUMSTANCES, OR ( ) OF A NOTICE OF INTENT TO DISMISS OR CONVERT CASE, FOR THE REASONS DECLARED ABOVE.

( )   **INITIAL REPORT OF TRUSTEE IN ASSET CASE**

1. ( )   The trustee has found assets in this estate to be administered for the benefit of creditors, or believes there is a reasonable likelihood that such assets will be recovered within a reasonable period of time.

2. ( )   Trustee requests a Notice to File Claims be sent.

(X)   **REPORT OF TRUSTEE IN NO ASSET CASE**

Finding of No Assets. The trustee of the estate of the above-named debtor(s) reports that the trustee has neither received any property nor paid any money on account of this estate except exempt property; that the trustee has made diligent inquiry into the whereabouts of property belonging to the estate and that there is no property available for distribution from the estate over and above that exempted by the debtor(s).

MEMO:

New Address: _____

DATED:      09/20/00

MARK I.C. YEE, TRUSTEE

FOR U.S. TRUSTEE USE ONLY

4

CC-005038

OFFICE OF THE UNITED STATES TRUSTEE

FILED
U.S. BANKRUPTCY COURT
DISTRICT OF HAWAII

2000 NOV 14  PM 2: 01

BRENDA MOODY WHINERY
United States Trustee
GAYLE J. LAU  1465
Assistant United States Trustee
CURTIS B. CHING 3931
1132 Bishop Street, Suite 602
Honolulu, Hawaii 96813
Telephone No. (808) 522-8150

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| In re | ) | CASE NO. 00-02917 |
| | ) | (Chapter 7) |
| PHILLIP EUGENE ENGLISH, | ) | |
| | ) | |
| Debtor(s). | ) | Judge: Honorable Lloyd King |

---

**MOTION TO EXTEND DEADLINE TO FILE COMPLAINT UNDER
SECTION 727 OR MOTION TO DISMISS UNDER SECTION 707(B)**

Comes now the Office of the United States Trustee ("UST"), by and through its

attorney, and moves this Honorable Court for an order extending the deadlines for filing a

complaint under Section 727 or a motion to dismiss under Section 707(b).  This motion is

brought pursuant to Rules 4004, 4007, and 9006 of the Federal Rules of Bankruptcy Procedure

("FRBP").

In support of its motion, the UST states as follows:

1)      This case commenced on August 15, 2000 with the filing of a voluntary

petition under Chapter 7 of the Bankruptcy Code.

2)      The meeting of creditors in this case was held on September 15, 2000.

The Chapter 7 Trustee, Mark Yee, conducted the meeting.

5

CC-005039

3)      The UST is informed and believes that at the meeting of creditors, it was disclosed that the Debtors received approximately $120,000 in a property settlement in 1999. This income was not disclosed in the bankruptcy schedules or statement of financial affairs. The Debtor testified that from this settlement, he spent $35,000 for living expenses and used the balance to pay debts.

4)      The UST seeks an accounting from the Debtor regarding these funds.

5)      Rules 4004 and 4007 authorize the Court to extend the deadlines to file complaints under Section 727 or motions under Section 707(b) for cause.

6)      In the present case, cause exists to extend these deadlines. The UST seeks to obtain more information regarding the property settlement proceeds. This settlement was previously undisclosed in the Debtor's schedules and statement of financial affairs.

For the foregoing reasons, the UST requests that the Court extend the deadlines for filing a complaint under Section 727 and a motion under Section 707(b) for 60 days beyond the date of the hearing on this motion and provide such other and further relief as this Court deems just and proper.

DATED: Honolulu, Hawaii, _____.

_____
GAYLE J. LAU
CURTIS B. CHING
Office of the U.S. Trustee

2

CC-005040

OFFICE OF THE UNITED STATES TRUSTEE

FILED
U.S. BANKRUPTCY COURT
DISTRICT OF HAWAII

2000 NOV 14 PM 2: 01

BRENDA MOODY WHINERY
United States Trustee
GAYLE J. LAU  1465
Assistant United States Trustee
CURTIS B. CHING  3931
1132 Bishop Street, Suite 602
Honolulu, Hawaii  96813-2830
Telephone:  (808) 522-8150

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| In re | ) | CASE NO. 00-02917 |
| | ) | (Chapter 7) |
| PHILIP EUGENE ENGLISH, | ) | |
| | ) | Date:  December 20, 2000 |
| Debtor(s).) | Time:  10:30 a.m. |
| | ) | Judge:  Honorable Lloyd King |

NOTICE OF MOTION TO EXTEND DEADLINE
TO FILE COMPLAINT UNDER SECTION 727
OR MOTION TO DISMISS UNDER SECTION 707(B)

Please take notice that the United States Trustee has

filed a Motion to Extend Deadline to File Complaint Under

Section 727 or Motion to Dismiss Under Section 707(b).  The

Motion will come on for hearing before the Honorable Lloyd King

in his courtroom, 1132 Bishop Street, Suite 350L, Honolulu,

Hawaii, on December 20, 2000, at 10:30 a.m., or as soon

thereafter as the matter may be heard.  You are invited but are

not required to attend.

The Motion to Extend Deadline to File Complaint Under

Section 727 or Motion to Dismiss Under Section 707(b), filed

with the Bankruptcy Court on November 14, 2000, is available for

CC-005041

public review.  Any objections must be made in writing and filed no later than eighteen (18) days prior to the hearing date with the Office of the Clerk of the Bankruptcy Court, 1132 Bishop Street, Suite 250L, Honolulu, Hawaii 96813, and a copy mailed to the United States Trustee at 1132 Bishop Street, Suite 602, Honolulu, Hawaii 96813-2830.  Any objections not timely filed and served may be deemed waived.

DATED:  Honolulu, Hawaii, November 14, 2000.


GAYLE J. LAU
CURTIS B. CHING
Office of the U.S. Trustee

2

CC-005042

OFFICE OF THE UNITED STATES TRUSTEE

BRENDA MOODY WHINERY
United States Trustee
GAYLE J. LAU  1465
Assistant United States Trustee
CURTIS B. CHING 3931
1132 Bishop Street, Suite 602
Honolulu, Hawaii 96813
Telephone No. (808) 522-8150

FILED
U.S. BANKRUPTCY COURT
DISTRICT OF HAWAII

2000 NOV 14  PM 2:02

*ps*


UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

In re                                    )        CASE NO. 00-02917
                                         )        (Chapter 7)
PHILLIP EUGENE ENGLISH,                  )
                                         )
                      Debtor(s).         )        Judge: Honorable Lloyd King
_____          )


**DECLARATION OF CURTIS CHING IN SUPPORT OF
MOTION TO EXTEND DEADLINE TO FILE COMPLAINT UNDER
SECTION 727 OR MOTION TO DISMISS UNDER SECTION 707(b)**


STATE OF HAWAII                          )
                                         ) SS.
CITY AND COUNTY OF HONOLULU              )

        I, CURTIS CHING, declare as follows:

        1.      I am an attorney with the Office of the U.S. Trustee.

        2.      The Chapter 7 Trustee in this case, Mark Yee, has informed me that at the

meeting of creditors on September 15, 2000, the Debtor disclosed receiving $120,000 in a

property settlement in used the balance to pay creditors.

        3.      I have requested more information regarding these funds from the Debtor.

7

CC-005043

My office needs additional time to review this case.

    I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

    DATED: Honolulu, Hawaii, _____11/14/00_____.


                                  CURTIS CHING

CC-005044

OFFICE OF THE UNITED STATES TRUSTEE

BRENDA MOODY WHINERY
United States Trustee
GAYLE J. LAU  1465
Assistant United States Trustee
CURTIS B. CHING  3931
1132 Bishop Street, Suite 602
Honolulu, Hawaii  96813-2830
Telephone:  (808) 522-8150

FILED
U.S. BANKRUPTCY COURT
DISTRICT OF HAWAII

2000 NOV 14  PM 2:02

## UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| In re | ) | CASE NO. 00-02917 |
| | ) | (Chapter 7) |
| PHILIP EUGENE ENGLISH, | ) | |
| | ) | |
| Debtor(s). | ) | |
| _____ | ) | Judge:  Honorable Lloyd King |

### CERTIFICATE OF SERVICE

I certify that a copy of the Notice of Motion to Extend Deadline to File Complaint Under Section 727 or Motion to Dismiss Under Section 707(b); Motion to Extend Deadline to File Complaint Under Section 727 or Motion to Dismiss Under Section 707(b); Declaration of Curtis Ching in Support of Motion to Extend Deadline to File Complaint Under Section 727 or Motion to Dismiss Under Section 707(b) was duly served upon the following by depositing the same in the United States mail, first-class, postage prepaid, on November _14_, 2000.

CC-005045

PHILIP EUGENE ENGLISH
531 Hahaione Street, #2B
Honolulu, Hawaii  96825

Debtor


DAWN SMITH, ESQ.
Grosvenor Center, Makai Tower
733 Bishop Street, Suite 1610
Honolulu, Hawaii  96813

Attorney for Debtor


MARK J. C. YEE, ESQ.
P. O. Box 378
Honolulu, Hawaii  96809

Chapter 7 Trustee


DATED:  Honolulu, Hawaii, November _14_, 2000.


                        _Charleen M. Tokunaga_
                        CHARLEEN M. TOKUNAGA
                        Office of the U.S. Trustee


2

CC-005046

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF HAWAII
### Minute Entry

FILED
U.S. BANKRUPTCY COURT
DISTRICT OF HAWAII

00 DEC 20  AM II: 39

### *Hearing Information:*

|  |  |  |
|---|---|---|
| **Debtor:** | PHILIP EUGENE ENGLISH | |
| **Case Number:** | 1-00-02917-LK | **Chapter:** 7 |
| **Date / Time / Room:** | WEDNESDAY, DECEMBER 20, 2000 10:30 AM  3RD FLOOR | |
| **Bankruptcy Judge:** | LLOYD KING | |
| **Courtroom Clerk:** | ORIETTE VEGAS | |
| **Reporter / ECR:** | NEAL MAESHIRO | |

### *Matter:*

M/Extend Deadlines   (USTRO)
R / M #: 0 / 0

### *Appearances:*

Curtis Ching (USTRO); Dawn Smith (debtor).

### *Proceedings:*

The motion is granted.   An order was presented and signed.

Page:  1 of 1

*9*

CC-005047

FILED
U.S. BANKRUPTCY COURT
DISTRICT OF HAWAII

00 DEC 20 AM 11: 13

OFFICE OF THE UNITED STATES TRUSTEE

BRENDA MOODY WHINERY
United States Trustee
GAYLE J. LAU 1465
Assistant United States Trustee
CURTIS B. CHING 3931
1132 Bishop Street, Suite 602
Honolulu, Hawaii 96813
Telephone No. (808) 522-8150

## UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re                       )<br>                            )<br>                            )<br>PHILLIP EUGENE ENGLISH,     )<br>                            )<br>            Debtor(s)       )<br>_____) | CASE NO. 00-02917<br>(Chapter 7)<br><br><br><br><br>Judge: Hon. Lloyd King |

**ENTERED ON DOCKET**

**DEC 20 2000**

### ORDER GRANTING EXTENSION OF DEADLINES

The Office of the U.S. Trustee's Motion To Extend Deadline To File Complaint

Under Section 727 Or Motion To Dismiss Under Section 707(b) ("Motion") filed on November

14, 2000 came on for hearing on December 20, 2000. Curtis Ching appeared for the Office of

the U.S. Trustee. There was no opposition to the Motion.

Therefore, it is hereby ORDERED that the Motion is GRANTED. The deadline

10

CC-005048

to file a complaint under Section 727 or a motion to dismiss under Section 707(b) is extended to

and including February 20, 2001.

DATED: Honolulu, Hawaii, _____DEC 2 0 2000_____

UNITED STATES BANKRUPTCY JUDGE

Order
English #00-02917                    2

CC-005049

PHILIP EUGENE ENGLISH
531 HAHAIONE #2B
HONOLULU, HI 96825


DAWN SMITH, Esq.
733 BISHOP STREET, SUITE 1610
GROSVENOR CENTER, MAKAI TOWER
HONOLULU, HI 96813


MARK J.C. YEE
P.O. BOX 378
HONOLULU, HI 96809


OFFICE OF THE U.S. TRUSTEE


CERTIFICATION OF SERVICE
I HEREBY CERTIFY THAT THE ATTACHED
ORDER/JUDGMENT WAS MAILED ON
_____12/20/00_____, TO THE ABOVE
NAMED PARTIES IN INTEREST.

_____
DEPUTY CLERK

CC-005050

Form B18(Official Form 18)
(9/97)

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF HAWAII

In Re:                                              )
ENGLISH, PHILIP EUGENE                              )
    531 HAHAIONE #2B                            )
    HONOLULU, HI 96825                          )  Case Number: 00-02917
                                                    )
                                                    )
                                                    )
                                                    )  Chapter: 7
                                                    )
                                                    )
                                          Debtor    )
                                                    )
Social Security No(s).:                             )
Debtor: 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                                 )
                                                    )
                                                    )

```
          FILED
   United States Bankruptcy Court
        District of Hawaii
       February 28, 2001
```

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States
Code, (the Bankruptcy Code).


**BY THE COURT**

*Lloyd King*

Dated: February 28, 2001          LLOYD KING
                                  United States Bankruptcy Judge


**SEE BACK SIDE OF THIS ORDER FOR IMPORTANT INFORMATION**

000007                          Form 18 Continued

CC-005051

## EXPLANATION OF BANKRUPTCY DISCHARGE
### IN A CHAPTER 7 CASE

This court order grants a charge to the person named as the debtor.  It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged.  For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. [*In a case involving community property:*]  [There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.]  A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case.  Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts that are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged.  Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed.  (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts that are in the nature of alimony, maintenance, or support;

c. Debts for most student loans;

d. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

e. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle while intoxicated;

f. Some debts which were not properly listed by the debtor;

g. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

h. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

**This information is only a general summary of the bankruptcy discharge.  There are exceptions to these general rules.  Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

---

Please do not call the court or the trustee to ask whether specific debts are discharged in this case.
The staff of the bankruptcy court is prohibited from giving legal advice about the effect
which this discharge may have on any listed debts.

---

CC-005052

**BAE SYSTEMS**

11400 Commerce Park Drive
Suite 600
Reston, Virginia 22091-1506

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| District/off: 0975-1 | User: JN | Page 1 of 1 | Date Rcvd: Feb 28, 2001 |
| Case: 00-02917 | Form ID: DIS-001 | Total Served: 45 | |

The following entities were served by first class mail on Mar 02, 2001.

| | |
|---|---|
| D | ENGLISH, PHILIP EUGENE,   531 HAHAIONE #2B,   HONOLULU, HI 96825 |
| DA | DAWN SMITH,   733 BISHOP ST., STE 1610,   HONOLULU, HI 96813 |
| T | MARK J.C. YEE,   P.O. BOX 378,   HONOLULU, HI 96809 |
| | OFFICE OF THE U.S. TRUSTEE,   1132 BISHOP STREET, SUITE 602,   HONOLULU, HI 96813 |
| | CIVIL ASSIGNMENT CLERK,   P.O. BOX 619,   HONOLULU, HI 96809 |
| | INTERNAL REVENUE SERVICE - HAWAII,   IRS SPF INSOLVENCY,   300 ALA MOANA BLVD., STOP H240, |
| | HONOLULU, HI 96850 |
| 1 | ADVANTA,   BOX 16480,   WILMINGTON, DE 19850 |
| 2 | ASSOCIATES CAPITAL BANK,   BOX 96018,   CHARLOTTE, NC 28296 |
| 3 | ASSOCIATES,   1111 DILLINGHAM BLVD. E7,   HONOLULU, HI 99817 |
| 4 | BANK OF HAWAII,   BANKOH COLLECTION SERVICES #273,   P.O. BOX 2900,   HONOLULU, HI 96846 |
| 5 | BANKAMERICARD,   BOX 53127,   PHOENIX, AZ 85072 |
| 6 | CAPITAL ONE,   BOX 26030,   RICHMOND, VA 23276 |
| 7 | CHEVRON,   BOX 2001,   CONCORD, CA 94529 |
| 8 | COMPUTER CITY,   BOX 5174,   SIOUX FALLS, SD 57117 |
| 9 | DISCOVER,   BOX 29019,   PHOENIX, AZ 85038 |
| 10 | FIRST CARD,   BOX 2004,   ELGIN, IL 60122 |
| 11 | FIRST USA,   BOX 50882,   HENDERSON, NV 89016-0882 |
| 12 | FIRST USA,   BOX 85068,   LOUISVILLE, KY 40285 |
| 13 | FLEET BANK,   BOX 2996,   HARTFORD, CT 06104 |
| 14 | FORD CITIBANK MC/VISA,   BOX 6001,   THE LAKES, NV 88901 |
| 15 | GTE MOBILNET,   BOX 630007,   DALLAS, TX 75263 |
| 16 | +GTE,   PAYMENT PROCESSING CENTER,   INGLEWOOD, CA 90313-0001 |
| 17 | HILO MED GRP C/O UNITED CRED,   2700 N MAIN ST. #105,   SANTA ANA, CA 92705 |
| 18 | HONOLULU MEDICAL GRP,   550 S BERETANIA ST.,   HONOLULU, HI 96813 |
| 19 | HOUSEHOLD BANK ANAHEIM,   DEPT 0002,   ANAHEIM, CA 92806 |
| 20 | IKON OFC,   BOX 23879,   PORTLAND, OR 97281 |
| 22 | LASALLE BANKS NW,   BOX 809010,   CHICAGO, IL 60680 |
| 23 | LIBERTY HOUSE,   BOX 2690,   HONOLULU, HI 96845 |
| 24 | MBNA AMERICA,   BOX 15019,   WILMINGTON, DE 19886 |
| 25 | MEDCAH,   BOX 1187,   KAILUA, HI 96734 |
| 26 | OCEANIC CABLE,   BOX 200,   WAHIAWA, HI 96786-0200 |
| 27 | OFFICE MAX,   BOX 8013,   LAYTON, UT 84041 |
| 28 | PRIME OPTION,   BOX 30205,   SALT LAKE CITY, UT 84130 |
| 29 | QUEEN'S MEDICAL CENTER,   BOX 31000,   HONOLULU, HI 96849-5006 |
| 30 | RADIOLOGY ASSOCIATES,   1329 LUSITANIA ST. #B7,   HONOLULU, HI 96813 |
| 31 | RMA,   222 KEARNEY ST. #550,   SAN FRANCISCO, CA 94108 |
| 32 | +SEAR'S,   BOX 29,   BOISE, ID 83707-0029 |
| 33 | SHELL OIL,   BOX 30790,   LOS ANGELES, CA 90030-0790 |
| 34 | STIRLING & KLEINTOP,   1100 ALAKEA ST. 20TH FLR.,   HONOLULU, HI 96813 |
| 35 | UNOCAL,   BOX 860070,   PASADENA, CA 91186 |
| 36 | YANO, DR. BRIAN,   1188 BISHOP ST. #2912,   HONOLULU, HI 96813 |
| 37 | U.S. ATTORNEY FOR THE,   DISTRICT OF HAWAII,   P.O. BOX 50183,   HONOLULU, HI 96850 |
| 38 | GTE HAWAIIAN TEL,   BILLING & COLLECTIONS, KIA3,   P.O. BOX 2200,   HONOLULU, HI 96841 |
| 39 | SEARS,   P.O. BOX 7901,   DES MOINES, IA 50322 |

The following entities were served by electronic transmission on Feb 28, 2001 and receipt of the transmission
was confirmed on:

| | |
|---|---|
| 10 | EDI: FIRSTUSA.COM Feb 28 2001 21:13:00     FIRST CARD,   BOX 2004,   ELGIN, IL 60122 |
| 11 | EDI: FIRSTUSA.COM Feb 28 2001 21:13:00     FIRST USA,   BOX 50882,   HENDERSON, NV 89016-0882 |
| 12 | EDI: FIRSTUSA.COM Feb 28 2001 21:13:00     FIRST USA,   BOX 85068,   LOUISVILLE, KY 40285 |
| 21 | EDI: IRS.COM Feb 28 2001 21:13:00     INTERNAL REVENUE SERVICE,   SPECIAL PROCEDURES BRANCH, |
| | 915 2ND AVENUE, ATTN:  M/S 244,   SEATTLE, WA 98174 |

                                                          TOTAL: 4

          ***** BYPASSED RECIPIENTS *****

NONE.                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner
shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: Mar 02, 2001                    Signature:    _Joseph Speetjens_

000007