# FACSIMILE COVER PA[GE]

| | | | |
|---|---|---|---|
| **To :** | Ann G. | **From :** | Charles Casados |
| **Sent :** | 8/10/01 at 8:14:52 AM | **Pages :** | 4 (including Cover) |
| **Subject :** | Over taxed property, Bad Customer Service | | |

Ann,

As you requested, I am sending you the information needed to change the tax rates for the Island Colony #3503. I have a bill in the amout of $881.46 for 2001. The tax key is 1-2-6-014-032-0024.

It is currently being taxed at HOTEL tax rates and the unit is not being used that way. Attached is a letter from Hawaiian Monarch Partners stating it was withdrawn from the Hotel Pool on September 1, 2000. The unit was purchased by my wife in June of 2000, and we immediately requested from the Hotel that it be removed from the Hotel pool.

I sent this information to Phil English of your department on April 17, 2001, but for some reason Mr. English felt it NOT necessary to respond. I was able to contact him earlier this week and he said he had a problem with the information I sent. I told him it would be polite and professional to contact me and try to resolve his DOUBT. It is wrong for him to assume a taxpayer is guilty before innocent. It was very easy to verify the information I sent him if he took the time in contacting us and not GUESSING what he thought was right. I hope you train your employees to base their decisions on the FACTS and not what they feel is appropriate. And teach them to RESPOND back. The TAXPAYER deserves this.

It is silly for a taxpayers to have to jump thru these hoops to get fair taxation. The SYSTEM is already against the taxpayer by making us wait to have the tax rates changed. The taxpayer is being charged for HOTEL taxes and the unit is not being used that way. It is over a year and we still don't have the tax office to acknowledge this. We will end up paying for Hotel rate taxes for 2 years and its not fair. The SYSTEM sucks. I believe I have made over 15 phone calls to the City, since June 2000 trying to understanding the who, where and how of this process.

Please correct this problem as soon as possible and notify me if you have any problems. I've given you current leases for the property with the names and phone numbers of the tenants. They are japanese speaking, and you have told me you have japanese speaking staff to verify any information you need from then.

aloha,

Charles Casados
Yoko Casados
942-4016 or 282-0219

cc  Mayor Jeremy Harris
    Duke Bainum
    Rene Mansho

ph. 8/10

**CC 000814**

Case No. 04-00108 SOM/KSC
Defs' Exhibit No.  2069



## Hawaiian Monarch Partners
445 SEASIDE AVENUE / HONOLULU, HAWAII 96815 / PHONE: (808) 921-7102

June 21, 2000

Ms. Yoko Casados
2421 Tusitala Street, #1401
Honolulu, Hawaii 96815

Subject: Hawaiian Monarch Unit #2608

Dear Ms. Casados:

Receipt of the letter requesting withdrawal of your unit from Hawaiian Monarch Partners is acknowledged.

For your reference, I have enclosed a copy of the page in the Limited Partnership Agreement that states the following:

> Section 25. Withdrawal from the Partnership. Subsection B. Withdrawal of a Newly Substituted Limited Partner. A newly Substituted Limited Partner may withdraw from the Partnership upon 90 days prior written notice given to the General Partner within 30 days of his becoming an Apartment Owner. Notwithstanding the foregoing, no such withdrawal will be effective during the period from December 1 through March 31.

In accordance with the above paragraph, your unit will be withdrawn effective as of noon, September 1, 2000. Please contact Mr. Shawn Exabe, the hotels Executive Housekeeper, to arrange for an inspection of the apartment and return of keys, prior to the withdrawal date.

Upon withdrawal from the hotel pool, you should be aware of the Supplementary Horizontal Property Regime (Condominium) Public Report that states the following:

> Purpose of Buildings And Restrictions As To Use: "...If the Apartment is not committed to the hotel operation undertaken by the Partnership, then Buyer will not rent the Apartment for any period of less than one (1) month. If the Buyer rents the apartment the rental will be made by a written lease and a copy will be given to the property Manager, on site."

Please do not hesitate to call this office if you have any questions.

Sincerely,

*Charlene Sato*

Charlene Sato
Office Manager


Enclosure

CC 000815

# CONDOMINIUM LEASE

This Lease Agreement is made between YOKO CASADOS, ("Landlord"), and
__YUKIKO    KIMURA__, ("Tenant").

**PROPERTY ADDRESS:**  HAWAIIAN MONARCH
444 Niu St. Apt. # 2608A
Honolulu, Hawaii 96815

**MOVE IN DATE:**  30 Jun (AM)/PM on __11:00__
**CHECK OUT DATE:**  31 Dec AM/PM on __12:00__

Extra days will be charged at a daily rate of $120 per day. No rentals under 30 days allowed.

Tenant SHALL PAY to Yoko Casados, Landlord $ __900.-__ per month, paid in advance.

CLEANING FEE of $50.00 is ADDITIONAL. Deliver payment to:

WAIPUNA
YOKO CASADOS, 469 ENA ROAD #2003
HONOLULU, HAWAII 96813
PH: 942-4016 or 282-0224

**SECURITY DEPOSIT of $** __200.-__ and DEPOSIT shall be returned to Tenant at end of lease minus any DAMAGE done to the unit. **NO PETS ALLOWED.**

**PHONE NUMBER** for the unit is (808) __947-7516__

**PARKING IS / (IS NOT) available** at additional rate of: $_____ Lost parking pass is $75.00.

**KEYS** for the Tenant __2__ set(s) of keys to the rental unit. The Tenant shall be charged $40.00 for each unreturned key.

**MAIL BOX #** is __2608A__ Please use this box number to receive your mail.

Signed: __YUKIKO  KIMURA__   Date: __6/30/01__
         Tenant

Signed: __Yoko Casados__   Date: __6/30/01__
         Landlord

# CONDOMINIUM LEASE

This Lease Agreement is made between YOKO CASADOS, ("Landlord"), and _Sachiko Murasue._ , ("Tenant").

**PROPERTY ADDRESS:** HAWAIIAN MONARCH
444 Niu St. Apt. # _2608B_
Honolulu, Hawaii 96815

**MOVE IN DATE:** _7/19/01_ AM/PM on _14:00_
**CHECK OUT DATE:** _10/19/01_ AM/PM on _12:00_

Extra days will be charged at a daily rate of $120 per day. No rentals under 30 days allowed.

Tenant SHALL PAY to Yoko Casados, Landlord $ _750.00_ per month, paid in advance.

CLEANING FEE of $50.00 is ADDITIONAL. Deliver payment to:

WAIPUNA
YOKO CASADOS, 469 ENA ROAD #2003
HONOLULU, HAWAII 96813
PH: 942-4016 or 282-0224

**SECURITY DEPOSIT** of $ _200.-_ and DEPOSIT shall be returned to Tenant at end of lease minus any DAMAGE done to the unit. NO PETS ALLOWED.

**PHONE NUMBER** for the unit is (808) _947-7526_

**PARKING IS / IS NOT** available at additional rate of: $_____ Lost parking pass is $75.00.

**KEYS** for the Tenant _/_ set(s) of keys to the rental unit. The Tenant shall be charged $40.00 for each unreturned key.

**MAIL BOX #** is _2608B_. Please use this box number to receive your mail.

Signed: _Sachiko Murasue_   Date: _7/19/01_
Tenant

Signed: _Yoko Casados_   Date: _7/19/01_
Yoko Casados, Landlord

CC 000817