# DIRK von GUENTHNER & ASSOCIATES
923 KAHENA STREET
HONOLULU, HAWAII 96825
OFFICE (808) 532-1400 * FAX (808) 395-1201 CELLULAR (808) 779-4224
E-mail: dvg@pixi.com

## CURRICULUM VITAE

Dirk von Guenthner & Associates has provided forensic research and litigation support services to attorneys for twenty-four years. Assignments are accepted through service contracts with counsel or their clients to provide support, direction, organization, analysis and valuation of litigation matters including special damages in complicated and large document cases as an expert or a consultant.

## BACKGROUND

Dirk von Guenthner was raised in Kona while attending Hawaii Preparatory Academy in Kamuela. Mr. von Guenthner worked on the professional staff of Peat Marwick Mitchell & Co., (KPMG), after obtaining a Bachelor of Science degree in business administration with a major in accounting from CSULB in 1973.

From 1975 through 1981, USLIFE Corporation employed Mr. von Guenthner as their Western Regional Audit Manager to direct a staff, including CPA's, in auditing a 32 branch savings and loan, two escrow companies, a life insurance company and a data processing center with combined assets over one billion dollars.

Up to 1983, Mr. von Guenthner served as Chief Financial Officer and Senior Vice President with SCCT Financial Corporation, a parent company with four subsidiaries, each with a title plant, and nineteen escrow offices.

Dirk von Guenthner is a Board Certified Forensic Examiner, "BCFE"; a Certified Fraud Examiner, "CFE"; certified as a Diplomate of the American Board of Forensic Accountants, "DABFA"; a Diplomate and Fellow of the American College of Forensic Examiners, "FACFE"; past President and Chairman of the Board of Directors of the Hawaii Chapter - Association of Certified Fraud Examiners and recipient of the chapter's 1997 Distinguished Achievement Award; recipient of the 2001 "Top Cop" Award; a 1994 candidate for Western Regional Governor of the Association of Certified Fraud Examiners; a Contributing Editor to the nationally published periodical, "The Forensic Examiner"; author of the "Treasurer's Manual" of the State of Hawaii Campaign Spending Commission and used by all candidates seeking public office in the State of Hawaii; a trained Arbitration Panelist (arbitrator of 26 arbitrations); a trained Mediator; and, previously licensed in real estate.

## PROFESSIONAL EXPERIENCE

In 1976, Dirk von Guenthner began providing forensic research services to attorneys. In Hawaii, services have been provided for litigation in the Circuit Court, the Federal District Court and the U.S. Bankruptcy Court relating to civil, domestic, bankruptcy and criminal matters.

Dirk von Guenthner has been qualified as an expert witness before Judge Jon Chinen, Judge Ben H. Gaddis, Hon. Alan Kay, Judge Shunichi Kimura, Judge Edward C. King, Judge Evelyn Lance, Judge Rosalyn Loomis, Judge Marjorie Manuia, Judge Togo Nakagawa, Judge Frank Takao, Judge Michael A. Town, Judge Frances Wong, many arbitration tribunals, and the Department of Commerce and Consumer Affairs.

In addition to providing forensic research and litigation support services to attorneys in Guam, Alaska, California, New York, Washington, Utah and Colorado, Dirk von Guenthner & Associates has worked on behalf or in association with the following Hawaii attorneys:

| CODE | DESCRIPTION |
|---|---|
| AAA | Arbitration |
| BC | Business Consulting |
| BNK | Bankruptcy |
| CL | Civil Litigation |
| CML | Criminal Litigation |
| CP | Co-Panelist in Arbitration |
| DCCA | Dept. of Commerce and Consumer Affairs |
| FL | Family Law |
| PI | Personal Injury |
| TRM | Trust Related Matter |

Fred Y. Abe (FL)
James Y. Agena (PI)
Jan M. L. Y. Amii (PI)
James Robert Arnett II, (CL)
George W. Ashford, Jr. (CL)
Lance Scott Au (PI)
Rustam A. Barbee (CML)
Scott I. Batterman (CL)
R. Charles Bocken (CP)
Phillip D. Bogetto (CL)
James J. Bickerton (CL)(PI)
Patricia A. Brady (FL)

George W. Brandt (CP)
Steven T. Brittain (PI)
R. Mark Browning (PI)
Peter B. Carlisle (BC)
Moon Ki Chai (AAA)
Roy K. S. Chang (PI)
John A. Chanin (CL)
Robert E. Chapman (AAA)
Darwin L. D. Ching (CML)
Steven L. Ching (AAA)
Harrison P. Chung (CL)
Ellen A. Cirangle (CL)

Kathleen A. Clark (CL)
Bradley A. Coates (FL)
Stuart M. Cowan (CL,FL,TRM)
Joachim P. Cox (CL)
Lyle P. Creadick (FL)
Robert J. Crudele (CL)
Charles W. Crumpton (CL)
James P. Dandar (CL)
William J. Deeley (CL)
Stacey K. Djou (CL)
Durell A. Douthit (FL)
K. Bartlett Durand, Jr. (CL)
William J. Eggers, III (FL)
Raymond E. Engle (FL)
Robert J. Faris (AAA)
David C. Farmer (FL)(BC)
Jay M. Fidell (CL)
Michael L. Freed (CL)
Gregory P. Frey (CL,FL)
Richard L Frunzi (BC)
Stuart N. Fujioka (CL)
Kenneth K. Fukunaga (CL)
Janice T. Futa (CL)
Manuel D. Garcia (TRM)
Preston A. Gima (CL)
David S. Glanz (CL)
Burnham H. Greeley (CL)
Richard K. Griffith (DCCA)
David A. Gruebner (CL)
Robert M. Harris (FL)
Harvey E. Henderson, Jr. (CL)
James H. Hershey (BC,CL)
Brenda M. Hoernig (CL)
Peter C. Hsieh (CL)
Roy F. Hughes (CL)
Jean M. Ireton (FL)
Brandon T. Ito (CL)
Deborah S. Jackson (CL)
Robert P. Jaress (AAA)
Mary Blaine Johnston (AAA)(CL)
James Kawashima (PI)
Edward Kemper (CL)(PI)
Kaiulani E. S. Kidani (CL)
Dennis W. King (CL)
Samuel P. King, Jr. (CML)

Walter S. Kirimitsu (PI)
Audrey E. Kitagawa (FL)
Jonathan A. Kobayashi (AAA)
Tedson H. Koja (CL)
Kevin M. Kondo (CL)
James E. T. Koshiba (BNK)(CL)(CML)
Scott E. Kubota (PI)
Bruce L. Lamon (CL)
Phillip J. Leas (AAA)
Paul L'Ecuyer (PI)
Larry C. Y. Lee (CL)
Linda-Mei Y. K. Leong (AAA)
Michael R. Levine (CML)
Wilson M. N. Loo (AAA)
Colin L. Love (BC)
Michele-Lynn E. Luke (CL)
Leslie C. Maharaj (CL)
Stanford M. J. Manuia (AAA)
Kenneth A. Martyn (AAA)
Melanie S. Matsui (PI)
Robert K. Matsumoto (AAA)
Michael T. McEnerney (FL)
Howard F. Mc Pheeters (CL)
Glenn T. Melchinger (CL)
Katsugo Miho (AAA)
Lynn Minagawa (DCCA)
Duane R. Miyashiro (CL)
Caryn S. Morita (CL)
Marilyn S. H. Naitoh (PI)
Kelly G. A. Nakano (CL)
Paula A. Nakayama (PI)
Greg L. Nishioka (TRM)
Michael A. Okazaki (CL)
Peter W. Olsen (CL)
Elena J. Onaga (PI)
Cory Y. S. Park (CL)
Wayne D. Parsons (CML)
James T. Paul (CL)
Richard T. Pafundi (PI)
Davor Z. Pevec (CL)
Ellen B. Politano (FL)
Teresa Quon (CL)
Anthony L. Rankin (PI)
Kevin M. Rankin (PI)
Robert P. Richards (CL)

| | |
|---|---|
| Arthur F. Roeca (CL) | Kevin P. H. Sumida (CL) |
| William J. Rosdil (CL) | Cynthia M. Surrisi (CL) |
| Janice Hee Saito (BNK)(CL)(CML) | Cori A. Takamiya (CL) |
| William W. Saunders (CL) | Brian Tamanaha (CML) |
| Robert R. Sadaoka (CL) | Jan M. Tamura (CL) |
| Scott K. Saiki (PI) | Judy A. Tanaka (CL) |
| Hiroshi Sakai (CL) | Jeffrey M. Taylor (AAA) |
| Evan R. Shirley (CL) | Terrance W. H. Tom (PI) |
| Mark T. Shklov (CL)(AAA) | Danny J. Vasconcellos (AAA) |
| David F. Simons (BNK)(CL) | Thomas T. Watts (CL) |
| John B. Simpson (AAA) | John R. Williams (BC)(BNK)(CL)(FL) |
| William Fenton Sink (CL) | Anthony L. Wong (PI) |
| Randolph R. Slaton (BNK)(CL) | Wayson W. S. Wong (FL) |
| Dana Wesley Smith (FL) | Vernon Y. T. Woo (CL)(PI) |
| Robert A. Smith (CML) | Keith Y. Yamada (CL) |
| Lisa K. Strandtman (CL) | Stanley K. Yamada, Jr. (BNK) |
| J. Stephen Street (BC)(CL) | Joy Yanagida (PI) |
| Barry A. Sullivan (CL) | Nathan H. Yoshimoto (CL) |

DvG&A has also provided services to the U.S. Attorney and the Federal Bureau of Investigation.

**CASE MANAGEMENT**

Dirk von Guenthner meets with counsel to discuss the background of the case and the areas of work to be performed. A Service Contract is prepared to reflect the scope of work and the terms of the engagement.

Mr. von Guenthner may staff the engagement with associates who are appropriately qualified, as necessary. Available documents, often hundreds of thousands, including appropriate client records, document production, subpoena duces tecum records, depositions, interrogatories, admissions, pleadings, expert reports and other discovery documents are frequently organized, assembled, and indexed.

Custom designed spread sheets are created, then sorted in a data base to produce specific information for Dirk von Guenthner to write reports, other experts to prepare their reports and counsel and the client in learning about specific issues and key documents of the case. The data base can be used to research and link all kinds of significant case matters and assists counsel in preparing for depositions and trials.

In cases where other experts may be required to evaluate documents to determine liability, evaluate damages, or report on other case issues, it is often helpful to have the documents numbered, indexed and input by Dirk von Guenthner and his associates in advance. Doing so will have a time and cost saving benefit for other experts. By working in conjunction with counsel and other experts, Dirk von Guenthner & Associates can segregate unnecessary and duplicate documents to save costs to input them into the comprehensive indexed spread sheets.

In large document cases where it is cost justified, huge indexes are prepared and then sorted to identify all documents related to individuals, specific subjects and/or issues in chronological order by document type, name, subject, specially coded items or a combination of criteria which frequently develops patterns and logic to otherwise unrelated documents.

When appropriate documents are indexed, the status of missing documents, or documents otherwise not produced by a party or witness can be evaluated and reported on accordingly when their existence can be otherwise proven.

Mr. von Guenthner and his associates work with counsel, client and others to refine case objectives and produce evidentiary results prepared to answer issues in a logical and organized manner. When the case concludes, clients often benefit by having all their records indexed and organized in files for continued use in the future.

# Dirk von Guenthner
# RULE 26 DISCLOSURES

1. **NATIONAL PUBLICATIONS**

   a.   "FORENSIC EXAMINER" - October 1994  - "Forensic Accounting"

   b.   "FORENSIC EXAMINER" - December 1994- "Forensic Accounting"

   c.   "FORENSIC EXAMINER" - February 1995 -  "Forensic Accounting"

   d.   "FORENSIC EXAMINER" - October 1995 -   "Forensic Accounting"

   e.   "FORENSIC EXAMINER" - December 1995- "Forensic Accounting"

2. **BOOK PUBLICATION**

   a.   "TREASURER'S MANUAL" STATE OF HAWAII CAMPAIGN SPENDING COMMISSION - PUBLISHED IN 1998, 1999, 2000, and 2002

   b.   "INCENTIVE" - COPYRIGHT 2004 - LIBRARY OF CONGRESS NUMBER 2004101198 - ISBN # 0-9741741-3-0 - PUBLISHED MAY 2004

3. **SPEECHES**

   a.   Institute of Managerial Accountants - 08/19/93

   b.   Institute of Internal Auditors - 01/18/94

   c.   EEOC Counsel - 10/30/95

   d.   Institute of Managerial Accountants - 12/14/95

   e.   Independent Association of Questioned Document Examiners - 09/26/96

   f.   University of Hawaii - Accounting Department - 04/30/99

   g.   Legislative Auditor, Marion Higa and senior staff members - 07/20/01

EXHIBIT " C "

- h. Institute of Internal Auditors - 09/18/01

- i. Hawaii Chapter - Association of Certified Fraud Examiners - Fraud Workshop 11/15/02

- j. Mercury Business Association - 11/08/04

- k. Hawaii Chapter - Association of Certified Fraud Examiners - Corporate Con Workshop - 07/24/03

- l. Hawaii Chapter - Association of Certified Fraud Examiners - Other People's Money Workshop - 07/15/04

- m. Hawaii Chapter - Association of Certified Fraud Examiners - Detecting and Preventing Fraud Workshop -05/19/05

- n. Hawaii Chapter - Association of Certified Fraud Examiners - The Fight Against Fraud: Methods, Concepts and Techniques Workshop - 07/21/05

- o. Hawaii Chapter - Association of Certified Fraud Examiners - Bad Paper Workshop - 09/15/05

4. **CASES WHERE I HAVE TESTIFIED AS AN EXPERT AT TRIAL OR BY DEPOSITION IN THE PRECEDING FOUR YEARS**

- a. NICOLE WELDON V. MIYAKE CONCRETE AND AMERIGAS
  CIVIL NO. 97-0748(2)

- b. USA V. MAI THI DO
  CR NO. 97-1039 ACK-15

- c. YOUNG SUK LEE V. JAMES S. SHIROMA
  CIVIL NO. 98-3465-08

- d. VITOUSEK V. WOODY'S
  CIVIL NO. 98-5132-11

- e. ABEL V. STATE OF HAWAII
  CIVIL NO. 99-0583

- f. C&L SANDBLASTING V. MARISCO
  CIVIL NO. 00-00281 SPK

- g. LATHAM V. KERR MICHAELS DESIGN & CONST. MGMT.
  CIVIL NO. 00-1-1679-05

 h. SEABIRD V. AMERICAN MARINE
   CIVIL NO. 00-1-0821-03

 i. OCHS V. HMSA ET AL.
   CIVIL NO. 01-1-0459(3)

 j. SOUZA V. LIBERTY MUTUAL
   AL658-024579-02

 k. BLOOM V. TATIBOUET
   CIVIL NO. 02-1-0431-02 DTK (05/29/03)

 l. EIDAI INTERNATIONAL, INC. V. MEIJI SEIKA KAISHA, LTD
   CIVIL NO. 02-00055 LEK (10/23/03)

 m. KUCHLER V. DEPARTMENT OF TRANSPORTATION, STATE OF HAWAII
   PCH-2003-21

 n. MARISCO V. KIRIBATI SEAFOOD CO., L.L.C.
   CV02-00093 DAE LEK

 o. INTERNATIONAL SPECIALITY. INC V. MARISCO, LTD.
   CIVIL NO. CV02-00272 DAE LEK

5. **APPOINTMENT BY U.S. DISTRICT COURT OF HAWAII**

AUGUST 13, 2004 APPOINTED BY JUDGE HELEN GILLMOR AS SPECIAL MASTER IN PACE ET AL V. HONOLULU DISPOSAL SERVICE, INC. ET AL - CIVIL NO. 97-00335 HG-KSC

6. **COMPENSATION TO BE PAID FOR STUDY AND TESTIMONY**

 a. My hourly rate is $195 for all work and $250.00 for testimony.

 b. The approximate hours I have spent working on this matter to the present is 75.

 c. My estimated billings as of the preparation of this report including support staff and costs total $15,234.00.