| | | | |
|---|---|---|---|
| 11/13/2002 | Ann's memo to Gary Kurokawa asking for Nov. 20th meeting with Waylon. | e-mail dated 11/13/2002 | 222 |
| 11/15/2002 | Phil's memo to Norman about a bldg that they had talked about that had two different grade descriptions. | e-mail dated 11/15/2002 | 214 |
| 11/15/2002 | Norman's memo to Phil asking if the grade was used to recognize a higher value to different sides or locations in the bldg? | e-mail dated 11/15/2002 | 214 |
| 11/15/2002 | Ann's memo to Grp 3 to clarify Nov 13 instruction | e-mail dated 11/15/2002 | 221 |
| 11/18/2002 | Phil's memo to Norman stating that all of the units that are grade 4 have values that are significantly higher. "....could you please change them.' | e-mail dated 11/18/2002 | 213 |
| 11/18/2002 | Phil's memo to Ann requesting help for loading new HPR's Phil tracked down the instructions from Ann Kabasawa and assumes they are current (no date) Not done this before can advise or send me to someone who can. | e-mail dated 11/18/2002 | 220 |
| 11/18/2002 | Phil's memo to Ann telling her that the descriptions are not clear for new HPR's Phil writes that Ann just told me to get full documentation off line but that "she" didn't know where to look since they changed the location. | e-mail dated 11/18/2002 | 219 |
| 11/18/2002 | Ann writes to Phil that he should have the e-mail telling him which drive to look on. | e-mail dated 11/18/2002 | 426 |
| 11/18/2002 | Phil write back to Ann that he did find it and it was on the "L" drive should anyone else ask in the future. | e-mail dated 11/18/2002 | 218 |
| 11/18/2002 | Phil writes to Ann saying that it appears that the Management apartment is "not" to be used for residential or dwelling purposes." Still parking to be installed. | e-mail dated 11/18/2002 | 217 |
| 11/18/2002 | Phil writes to Ann that it appears that the management apartment will be used for commercial purposes and that i would forward info to Gary Kubota | e-mail dated 11/18/2002 | 216 |
| 11/18/2002 | Phil writes to Dwight "More of the same" Phil writes how difficult it has been for me to get help on loading parking stalls. He got a copy of instructions from Ann Kabasawa but it had no date. He asked Ann Gima for help in explaining it and she told hi | e-mail dated 11/18/2002 | 425 |

| | | | | |
|---|---|---|---|---|
| 11/18/2002 | Ann's memo supervisor mtg/procedures  Item #2 ask for status report due by the end of the day. But it does not say status on what and in what form? | e-mail dated 11/18/2002 | 423 | |
| 11/18/2002 | Phil's memo to Ann "Waht specifically do you want for the status report?" | e-mail dated 11/18/2002 | 423 | |
| 11/18/2002 | Ann's memo responding to Phil's question above listing new/demo permits, inputs, appeals outstanding, progress review of 2003 values, and any other situation pertinent to your area? | e-mail dated 11/18/2002 | 423 | |
| 11/18/2002 | Phil's status report.  Phil notes 114 permits, 417 inputs, 290 appeals heard, 576 to be heard, He lists the four BOR dates that were assigned to him on Nov 12th; 12/13,12/27,1/3,1/14  Phil points out that he has had no time to prepare since they were assi | e-mail dated 11/18/2002 | 422 | 215 |
| 11/18/2002 | Phil writes to Dwight forwarding a copy of his status and ask "was I wrong to write this?"  Dwight responds and says that it is appropriate to let management know where you stand. | e-mail dated 11/18/2002 | 422 | |
| 11/19/2002 | Norman writes "We are running out of time and you are out on sick leave"???  Norman states "I am going to assume that you checked the questions that I asked you and you want me to change all grades to 3."  See Phil's memo above "please change them." | e-mail dated 11/19/2002 | | 213 |
| 11/21/2002 approx. date | Approximate date that Bob asked Chris to remove all of his appraisal files and templates that he used for working on Gary's appraisal reports.  Chris was very upset and stomped up and down the isle complaining that "Bob has been looking into my personal f | | | |
| 11/21/2002 | Ann's memo to Grp 3 regarding clean up areas prepare for appeals.  The word was sent out verbally and urgently to take any personal files off of your computer! | e-mail dated 11/21/2002 | | 211 |
| 11/21/2002 | Ann informs grp 3 to sign up for revised performance evaluation process  Wants to know what date we can attend.  Phil writes back that for date of Dec. 4th. | e-mail dated 11/21/2002 | | 212 |
| 11/21/2002 | Phil's memo to Dwight "i just spoke with Waylon and there is a meeting set for tomorrow morning"  Apparently Waylon ond Gary Kurokawa reached some agreement? Phil states "Here is the problem, I should never have been on probation in the first place.  The | e-mail dated 11/21/2002 | 420-421 | |

| | | | |
|---|---|---|---|
| 11/21/2002 | Dwight writes to Phil that he was not privy to any discussions and that he thinks that I should take it up with Waylon after the meeting. | e-mail dated 11/21/2002 | 420 |
| 11/21/2002 | Phil writes to Dwight and tell him that k"the most amazing thing is I spoke up to try and help them and save them from something worse.  Phil states he has already started to try and contact lawyers.  Phil states he has been thinking about contacting Pet | e-mail dated 11/21/2002 | 420 |
| 11/21/2002 | Dwight writes back to Phil "He should be a very good person to consult with." (attorney Peter Trask) | e-mail dated 11/21/2002 | 420 |
| 11/22/2002 | 9:45 am meeting w/ Waylon, Ann and Gary Kurokawa.  Going to pass probation (that means extension did not occur)  Gary said could have added other things????  Phil asked what they were and they couldn't say.  Gary states if he wanted to he could make thing | hand written notes from 11/22/2002 9:45 am meeting with Waylon Toma, Ann Gima, Gary Kurokawa and Phil | 414 |
| 11/22/2002 | Back to Phil's desk where he continues to write notes about the meeting that had just occured.  1) They wanted to take out the word attitude?  The above change subject to Phil's agreeing to it.  2) That Phil would work at Appraiser IV level and more speci | Phil's hand written notes after meeting above | 404-405 |
| 11/25/2002 | Phil's memo to Dwight telling him about the 11/22/2002 meeting with Ann Waylon and Gary.  The meeting was to discuss the "deal" between Gary and Waylon??  Phil tells Dwight that it was apparent to him that he was being set up to get him in the future! | e-mail dated 11/25/2002 | 402-403 |
| 11/25/2002 | Bob's memo sent to supervisors advising of December training schedule and other deadlines. | e-mail dated 11/25/2002 | 208 |
| 11/25/2002 | Sue Fomai writes that there was an adjustment to Phil's vacation and sick leave balances due to a switch in program used by payroll. | e-mail dated 11/25/2002 | 207 |
| 11/25/2002 | Phil's left a phone message w/ Waylon needed to get clarification.  Need his e-mail address to try and contact Waylon by e-mail. | e-mail dated 11/25/2002 | 401 |
| 11/26/2002 | Phil's e-mail to Waylon asking to meet with him briefly to discuss the points of Fridays meeting.  Waylon never responded and Phil never from Waylon again except for the letter he wrote when Ann and Gary were asking for follow up meetings!  See below  1/1 | e-mail dated 11/26/2002 | 400 |

| | | | |
|---|---|---|---|
| 11/26/2002 | Phil's e-mail to Ann regarding Friday after thanksgiving. Phil writes "Do you have any indication whether or not we will get part of Friday off?" Phil goes on to say "I need to arrange for child care on Friday for Sean." | e-mail 11/26/2002 | 206 |
| 11/26/2002 | Phil's e-mail to Waylon again asking for options that were discussed in the meeting stating that "I wanted get something in writing." Phil never gets a response. | e-mail 11/26/2002 | 399 |
| 11/27/2002 | Ann to Gary Kurokawa regarding written notes regarding 11/22/2002 JPR meeting that she will submit to Waylon for his review? She asks Gary is there anything else that you would like to add.....let me know. | e-mail dated 11/27/2002 | 203-205 |
| 11/27/2002 | Ann's memo advising of Grp3 meeting 1st Wednesday of every month. | e-mail dated 11/27/2002 | 202 |
| 11/27/2002 | Bob's memo to all appraisers stating  1) no changes to Cama until OK from Steve and 2)After OK get approval from super and use corrected notice forms. | e-mail dated 11/27/2002 | 398 |
| 12/2/2002 | Ann's memo to Waylon sending draft copy that she sent to GK for review on 11/27. Ann states "I haven't had any feedback yet but I'm forwarding you a copy for your review.  If this needs to be on letterhead with signatures or whatever, let me know" | e-mail dated 12/2/2002 | 201 |
| 12/2/2002 | Bob's memo to all appraisers regarding attached corrected notices form.  Bob says any changes need to be made by Dec. 6th. | e-mail dated 12/2/2002 | 395 |
| 12/2/2002 | Ann delivers revised narrative of JPR responding to Phil's request from Waylon to get something in writing.  Ann threw this on Phil's desk and said "Waylon said you wanted something in writing". and then she walked away. | hand delivered document delivered by Ann to Phil on 12/2/2002 | 394 |
| 12/3/2002 | Phil's memo to Dwight  that he has not heard back from Waylon.  Also that Phil is experiencing continued hostility.  Ann stated in our group meeting that the review code for condos should not be market.  Phil asked Ann what should it be and she responded | e-mail dated 12/3/2002 | 350 & 392-393 |
| 12/3/2002 | Dwight writes back to Phil "condo masters should be on cost.... I don't think you had any training on how to set up a condo."  Dwight goes on to say "I think it was an appropriate question." Dwight says "It seems that they are expecting that you not ask " | e-mail dated 12/3/2002 | 392 |

| | | | |
|---|---|---|---|
| 12/4/2002 | Office meeting w/ Mike Golojuch and Violet Lee regarding the Revised Performance Evaluation Process Executive Overview training. | Hand outs from training on Revised Performance Evaluation Process Executive Overview training on 12/4/2002 8:30 am | 382-391 |
| 12/4/2002 | Phil's notes from meeting w/ S. Bender "waiting for Gary Kurokawa to make a decision on stipulations. Phil writes that Susan has offered me a haven and some place to talk because of the situation in the office. Susan said that she has no first hand know | Phil's typed notes on 12/4/2002 | 381 |
| 12/4/2002 | Bob's memo to all appraisers that DIT changes and looking at a tentative deadline for CAMA changes 10 am on Friday Dec. 6th. | e-mail dated 12/4/2002 | 396 |
| 12/4/2002 | Ann's memo to Susaan Bender and Phil regarding stipulations and reclassifications. She said that she spoke to Gary and that we could go ahead. She adds a note to Phil that he may add these to his BOR hearing with the others? | e-mail dated 12/4/2002 | 380 |
| 12/5/2002 | Phil writes to Dwight because he is confused about Bob's e-mail instructions on 12/2/2002. He told us to wait for Steve's OK before making corrections. And i did not see an e-mail from Steve yet. i ask Dwight did we get the OK from Steve? Dwight respo | undated e-mail approx. date 12/5/2002 | 377 |
| 12/5/2002 | Phil's memo to Ann asking for changes to a project, listing the tax keys. She responds that the requested TMK's have been recomped | e-mails dated 12/5/2002 | 200 |
| 12/5/2002 | Phil's memo to Dwight recapping some events and asking what happened re the 11/22/2002 meeting ( no one ever told me anything) Phil also told Dwight that he might not continue to write to him but that he would keep documenting everything | e-mail dated 12/5/2002 | 379 |
| 12/5/2002 | Dwight writes to Phil and states that the communication is good and he does not have a problem with it. Dwight says if everyone can just be professional with each other..... Ann needs to start treating you like a professional and you need to demonstrate | e-mail dated 12/5/2002 | 376 |

| | | | |
|---|---|---|---|
| 12/5/2002 | Phil's e-mail to Dwight stating "Thank you for your positive note." Phil tells Dwight he never did get anything in writing from Waylon on the 11/22/2002 meeting?   Phil says that he is no better off now than in August and that people keep saying that it | e-mail dated 12/5/2002 | 375-376 |
| 12/5/2002 | Dwight writes to Phil "The level of assistance doesn't seem to be the same for all.  Do we need to get an explanation..... I am not sure they would be willing to put that in writing." | e-mail dated 12/5/2002 | 374 |
| 12/5/2002 | Phil writes to Dwight "If management manages poorly and it reflects badly on us, who is at fault? It seems the deal is this, do what I say and if I am not clear or if things go badly, it is YOUR fault.  Am I wrong about that?" | e-mail dated 12/5/2002 | 374 |
| 12/5/2002 | Dwight writes back "People now days con't seem to accept responsibility..... Check it out..... Enron....World Com...etc..... the list goes on.....See if anyone will get any significant punishment for those actions. | e-mail dated 12/5/2002 | 373-374 |
| 12/5/2002 | Phil writes to Dwight "Things have to change.....Someone has to stand up somewhere....Who will do it?"  Phil goes on to say that other appraisers have talked to him about things that they percieve to be wrong but they are afraid to speak up.  Phil gives a | e-mail dated 12/5/2002 | 372-373 |
| 12/5/2002 | Dwight writes to Phil "at this point make the necessary amendments on paper.  Dwight states "We haven't gotne a "OK" from Steve. | e-mail dated 12/5/2002 | 377 |
| 12/5/2002 | Phil writes to Dwght "Is it (Bob's memo) clear to you or am I just very dense?" | e-mail dated 12/5/2002 | 377 |
| 12/5/2002 | Dwight writes back "Aside from the non notification from Steve or any of the supervisors, it is clear." Dwight says "I spoke to Ken and we didn't really get any "all clear"  "Ken had to call Keith to confirm it was ok to input." | e-mail dated 12/5/2002 | 377 |
| 12/5/2002 | Phil writes to Dwight "Thanks for following up with all of that for me."  Phil says "I agree it is clear....up to "wait for the OK."  Phil states "I am not working in an environment where I can ask a question like I have asked you."  At this point it seem | e-mail dated 12/5/2002 | 377 |
| 12/12/2002 | Ann's memo to Phil regarding the Waikiki Imperial Resort. Clerical had a question regarding information that he sent down to them and she cancelled the Jan 3 hearing you had planned" because Peter Elliot can not make it.  Ann states that "for future refer | e-mail dated 12/12/2002 | 199 |

| | | | |
|---|---|---|---|
| 12/12/2002 | Phil writes back to Ann asking what question did clerical have and reminding Ann that the January 3rd BOR date was scheduled by Bob not Phil and that Phil was trying very hard to fill the dates. Phil also asksis it a potponement? | e-mail dated 12/12/2002 | | 199 |
| 12/12/2002 | Ann's memo says that hearing dates were assigned to me to set the schedule for what appeals to be heard at hearing. Elliot is not requesting a postponement because he was not notified of the hearing yet. | e-mail dated 12/12/2002 | 357-358 | 197-198 |
| 12/12/2002 | Phil's memo to Ann requesting 2/5 and 2/26 hearing dates. Ann responds and says 2/26 not available check the calendar. Phil writes back that when he just checked 2/26 "was" available?! Phil asks for 2/19 and Ann states that sh will submit my request to | e-mail dated 12/12/2002 | 356 & 371 | 187 & 188 & 189 |
| 12/12/2002 | Phil's memo to Ann requesting Ann to meet with him regarding BOR for Tuesday. Ann responds that she can not meet with him until Monday! | e-mails dated 12/12/2002 | 355 | |
| 12/12/2002 | December and January BOR calendar showing other meetings and BOR and counter duties for appraisers. Phil's hand written notes for days when he would like to meet with Ann for BOR preparation. | December 2002 and January 2003 on-line office calendars. | 352-354 | |
| 12/12/2002 | Phil's memo to Ann restating what happened re Jan 3rd hearing. Phil asks Ann does she want him to reschedule? | e-mail dated 12/12/2002 | 1703-1704 | 195-196 |
| 12/12/2002 | Phil's memo to Ann at 12:25 pm stating that Phil has rescheduled the hearing for Jan 14th as per Peter Elliot's request for the next available date. Peter Elliot would like to meet on the 10th if possible it is possible and can Ann make the meeting. | e-mail dated 12/12/2002 | 370 | 194 |
| 12/12/2002 | Ann responds to Phil that there is no reason to meet with Mr. Elliot and that he should send something in writing. She says that she will inform Bob of the cancellation of the Jan 3rd hearing since it is too late to replace any cases. | e-mail dated 12/12/2002 | 370 | |
| 12/12/2002 | Phil's memo to Ann explaining his correspondence with Mr. Elliot who is asking to meet with Ann and Bob prior to BOR to present his information. Phil is asking her how we should proceed. | e-mail dated 12/12/2002 | 1700 | |
| 12/12/2002 | Ann writes to Phil at 12:47 pm "there is no need to meet with Mr. Elliot." "He may submit his data prior to the hearing for us to review (in fact you should encourage him to do so or we may need to ask for a deferral.")"??? Ann writes that she wil inform | e-mail dated 12/12/2002 | | 193 |

| | | | | |
|---|---|---|---|---|
| 12/12/2002 | Ann's memo to Bob @12:51pm cancelling Jan 3rd BOR  Ann states "The Jan 3 BOR date assigned to Phil Engish will need to be canceelled since the appellant he had planned to schedule will not be available on that date."  She goes on to say that "Jan 15th was | e-mail dated 12/12/2002 | | 192 |
| 12/12/2002 | Bob's response to Ann "We have open dates in February."  "If he doesn't take any in February, go ahead and assign him dates for that month."! | e-mail dated 12/12/2002 | | 191 |
| 12/12/2002 | Phil's memo to Ann regarding "When I was speaking to you (Ann) in front of Julie T. you (Ann) said that the BOR dates were ones that I requested.  Phil reminded Ann that he requested in his Nov. 8th memo 2 dates in Dec, 2 in January, and 1 in Feb.  What w | e-mail dated 12/12/2002 | 1702 | |
| 12/12/2002 | Ann forwards Phil's e-mail above to Gary Kurokawa and Bob? | e-mail dated 12/12/2002 | | 190 |
| 12/13/2002 | Phil's memo to Ann Thursday at 2:26 pm asking her to meet with him regarding BOR preperation for the next Tuesday. | e-mail dated 12/12/2002 | 1695 | 186 |
| 12/12/2002 | Ann writes to Phil "I will not be able to meet with you until Monday." | e-mail dated 12/12/2002 | 1695 | 186 |
| 12/12/2002 | Phil's memo to Ann "Thank you for meeting with me on Monday."  Phil states that they had planned on meeting much earlier in the week after she met with Chris.  Phil was out 2 days sick and there was a training class the previous day in the morning and Ann | e-mail dated 12/12/2002 | 1695 | 186 |
| 12/13/2002 | Phil's asking for Ann's approval on letter to TP Sager.  Note Phil's post it "for your approval" | e-mail dated 12/13/2002 | | 184-185 |
| 12/16/2002 | memo from Ann to Bob asking if she already sent the request for BOR dates for Phil in Feb (original request made on the 12th)  Bob responds already made. | e-mails dated 12/16/2002 | | 182 |
| 12/16/2002 | Phil's notes at 3:04pm on Monday th 16th regarding meeting w/ Ann and he reminded her that he wanted to meet last Monday but he was told that she had to meet with Chris first.  Phil asked Chris several times if he had met with her but he had to re-run som | Phil's typed notes on 1/16/2002 | 1694 | |
| 12/17/2002 | Ann's hand written notes fron BOR hearing.  She wrote  dismiss Yang withdraw? Best - withdrawn. Iwaka, Rita.  Did not make copies for BOR.  did not know appellant was coming in.  (No other sales sited). | Ann's handwritten notes 12/17/2002 | | 177 |

| | | | | |
|---|---|---|---|---|
| 12/17/2002 | memo from Ann to Phil stating that Bob has assigned to him Feb. 5 and 19 for hearings. Phil responds "Thank you." | e-mail dated 12/17/2002 | 369 | 181 |
| 12/17/2002 | e-mail from TP Traegler to Gloria Takenaka of the clerical section. TP states that she recieved a note from Bob Magota dated 8/8/02 that the unit was put back as an apartment classification....Gloria's memo to Phil asking help for Traegler | e-mail dated 12/17/2002 | | 180 |
| | Gloria'a memo to Phil asking Phil to respond. | e-mail dated 12/17/2002 | | 180 |
| 12/17/2002 | Sue Fornai asking for sick/leave papers | e-mail dated 12/17/2002 | 351 | |
| | No date i's memo to Dwight complaining about continued hostility | | 350 | |
| 12/18/2002 | Phil's notes Ann G is being very obvious in her isolation of me. She is visiting with other employees but has not said a word to me. I went out to make a call on my cell phone and I told Carl that I was stepping out for a moment and he threw his hands i | Phil's hand written notes dated 12/18/2002 11:30 am | 260 | |
| 12/18/2002 | Phil's notes he can hear Ann Gima talking to Mike Kim a co-worker about Phil. | Phil's hand written notes dated 12/18/2002 3:51 pm | 259 | |
| 12/19/2002 | Phil's notes Chris went to lunch at 11:30 and came back at 1:15. No one said anything? Phil states that he went to llunch at 12:30 and returned before 1 pm so he could work. Phil questions "Double Standard?" | Phil's hand written notes dated 12/19/2002 1:15 pm | 258 | |
| 12/19/2002 | Phil's notes regarding a meeting w/ Ann for BOR. Phil writes "Seems I can not do anything right for her" and he is very down about it! He states that she is very demeaning but he is trying hard! | Phil's hand written notes dated 12/19/2002 | 255-257 | |
| 12/19/2002 | Phil's notes Just came back from BOR and Ann was talking to Chris about Phil, he is sure. When he went to her desk to return a pen she covered up what was on her desk she didn't want him to see it? | Phil's hand written notes dated 12/19/2002 3:30 pm | 253-254 | |
| 12/20/2002 | E-mail from Mallory Fujitani to Bob stating that she got a call from a constituent to have someone from the assessment office call her back. | e-mail dated 12/20/2002 | | 179 |
| 12/20/2002 | Bob's memo to Phil asking him to call TP | e-mail dated 12/20/2002 | | 179 |
| 12/20/2002 approx. date | Phil's memo to Ann stating that he has a 3:15 doctor appt if it is possible for him to leave 45 minutes early. | e-mail not dated approx. 12/20/2002 | 349 | |
| 12/23/2002 | Gloria's memo to Phil asking him to contact TP and give the TP status on his appeal. | e-mail dated 12/23/2002 | | 178 |

| | | | | |
|---|---|---|---|---|
| 12/31/2002 | Chuck Totto e-mail to Roger Moseley stating that he has read the materials and would like to meet with you and Phil at your earliest convenience. | e-mail dated 12/31/2002 | 576 | |
| 1/3/2003 | Phil and Roger Moseley meet with Chuck Tatto, Ethics Commissioner. Phil had previously provided documents fr Chuck to review (see memo above).  Phil explains everything that he has seen and knows about and subsequently the retaliation that is still on goi | Phil's recollection of meeting with Chuck Tatto and Roger Moseley on 1/3/2003 approx. 1pm | | |
| 1/6/2003 | Phil's Kaiser appointment for broken right foot follow up appt 7 to 10 days | Kaiser records | | |
| 1/7/2003 | Phil and Chris have lunch at Grilla's. approx. 12 pm to 1pm  Phil tells Chris that he has gone to the ethics commission to report that Chris had been doing appraisal work for GK appraisals under Gary's supervision while on C&C time.  Phil tells Chris that | Phil's recollection of lunch meeting with Chris on 1/7/2003 | | |
| 1/7/2003 | Chris advises Ann after his lunch meeting with Phil that Phil has gone to the Ethics Commssion.  Chris reports in his workplace violence report that he informed his supervisor of the lunch "incident" on 1/7/2003  See workplace violence report dated 1/3/03 | See workplace violence report | | |
| 1/7/2003 | Ann's memo to Phil 2:43pm stating "In order to prepare to meet with Gary as discussed in our meeting in November.... please run necessary queries and reports showing work accomplished. | e-mail dated 1/7/2002 | 347 | 493-494 & 495 |
| 1/7/2003 | Phil writes back to Ann 2:51 pm "Are you talkiing about the meeting with Waylon, Gary and youregarding my extended probation?" | e-mail dated 1/7/2002 | 347 | 493 & 495 |
| 1/7/2003 | Ann's memo on instructions for Gpr 3 data recovery and clean up?? if you are confused about the new BOR decision.... Tip on validating. make sure address is correct. | | 348 | |
| 1/7/2003 | Ann responds to Phil  3:42 pm "There is no extended probation.  I am talking about what was agreed to at the meeting in November which was attended by Waylon and Gary.  At that meeting, it was agreed that we would meet to review your progress and producti | e-mail dated 1/7/2002 | 346-347 | 493 & 495 |

| | | | | |
|---|---|---|---|---|
| 1/8/2003 | Phil's memo to Ann 8:01 am stating that I have no recollection of an agreement to meet on a monthly basis to review my progress with Gary. Phil goes on to say If it is what you wish me to do I will do it but this is exactly what I was saying in the meeti | e-mail dated 1/8/2003 | 346 | 491 & 493 |
| 1/8/2003 | Ann's forwards Phil's memos to Waylon 3:18 pm "Ann's memo to Waylon  FYi and per Gary's request he should double check with you and you should expect a call from him" | e-mail dated 1/8/2003 | | 491 |
| 1/10/2003 | Phil has lunch again with Chris at Grilla's in order to give Chris Chuck's contact information.  In this meeting Chris' attitude changes and he starts to deny activity occured and if it did it was only a couple of times during lunch.  Phil knows that this | Phil's recollection of lunch meeting with Chris on 1/10/2003 | | |
| 1/10/2003 | Chris reports to Ann once again about my meeting with him according to his workplace violence report  See workplace violence report 1/29/2003 | | | |
| 1/13/2003 | Phil's Kaiser follow-up for right foot break | Kaiser Records | | |
| 1/13/2003 | Ann's memo to Phil forwarding e-mails  to Bob from Djous office on the 10th.  Bob ask to have Phil contact TP Steiner | e-mail dated 1/13/2003 | 342 | |
| 1/14/2003 | Ann's memo to Group 3 regarding the supervisor's meeting.  Ann states all appraisers are to submit status reports by Friday using "appropriate" queries. | e-mail dated 1/14/2003 | 339 & 341 | |
| | January 2003 BOR calendar | | 340 | |
| 1/14/2003 | Ann's e-mail to Mr. Lewis stating she apologizes that he had to wait so long for a response.  That we will check on the status of his appeal and that he would have to file a separate appeal for 2002? | e-mail dated 1/14/2003 | | 490 |
| 1/14/2003 | Gloria's note to Phil "Mr. Lewis called today while our server was down." Please check and give Mr. Lewis status on his appeal. | Note at bottom of e-mail from Mr. Lewis to Phil dated 1/14/2003 | | 490 |
| 1/15/2003 | Bob has a meeting w/ Mike Goljouch and Violet Lee about  Phil in advance of the meeting for insubordination on 2/10/2003 according to Bob's statments made in the 2/10/2002 meeting.  He claims in that meeting that it is not retaliatory because they did not | | | |

| | | | | |
|---|---|---|---|---|
| 1/16/2003 | Phil's notes Recieved an e-mail from Ann requesting status using queries but she does not tell which queries to use.  Checked w/ Julie T and Ryan and Ann K.  Nobody knew | Phil's typed notes 1/16/2003 10:59 am | 338 | |
| 1/16/2003 | Letter from Waylon to clear up confusion???? Waylon states there was no probation and that there is no follow up agreement for continued review.  See above  Ann's e-mail dated 1/7/2003 PE000347 and CC 000495 asking me to prepare for the follow up meeting | Letter dated 1/16/2003 | 343-345 | |
| 1/21/2003 | Phil's notes that Susan just came to Phil's desk and stated that Chris spoke to Lee Agsalud and that the word is out not to talk to Phil because he might be wearing a wire! | Phil's typed notes dated 1/21/2003 2:05pm | 337 | |
| 1/22/2003 | Sue Fomai's memo regarding low sick leave hours | e-mail dated 1/22/2003 | 336 | |
| 1/24/2003 | Bob's memo to Ann asking if anyone followed up w/ TP Steiner.  Phil e-mailed Bob that he got the message late on Friday but that he contacted TP Monday or Tuesday and that he spoke at great length to the TP's satisfaction. | e-mails dated 1/223/2003 | 334 | 487-488 |
| 1/24/2003 | Ann's memo tp Bob stating that she also contacted TP and although she spoke to him she said TP wanted to speak with Phil.  She says that she advised me to call when he returned to work. | e-mail dated 1/24/2003 | | 486 |
| 1/24/2003 | Phil's notes regarding meeting w/ Ann concerning BOR  Phil's confusion about policies for preparation for BOR as  they were changing.  Previously everything had to be ready 1 week prior to the hearing for review with the supervisor.  The new policy everyt | Phil's notes from meeting with Ann Gima the day before Note dated 1/24/2003 7:02 am | 333 | |
| 1/24/2003 | Notice of Apprs VI opening and Phil's application | | 320-322 | |
| 1/27/2003 | Vicki's memo to Phil regarding authorization letters for  Foster Tower co-op stating "For numerous cpr's Sandy Marr signed as authorized agent, no letter attached..... "Don't we need letter at filing?" | | | 485 |
| 1/27/2003 | Phil's memo responding to Vicki stating that he is not sure because in some cases they do it one way and in others they do it another | e-mail dated 1/27/2003 | 319 | 485 |
| 1/27/2003 | Phil's response to Vicki stating that "I am unclear on this issue.  It seems in some cases we require it at time of filing and in others we allow it to come later so long as it comes in prior to the BOR."  Phil asks "Waht is the policy?" | e-mail dated 1/27/2003 | 319 | |

| | | | |
|---|---|---|---|
| 1/27/2003 | Phil's memo to Georgette Wong stating "Ann Kabasawa told me to call you regarding authorization letter for DH Apts LTD." "the property is a co-op and the appeal is filed by.....the president of the co-op." Is there another form of authorization requir | e-mail dated 1/2/7/2003 | 318 |
| 1/28/2003 | Same as above Georgette Wong is forwarding Phil's memo to her to Ann Gima. | e-mail dated 1/28/2003 | 484 |
| 1/28/2003 | Amendment to Admin memorandum re Classification of Condos amending the "actual use" wording and giving definition of actual use. | | 311-317 |
| 1/28/2003 | Phil's memo to G. Wong regarding Leong and that he tried to reach appellant but that according to the person who answered he was not reachable. Phil asks Georgette to let him know what to do. | e-mail dated 1/28/2003 | 483 |
| 1/28/2003 | Georgette responds to Phil and advises him to discuss issue wih Ann Gima and then get back to her. | e-mail dated 1/28/2003 | 483 |
| 1/29/2003 | Phil's memo to G. Wong advising that the appellant has requested a postponement for BOR next Wednesday. G. Wong responds "Please clarify what you need clerical to do. She asks prepare postponement letter and cancel BOR? i e-mail to her and say please | e-mail dated 1/29/2003 | 482 |
| 1/29/2003 | G. Wong responds "Please clarify what you need the clerical staff to do. Do you need us to prepare a postponement letter? Are you cancelling the Board for the day? Please advise." | e-mail dated 1/29/2003 | 482 |
| 1/29/2003 | Phil writes to G. Wong "Please prepare a letter of postponement adn cancel Board for that date." | e-mail dated 1/29/2003 | 482 |
| 1/29/2003 approx. date | Chris's workplace violence report regarding i's meetings/conversations with Phil urging him to contact Chuck Totto. Note org. date was 1/3 and telephone call on 1/8 But he changed it to 1/17 and 1/22??? Also note that he staes that he notified his sup | | |
| 1/29/2003 | Ann writes memo regarding workplace violence about Phil for report. | | |
| 1/30/2003 | Phil's memo to Ann asking if he may leave 45 minutes early for a Dr. appointment. She says don't forget to sign out. | e-mail dated | 478 |

| Date | Description | Source | | |
|------|-------------|--------|---|---|
| 1/30/2003 | Phil's Kaiser Appt "Undue stress related to work situation" loss of sleep and weight.  Refer to behavioral med. | Kaiser Records | | |
| 2/3/2003 | Phil's notes regarding Ann's review of Phil's letters. Ann asked that Phil re-draft them in an way that it did not appear that our office had done something wrong. | Phil's typed notes dated 2/3/2003 9:04am | 309 | |
| 2/3/2003 | Phil's memo to Ann "Just spoke to Joe Beaver Castle Surf  regarding letter dated Jan 2, 2003 Phil states "Per you request I called him in hopes that he might understand how we value the propertie and give him a chance to ask questions." | e-mail dated 2/3/2003 | 310 | 476 & 481 |
| 2/3/2003 | Phil's letter to Mr. Beaver and Ann's notes "sent for re-write 2x's | Letter dated 2/3/2003 | | 477 |
| 2/4/2003 | Phil recieved e-mail from a colleague on Kauai advising on new contact info | e-mail dated 2/4/2003 | 308 | |
| 2/4/2003 | Vicki's memo to Phil saying they need records changed back to pitt 700 so they can change it back to pitt 200?? | e-mail dated 2/4/2004 | | 480 |
| 2/4/2003 | Phil's response to Vicki saying apparently the record changed (by accident?)  Vicki writes back and says Ann has to go on a screen and update. | e-mails dated 2/4/2003 | 307 | |
| 2/4/2005 | Letter from Gary to Mike Golouch ASO stating "me has received a formal filing of a workplace violence complaint under City's workplace violence policies.  He says due to the possible accusation of perceived retaliatory nature he is requesting the ASO to d | Letter dated 2/4/2003 | | |
| 2/5/2005 | Phil is called into Bob's office at 9am  and Bob advises Phil that he is being called in for a disciplinary action and filing of insubordination of an even that occured 10/25/2003, leaving the office without authorization.  Phil asks Bob if he will have a | | | |
| 2/5/2003 | Phil's notes from mtg w/ Bob and Ann  Meeting is brief as it is decided to postpone until a representative for Phil could attend. | Phil's notes dated 2/5/2003 | 306 | |
| 2/5/2003 | Phil's memo to Ann that he did find another submission  and was able to call the husband. Ann's notes states that she suggested Phil check the files for "old" submissions. | e-mail dated 2/5/2003 | | 475 |

| | | | | |
|---|---|---|---|---|
| 2/5/2003 | Phil's memo to Bob confirming meeting regarding action to be taken against him and that he stated that Bob would not object to union agent or attorney attending.  Asking for time | e-mail dated 2/5/2003 | 305 | |
| 2/5/2003 | Phil's notes of meeting w/ Bob and Ann re disciplinary action and meeting w/ Dwight later.  Dwight describes nature of the complaint having to do with unauthorized leave.  However Dwight stated that there was some discussion between Ann and I that another | Phil's notes of meetings dated 2/5/2003 | 304 | |
| 2/5/2003 | Phil's notes after meeting w/ Dwight someone had tampered with his cell phone. Chris told Phil that he put Phil's phone in the drawer because it was making a funny noise???? Phil asked others if they had heard a funny noise and no one else heard anything. | Phil's notes dated 2/5/2003 | 303 | |
| 2/5/2003 | Phil's notes Ann walking around in mocking fashion... gleeful about disciplinary action. | Phil's notes dated 2/5/2003 | 302 | |
| 2/5/2003 | Phil's notes "this morning I came in and spoke with Ann Kabasawa" about a matter but she did not want to speak to me.  She only told Phil "I don't know and you should check with Ann??"  She had always talk to Phil before | Phil's notes dated 2/5/2003 | 301 | |
| 2/5/2003 | Chuck Totto's memo to Gary advising him that Roger Moseley is Phil's attorney and that Phil should not work on Waikiki shore issues. | e-mail dated 2/5/2003 | 299 | 394 |
| 2/6/2003 | Phil's e-mail to Ann that he was struggling with the re-writes and the idea of trying to write something that made it look as if the office did nothing wrong?? Other ethical issues and concerns. | e-mail dated 2/6/2003 | | 473-474 |
| 2/6/2003 | Phil's attempt to e-mail Chuck a copy of the above. | e-mail dated 2/6/2003 | 300 | |
| 2/6/2003 | Ann Gima's Workplace Violence Checklist  "Phil has brought some allegations against Chris which has resulted in an Ethics investigation. "Phil was pressuring Chris to "tell the truth" about Gary.  Phil's claim that Gary and Chris performing outside work | Checklist dated 2/6/2003 | | |
| 2/6/2003 | Bob Magota's Workplace Violence Checklist.  Bob states that Phil came from the "private sector" He states there was one incident but that he didn't see it.  Others might see Phil as a quiet person but sometimes irrational and flies off the handle. | Checklist dated 2/6/2003 | | |

| 2/7/2003 | Ann's e-mail to Bob and Gary of a draft response to Phil's memo of 2/6/2003 "Struggling" (see above) She writes to Bob and Gary "I would appreciate any suggestions either of you may have..." | e-mail dated 2/7/2003 | | 471 |
|---|---|---|---|---|
| 2/7/2003 | Ann's final e-mail to Phil responding to Phil's memo regarding struggling and ethical issues. | e-mail dated 2/7/2003 | 297 | 469-470 |
| 2/7/2003 | Phil's memo to Ann stating that he did what she had asked him to do.  that he reveiwed the data. | | 290 | 433 |
| 2/7/2003 | Draft letters to TP's under question and analysis | | 291-296 | 433-468 |
| 2/7/2003 | Gary's memo to Phil regarding an e-mail from Phil outlining Phil's concerns of ethical misconduct. Gary writes "1) Did your supervisor ask you to specifically re-write a letter to make it appear that our office had done nothing wrong?  Gary says by that | e-mail dated 2/7/2003 | 289 | |
| 2/10/2003 | Someone's typed notes of meeting w/ Ann, Bob, Kevin Mulligan and Phil regarding action for alledged insubordination.  Phil request to tape but Bob replies not necessary.  Keven Mulligan and Bob have already discussed matter??  Kevin says action untimely. | typed notes dated 2/10/2003 | | 428-432 |
| 2/10/2003 | Phil's notes from same meetintg Phil noted a description of the "incident" that it was said that an "argument insued" and there was a "verbal outburst"  That Phil has hostility towards Ann Gima  Phil notes that Kevin states that "Larger issues are more t | Phil's hand written notes of meeting on 2/10/2003 | 1841-1842 | |
| 2/10/2003 | Phil's typed notes after meeting above.  Phil noted that there had seemed to be some discussion and agreement before he arrived at the meeting.  Bob stated that on October 25th that Phil yelled and that it was so bad that other employees had to leave the | | 251 | |
| 2/10/2003 | Julie's workplace violence Checklist dated 2/10/2003.  "Phil is a nice guy.... but recently did some back stabbing!  Phil has made some charges against Chris."  She says that Phil lies about things. | Workplace Violence checklist dated 2/10/2002 | 249-250 | |
| 2/10/2003 | Julie's 2nd workplace violence report  Note they are not the same!!!  A little more elaboration stating that he made a claim that he is being shunned and ostracized? | Workplace Violence checklist "revised" dated 2/10/2002 | | |

| | | | |
|---|---|---|---|
| 2/10/2003 | Linda's workplace violence checklist dated 2/10/2003. Linda states "Phil is stressed" "His e-mails to Ann are often obnoxious in tone?" Linda states that Phil turned in Chris who has been nicest to Phil and Phil told Chris that if he didn"t turn in G | Workplace Violence checklist dated 2/10/2002 | |
| 2/10/2003 | Carole's workplace violence checklist dated 2/10/2003 Carole lists two incidents between Ann adn Phil. One in 2002 and she says that voices got loud on both sides.... She heard a loud noise and Phil had thrown or dropped a box.? Caroles' account of the | Workplace Violence checklist dated 2/10/2002 | |
| 2/10/2003 | Sue Fornai's workplace Violence checklist dated 2/10/2003. Sue stated that Phil was late for a an orientation meeting with the director. She said her computer showed an 8:30 start time and that it was confirmed by another employee. She also said that on | Workplace Violence checklist dated 2/10/2002 | |
| 2/12/2003 | Phil's Kaiser appt w/Coffee | Kaiser record | |
| 2/12/2003 | message memo from Carl re personal call from bank | e-mail dated 2/12/2003 | 248 |
| 2/12/2003 | Mr. Bovee's e-mail to Phil and Phil's response | e-mail dated 2/12/2003 | 285-286 |
| 2/12/2003 | Gary's memo to Ann re Slocum Main Ann says that she will remind Phil to follow up. She states that Phil is waiting for a written statement re use of the unit for 2002 | e-mail dated 2/12/2003 | 427 |
| 2/12/2003 | Ann;s memo to Group 3 regarding appeals instructions Check queries, e-mail to her number of appeals, estimate number of BOR days, Sign up for hearings, 2002 cases first, If don't sign up dates will be assigned to you. | e-mail dated 2/12/2003 | 288 |
| 2/12/2003 | Ann's memo to Phil regarding Slocum Main what is the status? (See Gary's memo above where Ann tells Gary that she will "remind" Phil to follow up. Note below that Phil followed up the day before. Ann did not have to remond Phil) | e-mail dated 2/12/2003 | 287 |
| 2/12/2003 | Phil's memo to Ann advising her that he spoke with the rental agent the day before and is awaiting documents. | e-mail dated 2/12/2003 | 287 |
| 2/12/2003 | Keith's memo to Ann regarding a commercial unit that Phil found while researching an appeal. Keith says that they are all pitt 700 but that HPR #1 is running on cost. He says "Phil was thinking it shoudl be pitt 300 (commercial class). Keith says that | e-mail dated 2/12/2003 | 426 |

| | | | | |
|---|---|---|---|---|
| 2/12/2003 | Ann's response to Keith states "Tell Gary don't worry about it as yet, if it turns out to be a unit that needs a commercial valuation I'll make sure that Phil has the case postponed.  Ann states "he wasnt' able to find the unit????" | e-mail dated 2/12/2003 | | |
| 2/12/2003 | Genie Shito-Leong's workplace Violence Checklist dated 2/12/2003.  Genie states that she was delivering mail to Phil's desk and while leaving heard a loud noise like something being slammed down like a box.  She said that she heard Phil talking to Ann in | e-mail dated 2/12/2003 | | |
| 2/12/2003 | Dwight's workplace vilolence checklist dated 2/12/2003  Dwight says that Phil and he sat next to one another, Dwight says that Phil is a low-key individual and soft-spoken guy.  That he is a Christian and Dwight who is a Buddhist and they would have discu | e-mail dated 2/12/2003 | | |
| 2/12/2003 | Chris Graff's workplace violence checklist dated 2/12/2003  Chris tells a story about Phil asking permission to you the fax machine for pesoanl use and that it was not approved.  Chris says that Phil slammed down things and was upset.  Phil left the offic | e-mail dated 2/12/2003 | | |
| 2/12/2003 | Phil's notes regarding e-mails from Ann to Stephanie McDonald of the ilikai.  Phil thinks Ann was duplicating phil's effort from the previous day and Stephanie sent me a note about it.   Since Monday they have been aking him to do more stuff. | hand written notes dated 2/12/2003 | 283-284 | |
| 12/13/2003 | Phil's memo to Ann re DH Bch  and the commercial unit.  Phil gives Ann status of research for the appeal and states that there are some inconsistencies with the data base.  Particularly views.  Also that one of the units that was pitt 700 was found to be | e-maill dated 2/13/2003 | 280 | 425 |
| 12/13/2003 | Ann's response to Phil asking him to explain why the cases are not ready and why the field inspection was only done this week.   Also When did you notice the unit was on cost?, What is the use of the unit? When did you first mention this ti Gary Kubota? W | e-mail dated 2/13/2003 | | 424 |
| 2/13/2003 | Phil's response to Ann  "With all due respect do you want me to spend time answering your questions or would you rather me work on the appeals and prep for BOR."  Phil goes on to state "May I suggest that after next week's BOR I would be happy to answer t | e-mail dated 2/13/2003 | 247 | |

| 2/13/2003 | Ann responds "Answer the questions since they pertain to the appeals" | e-mail dated 2/13/2003 | 279 |
|---|---|---|---|
| 2/13/2003 | Phil replies "Per you request I will spend my time answering your questions as opposed to spending time an effort preparing for BOR." Phil writes 1 through 6 next to Ann's questions. | e-mail dated 2/13/2003 | 278-279 |
| 2/13/2003 | Phil's notes conversation /w Carl (new employee) Ann had been talking with Carl about Phil (Phil is sure) and Carl told .Phil that we should get along with others and not worry about things like ethics??? | Phil's handwritten notes dated 2/13/2003 | 281 |
| 2/13/2003 | Phil's notes Chris Graff and Lee Agsalud both out today. Ryan working on bldg plans for his house all day... All week! | Phil's handwritten notes dated 2/13/2003 | 262 |
| 2/13/2003 | C&C print out of access through doors | | 418 |
| 2/13/2003 | Ann Kabasawa's workplace violence checklist dated 2/13/2003 Ann says that she is not sure of any conflict but she has heard others talking but that she never witnessed anything herself. She says Phil will say good morning and ask questions about work on | Workplace violence checklist dated 2/13/2003 | |
| 2/13/2003 | Ryan Fujitani's workplace violence checklist dated 2/13/2003 Ryan states that he has heard from other workers about confrontations. Ryan states that other employees in the office seem to be on edge. He states "...Phil's behavior reflects as if nothing | Workplace violence checklist dated 2/13/2003 | |
| 2/13/2003 | Phil's Kaiser Dr. Love referred to Occupational Health due to stress at job. Dr. Loves diagnosis is anxiety. Advise as to options WC for stress options take time See Mundon note 2/18/2003 | Kaiser Record | |
| 2/13/2003 | Emergency room at 4:15 right after work for anxiety Emergency room doctor say to followup with Dr. Love. States accident from work. States whistle blower heavy issue at work Chest pains trouble breathing abdominal. it states stress at work appraiser | Kaiser record | 1362 |
| 2/14/2003 | Phil's memo responding to Ann's request to answer 6 questions and to not work on the appeals (although she says it is related to the appeals) Note this memo is a recap of all of the harrassment and retaliation tactics. Phil state that he is doing his be | e-mail dated 2/14/2003 | 274-277 |

| 2/14/2003 | Phil's notes Ann by Carol and Julie whispering. Julie looked up and saw Phil and cleared her throat loudly as if to signal to Ann Phil was aware and listening. | Phil's handwritten notes dated 12/14/2003 | 263 |
| 2/14/2003 | Ann;s hand written notes on Phil's memo above. Ann is making a case in her notes that Phil never spoke to her about the commercial unit, that he only spoke to Gary Kubota one week prior to the hearing, she questions e-mail confirming that Phil is waiting | e-mail dated 2/14/2003 | 414-415 |
| 2/18/2003 | Ann's memo to Bob regarding "reprimand"  Ann writes to Bob "With everything that was going on today I know this is something that can easily be put on the back burner however I do not want us to get caught in the "untimely" position again.  Ann lists hea | e-mail dated 2/18/2003 | 413 |
| 2/19/2003 | Phil's memo to Ann re DH Beach Hotel BOR. Finding too many issues to go to BOR.  Phil states "There are problems with the data on view and room count on  the units under appeal. Also Phil writes that while trying to resurvey he found problems with the v | e-mail dated 2/19/2003 | 163 |
| 2/19/2003 | Ann responds to Phil  to do the research call appealants and postpone if necessary.  Re schedule ASAP.  Let Gary Kubota  know that you will pass appeal on to him for commercial unit. | e-mail dated 2/19/2003 | 411 |
| 2/19/2003 | Phil's memo to Ann regarding 35 units under appeal.  Peter Savio faxing additonal data regarding the use of the units.  Like ilikai can only be used as hotel units.  Phil asks if Ann would toal to Bob. | e-mail dated 2/19/2003 | 162 |
| 2/19/2003 | Phil's memo to Gary Kubota that the BOR is postponed and Peter Savio will wait to hear who will be handling the appeal. | e-mail dated 2/19/2003 | 409 |
| 2/19/2003 | Mike Golojuch's e-mail to Chris Graff wanting know what was the date that he talked to Chuck Totto???  Chris repsonds and says Friday January 24th and 10am | e-mail dated 2/19/2003 | |
| 2/20/2003 | Phil's notes that when he came in this morning he found a copy of some kind of a claim of violence against him sitting on his chair.  Phil says that he is not sure if he is even supposed to have it???  Extensive notes on feelings.  Phil says that manageme | Phil's handwritten notes dated 2/20/2003 | 239-246 |

| 2/20/2003 | Phil's notes of a discussion w/Marvin about instructions. Marvin says that it is hard to keep track because all we are told is that we were given an e-mail at some point in time. We talked about the status report that was requested and he wasn't sure wh | Phil's handwritten notes dated 2/20/2003 | 235-238 |
|---|---|---|---|
| 2/20/2003 | Phil's notes that he noticed leave papers on Ann's desk from Julie T. dated 2/20/2003 for the same day. But he was told request have to be made in advance. Not the same rule for everybody???? | Phil's handwritten notes dated 2/20/2003 | 233 |
| 2/20/2003 | Phil's notes Ryan working on his bldg plans for the past two weeks. Others (including Ann) talking to him about it. | Phil's handwritten notes dated 2/20/2003 | 231-232 |
| 2/20/2003 | Phil's notes that Ann is working hard with Chris on his appeals She is going over his models and at his computer and showing where the files are and helping him. | Phil's handwritten notes dated 2/20/2003 | 229 |
| 2/20/2003 | Phil's notes Chris told Phil that Barbara? at DLNR is quitting and they will need appraisers over there. He said Phil should apply implying he has no future at the RPA. Phil writes "He is being a friend?" | Phil's handwritten notes dated 2/20/2003 | 228 |
| 2/20/2003 | Phil's notes as he was leaving through the back door for lunch (the door right next to Ann's desk) she stopped him and spoke to him loudly enough for others in the group to hear and she complained that he had resurveyed a property w/o her approval at BOR | Phil's handwritten notes dated 2/20/2003 | 221-227 |
| 2/20/2003 | Phil's notes using copier by Ann G and she is talking to Linda about someone who is a problem. Phil writes it is probably me. | Phil's handwritten notes dated 2/20/2003 | 220 |
| 2/20/2003 | Ann's memo to Bob recapping the 2/19 BOR and what happened. Ann lists about 10 things that Phil did or did not do. Including was not ready for review, inspection too late, day of hearing Phil e-mails need more careful review, he discovered some of the u | e-mail dated 2/20/2003 | 407-408 |
| 2/20/2003 | Phil's memo to Ann re DH Beach listing units we have requested postponements on. Since they are to be valued like hotel units at the Ilikai he is asking if we should hand them off to Lee ideoka who handles thesee types of values. | e-mail dated 2/20/2003 | 405-406 |
| 2/20/2003 | Ann responds to Phil that CPR 19 was under appeal and that she was adding it to the list. | e-mail dated 2/20/2003 | 403-404 |
| 2/20/2003 | Phil's memo to Ann asking do we need to write a potponement letter? | e-mail dated 2/20/2003 | 400-402 |

| | | | | |
|---|---|---|---|---|
| 2/20/2003 | Ann responds to Phil "are all of the appellants aware of the postponement? | e-mail dated 2/20/2003 | | 400-402 |
| 2/20/2003 | Phil writes back that he attempted to contact all of the local appelants but did not contact the mainland appellants. | e-mail dated 2/20/2003 | | 400-402 |
| 2/20/2003 | Ann writes to compose letter explaining the situation and give it to her for review. | e-mail dated 2/20/2003 | | 400-402 |
| 2/21/2003 | Phil's notes from training   It opened with Randall Hiraki trying to make some kind of statement using a Dilbert cartoon about ethics.  Dilbert cartoon shown up on screen. Dilbert: "I work for an unethical company... does that make me a bad person?"  Do | Phil's hand written notes from training on 2/21/2003 | 211-218 | |
| 2/24/2003 | Ann's memo to Phil checking on BOR for the next day.  Ann states do you have your cases prepared for review? | e-mail dated 2/24/2003 | 210 | |
| 2/24/2003 | Phil responds telling her that he met w/ Peter Elliot and that he chooses to make a presentation at BOR and that he is reviewing the appeals. | e-mail dated 2/24/2003 | 210 | |
| 2/24/2003 | Phil's notes feeling the most isolated since he started....... | Phil's hand written notes  dated 2/24/2003 | 209 | |
| 2/24/2003 | Phil's notes feeling very depressed ..... on an emotional roller coaster.......carrying heavy weight all alone. | Phil's hand written notes  dated 2/24/2003 | 208 | |
| 2/25/2003 | Ann's memo to Phil asking him to call Ms. Main and follow up on the gaps on information.  She asks me to follow up with an e-mail to Gary Kurokawa. | e-mail dated 2/25/2003 | 207 | |
| 2/25/2003 | same memo as above but with 2nd page shows e-mail from Gary Kurokawa dated 2/12/2003 asking Ann about how and when adjustment to taxes being made?  Ann resonds that She will remind Phil to follow up and that he is waiting for a written statement. See abo | e-mail dated 2/25/2003 | 207 | 397-398 |
| 2/25/2003 | Phil's notes that we just finished BOR and Peter Elliot made a good presentation.  Ann said that we could value as Time Share????  There is no timeshare policy  Phil stated that he cannot say anything because he will get into trouble and that he feels dir | Phil's hand written notes  dated 2/25/2003 | 203 | |

| | | | |
|---|---|---|---|
| 2/26/2003 | Phil's notes Phone call from Mike Golojuch wants to meet with Phil and can have representative. Mon. or Tues. There are a couple of complaints?? Phil telephoned Kevein Mulligan and left message asking if he could attend Mon. or Tues. | Phil's hand written notes dated 2/26/2003 | 202 |
| 2/26/2003 | E-mail from Mike Golojuch to Chuck Totto regarding workplace violence investigation. Mike goes on to go into great detail about Chris' comments and that they are investigation Phil. He also asks Chuck "When did Phil formally file an Ethics complaint? H | 2/26/2003 | |
| 2/27/2003 | Phil's notes describing his condition as he arrived at work feeling of heaviness and breathing heavy. Nearly hyper ventalating! He describes as the other employees come in and they no longer speak to him or even want to look in his direction. Phil says | Phil's hand written notes dated 2/27/2003 | 195-201 |
| 2/27/2003 | Phil's notes that as he called to Mike Golojuch that everyone in the office got "dead silent" They knew what it was about. As soon as he hung up everybody started talking again. He called Kevin Mulligan to ask him to talk to Mike and find out what the | Phil's hand written notes dated 2/27/2003 | 181 |
| 2/27/2003 | Phil's notes of Ann's activities helping others but that she has not helped Phil and that she wants him to fail. | Phil's hand written notes dated 2/27/2003 | 180 |
| 2/27/2003 | Phil's notes Kevin Mulligan called me back and said that he would call Mike Golojuch and find out about the complaints. He said that he heard from Dwight that Phil was walking around the office trying to get information on people regarding a lawsuit!?? | Phil's hand written notes dated 2/27/2003 | 175 |
| 2/27/2003 | Phil's notes continue from telephone conversation with Kevin Mulligan regarding meeting scheduled for Monday on 6th floor w/ Kevin and Mike Golojuch. Kevin told Mike the allegations were too old and it may be comming out of retaliation. He told Phil that | Phil's hand written notes dated 2/27/2003 | 183-187 |
| 2/27/2003 | Phil's notes about being ostracized by his co-workers | Phil's hand written notes dated 2/27/2002 | 189-194 |
| 2/27/2003 | Phil's notes when he came back Ann was speaking to Keith Yamashita whispering when he came in they got real quiet Ann spreading more stuff around making her case | Phil's hand written notes dated 2/25/2003 | 188 |
| 2/27/2003 | Phil's memo to Ann advising them that Chuck Totto had advised him not to work on any of Roger Moseley's cases and telling them he has not recieved any instructions. Phil state that he believed the request came a few weeks ago. (see 2/5/2003 Doc PE299) | e-mail dated 2/27/2003 | 179    393 |

| 2/27/2003 | Ann forwards Phil's e-mail to her and advises Gary Kurokawa and Bob saying Corporation Council is "actively" looking into this matter and will be advising them and that she believes that they should be put on hold or reassigned.  She attaches to this Gary | e-mail dated 2/27/2003 | 391-393 |
| 2/27/2003 | Ann's memo responding to Phil's memo above telling him to put all Waikiki Shore appeals on hold.  She says I assume that you have not worked on amy of them since your hiring of Mr. Moseley.  She states regarding your e-mail of January 24th?.....no approva | e-mail dated 2/27/2003 | 390 |
| 2/27/2003 | Ann's memo to Grp3 regarding status of appeals.  She forwards message to Bob and says FYI items "he" needs to addess by 3/5/2003 | e-mail dated 2/27/2003 | 389 |
| 2/27/2003 | Ann's memo to Group 3 regarding Supervisor's meeting 2/26/2003. | e-mail dated 2/27/2003 | 395 |
| 2/27/2003 | Phil's notes regarding doctor appointment and he had put in his leave papers a week ago but he had not heard back.  Ann G. was at lunch.  Phil asked Ann Kabasawa what should he do and she said "if you put in your leave in advance then it is OK.  That's ho | Phil's hand written notes dated 2/27/2003 | 174 |
| 2/27/2003 | Phil's notes waiting to see Dr. Coffee  i say that he is getting very anxious.. Extremely! | Phil's hand written notes dated 2/27/2003 | 170-173 |
| 2/27/2003 | Phil's Kaiser records  of Dr. appt  Depressed | Kaiser Record | |
| 2/28/2003 | Phil's e-mail to his Dad.  Phil states that he went to the doctor yesterday and they are putting me on a two week work leave immediately.  He says that he will see the doctor in 10 days and review the situation then.  On Monday he states he has a meeting | e-mail dated 2/28/2002 | 168 |
| 2/28/2003 | Phil's notes he Spoke to Sue Fomai she said that she is worried about her job because she knows her boss is not doing things right.  She told me before that she wished Bob treated people better. | Phil's hand written notes dated 2/28/2003 | 167 |
| 2/28/2003 | Phil's notes spoke to Carol Kamisato and she told me that Mike Golojuch had interviewed everybody in group 3.  She said they were asked if they were "threatened by me or the situation"  She told Phil that he looked terrible and that she hoped that he woul | Phil's hand written notes dated 2/28/2003 | 165-166 |

| | | | |
|---|---|---|---|
| 2/28/2003 | Chuck Totto's e-mail in response to Mike Golojuch on 2/26/2003. Chuck said "Because Phil's complaint to the Ethics Commission is under investigation, I am not at liberty to answer all your questions thoroughly." Chuck said assuming that Phil's inform | e-mail dated 2/28/2003 | |
| 2/28/2003 | Tom Riddles notes on Interview withPhil on 2/28/2003 Tom wrote the events as Phil told him they happened and he had a communication with Roger Moseley who would be representing Phil in the workers comp matter. | Typed notes dated 2/28/2003 | |
| 2/28/2003 | Tom Riddles letter to Roger Moseley opening communications between Roger and Tom stating that he would be handling the claim to facilitate the workers comp claim | Letter dated 2/28/2003 | 1396 |
| 2/28/2003 | Tom Riddles letter to Phil regarding the same issue | Letter dated 2/28/2003 | 1397 |
| 2/28/2003 | Tom Riddle's notes re phone conversation w/ Chuck Totto. Chuck confirmed investigation and Riddle notes that "Totto seemed to be supportive of English" He asked "so far had found English's complaiint to be true and he said yes" Asked if "any of English | Typed notes dated 2/28/2003 | |
| 3/3/2003 | Phil's Kaiser appointment with oncologist Dr. Mueh. Dr. Mueh notes chronic stress.. He states "I attempted to be upbeat/postive as possible. | Kaiser record | |
| 3/3/2003 | Ann's memo to group 3 regarding "When you are answering phone calls for Phil... can refer calls to her" | e-mail dated 3/3/2003 | 387 |
| 3/6/2003 | Tom Riddles notes of phone discussion w/Mike Golojuch concerning complaint against Phil. Golojuch tells Riddle  Some workers... comparing this situation with the Brian Uyesuge case!! Mike felt that the complaint of workplace violence was probably not co | Typed notes dated 3/6/2003 | |
| 3/10/2003 | Phil's Kaiser appointment w/ Gerald Coffee Patient reports feeling like body is shutting down....sense of hopelessness feeling career and life are over...Suicidal ideation none at present - unlike during divorce- more feeling anxious, Isolation/social w | Kaiser notes | |

| 3/10/2003 | Riddles phone conversation w/Bob Magota Magota says previously there had been a complaint against another employee for the same thing and employee was told of the seriousness of doing this and was given a verbal warning" Bob says he did the same with C | Typed notes dated 3/10/2003 | |
| 3/10/2003 | Riddles phone coversation w/ Gima Ann says that Bob asked her to call to follow up on letter of 2/28/2003 from Tom to ivan Lui Kwan asking for more information. Ann stated that Phil was doing a good job initially. After a year he was dissatisfied with | Typed notes dated 3/10/2003 | |
| 3/12/2003 | memo from Mike Golojuch to Riddle regarding interim workplace violence report. Mikes report of investigation into workplace violence claims against Phil. | | |
| 3/13/2003 | Bob's letter to Phil that he has been placed on leave w/o pay due to his abbsence from work. | Letter dated 3/13/2003 | 1158 |
| 3/13/2003 | Ann's memo to Group 3 regarding workplace violence policy training for all employees. | e-mail dated 3/13/2003 | 384-385 |
| 3/18/2003 | memo from Bob to Golojuch, Gima, Kurokawa Phil called Sue Fomai and asked about why his paycheck is so small | e-mail dated 3/18/2003 | 383 |
| 3/18/2003 | memo from Riddle to Golojuch, Gima, Magota, Horne that Phil will be having a psychological evaluation 4/18/2003 and that Kennedy may be calling them. Riddle states "it is necessary for her to hear the other side of Mr. English's story" | e-mail dated 3/18/2003 | 382 |
| 3/18/2003 | Riddles letter to Phil advising me of evaluation w/ Kennedy on Friday April 18th at 8:30am | Letter dated 3/18/2003 | 1395 |
| 3/18/2003 | Riddles letter to Kennedy thanking her for agreeing to the IPE. Riddle gives history to Kennedy in writing but on second page after he spoke to others that it "cast doubts on Mr. Englsh's allegations" Possibly filed claim to over come allegations of poo | Letter dated 3/18/2003 | 1393-1394 |
| 3/19/2003 | Ann's memo to G wong. Trying to organize some of Phil's stuff regarding open 2002 appeals..... | e-mail dated 3/19/2003 | 381 |
| 3/20/2003 | WC-1 Employer's report of industiral injury CARR CASE:030135 | WC-1 Form dated 2/28/2003 hand written date 3/20 | 1398 |

| | | | |
|---|---|---|---|
| 3/20/2003 | Ann's memo to G. Wong regarding an appeal that there is some confusion on how to handle it.  See Ann's memo to Phl on 1/14/2003 CC000490 | e-mail dated 3/20/2003 | 380 |
| 3/25/2003 | Ann's memo to G. Wong requesting hard copies of appeals. | e-mail dated 3/25/2003 | 379 |
| 3/27/2003 | memo from Carl to Phil?  regarding phone message from verizon. | e-mail dated 3/25/2003 | 378 |
| 4/4/2003 | Chris' memo to Vicki regarding a follow up problem and that he thought she was going to call billing or treasury? | e-mail dated 4/4/2003 | 377 |
| 4/9/2003 | Bob's letter to Phil requesting his attendance at a Annual Performance Evaluation Review.  Meeting to be 4/17/2003 at 10:00 am on the third floor of the Bethel street office. | Letter dated 4/9/2003 | 376 |
| 4/16/2003 | Roger Moseley's letter to Riddle informing Riddle of Bob Magota's request that Phil attend a meeting to discuss an annual performance evaluation.  Moseley states "Mr. English is obviously unable to attend due to his condition which has been caused by the | Letter dated 4/16/2003 | 1391 |
| 4/17/2003 | Ann's memo to Bob regarding "Substandard Performance Notice."  Ann made some revisions to the notice. | e-mail dated 4/17/2003 | 372 |
| 4/17/2003 | Riddles letter to Roger Moseley.  Riddle writes "I spoke with Robert Magota regarding the annual performance evaluation.  He will put this on hold until after the worker's compensation matter is addressed." | Letter dated 4/17/2003 | 1389-1390 |
| 4/17/2003 | Riddles e-mail to Magota advising that Phil will be evaluated by Kennedy tomorrow.  Riddle states that "many things going on in his life to cause this stress and I'm not sure work is one of them??? | e-mail dated 4/17/2003 | 371 |
| 4/18/2003 | Phil meets with Dr. Kennedy from approx. 8:30 am to 4 pm for IPE. | | |
| 4/18/2003 | Roger Moseley's letter to Riddle thanking Riddle for responding so quickly to Roger's 4/16/2003 letter the proposed performance evaluation.  Roger writes "An additional thank you is merited for your contact with Mr. Magota.  Your effort is appreciated. M | Letter dated 4/18/2003 | 1387 |

| | | | |
|---|---|---|---|
| 4/20/2003 | Kennedy's letter to Riddle after evaluation of Phil. Her opinion Phil is under severe mental distress. Condition warrants immediate relief from your office. Ruled out milingering. Accute need of assistance. Totally unabel to work at this time. | Letter dated 4/20/2003 | 1385-1386 |
| 4/22/2003 | Letter from Ivan-Lui Kwan to Phil "Notice of Substandard Performance Evaluation" placing Phil on "Special Probation". The letter ends by stating "that this may result in the removal or discharge of your position." | Letter dated 4/17/2003 Comments dated 4/22/2003 | 373-375 & 1378-1379 |
| 4/24/2003 | Gary Kurokawa's e-mail to Keith HO of DIT attempting to gain access to Phil's computer e-mails... Gary states that "We need to get into his e-mails to see his correspondence to taxpayers......? | e-mail dated 4/24/2003 | 370 |
| 4/24/2003 | Keith Ho responds to Gary stating "You nee to make a request from you to your director to the DIT director to release the information to you." He states "...all the information on the server belongs to DIT." | e-mail dated 4/24/2003 | |
| 4/25/2003 | Roger Moseley's letter to Riddle stating that Phil will lose health insurance coverage on May 1, 2003. Mr. English has also been informed that he will be evicted from his boat and his boat will be seized on Wednesday 4/30/2003. Roger states that the Cit | Letter dated 4/25/2003 | 1383 |
| 4/28/2003 | Roger Moseley's letter to Riddle restating Phil's dire financial condition and pending loss off health insrance coverage and the place where he lives. Roger states that "request began early in this process, but it is was not until April 25th, 2003 that | Letter dated 4/28/2003 | 1380-1382 |
| 4/29/2003 | Riddle's Letter responsding to above stating "As I explained to Mr. English when I first saw him, these types of claims take some time to process." Riidle states that there is not much that he can do. | Letter dated 4/29/2003 | |
| 4/30/2003 | Riddle's letter to Roger Moseley stating that he delievered Phil's Kaiser records to Dr. Kennedy. | Letter dated 4/30/2003 | |
| 4/30/2003 | Riddle's letter to Roger Moseley stating that he has retrieved Phil's personal items from his desk. | Letter dated 4/30/2003 | |
| 4/30/2003 | Roger Moseley's fax to Kennedy enclosing a copy of the continued perfromance evaluation with substandard rating for every category of work performance. Phil's e-mail to his Dad on 2/28/2003, Harbors Division letter to Phil threatening termination of his | Fax transmittal dated 4/30/2003 | |

| | | | |
|---|---|---|---|
| 4/30/2003 | Roger Moseley's letter to Riddle regarding 4/17/2003 letter that there was a "clear and distinct understanding that the annual performance review would be put on hold"  Roger states "On April 22 both Robert Magota and Ann Gima signed a very negative annu | Letter dated 4/30/2003 | 1375 |
| 5/1/2003 | Riddles response to Moseley's letter above states "Unfortunately, you are addressing your concerns to the wrong party."?  "I do not have control.....for anything else that occurs in the City."  "Your comments should be addressed to the Director of the Dep | Letter dated 5/1/2003 | 1374 |
| 5/1/2003 | Roger Moseley's fax to Dr. Kennedy addtional pages of perfoemance review. | Fax transmittal dated 5/1/2003 | |
| 5/2/2003 | Roger Moseley's letter to Riddle that the HGEA needs the City to contact them to advise that Phil has been on leave without pay since 2/28/2003 otherwise they will cancel his health insurance. Roger wirtes "Without this confirmation they will not waive t | Letter dated 5/2/2003 | 1373 |
| 5/2/2003 | Roger Moseley's letter to Riddle requesting that he authorize a copy of Dr. Kennedy's report be provided to him.  Dr. Kennedy does not object but requires authorization. | Letter dated 5/2/2003 | |
| 5/3/2003 | Roger Moseley's letter to Dr. Kennedy providing answers to some question.  Roger provided to her copies of several pages of the IAAO standards. He goes on to state that Phil had more than 18,000 condos and co-ops to assess each year. The IAAO standards | Letter dated 5/3/2003 | |
| 5/5/2003 | Riddle's letter responding to Roger Moseley request for a copy of Dr. Kennedy's report.  Riddle advises him that the "City is required to provide copies of all reports that will be used in the workers compensation proceeding and that likewise Roger must p | Letter dated 5/5/2003 | |
| 5/5/2003 | Riddle's letter to Dr. Kennedy providing to her a Report of Industrial Injury or Illiness Supervisor's Response for OSHA Form 300 Log No. 030135 The  Sreport asks 6 questions.  The next 8 pages are the City's narrative reporting  Response #1 - First Compla | Letter dated 5/5/2003 | |
| 5/6/2002 | Dr. Koff"s report and assessment on Phil's condition. | Kaiser Records | |
| 5/13/2003 | Dr. Koff"s report and assessment on Phil's condition. | Kaiser Records | |
| 5/15/2003 | Group therapy Lillie Mundon | Kaiser Records | |

| | | | |
|---|---|---|---|
| 5/20/2003 | Dr. Koff"s report and assessment on Phil's condition. | Kaiser Records | |
| 5/28/2003 | Dr. Koff"s report and assessment on Phil's condition. | Kaiser Records | |
| 5/29/2003 | Group therapy Lillie Mundon | Kaiser Records | |
| 6/5/2003 | Group therapy Lillie Mundon | Kaiser Records | |
| 6/19/2003 | Group therapy Lillie Mundon | Kaiser Records | |
| 6/23/2003 | Dr. Koff"s report and assessment on Phil's condition. | Kaiser Records | |
| 6/26/2003 | Group therapy Lillie Mundon | Kaiser Records | |
| 7/2/2003 | Group therapy Lillie Mundon | Kaiser Records | |
| 7/7/2003 | Dr. Koff"s report and assessment on Phil's condition. | Kaiser Records | |
| 7/11/2003 | Dr. Koff"s report and assessment on Phil's condition. | Kaiser Records | |
| 7/14/2003 | Dr. Koff"s report and assessment on Phil's condition. | Kaiser Records | |
| 7/21/2003 | Dr. Koff"s report and assessment on Phil's condition. | Kaiser Records | |
| 7/24/2003 | Group therapy Lillie Mundon | Kaiser Records | |
| 7/24/2003 | Dr. Koff"s report and assessment on Phil's condition. | Kaiser Records | |
| 7/24/2003 | Letter from Dr. Koff to Riddle responding to Riddles 7/9/2003 letter regarding date of injury. Dr. Koff states that it was on January 30, 2003 that Mr. English came to Kaiser to see his primary care physician. James E. Love, M.D. and that the officiai da | Letter dated 7/24/2003 | 1370-1371 |
| 7/30/2003 | Dr. Kennedy's Independent Psychological Evaluation | Report dated 7/30/2003 | |
| 7/31/2003 | Dr. Koff"s report and assessment on Phil's condition. | Kaiser Records | 1347 |
| 8/7/2003 | Dr. Koff"s report and assessment on Phil's condition. | | 1346 |
| 8/11/2003 | Roger Moseley's request to Riddle for Dr. Kennedy's draft report | Letter dated 8/11/2003 | 1369 |
| 8/14/2003 | Dr. Koff"s report and assessment on Phil's condition. | Kaiser Records | 1345 |

| | | | |
|---|---|---|---|
| 8/21/2003 | Dr. Koff"s report and assessment on Phil's condition. | Kaiser Records | 1344 |
| 8/25/2003 | Dr. Koff"s report and assessment on Phil's condition. | Kaiser Records | 1343 |
| 8/28/2003 | Roger Moseley's letter to Riddle asking for all of the documents Dr. Kennedy relied on for her report. | Letter dated 8/28/2003 | 1367-1368 |
| 8/28/2003 | Dr. Koff's letter to Riddle that she is "only now been provided this independent evaluation." Dr. Koff states that Phil's injury does not appear to be soley from disciplinary action taken in good faith by his employer. "According to the patient's histor | Letter dated 8/26/2003 | 1276-1277 & 1365-1366 |
| 9/3/2003 | Dr. Koff"s report and assessment on Phil's condition. | Kaiser Records | 1342 |
| 9/4/2003 | Dr. Koff"s report and assessment on Phil's condition. | Kaiser Records | 1340 |
| 9/8/2003 | Dr. Koff"s report and assessment on Phil's condition. | Kaiser Records | 1341 |
| 9/18/2003 | Dr. Koff"s report and assessment on Phil's condition. | Kaiser Records | 1339 |
| 9/22/2003 | Dr. Koff"s report and assessment on Phil's condition. | Kaiser Records | 1338 |
| 10/1/2003 | Dr. Koff"s report and assessment on Phil's condition. | Kaiser Records | 1337 |
| 10/9/2003 | Dr. Koff"s report and assessment on Phil's condition. | Kaiser Records | 1336 |
| 10/23/2003 | Dr. Koff"s report and assessment on Phil's condition. | Kaiser Records | 1335 |
| 10/30/2003 | Dr. Koff"s report and assessment on Phil's condition. | Kaiser Records | 1334 |
| 11/4/2003 | Dr. Koff"s report and assessment on Phil's condition. | Kaiser Records | 1333 |
| 11/6/2003 | Dr. Koff"s report and assessment on Phil's condition. | Kaiser Records | 1332 |
| 11/10/2003 | Dr. Koff"s report and assessment on Phil's condition. | Kaiser Records | 1331 |
| 11/17/2003 | Dr. Koff"s report and assessment on Phil's condition. | Kaiser Records | 1330 |
| 11/24/2003 | Dr. Koff"s report and assessment on Phil's condition. | Kaiser Records | 1329 |
| 11/25/2003 | Dr. Koff"s report and assessment on Phil's condition. | Kaiser Records | 1364 |
| 12/16/2003 | Dr. Koff"s report and assessment on Phil's condition. | Kaiser Records | 1327 |

| Date | Description | Source | Page |
|---|---|---|---|
| 12/16/2003 | Kaiser Pharmacy record for Lorazepam .5 mg | Kaiser Records | 1328 |
| 12/24/2003 | Dr. Koff"s report and assessment on Phil's condition. | Kaiser Records | 1326 |
| 1/7/2003 | Dr. Koff"s report and assessment on Phil's condition. | Kaiser Records | 1325 |
| 1/28/2003 | Dr. Koff"s report and assessment on Phil's condition. | Kaiser Records | 1324 |
| 2/18/2004 | Honolulu Advertiser.com  article "Faulty tax assessment alleged" | Honolulu Advertise.com web site posted 2/18/2003 | 924-925 |
| 2/19/2004 | Honolulu Advertiser.com  article "Lawyer says tax agency rotten" | Honolulu Advertise.com web site posted 2/19/2003 | 922-923 |
| 2/23/2004 | Dr. Koff"s report and assessment on Phil's condition. | Kaiser Records | 1310 |
| 2/23/2004 | Kaiser Pharmacy record for Lorazepam .5 mg | Kaiser Records | 1311 |
| 3/8/2004 | Dr. Koff"s report and assessment on Phil's condition. | Kaiser Records | 1309 |

**English, Philip E.  DF-485**
**Real Property Appraiser III**
**Evaluation Period 06/01/00 thru 05/31/01**

<u>**IAS – Integrated Assessment System**</u>

| | |
|---|---|
| 06/22/00–06/23/00 | Cama Data Entry Session I |
| 08/17/00 | Landisc |
| 08/22/00–08/23/00 | Cost Valuation |
| 09/18/00 | Model Refinement |
| 12/13/00 | Hearing Tracking |

<u>**IAAO**</u>

| | |
|---|---|
| 07/10/00–07/14/00 | Fundamentals of Mass Appraisal |
| 07/18/00 | Preventing Sexual Harassment |
| 07/25/00 | Mandatory Emergency Shelter Mgmt |
| 08/10/00 | Working Drug Free is Our Responsibility |

**EXHIBIT** 62

PE 00569