ORIGINAL

MOSELEY BIEHL TSUGAWA LAU & MUZZI
a Hawaii limited liability law company
ROGER S. MOSELEY          2060
CHRISTOPHER J. MUZZI      6939
RENEE M. FURUTA           7593
Alakea Corporate Tower
1100 Alakea Street, 23rd Floor
Honolulu, Hawaii 96813
Telephone: (808) 531-0490
Facsimile: (808) 523-1888
Email: rmoseley@hilaw.us
       cmuzzi@hilaw.us
       rfuruta@hilaw.us

Attorneys for Plaintiff
PHILIP E. ENGLISH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| PHILIP E. ENGLISH, | Civil No. 1-04-cv-00108 KSC |
|---|---|
| Plaintiff, | APPENDIX OF EXHIBITS TO PLAINTIFF PHILIP E. ENGLISH'S OBJECTIONS TO DEFENDANTS' PROPOSED EXHIBITS; CERTIFICATE OF SERVICE |
| vs. | |
| CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1–10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10, | |
| Defendants. | Trial<br>Date: October 3, 2006<br>Time: 9:00 a.m.<br>Judge: Honorable Kevin S.C Chang |

## APPENDIX OF EXHIBITS TO PLAINTIFF PHILIP E. ENGLISH'S OBJECTIONS TO DEFENDANTS' PROPOSED EXHIBITS

Attached is the Appendix of Exhibits to Plaintiff Philip E. English's objections to Defendants' proposed Exhibits.

DATED: Honolulu, Hawaii, September 20, 2006.

                                        /s/ _____
                                        ROGER S. MOSELEY
                                        CHRISTOPHER J. MUZZI
                                        RENEE M. FURUTA
                                        Attorneys for Plaintiff
                                        PHILIP E. ENGLISH