# EXHIBIT 2539


# RESERVED FOR THE TRANSCRIPT OF THE CONTINUED DEPOSITION OF PHILIP E. ENGLISH, VOLUME V