# ENGLISH V. C&C
# HISTORY OF INCOME

**1987 - FORM N-12 (State of Hawaii)**

    Income/Wages        $16,662.32 (First Nationwide Bank)

    Schedule C Net Profit    $1,634.00 (operating 5 months)

**1988 - FORM - N-12 (State of Hawaii)**

    Income/Wages        $13,992.00 (First Nationwide Bank)

    Schedule C Net Profit    $19,330 (operating 7 months

**1989 - FORM N-12 (State of Hawaii)**

    Income/Wages        $38,604.53 (First Nationwide Bank)

    Schedule C Net Profit    $1,904.80 (operating all 12 months)

**1990 - FORM - N-12 (State of Hawaii)**

    Income/Wages        $3,057.83 (First Nationwide Bank)

    Schedule C Net Profit    $12,407 (unknown period of work)

**1991 - FORM –N-12 (State of Hawaii)**

    Schedule C Net Profit    $49,839

**1992 - FORM –N-35 (State of Hawaii)**

    Compensation of Officers    $27,906

    Schedule K-1 - Ordinary Income  $5,012

Page 1 of 3



DEFENDANT'S EXHIBIT 3003

1993 - FORM 1120S

    Compensation of Officers   $54,571

    Schedule K-1 Ordinary Income   $8,792

1994 - FORM 1120S

    Compensation of Officers   $29,899

    Schedule K-1 Ordinary (Loss)   ($6,328)

1995 - FORM 1120S

    Compensation of Officers   -0-

    Schedule K-1 Ordinary Income   $7,812

1996 - FORM 1120S

    Compensation of Officers   -0-

    Schedule K-1 Ordinary Loss   ($58,808)

1997 - FORM - N-35 (State of Hawaii Return)

    Compensation of Officers   -0-

    Schedule K-1 - Ordinary Loss   ($43,968)

1998 - FORM 1040 (unable to determine Plaintiff's earnings (filed jointly)

1999 - FORM 1040

    Income/Wages   $31.50

    Schedule C   -0-

2000 - FORM 1040EZ (Note this is a Joint Return)

    Income/Wages   $16,491.99 (From C&C)

    Income/Wages   $3,750.51 (From City Mill)

2001 - FORM 1040EZ

    Income/Wages               $30,201.04 (From C&C)

2002 - FORM 1040EZ

    Income/Wages               $39,964.27 (From C&C)

2003 - FORM 1040EZ

    Income/Wages               $17,342.54 (From C&C)

    Workers' Compensation     $499.72 per week (retroactive until 2 days after disability)
(Date of Injury was 1/30/03)
(Date went on sick leave 02/28/03)
(If the w/c was paid from 03/01/03 to 12/31/03, the $499.72 would total 43 weeks or $21,487.96 Approximately)

2004 -

    Workers' Compensation     $499.72 per week from 01/01/04 to 01/20/04
The w/c would total 3 weeks or $1,499.16, Approximately.

    Workers' Comp Lump Sum    $85,000.00 (Signed 01/20/04)

2005 -

    Works as a guard at $8 per hour (12 hours a week)