# ENGLISH V. CITY AND COUNTY OF HONOLULU
## SCHEDULE OF FUND SOURCES

| A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | FORM N-12 OR 1040 INCOME / W-2 WAGES | | | SCHEDULE C PROFIT (LOSS) FROM BUSINESS OR PROFESSION | | | FORM 1120S OR N-35 S CORPORATION INCOME TAX RETURN | | | | FUNDS GAINED BY BANKRUPTCY | | WORKERS' COMPENSATION GROSS PAY | | COMPROMISE SETTLEMENT & RELEASE AGREEMENT | | | | | | |
| YEAR | BOOK REF. | SOURCE | AMOUNT | BOOK REF. | PROFIT (LOSS) | COMMISSIONS AND/OR WAGES | BOOK REF. | COMPENSATION TO OFFICERS | SALARIES AND WAGES | INCOME (LOSS) | BOOK REF. | RELIEF OF DEBT | BOOK REF. | WORKERS' COMP. GROSS PAY | BOOK REF. | ABOVE AGREEMENT | ANNUAL (D+F+I) | MONTHLY AVERAGE (R/12) | ANNUAL (M+O+Q) | MONTHLY AVERAGE (T/12) | TOTAL FUNDS ANNUAL (R+T) | MONTHLY AVERAGE (V/12) |
| 1987 | 30 | FIRST NATIONWIDE BANK | $16,662 | 30 | $1,634 | $0 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | $18,296 | $1,525 | $0 | $0 | $18,296 | $1,525 |
| 1988 | 30 | FIRST NATIONWIDE BANK | $13,992 | 30 | $19,330 | $0 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | $33,322 | $2,777 | $0 | $0 | $33,322 | $2,777 |
| 1989 | 30 | FIRST NATIONWIDE BANK | $38,605 | 30 | $1,905 | $0 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | $40,510 | $3,376 | $0 | $0 | $40,510 | $3,376 |
| 1990 | 30 | FIRST NATIONWIDE BANK | $3,058 | 30 | $0 | $47,742 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | $15,465 | $1,289 | $0 | $0 | $15,465 | $1,289 |
| 1991 | | N/A | N/A | 30 | $49,839 | $36,537 $86,431 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | $49,839 | $4,153 | $0 | $0 | $49,839 | $4,153 |
| 1992 | | N/A | N/A | 30 | $12,407 | N/A | 30 | $27,906 | $67,665 | $5,012 | N/A | N/A | N/A | N/A | N/A | N/A | $27,906 | $2,326 | $0 | $0 | $27,906 | $2,326 |
| 1993 | | N/A | N/A | | N/A | N/A | 30 | $54,571 | $202,976 | $8,792 | N/A | N/A | N/A | N/A | N/A | N/A | $54,571 | $4,548 | $0 | $0 | $54,571 | $4,548 |
| 1994 | | N/A | N/A | | N/A | N/A | 30 | $29,899 | $96,287 | ($6,328) | N/A | N/A | N/A | N/A | N/A | N/A | $29,899 | $2,492 | $0 | $0 | $29,899 | $2,492 |
| 1995 | | N/A | N/A | | N/A | N/A | 30 | $0 | $0 | $7,812 | N/A | N/A | N/A | N/A | N/A | N/A | $0 | $0 | $0 | $0 | $0 | $0 |
| 1996 | | N/A | N/A | | N/A | N/A | 30 | $0 | $0 | ($58,808) | N/A | N/A | N/A | N/A | N/A | N/A | $0 | $0 | $0 | $0 | $0 | $0 |
| 1997 | | N/A | N/A | | N/A | N/A | 30 | $0 | $0 | ($43,968) | N/A | N/A | N/A | N/A | N/A | N/A | $0 | $0 | $0 | $0 | $0 | $0 |
| 1998 | | UNKNOWN TANDY CORPORATION | UNKNOWN $32 | | N/A ($11,201) | N/A $0 | | UNKNOWN N/A | UNKNOWN N/A | UNKNOWN N/A | 2 | ALL ASSUMED IN '98 $43,800 (8837 X 10) | | N/A | | N/A | UNKNOWN $43,800 | UNKNOWN $3,650 | $43,800 | $3,650 | $43,800 | $3,650 |
| 1999 | 30 | CITY & COUNTY CITY MILL | $16,792 $3,751 | | N/A | $0 | | N/A | N/A | N/A | 2 | $86,370 (8837 X 7) $61,859 | | N/A | | N/A | ($11,189) | ($931) | $88,370 | $7,364 | $77,201 | $6,433 |
| 2000 | 30 | CITY & COUNTY | $30,201 | | N/A | N/A | | N/A | N/A | N/A | | N/A | | N/A | | N/A | $20,543 | $1,712 | $61,859 | $5,155 | $82,402 | $6,867 |
| 2001 | 30 | CITY & COUNTY | $34,964 | | N/A | N/A | | N/A | N/A | N/A | | N/A | | N/A | | N/A | $30,201 | $2,517 | $0 | $0 | $30,201 | $2,517 |
| 2002 | 30 | CITY & COUNTY | $17,343 | | N/A | N/A | | N/A | N/A | N/A | | N/A | | N/A | | N/A | $34,964 | $2,914 | $0 | $0 | $34,964 | $2,914 |
| 2003 | 30 | CITY & COUNTY | | | N/A | N/A | | N/A | N/A | N/A | | N/A | | N/A | | N/A | $17,343 | $1,445 | $24,905 | $2,075 | $42,248 | $3,521 |
| 2004 | | N/A | N/A | | N/A | N/A | | N/A | N/A | N/A | | N/A | 55 | (PE 02760) $24,905 (PE 02754) $999 | 14 | (DATED 01/20/04) $85,000 | $0 | $0 | $85,999 | $7,167 | $85,999 | $7,167 |
| TOTAL | | | $175,400 | | $73,914 | $170,710 | | $112,376 | $366,928 | ($87,488) | | $194,029 | | $25,904 | | $85,000 | $361,690 | $304,933 | $85,999 | $666,623 | | |

| | 2005 | 04 P.5 | FROM APRIL 2005 $8/HR FOR 12 HR/WEEK | (52 X 12 X 8) $4,992 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | $4,992 | $416 | $0 | $0 | $4,992 | $416 |



PREPARED BY DIRK VON GUENTHNER AND ASSOCIATES

1 of 1     08/21/06