

FBN08G      03/31/9    14:18:40    93476127003 3-4                    3      COPY

PHILIP ENGLISH & ASSOCIATES, INC.

| Form **1120S** | | U.S. Income Tax Return for an S Corporation | OMB No. 1545-0130 |
|---|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | | ▶ Do not file this form unless the corporation has timely filed Form 2553 to elect to be an S corporation.<br>▶ See separate instructions. | **1993** |

For calendar year 1993, or tax year beginning _____ , and ending _____

| A Date of election as an S corporation<br>06/01/92 | Use<br>IRS<br>label.<br>Other-<br>wise,<br>please<br>print<br>or type. | Name  PHILIP ENGLISH & ASSOCIATES, INC. | C Employer identification no.<br>99-0296018 |
|---|---|---|---|
| B Business code no.<br>(see Specific Instructions)<br>6599 | | Number, street, and room or suite no. (If a P.O. box, see page 9 of the instructions.)<br>4 SOUTH KING STREET, SUITE 201 | D Date Incorporated<br>06/01/92 |
| | | City or town, state, and ZIP code<br>HONOLULU, HAWAII                          96813 | E Total assets (see Specific Inst.)<br>26,370. |

F Check applicable boxes: (1) ☐ Initial return   (2) ☐ Final return   (3) ☒ Change in address   (4) ☐ Amended return

G Check this box if this S corporation is subject to the consolidated audit procedures of sections 6241 through 6245 (see instructions before checking this box) ▶ ☐

H Enter number of shareholders in the corporation at end of the tax year ▶ 1

**Caution:** Include only trade or business income and expenses on lines 1a through 21. See the instructions for more information.

| | | | | | |
|---|---|---|---|---|---|
| **Income** | 1a | Gross receipts or sales  429,973. | b Less returns and allowances _____ | c Bal ▶ | 1c | 429,973. |
| | 2 | Cost of goods sold (Schedule A, line 8) | | | 2 | |
| | 3 | Gross profit. Subtract line 2 from line 1c | | | 3 | 429,973. |
| | 4 | Net gain (loss) from Form 4797, Part II, line 20 (attach Form 4797) | | | 4 | |
| | 5 | Other income (loss) (see instructions) (attach schedule) | | | 5 | |
| | 6 | **Total income (loss).** Combine lines 3 through 5 | | | 6 | 429,973. |
| **Deductions (See Instructions for limitations.)** | 7 | Compensation of officers | | | 7 | 54,571. |
| | 8a | Salaries and wages  202,976. | b Less employment credits _____ | c Bal ▶ | 8c | 202,976. |
| | 9 | Repairs and maintenance | | | 9 | |
| | 10 | Bad debts | | | 10 | |
| | 11 | Rents | | | 11 | 35,438. |
| | 12 | Taxes and licenses                 See Statement 1 | | | 12 | 8,762. |
| | 13 | Interest | | | 13 | |
| | 14a | Depreciation (see instructions) | 14a | 8,929. | | |
| | b | Depreciation claimed on Schedule A and elsewhere on return | 14b | | | |
| | c | Subtract line 14b from line 14a | | | 14c | 8,929. |
| | 15 | Depletion (Do not deduct oil and gas depletion.) | | | 15 | |
| | 16 | Advertising | | | 16 | 49. |
| | 17 | Pension, profit-sharing, etc., plans | | | 17 | |
| | 18 | Employee benefit programs | | | 18 | |
| | 19 | Other deductions (see instructions) (attach schedule)  See Statement 1 | | | 19 | 110,456. |
| | 20 | **Total deductions.** Add lines 7 through 19 | | | 20 | 421,181. |
| | 21 | Ordinary income (loss) from trade or business activities. Subtract line 20 from line 6 | | | 21 | 8,792. |
| **Tax and Payments** | 22 | Tax: | | | | |
| | a | Excess net passive income tax (attach schedule) | 22a | | | |
| | b | Tax from Schedule D (Form 1120S) | 22b | | | |
| | c | Add lines 22a and 22b (see instructions for additional taxes) | | | 22c | |
| | 23 | Payments: | | | | |
| | a | 1993 estimated tax payments | 23a | | | |
| | b | Tax deposited with Form 7004 | 23b | | | |
| | c | Credit for Federal tax paid on fuels (attach Form 4136) | 23c | | | |
| | d | Add lines 23a through 23c | | | 23d | |
| | 24 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ▶ ☐ | | | 24 | |
| | 25 | Tax due. If the total of lines 22c and 24 is larger than line 23d, enter amount owed. See instructions for depository method of payment | | | 25 | |
| | 26 | Overpayment. If line 23d is larger than the total of lines 22c and 24, enter amount overpaid | | | 26 | |
| | 27 | Enter amount of line 26 you want: Credited to 1994 estimated tax ▶ _____  Refunded ▶ | | | 27 | |

RECEIVED
680
APR 23 1994
INTERNAL REVENUE SERVICE
FRESNO, CA

Authentic IRS Reproduction per IRC Section 6103(p)(2)(c), this photocopy has same legal status as if it were original. Authorized Signature *Lisa Bergmer*

| Please<br>Sign<br>Here | Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. | | | |
|---|---|---|---|---|
| | ▶ *Phil English* | Date  4-12-94 | Title ▶ *President* | |
| | Signature of officer | | | |

| Paid<br>Preparer's<br>Use Only | Preparer's signature ▶ *Kenneth Fenler* | Date  MAR 31 1994 | Check if self-employed ☐ | Preparer's social security no.<br>13-5218870 |
|---|---|---|---|---|
| | Firm's name (or yours if self-employed) and address ▶ | COOPERS & LYBRAND, CPA'S<br>SUITE 2500 PACIFIC TOWER<br>HONOLULU, HI | | E.I. No. ▶<br>ZIP code ▶ 96813 |

For Paperwork Reduction Act Notice, see page 1 of separate instructions.

DEFENDANT'S EXHIBIT
3006

Form **1120S** (1993)

3C1410 1.000                     1763                                        001

EBNO8G   1074   03/31/9    14:18:40   V3.07                                    4
PHILIP ENGLISH & ASSO...TES, INC.

Form 1120S (1993)                                                        Page **2**

## Schedule A   Cost of Goods Sold (See instructions.)

| | | |
|---|---|---|
| 1 Inventory at beginning of year | 1 | |
| 2 Purchases | 2 | |
| 3 Cost of labor | 3 | |
| 4 Additional section 263A costs (see instructions) (attach schedule) | 4 | |
| 5 Other costs (attach schedule) | 5 | |
| 6 Total. Add lines 1 through 5 | 6 | |
| 7 Inventory at end of year | 7 | |
| 8 Cost of goods sold. Subtract line 7 from line 6. Enter here and on page 1, line 2 | 8 | |

9a Check all methods used for valuing closing inventory:
  (i) ☐ Cost
  (ii) ☐ Lower of cost or market as described in Regulations section 1.471-4
  (iii) ☐ Writedown of "subnormal" goods as described in Regulations section 1.471-2(c)
  (iv) ☐ Other (specify method used and attach explanation) ▶ _____

b Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ........ ▶ ☐

c If the LIFO inventory method was used for this tax year, enter percentage (or amounts) of closing
  inventory computed under LIFO .......... | 9c | |

d Do the rules of section 263A (for property produced or acquired for resale) apply to the corporation? .......... ☐ Yes ☐ No

e Was there any change in determining quantities, cost, or valuations between opening and closing inventory? .......... ☐ Yes ☐ No
  If "Yes," attach explanation.

## Schedule B   Other Information

| | Yes | No |
|---|---|---|
| 1 Check method of accounting:   (a) ☒ Cash   (b) ☐ Accrual   (c) ☐ Other (specify) ▶ _____ | | |
| 2 Refer to the list in the instructions and state the corporation's principal:<br>(a) Business activity ▶ APPRAISAL       (b) Product or service ▶ SERVICE | | |
| 3 Did the corporation at the end of the tax year own, directly or indirectly, 50% or more of the voting stock of a domestic corporation? (For rules of attribution, see section 267(c).) If "Yes," attach a schedule showing: (a) name, address, and employer identification number and (b) percentage owned. .... See Statement 2 | X | |
| 4 Was the corporation a member of a controlled group subject to the provisions of section 1561? | | X |
| 5 At any time during calendar year 1993, did the corporation have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? (See instructions for exceptions and filing requirements for Form TD F 90-22.1.) .......... If "Yes," enter the name of the foreign country ▶ _____ | | X |
| 6 Was the corporation the grantor of, or transferor to, a foreign trust that existed during the current tax year, whether or not the corporation has any beneficial interest in it? If "Yes," the corporation may have to file Forms 3520, 3520-A, or 926 | | X |
| 7 Check this box if the corporation has filed or is required to file Form 8264, Application for Registration of a Tax Shelter .......... ▶ ☐ | | |
| 8 Check this box if the corporation issued publicly offered debt instruments with original issue discount .......... ▶ ☐<br>If so, the corporation may have to file Form 8281, Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| 9 If the corporation: (a) filed its election to be an S corporation after 1986, (b) was a C corporation before it elected to be an S corporation or the corporation acquired an asset with a basis determined by reference to its basis (or the basis of any other property) in the hands of a C corporation, and (c) has net unrealized built-in gain (defined in section 1374(d)(1)) in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years (see instructions) .......... ▶ _____ | | |
| 10 Check this box if the corporation had subchapter C earnings and profits at the close of the tax year (see instructions) .......... ▶ ☐ | | |

## Designation of Tax Matters Person (See instructions.)

Enter below the shareholder designated as the tax matters person (TMP) for the tax year of this return:

| | | |
|---|---|---|
| Name of designated TMP ▶ | PHILIP E. ENGLISH | Identifying number of TMP ▶ |
| Address of designated TMP ▶ | 4369 AUKAI AVENUE<br>HONOLULU, HAWAII   96816 | |

3C1420 1.000          N763

002

SBN08G   1074   03/31/9     14:18:40   V3.07

PHILIP ENGLISH & ASSOCIATES, INC.                                    5

Form 1120S (1993)                                                    Page 3

## Schedule K    Shareholders' Shares of Income, Credits, Deductions, etc.

| | (a) Pro rata share items | | (b) Total amount |
|---|---|---|---|
| | **1** Ordinary income (loss) from trade or business activities (page 1, line 21) . . . . . . . . . | **1** | 8,792. |
| | **2** Net income (loss) from rental real estate activities (attach Form 8825) . . . . . . . . . | **2** | |
| | **3a** Gross income from other rental activities . . . . . . . . . . | **3a** | |
| | **b** Expenses from other rental activities (attach schedule) . . . | **3b** | |
| | **c** Net income (loss) from other rental activities. Subtract line 3b from line 3a | **3c** | |
| | **4** Portfolio income (loss): | | |
| | **a** Interest income . . . . . . . . . . . . . . . . . . . . . . . . . | **4a** | |
| | **b** Dividend income . . . . . . . . . . . . . . . . . . . . . . . . | **4b** | |
| | **c** Royalty income . . . . . . . . . . . . . . . . . . . . . . . . | **4c** | |
| | **d** Net short-term capital gain (loss) (attach Schedule D (Form 1120S)) | **4d** | |
| | **e** Net long-term capital gain (loss) (attach Schedule D (Form 1120S)) | **4e** | |
| | **f** Other portfolio income (loss) (attach schedule) . . . . . . . | **4f** | |
| | **5** Net gain (loss) under section 1231 (other than due to casualty or theft) (attach Form 4797). . . | **5** | |
| | **6** Other income (loss) (attach schedule) . . . . . . . . . . . . | **6** | |
| | **7** Charitable contributions (see instructions) (attach schedule)     Stmt. 3 | **7** | 81. |
| | **8** Section 179 expense deduction (attach Form 4562) . . . . . . . . . | **8** | 3,649. |
| | **9** Deductions related to portfolio income (loss) (see instructions) (itemize) | **9** | |
| | **10** Other deductions (attach schedule) . . . . . . . . . . . . . | **10** | |
| | **11a** Interest expense on investment debts | **11a** | |
| | **b (1)** Investment income included on lines 4a, 4b, 4c, and 4f above | **11b(1)** | |
| | **(2)** Investment expenses included on line 9 above . . . . . . . | **11b(2)** | |
| | **12a** Credit for alcohol used as a fuel (attach Form 6478) . . . . . | **12a** | |
| | **b** Low-income housing credit (see instructions): | | |
| | **(1)** From partnerships to which section 42(j)(5) applies for property placed in service before 1990 | **12b(1)** | |
| | **(2)** Other than on line 12b(1) for property placed in service before 1990 | **12b(2)** | |
| | **(3)** From partnerships to which section 42(j)(5) applies for property placed in service after 1989 | **12b(3)** | |
| | **(4)** Other than on line 12b(3) for property placed in service after 1989 | **12b(4)** | |
| | **c** Qualified rehabilitation expenditures related to rental real estate activities (attach Form 3468) | **12c** | |
| | **d** Credits (other than credits shown on lines 12b and 12c) related to rental real estate activities (see instructions) | **12d** | |
| | **e** Credits related to other rental activities (see instructions) . . . | **12e** | |
| | **13** Other credits (see instructions) . . . . . . . . . . . . . . | **13** | |
| | **14a** Depreciation adjustment on property placed in service after 1986 . . . . . . . | **14a** | -589. |
| | **b** Adjusted gain or loss . . . . . . . . . . . . . . . . . . . . | **14b** | |
| | **c** Depletion (other than oil and gas) . . . . . . . . . . . . . . | **14c** | |
| | **d (1)** Gross income from oil, gas, or geothermal properties . . . . . | **14d(1)** | |
| | **(2)** Deductions allocable to oil, gas, or geothermal properties . . . | **14d(2)** | |
| | **e** Other adjustments and tax preference items (attach schedule) . . . | **14e** | |
| | **15a** Type of income   ▶ _____ | | |
| | **b** Name of foreign country or U.S. possession  ▶ _____ | | |
| | **c** Total gross income from sources outside the United States (attach schedule) . . . . . . . | **15c** | |
| | **d** Total applicable deductions and losses (attach schedule) . . . | **15d** | |
| | **e** Total foreign taxes (check one): ▶ ☐ Paid  ☐ Accrued . . . | **15e** | |
| | **f** Reduction in taxes available for credit (attach schedule) . . . | **15f** | |
| | **g** Other foreign tax information (attach schedule) . . . . . . . | **15g** | |
| | **16a** Total expenditures to which a section 59(e) election may apply . . . . . . . . . | **16a** | |
| | **b** Type of expenditures  ▶ _____ | | |
| | **17** Tax-exempt interest income . . . . . . . . . . . . . . . . | **17** | |
| | **18** Other tax-exempt income . . . . . . . . . . . . . . . . . . | **18** | |
| | **19** Nondeductible expenses . . . . . . . . . . . . .     Stmt. A | **19** | 341. |
| | **20** Total property distributions (including cash) other than dividends reported on line 22 below . . | **20** | |
| | **21** Other items and amounts required to be reported separately to shareholders (see instructions) (attach schedule) | | |
| | **22** Total dividend distributions paid from accumulated earnings and profits . . . . . . . . . | **22** | |
| | **23** Income (loss). (Required only if Schedule M-1 must be completed.) Combine lines 1 through 6 in column (b). From the result, subtract the sum of lines 7 through 11a, 15e, and 16a . . | **23** | 5,062. |

Left margin vertical labels: Income (Loss) / Deductions / Invest-ment Interest / Credits / Adjustments and Tax Preference Items / Foreign Taxes / Other

N783

2C1438  1.900

003

5BN08G  1074  03/31/9   14:18:40  V3.07                          6
PHILIP ENGLISH & ASSOCIATES, INC.

Form 1120S (1993)                                                                    Page 4

## Schedule L — Balance Sheets

| Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|
| 1 Cash | | | | 8,587. |
| 2 a Trade notes and accounts receivable | | | | |
| b Less allowance for bad debts | | | | |
| 3 Inventories | | | | |
| 4 U.S. Government obligations | | | | |
| 5 Tax-exempt securities | | | | |
| 6 Other current assets (attach schedule) | | | | |
| 7 Loans to shareholders | | | | 1,193. |
| 8 Mortgage and real estate loans | | | | |
| 9 Other investments (attach schedule) | | | | |
| 10 a Buildings and other depreciable assets | 49,240. | | 52,889. | |
| b Less accumulated depreciation | 23,721. | 25,519. | 36,299. | 16,590. |
| 11 a Depletable assets | | | | |
| b Less accumulated depletion | | | | |
| 12 Land (net of any amortization) | | | | |
| 13 a Intangible assets (amortizable only) | | | | |
| b Less accumulated amortization | | | | |
| 14 Other assets (attach schedule) | | | | |
| 15 Total assets | | 25,519. | | 28,370. |
| **Liabilities and Shareholders' Equity** | | | | |
| 16 Accounts payable | | 4,286. | | 16,600. |
| 17 Mortgages, notes, bonds payable in less than 1 yr | | | | |
| 18 Other current liabilities (attach schedule) | | | | |
| 19 Loans from shareholders | | 16,184. | | |
| 20 Mortgages, notes, bonds payable in 1 yr or more | | | | |
| 21 Other liabilities (attach schedule) | | | | |
| 22 Capital stock | | 1,000. | | 1,000. |
| 23 Paid-in or capital surplus | | | | |
| 24 Retained earnings | | 4,049. | | 8,770. |
| 25 Less cost of treasury stock | | ( ) | | ( ) |
| 26 Total liabilities and shareholders' equity | | 25,519. | | 28,370. |

## Schedule M-1 — Reconciliation of Income (Loss) per Books With Income (Loss) per Return (You are not required to complete this schedule if the total assets on line 15, column (d), of Schedule L are less than $25,000.)

| | | | | |
|---|---|---|---|---|
| 1 Net income (loss) per books | 8,370. | 5 Income recorded on books this year not included on Schedule K, lines 1 through 6 (itemize): | | |
| 2 Income included on Schedule K, lines 1 through 6, not recorded on books this year (itemize): | | a Tax-exempt interest | | |
| 3 Expenses recorded on books this year not included on Schedule K, lines 1 through 11a, 15e, and 16a (itemize): | | 6 Deductions included on Schedule K, lines 1 through 11a, 15e, and 16a, not charged against book income this year (itemize): | | |
| a Depreciation | | a Depreciation | | 3,649. |
| b Travel and entertainment | 341. | | | |
| | | 7 Add lines 5 and 6 | | 3,649. |
| 4 Add lines 1 through 3 | 8,711. | 8 Income (loss) (Schedule K, line 23). Line 4 less line 7 | | 5,062. |

## Schedule M-2 — Analysis of Accumulated Adjustments Account, Other Adjustments Account, and Shareholders' Undistributed Taxable Income Previously Taxed (See instructions)

| | (a) Accumulated adjustments account | (b) Other adjustments account | (c) Shareholders' undistributed taxable income previously taxed |
|---|---|---|---|
| 1 Balance at beginning of tax year | 4,049. | | |
| 2 Ordinary income from page 1, line 21 | 8,792. | | |
| 3 Other additions | | | |
| 4 Less from page 1, line 21 | ( ) | | |
| 5 Other reductions ... See Statement 6 | ( 4,071.) | ( ) | |
| 6 Combine lines 1 through 5 | 8,770. | | |
| 7 Distributions other than dividend distributions | | | |
| 8 Balance at end of tax year. Subtract line 7 from line 6 | 8,770. | | |

N763
2C1440 1.000                                                           004

5BN08G  1074  03/31/94  14: 0 ,V3.07
PHILIP ENGLISH & ASSOCIATES, INC.

**Form 4562**

department of the Treasury
Internal Revenue Service
Name(s) shown on return

# Depreciation and Amortization
## (including Information on Listed Property)

▶ See separate instructions.   ▶ Attach this form to your return.

OMB No. 1545-0172

**1993**

Attachment Sequence No. **67**

Identifying number

PHILIP ENGLISH & ASSOCIATES, INC.

Business or activity to which this form relates

99-0296018

## General Depreciation and Amortization

### Part I  Election To Expense Certain Tangible Property (Section 179)  (Note: If you have any "Listed Property," complete Part V before you complete Part I.)

| | | |
|---|---|---|
| 1 Maximum dollar limitation (if an enterprise zone business, see instructions) . . . . . . . . . . | 1 | 17,500. |
| 2 Total cost of section 179 property placed in service during the tax year (see instructions) . . . . . . . . . | 2 | 3,649. |
| 3 Threshold cost of section 179 property before reduction in limitation . . . . . . . . . . . . . . | 3 | 200,000. |
| 4 Reduction in limitation. Subtract line 3 from line 2, but do not enter less than -0- . . . . . . . . . | 4 | NONE |
| 5 Dollar limitation for tax year. Subtract line 4 from line 1, but do not enter less than -0-. If married filing separately, see instructions.) . . . . . . . . . . . . . . . . . . . . | 5 | 17,500. |

| (a) Description of property | (b) Cost | (c) Elected cost |
|---|---|---|
| 6 See Detail | | 3,649. |
| | | |

| | | | |
|---|---|---|---|
| 7 Listed property. Enter amount from line 26 . . . . . . . . . . | 7 | | |
| 8 Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 . . . . . . . . . | 8 | 3,649. |
| 9 Tentative deduction. Enter the smaller of line 5 or line 8 . . . . . . . . . . . . . . . . . | 9 | 3,649. |
| 10 Carryover of disallowed deduction from 1992 (see instructions) . . . . . . . . . . . . . . | 10 | |
| 11 Taxable income limitation. Enter the smaller of taxable income or line 5 (see instructions) . . . . . . | 11 | 3,649. |
| 12 Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 . . . . . . | 12 | 3,649. |
| 13 Carryover of disallowed deduction to 1994. Add lines 9 and 10, less line 12 ▶ | 13 | |

Note: Do not use Part II or Part III below for listed property (automobiles, certain other vehicles, cellular telephones, certain computers, or property used for entertainment, recreation, or amusement). Instead, use Part V for listed property.

### Part II  MACRS Depreciation For Assets Placed in Service ONLY During Your 1993 Tax Year (Do Not Include Listed Property)

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only — see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| **14 General Depreciation System (GDS) (see instructions):** | | | | | | |
| a 3-year property | | | | | | |
| b 5-year property | | | | | | |
| c 7-year property | | | | | | |
| d 10-year property | | | | | | |
| e 15-year property | | | | | | |
| f 20-year property | | | | | | |
| g Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| h Nonresidential real property | | | 31.5 yrs. | MM | S/L | |
| | | | 39 yrs. | MM | S/L | |
| **15 Alternative Depreciation System (ADS) (see instructions):** | | | | | | |
| a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs. | | S/L | |
| c 40-year | | | 40 yrs. | MM | S/L | |

### Part III  Other Depreciation (Do Not Include Listed Property)

| | | |
|---|---|---|
| 16 GDS and ADS deductions for assets placed in service in tax years beginning before 1993 (see instructions) | 16 | 3,274. |
| 17 Property subject to section 168(f)(1) election (see instructions) . . . . . . . . . . . . . | 17 | |
| 18 ACRS and other depreciation (see instructions) . . . . . . . . . . . . . . . . . . | 18 | |

### Part IV  Summary

| | | |
|---|---|---|
| 19 Listed property. Enter amount from line 25 . . . . . . . . . . . . . . . | 19 | 5,655. |
| 20 Total. Add deductions on line 12, lines 14 and 15 in column (g), and lines 16 through 19. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instructions) . . . . . . . | 20 | 8,929. |
| 21 For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs (see instructions) . . . . . . . . . . | 21 | |

For Paperwork Reduction Act Notice, see page 1 of the separate instructions.

N763

Form 4562 (1993)

3X2200 2.000

5BN08G  1074  03/31/94  14. :40  V3.07.                                  8

PHILIP ENGLISH & ASSOCIATES, INC.

Form 4562 (1993)                                                      Page 2

## Part V  Listed Property – Automobiles, Certain Other Vehicles, Cellular Telephones, Certain Computers, and Property Used for Entertainment, Recreation, or Amusement

For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete only 22a, 22b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

### Section A – Depreciation and Other Information (Caution: See instructions for limitations for automobiles.)

22a Do you have evidence to support the business/investment use claimed? | X | Yes | | No | 22b If "Yes," is the evidence written? | X | Yes | | No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| **23 Property used more than 50% in a qualified business use (see instructions):** | | | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| **24 Property used 50% or less in a qualified business use (see instructions):** | | | | | | | | |
| | | % | | | | S/L – | | |
| | | % | | | | S/L – | | |
| | | % | | | | S/L – | | |

25 Add amounts in column (h). Enter the total here and on line 19, page 1 [See Detail] . . . . . . . . | 25 | 5,655.

26 Add amounts in column (i). Enter the total here and on line 7, page 1 . . . . . . . . . . . | 26 |

### Section B – Information Regarding Use of Vehicles – If you deduct expenses for vehicles:

- Always complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person.
- If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 27 Total business/investment miles driven during the year (DO NOT include commuting miles) . . . . | | | | | | | | | | | | |
| 28 Total commuting miles driven during the year . . . . | | | | | | | | | | | | |
| 29 Total other personal (noncommuting) miles driven . . . . . . . . . . | | | | | | | | | | | | |
| 30 Total miles driven during the year. Add lines 27 through 29 . . . . . . . . . . | | | | | | | | | | | | |
| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 31 Was the vehicle available for personal use during off-duty hours? . . . . . . . . . | | | | | | | | | | | | |
| 32 Was the vehicle used primarily by a more than 5% owner or related person? . . . . . | | | | | | | | | | | | |
| 33 Is another vehicle available for personal use? . . . . . . . . . . . . . . . . | | | | | | | | | | | | |

### Section C – Questions for Employers Who Provide Vehicles for Use by Their Employees

Answer these questions to determine if you meet an exception to completing Section B. Note: Section B must always be completed for vehicles used by sole proprietors, partners, or other more than 5% owners or related persons.

| | Yes | No |
|---|---|---|
| 34 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? . . . . . . . . . . . . . . . . . . . . | | |
| 35 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? (See instructions for vehicles used by corporate officers, directors, or 1% or more owners.) . . . . . . . . . . | | |
| 36 Do you treat all use of vehicles by employees as personal use? . . . . . . . . . . . . | | |
| 37 Do you provide more than five vehicles to your employees and retain the information received from your employees concerning the use of the vehicles? . . . . . . . . . . | | |
| 38 Do you meet the requirements concerning qualified automobile demonstration use (see instructions)? . . . . . . . . . . | | |

Note: If your answer to 34, 35, 36, 37, or 38 is "Yes," you need not complete Section B for the covered vehicles.

## Part VI  Amortization

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| **39 Amortization of costs that begins during your 1993 tax year:** | | | | | |
| | | | | | |
| | | | | | |
| 40 Amortization of costs that began before 1993 . . . . . . . . . . . . . . . . . | | | 40 | | |
| 41 Total. Enter here and on "Other Deductions" or "Other Expenses" line of your return . . . . . . . . . | | | 41 | | |

1763

3X2310 1.000

5BN08G  1074   03/31/94   14:18:40   V3.07
PHILIP ENGLISH    OCIATES, INC.

99-0296018

9

# Depreciation

**TAX YEAR 1993**

**Description of Property**

**General Depreciation and Amortization**

| Asset Description | Date acquired | Unadjusted Cost or basis | Bus. % | 179 ... reduction in basis | ITC reduction in basis | Basis for depreciation | Salvage value | Accumulated depreciation | Method | Convention | Life | ACRS class | MA CRS class | Current-yr 179 expense | Current-year depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OFFICE FURNITURE | 01/01/92 | 2,743. | 100. | | | 2,743. | | | 150DB | HY | | | 7 | | 525. |
| COMPUTER ACCESSORIES | 10/11/92 | 2,827. | 100. | | | 2,827. | | | 150DB | HY | | | 5 | | 721. |
| FURNITURE | 08/30/92 | 2,401. | 100. | | | 2,401. | | 343. | 150DB | HY | | | 7 | | 459. |
| PHOTOCOPIER | 12/31/91 | 1,935. | 100. | | | 1,935. | | 1,935. | 150DB | HY | | | 5 | | |
| OFFICE FURNITURE | 12/31/91 | 5,043. | 100. | | | 5,043. | | 5,043. | 150DB | HY | | | 7 | | |
| PHOTOCOPIER | 06/30/88 | 2,469. | 100. | | | 2,469. | | 1,608. | 200DB | HY | | | 5 | | 861. |
| TELEPHONE | 08/01/91 | 1,025. | 100. | | | 1,025. | | 533. | 150DB | HY | | | 5 | | 193. |
| FURNITURE | 11/01/91 | 3,494. | 100. | | | 3,494. | | 1,355. | 150DB | HY | | | 7 | | 525. |
| COMPUTER | 01/01/93 | 3,649. | 100. | 3,649. | | | | | DDB | N/A | 5,000 | | | 3,649. | |
| Less: Retired Assets . . . . . . . . . | | | | | | | | | | | | | | | |
| TOTALS . . . . . . . . . | | 25,586. | | 3,649. | | 21,937. | | 10,817. | | | | | | 3,649. | 3,274. |
| % Assets Retired | | | | | | | | | | | | | | | |

007

3N0037 4.000

# Depreciation

58N08G  1074  03/31/94  14:18:40  V3.07
PHILIP ENGLIS' ...SSOCIATES, INC.

99-0296018

10

TAX YEAR 1993
Description of Property
4562 LISTED PROPERTY DETAIL - PROPERTY USED > 50%

| Asset Description | Date acquired | Unadjusted Cost or basis | Bus % | 179 exp in basis | ITC reduction in basis | Basis for depreciation | Salvage value | Accumulated depreciation | Method | Convention | Life | ACRS class | MA CRS class | Current yr 179 expense | Current year depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| COMPUTER | 12/31/9 | 2,121. | 100 | | | 2,121. | | | 150DB | HY | 5 | | | | 379. |
| COMPUTER - EPSON | 01/12/9 | 1,250. | 100 | | | 1,250. | | 200. | 150DB | HY | 5 | | | | 223. |
| COMPUTER - NEC | 03/05/9 | 2,695. | 100 | | | 2,695. | | 431. | 150DB | HY | 5 | | | | 481. |
| COMPUTER - MAC | 05/20/9 | 2,818. | 100 | | | 2,818. | | 451. | 150DB | HY | 5 | | | | 503. |
| COMPUTER - NEC LAP | 05/20/9 | 2,005. | 100 | | | 2,005. | | 321. | 150DB | HY | 5 | | | | 358. |
| COMPUTER - NEC | 11/01/9 | 2,265. | 100 | | | 2,265. | | 363. | 150DB | HY | 5 | | | | 404. |
| COMPUTER ACCESSORIES | 06/01/9 | 2,218. | 100 | | | 2,218. | | 255. | 150DB | HY | 5 | | | | 396. |
| COMPUTER SOFTWARE | 09/01/9 | 1,714. | 100 | | | 1,714. | | 274. | 150DB | HY | 5 | | | | 306. |
| COMPUTER | 10/04/9 | 10,217. | 100 | | | 10,217. | | 2,043. | 150DB | HY | 5 | | | | 2,605. |
| Less: Retired Assets . . . . . . . . . . | | | | | | | | | | | | | | | |
| TOTALS . . . . . . . . . . . . . . . . . | | 27,303 | | | | 27,303. | | 4,438. | | | | | | | 5,655. |
| Assets Retired | | | | | | | | | | | | | | | |

000

RV027 4.000

SBN08G  1074   03/31/94   14:18:40   V3.07

PHILIP ENG  & ASSOCIATES, INC.

99-0296018

11

# Alternative Minimum Tax Depreciation

TAX YEAR 1993
Description of Property
General Depreciation and Amortization

| Asset description | Date acquired | AMT Basis for depreciation | AMT accumulated depreciation | AMT method | AMT life | AMT depreciation deduction | Regular depreciation deduction | Post-86 depreciation adjustment | Leased pers. prop. prop. preference | Real property preference |
|---|---|---|---|---|---|---|---|---|---|---|
| OFFICE FURNITURE | 01/01/92 | 2,743. | | 150DB | 7,000 | 525. | 525. | | | |
| COMPUTER ACCESSORIES | 10/11/92 | 2,827. | | 150DB | 5,000 | 721. | 721. | | | |
| FURNITURE | 06/30/92 | 2,401. | | 150DB | 7,000 | 459. | 459. | | | |
| PHOTOCOPIER | 12/31/91 | 1,935. | | 150DB | 5,000 | 345. | | -345. | | |
| OFFICE FURNITURE | 12/31/91 | 5,043. | | 150DB | 7,000 | 759. | | -759. | | |
| PHOTOCOPIER | 06/30/88 | 2,469. | | 150DB | 6,000 | 347. | 861. | 514. | | |
| TELEPHONE | 09/01/91 | 1,025. | | 150DB | 5,000 | 183. | 183. | | | |
| FURNITURE | 11/01/91 | 3,494. | | 150DB | 7,000 | 525. | 525. | | | |
| COMPUTER | 12/31/91 | 2,121. | | 150DB | 5,000 | 379. | 379. | | | |
| COMPUTER - EPSON | 01/12/91 | 1,250. | | 150DB | 5,000 | 223. | 223. | | | |
| COMPUTER - NEC | 03/05/91 | 2,695. | | 150DB | 5,000 | 481. | 481. | | | |
| COMPUTER - MAC | 05/20/91 | 2,818. | | 150DB | 5,000 | 503. | 503. | | | |
| COMPUTER - NEC LAP | 05/20/91 | 2,005. | | 150DB | 5,000 | 358. | 350. | | | |
| COMPUTER - NEC | 11/01/91 | 2,265. | | 150DB | 5,000 | 404. | 404. | | | |
| COMPUTER ACCESSORIES | 06/01/91 | 2,218. | | 150DB | 5,000 | 396. | 396. | | | |
| COMPUTER SOFTWARE | 09/01/91 | 1,714. | | 150DB | 5,000 | 306. | 306. | | | |
| COMPUTER | 10/08/92 | 10,217. | | 150DB | 5,000 | 2,605. | 2,605. | | | |
| Less: Retired Assets . . . . . . . . . . . | | | | | | | | | | |
| TOTALS . . . . . . . . . . . | | 49,240. | | | | 9,510. | 8,929. | -589. | | |

* Assets Retired

H763

3XH204 3.000

009

5BN08G   1074   03/31/9(   14:18:40   V3.07                                    12
PHILIP ENGLISH & ASSOCIATES, INC.

                                                              Statement   1


Form 1120S, Page 1 Detail
========================================================================


Line 12 - Taxes
----------------
  GET TAXES                                                    8,762.
                                                           ----------------
     Total                                                     8,762.
                                                           ================


Line 19 - Other Deductions
--------------------------
  80% meals and entertainment                                 1,365.
  AUTOMOBILE                                                  20,023.
  BUSINESS PROMOTION                                           3,754.
  COMPUTER SUPPLIES                                            1,811.
  COMPUTER LEASING                                             3,694.
  CONSULTING SERVICES                                          1,450.
  DATA SOURCES                                                 4,167.
  TRAVEL                                                       1,683.
  DUES & SUBSCRIPTIONS                                         2,449.
  EDUCATION                                                    1,727.
  EMPLOYEE GIFTS                                                 100.
  OFFICE                                                       3,481.
  FILM & PROCESSING                                            8,204.
  GIFTS                                                           94.
  INSURANCE                                                   18,322.
  LEGAL & ACCOUNTING                                            700.
  LICENSE                                                      1,174.
  MISCELLANEOUS                                                4,021.
  COMMISSIONS                                                  1,180.
  OFFICE EXPENSE                                               6,829.
  PETTY CASH                                                     341.
  OFFICE SUPPLIES                                              6,457.
  PHONE                                                        7,722.
  COPIES                                                       6,085.
  POSTAGE                                                        785.
  APPRAISER PAYMENTS                                           1,046.
  OVERPAYMENTS                                                 1,792.
                                                           ----------------
     Total                                                   110,456.
                                                           ================

                                                    Statement  010

```
5BN08G   1074   03/31/94   14:18:40   V3.07                              13
```
PHILIP ENGLISH & ASSOCIATES, INC.

Statement   2

Form 1120S, Page 2 Detail
═══════════════════════════════════════════════════════════════════════════

Sch B, Question 3 - 50% or more owned corporations
-----------------------------------------------------

```
A)  Name   PHILIP ENGLISH
            4369 AUKAI AVENUE, HONOLULU, HAWAII  96816
    Employer Identification number ................................ 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
B)  Percentage owned ..............................................       100.00
```

SPSPRT-1  3.000

5BN08G  1074  03/31/9    14:18:40  V3.07                              14
PHILIP ENGLISH & ASSOCIATES, INC.

Form 1120S, Page 3 Detail
==================================================================

Sch K, Line 7 - Charitable Contributions
-----------------------------------------------

  Contributions subject to 50% limitation
  -----------------------------------------------
  DONATIONS                                                    81.
                                                       ----------------
     Total                                                     81.
                                                       ================

5BN08G  1074  03/31/9     14:18:40  V3.07                           15
PHILIP ENGLISH & ASSOCIATES, INC.

Statement  4

Form 1120S, Page 3 Detail
======================================================================

Sch K, Line 19 - Nondeductible Expenses
-------------------------------------------
   20% disallowed travel and entertainment                    341.
                                                       ----------------
      Total                                                   341.
                                                       ================

SPSPRT-1  3.000

5BN08G  1074  03/31/S      14:18:40  V3.07                                    16
PHILIP ENGLISH & ASSOCIATES, INC.

                                                                   Statement   5

Form 1120S, Page 4 Detail - Sch L
═══════════════════════════════════════════════════════════════════════════════

                                                    Beginning          Ending
                                                 ---------------    ---------------
Line 16 - Accounts Payable
--------------------------
   PAYROLL TAXES                                        4,286.           16,600.
                                                 ---------------    ---------------
     Total                                             4,286.           16,600.
                                                 ═══════════════    ═══════════════

SPSPRT-1  3.000

NOBG  1074  03/31/94  14:18  )  V3.07

HILIP ENGLISH & ASSOCIATES, INC.

Statement  6

m 1120S, Page 4 Detail

===========================================

M-2, Line 5 - Other Reductions - AAA
-----------------------------------------
Charitable contributions                                          81.
Section 179 expense                                            3,649.
Other nondeductible expenses                                    341.
                                                    ----------------
    Total                                                     4,071.
                                                    ================

5BN08G  1074  03/31/9  14:18:40  V3.07                                    19
PHILIP ENGLISH & ASSOCIATES, INC.

**Shareholder List**

---

1        PHILIP E. ENGLISH
         4369 AUKAI AVENUE
         HONOLULU, HAWAII  96816

SPSPRT-1  3.000

5BN08G   1074   03/31/9x   14:18:40   V3.07                                    20
PHILIP ENGLISH & ASSOCIATES, INC.

| SCHEDULE K-1 (Form 1120S) | Shareholder's Share of Income, Credits, Deductions, etc. | OMB No. 1545-0130 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | ▶ See separate instructions. For calendar year 1993 or tax year beginning _____ and ending _____ | 1993 |

| Shareholder's identifying number ▶ 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 | Corporation's identifying number ▶ 99-0296018 |
|---|---|
| Shareholder's name, address, and ZIP code<br>PHILIP E. ENGLISH<br>4369 AUKAI AVENUE<br>HONOLULU, HAWAII  96816 | Corporation's name, address, and ZIP code<br>PHILIP ENGLISH & ASSOCIATES, INC.<br>4 SOUTH KING STREET, SUITE 201<br>HONOLULU, HAWAII        96813 |

A  Shareholder's percentage of stock ownership for tax year (see Instructions for Schedule K-1) . . . . . ▶100.000000 %
B  Internal Revenue Service Center where corporation filed its return ▶ FRESNO, CALIFORNIA
C  Tax shelter registration number (see Instructions for Schedule K-1) . . . . . . . . . . . . . . . ▶
D  Check applicable boxes:  (1) ☐ Final K-1    (2) ☐ Amended K-1

| | (a) Pro rata share items | | (b) Amount | (c) Form 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| **Income (Loss)** | 1   Ordinary income (loss) from trade or business activities | 1 | 8,792. | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | 2   Net income (loss) from rental real estate activities | 2 | | |
| | 3   Net income (loss) from other rental activities | 3 | | |
| | 4   Portfolio income (loss): | | | |
| | a   Interest | 4a | | Sch. B, Part I, line 1 |
| | b   Dividends | 4b | | Sch. B, Part II, line 5 |
| | c   Royalties | 4c | | Sch. E, Part I, line 4 |
| | d   Net short-term capital gain (loss) | 4d | | Sch. D, line 5, col. (f) or (g) |
| | e   Net long-term capital gain (loss) | 4e | | Sch. D, line 13, col. (f) or (g) |
| | f   Other portfolio income (loss) (attach schedule) | 4f | | (Enter on applicable line of your return.) |
| | 5   Net gain (loss) under section 1231 (other than due to casualty or theft) | 5 | | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | 6   Other income (loss) (attach schedule) | 6 | | (Enter on applicable line of your return.) |
| **Deductions** | 7   Charitable contributions (see Instructions) (attach schedule) mt 1 | 7 | 81. | Sch. A, line 13 or 14 |
| | 8   Section 179 expense deduction | 8 | 3,649. | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | 9   Deductions related to portfolio income (loss) (attach schedule) | 9 | | |
| | 10   Other deductions (attach schedule) | 10 | | |
| **Investment Interest** | 11a   Interest expense on investment debts | 11a | | Form 4952, line 1 |
| | b   (1) Investment income included on lines 4a, 4b, 4c, and 4f above | b(1) | | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | (2) Investment expenses included on line 9 above | b(2) | | |
| **Credits** | 12a   Credit for alcohol used as fuel | 12a | | Form 6478, line 10 |
| | b   Low-income housing credit: | | | |
| | (1) From section 42(j)(5) partnerships for property placed in service before 1990 | b(1) | | |
| | (2) Other than on line 12b(1) for property placed in service before 1990 | b(2) | | Form 8586, line 5 |
| | (3) From section 42(j)(5) partnerships for property placed in service after 1989 | b(3) | | |
| | (4) Other than on line 12b(3) for property placed in service after 1989 | b(4) | | |
| | c   Qualified rehabilitation expenditures related to rental real estate activities (see instructions) | 12c | | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | d   Credits (other than credits shown on lines 12b and 12c) related to rental real estate activities (see instructions) | 12d | | |
| | e   Credits related to other rental activities (see instructions) | 12e | | |
| | 13   Other credits (see instructions) | 13 | | |
| **Adjustments and Tax Preference Items** | 14a   Depreciation adjustment on property placed in service after 1986 | 14a | -589. | See Shareholder's Instructions for Schedule K-1 (Form 1120S) and Instructions for Form 6251 |
| | b   Adjusted gain or less | 14b | | |
| | c   Depletion (other than oil and gas) | 14c | | |
| | d   (1) Gross income from oil, gas, or geothermal properties | d(1) | | |
| | (2) Deductions allocable to oil, gas, or geothermal properties | d(2) | | |
| | e   Other adjustments and tax preference items (attach schedule) | 14e | | |

For Paperwork Reduction Act Notice, see page 1 of Instructions for Form 1120S.                    Schedule K-1 (Form 1120S) 1993

1763

3C1600 1.000

017

5BN08G   1074   03/31/9.   14:18:40   V3.07
PHILIP ENGLISH & ASSOCIATES, INC.

Page 2

Schedule K-1 Form 1120S (1993)

| (a) Pro rata share items | | (b) Amount | (c) Form 1040 filers enter the amount in column (b) on: |
|---|---|---|---|
| **Foreign Taxes** | 15a Type of income ▶ _____ | | Form 1116, Check boxes |
| | b Name of foreign country or U.S. possession ▶ _____ | | |
| | c Total gross income from sources outside the United States (attach schedule) . . . . . . . . . . . . . . . | 15c | Form 1116, Part I |
| | d Total applicable deductions and losses (attach schedule) | 15d | Form 1116, Part II |
| | e Total foreign taxes (check one): ▶ ☐ Paid ☐ Accrued . . | 15e | Form 1116, Part III |
| | f Reduction in taxes available for credit (attach schedule) | 15f | See Instructions for Form 1116 |
| | g Other foreign tax information (attach schedule) . . . . . . | 15g | See Shareholder's Instructions for Schedule K-1 Form 1120S. |
| **Other** | 16a Total expenditures to which a section 59(e) election may apply | 16a | |
| | b Type of expenditures ▶ _____ | | |
| | 17 Tax-exempt interest income . . . . . . . . . . . . . . . | 17 | Form 1040, line 8b |
| | 18 Other tax-exempt income . . . . . . . . . . . . . . . | 18 | |
| | 19 Nondeductible expenses . . . . . . . . . . . Stmt 2 | 19 | 341. |
| | 20 Property distributions (including cash) other than dividend distributions reported to you on Form 1099-DIV . . . . . . | 20 | See Shareholder's Instructions for Schedule K-1 Form 1120S. |
| | 21 Amount of loan repayments for "Loans From Shareholders" . . . . . | 21 | |
| | 22 Recapture of low-income housing credit: | | |
| | a From section 42(j)(5) partnerships . . . . . . . . . . . | 22a | Form 8611, line 8 |
| | b Other than on line 22a | 22b | |
| | 23 Supplemental information required to be reported separately to each shareholder (attach additional schedules if more space is needed): | | |

**Supplemental Information**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

K763

SC1610 1.000

5BN08G  1074  03/31/9   14:18:40  V3.07                              **22**
PHILIP ENGLISH & ASSOCIATES, INC.

Statement   1

Form 1120S, Schedule K-1, Detail for PHILIP E. ENGLISH

Sch K-1, Line 7 - Charitable Contributions
-----------------------------------------------

  50% cash charitable contributions
  -----------------------------------
  DONATIONS                                                        81.
                                                        ----------------
    Total                                                          81.
                                                        ================

019

5BN08G  1074  03/31/9.  14:18:40  V3.07                                  23
PHILIP ENGLISH & ASSOCIATES, INC.

Statement  2

Form 1120S, Schedule K-1, Detail for PHILIP E. ENGLISH
═══════════════════════════════════════════════════════════════════════

Sch K-1, Line 19 - Nondeductible Expenses
-------------------------------------------
   20% disallowed meal and entertainment expense                341.
                                                          ------------
      Total                                                      341.
                                                          ════════════

020

544436-3572-00    RKT/WL/4.

| Form **7004** | | | |
|---|---|---|---|
| (Rev. October 1991) | **Application for Automatic Extension of Time** | | OMB No. 1545-0233 |
| Department of the Treasury Internal Revenue Service | **To File Corporation Income Tax Return** | | Expires 10-31-94 |

Name of corporation: . PHILIP ENGLISH & ASSOCIATES , INC.

Employer identification number: 99-0296018

Number, street, and room or suite no. (If a P.O. box, see instructions.)
C/O Coopers & Lybrand, 2500 Pacific Tower

City or town, state, and ZIP code
1001 Bishop Street
Honolulu, HI 96813

**Check type of return to be filed:**

| | | | | |
|---|---|---|---|---|
| ☐ Form 1120 | ☐ Form 1120F | ☐ Form 1120L | ☐ Form 1120-POL | ☒ Form 1120S |
| ☐ Form 1120-A | ☐ Form 1120-FSC | ☐ Form 1120-ND | ☐ Form 1120-REIT | ☐ Form 990-C |
| ☐ Form 1120-DF | ☐ Form 1120-H | ☐ Form 1120-PC | ☐ Form 1120-RIC | ☐ Form 990-T |

Form 1120F filers: Check here if you do not have an office or place of business in the United States . . . . . . . ▶ ☐

1a I request an automatic 6-month extension of time until SEPTEMBER 15 , 19 94 , to file the income tax return
of the corporation named above for ▶ ☒ calendar year 19 93 , or ▶ ☐ tax year beginning ..................................
19...... , and ending .................................... , 19...... .

b If this tax year is for less than 12 months, check reason:
☐ Initial return    ☐ Final return    ☐ Change in accounting period    ☐ Consolidated return to be filed

2 If this application also covers subsidiaries to be included in a consolidated return, complete the following:

| Name and address of each member of the affiliated group | Employer identification number | Tax period |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **3** | Tentative tax (see instructions). . . . . . . . . | | | | | **3** | NONE |
| **4** | **Credits:** | | | | | | |
| a | Overpayment credited from prior year. | 4a | | | | | |
| b | Estimated tax payments for the tax year. . . . . . . . . . | 4b | | | | | |
| c | Less refund for the tax year applied for on Form 4466 . . . . . . | 4c | ( | Bal ▶ | 4d | | |
| e | Credit from regulated investment companies . . . . . . . | | | | 4e | | |
| f | Credit for Federal tax on fuels . . . . . . . | | | | 4f | | |
| **5** | Total. Add lines 4d through 4f . . . . . . . . . | | | | | **5** | NONE |
| **6** | Balance due. Subtract line 5 from line 3. Deposit this amount with a Federal Tax Deposit (FTD) Coupon (see instructions) . . . . . . . . . | | | | | **6** | NONE |

Signature.—Under penalties of perjury, I declare that I have been authorized by the above-named corporation to make this application, and to the best of my knowledge and belief, the statements made are true, correct, and complete.

JUN 1 4 1994

(Signature of officer or agent)    Certified Public Accountant    (Title)    (Date)

For Paperwork Reduction Act Notice, see instructions.    Cat. No. 13804A    Form **7004** (Rev. 10-91)

021