5RN08G 342   05/24/95   10:25:28   V4.07   89-31622-1120-5   7

PHILIP ENGLISH & ASSOC. TES, INC.

| Form **1120S** | | **U.S. Income Tax Return for an S Corporation** | OMB No. 1545-0130 |
|---|---|---|---|
| Department of the Treasury Internal Revenue Service | | ▶ Do not file this form unless the corporation has timely filed Form 2553 to elect to be an S corporation. ▶ See separate instructions. | **1994** |

For calendar year 1994, or tax year beginning _____, and ending _____

| A Date of election as an S corporation **06/01/92** | Use IRS label. Otherwise, please print or type. | Name **PHILIP ENGLISH & ASSOCIATES, INC.** | C Employer identification no. **99-0296018** |
|---|---|---|---|
| B Business code no. (see Specific instructions) **6599** | | Number, street, and room or suite no. (if a P.O. box, see page 9 of the instructions.) **4369 AUKAI AVENUE** | D Date incorporated **06/01/92** |
| | | City or town, state, and ZIP code **HONOLULU, HI       96816** | E Total assets (see Specific inst.) **19,507.** |

F Check applicable boxes: (1) ☐ Initial return   (2) ☐ Final return   (3) ☒ Change in address   (4) ☐ Amended return

G Check this box if this S corporation is subject to the consolidated audit procedures of sections 6241 through 6245 (see instructions before checking this box) ▶ ☐

H Enter number of shareholders in the corporation at end of the tax year · · · · · · · · · · · · · · · · · · · ▶

**Caution:** Include only trade or business income and expenses on lines 1a through 21. See the instructions for more information.

| | | | | |
|---|---|---|---|---|
| **Income** | 1a | Gross receipts or sales **249,308.** b Less returns and allowances | c Bal ▶ 1c | **249,308.** |
| | 2 | Cost of goods sold (Schedule A, line 8) | 2 | |
| | 3 | Gross profit. Subtract line 2 from line 1c | 3 | **249,308.** |
| | 4 | Net gain (loss) from Form 4797, Part II, line 20 (attach Form 4797) | 4 | |
| | 5 | Other income (loss) (see instructions) (attach schedule) | 5 | |
| | 6 | **Total income (loss).** Combine lines 3 through 5 | 6 | **249,308.** |
| **Deductions (See instructions for limitations.)** | 7 | Compensation of officers | 7 | **29,899.** |
| | 8 | Salaries and wages (less employment credits) | 8 | **96,287.** |
| | 9 | Repairs and maintenance · · · · · · · · **See Statement 1.** | 9 | **1,997.** |
| | 10 | Bad debts | 10 | |
| | 11 | Rents · · · · · · · · · · · · · · **See Statement 1.** | 11 | **16,299.** |
| | 12 | Taxes and licenses · · · · · · · · **See Statement 1.** | 12 | **20,580.** |
| | 13 | Interest | 13 | |
| | 14a | Depreciation (see instructions) · · · · · 14a **6,674.** | | |
| | b | Depreciation claimed on Schedule A and elsewhere on return · · · · · 14b | | |
| | c | Subtract line 14b from line 14a | 14c | **6,674.** |
| | 15 | Depletion (Do not deduct oil and gas depletion.) | 15 | |
| | 16 | Advertising · · · · · · · · · · **See Statement 1.** | 16 | **291.** |
| | 17 | Pension, profit-sharing, etc., plans | 17 | |
| | 18 | Employee benefit programs | 18 | |
| | 19 | Other deductions (see instructions) (attach schedule) **See Statement 1.** | 19 | **83,609.** |
| | 20 | **Total deductions.** Add the amounts shown in the far right column for lines 7 through 19 | 20 | **255,636.** |
| | 21 | Ordinary income (loss) from trade or business activities. Subtract line 20 from line 6 | 21 | **-6,328.** |
| **Tax and Payments** | 22 | | | |
| | a | Excess net passive income tax (attach schedule) · · · · · · · 22a | | |
| | b | Tax from Schedule D (Form 1120S) · · · · · · · 22b | | |
| | c | Add lines 22a and 22b (see instructions for additional taxes) | 22c | |
| | 23 | Payments: | | |
| | a | 1994 estimated tax payments and amount applied from 1993 return · · · 23a | | |
| | b | Tax deposited with Form 7004 · · · · · · · · · · · · 23b | | |
| | c | Credit for Federal tax paid on fuels (attach Form 4136) · · · 23c | | |
| | d | Add lines 23a through 23c | 23d | |
| | 24 | Estimated tax penalty (see instructions). Check if Form 2220 is attached · · · · ▶ ☐ | 24 | |
| | 25 | Tax due. If the total of lines 22c and 24 is larger than line 23d, enter amount owed. See instructions for depository method of payment · · · · · · · · · · · | 25 | |
| | 26 | Overpayment. If line 23d is larger than the total of lines 22c and 24, enter amount overpaid · · ▶ | 26 | |
| | 27 | Enter amount of line 26 you want: Credited to 1995 estimated tax ▶ _____ Refunded ▶ | 27 | |

RECEIVED
607
JUL 28 1995
INTERNAL REVENUE SERVICE
FRESNO, CA

Authentic IRS Reproduction per IRS Section 6103(p)(2)(c), this photocopy has the same legal status as if it were original. By Lisa Batson Authorized Signature

**Please Sign Here**   Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ _[signature]_ Signature of officer   16/10/95 Date   ▶ X Owner/Pres. Title

| **Paid Preparer's Use Only** | Preparer's signature ▶ _[signature]_ | Date **MAY 25 1995** | Check if self-employed ▶ ☐ | Preparer's social security no. **13-5218870** |
|---|---|---|---|---|
| | Firm's name (or yours if self-employed) and address ▶ | **COOPERS & LYBRAND L.L.P.** **SUITE 2500 PACIFIC TOWER** **HONOLULU, HI** | E.I. No. ▶ | ZIP code ▶ **96813** |

For Paperwork Reduction Act Notice, see page 1 of separate instructions.   Form **1120S** (1994)

JD63

4C1410 1.000

DEFENDANT'S EXHIBIT 3007

022

55N08G   1074   05/24/95   10:25:28   V4.07                                    8
PHILIP ENGLISH & ASSOCIATES, INC.                                    99-0296018

Form 1120S (1994)                                                             Page **2**

## Schedule A   Cost of Goods Sold (See instructions.)

| | | |
|---|---|---|
| 1 Inventory at beginning of year | 1 | |
| 2 Purchases | 2 | |
| 3 Cost of labor | 3 | |
| 4 Additional section 263A costs (see instructions) (attach schedule) | 4 | |
| 5 Other costs (attach schedule) | 5 | |
| 6 Total. Add lines 1 through 5 | 6 | |
| 7 Inventory at end of year | 7 | |
| 8 Cost of goods sold. Subtract line 7 from line 6. Enter here and on page 1, line 2 | 8 | |

9a Check all methods used for valuing closing inventory:
   (i) ☐ Cost
   (ii) ☐ Lower of cost or market as described in Regulations section 1.471-4
   (iii) ☐ Writedown of "subnormal" goods as described in Regulations section 1.471-2(c)
   (iv) ☐ Other (specify method used and attach explanation) ▶ _____

b Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ........... ▶ ☐
c If the LIFO inventory method was used for this tax year, enter percentage (or amounts) of closing inventory computed under LIFO | 9c |
d Do the rules of section 263A (for property produced or acquired for resale) apply to the corporation? ......... ☐ Yes ☐ No
e Was there any change in determining quantities, cost, or valuations between opening and closing inventory? ......... ☐ Yes ☒ No
If "Yes," attach explanation.

## Schedule B   Other Information

| | Yes | No |
|---|---|---|
| 1 Check method of accounting: (a) ☒ Cash (b) ☐ Accrual (c) ☐ Other (specify) ▶ _____ | | |
| 2 Refer to the list in the instructions and state the corporation's principal: (a) Business activity ▶ APPRAISAL (b) Product or service ▶ SERVICE | | |
| 3 Did the corporation at the end of the tax year own, directly or indirectly, 50% or more of the voting stock of a domestic corporation? (For rules of attribution, see section 267(c).) If "Yes," attach a schedule showing: (a) name, address, and employer identification number and (b) percentage owned. | | X |
| 4 Was the corporation a member of a controlled group subject to the provisions of section 1561? | | X |
| 5 At any time during calendar year 1994, did the corporation have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? (See instructions for exceptions and filing requirements for Form TD F 90-22.1.) If "Yes," enter the name of the foreign country ▶ | | X |
| 6 Was the corporation the grantor of, or transferor to, a foreign trust that existed during the current tax year, whether or not the corporation has any beneficial interest in it? If "Yes," the corporation may have to file Forms 3520, 3520-A, or 926 | | X |

7 Check this box if the corporation has filed or is required to file Form 8264, Application for Registration of a Tax Shelter ................ ▶ ☐
8 Check this box if the corporation issued publicly offered debt instruments with original issue discount ▶ ☐
If so, the corporation may have to file Form 8281, Information Return for Publicly Offered Original Issue Discount Instruments.
9 If the corporation: (a) filed its election to be an S corporation after 1986, (b) was a C corporation before it elected to be an S corporation or the corporation acquired an asset with a basis determined by reference to its basis (or the basis of any other property) in the hands of a C corporation, and (c) has net unrealized built-in gain (defined in section 1374(d)(1)) in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years (see instructions) ........ ▶ _____
10 Check this box if the corporation had subchapter C earnings and profits at the close of the tax year (see instructions) ...... ▶ ☐

## Designation of Tax Matters Person (See instructions.)

Enter below the shareholder designated as the tax matters person (TMP) for the tax year of this return:

Name of designated TMP ▶ PHILIP E. ENGLISH          Identifying number of TMP ▶

Address of designated TMP ▶ 4369 AUKAI AVENUE
HONOLULU, HAWAII   96816

H763
4C1420 1.000                                                       023

5RN08G   1074   05/24/95   10:25:28   V4.07   9
PHILIP ENGLISH & ASSOCIATES, INC.   99-0296018
Form 1120S (1994)                                                    Page 3

## Schedule K    Shareholders' Shares of Income, Credits, Deductions, etc.

| | (a) Pro rata share items | | (b) Total amount |
|---|---|---|---|
| **Income (Loss)** | 1 Ordinary income (loss) from trade or business activities (page 1, line 21) . . . . . . . . . . . | 1 | -6,328. |
| | 2 Net income (loss) from rental real estate activities (attach Form 8825) . . . . . . . . . . | 2 | |
| | 3a Gross income from other rental activities . . . . . . . . . 3a | | |
| | b Expenses from other rental activities (attach schedule) . . . 3b | | |
| | c Net income (loss) from other rental activities. Subtract line 3b from line 3a . . . . . . . . | 3c | |
| | 4 Portfolio income (loss): | | |
| | a Interest income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4a | |
| | b Dividend income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4b | |
| | c Royalty income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4c | |
| | d Net short-term capital gain (loss) (attach Schedule D (Form 1120S)) . . . . . . . . . . . | 4d | |
| | e Net long-term capital gain (loss) (attach Schedule D (Form 1120S)) . . . . . . . . . . . . | 4e | |
| | f Other portfolio income (loss) (attach schedule) . . . . . . . . . . . . . . . . . . . . . | 4f | |
| | 5 Net gain (loss) under section 1231 (other than due to casualty or theft) (attach Form 4797) . . . | 5 | |
| | 6 Other income (loss) (attach schedule) . . . . . . . . . . . . . . . . . . . . . . . . . . | 6 | |
| **Deductions** | 7 Charitable contributions (see instructions) (attach schedule) . . . . . . . . . . . Stmt. 3. | 7 | 30. |
| | 8 Section 179 expense deduction (attach Form 4562) . . . . . . . . . . . . . . . . . . . . | 8 | |
| | 9 Deductions related to portfolio income (loss) (see instructions) (itemize) . . . . . . . . . | 9 | |
| | 10 Other deductions (attach schedule) . . . . . . . . . . . . . . . . . . . . . . . . . . . | 10 | |
| **Invest- ment Interest** | 11a Interest expense on investment debts . . . . . . . . . . . . . . . . . . . . . . . . . . | 11a | |
| | b (1) Investment income included on lines 4a, 4b, 4c, and 4f above . . . . . . . . . . . | 11b(1) | |
| | (2) Investment expenses included on line 9 above . . . . . . . . . . . . . . . . . . . | 11b(2) | |
| **Credits** | 12a Credit for alcohol used as a fuel (attach Form 6478) . . . . . . . . . . . . . . . . . . . | 12a | |
| | b Low-income housing credit (see instructions): | | |
| | (1) From partnerships to which section 42(j)(5) applies for property placed in service before 1990 | 12b(1) | |
| | (2) Other than on line 12b(1) for property placed in service before 1990 . . . . . . . . . | 12b(2) | |
| | (3) From partnerships to which section 42(j)(5) applies for property placed in service after 1989 | 12b(3) | |
| | (4) Other than on line 12b(3) for property placed in service after 1989 . . . . . . . . . | 12b(4) | |
| | c Qualified rehabilitation expenditures related to rental real estate activities (attach Form 3468) . . . . | 12c | |
| | d Credits (other than credits shown on lines 12b and 12c) related to rental real estate activities (see instructions) | 12d | |
| | e Credits related to other rental activities (see instructions) . . . . . . . . . . . . . . . | 12e | |
| | 13 Other credits (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 13 | |
| **Adjustments and Tax Preference Items** | 14a Depreciation adjustment on property placed in service after 1986 . . . . . . . . . . . . . | 14a | -1,114. |
| | b Adjusted gain or loss . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 14b | |
| | c Depletion (other than oil and gas) . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 14c | |
| | d (1) Gross income from oil, gas, or geothermal properties . . . . . . . . . . . . . . . . | 14d(1) | |
| | (2) Deductions allocable to oil, gas, or geothermal properties . . . . . . . . . . . . . | 14d(2) | |
| | e Other adjustments and tax preference items (attach schedule) . . . . . . . . . . . . . . | 14e | |
| **Foreign Taxes** | 15a Type of income ▶ _____ | | |
| | b Name of foreign country or U.S. possession ▶ _____ | | |
| | c Total gross income from sources outside the United States (attach schedule) . . . . . . . . | 15c | |
| | d Total applicable deductions and losses (attach schedule) . . . . . . . . . . . . . . . . . | 15d | |
| | e Total foreign taxes (check one): ▶ ☐ Paid   ☐ Accrued . . . . . . . . . . . | 15e | |
| | f Reduction in taxes available for credit (attach schedule) . . . . . . . . . . . . . . . . | 15f | |
| | g Other foreign tax information (attach schedule) . . . . . . . . . . . . . . . . . . . . . | 15g | |
| **Other** | 16a Total expenditures to which a section 59(e) election may apply . . . . . . . . . . . . . . | 16a | |
| | b Type of expenditures ▶ _____ | | |
| | 17 Tax-exempt interest income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 17 | |
| | 18 Other tax-exempt income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 18 | |
| | 19 Nondeductible expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . Stmt. 4. | 19 | 2,869. |
| | 20 Total property distributions (including cash) other than dividends reported on line 22 below . . . | 20 | |
| | 21 Other items and amounts required to be reported separately to shareholders (see instructions) (attach schedule) | | |
| | 22 Total dividend distributions paid from accumulated earnings and profits . . . . . . . . . . . | 22 | |
| | 23 Income (loss). (Required only if Schedule M-1 must be completed.) Combine lines 1 through 6 in column (b). From the result, subtract the sum of lines 7 through 11a, 15e, and 16a . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 23 | -6,358. |

H763

4C1430 1.000

CERTIF___

024

```
5BN08G   1074  05/24/9   10:25:28   V4.07                                10
PHILIP ENGLISH & ASSO  .TES, INC.                                99-0296018
```

Form 1120S (1994)                                                          Page 4

## Schedule L — Balance Sheets

| Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|
| Cash | Stmt 5 | 8,587. | | 7,550. |
| 2 a Trade notes and accounts receivable | | | | |
| b Less allowance for bad debts | | | | |
| 3 Inventories | | | | |
| 4 U.S. Government obligations | | | | |
| 5 Tax-exempt securities | | | | |
| 6 Other current assets (attach schedule) | | | | |
| 7 Loans to shareholders | Stmt 5 | 1,193. | | 1,193. |
| 8 Mortgage and real estate loans | | | | |
| 9 Other investments (attach schedule) | | | | |
| 10 a Buildings and other depreciable assets | 52,889. | | 53,737. | |
| b Less accumulated depreciation | 36,299. | 16,590. | 42,973. | 10,764. |
| 11 a Depletable assets | | | | |
| b Less accumulated depletion | | | | |
| 12 Land (net of any amortization) | | | | |
| 13 a Intangible assets (amortizable only) | | | | |
| b Less accumulated amortization | | | | |
| 14 Other assets (attach schedule) | | | | |
| 15 Total assets | | 26,370. | | 19,507. |
| **Liabilities and Shareholders' Equity** | | | | |
| 16 Accounts payable | Stmt 5 | 16,600. | | 18,963. |
| 17 Mortgages, notes, bonds payable in less than 1 yr | | | | |
| 18 Other current liabilities (attach schedule) | | | | |
| 19 Loans from shareholders | | | | |
| 20 Mortgages, notes, bonds payable in 1 yr or more | | | | |
| 21 Other liabilities (attach schedule) | | | | |
| 22 Capital stock | Stmt 5 | 1,000. | | 1,000. |
| 23 Paid-in or capital surplus | | | | |
| 24 Retained earnings | Stmt 5 | 8,770. | | -456. |
| 25 Less cost of treasury stock | | ( | | ( |
| 26 Total liabilities and shareholders' equity | | 26,370. | | 19,507. |

## Schedule M-1 — Reconciliation of Income (Loss) per Books With Income (Loss) per Return (You are not required to complete this schedule if the total assets on line 15, column (d), of Schedule L are less than $25,000.)

| | | | | |
|---|---|---|---|---|
| 1 Net income (loss) per books | -9,227. | 5 Income recorded on books this year not included on Schedule K, lines 1 through 6 (itemize): | | |
| 2 Income included on Schedule K, lines 1 through 6, not recorded on books this year (itemize): _____ | | a Tax-exempt interest _____ | | |
| 3 Expenses recorded on books this year not included on Schedule K, lines 1 through 11a, 15e, and 16a (itemize): | | 6 Deductions included on Schedule K, lines 1 through 11a, 15e, and 16a, not charged against book income this year (itemize): | | |
| a Depreciation _____ | | a Depreciation _____ | | |
| b Travel and entertainment _____ | 2,118. | | | |
| See Statement 6 | 751. | 7 Add lines 5 and 6 | | |
| 4 Add lines 1 through 3 | -6,358. | 8 Income (loss) (Schedule K, line 23). Line 4 less line 7 | | -6,358. |

## Schedule M-2 — Analysis of Accumulated Adjustments Account, Other Adjustments Account, and Shareholders' Undistributed Taxable Income Previously Taxed (See instructions.)

| | (a) Accumulated adjustments account | (b) Other adjustments account | (c) Shareholders' undistributed taxable income previously taxed |
|---|---|---|---|
| 1 Balance at beginning of tax year | 8,770. | | |
| 2 Ordinary income from page 1, line 21 | | | |
| 3 Other additions ..... See Statement 6 | 1. | | |
| 4 Loss from page 1, line 21 | ( 6,328 ) | | |
| 5 Other reductions ..... See Statement 6 | ( 2,899 ) | ( ) | |
| 6 Combine lines 1 through 5 | -456. | | |
| 7 Distributions other than dividend distributions | | | |
| 8 Balance at end of tax year. Subtract line 7 from line 6 | -456. | | |

H763

4C1440 1.000

`5BN08G   1074   05/24/95   10 ·  :28   V4.07`                                          11
`PHILIP ENGLISH & ASSOCIATE. INC.`                              99-0296018

| Form **4562** | **Depreciation and Amortization** | OMB No. 1545-0172 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | (Including Information on Listed Property) ▶ **See separate instructions.**    ▶ **Attach this form to your return.** | **1994** Attachment Sequence No. **67** |

Name(s) shown on return
PHILIP ENGLISH & ASSOCIATES, INC.

Identifying number
99-0296018

Business or activity to which this form relates
General Depreciation and Amortization

## Part I  Election To Expense Certain Tangible Property (Section 179) (Note: If you have any "Listed Property," complete Part V before you complete Part I.)

| | | |
|---|---|---|
| 1 | Maximum dollar limitation (If an enterprise zone business, see instructions) | 1 |
| 2 | Total cost of section 179 property placed in service during the tax year (see instructions) | 2 |
| 3 | Threshold cost of section 179 property before reduction in limitation | 3 |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. (If married filing separately, see instructions.) | 5 |

| (a) Description of property | (b) Cost | (c) Elected cost |
|---|---|---|
| 6 | | |

| | | |
|---|---|---|
| 7 | Listed property. Enter amount from line 26 ......... | 7 |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | 8 |
| 9 | Tentative deduction. Enter the smaller of line 5 or line 8 | 9 |
| 10 | Carryover of disallowed deduction from 1993 (see instructions) | 10 |
| 11 | Taxable income limitation. Enter the smaller of taxable income (not less than zero) or line 5 (see instructions) | 11 |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | 12 |
| 13 | Carryover of disallowed deduction to 1995. Add lines 9 and 10, less line 12 ... ▶ | 13 |

Note: Do not use Part II or Part III below for listed property (automobiles, certain other vehicles, cellular telephones, certain computers, or property used for entertainment, recreation, or amusement). Instead, use Part V for listed property.

## Part II  MACRS Depreciation For Assets Placed in Service ONLY During Your 1994 Tax Year (Do Not Include Listed Property)

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only – see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| **Section A – General Depreciation System (GDS) (see instructions)** | | | | | | |
| 14a 3-year property | | | | | | |
| b 5-year property | | 848. | 5.000 | MQ | DB | 127. |
| c 7-year property | | | | | | |
| d 10-year property | | | | | | |
| e 15-year property | | | | | | |
| f 20-year property | | | | | | |
| g Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| h Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |
| **Section B – Alternative Depreciation System (ADS) (see instructions)** | | | | | | |
| 15a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs. | | S/L | |
| c 40-year | | | 40 yrs. | MM | S/L | |

## Part III  Other Depreciation (Do Not Include Listed Property)

| | | |
|---|---|---|
| 16 | GDS and ADS deductions for assets placed in service in tax years beginning before 1994 (see instructions) | 16 | 1,877. |
| 17 | Property subject to section 168(f)(1) election (see instructions) | 17 | |
| 18 | ACRS and other depreciation (see instructions) | 18 | |

## Part IV  Summary

| | | | |
|---|---|---|---|
| 19 | Listed property. Enter amount from line 25 | 19 | 4,670. |
| 20 | Total. Add deductions on line 12, lines 14 and 15 in column (g), and lines 16 through 19. Enter here and on the appropriate lines of your return. (Partnerships and S corporations – see instructions) | 20 | 6,674. |
| 21 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs (see instructions) | 21 | |

For Paperwork Reduction Act Notice, see page 1 of the separate instructions.                    Form **4562** (1994)

H763

4X2300 1.000

028

5BN08G   1074  05/24/95  10 5:28  V4.07                                    12
PHILIP ENGLISH & ASSOCIATE   INC.                          J9-0296018
Form 4562 (1994)                                                      Page **2**

## Part V  Listed Property – Automobiles, Certain Other Vehicles, Cellular Telephones, Certain Computers, and Property Used for Entertainment, Recreation, or Amusement

For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete only 22a, 22b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

### Section A – Depreciation and Other Information (Caution: See instructions for limitations for automobiles.)

| 22a Do you have evidence to support the business/investment use claimed? | | Yes | No | 22b If "Yes," is the evidence written? | | | | Yes | No |

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 23 Property used more than 50% in a qualified business use (see instructions): | | | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| 24 Property used 50% or less in a qualified business use (see instructions): | | | | | | | | |
| | | % | | | | S/L – | | |
| | | % | | | | S/L – | | |
| | | % | | | | S/L – | | |

25 Add amounts in column (h). Enter the total here and on line 19, page 1  See Detail . . . . . . . . . . | 25 | 4,670.
26 Add amounts in column (i). Enter the total here and on line 7, page 1 . . . . . . . . . . . . . . | 26 |

### Section B – Information on Use of Vehicles – If you deduct expenses for vehicles:

- Always complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person.
- If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 27 Total business/investment miles driven during the year (DO NOT include commuting miles) . . . . | | | | | | | | | | | | |
| 28 Total commuting miles driven during the year . . . . | | | | | | | | | | | | |
| 29 Total other personal (noncommuting) miles driven . . . . . . . . . . . . . | | | | | | | | | | | | |
| 30 Total miles driven during the year. Add lines 27 through 29 . . . . . . . . . . | | | | | | | | | | | | |
| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 31 Was the vehicle available for personal use during off-duty hours? . . . . . . . . | | | | | | | | | | | | |
| 32 Was the vehicle used primarily by a more than 5% owner or related person? . . . . . | | | | | | | | | | | | |
| 33 Is another vehicle available for personal use? . . . . . . . . . . . . . . . . . . | | | | | | | | | | | | |

### Section C – Questions for Employers Who Provide Vehicles for Use by Their Employees

Answer these questions to determine if you meet an exception to completing Section B. Note: Section B must always be completed for vehicles used by sole proprietors, partners, or other more than 5% owners or related persons.

| | | Yes | No |
|---|---|---|---|
| 34 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? . . . . . . . . . . . . . . . . . | | | |
| 35 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? (See instructions for vehicles used by corporate officers, directors, or 1% or more owners.) | | | |
| 36 Do you treat all use of vehicles by employees as personal use? . . . . . . . . . . . . . . | | | |
| 37 Do you provide more than five vehicles to your employees and retain the information received from your employees concerning the use of the vehicles? . . . . . . . . . . | | | |
| 38 Do you meet the requirements concerning qualified automobile demonstration use (see instructions)? . . . . . | | | |

Note: If your answer to 34, 35, 36, 37, or 38 is "Yes," you need not complete Section B for the covered vehicles.

## Part VI  Amortization

| (a) Description of costs | (b) Date amortization begins | (c) Amortized amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 39 Amortization of costs that begins during your 1994 tax year: | | | | | |
| | | | | | |
| | | | | | |
| 40 Amortization of costs that began before 1994 . . . . . . . . . . . . . . . . . . . . . . . | | | 40 | |
| 41 Total. Enter here and on "Other Deductions" or "Other Expenses" line of your return . . . . . . . . . . . | | | 41 | |

H763

4X2310 1.000

027

58N08G  1074  05/24/95    10:25:28    V4.07
PHILIP EN~~TH & ASSOCIATES, INC.

99-0296018

13

# Depreciation

TAX YEAR 1994
Description of Property
General Depreciation and Amortization

| Asset Description | Date placed in service | Unadjusted Cost or basis | Bus. % | 179 exp. elec. in basis | ITC reduction in basis | Basis for depreciation | Salvage value | Accumulated depreciation | Method | Con-ven-tion | Life | ACRS class | MA CRS class | Current yr 179 expense | Current year depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OFFICE FURNITURE | 01/01/92 | 2,743. | 100. | | | 2,743. | | 525. | 150DB | HY | | | 7 | | 412. |
| COMPUTER ACCESSORIES | 10/11/92 | 2,827. | 100. | | | 2,827. | | 721. | 150DB | HY | | | 5 | | 505. |
| FURNITURE | 06/30/92 | 2,401. | 100. | | | 2,401. | | 802. | 150DB | HY | | | 7 | | 361. |
| PHOTOCOPIER | 12/31/91 | 1,935. | 100. | | | 1,935. | | 1,935. | 150DB | HY | | | 5 | | |
| OFFICE FURNITURE | 12/31/91 | 5,043. | 100. | | | 5,043. | | 5,043. | 150DB | HY | | | 7 | | |
| PHOTOCOPIER | 06/30/08 | 2,469. | 100. | | | 2,469. | | 2,469. | 200DB | HY | | | 5 | | |
| TELEPHONE | 08/01/91 | 1,025. | 100. | | | 1,025. | | 716. | 150DB | HY | | | 5 | | 171. |
| FURNITURE | 11/01/91 | 3,494. | 100. | | | 3,494. | | 1,880. | 150DB | HY | | | 7 | | 428. |
| COMPUTER | 01/01/93 | 3,649. | 100. | 3,649. | | | | | DDB | N/A | 5.000 | | | | |
| COMPUTER SOFTWARE | 08/25/94 | 174. | 100. | | | 174. | | | 150DB | HY | | | 5 | | 26. |
| COMPUTER SOFTWARE | 11/13/94 | 268. | 100. | | | 268. | | | 150DB | HY | | | 5 | | 40. |
| COMPUTER ACCESSORIES | 12/30/94 | 406. | 100. | | | 406. | | | 150DB | HY | | | 5 | | 61. |
| Less: Retired Assets . . . . . . . . . . . | | | | | | | | | | | | | | | |
| TOTALS . . . . . . . . . . . . . . . | | 26,434. | | 3,649. | | 22,785. | | 14,091. | | | | | | | 2,004. |

* Assets Retired

028

4X8027 3.000

5RN08G  1074   05/24/95   10:25:28      V4.07

PHILIP ENR...  & ASSOCIATES, INC.

14

99-0296018

# Depreciation

TAX YEAR 1994

Description of Property

4562 LISTED PROPERTY DETAIL - PROPERTY USED > 50%

| Asset Description | Date placed in service | Unadjusted Cost or basis | Bus. % | 179 exp. reduc. in basis | ITC reduction in basis | Basis for depreciation | Salvage value | Accumulated depreciation | Me-thod | Con-ven-tion | Life | ACRS class | MA CRS class | Current yr expense | Current-year depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| COMPUTER | | | | | | | | | | | | | | | |
| COMPUTER - EPSON | 12/31/91 | 2,121 | 100 | | | 2,121. | | 379. | 150DB | HY | 5 | | | | 353. |
| COMPUTER - NEC | 01/12/91 | 1,250 | 100 | | | 1,250. | | 423. | 150DB | HY | 5 | | | | 208. |
| COMPUTER - NEC | 03/05/91 | 2,695 | 100 | | | 2,695. | | 912. | 150DB | HY | 5 | | | | 449. |
| COMPUTER - WAC | 05/20/91 | 2,818 | 100 | | | 2,818. | | 954. | 150DB | HY | 5 | | | | 469. |
| COMPUTER - NEC LAP | 05/20/91 | 2,005 | 100 | | | 2,005. | | 679. | 150DB | HY | 5 | | | | 334. |
| COMPUTER - NEC | 11/01/91 | 2,265 | 100 | | | 2,265. | | 767. | 150DB | HY | 5 | | | | 377. |
| COMPUTER ACCESSORIES | 06/01/91 | 2,218 | 100 | | | 2,218. | | 751. | 150DB | HY | 5 | | | | 370. |
| COMPUTER SOFTWARE | 09/01/91 | 1,714 | 100 | | | 1,714. | | 580. | 150DB | HY | 5 | | | | 286. |
| COMPUTER | 10/08/92 | 10,217 | 100 | | | 10,217. | | 4,648. | 150DB | HY | 5 | | | | 1,824. |
| Less: Retired Assets ........ | | | | | | | | | | | | | | | |
| TOTALS ................. | | 27,303 | | | | 27,303. | | 10,093. | | | | | | | 4,570. |

* Assets Retired

4X8027 3.000

58N08G  1074  05/24/95  10:25:28  V4.07

PHILI_ _LISH & ASSOCIATES, INC.

15

99-0296018

TAX YEAR 1994

## Alternative Minimum Tax Depreciation

**Description of Property**

General Depreciation and Amortization

| Asset description | Date Placed in Service | AMT Basis for depreciation | AMT accumulated depreciation | AMT method | AMT convention | AMT life | AMT depreciation deduction | Regular depreciation deduction | Post-86 depreciation adjustment | Leased pers. prop. preference | Real property preference |
|---|---|---|---|---|---|---|---|---|---|---|---|
| OFFICE FURNITURE | 01/01/92 | 2,743 | 525. | 150DB | HY | 7.000 | 412. | 412. | | | |
| COMPUTER ACCESSORIES | 10/11/92 | 2,827 | 721. | 150DB | HY | 5.000 | 505. | 505. | | | |
| FURNITURE | 06/30/92 | 2,401 | 459. | 150DB | HY | 7.000 | 361. | 361. | | | |
| PHOTOCOPIER | 12/31/91 | 1,935 | 345. | 150DB | HY | 5.000 | 322. | | -322. | | |
| OFFICE FURNITURE | 12/31/91 | 5,043 | 758. | 150DB | HY | 7.000 | 618. | | -618. | | |
| PHOTOCOPIER | 06/30/88 | 2,469 | 347. | 150DB | HY | 6.000 | 174. | | -174. | | |
| TELEPHONE | 08/01/91 | 1,025 | 183. | 150DB | HY | 5.000 | 171. | 171. | | | |
| FURNITURE | 11/01/91 | 3,494 | 525. | 150DB | HY | 7.000 | 428. | 428. | | | |
| COMPUTER | 12/31/91 | 2,121 | 379. | 150DB | HY | 5.000 | 353. | 353. | | | |
| COMPUTER - EPSON | 01/12/91 | 1,250 | 223. | 150DB | HY | 5.000 | 208. | 208. | | | |
| COMPUTER - NEC | 03/05/91 | 2,695 | 481. | 150DB | HY | 5.000 | 449. | 449. | | | |
| COMPUTER - MAC | 05/20/91 | 2,818 | 503. | 150DB | HY | 5.000 | 469. | 469. | | | |
| COMPUTER - NEC LAP | 05/20/91 | 2,005 | 358. | 150DB | HY | 5.000 | 334. | 334. | | | |
| COMPUTER - NEC | 11/01/91 | 2,265 | 404. | 150DB | HY | 5.000 | 377. | 377. | | | |
| COMPUTER ACCESSORIES | 06/01/91 | 2,218 | 396. | 150DB | HY | 5.000 | 370. | 370. | | | |
| COMPUTER SOFTWARE | 09/01/91 | 1,714 | 306. | 150DB | HY | 5.000 | 286. | 286. | | | |
| COMPUTER | 10/08/92 | 10,217 | 2,605. | 150DB | HY | 5.000 | 1,824. | 1,824. | | | |
| COMPUTER SOFTWARE | 08/25/94 | 174 | | 150DB | HY | 5.000 | 26. | 26. | | | |
| COMPUTER SOFTWARE | 11/13/94 | 268 | | 150DB | HY | 5.000 | 40. | 40. | | | |
| COMPUTER ACCESSORIES | 12/30/94 | 406 | | 150DB | HY | 5.000 | 61. | 61. | | | |
| Less: Retired Assets . . . . . . . . | | | | | | | | | | | |
| **TOTALS . . . . . . . . . . .** | | **50,088** | **9,518.** | | | | **7,788.** | **6,674.** | **-1,114.** | | |

* Assets Retired

4X0D54 1.000

M763

030

5BN08G   1074   05/24/9F   10:25:28   V4.07                              16
PHILIP ENGLISH & ASSOC' TES, INC.                          99-0296018

Statement   1

## Form 1120S, Page 1 Detail

===========================================================================

### Line 9 - Repairs
----------------
|   |   |
|---|---|
| BLDG REPAIRS | 1,533. |
| COMPUTER REPAIRS | 464. |
| | ---------------- |
| **Total** | 1,997. |
| | ================ |

### Line 11 - Rents
----------------
|   |   |
|---|---|
| RENT EXPENSE | 16,299. |
| | ---------------- |
| **Total** | 16,299. |
| | ================ |

### Line 12 - Taxes
----------------

Taxes and licenses excluding income taxes
-------------------------------------------
|   |   |
|---|---|
| GET TAXES | 20,553. |
| STATE UNEMPLOYMENT TAXES | 27. |
| | ---------------- |
| **Total** | 20,580. |
| | ================ |

### Line 16 - Advertising
----------------------
|   |   |
|---|---|
| ADVERTISING | 291. |
| | ---------------- |
| **Total** | 291. |
| | ================ |

### Line 19 - Other Deductions
--------------------------
|   |   |
|---|---|
| Travel, meals, and entertainment | 2,117. |
| AUTOMOBILE | 12,910. |
| TRAVEL | 2,985. |
| SERVICE CHARGES | 1,454. |
| FURNITURE AND EQUIPMENT LEASING | 14,323. |
| CONSULTING SERVICES | 775. |
| DATA SOURCES | 1,630. |
| PETTY CASH | 381. |
| DUES & SUBSCRIPTIONS | 1,955. |
| EDUCATION | 945. |
| COPIER MAINTANANCE | 1,085. |

Continued on next page

Statement   1

031

5BN08G   1074   05/24/9(   10:25:28   V4.07                          17
PHILIP ENGLISH & ASSOC..TES, INC.                          99-0296018

                                                           Statement   2

Form 1120S, Page 1 Detail
================================================================================

Line 19 - Other Deductions (Cont'd)
-----------------------------------
    OFFICE SUPPLIES                                           6,724.
    FILM & PROCESSING                                         2,282.
    GIFTS                                                       588.
    INSURANCE                                                20,892.
    LEGAL & ACCOUNTING                                        2,302.
    LICENSE                                                      15.
    MISCELLANEOUS                                             3,603.
    PHONE                                                     6,190.
    POSTAGE                                                     193.
    APPRAISAL FEES                                              260.
                                                         ---------------
      Total                                                 83,609.
                                                         ===============

5BN08G  1074  05/24/9?  10:25:28  V4.07                                    18
PHILIP ENGLISH & ASSOC .TES, INC.                              99-0296018

                                                           Statement   3

Form 1120S, Page 3 Detail
====================================================================

Sch K, Line 7 - Charitable Contributions
-------------------------------------------

   Contributions subject to 50% limitation
   -------------------------------------------
   DONATIONS                                                      30.
                                                         ---------------
      Total                                                      30.
                                                         ===============

5BN08G  1074  05/24/9'  10:25:28  V4.07
PHILIP ENGLISH & ASSOL  'ES, INC.

19
99-0296018

Statement  4

Form 1120S, Page 3 Detail

====================================================================================

Sch K, Line 19 - Nondeductible Expenses
------------------------------------------
  50% disallowed meals and entertainment                         2,118.
  CLUB DUES                                                         751.
                                                           ----------------
      Total                                                      2,869.
                                                           ================

5BN08G   1074   05/24/95   10:25:28   V4.07                          20
PHILIP ENGLISH & ASSOCIATES, INC.                          99-0296018

Statement  5

Form 1120S, Page 4 Detail - Sch L

============================================================================

|                                    | Beginning | Ending  |
|------------------------------------|-----------|---------|
| **Line 1 - Cash**                  |           |         |
| CASH                               | 8,587.    | 6,550.  |
| SAVINGS                            | NONE      | 1,000.  |
| Total                              | 8,587.    | 7,550.  |
|                                    |           |         |
| **Line 7 - Loans to Shareholders** |           |         |
| LOAN FROM SHAREHOLDER              | 1,193.    | 1,193.  |
| Total                              | 1,193.    | 1,193.  |
|                                    |           |         |
| **Line 16 - Accounts Payable**     |           |         |
| ACCOUNTS PAYABLE                   | 16,600.   | 18,963. |
| Total                              | 16,600.   | 18,963. |
|                                    |           |         |
| **Line 22 - Capital Stock**        |           |         |
| CAPITAL STOCK                      | 1,000.    | 1,000.  |
| Total                              | 1,000.    | 1,000.  |
|                                    |           |         |
| **Line 24 - Retained Earnings**    |           |         |
| RETAINED EARNINGS                  | 8,770.    | -456.   |
| Total                              | 8,770.    | -456.   |

5BN08G  1074  05/24/9?  10:25:28  V4.07                        21
PHILIP ENGLISH & ASSO?  ?ES, INC.                      99-0296018

                                                    Statement  6

Form 1120S, Page 4 Detail
===================================================================

Sch M-1, Line 3 - Expenses on Books Not in Return
-------------------------------------------------
  CLUB DUES                                              751.
                                                 ---------------
     Total                                               751.
                                                 ===============

Sch M-2, Line 3 - Other Additions - AAA
----------------------------------------
  ROUNDING                                                 1.
                                                 ---------------
     Total                                                 1.
                                                 ===============

Sch M-2, Line 5 - Other Reductions - AAA
----------------------------------------
  Charitable contributions                               30.
  50% disallowed travel and entertainment            2,118.
  CLUB DUES                                              751.
                                                 ---------------
     Total                                             2,899.
                                                 ===============

5BN08G   1074   05/24/95   10:25:28   V4.07                                22
PHILIP ENGLISH & ASSOC...ES, INC.                          99-0296018


Shareholder summary

════════════════════════════════════════════════════════════════════════

|        |                    |                   | Ownership  |
| Sh. #  | Shareholder name   | Beginning shares  | Percentage |
| -----  | ----------------   | ----------------  | ---------- |
| 1      | PHILIP E. ENGLISH  |                   | 100.000000 |

037

5BN08G   1074   05/24/95   0:25:28   V4.07                    23
PHILIP ENGLISH & ASSOCIATES, INC.                       99-0296018

Shareholder List
====================================================================

1        PHILIP E. ENGLISH
         4369 AUKAI AVENUE
         HONOLULU, HAWAII   96816

038

5BN08G   1074   05/24/95   10:25:28   V4.07
PHILIP ENGLISH & ASSOC....ES, INC.

24
99-0296018

---

**SCHEDULE K-1**
**(Form 1120S)**

Department of the Treasury
Internal Revenue Service

**Shareholder's Share of Income, Credits, Deductions, etc.**
► See separate instructions.
For calendar year 1994 or tax year
beginning                     and ending

OMB No. 1545-0130

**1994**

Shareholder's identifying number ► 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 | Corporation's identifying number ► 99-0296018

Shareholder's name, address, and ZIP code

PHILIP E. ENGLISH
4369 AUKAI AVENUE
HONOLULU, HAWAII 96816

Corporation's name, address, and ZIP code

PHILIP ENGLISH & ASSOCIATES, INC.
4369 AUKAI AVENUE
HONOLULU                        HI 96816

A  Shareholder's percentage of stock ownership for tax year (see Instructions for Schedule K-1) . . . . . . . . ►100.000000 %
B  Internal Revenue Service Center where corporation filed its return ►  FRESNO, CALIFORNIA
C  Tax shelter registration number (see Instructions for Schedule K-1) . . . . . . . . . . . . . ►
D  Check applicable boxes:  (1) ☐ Final K-1      (2) ☐ Amended K-1

| | (a) Pro rata share items | | (b) Amount | (c) Form 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| **Income (Loss)** | 1  Ordinary income (loss) from trade or business activities . . . . . | 1 | -6,328. | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | 2  Net income (loss) from rental real estate activities . . . . . . . | 2 | | |
| | 3  Net income (loss) from other rental activities . . . . . . . . | 3 | | |
| | 4  Portfolio income (loss): | | | |
| | a  Interest . . . . . . . . . . . . . . . . . . . . . . | 4a | | Sch. B, Part I, line 1 |
| | b  Dividends . . . . . . . . . . . . . . . . . . . . . | 4b | | Sch. B, Part II, line 5 |
| | c  Royalties . . . . . . . . . . . . . . . . . . . . . | 4c | | Sch. E, Part I, line 4 |
| | d  Net short-term capital gain (loss) . . . . . . . . . . . | 4d | | Sch. D, line 5, col. (f) or (g) |
| | e  Net long-term capital gain (loss) . . . . . . . . . . . | 4e | | Sch. D, line 13, col. (f) or (g) |
| | f  Other portfolio income (loss) (attach schedule) . . . . . | 4f | | (Enter on applicable line of your return.) |
| | 5  Net gain (loss) under section 1231 (other than due to casualty or theft) . . . . . . . . | 5 | | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | 6  Other income (loss) (attach schedule) . . . . . . . . . | 6 | | (Enter on applicable line of your return.) |
| **Deductions** | 7  Charitable contributions (see instructions) (attach schedule) | 7 | 30. | Sch. A, line 15 or 16 |
| | 8  Section 179 expense deduction . . . . . . . . . . . | 8 | | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | 9  Deductions related to portfolio income (loss) (attach schedule) . . . | 9 | | |
| | 10  Other deductions (attach schedule) . . . . . . . . . | 10 | | |
| **Investment Interest** | 11a  Interest expense on investment debts . . . . . . . . . | 11a | | Form 4952, line 1 |
| | b  (1) Investment income included on lines 4a, 4b, 4c, and 4f above | b(1) | | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | (2) Investment expenses included on line 9 above . . . . . . | b(2) | | |
| **Credits** | 12 a  Credit for alcohol used as fuel . . . . . . . . . . . | 12a | | Form 6478, line 10 |
| | b  Low-income housing credit: | | | |
| | (1) From section 42(j)(5) partnerships for property placed in service before 1990 . . . . . . . . . . | b(1) | | |
| | (2) Other than on line 12b(1) for property placed in service before 1990 . . . . . . . . . . | b(2) | | |
| | (3) From section 42(j)(5) partnerships for property placed in service after 1989 . . . . . . . . . . | b(3) | | Form 8586, line 5 |
| | (4) Other than on line 12b(3) for property placed in service after 1989 . . . . . . . . . . | b(4) | | |
| | c  Qualified rehabilitation expenditures related to rental real estate activities (see instructions) . . . . . . . . . . | 12c | | |
| | d  Credits (other than credits shown on lines 12b and 12c) related to rental real estate activities (see instructions) . . . | 12d | | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | e  Credits related to other rental activities (see instructions) . . . . | 12e | | |
| | 13  Other credits (see instructions) . . . . . . . . . . | 13 | | |
| **Adjustments and Tax Preference Items** | 14 a  Depreciation adjustment on property placed in service after 1986 | 14a | -1,114. | See Shareholder's Instructions for Schedule K-1 (Form 1120S) and Instructions for Form 6251 |
| | b  Adjusted gain or loss . . . . . . . . . . . . . . | 14b | | |
| | c  Depletion (other than oil and gas) . . . . . . . . . . | 14c | | |
| | d  (1)  Gross income from oil, gas, or geothermal properties . . . | d(1) | | |
| | (2)  Deductions allocable to oil, gas, or geothermal properties | d(2) | | |
| | e  Other adjustments and tax preference items (attach schedule) . · | 14e | | |

For Paperwork Reduction Act Notice, see page 1 of Instructions for Form 1120S.          Schedule K-1 (Form 1120S) 1994

4C1600 1.000     H763

039

5BN08G   1074   05/24/95   10:25:28   V4.07                                25
PHILIP ENGLISH & ASSOCIATES, INC.                                          99-0296018
Schedule K-1 (Form 1120S) (1994)   Shareholder# 1    PHILIP E. ENGLISH                    Page 2

| | (a) Pro rata share items | | (b) Amount | (c) Form 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| **Foreign Taxes** | **15a** Type of income ▶ _____ | | | Form 1116, Check boxes |
| | **b** Name of foreign country or U.S. possession ▶ _____ | | | |
| | **c** Total gross income from sources outside the United States (attach schedule) | **15c** | | Form 1116, Part I |
| | **d** Total applicable deductions and losses (attach schedule) | **15d** | | |
| | **e** Total foreign taxes (check one): ▶ ☐ Paid ☐ Accrued | **15e** | | Form 1116, Part II |
| | **f** Reduction in taxes available for credit (attach schedule) | **15f** | | Form 1116, Part III |
| | **g** Other foreign tax information (attach schedule) | **15g** | | See Instructions for Form 1116 |
| **Other** | **16a** Total expenditures to which a section 59(e) election may apply | **16a** | | See Shareholder's Instructions for Schedule K-1 (Form 1120S) |
| | **b** Type of expenditures ▶ _____ | | | |
| | **17** Tax-exempt interest income | **17** | | Form 1040, line 8b |
| | **18** Other tax-exempt income | **18** | | |
| | **19** Nondeductible expenses . . . . . . . . . . Stmt. 2. | **19** | 2,869. | |
| | **20** Property distributions (including cash) other than dividend distributions reported to you on Form 1099-DIV | **20** | | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | **21** Amount of loan repayments for "Loans From Shareholders" | **21** | | |
| | **22** Recapture of low-income housing credit: | | | |
| | **a** From section 42(j)(5) partnerships | **22a** | | Form 8611, line 8 |
| | **b** Other than on line 22a | **22b** | | |

**23** Supplemental information required to be reported separately to each shareholder (attach additional schedules if more space is needed):

**Supplemental Information**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

H763

4C1610  1.000

5BN08G   1074   05/24/9?   10:25:28   V4.07                                    26
PHILIP ENGLISH & ASS(    ES, INC.                              99-0296018

Statement   1


Form 1120S, Schedule K-1, S/h #1          PHILIP E. ENGLISH
===============================================================================


Sch K-1, Line 7 - Charitable Contributions
-------------------------------------------

   50% cash charitable contributions
   ----------------------------------
   DONATIONS                                                        30.
                                                            ----------------
      Total                                                         30.
                                                            ================

4C9010 1.000

55NO8G   1074   05/24/95   '0:25:28   V4.07                      27
PHILIP  ENGLISH & ASSOC.    ES,  INC.                      99-0296018

                                                      Statement   2


orm 1120S, Schedule K-1, S/h #1        PHILIP E. ENGLISH

===================================================================

Sch K-1, Line 19 - Nondeductible Expenses
------------------------------------------
  50% disallowed meals and entertainment                    2,118.
  CLUB DUES                                                    751.
                                                      ---------------
     Total                                           '     2,869.
                                                      ===============

4C9010 1.000

Form **7004**

(Rev. May 1994)

Department of the Treasury
Internal Revenue Service

# Application for Automatic Extension of Time To File Corporation Income Tax Return

OMB No. 1545-0233

| Name of corporation | Employer identification number |
|---|---|
| PHILIP ENGLISH & ASSOCIATES, INC. | 99-0296018 |

Number, street, and room or suite no. (If a P.O. box, see instructions.)
C/O COOPERS & LYBRAND L.L.P. 2500 PACIFIC TOWER, 1001 BISHOP STREET

City or town, state, and ZIP code
HONOLULU, HAWAII  96813

Check type of return to be filed:

| | | | | |
|---|---|---|---|---|
| ☐ Form 1120 | ☐ Form 1120-F | ☐ Form 1120-L | ☐ Form 1120-POL | ☒ Form 1120S |
| ☐ Form 1120-A | ☐ Form 1120-FSC | ☐ Form 1120-ND | ☐ Form 1120-REIT | ☐ Form 990-C |
| ☐ Form 1120-SF | ☐ Form 1120-H | ☐ Form 1120-PC | ☐ Form 1120-RIC | ☐ Form 990-T |

Form 1120-F filers: Check here if you do not have an office or place of business in the United States. . . . . . . . . . . . . . . . . . ▶ ☐

**1a**  I request an automatic 6-month (or, for certian foreign corporations, 3-month) extension of time
until **SEPTEMBER 15** _ _ , 19 **95** _ , to file the income tax return of the corporation named above for ▶ ☒ calendar
year 19 **94** or ▶ ☐ tax year beginning _ _ _ _ , 19 _ _ , and ending _ _ _ _ _ _ , 19 _ _ .

**b**  If this tax year is for less than 12 months, check reason:
☐ Initial return   ☐ Final return   ☐ Change in accounting period   ☐ Consolidated return to be filed

**2**  If this application also covers subsidiaries to be included in a consolidated return, complete the following:

| Name and address of each member of the affiliated group | Employer identification number | Tax period |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| | | | | |
|---|---|---|---|---|
| **3**  Tentative tax (see instructions) . . . . . . . . . . . | | | **3** | **NONE** |
| **4  Credits:** | | | | |
| **a** Overpayment credited from prior year . . . . | **4a** | | | |
| **b** Estimated tax payments for the tax year . . . | **4b** | | | |
| **c** Less refund for the tax year applied for on Form 4466 . . . . . . . . . . | **4c** ( ) **Bal** ▶ | **4d** | **NONE** | |
| **e** Credit from regulated investment companies . . . . | | **4e** | | |
| **f** Credit for Federal tax on fuels . . . . . . . . . | | **4f** | | |
| **5**  Total. Add lines 4d through 4f . . . . . . . . . . . . . . . . . | | | **5** | **NONE** |
| **6**  Balance due. Subtract line 5 from line 3. Deposit this amount with a Federal Tax Deposit (FTD) Coupon (see instructions) . . . . . . . . . . . . . . . . | | | **6** | **NONE** |

**Signature.** – Under penalties of perjury, I declare that I have been authorized by the above-named corporation to make this application, and to the best of my knowledge and belief, the statements made are true, correct, and complete.

(Signature of officer or agent)    **CERTIFIED PUBLIC ACCOUNTANT**    **MAR 8  1995**
                                   (Title)                            (Date)

For Paperwork Reduction Act Notice, see instructions.

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

Form 7004 (Rev. 5-94)

H763

4S99D1 1.000

043