# Form 1120S — U.S. Income Tax Return for an S Corporation (1995)

Department of the Treasury — Internal Revenue Service
Do not file this form unless the corporation has timely filed Form 2553 to elect to be an S corporation.
► See separate instructions.
OMB No. 1545-0130

For calendar year 1995, or tax year beginning _____, and ending _____

- **A** Date of election as an S corporation: 06/01/92
- **B** Business code no. (see Specific Instructions): 6599
- **Name**: PHILIP ENGLISH & ASSOCIATES, INC.
- **Number, street, and room or suite no.**: 4369 AUKAI AVENUE
- **City or town, state, and ZIP code**: HONOLULU, HI 96816
- **C** Employer identification no.: 99-0296018
- **D** Date incorporated: 06/01/92
- **E** Total assets: 11,403.
- **F** Check applicable boxes: (3) [X] Change in address
- **H** Number of shareholders at end of tax year: (blank)

Caution: Include only trade or business income and expenses on lines 1a through 21.

| Line | Description | Amount |
|---|---|---|
| 1a | Gross receipts or sales | 71,727. |
| 1b | Less returns and allowances | |
| 1c | Balance | 71,727. |
| 2 | Cost of goods sold (Schedule A, line 8) | |
| 3 | Gross profit. Subtract line 2 from line 1c | 71,727. |
| 4 | Net gain (loss) from Form 4797, Part II, line 20 | |
| 5 | Other income (loss) (attach schedule) | |
| 6 | Total income (loss). Combine lines 3 through 5 | 71,727. |
| 7 | Compensation of officers | |
| 8 | Salaries and wages (less employment credits) | |
| 9 | Repairs and maintenance | |
| 10 | Bad debts | |
| 11 | Rents — See Statement 1 | 168. |
| 12 | Taxes and licenses — See Statement 1 | 34. |
| 13 | Interest — See Statement 1 | 523. |
| 14a | Depreciation (if required, attach Form 4562) | 6,522. |
| 14b | Depreciation claimed on Schedule A and elsewhere on return | |
| 14c | Subtract line 14b from line 14a | 6,522. |
| 15 | Depletion | |
| 16 | Advertising | |
| 17 | Pension, profit-sharing, etc., plans | |
| 18 | Employee benefit programs | |
| 19 | Other deductions (attach schedule) — See Statement 1 | 56,668. |
| 20 | Total deductions | 63,915. |
| 21 | Ordinary income (loss) from trade or business activities. Subtract line 20 from line 6 | 7,812. |
| 22a | Excess net passive income tax (attach schedule) | |
| 22b | Tax from Schedule D (Form 1120S) | |
| 22c | Add lines 22a and 22b | |
| 23a | 1995 estimated tax payments and amount applied from 1994 return | |
| 23b | Tax deposited with Form 7004 | |
| 23c | Credit for Federal tax paid on fuels (attach Form 4136) | |
| 23d | Add lines 23a through 23c | |
| 24 | Estimated tax penalty. Check if Form 2220 is attached | |
| 25 | Tax due | |
| 26 | Overpayment | |
| 27 | Amount of line 26 to be credited to 1996 estimated tax / Refunded | |

Stamp: RECEIVED 736 APR 18 1996 INTERNAL REVENUE SERVICE FRESNO, CA

Please Sign Here: [signature] Phil English — Date 4/11/96 — Title: President/Owner

Paid Preparer's signature: Wendell K. Lee — Date 3/31/96
Firm's name: WENDELL K. LEE CPA, 94-1014 KUKULA STREET, WAIPAHU, HI 96797

DEFENDANT'S EXHIBIT 3008

Form 1120S (1995)

COPY 044

JSA 5C1410 1.000   5BN08G 1074  03/23/96  12:09:29  V5.06  99-0296018   6 D

Form 1120S (1995)                                                                                    Page 2

### Schedule A  Cost of Goods Sold (see page 14 of the instructions)

| | | |
|---|---|---|
| 1 | Inventory at beginning of year | 1 |
| 2 | Purchases | 2 |
| 3 | Cost of labor | 3 |
| 4 | Additional section 263A costs *(attach schedule)* | 4 |
| 5 | Other costs *(attach schedule)* | 5 |
| 6 | Total. Add lines 1 through 5 | 6 |
| 7 | Inventory at end of year | 7 |
| 8 | Cost of goods sold. Subtract line 7 from line 6. Enter here and on page 1, line 2 | 8 |

9a  Check all methods used for valuing closing inventory:
   (i) ☐ Cost as described in Regulations section 1.471-3
   (ii) ☐ Lower of cost or market as described in Regulations section 1.471-4
   (iii) ☐ Other (specify method used and attach explanation) ▶ _____
 b  Check if there was a writedown of "subnormal" goods as described in Regulations section 1.471-2(c) ▶ ☐
 c  Check if the LIFO inventory method was adopted this tax year for any goods *(if checked, attach Form 970)* ▶ ☐
 d  If the LIFO inventory method was used for this tax year, enter percentage (or amounts) of closing inventory computed under LIFO | 9d |
 e  Do the rules of section 263A (for property produced or acquired for resale) apply to the corporation? ☐ Yes ☐ No
 f  Was there any change in determining quantities, cost, or valuations between opening and closing inventory? ☐ Yes ☐ No
    If "Yes," attach explanation.

### Schedule B  Other Information

| | | Yes | No |
|---|---|---|---|
| 1 | Check method of accounting: (a) ☒ Cash  (b) ☐ Accrual  (c) ☐ Other (specify) ▶ _____ | | |
| 2 | Refer to the list on page 24 of the instructions and state the corporation's principal:<br>(a) Business activity ▶ APPRAISAL    (b) Product or service ▶ SERVICE | | |
| 3 | Did the corporation at the end of the tax year own, directly or indirectly, 50% or more of the voting stock of a domestic corporation? (For rules of attribution, see section 267(c).) If "Yes," attach a schedule showing: (a) name, address, and employer identification number and (b) percentage owned. | | X |
| 4 | Was the corporation a member of a controlled group subject to the provisions of section 1561? | | X |
| 5 | At any time during calendar year 1995, did the corporation have an interest in or a signature or other authority over a financial account in a foreign country (such as bank account, securities account, or other financial account)? (See page 14 of the instructions for exceptions and filing requirements for Form TD F 90-22.1.)<br>If "Yes," enter the name of the foreign country ▶ _____ | | X |
| 6 | Was the corporation the grantor of, or transferor to, a foreign trust that existed during the current tax year, whether or not the corporation had any beneficial interest in it? If "Yes," the corporation may have to file Forms 3520, 3520-A, or 926 | | X |
| 7 | Check this box if the corporation has filed or is required to file Form 8264, Application for Registration of a Tax Shelter ▶ ☐ | | |
| 8 | Check this box if the corporation issued publicly offered debt instruments with original issue discount ▶ ☐<br>If so, the corporation may have to file Form 8281, Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| 9 | If the corporation: (a) filed its election to be an S corporation after 1986, (b) was a C corporation before it elected to be an S corporation or the corporation acquired an asset with a basis determined by reference to its basis (or the basis of any other property) in the hands of a C corporation, and (c) has net unrealized built-in gain (defined in section 1374(d)(1)) in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years (see page 14 of the instructions) ▶ NONE | | |
| 10 | Check this box if the corporation had subchapter C earnings and profits at the close of the tax year (see page 15 of the instructions) ▶ ☐ | | |

### Designation of Tax Matters Person (see page 15 of the instructions)

Enter below the shareholder designated as the tax matters person (TMP) for the tax year of this return:

Name of designated TMP ▶ PHILIP E. ENGLISH                Identifying number of TMP ▶

Address of designated TMP ▶ 4369 AUKAI AVENUE
                            HONOLULU, HAWAII  96816

JSA

CERTIFIED  045

Form 1120S (1995) Page 3

## Schedule K — Shareholders' Shares of Income, Credits, Deductions, etc.

| | (a) Pro rata share items | | (b) Total amount |
|---|---|---|---|
| **Income (Loss)** | | | |
| 1 | Ordinary income (loss) from trade or business activities (page 1, line 21) | 1 | 7,812. |
| 2 | Net income (loss) from rental real estate activities (attach Form 8825) | 2 | |
| 3a | Gross income from other rental activities ... 3a | | |
| b | Expenses from other rental activities (attach schedule) ... 3b | | |
| c | Net income (loss) from other rental activities. Subtract line 3b from line 3a | 3c | |
| 4 | Portfolio income (loss): | | |
| a | Interest income | 4a | |
| b | Dividend income | 4b | |
| c | Royalty income | 4c | |
| d | Net short-term capital gain (loss) (attach Schedule D (Form 1120S)) | 4d | |
| e | Net long-term capital gain (loss) (attach Schedule D (Form 1120S)) | 4e | |
| f | Other portfolio income (loss) (attach schedule) | 4f | |
| 5 | Net gain (loss) under section 1231 (other than due to casualty or theft) (attach Form 4797) | 5 | |
| 6 | Other income (loss) (attach schedule) | 6 | |
| **Deductions** | | | |
| 7 | Charitable contributions (attach schedule) ... Stmt. 3. | 7 | |
| 8 | Section 179 expense deduction (attach Form 4562) | 8 | |
| 9 | Deductions related to portfolio income (loss) (itemize) | 9 | |
| 10 | Other deductions (attach schedule) | 10 | |
| **Investment Interest** | | | |
| 11a | Interest expense on investment debts | 11a | |
| b (1) | Investment income included on lines 4a, 4b, 4c, and 4f above | 11b(1) | |
| (2) | Investment expenses included on line 9 above | 11b(2) | |
| **Credits** | | | |
| 12a | Credit for alcohol used as a fuel (attach Form 6478) | 12a | |
| b | Low-income housing credit: | | |
| (1) | From partnerships to which section 42(j)(5) applies for property placed in service before 1990 | 12b(1) | |
| (2) | Other than on line 12b(1) for property placed in service before 1990 | 12b(2) | |
| (3) | From partnerships to which section 42(j)(5) applies for property placed in service after 1989 | 12b(3) | |
| (4) | Other than on line 12b(3) for property placed in service after 1989 | 12b(4) | |
| c | Qualified rehabilitation expenditures related to rental real estate activities (attach Form 3468) | 12c | |
| d | Credits (other than credits shown on lines 12b and 12c) related to rental real estate activities | 12d | |
| e | Credits related to other rental activities | 12e | |
| 13 | Other credits | 13 | |
| **Adjustments and Tax Preference Items** | | | |
| 14a | Depreciation adjustment on property placed in service after 1986 | 14a | -897. |
| b | Adjusted gain or loss | 14b | |
| c | Depletion (other than oil and gas) | 14c | |
| d (1) | Gross income from oil, gas, or geothermal properties | 14d(1) | |
| (2) | Deductions allocable to oil, gas, or geothermal properties | 14d(2) | |
| e | Other adjustments and tax preference items (attach schedule) | 14e | |
| **Foreign Taxes** | | | |
| 15a | Type of income ▶ _____ | | |
| b | Name of foreign country or U.S. possession ▶ _____ | | |
| c | Total gross income from sources outside the United States (attach schedule) | 15c | |
| d | Total applicable deductions and losses (attach schedule) | 15d | |
| e | Total foreign taxes (check one): ▶ ☐ Paid  ☐ Accrued | 15e | |
| f | Reduction in taxes available for credit (attach schedule) | 15f | |
| g | Other foreign tax information (attach schedule) | 15g | |
| **Other** | | | |
| 16 | Section 59(e)(2) expenditures: a Type ▶ _____ | | |
| b | Amount | 16b | |
| 17 | Tax-exempt interest income | 17 | |
| 18 | Other tax-exempt income | 18 | |
| 19 | Nondeductible expenses ... Stmt. A. | 19 | 337. |
| 20 | Total property distributions (including cash) other than dividends reported on line 22 below | 20 | |
| 21 | Other items and amounts required to be reported separately to shareholders (attach schedule) | | |
| 22 | Total dividend distributions paid from accumulated earnings and profits | 22 | |
| 23 | Income (loss). (Required only if Schedule M-1 must be completed.) Combine lines 1 through 6 in column (b). From the result, subtract the sum of lines 7 through 11a, 15e, and 16b | 23 | 7,812. |

JSA

5C1430 1.000   5RN08G   1074   03/23/96   12:09:29   V5.06   99-0296018

CERTIFIED 046
8

Form 1120S (1995) Page 4

## Schedule L  Balance Sheets

| Assets | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|
| | (a) | (b) | (c) | (d) |
| 1 Cash | Stmt 5 | 7,550. | | 602. |
| 2 Trade notes and accounts receivable | | | | |
|   Less allowance for bad debts | | | | |
| 3 Inventories | | | | |
| 4 U.S. Government obligations | | | | |
| 5 Tax-exempt securities | | | | |
| 6 Other current assets (attach schedule) | | | | |
| 7 Loans to shareholders | Stmt 5 | 1,193. | | 5,921. |
| 8 Mortgage and real estate loans | | | | |
| 9 Other investments (attach schedule) | | | | |
| 10a Buildings and other depreciable assets | 53,737. | | 54,375. | |
|   b Less accumulated depreciation | 42,973. | 10,764. | 49,495. | 4,880. |
| 11a Depletable assets | | | | |
|   b Less accumulated depletion | | | | |
| 12 Land (net of any amortization) | | | | |
| 13a Intangible assets (amortizable only) | | | | |
|   b Less accumulated amortization | | | | |
| 14 Other assets (attach schedule) | | | | |
| 15 Total assets | | 19,507. | | 11,403. |
| **Liabilities and Shareholders' Equity** | | | | |
| 16 Accounts payable | Stmt 5 | 18,963. | | 3,382. |
| 17 Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 Other current liabilities (attach schedule) | | | | |
| 19 Loans from shareholders | | | | |
| 20 Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21 Other liabilities (attach schedule) | | | | |
| 22 Capital stock | Stmt 5 | 1,000. | | 1,000. |
| 23 Paid-in or capital surplus | | | | |
| 24 Retained earnings | Stmt 5 | -456. | | 7,021. |
| 25 Less cost of treasury stock | | ( ) | | ( ) |
| 26 Total liabilities and shareholders' equity | | 19,507. | | 11,403. |

## Schedule M-1  Reconciliation of Income (Loss) per Books With Income (Loss) per Return (You are not required to complete this schedule if the total assets on line 15, column (d), of Schedule L are less than $25,000.)

| | | | |
|---|---|---|---|
| 1 Net income (loss) per books | 7,475. | 5 Income recorded on books this year not included on Schedule K, lines 1 through 6 (itemize): | |
| 2 Income included on Schedule K, lines 1 through 6, not recorded on books this year (itemize): | | a Tax-exempt interest | |
| 3 Expenses recorded on books this year not included on Schedule K, lines 1 through 11a, 15e, and 16b (itemize): | | 6 Deductions included on Schedule K, lines 1 through 11a, 15e, and 16b, not charged against book income this year (itemize): | |
| a Depreciation | | a Depreciation | |
| b Travel and entertainment | 337. | | |
| | | 7 Add lines 5 and 6 | |
| 4 Add lines 1 through 3 | 7,812. | 8 Income (loss) (Schedule K, line 23). Line 4 less line 7 | 7,812. |

## Schedule M-2  Analysis of Accumulated Adjustments Account, Other Adjustments Account, and Shareholders' Undistributed Taxable Income Previously Taxed (see page 22 of the instructions)

| | (a) Accumulated adjustments account | (b) Other adjustments account | (c) Shareholders' undistributed taxable income previously taxed |
|---|---|---|---|
| 1 Balance at beginning of tax year | -456. | | |
| 2 Ordinary income from page 1, line 21 | 7,812. | | |
| 3 Other additions . . . . See Statement 6 | | | |
| 4 Loss from page 1, line 21 | ( ) | | |
| 5 Other reductions . . . . See Statement 6 | ( 337 ) | ( ) | |
| 6 Combine lines 1 through 5 | 7,019. | | |
| 7 Distributions other than dividend distributions | | | |
| 8 Balance at end of tax year. Subtract line 7 from line 6 | 7,019. | | 047 |

5C1440 1.000   5BNU8G   1074   03/23/96   12:09:29   V5.06   99-0296018     9

| Form **4562** | **Depreciation and Amortization** (Including Information on Listed Property) | OMB No. 1545-0172 **1995** |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | ▶ See separate instructions.    ▶ Attach this form to your return. | Attachment Sequence No. 67 |

Name(s) shown on return: PHILIP ENGLISH & ASSOCIATES, INC.
Identifying number: 99-0296018

Business or activity to which this form relates: General Depreciation and Amortization

### Part I   Election To Expense Certain Tangible Property (Section 179) (Note: *If you have any "Listed Property," complete Part V before you complete Part I.*)

| | | |
|---|---|---|
| 1 | Maximum dollar limitation. If an enterprise zone business, see page 1 of the instructions | 1 |
| 2 | Total cost of section 179 property placed in service during the tax year. See page 2 of the instructions. | 2 |
| 3 | Threshold cost of section 179 property before reduction in limitation | 3 |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see page 2 of the instructions | 5 |

| (a) Description of property | (b) Cost | (c) Elected cost |
|---|---|---|
| 6 | | |

| | | |
|---|---|---|
| 7 | Listed property. Enter amount from line 27 | 7 |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | 8 |
| 9 | Tentative deduction. Enter the smaller of line 5 or line 8 | 9 |
| 10 | Carryover of disallowed deduction from 1994. See page 2 of the instructions | 10 |
| 11 | Taxable income limitation. Enter the smaller of taxable income (not less than zero) or line 5 (see instructions) | 11 |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | 12 |
| 13 | Carryover of disallowed deduction to 1996. Add lines 9 and 10, less line 12 ▶ | 13 |

Note: *Do not use Part II or Part III below for listed property (automobiles, certain other vehicles, cellular telephones, certain computers, or property used for entertainment, recreation, or amusement). Instead, use Part V for listed property.*

### Part II   MACRS Depreciation For Assets Placed in Service ONLY During Your 1995 Tax Year (Do Not Include Listed Property.)

#### Section A - General Asset Account Election

14  If you are making the election under section 168(i)(4) to group any assets placed in service during the tax year into one or more general asset accounts, check this box. See page 2 of the instructions ▶ ☐

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only - see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| **Section B - General Depreciation System (GDS)** (See page 2 of the instructions.) | | | | | | |
| 15a  3-year property | | | | | | |
| b  5-year property | | | | | | |
| c  7-year property | | 638. | 7.000 | HY | 200DB | 91. |
| d  10-year property | | | | | | |
| e  15-year property | | | | | | |
| f  20-year property | | | | | | |
| g  Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| h  Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |
| **Section C - Alternative Depreciation System (ADS)** (See page 4 of the instructions.) | | | | | | |
| 16a  Class life | | | | | S/L | |
| b  12-year | | | 12 yrs. | | S/L | |
| c  40-year | | | 40 yrs. | MM | S/L | |

### Part III   Other Depreciation (Do Not Include Listed Property.) (See page 4 of the instructions.)

| | | |
|---|---|---|
| 17 | GDS and ADS deductions for assets placed in service in tax years beginning before 1995 | 17 | 1,883. |
| 18 | Property subject to section 168(f)(1) election | 18 | |
| 19 | ACRS and other depreciation | 19 | |

### Part IV   Summary (See page 4 of the instructions.)

| | | |
|---|---|---|
| 20 | Listed property. Enter amount from line 26 | 20 | 4,548. |
| 21 | Total. Add deductions on line 12, lines 15 and 16 in column (g), and lines 17 through 20. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instructions | 21 | 6,522. |
| 22 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 22 | |

For Paperwork Reduction Act Notice, see page 1 of the separate instructions.   JSA   Form 4562 (1995)

048

5X2300 3.000  5RN08C   1074   03/23/96   12:09:29   V5.06   99-0296018   10

Form 4562 (1995) Page 2

## Part V — Listed Property - Automobiles, Certain Other Vehicles, Cellular Telephones, Certain Computers, and Property Used for Entertainment, Recreation, or Amusement

Note: *For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete only 23a, 23b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.*

### Section A - Depreciation and Other Information (Caution: *See page 5 of the instructions for limitations for automobiles.*)

23a Do you have evidence to support the business/investment use claimed?   Yes ☐ No ☐   23b If "Yes," is the evidence written?   Yes ☐ No ☐

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|

24 Property used more than 50% in a qualified business use (See page 5 of the instructions.):

|  |  | % |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|
|  |  | % |  |  |  |  |  |  |
|  |  | % |  |  |  |  |  |  |

25 Property used 50% or less in a qualified business use (See page 5 of the instructions.)

|  |  | % |  |  |  | S/L - |  |  |
|---|---|---|---|---|---|---|---|---|
|  |  | % |  |  |  | S/L - |  |  |
|  |  | % |  |  |  | S/L - |  |  |

26 Add amounts in column (h). Enter the total here and on line 20, page 1  ...See Detail..........  26   4,548.

27 Add amounts in column (i). Enter the total here and on line 7, page 1  ........................  27

### Section B - Information on Use of Vehicles

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person.

If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

|  | (a) Vehicle 1 | (b) Vehicle 2 | (c) Vehicle 3 | (d) Vehicle 4 | (e) Vehicle 5 | (f) Vehicle 6 |
|---|---|---|---|---|---|---|
| 28 Total business/investment miles driven during the year (DO NOT include commuting miles) |  |  |  |  |  |  |
| 29 Total commuting miles driven during the year |  |  |  |  |  |  |
| 30 Total other personal (noncommuting) miles driven |  |  |  |  |  |  |
| 31 Total miles driven during the year. Add lines 28 through 30 |  |  |  |  |  |  |
|  | Yes / No | Yes / No | Yes / No | Yes / No | Yes / No | Yes / No |
| 32 Was the vehicle available for personal use during off-duty hours? |  |  |  |  |  |  |
| 33 Was the vehicle used primarily by a more than 5% owner or related person? |  |  |  |  |  |  |
| 34 Is another vehicle available for personal use? |  |  |  |  |  |  |

### Section C - Questions for Employers Who Provide Vehicles for Use by Their Employees

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who are not more than 5% owners or related persons.

|  | Yes | No |
|---|---|---|
| 35 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? |  |  |
| 36 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See page 6 of the instructions for vehicles used by corporate officers, directors, or 1% or more owners |  |  |
| 37 Do you treat all use of vehicles by employees as personal use? |  |  |
| 38 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? |  |  |
| 39 Do you meet the requirements concerning qualified automobile demonstration use? See page 6 of the instructions |  |  |

Note: *If your answer to 35, 36, 37, 38, or 39 is "Yes," you need not complete Section B for the covered vehicles.*

## Part VI — Amortization

| (a) Description of costs | (b) Date amortization begins | (c) Amortization amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 40 Amortization of costs that begins during your 1995 tax year: |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
| 41 Amortization of costs that began before 1995 |  |  |  |  | 41 |
| 42 Total. Enter here and on "Other Deductions" or "Other Expenses" line of your return |  |  |  |  | 42 |

*CERTIFIED*

049

JSA
5X2310 2.000    5BN08G   1074   03/23/96   12:08:29   V5 06   99-0296018                                  11

PHILIP ENGLISH ASSOCIATES, INC.                                   99-0296018

## Depreciation

**TAX YEAR 1995**
Description of Property
General Depreciation and Amortization

| Asset Description | Date placed in service | Unadjusted Cost or basis | Bus. % | 179 exp. reduc. in basis | ITC reduction in basis | Basis for depreciation | Salvage value | Accumulated depreciation | Me-thod | Con-ven-tion | Life | ACRS class | MA CRS class | Current-yr 179 expense | Current-year depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OFFICE FURNITURE | 01/01/92 | 2,743. | 100. | | | 2,743. | | 937. | 150DB | HY | | | 7 | | 336. |
| COMPUTER ACCESSORIES | 10/11/92 | 2,827. | 100. | | | 2,827. | | 1,226. | 150DB | HY | | | 5 | | 471. |
| FURNITURE | 06/30/92 | 2,401. | 100. | | | 2,401. | | 1,163. | 150DB | HY | | | 7 | | 294. |
| PHOTOCOPIER | 12/31/91 | 1,935. | 100. | | | 1,935. | | 1,935. | 150DB | HY | | | 5 | | |
| OFFICE FURNITURE | 12/31/91 | 5,043. | 100. | | | 5,043. | | 5,043. | 150DB | HY | | | 7 | | |
| PHOTOCOPIER | 06/30/88 | 2,469. | 100. | | | 2,469. | | 2,469. | 200DB | HY | | | 5 | | |
| TELEPHONE | 08/01/91 | 1,025. | 100. | | | 1,025. | | 887. | 150DB | HY | | | 5 | | 138. |
| FURNITURE | 11/01/91 | 3,494. | 100. | | | 3,494. | | 2,308. | 150DB | HY | | | 7 | | 42. |
| COMPUTER | 01/01/93 | 3,649. | 100. | 3,649. | | | | | DDB | N/A | 5.000 | | | | |
| COMPUTER SOFTWARE | 08/25/94 | 174. | 100. | | | 174. | | 26. | 150DB | HY | | | 5 | | 44. |
| COMPUTER SOFTWARE | 11/13/94 | 268. | 100. | | | 268. | | 40. | 150DB | HY | | | 5 | | 68. |
| COMPUTER ACCESSORIES | 12/30/94 | 406. | 100. | | | 406. | | 61. | 150DB | HY | | | 5 | | 104. |
| FURNITURE & EQUIP | 06/01/95 | 638. | 100. | | | 638. | | | 200DB | HY | | | 7 | | 91. |
| Less: Retired Assets | | | | | | | | | | | | | | | |
| **TOTALS** | | 27,072. | | 3,649. | | 23,423. | | 16,095. | | | | | | | 1,974. |

*Assets Retired

5X90Z7 2.000                                                              H763

PHILIP ENGLISH ASSOCIATES, INC.                                    99-0296018

## Depreciation

TAX YEAR 1995

**Description of Property**

**4562 LISTED PROPERTY DETAIL - PROPERTY USED > 50%**

| Asset Description | Date placed in service | Unadjusted Cost or basis | Bus. % | 179 exp. reduc. in basis | ITC reduction in basis | Basis for depreciation | Salvage value | Accumulated depreciation | Method | Convention | Life | ACRS class | MACRS class | Current-yr 179 expense | Current-year depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| COMPUTER | 12/31/91 | 2,121. | 100 | | | 2,121. | | 732. | 150DB | HY | 5 | | 5 | | 353. |
| COMPUTER - EPSON | 01/12/91 | 1,250. | 100 | | | 1,250. | | 631. | 150DB | HY | 5 | | 5 | | 208. |
| COMPUTER - NEC | 03/05/91 | 2,695. | 100 | | | 2,695. | | 1,361. | 150DB | HY | 5 | | 5 | | 449. |
| COMPUTER - MAC | 05/20/91 | 2,818. | 100 | | | 2,818. | | 1,423. | 150DB | HY | 5 | | 5 | | 469. |
| COMPUTER - NEC LAP | 05/20/91 | 2,005. | 100 | | | 2,005. | | 1,013. | 150DB | HY | 5 | | 5 | | 334. |
| COMPUTER - NEC | 11/01/91 | 2,265. | 100 | | | 2,265. | | 1,144. | 150DB | HY | 5 | | 5 | | 377. |
| COMPUTER ACCESSORIES | 06/01/91 | 2,218. | 100 | | | 2,218. | | 1,121. | 150DB | HY | 5 | | 5 | | 370. |
| COMPUTER SOFTWARE | 09/01/91 | 1,714. | 100 | | | 1,714. | | 866. | 150DB | HY | 5 | | 5 | | 1. |
| COMPUTER | 10/08/92 | 10,217. | 100 | | | 10,217. | | 6,472. | 150DB | HY | 5 | | 5 | | |
| Less: Retired Assets | | | | | | | | | | | | | | | |
| TOTALS | | 27,303. | | | | 27,303. | | 14,763. | | | | | | | 4,548. |

*Assets Retired

CERTIFIED

H763

PHILIP ENGLISH SOCIATES, INC.                                          99-0296018

TAX YEAR 1995

## Alternative Minimum Tax Depreciation

**Description of Property**
**General Depreciation and Amortization**

| Asset description | Date Placed in Service | AMT Basis for depreciation | AMT accumulated depreciation | AMT method | AMT convention | AMT life | AMT depreciation deduction | Regular depreciation deduction | Post-86 depreciation adjustment | Leased pers. prop. preference | Real property preference |
|---|---|---|---|---|---|---|---|---|---|---|---|
| OFFICE FURNITURE | 01/01/92 | 2,743. | 937. | 150DB | HY | 7.000 | 336. | 336. | | | |
| COMPUTER ACCESSORIES | 10/11/92 | 2,827. | 1,226. | 150DB | HY | 5.000 | 471. | 471. | | | |
| FURNITURE | 06/30/92 | 2,401. | 820. | 150DB | HY | 7.000 | 294. | 294. | | | |
| PHOTOCOPIER | 12/31/91 | 1,935. | 667. | 150DB | HY | 5.000 | 322. | | -322. | | |
| OFFICE FURNITURE | 12/31/91 | 5,043. | 1,376. | 150DB | HY | 7.000 | 618. | | -618. | | |
| PHOTOCOPIER | 06/30/88 | 2,469. | 521. | 150DB | HY | 6.000 | | | | | |
| TELEPHONE | 08/01/91 | 1,025. | 354. | 150DB | HY | 5.000 | 138. | 138. | | | |
| FURNITURE | 11/01/91 | 3,494. | 953. | 150DB | HY | 7.000 | 428. | 428. | | | |
| COMPUTER | 12/31/91 | 2,121. | 732. | 150DB | HY | 5.000 | 353. | 353. | | | |
| COMPUTER - EPSON | 01/12/91 | 1,250. | 431. | 150DB | HY | 5.000 | 208. | 208. | | | |
| COMPUTER - NEC | 03/05/91 | 2,695. | 930. | 150DB | HY | 5.000 | 449. | 449. | | | |
| COMPUTER - MAC | 05/20/91 | 2,818. | 972. | 150DB | HY | 5.000 | 469. | 469. | | | |
| COMPUTER - NEC LAP | 05/20/91 | 2,005. | 692. | 150DB | HY | 5.000 | 334. | 334. | | | |
| COMPUTER - NEC | 11/01/91 | 2,265. | 781. | 150DB | HY | 5.000 | 377. | 377. | | | |
| COMPUTER ACCESSORIES | 06/01/91 | 2,218. | 766. | 150DB | HY | 5.000 | 370. | 370. | | | |
| COMPUTER SOFTWARE | 09/01/91 | 1,714. | 592. | 150DB | HY | 5.000 | 286. | 286. | | | |
| COMPUTER | 10/08/92 | 10,217. | 4,429. | 150DB | HY | 5.000 | 1,702. | 1,702. | | | |
| COMPUTER SOFTWARE | 08/25/94 | 174. | 26. | 150DB | HY | 5.000 | 44. | 44. | | | |
| COMPUTER SOFTWARE | 11/13/94 | 268. | 40. | 150DB | HY | 5.000 | 68. | 68. | | | |
| COMPUTER ACCESSORIES | 12/30/94 | 406. | 61. | 150DB | HY | 5.000 | 104. | 104. | | | |
| FURNITURE & EQUIP | 06/01/95 | 638. | | 150DB | HY | 10.000 | 48. | 91. | 43. | | |
| TOTALS | | 50,726. | 17,306. | | | | 7,419. | 6,522. | -897. | | |

*Less: Retired Assets*
*Assets Retired*

CERTIFIED

H763

PHILIP ENGLISH & ASSOCIATES, INC.                                    99-0296018

## Form 1120S, Page 1 Detail

### Line 11 - Rents

| | |
|---|---:|
| RENT EXPENSE | 168. |
| Total | 168. |

### Line 12 - Taxes

Taxes and licenses excluding income taxes

| | |
|---|---:|
| TAXES | 34. |
| Total | 34. |

### Line 13 - Interest

| | |
|---|---:|
| INTEREST | 228. |
| FINANCE CHARGES | 295. |
| Total | 523. |

### Line 19 - Other Deductions

| | |
|---|---:|
| Travel, meals, and entertainment | 2,283. |
| AUTOMOBILE | 7,587. |
| CONTRACT | 11,829. |
| DATA SOURCES | 621. |
| SUBSCRIPTIONS/DUES | 506. |
| EDUCATION | 32. |
| RENTAL EQUIPMENT | 3,666. |
| FILM PROCESSING | 702. |
| GIFTS | 625. |
| ACCOUNT EXPENSES | 17,244. |
| INSURANCE | 3,904. |
| MAINTENANCE | 75. |
| MISCELLANEOUS | 720. |
| OFFICE SUPPLIES | 752. |
| CONTRACT SERVICES | 133. |
| PAYROLL | 17. |
| POSTAGE | 732. |
| PROFESSIONAL FEES | 1,342. |
| SERVICE CHARGES | 36. |
| SERVICE FEES | 5 |

CERTIFIED

Continued on next page          Statement 1

053

SPSPRX 3.000   5RN08G   1074   03/23/96   12:09:29   V5.06   99-0296018          15

PHILIP ENGLISH & ASSOCIATES, INC.  99-0296018

Form 1120S, Page 1 Detail
===========================================================================

Line 19 - Other Deductions (Cont'd)
---------------------------------------
  TELEPHONE                                                         3,857.

    Total                                                    56,668.

CERTIFIED

Statement 2

PHILIP ENGLISH & ASSOCIATES, INC.                                    99-0296018

## Form 1120S, Page 3 Detail

Sch K, Line 7 - Charitable Contributions
----------------------------------------

   Contributions subject to 50% limitation
   ----------------------------------------
   DONATIONS                                                    ---------------
       Total                                                    ===============



Statement   3

PHILIP ENGLISH & ASSOCIATES, INC.   99-0296018

Form 1120S, Page 3 Detail
================================================================

Sch K, Line 19 - Nondeductible Expenses
----------------------------------------
   50% disallowed meals and entertainment     337.
   CLUB DUES
                                                       --------------
   Total                                                   337.

CERTIFIED

Statement 4
056

SPSPRX 3.000   5BN08G   1074   03/23/96   12:09:29   V5.06   99-0296018     18

PHILIP ENGLISH & ASSOCIATES, INC.                                    99-0296018

## Form 1120S, Page 4 Detail - Sch L

|  | Beginning | Ending |
|---|---:|---:|
| **Line 1 - Cash** | | |
| CASH | 6,550. | 602. |
| SAVINGS | 1,000. | NONE |
| Total | 7,550. | 602. |
| **Line 7 - Loans to Shareholders** | | |
| LOAN FROM SHAREHOLDER | 1,193. | 5,921. |
| Total | 1,193. | 5,921. |
| **Line 16 - Accounts Payable** | | |
| ACCOUNTS PAYABLE | 18,963. | 3,382. |
| Total | 18,963. | 3,382. |
| **Line 22 - Capital Stock** | | |
| CAPITAL STOCK | 1,000. | 1,000. |
| Total | 1,000. | 1,000. |
| **Line 24 - Retained Earnings** | | |
| RETAINED EARNINGS | -456. | 7,021. |
| Total | -456. | 7,021. |

CERTIFIED

Statement 5

PHILIP ENGLISH & ASSOCIATES, INC.                                    99-0296018

**Form 1120S, Page 4 Detail**
===========================================================================

Sch M-2, Line 3 - Other Additions - AAA
----------------------------------------
    ROUNDING                                              ---------------
    Total                                                 ===============

Sch M-2, Line 5 - Other Reductions - AAA
----------------------------------------
    50% disallowed travel and entertainment                     337.
                                                          ---------------
    Total                                                       337.
                                                          ===============

CERTIFIED

Statement 58

PHILIP ENGLISH & ASSOCIATES, INC.                                          99-0296018

## Shareholder summary

| Sh. # | Shareholder name | Beginning shares | Ownership Percentage |
|-------|------------------|------------------|----------------------|
| 1     | PHILIP E. ENGLISH |                  | 100.000000           |

CERTIFIED

059

SPSPRX3.000   5BN08G   1074   03/23/96   12:09:29   V5.06   99-0296018                  21

| SCHEDULE K-1 (Form 1120S) | Shareholder's Share of Income, Credits, Deductions, etc. ▶ See separate instructions. For calendar year 1995 or tax year beginning _____, and ending _____, 19 ___ | OMB. No. 1545-0130 **1995** |
|---|---|---|
| Department of the Treasury Internal Revenue Service | | |

Shareholder's identifying number ▶ 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    Corporation's identifying number ▶ 99-0296018

Shareholder's name, address, and ZIP code:
PHILIP E. ENGLISH
4369 AUKAI AVENUE
HONOLULU, HAWAII  96816

Corporation's name, address, and ZIP code:
PHILIP ENGLISH & ASSOCIATES, INC.
4369 AUKAI AVENUE
HONOLULU                     HI  96816

A  Shareholder's percentage of stock ownership for tax year (see Instructions for Schedule K-1) ............ ▶ 100.000000 %
B  Internal Revenue Service Center where corporation filed its return ▶ _____
C  Tax shelter registration number (see Instructions for Schedule K-1) ............ ▶ _____
D  Check applicable boxes:   (1) ☐ Final K-1    (2) ☐ Amended K-1

| | (a) Pro rata share items | | (b) Amount | (c) Form 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| Income (Loss) | 1  Ordinary income (loss) from trade or business activities | 1 | 7,812. | See pages 4 and 5 of the Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | 2  Net income (loss) from rental real estate activities | 2 | | |
| | 3  Net income (loss) from other rental activities | 3 | | |
| | 4  Portfolio income (loss): | | | |
| | a  Interest | 4a | | Sch. B, Part I, line 1 |
| | b  Dividends | 4b | | Sch. B, Part II, line 5 |
| | c  Royalties | 4c | | Sch. E, Part I, line 4 |
| | d  Net short-term capital gain (loss) | 4d | | Sch. D, line 5, col. (f) or (g) |
| | e  Net long-term capital gain (loss) | 4e | | Sch. D, line 13, col. (f) or (g) |
| | f  Other portfolio income (loss) (attach schedule) | 4f | | (Enter on applicable line of your return.) |
| | 5  Net gain (loss) under section 1231 (other than due to casualty or theft) | 5 | | See Shareholder's Instructions for Schedule K-1 (Form 1120S) |
| | 6  Other income (loss) (attach schedule) | 6 | | (Enter on applicable line of your return.) |
| Deductions | 7  Charitable contributions (attach schedule) | 7 | | Sch. A, line 15 or 16 |
| | 8  Section 179 expense deduction | 8 | | See page 6 of the Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | 9  Deductions related to portfolio income (loss) (attach schedule) | 9 | | |
| | 10  Other deductions (attach schedule) | 10 | | |
| Investment Interest | 11a  Interest expense on investment debts | 11a | | Form 4952, line 1 |
| | b (1) Investment income included on lines 4a, 4b, 4c, and 4f above | b(1) | | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | (2) Investment expenses included on line 9 above | b(2) | | |
| Credits | 12a  Credit for alcohol used as fuel | 12a | | Form 6478, line 10 |
| | b  Low-income housing credit: | | | |
| | (1) From section 42(j)(5) partnerships for property placed in service before 1990 | b(1) | | |
| | (2) Other than on line 12b(1) for property placed in service before 1990 | b(2) | | Form 8586, line 5 |
| | (3) From section 42(j)(5) partnerships for property placed in service after 1989 | b(3) | | |
| | (4) Other than on line 12b(3) for property placed in service after 1989 | b(4) | | |
| | c  Qualified rehabilitation expenditures related to rental real estate activities | 12c | | See page 7 of the Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | d  Credits (other than credits shown on lines 12b and 12c) related to rental real estate activities | 12d | | |
| | e  Credits related to other rental activities | 12e | | |
| | 13  Other credits | 13 | | |
| Adjustments and Tax Preference Items | 14a  Depreciation adjustment on property placed in service after 1986 | 14a | -897. | See page 7 of the Shareholder's Instructions for Schedule K-1 (Form 1120S) and Instructions for Form 6251 |
| | b  Adjusted gain or loss | 14b | | |
| | c  Depletion (other than oil and gas) | 14c | | |
| | d (1) Gross income from oil, gas, or geothermal properties | d(1) | | |
| | (2) Deductions allocable to oil, gas, or geothermal properties | d(2) | | |
| | e  Other adjustments and tax preference items (attach schedule) | 14e | | |

(CERTIFIED stamp visible over line 12c)

For Paperwork Reduction Act Notice, see page 1 of Instructions for Form 1120S.   JSA   Schedule K-1 (Form 1120S) 1995
5C1600 1.000   5BN08G   1074   03/23/96   12:09:29   V5.06   99-0296018    060  22

Schedule K-1 (Form 1120S) (1995)  Shareholder #1  PHILIP E. ENGLISH                                                           Page 2

| | (a) Pro rata share items | | (b) Amount | (c) Form 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| **Foreign Taxes** | 15a Type of income ▶ | | | Form 1116, Check boxes |
| | b Name of foreign country or U.S. possession ▶ | | | |
| | c Total gross income from sources outside the United States (attach schedule) | 15c | | Form 1116, Part I |
| | d Total applicable deductions and losses (attach schedule) | 15d | | |
| | e Total foreign taxes (check one): ▶ ☐ Paid ☐ Accrued | 15e | | Form 1116, Part II |
| | f Reduction in taxes available for credit (attach schedule) | 15f | | Form 1116, Part III |
| | g Other foreign tax information (attach schedule) | 15g | | See Instructions for Form 1116 |
| **Other** | 16 Section 59(e)(2) expenditures: a Type ▶ | | | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | b Amount | 16b | | |
| | 17 Tax-exempt interest income | 17 | | Form 1040, line 8b |
| | 18 Other tax-exempt income | 18 | | |
| | 19 Nondeductible expenses . . . . . . . . . . . Stmt. 1 | 19 | 337. | See page 7 of the Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | 20 Property distributions (including cash) other than dividend distributions reported to you on Form 1099-DIV | 20 | | |
| | 21 Amount of loan repayments for "Loans From Shareholders" | 21 | | |
| | 22 Recapture of low-income housing credit: | | | |
| | a From section 42(j)(5) partnerships | 22a | | Form 8611, line 8 |
| | b Other than on line 22a | 22b | | |

**Supplemental Information**

23 Supplemental information required to be reported to each shareholder (attach additional schedules if more space is needed):

_____

CERTIFIED

JSA
5C1810 2.000   5BN08G  1074  03/23/96  12:09:29  V5.06  99-0296018

061

PHILIP ENGLISH & ASSOCIATES, INC.

================================================================================
Form 1120S, Schedule K-1, S/h #1        PHILIP E. ENGLISH
================================================================================

Sch K-1, Line 19 - Nondeductible Expenses
-----------------------------------------
  50% disallowed meals and entertainment                               337.
  CLUB DUES                                                       ----------
     Total                                                             337.
                                                                  ==========

CERTIFIED

                                                                Statement  1
                                                                   062
5C9010 1.000  5BN08G  1074  03/23/96  12:09:29  V5.06  99-0296018    24

| Form **7004** (Rev. June 1995)<br>Department of the Treasury<br>Internal Revenue Service | **Application for Automatic Extension of Time To File Corporation Income Tax Return** | OMB No. 1545-0233 |
|---|---|---|

| Name of corporation | Employer identification number |
|---|---|
| PHILIP ENGLISH & ASSOCIATES, INC. | 99-0296018 |

Number, street, and room or suite no. (If a P.O. box or outside the United States, see instructions.)

C/O COOPERS & LYBRAND L.L.P., 2500 PACIFIC TOWER, 1001 BISHOP STREET

City or town, state, and ZIP code

HONOLULU, HAWAII 96813-3668

Check type of return to be filed:

- [ ] Form 1120
- [ ] Form 1120-A
- [ ] Form 1120-F
- [ ] Form 1120-FSC
- [ ] Form 1120-H
- [ ] Form 1120-L
- [ ] Form 1120-ND
- [ ] Form 1120-PC
- [ ] Form 1120-POL
- [ ] Form 1120-REIT
- [ ] Form 1120-RIC
- [X] Form 1120S
- [ ] Form 1120-SF
- [ ] Form 990-C
- [ ] Form 990-T

Form 1120-F filers: Check here if you do not have an office or place of business in the United States. ▶ [ ]

**1a** I request an automatic 6-month (or, for certain foreign corporations, 3-month) extension of time until **SEPTEMBER 15**, 19 **96**, to file the income tax return of the corporation named above for ▶ [X] calendar year 19 **95** or ▶ [ ] tax year beginning _____, 19 ___, and ending _____, 19 ___.

**b** If this tax year is for less than 12 months, check reason:
[ ] Initial return  [ ] Final return  [ ] Change in accounting period  [ ] Consolidated return to be filed

**2** If this application also covers subsidiaries to be included in a consolidated return, complete the following:

| Name and address of each member of the affiliated group | Employer identification number | Tax period |
|---|---|---|
| | | |

| | | | |
|---|---|---|---|
| **3** | Tentative tax (see instructions) | **3** | |
| **4** | Credits: | | |
| **a** | Overpayment credited from prior year ... 4a | 0 | |
| **b** | Estimated tax payments for the tax year ... 4b | 0 | |
| **c** | Less refund for the tax year applied for on Form 4466 ... 4c | ( 0 ) Bal ▶ 4d | 0 |
| **e** | Credit from regulated investment companies ... 4e | | 0 |
| **f** | Credit for Federal tax on fuels ... 4f | | 0 |
| **5** | Total. Add lines 4d through 4f ... | **5** | |
| **6** | Balance due. Subtract line 5 from line 3. Deposit this amount electronically or with a Federal Tax Deposit (FTD) Coupon (see instructions) ... | **6** | |

Signature. - Under penalties of perjury, I declare that I have been authorized by the above-named corporation to make this application, and to the best of my knowledge and belief, the statements made are true, correct, and complete.

_____   CERTIFIED PUBLIC ACCOUNTANT   MAR 1 3 1996
(Signature of officer or agent)   (Title)   (Date)

For Paperwork Reduction Act Notice, see instructions.    JSA    Form 7004 (Rev. 6-95)
5S99D1 1.000

063