Case 1:00-cr-00208-KSC Document 123-14 Filed 09/20/2006 Page 1 of 22

| Form **1120S** | | U.S. Income Tax Return for an S Corporation | | | OMB No. 1545-0130 |
|---|---|---|---|---|---|

Department of the Treasury
Internal Revenue Service

▶ Do not file this form unless the corporation has timely filed
Form 2553 to elect to be an S corporation.
▶ **See separate instructions.**

**COPY**

**1996**

For calendar year 1996, or tax year beginning _____, and ending _____

| **A** Date of election as an S corporation | Use IRS label. Other- wise, please print or type. | **C** Name  PHILIP ENGLISH & ASSOCIATES, INC. | | **C** Employer identification no.  99-0296018 |
|---|---|---|---|---|
| 3/01/92 | | Number, street, and room or suite no. (If a P.O. box, see page 9 of the instructions.)  4369 AUKAI AVENUE | | **D** Date incorporated  06/01/92 |
| **B** Business code no. (see Specific Instructions)  6599 | | City or town, state, and ZIP code  HONOLULU, HI                          96816 | | **E** Total assets (see Specific Inst.)  4,434. |

**F** Check applicable boxes: **(1)** ☐ Initial return **(2)** ☐ Final return **(3)** ☐ Change in address **(4)** ☐ Amended return

**G** Check this box if this S corporation is subject to the consolidated audit procedures of sections 6241 through 6245 (see instructions before checking this box) . . ▶ ☐

**H** Enter number of shareholders in the corporation at the end of the tax year · · · · · · · · · · · · · · ▶ 1

Caution: *Include only trade or business income and expenses on lines 1a through 21. See the instructions for more information.*

| | | | | |
|---|---|---|---|---|
| **Income** | 1a | Gross receipts or sales | 19,021. | b Less returns and allowances | c Bal ▶ **1c** | 19,021. |
| | 2 | Cost of goods sold (Schedule A, line 8) . . . . . . . . . . . . . . . . . . . | **2** | |
| | 3 | Gross profit. Subtract line 2 from line 1c . . . . . . . . . . . . . . . . . . | **3** | 19,021. |
| | 4 | Net gain (loss) from Form 4797, Part II, line 20 *(attach Form 4797)* . . . . . . . | **4** | NONE |
| | 5 | Other income (loss) *(attach schedule)* . . . . . . . . . . . . . . . . . . . | **5** | |
| | 6 | **Total income (loss).** Combine lines 3 through 5 . . . . . . . . . . . . . ▶ | **6** | 19,021. |

| | | | | |
|---|---|---|---|---|
| **Deductions** (see page 10 of the instructions for limitations) | 7 | Compensation of officers . . . . . . . . . . . . . . . . . . . . . . | **7** | |
| | 8 | Salaries and wages (less employment credits) . . . . . . . . . . . . . . | **8** | |
| | 9 | Repairs and maintenance . . . . . . . . . . . . . . . . . . . . . . | **9** | |
| | 10 | Bad debts . . . . . . . . . . . . . . . . . . . . . . . . . . . | **10** | |
| | 11 | Rents . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **11** | |
| | 12 | Taxes and licenses . . . . . . . . . . . . . **See Statement 1** | **12** | 3,837. |
| | 13 | Interest . . . . . . . . . . . . . . . . . . . . . . . . . . . | **13** | |
| | 14a | Depreciation *(if required, attach Form 4562)* . . . . | **14a** | 1,494. | |
| | b | Depreciation claimed on Schedule A and elsewhere on return | **14b** | |
| | c | Subtract line 14b from line 14a . . . . . . . . . . . . . . . . . . | **14c** | 1,494. |
| | 15 | Depletion (Do not deduct oil and gas depletion.) . . . . . . . . . . . . . | **15** | |
| | 16 | Advertising . . . . . . . . . . . . . . . . . . . . . . . . . . | **16** | |
| | 17 | Pension, profit-sharing, etc., plans . . . . . . . . . . . . . . . . . . | **17** | |
| | 18 | Employee benefit programs . . . . . . . . . . . . . . . . . . . . | **18** | |
| | 19 | Other deductions *(attach schedule)* . . . . . . . . . **See Statement 1** | **19** | 72,498. |
| | 20 | **Total deductions.** Add the amounts shown in the far right column for lines 7 through 19 . ▶ | **20** | 77,829. |
| | 21 | Ordinary income (loss) from trade or business activities. Subtract line 20 from line 6 . . | **21** | (58,808.) |

| | | | | |
|---|---|---|---|---|
| **Tax and Payments** | 22a | Excess net passive income tax *(attach schedule)* . . . | **22a** | |
| | b | Tax from Schedule D (Form 1120S) . . . . . . . . | **22b** | |
| | c | Add lines 22a and 22b (see page 13 of the instructions for additional taxes) . . . . . | **22c** | |
| | 23a | Payments: a 1996 estimated tax payments and amount applied from 1995 return | **23a** | |
| | b | Tax deposited with Form 7004 . . . . . . . . . . | **23b** | |
| | c | Credit for Federal tax paid on fuels *(attach Form 4136)* | **23c** | |
| | d | Add lines 23a through 23c . . . . . . . . . . . . . . . . . . . . | **23d** | |
| | 24 | Estimated tax penalty. Check if Form 2220 is attached . . . . . . . . . ▶ ☐ | **24** | |
| | 25 | Tax due. If the total of lines 22c and 24 is larger than line 23d, enter amount owed. See page 3 of the instructions for depository method of payment . . . . . . . . . . . ▶ | **25** | |
| | 26 | Overpayment. If line 23d is larger than the total of lines 22c and 24, enter amount overpaid ▶ | **26** | |
| | 27 | Enter amount of line 26 you want: Credited to 1997 estimated tax ▶ _____ Refunded ▶ | **27** | |

DEPOSITED
RECEIVED
631

SEP 1 8 1997

INTERNAL REVENUE SERVICE
FRESNO, CA

Authentic IRS Reproduction per IRC Section 6103(p)(2)(c), this photocopy has same legal status as if it were original.

Authorized Signature *Lisa Bridges*

**Please Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Signature of officer  *Phil English* | Date  12/24/97 | Title  PRESIDENT |
|---|---|---|

**Paid Preparer's Use Only**

| Preparer's signature ▶  *Wendell K. Lee* | Date  7/19/97 | Check if self-employed ☒ | Preparer's social security no. |
|---|---|---|---|
| Firm's name (or yours if self-employed) and address ▶ | Wendell K. Lee  94-1014 Kukula Street  Waipahu, HI | EIN ▶ | ZIP code ▶ 96797 |

For Paperwork Reduction Act Notice, see page 1 of separate instructions.

**DEFENDANT'S EXHIBIT 3009**

Form **1120S** (1996)

064

JSA
IC1410 1.000

5BN08G     1074     07/16/97     08:18:48     V6.07 99-0296018                    6     DW

Form 1120S (1996)                                                                                             Page **2**

## Schedule A     Cost of Goods Sold (see page 14 of the instructions)

| | | |
|---|---|---|
| 1 | Inventory at beginning of year | **1** |
| 2 | Purchases | **2** |
| 3 | Cost of labor | **3** |
| 4 | Additional section 263A costs *(attach schedule)* | **4** |
| 5 | Other costs *(attach schedule)* | **5** |
| 6 | Total. Add lines 1 through 5 | **6** |
| 7 | Inventory at end of year | **7** |
| 8 | Cost of goods sold. Subtract line 7 from line 6. Enter here and on page 1, line 2 | **8** |

9a Check all methods used for valuing closing inventory:

   (i) ☐ Cost as described in Regulations section 1.471-3

   (ii) ☐ Lower of cost or market as described in Regulations section 1.471-4

   (iii) ☐ Other (specify method used and attach explanation) ▶ _____

b  Check if there was a writedown of "subnormal" goods as described in Regulations section 1.471-2(c) . . . . . . . . . ▶ ☐

c  Check if the LIFO inventory method was adopted this tax year for any goods *(if checked, attach Form 970)* . . . . . . . ▶ ☐

d  If the LIFO inventory method was used for this tax year, enter percentage (or amounts) of closing inventory computed under LIFO . . . . . . . . . . . . . . . . . . . . . . . **9d**

e  Do the rules of section 263A (for property produced or acquired for resale) apply to the corporation? . . . . . . ☐ Yes ☒ No

f  Was there any change in determining quantities, cost, or valuations between opening and closing inventory? . . . ☐ Yes ☐ No
  If "Yes," attach explanation.

## Schedule B     Other Information

| | | Yes | No |
|---|---|---|---|
| 1 | Check method of accounting: (a) ☒ Cash (b) ☐ Accrual (c) ☐ Other (specify) ▶ _____ | | |
| 2 | Refer to the list on page 24 of the instructions and state the corporation's principal: | | |
| | (a) Business activity ▶ Commissioned Sales  (b) Product or service ▶ SERVICE _____ | | |
| 3 | Did the corporation at the end of the tax year own, directly or indirectly, 50% or more of the voting stock of a domestic corporation? (For rules of attribution, see section 267(c).) If "Yes," attach a schedule showing: (a) name, address, and employer identification number and (b) percentage owned. | | X |
| 4 | Was the corporation a member of a controlled group subject to the provisions of section 1561? | | X |
| 5 | At any time during calendar year 1996, did the corporation have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? (See page 14 of the instructions for exceptions and filing requirements for Form TD F 90-22.1.) | | X |
| | If "Yes," enter the name of the foreign country ▶ _____ | | |
| 6 | During the tax year, did the corporation receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," see page 14 of the instructions for other forms the corporation may have to file | | X |
| 7 | Check this box if the corporation has filed or is required to file Form 8264, Application for Registration of a Tax Shelter . . . . . . . . . . . . . . . . . . . ▶ ☐ | | |
| 8 | Check this box if the corporation issued publicly offered debt instruments with original issue discount . . . . . ▶ ☐ | | |
| | If so, the corporation may have to file Form 8281, Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| 9 | If the corporation: (a) filed its election to be an S corporation after 1986, (b) was a C corporation before it elected to be an S corporation or the corporation acquired an asset with a basis determined by reference to its basis (or the basis of any other property) in the hands of a C corporation, and (c) has net unrealized built-in gain (defined in section 1374(d)(1)) in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years (see page 14 of the instructions) . . . . . ▶ _____ NONE | | |
| 10 | Check this box if the corporation had subchapter C earnings and profits at the close of the tax year (see page 15 of the instructions) . . . . . . . . . . . . . . . . . . . ▶ ☐ | | |

## Designation of Tax Matters Person (see page 15 of the instructions)

Enter below the shareholder designated as the tax matters person (TMP) for the tax year of this return:

| Name of designated TMP ▶ | PHILIP E. ENGLISH | Identifying number of TMP ▶ | |
|---|---|---|---|
| ~~Add~~ress of designated TMP ▶ | 4369 AUKAI AVENUE<br>HONOLULU, HAWAII  96816 | | |

Form 1120S (1996)                                                                                    Page 3

## Schedule K    Shareholders' Shares of Income, Credits, Deductions, etc.

| | | (a) Pro rata share items | | (b) Total amount |
|---|---|---|---|---|
| **Income (Loss)** | 1 | Ordinary income (loss) from trade or business activities (page 1, line 21) . . . . . . . . | 1 | -58,808. |
| | 2 | Net income (loss) from rental real estate activities *(attach Form 8825)* . . . . . . . . | 2 | |
| | 3a | Gross income from other rental activities . . . . . . . . . | 3a | |
| | b | Expenses from other rental activities *(attach schedule)* . . . . | 3b | |
| | c | Net income (loss) from other rental activities. Subtract line 3b from line 3a . . . . . . . | 3c | |
| | 4 | Portfolio income (loss): | | |
| | a | Interest income . . . . . . . . . . . . . . . . . . . . . . . . | 4a | |
| | b | Dividend income . . . . . . . . . . . . . . . . . . . . . . . | 4b | |
| | c | Royalty income . . . . . . . . . . . . . . . . . . . . . . . . | 4c | |
| | d | Net short-term capital gain (loss) *(attach Schedule D (From 1120S))* . . . . | 4d | |
| | e | Net long-term capital gain (loss) *(attach Schedule D (Form 1120S))* . . . . . | 4e | |
| | f | Other portfolio income (loss) *(attach schedule)* . . . . . . . . . . . . | 4f | |
| | 5 | Net gain (loss) under section 1231 (other than due to casualty or theft) *(attach Form 4797)* | 5 | -3,762. |
| | 6 | Other income (loss) *(attach schedule)* . . . . . . . . . . . . . . . . . | 6 | |
| **Deductions** | 7 | Charitable contributions *(attach schedule)* . . . . . . . . . . . . . . . | 7 | |
| | 8 | Section 179 expense deduction *(attach Form 4562)* . . . . . . . . . . . | 8 | |
| | 9 | Deductions related to portfolio income (loss) (itemize) . . . . . . . . . . | 9 | |
| | 10 | Other deductions *(attach schedule)* . . . . . . . . . . . . . . . . . | 10 | |
| **Invest-ment Interest** | 11a | Interest expense on investment debts . . . . . . . . . . . . . . . . | 11a | |
| | b (1) | Investment income included on lines 4a, 4b, 4c, and 4f above . . . . . . . | 11b(1) | |
| | (2) | Investment expenses included on line 9 above . . . . . . . . . . . | 11b(2) | |
| **Credits** | 12a | Credit for alcohol used as a fuel *(attach Form 6478)* . . . . . . . . . . | 12a | |
| | b | Low-income housing credit: | | |
| | (1) | From partnerships to which section 42(j)(5) applies for property placed in service before 1990 | 12b(1) | |
| | (2) | Other than on line 12b(1) for property placed in service before 1990 . . | 12b(2) | |
| | (3) | From partnerships to which section 42(j)(5) applies for property placed in service after 1989 | 12b(3) | |
| | (4) | Other than on line 12b(3) for property placed in service after 1989 . . . | 12b(4) | |
| | c | Qualified rehabilitation expenditures related to rental real estate activities *(attach Form 3468)* | 12c | |
| | d | Credits (other than credits shown on lines 12b and 12c) related to rental real estate activities . . . | 12d | |
| | e | Credits related to other rental activities . . . . . . . . . . . . . . . | 12e | |
| | 13 | Other credits . . . . . . . . . . . . . . . . . . . . . . . . . . | 13 | |
| **Adjustments and Tax Preference Items** | 14a | Depreciation adjustment on property placed in service after 1986 . . . . . . | 14a | -366. |
| | b | Adjusted gain or loss . . . . . . . . . . . . . . . . . . . . . . | 14b | NONE |
| | c | Depletion (other than oil and gas) . . . . . . . . . . . . . . . . . | 14c | |
| | d (1) | Gross income from oil, gas, or geothermal properties . . . . . . . . . | 14d(1) | |
| | (2) | Deductions allocable to oil, gas, or geothermal properties . . . . . . . | 14d(2) | |
| | e | Other adjustments and tax preference items *(attach schedule)* . . . . . . | 14e | |
| **Foreign Taxes** | 15a | Type of income ▶ _____ | | |
| | b | Name of foreign country or U.S. possession ▶ _____ | | |
| | c | Total gross income from sources outside the United States *(attach schedule)* . . . . . . | 15c | |
| | d | Total applicable deductions and losses *(attach schedule)* . . . . . . . | 15d | |
| | e | Total foreign taxes (check one): ▶ ☐ Paid ☐ Accrued . . . . | 15e | |
| | f | Reduction in taxes available for credit *(attach schedule)* . . . . . . . | 15f | |
| | g | Other foreign tax information *(attach schedule)* . . . . . . . . . . . | 15g | |
| **Other** | 16 | Section 59(e)(2) expenditures: a Type ▶ _____ | | |
| | b | Amount . . . . . . . . . . . . . . . . . . . . . . . . . . . | 16b | |
| | 17 | Tax-exempt interest income . . . . . . . . . . . . . . . . . . . | 17 | |
| | 18 | Other tax-exempt income . . . . . . . . . . . . . . . . . . . . | 18 | |
| | 19 | Nondeductible expenses . . . . . . . . . . . . . . . . . Stmt. 2 | 19 | 806. |
| | 20 | Total property distributions (including cash) other than dividends reported on line 22 below . . . . | 20 | |
| | 21 | Other items and amounts required to be reported separately to shareholders *(attach schedule)* | | |
| | 22 | Total dividend distributions paid from accumulated earnings and profits . . . . | 22 | |
| | 23 | Income (loss). (Required only if Schedule M-1 must be completed.) Combine lines 1 through 6 in column (b). From the result, subtract the sum of lines 7 through 11a, 15e, and 16b ▶ | 23 | -62,570. |

ISA

IC1430 1.000

Form 1120S (1996)

Page 4

## Schedule L    Balance Sheets per Books

| Assets | | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | (a) | (b) | | (c) | (d) |
| 1 Cash . . . . . . . . . . . | Stmt 3 | 602. | | | 65. |
| 2 Trade notes and accounts receivable | | | | | |
| a Less allowance for bad debts | | | | | |
| 3 Inventories . . . . . . . . . | | | | | |
| 4 U.S. Government obligations . . . | | | | | |
| 5 Tax-exempt securities . . . . . | | | | | |
| 6 Other current assets (attach schedule) | Stmt 3 | NONE | | | 300. |
| 7 Loans to shareholders . . . . . | Stmt 3 | 5,921. | | | NONE |
| 8 Mortgage and real estate loans . . | | | | | |
| 9 Other investments (attach schedule) | | | | | |
| 10a Buildings and other depreciable assets | 54,375. | | | 5,096. | |
| b Less accumulated depreciation | 49,495. | 4,880. | | 1,584. | 3,512. |
| 11a Depletable assets . . . . . . . | | | | | |
| b Less accumulated depletion | | | | | |
| 12 Land (net of any amortization) . . . | | | | | |
| 13a Intangible assets (amortizable only) | | | | 557. | |
| b Less accumulated amortization . . | | | | | 557. |
| 14 Other assets (attach schedule) . . | | | | | |
| 15 Total assets . . . . . . . . . | | 11,403. | | | 4,434. |
| **Liabilities and Shareholders' Equity** | | | | | |
| 16 Accounts payable . . . . . . . | Stmt 3 | 3,382. | | | 17,760. |
| 17 Mortgages, notes, bonds payable in less than 1 year | | | | | |
| 18 Other current liabilities (attach schedule) | | | | | |
| 19 Loans from shareholders . . . . | Stmt 3 | | | | 42,043. |
| 20 Mortgages, notes, bonds payable in 1 year or more | | | | | |
| 21 Other liabilities (attach schedule) . | | | | | |
| 22 Capital stock . . . . . . . . | Stmt 3 | 1,000. | | | 1,000. |
| 23 Paid-in or capital surplus . . . . | | | | | |
| 24 Retained earnings . . . . . . | Stmt 4 | 7,021. | | | -56,369. |
| 25 Less cost of treasury stock . . . | | ( ) | | | ( ) |
| 26 Total liabilities and shareholders' equity | | 11,403. | | | 4,434. |

## Schedule M-1    Reconciliation of Income (Loss) per Books With Income (Loss) per Return  (You are not required to complete this schedule if the total assets on line 15, column (d), of Schedule L are less than $25,000.)

| | | | | |
|---|---|---|---|---|
| 1 Net income (loss) per books . . . . . . | -63,390. | 5 Income recorded on books this year not included on Schedule K, lines 1 through 6 (itemize): | | |
| 2 Income included on Schedule K, lines 1 through 6, not recorded on books this year (itemize): _____ See Statement 5 | 14. | a Tax-exempt interest _____ _____ | | |
| 3 Expenses recorded on books this year not included on Schedule K, lines 1 through 11a, 15e, and 16b (itemize): | | 6 Deductions included on Schedule K, lines 1 through 11a, 15e, and 16b, not charged against book income this year (itemize): | | |
| a Depreciation _____ | | a Depreciation _____ | | |
| b Travel and entertainment _____ | 806. | _____ | | |
| _____ | | 7 Add lines 5 and 6 . . . . . . | | |
| 4 Add lines 1 through 3 . . . . . . | -62,570. | 8 Income (loss) (Schedule K, line 23). Line 4 less line 7 | | -62,570. |

## Schedule M-2    Analysis of Accumulated Adjustments Account, Other Adjustments Account, and Shareholders' Undistributed Taxable Income Previously Taxed (see page 22 of the instructions)

| | (a) Accumulated adjustments account | (b) Other adjustments account | (c) Shareholders' undistributed taxable income previously taxed |
|---|---|---|---|
| 1 Balance at beginning of tax year . . . . . . . . | 7,019. | | |
| 2 Ordinary income from page 1, line 21 . . . . . . | | | |
| 3 Other additions . . . . . . . . . . . | | | |
| 4 Loss from page 1, line 21 . . . . . . . . . | ( 58,808 ) | | |
| 5 Other reductions . . . . See Statement 5. | ( 4,568 ) | ( ) | |
| 6 Combine lines 1 through 5 . . . . . . . . | -56,357. | | |
| 7 Distributions other than dividend distributions . . . | | | |
| 8 Balance at end of tax year. Subtract line 7 from line 6 . . . . | -56,357. | | |

BC1440 1.000

5BN08G    1074    07/16/97    08:18:48    V6 07 99-0296018

Form **4562**

**...preciation and Amortiza...n**
(Including Information on Listed Property)

OMB No. 1545-0172

**1996**
Attachment
Sequence No. 67

Department of the Treasury
Internal Revenue Service (99)          ▶ See separate instructions.          ▶ Attach this form to your return.

Name(s) as shown on return

PHILIP ENGLISH & ASSOCIATES, INC.

usiness or activity to which this form relates

Identifying number

99-0296018

General Depreciation and Amortization

**Part I    Election To Expense Certain Tangible Property (Section 179)** (Note: *If you have any "listed property,"* complete Part V before you complete Part I.)

| | | |
|---|---|---|
| 1 Maximum dollar limitation. If an enterprise zone business, see page 1 of the instructions | 1 | |
| 2 Total cost of section 179 property placed in service. See page 2 of the instructions | 2 | |
| 3 Threshold cost of section 179 property before reduction in limitation | 3 | |
| 4 Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | |
| 5 Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see page 2 of the instructions | 5 | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| 7 Listed property. Enter amount from line 27 | 7 | | |
| 8 Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | | 8 | |
| 9 Tentative deduction. Enter the smaller of line 5 or line 8 | | 9 | |
| 10 Carryover of disallowed deduction from 1995. See page 2 of the instructions | | 10 | |
| 11 Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instructions) | | 11 | 17,500. |
| 12 Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | | 12 | |
| 13 Carryover of disallowed deduction to 1997. Add lines 9 and 10, less line 12 ▶ | 13 | | |

Note: *Do not use Part II or Part III below for listed property (automobiles, certain other vehicles, cellular telephones, certain computers, or property used for entertainment, recreation, or amusement). Instead, use Part V for listed property.*

**Part II    MACRS Depreciation For Assets Placed in Service ONLY During Your 1996 Tax Year (Do Not Include Listed Property.)**

**Section A - General Asset Account Election**

If you are making the election under section 168(i)(4) to group any assets placed in service during the tax year into one or more general asset accounts, check this box. See page 2 of the instructions ▶ ☐

**Section B - General Depreciation System (GDS) (See page 3 of the instructions.)**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only - see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 15a  3-year property | | 557. | 3.000 | HY | SL | 108. |
| b  5-year property | | 3,901. | 5.000 | HY | SL | 390. |
| c  7-year property | | | | | | |
| d  10-year property | | | | | | |
| e  15-year property | | | | | | |
| f  20-year property | | | | | | |
| g  25-year property | | | 25 yrs. | | S/L | |
| h  Residential rental | | | 27.5 yrs. | MM | S/L | |
| property | | | 27.5 yrs. | MM | S/L | |
| i  Nonresidential real | | | 39 yrs. | MM | S/L | |
| property | | | | MM | S/L | |

**Section C - Alternative Depreciation System (ADS) (See page 4 of the instructions.)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 16a  Class life | | | | | S/L | |
| b  12-year | | | 12 yrs. | | S/L | |
| c  40-year | | | 40 yrs. | MM | S/L | |

**Part III    Other Depreciation (Do Not Include Listed Property.)** (See page 4 of the instructions.)

| | | |
|---|---|---|
| 17 GDS and ADS deductions for assets placed in service in tax years beginning before 1996 | 17 | 996. |
| 18 Property subject to section 168(f)(1) election | 18 | |
| 19 ACRS and other depreciation | 19 | |

**Part IV    Summary** (See page 4 of the instructions.)

| | | |
|---|---|---|
| Listed property. Enter amount from line 26 | 20 | |
| 21 Total. Add deductions on line 12, lines 15 and 16 in column (g), and lines 17 through 20. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instructions | 21 | 1,494. |
| 22 For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 22 | |

JSA    For Paperwork Reduction Act Notice, see page 1 of the separate instructions.    Form **4562** (1996)

6X2300 5.000    5BN08G    1074    07/16/97    08:18:48    V6.07    99-0296018

068

Form 4562 (1996)                                                                                                      Page 2

## Part V  Listed Property - Automobiles, Certain Other Vehicles, Cellular Telephones, Certain Computers, and Property Used for Entertainment, Recreation, or Amusement

Note: *For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete only 23a, 23b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.*

### Section A - Depreciation and Other Information (Caution: *See page 5 of the instructions for limitations for automobiles.*)

| a Do you have evidence to support the business/investment use claimed? | | | | Yes | | No | 23b | If "Yes," is the evidence written? | | Yes | | No |

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| **24  Property used more than 50% in a qualified business use (See page 5 of the instructions.):** | | | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| **25  Property used 50% or less in a qualified business use (See page 5 of the instructions.):** | | | | | | | | |
| | | % | | | | S/L - | | |
| | | % | | | | S/L - | | |
| | | % | | | | S/L - | | |

| 26  Add amounts in column (h). Enter the total here and on line 20, page 1 . . . See Detail . . . . . . . . . | 26 | |
| 27  Add amounts in column (i). Enter the total here and on line 7, page 1 . . . . . . . . . . . . . . . . . . . | 27 | |

### Section B - Information on Use of Vehicles

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person.

If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 28  Total business/investment miles driven during the year (DO NOT include commuting miles) . . . . | | | | | | | | | | | | |
| 29  Total commuting miles driven during the year | | | | | | | | | | | | |
| 30  Total other personal (noncommuting) miles driven . . . . . . . . . . . . . . . | | | | | | | | | | | | |
| 31  Total miles driven during the year. Add lines 28 through 30 . . . . . . . . . | | | | | | | | | | | | |
| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 32  Was the vehicle available for personal use during off-duty hours? . . . . . . . . . | | | | | | | | | | | | |
| 33  Was the vehicle used primarily by a more than 5% owner or related person? . . . . | | | | | | | | | | | | |
| 34  Is another vehicle available for personal use? . . . . . . . . . . . . . . . . . . | | | | | | | | | | | | |

### Section C - Questions for Employers Who Provide Vehicles for Use by Their Employees

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who are not more than 5% owners or related persons.

| | Yes | No |
|---|---|---|
| 35  Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| 36  Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See page 6 of the instructions for vehicles used by corporate officers, directors, or 1% or more owners | | |
| 37  Do you treat all use of vehicles by employees as personal use? . . . . . . . . . . . . . . . . | | |
| 38  Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? . . . . . . . . . . . . . . . . . | | |
| 39  Do you meet the requirements concerning qualified automobile demonstration use? See page 6 of the instructions . . . . . . . . . . | | |

Note: *If your answer to 35, 36, 37, 38, or 39 is "Yes," you need not complete Section B for the covered vehicles.*

## Part VI  Amortization

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| **40  Amortization of costs that begins during your 1996 tax year:** | | | | | |
| | | | | | |
| | | | | | |
| 41  Amortization of costs that began before 1996 . . . . . . . . . . . . . . . . . | | | | 41 | |
| 42  Total. Enter here and on "Other Deductions" or "Other Expenses" line of your return . . . . . . . . . . . | | | | 42 | |

| Form **4797** | **Sales of Business Property** (Also ... voluntary Conversions and Recapture Amounts Under Sections 179 and 280F(b)(2)) | OMB No. 1545-0184 |
|---|---|---|

Department of the Treasury
Internal Revenue Service (99)

▶ Attach to your tax return.    ▶ See separate instructions.

**1996**

Attachment Sequence No. **27**

Name(s) shown on return

HILIP ENGLISH & ASSOCIATES, INC.

Identifying number

99-0296018

**1** Enter here the gross proceeds from the sale or exchange of real estate reported to you for 1996 on Form(s) 1099-S (or a substitute statement) that you will be including on line 2, 11, or 22 · · · · · · · · · · · · · · · · · · · · · **1**

## Part I  Sales or Exchanges of Property Used in a Trade or Business and Involuntary Conversions From Other Than Casualty or Theft - Property Held More Than 1 Year

| (a) Description of property | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) | (d) Gross sales price | (e) Depreciation allowed or allowable since acquisition | (f) Cost or other basis, plus improvements and expense of sale | (g) LOSS If (f) is more than (d) plus (e), subtract the sum of (d) and (e) from (f). | (h) GAIN If (d) plus (e) is more than (f), subtract (f) from the sum of (d) and (e) |
|---|---|---|---|---|---|---|---|
| **2** Stmt 6 | | | | | | 3,762. | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**3** Gain, if any, from Form 4684, line 39 · · · · · · · · · · · · · · · · · · · · · **3**

**4** Section 1231 gain from installment sales from Form 6252, line 26 or 37 · · · · · · **4**

**5** Section 1231 gain or (loss) from like-kind exchanges from Form 8824 · · · · · · **5**

**6** Gain, if any, from line 34, from other than casualty or theft · · · · · · · · · · **6**

**7** Add lines 2 through 6 in columns (g) and (h) · · · · · · · · · · · · · · · **7** ( 3,762. )

**8** Combine columns (g) and (h) of line 7. Enter gain or (loss) here and on the appropriate line as follows: · · **8**   -3,762.

Partnerships - Enter the gain or (loss) on Form 1065, Schedule K, line 6. Skip lines 9, 10, 12, and 13 below.

S corporations - Report the gain or (loss) following the instructions for Form 1120S, Schedule K, lines 5 and 6. Skip lines 9, 10, 12, and 13 below, unless line 8 is a gain and the S corporation is subject to the capital gains tax.

All others - If line 8 is zero or a loss, enter the amount on line 12 below and skip lines 9 and 10. If line 8 is a gain and you did not have any prior year section 1231 losses, or they were recaptured in an earlier year, enter the gain as a long-term capital gain on Schedule D and skip lines 9, 10, and 13 below.

**9** Nonrecaptured net section 1231 losses from prior years (see instructions) · · · · · · · · · · **9**

**10** Subtract line 9 from line 8. If zero or less, enter -0-. Also enter on the appropriate line as follows (see instructions): · · **10**

S corporations - Enter this amount on Schedule D (Form 1120S), line 13, and skip lines 12 and 13 below.

All others - If line 10 is zero, enter the amount from line 8 on line 13 below. If line 10 is more than zero, enter the amount from line 9 on line 13 below, and enter the amount from line 10 as a long-term capital gain on Schedule D.

## Part II  Ordinary Gains and Losses

**11** Ordinary gains and losses not included on lines 12 through 18 (include property held 1 year or less):

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**12** Loss, if any, from line 8 · · · · · · · · · · · · · · · · · · · · · · · · **12**

**13** Gain, if any, from line 8, or amount from line 9 if applicable · · · · · · · · · · **13**

**14** Gain, if any, from line 33 · · · · · · · · · · · · · · · · · · · · · · · **14**

**15** Net gain or (loss) from Form 4684, lines 31 and 38a · · · · · · · · · · · · · **15**

**16** Ordinary gain from installment sales from Form 6252, line 25 or 36 · · · · · · · · **16**

**17** Ordinary gain or (loss) from like-kind exchanges from Form 8824 · · · · · · · · · **17**

**18** Recapture of section 179 expense deduction for partners and S corporation shareholders from property dispositions by partnerships and S corporations (see instructions) · · · · · **18**

**19** Add lines 11 through 18 in columns (g) and (h) · · · · · · · · · · · · · · · **19** ( )

**20** Combine columns (g) and (h) of line 19. Enter the gain or (loss) here and on the appropriate line as follows: · · **20**

**a** For all except individual returns: Enter the gain or (loss) from line 20 on the return being filed.

**b** For individual returns:

(1) If the loss on line 12 includes a loss from Form 4684, line 35, column (b)(ii), enter that part of the loss here and on line 22 of Schedule A (Form 1040). Identify as from "Form 4797, line 20b(1)." See instructions · · · · · · · **20b(1)**

(2) Redetermine the gain or (loss) on line 20, excluding the loss, if any, on line 20b(1). Enter here and on Form 1040, line 14 · · · · **20b(2)**

For Paperwork Reduction Act Notice, see page 1 of separate instructions.

Form **4797** (1996)

JSA
6X2610 1.000

5BNO8G    1074    07/16/97    08:18:48    V6.07  99-0296018                         070   12

Form 4797 (1996)                                                                                                    Page **2**

## Part III    Gain From Disposition of Property Under Sections 1245, 1250, 1252, 1254, and 1255

| 21 | (a) Description of section 1245, 1250, 1252, 1254, or 1255 property: | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) |
|---|---|---|---|
| A | | | |
| B | | | |
| C | | | |
| D | | | |

| Relate lines 21A through 21D to these columns ▶ | | Property A | Property B | Property C | Property D |
|---|---|---|---|---|---|
| 22 | Gross sales price (Note: *See line 1 before completing.*) | 22 | | | | |
| 23 | Cost or other basis plus expense of sale . . . . . | 23 | | | | |
| 24 | Depreciation (or depletion) allowed or allowable . . | 24 | | | | |
| 25 | Adjusted basis. Subtract line 24 from line 23 . . . | 25 | | | | |
| 26 | Total gain. Subtract line 25 from line 22 . . . . . . | 26 | | | | |
| 27 | If section 1245 property: | | | | | |
| a | Depreciation allowed or allowable from line 24 . . | 27a | | | | |
| b | Enter the smaller of line 26 or 27a . . . . . . | 27b | | | | |
| 28 | If section 1250 property: If straight line depreciation was used, enter -0- on line 28g, except for a corporation subject to section 291. | | | | | |
| a | Additional depreciation after 1975 (see instructions) | 28a | | | | |
| b | Applicable percentage multiplied by the smaller of line 26 or line 28a (see instructions) | 28b | | | | |
| c | Subtract line 28a from line 26. If residential rental property or line 26 is not more than 28a, skip lines 28d and 28e | 28c | | | | |
| d | Additional depreciation after 1969 and before 1976 | 28d | | | | |
| e | Enter the smaller of line 28c or 28d . . . . . . | 28e | | | | |
| f | Section 291 amount (corporations only) . . . . . | 28f | | | | |
| g | Add lines 28b, 28e, and 28f . . . . . . . . . . | 28g | | | | |
| 29 | If section 1252 property: Skip this section if you did not dispose of farmland or if this form is being completed for a partnership. | | | | | |
| a | Soil, water, and land clearing expenses . . . . | 29a | | | | |
| b | Line 29a multiplied by applicable percentage (see instructions) | 29b | | | | |
| c | Enter the smaller of line 26 or 29b . . . . . . . | 29c | | | | |
| 30 | If section 1254 property: | | | | | |
| a | Intangible drilling and development costs, expenditures for development of mines and other natural deposits, and mining exploration costs (see instructions) . . . . . | 30a | | | | |
| b | Enter the smaller of line 26 or 30a . . . . . . . | 30b | | | | |
| 31 | If section 1255 property: | | | | | |
| a | Applicable percentage of payments excluded from income under section 126 (see instructions) . . . | 31a | | | | |
| b | Enter the smaller of line 26 or 31a (see instructions) | 31b | | | | |

**Summary of Part III Gains. Complete property columns A through D through line 31b before going to line 32.**

| 32 | Total gains for all properties. Add columns A through D, line 26 . . . . . . . . . . . . . . . . . . . . . . . | 32 | |
|---|---|---|---|
| 33 | Add property columns A through D, lines 27b, 28g, 29c, 30b, and 31b. Enter here and on line 14 . . . . . . . . . | 33 | |
| 34 | Subtract line 33 from line 32. Enter the portion from casualty or theft on Form 4684, line 33. Enter the portion from other than casualty or theft on Form 4797, line 6 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 34 | |

## Part IV    Recapture Amounts Under Sections 179 and 280F(b)(2) When Business Use Drops to 50% or Less
See instructions.

| | | | (a) Section 179 | (b) Section 280F(b)(2) |
|---|---|---|---|---|
| | Section 179 expense deduction or depreciation allowable in prior years . . . . . . . . . | 35 | | |
| 36 | Recomputed depreciation. See instructions . . . . . . . . . . . . . . . . . . . | 36 | | |
| 37 | Recapture amount. Subtract line 36 from line 35. See the instructions for where to report . . . | 37 | | |

JSA

6X2620 1.000    5BN08G    1074    07/16/97    08:18:48    V6.07    99-0296018

071

# Depreciation

PHILIP ENGLISH ASSOCIATES, INC.

99-0296018

TAX YEAR 1996

**Description of Property**

General Depreciation and Amortization

| Asset Description | Date placed in service | Unadjusted Cost or basis | Bus. % | 179 exp. reduc. in basis | ITC reduction in basis | Basis for depreciation | Salvage value | Accumulated depreciation | Method | Convention | Life | ACRS class | MACRS class | Current yr 179 expense | Current-year depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| * OFFICE FURNITURE | 01/01/92 | 2,743. | 100. | | | 2,743. | | 1,273. | 150DB | HY | | | 7 | | 168. |
| * COMPUTER ACCESSORIES | 10/11/92 | 2,827. | 100. | | | 2,827. | | 1,697. | 150DB | HY | | | 5 | | 235. |
| * FURNITURE | 06/30/92 | 2,401. | 100. | | | 2,401. | | 1,457. | 150DB | HY | | | 7 | | 147. |
| * PHOTOCOPIER | 12/31/91 | 1,935. | 100. | | | 1,935. | | 1,935. | 150DB | HY | | | 5 | | |
| * OFFICE FURNITURE | 12/31/91 | 5,043. | 100. | | | 5,043. | | 5,043. | 150DB | HY | | | 7 | | |
| * PHOTOCOPIER | 06/30/88 | 2,469. | 100. | | | 2,469. | | 2,469. | 200DB | HY | | | 5 | | 214. |
| * TELEPHONE | 08/01/91 | 1,025. | 100. | | | 1,025. | | 1,025. | 150DB | HY | | | 5 | | |
| * FURNITURE | 11/01/91 | 3,494. | 100. | | | 3,494. | | 2,736. | 150DB | HY | | | 7 | | |
| * COMPUTER | 01/01/93 | 3,649. | 100. | 3,649. | | | | | DDB | N/A | 5.000 | | | | |
| * COMPUTER SOFTWARE | 08/25/94 | 174. | 100. | | | 174. | | 70. | 150DB | HY | | | 5 | | 16. |
| * COMPUTER SOFTWARE | 11/13/94 | 268. | 100. | | | 268. | | 108. | 150DB | HY | | | 5 | | 24. |
| * COMPUTER ACCESSORIES | 12/30/94 | 406. | 100. | | | 406. | | 165. | 150DB | HY | | | 5 | | 36. |
| * FURNITURE & EQUIP | 06/01/95 | 638. | 100. | | | 638. | | 91. | 200DB | HY | | | 7 | | 156. |
| Laptop Computer | 06/15/96 | 3,901. | 100. | | | 3,901. | | | SL | HY | 5.000 | | | | 390. |
| Software | 06/15/96 | 557. | 100. | | | 557. | | | SL | N/A | 3.000 | | | | 108. |
| Less: Retired Assets . . . . . . . . . . . | | -26,434. | | -3,649. | | -22,785. | | -17,378. | | | | | | | |
| TOTALS . . . . . . . . . . . . . . . . | | 5,096. | | | | 5,096. | | 91. | | | | | | | 1,494. |

* Asset Retired

JSA

9X9027 1.000

PHILIP ENGLISH ‘ SOCIATES, INC.

99-0296018

## Depreciation

**TAX YEAR 1996**
Description of Property
4562 LISTED PROPERTY DETAIL - PROPERTY USED > 50%

| Asset Description | Date placed in service | Unadjusted Cost or basis | Bus. % | 179 exp. reduc. in basis | ITC reduction in basis | Basis for depreciation | Salvage value | Accumulated depreciation | Method | Convention | Life | ACRS class | MACRS class | Current -yr 179 expense | Current-year depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| * COMPUTER | 12/31/91 | 2,121. | 100. | | | 2,121. | | 1,095. | 150DB | HY | 5 | | 5 | | 80. |
| * COMPUTER - EPSON | 01/12/91 | 1,250. | 100. | | | 1,250. | | 839. | 150DB | HY | 5 | | 5 | | 52. |
| * COMPUTER - NEC | 03/05/91 | 2,695. | 100. | | | 2,695. | | 1,810. | 150DB | HY | 5 | | 5 | | 112. |
| * COMPUTER - MAC | 05/20/91 | 2,818. | 100. | | | 2,818. | | 1,892. | 150DB | HY | 5 | | 5 | | 117. |
| * COMPUTER - NEC LAP | 05/20/91 | 2,005. | 100. | | | 2,005. | | 1,347. | 150DB | HY | 5 | | 5 | | 84. |
| * COMPUTER - NEC | 11/01/91 | 2,265. | 100. | | | 2,265. | | 1,521. | 150DB | HY | 5 | | 5 | | 94. |
| * COMPUTER ACCESSORIES | 06/01/91 | 2,218. | 100. | | | 2,218. | | 1,491. | 150DB | HY | 5 | | 5 | | 92. |
| * COMPUTER SOFTWARE | 09/01/91 | 1,714. | 100. | | | 1,714. | | 1,152. | 150DB | HY | 5 | | 5 | | 71. |
| * COMPUTER | 10/08/92 | 10,217. | 100. | | | 10,217. | | 8,174. | 150DB | HY | 5 | | 5 | | 85. |
| Less: Retired Assets . . . . . . . . . . . . | | | | | | | | | | | | | | | |
| TOTALS . . . . . . . . . . . . . . . | | -27,303. | | | | -27,303. | | -19,311. | | | | | | | 1,561. |

* Asset Retired

JSA

PHILIP ENGLISH & ~SOCIATES, INC.

99-0296018

# Alternative Minimum Tax Depreciation

TAX YEAR 1996

Description of Property

General Depreciation and Amortization

| Asset description | Date Placed in Service | AMT Basis for depreciation | AMT accumulated depreciation | AMT method | AMT convention | AMT life | AMT depreciation deduction | Regular depreciation deduction | Post-86 depreciation adjustment | Leased pers. prop. preference | Real property preference |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ** OFFICE FURNITURE | 01/01/92 | 2,743. | 1,273. | 150DB | HY | 7.000 | 169. | 169. | | | |
| ** COMPUTER ACCESSORIES | 10/11/92 | 2,827. | 1,697. | 150DB | HY | 5.000 | 235. | 235. | | | |
| ** FURNITURE | 08/30/92 | 2,401. | 1,114. | 150DB | HY | 7.000 | 147. | 147. | | | |
| ** PHOTOCOPIER | 12/31/91 | 1,935. | 989. | 150DB | HY | 5.000 | 81. | | -81. | | |
| ** OFFICE FURNITURE | 12/31/91 | 5,043. | 1,994. | 150DB | HY | 7.000 | 309. | | -309. | | |
| ** PHOTOCOPIER | 06/30/88 | 2,469. | 521. | 150DB | HY | 6.000 | | | | | |
| ** TELEPHONE | 08/01/91 | 1,025. | 492. | 150DB | HY | 5.000 | 43. | 43. | -43. | | |
| ** FURNITURE | 11/01/91 | 3,494. | 1,381. | 150DB | HY | 7.000 | 214. | 214. | | | |
| ** COMPUTER | 12/31/91 | 2,121. | 1,085. | 150DB | HY | 5.000 | 88. | 88. | | | |
| ** COMPUTER – EPSON | 01/12/91 | 1,250. | 639. | 150DB | HY | 5.000 | 52. | 52. | | | |
| ** COMPUTER – NEC | 03/05/91 | 2,695. | 1,379. | 150DB | HY | 5.000 | 112. | 112. | | | |
| ** COMPUTER – MAC | 05/20/91 | 2,818. | 1,441. | 150DB | HY | 5.000 | 117. | 117. | | | |
| ** COMPUTER – NEC LAP | 05/20/91 | 2,005. | 1,026. | 150DB | HY | 5.000 | 84. | 84. | | | |
| ** COMPUTER – NEC | 11/01/91 | 2,265. | 1,158. | 150DB | HY | 5.000 | 94. | 94. | | | |
| ** COMPUTER ACCESSORIES | 06/01/91 | 2,218. | 1,136. | 150DB | HY | 5.000 | 92. | 92. | | | |
| ** COMPUTER SOFTWARE | 09/01/91 | 1,714. | 878. | 150DB | HY | 5.000 | 71. | 71. | | | |
| ** COMPUTER | 10/08/92 | 10,217. | 6,131. | 150DB | HY | 5.000 | 851. | 851. | | | |
| ** COMPUTER SOFTWARE | 08/25/94 | 174. | 70. | 150DB | HY | 5.000 | 16. | 16. | | | |
| ** COMPUTER SOFTWARE | 11/13/94 | 288. | 108. | 150DB | HY | 5.000 | 24. | 24. | | | |
| ** COMPUTER ACCESSORIES | 12/30/94 | 406. | 165. | 150DB | HY | 5.000 | 36. | 36. | | | |
| ** FURNITURE & EQUIP | 06/01/95 | 638. | 48. | 150DB | HY | 10.000 | 89. | 156. | 67. | | |
| ** Laptop Computer | 06/15/96 | 3,901. | | SL | HY | 5.000 | 390. | 390. | | | |
| ** Software | 06/15/96 | 557. | | SL | N/A | | | | | | |
| Less: Retired Assets . . . . . . : | | -50,088. | -24,677. | | | | | | | | |
| **TOTALS** . . . . . . : | | 5,096. | 48. | | | | 3,313. | 2,947. | -366. | | |
| Assets Retired | | | | | | | | | | | |

JSA
0X8034 2.000

PHILIP ENGLISH & ASSOCIA___, INC.                    99-0296018

Form 1120S, Page 1 Detail
==============================================================================

## Line 12 - Taxes
----------------

    Taxes and licenses excluding income taxes
    ---------------------------------------------
    TAXES                                                          3,837.
                                                        ---------------
      Total                                                        3,837.
                                                        ===============

## Line 19 - Other Deductions
------------------------

    Travel, meals, and entertainment                         14,057.
    AUTOMOBILE Lease                                          5,179.
    RENTAL EQUIPMENT                                          1,162.
    Miscellaneous                                            1,785.
    Office Supplies                                            944.
    PROFESSIONAL FEES                                         1,602.
    SERVICE CHARGES                                            103.
    TELEPHONE                                                3,718.
    Repairs                                                    836.
    Product Expense                                          38,569.
    Auto Expneses                                            1,409.
    Cleaning                                                   750.
    Training                                                   422.
    Postage                                                    451.
    Promotion                                                  193.
    Insurance                                                1,318.
                                                        ---------------
      Total                                                       72,498.
                                                        ===============

PHILIP ENGLISH & ASSOCI    ), INC.                                99-0296018


Form 1120S, Page 3 Detail
==================================================================================


Sch K, Line 19 - Nondeductible Expenses
-------------------------------------------
    50% disallowed meals and entertainment                              806.

                                                                 ----------------
        Total                                                           806.
                                                                 ================

5BNO8G   1074   07/16/97

PHILIP ENGLISH & ASSOCIA    3, INC.                           99-0296018

Form 1120S, Page 4 Detail - Sch L
==============================================================================

|                                 | Beginning | Ending  |
|---------------------------------|-----------|---------|
| **Line 1 - Cash**               |           |         |
| CASH                            | 602.      | 67.     |
| Total                           | 602.      | 67.     |
|                                 |           |         |
| **Line 6 - Other Current Assets** |         |         |
| Advance from Affiliate          | NONE      | 300.    |
| Total                           | NONE      | 300.    |
|                                 |           |         |
| **Line 7 - Loans to Shareholders** |        |         |
| LOAN FROM SHAREHOLDER           | 5,921.    | NONE    |
| Total                           | 5,921.    | NONE    |
|                                 |           |         |
| **Line 16 - Accounts Payable**  |           |         |
| ACCOUNTS PAYABLE                | 3,382.    | 17,760. |
| Total                           | 3,382.    | 17,760. |
|                                 |           |         |
| **Line 19 - Loans from Shareholders** |      |         |
| Loan from Shareholder           |           | 42,043. |
| Total                           |           | 42,043. |
|                                 |           |         |
| **Line 22 - Capital Stock**     |           |         |
| CAPITAL STOCK                   | 1,000.    | 1,000.  |
| Total                           | 1,000.    | 1,000.  |

Statement  3

PHILIP ENGLISH & ASSOCIATES, INC.                              99-0296018

Form 1120S, Page 4 Detail - Sch L
==================================================================================

|  | Beginning | Ending |
|---|---|---|
| **Line 24 - Retained Earnings** | | |
| RETAINED EARNINGS | 7,021. | -51,098. |
| Total | 7,021. | -51,098. |

PHILIP ENGLISH & ASSOC ... .ES, INC.

99-0296018

Form 1120S, Page 4 Detail
=========================================================================

Sch M-1, Line 2 - Taxable Income not Recorded on Books
-------------------------------------------------------
  Gain/loss on disposition of assets                                    14.
                                                          ---------------
      Total                                                             14.
                                                          ===============

Sch M-2, Line 5 - Other Reductions - AAA
-------------------------------------------------------
  Net section 1231 loss                                              3,762.
  50% disallowed travel and entertainment                              806.
                                                          ---------------
      Total                                                          4,568.
                                                          ===============

079

PHILIP ENGLISH & ASSOCIATES, INC.                          99-0296018

Form 4797, Page 1 Detail Part I

| (A) Description of Property | (B) Date Acquired | (C) Date Sold | (D) Gross Sales Price | (E) Deprec. Allowed | (F) Cost or Other Basis Plus Improv and Sale Expense | (G) Loss | (H) Gain |
|---|---|---|---|---|---|---|---|
| Office Furniture | 01/01/92 | 06/15/96 | NONE | 1,441. | 2,743. | 1,302. | |
| Computer Accessories | 10/11/92 | 06/15/96 | | 1,932. | 2,827. | 895. | |
| Furniture | 06/30/92 | 06/15/96 | | 1,604. | 2,401. | 797. | |
| Computer Software | 08/25/94 | 05/15/96 | | 86. | 174. | 88. | |
| Computer Software | 11/13/94 | | | 132. | 268. | 136. | |
| Furniture | 11/01/91 | 06/15/96 | | 2,950. | 3,494. | 544. | |
| | | | | | | 3,762. | |

Part I 4797 Gains and Losses

08

PHILIP ENGLISH & ASSOCIATES, INC.                                      99-0296018

Shareholder summary

=================================================================================

| Sh. # | Shareholder name | Beginning shares | Ownership Percentage |
|-------|------------------|------------------|----------------------|
| 1     | PHILIP E. ENGLISH |                  | 100.000000           |

081

**SCHEDULE K-1**
**(Form 1120S)**

Department of the Treasury
Internal Revenue Service

# Shareholder's Share of Income, Credits, Deductions, etc.
▶ **See separate instructions.**
For calendar year 1996 or tax year
beginning _____ , and ending _____ , 19 ___

OMB. No. 1545-0130

**1996**

| Shareholder's identifying number ▶ 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 | Corporation's identifying number ▶ 99-0296018 |
|---|---|
| Shareholder's name, address, and ZIP code | Corporation's name, address, and ZIP code |
| PHILIP E. ENGLISH<br>4369 AUKAI AVENUE<br>HONOLULU, HAWAII 96816 | PHILIP ENGLISH & ASSOCIATES, INC.<br>4369 AUKAI AVENUE<br>HONOLULU                        HI 96816 |

A  Shareholder's percentage of stock ownership for tax year (see Instructions for Schedule K-1) . . . . . . . . . ▶ **100.000000** %

B  Internal Revenue Service Center where corporation filed its return ▶ ___ Fresno, CA 93888 ___

C  Tax shelter registration number (see Instructions for Schedule K-1) . . . . . . . . . . . . . . . . . ▶ _____

D  Check applicable boxes:  (1) ☐ Final K-1  (2) ☐ Amended K-1

| | (a) Pro rata share items | | (b) Amount | (c) Form 1040 filers enter the amount in column (c) on: |
|---|---|---|---|---|
| **Income (Loss)** | 1  Ordinary income (loss) from trade or business activities . . . . . . | 1 | -58,808. | See pages 4 and 5 of the Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | 2  Net income (loss) from rental real estate activities . . . . . . . . | 2 | | |
| | 3  Net income (loss) from other rental activities . . . . . . . . . | 3 | | |
| | 4  Portfolio income (loss): | | | |
| | a  Interest . . . . . . . . . . . . . . . . . . . . . . . | 4a | | Sch. B, Part I, line 1 |
| | b  Dividends . . . . . . . . . . . . . . . . . . . . . . | 4b | | Sch. B, Part II, line 5 |
| | c  Royalties . . . . . . . . . . . . . . . . . . . . . . | 4c | | Sch. E, Part I, line 4 |
| | d  Net short-term capital gain (loss) . . . . . . . . . . . . | 4d | | Sch. D, line 5, col. (f) or (g) |
| | e  Net long-term capital gain (loss) . . . . . . . . . . . . | 4e | | Sch. D, line 13, col. (f) or (g) |
| | f  Other portfolio income (loss) *(attach schedule)* . . . . . . | 4f | | (Enter on applicable line of your return.) |
| | 5  Net gain (loss) under section 1231 (other than due to casualty or theft) . . . . . . . . . . . . . . . . . . . . . . . | 5 | -3,762. | See Shareholder's Instructions for Schedule K-1 (Form 1120S) |
| | 6  Other income (loss) *(attach schedule)* . . . . . . . . . . | 6 | | (Enter on applicable line of your return.) |
| **Deductions** | 7  Charitable contributions *(attach schedule)* . . . . . . . . . | 7 | | Sch. A, line 15 or 16 |
| | 8  Section 179 expense deduction . . . . . . . . . . . . . | 8 | | See page 6 of the Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | 9  Deductions related to portfolio income (loss) *(attach schedule)* . | 9 | | |
| | 10  Other deductions *(attach schedule)* . . . . . . . . . . | 10 | | |
| **Investment Interest** | 11a  Interest expense on investment debts . . . . . . . . . . | 11a | | Form 4952, line 1 |
| | b  (1) Investment income included on lines 4a, 4b, 4c, and 4f above . . | b(1) | | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | (2) Investment expenses included on line 9 above . . . . . | b(2) | | |
| **Credits** | 12a  Credit for alcohol used as fuel . . . . . . . . . . . . . | 12a | | Form 6478, line 10 |
| | b  Low-income housing credit: | | | |
| | (1) From section 42(j)(5) partnerships for property placed in service before 1990 . . . . . . . . . . . . . . . | b(1) | | |
| | (2) Other than on line 12b(1) for property placed in service before 1990 . . . . . . . . . . . . . . . . . | b(2) | | Form 8586, line 5 |
| | (3) From section 42(j)(5) partnerships for property placed in service after 1989 . . . . . . . . . . . . . . . | b(3) | | |
| | (4) Other than on line 12b(3) for property placed in service after 1989 . . . . . . . . . . . . . . . . . | b(4) | | |
| | c  Qualified rehabilitation expenditures related to rental real estate activities . . . . . . . . . . . . . . . . . . . . | 12c | | |
| | d  Credits (other than credits shown on lines 12b and 12c) related to rental real estate activities . . . . . . . . . . . . . | 12d | | See page 7 of the Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | e  Credits related to other rental activities . . . . . . . . . | 12e | | |
| | 13  Other credits . . . . . . . . . . . . . . . . . . . | 13 | | |
| **Adjustments and Tax Preference Items** | 14a  Depreciation adjustment on property placed in service after 1986 . | 14a | -366. | See page 7 of the Shareholder's Instructions for Schedule K-1 (Form 1120S) and Instructions for Form 6251 |
| | b  Adjusted gain or loss . . . . . . . . . . . . . . . . | 14b | NONE | |
| | c  Depletion (other than oil and gas) . . . . . . . . . . . | 14c | | |
| | d  (1) Gross income from oil, gas, or geothermal properties . . . | d(1) | | |
| | (2) Deductions allocable to oil, gas, or geothermal properties . | d(2) | | |
| | e  Other adjustments and tax preference items *(attach schedule)* . | 14e | | |

082

JSA

For Paperwork Reduction Act Notice, see page 1 of Instructions for Form 1120S.    Schedule K-1 (Form 1120S) 1996

6C1600 1.000

Schedule K-1 (Form 1120S) (1996)  Shareholder#1    PHILIP E. ENGLISH                                    Page 2

| | (a) Pro rata share items | | (b) Amount | (c) Form 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| **Foreign Taxes** | **15 a** Type of income ▶ _____ | | | Form 1116, Check boxes |
| | **b** Name of foreign country or U.S. possession ▶ _____ | | | |
| | **c** Total gross income from sources outside the United States *(attach schedule)* | 15c | | Form 1116, Part I |
| | **d** Total applicable deductions and losses *(attach schedule)* | 15d | | |
| | **e** Total foreign taxes (check one):▶ ☐ Paid ☐ Accrued . . . | 15e | | Form 1116, Part II |
| | **f** Reduction in taxes available for credit *(attach schedule)* . . . . . | 15f | | Form 1116, Part III |
| | **g** Other foreign tax information *(attach schedule)* . . . . . . . . . . | 15g | | See Instructions for Form 1116 |
| **Other** | **16** Section 59(e)(2) expenditures: a Type ▶ _____ | | | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | **b** Amount . . . . . . . . . . . . . . . . . . . . . . . . . . | 16b | | |
| | **17** Tax-exempt interest income . . . . . . . . . . . . . . . . | 17 | | Form 1040, line 8b |
| | **18** Other tax-exempt income . . . . . . . . . . . . . . . . . | 18 | | |
| | **19** Nondeductible expenses . . . . . . . . . . . . Stmt. 1 | 19 | 806. | See pages 7 and 8 of the Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | **20** Property distributions (including cash) other than dividend distributions reported to you on Form 1099-DIV . . . . . . | 20 | | |
| | **21** Amount of loan repayments for "Loans From Shareholders" . . . . | 21 | | |
| | **22** Recapture of low-income housing credit: | | | |
| | **a** From section 42(j)(5) partnerships . . . . . . . . . . . . . | 22a | | Form 8611, line 8 |
| | **b** Other than on line 22a . . . . . . . . . . . . . . . . . . | 22b | | |

**23** Supplemental information required to be reported separately to each shareholder *(attach additional schedules if more space is needed)*:

Supplemental Information

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

083

JSA
6C1610 1.000

PHILIP ENGLISH & ASSOCIA___, INC.                                           99-0296018


Form 1120S, Schedule K-1, S/h #1        PHILIP E. ENGLISH
===============================================================================


Sch K-1, Line 19 - Nondeductible Expenses
------------------------------------------
  50% disallowed meals and entertainment                               806.

      Total                                                    ---------------
                                                                       806.
                                                               ===============


084

Form **7004**
(Rev. June 1995)

Department of the Treasury
Internal Revenue Service

# Application for Automatic Extension of Time To File Corporation Income Tax Return

OMB No. 1545-0233

| Name of corporation | Employer identification number |
|---|---|
| Philip English & Associates | 99-0296018 |

Number, street, and room or suite no. (If a P.O. box or outside the United States, see instructions.)

4369 Aukai Avenue

City or town, state, and ZIP code

Honolulu, HI 96819

**Check type of return to be filed:**

| | | | |
|---|---|---|---|
| ☐ Form 1120 | ☐ Form 1120-FSC | ☐ Form 1120-ND | ☐ Form 1120-REIT | ☐ Form 1120-SF |
| ☐ Form 1120-A | ☐ Form 1120-H | ☐ Form 1120-PC | ☐ Form 1120-RIC | ☐ Form 990-C |
| ☐ Form 1120-F | ☐ Form 1120-L | ☐ Form 1120-POL | ☒ Form 1120S | ☐ Form 990-T |

Form 1120-F filers: Check here if you do not have an office or place of business in the United States. . . . . . . . . . . . . . . . ▶ [

**1a** I request an automatic 6-month (or, for certain foreign corporations, 3-month) extension of time until **September 15**, 19 **97**, to file the income tax return of the corporation named above for ▶ ☒ calendar year 19 **96** or ▶ ☐ tax year beginning _____ , 19 ___ , and ending _____ , 19 ___

**b** If this tax year is for less than 12 months, check reason:

☐ Initial return     ☐ Final return     ☐ Change in accounting period     ☐ Consolidated return to be filed

**2** If this application also covers subsidiaries to be included in a consolidated return, complete the following:

| Name and address of each member of the affiliated group | Employer identification number | Tax period |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| | | | | |
|---|---|---|---|---|
| **3** Tentative tax (see instructions) . . . . . . . . . . . . . . . . . . . . . | | | **3** | *NONE* |
| **4** Credits: | | | | |
| **a** Overpayment credited from prior year . . . | **4a** | 0 | | |
| **b** Estimated tax payments for the tax year | **4b** | 0 | | |
| **c** Less refund for the tax year applied for on Form 4466 . . . . . . . . . | **4c** ( 0 ) | Bal ▶ | **4d** | |
| **e** Credit from regulated investment companies . . . . . | | | **4e** | 0 |
| **f** Credit for Federal tax on fuels . . . . . . . . | | | **4f** | 0 |
| Total. Add lines 4d through 4f . . . . . . . . . . . . | | | **5** | |
| **6** Balance due. Subtract line 5 from line 3. Deposit this amount electronically or with a Federal Tax Deposit (FTD) Coupon (see instructions) . . . . . . . . . . . . . . | | | **6** | *NONE* |

Signature. - Under penalties of perjury, I declare that I have been authorized by the above-named corporation to make this application, and to the best of my knowledge and belief, the statements made are true, correct, and complete.

_(signature)_

(Signature of officer or agent)

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
Certified Public Accountant

(Title)

3/11/97

(Date)

085

For Paperwork Reduction Act Notice, see instructions.     03/11/97  10:02 AM