**Internal Revenue Service**
Fresno Service Center

**Department of the Treasury**
RAIVS 1, MS 38101

5045 E. Butler, Fresno, CA 93888

RECEIVED JUN 1 3 2005

DATE: MAY 2 6 2005

IRS EMPLOYEE: MS. BECERRIL
IRS EMPLOYEE #: 1015506388
TELEPHONE #: (559) 253-4953

TAXPAYER IDENTIFICATION NUMBER:
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

TAX YEAR(S): 2000, 2004

DANIEL K OBUHANYCH
999 BISHOP STREET, 23RD STREET
HONOLULU, HI 96813

FORM(S): PHOTOCOPY OF RETURN

RE: PHILLIP E ENGLISH

TAXPAYER REQUEST DATE: 03-21-2005
PAYMENT RECEIVED: $108.00

Dear Taxpayer(s):

We received your request, for a copy of the tax form(s) shown above.

(X) We are enclosing photocopy(s) and/or transcript(s) of the available form(s) you requested for the tax period(s) stated above.

( ) We are enclosing information from Form(s) W2 and/or 1099 for available tax period(s) stated above.

( ) The information from Form(s) _____ for the year ending 2004 is not available until after _____ of 2005.

( ) We are still processing your request for tax year(s) _____. You can expect to hear from us in the next 30 days.

( ) At this time your request for _____ is not available for the tax year(s) _____. Please submit a new request with proper payment in 30 to 60 days.

( ) We show no record of the tax information requested as being filed for tax period(s) _____.

(X) The fee of $30.00 for the photocopies will be returned within 15 days.

If you have any questions about this request for photocopies or transcripts **ONLY**, please write us at the address shown at the heading of this letter, or you may call the RAIVS Unit between the hours of 7:00 a.m. and 2:00 p.m. PST at 559-253-4953. If you prefer, you may call the Internal Revenue Service number listed in your local telephone directory. An employee there may be able to help you, but this office is most familiar with your request for **photocopied information. If you have questions about account related activity, please call 1-800-829-0922.** If you write to us, please return this letter with your correspondence. In the space below please provided us with your telephone number and the hours to call you.
Area Code and
Telephone Number: _____  Hours: _____

Enclosure(s)
( ) Envelope
( ) Form 4506
( ) Form 2848
( ) Form(s) W2 and/or 1099
(X) Photocopy of Tax Return(s)
( ) Tax Return Transcript(s)
(X) Account Transcript(s)
( ) FOIA Attachment
( ) Transaction Code Guide

Sincerely yours,

R Nobles

Regetta Nobles
Post Processing Operations

DEFENDANT'S EXHIBIT 3010

Letter 1275SC (12/04)

( ) We cannot send you a photocopy(s) for the tax period(s)_____. Unless you or the Internal Revenue Service took a later action on your account, income tax returns prior to_____ have been destroyed in accordance with federally approved records retention control schedules.

(X) Although the tax return(s) have been destroyed and/or are (unavailable) some information from the return(s) for the tax period(s) _1998_____, appears on our microfilm records. We have enclosed this information and hope it may be of help to you.

( ) Tax return transcripts are available only for the current calendar year and the three prior calendar years. Tax year(s)_____ are not available. Tax years 1971, 1972, 1973, 1974 are destroyed years.

( ) Our records indicate a return has been filed for the tax periods requested.

( ) Since our records indicate a return posting, the third party was not notified per your original request. A copy of the return can be secured if you submit a Form 4506 with the proper fee.

( ) We previously requested additional information. Since you did not respond we have canceled your request. You may resubmit form 4506 if the requested information is still needed. Please include any fees.

( ) The requested information was not supplied to the third party because the request date is over 60 days.

( ) Because box 9 on Form 4506 was not checked, we have reimbursed the fee of $_____ to the taxpayer.

( ) We find no record of a tax return(s) filed by you for tax year(s)_____. However, our records indicate that the Internal Revenue Service filed a Substitute for Return (SFR) for you. Enclosed are copies of the related examination reports.

( ) We are unable to secure a copy of the Report of Assessment for the tax year(s)_____.

( ) We are providing transcript(s) of your tax return for the tax years available, free of charge.

( ) The information you requested is provided free of charge. The fee of $_____ will be returned within 15 days.

( ) Your address is different from the address shown on the last return filed and you have not notified the IRS of a new address, either in writing or by filing Form 8822, Change of Address, you must attach either:

   1. A copy of two pieces of identification that have your signature, or
   2. An original notarized statement affirming your identity, or
   3. A signed statement with wording such as, "I declare under penalty of perjury under the laws of the United States of America, that I am the person who filed the tax returns for the tax year(s)..."

( ) We must have each wage earner's dated signature in order to process a request for information for Form(s) W-2 and/or 1099. Please have your spouse complete the enclosed Form 4506 and return it to us.

( ) Information from Form(s) 1099 is available for tax year(s) 1997 through 2002. You will need to request information for tax year(s) 1996 and prior from your bank or financial institution.

( ) The information you requested is provided free of charge, your check for $_____ has been stamped "Non-Negotiable", and is enclosed with this letter.

( ) The request for tax period(s)_____ is being processed in another area of the Internal Revenue Service. A copy will be sent to you from that area. If you have any questions please contact the office where we've transferred your case by calling 1-800-829-0922.

Letter 1275SC (12/04)

FORM NUMBER: 1040                                                   TAX PERIOD: DEC 1998

              TAXPAYER IDENTIFICATION NUMBER: 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
        ** SPOUSE TAXPAYER IDENTIFICATION NUMBER: 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

    PHILIP ENGLISH & CORLIS J CHANG

                                                 BODC-WI BODCLC-

--- ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

    ACCOUNT BALANCE:              0.00
    ACCRUED INTEREST:             0.00     AS OF 05-30-2005
    ACCRUED PENALTY:              0.00     AS OF 05-30-2005

    ACCOUNT BALANCE
        PLUS ACCRUALS:            0.00


** EXEMPTIONS: 03                       **FILING STATUS: MARRIED FILING JOINT
** ADJUSTED GROSS INCOME:    130,179.00
** TAXABLE INCOME:            67,685.00
   TAX PER RETURN:            27,062.00
** SE TAXABLE INCOME TAXPAYR:  7,105.00
** SE TAXABLE INCOME SPOUSE:  68,400.00
** TOTAL SELF EMPLOY TAX:     12,977.00

** PER RETURN OR AS ADJUSTED

  18-1999 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
11-01-1999 PROCESSING DATE

                              TRANSACTIONS
                                                    MONEY AMOUNT
 CODE            EXPLANATION                 DATE   (IF APPLICABLE)
  150 RETURN FILED AND TAX ASSESSED       11-01-1999      27,062.00
      89221-261-32526-9
  460 EXTENSION OF TIME TO FILE           04-15-1999
      EXT. DATE  08-15-1999
  460 EXTENSION OF TIME TO FILE           04-15-1999
      EXT. DATE  10-15-1999
  666 ESTIMATED TAX CREDIT TRANSFERRED IN 01-17-1999       1,500.00-
  666 ESTIMATED TAX CREDIT TRANSFERRED IN 09-18-1998       1,000.00-
  666 ESTIMATED TAX CREDIT TRANSFERRED IN 06-17-1998       2,000.00-
  666 ESTIMATED TAX CREDIT TRANSFERRED IN 04-16-1998       3,000.00-
  170 ESTIMATED TAX PENALTY               11-01-1999         284.00
      199942
  276 FAILURE TO PAY TAX PENALTY          11-01-1999         684.67
      199942
  196 INTEREST ASSESSED                   11-01-1999         876.48
      199942
  670 SUBSEQUENT PAYMENT                  02-10-2000          57.00-

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxCONTINUED ON NEXT PAGExxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

```
670 SUBSEQUENT PAYMENT                          03-10-2000          100.00-
706 OVERPAID CREDIT APPLIED                     04-15-2000        1,185.00-
    1040       199912
670 SUBSEQUENT PAYMENT                          05-11-2000          500.00-
  ? SUBSEQUENT PAYMENT                          04-09-2000        2,000.00-
    MISCELLANEOUS PAYMENT
    1040       199812
971 INTENT TO LEVY COLLECTIONDUE PROCESS NOTICE 07-06-2000
    LEVY NOTICE ISSUED
670 SUBSEQUENT PAYMENT                          06-08-2000          500.00-
670 SUBSEQUENT PAYMENT                          08-09-2000          350.00-
520 LEGAL/BANKRUPTCY SUIT      PENDING          08-15-2000
670 SUBSEQUENT PAYMENT                          07-08-2000          500.00-
670 SUBSEQUENT PAYMENT                          09-10-2000          350.00-
971 INTENT TO LEVY COLLECTIONDUE PROCESS NOTICE 07-22-2000
    RETURN RECEIPT SIGNED
670 SUBSEQUENT PAYMENT                          10-10-2000          350.00-
670 SUBSEQUENT PAYMENT                          11-07-2000          350.00-
670 SUBSEQUENT PAYMENT                          12-08-2000          350.00-
670 SUBSEQUENT PAYMENT                          01-09-2001          350.00-
670 SUBSEQUENT PAYMENT                          02-07-2001          300.00-
521 LEGAL/BANKRUPTCY SUIT NO LONGER PENDING     02-28-2001
670 SUBSEQUENT PAYMENT                          03-07-2001          300.00-
670 SUBSEQUENT PAYMENT                          04-06-2001          300.00-
706 OVERPAID CREDIT APPLIED                     04-15-2001          121.38-
    1040       200012
670 SUBSEQUENT PAYMENT                          05-06-2001          300.00-
670 SUBSEQUENT PAYMENT                          07-08-2001          300.00-
706 OVERPAID CREDIT APPLIED                     08-06-2001          575.20-
    1040       200012
 ?0 SUBSEQUENT PAYMENT                          08-09-2001          300.00-
  0 SUBSEQUENT PAYMENT                          06-07-2001          300.00-
670 SUBSEQUENT PAYMENT                          09-09-2001          300.00-
706 OVERPAID CREDIT APPLIED                     09-24-2001          500.00-
    1040       200012
670 SUBSEQUENT PAYMENT                          10-09-2001          300.00-
670 SUBSEQUENT PAYMENT                          11-08-2001          300.00-
670 SUBSEQUENT PAYMENT                          12-05-2001          350.00-
670 SUBSEQUENT PAYMENT                          01-06-2002          300.00-
670 SUBSEQUENT PAYMENT                          02-10-2002          300.00-
670 SUBSEQUENT PAYMENT                          03-07-2002          350.00-
480 OFFER IN COMPROMISE PENDING                 03-19-2002
670 SUBSEQUENT PAYMENT                          04-07-2002          350.00-
670 SUBSEQUENT PAYMENT                          05-10-2002          350.00-
670 SUBSEQUENT PAYMENT                          06-07-2002          350.00-
670 SUBSEQUENT PAYMENT                          07-07-2002          350.00-
670 SUBSEQUENT PAYMENT                          08-08-2002          300.00-
670 SUBSEQUENT PAYMENT                          09-08-2002          300.00-
670 SUBSEQUENT PAYMENT                          10-10-2002          300.00-
670 SUBSEQUENT PAYMENT                          11-07-2002          300.00-
670 SUBSEQUENT PAYMENT                          12-08-2002          350.00-
670 SUBSEQUENT PAYMENT                          01-08-2003          350.00-
670 SUBSEQUENT PAYMENT                          02-09-2003          300.00-
670 SUBSEQUENT PAYMENT                          02-11-2003        1,050.00-
```

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxCONTINUED ON NEXT PAGExxxxxxxxxxxxxxxxxxxxxxxxxxxxx

```
      OFFER IN COMPROMISE
670   SUBSEQUENT PAYMENT                        03-09-2003         300.00-
670   SUBSEQUENT PAYMENT                        04-09-2003         300.00-
270   FAILURE TO PAY TAX PENALTY                05-05-2003       2,348.80
      200317
      RESTRICTED INTEREST ASSESSED              05-05-2003       3,728.67
      200317
290   ADDITIONAL TAX ASSESSED                   05-05-2003           0.00
      28254-505-80014-3   200317
780   OFFER IN COMPROMISE                       12-02-2002
670   SUBSEQUENT PAYMENT                        05-09-2003         300.00-
670   SUBSEQUENT PAYMENT                        06-11-2003         300.00-
670   SUBSEQUENT PAYMENT                        07-10-2003         300.00-
670   SUBSEQUENT PAYMENT                        08-10-2003         300.00-
290   ADDITIONAL TAX ASSESSED                   09-29-2003           0.00
      29254-648-80001-3   200338
670   SUBSEQUENT PAYMENT                        09-08-2003         300.00-
290   ADDITIONAL TAX ASSESSED                   10-13-2003           0.00
      28254-667-80048-3   200340
277   FAILURE TO PAY TAX PENALTY ABATED         10-13-2003         274.23-
196   INTEREST ASSESSED                         10-13-2003         303.87
      200340
670   SUBSEQUENT PAYMENT                        10-08-2003         300.00-
782   CORRECTION OF OFFER IN COMPROMISE         12-02-2002
483   CORRECTION OF OFFER IN COMPROMISE         03-19-2002
670   SUBSEQUENT PAYMENT                        11-05-2003         300.00-
670   SUBSEQUENT PAYMENT                        12-16-2003         300.00-
290   ADDITIONAL TAX ASSESSED                   02-09-2004           0.00
      28254-420-80019-4   200404
670   SUBSEQUENT PAYMENT                        01-09-2004         300.00-
196   INTEREST ASSESSED                         02-09-2004          99.08
      200404
670   SUBSEQUENT PAYMENT                        02-08-2004         300.00-
```