

# United States of America

**Department of the Treasury**
**Internal Revenue Service**

Date: APR 22 2005

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed is an "AUTHENTIC IRS REPRODUCTION, per IRS 6103 (p) (2) (C), this photocopy has the same legal status as if it were the original."

   Taxpayer Name(s): PHILIP E ENGLISH

   Taxpayer Identification Number(s) 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

   Tax Period(s): DECEMBER 31, 1999

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:





*RNobles*

Regetta Nobles
Post Processing Operations

Catalog Number 19002E          Form 2866 (Rev. 09-1997)

086

# Form 1040 — U.S. Individual Income Tax Return 1999

Department of the Treasury—Internal Revenue Service

For the year Jan. 1–Dec. 31, 1999, or other tax year beginning _____, 1999, ending _____

OMB No. 1545-0074

**Label** (See instructions on page 18.) Use the IRS label. Otherwise, please print or type.

- Your first name and initial: **Philip E.**
- Last name: **English**
- Your social security number: **555 98 1526**
- Home address (number and street): **531 Hahaione Street**
- Apt. no.: **#2-B**
- City, town or post office, state, and ZIP code: **Honolulu, Hawaii 96825**

**IMPORTANT!** You must enter your SSN(s) above.

**Presidential Election Campaign** (See page 18.)
- Do you want $3 to go to this fund? — Yes ✓
- If a joint return, does your spouse want $3 to go to this fund?

Note. Checking "Yes" will not change your tax or reduce your refund.

## Filing Status (Check only one box.)

1. ✓ Single
2. ☐ Married filing joint return (even if only one had income)
3. ☐ Married filing separate return. Enter spouse's social security no. above and full name here. ▶
4. ☐ Head of household (with qualifying person). (See page 18.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child (year spouse died ▶ 19___). (See page 18.)

## Exemptions

- 6a ✓ **Yourself.** If your parent (or someone else) can claim you as a dependent on his or her tax return, do **not** check box 6a.
- 6b ☐ Spouse
- 6c Dependents: (none listed)

- No. of boxes checked on 6a and 6b: **1**
- No. of your children on 6c who: lived with you / did not live with you due to divorce or separation
- Dependents on 6c not entered above
- Add numbers entered on lines above ▶ **1**

d. Total number of exemptions claimed

## Income

Attach Copy B of your Forms W-2 and W-2G here. Also attach Form(s) 1099-R if tax was withheld. If you did not get a W-2, see page 20. Enclose, but do not staple, any payment. Also, please use Form 1040-V.

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 31 50 |
| 8a | Taxable interest. Attach Schedule B if required | 387 41 |
| 8b | Tax-exempt interest. DO NOT include on line 8a | |
| 9 | Ordinary dividends. Attach Schedule B if required | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 21) | |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | (11,201) 29 |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | |
| 14 | Other gains or (losses). Attach Form 4797 | |
| 15a | Total IRA distributions __ 15a | |
| 15b | b Taxable amount (see page 22) | |
| 16a | Total pensions and annuities __ 16a | |
| 16b | b Taxable amount (see page 22) | 77,000 00 |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation | |
| 20a | Social security benefits __ 20a | |
| 20b | b Taxable amount (see page 24) | |
| 21 | Other income. List type and amount (see page 24) | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 66,217 62 |

## Adjusted Gross Income

| Line | Description | Amount |
|---|---|---|
| 23 | IRA deduction (see page 26) | |
| 24 | Student loan interest deduction (see page 26) | |
| 25 | Medical savings account deduction. Attach Form 8853 | |
| 26 | Moving expenses. Attach Form 3903 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | |
| 28 | Self-employed health insurance deduction (see page 28) | |
| 29 | Keogh and self-employed SEP and SIMPLE plans | |
| 30 | Penalty on early withdrawal of savings | |
| 31a | Alimony paid  b Recipient's SSN ▶ 575 58 1049 | 2,960 00 |
| 32 | Add lines 23 through 31a | 2960 00 |
| 33 | Subtract line 32 from line 22. This is your **adjusted gross income** ▶ | 63,257 62 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 54.   Cat. No. 11320B   Form **1040** (1999)

087

Form 1040 (1999) Page 2

| | | | |
|---|---|---|---|
| **Tax and Credits** | 34 | Amount from line 33 (adjusted gross income) . . . . . . . . . . 34 | 63,257 62 |
| | 35a | Check if: ☐ You were 65 or older, ☐ Blind; ☐ Spouse was 65 or older, ☐ Blind. Add the number of boxes checked above and enter the total here . . . . ▶ 35a | |
| | b | If you are married filing separately and your spouse itemizes deductions or you were a dual-status alien, see page 30 and check here ▶ 35b ☐ | |
| **Standard Deduction for Most People** | 36 | Enter your **itemized deductions** from Schedule A, line 28, **OR standard deduction** shown on the left. But see page 30 to find your standard deduction if you checked any box on line 35a or 35b or if someone can claim you as a dependent . . . . . . . 36 | 4,300 00 |
| Single: $4,300 | 37 | Subtract line 36 from line 34 . . . . . . . . . . . . . . 37 | 58,957 62 |
| Head of household: $6,350 | 38 | If line 34 is $94,975 or less, multiply $2,750 by the total number of exemptions claimed on line 6d. If line 34 is over $94,975, see the worksheet on page 31 for the amount to enter .. 38 | 2,750 00 |
| Married filing jointly or Qualifying widow(er): $7,200 | 39 | **Taxable income.** Subtract line 38 from line 37. If line 38 is more than line 37, enter -0- . 39 | 56,207 62 |
| | 40 | Tax (see page 31). Check if any tax is from a ☐ Form(s) 8814   b ☐ Form 4972 . ▶ 40 | 12,396 00 |
| | 41 | Credit for child and dependent care expenses. Attach Form 2441 | 41 | |
| Married filing separately: $3,600 | 42 | Credit for the elderly or the disabled. Attach Schedule R . . | 42 | |
| | 43 | Child tax credit (see page 33) . . . . . . . . . . | 43 | |
| | 44 | Education credits. Attach Form 8863 . . . . . . . . | 44 | |
| | 45 | Adoption credit. Attach Form 8839 . . . . . . . . . | 45 | |
| | 46 | Foreign tax credit. Attach Form 1116 if required . . . . | 46 | |
| | 47 | Other. Check if from a ☐ Form 3800   b ☐ Form 8396   c ☐ Form 8801   d ☐ Form (specify) _____ | 47 | |
| | 48 | Add lines 41 through 47. These are your **total credits** . . . . . . . . . . 48 | |
| | 49 | Subtract line 48 from line 40. If line 48 is more than line 40, enter -0- . . . . . . ▶ 49 | 12,396 00 |
| **Other Taxes** | 50 | Self-employment tax. Attach Schedule SE . . . . . . . . . . . . . . 50 | |
| | 51 | Alternative minimum tax. Attach Form 6251 . . . . . . . . . . . . . 51 | |
| | 52 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 . 52 | |
| | 53 | Tax on IRAs, other retirement plans, and MSAs. Attach Form 5329 if required . . . 53 | 7,700 00 |
| | 54 | Advance earned income credit payments from Form(s) W-2 . . . . . . . . . 54 | |
| | 55 | Household employment taxes. Attach Schedule H . . . . . . . . . . . . 55 | |
| | 56 | Add lines 49 through 55. This is your **total tax** . . . . . . . . . . . . ▶ 56 | 20,096 00 |
| **Payments** | 57 | Federal income tax withheld from Forms W-2 and 1099 . . | 57 | |
| | 58 | 1999 estimated tax payments and amount applied from 1998 return .. | 58 | 0 |
| | 59a | **Earned income credit.** Attach Sch. EIC if you have a qualifying child | | |
| | b | Nontaxable earned income: amount . . ▶ _____ and type ▶ _____ | 59a | |
| | 60 | Additional child tax credit. Attach Form 8812 . . . . . | 60 | |
| | 61 | Amount paid with request for extension to file (see page 48) | 61 | |
| | 62 | Excess social security and RRTA tax withheld (see page 48) | 62 | |
| | 63 | Other payments. Check if from a ☐ Form 2439   b ☐ Form 4136 | 63 | |
| | 64 | Add lines 57, 58, 59a, and 60 through 63. These are your **total payments** . . . . ▶ 64 | 0 |
| **Refund** | 65 | If line 64 is more than line 56, subtract line 56 from line 64. This is the amount you **OVERPAID** | 65 | |
| Have it directly deposited! See page 48 and fill in 66b, 66c, and 66d. | 66a | Amount of line 65 you want **REFUNDED TO YOU**. . . . . . . . . . . ▶ | 66a | |
| | ▶ b | Routing number _____   ▶ c Type: ☐ Checking ☐ Savings | | |
| | ▶ d | Account number _____ | | |
| | 67 | Amount of line 65 you want **APPLIED TO YOUR 2000 ESTIMATED TAX** ▶ | 67 | |
| **Amount You Owe** | 68 | If line 56 is more than line 64, subtract line 64 from line 56. This is the **AMOUNT YOU OWE.** For details on how to pay, see page 49 . . . . . . . . . . . . . ▶ | 68 | 20096 ~~12,596 00~~ PE |
| | 69 | Estimated tax penalty. Also include on line 68 . . . . . 69 | | |

**Sign Here**
Joint return? See page 18.
Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date 4/13/00 | Your occupation Real Estate Appraiser | Daytime telephone number (optional) (808) 394-8679 |
|---|---|---|---|
| Spouse's signature. If a joint return, BOTH must sign. | Date | Spouse's occupation | |

**Paid Preparer's Use Only**

| Preparer's signature | | Date | Check if self-employed ☐ | Preparer's SSN or PTIN |
|---|---|---|---|---|
| Firm's name (or yours if self-employed) and address | Philip English & Associates 531 Hahaione Street #2-B  Honolulu, Hawaii | | EIN ZIP code 96825 | |

Form **1040** (1999)

Photocopy

| Form **5329** | **Additional Taxes Attributable to IRAs, Other Qualified Retirement Plans, Annuities, Modified Endowment Contracts, and MSAs** (Under Sections 72, 530, 4973, and 4974 of the Internal Revenue Code) ▶ Attach to Form 1040.   ▶ See separate instructions. | OMB No. 1545-0203 **1999** Attachment Sequence No. **29** |
|---|---|---|
| Department of the Treasury Internal Revenue Service | | |

| Name of individual subject to additional tax. (If married filing jointly, see page 2 of the instructions.) | Your social security number |
|---|---|
| Philip E. English | 555 : 98 : 1526 |

| Fill in Your Address Only If You Are Filing This Form by Itself and Not With Your Tax Return ▷ | Home address (number and street), or P.O. box if mail is not delivered to your home  531 Hahaione Street | Apt. no. **#2-B** |
|---|---|---|
| | City, town or post office, state, and ZIP code | If this is an amended return, check here ▶ ☐ |

If you are subject **only** to the 10% tax on early distributions, you may be able to report this tax directly on Form 1040 without filing Form 5329. See **Who Must File** on page 1 of the instructions.

**Part I   Tax on Early Distributions**

Complete this part if a taxable distribution was made from your qualified retirement plan (including an IRA other than an education IRA), annuity contract, or modified endowment contract before you reached age 59½. If a distribution was incorrectly indicated on Form 1099-R as an early distribution (no known exception to the additional tax), or you received a Roth IRA distribution, see page 2 of the instructions.

**Note:** *You must include the taxable amount of the distribution on Form 1040, line 15b or 16b.*

| 1 | Early distributions included in gross income. For Roth IRA distributions, see page 2 of the instructions | 1 | 77,000 | 00 |
|---|---|---|---|---|
| 2 | Early distributions not subject to additional tax. Enter the appropriate exception number from page 2 of the instructions: _____ | 2 | | |
| 3 | Amount subject to additional tax. Subtract line 2 from line 1 | 3 | 77,000 | 00 |
| 4 | Tax due. Enter 10% (.10) of line 3. Also include this amount on Form 1040, line 53 | 4 | 7,700 | 00 |

**Caution:** *If any part of the amount on line 3 was a distribution from a SIMPLE retirement plan, you may have to include 25% of that amount on line 4 instead of 10%. See page 2 of the instructions.*

**Part II   Tax on Certain Taxable Distributions From Education (Ed) IRAs**

Complete this part if you had a taxable amount on Form 8606, line 30.

**Note:** *You must include the taxable amount of the distribution on Form 1040, line 15b.*

| 5 | Taxable distributions from your Ed IRAs, from Form 8606, line 30 | 5 | |
|---|---|---|---|
| 6 | Taxable distributions not subject to additional tax. See page 2 of the instructions | 6 | |
| 7 | Amount subject to additional tax. Subtract line 6 from line 5 | 7 | |
| 8 | Tax due. Enter 10% (.10) of line 7. Also include this amount on Form 1040, line 53 | 8 | |

**Part III   Tax on Excess Contributions to Traditional IRAs**

Complete this part if you contributed more to your traditional IRAs for 1999 than is allowable or you had an excess contribution on line 16 of your 1998 Form 5329.

| 9 | Enter your excess contributions from line 16 of your 1998 Form 5329. If zero, go to line 15 | 9 | |
|---|---|---|---|
| 10 | If your traditional IRA contributions for 1999 are less than your maximum allowable contribution, see page 3; otherwise, enter -0- | 10 | |
| 11 | Taxable 1999 distributions from your traditional IRAs | 11 | |
| 12 | 1999 withdrawals of prior year excess contributions included on line 9. See page 3 | 12 | |
| 13 | Add lines 10, 11, and 12 | 13 | |
| 14 | Prior year excess contributions. Subtract line 13 from line 9. If zero or less, enter -0- | 14 | |
| 15 | Excess contributions for 1999. See page 3. Do not include this amount on Form 1040, line 23 | 15 | |
| 16 | Total excess contributions. Add lines 14 and 15 | 16 | |
| 17 | Tax due. Enter 6% (.06) of the **smaller** of line 16 or the value of your traditional IRAs on December 31, 1999. Also include this amount on Form 1040, line 53 | 17 | |

For Paperwork Reduction Act Notice, see page 4 of separate instructions.   Cat. No. 13329Q   Form **5329** (1999)

Photocopy

089

Form 5329 (1999)            Page **2**

### Part IV — Tax on Excess Contributions to Roth IRAs

Complete this part if you contributed more to your Roth IRAs for 1999 than is allowable or you had an excess contribution on line 18 of your 1998 Form 5329.

| | | |
|---|---|---|
| 18 | Enter your excess contributions from line 18 of your 1998 Form 5329. If zero, go to line 23 | 18 |
| 19 | If your Roth IRA contributions for 1999 are less than your maximum allowable contribution, see page 3; otherwise, enter -0- . . . . . 19 | |
| 20 | 1999 distributions from your Roth IRAs, from Form 8606, line 17 . . 20 | |
| 21 | Add lines 19 and 20 | 21 |
| 22 | 1998 excess contributions. Subtract line 21 from line 18. If zero or less, enter -0- | 22 |
| 23 | Excess contributions for 1999. See page 3 | 23 |
| 24 | Total excess contributions. Add lines 22 and 23 | 24 |
| 25 | **Tax due.** Enter 6% (.06) of the **smaller** of line 24 or the value of your Roth IRAs on December 31, 1999. Also include this amount on Form 1040, line 53 | 25 |

### Part V — Tax on Excess Contributions to Education (Ed) IRAs

Complete this part if the contributions made to your Ed IRAs in 1999 were more than is allowable or an excess contribution is shown on line 20 of your 1998 Form 5329.

| | | |
|---|---|---|
| 26 | Enter the excess contributions from line 20 of your 1998 Form 5329. If zero, go to line 31 | 26 |
| 27 | If the contributions made to your Ed IRAs for 1999 are less than the maximum allowable contribution, see page 3; otherwise, enter -0- 27 | |
| 28 | 1999 distributions from your Ed IRAs, from Form 8606, line 28 . . 28 | |
| 29 | Add lines 27 and 28 | 29 |
| 30 | 1998 excess contributions. Subtract line 29 from line 26. If zero or less, enter -0- | 30 |
| 31 | Excess contributions for 1999. See page 3 | 31 |
| 32 | Total excess contributions. Add lines 30 and 31 | 32 |
| 33 | **Tax due.** Enter 6% (.06) of the **smaller** of line 32 or the value of your Ed IRAs on December 31, 1999. Also include this amount on Form 1040, line 53 | 33 |

### Part VI — Tax on Excess Contributions to Medical Savings Accounts (MSAs)

Complete this part if you or your employer contributed more to your MSAs in 1999 than is allowable or an excess contribution is shown on line 29 of your 1998 Form 5329.

| | | |
|---|---|---|
| 34 | Enter the excess contributions from line 29 of your 1998 Form 5329. If zero, go to line 39 | 34 |
| 35 | If the contributions made to your MSAs for 1999 are less than the maximum allowable contribution, see page 3; otherwise, enter -0- 35 | |
| 36 | Taxable 1999 distributions from your MSAs, from Form 8853, line 10 36 | |
| 37 | Add lines 35 and 36 | 37 |
| 38 | Prior year excess contributions. Subtract line 37 from line 34. If zero or less, enter -0- | 38 |
| 39 | Excess contributions for 1999. See page 4. Do not include this amount on Form 1040, line 25 | 39 |
| 40 | Total excess contributions. Add lines 38 and 39 | 40 |
| 41 | **Tax due.** Enter 6% (.06) of the **smaller** of line 40 or the value of your MSAs on December 31, 1999. Also include this amount on Form 1040, line 53 | 41 |

### Part VII — Tax on Excess Accumulation in Qualified Retirement Plans

Complete this part if you did not receive the minimum required distribution from your qualified retirement plan (including an IRA other than an Ed IRA or Roth IRA).

| | | |
|---|---|---|
| 42 | Minimum required distribution. See page 4 | 42 |
| 43 | Amount actually distributed to you | 43 |
| 44 | Subtract line 43 from line 42. If zero or less, enter -0- | 44 |
| 45 | **Tax due.** Enter 50% (.50) of line 44. Also include this amount on Form 1040, line 53 | 45 |

**Signature.** Complete **ONLY** if you are filing this form by itself and not with your tax return.

**Please Sign Here**

Under penalties of perjury, I declare that I have examined this form, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ [signature]      ▶ 4/13/00
Your signature      Date

**Paid Preparer's Use Only**

| Preparer's signature ▶ | | Date | | Check if self-employed ☐ | Preparer's SSN or PTIN |
|---|---|---|---|---|---|
| Firm's name (or yours, if self-employed) and address ▶ | | | | | EIN |
| | | | | | ZIP code |

Form **5329** (1999)

Photocopy

090

**SCHEDULE C**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service (99)

**Profit or Loss From Business**
(Sole Proprietorship)
▶ Partnerships, joint ventures, etc., must file Form 1065 or Form 1065-B.
▶ Attach to Form 1040 or Form 1041.   ▶ See Instructions for Schedule C (Form 1040).

OMB No. 1545-0074
**1999**
Attachment Sequence No. 09

Name of proprietor: **Philip E. English**
Social security number (SSN): 555 : 98 : 1526

| | | |
|---|---|---|
| A | Principal business or profession, including product or service (see page C-1) **Real Estate Appraiser** | B Enter code from pages C-8 & 9 ▶ 5 3 1 3 2 0 |
| C | Business name. If no separate business name, leave blank. **Philip English & Associates** | D Employer ID number (EIN), if any |
| E | Business address (including suite or room no.) ▶ 531 Hahaione Street #2-B City, town or post office, state, and ZIP code   Honolulu, Hawaii 96825 | |
| F | Accounting method:  (1) ☒ Cash   (2) ☐ Accrual   (3) ☐ Other (specify) ▶ | |
| G | Did you "materially participate" in the operation of this business during 1999? If "No," see page C-2 for limit on losses. ☒ Yes  ☐ No | |
| H | If you started or acquired this business during 1999, check here . . . ▶ ☐ | |

**Part I  Income**

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. **Caution:** If this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, see page C-2 and check here ▶ ☐ | 1 | 0 |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | |
| 4 | Cost of goods sold (from line 42 on page 2) | 4 | |
| 5 | **Gross profit.** Subtract line 4 from line 3 | 5 | |
| 6 | Other income, including Federal and state gasoline or fuel tax credit or refund (see page C-3) | 6 | |
| 7 | **Gross income.** Add lines 5 and 6 ▶ | 7 | 0 |

**Part II  Expenses.** Enter expenses for business use of your home only on line 30.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8 | Advertising | 8 | | 19 | Pension and profit-sharing plans | 19 | |
| 9 | Bad debts from sales or services (see page C-3) | 9 | 4,200  00 | 20 | Rent or lease (see page C-4): a Vehicles, machinery, and equipment | 20a | |
| 10 | Car and truck expenses (see page C-3) | 10 | 2,586  94 | | b Other business property | 20b | |
| 11 | Commissions and fees | 11 | | 21 | Repairs and maintenance | 21 | |
| 12 | Depletion | 12 | | 22 | Supplies (not included in Part III) | 22 | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see page C-3) | 13 | | 23 | Taxes and licenses | 23 | 449  00 |
| | | | | 24 | Travel, meals, and entertainment: a Travel | 24a | 2,564  80 |
| 14 | Employee benefit programs (other than on line 19) | 14 | | | b Meals and entertainment | | |
| 15 | Insurance (other than health) | 15 | 392  55 | | c Enter nondeductible amount included on line 24b (see page C-5) | | |
| 16 | Interest: a Mortgage (paid to banks, etc.) | 16a | | | d Subtract line 24c from line 24b | 24d | |
| | b Other | 16b | | 25 | Utilities | 25 | 1,661  00 |
| 17 | Legal and professional services | 17 | 810  00 | 26 | Wages (less employment credits) | 26 | |
| 18 | Office expense | 18 | | 27 | Other expenses (from line 48 on page 2) | 27 | 198  00 |
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27 in columns ▶ | | | | | 28 | 11,201  29 |
| 29 | Tentative profit (loss). Subtract line 28 from line 7 | | | | | 29 | (11,201  29) |
| 30 | Expenses for business use of your home. Attach **Form 8829** | | | | | 30 | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29. • If a profit, enter on **Form 1040, line 12**, and ALSO on **Schedule SE, line 2** (statutory employees, see page C-6). Estates and trusts, enter on Form 1041, line 3. • If a loss, you MUST go on to line 32. | | | | | 31 | (11,201  21) |
| 32 | If you have a loss, check the box that describes your investment in this activity (see page C-6). • If you checked 32a, enter the loss on **Form 1040, line 12**, and ALSO on **Schedule SE, line 2** (statutory employees, see page C-6). Estates and trusts, enter on Form 1041, line 3. • If you checked 32b, you MUST attach **Form 6198**. | | | 32a ☐ All investment is at risk. 32b ☐ Some investment is not at risk. | | | |

For Paperwork Reduction Act Notice, see Form 1040 instructions.   Cat. No. 11334P   Schedule C (Form 1040) 1999

Photocopy

091

## Form W-2 Wage and Tax Statement 1999

| Box | Field | Value |
|---|---|---|
| c | Employer's name, address, and ZIP code | TANDY CORPORATION, PO BOX 1643, FORT WORTH, TX 76101 |
| e | Employee's name, address, and ZIP code | PHILIP E ENGLISH, 4369 AUKAI AVE, HONOLULU, HI 96816 |
| b | Employer identification number | 75-1047710 |
| d | Employee's social security number | 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 |
| 1 | Wages, tips, other compensation | 31.50 |
| 2 | Federal income tax withheld | |
| 3 | Social security wages | 31.50 |
| 4 | Social security tax withheld | 1.95 |
| 5 | Medicare wages and tips | 31.50 |
| 6 | Medicare tax withheld | 0.46 |
| 16 | State | HI |
| | Employer's state I.D. no. | 10245050 |
| 17 | State wages, tips, etc. | 31.50 |
| 18 | State income tax | 0.50 |

Copy B To be filed with employee's FEDERAL tax return. This information is being furnished to the Internal Revenue Service.     Dept. of the Treasury - IRS

---

## Form W-2 Wage and Tax Statement 1999

(Same values as above)

Copy C For EMPLOYEE'S RECORDS (See Notice to Employee on back of Copy B.)     Dept. of the Treasury - IRS

---

## Form W-2 Wage and Tax Statement 1999

(Same values as above)

Copy 2 To Be Filed With Employee's State, City, or Local Income Tax Return     Dept. of the Treasury - IRS

---

## W-2 Wage and Tax Statement 1999

(Same values as above)

[Photocopy watermark]

092

Copy 2 To Be Filed With Employee's State, City, or Local Income Tax Return     Dept. of the Treasury - IRS

**Notice to Employee**

**Refund.** Even if you do not have to file a tax return, you should file to get a refund if box 2 shows Federal income tax withheld, or if you can take the earned income credit.

**Earned income credit (EIC).** You must file a tax return if any amount is shown in box 9.

You may be able to take the EIC for 1999 if (1) you do not have a qualifying child and you earned less than $10,200, (2) you have one qualifying child and you earned less than $26,928, or (3) you have more than one qualifying child and you earned less than $30,580. You and any qualifying children must have valid social security numbers (SSNs). You cannot claim the EIC if your investment income is more than $2,350. **Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.** If you have at least one qualifying child, you may get as much as $1,387 of the EIC in advance by completing Form W-5, Earned Income Credit Advance Payment Certificate.

**Clergy and religious workers.** If you are not subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or amount error reported to the SSA on Form W-2. If your name and SSN are correct but are not the same as shown on your social security card, you should ask for a new card at any SSA office or call 1-800-772-1213.

**Credit for excess taxes.** If you had more than one employer in 1999 and more than $4,501.20 in social security and/or tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your Federal income tax. If you had more than one railroad employer and more than $2,631.30 in tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 or 1040A instructions and Pub. 505, Tax Withholding and Estimated Tax.

Box 1. Enter this amount on the wages line of your tax return.
Box 2. Enter this amount on the Federal income tax withheld line of your tax return.
Box 8. This amount is not included in boxes 1,3,5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.
Box 9. Enter this amount on the advance earned income credit payments line of your Form 1040 or 1040A.
Box 10. This amount is the total dependent care benefits your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. You must complete Schedule 2 (Form 1040A) or Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.
Box 11. This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or section 457 plan or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457 plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount.
Box 12. This amount is the taxable fringe benefits included in box 1. You may be able to deduct expenses that are related to fringe benefits; see the Form 1040 instructions.
Box 13. The following list explains the codes shown in box 13. You may need this information to complete your tax return.
Note: If a year follows code D, E, F, G, H, or S, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.
A - Uncollected social security or RRTA tax on tips (Include this tax on Form 1040. See "Total Tax" in Form 1040 instructions.)
B - Uncollected Medicare tax on tips (Include this tax on Form 1040. See "Total Tax" in Form 1040 instructions.)
C - Cost of group-term life insurance over $50,000 (included in box 1)
D - Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.
E - Elective deferrals under a section 403(b) salary reduction agreement.
F - Elective deferrals to a section 408(k)(6) salary reduction SEP.
G - Elective and nonelective deferrals to a section 457(b) deferred compensation plan
H - Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan (see "Adjusted Gross Income" in Form 1040 instructions for how to deduct).
J - Nontaxable sick pay (not includible as income).
K - 20% excise tax on excess golden parachute payments (see "Total Tax" in Form 1040 instructions)
L - Substantiated employee business expense reimbursements (nontaxable).
M - Uncollected social security or RRTA tax on cost of group-term life insurance coverage over $50,000 (former employees only) (see "Total Tax" in Form 1040 instructions).
N - Uncollected Medicare tax on cost of group-term life insurance coverage over $50,000 (former employees only) (see "Total Tax" in Form 1040 instructions).
P - Excludable moving expense reimbursements paid directly to employee (not included in box 1).
Q - Military employee basic housing, subsistence, and combat zone compensation (use this amount if you qualify for EIC).
R - Employer contributions to your medical savings account (MSA) (see Form 8853, Medical Savings Accounts and Long-Term Care Insurance Contracts).
S - Employee salary reduction contributions to a section 408(p) SIMPLE (not included in box 1).
T - Adoption benefits (not included in box 1). You must complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.
Box 15. If the "Pension plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. If the "Deferred compensation" box is checked, the elective deferrals in box 13 (codes D,E,F,G,H, and S) (for all employers, and for all such plans to which you belong) are generally limited to $10,000. Elective deferrals for section 403(b) contracts are limited to $10,000 ($13,000 in some cases; see Pub. 571). The limit for section 457(b) plans is $8,000. Amounts over these limits must be included in income. See "Wages, Salaries, Tips, etc." in the Form 1040 instructions.
Note: Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help protect your social security benefits, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year. SSA suggests you confirm your work record with them from time to time.

Photocopy

093



CONSOLIDATED STATEMENT OF INTEREST INCOME
FOR 1999 IN LIEU OF A 1099-INT FORM

PHILIP E ENGLISH                                          45
4369 AUKAI AVE
HONOLULU HI   96816

To help you save time in gathering your financial records for 1999, this consolidated statement lists the interest earned by your account(s) at First Hawaiian Bank.  If multiple accounts are shown, they are consolidated on the basis of your Social Security Number or Taxpayer Identification Number 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.

IMPORTANT NOTICE:  If you have Certificates of Deposit with a maturity of more than one year and have elected to receive interest at maturity, your interest earned for 1999 will be provided to you on a separate Form 1099-OID as required by the Internal Revenue Service.

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT OF INTEREST | FORFEITURE | FEDERAL TAX WITHHELD |
|---|---|---|---|---|
| 45-260259 | CHECKING | 22.75 | | |
| 45-920704 | MAXIMIZER | 94.28 | | |
| 7045-705065 | CERTIFICATE | 270.38 | 92.64 | |

The TOTAL of the AMOUNT OF INTEREST above is shown in Box 1 below.  When applicable, your total amount of interest forfeiture and Federal income tax withheld are shown in Boxes 2 and 3 respectively.  See complete Instructions For Recipient printed on the back of this form.
Please report any error within 10 days.  Direct inquiries about this statement to your branch of account.

| PAYER'S name, address, and ZIP code | Statement for Recipients of | OMB NO. 1545-0112 IRS SUBSTITUTE FORM 1099- |
|---|---|---|
| FIRST HAWAIIAN BANK<br>P. O. BOX 3200<br>HONOLULU, HI   96847<br>Phone: Oahu 844-4444; Other Islands &<br>USA 1(888) 844-4444; Guam 475-7900 | INTEREST INCOME<br>Copy B<br>for Recipient | **1999** |

| RECIPIENT'S identification number | PAYER'S Federal identification number | 1 Earnings from savings and loan associations, credit unions, bank deposits, bearer certificates of deposits, etc. | This is impo tax information ar being furnishe the Internal Rev Service. If you required to f return, a neglig penalty or ( sanction wi imposed on you if income is taxable the IRS detern that it has not repc |
|---|---|---|---|
| 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 | 99-0034327 | 387.41 | |
| RECIPIENT'S name, address, and ZIP code | | 2 Early withdrawal penalty | |
| PHILIP E ENGLISH<br>4369 AUKAI AVE<br>HONOLULU HI   96816 | | 92.64 | |
| | | 3 Federal income tax withheld | |
| | | .00 | |

Federal regulations do not require you to submit this form when filing your tax returns.

notocopy

094

## INSTRUCTIONS FOR RECIPIENT

**Box 1** - The amount listed is the total amount of interest paid to you during the calendar year for the accounts listed on the statement. Accounts are identified by your Social Security or Taxpayer Identification Number and may be owned jointly or individually.

If you have Certificates of Deposit with a maturity of more than one year and have elected to receive interest at maturity, your interest earned for the past year will be provided to you on a separate Form 1099-OID as required by the Internal Revenue Service.

**Box 2** - The amount listed is the total amount of interest or principal forfeited due to premature withdrawal of time deposits. The amount of each interest forfeiture is listed on the statement. You may deduct this on your Federal Income Tax return only on the specific line of Form 1040 under "Adjustments to Income."

**Box 3** - The amount listed is the amount of Federal Income Tax withheld from your interest payment(s). For example, if you did not furnish your Taxpayer Identification Number to us, your account was subject to backup withholding of 31% of all interest payments made. **Include this amount in your income tax return as tax withheld.** See Internal Revenue Form W-9 (Payer's Request for Taxpayer Identification Number) for information on backup withholding and furnishing your Taxpayer Identification Number to the payer.

If your Federal Identification Number is shown on this form, and two or more recipients are shown or the form includes amounts belonging to another person, you are considered a nominee recipient. You must file Form 1099-INT for each of the other owners showing the income allocable to each. File Form(s) 1099-INT with Form 1096, Annual Summary and Transmittal of U.S. Information Returns, at the Internal Revenue Service Center for your area. On Forms 1099-INT and 1096, you should be listed as the "payer." On Form 1099-INT, the other owner(s) should be listed as the "recipient." A husband or wife is not required to file a nominee return to show payments for the other.

Note: The information listed in substitute Form 1099-INT on the front of this form is being reported to the Internal Revenue Service via magnetic media.

If you find any information to be incorrect,
notify your First Hawaiian Bank branch immediately.

Photocopy

095

**Philip English**
**531 Hahaione Street, #2-B**
**Honolulu, Hawaii 96825**

Phone: (808) 394-8679
e-mail: philip_english@hotmail.com

April 13, 2000

Department of the Treasury
Internal Revenue Service
Fresno, California 93888-1451

        Re:    Philip English - SS# 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
               <u>Request for Installment Payments and Removal of Penalty</u>

Dear IRS:

I am writing in reference to the enclosed tax return for the year 1999. I am writing to request that the IRS approve an installment payment program so that the tax due and owing may be paid in full over time. Moreover, I am writing to request that any penalties imposed be waived due to unusual and difficult circumstances that have affected my ability to pay on a timely basis.

In mid 1998 a decision was made by my wife to divorce me. And in late 1998 it was discovered that I had kidney cancer and was under a doctor's care. I underwent major surgery which included the removal of a kidney and adrenal gland in November 1998. I was unable to do work for several months during this period while recovering from the surgery. I continue to be examined periodically for any further evidence of cancer.

The divorce process was final in April of 1999. I remained unemployed during the majority of 1999 in spite of aggressive attempts. I lived primarily on the proceeds from the divorce settlement. I have recently been employed as a sales clerk at a local hardware store at $7 per hour.

During the course of the divorce I was advised by my attorney that "settlement" proceeds were not taxable. Early this year I received a 1099 in the mail with regards to part of the settlement proceeds from the divorce. It was at this time that I became aware that this portion of the divorce settlement proceeds would be taxable. I am now aware that a portion of the divorce proceeds were a settlement and a portion were from a retirement fund that I am responsible to pay taxes on. In addition, as part of the settlement I was given a large amount of debt. I used a portion of the divorce proceeds to retire the debt and I used the remainder to survive and get by.

I am fully committed to paying the taxes and interest due. However, my only means of making such payments is through monthly installments overtime. Currently my monthly take home income of approximately $925 per month and is not enough to pay rent and child support. I continue to look for additional employment.

Due to the foregoing circumstances, I respectfully request that I be allowed to make installment payments and that the penalties be abated.

I look forward to hearing from you,

Sincerely,

*[signature]*

Philip English

Photocopy

096