(phone call)

FOR: RSM
M: Jamie P.
OF: DCD
PHONE: 586-1146
MESSAGE: re: Phil English
Tax ID: 2030-1887

SIGNED: tim

DATE: 1/16 1:45

DEFENDANT'S EXHIBIT 3248

PE 00710