RECEIVED DEC 1 2 2005
SF: GK Appraisals

CERTIFIED COPY

1              IN THE UNITED STATES DISTRICT COURT

2                  FOR THE DISTRICT OF HAWAII

3                        - - -

4    PHILIP E. ENGLISH,                )
                                       )
5              Plaintiff,              )
                                       )
6         vs.                          )  No.  CV04-00108 SOM KSC
                                       )
7    CITY AND COUNTY OF HONOLULU;      )
     GARY T. KUROKAWA;                 )
8    ROBERT O. MAGOTA; ANN C. GIMA;    )
     and GK APPRAISALS, INC.;          )
9    JOHN DOES 1-10; JANE DOES 1-10;   )
     DOE PARTNERSHIPS; DOE             )
10   CORPORATIONS 1-10; AND DOE        )
     ENTITIES 1-10,                    )
11                                     )
               Defendants.            )
12   _____)

13

14

15                    DEPOSITION OF

16      ROCHELLE LONG, CUSTODIAN OF RECORDS

17    FOR THE OFFICES OF PASADENA CITY COLLEGE

18            PASADENA, CALIFORNIA

19            NOVEMBER 28, 2005

20

21   ATKINSON-BAKER, INC.
     COURT REPORTERS
22   (800) 288-3376
     www.depo.com
23

24   REPORTED BY:  ALMA YADIRA RAMIREZ, CSR NO. 11156

25   FILE NO.:     9F08FAF

DEFENDANTS EXHIBIT 315

TONY

1

1          IN THE UNITED STATES DISTRICT COURT

2               FOR THE DISTRICT OF HAWAII

3                     - - -

4    PHILIP E. ENGLISH,                )
                                        )
5               Plaintiff,             )
                                        )
6        vs.                           )  No.   CV04-00108 SOM KSC
                                        )
7    CITY AND COUNTY OF HONOLULU;      )
     GARY T. KUROKAWA;                 )
8    ROBERT O. MAGOTA; ANN C. GIMA;    )
     and GK APPRAISALS, INC.;          )
9    JOHN DOES 1-10; JANE DOES 1-10;   )
     DOE PARTNERSHIPS; DOE             )
10   CORPORATIONS 1-10; AND DOE        )
     ENTITIES 1-10,                    )
11                                      )
                Defendants.             )
12   _____)

13

14

15          Deposition of ROCHELLE LONG, taken on behalf of

16   Defendant, at 1570 East Colorado Boulevard, Pasadena,

17   California, commencing at 10:42 a.m., Monday,

18   November 28, 2005, before Alma Yadira Ramirez,

19   CSR No. 11156.

20

21

22

23

24

25

1                     A P P E A R A N C E S

2

3     FOR THE PLAINTIFF:
      (No appearance)
4
      MOSELEY, BIEHL, TSUGAWA, LAU & MUZZI
5     BY:   ROGER S. MOSELEY, ESQUIRE
      BY:   ALAN K. LAU, ESQUIRE
6     BY:   CHRISTOPHER J. MUZZI, ESQUIRE
      1100 Alakea Street
7     23rd Floor
      Honolulu, Hawaii  96813
8

9
      FOR DEFENDANT GK APPRAISALS, INC.:
10    (No appearance)

11    MATSUI, CHUNG, SUMIDA & TSUCHIYAMA
      BY:   KEVIN P. H. SUMIDA, ESQUIRE
12    BY:   ANTHONY L. WONG, ESQUIRE
      Pacific Guardian Center, Mauka Tower
13    737 Bishop Street
      Suite 1400
14    Honolulu, Hawaii  96813

15

16    FOR DEFENDANTS CITY AND COUNTY OF HONOLULU, GARY T.
      KUROKAWA, ROBERT O MAGOTA, and ANN C. GIMA:
17    (No appearance)

18    KAWASHIMA, LORUSSO & TOM, LLP
      BY:   MICHAEL A. LORUSSO, ESQUIRE
19    Fort Street Tower
      745 Fort Street
20    5th Floor
      Honolulu, Hawaii  96813

21

22

23

24

25

1                           I N D E X

2    WITNESS:  ROCHELLE LONG

3    EXAMINATION                                     PAGE

4        BY THE REPORTER                                5

5

6    EXHIBITS
                             DEFENDANT'S
7    NUMBER                   DESCRIPTION            PAGE

8    1 - Notice of Taking Deposition Upon Written      10
         Questions;  Questions
9
     2 - Academic records                             10
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    ROCHELLE LONG,

 2             having first been duly sworn, was

 3             examined and testified as follows:

 4

 5                     EXAMINATION

 6   BY THE REPORTER:

 7        Q    Please state your name.

 8        A    Rochelle Long.

 9        Q    What is your residence address?

10        A    Pasadena, California.  1742 Mentone Avenue,

11   Pasadena, California 91103.

12        Q    Are you employed?

13        A    Yes.

14        Q    What is your employer's name?

15        A    Pasadena City College.

16        Q    What is your employer's address?

17        A    1570 East Colorado Boulevard, Pasadena,

18   California 91106.

19        Q    What is your job or position with your employer?

20        A    My title is Admissions and Records Clerk III.

21        Q    In that position, do you have under your care,

22   custody, and control any and all records kept by your

23   employer?

24        A    Yes.

25        Q    Among your employer's records under your care,
```

1   custody, and control, are there any and all academic and

2   scholarship records pertaining to Philip E. English, Date

3   of Birth:  October 26, 1954; Social Security Number:

4   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 (hereinafter referred to as "the

5   above-mentioned person")?

6       A    There's a correction on the Social Security

7   number.  Now that I'm looking at it, maybe I stand

8   corrected.  Because why in the heck do I have this Social

9   Security number attached to it?  I'll have to do the

10  letter again.

11           I have the academic; no scholarships.  My office

12  only handles academic records.  So the scholarship is

13  through -- if the student does -- it's through Financial

14  Aid Scholarship Office.  And I don't show that they've

15  responded to the subpoena.  I usually make a copy of the

16  subpoena to those different offices that they're asking.

17  And I don't have a record of receiving anything that he

18  would qualify for or applied for 'cause there's nothing

19  in the file.  This letter needs to be redone 'cause that

20  is his correct number.

21      Q    Were you served with a subpoena requiring your

22  appearance before the notary public for the purpose of

23  answering these questions and requiring you to bring with

24  you any and all of your employer's records pertaining to

25  the above-mentioned person?

1     A     The subpoena was served to the custodian of

2  records.  I am not.  I just produced the documents for

3  the custodian of records who is actually the Director of

4  Admissions and Records, Dr. Margaret Ramey.  Her

5  signature appears on the academic records.

6     Q     Do you have all of those records with you?

7     A     Yes.

8     Q     Are those records complete?

9     A     Yes.

10    Q     Has any portion of those records ever been

11 removed from your care, custody, and control prior to

12 this time?

13    A     I guess I don't understand the question since

14 the records are accessible to more than one person in

15 this office who handles student records for various

16 reasons.

17           So right now his records were pulled for the

18 subpoena.  So I've been myself the only one who had it

19 since we were served the subpoena November 2 would be my

20 guesstimate.  That's when it was served.  I don't know

21 when I pulled the records.  'Cause I pulled it that day

22 or the next day.  I don't remember.

23    Q     If so, when and by whom?

24    A     That's unknown.

25    Q     Has any portion of those records ever been

1  altered prior to this time?

2      A    None that I'm aware.

3      Q    What identifies those records as pertaining to

4  the above-mentioned person?

5      A    The records reflect the student's name as it

6  appears on the records, or I should say the records that

7  were produced for him, academic, as well as date of birth

8  and the Social Security number to identify.

9      Q    Would you, please, turn over to the notary

10  public at this time the originals or complete and legible

11  copies of any and all of your employer's records

12  pertaining to the above-mentioned person, which you have

13  brought with you pursuant to the requirements of the

14  subpoena with which you were served.

15      A    This is just copies, certified copies of the

16  original that I'm handing over.  I have to make a

17  correction on the student's Social Security number on the

18  cover letter that we produce for each subpoena.  I made

19  an error typing in a Social Security number that isn't

20  the student's for some reason.  But I produced it.

21      Q    Please describe briefly but completely so that

22  they may be readily identified the records which you have

23  turned over to the notary public.

24      A    It's an academic official transcript of the work

25  the student earned under college credit courses and

1  attendance at Pasadena City College that goes from 1970

2  all the way through and on and off records up to fall

3  1985.

4          Part of the records are on a hard copy that we

5  have to photocopy and then validate with a signature and

6  seal.  And then the other part is an automated portion.

7  We have some of our records that are split.  We have some

8  that are on hard record and some where the student came

9  back after our system was automated starting with spring

10  of 1982 to the present.  And so the student has a split

11  record -- that's what we call split -- some automated and

12  some on a hard record which we call a permanent record.

13      Q    Please describe briefly but completely so that

14  they may be readily identified any of your employer's

15  records pertaining to the above-mentioned person which

16  you have not turned over to the notary public, including

17  both those records which you have brought with you and

18  those records which you have not brought with you.

19      A    The scholarship records -- this office only

20  handles student academic records.  We don't have access

21  to any scholarship financial aid records.  Those would be

22  held in -- if the student did in fact -- be held with our

23  financial aid scholarship office.  I haven't heard from

24  them whether or not the student had in fact applied for

25  anything under scholarships or financial aid with their

1    department.  So I'm assuming there isn't any.  But that's

2    an assumption.  'Cause I haven't heard from them.

3         Q    Are you willing to waive the reading and signing

4    of this deposition?

5         A    Yes.

6                   (Defendant's Exhibits 1 and 2 were

7              marked for identification.)

8                   (Ending time:  10:55 a.m.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

REPORTER'S CERTIFICATE

I, ALMA YADIRA RAMIREZ, CSR No. 11156, Certified Shorthand Reporter, certify;

That the foregoing proceedings were taken before me at the time and place therein set forth, at which time the witness was put under oath by me;

That the testimony of the witness, the questions propounded, and all objections and statements made at the time of the examination were recorded stenographically by me and were thereafter transcribed;

That the foregoing is a true and correct transcript of my shorthand notes so taken.

I further certify that I am not a relative or employee of any attorney of the parties, nor financially interested in the action.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct.

Dated this 7th day of December, 2005.

_____
ALMA YADIRA RAMIREZ, C.S.R. No. 11156

11

REPORTER'S CERTIFICATION OF CERTIFIED COPY

     I, ALMA YADIRA RAMIREZ, CSR No. 11156, a
Certified Shorthand Reporter in the State of California,
certify that the foregoing pages 1 through 11, constitute
a true and correct copy of the original deposition of
ROCHELLE LONG taken on November 28, 2005.

     I declare under penalty of perjury under the
laws of the State of California that the foregoing is
true and correct.


     Dated this 7th day of December, 2005.

_____

ALMA YADIRA RAMIREZ, C.S.R. NO. 11156

Of Counsel:
Matsui Chung Sumida & Tsuchiyama
A Law Corporation

KEVIN P. H. SUMIDA  2544-0
ANTHONY L. WONG     6018-0
Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 1400
Honolulu, Hawaii 96813
Telephone No.: (808) 535-3711
Facsimile No.: (808) 599-2979
E-Mail Address:  info@triallawhawaii.com

Attorneys For Defendant
GK APPRAISALS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>          Plaintiff,<br><br>     vs.<br><br>CITY AND COUNTY OF HONOLULU;<br>GARY T. KUROKAWA;<br>ROBERT O. MAGOTA; ANN C. GIMA;<br>and GK APPRAISALS, INC.;<br>JOHN DOES 1-10;<br>JANE DOES 1-10;<br>DOE PARTNERSHIPS;<br>DOE CORPORATIONS 1-10;<br>AND DOE ENTITIES 1-10,<br><br>          Defendants. | CIVIL NO. CV04-00108 SOM KSC<br><br><br>NOTICE OF TAKING<br>DEPOSITION UPON WRITTEN<br>QUESTIONS; QUESTIONS<br><br><br>Trial Date:    02/14/2006 |

CV04-00108 SOM KSC__NBR1128CA11.doc

NOTICE OF TAKING
DEPOSITION UPON WRITTEN QUESTIONS

000001



TO:        ROGER S. MOSELEY, ESQ.
           ALAN K. LAU, ESQ.
           CHRISTOPHER J. MUZZI, ESQ.
           Moseley Biehl Tsugawa Lau & Muzzi
           1100 Alakea Street, 23rd Floor
           Honolulu, Hawaii 96813
           Telephone No: (808) 531-0490

           Attorneys for Plaintiff

           MICHAEL A. LORUSSO, ESQ.
           Kawashima Lorusso & Tom LLP
           Fort Street Tower
           745 Fort Street, 5th Floor
           Honolulu, Hawaii 96813
           Telephone No: (808) 275-0300

           Attorney for Defendants
           CITY AND COUNTY OF HONOLULU;
           GARY T. KUROKAWA;
           ROBERT O. MAGOTA and ANN C. GIMA

           PLEASE TAKE NOTICE that on Monday, November 28, 2005, on

behalf of the Defendant above-named, the following depositions

will be taken at the Custodians' respective offices, at the times

as indicated below:

NAME AND ADDRESS                              TIME OF DEPOSITION

CUSTODIAN OF RECORDS                              10:00 AM
PASADENA CITY COLLEGE
1570 East Colorado Boulevard
Pasadena, California  91106
Tel: (626) 585-7123

CUSTODIAN OF RECORDS                              10:30 AM
CALIFORNIA STATE UNIVERSITY, LOS ANGELES
5151 State University Drive
Los Angeles, California 90032
Tel: (323) 343-3000

2

000002

NAME AND ADDRESS                              TIME OF DEPOSITION

CUSTODIAN OF RECORDS                          11:00 AM
UNIVERSITY OF SOUTHERN CALIFORNIA
700 Childs Way
Los Angeles, California 90089-0911
Tel: (213) 740-1111 or (213)740-6616

or qualified employee in charge of records, will be taken upon

certain questions, a copy of which is herewith served upon you,

and such cross, redirect and recross questions as may be duly

served herein, before a notary public duly authorized to

administer oaths in the State of California, from the offices of

ATKINSON-BAKER COURT REPORTERS (Headquarters), 500 North Brand

Boulevard, Third Floor, Glendale, California, 91203; Telephone

Numbers: (800) 288-3376 and (818) 551-7300.

    Said Custodians of Records are required to bring with

them and to release originals or complete and legible copies of

any and all academic and scholarship records, under your care,

custody and control, pertaining to PHILIP E. ENGLISH, Date of

Birth: October 26, 1954; Social Security Number: 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.

3

Said depositions are to be taken pursuant to Rule 31 of the Federal Rules of Civil Procedure.

DATED: Honolulu, Hawaii, _____ OCT 2 0 2005

_____

KEVIN P. H. SUMIDA
ANTHONY L. WONG

Attorneys For Defendant
GK APPRAISALS, INC.

4

000004

<u>QUESTIONS</u>

1.   Please state your name.

2.   What is your residence address?

3.   Are you employed?

4.   What is your employer's name?

5.   What is your employer's address?

6.   What is your job or position with your employer?

7.   In that position do you have under your care, custody and control any and all records kept by your employer?

8.   Among your employer's records under your care, custody and control are there any and all academic and scholarship records, pertaining to PHILIP E. ENGLISH, Date of Birth: October 26, 1954; Social Security Number: 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 (hereinafter referred to as "the above-mentioned person")?

9.   If your answer to Question 8 is No, state the reason why there are no records or why the records are not being turned over.

10.   Were you served with a subpoena requiring your appearance before the notary public for the purpose of answering these questions and requiring you to bring with you any and all of your employer's records pertaining to the above-mentioned person?

11.   Do you have all of those records with you?

12.   Are those records complete?

5

OJ0005

13. Has any portion of those records ever been removed from your care, custody and control prior to this time?

14. If so, when and by whom?

15. Has any portion of those records ever been altered prior to this time?

16. If so, when and by whom?

17. What identifies those records as pertaining to the above-mentioned person?

18. Would you please turn over to the notary public at this time the originals or complete and legible copies of any and all of your employer's records pertaining to the above-mentioned person, which you have brought with you pursuant to the requirements of the subpoena with which you were served.

19. Please describe briefly but completely so that they may be readily identified the records which you have turned over to the notary public.

20. Please describe briefly but completely so that they may be readily identified any of your employer's records pertaining to the above-mentioned person which you have not turned over to the notary public, including both those records which you have brought with you and those records which you have not brought with you.

6

21.  Are you willing to waive the reading and signing of this deposition?

DATED: Honolulu, Hawaii, _____OCT 2 0 2005_____

_____
KEVIN P. H. SUMIDA
ANTHONY L. WONG

Attorneys For Defendant
GK APPRAISALS, INC.

000007

**PERMANENT RECORD**

PASADENA CITY COLLEGE
PASADENA, CALIFORNIA

| DEPARTMENT | COURSE NO. | | LAST NAME | FIRST NAME | MIDDLE NAME | STUDENT CODE | BIRTHDATE MO. DAY YR. |
|---|---|---|---|---|---|---|---|
| ENGLISH | | | | PHILIP | | 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 | 1 0 2 6 5 4 |
| MUSIC | 132 | | | | | | |

DESCRIPTIVE TITLE

FIRST SEMESTER 1970 71
PERFORMANCE MUSIC 1 13 71
WITHDREW

SEE SECOND SHEET

HIGH SCHOOL OF GRADUATION

LOCATION

| | UNITS ATTEMPTED | UNITS EARNED | GRADE | POINTS |
|---|---|---|---|---|
| | | | W | |

00008

REC'D 16 2005

EXHIBIT

BIRTHPLACE,  Long Beach, California

DATE OF HIGH SCHOOL GRADUATION

**ADVANCED STANDING GRANTED AS FOLLOWS:**

| COLLEGES | UNITS ATTEMPTED | UNITS EARNED | POINTS |
|---|---|---|---|

ASSOCIATE IN ARTS DEGREE GRANTED.

STATE REQUIREMENT IN COMMUNITY AND PERSONAL HYGIENE SATISFIED.

STATE REQUIREMENT IN AMERICAN INSTITUTIONS, HISTORY, STATE AND LOCAL GOVERNMENT SATISFIED.

MINIMUM REQUIRED FOR AA DEGREE, 60 UNITS, C AVERAGE. LENGTH OF SEMESTER - 18 WEEKS. AVERAGE LOAD PER SEMESTER - 15.5 UNITS. UNITS OF CREDIT - ONE HOUR EACH WEEK LECTURE OR THREE HOURS EACH WEEK LABORATORY.

DATES

MEMORANDA:

**NUMBERING OF COURSES**

1-99     UNIVERSITY LOWER DIVISION EQUIVALENTS.

100-399 TECHNICAL, SEMI-PROFESSIONAL, OCCUPATIONALLY ORIENTED, OR COMMUNITY COLLEGE GENERAL EDUCATION.

400-499 QUALIFYING OR REMEDIAL.

**GRADES AND GRADE POINTS:**

| A - SUPERIOR | 4 | E - INCOMPLETE | 0 |
| B - BETTER THAN AVERAGE | 3 | F - FAILED | 0 |
| C - AVERAGE | 2 | W - WITHDREW | 0 |
| D - PASSING | 1 | | |

PASADENA CITY COLLEGE
1570 EAST COLORADO BOULEVARD
PASADENA, CALIFORNIA 91106

A TWO YEAR COLLEGE GRANTING THE ASSOCIATE IN ARTS DEGREE
ACCREDITED BY THE WESTERN ASSOCIATION OF SCHOOLS AND COLLEGES
TRANSCRIPT OFFICIAL ONLY WHEN COLLEGE SEAL IS AFFIXED
STUDENT IN GOOD STANDING UNLESS OTHERWISE NOTED

DATE TRANSCRIPT ISSUED

ADMINISTRATIVE DEAN........DENT PERSONNEL

**PERMANENT RECORD** (SECOND SHEET)

**PASADENA CITY COLLEGE**
PASADENA, CALIFORNIA

| LAST NAME | FIRST NAME | MIDDLE NAME | STUDENT CODE |
|---|---|---|---|
| ENGLISH | PHILIP | EUGENE | 2547250 |

**BIRTHDATE**
| MO. | DAY | YR. |
|---|---|---|
| 10 | 26 | 54 |

BIRTHPLACE: Long Beach, California

HIGH SCHOOL OF GRADUATION: John Muir High School

LOCATION: Pasadena, California

DATE OF HIGH SCHOOL GRADUATION: June 15, 1972

**ADVANCED STANDING GRANTED AS FOLLOWS:**
COLLEGES

DEPARTMENT: ENGLISH

| DEPARTMENT | COURSE NO. | DESCRIPTIVE TITLE | Units Attempted | Units Earned | Grade | Grade Points |
|---|---|---|---|---|---|---|
| **ENGLISH, PHILIP E   FIRST SEMESTER  1972  73** | | | | | | |
| ENGL | 132 | READING SKILLS | 2D | 2D | C | 4D |
| ENGL | 401 | ENGLISH ESSENTIALS | | | W | |
| FRENCH | 1 | ELEMENTARY FRENCH | 4D | 4D | C | 4D |
| MUSIC | 57 | THEORY | | | W | |
| MUSIC | 41A | FIRST YEAR PIANO | | | W | |
| MUSIC | 61 | LANCER MARCHING BAND | 2D | 2D | C | 4D |
| Semester Grade Point Average | | 200 Total | | 80 Total | | 80 |
| **ENGLISH, PHILIP E   SECOND SEMESTER  1972  73**   10-26-54 | | | | | | |
| WRK ST | 4 | COOP WORK EXPERIENCE | | | W | |
| ENGL | 115B | MODERN LITERATURE | | | W | |
| MUSIC | 2A | MUSICIANSHIP | | | W | |
| MUSIC | 3A | HARMONY | | | W | |
| MUSIC | 57 | JAZZ ROCK ENSEMBLE | | | W | |
| MUSIC | 60 | COLLEGE COMMUNITY ORCH | 2D | 2D | C | 4D |
| MUSIC | 61 | LANCER MARCHING BAND | 2D | 2D | C | 4D |
| AMER I | 5 | AMERICAN INSTITUTIONS | 4D | 4D | W | |
| | | WITHDREW  6-01-73 | | | | |
| Semester Grade Point Average | | | | | | |
| **ENGLISH, PHILIP E   FIRST SEMESTER  1973  74**   10-26-54 | | | | | | |
| P E | | TEMPORARY WAIVER | | | | |
| ART | 1A | HISTORY OF ART | 3D | 3D | F | |
| ENGL | 400 | ENGLISH ESSENTIALS | 3D | 3D | F | |
| PSYCH | 22 | DVLPMT PSYCH THE ADULT | | | W | |
| SOCIO | 24 | MARRIAGE AND FAMILY | 3D | 3D | F | |
| | | PLACED ON ACADEMIC PROBATION | 60 | | | |
| **ENGLISH, PHILIP E   SUMMER SESSIONS 1974** | | | | | | |
| ENGL | 401 | ENGLISH ESSENTIALS | 3D | 3D | C | 6D |
| | | SEM GPA  200 | 3D | 3D | | 6D |
| | | (SEE THIRD SHEET) | | | | |

MEMORANDA:

DATES

MINIMUM REQUIRED FOR AA DEGREE:  60 UNITS, C AVERAGE. LENGTH OF SEMESTER - 18 WEEKS. AVERAGE LOAD PER SEMESTER - 15.5 UNITS. UNITS OF CREDIT - ONE HOUR EACH WEEK LECTURE OR THREE HOURS EACH WEEK LABORATORY.

STATE REQUIREMENT IN COMMUNITY AND PERSONAL HYGIENE SATISFIED

STATE REQUIREMENT IN AMERICAN INSTITUTIONS, HISTORY, STATE AND LOCAL GOVERNMENT SATISFIED

ASSOCIATE IN ARTS DEGREE GRANTED

**NUMBERING OF COURSES**

1-99  UNIVERSITY LOWER DIVISION EQUIVALENTS

100-399 TECHNICAL, SEMI-PROFESSIONAL, OCCUPATIONALLY ORIENTED OR COMMUNITY COLLEGE GENERAL EDUCATION.

400-499 QUALIFYING OR REMEDIAL.

**GRADES AND GRADE POINTS:**

| | | |
|---|---|---|
| A - SUPERIOR | F - FAILED | |
| B - BETTER THAN AVERAGE | W - WITHDREW | |
| C - AVERAGE | | |
| D - PASSING | CR-CREDIT-AT-C-LEVEL | |
| E - INCOMPLETE | OR ABOVE | |
| | NOT USED IN GPA | |

A TWO YEAR COLLEGE GRANTING THE ASSOCIATE IN ARTS DEGREE ACCREDITED BY THE WESTERN ASSOCIATION OF SCHOOLS AND COLLEGES. TRANSCRIPT OFFICIAL ONLY WHEN COLLEGE SEAL IS AFFIXED. STUDENT IN GOOD STANDING UNLESS OTHERWISE NOTED

PASADENA CITY COLLEGE
1570 EAST COLORADO BOULEVARD
PASADENA, CALIFORNIA 91106

DATE TRANSCRIPT ISSUED _____

ADMINISTRATIVE DEAN _____

NOV 16 2005

000009

ENGLISH

| LAST NAME | | | | | | MIDDLE NAME | | BIRTHDATE | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | PHILIP | | | | EUGENE | PASADENA, CALIFORNIA | NO. | DAY | YR |
| DEPARTMENT | COURSE NO. | DESCRIPTIVE TITLE | | | | | STUDENT CODE | 10 | 26 | 54 |

| | | | | Units Attempted | Units Earned | Grade | Grade Points |
|---|---|---|---|---|---|---|---|
| ENGLISH, PHILIP E | | 10-26-54 | | | | | |
| FIRST SEMESTER 74-75 | | | | | | | |
| ADMITTED ON PROBATION | | | | | | | |
| MUSIC 60 | COLLEGE COMMUNITY ORCH | | | | | | W |
| | | | | | | | |
| ENGLISH, PHILIP E | | 10-26-54 | | | | | |
| SUMMER SESSION 1975 | | | | | | | |
| ENGL 401 | ENGLISH ESSENTIALS | | | | | W | |
| AMER I 5 | AMERICAN INSTITUTIONS | | | | | W | |
| | | | | | | | |
| ENGLISH, PHILIP E | | 10-26-54 | | | | | |
| FIRST SEMESTER 1975-76 | | | | | | | |
| ADMITTED ON PROBATION | | | | | | | |
| AMER I 5 | AMERICAN INSTITUTIONS | | 30 | 30 | F | .0 | |
| ANTHRO 1 | PHYSICAL ANTHROPOLOGY | | 30 | 30 | C | 60 | |
| ENGL 1A | READING & COMPOSITION | | | | W | | |
| HIST 1A | EUR CIV TO 1648 | | 30 | 30 | C | 60 | |
| ACADEMIC DISQUALIFICATION | | | 90 | 60 | | 120 | |
| | Semester Grade Point Average 1.33 | Total | | | | | |
| | | | | | | | |
| ENGLISH, PHILIP E | | 10-26-54 | | | | | |
| SECOND SEMESTER 1975-76 | | | | | | | |
| CONTINUED BY ADM ACTION | | | | | | | |
| ART 1A | HISTORY OF ART | | | | W | | |
| ENGL 1A | READING & COMPOSITION | | | | W | | |
| HIST 1B | EUR CIV FROM 1648 | | | | W | | |
| WITHDREW 4-14-76 | | | | | | | |
| | | | | | | | |
| | FALL SEMESTER 1985 | | | | | | |
| 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 | PHILIP E BIRTHDATE: 10/26/54 | | | | | | |
| ENGLISH | BUS ORG AND MANAGE | | .0 | .0 | W | .0 | |
| BUS 116A | | | | | | | |
| SEM TOTALS: GPA=0.000 | | | | | .0 | .0 | .0 |
| PCC CUMS FROM SPR-92: GPA=0.000 | | | | | .0 | .0 | .0 |
| PRIOR ACAD PROBATION STANDS | | | | | .0 | .0 | .0 |
| OFF-AL WITHDRAWAL 10/17/85 | | | | | | | |

SEE AUTOMATED TRANSCRIPT

| | UNITS ATTEMPTED | UNITS EARNED | GRADE POINTS |
|---|---|---|---|

PASADENA CITY COLLEGE
1570 EAST COLORADO BOULEVARD
PASADENA, CALIFORNIA

TRANSCRIPT OFFICIAL ONLY WHEN COLLEGE SEAL IS AFFIXED STUDENT
GOOD STANDING UNLESS OTHERWISE NOTED

INVALID WITHOUT FIRST SHEET. SEE FIRST SHEET FOR FURTHER DATA

MEMORANDA CONTINUED

| DATE | TRANSCRIPT ISSUED TO |
|---|---|
| 5-30-73 | Self (Pick Up-UCLA)    Pht/WJP |
| 8-15-74 | CS-Los Angeles    Pht/FG |
| 6-21-74 | Band Director, Music, CSLA    Pht |
| 1-13-75 | Personnel, Bank of Am., L.A., P |
| 4-24-75 | Pht |
| 2-10-86 | CSLA    Pht/WDR    dup |

DATE    TEST DATA

DATE TRANSCRIPT ISSUED    ADMINISTRATI     ENT PERSONNEL

000010

11/16/2005       # PASADENA CITY COLLEGE       Page 1

Student ID: 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       Name: ENGLISH, PHILIP E

th Date: 10/26/1954    High School Code: 19-3-610    Year HS Graduation: 1972

| CSU GE | IGETC CODES | CAN | DESCRIPTION | COURSE & NUMBER | UNITS ATT | COMP | GRD | GRADE POINTS | CODE |
|---|---|---|---|---|---|---|---|---|---|

\* \* \*
PCC records before Spring 1982 are not shown on this document
\* \* \*

\* \* \* FALL 1985 \* \* \*

| | | BUS ORG AND MANAGEM | BUS 116A | < 3.0> | .0 | W | .0 | |
|---|---|---|---|---|---|---|---|---|
| | | | | 0.0 | 0.0 | | 0.0 | .000 |

ACADEMIC PROBATION - STAGE 1
Official Withdrawal on 10/17/1985

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Pasadena City College | Cumulative totals: | 0.0 | 0.0 | | 0.0 | .000 |
| Assoc. in Science Degree Applicable totals: | 0.0 | 0.0 | | 0.0 | .000 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* END OF TRANSCRIPT \* \* \* \* \* \* \* \* \* \* \* \* \* \*
(Not official without signature and seal)

000011

AN OFFICIAL SIGNATURE IS WHITE WITH BLUE BACKGROUND      REJECT DOCUMENT IF SIGNATURE BELOW IS DISTORTED

In accordance with the Family Educational Rights and Privacy Act of 1974, as Amended, this document may not be released to others without the written consent of the student.

M. Ramey
Associate Dean, Admissions and Records

This officially sealed and signed transcript is printed on DEFENSA™ SECURITY PAPER with the name of the institution printed in white type across the face of the document. A raised seal is not required. When photocopied the name of the institution appears on one line and the word COPY appears on the next. A BLACK ON WHITE OR A COLOR COPY SHOULD NOT BE ACCEPTED!

A BLACK AND WHITE TRANSCRIPT IS NOT OFFICIAL • A SECURITY STATEMENT APPEARS WHEN PHOTOCOPIED