RECEIVED DEC 0 9 2006
OF: GK Appraisals

1        IN THE UNITED STATES DISTRICT COURT

2            FOR THE DISTRICT OF HAWAII

3                - - -            CERTIFIED COPY

4   PHILIP E. ENGLISH,            )
                                  )
5              Plaintiff,         )
                                  )
6        vs.                      ) CIVIL NO.
                                  ) CV04-00108 SOM KSC
7   CITY AND COUNTY OF HONOLULU;  )
    GARY T. KUROKAWA; ROBERT O.   )
8   MAGOTA; ANN C. GIMA; and      )
    GK APPRAISALS, INC.; JOHN     )
9   DOES 1-10; JANE DOES 1-10;    )
    DOE PARTNERSHIPS; DOE         )
10  CORPORATIONS 1-10; and DOE    )
    ENTITIES 1-10,                )
11                                )
               Defendants.        )
12                                )

13

14        DEPOSITION UPON WRITTEN QUESTIONS OF

15      YOLANDA AGUIAR, CUSTODIAN OF ACADEMIC

16            AND SCHOLARSHIP RECORDS

17    FOR CALIFORNIA STATE UNIVERSITY, LOS ANGELES

18            Los Angeles, California

19            Monday, November 28, 2005

20

21  ATKINSON-BAKER, INC.
    COURT REPORTERS
22  (800) 288-3376
    www.depo.com

23

24  REPORTED BY:  Sharon Campbell, CSR NO. 8643

25  FILE NO.:   9F08FB0



DEFENDANTS
EXHIBIT
371G

TONY

1

1              IN THE UNITED STATES DISTRICT COURT

2                  FOR THE DISTRICT OF HAWAII

3                        - - -

4    PHILIP E. ENGLISH,                    )
                                           )
5              Plaintiff,                  )
                                           )
6         vs.                              )  CIVIL NO.
                                           )  CV04-00108 SOM KSC
7    CITY AND COUNTY OF HONOLULU;          )
     GARY T. KUROKAWA; ROBERT O.           )
8    MAGOTA; ANN C. GIMA; and              )
     GK APPRAISALS, INC.; JOHN             )
9    DOES 1-10; JANE DOES 1-10;            )
     DOE PARTNERSHIPS; DOE                 )
10   CORPORATIONS 1-10; and DOE            )
     ENTITIES 1-10,                        )
11                                         )
               Defendants.                 )
12                                         )

13

14         DEPOSITION UPON WRITTEN QUESTIONS OF

15    YOLANDA AGUIAR, CUSTODIAN OF ACADEMIC AND

16    SCHOLARSHIP RECORDS FOR CALIFORNIA STATE

17    UNIVERSITY, LOS ANGELES, witness herein, taken

18    on behalf of the Defendant GK Appraisals, Inc.,

19    5151 State University, Los Angeles, California,

20    commencing at 11:15 A.M., Monday,

21    November 28, 2005, before Sharon Campbell,

22    CSR No. 8643.

23

24

25

1                          A P P E A R A N C E S

2

3       For the Plaintiff:

4       MOSELEY, BIEHL, TSUGAWA, LAU & MUZZI
        BY:  ROGER S. MOSELEY, ESQ.
5            ALAN K. LAU, ESQ.
             CHRISTOPHER J. MUZZI, ESQ.
6       1100 Alakea Street, 23rd Floor
        Honolulu, Hawaii 96813
7       (808) 531-0490
        (Not Present)

8

9       For Defendant GK Appraisals, Inc.:

10      MATSUI, CHUNG, SUMIDA & TSUCHIYAMA
        BY:  KEVIN P.H. SUMIDA
11           ANTHONY L. WONG
        Pacific Guardian Center, Mauka Tower
12      737 Bishop Street, Suite 1400
        Honolulu, Hawaii 96813
13      (808) 536-3711
        (Not Present)

14

15      For the Defendants City and County of Honolulu;
        Gary T. Kurokawa, Robert O. Magota and Ann C.
16      Gima:

17      KAWASHIMA, LORUSSO & TOM LLP
        BY:  MICHAEL A. LORUSSO, ESQ.
18      Fort Street Tower
        745 Fort Street, 5th Floor
19      Honolulu, Hawaii 96813
        (808) 275-0300
20      (Not Present)

21

22

23

24

25

1                          I N D E X

2    WITNESS:   YOLANDA AGUIAR

3    EXAMINATION                                PAGE

4      By The Court Reporter                      5

5


6

7    EXHIBITS:
                          DEFENDANTS'
     NUMBER               DESCRIPTION
8

9    1       Notice of Taking Deposition          8
             Upon Written Questions

10   2       Deposition Subpoena                   8

11   3       Complete transcript records in        8
             possession of California State
12           University, Los Angeles of
             of Philip E. English
13

14

15

16   QUESTIONS WITNESS INSTRUCTED NOT TO ANSWER:

17   (NONE.)

18

19

20   INFORMATION TO BE SUPPLIED:   (NONE.)

21

22

23

24

25

1                    YOLANDA AGUIAR,

2              having been first duly sworn, was

3              examined and testified as follows:

4

5                    EXAMINATION

6    BY THE COURT REPORTER:

7        Q    Please state your name.

8        A    Yolanda Aguiar.

9        Q    What is your residence address?

10       A    3516 Via Corona, Montebello, California 90640.

11       Q    Are you employed?

12       A    Yes.

13       Q    What is your employer's name?

14       A    Cal State University, Los Angeles.

15       Q    What is your employer's address?

16       A    5151 State University Drive, Los Angeles,

17   California 90032-8534.

18       Q    What is your job or position with your

19   employer?

20       A    I am employee relations coordinator.

21       Q    In that position, do you have under your care,

22   custody and control any and all records kept by your

23   employer?

24       A    Yes.

25       Q    Among your employer's records under your care,

5

1  custody and control, are there any and all academic and

2  scholarship records, pertaining to PHILIP E. ENGLISH,

3  Date of Birth:  October 26, 1954; Social Security

4  Number:  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 (hereinafter referred to as "the

5  above-mentioned person")?

6      A    Yes.

7      Q    Were you served with a subpoena requiring your

8  appearance before the Notary Public for the purpose of

9  answering these questions and requiring you to bring

10  with you any and all of your employer's records

11  pertaining to the above-mentioned person?

12      A    I was not here at the time it was served; so I

13  personally was not the one.  But the University was,

14  yes.

15      Q    Do you have all of those records with you?

16      A    Yes.

17      Q    Are those records complete?

18      A    Yes.

19      Q    Has any portion of those records ever been

20  removed from your care, custody and control prior to

21  this time?

22      A    No.

23      Q    Has any portion of those records ever been

24  altered prior to this time?

25      A    No.

1    Q    What identifies those records as pertaining to

2  the above-mentioned person?

3    A    His name on the transcripts.

4    Q    Would you please turn over to the Notary Public

5  at this time the originals or complete and legible

6  copies of any and all of your employer's records

7  pertaining to the above-mentioned person, which you

8  have brought with you pursuant to the requirements of

9  the subpoena with which you were served.

10    A    Yes.

11    Q    Please describe briefly but completely, so that

12  they may be readily identified, the records which you

13  have turned over to the Notary Public.

14    A    They are transcripts for Mr. English.

15    Q    Please describe briefly but completely, so that

16  they may be readily identified, any of your employer's

17  records pertaining to the above-mentioned person which

18  you have not turned over to the Notary Public,

19  including both those records which you have brought

20  with you and those records which you have not brought

21  with you.

22    A    That's a little confusing, but there's nothing

23  else.

24    Q    Are you willing to waive the reading and

25  signing of this deposition?

7

1      A     I don't care if I sign it, but may I have a

2    copy?  I think I should have a copy for my files.

3      THE REPORTER:  Okay.  That's all.

4

5          (Defendant's Exhibit Nos. 1 through 3 were

6          marked for identification by the reporter and

7          are included herewith.)

8

9

10   (The Deposition concluded at 11:20 A.M.)

11                        *   *   *

12

13

14

15

16

17

18

19

20

21

22

23

24

25

8

```
 1   STATE OF CALIFORNIA    )
                            ) ss.
 2   COUNTY OF LOS ANGELES )

 3          I, SHARON CAMPBELL, C.S.R. No. 8643,

 4   Certified Shorthand Reporter, certify:

 5          That the foregoing proceedings were taken

 6   before me at the time and place therein set forth, at

 7   which time the witness was put under oath by me;

 8          That the testimony of the witness and all

 9   objections made at the time of the examination were

10   recorded stenographically by me and were thereafter

11   transcribed;

12          That the foregoing is a true and correct

13   transcript of my shorthand notes so taken.

14          I further certify that I am not a relative

15   or employee of any attorney or of any of the parties,

16   nor financially interested in the action.

17          I declare under the penalty of perjury under

18   the laws of the State of California that the

19   foregoing is true and correct.

20          Dated this 28th day of November, 2005.

21

22          _____

23          Sharon Campbell, CSR No. 8643

24

25
```

10

1  STATE OF CALIFORNIA     )
                           )  ss.
2  COUNTY OF LOS ANGELES   )

3

4

5          I, Sharon Campbell, Certified Shorthand

6  Reporter No. 8643, hereby certify that the attached

7  Deposition is a correct copy of the original transcript

8  of the Deposition of OF YOLANDA AGUIAR, taken before me

9  on Monday, November 28, 2005 as thereon stated.

10         I declare under penalty of perjury under the

11  laws of the State of California that the foregoing is

12  true and correct.

13         Executed at Los Angeles, California, this 28th

14  day of November, 2005.

15

16

17         _____

18         Certified Shorthand Reporter No. 8643
              for the State of California

19

20

21

22

23

24

25

                                                        11

Of Counsel:
Matsui Chung Sumida & Tsuchiyama
A Law Corporation

KEVIN P. H. SUMIDA  2544-0
ANTHONY L. WONG    6018-0
Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 1400
Honolulu, Hawaii 96813
Telephone No.: (808) 536-3711
Facsimile No.: (808) 599-2979
E-Mail Address:  info@triallawhawaii.com



Attorneys For Defendant
GK APPRAISALS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH, | CIVIL NO. CV04-00108 SOM KSC |
| Plaintiff, | |
| vs. | |
| | NOTICE OF TAKING |
| | DEPOSITION UPON WRITTEN |
| CITY AND COUNTY OF HONOLULU; | QUESTIONS; QUESTIONS |
| GARY T. KUROKAWA; | |
| ROBERT O. MAGOTA; ANN C. GIMA; | |
| and GK APPRAISALS, INC.; | |
| JOHN DOES 1-10; | Trial Date:   02/14/2006 |
| JANE DOES 1-10; | |
| DOE PARTNERSHIPS; | |
| DOE CORPORATIONS 1-10; | |
| AND DOE ENTITIES 1-10, | |
| Defendants. | |

CV04-00108 SOM KSC__NBR1128CA11.doc

NOTICE OF TAKING
DEPOSITION UPON WRITTEN QUESTIONS

000001

TO:       ROGER S. MOSELEY, ESQ.
             ALAN K. LAU, ESQ.
             CHRISTOPHER J. MUZZI, ESQ.
             Moseley Biehl Tsugawa Lau & Muzzi
             1100 Alakea Street, 23rd Floor
             Honolulu, Hawaii 96813
             Telephone No: (808) 531-0490

             Attorneys for Plaintiff

             MICHAEL A. LORUSSO, ESQ.
             Kawashima Lorusso & Tom LLP
             Fort Street Tower
             745 Fort Street, 5th Floor
             Honolulu, Hawaii 96813
             Telephone No: (808) 275-0300

             Attorney for Defendants
             CITY AND COUNTY OF HONOLULU;
             GARY T. KUROKAWA;
             ROBERT O. MAGOTA and ANN C. GIMA

        PLEASE TAKE NOTICE that on Monday, November 28, 2005; on

behalf of the Defendant above-named, the following depositions

will be taken at the Custodians' respective offices, at the times

as indicated below:

| NAME AND ADDRESS | TIME OF DEPOSITION |
|---|---|
| CUSTODIAN OF RECORDS<br>PASADENA CITY COLLEGE<br>1570 East Colorado Boulevard<br>Pasadena, California  91106<br>Tel: (626) 585-7123 | 10:00 AM |
| CUSTODIAN OF RECORDS<br>CALIFORNIA STATE UNIVERSITY, LOS ANGELES<br>5151 State University Drive<br>Los Angeles, California 90032<br>Tel: (323) 343-3000 | 10:30 AM |

2

000002

NAME AND ADDRESS                                    TIME OF DEPOSITION

CUSTODIAN OF RECORDS                               11:00 AM
UNIVERSITY OF SOUTHERN CALIFORNIA
700 Childs Way
Los Angeles, California  90089-0911
Tel: (213) 740-1111 or (213)740-6616

or qualified employee in charge of records, will be taken upon

certain questions, a copy of which is herewith served upon you,

and such cross, redirect and recross questions as may be duly

served herein, before a notary public duly authorized to

administer oaths in the State of California, from the offices of

ATKINSON-BAKER COURT REPORTERS (Headquarters), 500 North Brand

Boulevard, Third Floor, Glendale, California, 91203; Telephone

Numbers:  (800) 288-3376 and (818) 551-7300.

        Said Custodians of Records are required to bring with

them and to release originals or complete and legible copies of

any and all academic and scholarship records, under your care,

custody and control, pertaining to PHILIP E. ENGLISH, Date of

Birth: October 26, 1954; Social Security Number: 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.

3

000003

Said depositions are to be taken pursuant to Rule 31 of the Federal Rules of Civil Procedure.

DATED: Honolulu, Hawaii, _____ OCT 2 0 2005 _____

_____

KEVIN P. H. SUMIDA
ANTHONY L. WONG

Attorneys For Defendant
GK APPRAISALS, INC.

4

000004

## QUESTIONS

1. Please state your name.

2. What is your residence address?

3. Are you employed?

4. What is your employer's name?

5. What is your employer's address?

6. What is your job or position with your employer?

7. In that position do you have under your care, custody and control any and all records kept by your employer?

8. Among your employer's records under your care, custody and control are there any and all academic and scholarship records, pertaining to PHILIP E. ENGLISH, Date of Birth: October 26, 1954; Social Security Number: 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 (hereinafter referred to as "the above-mentioned person")?

9. If your answer to Question 8 is No, state the reason why there are no records or why the records are not being turned over.

10. Were you served with a subpoena requiring your appearance before the notary public for the purpose of answering these questions and requiring you to bring with you any and all of your employer's records pertaining to the above-mentioned person?

11. Do you have all of those records with you?

12. Are those records complete?

5

000005

13. Has any portion of those records ever been removed from your care, custody and control prior to this time?

14. If so, when and by whom?

15. Has any portion of those records ever been altered prior to this time?

16. If so, when and by whom?

17. What identifies those records as pertaining to the above-mentioned person?

18. Would you please turn over to the notary public at this time the originals or complete and legible copies of any and all of your employer's records pertaining to the above-mentioned person, which you have brought with you pursuant to the requirements of the subpoena with which you were served.

19. Please describe briefly but completely so that they may be readily identified the records which you have turned over to the notary public.

20. Please describe briefly but completely so that they may be readily identified any of your employer's records pertaining to the above-mentioned person which you have not turned over to the notary public, including both those records which you have brought with you and those records which you have not brought with you.

6

000006

21.  Are you willing to waive the reading and signing of this deposition?

DATED: Honolulu, Hawaii,

OCT 20 2005

_____

KEVIN P. H. SUMIDA
ANTHONY L. WONG

Attorneys For Defendant
GK APPRAISALS, INC.

7

Of Counsel:
Matsui Chung Sumida & Tsuchiyama
A Law Corporation

KEVIN P. H. SUMIDA  2544-0
ANTHONY L. WONG      6018-0
Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 1400
Honolulu, Hawaii 96813
Telephone No.: (808) 536-3711
Facsimile No.: (808) 599-2979
E-Mail Address:  info@triallawhawaii.com

Attorneys For Defendant
GK APPRAISALS, INC.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 2 0 2005

at ___ 3 ___ o'clock and 20 min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| PHILIP E. ENGLISH, | ) | CIVIL NO. CV04-00108 SOM KSC |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CERTIFICATE OF SERVICE |
| | ) | |
| | ) | [Notice of Taking |
| CITY AND COUNTY OF HONOLULU; | ) | Deposition Upon Written |
| GARY T. KUROKAWA; | ) | Questions, Custodians of |
| ROBERT O. MAGOTA; ANN C. GIMA; | ) | Records: PASADENA CITY COLLEGE; |
| and GK APPRAISALS, INC.;; | ) | CALIFORNIA STATE UNIVERSITY, |
| JOHN DOES 1-10; | ) | LOS ANGELES; UNIVERSITY OF |
| JANE DOES 1-10; | ) | SOUTHERN CALIFORNIA |
| DOE PARTNERSHIPS; | ) | Re: PHILIP E. ENGLISH] |
| DOE CORPORATIONS 1-10; | ) | |
| AND DOE ENTITIES 1-10, | ) | |
| | ) | Trial Date:    02/14/2006 |
| Defendants. | ) | |
| | ) | |

CV04-00108 SOM KSC__NBR1128CA11.doc

CERTIFICATE OF SERVICE

000008

I HEREBY CERTIFY that on this date _____OCT 2 1 2005_____

a true and correct copy of the foregoing was duly served by

depositing in the United States mail addressed to the following:

> ROGER S. MOSELEY, ESQ.
> ALAN K. LAU, ESQ.
> CHRISTOPHER J. MUZZI, ESQ.
> Moseley Biehl Tsugawa Lau & Muzzi
> 1100 Alakea Street, 23rd Floor
> Honolulu, Hawaii 96813
> Telephone No: (808) 531-0490
>
> Attorneys for Plaintiff
>
> MICHAEL A. LORUSSO, ESQ.
> Kawashima Lorusso & Tom LLP
> Fort Street Tower
> 745 Fort Street, 5th Floor
> Honolulu, Hawaii 96813
> Telephone No: (808) 275-0300
>
> Attorney for Defendants
> CITY AND COUNTY OF HONOLULU;
> GARY T. KUROKAWA;
> ROBERT O. MAGOTA and ANN C. GIMA

DATED: Honolulu, Hawaii, _____OCT 2 0 2005_____

_____
KEVIN P. H. SUMIDA
ANTHONY L. WONG

Attorneys For Defendant
GK APPRAISALS, INC.

2                                    000009



AO88 (Rev. 1/94) Subpoena in a Civil Case

**Issued by the**

RECEIVED

2005 NOV -3 AM 9:56

# UNITED STATES DISTRICT COURT

### DISTRICT OF    CALIFORNIA

UNIVERSITY COUNSEL

PHILIP E. ENGLISH,

**SUBPOENA IN A CIVIL CASE**

V.

CITY AND COUNTY OF HONOLULU; GARY
T. KUROKAWA; ROBERT O. MAGOTA; et
al.,

Case Number:[1] CV04-00108 SOM KSC

TO:
CUSTODIAN OF RECORDS, CALIFORNIA STATE UNIVERSITY, LOS ANGELES, 5151 State
University Drive, Los Angeles, California, 90032; Tel: (323) 343-3000

☐  YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to
testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐  YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition
in the above case.

| PLACE OF DEPOSITION CALIFORNIA STATE UNIVERSITY, LOS ANGELES, 5151 State University Drive, Los Angeles, California 90032 | DATE AND TIME 11/28/05 10:30 AM |
|---|---|

☐  YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the
place, date, and time specified below (list documents or objects):

## Please see Exhibit A, attached hereto.

| PLACE CALIFORNIA STATE UNIVERSITY, LOS ANGELES, 5151 State University Drive, Los Angeles, California 90032 | DATE AND TIME 11/28/05 10:30 AM |
|---|---|

☐  YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

    Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers,
directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated,
the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) Attorney for Defendant | DATE 10/19/05 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
ANTHONY L. WONG, ESQ., Matsui Chung Sumida & Tsuchiyama, Pacific Guardian Center, Mauka
Tower, 737 Bishop Street, Suite 1400, Honolulu, Hawaii, 96813; Tel.: (808) 536-3711

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

000010

**EXHIBIT**

2

EXHIBIT A

Said Custodian of Records is required to bring with him/her and to release originals or complete and legible copies of any and all academic and scholarship records, pertaining to PHILIP E. ENGLISH, Date of Birth: October 26, 1954; Social Security Number: 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.

COURT REPORTING COMPANY:

ATKINSON-BAKER COURT REPORTERS (Headquarters)
500 North Brand Boulevard, Third Floor
Glendale, California, 91203
Telephone Numbers:  (800) 288-3376 and (818) 551-7300

Scheduled for 11/28/2005

EXHIBIT A

3

000011

## EXHIBIT   A

Said Custodians of Records is required to bring with him/her and to release originals or complete and legible copies of any and all academic and scholarship records, under your care, custody and control, pertaining to PHILIP E. ENGLISH, Date of Birth: October 26, 1954; Social Security Number: 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.

COURT REPORTING COMPANY:

ATKINSON-BAKER COURT REPORTERS (Headquarters),
500 North Brand Boulevard, Third Floor
Glendale, California, 91203
Telephone Numbers: (800) 288-3376 and (818) 551-7300

Scheduled for 11/28/2005

## EXHIBIT A

000012

# CALIFORNIA STATE UNIVERSITY, LOS ANGELES

5151 State University Drive, Los Angeles, California  90032-8534

## DECLARATION RE SUBPOENA DUCES TECUM

**Case Name:**   **Philip E. English vs. City and County of Honolulu**

**Case Number:**  CV04-00108

**Name of Subpoenaed Business:**    California State University, Los Angeles

The undersigned hereby declares:

1) I am duly authorized custodian of records of the above named business.

2) I have the authority to certify said records.

3) Check one of the following:

    ( X )   The attached copies of records are true copies of all the original
            records described in the subpoena.

    (   )   No copies of records are submitted because the business has none of
            the records described in the subpoena.

    (   )   The attached copies of records are true copies of part of the original
            records described in the subpoena.  The business does not have any
            other of the described records.

4) The accompanying records were prepared by the personnel of the above named
   business, in the ordinary course of business, at or near the time of the acts,
   conditions, or events recorded.

Executed on **November 22**  at Los Angeles, California.

I declared under penalty of perjury that the foregoing is true and correct.

_____
Signature of Custodian of Records

**California State University, Los Angeles**
**5151 State University Drive**
**Los Angeles, California  90032-8534**

000013

EXHIBIT

3

**PAGE 1**

360392

CALIFORNIA STATE UNIVERSITY, LOS ANGELES

STUDENT NAME
**ENGLISH PHILIP E**

DATE OF BIRTH

| MO. | DAY | YEAR |
|-----|-----|------|
| 10 | 16 | 54 |

8161 STATE UNIVERSITY DRIVE
LOS ANGELES, CALIFORNIA 90

PERMANENT RECORD CARD

DEGREE GRANTED &/OR CREDENTIAL RECOMMENDED:          DATE:                    MAJOR:

Admission Status:
DATE

[X] MATRICULATED  09/74

[ ] GRADUATE

[ ]

MEMORANDA:
R
By petition, not charged
for course later repeated

TRANSCRIPTS SENT:
8-9-85

ADVANCED STANDING:

| | UNITS ATTEMPTED | UNITS ALLOWED | GRADE POINTS |
|---|---|---|---|
| | 50 | 39 | 90 |

**GRADING SYSTEM:**
A—Superior (4 gr. pts.)
B—Good (3 gr. pts.)
C—Satisfactory (2 gr. pts.)
D—Barely passing (1 gr. pt.)
F—Failing (0 gr. pts.)
W—Withdrew
CR—passing; at least C for undergraduates and B for graduates.
NC—No Credit
SP—Satisfactory Progress
NC—Incomplete
RD—No penalty delay

UNIT (effective Summer 1967):
Represents 50 min. of lecture
or recitation per week during
12 week quarter.

COURSE NUMBERING:
100—299 Lower Division
300—399 Upper Division
400—499 Upper Division and
   graduate credit for graduates.
500—599 Graduate Courses
500—699 Specialized courses
   in joint Ph.D. program.
700—899 Specialized courses
   for post-baccalaureate pro-
   fessional advancement but
   not for degree or credential
   programs at this University.
900— No unit credit; graduate
   research or thesis beyond unit
   limitations.

CREDIT BY EXAMINATION:
E precedes course number.

EXTENSION COURSES:
X precedes course number.

| DEPT. | COURSE NO. | | DESCRIPTION AND UNIT VALUE | | UNITS ATTEMPTED | UNITS EARNED | GRADE | GRADE POINTS |
|-------|-----------|---|----------------------------|---|---|---|---|---|
| 774 | 360392 | | **FALL QUARTER 1974** | | | | 3351 | |
| MUS | 260A | 01 | MUSIC THEORY I | 04 | 4 | 4 | B | 12 |
| MUS | 320 | 02 | SYMPHONIC BAND | 01 | 1 | 1 | A | 4 |
| MUS | 321 | 03 | SYMPHONIC ORCH | 01 | 1 | 1 | A | 4 |
| MUS | 117 | 04 | BRASS | 01 | 1 | 1 | A | 4 |
| MUS | 422 | 05 | BRASS ENSEMBLE | 01 | 1 | 1 | A | 4 |
| | | | TOTALS | | 8 | 8 | | 28 |
| | | | CSLA TOTALS | | 8 | 8 | | 28 |
| 175 | 360392 | | **WINTER QUARTER 1975** | | | | 3351 | |
| BIOL | 165 | 01 | MAN + ENVIRONMENT | 04 | 4 | 4 | C | 8 |
| MUS | 260B | 02 | MUSIC THEORY II | 04 | 4 | 4 | A | 16 |
| MUS | 320 | 03 | SYMPHONIC BAND | 02 | 2 | 2 | B | 6 |
| PSY | 150 | 04 | HUMAN BEHAVIOR | 04 | | | I | |
| | | | TOTALS | | 10 | 10 | | 30 |
| | | | CSLA TOTALS | | 18 | 18 | | 58 |
| 780 | 360392 | | **FALL QUARTER 1980** | | | | 1100 | |
| BUS | 338 | 01 | REAL ESTATE PRIN | 04 | R 4 | | U | 8 |
| BUS | 430 | 02 | REAL EST VAL | 04 | 4 | 4 | C | 8 |
| | | | TOTALS | | 4 4 8 | 4 | | 8 |
| | | | CSLA TOTALS | | 30 | 22 | | 66 |
| 282 | 360392 | | **SPRING QUARTER 1982** | | | | 4661 | |
| BUS | 338 | 01 | REAL ESTATE PRIN | 04 | 4 | 4 | C | 8 |
| | | | TOTALS | | 4 | 4 | | 8 |
| | | | CSLA TOTALS | | 34 | 26 | | 74 |
| 582 | 360392 | | **SUMMER QUARTER 1982** | | | | 4661 | |
| PSY | 150 | 01 | HUMAN BEHAVIOR | 04 | R 4 | | U | |
| | | | TOTALS | | 4 | | | |
| | | | CSLA TOTALS | | 38 | 26 | | 74 |
| 283 | 360392 | | **SPRING QUARTER 1983** | | | | 4661 | |
| PSY | 150 | 01 | HUMAN BEHAVIOR | 04 | 4 | 4 | U | 8 |
| | | | TOTALS | | 4 | | | 8 |
| | | | CSLA TOTALS | | 42 | 30 | | 82 |
| 583 | 360392 | | **SUMMER QUARTER 1983** | | | | 4661 | |
| SPCH | 150 | 01 | ORAL COMMUNICATN | 04 | 4 | | U | |
| | | | TOTALS | | 4 | | | |
| | | | CSLA TOTALS | | 46 | 30 | | 82 |

SEE REVERSE SIDE

000014

* STUDENT NOT CHARGED FOR UNITS ATTEMPTED

ENTITLED TO HONORABLE DISMISSAL
UNLESS OTHERWISE INDICATED

I certify that the above information is correct.    REGISTRAR _____    DATE _____

PAGE 2

CALIFOR   STATE UNIVERSITY, LOS

| DATE OF BIRTH | | | |
|---|---|---|---|
| MO. | DAY | YEAR | 5151 STATE UNIVERSITY DR. Los Angeles, California |

360342    ENGLISH PHILIP E

| MORANDA: | DEPT. | COURSE NO. | DESCRIPTION AND UNIT VALUE | UNITS ATTEMPTED | UNITS EARNED | GRADE | GRADE POINTS |
|---|---|---|---|---|---|---|---|
| | 783 | 360392 | FALL QUARTER 1983 | | | 4661 | |
| | POLS | 150 | 01 GOVT+AMER SOCIETY 04 | 4 | | | |
| | SPAN | 10LA | 02 ELEM SPANISH 04 | 4 | | F | |
| | SPCH | 150 | 03 ORAL COMMUNICATN 04 | 4 | | U U | |
| | | | TOTALS | 12 | | | |
| | | | CSLA TOTALS | 18 | 30 | | 82 |
| | | | | 46 | | | |
| | 386 | 360392 | SPRING QUARTER 1986 | | | 1100 | |
| | ENGC | 190 | 01 FRESHMAN COMP 04 | | | | |
| | HIST | 202A | 02 U S CIVILIZATION 04 | | | N J | |
| | GP DISQUALIFIED | | TOTALS | | | | |
| | | | CSLA TOTALS | 50 | 30 | | 82 |

NO ENTRY BELOW THIS LINE

FAMILY EDUCATIONAL RIGHTS AND PRIVACY ACT OF 1974, AS AMENDED, PROHIBITS RELEASE OF THIS TRANSCRIPT INFORMATION TO A THIRD PARTY WITHOUT WRITTEN CONSENT OF THE STUDENT

PERMANENT
RECORD
CARD

CRIPTS SENT:

000015

IT.    TO HONORABLE DISMISSAL
ULESS OTHERWISE INDICATED                                        * STUDENT NOT CHARGED FOR UNITS ATTEMPTED

ify that the above information is correct    REGISTRAR _____                    DATE _____

WPE

# CALIFORNIA STATE UNIVERSITY, LOS ANGELES



5151 State University Drive, Los Angeles, California 90032-8534

## DECLARATION RE SUBPOENA DUCES TECUM

**Case Name:  Philip E. English,**

**Case Number:  CVO4-00108 SOM KSC**

**Name of Subpoenaed Business:**    California State University, Los Angeles

The undersigned hereby declares:

1) I am duly authorized custodian of records of the above named business.

2) I have the authority to certify said records.

3) Check one of the following:

( )    The attached copies of records are true copies of all the original records described in the subpoena.

( **X** )   No copies of records are submitted because the business has none of the records described in the subpoena.

( )    The attached copies of records are true copies of part of the original records described in the subpoena. The business does not have any other of the described records.

4) The accompanying records were prepared by the personnel of the above named business, in the ordinary course of business, at or near the time of the acts, conditions, or events recorded.

Executed on **November 21, 2005**         at Los Angeles, California.

I declared under penalty of perjury that the foregoing is true and correct.

_____
Signature of Custodian of Records

**California State University, Los Angeles**
**5151 State University Drive**
**Los Angeles, California 90032-8534**

000016