RECEIVED DEC 0 5 [illegible]
GK Appraisals

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                   FOR THE DISTRICT OF HAWAII

 3                           - - -

 4   PHILIP E. ENGLISH,              )     CERTIFIED COPY
                                     )
 5              Plaintiff,           )
                                     )
 6         vs.                       )  CIVIL NO.
                                     )  CV04-00108 SOM KSC
 7   CITY AND COUNTY OF HONOLULU;    )
     GARY T. KUROKAWA; ROBERT O.     )
 8   MAGOTA; ANN C. GIMA; and        )
     GK APPRAISALS, INC.; JOHN       )
 9   DOES 1-10; JANE DOES 1-10;      )
     DOE PARTNERSHIPS; DOE           )
10   CORPORATIONS 1-10; and DOE      )
     ENTITIES 1-10,                  )
11                                   )
                Defendants.          )
12                                   )

13

14      DEPOSITION UPON WRITTEN QUESTIONS OF

15      ROBERT MORLEY, CUSTODIAN OF ACADEMIC

16             AND SCHOLARSHIP RECORDS

17      FOR UNIVERSITY OF SOUTHERN CALIFORNIA

18              Los Angeles, California

19              Monday, November 28, 2005

20

21   ATKINSON-BAKER, INC.
     COURT REPORTERS
22   (800) 288-3376
     www.depo.com
23

24   REPORTED BY:  Sharon Campbell, CSR NO. 8643

25   FILE NO.:   9F08FB1
```


DEFENDANT'S EXHIBIT 377

Tony

1

```
 1                IN THE UNITED STATES DISTRICT COURT

 2                     FOR THE DISTRICT OF HAWAII

 3                              - - -

 4   PHILIP E. ENGLISH,              )
                                     )
 5              Plaintiff,           )
                                     )
 6         vs.                       ) CIVIL NO.
                                     ) CV04-00108 SOM KSC
 7   CITY AND COUNTY OF HONOLULU;    )
     GARY T. KUROKAWA; ROBERT O.     )
 8   MAGOTA; ANN C. GIMA; and        )
     GK APPRAISALS, INC.; JOHN       )
 9   DOES 1-10; JANE DOES 1-10;      )
     DOE PARTNERSHIPS; DOE           )
10   CORPORATIONS 1-10; and DOE      )
     ENTITIES 1-10,                  )
11                                   )
                Defendants.          )
12                                   )

13

14         DEPOSITION UPON WRITTEN QUESTIONS OF

15   ROBERT MORLEY, CUSTODIAN OF ACADEMIC AND

16   SCHOLARSHIP RECORDS FOR UNIVERSITY OF SOUTHERN

17   CALIFORNIA, witness herein, taken on behalf of

18   the Defendant GK Appraisals, Inc., 700 Childs

19   Way, Hubbard Building, Room 104, Los Angeles,

20   California, commencing at 2:00 P.M., Monday,

21   November 28, 2005, before Sharon Campbell,

22   CSR No. 8643.

23

24

25
```

2

```
                    A P P E A R A N C E S


 For the Plaintiff:

 MOSELEY, BIEHL, TSUGAWA, LAU & MUZZI
 BY:  ROGER S. MOSELEY, ESQ.
      ALAN K. LAU, ESQ.
      CHRISTOPHER J. MUZZI, ESQ.
 1100 Alakea Street, 23rd Floor
 Honolulu, Hawaii 96813
 (808) 531-0490
 (Not Present)


 For Defendant GK Appraisals, Inc.:

 MATSUI, CHUNG, SUMIDA & TSUCHIYAMA
 BY:  KEVIN P.H. SUMIDA
      ANTHONY L. WONG
 Pacific Guardian Center, Mauka Tower
 737 Bishop Street, Suite 1400
 Honolulu, Hawaii 96813
 (808) 536-3711
 (Not Present)


 For the Defendants City and County of Honolulu;
 Gary T. Kurokawa, Robert O. Magota and Ann C.
 Gima:

 KAWASHIMA, LORUSSO & TOM LLP
 BY:  MICHAEL A. LORUSSO, ESQ.
 Fort Street Tower
 745 Fort Street, 5th Floor
 Honolulu, Hawaii 96813
 (808) 275-0300
 (Not Present)
```

```
 1                        I N D E X

 2   WITNESS:   ROBERT MORLEY

 3   EXAMINATION                                     PAGE

 4     By The Court Reporter                            5

 5


 6
     EXHIBITS:
 7                          DEFENDANTS'
     NUMBER              DESCRIPTION
 8
     1       Notice of Taking Deposition              8
 9           Upon Written Question

10   2       Complete academic transcript records     8
             in possession of California State
11           University, Los Angeles of
             of Philip E. English
12

13


14


15   QUESTIONS WITNESS INSTRUCTED NOT TO ANSWER:

16   (NONE.)

17

18

19   INFORMATION TO BE SUPPLIED:   (NONE.)

20

21

22

23

24

25
```

```
 1              ROBERT M. MORLEY,
 2        having been first duly sworn, was
 3        examined and testified as follows:
 4
 5                  EXAMINATION
 6  BY THE COURT REPORTER:
 7       Q    Please state your name.
 8       A    Robert M. Morley.
 9       Q    What is your residence address?
10       A    6260 Hamilton Lane, La Crescenta, California
11  91214.
12       Q    Are you employed?
13       A    Yes.
14       Q    What is your employer's name?
15       A    University of Southern California.
16       Q    What is your employer's address?
17       A    University Park, Los Angeles, California 90089.
18       Q    What is your job or position with your
19  employer?
20       A    I'm the Associate Registrar and Custodian of
21  Records.
22       Q    In that position, do you have under your care,
23  custody and control any and all records kept by your
24  employer?
25       A    Yes, I do.  All official academic records.
```

1   Q   Among your employer's records under your care,
2   custody and control, are there any and all academic and
3   scholarship records, pertaining to PHILIP E. ENGLISH,
4   Date of Birth: October 26, 1954; Social Security
5   Number: 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 (hereinafter referred to as "the
6   above-mentioned person")?
7   A   Yes.
8   Q   Were you served with a subpoena requiring your
9   appearance before the Notary Public for the purpose of
10  answering these questions and requiring you to bring
11  with you any and all of your employer's records
12  pertaining to the above-mentioned person?
13  A   Yes.
14  Q   Do you have all of those records with you?
15  A   Yes.
16  Q   Are those records complete?
17  A   Yes.
18  Q   Has any portion of those records ever been
19  removed from your care, custody and control prior to
20  this time?
21  A   No.
22  Q   Has any portion of those records ever been
23  altered prior to this time?
24  A   No.
25  Q   What identifies those records as pertaining to

1   the above-mentioned person?
2      A   The name, date of birth, and social security
3   number that appears on the academic record match the
4   name, date of birth and social security number provided
5   on the subpoena.
6      Q   Would you please turn over to the Notary Public
7   at this time the originals or complete and legible
8   copies of any and all of your employer's records
9   pertaining to the above-mentioned person, which you
10  have brought with you pursuant to the requirements of
11  the subpoena with which you were served.
12     A   Yes.
13     Q   Please describe briefly but completely, so that
14  they may be readily identified, the records which you
15  have turned over to the Notary Public.
16     A   I've turned over an official University of
17  Southern California academic transcript for Mr. Philip
18  E. English.
19       This hard copy record, bearing the signature of
20  the Univesity's Registrar, was produced by printing an
21  image of Mr. English's microfilm copy of his academic
22  record.
23     Q   Please describe briefly but completely, so that
24  they may be readily identified, any of your employer's
25  records pertaining to the above-mentioned person which

```
 1  you have not turned over to the Notary Public,
 2  including both those records which you have brought
 3  with you and those records which you have not brought
 4  with you.
 5      A    I have provided all existing academic records
 6  for Mr. Philip E. English.
 7      Q    Are you willing to waive the reading and
 8  signing of this deposition?
 9      A    Yes.
10    THE REPORTER:  Okay.  That's all.
11
12         (Defendant's Exhibit Nos. 1 through 2 were
13          marked for identification by the reporter and
14          are included herewith.)
15
16
17    (The Deposition concluded at 2:05 P.M.)
18                  *   *   *
19
20
21
22
23
24
25
```

```
 1   STATE OF                      )
                                   )
 2   COUNTY OF                     )

 3

 4

 5         I, the undersigned, declare under penalty

 6   of perjury that I have read the foregoing

 7   transcript, and I have made any corrections,

 8   additions, or deletions that I was desirous of

 9   making; that the foregoing is a true and correct

10   transcript of my testimony contained therein.

11

12         EXECUTED this        day of              ,

13   at                    ,                         .

14         (City)                    (State)

15

16

17

18

19              ROBERT MORLEY

20

21

22

23

24

25
```

```
 1  STATE OF CALIFORNIA   )
                          ) ss.
 2  COUNTY OF LOS ANGELES )

 3          I, SHARON CAMPBELL, C.S.R. No. 8643,
 4  Certified Shorthand Reporter, certify:
 5          That the foregoing proceedings were taken
 6  before me at the time and place therein set forth, at
 7  which time the witness was put under oath by me;
 8          That the testimony of the witness and all
 9  objections made at the time of the examination were
10  recorded stenographically by me and were thereafter
11  transcribed;
12          That the foregoing is a true and correct
13  transcript of my shorthand notes so taken.
14          I further certify that I am not a relative
15  or employee of any attorney or of any of the parties,
16  nor financially interested in the action.
17          I declare under the penalty of perjury under
18  the laws of the State of California that the
19  foregoing is true and correct.
20          Dated this 28th day of November, 2005.
21
22                    _____
23                    Sharon Campbell, CSR No. 8643
24
25
```

10

```
1  STATE OF CALIFORNIA    )
                          ) ss.
2  COUNTY OF LOS ANGELES  )

3

4

5        I, Sharon Campbell, Certified Shorthand

6  Reporter No. 8643, hereby certify that the attached

7  Deposition is a correct copy of the original transcript

8  of the Deposition of OF ROBERT MORLEY, taken before me

9  on Monday, November 28, 2005 as thereon stated.

10       I declare under penalty of perjury under the

11 laws of the State of California that the foregoing is

12 true and correct.

13       Executed at Los Angeles, California, this 28th

14 day of November, 2005.

15

16

17              _____
18              Certified Shorthand Reporter No. 8643
                       for the State of California
19

20

21

22

23

24

25
```

Of Counsel:
Matsui Chung Sumida & Tsuchiyama
A Law Corporation

KEVIN P. H. SUMIDA      2544-0
ANTHONY L. WONG         6018-0
Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 1400
Honolulu, Hawaii 96813
Telephone No.: (808) 536-3711
Facsimile No.: (808) 599-2979
E-Mail Address: info@triallawhawaii.com

Attorneys For Defendant
GK APPRAISALS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH, | CIVIL NO. CV04-00108 SOM KSC |
| Plaintiff, | |
| vs. | NOTICE OF TAKING DEPOSITION UPON WRITTEN QUESTIONS; QUESTIONS |
| CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10, | Trial Date: 02/14/2006 |
| Defendants. | |

CV04-00108 SOM KSC__NBR1128CA11.doc

NOTICE OF TAKING
DEPOSITION UPON WRITTEN QUESTIONS

000001

EXHIBIT 1

TO:      ROGER S. MOSELEY, ESQ.
         ALAN K. LAU, ESQ.
         CHRISTOPHER J. MUZZI, ESQ.
         Moseley Biehl Tsugawa Lau & Muzzi
         1100 Alakea Street, 23rd Floor
         Honolulu, Hawaii 96813
         Telephone No: (808) 531-0490

         Attorneys for Plaintiff

         MICHAEL A. LORUSSO, ESQ.
         Kawashima Lorusso & Tom LLP
         Fort Street Tower
         745 Fort Street, 5th Floor
         Honolulu, Hawaii 96813
         Telephone No: (808) 275-0300

         Attorney for Defendants
         CITY AND COUNTY OF HONOLULU;
         GARY T. KUROKAWA;
         ROBERT O. MAGOTA and ANN C. GIMA

PLEASE TAKE NOTICE that on Monday, November 28, 2005; on behalf of the Defendant above-named, the following depositions will be taken at the Custodians' respective offices, at the times as indicated below:

| NAME AND ADDRESS | TIME OF DEPOSITION |
| --- | --- |
| CUSTODIAN OF RECORDS<br>PASADENA CITY COLLEGE<br>1570 East Colorado Boulevard<br>Pasadena, California 91106<br>Tel: (626) 585-7123 | 10:00 AM |
| CUSTODIAN OF RECORDS<br>CALIFORNIA STATE UNIVERSITY, LOS ANGELES<br>5151 State University Drive<br>Los Angeles, California 90032<br>Tel: (323) 343-3000 | 10:30 AM |

NAME AND ADDRESS

CUSTODIAN OF RECORDS
UNIVERSITY OF SOUTHERN CALIFORNIA
700 Childs Way
Los Angeles, California  90089-0911
Tel: (213) 740-1111 or (213)740-6616

TIME OF DEPOSITION

11:00 AM        9F08FBI

or qualified employee in charge of records, will be taken upon certain questions, a copy of which is herewith served upon you, and such cross, redirect and recross questions as may be duly served herein, before a notary public duly authorized to administer oaths in the State of California, from the offices of ATKINSON-BAKER COURT REPORTERS (Headquarters), 500 North Brand Boulevard, Third Floor, Glendale, California, 91203; Telephone Numbers: (800) 288-3376 and (818) 551-7300.

Said Custodians of Records are required to bring with them and to release originals or complete and legible copies of any and all academic and scholarship records, under your care, custody and control, pertaining to PHILIP E. ENGLISH, Date of Birth: October 26, 1954; Social Security Number: 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.

3

000003

Said depositions are to be taken pursuant to Rule 31 of the Federal Rules of Civil Procedure.

DATED: Honolulu, Hawaii, _____ OCT 2 0 2005 _____

_[signature]_

KEVIN P. H. SUMIDA
ANTHONY L. WONG

Attorneys For Defendant
GK APPRAISALS, INC.

4

000004

## QUESTIONS

1. Please state your name.

2. What is your residence address?

3. Are you employed?

4. What is your employer's name?

5. What is your employer's address?

6. What is your job or position with your employer?

7. In that position do you have under your care, custody and control any and all records kept by your employer?

8. Among your employer's records under your care, custody and control are there any and all academic and scholarship records, pertaining to PHILIP E. ENGLISH, Date of Birth: October 26, 1954; Social Security Number: 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 (hereinafter referred to as "the above-mentioned person")?

9. If your answer to Question 8 is No, state the reason why there are no records or why the records are not being turned over.

10. Were you served with a subpoena requiring your appearance before the notary public for the purpose of answering these questions and requiring you to bring with you any and all of your employer's records pertaining to the above-mentioned person?

11. Do you have all of those records with you?

12. Are those records complete?

13. Has any portion of those records ever been removed from your care, custody and control prior to this time?

14. If so, when and by whom?

15. Has any portion of those records ever been altered prior to this time?

16. If so, when and by whom?

17. What identifies those records as pertaining to the above-mentioned person?

18. Would you please turn over to the notary public at this time the originals or complete and legible copies of any and all of your employer's records pertaining to the above-mentioned person, which you have brought with you pursuant to the requirements of the subpoena with which you were served.

19. Please describe briefly but completely so that they may be readily identified the records which you have turned over to the notary public.

20. Please describe briefly but completely so that they may be readily identified any of your employer's records pertaining to the above-mentioned person which you have not turned over to the notary public, including both those records which you have brought with you and those records which you have not brought with you.

21. Are you willing to waive the reading and signing of this deposition?

DATED: Honolulu, Hawaii, _____OCT 2 0 2005_____

_____
KEVIN P. H. SUMIDA
ANTHONY L. WONG

Attorneys For Defendant
GK APPRAISALS, INC.

7

000007

**UNIVERSITY OF SOUTHERN CALIFORNIA**
OFFICIAL MICROFILM DOCUMENT

**OFFICE OF THE REGISTRAR**
LOS ANGELES, CA 90089-0912
(213) 740-9230

The information on this document was provided via microfilm retrieval. Any questions regarding the process or the information that appears in the document should be addressed to the Office of the Registrar.

RELEASE OF THIS RECORD OR DISCLOSURE OF CONTENTS TO ANY THIRD PARTY WITHOUT WRITTEN CONSENT OF THE STUDENT IS PROHIBITED

NOTE: THE NAME OF THE UNIVERSITY IS PRINTED ACROSS THE FACE OF THE 8 1/2 X 11 DOCUMENT. PHOTOCOPIES ARE NOT TO BE CONSIDERED OFFICIAL DOCUMENTS. THE REGISTRAR'S SEAL AND SIGNATURE APPEAR ON THE FIRST PAGE.

*[signature: Kenneth Servis]*

KENNETH L. SERVIS
REGISTRAR

NOV 2 2 2005

UNIVERSITY OF SOUTHERN CALIFORNIA, LOS ANGELES, CALIFORNIA 90007
**PERMANENT RECORD CARD**

| Department | Course Number | Descriptive Title | Grade | Units | Grade Points |
|---|---|---|---|---|---|
| | | FALL SEMESTER 1976 | | | |
| MUEN | 223 | UNIVERSITY WIND ORCHESTRA | A | 1 | 4 |
| MUPF | 220 | PERFORMANCE FORUM | CR | 1 | |
| MUPF | 252 | IND INST PERF CLASS I | B | 1 | 3 |
| MUEN | 225 | WIND PERC CHAMB MUSIC | B | 1 | 3 |
| PFM | 400 | CONCERT MUS PLAYS | CR | 1 | |
| MUEN | 222 | TROJAN MARCHING BAND | A | 1 | 4 |
| MUHL | 271 | HIST LIT WEST MUS 1750 | C | 4 | 8 |
| MUTC | 153A | THEORY I | B | 4 | 12 |
| MUPF | 153TR | TRUMPET | B | 2 | 6 |
| | | | | 14.0 | 34 |
| | | | | 2 | |

EXHIBIT 2

UNIVERSITY OF SOUTHERN CALIFORNIA
OFFICIAL MICROFILM DOCUMENT

**OFFICE OF THE REGISTRAR**
LOS ANGELES, CA 90089-0912
(213) 740-9230

The information on this document was provided via microfilm retrieval. Any questions regarding the process or the information that appears in the document should be addressed to the Office of the Registrar.

RELEASE OF THIS RECORD OR DISCLOSURE OF CONTENTS TO ANY THIRD PARTY WITHOUT WRITTEN CONSENT OF THE STUDENT IS PROHIBITED

NOTE: THE NAME OF THE UNIVERSITY IS PRINTED ACROSS THE FACE OF THE 8 1/2 X 11 DOCUMENT. PHOTOCOPIES ARE NOT TO BE CONSIDERED OFFICIAL DOCUMENTS. THE REGISTRAR'S SEAL AND SIGNATURE APPEAR ON THE FIRST PAGE.

| Department | Course Number | Registration Title | Grade | Units | Grade Points | |
|---|---|---|---|---|---|---|

COLLEGE THE ACTION AND RESULTS: 12-27-76 May Regis. for Fall 1976 Subj. to fil-
Prog. Adjust Card at Tuition Audit Office Late Fee determined by the
Business Office—Financial Aid Problems—ASCSW

000010