**From:** Chang, Corlis J. [cchang@goodsill.com]
**Sent:** Thursday, July 05, 2001 9:04 AM
**To:** 'English, Phil'
**Subject:** 1998 Taxes

Dear Phil:

Thank you for the tax information. I have made inquiries and am awaiting a response to the idea of settlement of these taxes. Obviously, if we can do that without negative impact (i.e., judgment against us), it would be beneficial and financially sound. As soon as I hear, I will let you know. Did you confirm that there is a reasonable likelihood that the IRS would accept 10% ($1,700 or so?) Remember that the $17,000 includes both interest and penalties.

Please let me know.

Thanks,
Corlis

CD 000357

