**Philip English**
531 Hahaione Street #2-B
Honolulu, Hawaii 96825
(808) 396-5309

Ms. Annetta D. Hill
Process Examiner – 11
Internal Revenue Service
AMC
P.O. Box 30834
Memphis, TN 38130-0834

Ref:   Taxpayer I.D. 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
       Offer Number: 1000035544


Dear Ms. Hill:

Thank you for your letter dated 3/22/02. I am sorry it has taken so long to respond. There have been many things that have been going on since my last correspondence. My wife's father passed away in March of liver cancer. She left in December and spent the last few months with her father. We are now just getting back on our feet.

In addition, there has been great uncertainty about my future employment. I am employed by County of Honolulu in the Real Property Tax Division. The county has experienced serious financial difficulties and in April the City Council stated that there would be a 5% cut across the board including cutting staff, which would have included cutting my job. Although the City Council has balanced the budget for this year they indicated that it would not be the same next year.

The governor just two days ago stated that there is not be enough money to fund the government employee increases starting in July 1, 2002. It is clear that my job is not secure and I expect to laid-off by July of 2003. I have begun to seek employment elsewhere. However, the overall economic situation in Honolulu is not good.

I am very interested in resolving my offer-in-compromise. I am hoping that this might be achieved very soon as my future employment is uncertain. If there is anything that I can do to that end I am anxious to do it. My financial condition remains essentially the same.

I am anxious to hear from you at your earliest convenience.

Sincerely,



Philip English`

CD 000361

