## PAYMENTS

### September-02

| 1st | | Chk# | Date | | 15th | | Chk# | Date |
|---|---|---|---|---|---|---|---|---|
| Take Home | $ 1,130 | | | | 15th | | | |
| | | | | | | $1,130 | | |
| 1st | | | | | 15th | | | |
| Must Pay | | | | | 15th | | | |
| Wells Fargo | $ 205 | | | | | | | |
| Larry Rieter | $ 200 | | | | Orchard Bank | $ 60 | | |
| DLNR- Baoting | $ 292 | | | | Providian | $ 60 | | |
| Storage/PO Box | $ 78 | | | | 1st Premier | $ 20 | | |
| Patti Johnson | $ 130 | | | | Phone | $ 30 | | |
| Janet English | $ 130 | | | | Life Ins | $ 60 | | |
| | | | | | Car Ins | $ 60 | | |
| | | | | | Patti Johnson | $ 130 | | |
| | | | | | Janet English | $ 130 | | |
| | | | | | Sears | $ 20 | | |
| | $ 1,035 | | | | | $ 570 | | |
| Net | $ 95 | | | | | $ 560 | | |

### October-02

| 1st | | Chk# | Date | | 15th | | Chk# | Date |
|---|---|---|---|---|---|---|---|---|
| Take Home | $ 1,130 | | | | 15th | | | |
| | | | | | | $1,130 | | |
| 1st | | | | | 15th | | | |
| Must Pay | | | | | 15th | | | |
| Wells Fargo | $ 205 | | | | | | | |
| Larry Rieter | $ 200 | | | | Orchard Bank | $ 60 | | |
| DLNR- Baoting | $ 292 | | | | Providian | $ 60 | | |
| Storage/PO Box | $ 78 | | | | 1st Premier | $ 20 | | |
| Patti Johnson | $ 130 | | | | Phone | $ 30 | | |
| Janet English | $ 130 | | | | Life Ins | $ 60 | | |
| | | | | | Car Ins | $ 60 | | |
| | | | | | Patti Johnson | $ 130 | | |
| | | | | | Janet English | $ 130 | | |
| | | | | | Sears | $ 20 | | |
| | $ 1,035 | | | | | $ 570 | | |
| Net | $ 95 | | | | | $ 560 | | |

### November-02



CD 000805

## PAYMENTS

| 1st | | Chk# | Date | 15th | | Chk# | Date |
|---|---|---|---|---|---|---|---|
| Take Home | $ 1,130 | | | 15th | | | |
| | | | | | $1,130 | | |
| 1st | | | | | | | |
| Must Pay | | | | 15th | | | |
| Wells Fargo | $ 205 | | | | | | |
| Larry Rieter | $ 200 | | | Orchard Bank | $ 60 | | |
| DLNR- Baoting | $ 292 | | | Providian | $ 60 | | |
| Storage/PO Box | $ 78 | | | 1st Premier | $ 20 | | |
| Patti Johnson | $ 130 | | | Phone | $ 30 | | |
| Janet English | $ 130 | | | Life Ins | $ 60 | | |
| | | | | Car Ins | $ 60 | | |
| | | | | Patti Johnson | $ 130 | | |
| | | | | Janet English | $ 130 | | |
| | | | | | | | |
| | | | | Sears | $ 20 | | |
| | $ 1,035 | | | | | | |
| | | | | | $ 570 | | |
| Net | $ 95 | | | | | | |
| | | | | | $ 560 | | |

| December-02 | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1st | | Chk# | Date | 15th | | Chk# | Date |
| Take Home | $ 1,130 | | | 15th | | | |
| | | | | | $1,130 | | |
| 1st | | | | | | | |
| Must Pay | | | | 15th | | | |
| Wells Fargo | $ 205 | | | | | | |
| Larry Rieter | $ 200 | | | Orchard Bank | $ 60 | | |
| DLNR- Baoting | $ 292 | | | Providian | $ 60 | | |
| Storage/PO Box | $ 78 | | | 1st Premier | $ 20 | | |
| Patti Johnson | $ 130 | | | Phone | $ 30 | | |
| Janet English | $ 130 | | | Life Ins | $ 60 | | |
| | | | | Car Ins | $ 60 | | |
| | | | | Patti Johnson | $ 130 | | |
| | | | | Janet English | $ 130 | | |
| | | | | | | | |
| | | | | Sears | $ 20 | | |
| | $ 1,035 | | | | | | |
| | | | | | $ 570 | | |
| Net | $ 95 | | | | | | |
| | | | | | $ 560 | | |

| January-03 | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1st | | Chk# | Date | 15th | | Chk# | Date |
| Take Home | $ 1,130 | | | 15th | | | |
| | | | | | $1,130 | | |

CD 000806

## PAYMENTS

| 1st | | | | | 15th | | | |
|---|---|---|---|---|---|---|---|---|
| Must Pay | | | | | 15th | | | |
| Wells Fargo | $ 205 | | | | | | | |
| Larry Rieter | $ 200 | | | | Orchard Bank | $ 60 | | |
| DLNR- Baoting | $ 292 | | | | Providian | $ 60 | | |
| Storage/PO Box | $ 78 | | | | 1st Premier | $ 20 | | |
| Patti Johnson | $ 130 | | | | Phone | $ 30 | | |
| Janet English | $ 130 | | | | Life Ins | $ 60 | | |
| | | | | | Car Ins | $ 60 | | |
| | | | | | Patti Johnson | $ 130 | | |
| | | | | | Janet English | $ 130 | | |
| | | | | | | | | |
| | | | | | Sears | $ 20 | | |
| | $ 1,035 | | | | | | | |
| | | | | | | $ 570 | | |
| Net | $ 95 | | | | | | | |
| | | | | | | $ 560 | | |

| February-03 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1st | | Chk# | Date | | 15th | | Chk# | Date |
| Take Home | $ 1,130 | | | | | | | |
| | | | | | | $1,130 | | |
| 1st | | | | | 15th | | | |
| Must Pay | | | | | 15th | | | |
| Wells Fargo | $ 205 | | | | | | | |
| Larry Rieter | $ 200 | | | | Orchard Bank | $ 60 | | |
| DLNR- Baoting | $ 292 | | | | Providian | $ 60 | | |
| Storage/PO Box | $ 78 | | | | 1st Premier | $ 20 | | |
| Patti Johnson | $ 130 | | | | Phone | $ 30 | | |
| Janet English | $ 130 | | | | Life Ins | $ 60 | | |
| | | | | | Car Ins | $ 60 | | |
| | | | | | Patti Johnson | $ 130 | | |
| | | | | | Janet English | $ 130 | | |
| | | | | | | | | |
| | | | | | Sears | $ 20 | | |
| | $ 1,035 | | | | | | | |
| | | | | | | $ 570 | | |
| Net | $ 95 | | | | | | | |
| | | | | | | $ 560 | | |

| March-03 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1st | | Chk# | Date | | 15th | | Chk# | Date |
| Take Home | $ 1,130 | | | | | | | |
| | | | | | | $1,130 | | |
| 1st | | | | | 15th | | | |
| Must Pay | | | | | 15th | | | |
| Wells Fargo | $ 205 | | | | | | | |
| | | | | | Orchard Bank | $ 60 | | |

CD 000807

## PAYMENTS

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Larry Rieter | $ 200 | | | Providian | $ 60 | | | |
| DLNR- Baoting | $ 292 | | | 1st Premier | $ 20 | | | |
| Storage/PO Box | $ 78 | | | Phone | $ 30 | | | |
| Patti Johnson | $ 130 | | | Life Ins | $ 60 | | | |
| Janet English | $ 130 | | | Car Ins | $ 60 | | | |
| | | | | Patti Johnson | $ 130 | | | |
| | | | | Janet English | $ 130 | | | |
| | | | | | | | | |
| | | | | Sears | $ 20 | | | |
| | $ 1,035 | | | | | | | |
| | | | | | $ 570 | | | |
| Net | $ 95 | | | | | | | |
| | | | | | $ 560 | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | April-03 | | | | | | | |
| 1st | | Chk# | Date | 15th | | | Chk# | Date |
| Take Home | $ 1,130 | | | | | | | |
| | | | | | $1,130 | | | |
| 1st | | | | 15th | | | | |
| Must Pay | | | | | | | | |
| Wells Fargo | $ 205 | | | | | | | |
| Larry Rieter | $ 200 | | | Orchard Bank | $ 60 | | | |
| DLNR- Baoting | $ 292 | | | Providian | $ 60 | | | |
| Storage/PO Box | $ 78 | | | 1st Premier | $ 20 | | | |
| Janet English | $ 130 | | | Phone | $ 30 | | | |
| | | | | Life Ins | $ 60 | | | |
| | | | | Car Ins | $ 60 | | | |
| | | | | Janet English | $ 130 | | | |
| | | | | | | | | |
| | | | | Sears | $ 20 | | | |
| | $ 905 | | | | | | | |
| | | | | | $ 440 | | | |
| Net | $ 225 | | | | | | | |
| | | | | | $ 690 | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | May-03 | | | | | | | |
| 1st | | Chk# | Date | 15th | | | Chk# | Date |
| Take Home | $ 1,130 | | | | | | | |
| | | | | | $1,130 | | | |
| 1st | | | | 15th | | | | |
| Must Pay | | | | | | | | |
| Wells Fargo | $ 205 | | | | | | | |
| Larry Rieter | $ 200 | | | Orchard Bank | $ 60 | | | |
| DLNR- Baoting | $ 292 | | | Providian | $ 60 | | | |
| Storage/PO Box | $ 78 | | | 1st Premier | $ 20 | | | |
| | | | | Phone | $ 30 | | | |

CD 000808

## PAYMENTS

| Janet English | $ 130 | | | | Life Ins | $ 60 | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | Car Ins | $ 60 | | |
| | | | | | Janet English | $ 130 | | |
| | | | | | | | | |
| | | | | | Sears | $ 20 | | |
| | $ 905 | | | | | | | |
| Net | $ 225 | | | | | $ 440 | | |
| | | | | | | $ 690 | | |

| June-03 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **1st** | | **Chk#** | **Date** | | **15th** | | **Chk#** | **Date** |
| Take Home | $ 1,130 | | | | | $1,130 | | |
| **1st** | | | | | | | | |
| Must Pay | | | | | **15th** | | | |
| Wells Fargo | $ 205 | | | | | | | |
| Larry Rieter | $ 200 | | | | Orchard Bank | $ 60 | | |
| DLNR- Baoting | $ 292 | | | | Providian | $ 60 | | |
| Storage/PO Box | $ 78 | | | | 1st Premier | $ 20 | | |
| Janet English | $ 130 | | | | Phone | $ 30 | | |
| | | | | | Life Ins | $ 60 | | |
| | | | | | Car Ins | $ 60 | | |
| | | | | | Janet English | $ 130 | | |
| | | | | | | | | |
| | | | | | | | | |
| | $ 905 | | | | | | | |
| Net | $ 225 | | | | | $ 420 | | |
| | | | | | | $ 710 | | |

| July-03 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **1st** | | **Chk#** | **Date** | | **15th** | | **Chk#** | **Date** |
| Take Home | $ 1,130 | | | | | $1,130 | | |
| **1st** | | | | | | | | |
| Must Pay | | | | | **15th** | | | |
| Wells Fargo | $ 205 | | | | | | | |
| Larry Rieter | $ 200 | | | | Orchard Bank | $ 60 | | |
| DLNR- Baoting | $ 292 | | | | Providian | $ 60 | | |
| Storage/PO Box | $ 78 | | | | 1st Premier | $ 20 | | |
| Janet English | $ 130 | | | | Phone | $ 30 | | |
| | | | | | Life Ins | $ 60 | | |
| | | | | | Car Ins | $ 60 | | |
| | | | | | Janet English | $ 130 | | |

CD 000809

## PAYMENTS

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | $ 905 | | | | | $ 420 | | |
| Net | $ 225 | | | | | $ 710 | | |

| August-03 | | Chk# | Date | | 15th | | Chk# | Date |
|---|---|---|---|---|---|---|---|---|
| **1st** | | | | | | | | |
| Take Home | $ 1,130 | | | | | $1,130 | | |
| | | | | | | | | |
| **1st** | | | | | **15th** | | | |
| Must Pay | | | | | | | | |
| Wells Fargo | $ 205 | | | | | | | |
| Larry Rieter | $ 200 | | | Orchard Bank | $ 60 | | | |
| DLNR- Baoting | $ 292 | | | Providian | $ 60 | | | |
| Storage/PO Box | $ 78 | | | 1st Premier | $ 20 | | | |
| Janet English | $ 130 | | | Phone | $ 30 | | | |
| | | | | Life Ins | $ 60 | | | |
| | | | | Car Ins | $ 60 | | | |
| | | | | Janet English | $ 130 | | | |
| | | | | | | | | |
| | | | | | | | | |
| | $ 905 | | | | | $ 420 | | |
| Net | $ 225 | | | | | $ 710 | | |

| September-03 | | Chk# | Date | | 15th | | Chk# | Date |
|---|---|---|---|---|---|---|---|---|
| **1st** | | | | | | | | |
| Take Home | $ 1,130 | | | | | $1,130 | | |
| | | | | | | | | |
| **1st** | | | | | **15th** | | | |
| Must Pay | | | | | | | | |
| Wells Fargo | $ 205 | | | | | | | |
| Larry Rieter | $ - | | | Orchard Bank | $ 60 | | | |
| DLNR- Baoting | $ 292 | | | Providian | $ 60 | | | |
| Storage/PO Box | $ 78 | | | 1st Premier | $ 20 | | | |
| Patti Johnson | $ - | | | Phone | $ 30 | | | |
| Janet English | $ - | | | Life Ins | $ 60 | | | |
| | | | | Car Ins | $ 60 | | | |
| | | | | Patti Johnson | $ - | | | |
| | | | | Janet English | $ - | | | |
| | | | | | | | | |
| | | | | Sears | $ - | | | |

CD 000810

## PAYMENTS

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | $ 575 | | | | | | |
| | | | | | $ 290 | | |
| Net | $ 555 | | | | | | |
| | | | | | $ 840 | | |

| October-03 | | | | | | | |
|---|---|---|---|---|---|---|---|
| **1st** | | **Chk#** | **Date** | **15th** | | **Chk#** | **Date** |
| Take Home | $ 1,130 | | | | $1,130 | | |
| **1st** | | | | **15th** | | | |
| Must Pay | | | | | | | |
| Wells Fargo | $ 205 | | | | | | |
| Larry Rieter | $ - | | | Orchard Bank | $ 60 | | |
| DLNR- Baoting | $ 292 | | | Providian | $ 60 | | |
| Storage/PO Box | $ 78 | | | 1st Premier | $ 20 | | |
| Patti Johnson | $ - | | | Phone | $ 30 | | |
| Janet English | $ - | | | Life Ins | $ 60 | | |
| | | | | Car Ins | $ 60 | | |
| | | | | Patti Johnson | $ - | | |
| | | | | Janet English | $ - | | |
| | | | | | | | |
| | | | | Sears | $ 20 | | |
| | $ 575 | | | | | | |
| | | | | | $ 310 | | |
| Net | $ 555 | | | | | | |
| | | | | | $ 820 | | |

| November-03 | | | | | | | |
|---|---|---|---|---|---|---|---|
| **1st** | | **Chk#** | **Date** | **15th** | | **Chk#** | **Date** |
| Take Home | $ 1,130 | | | | $1,130 | | |
| **1st** | | | | **15th** | | | |
| Must Pay | | | | | | | |
| Wells Fargo | $ 205 | | | | | | |
| Larry Rieter | $ - | | | Orchard Bank | $ 60 | | |
| DLNR- Baoting | $ 292 | | | Providian | $ 60 | | |
| Storage/PO Box | $ 78 | | | 1st Premier | $ 20 | | |
| Patti Johnson | $ - | | | Phone | $ 30 | | |
| Janet English | $ - | | | Life Ins | $ 60 | | |
| | | | | Car Ins | $ 60 | | |
| | | | | Patti Johnson | $ - | | |
| | | | | Janet English | $ - | | |
| | | | | | | | |
| | | | | Sears | $ - | | |
| | $ 575 | | | | | | |
| | | | | | $ 290 | | |

CD 000811

## PAYMENTS

| Net | $ 555 | | | | | $ 840 | | |
|-----|-------|---|---|---|---|-------|---|---|

### December-03

| 1st | | Chk# | Date | | 15th | | Chk# | Date |
|-----|------|------|------|---|------|------|------|------|
| Take Home | $ 1,130 | | | | 15th | $1,130 | | |
| 1st | | | | | | | | |
| Must Pay | | | | | 15th | | | |
| Wells Fargo | $ 205 | | | | | | | |
| Larry Rieter | $ - | | | | Orchard Bank | $ 60 | | |
| DLNR- Baoting | $ 292 | | | | Providian | $ 60 | | |
| Storage/PO Box | $ 78 | | | | 1st Premier | $ 20 | | |
| Patti Johnson | $ - | | | | Phone | $ 30 | | |
| Janet English | $ - | | | | Life Ins | $ 60 | | |
| | | | | | Car Ins | $ 60 | | |
| | | | | | Patti Johnson | $ - | | |
| | | | | | Janet English | $ - | | |
| | | | | | | | | |
| | | | | | Sears | $ - | | |
| | | | | | | | | |
| | $ 575 | | | | | | | |
| | | | | | | $ 290 | | |
| Net | $ 555 | | | | | | | |
| | | | | | | $ 840 | | |

### January-04

| 1st | | Chk# | Date | | 15th | | Chk# | Date |
|-----|------|------|------|---|------|------|------|------|
| Take Home | $ 1,130 | | | | 15th | $1,130 | | |
| 1st | | | | | | | | |
| Must Pay | | | | | 15th | | | |
| Wells Fargo | $ 205 | | | | | | | |
| Larry Rieter | $ - | | | | Orchard Bank | $ 60 | | |
| DLNR- Baoting | $ 292 | | | | Providian | $ 60 | | |
| Storage/PO Box | $ 78 | | | | 1st Premier | $ 20 | | |
| Patti Johnson | $ - | | | | Phone | $ 30 | | |
| Janet English | $ - | | | | Life Ins | $ 60 | | |
| | | | | | Car Ins | $ 60 | | |
| | | | | | Patti Johnson | $ - | | |
| | | | | | Janet English | $ - | | |
| | | | | | | | | |
| | | | | | Sears | $ - | | |
| | | | | | | | | |
| | $ 575 | | | | | | | |
| | | | | | | $ 290 | | |
| Net | $ 555 | | | | | | | |
| | | | | | | $ 840 | | |

CD 000812

**PAYMENTS**

| February-04 | | Chk# | Date | 15th | | Chk# | Date |
|---|---|---|---|---|---|---|---|
| **1st** | | | | | | | |
| Take Home | $ 1,130 | | | | $1,130 | | |
| | | | | | | | |
| **1st** | | | | | | | |
| Must Pay | | | | **15th** | | | |
| Wells Fargo | $ 205 | | | | | | |
| Larry Rieter | $ - | | | Orchard Bank | $ 60 | | |
| DLNR- Baoting | $ 292 | | | Providian | $ 60 | | |
| Storage/PO Box | $ 78 | | | 1st Premier | $ 20 | | |
| Patti Johnson | $ - | | | Phone | $ 30 | | |
| Janet English | $ - | | | Life Ins | $ 60 | | |
| | | | | Car Ins | $ 60 | | |
| | | | | Patti Johnson | $ - | | |
| | | | | Janet English | $ - | | |
| | | | | | | | |
| | | | | Sears | $ - | | |
| | $ 575 | | | | | | |
| | | | | | $ 290 | | |
| Net | $ 555 | | | | | | |
| | | | | | $ 840 | | |

| March-04 | | Chk# | Date | 15th | | Chk# | Date |
|---|---|---|---|---|---|---|---|
| **1st** | | | | | | | |
| Take Home | $ 1,130 | | | | $1,130 | | |
| **1st** | | | | | | | |
| Must Pay | | | | **15th** | | | |
| Wells Fargo | $ 205 | | | | | | |
| Larry Rieter | $ - | | | Orchard Bank | $ 60 | | |
| DLNR- Baoting | $ 292 | | | Providian | $ 60 | | |
| Storage/PO Box | $ 78 | | | 1st Premier | $ 20 | | |
| Patti Johnson | $ - | | | Phone | $ 30 | | |
| Janet English | $ - | | | Life Ins | $ 60 | | |
| | | | | Car Ins | $ 60 | | |
| | | | | Patti Johnson | $ - | | |
| | | | | Janet English | $ - | | |
| | | | | | | | |
| | | | | Sears | $ - | | |
| | $ 575 | | | | | | |
| | | | | | $ 290 | | |
| Net | $ 555 | | | | | | |
| | | | | | $ 840 | | |

CD 000813

## PAYMENTS

| April-04 | | | | | | | |
|---|---|---|---|---|---|---|---|
| **1st** | | **Chk#** | **Date** | **15th** | | **Chk#** | **Date** |
| Take Home | $ 1,130 | | | | $1,130 | | |
| **1st** | | | | **15th** | | | |
| Must Pay | | | | **15th** | | | |
| Wells Fargo | $  205 | | | | | | |
| Larry Rieter | $   - | | | Orchard Bank | $   60 | | |
| DLNR- Baoting | $  292 | | | Providian | $   60 | | |
| Storage/PO Box | $   78 | | | 1st Premier | $   20 | | |
| Patti Johnson | $   - | | | Phone | $   30 | | |
| Janet English | $   - | | | Life Ins | $   60 | | |
| | | | | Car Ins | $   60 | | |
| | | | | Patti Johnson | $   - | | |
| | | | | Janet English | $   - | | |
| | | | | Sears | $   - | | |
| | $  575 | | | | $  290 | | |
| Net | $  555 | | | | | | |
| | | | | | $  840 | | |

| May-04 | | | | | | | |
|---|---|---|---|---|---|---|---|
| **1st** | | **Chk#** | **Date** | **15th** | | **Chk#** | **Date** |
| Take Home | $ 1,130 | | | | $1,130 | | |
| **1st** | | | | **15th** | | | |
| Must Pay | | | | **15th** | | | |
| Wells Fargo | $  205 | | | | | | |
| Larry Rieter | $   - | | | Orchard Bank | $   60 | | |
| DLNR- Baoting | $  292 | | | Providian | $   60 | | |
| Storage/PO Box | $   78 | | | 1st Premier | $   20 | | |
| Patti Johnson | $   - | | | Phone | $   30 | | |
| Janet English | $   - | | | Life Ins | $   60 | | |
| | | | | Car Ins | $   60 | | |
| | | | | Patti Johnson | $   - | | |
| | | | | Janet English | $   - | | |
| | | | | Sears | $   - | | |
| | $  575 | | | | $  290 | | |
| Net | $  555 | | | | | | |
| | | | | | $  840 | | |

| June-04 |
|---|

CD 000814

## PAYMENTS

| 1st | | Chk# | Date | | 15th | | Chk# | Date |
|---|---|---|---|---|---|---|---|---|
| Take Home | $ 1,130 | | | | 15th | | | |
| | | | | | | $1,130 | | |
| 1st | | | | | | | | |
| Must Pay | | | | | 15th | | | |
| Wells Fargo | $ 205 | | | | | | | |
| Larry Rieter | $ - | | | | Orchard Bank | $ 60 | | |
| DLNR- Baoting | $ 292 | | | | Providian | $ 60 | | |
| Storage/PO Box | $ 78 | | | | 1st Premier | $ 20 | | |
| Patti Johnson | $ - | | | | Phone | $ 30 | | |
| Janet English | $ - | | | | Life Ins | $ 60 | | |
| | | | | | Car Ins | $ 60 | | |
| | | | | | Patti Johnson | $ - | | |
| | | | | | Janet English | $ - | | |
| | | | | | | | | |
| | | | | | Sears | $ - | | |
| | | | | | | | | |
| | $ 575 | | | | | | | |
| | | | | | | $ 290 | | |
| Net | $ 555 | | | | | | | |
| | | | | | | $ 840 | | |

| July-04 | | Chk# | Date | | 15th | | Chk# | Date |
|---|---|---|---|---|---|---|---|---|
| 1st | | | | | | | | |
| Take Home | $ 1,130 | | | | 15th | | | |
| | | | | | | $1,130 | | |
| 1st | | | | | | | | |
| Must Pay | | | | | 15th | | | |
| Wells Fargo | $ 205 | | | | | | | |
| Larry Rieter | $ - | | | | Orchard Bank | $ 60 | | |
| DLNR- Baoting | $ 292 | | | | Providian | $ 60 | | |
| Storage/PO Box | $ 78 | | | | 1st Premier | $ 20 | | |
| Patti Johnson | $ - | | | | Phone | $ 30 | | |
| Janet English | $ - | | | | Life Ins | $ 60 | | |
| | | | | | Car Ins | $ 60 | | |
| | | | | | Patti Johnson | $ - | | |
| | | | | | Janet English | $ - | | |
| | | | | | | | | |
| | | | | | Sears | $ - | | |
| | | | | | | | | |
| | $ 575 | | | | | | | |
| | | | | | | $ 290 | | |
| Net | $ 555 | | | | | | | |
| | | | | | | $ 840 | | |

| August-04 | | Chk# | Date | | 15th | | Chk# | Date |
|---|---|---|---|---|---|---|---|---|
| 1st | | | | | | | | |
| Take Home | $ 1,130 | | | | 15th | | | |
| | | | | | | $1,130 | | |

CD 000815

## PAYMENTS

| 1st | | | | 15th | | | |
|---|---|---|---|---|---|---|---|
| Must Pay | | | | | | | |
| Wells Fargo | $ 205 | | | | | | |
| Larry Rieter | $ - | | | Orchard Bank | $ 60 | | |
| DLNR- Baoting | $ 292 | | | Providian | $ 60 | | |
| Storage/PO Box | $ 78 | | | 1st Premier | $ 20 | | |
| Patti Johnson | $ - | | | Phone | $ 30 | | |
| Janet English | $ - | | | Life Ins | $ 60 | | |
| | | | | Car Ins | $ 60 | | |
| | | | | Patti Johnson | $ - | | |
| | | | | Janet English | $ - | | |
| | | | | | | | |
| | | | | Sears | $ - | | |
| | $ 575 | | | | | | |
| | | | | | $ 290 | | |
| Net | $ 555 | | | | | | |
| | | | | | $ 840 | | |

CD 000816