**From:** Chang, Corlis J. [cchang@goodsill.com]
**Sent:** Thursday, June 28, 2001 2:56 PM
**To:** 'English, Phil'
**Subject:** Taxes 1998

Phil:

You had mentioned negotiating with the IRS for a payoff that would clear the tax liability for the two of us for 1998. Have you received a number yet? Please let me know. If we could get rid of the liability for a couple of thousand dollars, it would be worth it.

Thanks for checking,
Corlis



CD 000874