Philip English
531 Hahaione Street #2-B
Honolulu, HI 96825

December 6, 2000

Curtis Ching
Office of the U.S. Trustee
U.S. department of Justice
1132 Bishop Street, Suite 602
Honolulu, Hawaii 96813

Ref:   English, Bankr. Case No. 00-02917

Dear Mr. Ching:

Enclosed are the documents requested including 1999 Tax return, Divorce Settlement documents showing the property settlement amounts, bank statements from October 1998 through August 2000 when it was determined that I would need to file for bankruptcy protection, and other information to assist you as to the use of the funds.

In summary, the divorce settlement awarded to me $102,000 and was to be paid in three separate installments. The first was paid at the signing of the divorce papers in March 1999 in the amount of $15,000. The second was paid in May in the amount of $77,000 and the third was to be paid in March 2000 in the amount of $10,000. However, the last installment made to me was $1,980. The $10,000 was reduced in part due to life insurance premiums and medical insurance premiums paid by my former spouse as well as other deductions that she took on her own. It was agreed that she would continue the medical and life insurance premiums for a period of time due to the fact that I was unable to work or gain employment while recovering from surgery.

I would like to provide some history to the events in an effort to give perspective on what happened. In February 1998 my wife of 15 years informed me that she no longer loved me and she wanted a divorce. At that time we were engaged in an import/export business in Asia. However, she decided to close accounts and transfer joint funds without my knowledge and to no longer participate in that business.

As this was a new business and was struggling there was little, if any, income. All debt that was in my name alone, whether taken out for joint purposes or not, became my sole responsibility. For the period from February 1998 to March 1999 I had no source of income other than the business and I was made solely responsible for the debt. It became necessary for me to borrow money at this time to keep a float. I continued to try and make a go of the business with the remaining parties while the divorce was being finalized. I also attempted to investigate other opportunities including starting up a Real Estate Appraisal business once again which was my former career for nearly 20 years.

I June 1998 while trimming a tree I fell and injured myself requiring a trip to the Queen's emergency room. Fortunately there were no problems from the fall other than some bad bruises. But they also discovered something on my left Kidney, which was ultimately determined to be cancer. In November 1998 I had a major surgery which included removal of my left kidney. I remained under the doctor's care for an extended period due to complications during recovery and was unable to work.


CD 000877

Even though is was not able to be active and work right away I attempted to keep the business going be providing whatever financial support that I could. In March 1999 the divorce was final and in June I moved into my own apartment. I continued to be unemployed but was making every effort to stay current on my bills, keep the import/export business going and was actively seeking employment as a real estate appraiser in Hawaii, specifically with the City and County of Honolulu.

I was in monthly contact with the Assessment Administrator of the Real Property Division who told me every month that it would be just another month or two before I would be able to interview and become employed. I held on to that promise but unfortunately the month or two, turned into a year. It wasn't until June 1999 that I began to be employed with the City and County at the lowest an entry-level position.

It was at this time that I began to realize that there was no way that I could make it and I had to begin to think seriously about filing for bankruptcy. It had always been my intent to make it and to pay my debt and I believe that the information provided will show that. I also made a great effort to keep the import/export business going and to try to find alternative opportunities.

In the final analysis I spent over the 22 month period between October 1998 and August 2000 approximately $40,000 for living expenses, $30,000 paying down debt that was owed, $16,000 attempting to keep the business going, and $12,000 trying to start in real estate appraisal again. This period of time from just prior to my surgery up to the month when I went to see Dawn Smith to file for bankruptcy.

Unfortunately hind site is 20 x 20. If I had known that my wife was going to divorce me, if I had known that I was going to get cancer, if I had known the business that I was attempting to launch would fail, and if I would have known that the City job was going to take a full 12 months before I would get hired and have income, I probably would have done things differently. I do not fault anyone. I simply took things one month at a time and tried to keep faith and hope that something would go my way. But it did not.

The decision to file for bankruptcy was not an easy one for me and as Dawn Smith has told me more than once that I waited too long. But I really tried to make it. It no longer seems possible that I can pay the creditors back and it has become necessary for me to file for protection and relief under bankruptcy. I also think that I can no longer tell my creditors that I desire to pay them when there is no possible way that I can. I truly hope that they can also find some relief through this action as well.

I pray the court will grant the bankruptcy. If I can provide anything else, please let me know.

Sincerely,


Phil English

CD 000878