MOSELEY BIEHL TSUGAWA LAU & MUZZI
a Hawaii limited liability law company
ROGER S. MOSELEY         2060
TEDSON H. KOJA           4793
CHRISTOPHER J. MUZZI     6939
RENEE M. FURUTA          7593
Alakea Corporate Tower
1100 Alakea Street, 23rd Floor
Honolulu, Hawaii 96813
Telephone: (808) 531-0490
Facsimile: (808) 534-0202
Email: rmoseley@hilaw.us
       cmuzzi@hilaw.us
       rfuruta@hilaw.us

Attorneys for Plaintiff
PHILIP E. ENGLISH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| PHILIP E. ENGLISH, | Civil No. 04-00108 KSC/KSC |
|---|---|
| Plaintiff, | PLAINTIFF PHILIP E. ENGLISH'S AMENDED FINAL WITNESS LIST; CERTIFICATE OF SERVICE |
| vs. | |
| CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1 –10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10, | |
| Defendants. | |

10010\3\57769.2

## PLAINTIFF PHILIP E. ENGLISH'S AMENDED FINAL WITNESS LIST

Plaintiff Philip E. English ("Plaintiff"), by and through his counsel, Moseley Biehl Tsugawa Lau & Muzzi, hereby submits his Amended "Final Witness List" pursuant to the Second Amended Rule 16 Scheduling Order of this Court entered on December 26, 2005. The Amended "Final Witness List" is being submitted herein to specifically identify by name the City and County of Honolulu's 30(b)(6) Representative for trial.

| WITNESS | LENGTH OF DIRECT |
|---|---|
| Description of testimony is without limitation to actual testimony | |
| 1. **HOWARD TOM SUN** | 1 hr |
| Will testify that because of his whistle blowing, he was retaliated against by the City and County of Honolulu by, among other acts, the filing of workplace violence reports against him and insubordination complaints against him. | |
| 2. **SUSAN SIU** | 1.5 hr |
| Will testify that because of her whistle blowing, she was retaliated against by the City and County of Honolulu by, among other acts, the filing of workplace violence reports against her. | |
| 3. **DENISE TSUKAYAMA – CITY AND COUNTY OF HONOLULU'S REPRESENTATIVE** | 1.5 hr |
| Witness will testify, without limitation, as to policies, practices and customs of the City with respect to whistleblowers and retaliation, we well as training programs and procedures with respect to retaliation. Deposition not yet taken so description of testimony may be amended. | |

4.  **DOCUMENT AUTHENTICATION WITNESSES**                       TBA

    If necessary – to be identified pending agreement(s) on documentary exhibits

5.  **THELMA KUROKAWA**                                          1 hr

    Will testify as to the income of GK Appraisals, Inc. for the relevant time periods, and as to amounts paid to Defendant Gary Kurokawa, as well as to the ownership interest and status as Director and Officer of Gary Kurokawa.

6.  **GORDON KUROKAWA**                                          1 hr

    Will testify as to the income of GK Appraisals, Inc. for the relevant time periods, and as to amounts paid to Defendant Gary Kurokawa, as well as to the ownership interest and status as Director and Officer of Gary Kurokawa.

7.  **GARY KUROKAWA**                                            4 hrs

    Will testify as to the claims and allegations made in the First Amended Complaint against him and his defenses thereto, as well as his involvement with Defendant GK Appraisals, Inc. He will also testify as to his involvement in actions taken against Plaintiff in retaliation for Plaintiff's whistle blowing activities.

8.  **DAVID MATSUNAMI**                                          2 hrs

    Will testify that he hired Christopher Graff to do work on appraisals for Defendant GK Appraisals and that Gary Kurokawa was aware that he had hired Christopher Graff to do such work. He will testify that 70% of his contacts with Defendant GK Appraisals were with Defendant Gary Kurokawa and that he contacted Gary Kurokawa at Gary Kurokawa's City office, on Gary Kurokawa's City phone, and left messages with Gary Kurokawa's City secretaries. He will also testify that he advised Gary Kurokawa that he could no longer do work for Defendant GK Appraisals, at least in part, because of Plaintiff's complaints about Chris Graff doing work for GK Appraisals on City time and with City equipment. Will testify

generally with respect to other aspects of Plaintiff's claims and Defendants' defenses.

9.  **CHRISTOPHER GRAFF**                                               2 hrs

    Will testify that he did work for Defendant GK Appraisals, during the time period in which Plaintiff made complaints about the work for GK Appraisals. Will testify he had GK Appraisal spreadsheets on his City computer. Will testify that he reported to supervisor that Plaintiff had made a complaint to the FBI and to the Ethics Commission with respect to his work for Defendant GK Appraisals. Will testify that he filed a workplace violence report against Plaintiff after he learned that Plaintiff had reported him and Gary Kurokawa to the FBI and Ethics Commission. Will testify generally with respect to other aspects of Plaintiff's claims and Defendants' defenses.

10. **CHARLES TOTTO**                                                   3 hrs

    Will testify that he met with Plaintiff on 1/3/03 and told Plaintiff of the range of possible actions, which could be taken based on Plaintiff's complaint to the Ethics Commission, if true. Will testify that, in late February 2003, he told Thomas Riddle that his investigation so far had revealed that there was some basis for Plaintiff's complaint to the Ethics Commission and that his investigation so far had not revealed anything which would be contrary to Plaintiff's complaint to the Ethics Commission. Will testify generally with respect to other aspects of Plaintiff's claims and Defendants' defenses.

11. **ROBERT O. MAGOTA**                                                6 hrs

    Will testify that Plaintiff made written complaint, with respect to Gary Kurokawa's and Christopher Graff's work for GK Appraisals on City time and with City equipment, to him via email, on 2/15/02 and that he did not report complaint to other City officials beyond Defendant Gary Kurokawa. He will also testify that after Plaintiff's complaint he participated in disciplinary actions including, but not limited to an attempted insubordination action, and also a substandard review after Plaintiff left his employment on medical leave resulting from work related stress. Will testify generally with

respect to other aspects of Plaintiff's claims and Defendants' defenses.

12. <u>ANN C. GIMA</u>                                                         8 hrs

Will testify that she gave performance reviews to Plaintiff that rated him as "exceeds requirements", then participated in various disciplinary and other actions against Plaintiff after he made complaints about Defendant Gary Kurokawa and Christopher Graff doing work for Defendant GK Appraisals on City time with City. Will also testify that after learning of Plaintiff's complaint to Ethics Commission, she filed a work place violence report against Plaintiff and advised co-workers that they could also do the same. Will testify generally with respect to other aspects of Plaintiff's claims and Defendants' defenses.

13. <u>LINDA KNOWLES</u>                                                   1 hr

Will testify that she knew of certain management/personnel actions against Plaintiff and knew contents of some of Plaintiff's emails to his supervisor. Will testify generally about the facts and circumstances surrounding the interview with respect to the work place violence reports filed against Plaintiff. Will testify generally with respect to other aspects of Plaintiff's claims and Defendants' defenses.

14. <u>JULIE ANN TAMAYORI</u>                                          1 hr

Will testify that she never witnessed Plaintiff being aggressive and was not threatened by him. Will testify generally about the facts and circumstances surrounding the interview with respect to the work place violence reports filed against Plaintiff.. Will testify generally with respect to other aspects of Plaintiff's claims and Defendants' defenses.

15. <u>SUZANNE FOUMAI</u>                                                1 hr

Will testify that she was instructed by Gary Kurokawa, Bob Magota, and Ann Gima on how to deal with Plaintiff's paychecks, vacation leave, and other leave after Plaintiff ceased coming to work. Will also testify that she took Plaintiff's personnel records

home to "protect" herself. Will testify that she was not threatened by Plaintiff, never saw him exhibit temper, or threat of harm to others. Will testify generally about the facts and circumstances surrounding the interview with respect to the work place violence reports filed against Plaintiff. Will testify generally with respect to other aspects of Plaintiff's claims and Defendants' defenses.

16.  **CAROLE KAMISATO**                                              1 hr

Will testify that she had no concern that she compared Phil to Byron Uyesugi of the Xerox mass murders. Will testify that she took phone messages from David Matsunami for Christopher Graff two times per week for two years. Will testify generally about the facts and circumstances surrounding the interview with respect to the work place violence reports filed against Plaintiff. Will testify generally with respect to other aspects of Plaintiff's claims and Defendants' defenses.

17.  **WILFRED MARTIN**                                               .5 hr

Will testify generally with respect to multiple aspects of Plaintiff's claims and Defendants' defenses.

18.  **MARVIN ABING**                                                 .5 hr

Will testify generally with respect to multiple aspects of Plaintiff's claims and Defendants' defenses.

19.  **STEVEN YEE**                                                   .5 hr

Will testify generally with respect to multiple aspects of Plaintiff's claims and Defendants' defenses.

20.  **ROY K. AMEMIYA, JR.**                                          .5 hr

Will testify generally with respect to multiple aspects of Plaintiff's claims and Defendants' defenses.

21. <u>NORMAN YOSHIDA</u>                                            .5 hr

   Will testify generally with respect to multiple aspects of Plaintiff's claims and Defendants' defenses.

22. <u>PAULINE IWAMOTO</u>                                           .5 hr

   Will testify generally with respect to multiple aspects of Plaintiff's claims and Defendants' defenses.

23. <u>MICHELLE MURAOKA</u>                                          .5 hr

   Will testify generally with respect to multiple aspects of Plaintiff's claims and Defendants' defenses.

24. <u>GARY KUBOTA</u>                                               .5 hr

   Will testify generally with respect to multiple aspects of Plaintiff's claims and Defendants' defenses.

25. <u>MICHAEL OKAMOTO</u>                                           .5 hr

   Will testify generally with respect to multiple aspects of Plaintiff's claims and Defendants' defenses.

26. <u>GEORGETTE WONG</u>                                            .5 hr

   Will testify generally with respect to multiple aspects of Plaintiff's claims and Defendants' defenses.

27. <u>BRUCE PALENSKE</u>                                            .5 hr

   Will testify generally with respect to multiple aspects of Plaintiff's claims and Defendants' defenses.

28. <u>MICHAEL KIM</u>                                               .5 hr

   Will testify generally with respect to multiple aspects of Plaintiff's claims and Defendants' defenses.

29. <u>KEITH YAMASHITA</u>                                              .5 hr

   Will testify generally with respect to multiple aspects of Plaintiff's claims and Defendants' defenses.

30. <u>EUGENIE SHITO-LEONG</u>                                          .5 hr

   Will testify generally about the facts and circumstances surrounding the interview with respect to the work place violence reports filed against Plaintiff. Will testify generally with respect to other aspects of Plaintiff's claims and Defendants' defenses.

31. <u>RYAN FUJITNANI</u>                                               .5 hr

   Will testify generally about the facts and circumstances surrounding the interview with respect to the work place violence reports filed against Plaintiff. Will testify generally with respect to other aspects of Plaintiff's claims and Defendants' defenses.

32. <u>DWIGHT ISHIGURO</u>                                              2 hrs

   Will testify generally about his communications with Plaintiff with respect to Plaintiff's concern with, and reporting of, Christopher Graff's doing work for Defendant GK Appraisals under the direction of Defendant Gary Kurokawa, as well as the retaliation against Plaintiff which followed his reporting. Will testify generally about the facts and circumstances surrounding the interview with respect to the work place violence reports filed against Plaintiff. Will testify generally with respect to other aspects of Plaintiff's claims and Defendants' defenses.

33. <u>KEVIN MULLIGAN</u>                                               1 hr

   Will testify generally with respect to multiple aspects of Plaintiff's claims and Defendants' defenses.

34. <u>WALEN TOMA</u>                                                   1 hr

   Will testify generally with respect to multiple aspects of Plaintiff's claims and Defendants' defenses.

| | | |
|---|---|---|
| 35. | <u>RANDAL HIRAKI</u> | 1 hr |

Will testify with respect to his use of a Dilbert cartoon in a required training session conducted by Mr. Hiraki on or about February 21, 2003. Will testify generally with respect to other aspects of Plaintiff's claims and Defendants' defenses.

| | | |
|---|---|---|
| 36. | <u>MICHAEL GOLOJUCH</u> | 3 hrs |

Will testify as to his involvement in the work place violence reports against Plaintiff and his involvement with the management of the Assessment Division in insubordination and other performance issues with respect to Plaintiff. Will testify generally with respect to other aspects of Plaintiff's claims and Defendants' defenses.

| | | |
|---|---|---|
| 37. | <u>VIOLET LEE</u> | 1 hr |

Will testify generally with respect to multiple aspects of Plaintiff's claims and Defendants' defenses.

| | | |
|---|---|---|
| 38. | <u>SUSAN BENDER</u> | 1 hr |

Will testify generally with respect to multiple aspects of Plaintiff's claims and Defendants' defenses.

| | | |
|---|---|---|
| 39. | <u>THOMAS RIDDLE</u> | 1 hr |

Will testify generally with respect to multiple aspects of Plaintiff's claims and Defendants' defenses, as well as a performance evaluation of Plaintiff conducted after Plaintiff ceased reporting for work.

| | | |
|---|---|---|
| 40. | <u>DR. JAMES LOVE</u> | 2 hrs |

Will testify as treating physician that, based upon Dr. Coffee's examination, he issued an off work authorization to excuse Plaintiff from attending work on or about February 28, 2003, and will also testify with respect to other aspects of Plaintiff's medical condition. Will testify generally with respect to various aspects of Plaintiff's claims and the damages resulting from the retaliation and other actions against Plaintiff by defendants.

41. <u>DR. GERALD COFFEE</u>                                    2 hrs

Will testify as treating therapist with respect to Plaintiff's psychological condition on or after January 30, 2003, and with respect to other aspects of Plaintiff's medical/psychological condition. Will testify generally with respect to various aspects of Plaintiff's claims and the damages resulting from the retaliation and other actions against Plaintiff by defendants.

42. <u>DR. RENEAU KENNEDY</u>                                  3 hrs

Will testify as IPE psychologist with respect to Plaintiff's psychological condition on or about April 18, 2003, and with respect to other aspects of Plaintiff's medical/psychological condition. Will testify as to the results of her examination of Plaintiff on or about April 18, 2003. Will testify generally with respect to various aspects of Plaintiff's claims and the damages resulting from the retaliation and other actions against Plaintiff by defendants.

43. <u>DR. JOAN KOFF</u>                                         3 hrs

Will testify as treating psychologist with respect to Plaintiff's psychological condition on or after January 30, 2003, and with respect to other aspects of Plaintiff's medical/psychological condition. Will testify generally with respect to various aspects of Plaintiff's claims and the damages resulting from the retaliation and other actions against Plaintiff by defendants.

44. <u>DR. DARYL MATTHEWS</u>                                   3 hrs

Will offer expert psychiatric testimony with respect to Plaintiff's psychological condition, as revealed by Dr. Matthews' examination/evaluation of Plaintiff, in late 2005 and early 2006, and with respect to other aspects of Plaintiff's medical/psychological condition. Will testify generally with respect to various aspects of Plaintiff's claims and the damages resulting from the retaliation and other actions against Plaintiff by defendants.

45. <u>PAUL AU, ESQ.</u>                                                              1 hr

   Will testify generally with respect to multiple aspects of Plaintiff's claims and Defendants' defenses.

46. <u>THOMAS UENO</u>                                                               2 hrs

   CPA, will testify as an expert generally with respect to aspects of Plaintiff's claims for damages.

47. <u>PASTOR FRANK RAMIL</u>                                                        1 hr

   Will testify generally with respect to multiple aspects of Plaintiff's claims and Plaintiff's damages.

48. <u>SATHIPORN (PIM) SONGSORN</u>                                                  2 hrs

   Plaintiff's former wife, will testify generally with respect to multiple aspects of Plaintiff's claims and damages.

49. <u>THAI TRANSLATOR – to be identified</u>                                        2 hrs

   Will testify generally with respect to translation of anticipated testimony in the Thai language and with respect to the translation of a letter written to Plaintiff in the Thai language, involving Plaintiff's claims for damages.

50. <u>PHILIP ENGLISH</u>                                                            8 hrs

   Will testify generally with respect to most aspects of Plaintiff's claims and of Defendants' defenses, and with respect to his claims for damages.

51. <u>GORDON NELSON</u>                                                             .5 hr

   Will testify to authenticate privilege log from Ethics Commission.

52. <u>LESLIE KONDO</u>                                                              .5 hr

   Will testify to authenticate records from State of Hawaii OIP.

Dated: Honolulu, Hawaii, September 22, 2006.

                              */s/ Roger S. Moseley*
                              ROGER S. MOSELEY
                              TEDSON H. KOJA
                              CHRISTOPHER J. MUZZI
                              RENEE M. FURUTA
                              Attorneys for Plaintiff
                              PHILIP E. ENGLISH