MOSELEY BIEHL TSUGAWA LAU & MUZZI
a Hawaii limited liability law company
ROGER S. MOSELEY         2060
TEDSON H. KOJA           4793
CHRISTOPHER J. MUZZI     6939
RENEE M. FURUTA          7593
Alakea Corporate Tower
1100 Alakea Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone:  (808) 531-0490
Facsimile:  (808) 534-0202
Email:  rmoseley@hilaw.us
        cmuzzi@hilaw.us
        rfuruta@hilaw.us

Attorneys for Plaintiff
PHILIP E. ENGLISH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1–10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>    Defendants. | Civil No.  04-00108 KSC/KSC<br><br>SECOND AMENDMENT TO PLAINTIFF PHILIP E. ENGLISH'S FIRST AMENDED PRETRIAL STATEMENT;  CERTIFICATE OF SERVICE |

10010\3\57688.2

## SECOND AMENDMENT TO PLAINTIFF PHILIP E. ENGLISH'S FIRST AMENDED PRETRIAL STATEMENT

Plaintiff Philip E. English ("Plaintiff"), by and through his counsel, Moseley Biehl Tsugawa Lau & Muzzi, hereby submits his Second Amendment to his First Amended Pretrial Statement pursuant to the Hawaii Local Rules of the U.S. District Court Rule 16.6. Plaintiff's First Amended Pretrial Statement is amended to specifically identify the 30(b)(6) Representative of the City and County of Honolulu as Denise Tsukayama.

Plaintiff's First Amended Pretrial Statement is amended to add the specific identity of the City and County of Honolulu's 30(b)(6) Representative, witness Denise Tsukayama, who will testify, without limitation, as to policy and/or practices and customs of the City and County of Honolulu with respect to whistleblowers and retaliation, as well as training programs and procedures with respect to retaliation.

Dated: Honolulu, Hawaii, September 22, 2006.

/s/ Roger S. Moseley
ROGER S. MOSELEY
TEDSON H. KOJA
CHRISTOPHER J. MUZZI
RENEE M. FURUTA
Attorney for Plaintiff
PHILIP E. ENGLISH