IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH, | ) CIVIL NO. CV04-00108 KSC </br> ) </br> ) **DECLARATION OF LYLE Y. HARADA** </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |
| Plaintiff, | |
| vs. | |
| CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10, | |
| Defendants. | |

**DECLARATION OF LYLE Y. HARADA**

I, LYLE Y. HARADA, declare as follows:

1. Declarant is an attorney licensed to practice law before all the state and federal courts in the State of Hawaii and is one of the attorneys representing Defendants CITY AND COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA, ANN C. GIMA (collectively "CITY Defendants") in the above-entitled action.

2. This Declaration is made in lieu of an affidavit pursuant to Local Rule 7.6, <u>Rules of the United States District Court for the District of Hawaii</u>, as amended.

3. I make this Declaration in support of Defendants City and County of Honolulu, Gary T. Kurokawa, Robert O. Magota, and Ann C. Gima's Memorandum in Opposition to Plaintiff Philip E.

English's Motion For Partial Summary Judgment on Count IV.

    4.    Attached hereto as Exhibit "A" is a true and correct copy of pages of the Deposition of Christopher Graff.

    5.    Attached hereto as Exhibit "B" is a true and correct copy of pages of the deposition of Gary T. Kurokawa.

    6.    Attached hereto as Exhibit "C" is a true and correct copy of a Notification of Classification Action.

    7.    Exhibit "D" is a true and correct copy of pages of the deposition of Ann Gima.

I declare under penalty of law that the foregoing is true and correct to the best of my knowledge and belief.

    DATED: Honolulu, Hawaii, September 22, 2006

_____
LYLE Y. HARADA