**CITY AND COUNTY OF HONOLULU**
DEPARTMENT OF HUMAN RESOURCES

## NOTIFICATION OF CLASSIFICATION ACTION

Date: March 6, 2002

Department: Budget & Fiscal Services

| | |
|---|---|
| **Classification Action:** | Reallocation |
| **Position Number:** | DF 485 & DF 486 |
| **Incumbent:** | Wilfred Martin; Philip E. English |
| **From:** | Real Property Appraiser III, SR 20 (BU 13-Included) |
| **To:** | Real Property Appraiser IV, SR 22 (BU 13-Included) |
| **Effective:** | March 1, 2002 |

Please let our Classification and Pay Division know by March 18, 2002, if you would like to meet with us in an administrative review to discuss this matter further. Such a meeting would provide an opportunity for us to explain the basis of our decision in more detail. If, however, you wish to appeal this action, the petition therefore must be filed with the Civil Service Commission, in writing, within twenty (20) calendar days after receipt of this notice. For your guidance, the Commission's Rules of Practice and Procedure, and our <u>Personnel Manual (Policies and Procedures)</u>, detail the procedures and necessary forms for filing appeals against classification actions.

_____
for Director of Human Resources

cc: EPS (Records)
    BFS (Budget Div)
    Incumbents



RECEIVED MAR 1 1 2002
C&C DEPARTMENT OF FINANCE
REAL PROPERTY ASSESSMENT BRANCH

EXHIBIT C

PE 00552

FORM CS-55A (REV. 1/93)

**INSTRUCTIONS:**
1. Complete every item; if not applicable, so indicate. (See CS Circular No. 1150 for reference)
   Be accurate. This is an official document upon which classification determinations will be based. In addition, it may be utilized for other personnel-related processes.

## DEPARTMENT OF PERSONNEL
### City and County of Honolulu
## POSITION DESCRIPTION

1. Position No. DF-486

2. Present Class & Pay Range: REAL PROPERTY APPRAISER III, SR-20

3. Department: BUDGET & FISCAL SERVICES
   Division: REAL PROPERTY ASSESSMENT DIVISION
   Section: ___
   Unit: BU-13

6. Action Requested:
   ☐ Initial Allocation
   ☒ Reallocation
   ☐ No Change (Revised Description Only)

4. Physical Location: 842 BETHEL STREET 2ND FLOOR

5. Incumbent: PHILIP E. ENGLISH

7. Description of major duties and responsibilities currently assigned or delegated to the position. List only those duties which are part of the regular work of the position throughout the year. List the duties in order of importance or frequency and combine related details. In the column at the right opposite each description of a duty or group of duties, enter the approximate percentage of time devoted to that work.

| | Percentage of time |
|---|---|
| (PLEASE SEE ATTACHED) | |

(Continue on reverse side)

**FOR DEPARTMENT OF PERSONNEL USE ONLY**

Allocation: Class **Real Property Appraiser IV**    Pay Range **SR-22**    See Report ____
(From **Real Property Appraiser III**)
Approved On **12/02/94** By **SEE MASTER POSITION DESCRIPTION ON FILE**    Effective Date **3/1/02**
                                    Director of Personnel

BU ____    Incl. ____    Excl. ____    FLSA: C ____

PE 00553