MOSELEY BIEHL TSUGAWA LAU & MUZZI
a Hawaii limited liability law company

| | |
|---|---|
| ROGER S. MOSELEY | 2060 |
| CHRISTOPHER J. MUZZI | 6939 |
| RENEE M. FURUTA | 7593 |
| JOANNA B.K. FONG | 7764 |

Alakea Corporate Tower
1100 Alakea Street, 23rd Floor
Honolulu, Hawaii 96813
Telephone: (808) 531-0490; Facsimile: (808) 534-0202
Email: rmoseley@hilaw.us; cmuzzi@hilaw.us
       rfuruta@hilaw.us; jfong@hilaw.us

Attorneys for Plaintiff
PHILIP E. ENGLISH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1–10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>　　　　　Defendants. | Civil No. 04-00108 KSC/KSC<br><br>ERRATA TO PLAINTIFF PHILIP E. ENGLISH'S SEPARATE AND CONCISE STATEMENT OF MATERIAL FACTS IN SUPPORT OF HIS MEMORANDUM IN OPPOSITION TO DEFENDANTS CITY AND COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA, AND ANN C. GIMA'S MOTION FOR PARTIAL DISMISSAL, OR IN THE ALTERNATIVE, MOTION FOR PARTIAL SUMMARY JUDGMENT; DECLARATION OF COUNSEL; |

EXHIBITS A – U; CERTIFICATE OF SERVICE

HEARING:
DATE:  September 27, 2006
TIME:  9:00 a.m.
JUDGE: The Honorable Kevin S.C. Chang

### ERRATA TO PLAINTIFF PHILIP E. ENGLISH'S SEPARATE AND CONCISE STATEMENT OF MATERIAL FACTS IN SUPPORT OF HIS MEMORANDUM IN OPPOSITION TO DEFENDANTS CITY AND COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA, AND ANN C. GIMA'S MOTION FOR PARTIAL DISMISSAL, OR IN THE ALTERNATIVE, MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiff Philip E. English (hereinafter "Plaintiff"), by and through his attorneys, Moseley Biehl Tsugawa Lau & Muzzi, submits this Errata to his Concise Statement Of Material Facts In Support Of His Memorandum In Opposition To Defendants City And County Of Honolulu, Gary T. Kurokawa, Robert O. Magota, And Ann C. Gima's Motion For Partial Dismissal, Or In The Alternative, Motion For Partial Summary Judgment; Declaration Of Counsel; Exhibits A – U.  The only changes are the inclusion of the Declaration of Counsel and the Rule 7.5 Certification that were omitted from the original filing.

DATED: Honolulu, Hawaii, September 23, 2006.

/s/ Christopher J. Muzzi
ROGER S. MOSELEY
ALAN K. LAU
RENEE M. FURUTA
Attorneys for Plaintiff
PHILIP E. ENGLISH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1 –10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>Defendants. | Civil No. 04-00108 KSC/KSC<br><br>DECLARATION OF COUNSEL |

DECLARTION OF COUNSEL

I, CHRISTOPHER J. MUZZI, declare under penalty of perjury that the following is true and correct to the best of my knowledge:

1. I am an attorney licensed to practice law in the State of Hawaii, the United District Court for the District of Hawaii, and the United States Circuit Court of the 9th Circuit.

2. I am one of the attorneys responsible for representing Plaintiff Philip E. English in the above-captioned case.

10010/3/58020

3.  Attached as Exhibit "A" is a true and correct copy of the transcript of the oral deposition of Denise Tsukayama taken on September 20, 2006.

4.  Attached as Exhibit B" is a true and correct copy of a Declaration of Leslie H. Kondo, Director of the State of Hawaii Office of Information Practices.

5.  Attached as Exhibit "C" is a true and correct copy of Complaint; Demand For Jury Trial; Summons in CV00-0039 HG BMK – Sun v. City and County of Honolulu, et al.

6.  Attached as Exhibit "D" is a true and correct copy of Complaint; Demand For Jury Trial; Summons in.CV00-00729 SOM LEK – Kamakana v. City and County of Honolulu, et al.

7.  Attached as Exhibit "E" is a true and correct copy of Complaint; Demand For Jury Trial; Summons in Civ. No. 02-1-1394-06 – Mersburgh v. Salas, et al.

8.  Attached as Exhibit "F" is a true and correct copy of Complaint; Demand For Jury Trial; Summons in CV02-00622 DAE KSC – Wiggins v. City and County of Honolulu, et al..

9. Attached as Exhibit "G" is a true and correct copy of Complaint; Demand For Jury Trial; Summons in CV04-00086 SPK LEK – <u>Shannon v. City and County of Honolulu, et al.</u>

10. Attached as Exhibit "H" is a true and correct copy of Complaint; Demand For Jury Trial; Summons in Civ. No. 04-4-0910-05 (DDD) – <u>Whang v. City and County of Honolulu, et al.</u>

11. Attached as Exhibit "I" is a true and correct copy of Complaint; Demand For Jury Trial; Summons in Civ. No. 05-1-1721-09 BIA – <u>Olipares v. City and County of Honolulu.</u>

12. Attached as Exhibit "J" is a true and correct copy of an article from the Honolulu Advertiser dated Sunday, August 20, 2006 entitled "Whistleblowers say ordeal not worth it".

13. Attached as Exhibit "K" is a true and correct copy of the transcript of the oral deposition of Robert Magota (Volume IV) taken on August 1, 2006.

14. Attached as Exhibit "L" is a true and correct copy of the transcript of the oral deposition of Gary T. Kurokawa taken on December 19, 2001.

15. Attached as Exhibit "M" is a true and correct copy of an email from Philip E. English to Gary Kurokawa and from Gary Kurokawa to Philip E. English dated August 15, 2002 regarding "extension of probation".

16. Attached as Exhibit "N" is a true and correct copy of Philip E. English's Probationary Performance Evaluation Report dated November 3, 2000.

17. Attached as Exhibit "O" is a true and correct copy of Philip E. English's Probationary Performance Evaluation Report dated August 14, 2002.

18. Attached as Exhibit "P" is a true and correct copy of a letter dated April 17, 2003 to Philip E. English from Ivan Lui-Kwan received by Mr. English.

19. Attached as Exhibit "Q" is a true and correct copy of Fraud Reporting Policies and Procedures of the City and County of Honolulu.

20. Attached as Exhibit "R" is a true and correct copy of a Position Description from the Department of Personnel of the City and County of Honolulu for a Real Property Appraiser III, SR-20 position.

21. Attached as Exhibit "S" is a true and correct copy of a Compromise, Settlement and Release Agreement; Approval and Order for

Philip E. English v. City and County of Honolulu, Department of Budget and Fiscal Services, Case No. 2-03-01887.

22. Attached as Exhibit "T" is a true and correct copy of the Workplace Violence Checklist filed by Ann C. Gima, along with the certification pages to the Deposition of Robert L.K. Yoshimura, taken on June 3, 2005.

23. Attached as Exhibit "U" is a true and correct copy of the Investigation Report for Workplace Violence completed by Mike Golojuch for Philip E. English, along with the certification pages to the Deposition of Robert L.K. Yoshimura, taken on June 3, 2005.

I DECLARE UNDER PENALTY OF PERJURY under the laws of the United States and the State of Hawaii that the foregoing is true and correct.

Executed on September 22, 2006, at Honolulu, Hawaii.

/s/ Christopher J. Muzzi
CHRISTOPHER J. MUZZI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>   Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1 –10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>   Defendants. | Civil No.  04-00108 KSC/KSC<br><br>LOCAL RULE 7.5(e) CERTIFICATION |

## LOCAL RULE 7.5 (E) CERTIFICATION

According to the word-count function of the undersigned's word processing program (WORD), the Concise Statement of Fact contains 1474 total words.

Dated:  Honolulu, Hawaii, September 22, 2006.

          /s/ Christopher J. Muzzi
          ROGER S. MOSELEY
          CHRISTOPHER J. MUZZI
          RENEE M. FURUTA
          JOANNA B.K. FONG
          Attorneys for Plaintiff
          PHILIP E. ENGLISH