MOSELEY BIEHL TSUGAWA LAU & MUZZI
A Hawaii Limited Liability Law Company
ROGER S. MOSELEY          2060
CHRISTOPHER J. MUZZI      6939
RENEE M. FURUTA           7593
Alakea Corporate Tower
1100 Alakea Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone:  (808) 531-0490
Facsimile:  (808) 534-0202
Email:  rmoseley@hilaw.us
        cmuzzi@hilaw.us
        rfuruta@hilaw.us

Attorneys for Plaintiff
PHILIP E. ENGLISH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>        Plaintiff,<br><br>   vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1–10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>        Defendants. | Civil No.  04-00108 KCS/KSC<br><br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

The undersigned herby certifies that a true and correct copy of the following documents:

1.    Errata to Memorandum in Opposition to Defndants City and County of Honolulu, Gary T. Kurokawa, Robert O. Magota, and Ann C. Gima's Motion for Partial Dismissal, or in the Alternative, Motion for Partial Summary Judgment; Certificate filed September 23, 2006.

2.    Errata to Plaintiff Philip E. English's Separate and Concise Statement of Material Facts in Support of His Memorandum in Opposition to Defendants City and County of Honolulu, Gary T. Kurokawa, Robert O. Magota, and Ann C. Gima's Motion for Partial Dismissal, or in the Alernative, Motion for Partial Summary Judgment; Declaration of Counsel; Exhibits A-U; Certicate of Service filed September 23, 2006.

was duly served upon the party listed below at their respective address by way of email on September 23, 2006 or by hand-delivery on September 25, 2006:

MICHAEL A. LORUSSO, ESQ.                              Hand Delivery
RANDALL Y. YAMAMOTO, ESQ.                ryamamoto@kltlaw.com
CARTER K. SIU, ESQ.                                  csiu@kltlaw.com
Kawashima Lorusso & Tom, LLP
Fort Street Tower
745 Fort Street, 5th Floor
Honolulu, Hawaii  96813

      Attorneys for Defendants
      City & County of Honolulu,
      Gary T. Kurokawa, Robert O. Magota,
      and Ann C. Gima

KEVIN P. H. SUMIDA, ESQ.
ANTHONY L. WONG, ESQ.                    twong@STHAWAII.com
Sumida & Tsuchiyama
Dillingham Transportation Building
735 Bishop St., Suite 411
Honolulu, Hawaii  96813

      Attorneys for Defendant
      GK APPRAISALS, INC.

DATED:  Honolulu, Hawaii, September 25, 2006.


                   */s/Christopher J. Muzzi*
                   ROGER S. MOSELEY
                   CHRISTOPHER J. MUZZI
                   TEDSON H. KOJA
                   RENEE M. FURUTA
                   Attorneys for Plaintiff
                   PHILIP E. ENGLISH