IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

PHILIP E. ENGLISH,               ) CIVIL NO. CV04-00108 KSC
                                 )
          Plaintiff,             ) **CERTIFICATE OF SERVICE**
                                 )
     vs.                         )
                                 )
CITY AND COUNTY OF HONOLULU;     )
GARY T. KUROKAWA; ROBERT O.      )
MAGOTA; ANN C. GIMA; and GK      )
APPRAISALS, INC.; JOHN DOES      )
 1-10; JANE DOES 1-10; DOE       )
PARTNERSHIPS; DOE CORPORATIONS   )
1-10; AND DOE ENTITIES 1-10,     )
                                 )
          Defendants.            )
                                 )
                                 )
_____  )

<u>CERTIFICATE OF SERVICE</u>

        I hereby certify that, on the dates and by the methods
of service noted below, a true and correct copy of the foregoing
was served on the following at their last known addresses:

        Served Electronically trough CM/ECF:

| Roger S. Moseley, Esq. | <u>rmoseley@hilaw.us</u> | 09/25/06 |
| Joanna B.K. Fong., Esq. | <u>Jfong@hilaw.us</u> | 09/25/06 |
| Reneee M. Furuta, Esq. | <u>Rfuruta@hilaw.us</u> | 09/25/06 |
| Alan K. Lau, Esq. | <u>Alau@hilaw.us</u> | 09/25/06 |
| Christophre J. Muzzi, Esq. | <u>Cmuzzi@hilaw.us</u> | 09/25/06 |

Served Electronically trough CM/ECF:

Kevin P.H. Sumida, Esq.        Ksumida@tshawaii.com        09/25/06

Anthony L. Wong, Esq.        Awong@sthawaii.com        09/25/06

DATED: Honolulu, Hawaii, September 25, 2006

JAMES KAWASHIMA
RANDALL Y. YAMAMOTO
BRIAN Y. HIYANE
CARTER K. SIU
Attorneys for Defendants
CITY AND COUNTY OF HONOLULU,
GARY T. KUROKAWA,
ROBERT O. MAGOTA, and
ANN C. GIMA