IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH, | ) CIVIL NO. CV04-00108 KSC |
| Plaintiff, | ) <br> ) DECLARATION OF CARTER K. SIU |
| vs. | ) |
| CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10, | ) |
| Defendants. | ) |

**DECLARATION OF CARTER K. SIU**

I, CARTER K. SIU, declare as follows:

1.  I am an attorney licensed to practice law before all the state and federal courts in the State of Hawaii and am one of the attorneys for Defendants CITY AND COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA, and ANN C. GIMA (herein after referred to collectively as "CITY Defendants") in the above-entitled action.

2.  This Declaration is made in lieu of an affidavit pursuant to Local Rule 7.6, Rules of the United States District Court for the District of Hawaii, as amended.

3.  I make this Declaration in support of CITY Defendants' Reply Memorandum in Support of Defendants City and

County of Honolulu, Gary T. Kurokawa, Robert O. Magota, and Ann C. Gima's Motion for Partial Summary Judgment.

    4. Attached hereto as Exhibit "G" is a true and correct copy of the Index of the Revised Charger of Honolulu 2000 Edition, 2003 Supplement that I obtained from the City and County of Honolulu's website. The website address is: http://www.honolulu.gov/refs/rch/reindex.htm

    5. Attached hereto as Exhibit "H" is a true and correct copy of a listing of the City and County of Honolulu's Agencies and Departments that I obtained from the City and County Honolulu's website. The website address is: http://www.honolulu.gov/agencies.htm

    6. Attached hereto as Exhibit "I" is a true and correct copy of pages 204, 205, 213, and 214 of Plaintiff Philip E. English's Deposition Transcript dated October 4, 2005.

    I declare under penalty of law that the foregoing is true and correct to the best of my knowledge and belief.

    DATED: Honolulu, Hawaii, <u>September 25, 2006</u>.

_____
CARTER K. SIU