INDEX - Revised Charter of Honolulu, City and County of Honolulu http://www.honolulu.gov/refs/rch/rcindex.htm

Government | Kama'aina | Business | Visitors | Kids World | Seniors World | On-Line Services | Economic Development

Quick Find: Select One: Search: GO

You are here: Main / Government / Resources / Revised Charter of Honolulu

# Revised Charter of Honolulu 2000 Edition, 2003 Supplement

**ARTICLE I - INCORPORATION, LIMITS AND STRUCTURE OF GOVERNMENT**
Section 1-101. Incorporation
Section 1-102. Geographical Limits
Section 1-103. Structure of Government

**ARTICLE II - POWERS AND PURPOSES OF THE CITY**
Section 2-101. Powers
Section 2-102. Purposes

**ARTICLE III - LEGISLATIVE BRANCH**
CHAPTER 1 - COUNCIL
Section 3-101. Legislative Power
Section 3-102. Number, Election and Terms of Office of Councilmembers
Section 3-103. Reapportionment and Reapportionment Years
Section 3-104. Qualifications of Councilmembers
Section 3-105. Vacancy in Office
Section 3-106. Removal of Councilmembers
Section 3-107. Organization of Council; Officers; Rules; Meetings; Employees
Section 3-108. Applicability of Certain General Provisions
Section 3-109. Mayor May Appear Before Council
Section 3-110. Condemnation
Section 3-111. Annual Budget for the Legislative Branch
Section 3-112. Revenue Program
Section 3-113. Annual Operating and Capital Program and Budget for the Executive Branch
Section 3-114. Financial Performance Audits
Section 3-115. Adoption of the Pay Plan
Section 3-116. Creation of General Debt
Section 3-117. Creation of Special Assessment Debt
Section 3-118. Revenue Bond Indebtedness
Section 3-119. Temporary Borrowing
Section 3-120. Investigation
Section 3-121. Creation of Semi-Autonomous Agencies
Section 3-122. Salary Commission
Section 3-123. Affordable Child Day Care Program on Park Property

EXHIBIT
"G"

1 of 9 9/24/2006 9:28 AM

CHAPTER 2 - ORDINANCES AND RESOLUTIONS
Section 3-201. Actions of the Council
Section 3-202. Introduction, Consideration and Passage of Ordinances and Resolutions
Section 3-203. Submission of Bills to the Mayor
Section 3-204. Amendment, Revision or Repeal; Adoption of Codes by Reference
Section 3-205. Codification of Ordinances
CHAPTER 3 - CITY CLERK
Section 3-301. Powers, Duties and Functions
CHAPTER 4 - ORDINANCES BY INITIATIVE POWER
Section 3-401. Declaration
Section 3-402. Procedure for Enactment and Adoption
Section 3-403. Filing and Examination of Signatures on Petition
Section 3-404. Submission of Proposal to Electors
Section 3-405. Adoption, Effective Date and Limitation
Section 3-406. Approval of Alteration
Section 3-407. Inconsistent Provisions
CHAPTER 5 - CITY AUDITOR
Section 3-501. Office Established; City Auditor
Section 3-502. Powers, Duties, and Functions
Section 3-503. Audit Committee

**ARTICLE IV - EXECUTIVE BRANCH--GENERAL PROVISIONS**
CHAPTER 1 - GENERAL ORGANIZATION
Section 4-101. Executive Power
Section 4-102. Organization of the Executive Branch
Section 4-103. Creation of Advisory Committees
Section 4-104. Appointment, Confirmation and Removal of Officers and Employees
Section 4-105. Powers and Duties of Heads of Executive Agencies
CHAPTER 2 - REORGANIZATION
Section 4-201. Assignment of New Duties and Functions
Section 4-202. Executive Reorganization Power

**ARTICLE V - EXECUTIVE BRANCH--MAYOR AND AGENCIES DIRECTLY UNDER THE MAYOR** (See footnote 13)
CHAPTER 1 - MAYOR
Section 5-101. Election and Term of Office
Section 5-102. Qualifications
Section 5-103. Powers, Duties and Functions
Section 5-104. Location of Office
Section 5-105. Mayor's Contingency Fund
Section 5-106. Vacancy in Office
Section 5-107. Removal of Mayor
CHAPTER 2 - CORPORATION COUNSEL
Section 5-201. Organization
Section 5-202. Corporation Counsel, Qualifications
Section 5-203. Powers, Duties and Functions
Section 5-204. Special Deputies and Counsel
Section 5-205. Service of Legal Process

**ARTICLE VI (See footnote 14) - EXECUTIVE BRANCH--MANAGING DIRECTOR AND AGENCIES DIRECTLY UNDER THE MANAGING DIRECTOR (See footnote 15)**

CHAPTER 1 - MANAGING DIRECTOR
Section 6-101. Managing Director
Section 6-102. Powers, Duties and Functions
Section 6-103. Civil Defense Agency
Section 6-104. Citizens Advisory Commission on Civil Defense
Section 6-105. Royal Hawaiian Band
CHAPTER 2 - DEPARTMENT OF BUDGET AND FISCAL SERVICES
Section 6-201. Organization
Section 6-202. Director of Budget and Fiscal Services, Qualifications
Section 6-203. Powers, Duties and Functions
Section 6-204. Cash Count
Section 6-205. Board of Trustees of the Police Officers, Fire Fighters and Bandmembers Pension Fund
Section 6-206. Pension Board
Section 6-207. Liquor Commission
CHAPTER 3 - DEPARTMENT OF COMMUNITY SERVICES
Section 6-301. Organization
Section 6-302. Powers, Duties and Functions
CHAPTER 4 - DEPARTMENT OF CUSTOMER SERVICES
Section 6-401. Organization
Section 6-402. Powers, Duties and Functions
CHAPTER 5 - DEPARTMENT OF DESIGN AND CONSTRUCTION
Section 6-501. Organization
Section 6-502. Director of Design and Construction, Qualifications
Section 6-503. Powers, Duties and Functions
CHAPTER 6 - DEPARTMENT OF EMERGENCY SERVICES
Section 6-601. Organization
Section 6-602. Director of Emergency Services, Qualifications
Section 6-603. Powers, Duties and Functions
CHAPTER 7 - DEPARTMENT OF ENTERPRISE SERVICES
Section 6-701. Organization
Section 6-702. Powers, Duties and Functions
CHAPTER 8 - DEPARTMENT OF ENVIRONMENTAL SERVICES
Section 6-801. Organization
Section 6-802. Environmental Services Director, Qualifications
Section 6-803. Powers, Duties and Functions
CHAPTER 9 - DEPARTMENT OF FACILITY MAINTENANCE
Section 6-901. Organization
Section 6-902. Chief Engineer, Qualifications
Section 6-903. Powers, Duties and Functions
CHAPTER 10 - FIRE DEPARTMENT
Section 6-1001. Organization
Section 6-1002. Statement of Policy
Section 6-1003. Fire Chief, Qualifications
Section 6-1004. Powers, Duties and Functions
Section 6-1005. Fire Commission

Section 6-1006. Powers, Duties and Functions
Section 6-1007. Suspension; Removal; Appeals
CHAPTER 11 - DEPARTMENT OF HUMAN RESOURCES
Section 6-1101. Organization
Section 6-1102. Statement of Policy
Section 6-1103. Civil Service and Executive Branch Exemptions
Section 6-1104. Civil Service and Legislative Branch Exemptions
Section 6-1105. Director of Human Resources
Section 6-1106. Appointments and Promotions in Civil Service
Section 6-1107. Classifications
Section 6-1108. Appeals
Section 6-1109. Position Classification Plan; Compensation
Section 6-1110. Civil Service Commission
Section 6-1111. Adoption and Content of Regulations
Section 6-1112. Prohibitions
CHAPTER 12 - DEPARTMENT OF INFORMATION TECHNOLOGY
Section 6-1201. Organization
Section 6-1202. Powers, Duties and Functions
CHAPTER 13 - DEPARTMENT OF THE MEDICAL EXAMINER
Section 6-1301. Organization
Section 6-1302. Medical Examiner, Qualifications
Section 6-1303. Powers, Duties and Functions
Section 6-1304. Office Always Open
Section 6-1305. Notification of Death
Section 6-1306. Investigations by the Medical Examiner
Section 6-1307. Autopsies
Section 6-1308. Records
Section 6-1309. Oaths
CHAPTER 14 - DEPARTMENT OF PARKS AND RECREATION
Section 6-1401. Organization
Section 6-1402. Director of Parks and Recreation
Section 6-1403. Powers, Duties and Functions
Section 6-1404. Board of Parks and Recreation
CHAPTER 15 - DEPARTMENT OF PLANNING AND PERMITTING
Section 6-1501. Organization
Section 6-1502. Director of Planning and Permitting
Section 6-1503. Powers, Duties and Functions
Section 6-1504. Other Development Codes and Ordinances
Section 6-1505. Planning Commission
Section 6-1506. Powers, Duties and Functions
Section 6-1507. General and Development Plans
Section 6-1508. General Plan
Section 6-1509. Development Plans
Section 6-1510. Preparation and Review of the General Plan and Development Plans
Section 6-1511. Adoption of the General Plan and Development Plans
Section 6-1512. Public Hearings
Section 6-1513. Council Proposals for Amendments to the Zoning Ordinances
Section 6-1514. Zoning Ordinances
Section 6-1515. Subdivision and Consolidation of Land

Section 6-1516. Zoning Board of Appeals
Section 6-1517. Zoning Variances
CHAPTER 16 - POLICE DEPARTMENT
Section 6-1601. Organization
Section 6-1602. Statement of Policy
Section 6-1603. Chief of Police
Section 6-1604. Powers, Duties and Functions
Section 6-1605. Police Commission
Section 6-1606. Powers, Duties and Functions
Section 6-1607. Suspension; Removal; Appeals
Section 6-1608. Political Activities Prohibited
CHAPTER 17 - DEPARTMENT OF TRANSPORTATION SERVICES
Section 6-1701. Organization
Section 6-1702. Director of Transportation Services
Section 6-1703. Powers, Duties and Functions
Section 6-1704. Transportation Commission
Section 6-1705. Powers, Duties and Functions

**ARTICLE VII - BOARD OF WATER SUPPLY**

Section 7-101. Organization
Section 7-102. Definitions
Section 7-103. Powers, Duties and Functions of the Department
Section 7-104. Board of Department of Water
Section 7-105. Powers, Duties and Functions of the Board of Water Supply
Section 7-106. Powers, Duties and Functions of the Manager and Chief Engineer
Section 7-107. Personnel Administration; Centralized Purchasing; Auditing; Pension
Section 7-108. Independent Post Audit
Section 7-109. Rates, Revenues and Appropriations
Section 7-110. Public Hearings
Section 7-111. Receipt and Disbursement of Funds
Section 7-112. Reserve Funds
Section 7-113. Bond Sales
Section 7-114. Special Deposits
Section 7-115. Performance Bonds
Section 7-116. Legal Counsel
Section 7-117. Service of Process; Claims
Section 7-118. Appeals
Section 7-119. Applicability of Charter Provisions

**ARTICLE VIII - PROSECUTING ATTORNEY**

Section 8-101. Organization
Section 8-102. Term of Office
Section 8-103. Prosecuting Attorney, Qualifications
Section 8-104. Powers, Duties and Functions
Section 8-105. Staff
Section 8-106. Vacancy in Office
Section 8-107. Removal of Prosecuting Attorney

**ARTICLE IX - FINANCIAL ADMINISTRATION**
CHAPTER 1 - BUDGETING

Section 9-101. Fiscal Year
Section 9-102. Preparation and Submission of the Program and Annual Budget
          for the Executive Branch
Section 9-103. Scope of the Annual Executive Budget
Section 9-104. Consideration and Adoption by the Council
Section 9-105. Amendments to the Annual Legislative and Executive Budget Ordinances
          and Executive Program; Other Appropriations
Section 9-106. Administration and Enforcement of the Budget Ordinances
Section 9-107. Improvement Revolving Fund
CHAPTER 2 - FUND ADMINISTRATION
Section 9-201. Deposit of Funds
Section 9-202. Creation of Funds
Section 9-203. Fund Investment Policy
CHAPTER 3 - PROCUREMENT AND DISPOSITION OF PROPERTY
Section 9-301. Centralized Purchasing
Section 9-302. Disposition of Personal Property
Section 9-303. Insurance
Section 9-304. Surety Bonds
Section 9-305. Contracts

**ARTICLE X - SPECIAL ASSESSMENT IMPROVEMENTS**
Section 10-101. Improvements by Special Assessment

**ARTICLE XI - STANDARDS OF CONDUCT**
Section 11-101. Declaration of Policy
Section 11-102. Conflicts of Interest
Section 11-103. Disclosure of Interest
Section 11-104. Fair and Equal Treatment
Section 11-105. Future Employment
Section 11-106. Penalties and Disciplinary Action for Violations
Section 11-107. Ethics Commission
Section 11-108. Registration of Lobbyists

**ARTICLE XII - RECALL AND IMPEACHMENT**
CHAPTER 1 - RECALL OF ELECTED OFFICERS
Section 12-101. Recall of the Mayor
Section 12-102. Recall of a District Councilmember
Section 12-103. Recall Petition; Recall Election
Section 12-104. Recall of the Prosecuting Attorney
CHAPTER 2 - IMPEACHMENT OF ELECTED OFFICERS
Section 12-201. Impeachment of the Mayor
Section 12-202. Impeachment of a Councilmember
Section 12-203. Impeachment of the Prosecuting Attorney

**ARTICLE XIII - GENERAL PROVISIONS**
Section 13-101. Definitions
Section 13-102. Titles, Subtitles; Construction
Section 13-103. Boards and Commissions
Section 13-104. Annual Reports

Section 13-105. Records Open to the Public
Section 13-106. Public Hearings; Notice
Section 13-107. Title to Property
Section 13-108. Facsimile Signatures
Section 13-109. Payment of Moneys Out of the City Treasury
Section 13-110. Expenses
Section 13-111. Claims
Section 13-112. Declaration of Emergencies
Section 13-113. Acceptance of Gifts of Donations
Section 13-114. Oaths, Attendance of Witnesses and Production of Documents
Section 13-115. Fines and Penalties
Section 13-116. City Elections
Section 13-117. Term of Office of Department Heads
Section 13-118. Oaths of Office
Section 13-119. Dual Offices of Positions
Section 13-120. Coordination of Work
Section 13-121. Cooperation with Other Agencies
Section 13-122. Receipt and Use of Federal Allotments of Money
Section 13-123. Severability Clause

**ARTICLE XIV - NEIGHBORHOODS AND NEIGHBORHOOD BOARDS**
Section 14-101. Neighborhoods and Neighborhood Boards
Section 14-102. Neighborhood Commission
Section 14-103. Powers, Duties and Functions
Section 14-104. The Neighborhood Plan
Section 14-105. Executive Secretary

**ARTICLE XV - CHARTER AMENDMENT OR REVISION**
Section 15-101. Initiation of Amendments or Revisions
Section 15-102. Elections to be Called
Section 15-103. Approval of Amendment or Revision
Section 15-104. Effective Date of Amendment or Revision
Section 15-105. Mandatory Review
Section 15-106. Gender Neutral Language

**ARTICLE XVI - TRANSITION SCHEDULE**
Section 16-101. Effective Date of Revisions
Section 16-102. General Plan, Development Plans, and Zoning Ordinances
Section 16-103. Creation of the Department of Wastewater Management
Section 16-104. Service to Continue for Members of Boards and Commissions
Section 16-105. Neighborhood Commission
Section 16-106. Ordinances Continue in Effect
Section 16-107. Pending Proceedings
Section 16-108. Lawful Obligations of the City
Section 16-109. Inconsistent Provisions of Rules, Ordinances and Laws
Section 16-110. Transfer of Records and Property
Section 16-111. Status of Present Employees
Section 16-112. Status of Department Heads
Section 16-113. Transition Provisions Concerning Fire Commission
Section 16-114. Transition Provisions Concerning Dissolution of Public Transit

Authority
Section 16-115. Transition Provisions Concerning Establishment of Transportation Commission
Section 16-116. Transition Provisions Concerning Civil Service Officers and Employees
of Planning Department
Section 16-117. Transition Provisions Concerning Civil Service Officers and Employees
of Budget Department
Section 16-118. Transition Provisions Concerning Civil Service Officers and Employees
of Office of Information and Complaint
Section 16-119. Transition Provisions Concerning Civil Service Officers and Employees
of Municipal Reference and Records Center
Section 16-120. Transition Provisions Concerning Conformance of the 1998 Reorganization
Adopted by the Mayor and the Council
Section 16-121. Transition Provisions Concerning the Term of the Chief of Police
Section 16-122. Transition Provisions on the Staggering of Councilmembers' Terms
Section 16-123. Transition Provisions Concerning the Transfer of Audit Functions to the Office
of City Auditor

---

*Footnote 13: The different departments do not constitute legal entities which are separate and apart from the City and County of Honolulu. City and County of Honolulu v. Toyama, 61 Haw. 156, 598 P.2d 168 (1979).*

---

*Footnote 14: In addition to showing amendments to this Charter adopted by the electorate at the 1998 General Election, this article has been extensively rewritten by the corporation counsel pursuant to the authority granted at the 1998 General Election and incorporated into Sections 4-202 and 16-120 hereof. The corporation counsel's redraft was undertaken for the purpose of reflecting the reorganization of these departments proposed by the mayor and agreed to by the council in 1998 pursuant to Resolution No. 98-117, CD-1.*

---

*Footnote 15: The different departments do not constitute legal entities which are separate and apart from the City and County of Honolulu. City and County of Honolulu v. Toyama, 61 Haw. 156, 598 P.2d 168 (1979).*

---

*(As of March 2, 2001)*
**Revised Charter**

Adobe Acrobat Portable Document Format (PDF) requires the Acrobat Reader file viewer from Adobe Systems, Incorporated. Acrobat and the Acrobat logo are trademarks of Adobe Systems Incorporated.

---

INDEX - Revised Charter of Honolulu, City and County of Honolulu http://www.honolulu.gov/refs/rch/rcindex.htm
Case 1:04-cv-00108-KSC Document 434-4 Filed 09/25/2006 Page 9 of 9

**© Copyright 2002-2005 City and County of Honolulu, Hawaii**
Privacy Statement | Technical Support | Customer Service | Policy | Accessibility | Diversity Statement

9 of 9 9/24/2006 9:28 AM