Government | Kama'aina | Business | Visitors | Kids World | Seniors World | On-Line Services | Economic Development

**Quick Find:**
Select One:

Search: [    ] GO

You are here: Main / City Agencies and Departments

# Agencies and Departments

- **EXECUTIVE BRANCH**

    **MAYOR'S OFFICE**
    *Mufi Hannemann, Mayor*
    530 S. King Street
    Honolulu, HI 96813
    (808) 523-4141 Fax (808) 527-5552
    Boards and Commissions | Communications
    Council Information Coordination | County & Legislative Liaison
    Organization Chart

    **MANAGING DIRECTOR OFFICE**
    *Wayne Hashiro, Director*
    *Trudi Saito, Deputy Director*
    530 S. King Street
    Honolulu, HI 96813
    (808) 527-6634 Fax (808) 523-4242
    Organization Chart

    **CULTURE AND THE ARTS OFFICE**
    *Michael W. H. Pili Pang, Executive Director*
    530 S. King Street
    Honolulu, HI 96813
    (808) 523-4259 Fax (808) 523-4215
    Organization Chart

    **ECONOMIC DEVELOPMENT OFFICE**
    530 S. King Street
    Honolulu, HI 96813
    (808) 527-5761 Fax (808) 547-7808
    Housing-Community Incentive | Honolulu Film Office
    Sports Industry Development | Waikiki Development | Organization Chart

    **NEIGHBORHOOD COMMISSION OFFICE**
    *Joan Manke, Executive Secretary*



EXHIBIT "H"

(808) 527-5749 Fax (808) 527-5760
Organization Chart

## OAHU CIVIL DEFENSE AGENCY
*William D. Balfour Jr., Administrator*
650 South King Street
Honolulu, HI 96813
(808) 523-4121 Fax (808) 524-3439
Organization Chart

## ROYAL HAWAIIAN BAND
*Michael D. Nakasone, Bandmaster*
2805 Monsarrat Avenue
Honolulu, HI 96815
(808) 922-5331 Fax (808) 924-2841
Organization Chart

## BUDGET AND FISCAL SERVICES DEPARTMENT
*Mary Patricia Waterhouse, Director*
*Patrick Kubota, Deputy*
530 S. King Street
Honolulu, HI 96813
(808) 523-4617 Fax (808) 523-4771
Administrative Services | Audit & Accounting | Purchasing
Financial Policy, Planning & Analysis | Real Property Assessments
Honolulu Liquor Commission | Division of Treasury
Federal Grants/CDBG and HOME Program | Organization Chart

## COMMUNITY SERVICES DEPARTMENT
*Debbie Kim Morikawa, Director*
*Danilo "Danny" Agsalog, Senior Advisor*
715 S. King Street
Honolulu, HI 96813
(808) 527-6269 Fax (808) 527-5498
Fair Housing | Homeless | Grants & Forms | Housing Loans
Special Projects | Elderly Affairs | Rental Assistance | Organization Chart

## CORPORATION COUNSEL DEPARTMENT
*Carrie K. S. Okinaga, Attorney, Corporation Counsel*
*Donna M. Woo, First Deputy*
530 S. King Street
Honolulu, HI 96813
(808) 523-4115 Fax (808) 523-4583
Counseling & Drafting | Family Support | Tort Litigation | Organization Chart

## ETHICS COMMISSION
*Charles W. Totto, Executive Director & Legal Counsel*
715 South King Street, Suite 211
Honolulu, Hawai'i 96813-3091

(808) 768-7786 Fax (808) 527-6936

**CUSTOMER SERVICES DEPARTMENT**
*Jeff J. Coelho, Director*
*Hubert P. Minn, Special Advisor*
530 S. King Street
Honolulu, HI 96813
(808) 523-4740 Fax (808) 527-6682
Administration Section | Accounting Section
Driver License Information | Satellite City Halls | Motor Vehicle Information
Licenses, Permits, Passes & Misc. | Library and Bookstore | Information and Complaints | Organization Chart

**DESIGN AND CONSTRUCTION DEPARTMENT**
*Eugene C. Lee, Director*
*Craig Nishimura, Deputy Director*
650 S. King Street
Honolulu, HI 96813
(808) 523-4564 Fax (808) 523-4567
Land Division | Mechanical/Electrical Divison | Civil Division
Wastewater Division | Facilities Division | Organization Chart

**EMERGENCY SERVICES DEPARTMENT**
*Elizabeth A. Char, M.D., Director*
*Baybee Hufana-Ablan, Special Advisor*
3375 Koapaka Street
Honolulu, HI 96819
(808) 831-4351 Fax (808) 833-3934
Emergency Medical Services
Ocean Safety and Lifeguard Services | Organization Chart

**ENTERPRISE SERVICES DEPARTMENT**
*Sidney A. Quintal, Director*
*Gail Y. Haraguchi, Deputy*
777 Ward Avenue
Honolulu, HI 96814
(808) 527-5415 Fax (808) 527-5886
Building Services | Customer Services
Honolulu Zoo | Golf Courses | Neal S. Blaisdell Center | Organization Chart

**ENVIRONMENTAL SERVICES DEPARTMENT**
*Eric Takamura, Director*
*Kenneth A. Shimizu, Deputy*
1000 Uluohia Street, Suite 308
Kapolei, HI 96707
(808) 692-5159 Fax (808) 692-5113
Recycling Information (808) 692-5410
Environmental Concern Line (808) 692-5656
Refuse Collection & Disposal | Wastewater Management | Storm Water & Polluted Runoff | Organization Chart

**FACILITY MAINTENANCE DEPARTMENT**
*Laverne, Higa, P.E., Director*
*George "Keoki" Miyamoto, Deputy*
1000 Uluohia Street, Suite 215
Kapolei, HI 96707
(808) 692-5151 or (808) 692-5054 Fax (808) 692-5857
Parking & Security Operations | Public Buildings Maintenance
Roads Maintenance | Vehicle Maintenance | Organization Chart

**HONOLULU FIRE DEPARTMENT**
*Kenneth G. Silva, Chief*
*Alvin K. Tomita, Deputy Chief*
636 South Street
Honolulu, HI 96813-5007
(808) 723-7139 Fax (808) 723-7111
Communications | Fireboat | Fire Operations
Fire Prevention | Maintenance | Training | Organization Chart

**HUMAN RESOURCES DEPARTMENT**
*Kenneth Y. Nakamatsu, Director*
*Noel Ono, Assistant Director*
650 S. King Street
Honolulu, HI 96813
(808) 768-8500 Fax (808) 527-5563
Administration | Classification & Pay | Employment & Personnel Services
Health Services | Labor Relations | Training
Industrial Safety & Workers' Compensation | Organization Chart

**INFORMATION TECHNOLOGY DEPARTMENT**
*Gordon Bruce, Director*
*Keith Rollman, Special Advisor*
650 S. King Street
Honolulu, HI 96813
(808) 523-4500 Fax (808) 527-6272
Applications | Operations | Technical Support | Telecommunications
Organization Chart

**MEDICAL EXAMINER DEPARTMENT**
*Dr. Kanthi De Alwis, Director*
*Dr. William Goodhue, Deputy*
835 Iwilei Road
Honolulu, HI 96817
(808) 527-6777 Fax (808) 524-8797
Organization Chart

**PARKS AND RECREATION DEPARTMENT**
*Lester K.C. Chang, Director*
*Dana Takahara-Dias, Deputy*
1000 Uluohia Street, Suite 309

Kapolei, HI 96707
(808) 692-5561 Fax (808) 692-5131
Urban Forestry/Horticulture Services | Botanical Gardens
Parks Maintenance | Recreation Services | Organization Chart

### PLANNING AND PERMITTING DEPARTMENT
*Henry Eng, Director*
*David K. Tanoue, Deputy*
650 S. King Street
Honolulu, HI 96813
(808) 523-4432 Fax (808) 527-6743
Building Safety | Compliance | Construction Permits
Land Use & Zoning | Planning & Design | Organization Chart

### HONOLULU POLICE DEPARTMENT
*Boisse Correa, Chief*
*Glen Kajiyama, Deputy Chief*
*Paul Putzulu, Deputy Chief*
801 S. Beretania Street
Honolulu, HI 96813
(808) 529-3162 Fax (808) 529-3030
Central Receiving | Community Policing | Criminal Investigation
Communications | Finance | Human Resource
Juvenile Services | Narcotics & Vice
Parking Enforcement | Patrol | Records & Identification
Research & Development | Scientific Investigation
Specialized Services | Telecommunications | Training
Traffic | Vehicle Maintenance | Organization Chart

### PROSECUTING ATTORNEY DEPARTMENT
*Peter Carlisle, Prosecuting Attorney*
*Iwalani White, Deputy*
1060 Richards Street
Honolulu, HI 96813
(808) 547-7400 Fax (808) 527-6831
Career Criminal | Domestic Violence/Sex Assault/Juvenile Offender
Misdemeanor | Research & Reference Support
Screening Intake | Trials | Organization Chart

### TRANSPORTATION SERVICES DEPARTMENT
*Melvin N. Kaku, Director*
650 S. King Street
Honolulu, HI 96813
(808) 523-4125 Fax (808) 523-4730
Public Transit | Traffic Management | Transportation Planning | Street Usage
Organization Chart

## ● SEMI-AUTONOMOUS AGENCY

**HONOLULU BOARD OF WATER SUPPLY**
*Clifford Lum, Manager*
630 S. Beretania Street
Honolulu, HI 96813
(808) 748-5000
Organization Chart

● **LEGISLATIVE BRANCH**

**CITY COUNCIL**
Organization Chart

**CITY CLERK'S OFFICE**
*Denise C. De Costa, City Clerk*
530 S. King Street
Honolulu, HI 96813
(808) 523-4291 Fax (808) 527-6888
Organization Chart

**OFFICE OF COUNCIL SERVICES**
*Diane Hosaka, Director*
530 S. King Street
Honolulu, HI 96813
(808) 523-4914 Fax (808) 527-5581
Organization Chart

**OFFICE OF THE CITY AUDITOR**
*Leslie I. Tanaka, City Auditor*
*1000 Uluohia Street, Suite 313*
*Kapolei, Hawaii 96707*
*(808) 692-5130 Fax (808) 550-6306*
Organization Chart

(New cabinet appointments pending City Council approval.)

*Thursday, September 14, 2006*

© Copyright 2002-2006 City and County of Honolulu, Hawaii
Privacy Statement | Technical Support | Customer Service | Policy | Accessibility | Diversity Statement