IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1–10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>　　　　　Defendants. | Civil No.  04-00108 KSC/KSC<br><br>DECLARATION OF PHILIP E. ENGLISH |

## DECLARATION OF PHILIP E. ENGLISH

I, PHILIP E. ENGLISH, declare under penalty of perjury that the following is true and correct to the best of my knowledge:

1. I am the Plaintiff in the instant lawsuit.

2. As a result of Defendants' wrongful conduct as alleged in this lawsuit, I have suffered from and continue to suffer from emotional distress.

3. The emotional distress has affected my physical well-being in that I

10010\3\57929.1

have experienced physical problems such as headaches, stomach pain, and nausea. I also have problems sleeping and feel lethargic.

    I DECLARE UNDER PENALTY OF PERJURY under the laws of the State of Hawaii, that the foregoing is true and correct.

    Executed this __22nd__ day of __September__ 2006, at Honolulu, Hawaii.

                                              PHILIP E. ENGLISH