ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 05 2004

at 12 o'clock and 05 min. PM
WALTER A.Y.H. CHINN, CLERK

DENNIS W. POTTS (1121-0)
ATTORNEY AT LAW
A LAW CORPORATION
1001 Bishop Street
2755 Pacific Tower
Honolulu, Hawaii 96813
Telephone No. (808) 537-4575

Attorney for Plaintiff
**KERRY SHANNON**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KERRY SHANNON, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CITY AND COUNTY OF )<br>HONOLULU; HONOLULU )<br>LIQUOR COMMISSION; JOHN )<br>SPIERLING; in his official capacity )<br>as chairman of the Honolulu Liquor )<br>Commission; WALLACE W. )<br>WEATHERWAX, individually and )<br>in his capacity as an agent and )<br>employee of the Honolulu Liquor )<br>Commission; JOHN CARROLL, )<br>individually and in his capacity as )<br>an employee of the Honolulu Liquor )<br>Commission; ANNA HIRAI, )<br>individually and in her capacity as )<br>an employee of the Honolulu Liquor )<br>Commission; ALLAN GAYLORD, )<br>individually and in his capacity as an )<br>employee of the Honolulu Liquor ) | CIVIL NO. CV04 00086SF<br><br>**COMPLAINT; DEMAND FOR<br>JURY TRIAL; SUMMONS**<br><br><br><br><br><br><br><br>ATTEST: A True Copy<br>SUE BEITIA<br>Clerk, United States District<br>Court, District of Hawaii<br><br>By_____ Deputy |

EXHIBIT "G"

rehabilitative expenses and loss of income and general damages by way of pain, suffering and emotional distress in amounts to be shown at time of trial herein.

## COUNT I (42 U.S.C. §1983)

34. Plaintiff hereby realleges and incorporates herein by reference the allegations of paragraphs 1-33.

35. The conduct of the Defendants set out hereinabove violated rights guaranteed to the Plaintiff by the First Amendment to the United States Constitution for which Plaintiff is entitled to relief under the Civil Rights Act of 1991, 42 U.S.C. §1983.

36. As a direct and proximate result of the violation of Plaintiff's First Amendment Rights as described in the preceding paragraph, Plaintiff sustained the damages set out in paragraph 33 hereinabove and is entitled to the declaratory, legal and other relief prescribed in 42 U.S.C. §1983.

## COUNT II (HRS §378-62)

37. Plaintiff hereby realleges and incorporates herein by reference the allegations of paragraphs 1-33.

38. The conduct of the Defendants set out hereinabove is and was in violation of HRS §378-62, the direct and proximate result of which Plaintiff sustained the damages set out in paragraph 33 hereinabove.