# The Honolulu Advertiser

150 YEARS

HAWAI'I'S NEWSPAPER | HONOLULUADVERTISER.COM

**SUNDAY | August 20, 2006**

HOME FINAL
$1.75 on O'ahu
$2.00 on Neighbor Islands

## Mourners struck at site of fatal car crash

### 2 deadly accidents on same day kill 3; injure 6 in Hau'ula

**BY MIKE LEIDEMANN AND MARY VORSINO**
Advertiser staff writers

Three people were killed and six injured in a pair of traffic accidents at the same site in Hau'ula yesterday.

Two teenagers died and three others were hurt when their speeding car ran off Kamehameha Highway and hit a utility pole at 4:20 a.m., police said.

Nineteen hours later, at about 11 p.m., a group of people apparently paying their respects at a roadside memorial to the crash victims were themselves hit by a car, police said. One person was killed in that accident; one was in extremely critical condition, and two others were in critical condition.



Alithia Ah Nee

In the first accident, the speeding car was driven by a 15-year-old boy, Pepe Naupoto, who died in the crash, according to the Honolulu Medical Examiner's office. Also killed was Alithia Ah Nee, a former student at Ka'a'awa Intermediate and High School. The three others in the car ages 14 to 16, were injured.

"It sounded like they were going 100 miles per hour," said Ryan Garcia, 30, who was camping at nearby Kōkela Beach Park. "The car was so loud it woke me up when it went by, and a couple of seconds later, there was a loud crash. After that, all I heard were the ambulances."

SEE CRASHES, A10

## Whistleblowers say ordeal not worth it

### Suffering is cost for stepping forward to expose wrongdoing

**BY ROB PEREZ**
Advertiser staff writer

George Smith Jr. wouldn't do it again.

Neither would Kenneth Meersburgh, Solomon Silva, Norman Salcedo nor Charles Wiggins.

All five were Hawai'i whistleblowers whose reports of wrongdoing the past several years led to criminal prosecutions of fellow government workers for charges ranging from theft to bribery.

While cracking down on illegal activities was a positive outcome,

**RIDDING CRIME**

[subhead text unclear]

the five said the retaliation they suffered for stepping forward was so great that they would keep their mouths shut if faced with similar circumstances again.

"It's sad to say (that), but it just wasn't worth what I went through and what my family went through," said Wiggins, a former Honolulu Liquor Commission investigator whose testimony was a positive outcome.

SEE WHISTLE, A2

## KEEPING MOLOKA'I MOLOKA'I

For many on the Friendly Isle, tourism only works with a 'just visit' policy



REBECCA BREYER | The Honolulu Advertiser
Clockwise, from top: Norman Salcedo, George A. Smith Jr., Solomon Silva and Kenneth Meersburgh at Kailua Wastewater Treatment Plant, where all worked. A jury found the city retaliated against three of them.

### INSIDE TODAY

**Akebono's story**



[story of] a famous fellow gaijin

PLAINTIFF'S EXHIBIT 1015

# Whistle

**CONTINUED FROM A1**

timony helped convict eight fellow investigators but who eventually left the state because of the fallout.

Smith, who suffered retaliation after disclosing abuses at Kailua Wastewater Treatment Plant, said the stress contributed to health problems and became a major drag on his life.

"You end up bringing your problems home. You don't sleep at night. It's now balls right to the bottom of what we're, you're involved with," he said.

As the state and city in recent years have taken steps to encourage more people to report fraud and other wrongdoing, Smith, Wiggins and others who have gone through the process say it generates so much strain at work and home that they would advise others to think twice about stepping forward.

Not even the prospect of a sizeable financial award would be enough to tilt the balance they say.

Two other whistleblowers said they would do it again, either because they were obligated as law enforcement officers to do so or because they believed people were being physically harmed. But even they advised caution about the constant harassment they endured.

"If government insiders are reluctant to blow the whistle, the public can pay a hefty price," Fraud and waste can go unchecked.

Had two whistleblowers not stepped forward, for instance, to disclose billing irregularities at the state's largest long-term-care provider, Hale Nani Rehabilitation and Nursing Center, the state may not have reached a 2003 settlement that resulted in more than $1 million in penalties and reimbursements going to the government.

The two Hale Nani whistleblowers split a $250,000 award.

## ADVICE: DON'T DO IT

The fallout that whistleblowers tend to suffer is not unique to Hawai'i. No matter the setting, those who publicly

tipsters can face — even when they prevail at trial which is rare. Most cases are resolved before going to trial.

Howard Tom Sun, a city painter, alleged that he was written ten up in 2000 by his supervisor, isolated and given job duties, and denied leave after he reported concerns about workplace hazards, including discovering a punctured gasoline tank at the Pali Municipal Golf Course. At one point, Tom Sun said in a sworn affidavit, a supervisor called Tom Sun's co-workers to a meeting and threatened them if they helped with this whistle-blower case.

A year ago a federal jury found in favor of Tom Sun and awarded him $1.5 million in damages. A federal judge later cut the amount to $1.4 million. In ruling on the city's appeal Kurren said the jury was sending a message to the city that it should do more to protect its workers and the public.

But U.S. Magistrate Judge Barry Kurren several months later virtually wiped out the award, ruling the amount to $1. Although Kurren upheld the jury's

to the plaintiff the satisfaction of having a court recognize that his constitutional rights were violated," Kurren wrote.

Venetia Carpenter-Asui, Tom Sun's attorney, argued that the court denied her client the opportunity at trial to provide evidence regarding damages in a court filing she asked for a new trial but Kurren denied that request as well.

Carpenter-Asui and Tom Sun didn't respond to Advertiser requests for comment.

## CITY'S RETALIATION

Although a favorable jury verdict for plaintiffs are rare in whistleblower cases in Hawai'i — only a few have been reported over the past decade — a second one came in May.

A state jury found that the city retaliated against Smith, Silva and Salcedo, who at one time worked at the Kailua sewage treatment plant, for reporting suspected wrongdoing several years ago. The jury awarded each $25,000 in damages.

### FIXING THE SYSTEM

If the government wants to encourage more workers to report suspected wrongdoing, it should take steps that will help, according to whistleblowers, their attorneys and others.

**Establish an independent office** or unit that has some form of retirement authority to investigate cases at higher levels of government. At the city, for instance, a judge could act as a watchdog over the administration and have jurisdiction over cases involving the mayor, for example.

**Ensure** that complaints are investigated and resolved in a timely manner.

**Send** a clear message that retaliation of legitimate whistleblowers will not be tolerated. The wrongdoing should be confirmed and the government should recognize workers who stick their necks out by reporting illegal activities, especially when it results in money covered by the government from perpetrators.

The city declined to answer questions about this case or others because they involved personal matters which are confidential.

Rodney Ching, Hauck's attorney, said his client accepted responsibility for what he did but isn't the criminal some people might make him out to be. He noted that Hauck's guilty plea was deferred and that the pro- noted him because his bosses recognized the incident was a minor slip in an otherwise stellar career.

Gonsalves' attorney didn't respond to requests for comment.

## ROUGH ROAD TO COURT

It is unusual for whistleblower cases to enter the court arena, partly because attorneys are reluctant to take them on unless the potential for damages is enough to justify filing a lawsuit.

Over the past 12 years, the city has handled only 14 such law-

## WHAT TO TAKE INTO CONSIDERATION

The Government Accountability Project, a nonprofit that helps whistleblowers, has these tips for people considering doing that:

**Talk to family or close friends** about your decision to blow the whistle before you actually do so. Consider whether there's any reasonable way to work within the system.

**Try to discreetly find out** about other witnesses' upset about the wrongdoing.

**If you decide to break ranks, think carefully** about whether you want to "go public" with your concerns or remain anonymous. Your decision should depend on the quality and quantity of your evidence, your ability to encourage your knowledge of key facts, the risks you are willing to assume and your willingness to endure the resulting public scrutiny.

**Develop a plan.** Such as strategic planned release of information to government agencies, so that your employer won't have leverage instead of the reverse.

**Maintain good relations** with administration and support staff. Keep a careful record of events as they unfold. Stick to facts of access to your office and remember that your employer will have more resources than you.

**Identify and copy all necessary** supporting records before you make your concerns known.

**Find a support network** of potential allies, such as elected officials, journalists and activists. Remember, the solidarity of key constituencies can be more powerful than the bureaucracy you are challenging.

**Pay for a legal opinion** from a competent lawyer.

**Always be on guard** not to embellish your charges.

**Do your whistleblowing initiatives** on your own time and with your own resources, not your employer's.

**Don't wear your cynicism** on your sleeve when working with authorities.



ROLEX
Bridge
GENUINE DATEJUST
...Center 487-1689
...ter 877-0122
...KS
531-5600
DATEJUST ARE TRADEMARKS

## ROUGH ROAD TO COURT

It's unusual for whistleblower cases to enter the court arena, partly because attorneys are reluctant to take them on, unless the potential for damages is enough to justify filing a lawsuit.

Over the past 12 years, the city has handled only 14 such lawsuits, according to city figures. Five of those — like the Tom Sun and Kalihi sewage treatment cases — resulted in financial settlements or jury verdicts against the city. The settlements and verdicts totaled nearly $12 million. Seven of the lawsuits are still pending while two were dismissed.

Employees can avoid the potential fallout from blowing the whistle if they do so anonymously. But workers say that usually doesn't result in a serious investigation. Anonymity also tends to make investigating a case more difficult because investigators can't ask follow-up questions.

While Hawaii's whistleblowers say they weren't afforded adequate protection from retaliation, the state's Whistleblower Protection Act is considered a strong one.

"I think Hawaii has as broad protections as anywhere," said attorney David Simons, who represents whistleblowers.

The law basically prohibits employers from retaliating against an employee who reports or is about to report a suspected violation of law or regulation. In 2003 it was strengthened to broaden the circumstances under which the law applies and to lengthen the statute of limitations to two years instead of 90 days.

The problem, according to those who have gone through the process, is that the law doesn't prevent the many different ways sometimes subtle, sometimes indirect, that a person can be harassed and intimidated before and even after a lawsuit is brought.

Detective Kenneth Kamakana, a highly decorated Honolulu Police Department officer who received $650,000 from the city in 2003 to settle a whistleblower case, said he was subject to constant harassment, had his car vandalized, was shunned by other officers, and given the least-desirable assignments after reporting to the FBI about alleged wrongdoing in HPD's elite Criminal Intelligence Unit.

...over cases in Hawaii few have been reported in the past decade — a second one came in May.

A state jury found that the city retaliated against Smith, Silva and Salcedo, who at one time all worked at the Kalihi sewage treatment plant, for reporting suspected wrongdoing. Several years ago, the jury awarded each $25,000 in damages.

The jury did not find in favor of Marybeth Murakami, the fourth plaintiff in the lawsuit. Murakami was the first to report any suspected wrongdoing to the police and prompted the other three to come forward.

Their whistle-blowing led to an investigation that resulted in Kalihi plant supervisor Jay Hauck pleading guilty in 2004 to theft. His supervisor, Jay Gonsalves, pleading no contest to theft.

Silva and Salcedo told police they were taken by Hauck to work on a sprinkler system at the home of Gonsalves' relative while on overtime with the city. In one instance in 2002 he spent more than four hours at the private residence.

Yet after the wrongdoing came to light, both supervisors were promoted while the four rank-and-file employees suffered retaliation, the workers said.

"The system is a failure," Silva said.

In court documents, Hauck's attorney even cited the fact that his client was promoted after he was disciplined to argue that the criminal charges should be dismissed because the case was old. Two bribery charges subsequently were dropped.

For at least three of the four whistleblowers, their lives have since taken a turn for the worse. Mersburgh is on unpaid leave, and Smith is fighting the city over compensation issues for a planned retirement he said was hastened by the retaliation. Silva was fired for allegedly threatening a superior. The jury ruled the firing did not violate his rights, but Silva said the incident happened because of the retaliation.

Only Salcedo, a mechanic now working at the city's Sand Island treatment plant, has faced better on the job, having been promoted twice. But even he believes the system leaves whistleblowers unprotected from harassment. He said he was the target of threatening and intimidating...

...tion and Nursing Center, the state may not have Pacheco's 2003 settlement that resulted in more than $1 million in penalties and reimbursements going to the government.

The two Hale Nani whistleblowers split a $250,000 reward.

### ADVICE: DON'T DO IT

The failing that whistleblowers tend to suffer is not a problem unique to Hawaii. No matter the setting, those who go public with charges of wrongdoing often are branded as snitches or trouble-makers, bucking in some cases an accepted workplace culture.

Stepping forward can be so traumatic that the Government Accountability Project, a nonprofit group that defends whistleblowers, doesn't advise people to do it.

"It weighs so heavily on a person's life that we don't actively encourage it," said Dylan Blaylock, the project's communications director. "We leave that decision to the person."

Two recent cases in which Honolulu government workers won their whistleblower lawsuits underscore the difficulties such ...A year ago a federal jury found in favor of Tom Sun and awarded $5 million in damages. At the time, Tom Sun said the jury verdict that it should be more conspicuous public.

But U.S. Magistrate Judge Barry Kurren several months later virtually wiped out the award by reducing the award to $1. Although Kurren upheld the jury's unanimous rights were violated, he concluded that Tom Sun failed to prove any actual damages and therefore was entitled to only a nominal reward from the Government of St. Kitts. Kurren also denied Tom Sun's request that the city pay more than $147,000 in attorneys fees.

In his January written ruling, the judge noted in part, "Although employees appeared to be unhappy that the city's policies changed and that the city's job duties for painters essentially remained the same."

In short, this litigation accomplished little beyond giving...



Thank You Hawaii, For Making Us #1*

Hawaii's Most Comprehensive REVERSE MORTGAGE SEMINAR

Wednesday, August 23, 2006
9:30 am — 11:30 am
Filipino Community Center-Waipahu

Saturday, August 26, 2006
9:00 am — 11:00 am
Times Coffee Shop - Kaneohe

For Homeowners 62 Years of Age or Older

* Preserve equity for your heirs
* No income or asset qualifications
* No restrictions on how cash is used

*"This is the most informative reverse mortgage seminar that I've attended. I was well worth my time."*
— The Nishimura Family, Aiea

For Reservations & Information
Call (808) 591-2219 or Toll Free

[Newspaper page, rotated. Article about Hawaii whistleblower protections, Honolulu government workers, retaliation lawsuits. Mentions attorney David Simons, Detective Kenneth Kamakana, Salcedo, Hauck, Silva, Smith. References HPD's elite Criminal Intelligence Unit, $650,000 settlement in 2003. "SEE WHISTLE, A3"]

Ad: **Thank You Hawaii, For Making Us #1***
Hawaii's Most Comprehensive REVERSE MORTGAGE SEMINAR
Wednesday, August 23, 2006 9:30 am – 11:30 am
Filipino Community Center–Waipahu
Saturday, August 26, 2006 9:00 am – 11:00 am
[location] Kaneohe
For Homeowners 62 Years of Age or Older
• Preserve equity for your heirs
• No income or asset qualifications
• No restrictions on how cash is used
"This is the most informative seminar that I've attended. It was well worth my time." – the Nishimura Family, Aiea

Stan S. Motooka Hijo
For Reservations & Information Call (808) 591-2219 or Toll Free 888-533-4550


A HOKU
Floating Plumeria Pendant $179

# Whistle

CONTINUED FROM A2

said he would report suspected wrongdoing again if faced with similar circumstances because "that's my job. If you can't do your duty, you don't belong in this occupation."

Dr. Terry Allen, a former Hawai'i prison physician, likewise said he would blow the whistle again, although he probably wouldn't pursue a civil lawsuit.

Allen was awarded $110,000 in damages from the state in 1999 for retaliation he suffered after publicly disclosing inmate abuse.

The state appealed to the federal court decision, but the 9th Circuit Court of Appeals upheld the ruling in 2002. Allen's attorney fees, which the state also had to pay, totaled more than $500,000.

Allen, now a Washington state resident, said the system is not designed so the typical worker can fight back. The tremendous amount of time and cost involved in taking such a fight to court — with no guarantee of winning — makes the process beyond the reach of most people, he said.

## DAVID VS. GOLIATH

Attorney Michael Lilly, a former state attorney general, said he's turned down hundreds of people who had meritorious whistleblower or wrongful termination cases over the years, not because they lacked merit but because the potential damages didn't justify pursuing litigation.

"We're talking about, in most cases David vs. Goliath," Lilly said. "Those employees are taking on a gorilla who has most of the evidence and (tremendous) resources to devote to a case."

Many people don't even get to call attorneys, let alone report their concerns to superiors.

Randy Perreira, deputy executive director of the Hawai'i Government Employees Association, said he hears about cases in which workers are reluctant to speak up because of retaliation fears.

"That feeling is very real," he said.

Perreira noted that the union, in a few cases in recent years, has pursued grievances on behalf of employees who alleged they were retaliated against.

To encourage people to report fraud against the government, the state enacted a law in 2001 that allows whistleblowers to get a percentage of money recovered by the government.

Attorney Tom Grande, who has represented clients using that statute, believes it has had a major effect on not only recovering money for the government but stopping practices that hurt the delivery of healthcare to seniors and the poor.

In one such case, the state reached a $1 million settlement in a medical fraud lawsuit in 2001 and the two pharmaceutical company employees who disclosed the illegal practice of prescription drugs split $750,000.

## TREATED LIKE 'A PARIAH'

The city encourages workers to report misconduct and provides a variety of ways, including a complaint line, to make such reports.

Whenever a city employee files a complaint about another worker, both parties are reminded that retaliation is prohibited, according to city spokesman Bill Brennan.

"When the whistleblower law works, the wrongdoing is identified, corrected and no retaliation occurs," Brennan said.

He questioned the notion that few cases come to light because employees are afraid to report suspected wrongdoing. "In the end, there may not be anything about which to 'blow the whistle,'" Brennan said in a written response.

Wiggins, the former city liquor inspector, said the city didn't seem to welcome his stepping forward. The city never even thanked him for his role in helping federal authorities get convictions of five other liquor in-spectors, he said.

The city treated me like I was a pariah (like) I was the bad guy," he said.

In 2003, Wiggins settled his whistleblower lawsuit against the city for $387,500. The government did not admit liability.

But even after Wiggins moved to the Mainland, the case continued to haunt him.

Wiggins said he was turned down for numerous law enforcement jobs after the agencies learned he was a whistle blower. "No one wants to hire one," he said. "It was like poison."

Only three months ago, Wiggins landed his first job in law enforcement since leaving Hawai'i. He was hired as an investigator for the Virginia public defender's office. But Wiggins said his nine years with the HPD and his three years with the liquor commission were not counted toward his salary, essentially meaning he is getting rookie pay.

Despite all that has happened, Wiggins doesn't regret blowing the whistle. But he said his experience sends a clear message to others contemplating blowing the whistle. "What it says is you're better off keeping your mouth shut," he said.

*Reach Rob Perez at 525-8054 or rperez@honoluluadvertiser.com*

---

are opening up that can make you ... CID investigators were there from the start, and the temporarily seized money was tallied by Hawai'i National Guard

Two of the CID agents who took part in the investigation also were involved in the money counting, Neumann said.

Haza thought there was a conflict of interest.

...tentiary for 20 years on charges including larceny, conspiring against U.S. forces and aiding in surgents. He thought it was an attempt to make him confess. "You could tell me I'd hang..."

*Reach William Cole at wcole@honoluluadvertiser.com or 525-5459*





Who knows, it may have belonged to you in a past life.

As you enter our showroom, you're transported to another time and place. At CSW, we carry the state's largest selection of antique furniture from Southeast Asia. We invite you to find that one-of-a-kind piece that's sure to turn heads. No matter what century it is.

Honolulu: 1142 South Beretania Street · Ph: (808) 593-7788
Waikiki: Hyatt Regency Hotel · Ph: (808) 922-0787
Kailua-Kona: 75-5591 Mauna Loa Road · Ph: (808) 329-7197