```
 1              IN THE UNITED STATES DISTRICT COURT

 2                   FOR THE DISTRICT OF HAWAII

 3   ---------------------------------------------

 4   PHILIP E. ENGLISH,

 5            Plaintiff,

 6        vs.             Civil No. 04-00108 JMS-KSC

 7   CITY AND COUNTY OF HONOLULU; GARY T.

 8   KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA;

 9   and GK APPRAISALS, INC; et al.,

10            Defendants.

11   ---------------------------------------------

12

13

14              DEPOSITION OF ROBERT MAGOTA

15                       (VOLUME IV)

16

17   Taken on behalf of the Plaintiff at Moseley Biehl

18   Tsugawa Lau & Muzzi, 1100 Alakea St., 23rd Floor,

19   Honolulu, Hawaii 96813, commencing at 9:07 a.m.,

20   Tuesday, August 1, 2006, pursuant to Notice.

21

22

23   BEFORE:   BARBARA ACOBA, CSR No. 412, RPR

24             Notary Public, State of Hawaii

25
```

```
 1   person or people that complained to you about that
 2   presentation; is that right?
 3        A.   That's correct.
 4        Q.   Okay.  Do you know what the reference to
 5   Malcolm Tom was in that presentation?
 6        A.   I'm sorry, repeat the question again.  I'm
 7   sorry.
 8        Q.   Do you know what the reference was to Malcolm
 9   Tom in that presentation?  What did the reference
10   consist of?
11        A.   I'm not sure.
12        Q.   Okay.  Are you aware of an incident in which
13   Malcolm Tom allegedly directed the Assessment Division
14   to set values of certain properties at certain levels?
15        A.   I'm aware of it, yes.
16        Q.   And actually, you appeared on TV in connection
17   with that, didn't you?
18        A.   Yes.
19        Q.   And you were silhouetted and your voice was
20   modulated so you couldn't be recognized; is that right?
21        A.   Well, they tried.
22        Q.   They tried, but it wasn't like when you were on
23   TV there was your name and your full face and, I mean,
24   there was an effort made to disguise you, right?
25        A.   There was an effort, but they knew who I was.
```

```
 1      Q.   Okay.  Did you -- which television station was
 2   that?
 3      A.   I believe it was KITV.
 4      Q.   KITV.  And who was the reporter?
 5      A.   Keoki Kerr.
 6      Q.   Keoki Kerr?
 7      A.   Yes.
 8      Q.   And did you request Keoki to try to disguise
 9   you?
10      A.   I don't -- I believe it was his suggestion.
11      Q.   Why would he suggest that?
12      A.   Well, just --
13           MR. LORUSSO:  Objection to the extent it calls
14   for speculation.
15           MR. MOSELEY:  I don't know.  He may know.
16           THE WITNESS:  He just suggested it and I
17   agreed.
18   BY MR. MOSELEY:
19      Q.   Did you care whether or not you were disguised?
20      A.   Well, I felt that eventually they would know
21   who it was.
22      Q.   I guess the question though is:  Did you care
23   whether you were disguised or not?
24      A.   I think at the time I did care.
25      Q.   So you thought it was a good idea for you to be
```

```
 1   disguised?
 2        A.   Yes, at that time.
 3        Q.   Is that because you feared some sort of
 4   retaliation?
 5        A.   At the time, yes.
 6        Q.   Okay.  And that was because Malcolm Tom was
 7   still a pretty high ranking city official; is that
 8   right?
 9        A.   Well, I really didn't know what to expect.
10        Q.   Okay.  But you knew that Malcolm Tom was very
11   close with the Mayor, did you not?
12        A.   Well, he worked for the Mayor, yes.
13        Q.   Okay.  And the incident we're describing, isn't
14   it an incident in which it was reported that Malcolm Tom
15   came to the Assessment Division and dictated that
16   certain properties be assessed at certain values?
17        A.   Can you repeat the question, again.
18             MR. MOSELEY:  Can you read the question back,
19   please.
20             (Reporter read back)
21             THE WITNESS:  I'm not sure if he specified
22   certain values, but he was concerned about the
23   assessments, and I believe this took place in 1995 or
24   1994, somewhere around that time, this incident.
25
```