```
 1           IN THE TAX APPEAL COURT OF THE STATE OF HAWAII
 2      ------------------------------------
 3    In the Matter of the Tax Appeal ) CASE NOS. 00-0084
 4         of                         ) through 00-0104,
 5    KENNETH and SOPHIA ALFORD,      ) 00-0106, 00-0107,
 6    TMK (1) 2-6-4-12:45, ET AL.,    ) 00-0109 through
 7              Appellants.           ) 00-0169, and 00-171
 8    ------------------------------------ through 00-0201
 9                                    )
10    In the Matter of the Tax Appeal ) CASE NOS. 01-25
11         of                         ) through 01-0115 and
12    AUGUSTUS TAGLIAFERRI,           ) 01-117 through
13    TMK (1) 2-6-4-12:140, ET AL.,   ) 01-0141
14              Appellants.           )
15    ------------------------------------
16
17             DEPOSITION OF GARY T. KURAKAWA
18    Taken on behalf of the Appellants at the offices of
19    Case, Bigelow & Lombardi, Suite 2600, Pacific Guardian
20    Center, Mauka Tower, 737 Bishop Street, Honolulu,
21    Hawaii, commencing at 9:06 a.m., Wednesday,
22    December 19, 2001, pursuant to Notice.
23
24    BEFORE:   CHARI L. POSSELL, CSR NO. 414
25              Certified Shorthand Reporter
```

1  of this, but will you try not to do it?
2       A.   All right.
3       Q.   Let's start with a little bit of
4  background about you.  Do you mind if I call you Gary?
5       A.   No.  Call me Gary.
6       Q.   You can call me Roger.  I know that is a
7  little informal, and certainly your experience, your
8  rank at the assessment -- real property taxation --
9  what do they call it?
10      MS. BENDER:  Division.
11      Q.   (By Mr. Moseley)  -- division, would
12 merit a "Mr. Kurakawa."
13      A.   It really doesn't.
14      Q.   Okay.
15           What is it you do for the city now?  What
16 is your job title?
17      A.   My job title is I am the real property
18 assessment division administrator.
19      Q.   Are you the top guy in that division?
20      A.   In the division, yes.
21      Q.   You report directly to who?
22      A.   The director, Carol Takahashi.
23      Q.   By the way -- I said this yesterday --
24 the new little blurbs they are sending out with the
25 assessment notices, tell her I think that is a good

69

```
 1                    C E R T I F I C A T E
 2   STATE OF HAWAII          )
                              ) SS:
 3   CITY AND COUNTY OF HONOLULU )
 4            I, CHARI L. POSSELL, Notary Public, State
 5   of Hawaii, do hereby certify:
 6            That on Wednesday, December 19, 2001, at
 7   9:06 a.m., appeared before me GARY T. KURAKAWA, the
 8   witness whose deposition is contained herein; that
 9   prior to being examined he/she was by me duly sworn;
10            That the deposition was taken down by me
11   in machine shorthand and was thereafter reduced to
12   typewriting under my supervision; that the foregoing
13   represents, to the best of my ability, a true and
14   correct transcript of the proceedings had in the
15   foregoing matter.
16            I further certify that I am not attorney
17   for any of the parties hereto, nor in any way concerned
18   with the cause.
19            DATED this 26th day of December, 2001, in
20   Honolulu, Hawaii.
21
22
23                        _____
                          CHARI L. POSSELL, CSR NO. 414
24                        Notary Public, State of Hawaii
                          My Commission Exp: 7-25-2003
25
```

RALPH ROSENBERG COURT REPORTERS, INC.
(808) 524-2090