CITY AND COUNTY OF HONOLULU
DEPARTMENT OF PERSONNEL

**PROBATIONARY PERFORMANCE EVALUATION REPORT**

| DEPARTMENT/DIVISION | | |
|---|---|---|
| DEPARTMENT OF BUDGET AND FISCAL SERVICES | | 6 MON |
| NAME OF EMPLOYEE | RATING PERIOD | |
| ENGLISH, PHILIP E | NEW  06-01-02  TO  08-31-02 | |
| POS. NO. | TITLE OF POSITION | |
| DF486 | REAL PROPERTY APPRAISER IV | |

## PROBATIONARY PERFORMANCE EVALUATION REPORT

Civil Service Rule 11-2 (b)(2) requires the Appointing Authority to have the performance of each probationary employee evaluated in writing at the end of every three months during the probationary period including any extension thereof. A performance evaluation is not required when an employee is terminated prior to the completion of the three months or prior to the completion of the probationary period.

| PERFORMANCE FACTORS | EXCELLENT | EXCEEDS REQUIREMENTS | MEETS REQUIREMENTS | BELOW REQUIREMENTS |
|---|---|---|---|---|
| 1. QUANTITY OF WORK | | | X | |
| 2. QUALITY OF WORK | | | X | |
| 3. ATTITUDE TOWARD WORK | | | | X |
| 4. RELATIONSHIP WITH PEOPLE | | | X | |
| 5. SUPERVISION OF EMPLOYEES (To be used only in evaluating supervisory and/or administrative personnel) | | | | |

**COMMENTS**
Recognition for superior work; suggestions for improving performance.

(PLEASE SEE ATTACHED)

(Please see appendage by Mr. English)

**CERTIFICATE OF EMPLOYEE**
This performance evaluation report has been discussed with me.

_[signature]_   8/14/02
SIGNATURE         DATE

RECEIVED AUG 2 6 2002
C&C DEPARTMENT OF FINANCE
REAL PROPERTY ASSESSMENT BRANCH

**CERTIFICATE OF SUPERVISOR**
This report constitutes my best evaluation of this employee based on personal observation and knowledge of the employee's work during the probationary period.

_[signature]_   REAL PROPERTY APPRAISER VI   8/14/02
SIGNATURE       TITLE OF POSITION              DATE

**CERTIFICATE OF APPOINTING AUTHORITY OR DESIGNATED REPRESENTATIVE**
I have reviewed the performance evaluation report of this employee, and I am: (check one)
☐ Granting permanent status as the employee has performed at least satisfactorily during the established probationary period.
☐ Adjusting the probationary period for _____ month(s). (See CS Rule 3-36 (e)(4))
☒ Extending the probationary period for __3__ month(s). (See CS Rule 3-36 (e)(3))
☐ Terminating the probationary appointment.

_[signature]_   REAL PROPERTY ADMINISTRATOR   8/15/02
SIGNATURE       TITLE OF POSITION              DATE

FORM NO. 43 (REV. 4/93)
EMPLOYEE COPY

EXHIBIT "O"

PE 01636

| | CITY AND COUNTY OF HONOLULU<br>DEPARTMENT OF PERSONNEL | DEPARTMENT/DIVISION | | | |
|---|---|---|---|---|---|
| | PROBATIONARY<br>PERFORMANCE<br>EVALUATION REPORT | DEPARTMENT OF BUDGET AND FISCAL SERVICES | | | 6 MON |
| | | NAME OF EMPLOYEE<br>ENGLISH, PHILIP E | RATING PERIOD<br>NEW | 06-01-02 | TO 08-31-02 |
| | | POS. NO.<br>DF486 | TITLE OF POSITION<br>REAL PROPERTY APPRAISER IV | | |

## PROBATIONARY PERFORMANCE EVALUATION REPORT

Civil Service Rule 11-2 (b)(2) requires the Appointing Authority to have the performance of each probationary employee evaluated in writing at the end of every three months during the probationary period including any extension thereof. A performance evaluation is not required when an employee is terminated prior to the completion of the three months or prior to the completion of the probationary period.

| PERFORMANCE FACTORS | EXCELLENT | EXCEEDS REQUIREMENTS | MEETS REQUIREMENTS | BELOW REQUIREMENTS |
|---|---|---|---|---|
| 1. QUANTITY OF WORK | | | X | |
| 2. QUALITY OF WORK | | | X | |
| 3. ATTITUDE TOWARD WORK | | | | X |
| 4. RELATIONSHIP WITH PEOPLE | | | X | |
| 5. SUPERVISION OF EMPLOYEES<br>(To be used only in evaluating supervisory and/or administrative personnel) | | | | |

**COMMENTS**
Recognition for superior work; suggestions for improving performance.

(PLEASE SEE ATTACHED)

(Please see appendage by Mr. English)

**CERTIFICATE OF EMPLOYEE**
This performance evaluation report has been discussed with me.

_[signature]_  8/14/02
SIGNATURE   DATE

RECEIVED AUG 2 6 2002
C&C DEPARTMENT OF FINANCE
REAL PROPERTY ASSESSMENT BRANCH

**CERTIFICATE OF SUPERVISOR**
This report constitutes my best evaluation of this employee based on personal observation and knowledge of the employee's work during the probationary period.

_[signature]_   REAL PROPERTY APPRAISER VI   8/14/02
SIGNATURE   TITLE OF POSITION   DATE

**CERTIFICATE OF APPOINTING AUTHORITY OR DESIGNATED REPRESENTATIVE**
I have reviewed the performance evaluation report of this employee, and I am: (check one)
☐ Granting permanent status as the employee has performed at least satisfactorily during the established probationary period.
☐ Adjusting the probationary period for _____ month(s). (See CS Rule 3-36 (e)(4))
☒ Extending the probationary period for  3  month(s). (See CS Rule 3-36 (e)(3))
☐ Terminating the probationary appointment.

_[signature]_   REAL PROPERTY ADMINISTRATOR   8/15/02
SIGNATURE   TITLE OF POSITION   DATE

FORM NO. 43 (REV. 4/93)
EMPLOYEE COPY

PE 01636

| | | CITY AND COUNTY OF HONOLULU DEPARTMENT OF PERSONNEL | DEPARTMENT/DIVISION DEPARTMENT OF BUDGET AND FISCAL SERVICES | | 6 MON |
|---|---|---|---|---|---|
| | | PROBATIONARY PERFORMANCE EVALUATION REPORT | NAME OF EMPLOYEE ENGLISH, PHILIP E | RATING PERIOD NEW  06-01-02 | TO: 08-31-02 |
| | | | POS. NO. DF436 | TITLE OF POSITION REAL PROPERTY APPRAISER IV | |

## PROBATIONARY PERFORMANCE EVALUATION REPORT

Civil Service Rule 11-2 (b)(2) requires the Appointing Authority to have the performance of each probationary employee evaluated in writing at the end of every three months during the probationary period including any extension thereof. A performance evaluation is not required when an employee is terminated prior to the completion of the three months or prior to the completion of the probationary period.

**COMMENTS**
Recognition for superior work; suggestions for improving performance.

| PERFORMANCE FACTORS | EXCELLENT | EXCEEDS REQUIREMENTS | MEETS REQUIREMENTS | BELOW REQUIREMENTS |
|---|---|---|---|---|
| 1. QUANTITY OF WORK | | | X | |
| 2. QUALITY OF WORK | | | X | |
| 3. ATTITUDE TOWARD WORK | | | | X |
| 4. RELATIONSHIP WITH PEOPLE | | | X | |
| 5. SUPERVISION OF EMPLOYEES (To be used only in evaluating supervisory and/or administrative personnel) | | | | |

(PLEASE SEE ATTACHED)

(Please see appendage by Mr. English)

**CERTIFICATE OF EMPLOYEE**
This performance evaluation report has been discussed with me.

_[signature]_   8/14/02
SIGNATURE   DATE

RECEIVED AUG 2 6 2002
C&C DEPARTMENT OF FINANCE
REAL PROPERTY ASSESSMENT BRANCH

**CERTIFICATE OF SUPERVISOR**
This report constitutes my best evaluation of this employee based on personal observation and knowledge of the employee's work during the probationary period.

_[signature]_   REAL PROPERTY APPRAISER VI   8/14/02
SIGNATURE   TITLE OF POSITION   DATE

**CERTIFICATE OF APPOINTING AUTHORITY OR DESIGNATED REPRESENTATIVE**
I have reviewed the performance evaluation report of this employee, and I am: (check one)
☐ Granting permanent status as the employee has performed at least satisfactorily during the established probationary period.
☐ Adjusting the probationary period for ____ month(s). (See CS Rule 3-36 (e)(4))
☒ Extending the probationary period for _3_ month(s). (See CS Rule 3-36 (e)(3))
☐ Terminating the probationary appointment.

_[signature]_   REAL PROPERTY ADMINISTRATOR   8/15/02
SIGNATURE   TITLE OF POSITION   DATE

FORM NO. 43 (REV. 4/93)
EMPLOYEE COPY

PE 01636

| | | |
|---|---|---|
| CITY AND COUNTY OF HONOLULU<br>DEPARTMENT OF PERSONNEL | DEPARTMENT/DIVISION<br>DEPARTMENT OF BUDGET AND FISCAL SERVICES | 6 MON |
| PROBATIONARY<br>PERFORMANCE<br>EVALUATION REPORT | NAME OF EMPLOYEE<br>ENGLISH, PHILIP E | RATING PERIOD<br>NEW  06-01-02 TO 08-31-02 |
| | POS. NO.<br>DF496 | TITLE OF POSITION<br>REAL PROPERTY APPRAISER IV |

## PROBATIONARY PERFORMANCE EVALUATION REPORT

Civil Service Rule 11-2 (b)(2) requires the Appointing Authority to have the performance of each probationary employee evaluated in writing at the end of every three months during the probationary period including any extension thereof. A performance evaluation is not required when an employee is terminated prior to the completion of the three months or prior to the completion of the probationary period.

| PERFORMANCE FACTORS | EXCELLENT | EXCEEDS REQUIREMENTS | MEETS REQUIREMENTS | BELOW REQUIREMENTS | COMMENTS<br>Recognition for superior work; suggestions for improving performance. |
|---|---|---|---|---|---|
| 1. QUANTITY OF WORK | | | X | | |
| 2. QUALITY OF WORK | | | X | | (PLEASE SEE ATTACHED) |
| 3. ATTITUDE TOWARD WORK | | | | X | |
| 4. RELATIONSHIP WITH PEOPLE | | | X | | |
| 5. SUPERVISION OF EMPLOYEES<br>(To be used only in evaluating supervisory and/or administrative personnel) | | | | | (Please see appendage by Mr. English) |

**CERTIFICATE OF EMPLOYEE**
This performance evaluation report has been discussed with me.

_[signature]_  8/14/02
SIGNATURE  DATE

RECEIVED AUG 2 6 2002
C&C DEPARTMENT OF FINANCE
REAL PROPERTY ASSESSMENT BRANCH

**CERTIFICATE OF SUPERVISOR**
This report constitutes my best evaluation of this employee based on personal observation and knowledge of the employee's work during the probationary period.

_[signature]_  REAL PROPERTY APPRAISER VI  8/14/02
SIGNATURE  TITLE OF POSITION  DATE

**CERTIFICATE OF APPOINTING AUTHORITY OR DESIGNATED REPRESENTATIVE**
I have reviewed the performance evaluation report of this employee, and I am: (check one)
☐ Granting permanent status as the employee has performed at least satisfactorily during the established probationary period.
☐ Adjusting the probationary period for ____ month(s). (See CS Rule 3-36 (e)(4))
☒ Extending the probationary period for 3 month(s). (See CS Rule 3-36 (e)(3))
☐ Terminating the probationary appointment.

_[signature]_  REAL PROPERTY ADMINISTRATOR  8/15/02
SIGNATURE  TITLE OF POSITION  DATE

FORM NO. 43 (REV. 4/93)
EMPLOYEE COPY

PE 01636

| | | |
|---|---|---|
| CITY AND COUNTY OF HONOLULU<br>DEPARTMENT OF PERSONNEL<br><br>PROBATIONARY<br>PERFORMANCE<br>EVALUATION REPORT | DEPARTMENT/DIVISION<br>DEPARTMENT OF BUDGET AND FISCAL SERVICES | 6 MON |
| | NAME OF EMPLOYEE<br>ENGLISH, PHILIP E | RATING PERIOD<br>NEW  06-01-02 TO 08-31-02 |
| | POS. NO.   TITLE OF POSITION<br>DF486    REAL PROPERTY APPRAISER IV | |

## PROBATIONARY PERFORMANCE EVALUATION REPORT

Civil Service Rule 11-2 (b)(2) requires the Appointing Authority to have the performance of each probationary employee evaluated in writing at the end of every three months during the probationary period including any extension thereof. A performance evaluation is not required when an employee is terminated prior to the completion of the three months or prior to the completion of the probationary period.

| PERFORMANCE FACTORS | EXCELLENT | EXCEEDS REQUIREMENTS | MEETS REQUIREMENTS | BELOW REQUIREMENTS | COMMENTS<br>Recognition for superior work; suggestions for improving performance. |
|---|---|---|---|---|---|
| 1. QUANTITY OF WORK | | | X | | (PLEASE SEE ATTACHED) |
| 2. QUALITY OF WORK | | | X | | |
| 3. ATTITUDE TOWARD WORK | | | | X | |
| 4. RELATIONSHIP WITH PEOPLE | | | X | | |
| 5. SUPERVISION OF EMPLOYEES<br>(To be used only in evaluating supervisory and/or administrative personnel) | | | | | (Please see appendage by Mr. English) |

**CERTIFICATE OF EMPLOYEE**
This performance evaluation report has been discussed with me.

_[signature]_ ___  8/14/02
SIGNATURE    DATE

RECEIVED AUG 2 6 2002
C&C DEPARTMENT OF FINANCE
REAL PROPERTY ASSESSMENT BRANCH

**CERTIFICATE OF SUPERVISOR**
This report constitutes my best evaluation of this employee based on personal observation and knowledge of the employee's work during the probationary period.

_[signature]_    REAL PROPERTY APPRAISER VI    8/14/02
SIGNATURE    TITLE OF POSITION    DATE

**CERTIFICATE OF APPOINTING AUTHORITY OR DESIGNATED REPRESENTATIVE**
I have reviewed the performance evaluation report of this employee, and I am: (check one)
☐ Granting permanent status as the employee has performed at least satisfactorily during the established probationary period.
☐ Adjusting the probationary period for ____ month(s). (See CS Rule 3-36 (e)(4))
☒ Extending the probationary period for _3_ month(s). (See CS Rule 3-36 (e)(3))
☐ Terminating the probationary appointment.

_[signature]_    REAL PROPERTY ADMINISTRATOR    8/15/02
SIGNATURE    TITLE OF POSITION    DATE

FORM NO. 43 (REV. 4/93)
EMPLOYEE COPY

PE 01636

| | | | | |
|---|---|---|---|---|
| CITY AND COUNTY OF HONOLULU<br>DEPARTMENT OF PERSONNEL | DEPARTMENT/DIVISION | | | |
| PROBATIONARY<br>PERFORMANCE<br>EVALUATION REPORT | DEPARTMENT OF BUDGET AND FISCAL SERVICES | | | 6 MON |
| | NAME OF EMPLOYEE<br>ENGLISH, PHILIP E | RATING PERIOD<br>NEW | 06-01-02 | TO 08-31-02 |
| | POS. NO.<br>DF436 | TITLE OF POSITION<br>REAL PROPERTY APPRAISER IV | | |

## PROBATIONARY PERFORMANCE EVALUATION REPORT

Civil Service Rule 11-2 (b)(2) requires the Appointing Authority to have the performance of each probationary employee evaluated in writing at the end of every three months during the probationary period including any extension thereof. A performance evaluation is not required when an employee is terminated prior to the completion of the three months or prior to the completion of the probationary period.

| PERFORMANCE FACTORS | EXCELLENT | EXCEEDS REQUIREMENTS | MEETS REQUIREMENTS | BELOW REQUIREMENTS |
|---|---|---|---|---|
| 1. QUANTITY OF WORK | | | X | |
| 2. QUALITY OF WORK | | | X | |
| 3. ATTITUDE TOWARD WORK | | | | X |
| 4. RELATIONSHIP WITH PEOPLE | | | X | |
| 5. SUPERVISION OF EMPLOYEES<br>(To be used only in evaluating supervisory and/or administrative personnel) | | | | |

COMMENTS
Recognition for superior work; suggestions for improving performance.

(PLEASE SEE ATTACHED)

(Please see appendage by Mr. English)

**CERTIFICATE OF EMPLOYEE**
This performance evaluation report has been discussed with me.
_[signature]_  8/14/02
SIGNATURE    DATE

RECEIVED AUG 26 2002
C&C DEPARTMENT OF FINANCE
REAL PROPERTY ASSESSMENT BRANCH

**CERTIFICATE OF SUPERVISOR**
This report constitutes my best evaluation of this employee based on personal observation and knowledge of the employee's work during the probationary period.
_[signature]_    REAL PROPERTY APPRAISER VI    8/14/02
SIGNATURE    TITLE OF POSITION    DATE

**CERTIFICATE OF APPOINTING AUTHORITY OR DESIGNATED REPRESENTATIVE**
I have reviewed the performance evaluation report of this employee, and I am: (check one)
☐ Granting permanent status as the employee has performed at least satisfactorily during the established probationary period.
☐ Adjusting the probationary period for _____ month(s). (See CS Rule 3-36 (e)(4))
☒ Extending the probationary period for __3__ month(s). (See CS Rule 3-36 (e)(3))
☐ Terminating the probationary appointment.

_[signature]_    REAL PROPERTY ADMINISTRATOR    8/15/02
SIGNATURE    TITLE OF POSITION    DATE

FORM NO. 43 (REV. 4/93)
EMPLOYEE COPY

PE 01636

| | | |
|---|---|---|
| CITY AND COUNTY OF HONOLULU<br>DEPARTMENT OF PERSONNEL | DEPARTMENT/DIVISION | |
| PROBATIONARY<br>PERFORMANCE<br>EVALUATION REPORT | DEPARTMENT OF BUDGET AND FISCAL SERVICES | 6 MON |
| | NAME OF EMPLOYEE<br>ENGLISH, PHILIP E | RATING PERIOD<br>NEW  06-01-02 TO 08-31-02 |
| | POS. NO.  TITLE OF POSITION<br>DF486   REAL PROPERTY APPRAISER IV | |

## PROBATIONARY PERFORMANCE EVALUATION REPORT

Civil Service Rule 11-2 (b)(2) requires the Appointing Authority to have the performance of each probationary employee evaluated in writing at the end of every three months during the probationary period including any extension thereof. A performance evaluation is not required when an employee is terminated prior to the completion of the three months or prior to the completion of the probationary period.

| PERFORMANCE FACTORS | EXCELLENT | EXCEEDS REQUIREMENTS | MEETS REQUIREMENTS | BELOW REQUIREMENTS |
|---|---|---|---|---|
| 1. QUANTITY OF WORK | | | X | |
| 2. QUALITY OF WORK | | | X | |
| 3. ATTITUDE TOWARD WORK | | | | X |
| 4. RELATIONSHIP WITH PEOPLE | | | X | |
| 5. SUPERVISION OF EMPLOYEES<br>(To be used only in evaluating supervisory and/or administrative personnel) | | | | |

COMMENTS
Recognition for superior work; suggestions for improving performance.

(PLEASE SEE ATTACHED)

(Please see appendage by Mr. English)

**CERTIFICATE OF EMPLOYEE**
This performance evaluation report has been discussed with me.

_[signature]_  SIGNATURE     8/14/02  DATE

RECEIVED AUG 2 6 2002
C&C DEPARTMENT OF FINANCE
REAL PROPERTY ASSESSMENT BRANCH

**CERTIFICATE OF SUPERVISOR**
This report constitutes my best evaluation of this employee based on personal observation and knowledge of the employee's work during the probationary period.

_[signature]_  SIGNATURE     REAL PROPERTY APPRAISER VI  TITLE OF POSITION     8/14/02  DATE

**CERTIFICATE OF APPOINTING AUTHORITY OR DESIGNATED REPRESENTATIVE**
I have reviewed the performance evaluation report of this employee, and I am: (check one)
☐ Granting permanent status as the employee has performed at least satisfactorily during the established probationary period.
☐ Adjusting the probationary period for _____ month(s). (See CS Rule 3-36 (e)(4))
☒ Extending the probationary period for  3  month(s). (See CS Rule 3-36 (e)(3))
☐ Terminating the probationary appointment.

_[signature]_  SIGNATURE     REAL PROPERTY ADMINISTRATOR  TITLE OF POSITION     8/15/02  DATE

FORM NO. 43 (REV. 4/93)
EMPLOYEE COPY

PE 01636