Employee's Copy

FORM CS-55A (REV. 1/93)

**INSTRUCTIONS:**
Complete every item; if not applicable, so indicate.
(See CS Circular No. 1150 for reference)
Be accurate. This is an **official** document upon which classification determinations will be based. In addition, it may be utilized for other personnel-related processes.

# DEPARTMENT OF PERSONNEL
City and County of Honolulu

## POSITION DESCRIPTION

1. Position No. __DF-486__

2. Present Class & Pay Range __REAL PROPERTY APPRAISER III, SR-20__

3. Department __BUDGET & FISCAL SERVICES__
   Division __REAL PROPERTY ASSESSMENT DIVISION__
   Section _____
   Unit __BU-13__

6. Action Requested: ☐ Initial Allocation
   ☒ Reallocation
   ☐ No Change (Revised Description Only)

4. Physical Location __842 BETHEL STREET 2ND FLOOR__

5. Incumbent __PHILIP E. ENGLISH__

7. Description of major duties and responsibilities currently assigned or delegated to the position.
   List only those duties which are part of the regular work of the position throughout the year. List the duties in order of importance or frequency and combine related details. In the column at the right opposite each description of a duty or group of duties, enter the approximate percentage of time devoted to that work.

| | Percentage of time |
|---|---|
| (PLEASE SEE ATTACHED) | |

(Continue on reverse side)

**FOR DEPARTMENT OF PERSONNEL USE ONLY**

.ocation:  Class __Real Property Appraiser IV__   Pay Range __SR-22__   See Report _____
(From __Real Property Appraiser III__)

Approved On __12/02/94__  By __SEE MASTER POSITION DESCRIPTION ON FILE__  Effective Date __3/1/02__
Director of Personnel

BU ____ Incl. ____ Excl. ____ FLSA: C ____        EXHIBIT "R"

PE 00541

MASTER POSITION DESCRIPTION
REAL PROPERTY ASSESSMENT DIVISION
REAL PROPERTY APPRAISER IV, SR-22

I. INTRODUCTION

This position is in the Real Property Assessment Branch of the Real Property Assessment Division, Department of Finance, City and County of Honolulu.

The Real Property Assessment Branch is responsible for the uniform and equitable appraisal and assessment of all real property on Oahu to insure that each taxpayer pays only his fair and proportionate share of the real property tax to be raised.

The Real Property Appraiser IV is a journey level appraiser and conducts appraisals of various types of properties, determines and/or recommends assessment values, and performs other related duties. The incumbent is directly accountable to the Supervising Real Property Appraiser.

II. MAJOR DUTIES AND RESPONSIBILITIES

It is the function of the appraiser to gather much data and estimate value based upon an interpretation of this data and relevant facts.

A. Field Surveys and Field Interviews                              35%

   1. Observe and inspect the topography, size and shape of land parcels, to verify assignment of neighborhood, overages, usable and unusable areas, and any other characteristics needed for valuation. [1] [2]

   2. Inspect and analyze the productivity of land parcels assigned. [1] [2]

   3. Inspect and collect data on the design, physical, and functional aspects of specified buildings to verify general age, condition and life cycle of neighborhood. [1] [2]

   4. Interview and contact buyers and sellers, landlords, occupants of building, contractors, developers, fee appraisers, brokers, and any others to collect, verify and substantiate appraisal data needed. [1]

REAL PROPERTY APPRAISER IV, SR-22
page 2

    5. Collect and verify any other data required to complete appraisals.      25%

B. <u>Neighborhood Analysis</u>

    1. Conduct physical survey of assigned areas, observing and assessing land characteristics, streets, public and private facilities, improvements, and amenities. [1] [2]

    2. Collect and study sale prices, rents, zoning restrictions, and land use activities of assigned areas. [1] [2]

    3. After data collection, assemble parcels into various neighborhoods taking into consideration homogeneity, physical characteristics, street patterns, terrain, and lot sizes. [1] [2]      20%

C. <u>Reconciliation of Appraisal Data and Value Estimates</u>

    1. Make appropriate adjustments to building classifications and land values. [1] [2]

    2. Based on observations and data collected, make highest and best use or actual use analyses. [1] [2]

    3. Process, analyze, and correlate data collected for systematic mass assessment purposes. The microcomputer may be used to facilitate the analysis. [1] [2]

    4. Apply the cost and/or sales comparison approaches to the analyses of the data, to derive a well-supported value indication. [1] [2]

    5. Application of the Income Approach may be made as a check on value for commercial properties.

    6. Adjust valuations to insure equity and fairness in assessing all types of properties. [1] [2]

    7. Prepare supporting sketches, maps, statistical spreadsheets, appraisal summaries, and reports.

PE 00417

REAL PROPERTY APPRAISER IV, SR-22
page 3

    D.   Economic Survey                                     5%

        1.   Collect and analyze data concerning the relationships of current and anticipated supply and demand and the economic ability of the population to purchase for assigned areas. [1] [2]

        2.   Analyze governmental, political, and legal actions which have an impact on property values. [1] [2]

        3.   Compare and analyze the economic factors affecting depreciation of buildings. [1] [2]

    E.   Defend and explain assessments to superiors, taxpayers, and the general public. [1] [2]       5%

    F.   Serve as witness before the Boards of Review, Tax Appeal, Small Claims, Circuit, or Federal Courts in matters relating to property assessments. [1] [2]     5%

    G.   Other Related Assigned Duties                        5%

        1.   Input data to mainframe and microcomputers.

        2.   Process and check exemption claims for assigned areas.

        3.   Process, prepare, and reply to taxpayers queries concerning the assessment process. [1]

        4.   Other duties as required.

NOTES:
   [1]   The performance of this function is the reason that the job exists.
   [2]   The number of other employees available to perform this function is limited.


III. CONTROLS OVER THE POSITION

    The position is supervised by a Supervising Real Property Appraiser (Real Property Appraiser VI).

PE 00418

REAL PROPERTY APPRAISER IV, SR-22
page 4

    Detailed instructions and techniques are given and reviewed with the supervisor when new and more complex assignments are made. Assistance is provided when necessary. These new appraisal assignments are reviewed for reliability and conformance to instructions and prescribed procedures.

    Because of the nature of real property assessment, on-going assignments on land valuations are reviewed with the supervisor to insure uniform equitable treatment and valuation with neighborhoods outside the appraiser's jurisdiction. On-going building valuations are spot checked for conformance with prescribed procedures.

IV. <u>QUALIFICATION REQUIREMENTS OF THE WORK</u>

    Knowledge of principles, techniques, and practices of real property valuation; land development and building construction methods; real estate practices; sources of appraisal data; real property tax laws and related rules and regulations.

    Experience and education substantially equivalent to graduation from a recognized college or university with a major preferably in real estate, business, public administration or economics, and two years of experience in appraising real property of which one year shall have been work performed similar to Real Property Appraiser III.

PE 00419