```
                    IN THE UNITED STATES DISTRICT COURT

                          FOR THE DISTRICT OF HAWAII

 PHILIP E. ENGLISH,                )  CIVIL NO. CV04-00108 SCM KSC
                                   )
           Plaintiff,              )
                                   )
       vs.                         )   VOLUME II
                                   )
 CITY AND COUNTY OF HONOLULU;      )
 GARY T. KUROKAWA;                 )
 ROBERT O. MAGOTA; ANN C. GIMA;    )
 and GK APPRAISALS, INC.;          )
 JOHN DOES 1-10; JANE DOES 1-10;   )
 DOE PARTNERSHIPS;                 )
 DOE CORPORATIONS 1-10; AND        )
 DOE ENTITIES 1-10,                )
                                   )
           Defendants.             )
                                   )


              DEPOSITION OF ROBERT L. K. YOSHIMURA

 RENEAU KENNEDY, Ed.D.           RE: PHILIP E. ENGLISH

 Taken upon written interrogatories for Defendants CITY AND

 COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA,

 and ANN C. GIMA; on Friday, June 03, 2005 commencing at

 12:45 PM; at the offices of CARNAZZO COURT REPORTING COMPANY,

 LTD., 888 Mililani Street, Suite 705, Honolulu, Hawaii 96813;

 pursuant to Notice.

 BEFORE:

 KATHERINE Y. CHOO
 Notary Public, State of Hawaii


 Under the Direction and Control of:
 Louis A. Carnazzo, C.S.R. #110
```

**EXHIBIT "U"**

CARNAZZO COURT REPORTING COMPANY, LTD. (808)532-0222