City and County of Honolulu
Department of Human Resources

# NOTIFICATION OF PERSONNEL ACTION

Name: ENGLISH, PHILIP E                           Dept: BFS-REAL PROP

Social Security: 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                      Alternate Id:

---

**PERSONNEL ACTIONS:** APPOINTMENT

**EFFECTIVE DATE:** 06-01-2000        PROBATION END DATE: 11-30-2000

---

*CHANGES ARE UNDERLINED*

Dept: BFS-RP ASSMT                Begin: 06-01-2000              End:
Position No.: DF486
Appt Type: INITIAL PROBATION
Class: 020551  REAL PROPERTY APPRAISER II
Bargaining Unit: 13 B             Schedule/Grade/Step: SR 18 C
Percent Fulltime: 100.00          Regular:     2,445.00
                                  Differentials:

Dept:                             Begin:                         End:
Position No.:
Appt Type:
Class:
Bargaining Unit:                  Schedule/Grade/Step:
Percent Fulltime:                 Regular:
                                  Differentials:

Dept:                             Begin:                         End:
Position No.:
Appt Type:
Class:
Bargaining Unit:                  Schedule/Grade/Step:
Percent Fulltime:                 Regular:
                                  Differentials:



I certify that the personnel actions reported above have been audited and found to be in compliance with the provisions of the Civil Service and compensation laws and the rules, regulations, and orders adopted thereunder.

                                                                 PE 01683
     _Sandra H. McFarlane_                                       06-05-2000
     Director of Human Resources                                 Transaction Date

Form CS13

EXHIBIT "A"