STATE OF HAWAII

DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS



THE DIRECTOR'S OFFICIAL CERTIFICATION
APPEARS ON THE BACK OF THE FIRST PAGE OF THE
ATTACHED DOCUMENT.

**EXHIBIT "B"**

DOMESTIC PROFIT CORPORATION
MAKE REMITTANCE PAYABLE TO:
FILING FEE: $15.00

# STATE OF HAWAII
## DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
## BUSINESS REGISTRATION DIVISION
1010 Richards Street
Mailing Address: P.O. Box 40, Honolulu, HI. 96810

ORIGINAL–RETURN BY MARCH 31
PENALTY FOR LATE FILING

Your cancelled check is your receip

DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 1992

CORPORATE NAME AND MAILING ADDRESS:

B17 00080404   2- 2/25/93      15.00

GK APPRAISALS, INC.
1225 KAHOA ROAD
HILO HI 96720

If the above mailing address has changed, line out address and type or print the new address on the following line. Give Number, Street, City, State, and Zip Code:

1. **AUTHORIZED CAPITAL**

| CLASS/SERIES | NUMBER |
|---|---|
| COMMON | 20,000 |

**PAID–IN CAPITAL (NUMBER OF SHARES ISSUED)**

| CLASS/SERIES | NUMBER |
|---|---|
| COMMON | 300 |

To Correct the above capital(s), line out and print the correct class/series and numbers on the right.

2. **NATURE OF BUSINESS:**

TO ENGAGE IN THE BUSINESS OF APPRAISING REAL PROPERTY
(To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

3. **OFFICERS/DIRECTORS:**   (List all officers and directors. Every corporation must have a minimum of two individuals as officers. At least one director must be a resident of Hawaii. To correct, line out and print corrections on the right. See instructions on back of form.)

| OFFICE HELD/ DIRECTOR CODE | NAME IN FULL | RESIDENCE ADDRESS: (DO NOT LIST BUSINESS ADDRESS) (INCLUDE NUMBER & STREET, APT. NO., CITY, STATE & ZIP CODE) | |
|---|---|---|---|
| *P/D | KUROKAWA, GORDON T | 1225 KAHOA ROAD | HILO, HI 96720 |
| *V/D | KUROKAWA, GARY T | 1225 KAHOA ROAD | HILO, HI 96720 |
| *S/D | KUROKAWA, KEVIN E | 1225 KAHOA ROAD | HILO, HI 96720 |
| *T/D | KUROKAWA, THELMA T | 1225 KAHOA ROAD | HILO, HI 96720 |



I HEREBY CERTIFY that this is a true and correct copy of the official record(s) of the Business Registration Division.

DIRECTOR OF COMMERCE AND CONSUMER AFFAIRS

Date

FEB 18 11 44 AM '93

RECEIVED
DEPT. OF COMMERCE AND
CONSUMER AFFAIRS
STATE OF HAWAII

BUSINESS REGISTRATION

# CERTIFICATION

I certify under the penalties of Section 415-136, Hawaii Revised Statutes, that I have read the above and:

### CHECK ONLY ONE OF THE FOLLOWING STATEMENTS
[x] The above information is true and correct and no changes are necessary.
[ ] The above information is true and correct with changes so noted.

**DATE:**     Feb. 17, 1993

SIGNATURE OF AUTHORIZED OFFICER,
(if Attorney–in–fact signs, attach power of attorney)

President
(OFFICE HELD)

FILE NO.0086326D1   (File this original copy. Photo copy will not be accepted. Keep photo copy for your records.)
Rev. 12/90

(see reverse side for instructions)

B17
B22

I HEREBY CERTIFY that this is a true and
correct copy of the official record(s) of
the Business Registration Division.

*Mark E. Rechtenwald*

**DIRECTOR OF COMMERCE AND
CONSUMER AFFAIRS**

Date: *November 3, 2005*

DOMESTIC PROFIT CORPORATION
MAKE REMITTANCE PAYABLE TO:
FILING FEE: $15.60

# STATE OF HAWAII
## DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
## BUSINESS REGISTRATION DIVISION
1010 Richards Street
Mailing Address: P.O. Box 40, Honolulu, HI. 96810

ORIGINAL-RETURN BY MARCH 31
PENALTY FOR LATE FILING

Your cancelled check is your receipt

**DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 1992**
CORPORATE NAME AND MAILING ADDRESS:

B17 00080404    2- 2/25/73    15.30

GK APPRAISALS, INC.
1225 KAHOA ROAD
HILO HI 96720

If the above mailing address has changed, line out address and type or print the new address on the following line. Give Number, Street, City, State, and Zip Code:

1. **AUTHORIZED CAPITAL**

| CLASS/SERIES | NUMBER | PAID-IN CAPITAL (NUMBER OF SHARES ISSUED) CLASS/SERIES | NUMBER |
|---|---|---|---|
| COMMON | 20,000 | COMMON | 300 |

To Correct the above capital(s), line out and print the correct class/series and numbers on the right.

2. **NATURE OF BUSINESS:**

TO ENGAGE IN THE BUSINESS OF APPRAISING REAL PROPERTY
(To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

3. **OFFICERS/DIRECTORS:**    (List all officers and directors. Every corporation must have a minimum of two individuals as officers. At least one director must be a resident of Hawaii. To correct, line out and print corrections on the right. See instructions on back of form.)

| OFFICE HELD/ DIRECTOR CODE | NAME IN FULL | RESIDENCE ADDRESS:(DO NOT LIST BUSINESS ADDRESS) (INCLUDE NUMBER & STREET, APT. NO., CITY, STATE & ZIP CODE) | |
|---|---|---|---|
| *P/D | KUROKAWA, GORDON T | 1225 KAHOA ROAD | HILO, HI 96720 |
| *V/D | KUROKAWA, GARY T | 1225 KAHOA ROAD | HILO, HI 96720 |
| *S/D | KUROKAWA, KEVIN E | 1225 KAHOA ROAD | HILO, HI 96720 |
| *T/D | KUROKAWA, THELMA T | 1225 KAHOA ROAD | HILO, HI 96720 |

I HEREBY CERTIFY that this is a true and correct copy of the official record(s) of the Business Registration Division.

DIRECTOR OF COMMERCE AND CONSUMER AFFAIRS

FEB 18 11 44 AM '93

# CERTIFICATION

I certify under the penalties of Section 415-136, Hawaii Revised Statutes, that I have read the above and:

CHECK ONLY ONE OF THE FOLLOWING STATEMENTS
[x] The above information is true and correct and no changes are necessary.
[ ] The above information is true and correct with changes so noted.

DATE:_____ Feb. 17, 1993

SIGNATURE OF AUTHORIZED OFFICER,
(if Attorney-in-fact signs, attach power of attorney)

President

(OFFICE HELD)

FILE NO.0086326D1    (File this original copy. Photo copy will not be accepted. Keep photo copy for your records.)
Rev. 12/90    (see reverse side for instructions)

B17
B22

I HEREBY CERTIFY that this is a true and
correct copy of the official record(s) of
the Business Registration Division.



DIRECTOR OF COMMERCE AND
CONSUMER AFFAIRS

Date: *November 3, 2005*

DOMESTIC PROFIT CORPORATION
MAKE REMITTANCE PAYABLE TO:
FILING FEE: $15.00

# STATE OF HAWAII

DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
BUSINESS REGISTRATION DIVISION

ORIGINAL-RETURN BY MARCH 31
PENALTY FOR LATE FILING

1010 Richards Street          Your cancelled check is your receipt
Mailing Address: Annual Filing, P.O. Box 40, Honolulu, HI. 96810

DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 1993

CORPORATE NAME AND MAILING ADDRESS:

GK APPRAISALS, INC.
1225 KAHOA ROAD
HILO HI 96720

DATE        ID    T SEQ# FILE#    TRAN#
94/03/02 B17   3    63 -LINE 4- 382
TOTAL AMOUNT $         15.00
8632601

If the above mailing address has changed, line out address and type or print the new address on the following line. Give Number, Street, City, State, and Zip Code:

1.  AUTHORIZED CAPITAL

    CLASS/SERIES                    NUMBER
    COMMON                          20,000

    PAID-IN CAPITAL (NUMBER OF SHARES ISSUED)

    CLASS/SERIES                    NUMBER
    COMMON                          300

    To Correct the above capital(s), line out and print the correct class/series and numbers on the right.

2.  NATURE OF BUSINESS:

    TO ENGAGE IN THE BUSINESS OF APPRAISING REAL PROPERTY
    (To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

3.  OFFICERS/DIRECTORS:  (List all officers and directors. Every corporation must have a minimum of two individuals as officers. At least one director must be a resident of Hawaii. To correct, line out and print corrections on the right. See instructions on back of form.)

| OFFICE HELD/ DIRECTOR CODE | NAME IN FULL | RESIDENCE ADDRESS: (DO NOT LIST BUSINESS ADDRESS) (INCLUDE NUMBER & STREET, APT. NO., CITY, STATE & ZIP CODE) | |
|---|---|---|---|
| *P/D | KUROKAWA, GORDON T | 1225 KAHOA ROAD | HILO, HI 96720 |
| *V/D | KUROKAWA, GARY T | 1225 KAHOA ROAD | HILO, HI 96720 |
| *S/D | KUROKAWA, KEVIN E | 1225 KAHOA ROAD | HILO, HI 96720 |
| *T/D | KUROKAWA, THELMA T | 1225 KAHOA ROAD | HILO, HI 96720 |



I HEREBY CERTIFY that this is a true and correct copy of the official record(s) of the Business Registration Division.

Mark E. Rechtenwald

DIRECTOR OF COMMERCE AND CONSUMER AFFAIRS

Date: November 3, 2005

DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS STATE OF HAWAII

Feb 22  2 01 PM '94

RECEIVED
BUSINESS REGISTRATION
DIVISION

# CERTIFICATION

I certify under the penalties of Section 415-136, Hawaii Revised Statutes, that I have read the above and:

CHECK ONLY ONE OF THE FOLLOWING STATEMENTS

[X] The above information is true and correct and no changes are necessary.

[ ] The above information is true and correct with changes so noted.

DATE: 2/17/94

Gordon Kurokawa
SIGNATURE OF AUTHORIZED OFFICER,
(if Attorney-in-fact signs, attach power of attorney)

PRESIDENT
(OFFICE HELD)

FILE NO. 0086326D1
Rev. 12/90

(File this original copy. Photo copy will not be accepted. Keep photo copy for your records.)
(see reverse side for instructions)

B17
B22

I HEREBY CERTIFY that this is a true and correct copy of the original records of the Business Registration Division.

DIRECTOR OF COMMERCE AND
CONSUMER AFFAIRS

Date:

**DOMESTIC PROFIT CORPORATION**

**MAKE REMITTANCE PAYABLE TO:**
FILING FEE $15.00

# STATE OF HAWAII
## DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
### BUSINESS REGISTRATION DIVISION
1010 Richards Street
Mailing Address: Annual Filing, P.O. Box 40, Honolulu, HI. 96810

ORIGINAL-RETURN BY MARCH 31
PENALTY FOR LATE FILING

Your cancelled check is your receipt

JMKK

**DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 1994**

CORPORATE NAME AND MAILING ADDRESS:

GK APPRAISALS, INC.
1225 KAHOA ROAD
HILO HI 96720

DATE      JD    1 SEQ# FILE#    TRAN#
95/03/10 B17   4      591 -LINE 4-3466
TOTAL AMOUNT $         15.00
86326D1

If the above mailing address has changed, line out address and type or print the new address on the following line. Give Number, Street, City, State, and Zip Code:

1. **AUTHORIZED CAPITAL.**

| CLASS/SERIES | NUMBER | PAID-IN CAPITAL (NUMBER OF SHARES ISSUED) | |
|---|---|---|---|
| COMMON | 20.000 | CLASS/SERIES COMMON | NUMBER 300 |

To Correct the above capital(s), line out and print the correct class/series and numbers on the right.

2. **NATURE OF BUSINESS:**

TO ENGAGE IN THE BUSINESS OF APPRAISING REAL PROPERTY
(To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

3. **OFFICERS/DIRECTORS:** (List all officers and directors. Every corporation must have a minimum of two individuals as officers. At least one director must be a resident of Hawaii. To correct, line out and print corrections on the right. See instructions on back of form.)

| OFFICE HELD/ DIRECTOR CODE | NAME IN FULL | RESIDENCE ADDRESS: (DO NOT LIST BUSINESS ADDRESS) (INCLUDE NUMBER & STREET, APT. NO., CITY, STATE & ZIP CODE) | |
|---|---|---|---|
| *P/D | KUROKAWA, GORDON T | 1225 KAHOA ROAD | HILO, HI 96720 |
| *V/D | KUROKAWA, GARY T | 1225 KAHOA ROAD | HILO, HI 96720 |
| *S/D | KUROKAWA, KEVIN E | 1225 KAHOA ROAD | HILO, HI 96720 |
| *T/D | KUROKAWA, THELMA T | 1225 KAHOA ROAD | HILO, HI 96720 |

I HEREBY CERTIFY that this is a true and correct copy of the official record(s) of the Business Registration Division.

*Mark E. Rechtenwald*

**DIRECTOR OF COMMERCE AND CONSUMER AFFAIRS**

Date: *November 3, 2005*

RECEIVED BUSINESS REGISTRATION DIVISION
FEB 24 08 PM '95
DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS STATE OF HAWAII

# CERTIFICATION

I certify under the penalties of Section 415-136, Hawaii Revised Statutes, that I have read the above and:

**CHECK ONLY ONE OF THE FOLLOWING STATEMENTS**

[x] The above information is true and correct and no changes are necessary.
[ ] The above information is true and correct with changes so noted.

**DATE:** Feb. 21, 1995

*Gordon T Kurokawa*
**SIGNATURE OF AUTHORIZED OFFICER,**
(if Attorney-in-fact signs, attach power of attorney)

President
(OFFICE HELD)

**FILE NO.** 0086326D1
Rev. 12/90

(File this original copy. Photo copy will not be accepted. Keep photo copy for your records.)
**(see reverse side for instructions)**

MAR 2

'95  B17
     B22

I HEREBY CERTIFY that this is a true and
correct copy of the official record(s) of
the Business Registration Division.

DIRECTOR OF COMMERCE AND
CONSUMER AFFAIRS

Date:

**DOMESTIC PROFIT CORPORATION**
MAKE REMITTANCE PAYABLE TO:
FILING FEE: $15.00

## STATE OF HAWAII
DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
BUSINESS REGISTRATION DIVISION
1010 Richards Street
Mailing Address: Annual Filing, P.O. Box 40, Honolulu, HI. 96810

ORIGINAL-RETURN BY MARCH 31
PENALTY FOR LATE FILING

Your cancelled check is your receipt

DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 1995
CORPORATE NAME AND MAILING ADDRESS:

GK APPRAISALS, INC.
1225 KAHOA ROAD
HILO HI 96720

DATE    ID   T SEQ# FILE#    TRAN#
96/03/13 B17  4    262 -LINE 4-3858
TOTAL AMOUNT $     15.00
863626D1

If the above mailing address has changed, line out address and type or print the new address on the following line. Give Number, Street, City, State, and Zip Code:

1. **AUTHORIZED CAPITAL**

| CLASS/SERIES | NUMBER | PAID-IN CAPITAL (NUMBER OF SHARES ISSUED) CLASS/SERIES | NUMBER |
|---|---|---|---|
| COMMON | 20,000 | COMMON | 300 |

To Correct the above capital(s), line out and print the correct class/series and numbers on the right.

2. **NATURE OF BUSINESS:**

TO ENGAGE IN THE BUSINESS OF APPRAISING REAL PROPERTY
(To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

3. **OFFICERS/DIRECTORS:**    (List all officers and directors. Every corporation must have a minimum of two individuals as officers. At least one director must be a resident of Hawaii. To correct, line out and print corrections on the right. See instructions on back of form.)

| OFFICE HELD/ DIRECTOR CODE | NAME IN FULL | RESIDENCE ADDRESS:(DO NOT LIST BUSINESS ADDRESS) (INCLUDE NUMBER & STREET, APT. NO., CITY, STATE & ZIP CODE) | |
|---|---|---|---|
| *P/D | KUROKAWA,GORDON T | 1225 KAHOA ROAD | HILO, HI 96720 |
| *V/D | KUROKAWA,GARY T | 1225 KAHOA ROAD | HILO, HI 96720 |
| *S/D | KUROKAWA,KEVIN E | 1225 KAHOA ROAD | HILO, HI 96720 |
| *T/D | KUROKAWA,THELMA T | 1225 KAHOA ROAD | HILO, HI 96720 |



I HEREBY CERTIFY that this is a true and
correct copy of the official record(s) of
the Business Registration Division.

_Mark E. Rechtenwald_

**DIRECTOR OF COMMERCE AND
CONSUMER AFFAIRS**

Date: _November 3, 2005_

## CERTIFICATION

I certify under the penalties of Section 415-136, Hawaii Revised Statutes, that I have read the above and:

CHECK ONLY ONE OF THE FOLLOWING STATEMENTS
[X] The above information is true and correct and no changes are necessary.
[ ] The above information is true and correct with changes so noted.

**DATE:** February 20, 1996

SIGNATURE OF AUTHORIZED OFFICER
(if Attorney-in-fact signs, attach power of attorney)
(File this original. Photo copies not accepted.)
**(see reverse side for instructions)**

President
(OFFICE HELD)

**FILE NO.** 0086326D1
**Rev. 12/95**

B17
B22

I HEREBY CERTIFY that this is a full, true and
correct copy of the original on file
the business on guantamp Division.

DIRECTOR OF CONSERVE
CONSUMER AFFAIRS

Date:

DOMESTIC PROFIT CORPORATION
MAKE CHECK PAYABLE TO:
FILING FEE: $25.00

# STATE OF HAWAII
## DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
### BUSINESS REGISTRATION DIVISION
1010 Richards Street
Mailing Address: Annual Filing, P.O. Box 40, Honolulu, Hi. 96810

ORIGINAL-RETURN BY MARCH 31
PENALTY FOR LATE FILING

DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 1996
CORPORATE NAME AND MAILING ADDRESS:

GK APPRAISALS, INC.
1225 KAHOA RD
HILO HI 96720

DATE      ID    T  SEQ#  FILE#    TRAN#
97/02/28 B17   3   673 -LINE 4-1712
TOTAL AMOUNT $        25.00
86326D1

If the above mailing address has changed, line out address and type or print the new address on the following line. Give
Number, Street, City, State, and Zip Code:

1. **AUTHORIZED CAPITAL**

| CLASS/SERIES | NUMBER | PAID-IN CAPITAL (NUMBER OF SHARES ISSUED) | |
|---|---|---|---|
| COMMON | 20,000 | CLASS/SERIES COMMON | NUMBER 300 |

To Correct the above capital(s), line out and print the correct class/series and numbers on the right.

2. **NATURE OF BUSINESS:**

TO ENGAGE IN THE BUSINESS OF APPRAISING REAL PROPERTY
(To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

3. **OFFICERS/DIRECTORS.** (List all officers and directors. Every corporation must have a minimum of two individuals as officers. At least one director must
be a resident of Hawaii. To correct, line out and print corrections on the right. See instructions on back of form.)

| OFFICE HELD/ DIRECTOR CODE | NAME IN FULL | RESIDENCE ADDRESS (DO NOT LIST BUSINESS ADDRESS) (INCLUDE NUMBER & STREET, APT. NO., CITY, STATE & ZIP CODE) | |
|---|---|---|---|
| P/D | KUROKAWA,GORDON T | 1225 KAHOA ROAD | HILO, HI 96720 |
| V/D | KUROKAWA,GARY T | 1225 KAHOA ROAD | HILO, HI 96720 |
| S/D | KUROKAWA,KEVIN E | 1225 KAHOA ROAD | HILO, HI 96720 |
| T/D | KUROKAWA,THELMA T | 1225 KAHOA ROAD | HILO, HI 96720 |

I HEREBY CERTIFY that this is a true and
correct copy of the official record(s) of
the Business Registration Division.



DIRECTOR OF COMMERCE AND
CONSUMER AFFAIRS

Date: _November 3, 2005_

RECEIVED
BUSINESS REGISTRATION
DIVISION-COUNTER
DEPARTMENT OF
COMMERCE AN
CONSUMER AFFAIRS
STATE OF HAWAII
Feb 25 12 22 PM '97

# CERTIFICATION

I certify under the penalties of Section 415-136, Hawaii Revised Statutes, that I have read the above and
the information is true and correct.

DATE: _Feb. 21, 1997_

_Thelma T. Kurokawa_

SIGNATURE OF AUTHORIZED OFFICER,
(if Attorney-in-fact signs, attach power of attorney)
(File this original. Photo copies not accepted.)
**(see reverse side for instructions)**

_Treasurer_
(OFFICE HELD)

FILE NO. 0086326D1
Rev. 1/97

B17
B22



I HEREBY CERTIFY that this is a true and
correct copy of the official record(s) of
the Licenses Registration Division.

DIRECTOR OF COMMERCE AND
CONSUMER AFFAIRS

Date:

DOMESTIC PROFIT CORPORATION
MAKE CHECK PAYABLE TO:
FILING FEE: $25.00

# STATE OF HAWAII
### DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
### BUSINESS REGISTRATION DIVISION
1010 Richards Street
Mailing Address: Annual Filing, P.O. Box 40, Honolulu, HI. 96810

ORIGINAL-RETURN BY MARCH 31
PENALTY FOR LATE FILING

## DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 1997
CORPORATE NAME AND MAILING ADDRESS:

GK APPRAISALS, INC.
1225 KAHOA RD
HILO HI 96720

| DATE | ID | T SEQ# FILE# | TRAN# |
|------|-----|------|------|
| 98/02/20 | 817 | 4  434 -LINE | 4- 504 |
| TOTAL AMOUNT $ | | | 25.00 |
| 3632601 | | | |

If the above mailing address has changed, line out address and type or print the new address on the following line. Give Number, Street, City, State, and Zip Code:

1. AUTHORIZED CAPITAL

| CLASS/SERIES COMMON | NUMBER 20,000 | PAID-IN CAPITAL (NUMBER OF SHARES ISSUED) CLASS/SERIES COMMON | NUMBER 300 |
|------|------|------|------|

To Correct the above capital(s), line out and print the correct class/series and numbers on the right.

2. NATURE OF BUSINESS:

TO ENGAGE IN THE BUSINESS OF APPRAISING REAL PROPERTY
(To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

3. OFFICERS/DIRECTORS: (List all officers and directors. Every corporation must have a minimum of two individuals as officers. At least one director must be a resident of Hawaii. To correct, line out and print corrections on the right. See instructions on back of form.)

| OFFICE HELD/ DIRECTOR CODE | NAME IN FULL | RESIDENCE ADDRESS: (DO NOT LIST BUSINESS ADDRESS) (INCLUDE NUMBER & STREET, APT. NO., CITY, STATE & ZIP CODE) | |
|------|------|------|------|
| P/D | KUROKAWA,GORDON T | 1225 KAHOA ROAD | HILO, HI 96720 |
| V/D | KUROKAWA,GARY T | 1225 KAHOA ROAD | HILO, HI 96720 |
| S/D | KUROKAWA,KEVIN E | 1225 KAHOA ROAD | HILO, HI 96720 |
| T/D | KUROKAWA,THELMA T | 1225 KAHOA ROAD | HILO, HI 96720 |

I HEREBY CERTIFY that this is a true and correct copy of the official record(s) of the Business Registration Division.



DIRECTOR OF COMMERCE AND CONSUMER AFFAIRS

Date: November 3, 2005



# CERTIFICATION

I certify under the penalties of Section 415-136, Hawaii Revised Statutes, that I have read the above and the information is true and correct.

DATE: February 13, 1998

SIGNATURE OF AUTHORIZED OFFICER,
(if Attorney-in-fact signs, attach power of attorney)
(File this original. Photo copies not accepted.)
(see reverse side for instructions)

FILE NO. 0086326D1
Rev. 1/97

Treasurer/Director
(OFFICE HELD)

B17
B22

I HEREBY CERTIFY that this is a true
correct copy of the official record(s) of
the Business Registration Division.

DIRECTOR OF COMMERCE AND
CONSUMER AFFAIRS

Date:

DOMESTIC PROFIT CORPORATION
MAKE CHECK PAYABLE TO:
FILING FEE: $25.00

# STATE OF HAWAII
## DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
### BUSINESS REGISTRATION DIVISION
1010 Richards Street
Mailing Address: Annual Filing, P.O. Box 40, Honolulu, HI. 96810

ORIGINAL-RETURN BY MARCH 31
PENALTY FOR LATE FILING

**DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 1998**

CORPORATE NAME AND MAILING ADDRESS:

GK APPRAISALS, INC.
1225 KAHOA RD
HILO HI 96720

| DATE | ID | T | SEQ# | FILE# | TRAN# |
|---|---|---|---|---|---|
| 99/03/03 | B17 | 3 | | 124 -LINE | 4-2195 |
| TOTAL AMOUNT $ | | | | 25.00 | |
| 86326D1 | | | | | |

If the above mailing address has changed, line out address and type or print the new address on the following line. Give Number, Street, City, State, and Zip Code:

1. **AUTHORIZED CAPITAL**

| CLASS/SERIES | NUMBER | PAID-IN CAPITAL (NUMBER OF SHARES ISSUED) | |
|---|---|---|---|
| COMMON | 20,000 | CLASS/SERIES | NUMBER |
| | | COMMON | 300 |

To Correct the above capital(s), line out and print the correct class/series and numbers on the right.

2. **NATURE OF BUSINESS:**

TO ENGAGE IN THE BUSINESS OF APPRAISING REAL PROPERTY
(To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

3. **OFFICERS/DIRECTORS:** (List all officers and directors. Every corporation must have a minimum of two individuals as officers. At least one director must be a resident of Hawaii. To correct, line out and print corrections on the right. See instructions on back of form.)

| OFFICE HELD/ DIRECTOR CODE | NAME IN FULL | RESIDENCE ADDRESS (DO NOT LIST BUSINESS ADDRESS) (INCLUDE NUMBER & STREET, APT. NO., CITY, STATE & ZIP CODE) | |
|---|---|---|---|
| P/D | KUROKAWA, GORDON T | 1225 KAHOA RD | HILO HI 96720 |
| V/D | KUROKAWA, GARY T | 1225 KAHOA RD | HILO HI 96720 |
| S/D | KUROKAWA, KEVIN E | 1225 KAHOA RD | HILO HI 96720 |
| T/D | KUROKAWA, THELMA T | 1225 KAHOA RD | HILO HI 96720 |

I HEREBY CERTIFY that this is a true and correct copy of the official record(s) of the Business Registration Division.

*Mark E. Rechtenwald*

**DIRECTOR OF COMMERCE AND CONSUMER AFFAIRS**

Date: *November 3, 2005*

# CERTIFICATION

I certify under the penalties of Section 415-136, Hawaii Revised Statutes, that I have read the above and the information is true and correct.

DATE: February 18, 1999

*Thelma T. Kurokawa*
**SIGNATURE OF AUTHORIZED OFFICER,**
(if Attorney-in-fact signs, attach power of attorney)
(File this original. Photo copies not accepted.)
**(see reverse side for instructions)**

Treasurer
(OFFICE HELD)

FILE NO. 0086326D1
Rev. 1/97

B17
B22

DIRECTOR OF COMMERCE AND
CONSUMER AFFAIRS

DOMESTIC PROFIT CORPORATION
MAKE CHECK PAYABLE TO:
FILING FEE: $25.00

## STATE OF HAWAII
DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
BUSINESS REGISTRATION DIVISION
1010 Richards Street
Mailing Address: Annual Filing, P.O. Box 40, Honolulu, HI. 96810

ORIGINAL-RETURN BY MARCH 31
PENALTY FOR LATE FILING

DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 1999
CORPORATE NAME AND MAILING ADDRESS:

GK APPRAISALS, INC.
1225 KAHOA RD
HILO HI 96720

DATE     ID   T SEQ# FILE#    TRAN#
00/03/01 B17  4    30 -LINE 4-1384
TOTAL AMOUNT $        25.00
8632601

If the above mailing address has changed, line out address and type or print the new address on the following line. Give Number, Street, City, State, and Zip Code:

1. **AUTHORIZED CAPITAL**

| CLASS/SERIES | NUMBER | PAID-IN CAPITAL (NUMBER OF SHARES ISSUED) | |
|---|---|---|---|
| | | CLASS/SERIES | NUMBER |
| COMMON | 20,000 | COMMON | 300 |

To correct the above capital(s), line out and print the correct class/series and numbers on the right.

2. **NATURE OF BUSINESS:**

TO ENGAGE IN THE BUSINESS OF APPRAISING REAL PROPERTY
(To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

3. Street address of the registered office in Hawaii and the name of the registered agent at that address
(If any change, line out and print change on the right)

**OFFICERS/DIRECTORS:** (List all officers and directors. To correct, line out and print corrections on the right. See instructions on back of form.)
FICE HELD/          NAME IN FULL          RESIDENCE ADDRESS:(DO NOT LIST BUSINESS ADDRESS)
CTOR CODE                                 (INCLUDE NUMBER & STREET, APT. NO., CITY, STATE & ZIP CODE)

| OFFICE/DIRECTOR | NAME IN FULL | RESIDENCE ADDRESS | |
|---|---|---|---|
| /D | KUROKAWA,GORDON T | 1225 KAHOA RD | HILO HI 96720 |
| /D | KUROKAWA,GARY T | 1225 KAHOA RD | HILO HI 96720 |
| /D | KUROKAWA,KEVIN E | 1225 KAHOA RD | HILO HI 96720 |
| /D | KUROKAWA,THELMA T | 1225 KAHOA RD | HILO HI 96720 |

## CERTIFICATION

I certify under the penalties of Section 415-136, Hawaii Revised Statutes, that I have read the above and the information is true and correct.

**DATE:** February 23, 2000

_Gordon T. Kurokawa_
AUTHORIZED SIGNATURE

President
(TITLE)

Gordon T. Kurokawa, President
PRINT/TYPE NAME AND TITLE OF SIGNER

**FILE NO.**0086326D1
Rev. 1/2000



(File this original. Photo copies not accepted.)
**(see reverse side for instructions)**

B17
B22

I HEREBY CERTIFY that this is a true and
correct copy of the official record(s) of
the Business Registration Division.



DIRECTOR OF COMMERCE AND
CONSUMER AFFAIRS

Date: _November 3, 2005_

DOMESTIC PROFIT CORPORATION
FILING FEE: $25.00

# STATE OF HAWAII

## DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
### BUSINESS REGISTRATION DIVISION

RETURN ORIGINAL BY MARCH 31
PENALTY FOR LATE FILING

1010 Richards Street
Mailing Address: Annual Filing, P.O. Box 113600, Honolulu, HI. 96811

**DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 2000**
CORPORATE NAME AND MAILING ADDRESS:

> GK APPRAISALS, INC.
> 1225 KAHOA RD
> HILO HI 96720

If the above mailing address has changed, line out address and type or print the new address on the following line. Include City, State, and Zip Code:

1. **AUTHORIZED CAPITAL**

| CLASS COMMON | NUMBER 20,000 | PAID-IN CAPITAL (NUMBER OF SHARES ISSUED) CLASS COMMON | NUMBER 300 |
|---|---|---|---|

To correct the above capital(s), line out and print the correct class and numbers on the right.

2. **NATURE OF BUSINESS:**
> TO ENGAGE IN THE BUSINESS OF APPRAISING REAL PROPERTY
> (To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

3. Street address of the registered office in Hawaii and the name of the registered agent at that address.
(See reverse for instructions.) (If any change, line out and print change on the right.)

4. **OFFICERS/DIRECTORS:** (List all officers and directors. To correct, line out and print corrections on the right. See reverse for instructions.)

| OFFICE HELD/ DIRECTOR CODE | NAME IN FULL | ADDRESS (INCLUDE CITY, STATE & ZIP CODE) |
|---|---|---|
| P/D | KUROKAWA, GORDON T | 1225 KAHOA RD    HILO HI 96720 |
| S/D | KUROKAWA, GARY T | 1225 KAHOA RD    HILO HI 96720 |
| S/D | KUROKAWA, KEVIN E | 1225 KAHOA RD    HILO HI 96720 |
| T/D | KUROKAWA, THELMA T | 1225 KAHOA RD    HILO HI 96720 |

☑ **NO CHANGES:** Do not check this box if changes have been made above. (Checking this box means there are no changes reported. The Department will not be held responsible for any changes made to this report.)

## CERTIFICATION

I certify under the penalties of Section 415-136, Hawaii Revised Statutes, that I have read the above, the information is true and correct, and I am authorized to sign this report.

DATE: 3/4/01

*Thelma T. Kurokawa*

Signature of authorized officer, attorney-in-fact
for an officer, or receiver or trustee
(if the corporation is in the hands of a receiver or trustee)

*Thelma T. Kurokawa*
Print Name

FILE NO.0086326D1
Rev. 1/2001

B17
B22
2000

**File this original**
**(SEE REVERSE SIDE FOR INSTRUCTIONS)**



I HEREBY CERTIFY that this is a true and
correct copy of the official record(s) of
the Business Registration Division.



DIRECTOR OF COMMERCE AND
CONSUMER AFFAIRS

Date: _November 3, 2005_

DOMESTIC PROFIT CORPORATION
FILING FEE: $25.00

## STATE OF HAWAII

DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
BUSINESS REGISTRATION DIVISION
1010 Richards Street
Mailing Address: Annual Filing, P.O. Box 113600, Honolulu, HI. 96811

RETURN ORIGINAL BY MARCH 31
PENALTY FOR LATE FILING

DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 2001
CORPORATE NAME AND MAILING ADDRESS:

GK APPRAISALS, INC.
1225 KAHOA RD
HILO HI 96720

If above mailing address has changed, line out and print change to the right.
If address of principal office differs from the above mailing address, state the address of the principal office.   Give
Number, Street, City, State and Zip Code:_____

1. **AUTHORIZED CAPITAL**

| CLASS | NUMBER | PAID-IN CAPITAL (NUMBER OF SHARES ISSUED) CLASS | NUMBER |
|---|---|---|---|
| COMMON | 20,000 | COMMON | 300 |

To correct the above capital(s), line out and print the correct class and numbers on the right.

2. **NATURE OF BUSINESS:**

TO ENGAGE IN THE BUSINESS OF APPRAISING REAL PROPERTY
(To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

3. Street address of the registered office in Hawaii and the name of the registered agent at that address.
(See reverse for instructions.) (If any change, line out and print change on the right.)

03/07

OFFICERS/DIRECTORS:     (List all officers and directors. To correct, line out and print corrections on the right. See reverse for instructions.)

| FICE HELD/ CTOR CODE | NAME IN FULL | ADDRESS (INCLUDE CITY, STATE & ZIP CODE) | |
|---|---|---|---|
| P/D | KUROKAWA,GORDON T | 1225 KAHOA RD | HILO HI 96720 |
| /D | KUROKAWA,GARY T | 1225 KAHOA RD | HILO HI 96720 |
| S/D | KUROKAWA,KEVIN E | 1225 KAHOA RD | HILO HI 96720 |
| /D | KUROKAWA,THELMA T | 1225 KAHOA RD | HILO HI 96720 |

☒ **NO CHANGES:  Do not check this box if changes have been made above. (Checking this
box means there are no changes reported. The Department will not be
held responsible for any changes made to this report.)**

### CERTIFICATION

I certify under the penalties of Section 414-20, Hawaii Revised Statutes, that I have read the above, this
information is true and correct, and I am authorized to sign this report.

DATE: 2/21/02

_Thelma T. Kurokawa_

Signature of authorized officer, attorney-in-fact
for an officer, or receiver or trustee
(if the corporation is in the hands of a receiver or trustee)

Thelma T. Kurokawa 
**Print Name**

RECEIVED 2001 MAR 21 P 3 DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS BUSINESS REGISTRATION DIVISION

FILE NO.0086326D1
Rev. 1/2002

B17
B22
2001

**File this original
(SEE REVERSE SIDE FOR INSTRUCTIONS)**

I HEREBY CERTIFY that this is a true and
correct copy of the official record(s) of
the Business Registration Division.

*Mark E. Rechtenwald*

DIRECTOR OF COMMERCE AND
CONSUMER AFFAIRS

Date: *November 3, 2005*

DOMESTIC PROFIT CORPORATION
FILING FEE: $ 25.00

H

# STATE OF HAWAII
## DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
### BUSINESS REGISTRATION DIVISION
1010 Richards Street
Mailing Address: Annual Filing, P.O. Box 113600, Honolulu, HI. 96811

RETURN ORIGINAL BY MARCH 31
PENALTY FOR LATE FILING

DOMESTIC PROFIT CORPORATION ANNUAL REPORT AS OF JANUARY 1, 2003
CORPORATE NAME AND MAILING ADDRESS:

GK APPRAISALS, INC.
1225 KAHOA RD
HILO HI 96720

If the above mailing address has changed, line out and print change to the right.
If address of principal office differs from the above mailing address, state the address of principal office. Include City, State, and Zip
Code: _____

1. AUTHORIZED SHARES  (To correct line out and print the correction to the right.)

| CLASS | NUMBER | CLASS | TOTAL NUMBER OF SHARES ISSUED |
|---|---|---|---|
| | | | NUMBER |
| COMMON | 20,000 | COMMON | 300 |

2. NATURE OF BUSINESS:     TO ENGAGE IN THE BUSINESS OF APPRAISING REAL PROPERTY
(To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

3. Street address of the registered office in Hawaii and the name of the registered agent at that address.
(See reverse for instructions.)(If any change, line out and print change on the right.)

GORDON T. KUROKAWA
341 KULANA STREET
HILO HI 96720 .

4. OFFICERS/DIRECTORS:    (List all officers and directors. To correct, line out and print corrections on the right. See reverse for instructions.)

| OFFICE HELD/ DIRECTOR CODE | NAME IN FULL | ADDRESS (INCLUDE CITY, STATE & ZIP CODE) |
|---|---|---|
| P/D | KUROKAWA,GORDON T | 1225 KAHOA RD  HILO HI 96720 |
| V/D | KUROKAWA,GARY T | 1225 KAHOA RD  HILO HI 96720 |
| S/D | KUROKAWA,KEVIN E | 1225 KAHOA RD  HILO HI 96720 |
| T/D | KUROKAWA,THELMA T | 1225 KAHOA RD  HILO HI 96720 |

[xx]  NO CHANGES:   Do not check this box if changes have been made above. (Checking this box means there
are no changes reported.  The Department will not be held responsible for any changes
made to this report.)

## CERTIFICATION

I certify under the penalties of Section 414-20, Hawaii Revised Statutes, that I have read the above, the
information is true and correct, and I am authorized to sign this report.

DATE: Feb. 22, 2003        _Thelma T. Kurokawa_

Signature of authorized officer, attorney-in-fact
for an officer, or receiver or trustee
(if the corporation is in the hands of a receiver or trustee)

Thelma T. Kurokawa
Print Name

FILE NO.  0086326D1
Rev. 1/2003

File this Original
(SEE REVERSE SIDE FOR INSTRUCTIONS

2003        B17
            B22

Page   1 of 2

I HEREBY CERTIFY that this is a true and
correct copy of the official record(s) of
the Business Registration Division.



DIRECTOR OF COMMERCE AND
CONSUMER AFFAIRS

Date: _November 3, 2005_

DOMESTIC PROFIT CORPORATION
FILING FEE: $ 25.00

H

**STATE OF HAWAII**
DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
BUSINESS REGISTRATION DIVISION
1010 Richards Street
Mailing Address: Annual Filing, P.O. Box 113600, Honolulu, HI. 96811

RETURN ORIGINAL BY MARCH 31
PENALTY FOR LATE FILING

DOMESTIC PROFIT CORPORATION ANNUAL REPORT AS OF JANUARY 1, 2004
CORPORATE NAME AND MAILING ADDRESS:

GK APPRAISALS, INC.
1225 KAHOA RD
HILO HI 96720

If the above mailing address has changed, line out and print change to the right.
If address of principal office differs from the above mailing address, state the address of principal office. Include City, State, and Zip
Code: _____

1. AUTHORIZED SHARES
(To correct line out and print the correction to the right.)

TOTAL NUMBER OF SHARES ISSUED

| CLASS | NUMBER | CLASS | NUMBER |
|-------|--------|-------|--------|
| COMMON | 20,000 | COMMON | 300 |

2. NATURE OF BUSINESS:  TO ENGAGE IN THE BUSINESS OF APPRAISING REAL PROPERTY

(To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

3. Street address of the registered office in Hawaii and the name of the registered agent at that address.
(If any change, line out and print change on the right. See reverse for instructions.)

GORDON T. KUROKAWA
341 KULANA STREET
HILO HI 96720

4. OFFICERS/DIRECTORS: List all officers and directors. (To correct, line out and print corrections to the right. See reverse for instructions.)

| OFFICE HELD/ DIRECTOR CODE | NAME IN FULL | ADDRESS (INCLUDE CITY, STATE & ZIP CODE) |
|---|---|---|
| P/D | KUROKAWA,GORDON T | 1225 KAHOA RD  HILO HI 96720 |
| V/D | KUROKAWA,GARY T | 1225 KAHOA RD  HILO HI 96720 |
| S/D | KUROKAWA,KEVIN E | 1225 KAHOA RD  HILO HI 96720 |
| T/D | KUROKAWA,THELMA T | 1225 KAHOA RD  HILO HI 96720 |

☑ **NO CHANGES:** Do not check this box if changes have been made above. (Checking this box means there are no changes reported. The Department will not be held responsible for any changes made to this report.)

**CERTIFICATION**

I certify under the penalties of Section 414-20, Hawaii Revised Statutes, that I have read the above, the information is true and correct, and I am authorized to sign this report.

DATE: 3.3 c.1

_Thelma T Kurokawa_
Signature of authorized officer, attorney-in-fact
for an officer, or receiver or trustee
(if the corporation is in the hands of a receiver or trustee)

_Thelma T Kurokawa_
Print Name

FILE NO.  0086326D1
Rev. 1/2003

2004      B17
          B22



**File this Original**
**(SEE REVERSE SIDE FOR INSTRUCTIONS)**



I HEREBY CERTIFY that this is a true and
correct copy of the official record(s) of
the Business Registration Division.

Mark E. Rechtenwald

DIRECTOR OF COMMERCE AND
CONSUMER AFFAIRS

Date: November 3, 2005

Received Business Registration Division   2005 FEB 21 P 08:52
Department of Commerce and Cor... ner Affairs, State of Hawaii

DOMESTIC PROFIT CORPORATION
FILING FEE: $25.00

SJ

**STATE OF HAWAII**

Internet Filing

DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
BUSINESS REGISTRATION DIVISION
335 Merchant Street
Mailing Address: Annual Filing, P.O. Box 113600, Honolulu, HI 96811

DOMESTIC PROFIT CORPORATION ANNUAL REPORT AS OF: January 1, 2005

CORPORATE NAME AND MAILING ADDRESS:

GK APPRAISALS, INC.
1225 KAHOA STREET
HILO, HI 96720

If address of principal office differs from the above mailing address, state the address of the principal office.

1.  AUTHORIZED SHARES                            TOTAL NUMBER OF SHARES ISSUED

| CLASS | NUMBER | CLASS | NUMBER |
|-------|--------|-------|--------|
| COMMON | 20,000 | COMMON | 300 |

2.  NATURE OF BUSINESS:

TO ENGAGE IN THE BUSINESS OF APPRAISING REAL PROPERTY

3.  Street address of the registered office in Hawaii and the name of the registered agent at that address. (If any change, line out and print change on the right. See reverse for instructions.) After any changes made, the street addresses of its registered office and agent shall be identical.

GORDON KUROKAWA
1225 KAHOA STREET
HILO, HI 96720

4.  OFFICERS/DIRECTORS

| Office Held/<br>Director Code | Name in Full | Address | |
|---|---|---|---|
| P/D | KUROKAWA,GORDON T | 1225 KAHOA RD | HILO HI 96720 |
| V/D | KUROKAWA,GARY T | 1225 KAHOA RD | HILO HI 96720 |
| S/D | KUROKAWA,KEVIN E | 1225 KAHOA RD | HILO HI 96720 |
| T/D | KUROKAWA,THELMA T | 1225 KAHOA RD | HILO HI 96720 |

☐ **NO CHANGES:**   Do not check this box if changes have been made above. (Checking this box means there are no changes reported. The Department will not be held responsible for any changes made to this report.)

**CERTIFICATION**

I certify under the penalties of Section 414-20, Hawaii Revised Statutes, that I have read the above, the information is true and correct, and I am authorized to sign this report.

02/21/2005
Date

THELMA T. KUROKAWA
Signature

FILE NO. 86326D1
Rev. 7/2005



EREBY CERTIFY that this is a true and
rect copy of the official record(s) of
the Business Registration Division.

Mark E. Rechtenwald

**DIRECTOR OF COMMERCE AND
CONSUMER AFFAIRS**

Date: *November 3, 2005*