City and County of Honolulu
Department of Human Resources

# NOTIFICATION OF PERSONNEL ACTION

Name: ENGLISH, PHILIP E                            Dept: BFS-REAL PROP

Social Security: 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                       Alternate Id:

---

**PERSONNEL ACTIONS:** REALLOCATION-PROBATIONARY - NEW

**EFFECTIVE DATE:** 02-01-2001        PROBATION END DATE: 07-31-2001

---

*CHANGES ARE UNDERLINED*

Dept: BFS-RP ASSMT                Begin: 06-01-2000        End: 01-31-2001
Position No.: DF486
Appt Type: PERMANENT
Class: 020551 REAL PROPERTY APPRAISER II
Bargaining Unit: 13 B              Schedule/Grade/Step: SR 18 C
Percent Fulltime: 100.00           Regular:    2,445.00
                                   Differentials:

Dept: BFS-RP ASSMT                Begin: 02-01-2001        End:
Position No.: DF486
Appt Type: NEW PROBATION
Class: 020552 REAL PROPERTY APPRAISER III
Bargaining Unit: 13 B              Schedule/Grade/Step: SR 20 C
Percent Fulltime: 100.00           Regular:    2,643.00
                                   Differentials:

Dept:                             Begin:                   End:
Position No.:
Appt Type:
Class:
Bargaining Unit:                   Schedule/Grade/Step:
Percent Fulltime:                  Regular:
                                   Differentials:



RECEIVED MAR 7 2001
C&C DEPARTMENT OF FINANCE
REAL PROPERTY ASSESSMENT BRANCH

I certify that the personnel actions reported above have been audited and found to be in compliance with the provisions of the Civil Service and compensation laws and the rules, regulations, and orders adopted thereunder.

_____                          01-25-2001
for Director of Human Resources                    Transaction Date

Form CS13

EXHIBIT "C"                                         PE 00571