DUE   AUG 25 2000

| CITY AND COUNTY OF HONOLULU<br>DEPARTMENT OF CIVIL SERVICE | DEPARTMENT/DIVISION | | |
|---|---|---|---|
| **PROBATIONARY<br>PERFORMANCE<br>EVALUATION REPORT** | DEPARTMENT OF BUDGET AND FISCAL SERVICES | | 3 MON |
| | NAME OF EMPLOYEE<br><br>ENGLISH, PHILIP E | RATING PERIOD<br><br>INITIAL   06/01/00 | TO: 08/31/00 |
| | POS. NO.<br>DF-486 | TITLE OF POSITION<br>REAL PROPERTY APPRAISER II | |

## PROBATIONARY PERFORMANCE EVALUATION REPORT

Civil Service Rule 6.1(a) requires the Appointing Authority to have the performance of each probationary employee evaluated in writing at the end of every three months during the probationary period including any extension thereof. A performance evaluation is not required when an employee is terminated prior to the completion of the three months or prior to the completion of the probationary period.

Civil Service Rule 6.3(a) mandates all performance evaluation reports of probationary employees, including the three month evaluation(s), be transmitted to the Department of Civil Service for filing.

| PERFORMANCE<br>FACTORS | EXCELLENT | EXCEEDS<br>REQUIREMENTS | MEETS<br>REQUIREMENTS | BELOW<br>REQUIREMENTS |
|---|---|---|---|---|
| 1.   QUANTITY<br>OF WORK | | | X | |
| 2.   QUALITY<br>OF WORK | | | X | |
| 3.   ATTITUDE<br>TOWARD<br>WORK | | X | | |
| 4.   RELATIONSHIP<br>WITH<br>PEOPLE | | | X | |
| 5.   SUPERVISION<br>OF<br>EMPLOYEES | | | | |

(To be used ony in evaluating supervisory and/or administrative personnel)

### COMMENTS
Recognition for superior work; suggestions for improving performance.

During the past 3 months, Philip has been attending training sessions and appraisal courses and has accompanied an experienced appraiser in field checking building permits. He will be assisting with loading building permit data into the CAMA file, validating sales data, field checking building permits for completion and assisting the land benchmarks for the 2001 assessment year.

Philip has an easy going personality and shows a willingness to learn new things.

07/18/00     Preventing Sexual Harassment
07/25/00     Mandatory Emergency Shelter Management –
08/10/00     Working Drug Free is our Responsibility

**IAS – Integrated Assessment System**
06/22/00-06/23/00     IAS Cama Data Entry for Appraisers

**IAAO**
06/26/00-06/30/00     Residential Modeling Concepts
07/10/00-07/14/00     Fundamentals of Mass Appraisal

**CERTIFICATE OF EMPLOYEE**
This performance evaluation report has been discussed with me.

_(signature)_     SIGNATURE     8/9/2000 DATE

RECEIVED   AUG 1 1 2000
C&C DEPARTMENT OF FINANCE
REAL PROPERTY ASSESSMENT BRANCH

**CERTIFICATE OF SUPERVISOR**
This report constitutes my best evaluation of this employee based on personal observation and knowledge of the employee's work during the probationary period.

_(signature)_     SIGNATURE     REAL PROPERTY APPRAISER VI     TITLE OF POSITION     8/9/2000 DATE

**CERTIFICATE OF APPOINTING AUTHORITY OR DESIGNATED REPRESENTATIVE**
I have reviewed the performance evaluation report of this employee, and I am: (check one)
☐ Continuing the probationary status for the established probationary period.
☐ Adjusting the probationary period for _____ month(s). (See CS Rule 5.3C)
☐ Extending the probationary period for _____ month(s). (See CS Rules 5.3A & B)
☐ Terminating the probationary appointment.

_(signature)_     SIGNATURE     REAL PROPERTY ADMINISTRATOR     TITLE OF POSITION     DATE

## EXHIBIT "E"

FORM NO. 42 (REV. 1/86)     EMPLOYEE COPY