# CITY AND COUNTY OF HONOLULU
## DEPARTMENT OF HUMAN RESOURCES
### PERFORMANCE EVALUATION REPORT

| DEPARTMENT/DIVISION | | |
|---|---|---|
| DEPARTMENT OF BUDGET AND FISCAL SERVICES | | |
| NAME OF EMPLOYEE | EVALUATION PERIOD | |
| ENGLISH, PHILIP E | 06-01-01 TO 05-31-02 | |
| POS. NO. | TITLE OF POSITION | |
| DF486 | REAL PROPERTY APPRAISER III | |

| PERFORMANCE FACTORS | EXCELLENT | EXCEEDS REQUIREMENTS | MEETS REQUIREMENTS | BELOW REQUIREMENTS | COMMENTS — RECOGNITION FOR SUPERIOR WORK; SUGGESTIONS FOR IMPROVING PERFORMANCE |
|---|---|---|---|---|---|
| 1. QUANTITY OF WORK | | | X | | (PLEASE SEE ATTACHED) |
| 2. QUALITY OF WORK | | | X | | |
| 3. ATTITUDE TOWARD WORK | | | X | | |
| 4. RELATIONSHIP WITH PEOPLE | | | X | | |
| 5. SUPERVISION OF EMPLOYEES (To be used only in evaluating supervisory and/or administrative personnel) | | | | | |

Employee's Performance Rating is:   [X] Satisfactory   [ ] Substandard

**CERTIFICATE OF EMPLOYEE**
This performance evaluation report has been discussed with me.
_signature_   4/12/02

**CERTIFICATE OF SUPERVISOR**
This report constitutes my best evaluation of this employee based on personal observation and knowledge of the employee's work during the evaluation period.
_signature_   REAL PROPERTY APPRAISER VI   4/12/02

**CERTIFICATE OF APPOINTING AUTHORITY OF DESIGNATED REPRESENTATIVE**
have reviewed the performance evaluation report of this employee:
_signature_   REAL PROPERTY ADMINISTRATOR   4/22/02

EXHIBIT "J"

PE 00544

English, Philip E. DF-486
Real Property Appraiser III
Evaluation Period 06/01/01-05/31/02

During this performance evaluation period, Philip has been working in an Appraiser III position and has recently been reallocated to the Appraiser IV position commensurate with his assigned duties. He has continued to be assigned the responsibility for all of the Waikiki area condominiums. He is involved in the review and preparation for a case at the Tax Appeal Court. He has completed the analysis for the 2002 assessments. He currently has approximately 866 individual appeals to resolve.

As previously noted in earlier reports, Philip's background and foundation in the real estate profession have been valuable especially in preparation for court. While he has continued to progress in his learning of office procedures, he seems to be having some difficulties in organizing and prioritizing the many and varied tasks associated with his position. He often disagrees with established office work processes and has voiced his opinion as to how he believes things may better be accomplished and resists completing tasks in the prescribed manner. While his opinions and input are appreciated and noted, he needs to appreciate that there are constraints we need to work within and that focusing his energies on accomplishing his assigned duties within these constraints is a more productive pursuit.

He gets along with his fellow employees and is polite in his dealings with taxpayers and appellants.

Philip's work meets the minimum requirement of the position, and a satisfactory rating is recommended.

### Other Personnel Training Courses
09/05/01     Mandatory Sexual Harassment Policy

### IAS – Integrated Assessment System
05/22/01     Calp/Land Pricing
05/29/01     IAS Income Valuation Overview
06/13/01     CDU Rating System
06/14/01     IAS Selected Sales Validation

### IAAO
12/11/01-    Uniform Standards of Practice Professional Ethics Class Information
12/13/01

PE 00545

English, Philip E. DF-486
Real Property Appraiser III
Evaluation Period 06/01/01-05/31/02

**Response to comments**

**Work "Exceeds Requirements"**

The evaluation period is the one-year period beginning June 2001 through May 2002. During the year under evaluation I have been performing tasks over and above the Appraiser III level. Ann Gima my supervisor advised me to not continue to perform the tasks outside of my working class. Robert Magota the Assessor also acknowledged that I was working beyond my class.

It was due to this fact that effort was made for me to be reallocated to the Appraiser IV position. Therefore, I believe that it would be appropriate that the evaluation state that I have been working in a manner that "exceeds requirements".

**"Resists Completing Assignments in the Prescribed Manner"**

The second paragraph of the narrative begins by stating that my "background and foundation in the real estate profession have been valuable". It goes on to state that I am continuing to learn office procedures, having difficulty organizing and prioritizing tasks associated with the position, and resists completing tasks in the prescribed manner. It also states that I disagree with established office work processes and have voiced my opinion.

None of these have been brought to my attention by my supervisor. If they had been I would have an opportunity to make the appropriate adjustments. I feel disappointed that it is being written in a performance review without having the opportunity to find out about it sooner.

In fact the opposite has been the case. I have written e-mails requesting guidance on procedures and have often times been caught between efforts of trying to prepare for trial as well as carrying out other duties. I have yet to receive a response from those e-mails requesting guidance.

**"Focus Energies on Accomplishing Assigned Duties"**

One example of lack of guidance was while preparing for trial. An expert report was required by the court to be submitted by a certain date. At the same time I was responsible for "declaration" forms sent out to nearly 2,000 taxpayers. I was working long hours to accomplish both of these goals the best that I could.

I was called in to a meeting with Gary Kurokawa whereby Gary advised me that I was taking too much initiative and that I needed to work within the boundaries of my work class. This meant that I could not be an expert witness at trial and that I would not be

able to complete the required expert report. I asked Gary who would do it and he told me not to worry about it. The deadline was only a couple of weeks away. I did as I was told and stopped working on it.

Another week went by before Gary realized and was urged on by corporation counsel that a report had to be done. There was no one else who could do it. At this point it was determined that I should be reallocated to an Appraiser IV and that I would be given authorization to work over time so that I could complete the report.

I was ready and willing to do whatever job was required of me to do. But it was the lack of foresight, insight, and leadership on behalf of management that caused great confusion. I feel that it is inappropriate to state that I have lack of focus when this may be more of a management problem.

"Has Voiced His Opinions"

From the first day that I worked at this office it has been stated by the assessment administrator, and the assessor, that there is an open door policy to come into their offices at any time and to voice our opinions and views. This would be a positive policy in any office whereby management and employees have open communication.

It is known by the administrator, the assessor, and individuals within the office, that I have extensive appraisal experience and management experience. I have more management experience than the administrator, the assessor, and any of the supervisors (with the exception of Mike Okamoto).

I was interviewed for the administrator position, the assessor position, and to put it into one of the interviewers for the recent supervisor opening (Appraiser VI) that not one of the other applicants was even close in the interview.

During my interview for the administrator position the director impressed upon me that the office needs radical changes. During my interview for the assessor position Gary Kurokawa stated that there were exciting changes coming and that it would be an exciting time to be working at this office. Bob Magota stated to me that the office was looking for "outside" appraisers to bring in fresh new blood with market experience.

It is evident that there are serious problems in this office in terms of "established" office practices. I hoped to be part of positive change in this office. I believed that new ideas and comments were encouraged. I feel a great failure that I have not been able to be a more positive influence on this office.

I request that the performance standard be changed to "EXCEEDS REQUIREMENTS" and that the negative comments be removed from the record.

Respectfully,

Phil English

PE 00543