| | | |
|---|---|---|
| KAISER PERMANENTE | MR#: | 633194 |
| | NAME: | ENGLISH, PHILIP E |
| HAWAII | DOB: | 10/26/1954   AGE: 47Y |
| | UC LOC: | HAK |

DATE OF VISIT: 10/25/2002

SUBJECTIVE
Philip injured his left foot about 2-1/2 weeks ago. He is quite better now.

OBJECTIVE
On examination today, he has some ecchymosis over his foot. He has surprisingly good motion.

DIAGNOSTIC DATA
X-rays show an avulsion fracture off the medial aspect of his MTP joint.

ASSESSMENT
Medial MTP joint fracture. The patient has an avulsion fracture. At this point, he is doing well.

PLAN
1. There is not much I can do for him differently.
2. Just have him use his foot in a limited capacity.
3. He will work on range of motion and strengthening. I think it will bother him for the next 2-3 months and he may end up with some slight decreased motion in the future. Not much else we can do for him at this time.

MARK SANTI, M.D.
MS/io
D: 10/25/2002 10:02:52
T: 10/25/2002 10:24:18
Job Id: 516110/MRN: 633194

PROGRESS NOTE
Page 1 of 1

Original

EXHIBIT "P"

Date Printed:    04/04/2005                                             Time Printed:    12:46:04

**KAISER PERMANENTE**
HAWAII REGION
Medical Group, P. C.

Patient Chart for:  PHILIP E. ENGLISH                                   MRN:  633194

```
Ordered By: STRONGOSKY, GREGORY (7848)MEDDOC
Description:
    RD FOOT LT COMPLETE
Observation Date: 10-07-2002 08:44:00
Interpretation Date: 02-18-6414 00:00:00
Interpretation:

    LEFT FOOT.
    FINDINGS:There is an avulsion fracture noted at the base of the
    proximal phalanx of the great toe.
    JUNG H. KIM, M.D.
    egh

Interpreted by: KIM, JUNG, H (278)MEDDOC
```

**Copy To:**    STRONGOSKY, GREGORY (7848)MEDDOC

Page 5  / 40

0023 3861 10/01

SCANNED/CIS



**KAISER PERMANENTE.** HAWAII REGION
**Same Day Care Clinic (SDCC)**
**Medical Screening/Order Form**

(Page 1 of 1)   Format: Time - Military  Date - MM/DD/CCYY

MR #: 63 31 94 / 633194
Name: ENGLISH, PHILIP. E
Sex/BD: M  10 26 1954
Encounter: 100702

Date: 10/7/02  Time: 8:11  PCP: WMC / IHAK  Age: 47
Chief Complaint: R foot sprained (L) big toe
Triage Time: 815  BP 139/86  P 61  R 16  Temp 97.2  Wt ___  SpO₂ ___
Assessment: L foot (L) big toe bent backwards as pt stepped down on foot, toe caught, hotel calls w/ bent toe back. Here today 2° pain
PMH: Kidney CA, fingers  Meds: Denis on 1 med  Allergies: morphine
Last td:   Visual Acuity: OD ___  OS ___   Notified: ☐ Family ☐ Police   Latex: ☐ Yes ☐ No
Disposition: Ortho 2
Time seen by MD: ___  MA/Tech/Nurse's Sig: M Crowley

**Physician's Orders**
☐ NPO
☐ Ortho VS
☐ Monitor  Rhythm
☐ Peak Flow  Pre / Post
☐ EKG
☐ ABG  Attempts / Site
☐ Foley
☐ NG  Heme
☐ Dex Stick  Result

**Lab** ☐ CBC ☐ DIFF
☐ BUN ☐ Glucose ☐ CR ☐ Lytes
☐ CPK ☐ Troponin ☐ PT/PTT
☐ TYSE ☐ HCG ☐ ABORH
☐ LFTS ☐ Amylase
☐ UA ☐ UCG ☐ Urine Tox
☐ Dig ☐ Dilantin ☐ Tylenol

**X-Rays**
(L) foot
(Big toe trauma)
Intravenous ___
O₂
☐ Restraints  Type:
☐ Procedural Sedation
☐ tD 0.5 ml IM

**Nursing Notes:** ___

**Additional Orders:**

Resident's Sig:
SDCC Practitioner's Sig:
Init ___ Nurse's Sig: ___  Prov.# (if any)  Init ___ Med Clerk / MA / Tech / Rn's Sig ___ Prov.# (if any)

633  4  ENGLISH, PHILIP             SCANNED/CIS

## AUTHORIZATION FOR MEDICAL CARE, RELEASE OF INFORMATION AND FINANCIAL AGREEMENT

A. I believe that I am suffering from a condition requiring immediate care, and hereby authorize Kaiser to provide such medical care limited to diagnostic and treatment procedure to be performed on me by and under the supervision of the attending physician as named on the reversed side and/or such aides and assistants as he may select. I understand that medicine is not an exact science and acknowledge that no guarantees have been given to me concerning the outcome of the diagnostic and treatment procedures to which I am hereby consenting.

I acknowledge that it has been explained to me that the diagnostic and treatment procedures to be provided are limited to immediate medical care, and that it may be necessary for me to select another physician and obtain from him a complete diagnosis of my condition and such continued treatment as he may prescribe.

B. **RELEASE OF INFORMATION:** The hospital is authorized to furnish from patient's record requested information or excerpts to any insurer of patient or to any representative of the hospital.

C. **FINANCIAL AGREEMENT:** In consideration of hospital and medical services rendered to the patient, the undersigned, whether he signs as a patient, spouse, or personal representative of the patient, agrees to pay any and all charges for such services upon presentation of a statement of charges. Default in the payment of any installment when due shall make the entire debt due and payable.

This financial agreement covers charges for services and/or goods received and processed as of this date. Any additional charges related to this visit will be billed separately and will be payable according to the terms of this agreement.

D. **TELEPHONE CONSENT:** Date _____ Time of Call _____ Number _____

Destination _____

Identity of adult person granting consent _____

Contingencies of granted consent _____

Identity of person calling from clinic _____

Witness to conversation via ext. phone _____

*THE UNDERSIGNED CERTIFIES THAT HE HAS READ AND UNDERSTANDS THE FOREGOING, ACCEPTS AND AGREES TO ABIDE BY ITS TERMS.*

Date __A/7/02__ Hour __02/0__ Signed __[signature]__
                                        Patient

Witness __[signature]__ Signed _____
                                 Patient's Parent or Representative

                                 _____
                                 Relationship to Patient

---

PARENTS PERMISSION FOR PELVIC EXAMINATION: I hereby authorize and give permission to Kaiser and attending physicians to perform a pelvic examination on _____

who is my _____ Signed _____
                                          Patient's Parent or Representative

---

### REFUSAL OF DRUGS, TREATMENTS OR PROCEDURES RELEASE

I/We, the undersigned, refuse to have the drugs, treatments or procedures listed below administered to or performed on

myself or _____, patient, who is my _____
even though it has been ordered by the physician. I have been informed of and understand the risk involved in this refusal and hereby release the Kaiser Foundation Hospital, Kaiser Foundation Health Plan, Inc. and Hawaii Permanente Medical Group, Inc (Kaiser Permanente), its staff and attending physician from any liability for any ill effects which might result from this refusal.

Refused _____
        Indicate name of drug, treatment or procedure refused

Date _____ Hour _____ Signed _____ Age _____
                                                Patient, Parent, or Legal Guardian (Specify which)

Witness _____ Signed _____
                                       Other parent if patient is a minor

SCANNED/CIS   63 31 94

© 1995-99 E.S.C.

(Circle) Positives  ✓ Check Normals  Backslash Negatives

MR #:  UC LOG:
NAME: ENGLISH, PHILIP, E   H1
B.D. 10 26 1954

HON SCC   100722

**KAISER PERMANENTE®**
**EMERGENCY PHYSICIAN RECORD**
Foot or Ankle Injury  (4)  Page 1 of 2
Template ___ of ___  Account # ___

DATE: 10/7/02  TIME SEEN: ___
HISTORIAN: (patient) __spouse __paramedics
__HX / __EXAM LIMITED BY: ___

☑ Nursing Assessment & Vital Signs Noted.  ☐ Tetanus immun. current.

**PHYSICAL EXAM**  __Alert
Distress: __NAD __mild __moderate __severe

### HPI
**chief complaint**
__ankle  R / L
(foot)  R / L

**location of injury:**
__R 1 2 3 4 5 digit (foot)
(L) 2 3 4 5 digit (foot)

**duration / occurred:**
__just prior to arrival
__today
(yesterday)
___ days PTA

**where occurred:**
__home   __school
__neighbor's  __park
__work   __street

**context:**
__fell  (twisted)  __direct blow / crush  __incised  __burn

**severity of pain:**  __mild  (moderate)  __severe

**ROS**  __tingling / numbness distally  __suspected FB in skin lac
__unable / painful weight bearing

### PAST HISTORY: __negative
__peptic ulcer___

Meds- __none / __see nurses note
Allergies- __NKDA / __see nurses note

### NEURO-VASCULAR-TENDON
__no vascular  __see diagram
   compromise  __abnml color / warmth / cap refill
         __pulse deficit
__sensation intact  __sensory deficit
__motor intact  __motor deficit
__ROM nml  __ROM limited by pain / tendon injury

**SKIN**  __see diagram
__intact

**GAIT**  __limited by pain / unable to bear weight
__normal  __antalgic gait
   __gait not tested due to pain

(FEET &)  see diagram
**ANKLES**  (swelling / tenderness / ecchymosis)
__nml inspection  bony point-tenderness
__ankle stable  __laxity of ligaments (ant. drawer)

**LEGS**  __see diagram
__nml inspection  __swelling / tenderness / ecchymosis
   __bony point-tenderness

**KNEES**  __swelling / tenderness / ecchymosis
__nml inspection  __bony point-tenderness
__stable  __effusion
   __limited ROM
   __ligamentous instability

**THIGHS/HIPS**  __tenderness / swelling
__nml inspection  __bony point-tenderness
   __limited hip ROM

**HEAD / ENT**  __tenderness
__nml inspection  __swelling / ecchymosis
__pharynx nml
**NECK / BACK**  __tenderness
__nml inspection  __swelling / ecchymosis
__non-tender

**CHEST**  __tenderness
__no resp. distress  __swelling / ecchymosis
__non-tender
__breath snds nml
**ABDOMEN**  __guarding
__non-tender  __swelling / ecchymosis
__no organomegaly

White(with Blue Ink) - Chart-OMR / Progress Notes   Dept   Referral   Patient Accounting

0007-7583 (Rev. 5/99)

SCANNED/GIS

MR #: 63 31 94   Page 2 of 2

NAME: ENGLISH, PHILIP, E
B.D.: M  10 26 1954   NI

### WOUND DESCRIPTION / REPAIR
length_____ cm   location_____
distal NVT: ___sensation nml distally ___motor nml distally
            ___vascular intact   ___no muscle/tendon injury
depth/shape/contamination:
___superficial ___linear ___stellate ___contused tissue
___SQ ___irregular ___skieved ___nail avulsed
___muscle ___flap
___clean ___contaminated minimally / moderately / *heavily
___contaminated with_____

ANESTHESIA: ___LET / TAC ___local ___digital / metacarpal block
___lidoc 1% 2% epi / bicarb ___marcaine .25% .5% epi

WOUND PREP
___Shur-Clens / Betadine / Hibiclens ___debrided
___irrigated / washed with saline   minimal / *mod. / *extensive
  minimal / mod. / *extensive ___undermined
                                minimal / mod. / *extensive
___wound explored ___wound margins revised
___foreign material removed ___*vermilion border aligned
  *partially *completely ___multiple flaps aligned
  minimal / mod. / *extensive

WOUND REPAIR
  SKIN  #_____ -0 nylon / prolene / staples
        ___interrupted ___running ___simple ___mattress (h/v)
  NAIL BED #_____ -0 vicryl
        ___interrupted ___running ___simple ___mattress (h/v)
  OTHER #_____ -0 material
        ___interrupted ___running ___simple ___mattress (h/v)
*may indicate intermediate repair  **may indicate intermediate or complex repair

PROGRESS:_____
___referred to / discussed with Dr._____
   will see patient in: office / ED / hospital in_____ days
___Rx prescribed_____

RESIDENT'S SIGNATURE_____

**FACULTY:** ___pt seen / examined ___resident's hx reviewed
HX-..................
PX-..................

**CLINICAL IMPRESSION:** Fall   Alleged Assault
Contusion / Hematoma / Sprain / Laceration
  R / L    knee    ankle    foot
Fracture  R / L
  tibia  fibula  bimalleolar  trimalleolar  talus  calcaneus
  navicular  metatarsal:_____  toe: 1
Dislocation  R / L
  ankle  toe  great 2nd 3rd 4th small

phalanx prx

DISPOSITION- ☐home ☐admit ☐morgue ☐transfer_____
             ☐AMA ☐other_____
STATUS OF - ☐unchanged ☐improved ☐stable ☐critical
DISCHARGE   ☐expired_____

ATTENDING SIGNATURE_____ 7E46

---

### XRAYS ☐Interp. by me ☐Reviewed by me ☐Discsd w/radiologist
R / L   foot   ankle_____
___normal / NAD      ___DJD
___no fracture       ___dislocation_____
___nml alignment     ___soft-tissue swelling  (+)
___no foreign body   ___foreign body_____
                     ___fracture  prox big
                                  toe phalanx
                                  fx

Other ☐See separate report

### PROCEDURE NOTES:
**ANKLE**
  ___ace wrap / tape ___boot orthosis ___crutches ___post-op shoe
  ___air cast ___neoprene sleeve
  ___splint: sugar-tong / posterior  OCL / Ortho-glass / plaster
  ___applied by ED Physician / Orthopedist / Tech

**OTHER**
  ___toes "buddy-taped"
  ___subungual hematoma drained with electrocautery

T=Tenderness  S=Swelling
E=Ecchymosis  B=Burn
C=Contusion  Lac=Laceration
A=Abrasion  M=Muscle spasm
PW=puncture wound
(∅=without m=mild mod=moderate s=severe)
Example: Tsv, A = Tenderness on palpation (severe) and Abrasion



Ankle Injury -12

## KAISER PERMANENTE. HAWAII REGION

**Same Day Care Clinic (SDCC) Discharge Instructions and Prescription Form**

(page 1 of 1)

Format:
Time: Military
Date: MM/DD/CCYY

**KAISER PERMANENTE.**
Prescription Order Form

Same Day Care Clinic (SDCC)
1010 Pensacola St.
Honolulu, HI., 96814
Phone: 432-2100

Non Safety Caps Available at The Pharmacy On Request

MR #: 633194    UC Loc: ___
Name: ENGLISH, PHILIP
Sex/BD: 63 31 94
Address: ENGLISH, PHILIP E
Date: 10 26 1954
Encounter #:

☐ Formulary equivalent not to be used   ☐ No discharge medication
PLEASE USE SEPARATE FORM FOR EACH CLASS II DRUG

| # | DISCHARGE MEDICATIONS/SUPPLIES | STRENGTH | INSTRUCTIONS | NUMBER |
|---|---|---|---|---|
| 1 | | | | |
| 2 | Vicodin | T | TT p/q4 pr | #20 |
| 3 | Motrin 800mg | | po q8 pr pn | (twenty) #20 |
| 4 | | | | |

Signature: ___
DEA #: BS2246616
Print Name: Sornowsky

SCANNED/CIS
Prov # ___

---

**Kaiser Permanente Same Day Care Clinic (SDCC) Discharge Instructions**

Print Patient's Name: VC ✓ ORTHO 1→2 UC
Follow up with: ___ (MD/Dept)
at (Clinic location) MCA    Telephone # 432-8800
follow-up in ___ Day(s) ___ Week(s) ___ As needed ___

ORIGINAL RETAINED IN PAPER CHART
on the next business day for

**Diagnosis:** ___
**Treatment Given:** ___
**Instructions Given:**  ☐ Head Injury  ☐ Splint/Cast  ☐ Vomiting/Diarrhea
                        ☐ Fever       ☐ Laceration/Wound Care  ☐ Other: ___

**If your conditions worsens, Return to SDCC Department or call your Physician.**

☐ You have been given a medicine in the SDCC Department that may impair you ability to drive or operate machinery.

**Other Instructions:** ___

---

**KAISER PERMANENTE.**    **WorkSlip**

**Disabled for work**  ☒ Yes  ☐ No    Date Disability Began: 10/07/2002    Return to Work on: 10/09/2002    **Work Status**  ☐ Full  ☒ Limited

Restrictions: ___

I have received, read and understand the above instructions and diagnosis

X ___
Printed name of Patient, Parent or Guardian

X Phil E...    734-3121
Signature of Patient, Parent or Guardian    Phone #

Date: 10/7/02    Time: 854

X ___ Doctor's Signature    Prov # ___
X ___ Nurse's Signature    Prov # ___

0021 9270  4/00    White-1 - Patient    White-2 - OMR/SDCC    Canary - Consult/Referral    Pink - SDCC Dept    Goldenrod - Med Insurance