COPY

1  IN THE UNITED STATES DISTRICT COURT

2  FOR THE DISTRICT OF HAWAII

3  PHILIP E. ENGLISH,                    ) CIVIL NO. CV04-00108 SCM KSC
                                         )
4         Plaintiff,                     )
                                         )
5     vs.                                ) VOLUME II
                                         )
6  CITY AND COUNTY OF HONOLULU;          )
   GARY T. KUROKAWA;                     )
7  ROBERT O. MAGOTA; ANN C. GIMA;        )
   and GK APPRAISALS, INC.;              )
8  JOHN DOES 1-10; JANE DOES 1-10;       )
   DOE PARTNERSHIPS;                     )
9  DOE CORPORATIONS 1-10; AND            )
   DOE ENTITIES 1-10,                    )
10                                       )
          Defendants.                    )
11 _____)

12
           DEPOSITION OF ROBERT L. K. YOSHIMURA
13
   RENEAU KENNEDY, Ed.D.          RE: PHILIP E. ENGLISH
14
   Taken upon written interrogatories for Defendants CITY AND
15
   COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA,
16
   and ANN C. GIMA; on Friday, June 03, 2005 commencing at
17
   12:45 PM; at the offices of CARNAZZO COURT REPORTING COMPANY,
18
   LTD., 888 Mililani Street, Suite 705, Honolulu, Hawaii 96813;
19
   pursuant to Notice.
20
   BEFORE:
21
   KATHERINE Y. CHOO
22 Notary Public, State of Hawaii

23

   Under the Direction and Control of:
24 Louis A. Carnazzo, C.S.R. #110

25
           EXHIBIT "T"

DEPARTMENT OF BUDGET AND FISCAL SERVICES

# CITY AND COUNTY OF HONOLULU

REAL PROPERTY ASSESSMENT DIVISION
842 BETHEL STREET 2ND FLOOR • HONOLULU, HAWAII 96813
PHONE: (808) 527-5502 • FAX (808) 521-7647
WWW.CO.HONOLULU.HI.US

JEREMY HARRIS
MAYOR



IVAN M. LUI-KWAN
DIRECTOR

CHRIS A. DIEBLING
DEPUTY DIRECTOR

GARY T. KUROKAWA
ADMINISTRATOR

February 4, 2003

TO:     MICHAEL GOLOJUCH, ADMINISTRATIVE SERVICES OFFICER

FROM:   GARY T. KUROKAWA, ADMINISTRATOR
          REAL PROPERTY ASSESSMENT DIVISION

RE:     WORKPLACE VIOLENCE

    I have received a formal written filing of a workplace violence complaint under the City's workplace violence policies.

    As indicated in the complaint, due to the possible accusations of a perceived persecution or retaliatory nature of this complaint I am requesting the Department of Budget and Fiscal Services personnel officer and the Department of Human Resources directly address the employee's concerns.

    Attached is the original complaint. If you have any questions regarding this communication, please call me at 527-5502.

GARY T. KUROKAWA
Administrator
Real Property Assessment Division

GTK:dw

ATCH 2

RENEAU KENNEDY RE PHILIP ENGLISH

338

1/29/03

I have reviewed the City and departmental policies on workplace violence and would like to submit a report of a situation which I feel warrants attention.

Over the course of approximately one year, Philip English has displayed unacceptable behaviors (raising his voice & other outbursts) for which he has been verbally counseled.

I believe that he has irrational beliefs of "persecution" / "retaliation" which have recently escalated into a situation where it has been brought to my attention that he has made intimidating/coercive phone calls to a fellow employee. This situation has reached a level where I am concerned that future behaviors and actions may become more "violent" in nature.

All of the above mentioned has been brought to the attention of my superiors.

Additionally, co-workers who are aware to varying degrees of the ongoing situation have expressed fears as to his behavior. They have been made aware of the option of individually filing a report.

Respectfully,

*[signature]*
Ann C. Gima

```
                                                                        6
 1    STATE OF HAWAII                    )
                                         )SS.
 2    CITY & COUNTY OF HONOLULU          )

 3        I, KATHERINE Y. CHOO, a Notary Public in and for the

 4    State of Hawaii, do hereby certify:
                       June 3, 2005              12:45 PM
 5        That on _____, at _____,
                                    Robert L. K. Yoshimura
 6    personally appeared before me _____,

 7    the witness whose deposition is contained herein; that prior

 8    to being examined, the witness was by me duly sworn; that the

 9    deposition was taken upon written interrogatories, a copy of

10    which was served upon opposing counsel pursuant to Court

11    rules; that the interrogatories were propounded to the witness

12    by me as hereinbefore noted, and that the witness made the

13    answers as contained herein.

14        That the witness was notified by the notary either

15    verbally, through counsel, by mail, or by telephone to appear

16    and sign; that if the deposition is not signed, either the

17    reading and signing of the deposition were waived by the

18    witness, by stipulation of all parties, or the deponent has

19    failed to appear and the original deposition is therefore

20    retained by noticing counsel without signature pursuant to

21    Court rules.

22        I further certify that I am not attorney for any of the

23    parties hereto, and that I am in no way interested in the

24    event of said action.
                      June 3, 2005
25    DATED: _____

              /s/ Katherine Y. Choo
              KATHERINE Y. CHOO
              NOTARY PUBLIC, State of Hawaii
              My Commission Expires: February 15, 2008
```

CARNAZZO COURT-REPORTING COMPANY. LTD. (808) 532-0222

# C E R T I F I C A T E

7

I, LOUIS A. CARNAZZO, a Certified Shorthand Reporter in and for the State of Hawaii, do hereby certify:

That the deposition upon written interrogatories contained herein was prepared under my direction and control.

I further certify that I am not attorney for any of the parties hereto, and that I am in no way interested in the event of said action.

*[signature]*

LOUIS A. CARNAZZO, C.S.R. #110
Certified Shorthand Reporter