# EXHIBIT "V" RESERVED