2/21/03                                    Randy Hiraki

Shown on wall when we came in (on projector
Dilbert Cartoon

Dilbert: "I work for an unethical Company"
          Does that make me a bad person?
Dogbert: You're loathsome and despicable.
          You would be cured in the curd shoes.
Why did that seem so rehearsed?
That's all I think about when we go for walks.


Late last year Randy told he was in charge of
training.
  - What is most important to train & when?
  - Too many days of training? End of year crunch
  - Tie training to job classifications
        Human resources / union?


I. Ethics / Appraisers get dumped on
   Appeals (all you dumped on / Trial)
     (I get dumped on by my supervisor regularly)
  - Are we like other city employees in the city?
      we are revenue producing / new computers / printers
  - One of Gary's goals to make RPA separate !!
        (This is what I told Gary from the beginning)
        If Mayor asks you to do something wrong
      "Chris Graff — report him to Ethics
        Martin — get a tape recorder
  Randy "could report to ethics but it
          wouldn't be practical ?!!        PE 00211

2

What would you do?
Keith - "Do what's right"
Randy - "wants to make sure no one has recording device on?, This is just between us."

If they put it in writing do it?
  That is what Randy says.

Christine should be handled and discuss within the office.

Take it through the chain and a meeting of the minds

✗ ⟨It is <u>unethical</u> As an Appraisers to accept an assignment with a predetermined value⟩

Conversation ended with no conclusion.