


EXHIBIT "AA1"