1

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                   FOR THE DISTRICT OF HAWAII
 3
 4   PHILIP E. ENGLISH,              ) CIVIL NO. 04-00108
 5              Plaintiff,           ) JMS/KSC
 6         vs.                       )
 7   CITY AND COUNTY OF HONOLULU;    )
 8   GARY T. KUROKAWA; ROBERT O.     )
 9   MAGOTA; ANN C. GIMA; AND        )
10   GK APPRAISALS, INC.; JOHN       )
11   DOES 1-10; JANE DOES 1-10;      )
12   DOE PARTNERSHIPS; DOE           )
13   CORPORATIONS 1-10; AND DOE      )
14   ENTITIES 1-10,                  )
15              Defendants.          )
16   _____ )
17
18          DEPOSITION OF LINDA H.Y.L. KNOWLES
19   Taken on behalf of the Plaintiff at the offices of
20   Moseley Biehl Tsugawa Lau & Muzzi, Alakea Corporate
21   Tower, 23rd Floor, 1100 Alakea Street, Honolulu,
22   Hawaii, commencing at 9:04 a.m., on Friday,
23   July 28, 2006, pursuant to Notice.
24
25         BEFORE:  Cristina V. Llewellyn, RPR, CSR 343
```

RALPH ROSENBERG COURT REPORTERS, INC.
(808) 524-2090

**EXHIBIT "BB"**

1  what it means.  Can you tell me in general what that
2  system is or was?
3      A.   It's if you feel that the unit -- you can use
4  it if you feel that the unit either is in better
5  condition or lesser condition than a typical unit, as
6  well as its uses; you feel that there's something with
7  the property that -- say you have a building where --
8  I had a -- I had a building where the elevator didn't
9  go all the way up to the top floor, so the people on
10 the top floor had to walk up the stairs.  So that was
11 like a place where you could account for something like
12 that.
13     Q.   Okay.  When did that system come into effect?
14     A.   I believe the CDU has always been in the IAS
15 system as a field.
16     Q.   Has there been any change in recent years in
17 that system?
18     A.   I don't know.  I don't remember there being a
19 change.
20     Q.   Did you ever go to a meeting in which
21 somebody was conducting some sort of a training program
22 and there was a cartoon of a whistle-blower displayed
23 at the beginning of the meeting?
24     A.   I remember that.
25     Q.   Okay.  And can you tell me what that cartoon

1   was?

2      A.   Not specifically.  It was something about
3   whistle blowing.

4      Q.   Okay.  Do you remember the import of the
5   cartoon at all?

6      A.   I just remember it was Randy Hiraki.  And I
7   don't know.  He -- I -- I don't really understand what
8   that had to do with the meeting, but I remember the
9   cartoon being up on the screen.

10      Q.   Okay.  And it was Randy Hiraki that was
11   conducting a training session?

12      A.   I believe Randy did the whole training
13   session.  He may have done part of the training
14   session.

15      Q.   Okay.  And do you remember what the training
16   session was supposed to be about?

17      A.   I do not.

18      Q.   Okay.  But it wasn't about whistle blowing.

19      A.   I don't think so.  That's why I was puzzled.
20   That's why I remember Randy doing it because it didn't
21   make sense to me.

22      Q.   Wasn't the import of the cartoon sort of if
23   you want to be a whistle-blower you should sort of mind
24   your own business instead?

25           MR. LORUSSO:  Objection.  Calls for

1  speculation; argumentative; lacks foundation; assumes
2  facts not in evidence.
3      A.   I have no idea.  Like I said, I remember
4  Randy putting it up because it didn't make any sense
5  to me why he would have it, thought that was funny or
6  whatever.  I have no idea what was in Randy's mind.
7      Q.   How do you know it was about whistle
8  blowing?
9      A.   I think it said it on the cartoon.  I'm not
10 sure.  But it was -- it was something that was obvious
11 to me that's what it was about.
12     Q.   Do you know how many people were at that
13 meeting?
14     A.   I would assume either half the staff to maybe
15 all the staff.  Probably half the staff.
16     Q.   Do you remember when that meeting was?
17     A.   No, I do not.
18     Q.   Was it toward the end of Phil's tenure at the
19 assessment division?
20     A.   I don't remember.
21     Q.   Is there anything else you remember about
22 this meeting?
23     A.   I just remember thinking that was kind of odd
24 for Randy to -- and I couldn't figure out what he was
25 trying to say because it had nothing to do with the

1  meeting, which I can't remember what it was about. But
2  it's just one of those things that you kind of
3  remember.
4       Q.   Did you ever ask anybody -- did you ever ask
5  Randy why he did that?
6       A.   No, I did not.
7       Q.   Did you ever ask anybody else?
8       A.   I think a couple of us scratched our heads
9  and said, huh?
10      Q.   Did you discuss it with anybody else at the
11 meeting?
12      A.   Probably some of the girls afterwards.
13      Q.   Some of the girls meaning whom?
14      A.   More than likely Julie or Carole or Ann, one
15 of them. Yeah, we still couldn't figure it out, what
16 it was about.
17      Q.   Do you remember who else besides Randy
18 conducted that meeting?
19      A.   No. I don't even remember what the rest of
20 the meeting was about.
21      Q.   Any other occasion in which there were any
22 references to whistle blowing in sort of meetings of
23 any part of the assessment division?
24      A.   No.
25      Q.   Okay. Do you know if anybody got disciplined

1   for displaying that cartoon about whistle-blowers?

2        A.   Not that I know of.

3        Q.   Did you notice people laughing about that?

4        A.   There may have been some people laughing, but
5   I don't recall specifically.

6        Q.   Did you laugh?

7        A.   I don't think so.  I was more puzzled than
8   anything else.

9        Q.   Would it be fair to say that when you looked
10  at it you thought it was a joke, you didn't get the
11  joke?

12       A.   Yeah, pretty much.

13       Q.   Okay.  Do you think it was a joke?

14       A.   I have no idea what was going on in Randy's
15  mind or why he -- why he chose to show it.

16       Q.   What was Randy's job at that time?

17       A.   I think at that time Randy was probably in
18  property technical.

19       Q.   And was it their job to conduct seminars and
20  training sessions?

21       A.   For some of them, yes.

22       Q.   Okay.  Was that Randy's job?

23       A.   I think so.

24       Q.   When was the first time you met Mike
25  Golojuch?

```
1    STATE OF HAWAII       )
2                          ) SS
3    COUNTY OF HONOLULU    )
4           I, Cristina V. Llewellyn, Certified Shorthand
5    Reporter and Notary Public, State of Hawaii, hereby
6    certify there came before me the deponent herein,
7    namely, LINDA H.Y.L. KNOWLES, who was by me duly sworn
8    to testify to the truth concerning the matters in this
9    cause.
10          I further certify that the foregoing
11   transcript is a true and accurate transcript of my
12   original stenographic and recorded notes as taken at
13   said time and place to the best of my knowledge and
14   ability.
15          IN WITNESS WHEREOF, I have hereunto set my
16   hand and affixed my notarial seal this  3rd  day of
17     august      , 2006.
18
19                    _____
20                    Cristina V. Llewellyn
21                    RPR, CSR 343
22                    Notary Public
23                    My Commission Expires: 04/19/09
24
25
```