2/27/03

This has been a heck of a day. The things at this office are getting really weird. My fellow employees are avoiding me like the plague and now it seems that BFS higher ups are getting into it.

Now I have been called into a meeting with Mike G. over "complaints" about me. He said there were a couple of complaints Workplace violence? If anything the violence has been perpetrated against me! Since I made a complaint about Chris G. and Gary k's actions I have been falsley accused of things, I have been called into meetings w/ Bob M. and Ann G. under false pretenses, I have had unwarranted negative reviews and even extended probations I feel incredibly abused! I have been harrassed, intimidated, and retaliated against and made into a backstabber, Lyer, and even I that I have had my proffessional talents defamed. This whole thing has been a nightmare all because I spoke up about GK appraisals + Chris G.

EXHIBIT "CC"

If people in the office are afraid they are either afraid to go against management or they are afraid they might lose their job

PE 00013