Phone discussion with Chuck Totto of the Ethics Commission on 02/28/2003.

After meeting with English, I called Totto of the Ethics Commission to verify whether English had filed a complaint with them. Totto indicated that he had and that they were investigating his complaint. Although Totto could not discuss the details of the complaint or his investigation, he seemed to be supportive of English (just my opinion from his tone of voice). I did ask him if anything in his investigation so far had found any of English's complaints to be true. He acknowledged yes. I also ask if his investigation so far had found any of English's complaints to be false, and he answered no. So, it appears there is an element of truth to what English is alleging.

**EXHIBIT "DD"**

RENEAU KENNEDY RE PHILIP ENGLISH                                317

```
                                                                      6
1    STATE OF HAWAII                    )
                                        )SS.
2    CITY & COUNTY OF HONOLULU          )

3        I, KATHERINE Y. CHOO, a Notary Public in and for the

4    State of Hawaii, do hereby certify:
                   June 3, 2005              12:45 PM
5        That on _____, at _____,
                                    Robert L. K. Yoshimura
6    personally appeared before me _____,

7    the witness whose deposition is contained herein; that prior

8    to being examined, the witness was by me duly sworn; that the

9    deposition was taken upon written interrogatories, a copy of

10   which was served upon opposing counsel pursuant to Court

11   rules; that the interrogatories were propounded to the witness

12   by me as hereinbefore noted, and that the witness made the

13   answers as contained herein.

14       That the witness was notified by the notary either

15   verbally, through counsel, by mail, or by telephone to appear

16   and sign; that if the deposition is not signed, either the

17   reading and signing of the deposition were waived by the

18   witness, by stipulation of all parties, or the deponent has

19   failed to appear and the original deposition is therefore

20   retained by noticing counsel without signature pursuant to

21   Court rules.

22       I further certify that I am not attorney for any of the

23   parties hereto, and that I am in no way interested in the

24   event of said action.
                       June 3, 2005
25       DATED: _____

                    [signature: Katherine Y. Choo]
                    KATHERINE Y. CHOO
                    NOTARY PUBLIC, State of Hawaii
                    My Commission Expires: February 15, 2008
```

CARNAZZO COURT-REPORTING COMPANY, LTD. (808) 532-0222

# CERTIFICATE

7

I, LOUIS A. CARNAZZO, a Certified Shorthand Reporter in and for the State of Hawaii, do hereby certify:

That the deposition upon written interrogatories contained herein was prepared under my direction and control.

I further certify that I am not attorney for any of the parties hereto, and that I am in no way interested in the event of said action.

_____
LOUIS A. CARNAZZO, C.S.R. #110
Certified Shorthand Reporter