DEPARTMENT OF BUDGET AND FISCAL SERVICES

# CITY AND COUNTY OF HONOLULU

REAL PROPERTY ASSESSMENT DIVISION
842 BETHEL STREET 2ND FLOOR * HONOLULU. HAWAII 96813
PHONE: (808) 527-5502 * FAX (808) 521-7647
WWW.CO.HONOLULU.HI.US



JEREMY HARRIS
MAYOR

IVAN M. LUI-KWAN
DIRECTOR

CHRIS A. DIEBLING
DEPUTY DIRECTOR

GARY T. KUROKAWA
ADMINISTRATOR

April 9, 2003

Mr. Philip E. English
1741 Ala Moana Blvd, Unit 22
Honolulu, Hawaii 96815

Dear Mr. English:

Subject:  Annual Performance Evaluation Review

We are requesting your attendance at a meeting to discuss your annual performance evaluation report.  The purpose of the evaluation is to assess the performance of an employee during the rating period to ensure the employee meets the requirements of the position.  This evaluation report covers the rating period from June 1, 2002 to May 31, 2003.

This meeting will be held on April 17, 2003, Thursday, at 10:00 a.m., on the third floor of the Bethel Street office.

Sincerely,

Robert O. Magota
Real Property Assessor

cc:    Ms. Ann Gima
       Mr. Michael Golojuch

PE 00709

EXHIBIT "EE"