DEPARTMENT OF HUMAN RESOURCES

# CITY AND COUNTY OF HONOLULU

550 SOUTH KING STREET
HONOLULU, HAWAII 96813

JEREMY HARRIS
MAYOR



CHERYL K. OKUMA-SEPE
DIRECTOR

April 17, 2003

Mr. Roger S. Moseley
CASE BIGELOW & LOMBARDI
737 Bishop Street, Suite 2600
Honolulu, Hawaii 96813

Re:   Philip English

Dear Mr. Moseley:

Thanks for your letter of April 16, 2003 regarding Philip English. Following are answers to the questions posed in your letter:

1. We are pleased Mr. English will be attending the evaluation with Dr. Kennedy tomorrow. We have obtained a subpoena for his Kaiser records and will forward them to Dr. Kennedy upon receipt. Hopefully, her report will be available within a few days of her evaluation.

2. Our decision on compensability will depend heavily on Dr. Kennedy's report. Hopefully, her findings will be clear and all parties can understand any decision that is made.

3. The workers' compensation process is painfully slow, especially in claims such as Mr. English's. However, because of his cooperation, we were able to fast tract his claim and obtain a rather quick appointment for his evaluation. This usually takes several weeks, or even months. Unfortunately, I am not aware of any resources within the City that could assist Mr. English financially at this time.

EXHIBIT "GG"

CC 001389

Mr. Roger S. Moseley
April 17, 2003
Page 2

4. Mr. English will need to pay his portion of his health insurance plan, which usually comes out of his paycheck. If he fails to do this, and there are no funds available, such as accumulated vacation or sick leave benefits, Kaiser will terminate his coverage. Mr. English should check with the payroll clerk in his department to arrange for this payment.

5. I spoke with Robert Magota regarding the annual performance evaluation. He will put this on hold until after the workers' compensation matter is addressed.

6. With your permission, I will go over to Mr. English's desk and place all of his personal belongings into a box that he can pick up in my office.

7. Mr. English should forward all doctor reports and "off-work slips" to me in the Department of Human Resources.

8. Although this is an adversarial claim with the City, Mr. English has fully cooperated with the workers' compensation process and has done all he needs to do for the moment.

I will be out of the office until next Friday, April 25th. I will check with Dr. Kennedy at that time regarding the status of her report.

Thank you for your assistance in this matter.

Sincerely,

THOMAS RIDDLE
Workers' Compensation Administrator

CC 001390