```
                IN THE UNITED STATES DISTRICT COURT

                      FOR THE DISTRICT OF HAWAII

----------------------------------  )
PHILIP E. ENGLISH,                  )
                                    )
          Plaintiff,                )
                                    )
     v.                             ) Civil No.
                                    ) 04-00108 JMS/KSC
CITY AND COUNTY OF HONOLULU; GARY   )
T. KUROKAWA; ROBERT O. MAGOTA; ANN  )
C. GIMA; and GK APPRAISALS, INC.;   )
JOHN DOES 1-10; JANE DOES 1-10; DOE )
PARTNERSHIPS 1-10; DOE CORPORATIONS )
1-10; AND DOE ENTITIES 1-10,        )
                                    )
          Defendant.                )
                                    )
----------------------------------  )
```

DEPOSITION OF CAROLE KAMISATO

Taken on behalf of the Plaintiff, at 1100 Alakea Street, 23rd Floor, commencing at 9:06 a.m., on August 4, 2006, pursuant to Notice.

BEFORE:    JESSICA R. PERRY, CSR NO. 404
           Registered Professional Reporter

```
 1   BY MR. MOSELEY:
 2        Q.   Like I'm going out to lunch, do you want me to get
 3   you something?
 4        A.   Oh, maybe, yes.
 5        Q.   Did he do that with other kinds of things like
 6   pastries from Kuhn's Alley or something like that?
 7        A.   Pick up you mean?
 8        Q.   Either pick up or buy, however you cut it, he
 9   offered to obtain them some way or other for you; is that
10   right?
11        A.   Yes, providing that I paid for it, yes.
12        Q.   But he did offer to do things for you like that;
13   is that right?
14        A.   Yes.
15        Q.   Fairly commonly, isn't that the truth?
16             MR. LORUSSO:  Objection.  Vague and
17   ambiguous.
18             THE WITNESS:  Common?  No.
19   BY MR. MOSELEY:
20        Q.   How often?
21        A.   Maybe once a week.
22        Q.   Do you know who David Matsunami is?
23        A.   Yes.
24        Q.   Did you share a phone with Chris Graff at any time
25   during Phil's tenure at the assessment division?
```

```
 1      A.   Yes.
 2      Q.   Did you often take Chris Graff's phone messages?
 3      A.   Yes.
 4      Q.   Did David Matsunami ever call and leave phone
 5 messages for you for Chris Graff?
 6      A.   Yes.
 7      Q.   Did Gary ever call and leave phone messages for
 8 you for Chris Graff?
 9      A.   Gary?
10      Q.   Yeah, Gary Kurokawa?
11      A.   No.
12      Q.   Did Randy Spears ever call and leave phone
13 messages for you?
14      A.   For Chris?
15      Q.   For Chris?
16      A.   Yes.
17      Q.   And were a number of his messages, for want of a
18 better term, obscene?
19           MR. LORUSSO:  Object to the form of the
20 question, vague and ambiguous.
21 BY MR. MOSELEY:
22      Q.   Or sexually explicit?
23      A.   No.
24      Q.   No?  Randy Spears never called and left phone
25 messages for Chris Graff that were embarrassing to you?
```

```
1    A.   It was more of a joke than anything.
2    Q.   What kind of a joke?
3    A.   He would tell jokes, I mean regular jokes.
4    Q.   Regular jokes, not dirty jokes?
5    A.   Once in a while, but most of them were just jokes.
6    Q.   Did you object to the dirty jokes?
7    A.   No.
8    Q.   Did you not comment to others that these jokes
9  were inappropriate?
10   A.   I'm not sure.
11   Q.   Did you feel some of them were inappropriate?
12   A.   Yeah, but I just thought it was Randy.
13   Q.   Did you report this activity to anybody?
14   A.   No.
15   Q.   Were you offended by those jokes?
16   A.   No.
17   Q.   How often did you take messages from David
18  Matsunami for Chris Graff?
19   A.   Maybe a couple per week.
20   Q.   For how long a period?
21   A.   Maybe a couple years.
22   Q.   And what were the messages about?
23   A.   Mostly for him to return to his call.
24   Q.   And let's be real clear, this was a City phone
25  that you were answering; is that right?
```

1    A.   Yes.

2    Q.   Did you ever see Chris Graff doing private work on
3    City time?

4    A.   No.

5    Q.   Were you in a place where you could observe such
6    an activity?

7              MR. LORUSSO:  Objection.  Vague and
8    ambiguous, calls for speculation, lacks foundation.

9              THE WITNESS:  Chris sat in front of me, so I
10   could see what he was doing.
11   BY MR. MOSELEY:

12   Q.   How did you know David Matsunami?

13   A.   He used to work in our office.

14   Q.   Did you ever see him come up and talk to Chris
15   Graff after David Matsunami no longer worked in the office?

16   A.   Yeah, he used to come around.

17   Q.   How often?

18   A.   Maybe once every -- once a month or something.

19   Q.   Did you ever see him pick up or drop off anything
20   to Chris Graff?

21   A.   No.

22   Q.   You're a smoker, right?

23   A.   Uh-huh, yes.

24   Q.   Did you take smoke breaks during the day --

25   A.   Yes.

```
 1      Q.    -- when -- and I'm talking about at the time Phil
 2   worked for the City?
 3      A.    Yes.
 4      Q.    And where did you go to take your smoke breaks?
 5      A.    Outside.
 6      Q.    Did you go out the back stairwell, or did you
 7   go --
 8      A.    Yes.
 9      Q.    -- sort of above Nuuanu Avenue?
10      A.    The back -- the back stairs.
11      Q.    Did you ever have an occasion to see David
12   Matsunami coming down the street or his assistant coming down
13   the street and meeting with Chris Graff when you were out
14   smoking?
15      A.    No.
16      Q.    What time did you take lunch?
17      A.    11:00.
18      Q.    Did you go to lunch with Ann Gima and Linda
19   Knowles commonly?
20      A.    Yes.
21      Q.    Were you part of that lunch group, so to speak?
22      A.    Yes.
23      Q.    Did you ever see Gary Kurokawa come and talk with
24   Chris Graff at all?
25      A.    Gary was my boss, my supervisor at one time, and
```

```
 1   Chris was in his group, so they would talk.
 2       Q.   After Gary got promoted to be the administrator,
 3   did you ever see Gary come and talk with Chris?
 4       A.   Probably.
 5       Q.   Did you understand what the subject matter was?
 6       A.   No.
 7       Q.   At the time Phil was working there at the
 8   assessment division, did Phil ever tell you that he would
 9   watch the phones while everybody was out to lunch?
10       A.   Yes.
11       Q.   Did you ever help Phil organize any parts of his
12   own work?
13       A.   Probably.
14       Q.   What kinds of things did you do for Phil?
15       A.   Filing.
16       Q.   Did you ever -- do you know what kinds of things
17   you were filing?
18       A.   I think it was letters or something.
19       Q.   Were they declarations on condo use that you were
20   filing?
21       A.   I think Phil had sent out letters and people were
22   responding, so I was helping him file those.
23       Q.   It was a substantial amount of --
24       A.   Yes.
25       Q.   -- filing; is that right?
```

```
 1   STATE OF HAWAII                )
                                    )  ss:
 2                                  )
 3   CITY & COUNTY OF HONOLULU      )
 4
 5              I, JESSICA R. PERRY, do herby certify:
 6              That on August 4, 2006, at 9:06 a.m. appeared
 7   before me CAROLE KAMISATO, the witness whose deposition is
 8   contained herein; that prior to being examined he was by me
 9   duly sworn;
10              That the deposition was taken down by me in
11   machine shorthand and was thereafter reduced to typewritten
12   form by computer-aided transcription; that the foregoing
13   represents, to the best of my ability, a full, true and
14   correct transcript of said deposition.
15              I further certify that I am not attorney for
16   any of the parties hereto, nor in any way concerned with the
17   cause.
18              DATED this 24th day of August, 2006, in
19   Honolulu, Hawaii.
20
21
22   [signature]
     Jessica R. Perry, CSR 404
23   Notary Public, State of Hawaii
     My commission expires: 5/11/09
24
25
```