CARRIE K.S. OKINAGA, 5958
Corporation Counsel
GORDON D. NELSON, 1819
Deputy Corporation Counsel
530 S. King Street, Room 110
City and County of Honolulu
Honolulu, Hawaii 96813
Telephone: (808) 523-4832
Facsimile: (808) 523-4583
Email: gnelson1@honolulu.gov

Attorneys for Charles W. Totto

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH, | CIVIL NO. 04-00108 SOM/KSC |
| Plaintiff, | AMENDED AND SUPPLEMENTED PRIVILEGE LOG; DECLARATION OF GORDON D. NELSON; EXHIBIT A; CERTIFICATE OF SERVICE |
| v. | |
| CITY AND COUNTY OF HONOLULU, GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; and DOE ENTITIES 1-10, | DATE: August 3, 2006<br>TIME: 9:30 a.m.<br>JUDGE: Hon. Kevin S. Chang |
| Defendants. | |

**EXHIBIT "NN"**

| Bate Stamp No. | Date | Document Description | Privilege Asserted |
|---|---|---|---|
| 738-746 | Various | Same as 180-184 and 208-210 (printed from Matthew Viola, Esq. email). | Privileged under ROH Chapter 3, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney/Client Privilege and Work Product Doctrine |
| 784-1084 | Various | Copies of documents provided by Complainant, from EC 03-002(w) "Emails" file. | Privileged under ROH Chapter 3, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Work Product Doctrine |
| 1085 | Undated (printed out 6-19-06) | Draft letter from Matthew Viola, Esq. to attorney for subject of investigation. | Privileged under ROH Chapter 3, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Work Product Doctrine |
| 1086 | 1-12-06 | Letter from Matthew Viola, Esq. to attorney for subject of investigation. | Privileged under ROH Chapter 3, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Work Product Doctrine |
| 1087 | 4-27-05 | Letter from Matthew Viola, Esq. to attorney for subject of investigation. | Privileged under ROH Chapter 3, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Work Product Doctrine |
| 1088-1136 | 3-17-05 | Letter from attorney for subject of investigation to Charles Totto, Esq. | Privileged under ROH Chapter 3, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege |
| 1137 | Date illegible | Handwritten case note of Matthew Viola, Esq. re telephone call to attorney for subject of investigation. | Privileged under ROH Chapter 3, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Work Product Doctrine |
| 1138-1143 | Undated | Draft of Notice of Possible Violation to subject of investigation. | Privileged under ROH Chapter 3, Article 6; Ethics Commission Rules and RCH § 11-107; Deliberative Process Privilege; Attorney Work Product Doctrine |