**Confidential**                                                Philip E English (MR# 633194)

| Contact Information | Date & Time | Provider | Department | Encounter # | Center |
|---|---|---|---|---|---|
| | 04/21/2005 8:15 AM | Joan H Koff | Ohs Bhs Hon | 7437699 | HON |

**After Visit Summary**
After Visit Summary

**Reason for Visit**
Reason for Visit
STRESS [321]

**Diagnoses**
Visit Diagnoses
MAJOR DEPRESSION IN PARTIAL REMISSION [296.25C]
ANXIETY (DISORDER) [300.00A]
PSYCHOLOGICAL FACTORS AFFECTING MEDICAL CONDITION [316C]

### Visit Summary

**Reason for Visit**
Reason for Visit
STRESS [321]

**Pain Information**
No pain information on file

**Visit Notes**
MUNDON, LILLIE L   4/21/2005   11:03 am
Joan Koff, PHD, time spent with patient = 90806/45 - 50 minutes.

**Progress Notes**
S: Patient describes that he has taken a job as a security guard at a minimal type of income. He struggles w. his lack of income and lack of prestige. He notes that he has lost a great deal of faith in others and is fearful. He also realizes the depth of this and is rather sad.

O: no s/i; no h/i; sad

A: slight improvement

P: 1. follow up psychotherapy 3 weeks
2. as needed psychiatric medication consult
3. as needed consultation with other providers

**Follow-up and Disposition**
Disposition
Return if symptoms worsen or fail to improve, or in about 3 weeks (around 5/12/2005).

**Routing History**

**Patient Instructions**
Patient Instructions
None.

### Allergies

PE 02842

English, Philip E (MR # 633194)                                    Page 1 of 2

EXHIBIT "PP"

| Allergies as of 04/21/2005 | Agent | Noted | Type | Reaction(s) |
|---|---|---|---|---|
| | NO LATEX ALLERGY | 02/11/2002 | Unspecified | 2002-02-11;HISTORY |
| | MORPHINE | 02/11/2002 | Unspecified | 2002-02-11;ACTIVE;MILD;MORPHINE;itch |

Date Reviewed: 01/03/2005

| Patient Information | Patient Name | Sex | DOB |
|---|---|---|---|
| | English, Philip E (633194) | Male | 10/26/1954 |

**Encounter Status**  Closed by MUNDON, LILLIE L on 4/21/05 at 11:03 AM

## Confidential

Philip E English (MR# 633194)

| Contact Information | Date & Time | Provider | Department | Encounter # | Center |
|---|---|---|---|---|---|
| | 03/14/2005 2:00 PM | Joan H Koff | Ohs Bhs Hon | 7297795 | HON |

**After Visit Summary**

After Visit Summary

**Reason for Visit**

Reason for Visit
STRESS [321]

**Diagnoses**

Visit Diagnoses
DEPRESSION, MAJOR, IN PARTIAL REMISSION [296.25C]
ANXIETY (DISORDER) [300.00A]
PSYCHOLOGICAL FACTORS AFFECTING MEDICAL CONDITION [316C]

### Visit Summary

**Reason for Visit**

Reason for Visit
STRESS [321]

**Pain Information**

No pain information on file

**Visit Notes**

MUNDON, LILLIE L   3/14/2005  3:25 pm
Joan Koff, PHD, time spent with patient = 90806/45 minutes.

**Progress Notes**

S:  Patient describes his lack of self-confidence as he tries to get new jobs.  He states that he is having difficulty w. himself in trying to answer questions posed; also wonders if employers have difficulty accepting him.  Worries abt this situation are discussed.  Sometimes he feels "rejected" and this upsets him.  However, he denies s/i.

O:  upset at times; forward thinking; lucid; no s/i; noh/i

A:  continued stress

P:1. follow up psychotherapy 4 weeks, earlier if necessary
2. as needed psychiatric medication consult
3. as needed consultation with other providers

**Follow-up and Disposition**

Disposition
Return if symptoms worsen or fail to improve, or in about 4 weeks (around 4/11/2005).

**Routing History**

**Patient Instructions**

Patient Instructions
None.

### Allergies

PE 02844

English, Philip E (MR # 633194)                                                                                 Page 1 of 2

| Allergies as of 03/14/2005 | **Agent** | **Noted** | **Type** | **Reaction(s)** |
|---|---|---|---|---|
| | NO LATEX ALLERGY | 02/11/2002 | Unspecified | 2002-02-11;HISTORY |
| | MORPHINE | 02/11/2002 | Unspecified | 2002-02-11;ACTIVE;MILD;MORPHINE;itch |

Date Reviewed: 01/03/2005

| Patient Information | **Patient Name** | **Sex** | **DOB** |
|---|---|---|---|
| | English, Philip E (633194) | Male | 10/26/1954 |

**Encounter Status**  Closed by MUNDON, LILLIE L on 3/14/05 at 3:25 PM

**Confidential**                                                                 Philip E English (MR# 633194)

---

| | | | | | |
|---|---|---|---|---|---|
| **Contact Information** | **Date & Time** | **Provider** | **Department** | **Encounter #** | **Center** |
| | 02/17/2005 3:30 PM | Joan H Koff | Ohs Bhs Hon | 6991829 | HON |

**After Visit Summary**  After Visit Summary

**Reason for Visit**  Reason for Visit
STRESS [321]

**Diagnoses**  Visit Diagnoses
DEPRESSION, MAJOR, IN PARTIAL REMISSION [296.25C]
ANXIETY (DISORDER) [300.00A]
PSYCHOLOGICAL FACTORS AFFECTING MEDICAL CONDITION [316C]

### Visit Summary

**Reason for Visit**  Reason for Visit
STRESS [321]

**Pain Information**  No pain information on file

**Visit Notes**  MUNDON, LILLIE L   2/18/2005   3:03 pm
Joan Koff, PHD, time spent with patient = 90806/45 minutes. This visit is under HP.

**Progress Notes**  S: Patient states that he believes 2 City and County persons have been down to the boat marina twice making enquires abt him; also there was a peculiar charge allegedly made on his credit card; he's been rejected as he tries to get work. He has disc. this with his attorney and this is disc. in depth.

O: feels fearful; worried; no s/i; no h/i

A: increased stress

P:1. follow up psychotherapy 2 weeks
2. as needed psychiatric medication consult
3. as needed consultation with other providers
4. patient agrees to crisis plan. crisis plan: seek treatment with known providers; seek treatment at Kaiser urgent or emergency department; call 911

**Follow-up and Disposition**  Disposition
Return if symptoms worsen or fail to improve, or in about 2 weeks (around 3/3/2005).

**Routing History**

**Patient Instructions**  Patient Instructions
None.

PE 02846

English, Philip E (MR # 633194)                                                         Page 1 of 2

## Allergies

| Allergies as of 02/17/2005 | Agent | Noted | Type | Reaction(s) |
|---|---|---|---|---|
| | NO LATEX ALLERGY | 02/11/2002 | Unspecified | 2002-02-11;HISTORY |
| | MORPHINE | 02/11/2002 | Unspecified | 2002-02-11;ACTIVE;MILD;MORPHINE;itch |

Date Reviewed: 01/03/2005

**Letters** Letter on: 2/17/05 by: KOFF, JOAN H [P523408] Status: Sent

**Patient Information**

| Patient Name | Sex | DOB |
|---|---|---|
| English, Philip E (633194) | Male | 10/26/1954 |

**Encounter Status** Closed by MUNDON, LILLIE L on 2/18/05 at 3:03 PM

PE 02847

**Confidential**           Philip E English (MR# 633194)

| | | | | | |
|---|---|---|---|---|---|
| **Contact Information** | **Date & Time** | **Provider** | **Department** | **Encounter #** | **Center** |
| | 01/31/2005 8:15 AM | Joan H Koff | Ohs Bhs Hon | 6518926 | HON |

**After Visit Summary**: After Visit Summary

**Reason for Visit**
Reason for Visit
STRESS [321]

**Diagnoses**
Visit Diagnoses
DEPRESSION, MAJOR, IN PARTIAL REMISSION [296.25C]
ANXIETY (DISORDER) [300.00A]
PSYCHOLOGICAL FACTORS AFFECTING MEDICAL CONDITION [316C]

## Visit Summary

**Reason for Visit**
Reason for Visit
STRESS [321]

**Pain Information**: No pain information on file

**Visit Notes**: MUNDON, LILLIE L  1/31/2005  2:52 pm
Joan Koff, PHD, time spent with patient = 90806/45 minutes as HP.

**Progress Notes**:
S: Patients describes that he is taking a new contract job and describes his apprehensions abt this due to his recent experiences in his past job. However, he does realize he "...need to work." We disc. in depth his feelings of mistrust. He talks abt many relationships and changes and begins to understand this.

O: worried; yet able to move forward

Stress management: playing music; working on both

A: increased stress

P: 1. follow up psychotherapy 4 weeks
2. as needed consultation with other providers

**Follow-up and Disposition**
Disposition
Return if symptoms worsen or fail to improve, or in about 4 weeks (around 2/28/2005).

**Routing History**

**Patient Instructions**
Patient Instructions
None.

## Allergies

Allergies as of

PE 02848

English, Philip E (MR # 633194)        Page 1 of 2

| 01/31/2005 | Agent | Noted | Type | Reaction(s) |
|---|---|---|---|---|
| | NO LATEX ALLERGY | 02/11/2002 | Unspecified | 2002-02-11;HISTORY |
| | MORPHINE | 02/11/2002 | Unspecified | 2002-02-11;ACTIVE;MILD;MORPHINE;itch |

Date Reviewed: 01/03/2005

**Patient Information**

| Patient Name | Sex | DOB |
|---|---|---|
| English, Philip E (633194) | Male | 10/26/1954 |

**Encounter Status** Closed by MUNDON, LILLIE L on 1/31/05 at 2:52 PM

PE 02849

**Confidential**                                                              Philip E English (MR# 633194)

| Contact Information | Date & Time | Provider | Department | Encounter # | Center |
|---|---|---|---|---|---|
| | 01/03/2005 8:15 AM | Joan H Koff | Ohs Bhs Hon | 6358873 | HON |

**After Visit Summary**
After Visit Summary

**Reason for Visit**
Reason for Visit
DEPRESSION [86]

**Diagnoses**
Visit Diagnosis
DEPRESSION, MAJOR, IN PARTIAL REMISSION [296.25C]

### Visit Summary

**Reason for Visit**
Reason for Visit
DEPRESSION [86]

**Pain Information**
No pain information on file

**Visit Notes**
KOFF, JOAN H   1/3/2005 9:14 am
45 min psychotherapy w. Dr. Joan Koff

**Progress Notes**
S: Speaks abt the stress of the ongoing legal developments arising out of his wc claim and "whistleblower" action. States that he has felt upset by the mediation and expects he may go to trial. This is disc. Also, he notes financial stress of this process. However, at this time he is beginning to start to get a job. Describes positive relationship w. family and son.

O: appetite good; sleep is better (not waking up in middle of night w. upset); no s/i; euthymic; forward thinking;
lorazapam prn for sleep--very occasionally at present

A: improving

P:1. follow up psychotherapy 4 weeks
2. as needed psychiatric medication consult
3. as needed consultation with other providers

**Follow-up and Disposition**
Disposition
Return if symptoms worsen or fail to improve, or in about 4 weeks (around 1/31/2005).

**Routing History**

**Patient Instructions**
Patient Instructions
None.

### Allergies

| Allergies as of | Agent | Noted | Type | Reaction(s) |
|---|---|---|---|---|

**PE 02850**

English, Philip E (MR # 633194)                                                       Page 1 of 2

| 01/03/2005 | NO LATEX ALLERGY | 02/11/2002 | Unspecified | 2002-02-11;HISTORY |
| | MORPHINE | 02/11/2002 | Unspecified | 2002-02-11;ACTIVE;MILD;MORPHINE;itch |

Date Reviewed: 01/03/2005

| Patient Information | Patient Name | Sex | DOB |
|---|---|---|---|
| | English, Philip E (633194) | Male | 10/26/1954 |

**Encounter Status**  Closed by KOFF, JOAN H on 1/3/05 at 9:14 AM

PE 02851

**Confidential**                                                                 Philip E English (MR# 633194)

---

| Contact Information | Date & Time | Provider | Department | Encounter # | Center |
|---|---|---|---|---|---|
| | 08/12/2004 9:00 AM | Joan H Koff | Ohs Bhs Hon | 4616977 | HON |

**After Visit Summary**  After Visit Summary

**Reason for Visit**  Reason for Visit
DEPRESSION [86]

**Diagnoses**  Visit Diagnoses
MAJOR DEPRESSION IN PARTIAL REMISSION [296.25C]
ANXIETY (DISORDER) [300.00A]
PSYCHOLOGICAL FACTORS AFFECTING MEDICAL CONDITION [316C]

### Visit Summary

**Reason for Visit**  Reason for Visit
DEPRESSION [86]

**Pain Information**  No pain information on file

**Visit Notes**  MUNDON, LILLIE L       8/12/2004 11:04 am
Joan Koff, PHD Time spent with patient = 90806/45 - 50 minutes.

**Progress Notes**
S: Patient says that a mediation hearing is scheduled in early October, 2004 re his claims of retaliation. He describes broadly what the goals of the hearing are from his perspective. He also considers what others might expect. He describes the impact of this process on his relationship w. his x-wife; his inability to provide financial security for her reportedly was paramount in their separation. He describes his upset about this. This is disc. from numerous perspectives in order to allow him to unburden himself w. his own feelings of inadequacy abt this. He continues to derive pleasure from his relationship w. his son. However, now son is back to school. He reports new dreams of old subjects: feelings of isolation; feelings of rejections bey others. He describes determination to continue working on his boat. He is will thereby focus on something positive. He begins to explore his own role in relationship construction--his own values and expectations as they have emerged in previous relationships.

O: worried; no s/i; trying to handle complex feelings; no h/i
medication as necessary for sleep as prescribed by PCP
A: as above
P: f/up psychotherapy in 4 weeks; earlier if patient requests
   as needed psychotropic med refill (by PCP)
   as needed consultation w. other providers

**Follow-up and Disposition**  Disposition
Return in about 4 weeks (around 9/9/2004).

**Routing History**

PE 02852

English, Philip E (MR # 633194)                                                   Page 1 of 2

| | Patient Instructions |
|---|---|
| Patient Instructions | None. |

### Allergies

| Allergies as of 08/12/2004 | Agent | Noted | Type | Reaction(s) |
|---|---|---|---|---|
| | NO LATEX ALLERGY | 02/11/2002 | Unspecified | 2002-02-11;HISTORY |
| | MORPHINE | 02/11/2002 | Unspecified | 2002-02-11;ACTIVE;MILD;MORPHINE;itch |

Date Reviewed: None

| | Patient Name | Sex | DOB |
|---|---|---|---|
| Patient Information | English, Philip E (633194) | Male | 10/26/1954 |

**Encounter Status**: Closed by MUNDON, LILLIE L on 8/12/04 at 11:05 AM

PE 02853