```
KAISER PERMANENTE, HAWAII
HONOLULU           01/03/2005

MRNR  0633194 ENGLISH,PHILIP,E

BENEFITS:
INPATIENT                OUTPATIENT
 NO CHARGE ROOM & BOARD  $10 REG FEE/OFC VST CO
LAB,X-RAY,OTHER DX TEST, DRUG PLAN
 NO CHRGE,LAB/X-RAY/DXT  DRG $10/30 DAY/90 MAIL
PSYCH PLAN               AIDS & APPLIANCES
 PSYCH B                 CAA EXT/INT/DME 20% CO
EXTENDED CARE FACILITY   CHARGES
 EXTENDED CARE 100 DAYS  SEE HLP SCRN 2004

01/03/2005 HON KOFF,JOA HP
QTY DESCRIPTION              VALUE     YOU PAY
S  1 REG-$10 OFC VISIT COPAY 10.00     10.00
     MSC-PARKING ACCOUNT      3.00      3.00

              PRIOR BALANCE  15.00
              TODAYS SVC     13.00
              AMOUNT PAID    13.00
CASH    13.00
              BALANCE DUE    15.00

CASHIER: HIUSJEC    TXN NO : 76
```

```
KAISER PERMANENTE, HAWAII
HONOLULU           01/03/2005

MRNR  0633194 ENGLISH,PHILIP,E

BENEFITS:
INPATIENT                OUTPATIENT
 NO CHARGE ROOM & BOARD  $10 REG FEE/OFC VST CO
LAB,X-RAY,OTHER DX TEST, DRUG PLAN
 NO CHRGE,LAB/X-RAY/DXT  DRG $10/30 DAY/90 MAIL
PSYCH PLAN               AIDS & APPLIANCES
 PSYCH B                 CAA EXT/INT/DME 20% CO
EXTENDED CARE FACILITY   CHARGES
 EXTENDED CARE 100 DAYS  SEE HLP SCRN 2004

01/03/2005 HON LOVE,JAN HM
QTY DESCRIPTION              VALUE     YOU PAY
S  1 LAB-PROTIME/APTT        15.68      0.00
S  1 LAB-PROTIME/APTT         9.68      0.00
S  1 LAB-ELECTROLYTES        17.64      0.00
S  1 LAB-CREATININE BLOOD    12.89      0.00
S  1 LAB-ALKALINE PHOSPHATAS 13.61      0.00
S  1 REG-$10 OFC VISIT COPAY 10.00     10.00
S  1 LAB-CBC with auto diff  13.55      0.00
S  1 LAB-BLOOD UREA NITROGEN  9.32      0.00
S  1 LAB-AST(SGOT)           13.00      0.00
S  1 LAB-ALT(SGPT)           13.32      0.00
     MSC-PARKING ACCOUNT      3.00      3.00

              PRIOR BALANCE  15.00
              TODAYS SVC     13.00
              AMOUNT PAID    13.00
CR CAR  13.00
              BALANCE DUE    15.00

CASHIER: HIUSJNLE    TXN NO : 231
```

```
KAISER HONOLULU CLINIC 95936
URGENT CARE
1010 PENSACOLA STREET
HONOLULU, HAWAII  96814
(808) 432-2000

                            Sale

XXXXXXXXXXXX2431
VISA
                  Entry Method: Swiped

Total:           $      10.00

01/03/05                         17:52:00
Inv #: 000002
                  Appr Code: 078330
Approved:Online
                  Batch #: 000178

Customer Copy
THANK YOU
```

**EXHIBIT "RR"**

```
KAISER PERMANENTE, HAWAII
   HONOLULU      01/03/2005

MRNR  0633194 ENGLISH,PHILIP,E

BENEFITS:
  NONE

QTY DESCRIPTION           VALUE      YOU PAY
    HSC-HEALTH PLAN DUES  509.10     509.10

              PRIOR BALANCE    15.00
              TODAYS SVC      509.10
              AMOUNT PAID     509.10
CR CAR  509.10
              BALANCE DUE      15.00

CASHIER: HIUSJEC   TXN NO :  4
```

Invoice Number
2706840

If you have questions about this statement call Membership Administration at 1-866-575-3551
8 AM to 4:30 PM HT M - F

TTY / TDD Number
(Use this number if you have difficulties with hearing or speech. You need special telephone equipment to use it.)
1-808-643-8255

PAYMENT RECEIVED
JAN 3 2005
Kaiser Honolulu Clinic
CENTRAL CASHIER

Statement as of 12/15/04

ship. To maintain your coverage pay the full amount
is statement. Your account is past due and Kaiser
ate your membership for non-payment. This may
 with Kaiser Permanente. If you have already
lease pay only the current premiums you owe.

| Previous Balance | Payments Received | Jan 2005 - Premium | Balance |
|---|---|---|---|
| 254.55 | 0.00 | 254.55 | 509.10 |
| Group/Subgroup/ Billgroup No. | Subscriber Health Record No. | Please Pay This Amount | $ 509.10 |
| 7-201-D1 | 0633194 | Due Date: 12/31/04 | |

```
KAISER PERMANENTE, HAWAII
HONOLULU            03/14/2005

MRNR  0633194 ENGLISH,PHILIP,E

BENEFITS:
  NONE

QTY DESCRIPTION           VALUE    YOU PAY
    KSC-PARKING ACCOUNT    3.00      3.00      RECEIVED
    KSC-HEALTH PLAN DUES 254.55    254.55

              PRIOR BALANCE    40.00    4 2005
              TODAYS SVC      257.55
              AMOUNT PAID     257.55   olulu Clinic
    CR CAR  257.55                      CASHIER
              BALANCE DUE      40.00

    CASHIER: NIUSINLE  TXN NO : 206

Inv #: ......
Approved:Online   Appr Code: R12249
                  Batch #: 000223

Customer Copy
  THANK YOU
```

Invoice Number
2723848

If you have questions about this statement call Membership Administration at 1-866-575-3551
8 AM to 4:30 PM HT M - F

TTY / TDD Number
(Use this number if you have difficulties with hearing or speech. You need special telephone equipment to use it.)
1-808-643-8255



Statement as of 01/13/05

| Previous Balance | Payments Received | Feb 2005  - Premium | Balance |
|---|---|---|---|
| 509.10 | 509.10 | 254.55 | 254.55 |
| | | | |
| Group/Subgroup/ Billgroup No. | Subscriber Health Record No. | Please Pay This Amount | $   254.55 |
| 7-201-D1 | 0633194 | Due Date: 01/31/05 | |

**KAISER PERMANENTE.**
P.O. Box 921005
Fort Worth, TX 76121-0005

Invoice Number
2647613
If you have questions about this statement call Membership Administration at 1-866-575-3551
8 AM to 4:30 PM HT M - F

TTY / TDD Number
(Use this number if you have difficulties with hearing or speech. You need special telephone equipment to use it.)
1-808-643-8255



ENGLISH,PHILIP,E
1741 ALA MOANA BLVD #22
HONOLULU     HI 96815

Statement as of 10/12/04

We value your membership. To maintain your coverage pay the full amount by the date shown on this statement. Your account is past due and Kaiser Permanente may terminate your membership for non-payment. This may affect future enrollments with Kaiser Permanente. If you have already paid the prior balance, please pay only the current premiums you owe.

| Previous Balance | Payments Received | Nov 2004 - Premium | Balance |
|---|---|---|---|
| 294.65 | 0.00 | 254.55 | 549.20 |

| Group/Subgroup/ Billgroup No. | Subscriber Health Record No. | Please Pay This Amount | $ 549.20 |
|---|---|---|---|
| 7-201-D1 | 0633194 | Due Date: 10/31/04 | |

---

Please Return This Portion with Payment     Invoice Number
                                             2647613

**KAISER PERMANENTE.**
P. O. Box 31000
Honolulu, HI 96849-5015

| Group/Subgroup/ Billgroup No. | Subscriber Health Record No. |
|---|---|
| 7-201-D1 | 0633194 |
| Amount Due | $ 549.20 |

Due Date 10/31/04

KAISER PERMANENTE
P. O. Box 31000
Honolulu, HI 96849-5015

Amount Enclosed _____

0000000501500020096332545554920000706331948

**KAISER PERMANENTE.**
P.O. Box 921005
Fort Worth, TX 76121-0005

Invoice Number
2749508
If you have questions about this
statement call Membership
Administration at 1-866-575-3551
8 AM to 4:30 PM HT M - F

TTY / TDD Number
(Use this number if you have
difficulties with hearing or
speech. You need special
telephone equipment to use it.)
1-808-643-8255



ENGLISH,PHILIP,E
1741 ALA MOANA BLVD #22
HONOLULU      HI 96815

Statement as of 02/10/05

We value your membership. To maintain your coverage pay the full amount by the date shown on this statement. Your account is past due and Kaiser Permanente may terminate your membership for non-payment. This may affect future enrollments with Kaiser Permanente. If you have already paid the prior balance, please pay only the current premiums you owe.

| Previous Balance | Payments Received | Mar 2005 - Premium | Balance |
|---|---|---|---|
| 254.55 | 0.00 | 254.55 | 509.10 |

| Group/Subgroup/Billgroup No. | Subscriber Health Record No. | Please Pay This Amount | $ 509.10 |
|---|---|---|---|
| 7-201-D1 | 0633194 | Due Date: 02/28/05 | |

---

Please Return This Portion with Payment      Invoice Number
                                              2749508

**KAISER PERMANENTE.**
P. O. Box 31000
Honolulu, HI 96849-5015

| Group/Subgroup/Billgroup No. | Subscriber Health Record No. |
|---|---|
| 7-201-D1 | 0633194 |
| Amount Due | $  509.10 |

Due Date
02/28/05

KAISER PERMANENTE
P. O. Box 31000
Honolulu, HI 96849-5015

Amount Enclosed _____

0000000501500020096332545550910000706331943

**KAISER PERMANENTE.**
P.O. Box 921005
Fort Worth, TX 76121-0005

Invoice Number
2775054
If you have questions about this
statement call Membership
Administration at 1-866-575-3551
8 AM to 4:30 PM HT M - F

TTY / TDD Number
(Use this number if you have
difficulties with hearing or
speech. You need special
telephone equipment to use it.)
1-808-643-8255



ENGLISH,PHILIP,E
1741 ALA MOANA BLVD #22
HONOLULU     HI 96815

Statement as of 03/10/05

We value your membership. To maintain your coverage pay the full amount
by the date shown on this statement. Your account is past due and Kaiser
Permanente may terminate your membership for non-payment. This may
affect future enrollments with Kaiser Permanente. If you have already
paid the prior balance, please pay only the current premiums you owe.

| Previous Balance | Payments Received | Apr 2005 - Premium | Balance |
|---|---|---|---|
| 509.10 | 0.00 | 254.55 | 763.65 |

| Group/Subgroup/ Billgroup No. | Subscriber Health Record No. | Please Pay This Amount | $ 763.65 |
|---|---|---|---|
| 7-201-D1 | 0633194 | Due Date: 03/31/05 | |

---

Please Return This Portion with Payment         Invoice Number
                                                 2775054

**KAISER PERMANENTE.**
P. O. Box 31000
Honolulu, HI 96849-5015

| Group/Subgroup/ Billgroup No. | Subscriber Health Record No. |
|---|---|
| 7-201-D1 | 0633194 |
| Amount Due | $  763.65 |

Due Date
03/31/05

KAISER PERMANENTE
P. O. Box 31000
Honolulu, HI 96849-5015

Amount Enclosed _____

0000000501500020096332545576365000706331940

Kaiser Foundation Hospitals
Hawaii Permanente Medical Group, Inc.    *F
P.O. BOX 31000 HONOLULU HAWAII 96849-5014
FEDERAL TAX ID 941105628         PAGE 1

| PATIENT | FROM | TO | BILLING DATE | PAYMENT DUE DATE | AMOUNT DUE |
|---|---|---|---|---|---|
| ENGLISH, PHILIP  M.R. 000633194 | 1/31/05 | 1/31/05 | 2/07/05 | 2/21/05 | 25.00 |

ACCOUNT NO  7599007-001

ITEMIZED BILL

SHOW AMOUNT ENCLOSED $

PLEASE DETACH TOP SECTION OF FORM AND RETURN WITH YOUR REMITTANCE

ENGLISH, PHILIP
1741 ALA MOANA BLVD  22
HONOLULU   HI  96815

PLEASE MAKE CORRECTIONS IN SPACE ABOVE

7599007000025000132997599007000025000

| PATIENT | ACCOUNT NUMBER | | BILLING DATE |
|---|---|---|---|
| ENGLISH, PHILIP | 7599007 | FC=H | 2/07/05 |

| DATE | QTY | DESCRIPTION | CODE | BATCH | LOC. | DOCTOR | CHARGE/CREDIT |
|---|---|---|---|---|---|---|---|
| 1/31/05 | 1 | OFFICE VISIT-HP10 | | | 13 | KOFF PHD, J | 10.00 |
| 1/31/05 | 1 | BILLING FEE | | | 13 | KOFF PHD, J | 15.00 |

**No-Fault Only:** This is to certify that this is a true and correct copy of the original invoice. Charges are in accordance with **Hawaii Administrative Rule 16-23-116.**

Original signature of physician or authorized Business Office representative

SUBTOTAL         25.00
INSURANCE BILLED     .00

PLEASE MAKE CHECK PAYABLE TO:
Kaiser Foundation Hospitals

PLEASE PAY THIS AMOUNT     25.00

432-5340

# BILLING STATEMENT

**Kaiser Foundation Hospitals**
**Hawaii Permanente Medical Group, Inc.**
P.O. BOX 31000 HONOLULU, HAWAII 96849-5014

| STATEMENT DATE | ALL PAYMENTS AND CHARGES MADE AFTER THIS DATE WILL BE SHOWN ON YOUR NEXT STATEMENT. | PAY THIS AMOUNT |
|---|---|---|
| 4/18/05 | | 10.00 |

GUARANTOR 224647

SHOW AMOUNT ENCLOSED $ 

PLEASE DETACH TOP SECTION OF FORM AND RETURN WITH PAYMENT
ALL BILLS ARE DUE UPON RECEIPT

PHILIP ENGLISH
1741 ALA MOANA BLVD  22
HONOLULU HI 96815

PLEASE MAKE CORRECTIONS IN SPACE ABOVE

7650034000001000001009997650034000001000 1

---

PATIENT  7650034   ENGLISH, PHILIP              M/R 633194

FROM DATE   3/14/05  THROUGH DATE   3/14/05
CYCLE  1   BILLED AMOUNT                                10.00
CYCLE  1   BALANCE DUE          10.00
PT  O   F/C   H

THIS IS A SUMMARY OF ALL OUTSTANDING BALANCES.
SEND IN YOUR PAYMENT TODAY.

PAGE 1 OF 1

| 432-5340 | MAKE CHECK PAYABLE TO: **Kaiser Foundation Hospitals** | PLEASE PAY THIS AMOUNT | 10.00 |
|---|---|---|---|

KEEP THIS STATEMENT FOR YOUR TAX RECORDS
THERE IS A CHARGE FOR DUPLICATE COPIES

DATE PAID: _____
AMOUNT PAID: _____
CHECK NUMBER: _____

**Kaiser Foundation Hospitals**
**Hawaii Permanente Medical Group, Inc.**
P.O. BOX 31000 HONOLULU, HAWAII 96849-5014

BILLING STATEMENT

| STATEMENT DATE | ALL PAYMENTS AND CHARGES MADE AFTER THIS DATE WILL BE SHOWN ON YOUR NEXT STATEMENT. | PAY THIS AMOUNT |
|---|---|---|
| 3/07/05 | | 25.00 |

GUARANTOR 224647

SHOW AMOUNT ENCLOSED $

PLEASE DETACH TOP SECTION OF FORM AND RETURN WITH PAYMENT
ALL BILLS ARE DUE UPON RECEIPT

PHILIP ENGLISH
1741 ALA MOANA BLVD 22
HONOLULU HI 96815

PLEASE MAKE CORRECTIONS IN SPACE ABOVE

7599007000002500001009997599007000025007

PATIENT  7599007   ENGLISH, PHILIP            M/R 633194

FROM DATE   1/31/05   THROUGH DATE   1/31/05
CYCLE  1   BILLED AMOUNT                              25.00
CYCLE  1   BALANCE DUE           25.00
PT  0   F/C  H

THIS IS A SUMMARY OF ALL OUTSTANDING BALANCES.
SEND IN YOUR PAYMENT TODAY.

PAGE 1 OF 1

432-5340

MAKE CHECK PAYABLE TO:
**Kaiser Foundation Hospitals**

PLEASE PAY THIS AMOUNT      25.00

KEEP THIS STATEMENT FOR YOUR TAX RECORD
THERE IS A CHARGE FOR DUPLICATE COPIES

DATE PAID: _____
AMOUNT PAID: _____
CHECK NUMBER: _____

**Kaiser Foundation Hospitals**
**Hawaii Permanente Medical Group, Inc.**
P.O. BOX 31000 HONOLULU, HAWAII 96849-5014

BILLING STATEMENT

| STATEMENT DATE | ALL PAYMENTS AND CHARGES MADE AFTER THIS DATE WILL BE SHOWN ON YOUR NEXT STATEMENT. | PAY THIS AMOUNT |
|---|---|---|
| 8/02/05 | | 140.86 |

GUARANTOR   224647

SHOW AMOUNT ENCLOSED   $

PLEASE DETACH TOP SECTION OF FORM AND RETURN WITH PAYMENT
ALL BILLS ARE DUE UPON RECEIPT

PHILIP ENGLISH
1741 ALA MOANA BLVD 22
HONOLULU HI 96815

PLEASE MAKE CORRECTIONS IN SPACE ABOVE

7697176000014086000099976971760000140861

---

PATIENT  7697176   ENGLISH, PHILIP         M/R 633194

FROM DATE    4/21/05   THROUGH DATE    4/21/05
CYCLE  1   BILLED AMOUNT                              140.86
CYCLE  1   BALANCE DUE         140.86
PT  0   F/C  5

THIS IS A SUMMARY OF ALL OUTSTANDING BALANCES.
SEND IN YOUR PAYMENT TODAY.

PAGE 1 OF 1

432-5340

MAKE CHECK PAYABLE TO:
**Kaiser Foundation Hospitals**

PLEASE PAY THIS AMOUNT   140.86

KEEP THIS STATEMENT FOR YOUR TAX RECORD
THERE IS A CHARGE FOR DUPLICATE COPIES

DATE PAID: _____
AMOUNT PAID: _____
CHECK NUMBER: _____