IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH, | Civil No. 04-00108 KSC/KSC |
| Plaintiff, | LOCAL RULE 7.5(e) CERTIFICATION |
| vs. | |
| CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1 –10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10, | |
| Defendants. | |

## LOCAL RULE 7.5 (E) CERTIFICATION

According to the word-count function of the undersigned's word processing program (WORD), the Concise Statement of Fact contains 1495 total words.

Dated: Honolulu, Hawaii, September 22, 2006.

_____
ROGER S. MOSELEY
CHRISTOPHER J. MUZZI
RENEE M. FURUTA
JOANNA B.K. FONG
Attorneys for Plaintiff
PHILIP E. ENGLISH

10010/3/58016