MOSELEY BIEHL TSUGAWA LAU & MUZZI
a Hawaii limited liability law company
ROGER S. MOSELEY        2060
TEDSON H. KOJA          4793
CHRISTOPHER J. MUZZI    6939
RENEE M. FURUTA         7593
Alakea Corporate Tower
1100 Alakea Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone:  (808) 531-0490
Facsimile:  (808) 534-0202
Email:  rmoseley@hilaw.us
        cmuzzi@hilaw.us
        rfuruta@hilaw.us

Attorneys for Plaintiff
PHILIP E. ENGLISH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1 –10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>Defendants. | Civil No.  04-00108 KSC/KSC<br><br>PLAINTIFF PHILIP E. ENGLISH'S REPLY MEMORANDUM TO DEFENDANTS CITY AND COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA AND ANN C. GIMA'S MEMORANDUM IN OPPOSITION TO PLAINTIFF PHILIP E. ENGLISH'S MOTION TO STRIKE DEFENDANTS CITY AND COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA AND ANN C. GIMA'S MOTION IN LIMINE NO. 9 TO PRECLUDE THE |

10010\3\57688.2

|                                                                                                 |
| ----------------------------------------------------------------------------------------------- |
| TESTIMONY OF HOWARD TOM SUN AND SUSAN SIU; CERTIFICATE OF SERVICE<br><br>HEARING<br>DATE:  September 28, 2006<br>TIME:  10:00 a.m.<br>Judge:  Hon. Kevin S.C. Chang<br><br>TRIAL DATE:  OCTOBER 3, 2006 |

### PLAINTIFF PHILIP E. ENGLISH'S REPLY MEMORANDUM TO DEFENDANTS CITY AND COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA AND ANN C. GIMA'S MEMORANDUM IN OPPOSITION TO PLAINTIFF PHILIP E. ENGLISH'S MOTION TO STRIKE DEFENDANTS CITY AND COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA AND ANN C. GIMA'S MOTION IN LIMINE NO. 9 TO PRECLUDE THE TESTIMONY OF HOWARD TOM SUN AND SUSAN SIU

Plaintiff Philip E. English ("Plaintiff"), by and through his counsel, Moseley Biehl Tsugawa Lau & Muzzi, hereby submits his Reply Memorandum to Defendants City and County of Honolulu, Gary T. Kurokawa, Robert O. Magota and Ann C. Gima's Memorandum in Opposition to Plaintiff Philip E. English' Motion to Strike Defendants City and County of Honolulu, Gary T. Kurokawa, Robert O. Magota and Ann C. Gima's Motion in Limine No. 9 to Preclude the Testimony of Howard Tom Sun and Susan Siu.

Ms. Siu was identified early on and Defendants City and County of Honolulu, Gary T. Kurokawa, Robert O. Magota and Ann C. Gima

10010\3\58039                                                        2

(hereinafter Defendants "City") were on notice. Plaintiff expects Ms. Siu to testify as to her own experiences (including but not limited to workplace violence reports against whistleblowers and retaliation) which is relevant to City wide practices.

Moreover, as Defendants City admits, Ms. Siu was identified within the prescribed time but they did not file a motion in limine nor did they seek leave to strike her as a witness. All parties are operating within a short and compressed time frame with trial to commence on October 3, 2006, however, this can not be used as an excuse. When the parties appeared before this Court on September 19, 2006, this Court denied Defendants City's Motion to Strike Plaintiff's First Amendment to Plaintiff's First Amended Pretrial Statement, however, granted leave to file a Motion in Limine. Clearly, the leave granted was limited in scope to Howard Tom Sum's proposed testimony as this was the only witness identified and briefed in their motion filed on September 12, 2006. No mention of Ms. Siu was made by Defendants. But now, Defendants mistakenly assume that once they obtain leave to do one specific thing, they can unilaterally expand the scope of this Court's ruling and do as they please. The leave graciously granted to them by this Court was clearly limited to Howard Tom Sun.

Additionally, the credibility and truthfulness of Ms. Siu is within the province of the jury. Regardless of whether Ms. Siu has filed a lawsuit or not and regardless of whether her claims have been adjudicated, the jury is able to determine whether Ms. Siu is telling the truth about her experiences. Also, the arguments applicable are different between Mr. Tom Sun and Ms. Siu, as a jury decided that Mr. Tom Sun's claims were true and awarded him $1.5 million dollars.

Dated: Honolulu, Hawaii, September 26, 2006.

/s/ Roger S. Moseley
ROGER S. MOSELEY
TEDSON H. KOJA
CHRISTOPHER J. MUZZI
RENEE M. FURUTA
Attorney for Plaintiff
PHILIP E. ENGLISH