IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>        Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1–10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>        Defendants. | Civil No. 04-00108 KSC/KSC<br><br>DECLARATION OF COUNSEL<br><br><br><br><br><br><br><br><br><br><br><br>Trial Date: October 3, 2006 |

## **DECLARATION OF COUNSEL**

I, CHRISTOPHER J. MUZZI, declare under penalty of perjury that the following is true and correct to the best of my knowledge and belief, and that this declaration is based upon my personal observation and/or information personally obtained by me and further, that I would be competent to testify to the matters contained herein at the trial of this case:

10010/3/57800

1.      I am an attorney licensed to practice law in the State of Hawaii, the United States District Court for the District of Hawaii, and the 9th Circuit Court of Appeals.

2.      I am one of the attorneys responsible for representing Plaintiff Philip E. English in the above-captioned case.

3.      I make this Declaration in support of Plaintiff PHILIP E. ENGLISH'S REPLY MEMORANDUM IN SUPPORT OF HIS MOTION FOR PARTIAL SUMMARY JUDGMENT ON COUNT IV UNLAWFUL DISCRIMINATION AND RETALIATION AGAINST DEFENDANTS CITY AND COUNTY OF HONOLULU, ANN GIMA, GARY KUROKAWA AND ROBERT MAGOTA AS TO LIABILITY ONLY.

4.      Attached hereto as Exhibit "TT" is a true and correct copy of excerpts from the Deposition of Susan Bender taken on September 21, 2006.

5.      Attached hereto as Exhibit "UU" is a true and correct copy of an email from Robert Magota to Ann Gima dated August 22, 2001. This document was produced to Plaintiff by Defendant City and County of Honolulu during discovery in this matter.

6.      Attached hereto as Exhibit "WW" is a true and correct copy of an email from Ann Gima to Philip English with a carbon copy (cc:) to Robert Magota dated April 12, 2002 regarding "Written Reponse". This document was produced

to Plaintiff by Defendant City and County of Honolulu during discovery in this matter.

7.  Attached hereto as Exhibit "YY" is a true and correct copy of an email from Ann Gima to Gary Kurokawa with a carbon copy (cc:) to Philip English dated October 26, 2001 regarding "Declaration letter". This document was produced to Plaintiff by Defendant City and County of Honolulu during discovery in this matter.

8.  Attached hereto as Exhibit "ZZ" is a true and copy of an email from Ann Gima to Philip English dated February 26, 2002. This document was produced to Plaintiff by Defendant City and County of Honolulu during discovery in this matter.

I DECLARE UNDER PENALTY OF PERJURY under the laws of the State of Hawaii and the United States, that the foregoing is true and correct.

Executed this 25th day of September 2006, at Honolulu, Hawaii.

_____
CHRISTOPHER J. MUZZI