IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1–10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>    Defendants. | Civil No. 04-00108 KSC/KSC<br><br>DECLARATION OF PHILIP E. ENGLISH<br><br><br><br><br><br><br><br><br><br><br><br>Trial Date: October 3, 2006 |

## DECLARATION OF PHILIP E. ENGLISH

I, PHILIP E. ENGLISH., declare under penalty of perjury that the following is true and correct to the best of my knowledge and belief, and that this declaration is based upon my personal observation and/or information personally obtained by me, including through my employment with Defendant City and County of Honolulu, and further, that I would be competent to testify to the matters contained herein at the trial of this case:

1. Attached hereto as Exhibit "VV" is a true and correct copy of an email dated February 21, 2002 from Philip English to Robert Magota with a carbon

10010/3/58036

copy (cc:) to Ann Gima regarding "Advancement to Appraiser IV" that I sent to Robert Magota.

2.  Attached hereto as Exhibit "XX" is a true and correct copy of a Probationary Performance Evaluation Report for Philip English dated May 16, 2002 that was received by me during the course of my employment with Defendant City.

3.  Attached hereto as Exhibit "AAA" is a true and correct copy of a Workplace Violence Policy dated December 12, 2000 to all City and County of Honolulu Department and Agency Heads from Sandra McFarlane, Director of Human Resources that was received by me during the course of my employment with Defendant City.

I DECLARE UNDER PENALTY OF PERJURY under the laws of the State of Hawaii and the United States, that the foregoing is true and correct.

Executed this 25th day of September 2006, at Honolulu, Hawaii.

_____
PHILIP E. ENGLISH