# Gima, Ann

**From:** Magota, Robert
**Sent:** Wednesday, August 22, 2001 3:10 PM
**To:** Gima, Ann
**Subject:** RE:

He has to give me one year's salary and his first born child. Bob.

-----Original Message-----
**From:** Gima, Ann
**Sent:** Wednesday, August 22, 2001 2:52 PM
**To:** Magota, Robert
**Subject:**

*Just a friendly reminder, it's August already and Phil's 6 month at Appraiser III have gone by and as of August 1 he's ready to be reallocated as we spoke about last month. Is there any paper work that you needed me to do to get this rolling?*

*P.S. I had Vicki put the letter from Marty that I e-mailed you earlier on the BOR letterhead and Marty signed it today.*
*Annie*

Case No. 04-00108 SOM/KSC
Defs' Exhibit No. 2074

CC 000148

EXHIBIT UU