English, Philip E.
___

From: English, Philip E.
Sent: Thursday, February 21, 2002 7:43 AM
To: Magota, Robert
Cc: Gima, Ann
Subject: Advancement to Appraiser IV

Bob,

Just a follow up on our conversation of a couple of weeks ago. Is it possible to have Sue follow up with Violet Lee on the paper work for the advancement to the Appraiser IV position? I think that it is worthy at this point to chronicle some of the facts related to this.

Last August it was my understanding that paper work had been submitted so that myself and Will would be advanced to the Appraiser IV positions. It was my understanding that the positions were already budgeted for and therefore no other approvals were needed.

In October I began to follow up with you even as often as weekly. I was told that the "paper work" was missing.

By December I was told that new all positions were frozen and it was unclear if that included positions that had previously been budgeted for.

In late January or early February I was told that the positions had been "re-approved" or that they were no longer frozen.

Two weeks ago I was told that the "paper work" was missing (again). Another two weeks have passed and that is why I am once again following up.

I know that you are busy and have many other very important things to be concerned with. This is very important to me and I am willing to do whatever it takes to actually see things actually get done.

Please let me know if there is anything that I can do and I will do it.

Thanks,

Phil



PE 00555

EXHIBIT VV