**Gima, Ann**

**From:** Gima, Ann
**Sent:** Friday, April 12, 2002 5:10 PM
**To:** English, Philip E.
**Cc:** Magota, Robert
**Subject:** Written Response

Phil,
I have read your written response to the comments and ratings on your JPR. I apologize for being unable to discuss your concerns this afternoon as I had some pressing issues to discuss with Chris. I agree with your assessment regarding the time frame and will recognize that the review period is for an Appraiser III position. I will discuss this with Bob to determine any changes to your ratings. I do not agree that the comments were negative, they were intended to be constructive suggestions as to how to improve performance.
I am glad that you have taken the time to respond in writing which is the appropriate means for addressing any disagreement you have regarding your JPR. I will be forwarding a copy to Bob.
Annie

Case No. 04-00108 SOM/KSC
Def's' Exhibit No. 2176

EXHIBIT WW

CC 000063

English, Philip E.  DF-486
Real Property Appraiser III
Evaluation Period 06/01/01-05/31/02

**Response to comments**

Work "Exceeds Requirements"

The evaluation period is the one-year period beginning June 2001 through May 2002. During the year under evaluation I have been performing tasks over and above the Appraiser III level. Ann Gima my supervisor advised me to not continue to perform the tasks outside of my working class. Robert Magota the Assessor also acknowledged that I was working beyond my class.

*[handwritten margin note: INCORRECT STATEMENT — I encouraged him to continue to perform as it would help his career should there be a reduction in grievance]*

It was due to this fact that effort was made for me to be reallocated to the Appraiser IV position. Therefore, I believe that it would be appropriate that the evaluation state that I have been working in a manner that "exceeds requirements".

*[handwritten: I will agree as the time pd should reflect the Appr III level]*

"Resists Completing Assignments in the Prescribed Manner"

The second paragraph of the narrative begins by stating that my "background and foundation in the real estate profession have been valuable". It goes on to state that I am continuing to learn office procedures, having difficulty organizing and prioritizing tasks associated with the position, and resists completing tasks in the prescribed manner. It also states that I disagree with established office work processes and have voiced my opinion.

None of these have been brought to my attention by my supervisor. If they had been I would have an opportunity to make the appropriate adjustments. I feel disappointed that it is being written in a performance review without having the opportunity to find out about it sooner.

In fact the opposite has been the case. I have written e-mails requesting guidance on procedures and have often times been caught between efforts of trying to prepare for trial as well as carrying out other duties. I have yet to receive a response from those e-mails requesting guidance.

*[handwritten: Have documented responses to all his requests he has not responded]*

"Focus Energies on Accomplishing Assigned Duties"

One example of lack of guidance was while preparing for trial. An expert report was required by the court to be submitted by a certain date. At the same time I was responsible for "declaration" forms sent out to nearly 2,000 taxpayers. I was working long hours to accomplish both of these goals the best that I could.

I was called in to a meeting with Gary Kurokawa whereby Gary advised me that I was taking too much initiative and that I needed to work within the boundaries of my work class. This meant that I could not be an expert witness at trial and that I would not be

able to complete the required expert report. I asked Gary who would do it and he told me not to worry about it. The deadline was only a couple of weeks away. I did as I was told and stopped working on it.

Another week went by before Gary realized and was urged on by corporation counsel that a report had to be done. There was no one else who could do it. At this point it was determined that I should be reallocated to an Appraiser IV and that I would be given authorization to work over time so that I could complete the report.

I was ready and willing to do whatever job was required of me to do. But it was the lack of foresight, insight, and leadership on behalf of management that caused great confusion. I feel that it is inappropriate to state that I have lack of focus when this may be more of a management problem.

### "Has Voiced His Opinions"

From the first day that I worked at this office it has been stated by the assessment administrator, and the assessor, that there is an open door policy to come into their offices <u>at any time</u> and to voice our opinions and views. This would be a positive policy in any office whereby management and employees have open communication.

It is known by the administrator, the assessor, and individuals within the office, that I have extensive appraisal experience and management experience. I have more management experience than the administrator, the assessor, and any of the supervisors (with the exception of Mike Okamoto).

I was interviewed for the administrator position, the assessor position, and to put it into one of the interviewers for the recent supervisor opening (Appraiser VI) that not one of the other applicants was even close in the interview.

During my interview for the administrator position the director impressed upon me that the office needs radical changes. During my interview for the assessor position Gary Kurokawa stated that there were exciting changes coming and that it would be an exciting time to be working at this office. Bob Magota stated to me that the office was looking for "outside" appraisers to bring in fresh new blood with market experience.

It is evident that there are serious problems in this office in terms of "established" office practices. I hoped to be part of positive change in this office. I believed that new ideas and comments were encouraged. I feel a great failure that I have not been able to be a more positive influence on this office.

I request that the performance standard be changed to "EXCEEDS REQUIREMENTS" and that the negative comments be removed from the record.

Respectfully,

Phil English