English, Philip E.
_____

| | |
|---|---|
| From: | Gima, Ann |
| Sent: | Friday, October 26, 2001 11:09 AM |
| To: | Kurokawa, Gary |
| Cc: | English, Philip E. |
| Subject: | Declaration letter |

Gary,
Just incase you were not aware, and also to let you know my opinion and viewpoint regarding the mailing of the "Declaration Regarding Condominium Use".

On Oct. 4 I received a copy of the Draft form of this "declaration"
On Oct 12 I started to field phone calls inquiring about the "declaration" form to which I had no answers nor instructions. I was also asked by Gail N. who they should be directing the inquiries to, I informed her that she should inquire with Bob since I was not involved in any of the discussions or decision making regarding this mailing. She later informed me that she was directed by
Bob to forward all calls to Phil.
There are several issues that I am concerned with in this situation:
1. Phil should not have signed this letter. He is NOT the individual with the authority to be making making this request.
He also should not be the individual fielding all the phone calls regarding this.

2. The timing of this could not have been more inopportune. We already have abundant pressures on us to try to accomplish our jobs without the added burden of the numerous phone inquiries. Within the past couple of days there have been at the very minimum 20 calls per day from irate, alarmed taxpayers agents and board members who have been sent or forwarded a request from our office which does not allow them ample time for response. To say the least, this is seriously detracting from Phil's ability to perform his already overburdened responsibilities. Not to mention distracting for everyone else who has had to field calls, take messages and try to calm down the callers.

3. I am concerned with the implementation of such a mailing without the proper planning. This was not mailed to all affected properties islandwide, insufficient time was allowed for a response, the involved/responsible party was not sent the mailing directlly, no policy for implementation or clarification of potential questions was discussed or resolved., the entire staff was not and is not aware of this "form", proper procedures regarding the development of forms was not followed. etc. etc.

I believe that the end result of this will be numerous complaints, additional appeals, additional anger and distrust for our office from taxpayers not to mention the potential for additional litigation.

We are already severely understaffed and in my opinion, creating additional work for our staff is an inappropriate action.

Annie

Case No.  04-00108 SOM/KSC
Defs' Exhibit No.  2096

1

CD 000048

EXHIBIT YY