Gima, Ann

**From:** Gima, Ann
**Sent:** Tuesday, February 26, 2002 8:24 AM
**To:** English, Philip E.
**Subject:** RE:

Why don't you give me a rundown of what you feel is a proper prioritization of your specific workload. Also, if there are specific areas where you need assistance let me know and I will try to allocate some resources to assist you.

Keep in mind that none of the "newer sales" are in the IAS system as yet. While preliminary review and research of data can be done at this time, you may choose to use your time elsewhere.

Building permits especially on condos have never been a priority as verification/access for gathering info is generally very difficult. You should be able to tell which permits are necessary, feasible and/or possible to check.

No one has assigned you the task of identifying any "hotel" properties

In general I have found that as one works through the appeals whether it be project by project, changes that become necessary for "grouping" matters will become evident and can be noted or made at that time.

In general as I have discussed with you on prior occasions, condition of units is assumed to be average unless you are made aware of special circumstances due to an appeal, a sale or permits. If a unit has sold and it come to your attention that it is extensively upgraded, you as the appraiser must make the determination as to whether this is typical or atypical for that project and you must decide whether to validate or adjust the sale accordingly by using the C&D.

Annie

-----Original Message-----
**From:** English, Philip E.
**Sent:** Monday, February 25, 2002 3:13 PM
**To:** Gima, Ann
**Cc:** Magota, Robert
**Subject:**

Ann,

Still waiting to here from you regarding my Feb. 21st e-mail about what you want me to do first. This week I am preparing for deposition with Roger Mosley on Thursday. I presume that I may be moving as well sometime this week. I have a heavy appeal case load and also will need to prepare for the Waikiki Shore trial coming up in April.

As it stands my models need a whole lot of work. Sales need to be "verified" and validated and I will need to take a closer look at how the projects are grouped. They do not currently appear to be grouped in any logical way, not according to zoning, not according to building type or unit type, and not by use (Hotel, TVUS, Apartment, etc.). There is also the issue of the leasehold buildings and what sales data is currently in the system.

Finally, there is the issue of building permits. Since I have been here I have been told they are a low priority so I have been stacking them up as they are given to me.

I believe there is more to be done than can be realistically done. I have been told that the only way we can do this is

1

Case No. 04-00108 SOM/KSC
Defs' Exhibit No. 2153

**CC 000528**

EXHIBIT ZZ

by cutting corners. It is not a matter of mass appraisal as opposed to spot appraisal. I have no problem with appraising in mass and using statistical techniques to come up with values. But those values are only as good as the data and the modeling. Those are my areas of greatest concern.

If we cut corners on analyzing data then it will come down to "garbage in - garbage out" which I believe already exists and has contributed to some problems. The example is where leasehold data has been validated and used in the models in the past. Or leasehold sales plus an estimated leased-fee value.

The other area is condition of the units. I have had many calls and some appeals whereby tax payers are stating that we are using comps of highly upgraded units. Our data does not reflect condition nor do our models take condition into account.

Because of the volume of work and the limited resources I need guidance as to what corners to cut and what work has priority. There is no question due to the volume of work that something is not going to get done and the quality of our work product will suffer. I have my own ideas but I want to be consistent with what the administration wants. Currently I have been focusing on appeals and tax appeal court.

Please give me your thoughts.

Phil

## Gima, Ann

**From:** English, Philip E.
**Sent:** Thursday, February 21, 2002 10:30 AM
**To:** Gima, Ann
**Cc:** Magota, Robert; Kurokawa, Gary
**Subject:** RE: BOR March 20

Ann,

I have had no time to prepare for Board. I have been spending my time organizing and checking appeal forms. Haven't done any appraisal work towards appeals. Just thought you should know how we have been told to use our time.

It seems to be starting again. We are running around like chickens with our heads cut off.... again.

Let me be more specific:

- I am just completing the organization of the appeals to determine whether I have all of the appeal forms or if I have forms that are not in the system.
- I may need to follow up on more of the declarations
- I need to participate in determination of what buildings are hotels or not
- I need to write letters in response to questions/complaints
- Still answering or returning phone calls related to classification issue

I have approximately 850 appeals. These include Waikiki Shore, The Imperial Hawaii Resort, and several other entire projects. Also I have a Tax Appeal Court trial coming up in April which I will need to prepare for.

All of this needs to be done prior to reviewing models that need some adjustments and starting to attempt some sort of verification/validation of sales data which is essential in modeling. There are nearly 20,000 condos in a very complex specialized market and the model needs to be looked at more closely.

I am not complaining about having work. But it is clear there is more work than can be realistically done. What I am asking for is some direction as to priority. I have my own ideas what is a priority but I do not want to conflict with the offices priorities.

I also believe there remains a false sense of what the job is and what it will take to get it done. Just doing the math on how long it would take to verify and validate the volume of sales that occur in the Waikiki area you can see that this process alone will take many, many man hours.

I often find myself getting into trouble because I am doing the things that "I" think are of greatest urgency and I also get extremely frustrated because I am asked to do many things that are of a priority to someone else (or that are not appraiser related functions, that is they are more clerical in nature).

As an ethical matter I feel responsible to say that something is going to suffer because there are not enough hours in the year for me to accomplish everything that "needs" to be done as well as all of the other things that we will be asked to do as seems the way here. So I am going on notice to say that I am looking for direction and to also say that as things stand all that needs to be done will not get done.

I know that the office is short handed and there are others that are also over worked. I am not sure what, if anything, is being done to remedy the situation or even if administration even has a realistic view of the tasks at hand and what it will take to get the job done adequately.

Let me know what you thoughts are, what can be done, and what I should do to prioritize my work.

Thank,

Phil

-----Original Message-----
From: Gima, Ann

Case No. 04-00108 SOM/KSC
Defs' Exhibit No. 2148

1

CC 000091