CO-2274

**DEPARTMENT OF HUMAN RESOURCES**
**CITY AND COUNTY OF HONOLULU**
550 SOUTH KING STREET • HONOLULU, HAWAII 96813
TELEPHONE: (808) 523-4809 • FAX: (808) 527-5563 • INTERNET: www.co.honolulu.hi.us

JEREMY HARRIS
MAYOR



SANDRA H. McFARLANE
DIRECTOR

Circular No. 1-00
December 12, 2000

TO:       DEPARTMENT AND AGENCY HEADS

FROM:     SANDRA H. McFARLANE, DIRECTOR
          DEPARTMENT OF HUMAN RESOURCES

SUBJECT:  <u>WORKPLACE VIOLENCE POLICY</u>

The attached Workplace Violence Prevention Policy is effective immediately and is applicable to all employees except for UPW employees and police officers. We are currently negotiating a workplace violence policy with UPW and it will be included in the BU 1 and 10 collective bargaining agreements. Police officers are covered under a separate HPD policy.

Please circulate this policy to all employees. Workplace Violence Prevention training is available through the City's Training and Employee Development Catalog. Please call the labor relations specialist assigned to your department should you have any questions. Thanks you for your assistance.

Attachments

APPROVED:

BENJAMIN B. LEE, FAIA
Managing Director

cc: All Employees
    Please post on your bulletin board.

EXHIBIT AAA            PE 00264

CIVIL SERVICE PERSONNEL MANUAL

| Subject Category: Occupational Safety | Index Code F 13.1 |
|---|---|
| Subject Title: Workplace Violence Prevention | |
| Reference(s): Hawaii Administrative Rules Chapter 12-60, CS Circ. 1-00, OSHA Publication 3148-1996, Guidelines for Preventing Workplace Violence USOPM: OWR-09 Dealing With Workplace Violence – Guide for Agency Planners | Issued by: Industrial Safety and Workers' Compensation |

Purpose(s):  To establish a workplace violence prevention and intervention policy for the City and County of Honolulu.

I.  POLICY.

It is the City and County of Honolulu's policy to promote a safe work environment for all employees. A safe work environment free from acts or threats of violence is the joint responsibility of management and employees. Acts or threats of physical violence, including harassment, intimidation and other disruptive behavior in the workplace will not be condoned or tolerated. All reported incidents of workplace violence shall be taken seriously and shall be dealt with appropriately.

II.  APPLICABILITY.

The City and County of Honolulu's prohibition against acts or threats of violence shall apply to all employees including managers, supervisors, contract and temporary workers and volunteers. Note: United Public Worker employees and police officers are covered under separate policies.

III.  PROHIBITED BEHAVIORS.

   A.  "Acts or threats of violence" include conduct against persons or property sufficiently severe, offensive, or intimidating to alter employment conditions or to create a hostile, abusive, or intimidating work environment for any City employee or group of City employees. Such behavior can can include oral or written statements, gestures, or expressions that communicate a direct or indirect threat of physical harm.

   Examples of conduct that may be considered "acts or threats of violence" prohibited under this policy include, but are not limited to the following:

   1.  Hitting, kicking, punching, slapping or shoving an individual.

   2.  Threatening to harm an individual or his/her family, friends, associates, or damage their property.

PE 00265

CIVIL SERVICE PERSONNEL MANUAL

Index Code
F 13.2

    3.    The intentional destruction or threat of destruction of property owned, operated, or controlled by the City.

    4.    Making harassing or threatening telephone calls, letters or other forms of written or electronic communications.

    5.    Use of foul language directed at another person in a threatening or hostile manner.

    6.    Intimidating or attempting to coerce an employee to do wrongful acts.

    7.    Harassing surveillance, also known as "stalking," the willful, malicious and repeated following of another person and making a credible threat with intent to place the other person in reasonable fear of his or her safety.

  B.  Possession of firearms and other dangerous weapons are illegal and strictly prohibited on City property (unless authorized by State and Federal laws, e.g., police officers and investigators).

IV.  **EMPLOYEE RESPONSIBILITIES**.

It is the responsibility of all employees to be aware of how their behavior, physical and verbal, is affecting the people with whom they work. Eliminate behavior (including teasing and joking) that a reasonable person would find intimidating, hostile or offensive.

Do not ignore violent, threatening, harassing, intimidating or other disruptive behavior. If such behavior is observed or experienced, promptly report it to the appropriate supervisor or manger who can take preventive or corrective action. In the event of imminent danger because of an act or threat of violence, immediately call "911" for police assistance.

V.  **SUPERVISORY RESPONSIBILITIES**.

Do not tolerate offensive behaviors and act immediately and consistently to correct such behavior.

Promptly take corrective action whenever an employee reports an act or threat of violence. Work with departmental personnel officer on taking appropriate action to report the act or threat of violence to the appointing authority. In the event of imminent danger because of an act or threat of violence, immediately call "911" for police assistance.

The police should also be called in all instances where firearms are brought to the workplace.

PE 00266

CIVIL SERVICE PERSONNEL MANUAL

Index Code
F 13.3

VI. <u>NON-RETALIATION</u>.

There shall be no retaliation or discrimination by any person against an employee who in good faith has complained of acts or threats of violence, conducted an investigation of a complaint, or acted as a witness during an investigation of complaint. Retaliatory conduct should be reported by the individual to his/her supervisor and dealt with promptly and seriously by management.

VII. <u>DISSEMINATION OF INFORMATION</u>.

The contents of this policy shall be communicated to all employees, including supervisors, through normal departmental channels and shall be posted on employee bulletin boards. This information shall be discussed with new employees and in training classes.

CIVIL SERVICE PERSONNEL MANUAL

Index Code
F 13.4

# WORKPLACE VIOLENCE PREVENTION PROCEDURES

I. <u>ROLES AND RESPONSIBILITIES</u>.

    A.    Department of Human Resources.

        1.    Develop and maintain a City-wide workplace violence prevention policy and procedural guidelines.

        2.    Assist departments and agencies in developing and implementing departmental workplace violence policies and procedures.

        3.    Insure new employees are properly trained and that periodic refresher training is given. Provide training for employees and supervisors on the risk factors associated with workplace violence and the handling of emergency situations to minimize the risks of violent incidents in the workplace.

        4.    Provide assistance to departments and agencies in the areas of labor relations, workers' compensation, safety and employee assistance as requested. Serve on threat response team as required.

        5.    Provide suitability screening on prospective employees.

        6.    Maintain copies of all workplace violence incident reports.

    B.    Departments and Agencies.

        1.    Designate a senior manager to develop and administer a department workplace violence policy and procedures consistent with this policy that will meet the organization's needs using available in-house resources.

        2.    Establish/identify a Threat Response Team.

             a.    Establish a "Threat Response Team" to assess a worksite's vulnerability to workplace violence to work with workplace managers and supervisors on preventive actions to be taken. Include representatives from senior management, police, personnel (labor relations, safety and employee assistance), facility engineering, management and an employee representative as appropriate. Threat response teams may be asked to assist smaller departments.

             b.    Conduct an analysis to identify areas or operations with potential for workplace violence. The analysis should include but is not limited to, analyzing injury and workers' compensation records, incident reports, and facility design and access requirements.

PF 00268

CIVIL SERVICE PERSONNEL MANUAL
Index Code
F 13.5

    c.    Identify engineering controls and administrative work practices to prevent or control hazards identified by the analysis.

        1)    Engineering controls include changes to the physical environment to reduce or eliminate hazards. For example, creating a barrier between the worker and the hazard, locking all unused doors to limit access, an emergency warning system such as a light or bell and arranging the work area to prevent entrapment of staff.

        2)    Administrative Work Practice Controls. Work practice controls affect the way jobs or tasks are performed. For example, instituting a sign-in system for visitors and designating a response team for quick response to workplace violence emergencies.

    d.    Investigate all reports of acts or threats of violence and recommend appropriate action.

3.    Post-Incident Response. Arrange for treatment for victims and employees who may be traumatized by witnessing a workplace violence incident. For example, trauma-crisis counseling, critical incident stress debriefing, or employee assistance referral. Identify post-incident staff support.

4.    Recordkeeping. Maintain reports of threats, threatening behavior and acts of violence, see attached sample. Forward copies of all incident reports to the Department of Human Resources, ISWC Division. Evaluate the response to the incident and initiate corrective action to prevent future incidents.

5.    Program Evaluation. Periodically measure the effectiveness of the program in lowering the frequency and severity of workplace violence incidents.

6.    Prominently post copies of department/agency workplace violence policy and procedures in all work areas and facilities.

C.    Honolulu Police Department. Provide law enforcement assistance to departments and agencies as requested.

D.    Corporation Counsel and Prosecuting Attorney. Provide legal assistance to departments and agencies as requested.

E.    Customer Services. Provide public relations assistance to departments/agencies as requested.

PE 00269

CIVIL SERVICE PERSONNEL MANUAL

Index Code
F 13.6

F. Facility Maintenance. Provide engineering and design assistance to improve the physical security of City facilities as required.

G. Employees, supervisors and managers.

   1. When indicators for potential or actual acts or threats of violence are identified, follow department procedures to defuse those situations.

   2. Promptly report all acts or threats of violence. Obtain the following information as appropriate:

      ➢ The exact statements (threats) or misconduct of the involved parties,
      ➢ Identities and statements of witnesses,
      ➢ The victim's version of the incident,
      ➢ The offender's version of the incident,
      ➢ The statement and/or activity occurred,
      ➢ The offender's past overall record,
      ➢ Any mitigating circumstances,
      ➢ Any aggravating circumstances,
      ➢ The offender's intent,
      ➢ Who in the workplace best knows the offender,
      ➢ The victim's past record, is any, of making unsubstantiated complaints,
      ➢ The overall context in which Any pertinent additional facts.

      If any employee is terminated, his or her supervisor must retrieve all Employer property in the employee's possession. The employee must be escorted off company property by management personnel.

   3. Support this policy by maintaining a safe working environment.

II. GUIDELINES TO FOLLOW WHEN A THREAT, THREATENING BEHAVIOR OR ACT OF VIOLENCE OCCURS.

   A. An employee who feels that he or she is being subjected to a threat, threatening behavior or act of violence should immediately report any such complaint to the supervisor. If the supervisor is the individual committing the alleged behavior, such conduct should be reported to the next higher supervisor. As an alternative, all such complaints may also be reported directly to the department or agency head.

   B. In the event of imminent danger because of an act or threat of violence, any available supervisor or employee should immediately call "911." Report as many details as possible so that the appropriate emergency response units can be dispatched. Communicate the following:

PE 00270

CIVIL SERVICE PERSONNEL MANUAL

Index Code
F 13.7

1. The nature of the incident in progress.

2. Location of the incident.

3. The number of victim(s).

4. The condition of the victim(s).

5. Whether their injuries appear to be life threatening.

6. A physical description of the perpetrator.

7. Descriptions and license numbers of any vehicles involved.

8. The name of the individual who will meet law enforcement personnel when they arrive.

9. The presence of any hazards at the scene.

Complete an incident report (sample attached) and forward it to the department head for action.

PE 00271

CONFIDENTIAL WORKPLACE VIOLENCE INCIDENT REPORT - Page 1

To: _____     Date of Incident: _____
Location of Incident: _____
Time of Incident: _____ AM/PM     Day of the week: _____
From: _____     Phone: _____

Number of persons affected: _____

(Name of the victim(s)/affected person(s)
Position: _____     Bargaining Unit: _____

Supervisor: _____     Supervisor notified? Yes _____ No _____

Family Notified?  Yes _____ No _____

Was there third party/non-employee involvement? Yes _____ No _____

Lost work time? Yes _____ No _____ Anticipated return to work date: _____

Alleged Assailant/Perpetrator Information:

Violence was directed towards: Staff _____ Customer/Client _____
                               Visitor _____ Other _____

Assailant(s) is/were: Staff _____ Customer/Client _____ Visitor _____
      Other _____
             Name of Assailant(s) or Alleged Perpetrator(s), if known

Position or Job Title of the Assailant(s): _____

Was the assailant ARMED?    Yes _____ No _____
If assailant was ARMED, describe the weapon: _____

Have there been previous incidents of this type in the workplace?  Yes _____ No _____

Have there been previous incidents of this type by this person?  Yes _____ No _____

Incident Information:

Type of incident:  PHYSICAL Abuse _____     VERBAL Abuse _____

              OTHER (describe) _____

Injuries? Yes _____ No _____

IF YES, what were extent of the injuries? _____

Risk factors applicable to the incident:

_____ Working with money                _____ Working alone
_____ Working early morning             _____ Working at night
_____ Dissatisfied with customer service _____ Domestic
_____ Prior history of violence         _____ Gang related
_____ Work in a high crime area         _____ Intoxicants/drugs
_____ Other (describe): _____

PE 00272

CONFIDENTIAL WORKPLACE VIOLENCE INCIDENT REPORT - Page 2

Description of the incident:

Present at the time of the incident: POLICE _____ SECURITY _____

Police notified?   YES ____   NO ____

Did anyone leave the area because of the incident?
YES ____   NO ____   Not determined _____

The status of the incident:

Incident diffused: YES ____   NO ____
Explain outcome
_____
_____
_____

Assailant/perpetrator: _____

Arrested?        YES ____  NO ____    Escorted off premises? YES ____ NO ____

Remained on premises? YES ____ NO ____  Left on own?   YES ____ NO ____

Other (describe)
_____
_____
_____

Recommendations that would prevent a similar incident:
_____
_____
_____

Report completed by: _____  Title: _____

Witnesses: _____  Date: _____

Supervisor notified by: _____  Time: _____

PE 00273