IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1–10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>　　　　　Defendants. | Civil No.  04-00108 KCS/KSC<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

　　The undersigned herby certifies that a true and correct copy of the foregoing was duly served upon the party listed below at their respective address by way of hand-delivery, on September 25, 2006.

MICHAEL A. LORUSSO, ESQ.
RANDALL Y. YAMAMOTO, ESQ.
Kawashima Lorusso & Tom, LLP
Fort Street Tower
745 Fort Street, 5th Floor
Honolulu, Hawaii 96813

 Attorneys for Defendants
 City & County of Honolulu,
 Gary T. Kurokawa, Robert O. Magota,
 and Ann C. Gima

KEVIN P. H. SUMIDA, ESQ.
ANTHONY L. WONG, ESQ.
Sumida & Tsuchiyama
Dillingham Transportation Building
735 Bishop St., Suite 411
Honolulu, Hawaii 96813

 Attorneys for Defendant
 GK APPRAISALS, INC.

DATED: Honolulu, Hawaii, September 25, 2006.

          _____
          ROGER S. MOSELEY
          CHRISTOPHER J. MUZZI
          TEDSON H. KOJA
          RENEE M. FURUTA
          Attorneys for Plaintiff
          PHILIP E. ENGLISH