IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH, <br><br> Plaintiff, <br><br> vs. <br><br> CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1 –10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10, <br><br> Defendants. | Civil No. 04-00108 KSC/KSC <br><br> DECLARATION OF COUNSEL |

## **DECLARATION OF COUNSEL**

I, CHRISTOPHER J. MUZZI, declare under penalty of perjury that the following is true and correct to the best of my knowledge:

1.  I am an attorney licensed to practice law in the State of Hawaii, the United District Court for the District of Hawaii, and the United States Circuit Court of the 9th Circuit.

2.  I am one of the attorneys responsible for representing Plaintiff Philip E. English in the above-captioned case.

10010/3/57992.2

3.	Plaintiff respectfully submit this request for an ex parte shortening of time to hear Plaintiffs' Motion to Strike insofar as the hearing on Defendants City's Motion in Limine No. 9 is scheduled for September 28, 2006 at 10:00 a.m.

4.	Plaintiff respectfully submit this request for an ex parte shortening of time to hear Plaintiff's Motion to Strike so that this motion may be heard in advance of the scheduled hearing on Defendants' motion to determine whether Plaintiff must submit an opposition to Defendant's motion prior to the September 28, 2006 hearing.

I DECLARE UNDER PENALTY OF PERJURY under the laws of the United States and the State of Hawaii that the foregoing is true and correct.

Executed on September 22, 2006, at Honolulu, Hawaii.

_____
CHRISTOPHER J. MUZZI

10010/2/57992.2                          2