IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>              Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1–10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>              Defendants. | Civil No. 04-00108 SOM/KSC<br><br>ORDER GRANTING PLAINTIFF PHILIP E. ENGLISH'S EX PARTE MOTION TO SHORTEN TIME FOR HEARING ON HIS MOTION TO STRIKE DEFENDANTS CITY AND COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA AND ANN C. GIMA'S MOTION IN LIMINE NO. 9 |

**ORDER GRANTING PLAINTIFF PHILIP E. ENGLISH'S
EX PARTE MOTION TO SHORTEN TIME FOR HEARING
ON HIS MOTION TO STRIKE DEFENDANTS CITY AND
COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O.
MAGOTA AND ANN C. GIMA'S MOTION IN LIMINE NO. 9**

Upon due consideration of Plaintiff Philip E. English ("Plaintiff")'s Ex Parte Motion to Shorten Time for Hearing on his Motion to Strike Defendants City and County of Honolulu, Gary T. Kurokawa, Robert O. Magota and Ann C. Gima's Motion in Limine No. 9, the declaration of counsel, the records and files herein, and finding good cause therefore,

IT IS HEREBY ORDERED that the Ex Parte Motion is GRANTED and that Plaintiffs' Motion to Strike Defendants City and County of Honolulu, Gary T. Kurokawa, Robert O. Magota and Ann C. Gima's Motion in Limine No. 9 shall come on for hearing before the Honorable Kevin S.C. Chang in his courtroom at the United States Courthouse, 300 Ala Moana Blvd., Honolulu, Hawaii, at __10:00__ o'clock __a__.m. on __9/28/__, 2006, or as soon thereafter as counsel can be heard.

Dated: Honolulu, Hawaii, __SEP 2 2 2006__.

_____
JUDGE OF THE ABOVE-ENTITLED COURT

10010/2/57679.3                              2