IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>  Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1–10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>  Defendants. | Civil No. 04-00108 KCS/KSC<br><br>CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

The undersigned herby certifies that a true and correct copy of the foregoing was duly served upon the party listed below at their respective address by hand delivery on September 22, 2006.

10010\3\53092.11

| | |
|---|---|
| MICHAEL A. LORUSSO, ESQ.<br>Kawashima Lorusso & Tom, LLP<br>Fort Street Tower<br>745 Fort Street, 5th Floor<br>Honolulu, Hawaii 96813 | **HAND DELIVERY** |

    Attorneys for Defendants
    City & County of Honolulu,
    Gary T. Kurokawa, Robert O. Magota,
    and Ann C. Gima

| | |
|---|---|
| KEVIN P. H. SUMIDA, ESQ.<br>ANTHONY L. WONG, ESQ.<br>Dillingham Transportation Building<br>735 Bishop St., Suite 411<br>Honolulu, Hawaii 96813 | **HAND DELIVERY** |

    Attorneys for Defendant
    GK APPRAISALS, INC.

DATED: Honolulu, Hawaii, September 22, 2006.

                              /s/ Roger S. Moseley
                              ROGER S. MOSELEY
                              CHRISTOPHER J. MUZZI
                              TEDSON H. KOJA
                              RENEE M. FURUTA
                              Attorneys for Plaintiff
                              PHILIP E. ENGLISH