**ORIGINAL**

MOSELEY BIEHL TSUGAWA LAU & MUZZI
a Hawaii limited liability law company
ROGER S. MOSELEY          2060
CHRISTOPHER J. MUZZI      6939
RENEE M. FURUTA           7593
Alakea Corporate Tower
1100 Alakea Street, 23rd Floor
Honolulu, Hawaii 96813
Telephone: (808) 531-0490
Facsimile: (808) 523-1888
Email: rmoseley@hilaw.us
       cmuzzi@hilaw.us
       rfuruta@hilaw.us

Attorneys for Plaintiff
PHILIP E. ENGLISH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>Defendants. | Civil No. CV 04-00108 KSC<br><br>NOTICE OF HEARING MOTION; PLAINTIFF PHILIP E. ENGLISH'S MOTION TO STRIKE DEFENDANTS CITY AND COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA AND ANN C. GIMA'S MOTION IN LIMINE NO. 9 TO PRECLUDE THE TESTIMONY OF HOWARD TOM SUN AND SUSAN SIU; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF COUNSEL; EXHIBITS A-C; CERTIFICATE OF SERVICE<br><br>TRIAL: OCTOBER 3, 2006 |

10010\3\57989

## NOTICE OF HEARING MOTION

To:   MICHAEL A. LORUSSO, ESQ.
RANDALL Y. YAMAMOTO, ESQ.
Kawashima Lorusso & Tom, LLP
Fort Street Tower
745 Fort Street, 5th Floor
Honolulu, Hawaii 96813

      Attorneys for Defendants
      City & County of Honolulu,
      Gary T. Kurokawa, Robert O. Magota,
      and Ann C. Gima

KEVIN P. H. SUMIDA, ESQ.
ANTHONY L. WONG, ESQ.
735 Bishop Street, Suite 411
Honolulu, Hawaii 96813

      Attorneys for Defendant
      GK APPRAISALS, INC.

NOTICE IS HEREBY GIVEN that Plaintiff's Motion to Strike Defendants City and County of Honolulu, Gary T. Kurokawa, Robert O. Magota and Ann C. Gima's Motion in Limine No. 9 to Preclude the Testimony of Howard Tom Sun and Susan Siu shall come on for hearing before the Honorable Kevin S.C. Chang, Judge of the above-entitled Court, in his courtroom, Prince Kuhio Federal

Building, 300 Ala Moana Boulevard, at _10:00 a_.m. on _9/28/06_

_____or as soon thereafter as counsel may be heard.

DATED: Honolulu, Hawaii, September 22, 2006.

                                        ROGER S. MOSELEY
                                        CHRISTOPHER J. MUZZI
                                        RENEE M. FURUTA
                                        Attorneys for PLAINTIFF
                                        PHILIP E. ENGLISH