IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>Defendants. | Civil No. CV 04-00108 KSC<br><br>PLAINTIFF PHILIP E. ENGLISH'S MOTION TO STRIKE DEFENDANTS CITY AND COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA AND ANN C. GIMA'S MOTION IN LIMINE NO.9 TO PRECLUDE THE TESTIMONY OF HOWARD TOM SUN AND SUSAN SIU |

**PLAINTIFF PHILIP E. ENGLISH'S MOTION TO STRIKE DEFENDANTS CITY AND COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA AND ANN C. GIMA'S MOTION IN LIMINE NO. 9 TO PRECLUDE THE TESTIMONY OF HOWARD TOM SUM AND SUSAN SIU**

COMES NOW, Plaintiff PHILIP E. ENGLISH ("Plaintiff"), by and through his attorneys, Moseley Biehl Tsugawa Lau & Muzzi, LLLC hereby submit his Motion to Strike Defendants City and County of Honolulu, Gary T. Kurokawa, Robert O. Magota and Ann C. Gima's (hereinafter Defendants "City") Motion in Limine No. 9 to Preclude the Testimony of Howard Tom Sun and Susan Siu.

10010\3\57990

This motion is made pursuant to Rules 7 and 16 of the Federal Rules of Civil Procedure and the memorandum, declaration, exhibit submitted herewith together with the pleadings herein.

DATED: Honolulu, Hawaii, September 22, 2006.

 

_____
ROGER S. MOSELEY
CHRISTOPHER J. MUZZI
RENEE M. FURUTA
Attorneys for PLAINTIFF
PHILIP E. ENGLISH