IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>          Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1–10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>          Defendants. | Civil No.  CV 04-00108 KSC<br><br>MEMORANDUM IN SUPPORT OF MOTION |

## MEMORANDUM IN SUPPORT OF MOTION

Pursuant to the Second Amended Rule 16 Scheduling Order (the "Scheduling Order") filed on December 28, 2005, all motions in limine were to be filed by September 12, 2006. See Exhibit A. Thereafter, Defendants City and County of Honolulu, Gary T. Kurokawa, Robert O. Magota and Ann C. Gima (hereinafter Defendants "City") filed a Motion to Strike Plaintiff's First Amendment to Plaintiff Philip E. English's First Amended Pretrial Statement and For Sanctions (the "Motion to Strike"). The Motion to Strike was based on Plaintiff amending his First Amended Pretrial Statement to reflect witness Howard

Tom Sun, who was timely identified in Plaintiff's final witness list filed on September 12, 2006. See Exhibit B.

On September 19, 2006, the Court denied the Motion to Strike, but granted Defendants City leave to file a Motion in Limine as to witness Howard Tom Sun only by September 22, 2006. The limitation as to the scope of the motion in limine was clearly understood by Plaintiff and Defendants City as evidenced by the attached proposed order denying the Motion to Strike, which was prepared by Defendants City. See Exhibit C.

Despite this limitation, on September 21, 2006, Defendants City filed Motion in Limine No. 9 to Preclude the Testimony of Howard Tom Sun and Susan Siu. This is clearly inappropriate and must be stricken as it violates the Scheduling Order and the Court's September 19, 2006 order.

Susan Siu was named as a witness on Plaintiff's Pretrial Statement filed on August 15, 2006. Thus, as to her and all other witnesses named therein, the Scheduling Order required that any motion in limine regarding her testimony be filed no later than September 12, 2006. Defendants City did not file a motion in limine regarding her testimony by the September 12, 2006 deadline.

Defendants City's September 21, 2006 Motion in Limine No. 9 to Preclude the Testimony of Howard Tom Sun and Susan Siu is untimely as to Susan Siu. Therefore Defendants City's motion clearly violates the Second Amended Rule 16

Scheduling Order as well as the September 19, 2006 minute order. Plaintiff respectfully requests Defendants City's entire motion be stricken, or at minimum, that the motion regarding/relating to Susan Siu be stricken from the pleadings herein.

    DATED: Honolulu, Hawaii, September 22, 2006.

                                                  _____
                                                  ROGER S. MOSELEY
                                                  CHRISTOPHER J. MUZZI
                                                  RENEE M. FURUTA
                                                  Attorneys for PLAINTIFF
                                                  PHILIP E. ENGLISH