IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>            Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1 –10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>            Defendants. | Civil No.  04-00108 KSC/KSC<br><br>DECLARATION OF COUNSEL |

## **DECLARATION OF COUNSEL**

I, CHRISTOPHER J. MUZZI, declare under penalty of perjury that the following is true and correct to the best of my knowledge:

1. I am an attorney licensed to practice law in the State of Hawaii, the United District Court for the District of Hawaii, and the United States Circuit Court of the 9th Circuit.

2. I am one of the attorneys responsible for representing Plaintiff Philip E. English in the above-captioned case.

10010/3/57992.1

3. Attached hereto as Exhibit "A" is a true and correct copy of the Second Amended Rule 16 Scheduling Order filed on December 28, 2005.

4. Attached hereto as Exhibit "B" is a true and correct copy of Plaintiff Philip E. English's First Amendment to Plaintiff's First Amended Pretrial Statement.

5. Attached hereto as Exhibit "C" is a true and correct copy of the proposed order denying Defendants City and County of Honolulu, Gary T. Kurokawa, Robert O. Magota and Ann C. Gima (hereinafter Defendants "City") filed a Motion to Strike Plaintiff's First Amendment to Plaintiff Philip E. English's First Amended Pretrial Statement and For Sanctions (the "Motion to Strike"), which was drafted by the Defendants City.

6. That I appeared on behalf of Plaintiff at the September 19, 2006 hearing on the Motion to Strike and that the Court granted Defendants City until September 22, 2006 to file a motion in limine as to witness Howard Tom Sun only.

I DECLARE UNDER PENALTY OF PERJURY under the laws of the United States and the State of Hawaii that the foregoing is true and correct.

Executed on September 22, 2006, at Honolulu, Hawaii.

_____
CHRISTOPHER J. MUZZI