ORIGINAL

MOSELEY BIEHL TSUGAWA LAU & MUZZI
a Hawaii limited liability law company
ROGER S. MOSELEY           2060
CHRISTOPHER J. MUZZI    6939
RENEE M. FURUTA            7593
Alakea Corporate Tower
1100 Alakea Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone:  (808) 531-0490
Facsimile:  (808) 534-0202
Email:  rmoseley@hilaw.us
        cmuzzi@hilaw.us
        rfuruta@hilaw.us

Attorneys for Plaintiff
PHILIP E. ENGLISH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>   Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1–10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>   Defendants. | Civil No.  04-00108 KSC/KSC<br><br>FIRST AMENDMENT TO PLAINTIFF PHILIP E. ENGLISH'S FIRST AMENDED PRETRIAL STATEMENT;  CERTIFICATE OF SERVICE |

10010\3\57688

EXHIBIT  B

## FIRST AMENDMENT TO PLAINTIFF PHILIP E. ENGLISH'S FIRST AMENDED PRETRIAL STATEMENT

Plaintiff Philip E. English ("Plaintiff"), by and through his counsel, Moseley Biehl Tsugawa Lau & Muzzi, hereby submits his First Amendment to his First Amended Pretrial Statement pursuant to the Hawaii Local Rules of the U.S. District Court Rule 16.6. Plaintiff's Pretrial Statement is amended to include Howard Tom Sun as an additional witness.

Dated: Honolulu, Hawaii, September 12, 2006.

/s/ Roger S. Moseley
ROGER S. MOSELEY
CHRISTOPHER J. MUZZI
RENEE M. FURUTA
Attorney for Plaintiff
PHILIP E. ENGLISH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>　　　　　Defendants. | Civil No.  04-00108 KSC/KSC<br><br>CERTIFICATE OF SERVICE |

### **CERTIFICATE OF SERVICE**

The undersigned herby certifies that a true and correct copy of the foregoing was duly served upon the party listed below at their respective addresses, via hand-delivery, on September 12, 2006.

MICHAEL A. LORUSSO, ESQ.
Kawashima Lorusso & Tom, LLP
Fort Street Tower
745 Fort Street, 5th Floor
Honolulu, Hawaii 96813

    Attorneys for Defendants
    City & County of Honolulu,
    Gary T. Kurokawa, Robert O. Magota,
    and Ann C. Gima

KEVIN P. H. SUMIDA, ESQ.
ANTHONY L. WONG, ESQ.
735 Bishop Street, Suite 411
Honolulu, Hawaii 96813

    Attorneys for Defendant
    GK APPRAISALS, INC.

DATED: Honolulu, Hawaii, September 12, 2006.

                                        /s/ Roger S. Moseley
                                        ROGER S. MOSELEY
                                        CHRISTOPHER J. MUZZI
                                        RENEE M. FURUTA
                                        Attorneys for Plaintiff
                                        PHILIP E. ENGLISH