IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1–10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>　　　　　Defendants. | Civil No. 04-00108 KCS/KSC<br><br>CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

The undersigned herby certifies that a true and correct copy of the foregoing was duly served upon the party listed below at their respective address by hand delivery on September 22, 2006.

10010\3\53092.11

MICHAEL A. LORUSSO, ESQ.　　　　　**HAND DELIVERY**
Kawashima Lorusso & Tom, LLP
Fort Street Tower
745 Fort Street, 5th Floor
Honolulu, Hawaii  96813

    Attorneys for Defendants
    City & County of Honolulu,
    Gary T. Kurokawa, Robert O. Magota,
    and Ann C. Gima


KEVIN P. H. SUMIDA, ESQ.　　　　　**HAND DELIVERY**
ANTHONY L. WONG, ESQ.
Dillingham Transportation Building
735 Bishop St., Suite 411
Honolulu, Hawaii  96813

    Attorneys for Defendant
    GK APPRAISALS, INC.

DATED:  Honolulu, Hawaii, September 22, 2006.

                                          _____
                                          ROGER S. MOSELEY
                                          CHRISTOPHER J. MUZZI
                                          TEDSON H. KOJA
                                          RENEE M. FURUTA
                                          Attorneys for Plaintiff
                                          PHILIP E. ENGLISH