00002547.WPD
KAWASHIMA LORUSSO & TOM LLP

JAMES KAWASHIMA      #1145-0
RANDALL Y. YAMAMOTO  #3274-0
Topa Financial Center
Fort Street Tower
745 Fort Street, Suite 500
Honolulu, Hawaii 96813
Telephone:  (808)275-0300
Facsimile:  (808)275-0399
Email Address: ryamamoto@kltlaw.com
Attorneys for Defendants
CITY AND COUNTY OF HONOLULU,
GARY T. KUROKAWA, ROBERT O. MAGOTA,
and ANN C. GIMA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH, | ) CIVIL NO. CV04-00108 KSC |
| | ) |
| Plaintiff, | ) SUPPLEMENT TO DEFENDANTS |
| | ) CITY AND COUNTY OF |
| vs. | ) HONOLULU, GARY T. |
| | ) KUROKAWA, ROBERT O. |
| CITY AND COUNTY OF | ) MAGOTA, and ANN C. GIMA'S |
| HONOLULU; GARY T. | ) OBJECTIONS TO DEFENDANT GK |
| KUROKAWA; ROBERT O. | ) APPRAISALS, INC.'S TRIAL |
| MAGOTA; ANN C. GIMA; and GK | ) EXHIBITS; CERTIFICATE OF |
| APPRAISALS, INC.; JOHN DOES 1- | ) SERVICE |
| 10; JANE DOES 1-10; DOE | ) |
| PARTNERSHIPS; DOE | ) |
| CORPORATIONS 1-10; AND DOE | ) |
| ENTITIES 1-10, | ) [PART 1 OF 3] |
| | ) |
| Defendants. | ) |
| | ) Trial Date: 10/03/06 |

SUPPLEMENT TO DEFENDANTS CITY AND COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA, and ANN C. GIMA'S OBJECTIONS TO DEFENDANT GK APPRAISALS, INC.'S TRIAL EXHIBITS

Attached is the Appendix of Exhibits to Defendants City and County of Honolulu, Gary T. Kurokawa, Robert O. Magota, and Ann C. Gima's Objections to Defendant GK Appraisals, Inc.'s Trial Exhibits.

DATED: Honolulu, Hawaii, September 25, 2006.

_____
JAMES KAWASHIMA
RANDALL Y. YAMAMOTO
Attorneys for Defendants
CITY AND COUNTY OF HONOLULU,
GARY T. KUROKAWA,
ROBERT O. MAGOTA, and
ANN C. GIMA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH, | ) CIVIL NO. CV04-00108 KSC |
| | ) |
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| | ) |
| vs. | ) |
| | ) |
| CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10, | ) ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was duly served by means of hand delivery to the following named attorneys at their last known address on September 25, 2006:

    ROGER S. MOSELEY, ESQ.
    Moseley Biehl Tsugawa Lau & Muzzi
    Alakea Corporate Tower
    1100 Alakea Street, 23rd Floor
    Honolulu, Hawaii 96813
    Attorney for Plaintiff
    PHILIP E. ENGLISH

KEVIN P.H. SUMIDA, ESQ.
ANTHONY L. WONG, ESQ.
735 Bishop Street; Suite 411
Honolulu, Hawaii 96813

Attorneys for Defendant
GK APPRAISALS, INC.

DATED: Honolulu, Hawaii, September 25, 2006.

_____
JAMES KAWASHIMA
RANDALL Y. YAMAMOTO
Attorneys for Defendants
CITY AND COUNTY OF HONOLULU,
GARY T. KUROKAWA,
ROBERT O. MAGOTA, and
ANN C. GIMA