

**KAISER PERMANENTE**
*Good People. Good Medicine.*

# WORK SLIP

Date of Visit/Telephone Advice: __MAR 1 3 2003__      Location of Visit/Telephone Advice:      Kaiser Honolulu Clinic
1010 Pensacola Street
Honolulu, Hawaii 96814

Diagnosis (if required):

Date(s) of scheduled Recheck(s):

This patient states that he/she was disabled and unable to work/attend school from  *2·27·03*  to

MAY RESUME work/school on: *4·2·03*  ☒ Full duty  ◯ Limited duty ▶  IF LIMITED DUTY (describe): ◯ Driving ◯ Pushing

◯ Climbing  ◯ Standing  ◯ Sports  ◯ Pulling  ◯ Lifting  ◯ Walking  ◯ Hand Tools  ◯ Other:

IF LIMITED, is capable of returning to full duty on: *4·2·03*      Further Description/Remarks:

*James E Love, MD*
Provider's Signature

**J.E. LOVE INTERNAL MEDICINE**
Provider's Name (print)

I hereby authorize the Kaiser Permanente Medical Care Program to release information relating to this illness to my employer/school. This authorization shall be valid for 90 days.

.328  Rev. 07/92      Signature of Patient/Responsible Party

Relationship to Patient

---

**KAISER PERMANENTE**
*Good People. Good Medicine.*

# WORK SLIP

*033194*
*english, phillip*
*10-20-54*

Date of Visit/Telephone Advice: APR 2 3 2003      Location of Visit/Telephone Advice:      Kaiser Honolulu Clinic
1010 Pensacola Street
Honolulu, Hawaii 96814

Diagnosis (if required):

Date(s) of scheduled Recheck(s): *as needed*

This patient states that he/she was disabled and unable to work/attend school from  APR 0 2 2003  to  APR 2 2 2003
*APR 2 3 2003*

MAY RESUME work/school on:      ◯ Full duty  ◯ Limited duty ▶  IF LIMITED DUTY (describe): ◯ Driving ◯ Pushing

◯ Climbing  ◯ Standing  ◯ Sports  ◯ Pulling  ◯ Lifting  ◯ Walking  ◯ Hand Tools  ◯ Other:

IF LIMITED, is capable of returning to full duty on:      Further Description/Remarks:

**J.E. LOVE INTERNAL MEDICINE**

*James E Love, MD*
Provider's Signature

Provider's Name (print)

I hereby authorize the Kaiser Permanente Medical Care Program to release information relating to this illness to my employer/school. This authorization shall be valid for 90 days.

DEFENDANT'S EXHIBIT 3020

PE 00164