2/28/03          9:50 a

I just spoke to Carol K
who told me that
everybody in our group
has been interviewed
by M. Gaulich. She
didn't say when but
she told me that
they were asked
if they were working
by me or the situation.
She said I looked
terrible & she hoped
I would be ok
but



DEFENDANT'S EXHIBIT 3021

PF 00165