We talked about the ethics commission investigation and she didn't know about that. I got the impression that M.G.'s questions were an effort to trump something up. I do not feel so good. I feel like now even Budget & their cronies will protect itself.

DEFENDANT'S EXHIBIT 3022

PE 00166