2/28/03

I spoke to Sue F. about who — Sue is worried about her job because she knows her boss is not doing things right.

She told me once before that she wished that he treated people better. I told her not to worry about her job.

DEFENDANT'S EXHIBIT 3023

PE 00167