1/27/03          1:25p

I am waiting to
see Dr. Coffee and
even as I am waiting
I am getting very
anxious extremely l.
The stuff that is going
on now is over the
top. BFS is now
involved against me
M.G. How far up will
it go to protect the
division. If they only
knew half of what is
in my head.



DEFENDANT'S EXHIBIT 3026

PE 00170

I have been thinking back about stuff and how this has all affected me. My marriage to Pua. She was so worried her husband couldn't take care of her. She actually became desperate she left me to protect herself. My family has been deeply affected Sean Misses her too. I think it was when all of this started that I had to go to

PE 00171

Kaiser by ambulance because they thought I was having a heart-attack! Now today Kevin M tells me I probably won't be able to work for the RPA anymore because of retaliation. I am shaking as I am writing. This whole thing has me messed up.

PE 00172

I have been here before I know what it feels like. I am emotionally being dismantled.

I remember Brian my neighbor urging me the other day to just get out of there He could.

PE 00173