2/27/03
I have a doctor appt today at 1:30. I put in leave papers a week ago. I have not heard from Ann G. I am ready to go but she is at lunch. I asked Ann K what should I do? She said if you put your leave paper in advance then it is ok. That is how it is done. She told me to go ahead.

DEFENDANT'S EXHIBIT 3027

PE 00174