2/27/03          10:40a

I just talked to Kevin Mulligan. He said he would call Mike C. and find out what the complaints are about and that he could meet Monday or Tuesday. He also said that he was talking to Dwight I to get more background. He said he heard that there was a complaint that I was walking around the office trying



DEFENDANT'S EXHIBIT 3028

PE 00175

to get information on people for a civil law suit. I told him absolutely not! That I was recording things around me and keeping records of e-mails because as far back as May things have been mis-stated by supervisor or Mgmt. I feel I have to note the activity so someone will know. I also told him that I had been accused

PE 00176

of wearing a wire
that the ethics comm.
actually asked me to
do that but I refused
I told him I wouldn't
feel right about it.
Kevin also told me
he wasn't buying
some of the things
he heard about me
anyway. He said
there was some
problem about me
missing deadlines
or something

PE 00177

> I told Kevin that I am sure all of these things would become evident and that whatever way it goes the truth will come out.

PE 00178