2/7/03   9:25 am
Annie is sitting down
w/ Ann K. going over
her models and helping
her figure stuff out.
She has always done
that w/ te Annie, Linda &
Julie T. Only recently
w/ Chris G and Marion
But never, ever with
me! Why has she
tried to not help when
I have asked? Yet
openly is helpful to the
others. It is unbearable
She wants me to fail!

DEFENDANT'S EXHIBIT 3030

PE 00180