2/27/03   9am
Telephone Mike G.
returned his call from
yesterday. I noticed
as I called everything
around me became very
quiet. Everyone was
listening in. They must
know what it is about
As I called and spoke
to Mike it was dead
silence. As soon as
I hung up everyone
Started talking and
moving around again
Chris walked away.



DEFENDANT'S EXHIBIT 3031