I called Kevin M the union agent. I left a message that he call Mich= G. and find out what the "couple of complaints" are about. I also asked if he could attend the meetings. I also called Roger to advise him. This appears to be going up the ladder. I thought it would. I am shaking right now.

DEFENDANT'S EXHIBIT 3032

PE 00182