2/27/03            11:30 am

Monday 9 am 6th
floor
Allegation of workplace
violence.
Karen told Mike Gee
this was too long ago,
and it may be coming
out of retaliation
they could be in trouble.
What about verbal
warning from Bob & Ann
why are they going
forward? Karen says
workplace violence



PE 00183

Kevin told me that
the allegations do
not seem right and
they appear to be
some kind of retaliation
He went on to say
that people have
said many things
about R. Mosely
and that he has
an axe to grind with
the office and that
all he wants is a law
suit so he can make
more money

PE 00184

I do not know
where he is hearing
these things or who
is saying them. But
it is very damaging
to me. I told
Kevin that all of
things have affected
me personally as
well.
He implied that I
could not pursue a
civil case until all
the unions remedies
had been pursued.

He also said that I
have had no loss of
income. But that
he thought most
likely I would have
to be moved out
of the RPA. for fear
of future retaliation
That means I have
no future at the
RPA. what DFS?
C+C? State of
Hawaii? I will be
Marked because I
spoke up!

PE 00186

I feel that the whole of the BES might be against me. The "pack" is protecting its own at any cost. Apparently 2 false complaints against me since the Ethics Commn. began his investigat I am scared!

PE 00187