2/27/03                740a

I just went to get some file folders and walked by Keith & Cecital Ann B was in there and worrying about something when I walked by they got quiet. Ann is about the office making her case, whatever it is. Her effort is to turn as many against me and for her. Why have they done this. CK -CG ?

DEFENDANT'S EXHIBIT 3034

PE 00188