2/27/03    7:50a

Chris, Marvin, Carol &
Ann L., are the only
ones here today.
They are all hanging
out and talking by Carol K
I am left out of
conversation.
I guess yesterday was
Marvin's B-day. I
asked him "Hey was
it your B-day?" I wanted
to wish him a happy
B-day. He said to
me that happened



DEFENDANT'S EXHIBIT 3035

PE 00189

a long time ago!, implication I didn't need to work here anyway. Marvin is a nice guy but he will stick w/ the pack! But it is clear very clear I am not included. I feel bad these are my friends too but I feel they are against me because I spoke up. Dear Lord have I done something wrong?

PE 00190

I have only said the things that others know about but won't say. Am I the bad guy?

I feel very alone. There seems to be no one here that will stand up. They are all afraid - Afraid that they will be like me, ostracized. Marked as a "trouble maker."

PE 00191

They all knew the truth. Marsin knows there are many problems why doesn't he say something???

Who knows what Ana G. has said to them and to many I am sure!

I knew that she is making her case against me in the minds of others poisoning them

PE 00192

The same thing that Bob has done. In meetings saying that I am "weak" (according to Susan Bender) and telling outside appraisers like Jim Stacey that I am a trouble maker! It seems that is what people think of me here.

When will the truth come out?

I have only said the truth and for

PE 00193

I am being labeled a bad guy a back stabber? There is no place for me to go here for relief. No friend to turn to. Susan B was the last and she now says she shouldn't talk to me. I feel hopeless & Everyday all day! The only place I can go is the bathroom or for a walk. I walk a lot

PE 00104