2/27/03              6:50a

As I was walking to the office I could feel one more layer of heaviness. By the time I got up to the back stairs I was breathing heavy nearly hyperventilating because I can feel the heaviness. Ann K usually opens the door and she did today as well. She has always been ~~been bird~~ to me but two


DEFENDANT'S EXHIBIT
3036

PE 00195

was a great distance in her eyes this morning. Before since it was only Cmdr and I early we would talk. Now she cuts off conversation not wanting to talk or to be seen talking with me.
Carol K comes in next. I have always felt friendly with her as well.

new

PE 00196

But she doesn't say anything to me unless I speak to her first. What will become of me. I seem to have a mark on me. I have said things that are not supposed to be said. I know that others will say why didn't I keep quiet. I have made trouble for everyone

PE 00197

Marvin has just come in. He used to always talk to me in the morning. He seems to make haste to go and talk to others to be sure to avoid conversation with me. I try to engage him and he will talk. He's a nice guy. But things clearly are not the same.

PE 00198

I was out of work yesterday. I had a very bad headache migraine from stress.

The day before was BER and Peter Elliot made a good presentation. It was long 1 hour. His arguments were clear

at the end anon G, was telling him that we could value

PE 00199

them as time-shares
I was shocked when
she said that. She
was offering to him
something that does
not exist. There is
no policy on how
to value timeshares!
But she was making it
up as she went along
I couldn't believe it!
This is my supervisor
she is lying to a tax
payer, what could
I do.

PE 00200

I felt so dirty and cheap being associated with this. It was at a hearing too!. DOR members were there and heard! This is not good. I feel very bad about this.

PE 00201