Phil,

2/26
8:30 AM

call Mike G.
KSC

#4765 — two more of complaints

Meet with me can have
representative
Mon - Tues

Union Guy Kevin Mulligan

① Kevin M. @ HGEA 536-2351
and left message. I asked if he
could attend meetings and also find
out what complaints have been filed
against me.

PE 00202


DEFENDANT'S EXHIBIT 3037