2/25/03                3:30

We just finished
BoR for IHR.
Peter Elliott made
a good presentation.

But Ann started
talking about using
as a timeshare!
There is no policy on
value timeshares!
Ann was lying and
simply coming up
w/ something ad/hoc
us against him —

DEFENDANT'S EXHIBIT 3038

PE 00203

"Hold the line!"
She is a perfect
C+C employee
do whatever it takes
to get those taxes
But she was not
telling the truth!

It is very difficult
for me to sit there
and watch her lie,
and I can't say anyth
I feel dirty. I
do not want to
be a part of this Sham

PE 00204

The sad thing is that she won't even understand what I am talking about. She wouldn't listen to me anyway. It is so frustrating to not only watch but to be a part of this system.

It assails my sense of integrity. I feel hopeless and depressed about all this.

PE 00205

> No one is listening
> No one seems to
> even care.
>
> It is us (the RPA)
> against them (taxpayers)
> It should not be
> like that. We are
> public servants!
>
> There is a proper way
> to do this but Ann
> is just talking about
> shooting from the
> hip. I can't stand it!

PE 00206