2/24/03          2:50

I am feeling very depressed and wondering if I should have ever said something. Why is it that they can get away with it? It isn't right!

I feel like I am on a roller coaster of emotions. I am so very tired - I feel like I am carrying around such a heavy weight all above!



DEFENDANT'S EXHIBIT 3040

PE 00208