2/24/03

Feeling the most isolation since it started. I usually tell people when I am going for break like if I am going to the bathroom. I told Marvin I was going to the bathroom and he didn't even look at me. Everyone in the group is getting along extra well all laughing and talking together. I am obviously excluded!



DEFENDANT'S EXHIBIT 3044

PE 00209