2/21/03                                                    Randy Hicki

Shown you wall when we came in (on projector)
Dilbert Cartoon

Dilbert    "I work for an unethical Company"
           Does that make me a bad person?
Dog        "You're loathsome and despicable.
           you would be cured in the cured shoes.
           Why did that seem so rehearsed?
           That's all I think about when we go for walks.


Late last year Randy told he was in charge of
training.
        - What is most important to train + when?
        - Too many days of training? End of year crunch
        - Tie training to job classifications
              Human resources / union?


F. Ethics / Appraisers get dumped on
    ← Appeals / all year dumped on / Trial ?
       [I get dumped on by my supervisor regularly]
    - Are we like other city employees in the city?
         we are revenue producing / new computer / printers
    - One of Gary's goals to make RPA separate !!
         (This is what I told Gary from the beginning)
    - ☞ If Mayor ask you to do something wrong
      "Chris Graff - report him to Ethics
       Martin - get a tape recorder
    Randy "could report to ethics   but it
          wouldn't be practical ?"

PE 00211

DEFENDANT'S EXHIBIT 3042

2

What would you do?
Keith - Do what's right
Randy - "wants to make sure no one
has recording device on?, This is just
between us."

If they put it in writing to it?
That is what Randy says.

Christine should be handled and
discuss within the office.

Take it through the chain and a meeting
of the minds
                As are Appraisers
It is unethical to accept an assignment
with a predetermined value

Conversation ended with no
Conclusion

PE 00212