------RP Assessment Manual 12/2003------
MASS VALUATION PROCESS CHART
--------------------DRAFT--------------------

# MASS VALUATION PROCESS CHART

---

**DEFINITION OF THE PROBLEM**

| Identification of Real Property | Identification of property rights to Value | Purpose of assessment | Definition of Value | Date of Value Estimate | Description of scope | Limiting Condition |

---

**DATA MANAGEMENT**

Collection                                                                Maintenance

---

**MARKET ANALYSIS**

General (Market Forces)
   Social
   Economic
   Government
   Environment

Specific
   Highest & Best Use Consideration
   Property Classification
   Market Area
   Schedules and Tables
   Property

---

**PROPERTY VALUATION**

Cost Approach                                                     Market Data Approach

---

**RECONCILIATION OF VALUE INDICATIONS**

---

**MARKET VALUE**

---

**EXCEPTIONS**

Dedicated Value                                                     Restricted Use Value

---

**ASSESSED VALUE**

---