2nd session

1

Ken - How they handled the income approach
- Kahala Mall

Weinberg Case Christine says CH can use income on appeal
City Position Value Cannot be based

Norman Yoshida
Overview of Mkt Modeling

Concept

Must be able to explain
1st Part - Developing Coefficients
Must have all variables that effect variables
— MRA value is only one value to consider for coefficient
You need to look at other values, previous years models, etc.
— coefficients is time to make adjustments

— Comp selections you select variables and weights, Weights are what is most important.

Model determines comparability by converting the weights into distant points. The lowest distance points to subject will be selected as comps.
all properties use same co-efficients variable and weights This is var for city

DEFENDANT'S EXHIBIT 3045

PE 00214

2

Weighted Estimate — average adjusted sale price weighted by comparability

Market Estimate — MBA value subject + 5 comps = 6 values. Value based on characteristics of property.

Market Value = the 5 adjusted sales prices, the weighted estimate of the subject and the subject Market estimate = 7 values. The 2 high + 2 low are thrown out and the middle 3 are averaged.

[boxed: Depreciation Problem CDU Policy Doesn't Work]

✳ Norman made recommendation to Cay + Bolo for clean-up. Garbage in + Garbage out

Every parcel must be cleaned up. Appraiser should have a plan (Management?)

[margin note: Norman Regarding depreciation problem]

Neighborhoods & Clusters

New expected life tables applied to sales incorrect building values to start with (expected life for neighborhood)

PE 00215

## Uniformity

Co-efficients not uniform

No un[iform], good, tax payers will catch up with us

Look at prior years to be uniform

Norman "More + more taxpayers will become knowledgeable + it will become a problem"

Another suggestion to Bob & Gary
Parcel count + zoning sections were more important to Gary & Bob.

Norman told them they need to loosen up on that. They seem to be in agreement? He doesn't know when that will happen

(Clearly Bob & Gary do not understand what is going on)

Grouping is very important

1/1 Area to improve R square = how much of the model is explaining value

Excellent Presentation

PE 00216

3

## Mass Valuation Process & ROH

Legal basis - Governed by law
- uniformity
- equitability
- Statistical testing (Mass valuation)
  (valuation based on parameters)

Randy: We're Model builders (Appraisers using Model)

- Both types of Appraising have Standards
  - USPAP
  - IAAO

- Difference is scale + quality controls

SFR (excuse)

Randy said:
Randy is teaching Mass Valuation but doesn't know TAS System and hasn't been involved in appraising in 7 years
Randy - "I am out of the loop" "not being rude, I just don't know"
PE 00217

4

1 — Definition of Problem
  - Identify Property
  - Property Rights
  - Purpose
  - Define Value    Assessed value / Fair Mkt Val.
  - Date
  - Scope   Limited Mkt + Cost

Data Management
  - data collection
  - data Maintenance
  General Data
    Social
    economic
    Governmental
    Environmental
  Specific Data
    specific to property
  Comparative Data
    Sales Data                    waste of time

MARKET Analysis

Randy flipped through b screens and asked questions — Feedback? More questions than answers

Summary — "Appraisers" need good training

And will not have these studies again

however end of because we have

Randy — Ethical vs Practical — What is the self image do you see yourself as CITY Employee or Professional

PE 00218