

DEFENDANT'S
EXHIBIT

30466

PE 00219