2/20/03    2:38

I Last went to copier by Ann G's desk and she is talking to Lud K about someone I didn't hear who but someone that is a problem —
I'll bet it is me
Ann is making her case against me with the other employees in the group.


DEFENDANT'S EXHIBIT 3047

PE 00220