2/24/05    12:15

As I was going out of the back door for lunch Ann Sheppard me and made some comments clearly loud enough for others to hear. She asked me about the appeals & from the previous BOR (on the 19th). She said loudly that I "announced" at BOR a value for Jesuveny w/o her approval and —

DEFENDANT'S EXHIBIT 3048

PE 00221

"That this was the type of thing she had been talking about that I should be prepared before BOE"

She stated loudly enough so others could hear. Ann knows what has been going on and why I was not ready. But she wanted to make a point so others could hear

PE 00222

This kind of thing is very abusive and it has been going on now for awhile. It is really taking a toll on me. I feel very isolated more than before. Other employees avoid me or are very careful what they say. Susan Bender who had always been a friend and a safe haven for me has stated that she

PE 00223

should no longer talk to me. Dwight our senior steward has always been a friend to me (or so I have thought). But I feel his loyalty to the office and long time friendships have affected his objectivity. Now the only thing I can do is write here. There is no other place have

PE 00224

There is no one on my side. It is very strange here how people stick together or gang up or even more lay low and stay out of it. There are nice people but their sense of right and wrong is definitely skewed. I know what it means when they say "just get along" It means don't try to speak up

PE 00225

when things are wrong. If you are a target of management you are marked and people stay away from you.
I want to stick this thing out but I am not sure I can. I have put up with so much abuse already. I can't believe it!

PE 00226

It is apparent they just want me to go away. But where would I go? I came here with the best and noblest of intentions. I thought I could use my talents for the good of the City. Sense I have been here it has been awful.

PE 00227