2/20/04    12:05
Chris told me that Barbara R. at DLNR is quitting and they will be looking for new appraisers over there. He said I should apply implying that I have no future at the RPA.
He is being a friend?

DEFENDANT'S EXHIBIT 3049

PE 00228