2/20/03   11:05a
Chris did come to work today. Ann has been spending a lot of time with Chris helping him work on appeals. She is going over his models going through his computer and showing where files are and helping him come up with needs. She has never ever provided me with this kind of assistance.



DEFENDANT'S EXHIBIT 3050

PE 00229

Why am I treated so very differently than other employees?

She is going over instructions very specific about manually loading coefficients into models and resurvey CDU ratings. They are working in great detail. Ann does not do this

PE 00230