2/20/03                    10 a

I hear Ryan talking
on the phone to
some contractor or
something. For the
paste 2 weeks Ryan
has been working on
Blue prints and plans
for some proposed
improvements to his
house. Marcia, Carol
and others have been
talking to him about
this - I have not
seen Ryan work

DEFENDANT'S
EXHIBIT

3051

on anything else.
in 2 week's when
I have walked
passed his desk.
Ryan is one of
Gary K's special
buddies.
Again I have not
seen or heard him
do any work in
2 weeks

PE 00232