2/20/03          9:30a

I noticed on dad's sy desk was a request for ~~that~~ leave from Julie. It was dated 2/20/03 for 4/24/03. I heard Julie saying she had a dentist appt. which she may have. The reason I am writing is nothing against Julie. It is that I have been told that you must submit request in advance for vacation. But this



DEFENDANT'S EXHIBIT 3052

PE 00233

does not seem to be the case for others. I am still confused about procedure - what I am told I am trying to do. What I "see" others doing is different. Julie and Ann are friends.

PE 00234