2/20/03         8:20a

Marvin and I just had a conversation about being able to follow directions from management. He said that we have gotten instructions via e-mail and updates and it is up to us to keep track of it all. He said that when he worked at Pioneer Fed. that they had at least a base

DEFENDANT'S EXHIBIT 3053

PE 00235

manual and all up dates were added to the section and page. It was very clear. All we are told is we were given an e-mail at some point in time. I explained to Mark that my experience was that when I have asked if others knew what to do no one

PE 00236

that they would have to try and remember what e-mails and when they came in. That no one could give me a straight response but only this is what they "think" we should be doing?
Marie and I were discussing a need at this update

PE 00237

and I asked him if he knew what reports they wanted. He said he "thinks" it is the same as the monthly but he is not sure? We still don't know for sure what exactly they want from us.

PE 00238