3/20/03

When I came in this morning I found a copy of some kind of report that is a claim of ~~justification~~ violence against me sitting on my chair. I am not sure if I am even supposed to have it. The person making a claim against me is ~~Julie~~ Tamayori which is quite a surprise. I read through the "complaint" and it


DEFENDANT'S EXHIBIT 3054

PE 00239

is clear that Julie was being fed things most likely by Ann G. Ann + Julie are friends and take lunch breaks and morning and afternoon breaks together as well along with a larger group of people. Ann G., Julie, Chris, (sometimes) Wendy K, Carol K, Sandy N. It is also clear from the complaint which is very vague

PE 00240

that she is refferring to other events or people that "she thinks" may be the case.

I am surprised too beccause I have always felt comfortable and friendly with Julie. ~~etc~~

I would describe Julie as one of the sweetest people

PE 00241

In the office. She clearly wants everyone to get along and for everything to be "Happy" around her.

Because I have made a complaint she maybe perciev[ing] me as being a trouble-maker.

It is quite evident that when she is

PE 00242

Stating something about leave for parent-teacher conference she must have heard this from Ana G.

I am sure if I took a leave it was for what they call a Teacher Conference day, where the kids do not go to school

PE 00243

I would try to take anytime off that I could to be with my son.

The whole thing is very upsetting and confirms my suspicions that Management is discussing my personal issues with my fellow employees. I do not think that is proper

PF 00244

and it contributes to isolating me from employees!

It is not just isolation but it is a feeling that "I" am a "bad" guy. A bad guy for trying to do something right!?

That is also why when I ask my fellow employees for advice or info they

PE 00245

will not talk to me

We need to help each other because instructions are so unclear. That has been demonstrated time and again where I have asked others how they are doing something and each person has a different answer.

PE 00246