3:30   12/19/03

Just came from B&R. Ann is talking to Chris. I can see it was about me. When I walked up to her to give her a pen back she covered things up on her desk which she was talking to Chris about. Wanted Tess to see. Clearly they were discussing something about me they did not



PE 00253

More of the same

PE 00254