12/14/03

I had a meeting
with Ann G. re-
my appeals today.

It seems no matter
what I do she will
find fault. That
might be OK
by it self. I want
to improve it is the
way she says it.
She is incredibly
demeaning to me.
over

DEFENDANT'S
EXHIBIT
3060

She knows my work load. She knows how hard I have been working on my appeals for today. She had me stop working on them for almost 2 days so I could respond to her questions I raced to finish. She asked me when were my photos and why did the coefficient look so bad.
next

PE 00256

it was clearly
something that
she could say
I failed on. I
didn't do my job
to her standards
(whatever that is)
It seems to
change depending
on who you are
There seems to be
no recognition at
all of what I have
accomplished.

PE 00257