12/19/03  1:15

Chris went to lunch at about 11:30
Just came back 1:15 / No one said anything!

Double Standard?
I went to lunch at 12:30 came back before 1 pm so I could work.

DEFENDANT'S EXHIBIT 3061

PE 00258