12/18/03          3:51P

I can hear Ann &
talking to another
Employee Mike Kam
about me.


DEFENDANT'S EXHIBIT 3062

PE 00259