12/18/03 11:30am
Ann G is being very obvious in her isolation of me. She is humming and singing little songs as if life is very grand. She has visited with various employees including Carl, Marvin, Julie, Linda, and Anok. (Chris is out sick today) She has not said one word to me today.
over



DEFENDANT'S EXHIBIT 3063

I went out to make a phone call on my cell (quick break about 10:30) I told Carl and he threw his hands up in the air and said "don't tell me" He said why don't I put it on the board. I explained to him that usually we just tell co-workers where we are going as a courtesy if we will be right back.

PE 00261