12/13/03
Note to file —
Chris Graff &
Lee Agsalud are
both out of the
office today

Also — Ryan Fujii
has been working
all day on building
plans for his house
I think all week!


DEFENDANT'S EXHIBIT 3064

PE 00262