12/4/03

Ann was over by Carol and Julie whispering about something. I looked up down that way. Julie saw me look and she cleared her throat loudly as if to signal to Ann I was listening. The conversation changed and she no longer was whispering



DEFENDANT'S EXHIBIT 3065

PE 00263