Responding to your request for answers regarding the Feb. 19th BOR appeals

1. Explanation as to why the cases are not fully prepped for your review
2. Why field inspection was conducted this week
3. When did I notice that the unit was valued by cost
4. What is the use of the unit
5. When did I mention this to Gary Kubota
6. Who did I speak to regarding this unit


#6    I spoke to Gary Kubota
#5    Gary and I spoke Monday and Tuesday
#4    The use has not been determined. I am waiting for a response from Management as to how to proceed (this per Gary Kubota and confirmed with you in my e-mail today)
#3    Late last week as I was preparing the MK21's
#2    I called the taxpayer the previous week when I became aware that the D.H. Ambassador appeals were postponed. This was the first opportunity we had to meet.
#1    See below:


I can only say at this point that I am feeling extraordinarily frustrated and harassed. As you know in the past two weeks I have been called into meetings for disciplinary actions of claimed insubordination which supposedly occurred in October of 2002 (of which the disciplinary action was changed to a verbal warning only because of the recommendation of the union agent), I have had to consult with union agents, I have had to document all of these meetings contemporaneously with the meetings, as recording of the meetings was not allowed and that in more than one meeting with you, Bob and others statements have been restated and recanted. There have been false claims made against me and I am experiencing a great deal of pressure due to retaliation tactics because of a complaint that I made months ago that has resulted in an ongoing Ethics Commission investigation.

In the past two weeks I have been responding to letters and trying very hard to draft them in a way that is acceptable to you but finding it difficult when I am asked to write something that "doesn't make it look like our office did something wrong." I only wrote down what was factual and you seem to imply that it was wrong. I still have letters to re-write or to follow-up on.

Additionally I have been asked by the administrator to respond to "ethical" concerns that I have raised. I am unclear whether I should respond as Kevin Mulligan, the union agent" recommended that Gary recuse himself from any dealings concerning me since he is the subject of an ethics complaint made by me.

My workload is significant which is something that I have mentioned more than once before and have asked for help specifically from you and that you have not been



DEFENDANT'S EXHIBIT 3067

PE 00274



forthcoming with assistance. Of the 2002 appeals I had close to (if not more than) 1,000 condo and co-op units appeal cases. Through the four months of 2002 I was nearly entirely consumed with TAC and I still have a number of 2002 appeals to go. The 2003 appeals (although far less) need to be organized per your instructions.

Even with regards to the BOR hearing this coming Wednesday I have asked for your assistance and instead of offering assistance you want me to spend the limited time that I have responding to questions which could clearly wait until after the hearing.

I am doing my best to do a good job under the circumstances. When I ask for direction and assistance I do not get it. Instead I get continued harassment, accusations, and attempts to thwart my ability to do my job.

From meetings dating back to May of 2002 I have been expressing my desire to get my job done and comply with all of your request. In each and every meeting since that time false accusations have been made against me and in each and every meeting that we have had since that time when I have known what it is that you want me to do I have complied.

Nonetheless I have experienced continued and ongoing harassment, false accusations, and retaliation. As I have stated before on more than one occasion all I want is an opportunity to my job, get the support and direction I need to accomplish my job, and finally to be treated like and a professional and an adult.

PE 00275