02/13/2003 11:12 AM

Ann G appeared to be talking to Carl T. about something to do with me. There is a great deal of whispering going on. I have no idea what she was saying but when I got up to get some water they both looked at me and stopped talking.

I am confident that Ann is discussing my personnel issues with other employees.



DEFENDANT'S EXHIBIT 3069

PE 00278