12/13/03
Before lunch I spoke to Carl T. I had a call that came into him and he transferred it to me. I knew earlier Ann C. was whispering to Carl I believe about my employment issue.
As I spoke to Carl explaining to him what the phone call was about the question of ethics



DEFENDANT'S EXHIBIT 3071

PE 00281

came up. Carl is a longtime IRS employee. Carl gave me advice/his take on what we should be doing. Carl said that we are busy and we should keep focus on our jobs and not worry about what other people are doing. Get along with others. It is easy to read between the lines.

PE 00282