2/12/03 3:15

I just emailed Stephanie McDonald re Ann Mi[n?] complaint. Ann Gima asked for more complete info. I called Stephanie who sent me a note but was not specific. I just emailed him again to ask for specific data as Ann had requested. This was due on Monday and I responded on Monday question of emails



DEFENDANT'S EXHIBIT 3072

PE 00283

Since Monday they have been asking me to do more stuff.

PE 00284