**English, Philip E.**
**From:**     Donald Bovee [Don.Bovee@worldnet.att.net]
**Sent:**     Wednesday, February 12, 2003 5:25 PM
**To:**       English, Philip E.
**Subject:**  Re: foster tower #2003

mr english: many thanks for all of your kind assistance...don bovee
----- Original Message -----
**From:**     "English, Philip E." <penglish@co.honolulu.hi.us>
**To:**       "'Donald Bovee'" <Don.Bovee@worldnet.att.net>
**Sent:**     Wednesday, February 12, 2003 4:28 PM
**Subject:**  RE: foster tower #2003

Dear Mr. Bovee:

As I mentioned in my e-mail to you of last Thursday, February 6, 2003, we did receive a request for a change in classification and rental data from Neolani Paet of Cadmus properties for the period cover October 2001 to October 2002. We have corrected the 2003 assessment to the Apartment classification.

If you wish to have the previous year amended to the Apartment classification you must make a request for the 2002 assessment and provide rental data on the units from October 2000 to October 2001 in the same manner as you did for the 2003 assessment.

Should you have any questions or if your rental agent needs any clarification, I would be happy to talk with you or her. Please contact me
at (808) 523-4719.

Sincerely,

Philip English, CGA -137
Appraiser IV
Real Property Assessment Division
City and County of Honolulu


-----Original Message-----
**From:**    Donald Bovee [mailto:Don.Bovee@worldnet.att.net]
**Sent:**    Tuesday, February 11, 2003 5:04 PM
**To:** penglish@co.honolulu.hi.us
**Subject:**   foster tower #2003

Mr. English: please provide me the correct procedure to have a review of my
data to correct the taxes for this condo. I have been an owner since 1972 as your records will indicate...The Foster Tower does not permit rentals less than 30 days due to the insurance...all rentals have been done thru Cadmus Properties and before that was Hawaiiana Mgmt....There are records going back for many years that I will provide...even if a mistake had been made your office must appreciate the years that the taxes were alway paid
in


DEFENDANT'S EXHIBIT 3073

PE 00285

full and on time...I am now 70 and semi retired...please advise where/whom

must send all this information....many thanks..don bovee

PE 00286