**English, Philip E.**
**From:** postmaster@co.honolulu.hi.us
**Sent:** Thursday, February 06, 2003 1:37 PM
**To:** penglish@co.honolulu.hi.us
**Cc:** admin%cchnl@co.honolulu.hi.us
**Subject:** Delivery Error

**Importance:** Low

A message To: ctatto%cchnl@co.honolulu.hi.us
    From: -maiser-@cchnl (mailserver at cchnl)
    Subject: Message not delivered

Produced the following MHS/SMF delivery notification:

    101: Unknown user at destination host

-----------------------------[ returned message ]---------------------------
Error #101 has occurred attempting to deliver a message to
CTATTO@CCHNL
You have sent an electronic mail message to CTATTO@CCHNL.

This user is not known to mail server CCHNL.

Original Message Follows:

SMF-70

230Sender: PENGLISH @ SMTP {penglish@co.honolulu.hi.us}
242Send-to:    CTATTO @ CCHNL
20MCB-options:YNYNANA
O-SMTP-Date-posted:   6-Feb-03 15:36:37 -0800
200Message-encoding: iso-8859-1
**From:**       **PENGLISH @ SMTP (English, Philip E.) {penglish@co.honolulu.hi.us}**
To:           AGIMA @ CCHNL ("Gima, Ann")
Copies-to:    GKUROKAWA @ CCHNL ("Kurokawa, Gary"), RMAGOTA @ CCHNL ("Magota, Robert")
Subject:      Letters to taxpayers/ethical issues
Date:         6-Feb-03 15:37:08 -1000
Message-id:   104A593801FB5200
O-SMTP-Envelope-From:     <penglish@co.honolulu.hi.us>
To:           "Gima, Ann" <agima@co.honolulu.hi.us>
Cc:           "Kurokawa, Gary" <gkurokawa@co.honolulu.hi.us>, "Magota, Robert" <rmagota@co.honolulu.hi.us>
**From:**       **"English, Philip E." <penglish@co.honolulu.hi.us>**

Ann,

I am struggling with the last couple of re-writes that you have asked me to do. Particularly the responses to taxpayers whereby in the previous years we were using sales from buildings where the sales were leasehold. An estimate of the leased-fee was added but it fell far short of fee simple value.

As we discussed when I first started working in your group perhaps a better approach would be to find fee-simple sales transactions from similar buildings. As I told you in the fall of last year this is the year that the old lease-hold sales would probably not be pulled and fee simple sales from the neighborhood groups (such as they are) would be pulled. So the increases are not a surprise.


DEFENDANT'S EXHIBIT 3080

PE 00300