Bob, Ann                                           2/5/03

   Discussion leaving
RM
   Time
   record : Mutual
   Attorney — Don't know


DWIGHT / 255-4593


2/2002
3/2002 ←→ 2/2002 ———————————— 6/2002

DEFENDANT'S EXHIBIT 3086

PE 00306