02/03/2003 9:04 AM

This morning Ann reviewed two letters that I had drafted to tax payers inquiring why their taxes went up so much in one year. In both cases the issue was that in previous years the office had used leasehold sales and then added an estimated value for the leased fee interest. The attempt was to proximate fee simple value.

Ann and I had discussed from the very first months that I worked with her that there may be a problem with this kind of approach because leasehold values and fee simple values are subject to different kinds of market dynamics. The decision was to input only fee simple sales and eventually the leasehold plus leased fee sales data would not be selected as comps because it would be too old.

This was the year that the models started selecting more current fee simple sales from projects within the neighborhood group as opposed to the leasehold plus leased fee sales in the data base. I had warned Ann that this was coming and that it might cause problems (i.e. large increases in value). The other issue was that the models were not set up to necessarily pull from the right comps. It was kind of an unknown but we did not have time to change the groupings or even to see if they were correct.

However, the model did pull fee simple comps from adjacent similar projects that resulted in much higher assessed values.

Now these two taxpayers want to know what caused the big jump. The previous tax years appears to have resulted in a lower value and given the taxpayer a lower tax. This year we have used fee simple sales of similar properties and appears to have a fee simple market value which would be correct.

<u>I drafted two letters explaining what had happened. Ann came to me this morning and told me that I had to re-draft the letters in a way that did not make it appear that the office had done something wrong. I have a problem with this.</u>

I am uncomfortable with the request to write a letter that seems to cover up some error on our behalf.



DEFENDANT'S EXHIBIT 3089

PE 00309