01/24/2003 7:02 AM

Yesterday I met with Ann regarding my hearing today to give her a final update on what was happening. Apparently there is a new policy for scheduling appeals. It has been that we are to contact our supervisor one week before the hearing and have everything ready to go. I have been doing that since it became the policy. However, I have yet had things prepared to her satisfaction. That is she "will" find something wrong or something more for me to do whether it is substantive or not.

Now the new policy is that we are to have everything ready prior to setting the hearing date. We have not been told whether or not we are to meet with our supervisor first, I am assuming we will and once everything meets the supervisors approval then we can set the hearing date. This is supposed to speed things up and to have fewer BOR dates with postponements and so on.

In this new policy we are to contact the tax payers and get everything ready. In the previous policy we were told that we could not contact appellants until the supervisor had reviewed everything first. Or it may have been something in the middle.

At any rate Ann made a point to advise me that I was not following the new policy for my appeals. I explained to her that it was the first I had heard of it but I will do as she requested.

She made it sound as if I was holding things up because I have lots of appeals to do before the end of the fiscal year! And that I better get with it because with the new policy I have to prepare everything before I can schedule. She said anything scheduled after March.

She also was very condescending during our conversation about my appeals. This is nothing new, in fact it is the way she typically communicates with me. The matter of the condition of a unit at the time of assessment came up. I explained to her that the tax payer had provided information explaining when certain things occurred but Ann felt it necessary to go into a tirade about how you have to know the condition of the property on the date of appraisal just like when you do spot appraisals for a bank. She spoke to me as if I was an appraiser trainee. There is no doubt in my mind that is what she thinks of me. There seems to be little I can do to change her perception.

I contacted the tax payer and her confirmed everything that I had already explained to Ann was sufficient information to know that things occurred after the assessment date and not before.



DEFENDANT'S EXHIBIT 3097

PE 00333