01/21/2003 2:05 PM

Susan Bender came to my desk before going to a doctor's appointment to tell me that Chris has talked to Lee Agsalud and that the word is out not to talk to me because I might be wearing a wire!



PE 00337