01/16/2003 10:59 AM

Received an e-mail from Ann this morning requesting status reports by 1:00pm tomorrow. Memo states we need to submit a status report for appeals, building permits and sales. It goes on to say that we need to make print outs of the "appropriate" queries but does not tell us what the appropriate queries are.

To compound the confusion a list of query files was sent on a later e-mail to be used.

I just spent the last 10 minutes asking Julie T. if she knew what query reports were to be run and although she tried very hard she couldn't figure it out.

We asked Ryan if he had done the assignment and he said no. It appeared he hadn't even thought about it. He didn't know what to do either.

01/16/2003 11:08 AM

I just checked with Ann K. She had no clue either as to what exactly they want. She told me to just try and if it is wrong then they will tell us. She thought it was just an approximation.

I told her that they are asking for a print out of the appropriate queries and she did not know what to do.



DEFENDANT'S EXHIBIT 3101

PE 00338