# JANUARY 2003

| Monday | Tuesday | Wednesday | Thursday | Friday |
|---|---|---|---|---|
| | | **1** <br> HOLIDAY <br> New Year's Day | **2** <br> BOR I - Cancelled <br><br> Public Counter <br> Group 1 - <br> Group 2 - <br> Group 3 - Graff <br> Group 4 - Takesono | **3** <br> (BOR II - Group 3 <br> English) <br><br> Public Counter <br> Group 1 - <br> Group 2 - <br> Group 3 - Knowles <br> Group 4 - Martin |
| **6** <br> Mt w/ Ann <br> Re BOR 1/14 <br><br> Public Counter <br> Group 1 - <br> Group 2 - <br> Group 3 - Kabasawa <br> Group 4 - R. Wong | **7** <br> BOR I - Group 2 <br> Ideoka <br><br> Public Counter <br> Group 1 - <br> Group 2 - <br> Group 3 - Tamayori <br> Group 4 - A. Lee | **8** <br> BOR II - Group 4 <br> Martin <br><br> Public Counter <br> Group 1 - <br> Group 2 - <br> Group 3 - Abing <br> Group 4 - Whang | **9** <br> BOR I - Group 2 <br> M. Kim <br><br> Public Counter <br> Group 1 - <br> Group 2 - <br> (Group 3 - English) <br> Group 4 - Fukuda | **10** <br> BOR II - Group _ <br><br> Public Counter <br> Group 1 - <br> Group 2 - <br> Group 3 - Fujitani <br> Group 4 - Takesono |
| **13** <br><br> Public Counter <br> Group 1 - <br> Group 2 - <br> Group 3 - Graff <br> Group 4 - Martin | **14** <br> (BOR I - Group 3 <br> English) <br><br> Public Counter <br> Group 1 - <br> Group 2 - <br> Group 3 - Knowles & Kabasawa <br> Group 4 - R. Wong | **15** <br> BOR II - Group _ <br><br> Deadline For Filing Appeal <br><br> Public Counter <br> Group 1 - <br> Group 2 - <br> Group 3 - Abing & Tamayori <br> Group 4 - A. Lee | **16** <br> BOR I - Group 5 <br> Kawamoto | **17** <br> BOR I - Cancelled |
| **20** <br> HOLIDAY <br> Martin Luther King Jr. Day | **21** <br> BOR I - Group 4 <br> Takesono | **22** <br> BOR II - Group 4 <br> Martin | **23** <br> BOR I - Group 1 <br> Palenske | **24** <br> BOR II - Group 3 <br> English |
| **27** | **28** <br> BOR I - Group 4 <br> Takesono <br><br> Peter Elliott <br> IHR 8am <br><br> 921-7563 | **29** <br> BOR II - Group 1 <br> Kaneko | **30** <br> BOR I - Group 3 <br> Knowles | **31** <br> BOR II - Group 3 <br> Kabasawa <br><br> Assessment List To City Clerk <br><br> Monthly Work Report Due |
| Monday | Tuesday | Wednesday | Thursday | Friday |

**Reminder:** BOR appeal cases must be scheduled 30 days prior to hearing date.


DEFENDANT'S EXHIBIT 3103

PE 00340