**English, Philip E.**
**From:** Gima, Ann
**Sent:** Tuesday, January 14, 2003 8:39 AM
**To:** BFS/RPA Group3
**Subject:** Supervisor's meeting 1/13/03

Summary of topics covered:
- All appraisers need to submit a status report for appeals, building permits and sales
- Make a printout of the appropriate queries for the above work assignments and submit to me by Friday 1/17/03 at 1:00 p.m.
- Yesterday a few appraisers and aides were called upon to do a special project to be used in a presentation for the City Council. Sales that occurred from Oct. to Dec. in various parts of the island were looked at as a test of our performance. Thanks to all that helped out.
- Training has been scheduled for the following Fridays
    February 14, 21 28 and March 7
    Mark the dates on your calendar.

***From now on all residential appraisers will be working on and finalizing their review of appeals **before** scheduling.  This will avoid the cancellation of hearing dates and allow for better budgeting of time during the hearing.  By the time the case is ready to be scheduled, you will have discussed the case with the appellant and should have a good idea of the time necessary for the hearing.

Reminders:
Don't forget to close out your permits on CA15 when you're done updating the record
When validating your sales, make sure you are not using an "HX" code
When validating your sales, make sure the CAMA description is correct in terms of SF, CDU, etc.


Annie


DEFENDANT'S EXHIBIT 3104

PE 00339

| | |
|---|---|
| **English, Philip E.** | |
| From: | Gima, Ann |
| Sent: | Tuesday, January 14, 2003 8:39 AM |
| To: | BFS/RPA Group3 |
| Subject: | Supervisor's meeting 1/13/03 |

Summary of topics covered:                    2.
- All appraisers need to submit a status report for appeals, building permits and sales  -743-
- Make a printout of the appropriate queries for the above work assignments and submit to me by Friday 1/17/03 at 1:00 p.m.
- Yesterday a few appraisers and aides were called upon to do a special project to be used in a presentation for the City Council. Sales that occurred from Oct. to Dec. in various parts of the island were looked at as a test of our performance. Thanks to all that helped out.
- Training has been scheduled for the following Fridays
    February 14, 21 28 and March 7
    Mark the dates on your calendar.


\*\*\*From now on all residential appraisers will be working on and finalizing their review of appeals **before** scheduling.  This will avoid the cancellation of hearing dates and allow for better budgeting of time during the hearing.  By the time the case is ready to be scheduled, you will have discussed the case with the appellant and should have a good idea of the time necessary for the hearing.

Reminders:
Don't forget to close out your permits on CA15 when you're done updating the record
When validating your sales, make sure you are not using an "HX" code
When validating your sales, make sure the CAMA description is correct in terms of SF, CDU, etc.


Annie

PE 00341