# DECEMBER 2002

| Monday | Tuesday | Wednesday | Thursday | Friday |
|---|---|---|---|---|
| **2** | **3** BOR - Cancelled <br><br> *Group 3 Meet* <br> *8:30 Meeting w/ANN* | **4** BOR - Group 1 <br> Murota <br><br> *New JPR Training 8:30-10* | **5** BOR - Cancelled | **6** BOR - Cancelled |
| **9** | **10** BOR - Group 2 <br> Ideoka <br> *Call Patrick Winston* <br><br> *8-11 PTO Train* | **11** BOR - Group 3 <br> Murakami-Kim | **12** BOR - Group 4 <br> R. Wong | **13** BOR - Group 3 <br> Knowles |
| **16** Appeal Filing Period Begins <br><br> Public Counter Schedule <br> Group 1 - <br> Group 2 - <br> Group 3 - <br> Group 4 - | **17** BOR - Group 3 <br> **English** (circled) <br><br> Public Counter Schedule <br> Group 1 - <br> Group 2 - <br> Group 3 - <br> Group 4 - | **18** BOR - Group 2 <br> M. Kim <br><br> Public Counter Schedule <br> Group 1 - <br> Group 2 - <br> Group 3 - <br> Group 4 - | **19** BOR - Group 4 <br> Martin <br><br> Public Counter Schedule <br> Group 1 - <br> Group 2 - <br> Group 3 - <br> Group 4 - | **20** BOR - Group 3 <br> Knowles <br><br> Public Counter Schedule <br> Group 1 - <br> Group 2 - <br> Group 3 - <br> Group 4 - |
| **23** <br><br> Public Counter Schedule <br> Group 1 - <br> Group 2 - <br> Group 3 - <br> Group 4 - | **24** BOR - Cancelled <br><br> Public Counter Schedule <br> Group 1 - <br> Group 2 - <br> Group 3 - <br> Group 4 - | **25** HOLIDAY <br> Christmas Day | **26** BOR - Cancelled <br><br> Public Counter Schedule <br> Group 1 - <br> Group 2 - <br> Group 3 - <br> Group 4 - | **27** BOR - Group 3 <br> **English** (circled) <br><br> Public Counter Schedule <br> Group 1 - <br> Group 2 - <br> Group 3 - <br> Group 4 - |
| **30** <br><br> Public Counter Schedule <br> Group 1 - <br> Group 2 - <br> Group 3 - <br> Group 4 - | **31** Timesheet Due <br> BOR - Cancelled <br><br> Public Counter Schedule <br> Group 1 - <br> Group 2 - <br> Group 3 - <br> Group 4 - | | | |
| Monday | Tuesday | Wednesday | Thursday | Friday |

11/12/2002    <u>Reminder:</u> BOR appeal cases must be scheduled 30 days prior to hearing.    PE 00352

DEFENDANT'S EXHIBIT 312