# JANUARY 2003

| Monday | Tuesday | Wednesday | Thursday | Friday |
|---|---|---|---|---|
| | | **1**<br>HOLIDAY<br>New Year's Day | **2**<br>BOR - Cancelled<br><br>Public Counter Schedule<br>Group 1 -<br>Group 2 -<br>Group 3 -<br>Group 4 - | **3**<br>BOR - Group 3<br>English<br><br>Public Counter Schedule<br>Group 1 -<br>Group 2 -<br>Group 3 -<br>Group 4 - |
| **6**<br><br>Public Counter Schedule<br>Group 1 -<br>Group 2 -<br>Group 3 -<br>Group 4 - | **7**<br>BOR - Group _<br><br>Public Counter Schedule<br>Group 1 -<br>Group 2 -<br>Group 3 -<br>Group 4 - | **8**<br>BOR - Group 4<br>Martin<br><br>Public Counter Schedule<br>Group 1 -<br>Group 2 -<br>Group 3 -<br>Group 4 - | **9**<br>BOR - Group _<br><br>Public Counter Schedule<br>Group 1 -<br>Group 2 -<br>Group 3 -<br>Group 4 - | **10**<br>BOR - Group _<br><br>Public Counter Schedule<br>Group 1 -<br>Group 2 -<br>Group 3 -<br>Group 4 - |
| **13**<br><br>Public Counter Schedule<br>Group 1 -<br>Group 2 -<br>Group 3 -<br>Group 4 - | **14**<br>BOR - Group 3<br>English<br><br>Public Counter Schedule<br>Group 1 -<br>Group 2 -<br>Group 3 -<br>Group 4 - | **15**<br>Deadline For<br>Filing Appeal<br><br>Public Counter Schedule<br>Group 1 -<br>Group 2 -<br>Group 3 -<br>Group 4 - | **16**<br>BOR - Group _ | **17**<br>BOR - Group 4<br>~~Martin~~<br>Cancelled |
| **20**<br>HOLIDAY<br>Martin Luther<br>King Jr. Day | **21**<br>BOR - Group _ | **22**<br>BOR - Group 4<br>Martin | **23**<br>BOR - Group _ | **24**<br>BOR - Group 3<br>English |
| **27** | **28**<br>BOR - Group _ | **29**<br>BOR - Group _ | **30**<br>BOR - Group 3<br>Knowles | **31**<br>BOR - Group _<br><br>Assessment List<br>To City Clerk<br><br>Timesheet Due |
| Monday | Tuesday | Wednesday | Thursday | Friday |

DEFENDANT'S EXHIBIT 313

11/12/2002   <u>Reminder:</u> Appeals must be received or US postmarked by January 15, 2003.   PE 00353