December 4, 2002

I met with Susan Bender regarding the Waikiki Shore appeals. We still have some declarations that we can get stip's on but we are waiting for Gary K to make a decision on how to handle them. I asked her if we had to wait for Gary and she didn't know. Suggested that we try going to Ann and maybe she could get something from Gary.

During our conversation we talked once again about my current situation in the office. Susan has offered to me a haven if I needed someplace to go and talk.

We spoke about the fact that Chris is doing work for Gary while on C&C time. Susan's take is that Chris should refuse the work. I told her that my take is that Gary is the one in authority and he is more responsible than Chris. She agreed.

Susan said that although she does not have first hand knowledge of this activity (not exactly) she did say just last week when she was over by PTO Gary was standing there and Chris came over and handed Gary a disk and said something like "here is the data". Because of our previous conversations she was wondering if Chris had just completed something and was handing it off to Gary. Probably. The activity continues.

Susan said that she is concerned about this kind of thing and that they shouldn't be doing it. She also stated that she was not aware of other things but suspects they exist.

I told her about the two clerks who I ran into at Kunah's Alley. They saw me and approached me. They asked me if I thought that material from seminar that a city official attended was the property of the city. I told them I think so but that it depends on the seminar. They explained to me that Gary had just gone to the IAAO seminar in Los Angeles and that he came back with notebooks from the seminar. I told them that I thought that would be city property. I was even wondering about it myself because I would like to see the material. They went on to say that Ray Higa came into the office and Gary handed it over to him. He is not an employee of the city and they believed that to be inappropriate. Then they made a comment that all kinds of screwy things go on! That was what they said. The two clerks were Shirley and Juelle.

Susan agreed that strange things seem to go on. Things on exemptions, and so forth, that she does not understand how, or why they happen. But it is her job to defend


DEFENDANT'S EXHIBIT
3126

PE 00381