# PERFORMANCE EVALUATION PROCESS





PE 00391