11/22/02
1:45 pm
BOH Henry Rm 3rd Flr

And previous agreement reached between Gary K. and Waylen T.

However negative rating will remain

<u>Restate</u> my understanding of meeting

I. Probation to Appraiser IV passed.
   This means:
   a) Extended probation will be erased.
   b) Gary K has requested that the wording on the original review be changed to take out word referencing "attitude" and paragraph referring to extended probation
   c) The above change(s) is subject to my agreeing, but has no impact on "a)" above.

II. That it would be understood that I would work at Appraiser IV level according to description given. And more specifically
   a) that I would act independently
   b) that I would solve problems on my own (show initiative per Gary K.)
   c) I would make recomendations to my supervisor on possible solutions where I would need my supervisors advice (i.e. when not solving the problem on my own?)

DEFENDANT'S EXHIBIT 3143

PE 00404

d) I would not e-mail my supervisor (Ann C.) the statement "is there anything else that you need me to do?" Rtr I would find another way to ask for her guidance and assistance by making recommendations. example "Ann, should I do this or should I do that?" or "Ann, I think this is the right way". "What do you think?"

Note: I may need help in finding a way that she finds exceptable ~~to her~~.

Other things (discussed or not)

I. ~~There was~~ No discussion was Allowed regarding the motivation behind the Extended probation and negative review/rating.

II. The ~~focus~~ apparent Limit of the chinu's response to my view ~~is that~~ that the JPR did not make sense and may have been improperly written.

III. That Gary K. is willing to re-assign me to ~~B~~ working for Bob M. or to transfer me to Kapolei. (or they could fire me) per Waylen T.

IV. Bob M. was not at the meeting at Waylen T's request. (Not mine)

V. That Gary K. would be willing to arrange my move to another jurisdiction (Hawaii)

VI. That Waylen's a personal friend of Gary K's.

PE 00406

VII. Per Waylen T. Ann C's reaction or response during meeting was inappropriate

VIII. That it was left up to me to agree to the "deal" made between Gary K. & Waylen T.

IX. I asked for time to think about it as I had not met with Waylen privately to discuss the "deal".

X. I was given until Tuesday 11/26/02 to respond to Waylen T.

PE 00407