(impressions)

More thoughts on meeting

Gary said "It is because of _my_ _recommendation_ that you got the job!" He said this 2 different times during the meeting.

Does it mean I would not have gotten hired w/o his recommendation or do I _owe him_ something (& keep my mouth shut)?

Waylen did not seem to be on my side at all. He seemed to be (at best) neutral but at times he seemed to be siding (supporting) particularly Gary. This was an agreement between Gary and Waylen.

Ann was quiet most of the time but clearly hostile to me. (as commented by Waylen when he and I met briefly after the meeting) There is no doubt that she ~~expects me to~~ wants to hold me to a "perfect" Appraiser IV standard — something that no one can live up to!

(over)

DEFENDANT'S EXHIBIT 3144

PE 00408

There was a discussion on how they could look back over 2002 and see what kind of inputs and work I was doing on the computer. That way they could prove if I was doing my work or not! ~~This~~ I told Gary to please do it because he will see that I have been working. (It is as if they ~~~~ want to say I did not do my work?) I was very busy in 2002 with TAC, declaration and trying to set up the Gold Coast for Modeling (it had not been set up for Modeling before. In fact much of the Models need to be reviewed and adjusted for groupings. They don't make sense!)

But this is in stark contrast to Gary saying "this is a new beginning" or "Fresh start!" Why would they talk about going back to 2002 and trying to review the record of inputs (which will only tell half of the story)

PE 00409

They asked me if I was "satisfied" with the results of the work that I had done in 2002. I told them that I was satisfied that I did the best that I could and under the circumstances (8,000+ condos, TAC, declarations, almost 25% of the entire Offices appeal (board for 2002).

But that I was not satisfied with the results. I feel the models could be a lot better given the time and support needed to work on them. (Even Gary said in a previous meeting that it takes about 3 years to get the models where "you" want them)

Throughout the entire meeting Waylen was taking copious notes on the requirements for an appraiser IV, i.e. what they do.

It was also interesting to me that Gary emphasized the need for ~~appraiser~~ me to show initiative. One year ago he called me into a meeting and told me I was taking too much initiative!?

(over)

I told them in the meeting that where this all leaves me is in the weakest and most vulnerable position. (The look on their faces said "yeah that's right")

The only response was from Gary who said (again) that it is to be a fresh start and to everything from before behind us. (Does that mean my complaint about Gary having Chris do work for him while at the office?)

I did not feel it was sincere because they can still set me up in the future for a fall. I am not protected.

They say they could transfer me to a new group under Bob M. But it was agreed (by Gary & Waylen) that that would be a worse fate. I do not know why. What is Bob's thing against me?

or

They could transfer me to Kapolei. They knew I just bought a boat & have it at the Ala Wai and that I ride my bike to work. They also know that I don't have a car and it would make it very difficult for me to see my son if I worked in Kapolei.

PE 00411

They knew these things. So their offer to move me was more of a threat! Do what we say or we will put you under Bob M. or move you to Ropolei!

Waylen told me after the meeting that Gary heard that I wanted to move to the Big Island and he would arrange it for me if I wanted. How can he arrange for me to get a job in another juristiction and why does he want to get rid of me? (Island of Hawaii)

I did apply for a job (in Hawaii) but my plan is that I might move over there in 5 years or so after my son is out of high school. I also told them I wanted to be in Hilo and the job that was open was in Kailua-Kona.

(over)

PE 00412

## Final impressions on meeting

I was surprised that Waylen would not allow any questions or conversation as to the motivation behind the extended probation. I attempted to bring it up more than two times and he "quickly" cut me off each time.

I was somewhat intimidated by the whole proceeding. Waylen did not seem to be in my corner in fact he admitted that he is friends w/ Gary outside of work.

The focus of the meeting was Ann's future expectations of me (and it was clear that she remains hostile towards me) and the correction or changing of the documents from the JPR for the official record.

Waylen kept saying to me "It is up to you Phil" as if to pressure me into agreeing with everything they wanted. Note the emphasis on you. He said it that way. "It is up to YOU" So in other words if things go bad in the future for me it will be "my fault!"

PE 00413

11/22/02                                          9:45
Waylen T.
Gary K.
Aaron G.

— Going to Pass Probation

that means extension did not occur

The meeting for expectations

G.K. — Could have added other things
in JPR like insubordination?
(I asked what they were and he couldn't say)

If G. wanted to he could fire me, bad for me

he would have put me directly under

Bob M.!

Requirements
 ~~T..lt properties~~
Independently

 know how to use TMS
    systems
    spreadsheets
    load data
    fix data

Office Procedures
    regular office policies

Organize data
    keep accurate records

Walker suggest have meetings
    Run not responsive does not like idea
    No feed back

Guy to help communications?
    free conversation