| | | | |
|---|---|---|---|
| 2600201402681 | salekey | 1013 | |
| 2600201402681 | salekey | 6986 | |
| 2600201402681 | salekey | 7548 | |
| 2600201400001 | salekey | 7980 | |
| 2600201402681 | salekey | 9884 | |



DEFENDANT'S EXHIBIT 367

PE 00453