9/6/02  Informed Ann that I have been coming in a bit late (10 minutes or so) because I just moved and I am having trouble with the bus schedule.

She e-mailed back and told me to log out the time.

The reason I am writing this down is that it is not consistent with what Bob said in my reviews ("I don't care if your 10 minutes late!") and what Gay has said in the past.

I will log the time in.

Note — Last Friday we began to run our Mk 30. I asked Ann "What we should be looking for" She curtly said that I went to the same Market Modeling class as everyone else and that I should know.

I told her I was looking for outliers to delete or by-pass. She said (angrily) that there were many other things we need to look for. I asked her what and she refused to tell me.

(over)

PE 00477