8/15/02

I. Gary — Scheduling —
Get Model priorities done by dates
Gary — "Can not do all" everything.
J — Look for the big fires.

If models are due turn them in
80% Ok? 20% to look at and
work on

"Can not do everything well"

Through appeals you know problems —
look at those

Identify the ones w/ problems

groupings + validations

II. Checking w/ supervisor
on leave papers before you
leave — already taken care of.

III. Chain of command —
communications as representative of
City —
Proper Venue

DEFENDANT'S EXHIBIT 3182
PE 00491