Gary K  8/15/02

Comments on Meeting

Gary said that it seems to him that what I am saying and what they are saying is 180° different.

He said that he knows that it takes a while to get into the mass appraisal system and that he did not expect me to get everything done in a year. He said it is a three year process.

I told him I understand the process.

He asked what I thought he should do. I told him that he should not extend the probation that things do not add up. That they did not explain to me specifically what I was deficient in and specifically what things they wanted me to do so that I could show them that I can do it. They were not specific and in fact were inconsistent.

(over)

PE 00492

I told Gary that they rated me as meeting the requirements in every category regarding my work. But that they said the problem was that I needed to "show" them I could do the work?

I am confused about it and do not understand. I believe there are other motives at play.

PE 00493