# WITHDRAWN


DEFENDANT'S EXHIBIT 3184