Bob Magota  8/14/02
Ann Gima  FPR

Bob said there is a problem, "I don't seem to care about my job". ??

I told him I don't understand that everything they have asked me to do I have done.

I also reminded him that now and in our FPR review meeting in May(?) that I stated that I really like my job!!! That I find the work very interesting. (and that I want to do everything they tell me to do) and that I further do not understand why he believes I do not like my job.

He stated that that I was waiting until Ann went on break and was "sneaking" in my leave papers. (He was accusing me and his voice was raised. I was really surprised and felt attacked.)

I explained that there were 2 times this happened and it did not happen like he described. I was not "sneaking" it in.

DEFENDANT'S EXHIBIT 387
PE 00500

The first time she was at BOR and I did not want to bother her. I thought it would be rude! to interrupt a hearing for my leave paper. I didn't know what to do so I left it on her desk.

The second time was similar she was not around, In a meeting or on a break I don't know for sure. But I asked around to the other appraisers in the group and they said just leave it on her desk and that should be OK.

Bolt Ani
They told me that it was not ok in the last review (May). They even said that I should interrupt the hearing!

So since that time I have complied this can be verified by Keith Yamashita
Supervisor

Bob continued to raise his voice and say that I didn't care about my job. He said that he asked me why I didn't apply for the appraiser V position and I told him "I forgot!" He said it seems I don't care about my job.

PE 00501

I told him I do not even remember the conversation. That it did not occur

He asked me if I felt paranoid and I told him yes and that wanted to explain. He kept interrupting me and would not let me explain.

I told him that it was difficult for me because I can not ask Ann questions without getting blasted.

I reminded him of our previous meeting when I asked Ann if it is OK if I ask a question that may seem stupid sometimes. And Ann said "NO" Go and ask the other appraisers "they have worked here longer than you!"

Bob recanted the conversation and stated that Ann said I could ask a "stupid" question (That is not TRUE)

I told him that I won't because I am in there with Ann & Bob and they can say anything. They can change what they said and make up conversation with me

This can also be confusing because I did begin to ask these appraisers in my group many questions

over

PE 00502

I try to explain to Bob that since I started here I have felt like an outsider because that is how I am treated.

Example:

Even Bob dressed me down in front of the group when I asked him about an ethical question on our work. He said "I've seen this kind of thing before where an outside appraiser can not make the transition to mass appraising." He went on to say

that I was an appraiser with "just the fundamentals" of appraising.

I tried to explain these things in the meeting but he kept on interrupting so I stopped trying to explain.

But it is true they have made assertions that are not factual and can not be backed up.

I also explained to Ann + Bob that all of this started after I made my complaint about Gary.

PE 00503

They/Bob became very defensive Bob raised his voice and said it has nothing to do with it!

I am not sure because I don't understand the attacks and the Hostile work environment when I am really trying to do my best.

Ann said something that really disturbed me.

I told them that I do not believe that an extension of my probation was warranted.

Ann said that "I" have complained that there are some appraiser IV who may not be qualified to be appraiser IV's. That it would only be fair since I made the complaint that "they be sure" that I can perform all of my duties.

It sounds like some sort of (we'll show you) or payback for what "they" said I said.
(over)

PE 00504

The truth is that it is well known in our office that there are appraiser IV's + V's that are probably not qualified to be in those positions (Probably VII too) In fact, Gary K and I have spoken about it!

Why they want to make me some kind of example I do not know

It doesn't all add up.

Bob said many times "are you overwhelmed with the work!?")

I kept telling him that I am not "overwhelmed" but that there is more work to be done than can get done in one year!

I told them I understand what needs to be done ~~and I have~~ as far as the appraisal problem goes and I can do it. But It will take more than one year.

PE 00505