# DECLARATION REGARDING CONDOMINIUM USE

_____, hereby declares the following to be true and correct
(PRINT NAME)
under penalty of law:

1. I own condominium unit No. _____ in the _____ condominium project. The TMK and CPR No. of the unit is: _____. My mailing address is: _____ and my telephone number is: _____.

2. During the one-year period of time commencing October 2, 2000, and ending October 1, 2001, the above-referenced condominium unit was used as follows (indicate all uses that apply):

   a. _____ I lived in the unit and used it exclusively for my own personal use.

   b. _____ The unit was rented to a tenant on a month-to-month basis or for periods greater than 30 days (attach a copy of the rental agreement, and any extensions, or any other written evidence of rental for 30 consecutive days or more during the relevant period).

   c. _____ The unit was provided for compensation to transient occupants for periods of less than 30 days.

   d. _____ The unit participated in a rental program in which an agent provided the unit for compensation to transient occupants for periods of less than 30 days (attach a copy of the management agreement).

   e. _____ Other. Explain and provide documentation : _____
_____

Signed on _____, 2001, at _____.

_____
(SIGNATURE)

Fax this Declaration with supporting documentation to (808) 521-7647 or deposit the same in the mail, postage prepaid, on or before **December 31, 2001**, addressed as follows:

Assessor
Real Property Assessment Division
842 Bethel Street, 2nd Floor
Honolulu, Hawaii 96813



PE 00559