# WITHDRAWN


DEFENDANT'S EXHIBIT