**KATHLEEN CHRISMER - Ethics complaint**

| | |
|---|---|
| From: | "Totto, Charles W." <ctotto@co.honolulu.hi.us> |
| To: | "Kurokawa, Gary" <gkurokawa@co.honolulu.hi.us> |
| Date: | 2/5/2003 3:54 PM |
| Subject: | Ethics complaint |

Hi Gary:

I tried calling you about this, but were in a meeting. We have received a complaint involving the alleged use of city resources for non-city purposes by you and Chris Graff. I will contact you shortly to discuss the matter. At this time we are only investigating the allegations.

I am contacting you today because I have been informed that Phil English has hired Roger Moseley as his attorney on issues related to the matter under investigation. As a result of the relationship between Mr. English and Mr. Moseley, I am requesting that you do not permit Mr. English to work on any matter in which Mr. Moseley or his clients are involved. This will help assure that there is no appearance of conflict of interest or impropriety on the part of the persons concerned or the division.

Of course, should you have any questions, please contact me.

Thanks,
Chuck

CHARLES W. TOTTO
Executive Director and Legal Counsel
Honolulu Ethics Commission
715 South King Street, Suite 211, Honolulu, HI 96813-3091
Office (808) 527-5573  Fax (808) 527-6936
Email: ctotto@co.honolulu.hi.us
Website: www.co.honolulu.hi.us/ethics



PE 00630