DEPARTMENT OF HUMAN RESOURCES
# CITY AND COUNTY OF HONOLULU
550 SOUTH KING STREET
HONOLULU, HAWAII 96813



JEREMY HARRIS
MAYOR

CHERYL K. OKUMA-SEPE
DIRECTOR

February 28, 2003

Roger Moseley, Esq.
735 Bishop Street, Suite 2600
Honolulu, Hawaii  96813

Re:  Claimant:   Philip E. English
     Employer:   Department of Budget and Fiscal Services
     Carrier:    Self Insured – Department of Human Resources
     D/Accident: January 2, 2003

Dear Mr. Moseley:

Thank you for speaking with me regarding the workers' compensation claim of Philip English. I will be handling this claim, along with Sharon Maeda, and we look forward to working with you. You may call me at 523-4971 if you have questions or need information regarding this claim. Enclosed is a copy of the WC-1 report which formally opens the claim with the State Department of Labor and Industrial Relations, as well as a medical release to enable us to obtain the records from Kaiser Permanente.

We would appreciate you keeping us informed regarding the progress of this case and Mr. English's complaint with the Ethics Commission.

Sincerely,

THOMAS RIDDLE
Workers' Compensation Administrator

*[Handwritten notes:]*
3/12/03
Pc. Tom Riddle - got our address wrong so letter came back & they re-sent it - that's why the late delivery. Phil will receive $499.72 per week - it will be retroactive until two days after disability. Needs authorization to release medical records. Thinking of having Dr. Joseph Rogers or Dr. ? Kennedy open up ph. 1. Dr. Rogers probably not avail until July!

PE 00686

DEPARTMENT OF HUMAN RESOURCES
# CITY AND COUNTY OF HONOLULU
550 SOUTH KING STREET
HONOLULU, HAWAII 96813



JEREMY HARRIS
MAYOR

CHERYL K. OKUMA-SEPE
DIRECTOR

February 28, 2003

Mr. Philip E. English
1741 Ala Moana Blvd., Unit 22
Honolulu, Hawaii 96815

Dear Mr. English:

We recently received your claim for workers' compensation benefits for an injury occurring on January 2, 2003. I will be handling your claim, along with Sharon Maeda, and it is important to us that everything proceed smoothly and to your satisfaction.

Your average week wage of $749.54 was calculated using your monthly salary of $3,248.00. If you had significant overtime during the past year or if this information is incorrect, please call me so your average weekly wage can be corrected.

Please take time to read the enclosed brochure and call me at 523-4971 any time you have questions concerning your claim.

Sincerely,

THOMAS RIDDLE
Workers' Compensation Administrator

PE 00687

# AUTHORIZATION FOR RELEASE OF MEDICAL INFORMATION

I hereby authorize Kaiser Medical Center to release any and all medical records and reports of every kind and nature, including alcohol and/or drug abuse treatment and/or psychiatric treatment to the City and County of Honolulu for the purpose of evaluation of my workers' compensation claim.

I further authorize the City and County of Honolulu to retain a private photocopy company or court reporter to photocopy the medical records requested above. I understand the City and County of Honolulu will not release these records or any information contained in them to any other person or agency, except consulting physicians, the Department of Labor and Industrial Relations and my authorized representative or attorney, without my expressed permission.

This consent is subject to revocation at any time, except to the extent that action has already been taken in reliance thereon. The duration of this consent shall be no longer than ninety days from the date entered below.

---

Philip E. English                                                                                            Date

PE 00688

| | |
|---|---|
| Every work injury to an employee causing absence for one day or more or which requires medical services other than first aid treatment must be reported within 7 working days after the injury. Failure to report promptly is a misdemeanor punishable by not more than a $5,000 fine. (Sec. 386-95, H.R.S. NOTIFY THE DIVISION IMMEDIATELY IF INJURY RESULTS IN DEATH.) EVERY QUESTION MUST BE ANSWERED FULLY TO AVOID FURTHER CORRESPONDENCE. | The law requires the employer to furnish the injured employee a copy of this report. |

## WC-1 EMPLOYER'S REPORT OF INDUSTRIAL INJURY

### IDENTIFICATION SECTION

| EMPLOYEE NAME - LAST | FIRST | M.I. | SOC SEC NO | DATE OF BIRTH | SEX | MARITAL STATUS |
|---|---|---|---|---|---|---|
| English | Philip | E | 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 | 10 / 26 / 1954 | ☒ MALE ☐ FEMALE | MARRIED ☒ SINGLE ☐ |

| ADDRESS | ADDITIONAL ADDRESS INFORMATION (C/O) | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 1741 Ala Moana Blvd., Unit 22 | | Honolulu | HI | 96815 |

| PHONE | OCCUPATION | DATE HIRED | DEPARTMENT | PAYROLL COMP CLASS CODE | OCC. CODE |
|---|---|---|---|---|---|
| (808)754-2136 | Real Property Appraiser | | Budget and Fiscal Services | | |

| REGISTERED EMPLOYER | DBA |
|---|---|
| City & County of Honolulu | |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | | |

| PHONE | NATURE OF BUSINESS | DATE INJURY/ILLNESS REPORTED | DATE OF INJURY/ILLNESS | PREFAB | DOL NUMBER | DBA |
|---|---|---|---|---|---|---|
| | Municipal Corp. | 02 / 28 / 2003 | 01 / 02 / 2003 | | C000001250 | |

### DETAIL OF INJURY / ILLNESS

| TIME OF INJURY/ILLNESS | TIME OF I/I CODE | PLACE OF I/I IF DIFFERENT FROM EMPLOYER'S MAILING ADDRESS | CITY | STATE | ON EMPLOYER'S PREMISES |
|---|---|---|---|---|---|
| 8:00 AM | | | | HI | ☒ YES ☐ NO |

HOW DID THIS ACCIDENT OCCUR? (Please describe fully the events that resulted in injury or occupational disease. Tell what happened. Please use separate sheet if necessary)

After claimant complained about unethical practices in the Real Property Appraisal unit, he experienced retaliation, causing stress

TIME WORKSHIFT BEGAN: 07:45 AM

WHAT WAS EMPLOYEE DOING WHEN INJURED? (Please be specific. Identify tools, equipment or material the employee was using)

Refer to above

OBJECT OR SUBSTANCE THAT DIRECTLY INJURED EMPLOYEE (e.g. the machine employee struck against or struck him; the vapor or poison inhaled or swallowed; the chemical that irritated his skin. In cases of strains, the thing he was lifting, pulling, etc.)

Person(s)

DESCRIBE IN DETAIL THE NATURE OF THE INJURY, ILLNESS AND PART OF THE BODY AFFECTED

Stress

### TIME LOST INFORMATION

| DATE DISABILITY BEGAN | WAS EMPLOYEE FURNISHED MEALS OR LODGING | AVG WKLY WAGE | IF EMPLOYEE IS BACK TO WORK GIVE DATE | WAS EMPLOYEE PAID IN FULL FOR DAY OF INJURY/ILLNESS | IF EMPLOYEE DIED GIVE DATE | HOURLY WAGE | MONTHLY SALARY | HRS WKED/WK |
|---|---|---|---|---|---|---|---|---|
| / / | ☐ YES ☒ NO | 749 / 54 | / / | ☒ YES ☐ NO | / / | | 3248 / 000 | 40 / 00 |

### TREATMENT

OBTAIN NAME OF TREATING PHYSICIAN FROM EMPLOYEE

| NAME OF PHYSICIAN | ADDRESS | PHYSICIAN I.D. CODE |
|---|---|---|
| Gerald Coffee, Ph.D. | Kaiser Permanente | |

| NAME OF MEDICAL FACILITY | ADDRESS | | |
|---|---|---|---|
| | | INPATIENT OVERNIGHT? ☐ YES ☒ NO | EMERGENCY ROOM ONLY? ☐ YES ☒ NO |

### INSURANCE

CARRIER I.D.: 1999

| NAME OF WC INSURANCE CARRIER | NAME OF ADJUSTING COMPANY | IF LIABILITY DENIED – WHY? | IS LIABILITY DENIED? |
|---|---|---|---|
| Self Insured | City & County of Honolulu | Pending investigation | ☒ YES ☐ NO |

| POLICY NO. | POLICY PERIOD | ADJUSTER NAME | CARRIER CASE NO. |
|---|---|---|---|
| SELF-INSURED | 01/01/1901-12/31/2050 | Sharon Maeda | 030135 |

| SIGNATURE | ADJUSTER I.D.: 3144 | MEDICAL DEDUCTIBLE | |
|---|---|---|---|
| [signature] | TITLE: Adjuster  523-4986 | | DATE: 02 / 28 / 2003 |

REV. NOV/01

PE 00689



# When You're Injured at Work

*Department of Human Resources*
*Workers' Compensation Division*

6. **Death Benefits**
   If an industrial injury results in death, your surviving spouse and other dependents may be entitled to weekly benefits. Funeral and burial expenses also may be awarded. These benefits are always determined at a hearing with the Department of Labor and Industrial Relations.

- **What if I am released by my doctor for light duty?**
  If you are released by your doctor for light duty, your should contact your department immediately and see if they have a position for you. If light duty is offered to you and you refuse, you may lose your TTD benefits.

- **What if my claim is denied by the City and County?**
  If your claim is denied, a hearing will automatically be scheduled by the Department of Labor and Industrial Relations. They will notify you in writing of the time and date of this hearing and you will be able to explain and support your claim at that time.

**For assistance and more information contact:**
The Workers' Compensation Office
Department of Human Resources
550 South King Street
Honolulu, Hawaii 96813
Phone: 523-4971

PRINTED ON RECYCLED PAPER
REPRINTED 5/01

PE 00690

Your safety and well-being are important to the City and County of Honolulu. However, accidents can happen and when they do and are work related, you are covered under the State's workers' compensation law. Workers' compensation for the City and County is administered by the Department of Human Resources. This brochure is designed to explain your benefits and responsibilities under the workers' compensation law.

- **What is the purpose of workers' compensation?**
  The purpose of workers' compensation is to provide every employee who suffers an industrial injury or illness medical care, temporary wage loss replacement, and permanent disability benefits. It also provides death benefits for beneficiaries.

- **What is an industrial injury?**
  An industrial injury is defined as any injury or disease which occurs because of your work or working conditions.

- **Who is covered for workers' compensation?**
  All regular City and County employees are fully covered under workers' compensation. Volunteers are covered for medical benefits only.

- **What should I do if injured?**
  1. Immediately notify your supervisor.
  2. Obtain appropriate treatment for the injury.
  3. Submit a "Report of Industrial Injury/Illness" through your supervisor.
  NOTE: This form is your claim for workers' compensation benefits.

- **What do I tell the physician if I am injured?**
  If you are injured as a result of your work, you should tell the person who treats you that this is an industrial injury and ask that medical reports be sent to:

  Workers' Compensation Division
  Department of Human Resources
  City and County of Honolulu
  550 South King Street
  Honolulu, Hawaii 96813

- **From whom can I obtain treatment?**
  You may obtain treatment from the physician of your choice. However, you may be under the care of only one primary physician, who may refer you to other specialists with the approval of the City's workers' compensation office.

- **If I go to one physician and I don't like him, may I change to another?**
  If for any reason you wish to change physicians, you may do so provided that prior to changing, you notify the workers' compensation office by calling 523-4971. If you wish to make any further changes, you must have the approval of the workers' compensation office.

- **If I get injured, what medical benefits will workers' compensation pay for?**
  1. Medical bills.
  2. Hospital bills.
  3. Prescription drugs ordered by your doctor.
  4. X-rays as prescribed.
  5. Physical therapy as ordered by your doctor.
  NOTE: Certain non-prescription drugs such as aspirin and vitamins and memberships in health spas or gyms are not ordinarily covered under workers' compensation.

- **What type of disability benefits am I eligible for?**
  1. Temporary Total Disability (TTD)
     If you are unable to work because of an industrial injury, you may receive temporary wage replacement benefits after a three-day waiting period. You may receive 2/3 of your weekly wages up to a specified maximum. (The maximum for 2001 is $547 and increases each year) TTD begins when a physician certifies that you are unable to work and ends when you are able to return to work.

     You may be able to use your sick leave or vacation to make up the difference between your TTD benefits and your regular full pay.

     If you have another outside job, you may be eligible for additional benefits. You should contact the workers compensation office at 523-4971 in this case.

  2. Permanent Partial Disability (PPD)
     After you reach the point of stability or maximum medical recovery, you may be sent to a physician to see if you have any permanent disability (something still wrong). This evaluation will be used to determine if you should receive a PPD award.

  3. Permanent Total Disability (PTD)
     If you are unable to do any kind of work, you may be eligible for PTD. This determination is always made at a hearing with the Department of Labor and Industrial Relations.

  4. Disfigurement
     If any injury results in a scar or any other permanent disfigurement, you are entitled to additional compensation.

  5. Vocational Rehabilitation
     If you are unable to return to your usual job because of a work injury, you may be referred for vocational rehabilitation services to assist you locating other suitable employment.

City and County of Honolulu
Workers' Compensation Office
550 S. King Street
Honolulu, Hawaii 96813

Reger Moseley, Esq.
737 Bishop Street, Suite 2600
Honolulu, Hawaii 96813

PE 00692