# CASE BIGELOW & LOMBARDI
### A LAW CORPORATION

PACIFIC GUARDIAN CENTER, MAUKA TOWER
737 BISHOP STREET, SUITE 2600
HONOLULU, HAWAII 96813-3283

TELEPHONE: (808) 547-5400
FACSIMILE: (808) 523-1888
E-mail: info@casebigelow.com
http://www.casebigelow.com

David F. Andrew
Michael L. Biehl
Daniel H. Case
James M. Cribley
Stacey W.E. Foy
Gregory M. Hansen
Frank T. Kanemitsu
Michael L. Lam
Alan K. Lau
Dennis M. Lombardi, †

Michael R. Marsh
Roger S. Moseley
Ted N. Pettit, Ph.D.
Scott D. Radovich
Robert F. Schneider
Cathy Lee Sekiguchi
Steven E. Thomas
Eric H. Tsugawa
Gary L. Wixom

Claire E. Bender
Christopher J. Muzzi
Lauren R. Sharkey
Leila Rothwell Sullivan
Cathy L. Takase
Nancy J. Youngren

Of Counsel:
Steven L. Rinesmith
Counsel

Gary S. Kerwood

Bruce C. Bigelow (1946-2001)
† A Law Corporation

## LETTER OF TRANSMITTAL

**To:** Thomas Riddle
City & County of Honolulu
550 S. King Street
Honolulu, HI 96813

**Date:** March 13, 2003

**Re:** Philip E. English – Worker's Compensation Claim

**Our File:** 27505-1

---

I am sending you (**XX**) attached (  ) under separate cover the following:

Original – Authorization for Release of Medical Information

(  ) For your information and files
(  ) For review and comment
(  ) For correction
(  ) For distribution
(**XX**) Per your request
(  ) Per our agreement
(  ) Per our conversation
(  ) Approved
(  ) Approved as noted

(  ) For necessary action
(  ) For signature in BLACK INK and return
(  ) For filing
(  ) Check enclosed to cover Filing or recording fee $_____
(  ) For payment
(  ) Disapproved
(  ) See remarks below

**REMARKS:**

*Kathleen Ch__*
Kathleen Chrismer, Assistant for
ROGER S. MOSELEY

RSM:kmc
cc: Phil English


DEFENDANT'S EXHIBIT

PE 00693

MEMBER OF LEX MUNDI, THE WORLD'S LEADING ASSOCIATION OF INDEPENDENT LAW FIRMS

## AUTHORIZATION FOR RELEASE OF MEDICAL INFORMATION

I hereby authorize Kaiser Medical Center to release any and all medical records and reports of every kind and nature, including alcohol and/or drug abuse treatment and/or psychiatric treatment to the City and County of Honolulu for the purpose of evaluation of my workers' compensation claim.

I further authorize the City and County of Honolulu to retain a private photocopy company or court reporter to photocopy the medical records requested above. I understand the City and County of Honolulu will not release these records or any information contained in them to any other person or agency, except consulting physicians, the Department of Labor and Industrial Relations and my authorized representative or attorney, without my expressed permission.

This consent is subject to revocation at any time, except to the extent that action has already been taken in reliance thereon. The duration of this consent shall be no longer than ninety days from the date entered below.

_____         3/12/03
Philip E. English                              Date

PE 00694

## CASE BIGELOW & LOMBARDI
Suite 2600, Mauka Tower, Grosvenor Center
737 Bishop Street, Honolulu, Hawaii 96813
Telephone: (808) 547-5400, Fax: (808) 523-1888

**DELIVERY RECEIPT**

10:30 pm

TO: Thomas Riddle
550 S. King St.
Honolulu, HI 96813

DATE: 3/13/03
SENDER: RSM/kmc
BILLING NO: 27505-1

**DESCRIPTION**

☑ DOCUMENT    Medical Outreach
☐ OTHER

Messenger _____   Received By: _Conney Fukunaga_   Time: _____   Date: 2/14/_

PE 00695