STATE OF HAWAII
DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS
DISABILITY COMPENSATION DIVISION
830 PUNCHBOWL STREET, ROOM 209
HONOLULU, HAWAII 96813

DATE: 03/17/2003

CASE NO.: 2-03-01887

ENGLISH, PHILIP E

1741 ALA MOANA BLVD UNIT 22
HONOLULU            HI 96815

DATE OF INJURY/ILLNESS: 01/02/03
           INJURY/ILLNESS: BODY SYSTEM

              EMPLOYER: CITY & COUNTY OF HONOLULU
    INSURANCE CARRIER: SELF-INSURED
              ADJUSTER: CITY & COUNTY OF HONOLULU

YOUR EMPLOYER HAS DENIED LIABILITY OF THIS ALLEGED INJURY. IF YOU BELIEVE
THE INJURY RESULTED FROM WORK, YOU SHOULD PROTECT YOUR BENEFIT RIGHTS
UNDER HAWAII'S WORKERS' COMPENSATION LAW BY COMPLETING THE ENCLOSED
EMPLOYEE'S CLAIM FOR COMPENSATION (WC-5) FORM AND RETURNING IT TO THIS OFFICE
WITHIN THIRTY (30) DAYS OF THIS LETTER.

IF YOU HAVE BEEN SEEN BY A PHYSICIAN, PLEASE INSURE THAT YOUR PHYSICIAN HAS
COMPLETED THE PHYSICIAN'S REPORT (WC-2).

AFTER RECEIPT OF THE COMPLETED FORMS, WE WILL SCHEDULE A HEARING TO DETERMINE
IF YOU ARE ENTITLED TO BENEFITS UNDER THE LAW.

*[handwritten: 3-17 - denial / - Records R 4-18 / - Performance Evaluat]*

RECORDS AND CLAIMS PROCESSING BRANCH

BY  DISABILITY COMPENSATION DIVISION

ENCLOSURE (IF NO WC-2 IN FILE)

SECTION 371-9: ANY EMPLOYER, EMPLOYEE, OR OTHER PERSON WHO WILLFULLY VIOLATES ANY LAW, RULE OR REGULATION OF THE DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS FOR WHICH NO PENALTY IS OTHERWISE PROVIDED SHALL BE FINED NOT MORE THAN $5,000 FOR EACH SUCH OFFENSE; AND EACH DAY THE VIOLATION CONTINUES MAY BE DEEMED A SEPARATE OFFENSE IN THE DISCRETION OF THE COURT.

WC-18/LCZCX9ZR

PE 00696

STATE OF HAWAII
DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS
DISABILITY COMPENSATION DIVISION

**FACILITATOR** (stamp)

## EMPLOYEE'S CLAIM FOR WORKERS' COMPENSATION BENEFITS

**INJURED PERSON**
Name: Philip Eugene English
Address: 1741 Ala Moana Blvd #22 Honolulu, HI 96815
Occupation: Appraiser
Phone No.: (808) 754-2136
Social Security No.: 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

**EMPLOYER**
Name: City and County of Honolulu - Real Property Assessment
Address: 842 Bethel St. Honolulu, HI 96813
Phone No.: (808) 523-4719
Nature of Business: Real Property Assessment - Appraiser IV

**INSURANCE CARRIER**
Name: City and County of Honolulu
Address:

**INJURY**
Date of Injury: Beginning 2002   Time: All the time   Date Disability Began: 2/28/03
If not on employer's premises, place where accident occurred: at the office

How did injury occur: I reported unethical activities at the office by the administrator and other employee(s) and they began to retaliate.

Describe injury/illness: extreme depression and acute anxiety due to ongoing harassment + retaliation by administration.

Reason for filing: ☐ Employer has not filed WC-1   ☐ Reopening of old claim
☐ Insurance carrier has not paid benefits   ☒ Others
Explain: Form was sent to me to be completed.

**WITNESS**
Name: Chuck Totto, Ethics commissioner Performing investigation whistle-blower has all documents of retaliation
Address: 715 South King St, Ste 211 Honolulu, HI 96813-3091

**NOTICE**
Did you give employer notice of injury? ☒ Yes ☐ No
If so, when: 2/28/02 + Tom Riddle   How: ☒ Oral ☒ Written
To whom: Karol Kamisato - All three were at a seminar

**ATTENDING PHYSICIAN**
Name: Dr. Love Kaiser, Dr. Coffee,
Address: 1010 Pensacola St Honolulu, HI 96814

I hereby present my claim for compensation for disability resulting from the foregoing injury arising out of and in the course of my employment and not caused by my intoxication nor by my willful intention to injure myself or another.
I hereby authorize any physician and/or hospital to release any information related to any treatment rendered me.

Represented by _____
ATTORNEY/UNION AGENT

Signature of Claimant: Phil Engh

Address: 1741 Ala Moana Blvd #22
Honolulu, HI 96815
Date: 4/7/03

PE 00697

"EMPLOYEE'S ... FOR WORKERS' COMPENSATION BENEFITS"

[instructions partially illegible]

... form will ... be processed and will ... returned if ... found ... ...
Copy ... in triplicate. Keep one copy and send the original and ... copy to your nearest office
... on the bottom of the page.

Ensure information indicated is CLEAR, LEGIBLE, COMPLETE AND ACCURATE.

**INSURED PERSON:**
Name:   Enter name shown on your social security identification card (no nicknames).
Address: Enter mailing address.

**EMPLOYER:**
Name:   Enter complete business name of employer.
Address: Enter full address of employer to include city, state and zip code.

**INSURANCE CARRIER:**
Name:   Enter the name of the insurance company that handles workers' compensation for
        your employer.

**INJURY:**
Date of Accident: Enter specific date injury occurred.
Time: Specify time and whether a.m. or p.m.
Describe injury/illness: How and where accident occurred?
Reason for filing: Specify reason for filing claim.

**WITNESS:**
Enter name and address of someone who saw accident, if any.

**NOTICE:**
Did you tell your employer you got hurt?

**ATTENDING PHYSICIAN:**
Enter name and address of the physician who treated you for this injury and attach available
medical reports to this claim.

**REPRESENTED BY:**
You may leave this part blank, but if you are represented, enter name and address of attorney/union
agent, or other representative.

Address: Enter full address of your representative to include city, state and zip code.

**SIGNATURE OF CLAIMANT:**
Sign your name and date.

**ATTACHMENTS:** (if available)
Physician medical reports
Attorney letter of representation

| HONOLULU OFFICE: | HAWAII DISTRICT OFFICE: | WEST HAWAII DISTRICT OFFICE: |
|---|---|---|
| P.O. Box 3769 | State Office Building | P.O. Box 49 |
| Honolulu, Hawaii 96812-3769 | 75 Aupuni Street, #108 | Kealakekua, Hawaii 96750 |
| | Hilo, Hawaii 96720 | |
| MAUI DISTRICT OFFICE: | KAUAI DISTRICT OFFICE: | |
| State Office Building | State Office Building | |
| 2264 Aupuni Street, #2 | 3060 Eiwa Street, #202 | |
| Wailuku, Hawaii 96793 | Lihue, Hawaii 96766-1887 | |

Auxiliary aids and services are available upon request. Call Records & Claims at (808) 586-9161
(voice), (808) 586-8847 (TTY), or 1-888-569-6859 (TTY neighbor islands). A request for a
reasonable accommodation(s) should be made no later than ten working days prior to the needed
accommodation(s).

It is the policy of the Department of Labor and Industrial Relations that no person shall on the
basis of race, color, sex, marital status, religion, creed, ethnic origin, national origin, age,
disability, ancestry, arrest/court record, sexual orientation, and National Guard participation be
subjected to discrimination, excluded from participation, or denied the benefits of the
department's services programs, activities, or employment.

PE 00698