DEPARTMENT OF HUMAN RESOURCES
# CITY AND COUNTY OF HONOLULU
550 SOUTH KING STREET
HONOLULU, HAWAII 96813



JEREMY HARRIS
MAYOR

CHERYL K. OKUMA-SEPE
DIRECTOR

March 18, 2003

Mr. Philip English
c/o Roger Moseley, Esq.
735 Bishop Street, Suite 2600
Honolulu, Hawaii 96813

Dear Mr. English:

In order to help us evaluate your claim for work related stress, we have arranged for you to be examined by Dr. Reneau Kennedy on Friday, April 18, 2003 beginning at 8:30 a.m. The doctor's office is located at 345 Queen Street, 9th floor.

According to Dr. Kennedy, this evaluation will take most of the day, with a break for lunch. It will include psychological testing and an interview. You may bring any documents that you feel would assist Dr. Kennedy with her evaluation. Also, she suggests you may wish to bring a sweater or light jacket. If you require any additional information regarding her evaluation, you may call Dr. Kennedy at 923-2266.

I appreciate your cooperation in this matter. If you have any question regarding this letter, please call me at 523-4971.

Sincerely,

THOMAS RIDDLE
Workers' Compensation Administrator



PE 00699

Roger Moseley, Esq.
737 Bishop Street, Suite 2600
Honolulu, HI 96813-3283

CITY AND COUNTY OF HONOLULU
Dept. of Human Resources - ISWC
550 S. King Street
Honolulu, Hawaii 96813

PE 00700