**KATHLEEN CHRISMER - Philip English**

| | |
|---|---|
| From: | "Riddle, Thomas" <TRiddle@co.honolulu.hi.us> |
| To: | "'rsm@casebigelow.com'" <rsm@casebigelow.com> |
| Date: | 3/19/2003 11:23 AM |
| Subject: | Philip English |

Yesterday you called to inquire about Mr. English using his accumulated vacation leave and mentioned a letter that was sent to him regarding this issue.

Mr. English was off work beginn 02/28/2003 when he filed the workers' compensation claim. At that time he only had twelve days of accumulated vacation, and he was paid for the period 02/28/2003 through 03/11/2003 on the March 15th payroll. He called the office to inquire about his check, because he thought he should have received more money. The department wrote him a letter explaining the above, and it was sent to his address of record, which was a P.O. Box number. The letter was returned by the post office and they resent it, using the address he supplied on his workers' compensation claim. I assume he has recieved the letter by now.



PE 00701