**Councilmember Charles K. Djou**



City Council • 530 South King Street, Rm 202 • Honolulu, HI 96813
Phone (808) 547-7004 • Fax (808) 550-6689 • Email: cdjou@co.honolulu.hi.us

Robert —

3/27/03

MAHALO for BRINGING PHIL BY MY OFFICE TODAY. I SHARE YOUR CONCERN for UNETHICAL BEHAVIOR AT THE CITY'S REAL PROPERTY APPRAISAL DIVISION AND LOOK FORWARD TO HEARING MORE DETAILS IN THE NEAR FUTURE.

BEST WISHES!



PE 00702