# CASE BIGELOW & LOMBARDI
### A LAW CORPORATION

| | |
|---|---|
| David F. Andrew | Michael R. Marsh |
| Michael L. Biehl | Roger S. Moseley |
| Daniel H. Case | Ted N. Pettit, Ph.D |
| James M. Cribley | Scott D. Radovich |
| Stacey W.E. Foy | Robert F. Schneider |
| Gregory M. Hansen | Cathy Lee Sakiguchi |
| Frank T. Kanemitsu | Steven E. Thomas |
| Michael L. Lam | Eric H. Tsugawa |
| Alan K. Lau | Gary L. Wixom |
| Dennis M. Lombardi,† | |

PACIFIC GUARDIAN CENTER, MAUKA TOWER
737 BISHOP STREET, SUITE 2600
HONOLULU, HAWAII 96813-3283

TELEPHONE: (808) 547-5400
FACSIMILE: (808) 523-1888
E-mail: info@casebigelow.com
http://www.casebigelow.com

| | |
|---|---|
| Claire E. Bender | Of Counsel |
| Christopher J. Muzzi | Steven L. Rinesmith† |
| Lauren R. Sharkey | Counsel |
| Leila Rothwell Sullivan | Gary S. Kerwood |
| Cathy L. Takase | |
| Nancy J. Youngren | |

Bruce C. Bigelow (1946-2001)

† A Law Corporation

## LETTER OF TRANSMITTAL

**To:** Mr. Philip English
1741 Ala Moana Blvd.
Unit 22
Honolulu, Hawaii 96815

**Date:** April 3, 2003

**Re:** Employment Matters

**Our File:** 27505-1

---

I am sending you ( ✓ ) attached (   ) under separate cover the following:

    1 Copy -- DCCA Roster of Licensed Real Estate Appraisers

(XX) For your information and files
(   ) For review and comment
(   ) For correction
(   ) For distribution
(   ) Per your request
(   ) Per our agreement
(   ) Per our conversation
(   ) Approved
(   ) Approved as noted

(   ) For necessary action
(   ) For signature in BLACK
    INK and return
(   ) For filing
(   ) Check enclosed to cover
    Filing or recording fee
    $_____
(   ) For payment
(   ) Disapproved
(   ) See remarks below

**REMARKS:**


*Kathleen Ce*
Kathleen Chrismer, Assistant for
ROGER S. MOSELEY

RSM:kmc



27505/1/323132.1

PE 00703