# CASE BIGELOW & LOMBARDI
### A LAW CORPORATION

David F. Andrew
Michael L. Biehl
Daniel H. Case
James M. Cribley
Stacey W.E. Foy
Gregory M. Hansen
Frank T. Kanemitsu
Michael L. Lam
Alan K. Lau
Dennis M. Lombardi, †

Michael R. Marsh
Roger S. Moseley
Ted N. Pettit, Ph.D.
Scott D. Radovich
Robert F. Schneider
Cathy Lee Sakiguchi
Steven E. Thomas
Eric H. Tsugawa
Gary L. Wixom

PACIFIC GUARDIAN CENTER, MAUKA TOWER
737 BISHOP STREET, SUITE 2600
HONOLULU, HAWAII 96813-3283

TELEPHONE: (808) 547-5400
FACSIMILE: (808) 523-1888
E-mail: info@casebigelow.com
http://www.casebigelow.com

Claire E. Bender
Christopher J. Muzzi
Lauren R. Sharkey
Leila Rothwell Sullivan
Cathy L. Takase
Nancy J. Youngren

Of Counsel
Steven L. Rinesmith *
Counsel:
Gary S. Kerwood

Bruce C. Bigelow (1946-2001)

† A Law Corporation

## LETTER OF TRANSMITTAL

**To:** Mr. Francisco Figueiredo
Office of Charles Djou
530 S. King Street, Room 202
Honolulu, Hawaii 96813

**Date:** April 3, 2003

**Re:** Philip English - Employment Matters

**Our File:** 27505-1

---

I am sending you ( √ ) attached (   ) under separate cover the following:

1 Copy -- DCCA Roster of Licensed Real Estate Appraisers

(XX) For your information and files
(   ) For review and comment
(   ) For correction
(   ) For distribution
(   ) Per your request
(   ) Per our agreement
(   ) Per our conversation
(   ) Approved
(   ) Approved as noted

(   ) For necessary action
(   ) For signature in BLACK INK and return
(   ) For filing
(   ) Check enclosed to cover Filing or recording fee $_____
(   ) For payment
(   ) Disapproved
(   ) See remarks below

**REMARKS:**

*Kathleen Ch* (signature)

Kathleen Chrismer, Assistant for
ROGER S. MOSELEY

RSM:kmc


DEFENDANT'S EXHIBIT 3243

27505/1/323133.1

MEMBER OF LEX MUNDI, THE WORLD'S LEADING ASSOCIATION OF INDEPENDENT LAW FIRMS

PE 00704