**FACILITATOR**

DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS
DISABILITY COMPENSATION DIVISION

## EMPLOYEE'S CLAIM FOR WORKERS' COMPENSATION BENEFITS

**INJURED PERSON**
Name: Philip Eugene English
Address: 1741 Ala Moana Blvd #22 Honolulu, HI 96815
Occupation: Appraiser
Phone No. (808) 754-2136    Social Security No. 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

**EMPLOYER**
Name: City and County of Honolulu — Real Property Assessment
Address: 842 Bethel St. Honolulu, HI 96813    Phone No. (808) 523-4719
Nature of Business: Real Property Assessment — Appraiser IV

**INSURANCE CARRIER**
Name: City and County of Honolulu
Address:

**INJURY**
Date of Injury Beginning 2002  Time All the time  Date Disability Began 2/28/03
If not on employer's premises, place where accident occurred: at the office

How did injury occur: I reported unethical activities at the office by the administrator and other employee(s) and they began to retaliate
Describe injury/illness: extreme depression and acute anxiety due to ongoing harrassment + retaliation by administration.

Reason for filing: ☐ Employer has not filed WC-1  ☐ Reopening of old claim
☐ Insurance carrier has not paid benefits  ☒ Others
Explain: Form was sent to me to be completed.

**WITNESS**
Name: Chuck Totto, Ethics commissioner Performing whistle-blower investigation has all documents re: retaliation
Address: 715 South King St, Ste 211 Honolulu, HI 96813-3091

**NOTICE**
Did you give employer notice of injury? ☒ Yes  ☐ No
If so, when: 2/28/02  Tom Riddle  How: ☒ Oral ☒ Written
To whom: Karol Kamisato — all others were at a seminar

**ATTENDING PHYSICIAN**
Name: Dr. Love Kaiser, Dr. Coffee,
Address: 1010 Pensacola St Honolulu, HI 96814

I hereby present my claim for compensation for disability resulting from the foregoing injury arising out of and in the course of my employment and not caused by my intoxication nor by my willful intention to injure myself or another.
I hereby authorize any physician and/or hospital to release any information related to any treatment rendered me.

Represented by _____ ATTORNEY/UNION AGENT
Signature of Claimant: Phil English
Address: 1741 Ala Moana Blvd #22    Date: 4/7/03


DEFENDANT'S EXHIBIT 324

PE 00705