## CASE BIGELOW & LOMBARDI
### A LAW CORPORATION

David F. Andrew
Michael L. Brehl
Daniel H. Case
James M. Cribley
Stacey W. E. Foy
Gregory M. Hansen
Frank T. Kanemitsu
Michael L. Lam
Alan K. Lau
Dennis M. Lombardi †

Michael R. Marsh
Roger S. Moseley
Ted N. Pettit, Ph.D.
Scott D. Radovich
Robert F. Schneider
Cathy Lee Sekiguchi
Steven E. Thomas
Eric H. Tsugawa
Gary L. Wixom

PACIFIC GUARDIAN CENTER, MAUKA TOWER
737 BISHOP STREET, SUITE 2600
HONOLULU, HAWAII 96813-3283

TELEPHONE: (808) 547-5400
FACSIMILE: (808) 523-1888
E-mail: info@casebigelow.com
http://www.casebigelow.com

Claire E. Bender
Christopher J. Muzzi
Leila Rothwell Sullivan
Cathy L. Takase
Nancy J. Youngren

Of Counsel:
Steven L. Rinesmith †
Counsel:
Gary S. Kerwood

Bruce C. Bigelow (1946-2001)
† A Law Corporation

April 16, 2003

<u>BY HAND DELIVERY</u>

Jamie Petersen, WC Facilitator
Department of Labor and Industrial Relations
Disability Compensation Division
830 Punchbowl Street, Room 209
Honolulu, Hawaii 96813

Re:   Philip E. English
      Case No. 2-03-01887
      Employer: City & County of Honolulu

Dear Ms. Petersen,

Thank you for speaking with me on the telephone this afternoon. Enclosed you will find a copy of Mr. English's Form WC-5. I had understood that this form was sent to you on or about April 7, 2003. Also, I will ask Mr. English to check with Dr. Love with respect to the Form WC-2, which I also understood had been sent previously.

As I explained to you, Mr. English is scheduled for his IME on April 18, 2003, so presumably you will be hearing more from the City shortly thereafter.

While this office does not presently represent Mr. English for the purpose of the potentially upcoming hearing, we would appreciate notice of the date and time of any hearing, as it seems very likely we will undertake representation of Mr. English in any such hearing at that time. Furthermore, Mr. English seems to receive his mail late sometimes, probably due to the fact he lives aboard a boat. Keeping us notified of important dates will help insure he has notice as well.

Thank you very much.

Very truly yours,

Roger S. Moseley

RSM\kmc
Enclosure
cc: Phil English