## CASE BIGELOW & LOMBARDI
A LAW CORPORATION

PACIFIC GUARDIAN CENTER, MAUKA TOWER
737 BISHOP STREET, SUITE 2600
HONOLULU, HAWAII 96813-3283

TELEPHONE (808) 547-5400
FACSIMILE (808) 523-1888
E-mail: info@casebigelow.com
http://www.casebigelow.com

David F. Andrew
chael L Biehl
aniel H Case
James M Cribley
Stacey W E Foy
Gregory M Hansen
Frank T Kanemitsu
Michael L Lam
Alan K Lau
Dennis M Lombardi, †

Michael R Marsh
Roger S Moseley
Ted N Pettit, Ph D
Scott D Radovich
Robert F Schneider
Cathy Lee Sekiguchi
Steven E Thomas
Eric H Tsugawa
Gary L Wixom

Claire E Bender
Christopher J Muzzi
Lauren R Sharkey
Leila Rothwell Sullivan
Cathy L Takase
Nancy J Youngren

Of Counsel
Steven L Rinesmith
Counsel
Gary S Kerwood

Bruce C Bigelow (1946-2001)
† A Law Corporation

# LETTER OF TRANSMITTAL

**To:** Mr. Francisco Figueiredo
Office of Charles Djou
530 S. King Street, Room 202
Honolulu, Hawaii 96813

**Date:** April 8, 2003

**Re:** Philip English - Employment Matters       **Our File:** 27505-1

I am sending you ( **XX** ) attached (   ) under separate cover the following:

   Detail of Real Property Tax Appraisers

(XX) For your information and files
(  ) For review and comment
(  ) For correction
(  ) For distribution
(  ) Per your request
(  ) Per our agreement
(  ) Per our conversation
(  ) Approved
(  ) Approved as noted

(  ) For necessary action
(  ) For signature in BLACK INK and return
(  ) For filing
(  ) Check enclosed to cover Filing or recording fee $_____
(  ) For payment
(  ) Disapproved
(  ) See remarks below

**REMARKS:**

_Kathleen Ch_____
Kathleen Chrismer, Assistant for
ROGER S. MOSELEY

RSM:kmc



27505/1/323133.2

City and County of Honolulu
Real Property Tax Appraisers

Active

| | |
|---|---|
| Jody Chun | CRA-133 |
| Philip English | CGA-137 |
| Wilfred Martin | CRA-443 |

Inactive - Appraisers in this classification have obtained a license at some point, but have not kept up with the requirements to keep the license active. The classification of Inactive/Current only means that they have paid the fee required to hold their appraiser number, essentially, they are unlicensed.

| | |
|---|---|
| Marvin Abing | CGA-107 |
| Tracey Edmundson | CRA-502 |
| Ann Gima | CRA-328 |
| Gary Kubota | CRA-589 |
| Wendell Murota | CGA-47 |
| Craig Yamada | SLA-508 |

Forfeited - Appraisers in this classification had a license at one time, but have not kept up with the requirements.

| | |
|---|---|
| Randall Hiraki | CRA-503 |
| Wayne Kaneko | CRA-407 |
| Gerald Lum | TLA-290 |