

Phone message:
FOR: RSM
Jaime P
OF: DoD
PHONE: 586-1146
MESSAGE: re: Phil English
Case No. 2030185T
SIGNED: tem



DEFENDANT'S EXHIBIT 3248

PE 00710