

**STATE OF HAWAII**
DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS
DISABILITY COMPENSATION DIVISION
830 PUNCHBOWL STREET, ROOM 209
HONOLULU, HAWAII 96813

March 31, 2003

Adjuster
CITY & COUNTY OF HONOLULU
C/O DEPT. OF PERSONNEL
CITY HALL ANNEX
HONOLULU, HI 96813

Claimant
PHILIP E ENGLISH
1741 ALA MOANA BLVD UNIT 22
HONOLULU, HI 96815

          Case No.:  2-03-01887
          D/A:  1/2/03
          Employer:  City & County of Honolulu

This is in response to your letter dated 3/20/03, requesting an extension pursuant to Hawaii Administrative Rules, Section 12-10-73(a). Your request is:

☒ **APPROVED TO 6/20/03.**

☐ **DENIED**
    ☐ Submit written report by    .
    ☐ Request was untimely. Decision to be issued.
    ☐ Request was untimely. Referred to hearings.
    ☐ Other:

Very truly yours,

Jamie Petersen, WC Facilitator

Auxiliary aids and services are available upon request, call 586-9161 (voice), (808)586-8847 (TTY), or 1-888-569-6859 (TTY neighbor islands). A request for a reasonable accommodation(s) should be made no later than ten working days prior to the needed accommodation(s).

It is the policy of the Department of Labor and Industrial Relations that no person shall on the basis of race, color, sex, marital status, religion, creed, ethnic origin, national origin, age, disability, ancestry, arrest/court record, sexual orientation, and National Guard participation be subjected to discrimination, excluded from participation, or denied the benefits of the department's services, programs, activities, or employment.

PE 00711