LINDA LINGLE
GOVERNOR



PETER T YOUNG
CHAIRPERSON
BOARD OF LAND AND NATURAL RESOURCES

DAN R. DAVIDSON
DEPUTY DIRECTOR

DEPUTY DIRECTOR FOR
THE COMMISSION ON WATER
RESOURCE MANAGEMENT

**STATE OF HAWAII**
DEPARTMENT OF LAND AND NATURAL RESOURCES
DIVISION OF BOATING AND OCEAN RECREATION
333 QUEEN STREET, SUITE 300
HONOLULU, HAWAII 96813

W. MASON YOUNG
ACTING ADMINISTRATOR

BOR 0551.03

PHILIP E ENGLISH
720 SOUTH STREET, #170
HONOLULU HI 96813

April 17, 2003

Dear PHILIP E ENGLISH

SUBJECT: Notice of Default on Account No. 0832R001311
Mooring Permit No. 4053, Ala Wai Small Boat Harbor

A reminder notice was sent to you in March 2003 for the outstanding March monthly charge. Our records indicate that your account continues to be delinquent in payment to the Division of Boating and Ocean Recreation in the amount of $1235.72, including late charges as of March 31, 2003, of which $263.51 is delinquent in excess of thirty (30) days.

Accordingly, pursuant to Section 13-231-6, Hawaii Administrative Rules, you are hereby served a Notice of Default for failure to keep payments current on Account No. 0832R001311 at Ala Wai Small Boat Harbor.

Your immediate attention is requested for payment of the outstanding delinquent amount within fifteen (15) days from the date of receipt of this notice. Pursuant to Section 13-230-6(2), this letter is deemed delivered five (5) days after the date of mailing. Send your payment with your account number on your check to: Ala Wai Small Boat Harbor, 1651 Ala Moana Boulevard, Honolulu, Hawaii 96815

Failure to cure this default within fifteen (15) days of receipt of this notice, shall result in termination of your permit, cancellation of your account, require your vessel to leave the harbor or become subject to enforcement which may include a citation, higher fees for mooring without permit and impoundment of your vessel.

If you have any questions regarding the amount due, please call our District Office at (808) 973-9727.

Very truly yours,

Mason Young
Acting Administrator

cc: District Office
    Fiscal Office
    Harbor Office
    Post on Boat

SENT BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED

4/19/03   10:45 AM



DEFENDANT'S EXHIBIT 325

PE 00716