## CASE BIGELOW & LOMBARDI
### A LAW CORPORATION

Pacific Guardian Center
Mauka Tower
737 Bishop Street, Suite 2600
Honolulu, Hawaii 96813

Tel: (808) 547-5400
Fax: (808) 547-5532

# FAX TRANSMITTAL

Date: 4-18-03

Time sent: _____  ☐ A.M.  ☐ P.M.

To: Tom Riddle

From: Roger Moseley
Direct Line: 5475447

Fax No.: 527 6982

Pages: 3
File No.:

Re: Phil English

PLEASE CALL THE DIRECT TELEPHONE NUMBER OF THE SENDER OR (808) 547-5400 FOR ANY MISSING OR ILLEGIBLE PAGES OR IN HAVING DIFFICULTY RECEIVING OUR TRANSMISSION.

This communication contains confidential and privileged information. It is exempt from disclosure under applicable law. If you received it in error, please notify the sender immediately by telephone or fax and return the original by mail.

## MESSAGE

Tom —

Thank you.

R.



PE 00717