## CASE BIGELOW & LOMBARDI
### A LAW CORPORATION

PACIFIC GUARDIAN CENTER, MAUKA TOWER
737 BISHOP STREET, SUITE 2600
HONOLULU, HAWAII 96813-3283

TELEPHONE (808) 547-5400
FACSIMILE (808) 523-1888
E-mail: info@casebigelow.com
http://www.casebigelow.com

David F. Andrew
Michael L. Bien
Daniel H. Case
James M. Cribley
Stacey W.E. Foy
Gregory M. Hansen
Frank T. Kanemitsu
Michael L. Lam
Alan K. Lau
Dennis M. Lombardi †

Michael R. Marsh
Roger S. Moseley
Ted N. Petit, Ph.D.
Scott O. Radovich
Robert F. Schneider
Cathy Lee Sekiguchi
Steven E. Thomas
Eric H. Tsugawa
Gary L. Wixom

Claire E. Bender
Christopher J. Muzzi
Lexa Rethwell Sullivan
Lauren R. Sharkey
Cathy L. Takase
Nancy J. Youngren

Of Counsel
Steven C. Ringsmith †
Counsel
Gary S. Kerwood

Bruce C. Bigelow (1946-2001)
† A Law Corporation

April 16, 2003

BY FAX AND HAND DELIVERY

Thomas Riddle
Workers' Compensation Administrator
City and County of Honolulu
550 South King Street
Honolulu, HI 96813

Re: Claim of Philip E. English for disability due to retaliation

Dear Mr. Riddle,

Thank you for speaking with me on the telephone this morning. We did want to confirm, or ask questions about, the following matters:

1. Mr. English is planning to attend the examination by Dr. Kennedy on April 18, 2003 and planned to provide his Kaiser records at the same time. He will still attend, but will not be able to obtain copies of the records in time for the examination. We understand you anticipate the results of the examination and evaluation in approximately three weeks.

2. We also understand that if the results of Dr. Kennedy's examination are favorable to Mr. English's claim, the City's intent is to approve the claim and not to proceed to hearing. We further understand that if Dr. Kennedy's report is unfavorable, the hearing process would then be available to resolve any disputed matters.

3. As you may surmise, Mr. English's financial condition is nearing desperation and it is imperative that this claim be processed as rapidly as humanly possible. It appears to us the additional pressure caused by his deteriorating financial condition is significantly and adversely affecting his well-being and ability to recover from the retaliatory actions he has endured. If you can suggest any other source of financial assistance, which could be of some interim assistance to him, we would be most appreciative.

4. We are concerned that Mr. English's medical insurance premiums may not be getting paid, as his income from the City has effectively stopped. Could you please advise us of what needs to be done, if anything, to keep his medical coverage in place prior to the eventual decision in this case?

PE 00720

27505\1\324736.1    MEMBER OF LEX MUNDI, THE WORLD'S LEADING ASSOCIATION OF INDEPENDENT LAW FIRMS

5.   Mr. English received a notice from Robert Magota requesting his attendance at a meeting to discuss an "annual performance evaluation report" on April 17, 2003. Mr. English is obviously unable to attend due to his condition which has been caused by the retaliation of the very people involved in this proposed evaluation. Would you please advise Mr. Magota of the status of the claim and the impropriety of the continuation of this activity in the light of the present circumstances? This senseless exacerbation of the damage being done to Mr. English is unconscionable.

6.   Is there some way of arranging for Mr. English to recover some of his personal effects from his desk without contact with the perpetrators of the retaliation he has experienced? He would very much like to recover these possessions, but, as you may imagine, it appears the potential contact would be highly undesirable from many perspectives.

7.   Is there someone to whom Mr. English should be sending physician's "off work slips", or is that even necessary since he has made the workers' comp claim?

8.   Are there any other requirements or details in this process, which are being or may be overlooked? Mr. English is very serious about providing everything necessary for processing this claim and intends to cooperate fully. Mr. English needs to be fully informed of any pitfalls or problems which can reasonably be anticipated and addressed.

Thank you for your kind assistance.

Very truly yours,

Roger S. Moseley

RSM/kmc
cc. Phil English

27505\1\324736.1

PE 00721