City and County of Honolulu
Workers' Compensation Office
550 S. King Street
Honolulu, Hawaii 96813

Mr. Roger S. Moseley
CASE BIGELOW & LOMBARDI
737 Bishop Street, Suite 2600
Honolulu, Hawaii 96813

96813+3283





DEFENDANT'S EXHIBIT 3255

PE 00722