# CASE BIGELOW & LOMBARDI
### A LAW CORPORATION

David F. Andrew
Michael L. Biehl
Daniel H. Case
James M. Cribley
Stacey W E. Foy
Gregory M. Hansen
Frank T. Kanemitsu
Michael L. Lam
Alan K. Lau
Dennis M. Lombardi

Michael R. Marsh
Roger S. Moseley
Ted N. Pettit, Ph.D.
Scott D. Radovich
Robert F. Schneider
Cathy Lee Sekiguchi
Steven E. Thomas
Eric H. Tsugawa
Gary L. Wixom

Claire E. Bender
Christopher J. Muzzi
Leila Rothwell Sullivan
Lauren R. Sharkey
Cathy L. Takase
Nancy J. Youngren

Of Counsel
Steven L. Pinesmith
Counsel
Gary S. Kerwood

PACIFIC GUARDIAN CENTER, MAUKA TOWER
737 BISHOP STREET, SUITE 2600
HONOLULU, HAWAII 96813-3283

TELEPHONE (808) 547-5400
FACSIMILE (808) 523-1888
E-mail info@casebigelow.com
http://www.casebigelow.com

Bruce C. Bigelow (1946-2001)

† A Law Corporation

April 18, 2003

BY FAX AND HAND DELIVERY

Thomas Riddle
Workers' Compensation Administrator
City and County of Honolulu
550 South King Street
Honolulu, HI 96813

Re: Claim of Philip E. English for disability due to retaliation

Dear Mr. Riddle,

Thank you for responding so quickly to my April 16, 2003 letter.

Enclosed please find two original "Work Slips" showing Mr. English's continued disability from work to April 22, 2003. For your reference, Mr. English has an appointment with an additional person at Kaiser for further evaluation on April 23. Presumably being warranted, a further work slip will be issued at that time. We will keep you posted.

It has been suggested to us by staff of the Department of Labor, that Mr. English should have been receiving TDI payments during the processing of his Workers Compensation claim. Would you please explain?

An additional thank you is merited for your contact with Mr. Magota. Your effort is appreciated. Mr. Magota's actions were bewildering in light of the retaliation Mr. English has already endured on Mr. Magota's watch and at his hand. It appears that your effort has forestalled at least some further damage to Mr. English. Mahalo again.

Hopefully by the time you return from vacation, Mr. English will have instructed me to give you authorization to recover his personal possessions.

Thank you for your continued consideration in this case.

Very truly yours,

Roger S. Moseley

RSM/kmc
cc: Phil English


DEFENDANT'S EXHIBIT 325¢

27505\1\325263.1    MEMBER OF LEX MUNDI, THE WORLD'S LEADING ASSOCIATION OF INDEPENDENT LAW FIRMS    PE 00723



**KAISER PERMANENTE**
*Good People. Good Medicine.*

## WORK SLIP

Date of Visit/Telephone Advice: MAR 1 3 2003   Location of Visit/Telephone Advice:

Kaiser Honolulu Clinic
1010 Pensacola Street
Honolulu, Hawaii 96814

Diagnosis (if required):

Date(s) of scheduled Recheck(s):

This patient states that he/she was disabled and unable to work/attend school from 2·27·03 to

MAY RESUME work/school on: 4·2·03  ☒ Full duty  ☐ Limited duty ▶ IF LIMITED DUTY (describe):  ☐ Driving  ☐ Pushing
☐ Climbing  ☐ Standing  ☐ Sports  ☐ Pulling  ☐ Lifting  ☐ Walking  ☐ Hand Tools  ☐ Other:

IF LIMITED, is capable of returning to full duty on: 4·2·03   Further Description/Remarks:

*James E Love, MD*
Provider's Signature

J.E. LOVE INTERNAL MEDICINE
Provider's Name (print)

I hereby authorize the Kaiser Permanente Medical Care Program to release information relating to this illness to my employer/school.
This authorization shall be valid for 90 days.

92328  Rev. 07/92   Signature of Patient/Responsible Party              Relationship to Patient

---

**KAISER PERMANENTE**
*Good People. Good Medicine.*

## WORK SLIP

033194
english, philip
10-20-54

Date of Visit/Telephone Advice: APR 2 3 2003   Location of Visit/Telephone Advice:

Kaiser Honolulu Clinic
1010 Pensacola Street
Honolulu, Hawaii 96814

Diagnosis (if required):

Date(s) of scheduled Recheck(s): as needed

This patient states that he/she was disabled and unable to work/attend school from APR 0 2 2003 to APR 2 2 2003

MAY RESUME work/school on: APR 2 3 2003  ☐ Full duty  ☐ Limited duty ▶ IF LIMITED DUTY (describe):  ☐ Driving  ☐ Pushing
☐ Climbing  ☐ Standing  ☐ Sports  ☐ Pulling  ☐ Lifting  ☐ Walking  ☐ Hand Tools  ☐ Other:

IF LIMITED, is capable of returning to full duty on:   Further Description/Remarks:

*James E Love, MD*
Provider's Signature

J.E. LOVE INTERNAL MEDICINE
Provider's Name (print)

I hereby authorize the Kaiser Permanente Medical Care Program to release information relating to this illness to my employer/school.
This authorization shall be valid for 90 days.

PE 00724

```
*** Transmission Result Report ( Apr. 18. 2003  2:31PM ) ***

                                              T T I    C.M.B.& L./1 (808) 523-1888

File  Mode   Option              Address (Group)          Result        Page
--------------------------------------------------------------------------------
5224  SAF_TX                     95276782                   OK          P. 3/3




                                 Reason for Error
                                   1) Hang up or line fail          2) Busy
                                   3) No answer                     4) No facsimile connection
```

## CASE BIGELOW & LOMBARDI
### A LAW CORPORATION

Pacific Guardian Center
Mauka Tower
737 Bishop Street, Suite 2600
Honolulu, Hawaii 96813

Tel: (808) 547-5400
Fax: (808) 547-5532

### FAX TRANSMITTAL

Date: 4-18-03

Time sent: _____ ☐ A.M. ☐ P.M.

To: Tom Riddle

From: Roger Moseley
Direct Line: 5475447

Fax No.: 527 6982

Pages: 3
File No.:

Re: Phil English

PE 00725

PLEASE CALL THE DIRECT TELEPHONE NUMBER OF THE SENDER OR (808) 547-5400 FOR ANY MISSING OR ILLEGIBLE PAGES OR IN HAVING DIFFICULTY RECEIVING OUR TRANSMISSION.

This communication contains confidential and privileged information. It is exempt from disclosure under applicable law. If you received it in error, please notify the sender immediately by telephone or fax and return the original by mail.