```
* * *   Transmission Result Report   Apr.25.2003  9:44AM   * * *

                                              T T I   CASE BIGELOW 808 523-1888

File  Mode  Option              Address (Group)         Result         Page
--------------------------------------------------------------------------------
6158  SAF_TX                    6276792                   OK            P. 1 1


            Reason for Error
              1) Hang up or line fail          2) Busy
              3) No answer                     4) No facsimile connection
```

## CASE BIGELOW & LOMBARDI
### A LAW CORPORATION

PACIFIC GUARDIAN CENTER, MAUKA TOWER
737 BISHOP STREET, SUITE 2600
HONOLULU, HAWAII 96813-3283

TELEPHONE: (808) 547-5400
FACSIMILE: (808) 523-1888
E-mail: info@casebigelow.com
http://www.casebigelow.com

Bruce C. Bigelow (1946-2001)
† A Law Corporation

April 25, 2003

BY FAX AND HAND DELIVERY

Thomas Riddle
Workers' Compensation Administrator
City and County of Honolulu
550 South King Street
Honolulu, HI  96813

    Re:  Claim of Philip E. English for disability due to retaliation

Dear Mr. Riddle,

PE 00729

    Please be advised that Phil English has been informed that he will lose his health insurance coverage on May 1, 2003 due to non-payment of the premiums. Mr. English has also been informed that he will be evicted from his boat, on which he is a legal live-