# CASE BIGELOW & LOMBARDI
### A LAW CORPORATION

David F. Andrew
Michael L. Bieni
Daniel H. Case
James M. Cribley
Stacey W.E. Foy
Gregory M. Hansen
Frank T. Kanemitsu
Michael L. Lam
Alan K. Lau
Dennis M. Lombardi †

Michael R. Marsh
Roger S. Moseley
Ted N. Pettit, Ph.D
Scott O. Radovich
Robert F. Schneider
Cathy Lee Sekiguchi
Steven E. Thomas
Eric H. Tsugawa
Gary L. Wixom

Clare E. Bender
Christopher J. Muzzi
Lelia Rothwell Sullivan
Lauren R. Sharkey
Cathy L. Takase
Nancy J. Youngren

Of Counsel
Steven L. Pinesmith *
Counsel
Gary S. Kerwood

Bruce C. Bigelow (1946-2003)

* A Law Corporation

PACIFIC GUARDIAN CENTER, MAUKA TOWER
737 BISHOP STREET, SUITE 2600
HONOLULU, HAWAII 96813-3283

TELEPHONE (808) 547-5400
FACSIMILE (808) 523-1888
E-mail info@casebigelow.com
http://www.casebigelow.com

April 25, 2003

BY FAX AND HAND DELIVERY

Thomas Riddle
Workers' Compensation Administrator
City and County of Honolulu
550 South King Street
Honolulu, HI 96813

   Re: Claim of Philip E. English for disability due to retaliation

Dear Mr. Riddle,

   Please be advised that Phil English has been informed that he will lose his health insurance coverage on May 1, 2003 due to non-payment of the premiums. Mr. English has also been informed that he will be evicted from his boat, on which he is a legal live-aboard, and that his boat will be seized on Wednesday April 30, 2003. This is also due to non-payment of fees. Mr. English is unable to make these payments because he has no income and is disabled due to the retaliation conducted against him by the employees and management of the Assessment Division.

   These events will likely have serious and far-reaching consequences if they are allowed to come to fruition.

   Has the City's IME doctor, Dr. Kennedy, reported her conclusions to you?

   If so, what action is the City prepared to take?

   What about TDI?

   Is there anything you can do to intercede in either of these impending problems?

   In our view the City had a responsibility to move faster on this claim, before things got so desperate. We presently believe that under the present circumstances there is likely not much that you, Tom Riddle, could have done differently to expedite this process, but we also believe that the City should have provided you with adequate resources to process such claims in a timely manner.

DEFENDANT'S EXHIBIT 254

Thomas Riddle
April 25, 2003
Page 2

    Please advise us as soon as possible of the City's intended course of action as well as the timetable for such action.

    Thank you for your continued consideration in this case.

Very truly yours,

Roger S. Moseley

RSM/kmc
cc. Phil English

27505\1\326216.1

PE 00731