DEPARTMENT OF HUMAN RESOURCES

# CITY AND COUNTY OF HONOLULU

550 SOUTH KING STREET
HONOLULU, HAWAII 96813

JEREMY HARRIS
MAYOR



CHERYL K. OKUMA-SEPE
DIRECTOR

April 25, 2003

Roger S. Moseley, Esq.
CASE BIGELOW & LOMBARDI
737 Bishop Street, Suite 2600
Honolulu, Hawaii 96813

Re:   Philip English

Dear Mr. Moseley:

Please have Mr. English complete the front of the form (I tried to enter the information that I have, he should review it for correctness) and then have his physician at Kaiser complete the back.

The form should be returned to me as soon as possible and I will see that it gets processed.

Thank you for your cooperation.

Sincerely,

THOMAS RIDDLE
Workers' Compensation Administrator



DEFENDANT'S EXHIBIT 3260

PE 00728

Form TDI-1

# CLAIM FOR TEMPORARY DISABILITY BENEFITS

INSTRUCTION: To avoid unnecessary delay, present your claim form to your personnel officer under step 2, below, no later than 30 days after you are unable to perform the duties of your job. If you file beyond 30 days, attach a statement explaining why you were unable to file earlier. After you file your claim, the City will notify you if you are eligible for benefits. Follow the 3 steps below:

- Step 1. Answer all questions in Part A, Claimant's Statement. Make sure you sign your name, or if you are unable to, have a responsible person sign for you.
- Step 2. Have your doctor complete and sign Part B, Doctor's Statement.
- Step 3. Have your doctor mail this form to your department head.

## PART A - CLAIMANT'S STATEMENT

| 1. My name is: (First, middle, last) Type or print | 2. Social Security Number |
|---|---|
| 3. Address (Street, City or Town, State, Zip Code) | 4. Telephone Number |

**DISABILITY INFORMATION**

| 5. My disability was caused by: ☐ sickness  ☐ accident  Describe (if accident, give date, place and circumstances): |||
|---|---|---|
| 6. The first day I was unable to perform the duties of my job: <br> _____ _____ _____ <br> (month)  (day)  (year) || 7. Was this disability caused by your job? <br> ☐ Yes    ☐ No    ☐ Unknown |
| 8. I ☐ have not  ☐ have recovered from my disability. <br> Date recovered _____ || 9. I ☐ have not  ☐ have returned to work. <br> Date returned to work. _____ |

**EMPLOYMENT INFORMATION**

| 10. Department: <br> Division: | 11. Work Address: <br> _____ <br> (Street) (City) (State) (Zip Code) | | |
|---|---|---|---|
| 12. Prior to my disability, I worked for this employer: <br> From _____ to _____ <br> (Mo.) (Day) (Yr.)  (Mo.) (Day) (Yr.) | 13. I worked: <br> _____ Hours per week | 14. I earned: <br> $_____ per week | |

| 15. Occupation: | 16. Bargaining Unit: <br> ☐ BU _____ or ☐ Excluded |
|---|---|

| 17. Other Hawaii employers I worked for during the past 52 weeks ~~six months~~ | Period of Employment ||| | Weekly ||
|---|---|---|---|---|---|---|
| Employer name and address | From ||| To ||| Hours | Wages |
|  | Mo. | Day | Yr. | Mo. | Day | Yr. |  |  |
| a. | | | | | | | | |
| b. | | | | | | | | |
| c. | | | | | | | | |
| d. | | | | | | | | |

**OTHER BENEFITS**

| 18. In addition to TDI benefits, I am receiving or claiming benefits from the following: ||
|---|---|
| ☐ Federal Disability Insurance Benefits | ☐ Unemployment Insurance Benefits |
| ☐ Workers' Compensation Benefits | ☐ Damages for Personal Injury |
| ☐ Employer's Sick Leave Plan | ☐ Accidental Injury Leave (Act 64) |
| | ☐ Other (Health & Welfare Fund, Union Plan, etc. |

| 19. During the calendar year before my disability began, I have received TDI benefits for other period of disability. <br> ☐ Yes  ☐ No  If yes, from whom _____ From _____ to _____ |
|---|

I hereby claim Temporary Disability Benefits and certify that the foregoing statements including any accompanying statements are true and complete to the best of my knowledge.

| Claimant's signature | | Date |
|---|---|---|
| Representative's signature, if claimant unable to sign | Print Representative's Name | Relationship |

PE 00733

PART B - DOCTOR'S STATEMENT

ORTANT: Please complete and mail within 7 working days after examination to the employee's department (See Part A, #10).

1. Claimant's name: _____  2. Physical requirements of claimant's occupation as related by claimant: _____

3. Diagnosis: _____

4. If pregnancy, advise EDC _____. If disability is pregnancy with complications, advise complications above (Part B, #3).

5. Was claimant's disability caused by his/her employment? ☐ Yes  ☐ No
   If yes, was Physician's Report WC-2 filed?  ☐ Yes  ☐ No   If yes, filed with _____

6. Was claimant hospitalized?  ☐ Yes  ☐ No   If yes, from _____ to _____
   Surgery indicated?  ☐ Yes  ☐ No   Type _____

7. Complete the following:

| | Month | Day | Year |
|---|---|---|---|
| Date of your first treatment of this disability | | | |
| (See 2 above) First date claimant unable to perform the duties of employment | | | |
| Date of your most recent treatment of this disability | | | |
| Date claimant will be able to perform usual work (estimate) (undetermined or unknown) | | | (See 2 abov |

8. Are you referring claimant to another physician ☐ or was claimant referred to you ☐?
   Give name of physician. _____

I hereby certify that the above information is true and complete to the best of my knowledge.
Doctor's name (please print): _____  Office Address: _____
Doctor's signature: _____  Telephone Number: _____  Date: _____

PART C - DEPARTMENT'S STATEMENT

1. Claimant worked:  ☐ Full-time  ☐ Part-time  On Call    2. Date hired: (Mo/da/yr) ___/___/___    3. Date last worked prior to disability: (Mo/da/yr) ___/___/___

4. If returned to work, give date: (Mo/da/yr) ___/___/___    5. Check days normally worked: If on rotation, give number of days worked per week: __Su __M __T __W __Th __F __Sa    ____ Days/Week

6. Do you think disability was caused by the claimant's job?  ☐ Yes  ☐ No  ☐ Unknown    7. Was an Employer's Report of Industrial Injury WC-1 filed?  ☐ Yes  ☐ No

8. Has or will this employee receive wages, salary, sick leave, or vacation pay for all or any portion of the period of disability covered by this claim?  ☐ No  ☐ Yes from _____ (Mo/da/yr) through _____ (Mo/da/yr)  Amount: _____

9. Enter the following for the last 52 weeks prior to date disability began (call Finance for information):

| Quarter No. | Calendar Quarter Ending | Number of Weeks Worked | No. of Hours Worked Per Week | Total Wages Earned | Quarter No. | Calendar Quarter Ending | Number of Weeks Worked | No. of Hours Worked Per Week | Total Wages Earned |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | 3 | | | | |
| 2 | | | | | 4 | | | | |

☐ Meets requirements; approved.
☐ Disapproved; Reason: _____   Signature of Department Head/Designee _____
_____   Title _____   Date _____

NOTE: Attach copy of employee's SL/TDI eligibility computation sheet and forward to Finance.

PART D - FINANCE

1. In reporting wage information below, use gross wages, which include wages and all other remuneration such as the cash value of meals, lodging, etc. Answer either A or B.

   A. If claimant was paid on a salary basis, enter his/her monthly salary earned prior to the date disability began:
      $ _____  Weekly Benefit Amount $ _____  Number of Weeks Eligible _____

   B. If paid on an hourly basis, give rate per hour $ _____.
      Enter the weekly earnings for the past 8 weeks prior to the date disability began, including the last date worked.

| Week No. | Week Ending Month Day Year | No. Days Worked | Gross Amount | Week No. | Week Ending Month Day Year | No. Days Worked | Gross Amount |
|---|---|---|---|---|---|---|---|
| 1 | | | | 5 | | | |
| 2 | | | | 6 | | | |
| 3 | | | | 7 | | | |
| 4 | | | | 8 | | | |

Total Number of Days Worked _____   Weekly Benefit Amount $ _____
Total Gross Amount _____   Number of Weeks Eligible _____

PE 00734