# CASE BIGELOW & LOMBARDI
## A LAW CORPORATION

David F. Andrew
Michael L. Bieni
Daniel H. Case
James M. Cribley
Stacey W.E. Foy
Gregory M. Hansen
Frank T. Kanemitsu
Michael L. Lam
Alan K. Lau
Dennis M. Lombardi †

Michael R. Marsh
Roger S. Moseley
Ted N. Pettit, Ph.D.
Scott D. Radovich
Robert F. Schneider
Cathy Lee Sekiguchi
Steven E. Thomas
Eric H. Tsugawa
Gary L. Wixom

PACIFIC GUARDIAN CENTER, MAUKA TOWER
737 BISHOP STREET, SUITE 2600
HONOLULU, HAWAII 96813-3283

TELEPHONE (808) 547-5400
FACSIMILE (808) 523-1888
E-mail: info@casebigelow.com
http://www.casebigelow.com

Claire E. Bender
Christopher J. Muzzi
Lelia Rothwell Sullivan
Lauren R. Sharkey
Cathy L. Takase
Nancy J. Youngren

Of Counsel:
Steven L. Rinesmith *
Counsel
Gary S. Kerwood

Bruce C. Bigelow (1946-2001)

† A Law Corporation

April 28, 2003

BY FAX AND HAND DELIVERY

(808) 527-6782

Thomas Riddle
Workers' Compensation Administrator
City and County of Honolulu
550 South King Street
Honolulu, HI 96813

Re: Claim of Philip E. English for disability due to retaliation

Dear Mr. Riddle,

Further to our April 25, 2003 letter with respect to the impending loss of Phil English's health insurance and the boat on which he lives: Please be advised that The Harbors Division has confirmed that if Mr. English does not pay them the amount of $785 prior to April 30, 2003, they will be removing him from his boat and seizing it.

Mr. English has also been advised that, unless he pays $107.50 by April 30, 2003 and an additional $107.50 by May 15, 2003, he will lose his health insurance coverage. Thereafter he apparently will be required to make the same payments on the 15th and 30th of each month to preserve his coverage.

Mr. English does not have enough money to make either of these payments, as he has not been receiving a paycheck, he has not been receiving TDI, and he has not been receiving Worker's Compensation.

We have repeatedly requested information from the City on potential additional sources of income for Mr. English. These requests began early in this process, but it was not until April 25, 2003 that we ever received any acknowledgment that TDI was a potential source of income. This acknowledgement came only after someone at the State Department of Labor suggested this as a possibility. You were kind enough to get the TDI claim form to us by mid-day on the 25th and Mr. English completed, signed and delivered the form to Kaiser for his doctor's completion on that very same afternoon. Mr. English has followed up several times this morning with Kaiser, but has been unable to obtain the completed form from them as yet.

Thomas Riddle
April 28, 2003
Page 2

Also on Friday, April 25, 2003, we obtained a medical records authorization from Dr. Kennedy's office. Mr. English filled that form out, signed it and turned it in to Kaiser that same afternoon. As you are aware, Mr. English provided you with an authorization early on in this process, and apparently you have not yet been able to obtain the necessary records. Mr. English has also expended considerable efforts to obtain his records on his own, so that he could provide them to Dr. Kennedy. To date, Mr. English has not been able to pry his records out of Kaiser personally either. The reason we obtained a form from Dr. Kennedy was that her office informed us that her report could not be completed without those records and we determined to make yet another effort to obtain the records.

As you yourself have acknowledged, Mr. English has immediately done everything he could to cooperate with whatever has been required. It is difficult to believe that he will now lose his medical coverage and his place of abode because of the various administrative problems between the City and Kaiser. Certainly the prospect of these developments cannot possibly be beneficial to his present state of mind.

We would respectfully request that you do the following at a minimum:

1.   Please call Kaiser and follow up on your attempts to obtain the medical records in question.

2.   Please call the Harbors Division and try to obtain an extension of time for Mr. English to pay his fees. The Oahu District Manager is Steve Thompson and his telephone number is 587 1973. The Acting Administrator is Mason Young and his telephone number is 587 1966.

3.   Please call Royal State Group with respect to Mr. English's Kaiser coverage. Their telephone number is 539 1600. You will probably need Mr. English's Social Security Number for that call, it is 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.

4.   Please explore whatever other action you might possibly take to assist Mr. English in paying these bills. For example, can you waive the physician's form for TDI? Can payroll "advance" funds?

We fully realize that you are receiving conflicting stories from the Assessment Division, such as - they have been trying to get Mr. English to seek "help" for a year. If you will examine the records I sent you last week you will see that it was in February of 2002 that Mr. English finally made a written complaint about the illegal use of City personnel and equipment for the Administrator's private business. Does it not seem strange to you that this is about the same time, according to them, that they began to ask Mr. English to seek "help"? Any urging of Mr. English to seek "help" was plainly nothing more than part of the concentrated and coordinated effort to wall him off, discredit him, and to make it impossible to continue with his employment. This is a very

Thomas Riddle
April 28, 2003
Page 3

severe case of retaliation and the delays in processing Mr. English's worker's comp. and now TDI claims is playing right into the hands of those responsible for the theft from the City and the following retaliation.

Mr. English has consistently tried to take the appropriate actions and to protect himself as best he could from further damage. He has consistently tried to focus on positive measures to avoid further damage to himself, to repair the damage that has been done, and to fulfill his duty to the citizens of this City by putting a stop to the illegal activity in the Assessment Division. He has tried very hard to avoid having to take any of these matters to the courts. Please redouble your efforts to assist him in his efforts.

Could advise us as soon as possible of anything you are able to accomplish or, conversely, if you are unable to help with the two immediately pressing problems?

Thank you very much.

Very truly yours,

Roger S. Moseley

RSM/kmc
cc. Phil English

27505\1\326216.1

PE 00738

```
* * * Transmission Result Report ( Apr. 28. 2003 10:33AM ) * * *
                                                    T T I    CASE BIGELOW (808) 523-5573

File  Mode    Option              Address (Group)         Result          Page
------------------------------------------------------------------------------
5179  SAF_TX                      5276782                 OK              P. 3/3




                                  Reason for Error
                                    1) Hang up or line fail        2) Busy
                                    3) No answer                   4) No facsimile connection
```

## CASE BIGELOW & LOMBARDI
### A LAW CORPORATION

David F. Andrew | Michael R. Marsh | | Claire E. Bender | Of Counsel
Michael L. Baird | Roger S. Moseley | | Christopher J. Muzzi | Steven L. Ringsmuth †
Daniel H. Case | Ted N. Pettit, Ph.D | | Leila Rothwell Sullivan | Counsel
James M. Cribley | Scott D. Radovich | PACIFIC GUARDIAN CENTER, MAUKA TOWER | Lauren R. Sharkey | Gary S. Kerwood
Stacey W.E. Foy | Robert F. Schneider | 737 BISHOP STREET, SUITE 2600 | Cathy L. Takase |
Gregory M. Hansen | Cathy Lee Sekiguchi | HONOLULU, HAWAII 96813-3283 | Nancy J. Youngren |
Frank T. Kanemitsu | Steven E. Thomas | | |
Michael L. Lam | Eric H. Tsugawa | TELEPHONE: (808) 547-5400 | |
Alan K. Lau | Gary L. Wixom | FACSIMILE: (808) 523-1888 | | Bruce C. Bigelow (1945-2001)
Dennis M. Lombardi † | | E-mail info@casebigelow.com | | † A Law Corporation
                                  http://www.casebigelow.com

April 28, 2003

<u>BY FAX AND HAND DELIVERY</u>

Thomas Riddle                                                              (808) 527-6782
Workers' Compensation Administrator
City and County of Honolulu
550 South King Street
Honolulu, HI 96813

    Re: Claim of Philip E. English for disability due to retaliation

Dear Mr. Riddle,                                                            PE 00739

    Further to our April 25, 2003 letter with respect to the impending loss of Phil English's health insurance and the boat on which he lives: Please be advised that The Harbors Division has confirmed that if Mr. English does not pay them the amount of