DEPARTMENT OF HUMAN RESOURCES

# CITY AND COUNTY OF HONOLULU

550 SOUTH KING STREET
HONOLULU, HAWAII 96813

JEREMY HARRIS
MAYOR



CHERYL K. OKUMA-SEPE
DIRECTOR

April 29, 2003

Roger S. Moseley, Esq.
CASE BIGELOW & LOMBARDI
737 Bishop Street, Suite 2600
Honolulu, Hawaii 96813

Re: Philip English

Dear Mr. Moseley:

Thank you for your letter of April 28th concerning the dire financial condition that your client now finds himself. Unfortunately, at this time, there is little that can be done under workers' compensation that would help him. As I explained to Mr. English when I first saw him, these types of claims take some time to process. I was able to secure an early appointment with Dr. Kennedy for an evaluation and, like you, we have been trying to obtain the records from Kaiser for some time. We have called them several times and we only get a response of "we are working in it." I think with the recent HIPA regulations that recently went into effect, Kaiser is being ultra cautious and is most likely reviewing the records page by page before releasing them. In any event, they promised they would be available in the next couple of days when we inquired yesterday.

You asked me to do four things to assist your client. I did call Kaiser again, as I mentioned above, and was told the records would be available shortly (in fact, they are supposed to be delivered this afternoon). You also asked me to call the Harbors Division concerning an extension for payment of his boat rental fees, which must be several months in arrears, and to call Royal State Group in respect to his health insurance. Unfortunately, I have no contacts or influence with either of those agencies. I feel this type of call should properly be made by his attorney and not his insurance adjuster.



PE 00740

Roger S. Moseley, Esq.
April 29, 2003
Page 2

Finally, you asked if the physician's form could be waived for TDI or if the city could advance funds to Mr. English. This office only handles workers' compensation and I cannot address TDI requirements. However, since the form has to first be approved by his department and then by the payroll section, I don't think they can process this benefit without the completed form.

Hopefully, once the records are received by Dr. Kennedy, she can complete her report and we can make a decision concerning his claim. I know this does not help with Mr. English's pressing financial condition. However, it is the best that I can do.

Sincerely,

THOMAS RIDDLE
Workers' Compensation Administrator

PE 00741
TOTAL P.02