DEPARTMENT OF HUMAN RESOURCES
# CITY AND COUNTY OF HONOLULU
550 SOUTH KING STREET
HONOLULU, HAWAII 96813

JEREMY HARRIS
MAYOR



CHERYL K. OKUMA-SEPE
DIRECTOR

April 30, 2003

Roger S. Moseley, Esq.
CASE BIGELOW & LOMBARDI
737 Bishop Street, Suite 2600
Honolulu, Hawaii 96813

Re:   Philip English

Dear Mr. Moseley:

Per your request, I have recovered the personal property of Mr. English from his desk and office. It is in four boxes (like copy paper comes in) and is presently sitting in the corner of my office. I would appreciate if you could arrange for someone to pick these items up as soon as possible.

Thank you for your assistance.

Sincerely,

THOMAS RIDDLE
Workers' Compensation Administrator



PE 00742