DEPARTMENT OF HUMAN RESOURCES
# CITY AND COUNTY OF HONOLULU

550 SOUTH KING STREET
HONOLULU, HAWAII 96813

JEREMY HARRIS
MAYOR



CHERYL K. OKUMA-SEPE
DIRECTOR

April 30, 2003

Roger S. Moseley, Esq.
CASE BIGELOW & LOMBARDI
737 Bishop Street, Suite 2600
Honolulu, Hawaii 96813

Re: Philip English

Dear Mr. Moseley:

Last evening I delivered the records from Kaiser to Dr. Kennedy. It was somewhat disappointing that there was so little information in the records – but then that is Kaiser. In any event, Dr. Kennedy now has them now and can work toward completion of her report.

Like you, both Dr. Kennedy and I are concerned with Mr. English's mental state, especially considering his past history of multiple suicide attempts or ideation. His stress has reached a crisis level and only seems to be getting worse. Since he seems to have a strong religious beliefs, it may be advisable to contact his pastor, who has assisted him during past times of crisis. His phone number is 841-2376, although I am not sure of his name. I got this number from Dr. Kennedy and she felt it might be appropriate to contact him regarding Mr. English.

Also available is the Crisis Hotline at 531-4555 or the Suicide Prevention Hotline at 1-800-784-2433. These organizations are staffed with professionals who can assist if the need arises. Also, the state operates several mental health clinics where Mr. English can go for help.

I hesitate to intercede personally with your client, as most attorneys prefer that we direct all communication through their office. Therefore, I am passing along these numbers and suggestions for you to use, as you deem appropriate.

Sincerely,

THOMAS RIDDLE
Workers' Compensation Administrator



PE 00743
TOTAL P.01