## CASE BIGELOW & LOMBARDI
A LAW CORPORATION

Pacific Guardian Center
Mauka Tower
737 Bishop Street, Suite 2600
Honolulu, Hawaii 96813

Tel: (808) 547-5400
Fax: (808) 547-5532

# FAX TRANSMITTAL

Date: 4-30-03

Time sent: _____ ☐ A.M. ☐ P.M.

To: Nancy

From: Roger Moseley

Direct Line: 547 5447

Fax No.: 923 2299

Pages: 12

Re: Phil English

File No.: 

PLEASE CALL THE DIRECT TELEPHONE NUMBER OF THE SENDER OR (808) 547-5400 FOR ANY MISSING OR ILLEGIBLE PAGES OR IN HAVING DIFFICULTY RECEIVING OUR TRANSMISSION.

This communication contains confidential and privileged information. It is exempt from disclosure under applicable law. If you received it in error, please notify the sender immediately by telephone or fax and return the original by mail.

## MESSAGE

Nancy - A few additional items which may help Dr. Kennedy.

Thanks
R



PE 00771

# English, Philip E.

From: English, Philip E.
Sent: Friday, February 28, 2003 8:31 AM
To: 'Mom and Dad'

Dad,

I went to the Doctor yesterday. They are putting me on a two week work leave immediately. I will be seeing him in about 10 days and we will review the situation then.

On Monday I have a meeting with the Administrative Services Officer (top personnel guy for the department of Budget and Fiscal Services) regarding complaints made against me including workplace violence and sneaking around trying to gather info on people for a law suit. It has gone to the next higher level of government now.

My new union agent says something really stinks and he does not like what is happening. He says that it sounds to him like retaliation and harassment. It is actually one worse than that it is intimidation! He even went on to say that I probably won't be able to work in the assessment division in the future for fear of future retaliation. That is how it works here in the City and apparently there are a lot of people who are aware of the tactics. Others are watching now so we shall see how it all plays out.

I am pretty shook up about all of this. I have been carrying a big load for awhile. I have an ally that they do not know about and I am sure he is on my side. I have told only the truth and will continue to do so. They have lied repeatedly. I have urged them all to do the right thing. They have attempted to escalate the harassment and intimidation. I have prayed constantly on this issue.

Whatever the outcome I know that God is in control and the out come will be his.

I love you,

Phil

LINDA LINGLE
GOVERNOR



PETER T. YOUNG
CHAIRPERSON
BOARD OF LAND AND NATURAL RESOURCES

DAN R. DAVIDSON
DEPUTY DIRECTOR

DEPUTY DIRECTOR FOR
THE COMMISSION ON WATER
RESOURCE MANAGEMENT

W. MASON YOUNG
ACTING ADMINISTRATOR

**STATE OF HAWAII**
DEPARTMENT OF LAND AND NATURAL RESOURCES
DIVISION OF BOATING AND OCEAN RECREATION
333 QUEEN STREET, SUITE 300
HONOLULU, HAWAII 96813

BOR 0551.03

PHILIP E ENGLISH
720 SOUTH STREET, #170
HONOLULU HI 96813

April 17, 2003

Dear PHILIP E ENGLISH

SUBJECT: Notice of Default on Account No. 0832R001311
Mooring Permit No. 4053, Ala Wai Small Boat Harbor

A reminder notice was sent to you in March 2003 for the outstanding March monthly charge. Our records indicate that your account continues to be delinquent in payment to the Division of Boating and Ocean Recreation in the amount of $1235.72, including late charges as of March 31, 2003, of which $263.51 is delinquent in excess of thirty (30) days.

Accordingly, pursuant to Section 13-231-6, Hawaii Administrative Rules, you are hereby served a Notice of Default for failure to keep payments current on Account No. 0832R001311 at Ala Wai Small Boat Harbor.

Your immediate attention is requested for payment of the outstanding delinquent amount within fifteen (15) days from the date of receipt of this notice. Pursuant to Section 13-230-6(2), this letter is deemed delivered five (5) days after the date of mailing. Send your payment with your account number on your check to: Ala Wai Small Boat Harbor, 1651 Ala Moana Boulevard, Honolulu, Hawaii 96815

Failure to cure this default within fifteen (15) days of receipt of this notice, shall result in termination of your permit, cancellation of your account, require your vessel to leave the harbor or become subject to enforcement which may include a citation, higher fees for mooring without permit and impoundment of your vessel.

If you have any questions regarding the amount due, please call our District Office at (808) 973-9727.

Very truly yours,

Mason Young
Acting Administrator

cc: District Office
    Fiscal Office
    Harbor Office
    Post on Boat

SENT BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED

DATE: 4/19/03   TIME: 10:45 AM

PE 00773

# CASE BIGELOW & LOMBARDI
## A LAW CORPORATION

PACIFIC GUARDIAN CENTER, MAUKA TOWER
737 BISHOP STREET SUITE 2600
HONOLULU, HAWAII 96813-3283

TELEPHONE (808) 547-5400
FACSIMILE (808) 523-1888
E-mail info@casebigelow.com
http://www.casebigelow.com

David F. Andrew
Michael L. Biehl
Daniel H. Case
James M. Cribley
Stacey W. E. Foy
Gregory M. Hansen
Frank T. Kanemitsu
Michael L. Lam
Alan K. Lau
Dennis M. Lombardi †

Michael R. Marsh
Roger S. Moseley
Ted N. Pettit, Ph.D
Scott D. Radovich
Robert F. Schneider
Cathy Lee Sekiguchi
Steven E. Thomas
Eric H. Tsugawa
Gary L. Wixom

Claire E. Bender
Christopher J. Muzzi
Leila Rothwell Sullivan
Lauren R. Sharkey
Cathy L. Takase
Nancy J. Youngren

Of Counsel
Steven L. Presmith
Counsel
Gary S. Kerwood

Bruce C. Bigelow (1946-2001)

† A Law Corporation

April 25, 2003

BY FAX AND HAND DELIVERY

Thomas Riddle
Workers' Compensation Administrator
City and County of Honolulu
550 South King Street
Honolulu, HI 96813

   Re: Claim of Philip E. English for disability due to retaliation

Dear Mr. Riddle,

   Please be advised that Phil English has been informed that he will lose his health insurance coverage on May 1, 2003 due to non-payment of the premiums. Mr. English has also been informed that he will be evicted from his boat, on which he is a legal live-aboard, and that his boat will be seized on Wednesday April 30, 2003. This is also due to non-payment of fees. Mr. English is unable to make these payments because he has no income and is disabled due to the retaliation conducted against him by the employees and management of the Assessment Division.

   These events will likely have serious and far-reaching consequences if they are allowed to come to fruition.

   Has the City's IME doctor, Dr. Kennedy, reported her conclusions to you?

   If so, what action is the City prepared to take?

   What about TDI?

   Is there anything you can do to intercede in either of these impending problems?

   In our view the City had a responsibility to move faster on this claim, before things got so desperate. We presently believe that under the present circumstances there is likely not much that you, Tom Riddle, could have done differently to expedite this process, but we also believe that the City should have provided you with adequate resources to process such claims in a timely manner.

Thomas Riddle
April 25, 2003
Page 2

    Please advise us as soon as possible of the City's intended course of action as well as the timetable for such action.

    Thank you for your continued consideration in this case.

Very truly yours,

Roger S. Moseley

RSM/kmc
cc. Phil English

**PE 00775**

27505\1\326216.1

## CASE BIGELOW & LOMBARDI
A LAW CORPORATION

David F. Andrew
Michael L. Biehl
Daniel H. Case
James M. Cribley
Stacey W.E. Foy
Gregory M. Hansen
Frank T. Kanemitsu
Michael L. Lam
Alan K. Lau
Dennis M. Lombardi †

Michael R. Marsh
Roger S. Moseley
Ted N. Pettit, Ph.D.
Scott D. Radovich
Robert F. Schneider
Cathy Lee Sekiguchi
Steven E. Thomas
Eric H. Tsugawa
Gary L. Wixom

Claire E. Bender
Christopher J. Muzzi
Laila Rothwell Sullivan
Lauren R. Sharkey
Cathy L. Takase
Nancy J. Youngren

Of Counsel
Steven L. Rinesmith +
Counsel
Gary S. Kerwood

Bruce C. Bigelow (1946-2001)

† A Law Corporation

PACIFIC GUARDIAN CENTER, MAUKA TOWER
737 BISHOP STREET, SUITE 2600
HONOLULU, HAWAII 96813-3283

TELEPHONE (808) 547-5400
FACSIMILE (808) 523-1888
E-mail: info@casebigelow.com
http://www.casebigelow.com

April 28, 2003

COPY

BY FAX AND HAND DELIVERY

Thomas Riddle                                                            (808) 527-6782
Workers' Compensation Administrator
City and County of Honolulu
550 South King Street
Honolulu, HI   96813

Re:   Claim of Philip E. English for disability due to retaliation

Dear Mr. Riddle,

Further to our April 25, 2003 letter with respect to the impending loss of Phil English's health insurance and the boat on which he lives: Please be advised that The Harbors Division has confirmed that if Mr. English does not pay them the amount of $785 prior to April 30, 2003, they will be removing him from his boat and seizing it.

Mr. English has also been advised that, unless he pays $107.50 by April 30, 2003 and an additional $107.50 by May 15, 2003, he will lose his health insurance coverage. Thereafter he apparently will be required to make the same payments on the 15th and 30th of each month to preserve his coverage.

Mr. English does not have enough money to make either of these payments, as he has not been receiving a paycheck, he has not been receiving TDI, and he has not been receiving Worker's Compensation.

We have repeatedly requested information from the City on potential additional sources of income for Mr. English. These requests began early in this process, but it was not until April 25, 2003 that we ever received any acknowledgment that TDI was a potential source of income. This acknowledgement came only after someone at the State Department of Labor suggested this as a possibility. You were kind enough to get the TDI claim form to us by mid-day on the 25th and Mr. English completed, signed and delivered the form to Kaiser for his doctor's completion on that very same afternoon. Mr. English has followed up several times this morning with Kaiser, but has been unable to obtain the completed form from them as yet.

Thomas Riddle
April 28, 2003
Page 2

Also on Friday, April 25, 2003, we obtained a medical records authorization from Dr. Kennedy's office. Mr. English filled that form out, signed it and turned it in to Kaiser that same afternoon. As you are aware, Mr. English provided you with an authorization early on in this process, and apparently you have not yet been able to obtain the necessary records. Mr. English has also expended considerable efforts to obtain his records on his own, so that he could provide them to Dr. Kennedy. To date, Mr. English has not been able to pry his records out of Kaiser personally either. The reason we obtained a form from Dr. Kennedy was that her office informed us that her report could not be completed without those records and we determined to make yet another effort to obtain the records.

As you yourself have acknowledged, Mr. English has immediately done everything he could to cooperate with whatever has been required. It is difficult to believe that he will now lose his medical coverage and his place of abode because of the various administrative problems between the City and Kaiser. Certainly the prospect of these developments cannot possibly be beneficial to his present state of mind.

We would respectfully request that you do the following at a minimum:

1.  Please call Kaiser and follow up on your attempts to obtain the medical records in question.

2.  Please call the Harbors Division and try to obtain an extension of time for Mr. English to pay his fees. The Oahu District Manager is Steve Thompson and his telephone number is 587 1973. The Acting Administrator is Mason Young and his telephone number is 587 1966.

3.  Please call Royal State Group with respect to Mr. English's Kaiser coverage. Their telephone number is 539 1600. You will probably need Mr. English's Social Security Number for that call, it is 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.

4.  Please explore whatever other action you might possibly take to assist Mr. English in paying these bills. For example, can you waive the physician's form for TDI? Can payroll "advance" funds?

We fully realize that you are receiving conflicting stories from the Assessment Division, such as - they have been trying to get Mr. English to seek "help" for a year. If you will examine the records I sent you last week you will see that it was in February of 2002 that Mr. English finally made a written complaint about the illegal use of City personnel and equipment for the Administrator's private business. Does it not seem strange to you that this is about the same time, according to them, that they began to ask Mr. English to seek "help"? Any urging of Mr. English to seek "help" was plainly nothing more than part of the concentrated and coordinated effort to wall him off, discredit him, and to make it impossible to continue with his employment. This is a very

Thomas Riddle
April 28, 2003
Page 3

severe case of retaliation and the delays in processing Mr. English's worker's comp. and now TDI claims is playing right into the hands of those responsible for the theft from the City and the following retaliation.

Mr. English has consistently tried to take the appropriate actions and to protect himself as best he could from further damage. He has consistently tried to focus on positive measures to avoid further damage to himself, to repair the damage that has been done, and to fulfill his duty to the citizens of this City by putting a stop to the illegal activity in the Assessment Division. He has tried very hard to avoid having to take any of these matters to the courts. Please redouble your efforts to assist him in his efforts.

Could advise us as soon as possible of anything you are able to accomplish or, conversely, if you are unable to help with the two immediately pressing problems?

Thank you very much.

Very truly yours,

Roger S. Moseley

COPY

RSM/kmc
cc. Phil English

27505\1\326216.1

PE 00778

DEPARTMENT OF HUMAN RESOURCES
# CITY AND COUNTY OF HONOLULU

550 SOUTH KING STREET
HONOLULU, HAWAII 96813

JEREMY HARRIS
MAYOR



CHERYL K. OKUMA-SEPE
DIRECTOR

April 29, 2003

Roger S. Moseley, Esq.
CASE BIGELOW & LOMBARDI
737 Bishop Street, Suite 2600
Honolulu, Hawaii 96813

Re: Philip English

Dear Mr. Moseley:

Thank you for your letter of April 28th concerning the dire financial condition that your client now finds himself. Unfortunately, at this time, there is little that can be done under workers' compensation that would help him. As I explained to Mr. English when I first saw him, these types of claims take some time to process. I was able to secure an early appointment with Dr. Kennedy for an evaluation and, like you, we have been trying to obtain the records from Kaiser for some time. We have called them several times and we only get a response of "we are working in it." I think with the recent HIPA regulations that recently went into effect, Kaiser is being ultra cautious and is most likely reviewing the records page by page before releasing them. In any event, they promised they would be available in the next couple of days when we inquired yesterday.

You asked me to do four things to assist your client. I did call Kaiser again, as I mentioned above, and was told the records would be available shortly (in fact, they are supposed to be delivered this afternoon). You also asked me to call the Harbors Division concerning an extension for payment of his boat rental fees, which must be several months in arrears, and to call Royal State Group in respect to his health insurance. Unfortunately, I have no contacts or influence with either of those agencies. I feel this type of call should properly be made by his attorney and not his insurance adjuster.

PE 00779

Roger S. Moseley, Esq.
April 29, 2003
Page 2

Finally, you asked if the physician's form could be waived for TDI or if the city could advance funds to Mr. English. This office only handles workers' compensation and I cannot address TDI requirements. However, since the form has to first be approved by his department and then by the payroll section, I don't think they can process this benefit without the completed form.

Hopefully, once the records are received by Dr. Kennedy, she can complete her report and we can make a decision concerning his claim. I know this does not help with Mr. English's pressing financial condition. However, it is the best that I can do.

Sincerely,

THOMAS RIDDLE
Workers' Compensation Administrator

DEPARTMENT OF HUMAN RESOURCES
# CITY AND COUNTY OF HONOLULU

550 SOUTH KING STREET
HONOLULU, HAWAII 96813

JEREMY HARRIS
MAYOR



CHERYL K. OKUMA-SEPE
DIRECTOR

April 30, 2003

Roger S. Moseley, Esq.
CASE BIGELOW & LOMBARDI
737 Bishop Street, Suite 2600
Honolulu, Hawaii 96813

Re:  Philip English

Dear Mr. Moseley:

Last evening I delivered the records from Kaiser to Dr. Kennedy. It was somewhat disappointing that there was so little information in the records – but then that is Kaiser. In any event, Dr. Kennedy now has them now and can work toward completion of her report.

Like you, both Dr. Kennedy and I are concerned with Mr. English's mental state, especially considering his past history of multiple suicide attempts or ideation. His stress has reached a crisis level and only seems to be getting worse. Since he seems to have a strong religious beliefs, it may be advisable to contact his pastor, who has assisted him during past times of crisis. His phone number is 841-2376, although I am not sure of his name. I got this number from Dr. Kennedy and she felt it might be appropriate to contact him regarding Mr. English.

Also available is the Crisis Hotline at 531-4555 or the Suicide Prevention Hotline at 1-800-784-2433. These organizations are staffed with professionals who can assist if the need arises. Also, the state operates several mental health clinics where Mr. English can go for help.

I hesitate to intercede personally with your client, as most attorneys prefer that we direct all communication through their office. Therefore, I am passing along these numbers and suggestions for you to use, as you deem appropriate.

Sincerely,

THOMAS RIDDLE
Workers' Compensation Administrator

PE 00781

TOTAL P.01

DEPARTMENT OF HUMAN RESOURCES
# CITY AND COUNTY OF HONOLULU

550 SOUTH KING STREET
HONOLULU, HAWAII 96813

JEREMY HARRIS
MAYOR



CHERYL K. OKUMA-SEPE
DIRECTOR

April 30, 2003

Roger S. Moseley, Esq.
CASE BIGELOW & LOMBARDI
737 Bishop Street, Suite 2600
Honolulu, Hawaii 96813

Re: Philip English

Dear Mr. Moseley:

Per your request, I have recovered the personal property of Mr. English from his desk and office. It is in four boxes (like copy paper comes in) and is presently sitting in the corner of my office. I would appreciate if you could arrange for someone to pick these items up as soon as possible.

Thank you for your assistance.

Sincerely,

THOMAS RIDDLE
Workers' Compensation Administrator

PE 00782

TOTAL P.01

P.

```
*** Transmission Result Report ( Apr. 30. 2003  5:55PM ) ***
                                      T T I     C. M. B. & L. /1  (808) 523-1898

File  Mode    Option              Address (Group)         Result          Page
-------------------------------------------------------------------------------
5633  SAF_TX                      99232299                OK              P. 12/12
```

```
Reason for Error
   1) Hang up or line fail        2) Busy
   3) No answer                   4) No facsimile connection
```

# CASE BIGELOW & LOMBARDI
### A LAW CORPORATION

Pacific Guardian Center
Mauka Tower
737 Bishop Street, Suite 2600
Honolulu, Hawaii 96813

Tel: (808) 547-5400
Fax: (808) 547-5532

## FAX TRANSMITTAL

Date: 4-30-03

Time sent: _____ ☐ A.M. ☐ P.M.

To: Nancy

Fax No.: 923 2299

Re: Phil English

From: Roger Moseley
Direct Line: 547 5447
Pages: 12
File No.: 12

PE 00783

PLEASE CALL THE DIRECT TELEPHONE NUMBER OF THE SENDER OR (808) 547-5400 FOR ANY MISSING OR ILLEGIBLE PAGES OR IN HAVING DIFFICULTY RECEIVING OUR TRANSMISSION.

This communication contains confidential and privileged information. It is exempt from disclosure under applicable law. If you received it in error, please notify the sender immediately by telephone or fax and return the original by mail.