City and County of Honolulu
Workers' Compensation Office
550 S. King Street
Honolulu, Hawaii 96813

Roger S. Moseley, Esq.
CASE BIGELOW & LOMBARDI
737 Bishop Street, Suite 2600
Honolulu, Hawaii 96813



DEFENDANT'S EXHIBIT 3271

PE 00797