# WITHDRAWN



DEFENDANT'S EXHIBIT 3272