DEPARTMENT OF HUMAN RESOURCES

# CITY AND COUNTY OF HONOLULU

550 SOUTH KING STREET
HONOLULU, HAWAII 96813

JEREMY HARRIS
MAYOR



CHERYL K. OKUMA-SEPE
DIRECTOR

May 1, 2003

Roger S. Moseley, Esq.
CASE BIGELOW & LOMBARDI
737 Bishop Street, Suite 2600
Honolulu, Hawaii 96813

RE:   Philip English

Dear Mr. Moseley:

Thank you for your letter of April 30, 2003 regarding the job performance evaluation recently provided to Mr. English. Unfortunately, you are addressing your concerns to the wrong party. My office only handles workers' compensation. That is all I have responsibility and authority for. I do not have any control, supervision, authority or responsibility for anything else that occurs within the City. Your comments should properly be addressed to the Director of the Department of Budget and Fiscal Services, Ivan Lui-Kwan. He is responsible for those employees within his department and he can more properly address your concerns.

Thank you for your assistance in this matter.

Sincerely,

THOMAS RIDDLE
Workers' Compensation Administrator



PE 00799

Roger S. Moseley, Esq.
CASE BIGELOW & LOMBARDI
737 Bishop Street, Suite 2600
Honolulu, Hawaii 96813

City and County of Honolulu
Workers' Compensation Office
550 S. King Street
Honolulu, Hawaii 96813

PE 00800