# CASE BIGELOW & LOMBARDI
A LAW CORPORATION

David F. Andrew | Michael R. Marsh
Michael L. Biehl | Roger S. Moseley
Daniel H. Case | Ted N. Pettit, Ph.D.
James M. Cribley | Scott D. Radovich
Stacey W. E. Foy | Robert F. Schneider
Gregory M. Hansen | Cathy Lee Sakiguchi
Frank T. Kanemitsu | Steven E. Thomas
Michael L. Lam | Eric H. Tsugawa
Alan K. Lau | Gary L. Wixom
Dennis M. Lombardi †

Claire E. Bender | Of Counsel:
Christopher J. Muzzi | Steven L. Rinesmith †
Leila Rothwell Sullivan | Counsel:
Lauren R. Sharkey | Gary S. Kerwood
Cathy L. Takase
Nancy J. Youngren

Bruce C. Bigelow (1946-2001)
† A Law Corporation

PACIFIC GUARDIAN CENTER, MAUKA TOWER
737 BISHOP STREET, SUITE 2600
HONOLULU, HAWAII 96813-3283

TELEPHONE (808) 547-5400
FACSIMILE (808) 523-1388
E-mail info@casebigelow.com
http://www.casebigelow.com

May 2, 2003

<u>BY FAX AND MAIL</u>

Thomas Riddle                                                                 (808) 527-6782
Workers' Compensation Administrator
City and County of Honolulu
550 South King Street
Honolulu, HI  96813

Re:  Claim of Philip E. English for disability due to retaliation

Dear Mr. Riddle,

I have asked Dr. Kennedy's assistant, Nancy, if it will be possible to obtain a copy of her report to you once it is completed. It seems that there would be no objection on Dr. Kennedy's part, however, specific authorization is apparently needed from you for them to be able to provide the report to Phil. Would you be so kind as to provide them with this authorization?

By all appearances Dr. Kennedy has gone to a great deal of effort and conducted a thorough investigation and analysis of Phil's condition, the background, and presumably his prognosis (although I must confess that I am speculating a bit here as to the scope of Dr. Kennedy's actual assignment). It strikes me that Dr. Kennedy's analysis and conclusions, whatever they are, may be of considerable help to Phil in re-ordering his life and recovering from this ordeal.

Thank you for your continued assistance.

Very truly yours,

Roger S. Moseley

RSM/kmc
cc. Phil English
    Dr. Kennedy


DEFENDANT'S EXHIBIT 3274

```
* * * Transmission Result Report ( May. 2. 2003  4:06PM ) * * *
                                              T T I    CASE BIGELOW (808) 523-5573

File  Mode    Option              Address (Group)        Result           Page
--------------------------------------------------------------------------------
5253  SAF_TX                      5276782                OK               P. 1/1


Reason for Error
   1) Hang up or line fail           2) Busy
   3) No answer                      4) No facsimile connection
```

# CASE BIGELOW & LOMBARDI

A LAW CORPORATION

David F. Andrew
Michael L. Biehl
Daniel K. Case
James M. Cribley
Susey W.E. Foy
Gregory M. Hanson
Frank T. Kanemitsu
Michael L. Lam
Alan K. Lau
Dennis M. Lombardi †

Michael R. Marsh
Roger S. Moseley
Ted N. Pettit, Ph.D.
Scott O. Redovich
Robert F. Schneider
Cathy Lee Seinguchi
Steven E. Thomas
Eric H. Tsugawa
Gary L. Wixom

PACIFIC GUARDIAN CENTER, MAUKA TOWER
737 BISHOP STREET, SUITE 2600
HONOLULU, HAWAII 96813-5283

TELEPHONE: (808) 547-5400
FACSIMILE: (808) 523-1888
E-mail: info@casebigelow.com
http://www.casebigelow.com

Clare E. Bender
Christopher J. Muzzi
Leila Rothwell Sullivan
Lauren R. Sharkey
Cathy L. Takase
Nancy J. Youngren

Of Counsel:
Steven L. Ringman †
Counsel:
Gary S. Kerwood

Bruce C. Bigelow (1946-2001)

† A Law Corporation

May 2, 2003

BY FAX AND MAIL

(808) 527-6782

Thomas Riddle
Workers' Compensation Administrator
City and County of Honolulu
550 South King Street
Honolulu, HI  96813

Re:  Claim of Philip E. English for disability due to retaliation

Dear Mr. Riddle,

PE 00802

I have asked Dr. Kennedy's assistant, Nancy, if it will be possible to obtain a
copy of her report to you once it is completed. It seems that there would