```
*** Transmission Result Report ( May. 2. 2003 10:26AM ) ***
                                        T T I    CASE BIGELOW (808) 523-6573

File  Mode   Option              Address (Group)         Result         Page
-----------------------------------------------------------------------------
5240  SAF_TX                     5276782                 OK             P. 1/1
```

Reason for Error
1) Hang up or line fail          2) Busy
3) No answer                     4) No facsimile connection

# CASE BIGELOW & LOMBARDI
### A LAW CORPORATION

David P. Andrew        Michael R. Marsh
Michael L. Biehl       Roger S. Moseley
Daniel H. Case         Ted N. Pettit, Ph.D.
James M. Cribley       Scott D. Radovich
Stacey W.E. Foy        Robert F. Schneider
Gregory M. Hansen      Cathy Lee Sekiguchi
Frank T. Kanemitsu     Steven E. Thomas
Michael L. Lam         Eric H. Tsugawa
Alan K. Lau            Gary L. Wixom
Dennis M. Lombardi †

PACIFIC GUARDIAN CENTER, MAUKA TOWER
737 BISHOP STREET, SUITE 2600
HONOLULU, HAWAII 96813-3283

TELEPHONE (808) 547-5400
FACSIMILE (808) 523-1888
E-mail info@casebigelow.com
http://www.casebigelow.com

Claire E. Bender       Of Counsel:
Christopher J. Muzzi   Steven L. Ringsmith †
Lisa Rothwell Sullivan Counsel:
Lauren R. Sharkey      Gary S. Kerwood
Cathy L. Takase
Nancy J. Youngren

Bruce C. Bigelow (1946-2001)

† A Law Corporation

May 2, 2003

<u>BY FAX AND HAND DELIVERY</u>

(808) 527-6782

Thomas Riddle
Workers' Compensation Administrator
City and County of Honolulu
550 South King Street
Honolulu, HI 96813

Re: Claim of Philip E. English for disability due to retaliation

Dear Mr. Riddle,



PE 00803

We are trying to preserve the health insurance coverage for Phil English, if at all

## CASE BIGELOW & LOMBARDI
A LAW CORPORATION

PACIFIC GUARDIAN CENTER, MAUKA TOWER
737 BISHOP STREET, SUITE 2600
HONOLULU, HAWAII 96813-3283

TELEPHONE: (808) 547-5400
FACSIMILE: (808) 523-1888
E-mail: info@casebigelow.com
http://www.casebigelow.com

David F. Andrew
Michael L. Siehl
Daniel H. Case
James M. Cribley
Stacey W.E. Foy
Gregory M. Hansen
Frank T. Kanemitsu
Michael L. Lam
Alan K. Lau
Dennis M. Lombardi †

Michael R. Marsh
Roger S. Moseley
Ted N. Pettit, Ph.D.
Scott D. Radovich
Robert F. Schneider
Cathy Lee Sekiguchi
Steven E. Thomas
Eric H. Tsugawa
Gary L. Wixom

Claire E. Sender
Christopher J. Muzzi
Leila Rothwell Sullivan
Lauren R. Sharkey
Cathy L. Takase
Nancy J. Youngren

Of Counsel
Steven L. Pinesmith •
Counsel
Gary S. Kerwood

Bruce C. Bigelow (1946-2001)

† A Law Corporation

May 2, 2003

BY FAX AND HAND DELIVERY

Thomas Riddle                                           (808) 527-6782
Workers' Compensation Administrator
City and County of Honolulu
550 South King Street
Honolulu, HI  96813

Re:  Claim of Philip E. English for disability due to retaliation

Dear Mr. Riddle,

We are trying to preserve the health insurance coverage for Phil English, if at all possible. In that regard, we are informed by HGEA that the City needs to contact them to confirm that Phil has been on authorized leave without pay since February 28, 2003. Without this confirmation they will not waive the accrued union dues and the health insurance will be canceled regardless of whether the premium is paid.

Please contact Joani at 543-0037 to provide the required a confirmation to them.

After your call, would you then please advise us of the status?

Thank you.

Very truly yours,

Roger S. Moseley

RSM/kmc
cc. Phil English

27505\1\327319.1   MEMBER OF LEX MUNDI, THE WORLD'S LEADING ASSOCIATION OF INDEPENDENT LAW FIRMS

PE 00804