CASE BIGELOW & LOMBARDI
A LAW CORPORATION

Pacific Guardian Center
Mauka Tower
737 Bishop Street, Suite 2600
Honolulu, Hawaii 96813

Tel: (808) 547-5400
Fax: (808) 547-5532

# FAX TRANSMITTAL

Date: 5-02-03

Time sent: _____ ☐ A.M. ☐ P.M.

To: Tom Riddle

From: Roger Moseley
Direct Line: 547-5447

Fax No.: 527 6782

Pages:

Re:

File No.:

PLEASE CALL THE DIRECT TELEPHONE NUMBER OF THE SENDER OR (808) 547-5400 FOR ANY MISSING OR ILLEGIBLE PAGES OR IN HAVING DIFFICULTY RECEIVING OUR TRANSMISSION.

This communication contains confidential and privileged information. It is exempt from disclosure under applicable law. If you received it in error, please notify the sender immediately by telephone or fax and return the original by mail.

## MESSAGE

Tom —

Is there any way to judge progress toward TDI or WC? Any way to get a time-table to some sort of payment? (meaning actual money in hand) (presuming approval) Anything we can do to assist progress?

Thanks
R.

DEFENDANT'S EXHIBIT 3276

PE 00805

```
* * * Transmission Result Report ( May. 2. 2003 12:41PM ) * * *
                                                T T I    CASE BIGELOW  (808) 523-5573

File  Mode    Option          Address (Group)          Result           Page
----------------------------------------------------------------------------
5245  SAF_TX                  5276782                  OK               P. 1/1
```

Reason for Error
1) Hang up or line fail        2) Busy
3) No answer                   4) No facsimile connection

## CASE BIGELOW & LOMBARDI
A LAW CORPORATION

Pacific Guardian Center
Mauka Tower
737 Bishop Street, Suite 2600
Honolulu, Hawaii 96813

Tel: (808) 547-5400
Fax: (808) 547-5532

### FAX TRANSMITTAL

Date: 5-02-03

Time sent: _____ ☐ A.M. ☐ P.M.

To: Tom Riddle

From: Roger Moseley
Direct Line: 5475447

Fax No.: 5276782
Pages:
Re:
File No.:

PE 00806

PLEASE CALL THE DIRECT TELEPHONE NUMBER OF THE SENDER OR (808) 547-5400 FOR ANY MISSING OR ILLEGIBLE PAGES OR IN HAVING DIFFICULTY RECEIVING OUR TRANSMISSION.

This communication contains confidential and privileged information. It is exempt from disclosure under applicable law. If you received it in error, please notify the sender immediately by telephone or fax and return the original by mail.