# CASE BIGELOW & LOMBARDI
### A LAW CORPORATION

PACIFIC GUARDIAN CENTER, MAUKA TOWER
737 BISHOP STREET, SUITE 2600
HONOLULU, HAWAII 96813-3283

TELEPHONE (808) 547-5400
FACSIMILE (808) 523-1888
E-mail info@casebigelow.com
http://www.casebigelow.com

Bruce C. Bigelow (1946-2001)
† A Law Corporation

May 2, 2003

<u>BY FAX AND HAND DELIVERY</u>

Thomas Riddle                                                                                    (808) 527-6782
Workers' Compensation Administrator
City and County of Honolulu
550 South King Street
Honolulu, HI 96813

Re: Claim of Philip E. English for disability due to retaliation

Dear Mr. Riddle,

We are trying to preserve the health insurance coverage for Phil English, if at all possible. In that regard, we are informed by HGEA that the City needs to contact them to confirm that Phil has been on authorized leave without pay since February 28, 2003. Without this confirmation they will not waive the accrued union dues and the health insurance will be canceled regardless of whether the premium is paid.

Please contact Joani at 543-0037 to provide the required a confirmation to them.

After your call, would you then please advise us of the status?

Thank you.

Very truly yours,

Roger S. Moseley

RSM/kmc
cc: Phil English

*I made the call as requested.* [handwritten note, signed]

DEFENDANT'S EXHIBIT 277

PE 00807