# CASE BIGELOW & LOMBARDI
A LAW CORPORATION

PACIFIC GUARDIAN CENTER, MAUKA TOWER
737 BISHOP STREET, SUITE 2600
HONOLULU, HAWAII 96813-3283

TELEPHONE (808) 547-5400
FACSIMILE (808) 523-1888
E-mail info@casebigelow.com
http://www.casebigelow.com

David F. Andrew
Michael L. Bienl
Daniel H. Case
James M. Cribley
Stacey W. E. Foy
Gregory M. Hansen
Frank T. Kanemitsu
Michael L. Lam
Alan K. Lau
Dennis M. Lombardi †

Michael R. Marsh
Roger S. Moseley
Ted N. Pettit, Ph.D.
Scott D. Radovich
Robert F. Schneider
Cathy Lee Sekiguchi
Steven E. Thomas
Eric H. Tsugawa
Gary L. Wixom

Claire E. Bender
Christopher J. Muzzi
Lauren R. Sharkey
Leila Rothwell Sullivan
Cathy L. Takase
Nancy J. Youngren

Of Counsel
Steven L. Rinesmith †
Counsel
Gary S. Kenwood

Bruce C. Bigelow (1946-2001)

† A Law Corporation

May 3, 2003

HAND DELIVERY

Dr. Reneau Kennedy
3001 Diamond Head Road
Honolulu, HI 96815

Re: Claim of Philip E. English for disability due to retaliation

Dear Dr. Kennedy,

Enclosed please find several pages of standards from the IAAO (International Association of Assessing Officers). The IAAO is the most widely recognized professional organization for government tax assessors. We are providing most of this information in response to an inquiry from Nancy about workloads.

Phil English was assigned approximately 20,000 condominium and co-op units in one of the most complicated real estate markets in the world - Waikiki. Even if the co-op buildings were counted as single units, this would still probably be in excess of 18,000 properties. You will note that, according to the IAAO standards, a load of greater than 5000 properties per assessor would be cause for considerable concern.

I hope this is addresses the question raised. Please let us know if we can provide any further information. We are very anxious to have these matters resolved as the situation is worsening daily, and seems unlikely to improve until Phil can at least pay his minimal living expenses.

Thank you very much.

Very truly yours,

Roger S. Moseley

RSM/kmc
Encl.
cc. Phil English


DEFENDANT'S EXHIBIT 3218

27505\1\325366.1    MEMBER OF LEX MUNDI, THE WORLD'S LEADING ASSOCIATION OF INDEPENDENT LAW FIRMS

PE 00808