DEPARTMENT OF HUMAN RESOURCES

# CITY AND COUNTY OF HONOLULU

550 SOUTH KING STREET
HONOLULU, HAWAII 96813

JEREMY HARRIS
MAYOR



CHERYL K. OKUMA-SEPE
DIRECTOR

May 5, 2003

Roger S. Moseley, Esq.
CASE BIGELOW & LOMBARDI
737 Bishop Street, Suite 2600
Honolulu, Hawaii 96813

Re:   Philip English

Dear Mr. Moseley:

Thank you for your letter of May 2nd requested that Dr. Kennedy provide a copy of her report to you upon completion. Apparently, you are not familiar with the requirements of the workers' comepensation statute which requires that we provide to the claimant or his representative, at no cost, copies of all reports, documents and evaluations which we have obtained. Upon receipt of any such report, we make copies and forward them as required. Either Dr. Kennedy can send you a copy as you requeste, or we will provide a copy once the report is received.

The workers' compensation statute also places the same requirement on the claimant and his representative. That is, you must provide to us, any records or reports that you obtain and plan to utilize in any legal proceeding. Unless such reports are provided to each side, they cannot be presented during any hearing before the Department of Labor and Industrial Relations.

Hopefully, Dr. Kennedy can provide some useful guidelines that will assist Mr. English and his therapist in recovering from his current situation.

Sincerely,

THOMAS RIDDLE
Workers' Compensation Administrator

cc:   Reneau Kennedy, Ph.D.


DEFENDANT'S EXHIBIT 3279

PE 00809

City and County of Honolulu
Workers' Compensation Office
550 S. King Street
Honolulu, Hawaii 96813

Roger S. Moseley, Esq.
CASE BIGELOW & LOMBARDI
737 Bishop Street, Suite 2600
Honolulu, Hawaii 96813