# CASE BIGELOW & LOMBARDI
### A LAW CORPORATION

David F. Andrew
Michael L. Biehl
Daniel H. Case
James M. Cribley
Stacey W. E. Foy
Gregory M. Hansen
Frank T. Kanemitsu
Michael L. Lam
Alan K. Lau
Dennis M. Lombardi †

Michael R. Marsh
Roger S. Moseley
Ted N. Pettit, Ph.D
Scott D. Radovich
Robert F. Schneider
Cathy Lee Sekiguchi
Steven E. Thomas
Eric H. Tsugawa
Gary L. Wixom

PACIFIC GUARDIAN CENTER, MAUKA TOWER
737 BISHOP STREET, SUITE 2600
HONOLULU, HAWAII 96813-3283

TELEPHONE: (808) 547-5400
FACSIMILE: (808) 523-1888
E-mail: info@casebigelow.com
http://www.casebigelow.com

Claire E. Bender
Christopher J. Muzzi
Lauren R. Sharkey
Leila Rothwell Sullivan
Cathy L. Takase
Nancy J. Youngren

Of Counsel
Steven L. Rinesmith †
Counsel
Gary S. Kerwood

Bruce C. Bigelow (1946-2001)

† A Law Corporation

## LETTER OF TRANSMITTAL

**To:** Dr. Joan Koff
~~Kaiser Permanente~~
1010 Pensacola Street
Honolulu, Hawaii 96814

**Date:** May 8, 2003

**Re:** Philip English
Medical Record No. 633194

**Our File:** 27505-1

I am sending you (XX) attached (  ) under separate cover the following:

Copies of documents regarding events occurring at Mr. English's employment

(XX) For your information and files
(  ) For review and comment
(  ) For correction
(  ) For distribution
(  ) Per your request
(  ) Per our agreement
(  ) Per our conversation
(  ) Approved
(  ) Approved as noted

(  ) For necessary action
(  ) For signature in BLACK
     INK and return
(  ) For filing
(  ) Check enclosed to cover
     Filing or recording fee
     $_____
(  ) For payment
(  ) Disapproved
(  ) See remarks below

**REMARKS:**

Kathleen Chrismer, Assistant for
ROGER S. MOSELEY

RSM:kmc



278505/1/328045.1

MEMBER OF LEX MUNDI, THE WORLD'S LEADING ASSOCIATION OF INDEPENDENT LAW FIRMS

PE 00811