# CASE BIGELOW · LOMBARDI

Suite 2600, Mauka Tower, Grosvenor Center
737 Bishop Street, Honolulu, Hawaii 96813
Telephone: (808) 547-5400; Fax: (808) 523-1888

☒ DELIVERY RECEIPT

TO: Suzan Fouma, Secretary
Real Property Assessment Div.
842 Bethel Street, Basement
527-5507

DATE: 5/12/03
SENDER: RSM
BILLING NO: 275K-1
TIME: 1:30 pm

| DESCRIPTION |
|---|
| Annual Benefit Reduction Form — Philip English |

☒ DOCUMENT
☐ OTHER

Messenger: Vob

Received By: Juelie Kitchens
PRINT NAME

Time: 2:00p   Date: 5/12/03

DEFENDANT'S EXHIBIT 328

PE 00812