# CASE BIGELOW & LOMBARDI
### A LAW CORPORATION

David F. Andrew
Michael L. Siehl
Daniel H. Case
James M. Cribley
Stacey W. E. Foy
Gregory M. Hansen
Frank T. Kanemitsu
Michael L. Lam
Alan K. Lau
Dennis M. Lombardi †

Michael R. Marsh
Roger S. Moseley
Ted N. Pettit, Ph.D.
Scott O. Radovich
Robert F. Schneider
Cathy Lee Sekiguchi
Steven E. Thomas
Eric H. Tsugawa
Gary L. Wixom

PACIFIC GUARDIAN CENTER, MAUKA TOWER
737 BISHOP STREET, SUITE 2600
HONOLULU, HAWAII 96813-3283

TELEPHONE: (808) 547-5400
FACSIMILE: (808) 523-1888
E-mail: info@casebigelow.com
http://www.casebigelow.com

Claire E. Bender
Christopher J. Muzzi
Leila Rothwell Sullivan
Lauren R. Sharkey
Cathy L. Takase
Nancy J. Youngren

Of Counsel:
Steven L. Ringsmith †
Counsel:
Gary S. Karwood

Bruce C. Bigelow (1948-2001)
† A Law Corporation

May 15, 2003

**BY FAX AND HAND DELIVERY**

Thomas Riddle
Workers' Compensation Administrator
City and County of Honolulu
550 South King Street
Honolulu, HI 96813

Re: Philip E. English Personal property

Dear Mr. Riddle,

You have advised me that you are now in possession of four boxes of Phil English's personal possessions. Phil has authorized our firm to pick those boxes up from you and we will do so sometime tomorrow. Please advise ASAP if this is not convenient.

By countersigning below, Mr. English is authorizing this pick-up of his possessions. We will have the original of this authorization delivered to you at the time of pick-up.

Thank you very much for your cooperation.

Very truly yours,

*[signature]*
Roger S. Moseley

*[signature]*
Philip E. English

RSM/kmc
cc. Phil English


DEFENDANT'S EXHIBIT 282

27505\1\329116.1    MEMBER OF LEX MUNDI, THE WORLD'S LEADING ASSOCIATION OF INDEPENDENT LAW FIRMS

PE 00813

```
* * * Transmission Result Report ( May. 15. 2003  4:54PM ) * * *

                                                    T T I    C. M. B. & L. /2  (808) 523-1888

File  Mode   Option              Address (Group)         Result          Page
----------------------------------------------------------------------------------
5553  SAF_TX                     5276782                 OK              P. 1/1




-----------------------------------------------------------------------------------
     Reason for Error
        1) Hang up or line fail              2) Busy
        3) No answer                         4) No facsimile connection
```

# CASE BIGELOW & LOMBARDI
### A LAW CORPORATION

PACIFIC GUARDIAN CENTER, MAUKA TOWER
737 BISHOP STREET, SUITE 2600
HONOLULU, HAWAII 96813-3283

TELEPHONE: (808) 547-5400
FACSIMILE: (808) 523-1888
Email: info@casebigelow.com
http://www.casebigelow.com

David P. Andrew
Michael L. Biehl
Daniel H. Case
James M. Cribley
Stacey W.E. Foy
Gregory M. Hansen
Frank T. Kanemitsu
Michael L. Lam
Alan K. Lau
Dennis M. Lombardi †

Michael R. Marsh
Roger S. Moseley
Ted N. Pettit, Ph.D.
Scott D. Radovich
Robert F. Schneider
Cathy Lee Saiguchi
Steven E. Thomas
Eric H. Tsugawa
Gary L. Wilson

Claire E. Bender
Christopher J. Muzzi
Leila Rothwell Sullivan
Lauren R. Sharkey
Cathy L. Takase
Nancy J. Youngren

Of Counsel:
Steven L. Ringsmith †
Counsel:
Gary S. Kenwood

Bruce C. Bigelow (1945-2001)

† A Law Corporation

May 15, 2003

**BY FAX AND HAND DELIVERY**

Thomas Riddle
Workers' Compensation Administrator
City and County of Honolulu
550 South King Street
Honolulu, HI  96813

Re:  Philip E. English Personal property

Dear Mr. Riddle,

PE 00814

You have advised me that you are now in possession of four boxes of Phil English's personal possessions.  Phil has authorized our firm to pick those boxes up from you and we will do so sometime tomorrow.  Please advise ASAP if this is not

## CASE BIGELOW · LOMBARDI
Suite 2600, Mauka Tower, Grosvenor Center
737 Bishop Street, Honolulu, Hawaii 96813
Telephone: (808) 547-5400; Fax: (808) 523-1888

10:30 am

**DELIVERY RECEIPT**

TO: Thomas Riddle
Workers' Compensation Admin
550 S. King Street

DATE: 5-16-03
SENDER: RSM
BILLING NO: 27505-1

**DESCRIPTION**

☑ DOCUMENT — letter dated 5-15-03 w/ attached exhibits (Phil's personnel property)
☐ OTHER

Received By: Arlene Hope
Messenger: [signature]
Date: 05/16/03
Time: ___

PE 00815