## CASE BIGELOW & LOMBARDI
Suite 2600, Mauka Tower, Grosvenor Center
737 Bishop Street, Honolulu, Hawaii 96813
Telephone: (808) 547-5400; Fax: (808) 523-1888

**DELIVERY RECEIPT**

1:30 pm

TO: Suzann Touma, Secretary
Real Property Assessment Div.
842 Bethel Street, Basement

DATE: 5/20/03
SENDER: RSM
BILLING NO: 21325-1

☑ DOCUMENT   ☐ OTHER

**DESCRIPTION**

EUTF Enrollment/Change Form for Phillip English

Messenger _____

Received By: [signature] Kalilimoku

Time: 2:00   Date: 5-20-03



PE 00816