# STATE OF HAWAII
## DEPARTMENT OF BUDGET AND FINANCE
## HAWAII EMPLOYER-UNION BENEFITS TRUST FUND

### ACKNOWLEDGEMENT LIST

**DEPARTMENT: 040019 BUDGET & FISCAL SERVICES**

**WARRANT DISTRIBUTION CODE:** 01972H BFS-REAL PROPERT ASSESSMENT

| SSN | NAME | ACKNOWLEDGEMENT | DATE REC'D |
|---|---|---|---|
| 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 | ENGLISH, PHILIP E. | [signature] | May, 03 on or about |


DEFENDANT'S EXHIBIT 3284

PE 00817