# CASE BIGELOW & LOMBARDI
## A LAW CORPORATION

PACIFIC GUARDIAN CENTER, MAUKA TOWER
737 BISHOP STREET, SUITE 2600
HONOLULU, HAWAII 96813-3283

TELEPHONE: (808) 547-5400
FACSIMILE: (808) 523-1888
E-mail: info@casebigelow.com
http://www.casebigelow.com

David F. Andrew
Michael L. Biehl
Daniel H. Case
James M. Cribley
Stacey W.E. Foy
Gregory M. Hanson
Frank T. Kanemitsu
Michael L. Lam
Alan K. Lau
Dennis M. Lombardi, †

Michael R. Marsh
Roger S. Moseley
Ted N. Pettit, Ph.D.
Scott O. Redavick
Robert F. Schneider
Cathy Lea Sekiguchi
Steven E. Thomas
Eric H. Tsugawa
Gary L. Wixom

Claire E. Bender
Christopher J. Muzzi
Lauren R. Sharkey
Leila Rothwell Sullivan
Cathy L. Takase
Nancy J. Youngren

Of Counsel
Steven L. Rinesmith †
Counsel
Gary S. Karwood

Bruce C. Bigelow (1946-2001)

† A Law Corporation

June 2, 2003

Suzanne Foumai
City and County of Honolulu
Real Property Assessment Division
842 Bethel Street, 2nd Floor
Honolulu, Hawaii 96813

Via Fax and U.S. Mail
(808) 521-7647

Re: Philip E. English - Benefit Election

Dear Ms. Foumai,

On May 20, 2003, my office delivered Hawaii Employer-Union Health Benefits Trust Fund ("EUTF") enrollment forms to your office for Philip E. English. Later that afternoon, you notified my office that the forms were incomplete and did not indicate if Mr. English wanted dental and vision coverage.

Prior to filling out and signing the enrollment forms, Mr. English and I spoke at length regarding him obtaining health, vision and dental coverages for his wife, son and himself through EUTF. Therefore, I instructed my assistant to authorize you to make the necessary changes to the enrollment form so that Mr. English and his family would be covered under the HDS Dental Plan and VSP Vision Plan offered by EUTF, in addition to his selected Kaiser medical coverage.

In addition, per your request, I enclose Mr. English's acknowledgement of receipt of the EUTF information packet. Thank you for your kind assistance. Should you have any further questions, please do not hesitate to contact me at 547-5400.

Very truly yours,

Roger S. Moseley

RSM/kmc

Enclosure
cc: client

DEFENDANT'S EXHIBIT 3285

27505/1/331139.1

## STATE OF HAWAII
## DEPARTMENT OF BUDGET AND FINANCE
## HAWAII EMPLOYER-UNION BENEFITS TRUST FUND

### ACKNOWLEDGEMENT LIST

**DEPARTMENT: 040019 BUDGET & FISCAL SERVICES**

**WARRANT DISTRIBUTION CODE:    01972H  BFS-REAL PROPERT ASSESSMENT**

| SSN | NAME | ACKNOWLEDGEMENT | DATE REC'D |
|---|---|---|---|
| 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 | ENGLISH, PHILIP E. | [signature] | May, 03 on or about |

PE 00819

```
*** Transmission Result Report ( Jun. 2. 2003  3:38PM ) ***

                                                    T T I    C.M.B.& L./2 (808) 523-1388

File  Mode    Option        Address (Group)              Result              Page
---------------------------------------------------------------------------------
9255  SAF_TX                5217647                      OK                  P. 2/2


Reason for Error
  1) Hang up or line fail              2) Busy
  3) No answer                         4) No facsimile connection
```

# CASE BIGELOW & LOMBARDI

A LAW CORPORATION

David F. Andrew        Michael R. Marsh                                    Claire E. Bender       Of Counsel:
Michael L. Bishl       Roger S. Moseley                                    Christopher J. Muzzi   Steven L. Ainsworth†
Daniel H. Case         Ted N. Pettit, Ph.D.   PACIFIC GUARDIAN CENTER, MAUKA TOWER   Lauren R. Sharkey   Counsel
James M. Cribley       Scott D. Radovich         737 BISHOP STREET, SUITE 2600       Leila Rothwell Sullivan   Gary S. Kerwood
Stacey W.E. Foy        Robert F. Schneider        HONOLULU, HAWAII 96813-3283        Cathy L. Takase
Gregory M. Hansen      Cathy Lee Saliguchi                                           Nancy J. Youngren
Frank T. Kanemitsu     Steven E. Thomas
Michael L. Lam         Eric H. Tsugawa                 TELEPHONE: (808) 547-5400                       Bruce C. Bigelow (1946-2001)
Alan K. Lau            Gary L. Wixom                   FACSIMILE: (808) 523-1888
Dennis M. Lombardi,†                                   E-mail: info@casebigelow.com                    † A Law Corporation
                                                       http://www.casebigelow.com

June 2, 2003


Suzanne Foumai                                                          <u>Via Fax and U.S. Mail</u>
City and County of Honolulu                                                  (808) 521-7647
Real Property Assessment Division
842 Bethel Street, 2nd Floor
Honolulu, Hawaii 96813

Re:  <u>Philip E. English - Benefit Election</u>

Dear Ms. Foumai,                                                            PE 00820

    On May 20, 2003, my office delivered Hawaii Employer-Union Health Benefits Trust Fund ("EUTF") enrollment forms to your office for Philip E. English. Later that afternoon, you notified my office that the forms were incomplete and did not indicate if Mr. English wanted dental and vision coverage.