CASE BIGELOW & LOMBARDI
A LAW CORPORATION

David F. Andrew
Michael L. Biehl
Daniel H. Case
James M. Cribley
Stacey W. E. Foy
Gregory M. Hansen
Frank T. Kanemitsu
Michael L. Lam
Alan K. Lau
Dennis. M. Lombardi,†
Michael R. Marsh
Roger S. Moseley
Ted N. Pettit, Ph D.
Scott D. Radovich
Robert F. Schneider
Cathy Lee Sekiguchi
Steven E. Thomas
Eric H. Tsugawa
Gary L. Wixom

PACIFIC GUARDIAN CENTER, MAUKA TOWER
737 BISHOP STREET, SUITE 2600
HONOLULU, HAWAII 96813-3283

TELEPHONE: (808) 547-5400
FACSIMILE: (808) 523-1888
E-mail: Caselaw@aloha.net

Claire E. Bender
Christopher J. Muzzi
Leila Rothwell Sullivan
Lauren R. Sharkey
Cathy L. Takase
Nancy J. Youngren
Of Counsel:
Steven L. Rinesmith†
Counsel:
Gary S. Kerwood

Bruce C. Bigelow (1946-2001)
† A Law Corporation

June 9, 2003

BY HAND DELIVERY

Michael Golojuch
Administrative Services Officer
Department of Budget and Fiscal Services
530 S. King Street, Rm. 208
Honolulu, Hawaii 96813

Re: Philip English / City Real Property Tax Assessment Division

Dear Mr. Golojuch,

Please find enclosed the only two statements received to date by Philip English with respect to TDI benefits paid to him.

Please confirm the start date for TDI payments. On May 14, 2003 you advised our office that the start date was March 1, 2003. However, we cannot balance the statements received with this start date, or with the rate of pay as we understand it.

Please give us a complete accounting of how the gross amount for each of the two payments was calculated. This should include, but not be limited to, the beginning and end dates of each pay period, the rate of pay, and a detailed description of any additions or subtractions from the gross amount for any reason whatsoever.

Why are union dues being deducted?

Thank you very much for your anticipated prompt cooperation.

Very truly yours,

Roger S. Moseley

RSM\kmc
Enclosure
cc. Phil English

DEFENDANT'S
EXHIBIT
3286

# CITY AND COUNTY OF HONOLULU

9019-72H

| ORGANIZATION | EMPL ID | CHECK DATE | PREM/HRLY/LV RPT AS OF | CHECK/ADVICE NO. | FED/ST TAX EXEMPT. |
|---|---|---|---|---|---|
| | 555981526 | 05-15-03 | 04-19-03 | 0001125 | S03 S03 |

NAME PHILIP E ENGLISH DEPT BFS-RP ASSMT

| | GROSS PAY | TAXES | OTHER | NET PAY | FED TAXBL GROSS | ST TAXBL GROSS |
|---|---|---|---|---|---|---|
| CURRENT | 1,547.30 | 323.29 | 124.87 | 1,099.14 | 1,439.80 | 1,439.80 |
| YTD | 8,985.80 | 1,841.90 | XXXXXXXX | XXXXXXXX | 8,313.80 | 8,313.80 |

| TYPE OF PAY | HOURS | GROSS AMT | TYPE OF DEDUCTION | AMOUNT | TYPE OF DEDUCTION | AMOUNT |
|---|---|---|---|---|---|---|
| TEMP DISAB | | 1,547.30 | PTX HGEA P | 107.50 | -----YEAR-TO-DATE----- | |
| | | | FICA/OASDI | 89.27 | FICA/OASDI | 515.46 |
| | | | MEDICARE | 20.88 | FEDERAL TA | 730.81 |
| | | | FEDERAL TA | 129.93 | STATE T-HI | 475.08 |
| | | | STATE T-HI | 83.21 | MEDICARE | 120.55 |
| | | | ST DUES HG | 17.37 | PTX HGEA P | 645.00 |
| | | | | | ST DUES HG | 104.20 |
| | | | | | PTX THEBUS | 27.00 |

TAXABLE NON-PAY FRINGE BENEFITS

| VAC BAL | 29.25 HRS | 56-HR FIRE, VAC BAL | 0.00 HRS | COMP TIME BAL | 0.00 HRS |
|---|---|---|---|---|---|
| SICK BAL | 15.75 HRS | 56-HR FIRE, SICK BAL | 0.00 HRS | | |

VAC AND SICK BALANCES INCLUDE LEAVE EARNED THRU MONTH OF 03/03 AND LEAVE CHARGED AS OF 04-19-03

COMP TIME BALANCE INCLUDES HRS EARNED & USED AS OF 04-19-03

NET PAY OF $1,099.14 WAS DEPOSITED 05-15-03 INTO YOUR DESIGNATED ACCOUNT

*****DO NOT LOSE YOUR HEALTH BENEFITS*****

OPEN ENROLLMENT FOR BOTH YOUR HEALTH BENEFITS AND THE PREMIUM CONVERSION PLAN IS MAY 1 TO MAY 31.

THIS YEAR YOU ARE REQUIRED TO SIGN-UP IF YOU WANT TO CONTINUE YOUR HEALTH BENEFITS COVERAGE - FAILURE TO SIGN-UP WILL RESULT IN THE TERMINATION OF ALL YOUR HEALTH BENEFITS PLANS.

PREMIUM CONVERSION PLAN--ALL EMPLOYEES ELIGIBLE FOR HEALTH FUND BENEFITS MUST SUBMIT AN ANNUAL BENEFIT REELECTION FORM.

# CITY AND COUNTY OF HONOLULU

9019-72H

| ORGANIZATION | EMPL. ID | CHECK DATE | PREM/HRLY/LV RPT AS OF | CHECK/ ADVICE NO. | FED/ST TAX EXEMPT. |
|---|---|---|---|---|---|
| | 555981526 | 05-30-03 | 05-03-03 | 0001135 | S03 S03 |

NAME: PHILIP E ENGLISH — DEPT: BFS-RP ASSMT

| | GROSS PAY | TAXES | OTHER | NET PAY | FED TAXBL GROSS | ST TAXBL GROSS |
|---|---|---|---|---|---|---|
| CURRENT | 2,367.60 | 646.38 | 124.86 | 1,596.36 | 2,260.10 | 2,260.10 |
| YTD | 11,353.40 | 2,488.28 | XXXXXXXX | XXXXXXXX | 10,573.90 | 10,573.90 |

| TYPE OF PAY | HOURS | GROSS AMT |
|---|---|---|
| TEMP DISAB | | 2,367.60 |

| TYPE OF DEDUCTION | AMOUNT |
|---|---|
| PTX HGEA P | 107.50 |
| FICA/OASDI | 140.12 |
| MEDICARE | 32.77 |
| FEDERAL TA | 327.94 |
| STATE T-HI | 145.55 |
| ST DUES HG | 17.36 |

| TYPE OF DEDUCTION | AMOUNT |
|---|---|
| -----YEAR-TO-DATE----- | |
| FICA/OASDI | 655.58 |
| FEDERAL TA | 1,058.75 |
| STATE T-HI | 620.63 |
| MEDICARE | 153.32 |
| PTX HGEA P | 752.50 |
| ST DUES HG | 121.56 |
| PTX THEBUS | 27.00 |

TAXABLE NON-PAY FRINGE BENEFITS

| VAC BAL | 29.25 HRS | 56-HR FIRE, VAC BAL | 0.00 HRS | COMP TIME BAL | 0.00 HRS |
|---|---|---|---|---|---|
| SICK BAL | 15.75 HRS | 56-HR FIRE, SICK BAL | 0.00 HRS | | |

VAC AND SICK BALANCES INCLUDE LEAVE EARNED THRU MONTH OF 03/03 AND LEAVE CHARGED AS OF 05-03-03

COMP TIME BALANCE INCLUDES HRS EARNED & USED AS OF 05-03-03

NET PAY OF $1,596.36 WAS DEPOSITED 05-30-03
INTO YOUR DESIGNATED ACCOUNT

1:30 pm

**DELIVERY RECEIPT**

**CASE BIGELOW & LOMBARDI**

Suite 2600, Mauka Tower, Grosvenor Center
737 Bishop Street, Honolulu, Hawaii 96813
Telephone: (808) 547-5400; Fax: (808) 523-1888

TO: Mike Golojuch
Dept. of Budget & Fiscal Services
530 S. King St. Rm 208

DATE: 6/9/03
SENDER: RSM
BILLING NO: 27505-1

DESCRIPTION

☒ DOCUMENT — Letter dated 6/9/03 (332176.1)
☐ OTHER

Messenger: [signature] Received By: [signature] Time: 3:40 Date: 6/9/03