# CASE BIGELOW & LOMBARDI
# Fax Memorandum

737 BISHOP STREET
SUITE 2600
HONOLULU, HAWAII 96813
DIRECT LINE: (808) 547-5447

From: **Roger S. Moseley**
(Kathleen Chrismer, Assistant)
Fax:  (808) 523-1888
File:  27505-1
Date:  June 10, 2003

To:     Dr. Reneau Kennedy
Fax:   923-2299
Pages:___2____
Re:    Philip English

**This communication contains confidential and privileged information.  It is exempt from disclosure under applicable law. If you receive it in error, please contact the Sender immediately to arrange for its return.  No other use or dissemination of this communication is authorized.**

Transmitting correspondence of today's date.

Original will follow by U.S. Mail

RSM:kmc



27505/1/332363.1

PE 00834

# CASE BIGELOW & LOMBARDI
### A LAW CORPORATION

PACIFIC GUARDIAN CENTER, MAUKA TOWER
737 BISHOP STREET, SUITE 2600
HONOLULU, HAWAII 96813-3283

David F. Andrew
Michael L. Biehl
Daniel H. Case
James M. Cribley
Stacey W.E. Foy
Gregory M. Hansen
Frank T. Kanemitsu
Michael N. Lam
Alan K. Lau
Dennis M. Lombardi, †

Michael R. Marsh
Roger S. Moseley
Ted N. Pettit, Ph.D.
Scott D. Radovich
Robert F. Schneider
Cathy Lee Sekiguchi
Steven E. Thomas
Eric H. Tsugawa
Gary L. Wixom

Claire E. Bender
Christopher J. Muzzi
Leila Rothwell Sullivan
Lauren R. Sharkey
Cathy L. Takase
Nancy J. Youngren

Of Counsel:
Steven L. Rinesmith †
Counsel:
Gary S. Kenwood

Bruce C. Bigelow (1945-2001)

† A Law Corporation

TELEPHONE: (808) 547-5400
FACSIMILE: (808) 523-1888
E-mail: CaseLaw@aloha.net

June 10, 2003

BY FAX AND MAIL

Dr. Reneau Kennedy
3001 Diamond Head Road
Honolulu, HI 96815

Re: Claim of Philip E. English for disability due to retaliation

Dear Dr. Kennedy,

Just wanted to confirm what I informed your assistant Gavin Takenaka yesterday on the telephone when he called. My understanding is that one of the items which has delayed your report is the failure of Ann Gima to respond to your inquiries. Please be advised that Mrs. Gima, by all appearances, is one of the people heavily involved in the retaliation against Mr. English. Additionally, her husband, Harry Gima, is the City employee responsible for certain personnel actions affecting Mr. English. We received a report late last week that he had called Royal State, the entity providing medical insurance for Mr. English, and that Harry suggested to them that Mr. English's medical coverage should be cancelled. Particularly Ann and Harry Gima know the seriousness of Mr. English's financial condition and Harry Gima's actions reasonably seem to be an extension of the retaliation experienced by Mr. English.

Mr. English has actually had to borrow money from friends to pay past due medical premiums and has paid all of the amounts that Royal State has said were required to maintain coverage. Of course, TDI should have been covering these premiums in the first place, but the City has not been diligent in instituting the TDI payments either. This caused the delinquencies. The TDI payments, which only started on May 15, seem far short of the 58% of his compensation we understood to be the amount due Mr. English. We have requested an accounting of the two payments made so far, because the statements provided are totally inadequate to determine how the amounts were calculated, or for what period they covered. In light of these circumstances, the immediate commencement of Workers Compensation coverage is absolutely critical. Ann Gima, by failing to respond to your inquiries is, in fact, delaying any possible Workers Comp. and endangering the well-being of Mr. English. Again, this is consistent with the pattern of retaliation visited upon Mr. English by this City agency.

Thank you.

Very truly yours,

Roger S. Moseley

RSM\kmc
cc. Phil English

MEMBER OF LEX MUNDI, THE WORLD'S LEADING ASSOCIATION OF INDEPENDENT LAW FIRMS

27505\1\332308.1

PE 00835

```
* * *  Transmission Result Report ( Jun. 10. 2003 11:21AM )  * * *

                                      T T I    C. M. B. & L. /2 (808) 523-1888

File  Mode  Option                Address (Group)         Result         Page
-----------------------------------------------------------------------------
9476  SAF_TX                        9232299                  OK           P. 2/2



                --------------------------------------------------



    ----------------------------------------------------------------------

    Reason for Error
          1) Hang up or line fail            2) Busy
          3) No answer                       4) No facsimile connection
```

# CASE BIGELOW & LOMBARDI
# Fax Memorandum

737 BISHOP STREET
SUITE 2600
HONOLULU, HAWAII 96813
DIRECT LINE: (808) 547-5447

From: **Roger S. Moseley**
(Kathleen Chrismer, Assistant)
Fax:    (808) 523-1888
File:   27505-1
Date:  June 10, 2003

To:     Dr. Reneau Kennedy
Fax:   923-2299
Pages:___2____
Re:     Philip English

**This communication contains confidential and privileged information.  It is exempt from disclosure under applicable law.  If you receive it in error, please contact the Sender immediately to arrange for its return.  No other use or dissemination of this communication is authorized.**

Transmitting correspondence of today's date.

PE 00836