**KATHLEEN CHRISMER — Philip English**

**From:** "Golojuch, Michael" <mgolojuch@co.honolulu.hi.us>
**To:** "'caselaw@aloha.net'" <caselaw@aloha.net>
**Date:** 6/13/2003 5:32 PM
**Subject:** Philip English

TO: Roger Moseley

Roger,
I was out of the office today on a board. Payroll has a copy of your letter and is reviewing your request about Philip English's TDI payments. I will say that union dues are collected because, as far as I know, Philip is still a HGEA member and dues are collected.

Mike



PE 00837