LINDA LINGLE
GOVERNOR



PETER T. YOUNG
CHAIRPERSON
BOARD OF LAND AND NATURAL RESOURCES

DAN R. DAVIDSON
DEPUTY DIRECTOR

ERNEST Y.W. LAU
DEPUTY DIRECTOR FOR
THE COMMISSION ON WATER
RESOURCE MANAGEMENT

W. MASON YOUNG
ACTING ADMINISTRATOR

**STATE OF HAWAII**
DEPARTMENT OF LAND AND NATURAL RESOURCES
DIVISION OF BOATING AND OCEAN RECREATION
333 QUEEN STREET, SUITE 300
HONOLULU, HAWAII 96813

BOR-0 0017.04

PHILIP E ENGLISH
1741 ALA MOANA BLVD., #22
HONOLULU HI 96815

July 15, 2003

Dear PHILIP E ENGLISH

    SUBJECT:  Notice of Default on Account No. 0832R001311
                  Mooring Permit No. O-4053, Ala Wai Small Boat Harbor

    Our records indicate that your account is delinquent in payment to the Division of Boating and Ocean Recreation in the amount of $610.23, including late charges as of May 31, 2003, of which $111.83 is delinquent in excess of thirty (30) days.

    Accordingly, pursuant to Section 13-231-6, Hawaii Administrative Rules, you are hereby served a Notice of Default for failure to keep payments current on Account No. 0832R001311 at Ala Wai Small Boat Harbor.

    Your immediate attention is requested for payment of the outstanding delinquent amount within fifteen (15) days from the date of receipt of this notice. Pursuant to Section 13-230-6(2), this letter is deemed delivered five (5) days after the date of mailing. Send your payment with your account number on your check to: Ala Wai Small Boat Harbor, 1651 Ala Moana Boulevard, Honolulu, Hawaii 96815

    Failure to cure this default within fifteen (15) days of receipt of this notice, shall result in termination of your permit, cancellation of your account, require your vessel to leave the harbor or become subject to enforcement which may include a citation, higher fees for mooring without a permit and impoundment of your vessel. If you have any questions regarding the amount due, please call our District Office at (808) 973-9727.

                                            Very truly yours,

                                            Mason Young
cc:  District Office                    Acting Administrator
     Fiscal Office
     Harbor Office
     Post on Boat

DEFENDANT'S EXHIBIT 3289

SENT BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED

PE 00839

POSTED ON BOAT BY: _MStutt_

DATE: 7-19-03    TIME: 9:25 AM