**KAISER PERMANENTE**

July 24, 2003

Mr. Thomas Riddle,
Workers' Compensation Administrator
City and County of Honolulu
Department of Human Services
Workers' Compensation Division
350 S. King Street
Honolulu, HI 96813

RE: ENGLISH, Philip E.
 DOI: 1/30/03
 DOB: 10/26/54
 Kaiser MR# 633194

Dear Mr. Riddle:

This letter comes in response to your letter to me of July 9, 2003. After considerable discussion with Mr. English and a review of his records, it is determined that the date of injury that is most appropriate for his current situation is January 30, 2003.

It was on January 30, 2003 that Mr. English came to Kaiser to see his primary care physician, James E. Love, M.D. At that visit, he complained of "undue stress related to his work job situation". Dr. Love also noted at that time that the patient was not sleeping well and had lost some weight. His assessment was anxiety, and he was referred to Behavioral Medicine as soon as possible. At that point, treatment began at the Kaiser Behavioral Medicine with therapist, Jerry Koffee, M.S.W. At that same visit with Dr. Love, attention was paid also to his history of renal cell cancer, and a referral for follow-up in Oncology was also initiated.

After discussion with Mr. English, he will be calling the Department of Labor and finding out what he must do as the injured worker to adjust the date of injury to January 30, 2003. Thus, the injury that I have been treating him for formerly dated February 12, 2003 will now be considered January 30, 2003.

DEFENDANT'S EXHIBIT 3290

OCCUPATIONAL HEALTH SERVICES
1010 Pensacola Street/Honolulu, HI 96814/(808) 432-2200      3288 Moanalua Road/Honolulu, HI 96819/(808) 432-8200
80 Mahalani Street/Wailuku, HI 96793/(808) 243-6453           1292 Waianuenue Avenue/Hilo, HI 96720/(808) 327-2900
94-235 Leoku Street/Waipahu, HI 96797/(808) 432-3103          45-602 Kam Hwy/Kaneohe, HI 96744/(808) 432-3800
                    75-184 Hualalai Road/Kailua-Kona, HI 96740/(808) 327-2900

PE 00840

Mr. Thomas Riddle
July 24, 2003
Page 2

RE:   ENGLISH, Philip E.
      Kaiser MR# 633194


I hope this clarifies the situation. I look forward to hearing from you regarding independent psychological evaluation and/or case status as soon as possible.

Yours truly,

*[signature]*

Joan H. Koff, Ph.D.
Licensed Psychologist
Diplomate in Clinical Psychology, ABPP
Senior Disability Analyst, ABDA
Chief, Occupational Mental Health Services

JHK:gpe

cc:   DCD/DLIR
      Mr. Philip English
      OHS
      PPP

OCCUPATIONAL HEALTH SERVICES
1010 Pensacola Street/Honolulu, HI 96814/(808) 432-2200       3288 Moanalua Road/Honolulu, HI 96819/(808) 432-8200
80 Mahalani Street/Wailuku, HI 96793/(808) 243-6453           1292 Waianuenue Avenue/Hilo, HI 96720/(808) 327-2900
94-235 Leoku Street/Waipahu, HI 96797/(808) 432-3103          45-602 Kam Hwy/Kaneohe, HI 96744/(808) 432-3800
                75-184 Hualalai Road/Kailua-Kona, HI 96740/(808) 327-2900

PE 00841

**KAISER PERMANENTE.**
Honolulu Clinic
1010 Pensacola Street
Honolulu, Hawaii 96814

ADDRESS SERVICE REQUESTED

Mr. Philip English
1741 Ala Moana Blvd., Apt. 22
Honolulu, Hawaii 96815

PE 00842