# CASE BIGELOW & LOMBARDI
## Fax Memorandum

737 BISHOP STREET
SUITE 2600
HONOLULU, HAWAII 96813
DIRECT LINE: (808) 547-5447

From: **Roger S. Moseley**
(Kathleen Chrismer, Assistant)
Fax:   (808) 523-1888
File:  27505-1
Date:  August 11, 2003

To:    **Thomas Riddle**
Fax:   527-6782
Pages: 2
Re:    Philip English

This communication contains confidential and privileged information. It is exempt from disclosure under applicable law. If you receive it in error, please contact the Sender immediately to arrange for its return. No other use or dissemination of this communication is authorized.

---

Please see attached correspondence of today's date. Original to follow by hand delivery.

9999\472


DEFENDANT'S EXHIBIT 3291

PE 00843

## CASE BIGELOW & LOMBARDI
### A LAW CORPORATION

David F. Andrew
Michael L. Biehl
Daniel H. Case
James M. Cribley
Stacey W.E. Foy
Gregory M. Hansen
Frank T. Kanemitsu
Michael L. Lam
Alan K. Lau
Dennis M. Lombardi †

Michael R. Marsh
Roger S. Moseley
Tad N. Pettit, Ph.D.
Scott D. Radovich
Robert F. Schneider
Cathy Lee Sekiguchi
Steven E. Thomas
Eric H. Tsugawa
Gary L. Wixom

PACIFIC GUARDIAN CENTER, MAUKA TOWER
737 BISHOP STREET, SUITE 2600
HONOLULU, HAWAII 96813-3283

TELEPHONE: (808) 547-5400
FACSIMILE: (808) 523-1888
E-mail: info@casebigelow.com
http://www.casebigelow.com

Claire E. Bender
Christopher J. Muzzi
Leila Rothwell Sullivan
Lauren R. Sharkey
Cathy L. Takase
Nancy J. Youngren

Of Counsel:
Steven L. Rinesmith †
Counsel:
Gary S. Kerwood

Bruce C. Bigelow (1946-2001)

† A Law Corporation

August 11, 2003

BY FAX AND HAND DELIVERY

Thomas Riddle
Workers' Compensation Administrator
City and County of Honolulu
550 South King Street
Honolulu, HI 96813

Re: Philip E. English, Workers Comp. Case No. 2-03-01887

Dear Mr. Riddle,

Thank you for letting me know last Thursday that you have received a "draft" report from Dr. Kennedy with respect to Phil English. Hopefully the final will be available early this week as anticipated.

We do request to be sent a copy of the "draft" report, as well as any comments questions or suggestions you may have had to Dr. Kennedy with respect to her "draft."

Thank you very much for your kind assistance.

Very truly yours,

Roger S. Moseley

RSM\kmc
cc. Phil English
    Jamie Petersen, DOLIR

# CASE BIGELOW & LOMBARDI

Suite 2600, Mauka Tower, Grosvenor Center
737 Bishop Street, Honolulu, Hawaii 96813
Telephone: (808) 547-5400; Fax: (808) 523-1888

**DELIVERY RECEIPT**

10:30 am

TO: Thomas Riddle
Worker's Compensation Administration
550 South King Street
Honolulu, HI 96813

DATE: 8/11/03
SENDER: RSM
BILLING NO: 27505-1

| DESCRIPTION |
|---|
| Letter dated 8/11/03 |
| 27511/6.1 |

☑ DOCUMENT
☐ OTHER

Received By: Karen Ching     Time:     Date:

Messenger:

PE 00845

```
* * * Transmission Result Report ( Aug. 11. 2003  9:54AM ) * * *
                                                    T T I    C. M. B. & L. /2  (808) 523-1888

 File  Mode   Option              Address (Group)          Result              Page
 ----------------------------------------------------------------------------------
 1352  SAF_TX                     5276782                    OK                P. 2/2
```

Reason for Error
1) Hang up or line fail          2) Busy
3) No answer                     4) No facsimile connection

# CASE BIGELOW & LOMBARDI
## Fax Memorandum

737 BISHOP STREET
SUITE 2600
HONOLULU, HAWAII 96813
DIRECT LINE: (808) 547-5447

From: Roger S. Moseley
(Kathleen Chrismer, Assistant)
Fax: (808) 523-1888
File: 27505-1
Date: August 11, 2003

To:   Thomas Riddle
Fax:  527-6782
Pages: ___2___
Re:   Philip English

This communication contains confidential and privileged information. It is exempt from disclosure under applicable law. If you receive it in error, please contact the Sender immediately to arrange for its return. No other use or dissemination of this communication is authorized.

Please see attached correspondence of today's date. Original to follow by hand delivery.

PE 00846