Doris Nagano
State of Hawaii
Dept. Labor & Indust. Relations
Disability Compensation Division
830 Punchbowl Street, Room 209
Honolulu, HI 96813

Tel: 587-8739



PHONE CALL



PE 00859