LINDA LINGLE
GOVERNOR



PETER T. YOUNG
CHAIRPERSON
BOARD OF LAND AND NATURAL RESOURCES

DAN R. DAVIDSON
DEPUTY DIRECTOR

ERNEST Y.W. LAU
DEPUTY DIRECTOR FOR
THE COMMISSION ON WATER
RESOURCE MANAGEMENT

W. MASON YOUNG
ACTING ADMINISTRATOR

## STATE OF HAWAII
### DEPARTMENT OF LAND AND NATURAL RESOURCES
### DIVISION OF BOATING AND OCEAN RECREATION
333 QUEEN STREET, SUITE 300
HONOLULU, HAWAII 96813

BOR-O 0107.04

August 19, 2003

PHILIP E ENGLISH
1741 ALA MOANA BLVD., #22
HONOLULU HI 96815

Dear PHILIP E ENGLISH

    SUBJECT: Notice of Default on Account No. 0832R001311
                    Mooring Permit No. O-4053, Ala Wai Small Boat Harbor

    Our records indicate that your account is delinquent in payment to the Division of Boating and Ocean Recreation in the amount of $762.16, including late charges as of July 31, 2003, of which $262.25 is delinquent in excess of thirty (30) days.

    Accordingly, pursuant to Section 13-231-6, Hawaii Administrative Rules, you are hereby served a Notice of Default for failure to keep payments current on Account No. 0832R001311 at Ala Wai Small Boat Harbor.

    Your immediate attention is requested for payment of the outstanding delinquent amount within fifteen (15) days from the date of receipt of this notice. Pursuant to Section 13-230-6(2), this letter is deemed delivered five (5) days after the date of mailing. Send your payment with your account number on your check to: Ala Wai Small Boat Harbor, 1651 Ala Moana Boulevard, Honolulu, Hawaii 96815

    Failure to cure this default within fifteen (15) days of receipt of this notice, shall result in termination of your permit, cancellation of your account, require your vessel to leave the harbor or become subject to enforcement which may include a citation, higher fees for mooring without a permit and impoundment of your vessel. If you have any questions regarding the amount due, please call our District Office at (808) 973-9727.

Very truly yours,

Mason Young
Acting Administrator

cc: District Office
    Fiscal Office
    Harbor Office
    Post on Boat

SENT BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED

DEFENDANT'S EXHIBIT 3244

POSTED ON BOAT BY: M Statt
DATE: 8/26/03   TIME: 9:00 AM

PE 00880

Claimant
PHILIP E ENGLISH
1741 ALA MOANA BLVD UNIT 22
HONOLULU HI 96815

Employer
CITY & COUNTY OF HONOLULU
BUDGET AND FISCAL SERVICES

Carrier
CITY & COUNTY OF HONOLULU
DEPT OF HUMAN RESOURCES
CITY HALL ANNEX
HONOLULU HI 96813

ROGER S MOSELEY ESQ
PAC GUARDIAN CTR MAUKA TOWER
737 BISHOP ST STE 2600
HONOLULU HI 96813-3283



STATE OF HAWAII
DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS
DISABILITY COMPENSATION DIVISION
830 Punchbowl Street
Room 209
Honolulu, HI 96813

Phone 586-9164

# NOTICE OF HEARING

Case No. - 20301887
Date of Accident - 01/30/2003

A hearing on this matter is scheduled
to be held on:
10/23/2003 at 02:00 PM

**Hearing officer:** Davidson

**Purposes**
To determine whether claim is compensable
Other issues as appropriate

**Other**

Failure of any party to attend this hearing may result in decision being issued based on information on file.
If you require special needs (i.e. large print, sign language interpreter, etc.) call our office at least 10 days before the hearing.

DISABILITY COMPENSATION DIVISION

By: Janet Isono

09/05/2003
(1/99)

PE 00881

STATE OF HAWAII
DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS
DISABILITY COMPENSATION DIVISION
P.O. BOX 3769
HONOLULU, HAWAII 96812-3769

96813+3283 28

HONOLULU P&DC

PE 00882