```
--- Transmission Result Report   Aug. 28 2003 10:50AM ---

                                                    TTI:  C.B.&L./2  808 523-1888

File  Mode    Option              Address Group         Result        Page
--------------------------------------------------------------------------------
1511  SAF_TX                      5278732               OK            P.  2/2
```

Reason for Error
1) Hang up or line fail        2) Busy
3) No answer                   4) No facsimile connection

27525-1
uc 644390.1

# CASE BIGELOW & LOMBARDI
### A LAW CORPORATION

David F. Andrew        Michael R. Marsh          Claire E. Bender       Of Counsel:
Michael L. Bahl        Roger S. Moseley          Christopher J. Muzzi   Steven L. Rinesmith †
Daniel H. Case         Ted N. Pettit, Ph.D.      Leila Rothwell Sullivan Counsel:
James M. Cribley       Scott D. Radovich         Lauren R. Sharkey      Gary S. Kenwood
Stacey W.E. Foy        Robert F. Schneider       Cathy L. Takase
Gregory M. Hansen      Cathy Lee Sekiguchi       Nancy J. Youngren
Frank T. Kanemitsu     Steven E. Thomas
Michael L. Lam         Eric H. Sugawa
Alan K. Lau            Gary L. Wixom                                   Bruce C. Bigelow (1946-2001)
Dennis M. Lombardi †                                                   † A Law Corporation

PACIFIC GUARDIAN CENTER, MAUKA TOWER
737 BISHOP STREET, SUITE 2600
HONOLULU, HAWAII 96813-3283

TELEPHONE: (808) 547-5400
FACSIMILE: (808) 523-1888
E-mail: info@casebigelow.com
http://www.casebigelow.com

August 28, 2003

<u>BY FAX AND HAND DELIVERY</u>

Thomas Riddle
Workers' Compensation Administrator
City and County of Honolulu
550 South King Street
Honolulu, HI  96813

    Re: Philip E. English, Workers Comp. Case No. 2-03-01887

Dear Mr. Riddle,

    This office represents Philip English.


DEFENDANT'S EXHIBIT 3295

PE 00883

    Thank you for sending the "report" from Dr. Kennedy with respect to Phil English. The version we received is 22 pages long and contains no signature page. You have

## CASE BIGELOW & LOMBARDI
A LAW CORPORATION

David F. Andrew
Michael L. Biehl
Daniel H. Case
James M. Cribley
Stacey W E. Foy
Gregory M. Hansen
Frank T. Kanemitsu
Michael L. Lam
Alan K. Lau
Dennis M. Lombardi †

Michael R. Marsh
Roger S. Moseley
Ted N. Pettit, Ph.D.
Scott D. Radovich
Robert F. Schneider
Cathy Lee Sekiguchi
Steven E. Thomas
Eric H. Tsugawa
Gary L. Wixom

PACIFIC GUARDIAN CENTER, MAUKA TOWER
737 BISHOP STREET, SUITE 2600
HONOLULU, HAWAII 96813-3283

TELEPHONE: (808) 547-5400
FACSIMILE: (808) 523-1888
E-mail: info@casebigelow.com
http://www.casebigelow.com

Claire E. Bender
Christopher J. Muzzi
Leila Rothwell Sullivan
Lauren R. Sharkey
Cathy L. Takase
Nancy J. Youngren

Of Counsel:
Steven L. Rinesmith †
Counsel:
Gary S. Kerwood

Bruce C. Bigelow (1946-2001)

† A Law Corporation

August 25, 2003

State of Hawaii
Department of Labor & Industrial Relations
Disability Compensation Division
Attn: Ms. Doris Nagano
830 Punchbowl Street, Room 209
Honolulu, Hawaii 96813

Re: Philip E. English - Worker's Compensation Claim
Claim No.: 2-03-01887
Date of Injury: 1/30/03

Dear Ms. Nagano,

This letter is to confirm that we have been retained by Mr. Philip E. English to represent him in his Worker's Compensation Claim. Please forward all documents and correspondence regarding this matter to my attention at the above listed address.

Should you have any questions, please do not hesitate to contact me at 547 5447.

Thank you.

Very truly yours,

CASE BIGELOW & LOMBARDI

Roger S. Moseley

RSM\kmc
cc. Client

27505/1/344103

MEMBER OF LEX MUNDI, THE WORLD'S LEADING ASSOCIATION OF INDEPENDENT LAW FIRMS

PE 00884

## CASE BIGELOW & LOMBARDI
Suite 2600, Mauka Tower, Grosvenor Center
737 Bishop Street, Honolulu, Hawaii 96813
Telephone: (808) 547-5400; Fax: (808) 523-1888

**DELIVERY RECEIPT**

TO: Dept. of Labor / Disability Comp. Div.
830 Punchbowl St., # 209
Honolulu, HI 96813
Attn: Doris Nagami

DATE: _____
SENDER: _____
BILLING NO: _____

**DESCRIPTION**

See Letter to David Nagami [illegible]

☑ DOCUMENT
☐ OTHER

Messenger: _____  Received By: _____  Time: _____  Date: _____

PE 00885