# CASE BIGELOW & LOMBARDI
### A LAW CORPORATION

David F. Andrew
Michael L. Biehl
Daniel H. Case
James M. Cribley
Stacey W. E. Foy
Gregory M. Hansen
Frank T. Kanemitsu
Michael L. Lam
Alan K. Lau
Dennis M. Lombardi †

Michael R. Marsh
Roger S. Moseley
Ted N. Pettit, Ph.D.
Scott D. Redovich
Robert F. Schneider
Cathy Lee Sekiguchi
Steven E. Thomas
Eric H. Tsugawa
Gary L. Wixom

PACIFIC GUARDIAN CENTER, MAUKA TOWER
737 BISHOP STREET, SUITE 2600
HONOLULU, HAWAII 96813-3283

TELEPHONE (808) 547-5400
FACSIMILE (808) 523-1888
E-mail info@casebigelow.com
http://www.casebigelow.com

Claire E. Bender
Christopher J. Muzzi
Leila Rothwell Sullivan
Lauren R. Sharkey
Cathy L. Takase
Nancy J. Youngren

Of Counsel
Steven L. Rinesmith †
Counsel
Gary S. Kerwood

Bruce C. Bigelow (1946-2001)

† A Law Corporation

August 28, 2003

BY FAX AND HAND DELIVERY

Thomas Riddle
Workers' Compensation Administrator
City and County of Honolulu
550 South King Street
Honolulu, HI 96813

Re: Philip E. English, Workers Comp. Case No. 2-03-01887

Dear Mr. Riddle,

This office represents Philip English.

Thank you for sending the "report" from Dr. Kennedy with respect to Phil English. The version we received is 22 pages long and contains no signature page. You have represented to me that this report is the same as you received from Dr. Kennedy and you have asked her for the signature page. The way the report is written it is difficult to determine whether this is the full report or not. If, in fact, you are able to obtain additional parts of this report you are respectfully requested to produce them at the earliest possible time.

We would also request, pursuant to HRS Sec. 92F-23, that all personal records of Philip English be produced and copies provided to us. This request includes, but is not limited to:

1. all of the "Collateral Data" listed in Dr. Kennedy's July 30, 2003 report, as well as any related documents or records (such as notes, communications, evaluations, interviews and so forth);

2. all other documents or records referenced in Dr. Kennedy's July 30, 2003 report;

3. all of Dr. Kennedy's notes and records of interviews and investigations she conducted in preparing her July 30, 2003 report;

4. all "Confidential Workplace Violence Incident Reports" made against Mr. English by Chris Graff, Ann Gima, Julie Tamayori, or any other person;



27505\1\344390.1   MEMBER OF LEX MUNDI, THE WORLD'S LEADING ASSOCIATION   PE 00886

Thomas Riddle
August 28, 2003
Page 2

      5. all notes, interviews and any other documents or records related to any investigation of Mr. English conducted by Mike Golojuch or by any other City officer or employee (including but not limited to any investigations of "threatening and abusive behavior towards other employees" and "recent acts of insubordination and work performance issues");

      6. the March 12, 2003 interim investigation report submitted by Mr. Golojuch; and,

      7. any and all OSHA records and responses to OSHA by City officers or employees, or pertaining to Mr. English in any way.

      We would also like to acknowledge the settlement offer you made verbally yesterday for the worker's comp claim only. This offer consisted of a cash payment of $60,000, six months of continued treatment pursuant to an acceptable treatment plan, further treatment, if demonstrated to be necessary, and Mr. English's resignation from his job. Please let us know immediately if we have misstated the offer in any way. We are also a little curious as to why part of the proposed settlement includes Mr. English's resignation since the purpose of workers comp does not include the resolution of any other problems related to Mr. English's employment.

      This offer has been transmitted to Mr. English and we are in the process of evaluating the offer. You are well aware that Mr. English's financial situation continues to be dire, so the offer will receive serious and careful consideration. As part of the evaluation process, Mr. English's treating physician is being given Dr. Kennedy's report for comment and question. We anticipate this process will take the next several days, which will dictate the timing of our response to you.

      Thank you again for your efforts to objectively assist in the resolution of this matter. Your help is appreciated.

                                Very truly yours,

                                Roger S. Moseley

APPROVED:

Philip English

RSM\kmc
cc. Phil English

27505\1\344390.1

PE 00887

*[Page rotated 90°. Delivery receipt from Case Bigelow & Lombardi.]*

**CASE BIGELOW & LOMBARDI**
Suite 2600, Mauka Tower, Grosvenor Center
737 Bishop Street, Honolulu, Hawaii 96813
Telephone: (808) 547-5400; Fax: (808) 523-1888

**DELIVERY RECEIPT**

DATE: 8/28/03
SENDER: [illegible]
BILLING NO: [illegible]

TO:
Thomas Riddle
- Workers' Compensation Administrator
- City and County of Honolulu
- 550 South King Street
- Honolulu, HI 96813

DESCRIPTION:
☒ DOCUMENT — letter dtd 8/28/03
☐ OTHER — doc #344,396.1

Received By: Nealani Bilis
Messenger: [signature]    Time: [blank]    Date: 8/28/03

PE 00888