# CASE BIGELOW & LOMBARDI
# Fax Memorandum

737 BISHOP STREET
SUITE 2600
HONOLULU, HAWAII 96813
DIRECT LINE: (808) 547-5447

From: **Roger S. Moseley**
(Kathleen Chrismer, Ass't)
Fax:  (808) 523-1888
File:  27505-2
Date:  September 15, 2003

To:  Joyce Leto
Fax:  (515) 557-7158
Pages:  3
Re:  Philip English
Acct:  48252571

This communication contains confidential and privileged information. It is exempt from disclosure under applicable law. If you receive it in error, please contact the Sender immediately to arrange for its return. No other use or dissemination of this communication is authorized.

Per your request we are providing the attached Statement of Attending Physician.

Original will not follow

RSM:kmc

27505/2/346791



PE 00892

MAC # F4030-064
800 Walnut Street
Des Moines, IA 50309-3636

# CENTURION LIFE INSURANCE COMPANY

800-903-7306

0000002
MR PHILIP E ENGLISH
1741 ALA MOANA BLVD 22
HONOLULU, HI 96815-1429

July 20, 2003

RE:  Insured's Name  - MR PHILIP E ENGLISH
     Policy Number   - 48252571
     Claim Number    - 00123714011
     Branch Number   - 0050

Dear Mr English,

This will acknowledge receipt of the statement on behalf of the captioned insured for disability benefits. In reviewing the statement submitted, we find it necessary to request additional information as indicated below:

Please complete or have the appropriate individual complete the requested section(s) or information.

\_\_\_\_ Doctor's Statement 1181 Continuous Claim Form
✓ Doctor's Statement 1172 Initial Claim Form *completed by prior doctor*
\_\_\_\_ First Date of Total Disability from doctor
\_\_\_\_ Treatment Dates from _____ to _____
\_\_\_\_ List of the insured's restrictions
\_\_\_\_ Customer's Statement 1172 Initial Claim Form
\_\_\_\_ Employer's Statement 1171 Claim Form
\_\_\_\_ Work and Education History Form

Wells Fargo Financial will provide the following.

\_\_\_\_ Insurance Statement
\_\_\_\_ Note & Security Agreement

Please submit the requested information to the Wells Fargo Financial office or mail it directly to us at the address above.

Thank You.

Sincerely,

*Tena Vasquez*
Tena Vasquez     *Joyce Leto  Handling Claim*

PE 00893

069

**Statement of Insured (continued)**

Treatment: Names and addresses of all doctors who have treated you for this illness or injury.

Name

Address _____  Telephone No. ( )

Date of first treatment:

Name

Address _____  Telephone No. ( )

Date of first treatment:

First date you were entirely away from work due to current injury or illness (month/day/year):

Have you returned to part-time or full-time work? ☐ Yes ☐ No   If yes, give date (month/day/year):

Have you or are you now receiving any of the following benefits?
☐ Workmen's Compensation   ☐ State Unemployment   ☐ Social Security
If yes, on what date did these benefits begin (month/day/year)?

**PLEASE HAVE YOUR ATTENDING PHYSICIAN COMPLETE THIS SECTION**

**Statement of Attending Physician** (Please answer all questions)

Patient's Full Name (last, first, middle): English, Philip

Describe diagnosis/disability: major depression

Please advise the CAUSE of disability: work related

Is condition due to pregnancy? ☐ Yes ☒ No   If yes, were there complications? ☐ Yes ☐ No

Is this disability directly related to a previous medical condition? ☐ Yes ☒ No

If yes, please give date and physician names if known:

When did current symptoms appear or accident happen? 2/12/03

When did patient first consult you about the condition (month/day/year)? 01/30/03

List all dates of treatment for this disability: 01/30/03, 2/27/03, 3/10/03, 3/13/03, 3/24/03, 3/27/03, 6/26/03, 08/18/03

Is patient disabled from performing his/her normal occupation? ☒ Yes ☐ No

Is patient disabled from performing any occupation or performing any work for compensation or profit? ☒ Yes ☐ No

If no, please list all restrictions:

First date of disability (month/day/year): 2/28/03

Date patient able to return to work: If unable to give specific release date, please estimate: ☐ 1-3 months ☐ 4-6 months ☐ 7-9 months ☐ 10-12 months

How would you qualify the patient? ☐ permanently disabled ☐ temporarily disabled

Name(s) of other attending physician(s):

Date 08/18/2003   Physician's Signature: [signature]

Physician's Name (please print or type): J.E. LOVE INTERNAL MEDICINE

Address: Kaiser Permanente Honolulu Clinic, 1010 Pensacola Street, Honolulu, Hawaii 96814

Telephone ( ) (808)432-2300   Fax ( ) (808)432-2391

HI-1172-0603

```
*** Transmission Result Report ( Sep. 15. 2003  9:31AM ) ***

                                             T T I    C. B. & L. /2 (808) 523-1888

  ite   Mode   Option              Address (Group)          Result           Page
-------------------------------------------------------------------------------------
  2220  SAF_TX                     15155577158              OK               P. 3/3
```

Reason for Error
1) Hang up or line fail      2) Busy
3) No answer                 4) No facsimile connection

---

# CASE BIGELOW & LOMBARDI
## Fax Memorandum

737 BISHOP STREET
SUITE 2600
HONOLULU, HAWAII 96813
DIRECT LINE: (808) 547-5447

From: **Roger S. Moseley**
(Kathleen Chrismer, Ass't)
Fax: (808) 523-1888
File: 27505-2
Date: September 15, 2003

To: Joyce Leto
Fax: (515) 557-7158
Pages: 3
Re: Philip English
Acct: 48252571

This communication contains confidential and privileged information. It is exempt from disclosure under applicable law. If you receive it in error, please contact the Sender immediately to arrange for its return. No other use or dissemination of this communication is authorized.

---

Per your request we are providing the attached Statement of Attending Physician.

PE 00895