# CASE BIGELOW & LOMBARDI
### A LAW CORPORATION

David R. Andrew
Michael L. Biehl
Daniel H. Case
James M. Cribley
Stacey W.E. Foy
Gregory M. Hansen
Frank T. Kanemitsu
Michael L. Lam
Alan K. Lau
Dennis M. Lombardi †

Michael R. Marsh
Roger S. Moseley
Ted N. Pettit, Ph.D.
Scott D. Radovich
Robert F. Schneider
Cathy Lee Sekiguchi
Steven E. Thomas
Eric H. Tsugawa
Gary L. Wixom

PACIFIC GUARDIAN CENTER, MAUKA TOWER
737 BISHOP STREET, SUITE 2600
HONOLULU, HAWAII 96813-3283

TELEPHONE: (808) 547-5400
FACSIMILE: (808) 523-1888
E-mail: info@casebigelow.com
http://www.casebigelow.com

Claire E. Bender
Christopher J. Muzzi
Leila Rothwell Sullivan
Lauren R. Sharkey
Cathy L. Takase
Nancy J. Youngren

Of Counsel:
Steven L. Rinesmith †
Counsel:
Gary S. Kerwood

Bruce C. Bigelow (1946-2001)
† A Law Corporation

September 16, 2003

<u>BY FAX AND HAND DELIVERY</u>
808/527-6782

Thomas Riddle
Workers' Compensation Administrator
City and County of Honolulu
550 South King Street
Honolulu, HI 96813

Re: Philip E. English, Workers Comp. Case No. 2-03-01887

Dear Mr. Riddle,

This is in follow up to our letter of August 28, 2003. You have neither provided us with access to or copies of the records requested, nor have you provided us, within the same ten-day period, a written explanation of unusual circumstances causing the delay in producing these records. Although arguably you may have had fifteen days to produce such records under HRS Sec. 386-96(d), that deadline has also passed.

Again, we have requested the following information:

1. all of the "Collateral Data" listed in Dr. Kennedy's July 30, 2003 report, as well as any related documents or records (such as notes, communications, evaluations, interviews and so forth);

2. all other documents or records referenced in Dr. Kennedy's July 30, 2003 report;

3. all of Dr. Kennedy's notes and records of interviews and investigations she conducted in preparing her July 30, 2003 report;

4. all "Confidential Workplace Violence Incident Reports" made against Mr. English by Chris Graff, Ann Gima, Julie Tamayori, or any other person;

5. all notes, interviews and any other documents or records related to any investigation of Mr. English conducted by Mike Golojuch or by any other City officer or employee (including but not limited to any investigations of "threatening and abusive behavior towards other employees" and "recent acts of insubordination and work performance issues");


DEFENDANT'S EXHIBIT 3219

27505\2\346757.1   MEMBER OF LEX MUNDI, THE WORLD'S LEADING ASSOCIATION OF INDEP

PE 00896

Thomas Riddle
September 16, 2003
Page 2

      6. the March 12, 2003 interim investigation report submitted by Mr. Golojuch; and,

      7. any and all OSHA records and responses to OSHA by City officers or employees, or pertaining to Mr. English in any way.

In addition to these items we request disclosure of amounts paid to, or owed to, Dr. Kennedy for her evaluation and report with respect to the claims of Mr. English.

Thank you for your anticipated cooperation.

Very truly yours,

Roger S. Moseley

Philip English

RSM\kmc
cc. Phil English

27505\1\346757.1

PE 00897



CASE BIGELOW & LOMBARDI
Suite 2600, Mauka Tower, Grosvenor Center
737 Bishop Street, Honolulu, Hawaii 96813
Telephone: (808) 547-5400; Fax: (808) 523-1888

**RUSH**

DELIVERY RECEIPT
8:30 am

TO: Thomas Riddle
Workers' Compensation Administrator
530 South King Street
Honolulu, HI 96813

DATE: 9/11/03
SENDER: RSM
BILLING NO: 27?? 2

DESCRIPTION

☑ DOCUMENT  Courtesy copy dated 9/10/03 - docs # 346,75?!
☐ OTHER

Messenger     Received By: Cathew N??     Time:     Date:

```
*** Transmission Result Report ( Sep. 16. 2003  3:34PM ) ***

                                              T T I    C. M. B. & L. /2  (808) 523-1888
  ..le   Mode   Option         Address (Group)            Result           Page
  2278   SAF_TX                   5276782                   OK             P. 2/2




  ------------------------------------------------------------------------------------
  Reason for Error
    1) Hang up or line fail           2) Busy
    3) No answer                      4) No facsimile connection
```

# CASE BIGELOW & LOMBARDI
## A LAW CORPORATION

PACIFIC GUARDIAN CENTER, MAUKA TOWER
737 BISHOP STREET, SUITE 2600
HONOLULU, HAWAII 96813-3283

TELEPHONE: (808) 547-5400
FACSIMILE: (808) 523-1888
E-mail: info@casebigelow.com
http://www.casebigelow.com

David E. Andrew
Michael L. Biehl
Daniel H. Case
James M. Cribley
Stacey W.E. Foy
Gregory M. Hansen
Frank T. Kanemitsu
Michael L. Lam
Alan K. Lau
Dennis M. Lombardi †

Michael R. Marsh
Roger S. Moseley
Ted N. Pettit, Ph.D.
Scott B. Radovich
Robert F. Schneider
Cathy Lee Sekiguchi
Steven E. Thomas
Eric H. Tsugawa
Gary L. Wixom

Claire E. Bender
Christopher J. Muzzi
Leila Rothwell Sullivan
Lauren R. Sharkey
Cathy L. Takase
Nancy J. Youngren

Of Counsel:
Steven L. Ringwalt †
Counsel:
Gary S. Kanwood

Bruce C. Bigelow (1946-2001)
† A Law Corporation

September 16, 2003

**BY FAX AND HAND DELIVERY**
808/527-6782

Thomas Riddle
Workers' Compensation Administrator
City and County of Honolulu
550 South King Street
Honolulu, HI 96813

Re: Philip E. English, Workers Comp. Case No. 2-03-01887

Dear Mr. Riddle,

PE 00899

This is in follow up to our letter of August 28, 2003. You have neither provided us with access to or copies of the records requested, nor have you provided us, within the same ten-day period, a written explanation of unusual circumstances causing the delay in producing these records. Although arguably you may have had fifteen days to