# CASE BIGELOW & LOMBARDI
A LAW CORPORATION

PACIFIC GUARDIAN CENTER, MAUKA TOWER
737 BISHOP STREET, SUITE 2600
HONOLULU, HAWAII 96813-3283

TELEPHONE: (808) 547-5400
FACSIMILE: (808) 523-1888
E-mail: info@casebigelow.com
http://www.casebigelow.com

David F. Andrew
Michael L. Biehl
Daniel H. Case
James M. Cribley
Stacey W.E. Foy
Gregory M. Hansen
Frank T. Kanemitsu
Michael L. Lam
Alan K. Lau
Dennis M. Lombardi †

Michael A. Marsh
Roger S. Moseley
Ted N. Pettit, Ph.D.
Scott D. Radovich
Robert F. Schneider
Cathy Lee Sekiguchi
Steven E. Thomas
Eric H. Tsugawa
Gary L. Wixom

Claire E. Bender
Christopher J. Muzzi
Leila Rothwell Sullivan
Lauren R. Sharkey
Cathy L. Takase
Nancy J. Youngren

Of Counsel:
Steven L. Rinesmith *
Counsel:
Gary S. Kerwood

Bruce C. Bigelow (1946-2001)

† A Law Corporation

October 2, 2003

<u>BY FAX AND HAND DELIVERY</u>
808/527-6782

Thomas Riddle
Workers' Compensation Administrator
City and County of Honolulu
550 South King Street
Honolulu, HI 96813

Re: <u>Philip E. English, Workers Comp. Case No. 2-03-01887</u>

Dear Mr. Riddle,

This is a settlement offer and is made pursuant to Rule 408, *Hawaii Rules of Evidence*.

As you have not provided us with the documents we have repeatedly requested, we are unable to completely evaluate your settlement offer of $60,000. However, presuming that there is nothing in those documents, which would materially affect the settlement value of this case, we hereby offer to settle this claim as follows (subject, of course to any necessary governmental approvals):

1. The City will pay Mr. English the lump sum amount of $175,000;

2. The City will provide Mr. English with an additional one year of treatment according to a plan devised by his Kaiser providers;

3. The City will pay for additional treatment, deemed necessary, if any, by Mr. English's Kaiser providers after the initial one-year period;

4. This settlement is for claims of Mr. English against the City under the worker's compensation laws only;

5. The City will pay appropriate reimbursement to Kaiser for services previously provided as a result of Mr. English's workers compensation injury;



27505\2\349185.1   MEMBER OF LEX MUNDI, THE WORLD'S LEADING ASSOCIATION OF

PE 00912

Thomas Riddle
October 2, 2003
Page 2

    6. The City will pay any required reimbursement of TDI payments made to Mr. English; and

    7. Mr. English will not be required to resign from his job and will be allowed to remain on the City's employment rolls in the same manner, and for the same duration, and subject to the same rights and procedures, as any other employee injured on the job.

This offer will remain open until noon on Friday, October 10, 2003.

By making this offer we are not relieving you of the responsibility to supply the information repeatedly requested earlier.

If you have any questions, please do not hesitate to call me directly at 547 5447.

Thank you for your anticipated timely response.

                            Very truly yours,

                            Roger S. Moseley

Approved:

Philip English

RSM\kmc
cc. Phil English

27505\1\349185.1                                                                                   PE 00913

```
* * * Transmission Result Report ( Oct. 2. 2003 4:24PM ) * * *
                                                       T T I    C. M. B. & L. /2  (808) 523-1888

File  Mode    Option                    Address (Group)                 Result         Page
----------------------------------------------------------------------------------------------
2305  SAF_TX                            5276782                         OK             P. 2/2




                          Reason for Error
                            1) Hang up or line fail              2) Busy
                            3) No answer                         4) No facsimile connection
```

# CASE BIGELOW & LOMBARDI
### A LAW CORPORATION

PACIFIC GUARDIAN CENTER, MAUKA TOWER
737 BISHOP STREET, SUITE 2600
HONOLULU, HAWAII 96813-3283

TELEPHONE: (808) 547-5400
FACSIMILE: (808) 523-1888
E-mail: info@casebigelow.com
http://www.casebigelow.com

October 2, 2003

**BY FAX AND HAND DELIVERY**
808/527-6782

Thomas Riddle
Workers' Compensation Administrator
City and County of Honolulu
550 South King Street
Honolulu, HI  96813

Re: Philip E. English, Workers Comp. Case No. 2-03-01887

Dear Mr. Riddle,

PE 00914

This is a settlement offer and is made pursuant to Rule 408, *Hawaii Rules of*