DEPARTMENT OF THE CORPORATION COUNSEL
CITY AND COUNTY OF HONOLULU



November 7, 2003

Roger S. Moseley, Esq.
Case Bigelow & Lombardi
Pacific Guardian Center
Mauka Tower, Suite 2600
737 Bishop Street
Honolulu, Hawaii  96813

Dear Mr. Moseley:

    Re:  Claimant: Philip E. English
         D/A:      January 30, 2003
         Case No.  2-03-01887
         Employer: City and County of Honolulu,
                   <u>Budget and Fiscal Services</u>

    As you are aware, the Department of the Corporation Counsel has taken over the representation of the Department of Budget and Fiscal Services, City and County of Honolulu ("City"), with respect to the above-referenced matter.  Accordingly, please note our appearance on all documents, including hearing notices, and direct all future correspondence and communications regarding this matter to the undersigned.

    This is to confirm our telephone conversation wherein I informed you that notwithstanding the denial of your client's January 30, 2003 workers' compensation claim, the City has agreed to voluntarily provide Mr. Philip E. English with weekly indemnity benefits effective October 1, 2003.  Please be advised that the



PE 00917

Roger S. Moseley, Esq.
Page 2
November 7, 2003

City reserves any and all rights it has under Hawaii Revised Statutes ("HRS") Chapter 386 concerning said payments, including but not limited to seeking a credit and/or order of reimbursement under HRS Section 386-52.

Please feel free to call me at 523-4274 should you have any questions regarding this matter.

Very truly yours,

PAUL K. W. AU
Deputy Corporation Counsel

PKWA:gg

cc:  Disability Compensation Division
     Sharon Maeda
        Department of Human Resources

L-MOSELEY1





Roger S. Moseley, Esq.
Case Bigelow & Lombardi
Pacific Guardian Center
Mauka Tower, Suite 2600
737 Bishop Street
Honolulu, Hawaii 96813

PAUL K.W. AU
DEPARTMENT OF THE CORPORATION COUNSEL
**CITY AND COUNTY OF HONOLULU**
530 SOUTH KING STREET, ROOM 110
HONOLULU, HAWAII 96813

PE 00919