DEPARTMENT OF THE CORPORATION COUNSEL

# CITY AND COUNTY OF HONOLULU

530 SOUTH KING STREET, ROOM 110, HONOLULU, HAWAII 96813
FAX NUMBER: (808) 523-4583

JEREMY HARRIS
MAYOR



DAVID Z. ARAKAWA
CORPORATION COUNSEL

FIRST DEPUTY CORPORATION COUNSEL

## FACSIMILE TRANSMITTAL SHEET

DATE:                    NOVEMBER 12, 2003

TO:                      ROGER S. MOSELEY, ESQ.

ORGANIZATION/OFFICE:     CASE BIGELOW & LOMBARDI

FAX TELEPHONE:           523-1888

FROM:                    PAUL K. W. AU
                         DEPUTY CORPORATION COUNSEL

TELEPHONE:               523-4274

TOTAL NUMBER OF PAGES INCLUDING THIS COVER SHEET:    4

IF YOU EXPERIENCE DIFFICULTY IN RECEIVING THIS TRANSMISSION, OR YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE CALL MICHELLE AT 527-5387.

MESSAGE:



PE 00920

DEPARTMENT OF THE CORPORATION COUNSEL
# CITY AND COUNTY OF HONOLULU
530 SOUTH KING STREET, ROOM 110 • HONOLULU, HAWAII 96813
TELEPHONE: (808) 523-4859 • FAX: (808) 523-4583 • INTERNET: www.co.honolulu.hi.us

JEREMY HARRIS
MAYOR



DAVID Z. ARAKAWA
CORPORATION COUNSEL

November 12, 2003

Roger S. Moseley, Esq.
Case Bigelow & Lombardi
Pacific Guardian Center
Mauka Tower, Suite 2600
737 Bishop Street
Honolulu, Hawaii 96813

Dear Mr. Moseley:

Re: Claimant: Philip E. English
　　D/A:　　　January 30, 2003
　　Case No. 2-03-01887
　　Employer: City and County of Honolulu,
　　　　　　　Budget and Fiscal Services

　　This follows our telephone conversation of November 7, 2003. As discussed, I have been authorized to settle the above-referenced case on the following terms and conditions:

　　1. The City will accept compensability for Mr. English's January 30, 2003 workers' compensation claim for which he has been diagnosed with major depression and anxiety.

　　2. The nature of the injury will be described as job disatisfaction, difficulties at work and discord with co-workers and supervisors.

PE 00921

Roger S. Moseley, Esq.
Page 2
November 12, 2003

    3.    Mr. English will resign from his employment with the City and County of Honolulu, Department of Budget and Fiscal Services ("BFS") effective upon his execution of the settlement agreement in this case.

    4.    The January 30, 2003 claim will be resolved on a full wash basis, *i.e.* Mr. English will be releasing all future workers' compensation benefits. In addition, Mr. English will release the City and County of Honolulu from any and all workers' compensation claims arising out of the course and scope of his employment with BFS. This is to ensure that another similar psychic claim with a different date is not asserted against the City and County of Honolulu. These are the only claims against the City which are being released by your client.

    5.    In exchange for the foregoing, the City will pay Mr. English the lump sum of EIGHTY-FIVE THOUSAND AND NO/100 DOLLARS ($85,000.00) minus the amount of voluntary temporary total disability benefits which he is currently receiving.

    6.    The City and County of Honolulu's rights and remedies under Hawaii Revised Statutes Section 386-8 are expressly reserved.

    This letter and its contents are being provided to you in the spirit of compromise and all of the City's rights and remedies, including those under Rule 408 of the Hawaii Rules of Evidence, are expressly reserved. Please be advised that unless accepted by your client, this offer will automatically expire at the close of business on November 21, 2003.

PE 00922

Roger S. Moseley, Esq.
Page 3
November 12, 2003

    Please feel free to call me at 523-4274 should you have any questions regarding the foregoing.

                        Very truly yours,

                        PAUL K. W. AU
                        Deputy Corporation Counsel

PKWA:ml

cc:  Sharon Maeda
     Department of Human Resources

L-MOSELEY2

PE 00923

DEPARTMENT OF THE CORPORATION COUNSEL
CITY AND COUNTY OF HONOLULU



November 12, 2003


Roger S. Moseley, Esq.
Case Bigelow & Lombardi
Pacific Guardian Center
Mauka Tower, Suite 2600
737 Bishop Street
Honolulu, Hawaii  96813

Dear Mr. Moseley:

    Re:  Claimant: Philip E. English
         D/A:     January 30, 2003
         Case No.  2-03-01887
         Employer: City and County of Honolulu,
                  Budget and Fiscal Services

    This follows our telephone conversation of November 7, 2003.  As discussed, I have been authorized to settle the above-referenced case on the following terms and conditions:

    1.   The City will accept compensability for Mr. English's January 30, 2003 workers' compensation claim for which he has been diagnosed with major depression and anxiety.

    2.   The nature of the injury will be described as job disatisfaction, difficulties at work and discord with co-workers and supervisors.

PE 00924

Roger S. Moseley, Esq.
Page 2
November 12, 2003

    3.   Mr. English will resign from his employment with the City and County of Honolulu, Department of Budget and Fiscal Services ("BFS") effective upon his execution of the settlement agreement in this case.

    4.   The January 30, 2003 claim will be resolved on a full wash basis, *i.e.* Mr. English will be releasing all future workers' compensation benefits. In addition, Mr. English will release the City and County of Honolulu from any and all workers' compensation claims arising out of the course and scope of his employment with BFS. This is to ensure that another similar psychic claim with a different date is not asserted against the City and County of Honolulu. These are the only claims against the City which are being released by your client.

    5.   In exchange for the foregoing, the City will pay Mr. English the lump sum of EIGHTY-FIVE THOUSAND AND NO/100 DOLLARS ($85,000.00) minus the amount of voluntary temporary total disability benefits which he is currently receiving.

    6.   The City and County of Honolulu's rights and remedies under Hawaii Revised Statutes Section 386-8 are expressly reserved.

    This letter and its contents are being provided to you in the spirit of compromise and all of the City's rights and remedies, including those under Rule 408 of the Hawaii Rules of Evidence, are expressly reserved. Please be advised that unless accepted by your client, this offer will automatically expire at the close of business on November 21, 2003.

Roger S. Moseley, Esq.
Page 3
November 12, 2003


    Please feel free to call me at 523-4274 should you have any questions regarding the foregoing.

                       Very truly yours,

                       PAUL K. W. AU
                       Deputy Corporation Counsel

PKWA:ml

cc:  Sharon Maeda
      Department of Human Resources

L-MOSELEY2

PE 00926

PAUL KW. AU
DEPARTMENT OF THE CORPORATION COUNSEL
**CITY AND COUNTY OF HONOLULU**
530 SOUTH KING STREET, ROOM 110
HONOLULU, HAWAII 96813

Roger S. Moseley, Esq.
Case Bigelow & Lombardi
Pacific Guardian Center
Mauka Tower, Suite 2800
737 Bishop Street
Honolulu, Hawaii 96813





PE 00927