| | |
|---|---|
| Claimant<br>PHILIP E ENGLISH<br>1741 ALA MOANA BLVD UNIT 22<br>HONOLULU, HI 96815 | <br>STATE OF HAWAII<br>DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS<br>DISABILITY COMPENSATION DIVISION<br>830 Punchbowl Street<br>Room 209<br>Honolulu, HI 96813 |
| Employer<br>CITY & COUNTY OF HONOLULU<br>BUDGET AND FISCAL SERVICES | Phone 586-9164 |
| Carrier<br>CITY & COUNTY OF HONOLULU<br>DEPT OF HUMAN RESOURCES<br>CITY HALL ANNEX<br>HONOLULU HI 96813 | # NOTICE OF HEARING<br><br>Case No. - 20301887<br>Date of Accident - 01/30/2003 |
| ROGER S MOSELEY ESQ<br>PAC GUARDIAN CTR MAUKA TOWER<br>737 BISHOP ST STE 2600<br>HONOLULU HI 96813-3283 | A hearing on this matter is scheduled<br>to be held on:<br>01/14/2004 at 02:00 PM<br><br>Hearing officer: Davidson<br><br>**Purposes**<br>To determine whether claim is compensable<br>Other issues as appropriate<br><br>Other |

Failure of any party to attend this hearing may result in decision being issued based on information on file.
If you require special needs (i.e. large print, sign language interpreter, etc.) call our office at least 10 days before the hearing.

**DISABILITY COMPENSATION DIVISION**

Date 11/14/2003        By: Janet Isono
(11/99)



PE 00928

**STATE OF HAWAII**
**DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS**
**DISABILITY COMPENSATION DIVISION**
P.O. BOX 3769
HONOLULU, HAWAII 96812-3769

PE 00929