| | |
|---|---|
| Claimant<br>PHILIP E ENGLISH<br>1741 ALA MOANA BLVD UNIT 22<br>HONOLULU, HI 96815 | <br>STATE OF HAWAII<br>DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS<br>DISABILITY COMPENSATION DIVISION<br>830 Punchbowl Street<br>Room 209<br>Honolulu, HI 96813 |
| Employer<br>CITY & COUNTY OF HONOLULU<br>BUDGET AND FISCAL SERVICES | |
| Carrier<br>CITY & COUNTY OF HONOLULU<br>DEPT OF HUMAN RESOURCES<br>CITY HALL ANNEX<br>HONOLULU HI 96813 | Phone 586-9164<br>AMENDED<br># NOTICE OF HEARING |

Case No. - 20301887
Date of Accident - 01/30/2003

A hearing on this matter is scheduled
to be held on:
**01/14/2004 at 02:00 PM**

ROGER S MOSELEY ESQ
PAC GUARDIAN CTR MAUKA TOWER
737 BISHOP ST STE 2600
HONOLULU HI 96813-3283

**Hearing officer:** Davidson

**Purposes**
To determine whether claim is compensable
Other issues as appropriate

**Other**
NOTE: Notice amended to include employer's representative.

PAUL KW AU ESQ
CITY & COUNTY OF HONOLULU
DEPT OF THE CORPORATION
COUNSEL
530 S KING ST RM 110
HONOLULU HI 96813

**DEFENDANT'S EXHIBIT 331**

Failure of any party to attend this hearing may result in decision being issued based on information on file.
If you require special needs (i.e. large print, sign language interpreter, etc.) call our office at least 10 days before the hearing.

DISABILITY COMPENSATION DIVISION

Dated 11/24/2003
WC-7 (11/99)

By: Janet Isono

PE 00993