CASE BIGELOW & LOMBARDI
A LAW CORPORATION

Pacific Guardian Center
Mauka Tower
737 Bishop Street, Suite 2600
Honolulu, Hawaii 96813

Tel: (808) 547-5400
Fax: (808) 523-1888

# FAX TRANSMITTAL

Date: 1-13-04

Time sent: _____ ☐ A.M. ☐ P.M.

To: Maxine

From: Roger Moseley
Direct Line: 547 5447

Fax No.:

Pages: 2

Re: Phil English
Claim No. 2-03-01887
Hearing Date: Jan 14, 2004 - 2:00 P.M.

File No.:

**PLEASE CALL THE DIRECT TELEPHONE NUMBER OF THE SENDER OR (808) 547-5400 FOR ANY MISSING OR ILLEGIBLE PAGES OR IN HAVING DIFFICULTY RECEIVING OUR TRANSMISSION.**

This communication contains confidential and privileged information. It is exempt from disclosure under applicable law. If you received it in error, please notify the sender immediately by telephone or fax and return the original by mail.

## MESSAGE



DEFENDANT'S EXHIBIT 3314

PE 01017

# CASE BIGELOW & LOMBARDI
### A LAW CORPORATION

PACIFIC GUARDIAN CENTER, MAUKA TOWER
737 BISHOP STREET, SUITE 2600
HONOLULU, HAWAII 96813-3283

TELEPHONE: (808) 547-5400
FACSIMILE: (808) 523-1888
E-mail: info@casebigelow.com
http://www.casebigelow.com

David F. Andrew
Michael L. Biehl
Daniel H. Case
James M. Cribley
Stacey W. E. Foy
Gregory M. Hansen
Frank T. Kanemitsu
Michael L. Lam
Alan K. Lau
Dennis M. Lombardi †

Michael R. Marsh
Roger S. Moseley
Ted N. Pettit, Ph.D.
Scott D. Radovich
Robert F. Schneider
Steven E. Thomas
Eric H. Tsugawa
Gary L. Wixom
Nancy J. Youngren

Claire E. Bender
Christopher J. Muzzi
Leila Rothwell Sullivan
Lauren R. Sharkey
Cathy L. Takase
Counsel:
Gary S. Kenwood

Of Counsel:
Rinesmith & Sekiguchi LLLC

Bruce C. Bigelow (1946-2001)

† A Law Corporation

January 13, 2004

<u>BY FAX AND HAND DELIVERY</u>
808/586-9219

Disability Compensation Division
Hearings Branch
Department of Labor and Industrial Relations
State of Hawaii
830 Punchbowl Street, Rm. 209
Honolulu, Hawaii 96813

Re: <u>Philip E. English, Worker's Comp. Case No. 2-03-01887</u>
    Hearing Date: January 14, 2004, 2:00 P.M.

Dear Sir or Madam,

We respectfully request that the above referenced hearing be canceled. We have settled this matter and all that remains is to agree on the final form of the settlement documents and submission to DILR for approval.

Mr. Paul Au, Deputy Corporation Counsel assigned to this case, is in agreement with this request.

Thank you very much for your kind assistance in this matter.

Very truly yours,

Roger S. Moseley

RSM\kmc
cc. Phil English
    Paul Au, Esq.

27505\2\3600047.1

PE 01018

MEMBER OF LEX MUNDI, THE WORLD'S LEADING ASSOCIATION OF INDEPENDENT LAW FIRMS



CASE BIGELOW & LOMBARDI
Suite 2600, Mauka Tower, Grosvenor Center
737 Bishop Street, Honolulu, Hawaii 96813
Telephone: (808) 547-5400; Fax: (808) 523-1888

10:06 A
DELIVERY RECEIPT

TO: Disability Comp. Div. Hearing Branch
830 Punchbowl St., Rm 209
Hon HI 96813

DATE: 1/14/04
SENDER: PM
BILLING NO: 27505-3

DESCRIPTION: letter dated 1/13/04 re: 3000471

☑ DOCUMENT
☐ OTHER

Received By: N.A. Deeb
Messenger: [signature]

Date: [signature]
Time:

PE 01019



PE 01020

```
*** Transmission Result Report ( Jan. 13. 2004  5:30PM ) ***

                                              T T I    C. M. B. & L. /2  (908) 523-1888

File  Mode    Option         Address (Group)            Result           Page
-----------------------------------------------------------------------------------
5451  SAF_TX                 5869219                    OK               P. 2/2




Reason for Error
  1) Hang up or line fail            2) Busy
  3) No answer                       4) No facsimile connection
```

Pacific Guardian Center
Mauka Tower
737 Bishop Street, Suite 2600
Honolulu, Hawaii 96813

# CASE BIGELOW & LOMBARDI
### A LAW CORPORATION

Tel: (808) 547-5400
Fax: (808) 523-1888

## FAX TRANSMITTAL

Date: 1-13-04

Time sent: _____  ☐ A.M.  ☐ P.M.

To: Maxine

From: Roger Moseley
Direct Line: 547 5447

Fax No.:

Pages: 2

Re: Phil English
    Claim No. 2-03-01887
    Hearing Date: Jan 14, 2004 · 2:00 P.M.

File No.:

---

**PLEASE CALL THE DIRECT TELEPHONE NUMBER OF THE SENDER OR (808) 547-5400 FOR ANY MISSING OR ILLEGIBLE PAGES OR IN HAVING DIFFICULTY RECEIVING OUR TRANSMISSION.**

This communication contains confidential and privileged information. It is exempt from disclosure under applicable law. If you received it in error, please notify the sender immediately by telephone or fax and return the original by mail.