# CASE BIGELOW & LOMBARDI
### A LAW CORPORATION

David F. Andrew
Michael L. Biehl
Daniel H. Case
James M. Cribley
Stacey W.E. Foy
Gregory M. Hansen
Frank T. Kanemitsu
Michael L. Lam
Alan K. Lau
Dennis M. Lombardi,†

Michael R. Marsh
Roger S. Moseley
Ted N. Pettit, Ph.D.
Scott D. Radovich
Robert F. Schneider
Cathy Lee Sekiguchi
Steven E. Thomas
Eric H. Tsugawa
Gary L. Wixom

PACIFIC GUARDIAN CENTER, MAUKA TOWER
737 BISHOP STREET, SUITE 2600
HONOLULU, HAWAII 96813-3283

TELEPHONE: (808) 547-5400
FACSIMILE: (808) 523-1888
E-mail: info@casebigelow.com
http://www.casebigelow.com

Claire E. Bender
Christopher J. Muzzi
Lauren R. Sharkey
Leda Rothwell Sullivan
Cathy L. Takase
Nancy J. Youngren

Of Counsel:
Steven L. Rinesmith†
Counsel:
Gary S. Kerwood

Bruce C. Bigelow (1946-2001)

† A Law Corporation

## LETTER OF TRANSMITTAL

**To:** Paul K. W. Au, Esq.
Department of the Corporation Counsel
530 S. King Street, Rm. 110
Honolulu, Hawaii 96813

**Date:** January 20, 2004

**Re:** Philip English
W.C. Case No. 2-03-01887

**Our File:** 27505-2

I am sending you (**XX**) attached (   ) under separate cover the following:

3 Original – Compromise, Settlement and Release Agreement

(   ) For your information and files
(   ) For review and comment
(   ) For correction
(   ) For distribution
(XX) Per your request
(   ) Per our agreement
(   ) Per our conversation
(   ) Approved
(   ) Approved as noted

(   ) For necessary action
(   ) For signature in BLACK INK and return
(   ) For filing
(   ) Check enclosed to cover Filing or recording fee $_____
(   ) For payment
(   ) Disapproved
(   ) See remarks below

**REMARKS:**

Enclosed are 3 original Compromise, Settlement and Release Agreement documents signed by Philip English and Roger Moseley.

*Kathl[signature]*
Kathleen Chrismer, Assistant for
ROGER S. MOSELEY

RSM:kmc


DEFENDANT'S EXHIBIT 3316

27505/2/354852.2

PE 01074

## CASE BIGELOW & LOMBARDI
Suite 2600, Mauka Tower, Grosvenor Center
737 Bishop Street, Honolulu, Hawaii 96813
Telephone: (808) 547-5400; Fax: (808) 523-1888

**DELIVERY RECEIPT**    3:00 pm

TO: Paul Au, Esq.
530 S. King St. #110
Hon HI 96813

DATE: 1/20/04
SENDER: RSM Kinc
BILLING NO: _____

| DESCRIPTION |
|---|
| Settlement Agreement (3 pg) |

Received By: _J. Goto_    Date: 1/20/04

Messenger: _____    Time: _____    Date: _____

☑ DOCUMENT
☐ OTHER

PE 01075