

**STATE OF HAWAII**
**DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS**
**DISABILITY COMPENSATION DIVISION**
**AND**
**LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD**

## REQUEST FOR APPROVAL OF ATTORNEY'S FEE

Notice is hereby given to the Director of Labor and Industrial Relations and/or the Labor and Industrial Relations Appeals Board that the undersigned performed the following services as counsel for claimant(s):
__Philip E. English__

Case No. __2-03-01887__

| | D.C. DIVISION HOURS | APPEALS BOARD HOURS |
|---|---|---|
| Attendance at hearings before Hearings Officer/Appeals Board | | |
| Interviewing client and witnesses | 15.9 | |
| Research | 5.4 | |
| Other services as follows (attach additional sheet if more space needed): Communication with DLIR, Corp. Counsel Review/Analysis of medical records and reports Preparation for hearing before Hearings Officer Settlement Negotiations Document Drafting | 34.1 | |

Client retained counsel on a 25% + cost contingency fee basis. The fees and costs under the contract would have been: $21,250 for fees and $127.87 for costs (plus GET). On an hourly basis, the fees would have been $14,127 (plus GET). However, fees and costs together have been discounted to $8,500 (GET included) by agreement with client.

Hourly Rate: $ __255.00__   Total Hours: __55.4__
Fee Requested: $ __8,500.00 (including GET)__
Costs: $ __included__   $ _____

Fees and Costs totaling $ __8,500.00__ is sought for the foregoing services, and approval thereof is hereby requested in accordance with Chapter 386, Hawaii Revised Statutes. This request was served upon __Paul Au, Esq.__ on __1/22/04__ as required pursuant to § 12-47-55 of the Appeals Board's Rules and/or § 12-10-69 of the Division's Rule. Any Party may file a written objection to this request for approval no later than ten calendar days after service.

Signature: _(signed)_
Date: __1/22/04__

Name (print) __Roger S. Moseley, Esq.__
Mailing Address __737 Bishop Street, Ste. 2600__
__Honolulu, HI 96813__

The sum of $ _____ is approved. The approved sum _____ made a lien upon compensation payable by Employer.

APPROVED BY DISABILITY COMPENSATION DIVISION:

_____
GARY S. HAMADA, Administrator

DATE: _____

APPROVED BY APPEALS BOARD:

_____
RANDALL Y. IWASE, Chairman

_____
CAROL K. YAMAMOTO, Member

_____
VICENTE F. AQUINO, Member

**DEFENDANT'S EXHIBIT 3317**

DC/AB 1 (Rev. 06/01)

PE 01076

COPY

# CASE BIGELOW & LOMBARDI
### A LAW CORPORATION

David F. Andrew
Michael L. Biehl
Daniel H. Case
James M. Cribley
Stacey W. E. Foy
Gregory M. Hansen
Frank T. Kanemitsu
Michael L. Lam
Alan K. Lau
Dennis M. Lombardi †

Michael R. Marsh
Roger S. Moseley
Ted N. Pettit, Ph.D.
Scott D. Radovich
Robert F. Schneider
Steven E. Thomas
Eric H. Tsugawa
Gary L. Wixom
Nancy J. Youngren

PACIFIC GUARDIAN CENTER, MAUKA TOWER
737 BISHOP STREET, SUITE 2600
HONOLULU, HAWAII 96813-3283

TELEPHONE: (808) 547-5400
FACSIMILE: (808) 523-1888
E-mail: info@casebigelow.com
http://www.casebigelow.com

Claire E. Bender
Christopher J. Muzzi

Leila Rothwell Sullivan
Lauren R. Sharkey
Cathy L. Takase

Counsel:
Gary S. Kerwood

Of Counsel:
Rinesmith & Sekiguchi LLLC

Bruce C. Bigelow (1946-2001)

† A Law Corporation

## LETTER OF TRANSMITTAL

**To:** Disability Compensation Division
Hearings Branch
Dept. of Labor and Industrial Relations
State of Hawaii
830 Punchbowl Street, Rm. 209
Honolulu, Hawaii 96813

**Date:** January 22, 2004

**Re:** Philip E. English
Case No. 2-03-01887

**Our File:** 27505-2

I am sending you (XX) attached (  ) under separate cover the following:

Original + 1 - Request for Approval of Attorney's Fees

( ) For your information and files
( ) For review and comment
( ) For correction
( ) For distribution
( ) Per your request
( ) Per our agreement
( ) Per our conversation
( ) Approved
( ) Approved as noted

(XX) For necessary action
( ) For signature in BLACK INK and return
( ) For filing
( ) Check enclosed to cover Filing or recording fee $_____
( ) For payment
( ) Disapproved
( ) See remarks below

**REMARKS:**

*Kathleen* (signature)
Kathleen Chrismer, Assistant for
ROGER S. MOSELEY

RSM:kmc

MEMBER OF LEX MUNDI, THE WORLD'S LEADING ASSOCIATION OF INDEPENDENT LAW FIRMS

PE 01077

## CASE BIGELOW & LOMBARDI
Suite 2600, Mauka Tower, Crosvenor Center
737 Bishop Street, Honolulu, Hawaii 96813
Telephone: (808) 547-5400; Fax: (808) 523-1888

**DELIVERY RECEIPT**

TO: Paul Au, Esq.
530 S. King St. #110
Hon, HI 96813

DATE: 1/22/04
SENDER: RSM/KMC
BILLING NO: 27505-2

**DESCRIPTION**

Copy of Rpt for Attorney Fee

☑ DOCUMENT
☐ OTHER

Received By: [signature]

Messenger: [signature]    Time: ____    Date: 1/22/04

PE 01078

# CASE BIGELOW & LOMBARDI
### A LAW CORPORATION

David F. Andrew
Michael L. Brem
Daniel H. Case
James M. Cribley
Stacey W. E. Foy
Gregory M. Hansen
Frank T. Kanemitsu
Michael L. Lam
Alan K. Lau
Dennis M. Lombardi †

Michael R. Marsh
Roger S. Moseley
Ted N. Pettit, Ph.D.
Scott D. Radovich
Robert F. Schneider
Steven E. Thomas
Eric H. Tsugawa
Gary L. Wixom
Nancy J. Youngren

PACIFIC GUARDIAN CENTER, MAUKA TOWER
737 BISHOP STREET, SUITE 2600
HONOLULU, HAWAII 96813-3283

TELEPHONE: (808) 547-5400
FACSIMILE: (808) 523-1888
E-mail: info@casebigelow.com
http://www.casebigelow.com

Claire E. Bender
Christopher J. Muzzi

Lisa Rothwell Sullivan
Lauren R. Sharkey
Cathy L. Takase

Counsel
Gary S. Kenwood

Of Counsel
Rinesmith & Sekiguchi LLLC

Bruce C. Bigelow (1948-2001)

† A Law Corporation

## LETTER OF TRANSMITTAL

**To:** Paul K. W. Au, Esq.
Department of the Corporation Counsel
530 S. King Street, Rm. 110
Honolulu, Hawaii 96813

**Date:** January 22, 2004

**Re:** Philip English
W.C. Case No. 2-03-01887

**Our File:** 27505-2

---

I am sending you (**XX**) attached (   ) under separate cover the following:

   1 Copy – Request For Approval of Attorney's Fee

(XX) For your information and files
(   ) For review and comment
(   ) For correction
(   ) For distribution
(   ) Per your request
(   ) Per our agreement
(   ) Per our conversation
(   ) Approved
(   ) Approved as noted

(   ) For necessary action
(   ) For signature in BLACK
       INK and return
(   ) For filing
(   ) Check enclosed to cover
       Filing or recording fee
       $_____
(   ) For payment
(   ) Disapproved
(   ) See remarks below

**REMARKS:**

*[signature]*
Kathleen Chrismer, Assistant for
ROGER S. MOSELEY

RSM:kmc

27505/2/354852.3



**STATE OF HAWAII
DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS
DISABILITY COMPENSATION DIVISION
AND
LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD**

## REQUEST FOR APPROVAL OF ATTORNEY'S FEE

Notice is hereby given to the Director of Labor and Industrial Relations and/or the Labor and Industrial Relations Appeals Board that the undersigned performed the following services as counsel for claimant(s): **Philip E. English**

Case No. **2-03-01887**

| | D.C. DIVISION HOURS | APPEALS BOARD HOURS |
|---|---|---|
| Attendance at hearings before Hearings Officer/Appeals Board | | |
| Interviewing client and witnesses | 15.9 | |
| Research | 5.4 | |
| Other services as follows (attach additional sheet if more space needed): Communication with DLIR, Corp. Counsel Review/Analysis of medical records and reports Preparation for hearing before Hearings Officer Settlement Negotiations Document Drafting | 34.1 | |

Client retained counsel on a 25% + cost contingency fee basis. The fees and costs under the contract would have been: $21,250 for fees and $127.87 for costs (plus GET). On an hourly basis, the fees would have been $14,127 (plus GET). However, fees and costs together have been discounted to $8,500 (GET included) by agreement with client.

Hourly Rate: $ **255.00**   Total Hours: **55.4**
Fee Requested: $ **8,500.00 (including GET)**
Costs: $ **included**

Fees and Costs totaling $ **8,500.00** is sought for the foregoing services, and approval thereof is hereby requested in accordance with Chapter 386, Hawaii Revised Statutes. This request was served upon **Paul Au, Esq.** on **1/22/04** as required pursuant to § 12-47-55 of the Appeals Board's Rules and/or § 12-10-69 of the Division's Rule. Any Party may file a written objection to this request for approval no later than ten calendar days after service.

Signature: _[signed]_
Date: **1/22/04**
Name (print) **Roger S. Moseley, Esq.**
Mailing Address **737 Bishop Street, Ste. 2600 Honolulu, HI 96813**

The sum of $ _____ is approved. The approved sum _____ made a lien upon compensation payable by Employer.

APPROVED BY DISABILITY COMPENSATION DIVISION:

_____
GARY S. HAMADA, Administrator

APPROVED BY APPEALS BOARD:

_____
RANDALL Y. IWASE, Chairman

_____
CAROL K. YAMAMOTO, Member

DATE: _____

_____
VICENTE F. AQUINO, Member

DC/AB 1 (Rev. 06/01)

PE 01080