# Hawaii Employer-Union Health Benefits Trust Fund
P.O. Box 2121
Honolulu, Hawaii 96805

Notification Date : 03/11/2004

Philip E English
1741 Ala Moana Blvd #22
Honolulu, HI 96815

Dear Philip E English,

On 02/01/2004, you experienced the following COBRA qualifying event, Job Termination. This letter is to notify you and your qualified family members of your right to continue group health coverages under COBRA.

The last day of active coverage for medical and drug, dental, vision and chiropractic under your group health coverage will be 01/31/2004. Federal law, however, permits you to continue coverage(s), at your expense beyond this date. If you have dependents who were also covered under the plan on the last day of active coverage, you also have the option to continue their benefits.

If you elect COBRA coverage, the benefit will continue until any one of following events occur:

- the last day of your continuation coverage as defined by law (see below)
- you become eligible for Medicare
- you fail to pay the monthly charge for the elected coverage
- our Employee health plan(s) is no longer in force for all active employees

The dates of your COBRA coverage and the response date by which you must notify us of your election are:

First day of COBRA coverage  : 02/01/2004
Period of COBRA coverage    : 18 Months
You must notify the EUTF by : 05/10/2004

If you wish to continue coverage for yourself and your qualified family, complete the enclosed enrollment form by the response date indicated above. If each or any of your qualified family members wish to enroll separately, they can do so by completing and submitting the enrollment form addressed to them.

If you do elect coverage, you will be notified by the insurance carrier when your first payment is due to the carrier. If your first payment, or any subsequent payments, are not received on time, your coverage will be immediately terminated by the respective carriers. Please read the enclosed material for more information about continuation of coverage.

If you have any questions, please call our Customer Service at 586-7390 or toll free 1-800-295-0089.

Sincerely,

Mark H Fukuhara
Administrator





## CONTINUATION COVERAGE (COBRA) ELECTION FORM

Philip E English
1741 Ala Moana Blvd #22
Honolulu, HI 96815

EmplID:              HB1017655
Notification Date:   03/11/2004
Related ID:          00

First day of COBRA coverage : 02/01/2004
Period of COBRA coverage    : 18 Months

Qualifying Event:       Job Termination
Qualifying Event Date:  02/01/2004

### Part A: COBRA Participation

[X] I am electing COBRA continuation coverage (Complete Part B and sign Part C)

[ ] I am waiving all COBRA continuation coverage (Skip Part B and sign Part C)

If you want your COBRA information sent to an address that differs from the above address, place your address here: _____

### Part B: COBRA Plan Elections and Payment Options

I wish to continue coverage(s) indicated below:

| YOUR COBRA OPTIONS | Self Only | Family | Dependents |
|---|---|---|---|
| **Medical** Kaiser Foundation Health Plan | [X] $ 220.73 | | No Eligible Dependents |
| **Dental** Hawaii Dental Service | [X] $ 24.56 | | No Eligible Dependents |
| **Vision** Vision Service Plan | [X] $ 6.01 | | No Eligible Dependents |
| **Chiropractic** Mutual Benefit Association | [ ] $ 1.19 | | No Eligible Dependents |

### Part C: Participant Signature

I understand the I must submit my COBRA election to the EUTF no later than the response shown above. I understand that I will be contacted by the applicable insurance carriers after I have made my COBRA elections and that my COBRA coverage will begin on the qualifying date.

SIGNATURE: _Philip English_     DATE: 4/1/04




To: Hawaii Employee-Union Trust Fund
P.O. Box 2121
Honolulu, Hawaii 96805-2121
Fax: 586-2161

## AUTHORIZATION

The undersigned hereby authorizes the Hawaii Employee-Union Trust Fund ("EUTF") to make verbal or written disclosure of information regarding my health, dental and life insurance benefits, to the firm of Case Bigelow & Lombardi, Roger S. Moseley, or his assistant, Kathleen Chrismer. This authorization shall remain in effect until revoked or the issues regarding the transfer of, or continuation of benefits are fully and finally resolved.

Dated:    March 12, 2004

_____
PHILIP E. ENGLISH

SSN: 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

27505/2

PE 01109

STATE OF HAWAII
DEPARTMENT OF BUDGET AND FINANCE
HAWAII EMPLOYER-UNION HEALTH BENEFITS TRUST FUND
P.O. BOX 2121
HONOLULU, HAWAII 96805-2121

96815\$1425 C013

PE 01110