**CONSOLIDATED SERVICE CENTER**
PO BOX 921005
FT WORTH TX 76121-9930
FAX (817) 570-4300


**KAISER PERMANENTE**

# Fax

To: Kats
Fax: 808-523-1888
Phone:
Re: Cobra Enrollment

From: Cindy
Pages: 2
Date: 4-29-04
cc:

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

● Comments:

Payment can be made @ any Kaiser clinic. Cashiers will fax payment receipt to fax # above for immediate processing. Payment can also be made via credit card @ Kaiser clinic or call 808-432-5310 Oahu or 1-888-597-5310 outer islands. They will fax receipt for immediate processing also.

THIS FACSIMILE TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL(S) OR ENTITY TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, LEGALLY PRIVILEGED, AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW.

IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS TRANSMISSION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THE ORIGINAL TRANSMISSION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL TRANSMISSION TO US AT THE ADDRESS ABOVE VIA US POSTAL SERVICE. THANK YOU.

DEFENDANT'S EXHIBIT 3322

PE 01116


**KAISER PERMANENTE.**

April 20, 2004

MR. PHILIP ENGLISH
1741 ALA MOANA BLVD APT#2
HONOLULU, HI 96815-0000

Subject: **Continuation of Health Plan Coverage under COBRA**

RE: 633194-12 ENGLISH, PHILIP, E

Dear MR. ENGLISH,

Thank you for choosing Kaiser Foundation Health Plan as your coverage under COBRA. However, we are unable to process your election with out the appropriate payment.

**If you are still interested in this special coverage please resubmit your election form (enclosed) along with payment of $882.92 for the months of February through May so we may process immediately.**

Be sure to use the envelope provided which is addressed Attention: Membership Accounting-COBRA

Your timely response is essential to prevent a lapse in coverage. (If you have recently mailed your payment, please disregard this notice.)

If you have any questions, please don't hesitate to contact us at 866/575-3551 (TOLL FREE).

Sincerely,

Direct Pay Accounts
Membership Accounting

Enclosures

*[handwritten: PO Box 31000 Honolulu HI 96849-5015 to mail payment]*

HI Cobra Election

P.O. Box 921005
Fort Worth, TX 76121-0005

PE 01117