Phil,                                          2/26
                                                8:30 AM

        call   Mike G.
                    ASO

        — #4765 — there are a "couple"
                                    of complaints

Meet with me can have
representative
    — Mon + Tues. —

Union Guy Kevin Mulligan

(1) Kevin M. @ AGEA 536-2351
    and left message. I asked if he
    could attend meetings and also find
    out what complaints have been filed
    against me.

DEFENDANT'S EXHIBIT

PE 01544