**Workplace Violence Checklist, February 10, 2003**
1. Name: Julie Tamayori
2. Job Title: Real Property Appraiser IV
3. Position Number: DF-475
4. How long with the City/Department/Division: With Real Property since 1989; prior with Motor Vehicles 1985 -1989
5. Phone number: 527-5530
6. Confidentiality – The results of my investigation will be kept as confidential as possible. What I mean is that I will only release information and/or names of individuals when required by law and City requirements. There may be a requirement to provide your name in the future for "due process" requirements. Also the information discussed should not be discussed with others.
7. There have been allegations made that a possible condition exists that has resulted in non-physical threats and/or could lead to physically confrontations. What do you know about this and who is involved if you know?

   Phil (Philip) English is a nice guy, sweet non-violent in appearance. However, Phil has recently done some "back stabbing" with co-worker Chris (Christopher) Graff. Phil is acting like nothing has happen. Phil has made some type of charges against Chris about doing personal work on the job.

   Co-workers are scared. Ran away last year 2002 when there was an incident between Phil and supervisor Ann.

   Phil has talked about his ex-wife who made some allegations about Phil being abusive but Phil said he wasn't. Phil said something like "Do I look abusive?" It is the attorneys after me. His ex-wife is an attorney.

   Phil will lie about things – minor things. He said he had to take the day off because of a parent – teacher conference. She found out that there was no school that day and no parent –teacher conferences.

   Phil lies to justify his position. He says he is not told how to do a particular job but the instructions have been provided to everyone via email. He will still do something the wrong way even after the instructions/email are provided. Everyone else seems to get the instructions, which are good. They are also easy to follow.

   Something not quite right – he sees the email, gets upset but acts like nothing has happen.

8. Who is the alleged assailant/ perpetrator?
   Philip English



PE 01547

9. How long has this person been working at this location? Not sure – maybe 2 to 3 years.

10. Have they're been more than one incident? If so, how many and when? Chris incident and Phil's lies.

11. Do you feel threaten?
Not threaten.

12. Do you believe that physical harm is possible? Not sure

13. Have any of his/her patterns of behavior changed before this incident occurred? Sometimes more agitated.

14. Has an incident been reported to police and/or security? No.

15. Do others feel threaten? Yes – others do. Think of other violent stories.

16. Can I have their names so I can interview them?
No one new.

17. Do you feel safe at work? Not sure.

18. What would you recommend to prevent similar incidents? Possible psychology evaluation for Phil to see if he is ok.

19. Have you attended any workplace violence training? No class, just a handout.

20. Do you know if the alleged perpetrator has attended any workplace violence training? Don't know.

21. Is there anything else that you would like to add? Phil says he is acting as a Christian but more like he is acting out. She feels uneasy at work because of Phil's behavior. Phil makes it looks like everyone is against him.

PE 01548