State of Hawaii
Dept. of Land & Nat. Resources
333 Queen St. Ste #300
Honolulu, HI 96813

++Single-Piece
0832R001311

PHILIP E ENGLISH
1741 ALA MOANA BLVD., #22
HONOLULU HI 96815

36813+1429 13

**FIRST CLASS MAIL**



HONOLULU HI AUG 11'03

PE 01606

State of Hawaii
DEPARTMENT OF LAND AND NATURAL RESOURCES
Division of Boating and Ocean Recreation

S T A T E M E N T

Acct: 0832R001311    Client: 0000xxx
PHILIP E. ENGLISH
Stmt Print Date: 08/07/2003    Page 1

| Ref Date | Trn | Charge For | Reference | Description | |
|---|---|---|---|---|---|
| | | | | Prev. Bal.: | 610.23 |
| 07/25/2003 | P | | | CASH ON ACCT. | -111.83 |
| 07/31/2003 | C | 07/31/2003 | | PENALTY LATE CHG | 25.00 |
| 07/31/2003 | C | 07/31/2003 | | PENALTY INTEREST | 2.61 |
| 08/01/2003 | C | 09/01/2003 | SEP CHG | MOORING FEE | 221.40 |
| 08/01/2003 | C | 09/01/2003 | SEP CHG | ELECTRICAL SVC | 5.75 |
| 08/01/2003 | C | 09/01/2003 | SEP CHG | LOCKER RENT | 3.00 |
| 08/01/2003 | C | 09/01/2003 | SEP CHG | SHOWER FEE | 6.00 |
| | | | | New Bal.: | 762.16 |

Your Agreement Expires on: 11/07/2003

PHILIP E. ENGLISH
1741 ALA MOANA BLVD. #22
HONOLULU HI 96815

0832R001311

To avoid late charge and interest penalty, we must receive your payment for all outstanding charges shown. The above balance is forwarded on or before 08/31/2003

CLIENT REMITTANCE COPY-PLEASE INDICATE ACCOUNT NUMBER ON CHECK

PE 01607