DDS-5 9/86

FROM: Dennis    DATE: June 13, 2000

SUBJECT: **TELEPROCESSING EQUIPMENT REQUEST**

NOTE: Complete by June 20, 2000

| ROUTING |
|---|
| CICS           - Jeff |
| Systems        - |
| Applications   - Steve |
| Network Coord. - Dennis |
| Operations     - Norman |
| BFS            - Wayne |

Budget & Fiscal Services CSR requests new termids and netnames assignment. Attachmate TCP/IP bundle version 6.4 is the software terminal emulation.

ADDITIONS:
CU=CIP6PU

| | PT | LOGICAL TYPE | NEW TERMID | NEW NETNAME | NEW PTR1 | NEW PTR2 | FEATURES | SYSTEM ACCESS | PRINTER FUNCTION |
|---|---|---|---|---|---|---|---|---|---|
| BFS ACCOUNTING RUTH | D9 | TN3270E | O6D9 | O6$$6$D9 | | | SNA,ALL FEAT | PRODCICS | |
| BFS RPA WILFRED MARTIN ASSESSMENTS GRP2 | DA | TN3270E | O6DA | O6$$6$DA | OY0E | | SNA,ALL FEAT | PRODCICS | |
| BFS RPA PHILIP ENGLISH ASSESSMENTS GRP2 | DB | TN3270E | O6DB | O6$$6$DB | OY0C | | SNA,ALL FEAT | PRODCICS | |

SWACIP6.022    7/5 12MNKYS



DEFENDANT'S EXHIBIT 3358

PE 01682