

KEVIN D. MULLIGAN
UNION AGENT

HAWAII GOVERNMENT EMPLOYEES ASSOCIATION
AFSCME LOCAL 152, AFL-CIO



PE 01693