## JULY 2002

| Monday | Tuesday | Wednesday | Thursday | Friday |
|---|---|---|---|---|
| 1 | 2<br>BOR - Group 1<br>W. Kaneko | 3<br>BOR - Group 3<br>C. Graff<br>D. Senda - Out | 4<br>HOLIDAY<br>Independence Day | 5<br>BOR - Group 4<br>C. Whang |
| 8 | 9<br>BOR - Group 5<br>G. Kawamoto | 10<br>BOR - Group 1<br>G. Kubota | 11<br>BOR - Group 2<br>B. Palenske<br>J. Kwan - Out<br>Kersting - present<br>Lau - present<br>Ching - present | 12<br>BOR - Group 3<br>R. Fujitani<br>M Sousie - Out |
| 15 | 16<br>BOR - Group 2<br>W. Ching - Out<br>Kersting - present<br>Kwon - present<br>Lau - present | 17<br>BOR - Group 4<br>S. Nagao<br>A. Hidano - Out | 18<br>BOR - Group 1<br>P. Kiyono<br>W. Ching - Out | 19<br>BOR - Group 5<br>G. Lum<br>A. Hidano - Out |
| 22 | 23<br>BOR - Group 3<br>M. Abing | 24<br>BOR - Group 4<br>P. Fukuda / W. Takesono<br>A. Hidano - Out | 25<br>BOR - Group 2<br>Linda K | 26<br>BOR - Group 1<br>W. Murota |
| 29 | 30<br>BOR - Group 2<br>Lee I<br>Kersting - present<br>Kwon - present<br>Lau - present<br>Ching - present | 31<br>BOR - Group 5<br>T. Edmundson<br>A. Hidano - Out | | |
| Monday | Tuesday | Wednesday | Thursday | Friday |



PE 01705