## AUGUST 2002

| Monday | Tuesday | Wednesday | Thursday | Friday |
|---|---|---|---|---|
| | | | **1** BOR — CANCELLED | **2** BOR - Group 5 KAWAMOTO <br> Tony Ofril <br> Maria Sousie <br> Dean Senda <br> [redacted] |
| **5** | **6** BOR - Group 3 TAMAYORI / GRAFF <br> Martha Kersting <br> Jonathan Kwon <br> Henry Lau <br> Wanda Ching | **7** BOR - Group 5 LUM / ISHIGURO <br> Tony Ofril <br> Maria Sousie <br> [redacted] <br> [redacted] <br> Henry Lau | **8** BOR - Group 3 FUJITANI <br> Martha Kersting <br> Jonathan Kwon <br> Henry Lau <br> Wanda Ching | **9** BOR - Group 4 NAGAO <br> Tony Ofril <br> Maria Sousie <br> Dean Senda <br> [redacted] |
| **12** | **13** BOR - Group 4 R WONG <br> Martha Kersting <br> Jonathan Kwon <br> Henry Lau - OUT <br> Wanda Ching <br> Ruth Lin | **14** BOR - Group 1 MUROTA <br> Tony Ofril <br> Maria Sousie <br> Dean Senda <br> [redacted] | **15** BOR - Group 2 M KIM <br> M. Kersting-present <br> J. Kwon - present <br> Henry Lau - OUT <br> W. Ching - present <br> R. Lin - present | **16** HOLIDAY Statehood Day |
| **19** | **20** BOR - Group 2 KUMASHIRO <br> M. Kersting - present <br> J. Kwon - present <br> H. Lau - present <br> W. Ching - present <br> R. Lin - present | **21** BOR - Group 4 MARTIN <br> T. Ofril - present <br> M. Sousie - present <br> D. Senda - present <br> [redacted] | **22** BOR - Group 1 KIYONO <br> Martha Kersting <br> Jonathan Kwon <br> Henry Lau <br> Wanda Ching <br> Ruth Lin | **23** BOR - Group 2 K MORITOMO/G WONG <br> Tony Ofril <br> Maria Sousie <br> Dean Senda <br> [redacted] |
| **26** | **27** BOR - Group 1 MUROTA <br> Martha Kersting <br> Jonathan Kwon <br> Henry Lau <br> Wanda Ching <br> Ruth Lin | **28** BOR - Group 3 KNOWLES <br> Tony Ofril <br> Maria Sousie <br> Dean Senda <br> [redacted] | **29** BOR - Group 2 PALENSKE <br> M. Kersting-present <br> J. Kwon- present <br> H. Lau-present <br> W. Ching-present <br> [redacted] | **30** BOR - Group 4 A TONY <br> Tony Ofril <br> Maria Sousie <br> [redacted] <br> [redacted] <br> Wanda Ching |
| Monday | Tuesday | Wednesday | Thursday | Friday |

PE 01706