## SEPTEMBER 2002

| Monday | Tuesday | Wednesday | Thursday | Friday |
|---|---|---|---|---|
| 2<br>HOLIDAY<br>Labor Day | 3<br>BOR - Group 4<br>WHANG<br><br>Martha Kersting<br>Jonathan Kwon<br>Henry Lau<br>Wanda Ching<br>Ruth Lin | 4<br>BOR - Group 3<br>KNOWLES/KABASAWA<br><br>Tony Ofril<br>Maria Sousie<br>Dean Senda | 5<br>BOR - Group 4<br>A LEE<br><br>Martha Kersting<br>Jonathan Kwon<br>Henry Lau<br>Wanda Ching - OUT<br>Ruth Lin | 6<br>BOR - Group 3<br>KABASAWA<br><br>Tony Ofril<br>Maria Sousie<br>Dean Senda |
| 9 | 10<br>BOR - Group 3<br>ENGLISH<br><br>CANCELLED<br>Martha Kersting<br>Jonathan Kwon - OUT<br>Henry Lau<br>Wanda Ching<br>Ruth Lin | 11<br>BOR - Group 4<br>R WONG<br><br>Tony Ofril<br>Maria Sousie<br>Dean Senda - sub<br>Wanda Ching | 12<br>BOR - Group 2<br>MORITOMO<br><br>Martha Kersting-present<br>Jonathan Kwon-out<br>Henry Lau-present<br>Wanda Ching-present<br>Ruth Lin-present | 13<br>BOR - Group 5<br>KAWAMOTO<br><br>Tony Ofril<br>Maria Sousie<br>Dean Senda |
| 16 | 17<br>BOR - Group 3<br>GRAFF<br><br>Martha Kersting<br>Jonathan Kwon<br>Henry Lau<br>Wanda Ching<br>Ruth Lin | 18<br>BOR - Group 4<br>MARTIN<br><br>Tony Ofril<br>Maria Sousie<br>Dean Senda | 19<br>BOR - Group 3<br>KNOWLES<br><br>Martha Kersting<br>Jonathan Kwon<br>Henry Lau<br>Wanda Ching - OUT<br>Ruth Lin | 20<br>BOR - Group 1<br>KUBOTA/KANEKO<br><br>Tony Ofril<br>Maria Sousie - OUT<br>Dean Senda<br>Henry Lau - Sub |
| 23 | 24<br>BOR - Group 4<br>NAGAO<br><br>Martha Kersting<br>Jonathan Kwon<br>Henry Lau<br>Wanda Ching<br>Ruth Lin | 25<br>BOR - Group 1<br>MUROTA<br><br>Tony Ofril<br>Maria Sousie<br>Dean Senda | 26<br>BOR - Group 2<br>IDEOKA<br><br>M. Kersting - present<br>Jonathan Kwon-out<br>Henry Lau - present<br>Wanda Ching - present<br>Ruth Lin-present | 27<br>BOR - Group 5<br>ISHIGURO<br><br>Tony Ofril<br>Maria Sousie<br>Dean Senda |
| 30 | | | | |