## OCTOBER 2002

| Monday | Tuesday | Wednesday | Thursday | Friday |
|---|---|---|---|---|
|  | **1** BOR - Group _<br><br>Martha Kersting<br>Jonathan Kwon<br>Henry Lau<br>Wanda Ching<br>~~Ruth Lin~~ | **2** BOR - Group CANCELLED<br><br>Tony Ofril<br>Maria Sousie<br>Dean Senda | **3** BOR - Group CANCELLED<br><br>Martha Kersting<br>Jonathan Kwon<br>Henry Lau<br>~~Wanda Ching - out~~<br>Ruth Lin | **4** BOR - Group _ CANCELLED<br><br>Tony Ofril<br>Maria Sousie<br>Dean Senda |
| **7** | **8** BOR - Group CANCELLED<br><br>~~Martha Kersting~~<br>Jonathan Kwon<br>Henry Lau<br>Wanda Ching<br>Ruth Lin | **9** BOR - Group _<br><br>Tony Ofril<br>Maria Sousie<br>Dean Senda | **10** BOR - Group 2 CANCELLED<br><br>~~Martha Kersting~~<br>Jonathan Kwon<br>Henry Lau<br>Wanda Ching<br>Ruth Lin | **11** BOR - Group _<br><br>Tony Ofril<br>Maria Sousie<br>Dean Senda |
| **14** | **15** BOR - Group _<br><br>~~Martha Kersting~~<br>~~Jonathan Kwon~~<br>Henry Lau<br>Wanda Ching<br>Ruth Lin | **16** BOR - Group _<br><br>Tony Ofril<br>Maria Sousie<br>Dean Senda | **17** BOR - Group _<br><br>~~Martha Kersting~~<br>Jonathan Kwon<br>Henry Lau<br>~~Wanda Ching~~<br>~~Ruth Lin - out~~<br>Maria Sousie | **18** BOR - Group _<br><br>Tony Ofril<br>Maria Sousie<br>Dean Senda |
| **21** | **22** BOR - Group CANCELLED<br><br>~~Martha Kersting~~<br>Jonathan Kwon<br>~~Henry Lau~~<br>~~Wanda Ching~~<br>~~Ruth Lin~~ | **23** BOR - Group _<br><br>Tony Ofril<br>Maria Sousie<br>Dean Senda<br>Wendell Ching | **24** BOR - Group CANCELLED<br><br>~~Martha Kersting~~<br>Jonathan Kwon<br>~~Henry Lau~~<br>~~Wanda Ching~~<br>~~Ruth Lin~~ | **25** BOR - Group _<br><br>Tony Ofril<br>Maria Sousie<br>Dean Senda - OUT<br>Wendell Ching |
| **28** | **29** BOR - Group 2<br>L. Ideoka<br><br>~~Martha Kersting~~<br>Jonathan Kwon<br>Henry Lau<br>Wanda Ching<br>Ruth Lin | **30** BOR - Group _<br><br>Tony Ofril<br>Maria Sousie<br>Dean Senda<br>Wendell Ching | **31** BOR - Group 2<br>K. Moritomo<br><br>Martha Kersting<br>Jonathan Kwon<br>Henry Lau<br>Wanda Ching<br>Ruth Lin |  |
| Monday | Tuesday | Wednesday | Thursday | Friday |



PE 01708