## NOVEMBER 2002

| Monday | Tuesday | Wednesday | Thursday | Friday |
|---|---|---|---|---|
| | | | | **1**<br>BOR - CANCELLED |
| **4** | **5**<br>HOLIDAY<br>Election Day | **6**<br>BOR - CANCELLED | **7**<br>BOR - Group 2<br>C. Whang<br><br>Martha Kersting<br>Jonathan Kwon<br>Henry Lau<br>Wanda Ching<br>Ruth Lin | **8**<br>BOR - CANCELLED |
| **11**<br>HOLIDAY<br>Veterans' Day | **12**<br>BOR - Group 2<br>Jody Chun<br><br>Martha Kersting<br>Jonathan Kwon<br>Henry Lau<br>Wanda Ching<br>Ruth Lin | **13**<br>BOR - CANCELLED | **14**<br>BOR - CANCELLED | **15**<br>BOR - CANCELLED |
| **18** | **19**<br>BOR - Group _<br>Dawn Murakami-Kim<br><br>Martha Kersting<br>Jonathan Kwon<br>[redacted]<br>Wanda Ching<br>[redacted] | **20**<br>BOR - Group _<br>Bruce P<br><br>Tony Ofril<br>[redacted]<br>Dean Senda<br>Wendell Ching | **21**<br>BOR - Group _<br>Ricky W<br><br>Martha Kersting<br>Jonathan Kwon<br>[redacted]<br>Wanda Ching<br>[redacted] | **22**<br>BOR - Group _<br>Sandra N<br><br>Tony Ofril<br>[redacted]<br>Dean Senda<br>Wendell Ching |
| **25** | **26**<br>BOR - Group 2<br>K. Moritomo<br><br>Martha Kersting<br>Jonathan Kwon<br>Henry Lau<br>Wanda Ching<br>Ruth Lin | **27**<br>BOR - Group _<br>W Kaneko<br><br>Tony Ofril<br>Maria Sousie<br>Dean Senda<br>Wendell Ching | **28**<br>HOLIDAY<br>Thanksgiving Day | **29**<br>BOR - CANCELLED |
| Monday | Tuesday | Wednesday | Thursday | Friday |



PE 01709