| Monday | Tuesday |
|---|---|
| 2 | 3<br>BOR - Group<br>CANCELLED |
| 9 | 10<br>BOR - Group 2<br>L Ideoka<br><br>Martha Kersting<br>Jonathan Kwon<br>Henry Lau<br>Wanda Ching<br>Ruth Lin |
| 16<br>Martha Kersting<br>Ruth Lin<br>Henry Lau<br>Wanda Ching<br><br>Dean Senda<br>Maria Sousie<br>Wendell Ching | 17<br>BOR - Group 3<br>English<br>APPEAL PERIOD<br>Martha Kersting<br>Jonathan Kwon<br>Henry Lau<br>Wanda Ching<br>Ruth Lin |
| 23 | 24<br><br>APPEAL PERIOD |



PE 01710



PE 01711

# DECEMBER 2002

| Wednesday | Thursday |
|---|---|
| **4**<br>BOR - Group 1<br>W Murota<br><br>Tony Ofril<br>Maria Sousie<br>Dean Senda<br>Wendell Ching - OUT | **5**<br>BOR - Group<br>CANCELLED |
| **11**<br>BOR - Group 3<br>D Murakami-Kim<br><br>Tony Ofril<br>Maria Sousie<br>Dean Senda<br>Wendell Ching | **12**<br>BOR - Group 4<br>R Wong<br><br>Martha Kersting<br>Jonathan Kwon<br>Henry Lau<br>Wanda Ching - OUT<br>Ruth Lin |
| **18**<br>BOR - Group 2<br>M Kim<br>APPEAL PERIOD<br>Tony Ofril<br>Maria Sousie<br>Dean Senda<br>Wendell Ching | **19**<br>BOR - Group 4<br>Martin<br>APPEAL PERIOD<br>Martha Kersting<br>Jonathan Kwon<br>Henry Lau<br>Wanda Ching<br>Ruth Lin |
| **25**<br>CHRISTMAS | **26**<br>APPEAL PERIOD |

PE 01712



PE 01713

| Friday |
|---|
| **6** <br> BOR - Group <br> CANCELLED |
| **13** <br> BOR - Group 3 <br> L Knowles <br><br> Tony Ofril <br> Maria Sousie <br> Dean Senda <br> Wendell Ching |
| **20** <br> BOR - Group 3 <br> Knowles <br> APPEAL PERIOD <br> Tony Ofril <br> Maria Sousie <br> Dean Senda <br> Wendell Ching |
| **27** <br><br> APPEAL PERIOD |

PE 01714


Friday

PE 01715