| Monday | Tuesday |
|---|---|
|  |  |
| 6 | 7<br>BOR - Group _<br><br>Martha Kersting<br>Jonathan Kwon<br>Henry Lau<br>Wanda Ching<br>Ruth Lin |
| 13 | 14<br>BOR - Group 3<br>English<br>Martha Kersting<br>Jonathan Kwon<br>Henry Lau<br>Wanda Ching<br>Ruth Lin |
| 20<br>HOLIDAY<br>Martin Luther<br>King Jr. Day | 21<br>BOR - Group 4<br>Takesono<br>Martha Kersting<br>Jonathan Kwon<br>Henry Lau<br>Wanda Ching<br>Ruth Lin |



PE 01716



| Monday | Tuesday |
|---|---|
| 27 | 28 BOR - Group 4<br>Takesono<br>Martha Kersting<br>Jonathan Kwon<br>Henry Lau<br>Wanda Ching<br>Ruth Lin |

PE 01717

| 29 | 30 |
|---|---|
| BOR - Group 1<br>Kaneko<br>Tony Ofril<br>Maria Sousie<br>Dean Senda<br>Wendell Ching | BOR - Group 3<br>Knowles<br>Martha Kersting<br>Jonathan Kwon<br>Henry Lau<br>Wanda Ching<br>Ruth Lin |
| **Wednesday** | **Thursday** |

PE 01718

| *Friday* |
|---|
| **3**<br>BOR - Group 3<br>English<br>Tony Ofril<br>Maria Sousie<br>Dean Senda<br>Wendell Ching |
| **10**<br>BOR - Group _<br><br>Tony Ofril<br>Maria Sousie<br>Dean Senda<br>Wendell Ching |
| **17**<br>BOR - Cancelled<br>**CANCELLED** |
| **24**<br>BOR - Group 3<br>English<br>Tony Ofril<br>Maria Sousie<br>Dean Senda<br>Wendell Ching |

PE 01719



| 31 |
|---|
| BOR - Group 3 |
| Kabasawa |
| Tony Ofril |
| Maria Sousie |
| Dean Senda |
| Wendell Ching |
| *Friday* |

PE 01720