| Monday | Tuesday |
|---|---|
| | |
| 6 | 7<br>BOR - Group 2<br>3:00<br>Kumashiro<br>M Kersting<br>J Kwon<br>P Hsieh<br>H Lau<br>W Ching |
| 13 | 14<br>BOR - Group 1<br>3:00<br>Kiyono<br>M Kersting<br>J Kwon<br>P Hsieh<br>H Lau<br>W Ching |
| 20 | 21<br>BOR - Group 5<br>3:00<br>G. Lum<br>M Kersting<br>J Kwon<br>P Hsieh<br>H Lau |



DEFENDANTS' EXHIBIT

PE 01721

| Monday | Tuesday |
|---|---|
| | W Ching |
| **27** HOLIDAY Memorial Day | **28** BOR - Group 4 3:00 Martin<br>M Kersting<br>J Kwon<br>P Hsieh<br>H Lau<br>W Ching |

PE 01722

# MAY 2002

| Wednesday | Thursday |
|---|---|
| **1**<br>BOR - Group 4<br>2:00<br>R. Wong | **2** |
| **8**<br>BOR - Group 3<br>2:00<br>Abing<br>T Ofril<br>D Senda<br>A Hidano<br>M Sousie<br>R Lin | **9**<br>BOR - Group 4<br>3:00<br>Nagao<br>M Kersting<br>J Kwon<br>P Hsieh<br>H Lau<br>W Ching |
| **15**<br>BOR - Group 2<br>2:00<br>M. Kim<br>T Ofril<br>D Senda<br>A Hidano - OUT<br>M Sousie<br>R Lin | **16**<br>BOR - Group 3<br>3:00<br>English<br>M Kersting<br>J Kwon<br>P Hsieh<br>H Lau<br>W Ching |
| **22**<br>BOR - Group 1<br>2:00<br>Kaneko<br>T Ofril<br>D Senda<br>A Hidano<br>M Sousie | **23**<br>BOR - Group 2<br>3:00<br>K. Moritomo<br>M Kersting<br>J Kwon<br>P Hsieh<br>H Lau |

PE 01723

| | |
|---|---|
| R Lin | W Ching |
| **29**<br>BOR - Group 5<br>2:00<br>Kawamoto<br>T Ofril<br>D Senda<br>A Hidano<br>M Sousie<br>R Lin | **30**<br>BOR - Group 1<br>3:00<br>Kubota<br>M Kersting<br>J Kwon<br>P Hsieh<br>H Lau<br>W Ching |
| *Wednesday* | *Thursday* |

PE 01724

| Friday |
|---|
| **3**<br>BOR - Group 1<br>2:00<br>Murota |
| **10**<br>BOR - Group 5<br>2:00<br>Ishiguro<br>T Ofril<br>D Senda<br>A Hidano<br>M Sousie<br>R Lin |
| **17**<br>BOR - Group 4<br>2:00<br>Takesono<br>T Ofril<br>D Senda<br>A Hidano - OUT<br>M Sousie<br>R Lin |
| **24**<br>BOR - Group 3<br>2:00<br>Kabasawa<br>T Ofril<br>D Senda<br>A Hidano<br>M Sousie |

PE 01725



R Lin

| | 31 |
|---|---|
| BOR - Group 2 2:00 Palenske | |
| T Ofril D Senda A Hidano M Sousie R Lin | |
| *Friday* | |

PE 01726