| Monday | Tuesday |
|---|---|
| 3 | 4<br>BOR - Group 3<br>P. English<br><br>M Kersting<br>J Kwon<br>P Hsieh<br>H Lau<br>W Ching - OUT |
| 10 | 11<br>HOLIDAY<br>Kamehameha<br>Day |
| 17 | 18<br>BOR - Group 1<br>W. Murota<br><br>M Kersting - OUT<br>J Kwon<br>P Hsieh - OUT<br>H Lau - OUT<br>W Ching<br>R Lin |
| 24 | 25<br>BOR - Group 4<br>W. Martin<br><br>M Kersting |



DEFENDANT'S EXHIBIT 3380

PE 01727



| | J Kwon<br>P Hsieh - OUT<br>H Lau<br>W Ching<br>R Lin - OUT |
|---|---|
| **Monday** | **Tuesday** |

PE 01728

# JUNE 2002

| Wednesday | Thursday |
|---|---|
| **5**<br>BOR - Group 4<br>R. Wong<br><br>T Ofril<br>D Senda<br>A Hidano - OUT<br>M Sousie<br>R Lin - OUT | **6**<br>BOR - Group 2<br>B. Kumashiro<br><br>M Kersting — present<br>J Kwon — present<br>P Hsieh — out<br>H Lau — present<br>W Ching - OUT |
| **12**<br>BOR - Group 1<br>P. Kiyono<br><br>T Ofril<br>D Senda<br>A Hidano<br>M Sousie<br>R Lin - OUT | **13**<br>BOR - Group 2<br>L. Ideoka<br><br>M Kersting — present<br>J Kwon — present<br>P Hsieh — out<br>H Lau — present<br>W Ching — present |
| **19**<br>BOR - Group 5<br>G. Kawamoto<br><br>T Ofril<br>D Senda<br>A Hidano - OUT<br>M Sousie - OUT<br>R Lin - OUT<br>CANCELLED<br>NO QUORUM | **20**<br>BOR - Group 2<br>K. Moritomo<br><br>M Kersting - OUT<br>J Kwon<br>P Hsieh - OUT<br>H Lau<br>W Ching<br>R Lin |
| **26**<br>BOR - Group 3<br>P. English<br><br>T Ofril | **27**<br>BOR - Group 4<br>A. Lee<br><br>M Kersting |

PE 01729

| D Senda<br>A Hidano - OUT<br>M Sousie<br>R Lin - OUT | J Kwon<br>P Hsieh - OUT<br>H Lau<br>W Ching<br>R Lin - OUT |
|---|---|
|  |  |
| *Wednesday* | *Thursday* |

PE 01730



| Friday | |
|---|---|
| **7** BOR - Group 5 C. Yamada | |
| T Ofril | present |
| D Senda | present |
| A Hidano - OUT | |
| M Sousie - OUT | |
| R Lin - OUT | |
| H. Lau | present |
| **14** BOR - Group 3 A. Kabasawa | |
| T Ofril | |
| D Senda | |
| A Hidano - OUT | |
| M Sousie - OUT | |
| R Lin - OUT | |
| H Lau | |
| **21** BOR - Group 4 C. Whang | |
| T Ofril | |
| D Senda | |
| A Hidano - OUT | |
| M Sousie | |
| R Lin - OUT | |
| **28** BOR - Group 5 D. Ishiguro | |
| T Ofril | |



D Senda
A Hidano - OUT
M Sousie
R Lin - OUT

*Friday*

PE 01732