02/05/2003 1:45 PM

this morning when I came into the office I spoke with Ann K. about some matter on how we do things here. It was quite apparent that she felt that she did not want to say anything to me. She just kept saying I don't know and you should check with Ann.

So it seems that others in my group are unwilling to talk with me.



PE 01739