02/07/2003 1:28 PM

ANN,

You asked me if I had checked the data to see if the 2002 values whereby leasehold sales were used (plus a fee estimate) were or were not lower than if we looked at fee sales from fee simple units.   I told you I did not do an analysis but that I was generally aware that the assessed values were lower when that method was used.

The reason I did not do that was that your instructions were to:

"Go back and review the assessments for the properties in question.
Make sure that the message you are conveying is accurate.  Keep in mind that you are writing the response as an official of the City and County of Honolulu.
Prepare the response letter to the best of your ability which you feel most competently and responsibly reflects an appropriate reply to the taxpayer's question and submit it to me for review."

I did go back and review the data.  And in fact we had used leasehold sales with a leased-fee added.  The original letters that you reviewed accurately depicted that.

Per your request I have gone back to analyze the data to show that the fee estimates would have been higher if fee simple sales were used.

My analysis simply looked at sales from the fee simple buildings that were used in the 2003 assessment.  I determined an average price per square foot for that size unit and applied to the subject.  I limited the sales to prior to October 2001 and I attempted to use sales that had a similar floor height.  The subject view is other and I used sales from no view to open view.

In both cases the fee estimate were higher than the assessed values that used leasehold sales plus an estimated fee value for land and the letters accurately stated that.

See the attached analysis



PE 01741

| Taxkey | Project | Apt | Last sold | Last Instr | Last price | Zoning | Tenure | SFLA | Br | Fba | Condo view | Prk |
|--------|---------|-----|-----------|-----------|-----------|--------|--------|------|----|----|-----------|-----|
| 1-2-6-14-32-211 | HAWAIIAN MONARCH | 1011 | 03/31/00 | DEED | $ 66,500 | APART | Fee Simple | 247 | 0 | 1 | City/Mountain | 0 |
| 1-2-6-14-32-286 | HAWAIIAN MONARCH | 1506 | 05/15/01 | DEED | $ 75,000 | APART | Fee Simple | 247 | 0 | 1 | Golf/Park | 0 |
| 1-2-6-14-32-301 | HAWAIIAN MONARCH | 1605 | 06/25/01 | DEED | $ 80,600 | APART | Fee Simple | 236 | 0 | 1 | Golf/Park | 0 |
| 1-2-6-14-32-317 | HAWAIIAN MONARCH | 1705 | 09/15/00 | DEED | $ 65,000 | APART | Fee Simple | 236 | 0 | 1 | Golf/Park | 0 |
| Average Sale Price/Price per SQ/Square Foot | | | | | $ 71,775 | 297.2 | | 242 | | | | |
| 1-2-6-23-56-66 | PACIFIC MONARCH | 1308 | 06/16/00 | DEED | $ 116,000 | RES-HT | Fee Simple | 360 | 0 | 1 | None | |
| 1-2-6-23-56-70 | PACIFIC MONARCH | 1404 | 12/28/00 | DEED | $ 110,000 | RES-HT | Fee Simple | 352 | 0 | 1 | City/Mountain | |
| 1-2-6-23-56-74 | PACIFIC MONARCH | 1408 | 01/31/01 | DEED | $ 110,000 | RES-HT | Fee Simple | 360 | 0 | 1 | City/Mountain | |
| 1-2-6-23-56-122 | PACIFIC MONARCH | 2008 | 09/19/01 | DEED | $ 115,000 | RES-HT | Fee Simple | 360 | 0 | 1 | City/Mountain | |
| Average Sale Price/Price per SQ/Square Foot | | | | | $ 112,750 | 314.94 | | 358 | | | | |
| Fee Value Estimate for Subject | | | | | $ 92,435 | 306.07 | | 302 | | | | |

PE 01742

```
07-FEB-0.                    - COMPARABLE SALES ANALYSIS REPORT FOR TAX YEAR - 2002 -                      PAGE:  1
12:57 PM                                 CITY AND COUNTY OF HONOLULU                                        MK127
```

| | SUBJECT PARCEL | COMPARABLE-1 | COMPARABLE-2 | COMPARABLE-3 | COMPARABLE-4 | COMPARABLE-5 |
|---|---|---|---|---|---|---|
| Parcel Id | 260210260390 | 260210260348 | 260210260352 | 260210260690 | 260210260099 | 260210260568 |
| Card | 1 | 1 | | | | |

445
SEASIDE AVE

| | SUBJECT PARCEL | COMPARABLE-1 | COMPARABLE-2 | COMPARABLE-3 | COMPARABLE-4 | COMPARABLE-5 |
|---|---|---|---|---|---|---|
| Bldg/Unit | 2705 | | | | | |
| Model | 141 | 141 | 141 | 141 | 141 | 141 |
| Cluster | 1262 | 1262 | 1262 | 1262 | 1262 | 1262 |
| Group | 1284 | 1284 | 1284 | 1284 | 1284 | 1284 |
| Neighborhood | C616 | C616 | C616 | C616 | C616 | C616 |

**DWELLING DESCRIPTION**

| | SUBJECT PARCEL | COMPARABLE-1 | COMPARABLE-2 | COMPARABLE-3 | COMPARABLE-4 | COMPARABLE-5 |
|---|---|---|---|---|---|---|
| Project | ISLAND COLONY | ISLAND COLONY | ISLAND COLONY | ISLAND COLONY | ISLAND COLONY | ISLAND COLONY |
| Year Built/Eff | 1979/ | 1979/ | 1979/ | 1979/ | 1979/ | 1979/ |
| Style | 5-Highrise | 5-Highrise | 5-Highrise | 5-Highrise | 5-Highrise | 5-Highrise |
| Frame | 2-BUILT-UP | 2-BUILT-UP | 2-BUILT-UP | 2-BUILT-UP | 2-BUILT-UP | 2-BUILT-UP |
| Exterior | 8-CONCRETE | 8-CONCRETE | 8-CONCRETE | 8-CONCRETE | 8-CONCRETE | 8-CONCRETE |
| Physical Cond | 9-OTHER | 9-OTHER | 9-OTHER | 9-OTHER | 9-OTHER | 9-OTHER |
| Quality Rating | 4-AVERAGE | 4-AVERAGE | 4-AVERAGE | 4-AVERAGE | 4-AVERAGE | 4-AVERAGE |
| Central Air | 4 | 4 | 4 | 4 | 4 | 4 |
| Living Area | 1-NONE | 1-NONE | 1-NONE | 1-NONE | 1-NONE | 1-NONE |
| Bedrooms | 302 | 280 | 308 | 302 | 308 | 280 |
| Full Baths | 1 | 1 | 1 | 1 | 1 | 1 |
| Half Bath | | | | | | |
| Floor | 26 | 24 | 24 | 41 | 11 | 35 |
| View | 5-OTHER VIEW | 5-OTHER VIEW | 5-OTHER VIEW | 5-OTHER VIEW | 5-OTHER VIEW | 5-OTHER VIEW |
| Type | 1-INTERIOR | 1-INTERIOR | 1-INTERIOR | 1-INTERIOR | 1-INTERIOR | 1-INTERIOR |
| Opn Porch Area | 116 | 116 | 116 | 116 | 116 | 116 |
| Enc Porch Area | 0 | 0 | 0 | 0 | 0 | 0 |
| Cndo Parking | 0 | 0 | 0 | 0 | 0 | 0 |
| Garage Area | 0 | 0 | 0 | 0 | 0 | 0 |
| Carport Area | 0 | 0 | 0 | 0 | 0 | 0 |
| Deck Area | 0 | 0 | 0 | 0 | 0 | 0 |

**PRICING DATA**

| | SUBJECT PARCEL | COMPARABLE-1 | COMPARABLE-2 | COMPARABLE-3 | COMPARABLE-4 | COMPARABLE-5 |
|---|---|---|---|---|---|---|
| Land Assmt | 24,100 | 24,100 | 24,600 | 24,100 | 24,100 | 24,100 |

**VALUATION**

| | SUBJECT PARCEL | COMPARABLE-1 | COMPARABLE-2 | COMPARABLE-3 | COMPARABLE-4 | COMPARABLE-5 |
|---|---|---|---|---|---|---|
| Sale Date | | 01-FEB-00 | 01-DEC-99 | 01-DEC-99 | 01-DEC-99 | 01-NOV-99 |
| Sale Price | 0 | 86700 | 84200 | 98500 | 73500 | 93500 |
| Market Est | 116,730 | 115,310 | 118,660 | 128,650 | 110,340 | 122,030 |
| Adj Price | | 88,120 | 82,270 | 86,580 | 79,890 | 88,200 |
| Comparability | | 51 | 55 | 56 | 56 | 59 |
| Weighted Est | 85,040 | | | | | |
| Market Value | 86,600 | | | | | |

PE 01743

| Taxkey | Project | Apt | Last sold | Last Instr | Last price | Zoning | Tenure | SFLA | Br | Eba | Condo view | Prk |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1-2-6-13-2-67 | WAIPUNA | 812 | 01/29/99 | SAS | $ 360,000 | APART | Fee Simple | 1249 | 3 | 3 | City/Mountain | 1 |
| 1-2-6-13-2-30 | WAIPUNA | 504 | 07/15/99 | DEED | $ 290,000 | APART | Fee Simple | 1119 | 2 | 2 | City/Mountain | 1 |
| 1-2-6-13-2-41 | WAIPUNA | 606 | 09/09/99 | DEED | $ 300,000 | APART | Fee Simple | 1297 | 2 | 2 | City/Mountain | 1 |
| 1-2-6-13-2-148 | WAIPUNA | 1509 | 12/30/99 | DEED | $ 370,000 | APART | Fee Simple | 1277 | 3 | 2 | City/Mountain | 1 |
| 1-2-6-13-2-262 | WAIPUNA | 2503 | 04/28/00 | DEED | $ 350,000 | APART | Fee Simple | 1248 | 3 | 2 | City/Mountain | 1 |
| 1-2-6-13-2-17 | WAIPUNA | 309 | 06/29/00 | DEED | $ 300,000 | APART | Fee Simple | 1249 | 3 | 3 | City/Mountain | 1 |
| 1-2-6-13-2-47 | WAIPUNA | 703 | 09/21/00 | DEED | $ 350,000 | APART | Fee Simple | 1248 | 3 | 2 | None | 1 |
| 1-2-6-13-2-27 | WAIPUNA | 501 | 11/30/00 | DEED | $ 315,000 | APART | Fee Simple | 1249 | 3 | 3 | None | 1 |
| 1-2-6-13-2-39 | WAIPUNA | 604 | 12/21/00 | DEED | $ 295,000 | APART | Fee Simple | 1119 | 2 | 2 | City/Mountain | 1 |
| 1-2-6-13-2-238 | WAIPUNA | 2303 | 05/02/01 | DEED | $ 382,000 | APART | Fee Simple | 1248 | 3 | 2 | City/Mountain | 2 |
| 1-2-6-13-2-44 | WAIPUNA | 609 | 07/10/01 | DEED | $ 320,000 | APART | Fee Simple | 1249 | 3 | 3 | City/Mountain | 2 |
| 1-2-6-13-2-104 | WAIPUNA | 1201 | 07/20/01 | DEED | $ 345,000 | APART | Fee Simple | 1249 | 3 | 3 | None | 2 |

Average Sale Price/Price per SQ/Square Foot    $ 331,417    268.70    1233

| Taxkey | Project | Apt | Last sold | Last Instr | Last price | Zoning | Tenure | SFLA | Br | Eba | Condo view | Prk |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1-2-6-7-15-11 | CANTERBURY PL | 8B | 02/26/02 | DEED | $ 313,000 | APART | Fee Simple | 1096 | 2 | 2 | Golf/Park | 1 |

Average Sale Price/Price per SQ/Square Foot    $ 313,000    285.58    1096

Fee Value Estimate for Subject    $ 329,244    277.14    1188

PE 01744

Case 1:04-cv-00108-KSC    Document 471-12    Filed 09/25/2006    Page 5 of 5

07-FEB-03
12:58 PM

- COMPARABLE SALES ANALYSIS REPORT FOR TAX YEAR - 2002 -
CITY AND COUNTY OF HONOLULU

PAGE: 1
MK127

|  | SUBJECT PARCEL | COMPARABLE-1 | COMPARABLE-2 | COMPARABLE-3 | COMPARABLE-4 | COMPARABLE-5 |
|---|---|---|---|---|---|---|
| Parcel Id | 26012010039 | 26012010516 | 26013020039 | 26012010214 | 26012010012 | 26012010005 |
| Card | 1 |  |  |  |  |  |
|  | 1778 ALA MOANA |  |  |  |  |  |
| Bldg/Unit | 1209 |  |  |  |  |  |
| Model | 141 | 141 | 141 | 141 | 141 | 141 |
| Cluster | 1262 | 1262 | 1262 | 1262 | 1262 | 1262 |
| Group | 1283 | 1283 | 1283 | 1283 | 1283 | 1283 |
| Neighborhood | C512 | C512 | C156 | C512 |  |  |

### DWELLING DESCRIPTION

|  | SUBJECT PARCEL | COMPARABLE-1 | COMPARABLE-2 | COMPARABLE-3 | COMPARABLE-4 | COMPARABLE-5 |
|---|---|---|---|---|---|---|
| Project | DISCOVERY BAY | DISCOVERY BAY | WAIPUNA | DISCOVERY BAY |  |  |
| Year Built/Eff | 1977 / | 1977 / | 1971 / | 1977 / | / | / |
| Style | 5-Highrise | 5-Highrise | 5-Highrise | 5-Highrise |  |  |
| Roof | 2-BUILT-UP | 2-BUILT-UP | 2-BUILT-UP | 2-BUILT-UP |  |  |
| Frame | 8-CONCRETE | 8-CONCRETE | 8-CONCRETE | 8-CONCRETE |  |  |
| Exterior | 9-OTHER | 9-OTHER | 9-OTHER | 9-OTHER |  |  |
| Physical Cond | 4-AVERAGE | 4-AVERAGE | 4-AVERAGE | 4-AVERAGE |  |  |
| Quality Rating | 5 | 5 | 5 | 5 |  |  |
| Central Air | 2-CENTRAL AC | 2-CENTRAL AC | 1-NONE | 2-CENTRAL AC |  |  |
| Living Area | 1188 | 1003 | 1119 | 1003 |  |  |
| Bedrooms | 2 | 2 | 2 | 2 |  |  |
| Full Baths | 2 | 2 | 2 | 2 |  |  |
| Half Bath |  |  |  |  |  |  |
| Floor | 12 | 27 | 5 | 30 |  |  |
| View | 5-OTHER VIEW | 4-OPEN SPACE | 5-OTHER VIEW | 5-OTHER VIEW |  |  |
| Opp | 2-CORNER/END | 2-CORNER/END | 3-INTERIOR | 2-CORNER/END |  |  |
| Enc Porch Area | 128 | 128 | 312 | 128 | 128 | 128 |
| Opn Porch Area | 0 | 0 | 0 | 0 | 0 | 0 |
| Cnd Parking | 1 | 1 | 1 | 1 | 1 | 1 |
| Garage Area | 0 | 0 | 0 | 0 | 0 | 0 |
| Carport Area | 0 | 0 | 0 | 0 | 0 | 0 |
| Deck Area | 0 | 0 | 0 | 0 | 0 | 0 |

### PRICING DATA

|  | SUBJECT PARCEL | COMPARABLE-1 | COMPARABLE-2 | COMPARABLE-3 | COMPARABLE-4 | COMPARABLE-5 |
|---|---|---|---|---|---|---|
| Land Assmt | 98,100 | 84,300 | 84,600 | 84,300 |  |  |

### VALUATION

|  | SUBJECT PARCEL | COMPARABLE-1 | COMPARABLE-2 | COMPARABLE-3 | COMPARABLE-4 | COMPARABLE-5 |
|---|---|---|---|---|---|---|
| Sale Date |  | 01-AUG-99 | 15-DEC-00 | 01-JUN-99 | 01-MAY-99 | 01-MAY-99 |
| Sale Price | 0 | 296600 | 295000 | 349600 | 244600 | 244600 |
| Market Est | 256,910 | 262,950 | 227,650 | 277,450 | 226,390 | 224,380 |
| Adj Price |  | 290,560 | 324,260 | 329,460 | 275,120 | 277,110 |
| Comparability |  | 106 | 108 | 109 | 110 | 110 |
| Weighted Est | 300,310 |  |  |  |  |  |
| Market Value | 289,300 |  |  |  |  |  |

PE 01745