DEPARTMENT OF BUDGET AND FISCAL SERVICES

# CITY AND COUNTY OF HONOLULU

REAL PROPERTY ASSESSMENT DIVISION
842 BETHEL STREET 2ND FLOOR * HONOLULU, HAWAII 96813
PHONE: (808) 527-5502 * FAX (808) 521-7647
WWW.CO.HONOLULU.HI.US

JEREMY HARRIS
MAYOR



IVAN LUI-KWAN
DIRECTOR

CHRIS A. DIEBLING
ACTING DEPUTY DIRECTOR

GARY T. KUROKAWA
ADMINISTRATOR

January 31, 2003

Nicole Gracia
150 boul Kirkland
Kirkland, QC H9J 1P2

Ref:   TMK 260210260390
       445 Seaside Avenue   #2705
       Honolulu, HI

Dear Ms. Gracia:

Thank you for your letter dated December 28, 2002. I have reviewed your record and analyzed the assessments for the years 2001, 2002, and 2003. The assessed values and increases are broken down in following chart:

| Tax Year | Assessed Value | % Change |
|---|---|---|
| 2001 | $ 82,500 | ----- |
| 2002 | $ 86,600 | 5% |
| 2003 | $ 114,300 | 32% |

The Island Colony is a leasehold project. The 2001 and 2002 assessments used sales from within the project and resulted in assessment values below fee simple sales prices for comparable units. The ordinance requires that we appraise properties in their entirety. In other words in fee simple. The 2003 assessment used fee simple sales of similar units close by which caused the increase in assessed value and resulted in a 2003 assessment more appropriately reflecting a fee simple value for the unit.

Should you have any additional questions or if I may be of assistance to you please do not hesitate to contact me at (808) 523-4719.

Sincerely,


Philip English CGA-137
Appraiser IV
Real Property Assessment
City and County of Honolulu



PE 01746