DEPARTMENT OF BUDGET AND FISCAL SERVICES

# CITY AND COUNTY OF HONOLULU

REAL PROPERTY ASSESSMENT DIVISION
842 BETHEL STREET 2ND FLOOR * HONOLULU, HAWAII 96813
PHONE: (808) 527-5502 * FAX (808) 521-7647
WWW.CO.HONOLULU.HI.US



JEREMY HARRIS
MAYOR

IVAN LUI-KWAN
DIRECTOR

CHRIS A. DIEBLING
ACTING DEPUTY DIRECTOR

GARY T. KUROKAWA
ADMINISTRATOR

January 31, 2003

Carolyn S Kepford
Assistant to J. Roger Kent
4701 Old Shepard Place
Plano, Texas 75093-9065

Ref:    TMK 260120100039
        1778 Ala Moana Blvd. #1209
        Honolulu, HI

Dear Ms. Kepford:

Thank you for your letter dated January 16, 2003. I have reviewed your record and analyzed the sales used for the 2002 assessment and the sales used for the 2003 assessment. The Discovery Bay units are owned in leasehold. However, the ordinance requires that all properties be assessed in its entirety or in fee simple.

The 2002 assessment used sales from within the project and resulted in an assessment below fee simple value. The 2003 assessment used fee simple sales from similar buildings close by. This caused an increase in assessed value and resulted in a 2003 assessment reflecting a fee simple value of the unit.

Should you have any additional questions or if I may be of assistance to you please do not hesitate to contact me at (808) 523-4719.

Sincerely,


Philip English CGA-137
Appraiser IV
Real Property Assessment
City and County of Honolulu



PE 01747