DEPARTMENT OF BUDGET AND FISCAL SERVICE

SUBTITLE 5 REAL PROPERTY ASSESSMENT RULE

CHAPTER 15
CLASSIFICATION OF CONDOMINIUM

§150-1  Purpose
§150-2  Definitions
§150-3  Classification of Condominium
§150-4  Effect on Classification of Home Exemption

§150-1  Purpose. The purpose of this chapter is to implement and clarify the provisions of Section 8-7.1(c)(3)(A), Revised Ordinances of Honolulu ("ROH"), relating to the classification of condominium units upon consideration of the unit's actual use and the effect on classification of a condominium unit which is used by occupants in a manner similar to a short-term use by transient hotel guests, or which qualifies for a home exemption. [Eff       MAY       ] (Auth: ROH §§-7.1, RCH 4-105) (Imp. ROH §§-7

§150-2  Definitions.

"Actual use" means, for purposes of this rule, any existing or continuing activity, occupation, business or operation carried on in a condominium unit. Actual use is the privilege or benefit of using something in existence contrasted with a potential or possible use. Actual uses of condominium units include, but are not limited to, apartment use, transient vacation unit use, time share use, commercial use, industrial use, and hotel use.

"Apartment use" means, for purposes of this rule, the actual use of a dwelling unit or a lodging unit: (1) by occupants for compensation for periods of 30 or more consecutive days; or (2) by the unit owner personally or the unit owner's guest(s), either without compensation. For purposes of this definition, compensation includes, but is not limited to, monetary payment, services or labor



PE 01754

of employees. Apartment use specifically excludes the use of the unit as transient vacation unit or for time shar[ing].

"Assessment Date" means October 1st, of the year preceding the Tax Year.

"Assessment Year" means, for purposes of this rule, the one-year peri[od] beginning October 2nd of the previous calendar year and ending October 1st inclusive, of the calendar year preceding the Tax Year.

"Commercial use" means, for purposes of this rule, the business [of] providing of goods and services for compensation.

"Director" means the Director of Budget and Fiscal Services.

"Dwelling unit" means, for purposes of this rule, a room or room[s] connected together, constituting an independent housekeeping unit for a fam[ily] and containing a single kitchen. A unit or portion thereof used for time sharing [or] for transient vacation unit use cannot simultaneously be in dwelling unit use.

"Highest and best use" means the reasonably probable and legal use of [a] property, that is physically possible, appropriately supported, and financially feasible, and that results in the maximum profitability.

"Hotel" means a building or group of buildings containing lodging and/[or] dwelling units in which 50 percent or more of the units are lodging units. A hotel includes a lobby, clerk's desk or counter with 24-hour clerk service and facilit[ies] for registration and keeping of records relating to hotel guests in connection wit[h] a hotel operation.

"Hotel use" means, for purposes of this rule, the actual use of th[e] condominium unit as part of a hotel operation.

"Industrial use" means, for purposes of this rule, the actual use of th[e] condominium unit for manufacturing, research and development, warehousing/distribution or rendering services, such as laundries and drycleaner[s].

"Lodging unit" means, for purposes of this rule, a room or room[s] connected together, constituting an independent living unit for a family which does not contain a kitchen. A unit or portion thereof used for time sharing or for transient vacation unit use cannot simultaneously be used as a lodging unit.

"Tax Year" means the fiscal year beginning July 1st of each calendar year and ending June 30th of the following calendar year.

"Time sharing" or "time share use" means the ownership and/or occupancy of a dwelling or lodging unit regulated under the provisions of HRS Chapter 514E, as amended, relating to time share plan and time share unit hereinafter defined:

(1) "Time share plan" means any plan or program in which the use, occupancy or possession of one or

130-2

PE 01755

more time share units circulates among var[i]
persons for less than a 60-day period in any yea[r]
any occupant. The term "time share plan" s[hall]
include both time share ownership plans and ti[me]
share use plans, as follo[ws:]

"Time share ownership plan' mea[ns]
any arrangement whether by tena[ncy]
in common, sale, deed or by ot[her]
means, whereby the purchas[er]
received an ownership interest [and]
the right to use the property fo[r a]
specific or discernible period [by]
temporal divisi[on.]

"Time share use plan' means a[n]
arrangement, excluding normal ho[tel]
operations, whether by membersh[ip,]
agreement, lease, rental agreeme[nt,]
license, use agreement, security [or]
other means, whereby the purcha[ser]
receives a right to [use]
accommodations or facilities, [or]
both, in a time share unit fo[r a]
specific or discernible period [by]
temporal division, but does [not]
receive an ownership intere[st.]

"Time share unit' means the actual and promi[sed]
accommodations and related facilities, which are [the]
subject of a time share p[lan.]

"Transient vacation unit" means a dwelling unit or lodging unit whic[h is]
provided for compensation to transient occupants for less than 30 days, other t[han]
a bed and breakfast home. For purposes of this definition, compensa[tion]
includes, but is not limited to, monetary payment, services or labor of employ[ment.]
                                          ] (Auth: ROHS 8-7.1, RO[H]
[§]105)(Imp. ROH 8[...])

§[1]36-[?] Classification of Condominiu[m]
The determination of "actual use" as mandate[d by]
ROH Section 8-7.1(c)(3)(A), as amended, s[hall]

PE 01756

require consideration of the unit's actual use during the Assessment Year.

(2) If during the Assessment Year the unit is determined to have more than one actual use occurring concurrently or at different times, the classification determination shall be based on consideration of the highest and best use of the unit from among the actual uses occurring.

   (a) However, when a unit is used in a manner similar to short-term use by transient hotel guests, the classification shall be determined as follows:

      (i) Except as provided in ROH Section 8-7.1(h), when a condominium unit is used at any time during the Assessment Year as a transient vacation unit, the unit shall be classified as "Hotel and resort" as set forth in ROH Section 8-7.1 (c)(1)(D) for the following Tax Year, regardless of whether the unit is in apartment use during the Assessment Year.

      (ii) When a condominium unit is used at any time during the Assessment Year for time sharing, the unit shall be classified as "Hotel and resort" as set forth in ROH Section 8-7.1 (c)(1)(D) for the following Tax Year, regardless of whether the unit is in apartment use during the Assessment Year.

(3) If during the Assessment Year the actual use cannot be determined, and the director has no verifiable evidence regarding the actual use for the previous Assessment Year, the classification determination shall follow the general rule under ROH Section 8-7.1(c)(1) and (c)(2), which directs that classification shall be based on consideration of the highest and best use of the land.

(4) If during the Assessment Year the Director has no verifiable evidence that the actual use of the unit determined for the previous Assessment Year, based

130-4

PE 01757

on verifiable evidence, has changed, then the u[nit]
shall continue to be classified based on the actu[al]
use determined for the previous Assessment Year[.]
[Eff         ]
(Auth: ROH § 8-7.1, RCH 4-105) (Imp. ROH [...])

§ 13[0]-4 Effect on Classification of Home Exempt[ion.]
If during the Assessment Year a condominium u[nit]
qualifies in its entirety for a home exemption, th[en]
the unit shall be classified "Improved Resident[ial]"
or "Apartment" as set forth in ROH Sections 8-[7.1]
(c)(1)(A) and (C) for the following Tax Y[ear.]
If during the Assessment Year a portion o[f a]
condominium unit qualifies for a home exempti[on,]
then the classification of the unit for the followin[g]
Tax Year shall be based upon consideration o[f the]
actual use of that portion of the unit which does n[ot]
qualify for the home exempti[on.]
[Eff   MAY             ] (Auth: R[OH]
§§-7.1, RCH 4-105) (Imp. ROH §§-[...])

§ 130-5 Severability. If any provision of this rule, or [its]
application to any persons or circumstances is held invali[d, the]
remainder of the rule, or the application of the provision to ot[her]
persons or circumstances, shall not be affec[ted.]
[Eff   M              ] (Auth: ROH §§-[...])

§130-6 Effective Date. These rules shall take effect ten days after filing with [the]
office of the city clerk and shall apply as well to reassessments from and aft[er]
such date ordered upon remand by a court or other tribunal having jurisdicti[on.]
[Eff _____ ] ( RCH 4-105; HRS §[...])

PE 01758

DEPARTMENT OF BUDGET AND FISCAL SERVICES
CITY AND COUNTY OF HONOLULU

These Rules and Regulations of the Department of Budget and Fiscal Services, Subtitle 5, Chapter 130, "Classification of Condominiums," were adopted on April 30, 2002. A public hearing was held on April 10, 2002, after public notice was given in the MidWeek on March 11, 2002.

*Caroll Takahashi*
Caroll Takahashi, Director
Department of Budget and Fiscal Services

APPROVED AS TO FORM AND LEGALITY

*[signature]*
Deputy Corporation Counsel

APPROVED:

*[signature]*
JEREMY HARRIS, Mayor
City and County of Honolulu

Dated: April 30, 2002

Received this 30th day of April, 2002.

*[signature]*
GENEVIEVE G. WONG, City Clerk

130-6

PE 01759