02/05/2003 1:14 PM

After my meeting with Dwight I came back to my desk to find that my mobile phone had been tampered with. Chris told me that he put my phone in the drawer because it was making a funny noise. I inquired to the other employees and no one else heard any funny noise.



PE 01760