Wednesday, February 05, 2003

Bob Magota, Assessor
City and County of Honolulu

Bob:

Confirming our conversation of this morning regarding a planned meeting for this afternoon to discuss an employment action against me, you stated that would not object to having union representation or an attorney present on my behalf.

My attorney has made himself available for this afternoon and we are waiting a time and place where we can meet. Please let me know so I can let my attorney know.

Thank you,

Phil English



PE 01762