# JANUARY 2003

| Monday | Tuesday | Wednesday | Thursday | Friday |
|---|---|---|---|---|
|  |  | **1**<br>HOLIDAY<br>New Year's Day | **2**<br>BOR I - Cancelled<br><br>Public Counter<br>Group 1 -<br>Group 2 -<br>Group 3 - Graff<br>Group 4 - Takesono | **3**<br>(BOR II - Group 3<br>English)<br><br>Public Counter<br>Group 1 -<br>Group 2 -<br>Group 3 - Knowles<br>Group 4 - Martin |
| **6** *Mt w/ Ann Re BOR 1/14*<br>Public Counter<br>Group 1 -<br>Group 2 -<br>Group 3 - Kabasawa<br>Group 4 - R. Wong | **7**<br>BOR I - Group 2<br>Ideoka<br><br>Public Counter<br>Group 1 -<br>Group 2 -<br>Group 3 - Tamayori<br>Group 4 - A. Lee | **8**<br>BOR II - Group 4<br>Martin<br><br>Public Counter<br>Group 1 -<br>Group 2 -<br>Group 3 - Abing<br>Group 4 - Whang | **9**<br>BOR I - Group 2<br>M. Kim<br><br>Public Counter<br>Group 1 -<br>Group 2 -<br>(Group 3 - English)<br>Group 4 - Fukuda | **10**<br>BOR II - Group _<br><br><br>Public Counter<br>Group 1 -<br>Group 2 -<br>Group 3 - Fujitani<br>Group 4 - Takesono |
| **13**<br><br><br><br>Public Counter<br>Group 1 -<br>Group 2 -<br>Group 3 - Graff<br>Group 4 - Martin | **14**<br>(BOR I - Group 3<br>English)<br><br><br>Public Counter<br>Group 1 -<br>Group 2 -<br>Group 3 - Knowles & Kabasawa<br>Group 4 - R. Wong | **15**<br>BOR II - Group _<br><br>Deadline For Filing Appeal<br><br>Public Counter<br>Group 1 -<br>Group 2 -<br>Group 3 - Abing & Tamayori<br>Group 4 - A. Lee | **16**<br>BOR I - Group 5<br>Kawamoto | **17**<br>BOR I - Cancelled |
| **20**<br>HOLIDAY<br>Martin Luther King Jr. Day | **21**<br>BOR I - Group 4<br>Takesono | **22**<br>BOR II - Group 4<br>Martin | **23**<br>BOR I - Group 1<br>Palenske | **24**<br>BOR II - Group 3<br>English |
| **27** | **28**<br>BOR I - Group 4<br>Takesono<br><br>*Peter Elliott<br>IHR 8am<br>921-7563* | **29**<br>BOR II - Group 1<br>Kaneko | **30**<br>BOR I - Group 3<br>Knowles | **31**<br>BOR II - Group 3<br>Kabasawa<br><br>Assessment List To City Clerk<br><br>Monthly Work Report Due |
| Monday | Tuesday | Wednesday | Thursday | Friday |

Reminder: BOR appeal cases must be scheduled 30 days prior to hearing date.

DEFENDANT'S EXHIBIT

PE 01765