Blank                                                                                                        Page 1 of 1

## English, Philip E.

**From:** Foumai, Suzanne
**Sent:** Tuesday, December 17, 2002 1:25
**To:** English, Philip E.
**Subject:** Sick Vacation Leave Paper

Phil,

12/10/02 8.00 sick
12/11/02 6.00 sick/2.00 vac

*Sue Foumai*
*Real Property Assessment*
*842 Bethel Street, 2nd Floor*
*Honolulu, HI 96813*
*(808) 527-5507*
*(808) 521-7647 Fax*



PE 01767

12/19/2002