Glacier

**English, Philip E.**

| | |
|---|---|
| **From:** | Foumai, Suzanne |
| **Sent:** | Wednesday, January 22, 2003 2:37 |
| **To:** | English, Philip E. |
| **Subject:** | Low Sick Leave |

Hi Phil,

Here's the breakdown for filing your leave paper:

01/13/03 6.00 Sck/2.00 Vac
01/14/03 8.00 Vac

Stay well until the end of the month of January. You have no sick leave available until you earn 14 hours on Feb 1.

Sue Foumai
Real Property Assessment
842 Bethel Street, 2nd Floor
Honolulu, HI 96813
(808) 527-5507
(808) 521-7647 Fax

DEFENDANT'S EXHIBIT 3401

PE 01768

Page 1 of 1