# DECEMBER 2002

| Monday | Tuesday | Wednesday | Thursday | Friday |
|---|---|---|---|---|
| **2** | **3** <br> BOR - Cancelled <br><br> *Group 3 Meet* <br> *8:30 Meeting w/ ANN* | **4** <br> BOR - Group 1 <br> Murota <br><br> *New JPR Training 8:30-10* | **5** <br> BOR - Cancelled | **6** <br> BOR - Cancelled |
| **9** | **10** <br> BOR - Group 2 <br> Ideoka <br><br> *8-11 PTO Train* | **11** <br> BOR - Group 3 <br> Murakami-Kim | **12** <br> BOR - Group 4 <br> R. Wong | **13** <br> BOR - Group 3 <br> Knowles |
| **16** <br> Appeal Filing Period Begins <br> Public Counter Schedule <br> Group 1 - <br> Group 2 - <br> Group 3 - <br> Group 4 - | **17** <br> ~~BOR - Group 3~~ <br> (English) <br> Public Counter Schedule <br> Group 1 - <br> Group 2 - <br> Group 3 - <br> Group 4 - | **18** <br> BOR - Group 2 <br> M. Kim <br> Public Counter Schedule <br> Group 1 - <br> Group 2 - <br> Group 3 - <br> Group 4 - | **19** <br> BOR - Group 4 <br> Martin <br> Public Counter Schedule <br> Group 1 - <br> Group 2 - <br> Group 3 - <br> Group 4 - | **20** <br> BOR - Group 3 <br> Knowles <br> Public Counter Schedule <br> Group 1 - <br> Group 2 - <br> Group 3 - <br> Group 4 - |
| **23** <br><br> Public Counter Schedule <br> Group 1 - <br> Group 2 - <br> Group 3 - <br> Group 4 - | **24** <br> BOR - Cancelled <br><br> Public Counter Schedule <br> Group 1 - <br> Group 2 - <br> Group 3 - <br> Group 4 - | **25** <br> HOLIDAY <br> Christmas Day | **26** <br> BOR - Cancelled <br><br> Public Counter Schedule <br> Group 1 - <br> Group 2 - <br> Group 3 - <br> Group 4 - | **27** <br> (BOR - Group 3 <br> English) <br> Public Counter Schedule <br> Group 1 - <br> Group 2 - <br> Group 3 - <br> Group 4 - |
| **30** <br><br> Public Counter Schedule <br> Group 1 - <br> Group 2 - <br> Group 3 - <br> Group 4 - | **31** <br> Timesheet Due <br> BOR - Cancelled <br> Public Counter Schedule <br> Group 1 - <br> Group 2 - <br> Group 3 - <br> Group 4 - | | | |
| Monday | Tuesday | Wednesday | Thursday | Friday |

11/12/2002    *Reminder:* BOR appeal cases must be scheduled 30 days prior to hearing.

DEFENDANT'S EXHIBIT

PE 01774