# DECEMBER 2002

| Monday | Tuesday | Wednesday | Thursday | Friday |
|---|---|---|---|---|
| 2 | 3<br>BOR I - Cancelled<br><br>*Group 3 mtg 8:30* | 4<br>BOR II - Group 1<br>Murota<br>New IPR 8:30 - 10:00<br>Revised Performance Evaluation Process<br>Bethel Office Only | 5<br>BOR I - Cancelled | 6<br>BOR II - Cancelled<br><br>*Meet w/ Ann Re BOR - 17th* |
| 9<br><br>*Call Patrick Winston* | 10<br>BOR I - Group 2<br>Ideoka<br><br>8:00 - 11:00<br>Training on BOR, Chp 8, 92-F Requests<br>Bethel Office Only | 11<br>BOR II - Group 3<br>Murakami-Kim<br><br>8:30 - 10:00<br>Revised Performance Evaluation Process<br>Bethel Office Only | 12<br>BOR I - Group 4<br>R. Wong<br><br>8:00 - 11:00<br>Training on BOR, Chp 8, 92-F Requests<br>Bethel Office Only | 13<br>BOR II - Group 3<br>Knowles<br><br>9:00 - 12:00<br>Training on BOR, Chp 8, 92-F Requests<br>Kapolei Office Only |
| 16<br>Appeal Filing Period Begins<br>Public Counter<br>Group 1 -<br>Group 2 -<br>Group 3 - Tamayori<br>Group 4 - Nagao | 17<br>BOR I - Group 3<br>English<br>Public Counter<br>Group 1 -<br>Group 2 -<br>Group 3 - Abing<br>Group 4 - Nagao | 18<br>BOR II - Group 2<br>M. Kim<br>Public Counter<br>Group 1 -<br>Group 2 -<br>Group 3 - English<br>Group 4 - Nagao | 19<br>BOR I - Group 4<br>Martin<br>Public Counter<br>Group 1 -<br>Group 2 -<br>Group 3 - Fujitani<br>Group 4 - Whang | 20<br>BOR II - Group 3<br>Knowles<br>Public Counter<br>Group 1 -<br>Group 2 -<br>Group 3 - Graff<br>Group 4 - Fukuda<br><br>*Meet w/ Ann Re BOR 27th* |
| 23<br>*Mtg w/ Ann Re BOR 1/3*<br>Public Counter<br>Group 1 -<br>Group 2 -<br>Group 3 - Fujitani<br>Group 4 - Takesono | 24<br>BOR I - Cancelled<br><br>Public Counter<br>Group 1 -<br>Group 2 -<br>Group 3 - Knowles<br>Group 4 - Martin | 25<br>HOLIDAY<br>Christmas Day | 26<br>BOR I - Cancelled<br><br>Public Counter<br>Group 1 -<br>Group 2 -<br>Group 3 - Tamayori<br>Group 4 - R. Wong | 27<br>BOR II - Group 3<br>English<br>Public Counter<br>Group 1 -<br>Group 2 -<br>Group 3 - Abing<br>Group 4 - A. Lee |
| 30<br><br>Public Counter<br>Group 1 -<br>Group 2 -<br>Group 3 - English<br>Group 4 - Whang | 31<br>BOR I - Cancelled<br>Monthly Work Report Due<br>Public Counter<br>Group 1 -<br>Group 2 -<br>Group 3 - Kabasawa<br>Group 4 - Fukuda | | | |
| Monday | Tuesday | Wednesday | Thursday | Friday |

Reminder: BOR appeal cases must be scheduled 30 days prior to hearing date.

PE 01776