01/24/2003 1:11 PM

Just came back from lunch. Marvin and Julie were talking about something and when they saw me they got really quiet and became very careful about what they were saying. The best I could tell was I over heard Marvin saying that they wanted everyone to go into their computers and "clean-up" their e-mails. It is a common practice to go in a "clean" up your files periodically. But it appeared to me anyway (since no one said anything to me about cleaning up my computer) that there is an effort to remove things from computers because someone may be looking into the computers.



PE 01805