02/05/2003 12:05 PM

This morning approximately 9am I received a phone call from Bob Magota requesting to meet with me right away. I went directly to his office. Bob had me close the door and began to tell me that the reason he had called me in was that there was a pending disciplinary action that we needed to discuss and it had to do with what was reported as an unauthorized leave.

He began to explain the claim made by Ann Gima my supervisor. I asked him would I have an opportunity to rebut the claim. At that point he called Ann and asked her to attend the meeting. She came into the meeting.

I asked if I could have a third party present and Bob asked if I would like union representation. I told him that I would like another independent third party in the room. At that time the meeting was finished pending communication with a union representative. I requested that Dwight Ishiguro attend.

I was told that Dwight was coming to the office and that we could meet later in the afternoon when he arrived.

At this point I contacted Dwight who told me that he would be in the office momentarily. I also contacted my attorney who requested that I inquiry as to whether of not he could attend, if the meeting could be recorded and the time of the meeting.

I checked with Bob who stated that my attorney could attend.

Dwight came to my desk about 40 minutes later. He took me to the basement conference room where he told me that he had been meeting with Bob. Dwight explained to me that this was a disciplinary action that could be a break in service that could effect my step movements. I asked if it would affect any other benefits and he said no.

We spoke for about 30 to 40 minutes and he tried to stay focused on the issue at hand and that is the disciplinary action. He explained that as it was described to him that I left on unauthorized leave in October and when I returned that there was some discussion between Ann and I the upset fellow workers who felt so threatened that they left the area. I explained to Dwight that this was not true and no one left the area. This was considered to be insubordinate and that was why the action was being taken.

 PE 01807