02/05/2003 1:17 PM

Ann is wondering around the group humming and whistling in a mocking fashion. She
appears to be gleeful that the disciplinary action is being taken. She is hanging around
Julie, Linda, in her ususal mannor.



PE 01809