02/06/2003 10:22 AM

I just spoke to Kevin Mulligan the union agent who advised me that he spoke with Bob Magota and advised them not to pursue the disciplinary action because of the untimeliness of the action. He went on to state that this should have been taken care of months ago.

He also indicated that the allegation was that I raised my voice and yelled at Ann. I told him that that was totally false. I explained that I was frustrated because I was still under the extended probation that has now been rescinded and this seemed to me to be part of a bigger picture of retaliation and harassment. His response was that it could be. But that he said that he would let me know if there is any further accusations being made.

He said that as it stands the meeting has been changed to tomorrow at 8:15am.



PE 01811