02/06/2003 10:28 AM

Michelle Muroaka came by to ask me a question about trying to determine who a management company might be for a particular parcel. I told her that I had no knowledge of a way to do that.

She went on to inquire, "Didn't I used to appraiser commercial properties?" I told her that I did not do those types of commercial properties but rather industrial and proposed buildings and subdivisions. That sort of thing.

It was an odd question and it was asked more to determine what my experience is rather than a legitimate question.

I have applied for the Appraiser VI position and I feel that they will do whatever they can to keep me from having a chance to move forward with this. Michelle's inquiry may have been an effort on behalf of management to find some way of preventing me from going forward.



PE 01812