02/06/2003 2:04 PM

I just spoke to Ann G. about my continued work on Waikiki Shore issues. I gave her a copy of a fax sent to Gary K. from Chuck Tatto explaining that I have retained Roger Mosely to represent me in a complaint made against Gary K. and Chris Graff. Since Roger M. has appeals in our office it is not appropriate that I handle these issues at this time. I made a request to Ann that these responsibilities are taken from me.

This is apparently the first official notice to the office. However, I do know that Chuck T interviewed Chris. Last week for about 3 hours and I am sure that the complaint was common knowledge.

Ann asked for a copy of the fax to Gary and both Ann and Chris left the area and are apparently in some kind of a meeting.



PE 01813