02/06/2003 3:29 PM

Chris came back briefly (the same time Ann G. came back) and had a couple of mysterious phone calls telling people not to call on that line but to call on another and then he left again. He has been gone now for about 10 minutes.



PE 01814