02/07/2003 8:21 AM

I just called Kevin Mulligan the union agent to inquire what happened with our 8:15 meeting today. I have not heard from him or from Bob who was calling the meeting. The last I heard was that it was going to be at 8:15 today.

Kevin also told me in our conversation yesterday that the meeting would be this morning at 8:15 and that he advised Bob to not go forward with the disciplinary action because of the timing of the action. He also said that there was a claim that I "yelled!" at Ann and that there were people in our section that would testify to that.

I told him that the claim that I yelled at Ann is absolutely false and that I am known in the office to be a gentle person. I told him that I was surprised by Ann's accusations that I had taken unauthorized leave and that I left without telling anyone (I told Marvin that I was leaving and where I was going). She went on to recant her previous authorization for me going when only a couple of days before she told me that even though I couldn't get time off on one day she said "you still have Friday." Friday was the next day I had requested time off to go to the doctor about my broken toe. In other words I didn't have the first day but the second day, Friday, I still had.



PE 01815