02/07/2003 8:30 AM

Ann is spending much of her time with Julie and Linda. There is no question that she is discussing with them what is going on. She just was going back to her desk and I heard her tell them so now we keep going around again. This is no doubt in response to my e-mail to her regarding my ethical concerns about righting letters that do not reveal the truth. At least this is what I believe. But there is no doubt that she is discussing this matter with other employees in my group (Julie, Lind, maybe Ann K., Chris Graff, possibly Ryan and Carl). This is inappropriate for her to do this.



PE 01816