02/07/2003 9:53 AM

I just ran into Lee A. as I was going down to the public counter to see a taxpayer. As he walked by he was very stern looking and his behavior is quite different than before. Not friendly at all.

 PE 01817