02/07/2003 9:57 AM

I just made and inquiry as to where Chris was. He did not come in yet this morning. No one really wanted to respond. The best I could get was that he is coming in late. Julie quizzed me with a smirk and said "are you looking for him" and I said yes.



PE 01818