02/07/2003 12:35 PM

I met with Ann briefly at her desk regarding the revised letters that I had submitted to her for review. She was very upset and argumentative in tone with me. I remained calm and tried my best to communicate with her.

She asked me if I had checked the data to see if the 2002 values whereby leasehold sales were used (plus a fee estimate) were or were not lower than if we looked at fee sales from fee simple units. I told her that I did not do an analysis but that I was aware that the assessed values were lower when that method was used.

The reason I did not do that was that Ann's instructions were to:

Go back and review the assessments for the properties in question.
Make sure that the message you are conveying is accurate. Keep in mind that you are writing the response as an official of the City and County of Honolulu.
Prepare the response letter to the best of your ability which you feel most competently and responsibly reflects an appropriate reply to the taxpayer's question and submit it to me for review.

I did go back and review the data. And in fact we had used leasehold sales with a leased-fee added. So that the original letters that I had her review accurately depicted that.

Because of Ann's request I have gone back to do an analysis to determine what the fee simple estimates would be. My analysis simply looked at sales from the fee simple buildings that were used in the 2003 assessment. I determined an average price per square foot for that size unit and applied to the subject. I limited the sales to prior to October 2001 and I attempted to use sales that had a similar floor height. The subject view is other and I used sales from no view to open view.

In both cases the fee estimate was higher than the assessed values that used leasehold sales plus an estimated fee value for land.



PE 01819