02/07/2003 1:28 PM

ANN,

You asked me if I had checked the data to see if the 2002 values whereby leasehold sales were used (plus a fee estimate) were or were not lower than if we looked at fee sales from fee simple units. I told you I did not do an analysis but that I was generally aware that the assessed values were lower when that method was used.

The reason I did not do that was that your instructions were to:

"Go back and review the assessments for the properties in question.
Make sure that the message you are conveying is accurate. Keep in mind that you are writing the response as an official of the City and County of Honolulu.
Prepare the response letter to the best of your ability which you feel most competently and responsibly reflects an appropriate reply to the taxpayer's question and submit it to me for review."

I did go back and review the data. And in fact we had used leasehold sales with a leased-fee added. The original letters that you reviewed accurately depicted that.

Per your request I have gone back to analyze the data to show that the fee estimates would have been higher if fee simple sales were used.

My analysis simply looked at sales from the fee simple buildings that were used in the 2003 assessment. I determined an average price per square foot for that size unit and applied to the subject. I limited the sales to prior to October 2001 and I attempted to use sales that had a similar floor height. The subject view is other and I used sales from no view to open view.

In both cases the fee estimate were higher than the assessed values that used leasehold sales plus an estimated fee value for land and the letters accurately stated that.

See the attached analysis



PE 01820