02/07/2003 1:47 PM

At the moment I am feeling a great deal of pressure. If it is the management's desire to get rid of me one way or the other or to make it so uncomfortable for me to be here they are doing a good job.

There is conversation with other employees going on. I cannot say for sure what it is but there is no doubt it is occurring. This is an effort to turn people against me or to isolate me.

My co-workers are clearly treating me differently. I kind of expected this and I knew it would be difficult. It is!!!

I know that there was some joking around about someone being delusional and I know that it is Ann's contention that I am making things up. For example the fact that she asked me to write letters in a way that would make it appear that the office did nothing wrong she is recanting. In our meeting right before my lunch our she was trying to tell me that is not what she said and that she was simply trying to tell me to make sure that the information was accurate. That is why she had to make me go through the analysis. Eve more it is obvious that she needs to defend herself with her friends (the people in her group) so she has to tell them that there is something wrong with me. At least my recollection of things.

I have a great deal of work to do. I have a BOR date on Wednesday the 19th and have had no time...... zero time to work on it. I have been processing appeals and writing letters and re-writing them because she wants a different word here or there. I have had no time to work on the appeals.

I am feeling the pressure because I am not being allowed to do the essential work that needs to get done but I am writing letters like this to document what is going on. I wish that I didn't have to. But there is clearly without a doubt and effort against me in this office. It is retaliatory for me asking too many questions and simply saying too much.

Now that there is an Ethic Commission investigation that is formal the intensity has increased and I am having a hard time dealing with it.



PE 01821