Monday, February 10, 2003

Ref:   Ann Slocum Main
       TMK:  260100070127 (Ilikai Unit #835)
       &amp; 260100070507 (Ilikai Unit #808)

The complaint filed by Ms. Slocum is that her taxes have increased in an unreasonable amount and that her unit is not a hotel or resort.

In December of 2001 the Real Property Assessment Division Administrator, Gary Kurokawa, made a decision that all condo units located in the Resort Mixed use zoned areas of Waikiki would be re-classified to "Hotel and Resort" if we did not have information to classify the condo "Apartment."

Ms. Slocum provided our office with a "Declaration Regarding Condominium Use" stating that she used her unit (#835) one month out of the year and the remaining of the year the unit was offered for rent through a management company. Additionally, she provided a copy of the declaration on her second unit (#808) stating that the unit was offered for rent through Marina Apt. Rentals. In both cases she did not provide the required copies of lease agreements.

According to our office notes Ms. Slocum was contacted as a follow-up procedure for incomplete submissions for each of the units. During the course of the conversation a note to the file on #808 states that "per owner, was occupied by owner and was rented short-term." This would place the unit in category "C", "The unit was provided for compensation to transient occupants for periods of lass than 30 days." This type of use qualifies as transient vacation use and the condo is appropriately classified "Hotel and Resort" (or pitt 7) and the higher tax rate.

It appears that on unit #835 there is also a note. This note states that there is no documentation and that we should contact the management company. The determination was to classify "Hotel and Resort" (or pitt 7).

Ms. Slocum states that she had a conversation with Mr. English in October 2002 whereby she "was told it would be reduced & payment subtracted from new tax bill in 2003." Mr. English recalls a conversation with Ms. Slocum whereby he told her that there "could" be an adjustment if she were to provide the appropriate data.

Upon receipt of the complaint we did further investigation with the rental manager that revealed the unit had been rented for less than 30 days in November of 2000 and up to January of 2001. Also that there were many gaps in the data and that we still cannot account for each months use of the condo

For unit #835 information obtained by us from the management company after receiving the complaint reveals that the unit had been rented for periods of greater than 30 days since April 1999 and would qualify for the "Apartment" classification and an adjustment to the 2002-2003-tax year.



PE 01822