02/10/2003 11:05 AM

Completed meeting with Ann G., Bob M. and Kevin M. at about 10am. Meeting ran from about 8:45 to 10am.

Donnie Wong called to tell me there was a meeting and that Kevin would meet me up stairs. I asked her when did Kevin arrive and did he meet with Bob and Ann already and Donnie said that she didn't know. When I arrived up stairs Kevin entered the room the same time I did as if he had been waiting outside for a staged entrance the same time I entered. I believe that he most likely met with Ann and Bob first.

There seem to be some agreements reached between them already. One, that the disciplinary action would only be a verbal warning. Still based on an event that happened in October.

Bob explained the events as they were related to him. He said that on October 25th that I took leave without proper authorization. He went on to say that after my return that when Ann confronted me that I yelled and her and that it was so bad that other employees heard it and stated that they had to leave the area. It was for this reason that I was being warned. Bob also stated that I need to control my temper.

I told them that this is not what happened. I explained that I believed that Ann told me that I could go. I also explained that on all other occasions whereby my request for vacation were denied that I complied and that I had completed all of my work assignments and that I had her approval from two days before

Kevin stated that vacation time can be used for necessary medical reasons and that it should not be withheld by management.

Ann said that it is the policy that the employee should try to make appointments for weekends and off hours. I explained that it was necessary and that the appointment had been set for me. I explained that I had broken my toe.

Ann commented that I change things around that is her comments. We had some discussion about previous meetings.

Bob stated that in meetings with him that I yelled.

I explained that I never yelled at anyone at anytime but that I have expressed my frustration and shock and my voiced would be raised but no more than what we were talking in the meeting then and anything else is simply not true.

Bob said that other employees would testify that I yelled. (threat)



PE 01823

Bob also stated that he had brought this to the attention of Mike G and Violet Lee back in January so that it was before the ethics investigation and therefore is not part of any retaliation. He kept pressing me as to when I first went to the ethics commissioner.

Ann indicated that there is probably something wrong with my work product. There is no question that the models need a lot of work. That is what I have been telling them for some time. I have even raised it as an ethical issue.

But it is clear to me that they are in full swing trying to make a case against me. I guess the best defense is an offense.

Bob also indicated that another complaint has been made against someone in the office performing work while on company time/computers. I wouldn't be surprised if it was against me at this point. Retaliation and harassment!

Bob suggested I seek counseling for my "personal" problems and I told him any personal situation was not the problem but that I have been very stressed over the situation at the office. I told him that I was seeking assistance from an outside source because I didn't know whom I could trust at the city.

There was some discussion about the extended probation and Ann and Bob insisted that there never was an extended probation. When I told them I have a memo from Gary that said that he was going forward with the extended probation Bob and Ann looked at one another with great surprise. Shock! They were disturbed by that!

But I have been honest from the beginning and have always tried to comply with their request and advised them when there were problems.

Conclusion:

Bob-that I need to be very careful about notifying my supervisor when I leave and that I need to control my temper.

Ann- that I should be moved to another supervisor

Kevin- that something needs to be done to defuse the situation and if there are future problems they need to be brought forward in a timely manner.

Kevin suggested that Gary recuse (spelling?) himself from any dealings with me.

Phil- that I hoped that everyone would just tell the truth.

02/10/2003 11:05 AM

Completed meeting with Ann G., Bob M. and Kevin M. at about 10am. Meeting ran from about 8:45 to 10am.

Donnie Wong called to tell me there was a meeting and that Kevin would meet me up stairs. I asked her when did Kevin arrive and did he meet with Bob and Ann already and Donnie said that she didn't know. When I arrived up stairs Kevin entered the room the same time I did as if he had been waiting outside for a staged entrance the same time I entered. I believe that he most likely met with Ann and Bob first.

There seem to be some agreements reached between them already. One, that the disciplinary action would only be a verbal warning. Still based on an event that happened in October.

Bob explained the events as they were related to him. He said that on October 25th that I took leave without proper authorization. He went on to say that after my return that when Ann confronted me that I yelled and her and that it was so bad that other employees heard it and stated that they had to leave the area. It was for this reason that I was being warned. Bob also stated that I need to control my temper.

I told them that this is not what happened. I explained that I believed that Ann told me that I could go. I also explained that on all other occasions whereby my request for vacation were denied that I complied and that I had completed all of my work assignments and that I had her approval from two days before

Kevin stated that vacation time can be used for necessary medical reasons and that it should not be withheld by management.

Ann said that it is the policy that the employee should try to make appointments for weekends and off hours. I explained that it was necessary and that the appointment had been set for me. I explained that I had broken my toe.

Ann commented that I change things around that is her comments. We had some discussion about previous meetings.

Bob stated that in meetings with him that I yelled.

I explained that I never yelled at anyone at anytime but that I have expressed my frustration and shock and my voiced would be raised but no more than what we were talking in the meeting then and anything else is simply not true.

Bob said that other employees will testify that I yelled. (threat)

Conclusion:

PE 01825

Bob-that I need to be very careful about notifying my supervisor when I leave and that I need to control my temper.

Ann- that I should be moved to another supervisor

Kevin- that something needs to be done to defuse the situation and if there are future problems they need to be brought forward in a timely manner.

Phil- that I hoped that everyone would just tell the truth.

PE 01826

02/10/2003 11:05 AM

Completed meeting with Ann G., Bob M. and Kevin M. at about 10am. Meeting ran from about 8:45 to 10am.

Donnie Wong called to tell me there was a meeting and that Kevin would meet me up stairs. I asked her when did Kevin arrive and did he meet with Bob and Ann already and Donnie said that she didn't know. When I arrived up stairs Kevin entered the room the same time I did as if he had been waiting outside for a staged entrance the same time I entered. I believe that he most likely met with Ann and Bob first.

There seem to be some agreements reached between them already. One, that the disciplinary action would only be a verbal warning. Still based on an event that happened in October.

Bob explained the events as they were related to him. He said that on October 25th that I took leave without proper authorization. He went on to say that after my return that when Ann confronted me that I yelled and her and that it was so bad that other employees heard it and stated that they had to leave the area. It was for this reason that I was being warned. Bob also stated that I need to control my temper.

I told them that this is not what happened. I explained that I believed that Ann told me that I could go. I also explained that on all other occasions whereby my request for vacation were denied that I complied and that I had completed all of my work assignments and that I had her approval from two days before

Kevin stated that vacation time can be used for necessary medical reasons and that it should not be withheld by management.

Ann said that it is the policy that the employee should try to make appointments for weekends and off hours. I explained that it was necessary and that the appointment had been set for me. I explained that I had broken my toe.

Ann commented that I change things around that is her comments. We had some discussion about previous meetings.

Bob stated that in meetings with him that I yelled.

I explained that I never yelled at anyone at anytime but that I have expressed my frustration and shock and my voiced would be raised but no more than what we were talking in the meeting then and anything else is simply not true.

Bob said that other employees would testify that I yelled. (threat)

PE 01827

Bob also stated that he had brought this to the attention of Mike G and Violet Lee back in January so that it was before the ethics investigation and therefore is not part of any retaliation. He kept pressing me as to when I first went to the ethics commissioner.

Ann indicated that there is probably something wrong with my work product. There is no question that the models need a lot of work. That is what I have been telling them for some time. I have even raised it as an ethical issue.

But it is clear to me that they are in full swing trying to make a case against me. I guess the best defense is an offense.

Bob also indicated that another complaint has been made against someone in the office performing work while on company time/computers. I wouldn't be surprised if it was against me at this point. Retaliation and harassment!

Bob suggested I seek counseling for my "personal" problems and I told him any personal situation was not the problem but that I have been very stressed over the situation at the office. I told him that I was seeking assistance from an outside source because I didn't know whom I could trust at the city.

But I have been honest from the beginning and have always tried to comply with their request and advised them when there were problems.

Conclusion:

Bob-that I need to be very careful about notifying my supervisor when I leave and that I need to control my temper.

Ann- that I should be moved to another supervisor

Kevin- that something needs to be done to defuse the situation and if there are future problems they need to be brought forward in a timely manner.

Phil- that I hoped that everyone would just tell the truth.

PE 01828

02/10/2003 11:05 AM

Completed meeting with Ann G., Bob M. and Kevin M. at about 10am. Meeting ran from about 8:45 to 10am.

Donnie Wong called to tell me there was a meeting and that Kevin would meet me up stairs. I asked her when did Kevin arrive and did he meet with Bob and Ann already and Donnie said that she didn't know. When I arrived up stairs Kevin entered the room the same time I did as if he had been waiting outside for a staged entrance the same time I entered. I believe that he most likely met with Ann and Bob first.

There seem to be some agreements reached between them already. One, that the disciplinary action would only be a verbal warning. Still based on an event that happened in October.

Bob explained the events as they were related to him. He said that on October 25th that I took leave without proper authorization. He went on to say that after my return that when Ann confronted me that I yelled and her and that it was so bad that other employees heard it and stated that they had to leave the area. It was for this reason that I was being warned. Bob also stated that I need to control my temper.

I told them that this is not what happened. I explained that I believed that Ann told me that I could go. I also explained that on all other occasions whereby my request for vacation were denied that I complied and that I had completed all of my work assignments and that I had her approval from two days before

Kevin stated that vacation time can be used for necessary medical reasons and that it should not be withheld by management.

Ann said that it is the policy that the employee should try to make appointments for weekends and off hours. I explained that it was necessary and that the appointment had been set for me. I explained that I had broken my toe.

Ann commented that I change things around that is her comments. We had some discussion about previous meetings.

Bob stated that in meetings with him that I yelled.

I explained that I never yelled at anyone at anytime but that I have expressed my frustration and shock and my voiced would be raised but no more than what we were talking in the meeting then and anything else is simply not true.

Bob said that other employees will testify that I yelled. (threat)

PE 01829

Bob also stated that he had brought this to the attention of Mike G and Violet Lee back in January so that it was before the ethics investigation and therefore is not part of any retaliation. He kept pressing me as to when I first went to the ethics commissioner.

Ann indicated that there is probably something wrong with my work product. There is no question that the models need a lot of work. That is what I have been telling them for some time. I have even raised it as an ethical issue.

But it is clear to me that they are in full swing trying to make a case against me. I guess the best defense is an offense.

But I have been honest from the beginning and have always tried to comply with their request and advised them when there were problems.

Conclusion:

Bob-that I need to be very careful about notifying my supervisor when I leave and that I need to control my temper.

Ann- that I should be moved to another supervisor

Kevin- that something needs to be done to defuse the situation and if there are future problems they need to be brought forward in a timely manner.

Phil- that I hoped that everyone would just tell the truth.

They seemed to have smirked when talking about using C+C equipment for personal use as if they have something on me.

PE 01830