02/10/2003 11:25 AM

It seems more than ever that I have been isolated by other employees. Especially since I
the ethics investigation is public knowledge. There seems to be an effort by management
to rally the troops behind them and against me.

No one is talking to me like before.

Chris is pounding away at the computer like never before I am sure in an effort to
document something or other.

Last Friday Chris was not in the office. I remember reviving phone calls for him from
people who did not want to leave a number (personal). I also remember asking Julie and
the Other employees if they knew where Chris was and the unanimous answer was no.
There was nothing on the board. But this is typical especially for Chris.



PE 01831