Case 1:04-cv-00108-KSC   Document 472-11   Filed 09/25/2006   Page 1 of 1

02/10/2003 1:33 PM

When I came back from lunch. I saw Chris and Lee A. standing outside the building from a distance. As soon as they saw me they departed. Chris just showed up at his desk.

Chris just got up and left again.



PE 01833