02/10/2003 2:54 PM

I had lunch with Wilfred Martin today. He asked me to lunch earlier this morning. We went to lunch at 12 and returned after 1pm. Wilfred wanted to ask me how things were going. I asked him hadn't he heard. Will was just being cagey and said heard about what? I think he knew.

During lunch he was somewhat probing. What is going on? How is life? He wanted me to talk. So I did.

I told him that I was having a rough go of things and that I had just had a meeting this morning with a union agent and Bob M. and Ann G. I told him that it was part of a larger retaliation since I had brought up the fact that Chris was doing work for GK appraisals and in fact Gary was directing Chris. I said to Will that you know what was going on because you worked right in the area. He nodded.

Will went to great lengths to ask me "what I thought that I would get out of all of this?" He seemed to be trying hard to get me to change my thinking on it. He talked a lot about what is truth your or his and he also said that people would have to do what they will have to do. He implied at least that no good could come from this action. And even said that I should be ready to get really hurt and that I should trust no one! It was kind of threatening when he said that.

I told him that it is OK because there is now an impartial commission that will be able to make their own judgment on the matter. I also told him that my greatest hope was that all the parties involved would come forward and tell the truth. I explained to him that is what I had told Chris because I knew that these were serious allegations and that he could get into big trouble.

I also told him that I didn't think that was what was going on unfortunately. I told him that I believe what is happening in that he (along with others) is trying to form a story that will put him and others in a good light and will most likely put me in the most negative light. I told him that I knew that and that the people doing the review know that will happen too. I told Will that they are only making it worse for themselves ultimately.

I also told him that it does not depend on me. There are others who know what is going on. I said if I move to Alaska it won't change things. The best thing that they could do is tell the truth.

We spoke about the disciplinary action that was to be taken but now is only a warning. I explained that there are even others who are willing to testify that I "yelled" at Ann. Will knows me and he knows that I wouldn't yell. But it is evident that he was not surprised.



PE 01834

02/10/2003 2:54 PM

I had lunch with Wilfred Martin today. He asked me to lunch earlier this morning. We went to lunch at 12 and returned after 1pm. Wilfred wanted to ask me how things were going. I asked him hadn't he heard. Will was just being cagey and said heard about what? I think he knew.

During lunch he was somewhat probing. What is going on? How is life? He wanted me to talk. So I did.

I told him that I was having a rough go of things and that I had just had a meeting this morning with a union agent and Bob M. and Ann G. I told him that it was part of a larger retaliation since I had brought up the fact that Chris was doing work for GK appraisals and in fact Gary was directing Chris. I said to Will that you know what was going on because you worked right in the area. He nodded.

Will went to great lengths to ask me "what I thought that I would get out of all of this?" He seemed to be trying hard to get me to change my thinking on it. He talked a lot about what is truth your or his and he also said that people would have to do what they will have to do. He implied at least that no good could come from this action. And even said that I should be ready to get really hurt and that I should trust no one! It was kind of threatening when he said that.

I told him that it is OK because there is now an impartial commission that will be able to make their own judgment on the matter. I also told him that my greatest hope was that all the parties involved would come forward and tell the truth. I explained to him that is what I had told Chris because I knew that these were serious allegations and that he could get into big trouble.

I also told him that I didn't think that was what was going on unfortunately. I told him that I believe what is happening in that he (along with others) is trying to form a story that will put him and others in a good light and will most likely put me in the most negative light. I told him that I knew that and that the people doing the review know that will happen too. I told Will that they are only making it worse for themselves ultimately.

I also told him that it does not depend on me. There are others who know what is going on. I said if I move to Alaska it won't change things. The best thing that they could do is tell the truth.

We spoke about the disciplinary action that was to be taken but now is only a warning. I explained that there are even others who are willing to testify that I "yelled" at Ann. Will knows me and he knows that I wouldn't yell. But it is evident that he was not surprised.

PE 01835