02/11/2003 8:18 AM

Ann just came to me and asked me to look at what the fee simple <u>assessments</u> were for the adjacent buildings. She said that those were her instructions before and that I did not follow them.

She said that the fact that we used leasehold sales plus a leased fee estimate may have produced value that were fairly close. I agreed that was possible.

I asked her if she would write the letters since I was unable to get it right and she explained to me that it is my responsibility and that all appraiser iv must write their own letters.

The reason I asked her if she would write it that I have already tried a couple of times. Each time it is unsatisfactory to her. I was hoping that she could show me what she means.

It seems she wants me to keep trying. Each time I try she says I didn't do something right and I didn't follow her instructions. It is frustrating and confusing.

I believe that I am correct the first time that the assessments were below the fee simple sales prices of similar buildings that sold during that period of time. I am not sure what she is saying now that we must value the same as other assessments for that period or that we must value at 100% of fair market value?

I will try once again to compy.



PE 01836

02/11/2003 8:18 AM

Ann just came to me and asked me to look at what the fee simple <u>assessments</u> were for the adjacent buildings. She said that those were her instructions before and that I did not follow them.

She said that the fact that we used leasehold sales plus a leased fee estimate may have produced value that were fairly close. I agreed that was possible.

I asked her if she could write the letters since I was unable to get it right and she explained to me that it is my responsibility and that all Appraiser IV's must write their own letters.

The reason I asked her if she could write it that I have already tried a couple of times. Each time it is unsatisfactory to her. I was hoping that she could show me what she means. I am again asking for help and guidance and getting stone walled.

It seems she wants me to keep trying. Each time I try she says I didn't do something right and I didn't follow her instructions. It is frustrating and confusing.

I believe that I am correct the first time that the assessments were below the fee simple sales prices of similar buildings that sold during that period of time. I am not sure what she is saying now that we must value the same as other assessments for that period or that we must value at 100% of fair market value?

I will try once again to compy.

PE 01837