02/11/2003 8:42 AM

I just came from the copy machine where I saw Christine Kurashige corp counsel. Christine has always been very nice to me in the past always stopping to at least say hello. She walked past very briskly clearly in an effort not to have to stop and say anything. A kind of shun or maybe she believes as Lee A. told everyone I am wearing a wire?



PE 01838