02/11/2003 8:44 AM

Michelle Muraoka saw me at the copy machine and came over to me in a whisper and asked if I was finished with that grievance thing. I asked her what thing and she said you know that union thing. She asked is there light at the end of the tunnel.

I told her that it has gone a bit further than the union and yes there is light at the end of the tunnel.

2/11/03 How does she know? Is management discussing this PE with other employees? I think so.



PE 01839