02/11/2003 3:13 PM

All this afternoon all of the people in my group have been congregated down by Linda or Carol..... away from me. All of the small talk has been away from me. Isolation. I feel that someone either said something to them or they just know to stay clear.

Will who I had lunch with yesterday has been very quiet today. when I see him he shys away. I feel Will also has been talking to management. I know that he is friendly with Gary and has been from the beginning. something is up the way he is behaving towards me. More.



PE 01840