Mond 2/10/03
Thurs. or Fri.
   Had discussion w/ Mr. Mulligan

Not written but verbal
won't be in file.

Mgmt has burden of responsibility
2 or 3 months later "Gotcha"

Oct. 25th

BFS Personell on Jan 15th
spoke to Mike G + Violet Lee
about the incident.

Oct 16th Req. Vacation on Oct 25th

Sign in and sign out sheets ?

Argument ensued
Verbal out burst

Another employee left work area ?

Personal problems effecting my
work

Hostility towards Ms. Gima

PE-01841

Working together is very important at this point

K.M. —
Different Sup

Areas I need additional help with

Obviously misunderstanding

Larger issues are more troubling

Where do we go from here?

Kevin had a call from another employee regarding work being done by another employee engaging in personal business on C+C equipment + time

Kevin recommends Gary recuse himself

Things need to be done carefully

Ann recommends that I be assigned to someone else.

Unless it is urgent medical employee should try to schedule for Sat.

PE 01842

1. Divorce caused by workplace situation
2. Workplace violence
3. Am I ever going to be able to work there in the future (Pack mentality)
4. a job opposing what should I do.

   will I be rubbed raw completely disabled

   I want to work I want to be productive what kind of work should I look for?

5. Specific strategies to make this more palatable to me what can I do to cope.

PE 01843