Form ISWC-1(1/1/2002)

OSHA Form 300 Log No:

# CITY AND COUNTY OF HONOLULU
## REPORT OF INDUSTRIAL INJURY OR ILLNESS
### EMPLOYEE'S REPORT

| Employee's name (first, initial, last)<br>Philip E. English | Date of birth<br>10/26/1954 | ☒ Married<br>☐ Single | Do not write in this space |
|---|---|---|---|

Employee's home address (include City and Zip Code)
1741 Ala Moana Blvd., Unit 22
Honolulu, Hawaii 96815

Office telephone
808 523-4719

Home telephone
808 754-2136

Reg. Salary _____

Class No. _____

Title _____

_____

Department/Division
Budget and Fiscal Services/ Real Property Assessment

Social Security No.
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

☒ Male
☐ Female

BU _____

Any outside employment?  ☒ No  ☐ Yes  If yes, provide name and address of employer and job title:

## COMPLETE FOR NEW INJURY OR ILLNESS ONLY

| Date of injury<br>1/2/2003 | Time of injury<br>08:00<br>☒ AM ☐ PM | Did employee lose any time?<br>☐ No<br>☐ Yes  From: 02/28/2003 | Place where injury occurred |
|---|---|---|---|

Describe injury or illness (part of body and extent of injury)
Stress associated with retaliation from internal investigation of wrongdoing in department

Name of physician seen for this injury
Gerald Coffee, Ph.D., Kaiser Medical Center
☐ Did not see doctor
☐ Treated at emergency room only
☐ Hospitalized overnight

What was employee doing when injury occurred and how did injury happen?
See above

Date employee hired
6/1/2000

Time work shift began
07:45
☒ AM  ☐ PM

Has employee ever had a similar injury?  If yes, explain.
☐ No  ☐ Yes

Witnesses to accident (give names and telephone numbers)

If this claim was not filed within two working days after injury, please explain the reason for delay.

## FOR RECURRENCE ONLY - DO NOT COMPLETE FOR NEW INJURY OR ILLNESS

| Date of original injury | Date of recurrence | Time of recurrence<br>☐ AM  ☐ PM | Did employee lose any time?<br>☐ No<br>☐ Yes  From | Place where injury recurred |
|---|---|---|---|---|

What was employee doing when injury recurred?

Describe injury (part of body and extent of injury)

Name of physician

## EMPLOYEE SIGNATURE

By signing below, I attest to the accuracy of the above information. I also authorize my physician, hospital and the City and County Physician to release any health records regarding this injury or related past medical history.

| Employee's signature | Date |
|---|---|
| | 3/28/03 |

PE 01940