IAAO - Membership
Course-Comp



PE 01951