*Discover The Value....*



INTERNATIONAL ASSOCIATION OF ASSESSING OFFICERS
130 East Randolph Street, Suite 850
Chicago, Illinois 60601 U.S.A.
312.819.6100 voice
312.819.6149 fax
www.iaao.org



*...Of Membership*

## Discover The Value of The IAAO

* Discounts on courses, workshops, seminars, symposiums, colloquiums, conferences, and publications

* Access to a 10,000-volume professional library

* Special discounts from selected companies like Kinko's, Hertz, Avis, General Cinema, Federal Express and more

* Subscriptions to the *Assessment Journal* and the *Opportunities* newsletter

* Professional designations that can enhance your career

* Employment services, whether you are looking for a job or for an employee, the IAAO can help

*"With all the discounts and benefits available, membership in the IAAO pays for itself many times over."*

Ralph DiFebo, Director of Internal Control, Cook County Assessor's Office, Chicago, Illinois



INTERNATIONAL ASSOCIATION OF ASSESSING OFFICERS
130 East Randolph Street, Suite 850
Chicago, Illinois 60601 U.S.A.
312.819.6100 voice
312.819.6149 fax
www.iaao.org

## Membership Application (cont.)

REGULAR MEMBERSHIP - for government employees involved in property valuation, tax administration or tax policy. Or for persons in organizations whose primary business is professional services in support of government jurisdictions.

ASSOCIATE MEMBERSHIP - for individuals not eligible for regular membership, but who are interested in property valuation, tax administration or tax policy.

❏ First-Time Membership    $105 (US$)
                            $160 (CDN$)

❏ Regular Membership        $130 (US$)
                            $200 (CDN$)

❏ Associate Membership      $155 (US$)
                            $240 (CDN$)

Dues are payable at the time of application. If paying by check, please make check payable to IAAO. If paying by VISA or MasterCard, please provide the information requested below.

❏ VISA       ❏ MasterCard

Card Number _____
Expiration Date _____
Signature _____

Please complete this application and return with payment of dues to:

International Association of Assessing Officers
135 S. LaSalle Street
Department 1861
Chicago, IL 60674-1861

Credit card applications may be faxed to: 312.819.6149

PE 01952

## MEMBERSHIP APPLICATION

NAME

TITLE

JURISDICTION/FIRM

OFFICE ADDRESS

CITY

STATE/PROVINCE/COUNTRY          POSTAL CODE

OFFICE PHONE

OFFICE FAX

E-MAIL

HOME ADDRESS

CITY

STATE/PROVINCE/COUNTRY          POSTAL CODE

HOME PHONE

SEND MAIL TO:   ☐ OFFICE          ☐ HOME

PERSON REFERRING APPLICANT (IF ANYONE):

NAME

I hereby apply for membership in the International Association of Assessing Officers and agree to comply with the requirements of the IAAO Code of Ethics and Standards of Professional Conduct. If accepted for membership, I will abide by the IAAO Constitution, pay the established dues and comply with the Code of Standards.

Signature

Date

The IAAO welcomes students and members of any sex, race, color, nationality or ethnic origin. It does not discriminate on the basis of sex, race color, nationality or ethnic origin in the administration of its policies. The IAAO complies with the Americans with Disabilities Act.

Application Continued on Opposite Side

## EIGHT CAREER-ENHANCING REASONS WHY YOU SHOULD BE A MEMBER OF THE IAAO:

★ IAAO's industry-renowned educational programs

★ Stay sharp with the latest industry news and developments with IAAO journals and newsletters.

★ Develop a contact network of appraisal and assessment professionals

★ Gain access to the IAAO library - the world's largest bank of knowledge on the assessment industry and take advantage of the IAAO Inquiry Answering Service - get the answers you need, when you need them.

★ Communicate with other members through the internet with our award-winning website and list-serv

★ Access to powerful internet search engines

★ Enhance your expertise by learning from IAAO publications - we wrote the book(s) on assessment

★ Make a difference in your profession by participating in the IAAO. Write articles for publications. Recruit new members. Work with your local chapter. Join one of special interest groups (Sections and Councils). There are so many ways for you to be involved with the IAAO while contributing to your field and your professional development.

## WHAT IS THE INTERNATIONAL ASSOCIATION OF ASSESSING OFFICERS?

The International Association of Assessing Officers (IAAO) is a nonprofit educational association. Its mission is to provide leadership in accurate property valuation, property tax administration, and tax policy throughout the world. The IAAO offers courses, workshops, seminars, symposiums and colloquiums, publishes educational texts, performs research, and provides technical assistance.

IAAO members subscribe to a Code of Ethics and Standards of Professional Conduct and to technical standards prescribed by the Uniform Standards of Professional Appraisal Practice.

The IAAO offers five internationally recognized designations that represent the highest level of achievement in the field: the Certified Assessment Evaluator (CAE), the Residential Evaluation Specialist (RES), the Personal Property Specialist (PPS), the Cadastral Mapping Specialist (CMS), and the Assessment Administration Specialist (AAS).

*"The educational programs and information resources offered by IAAO enhanced my professional development and created invaluable networking and mentoring opportunities. As a result, I have friends in this profession who have become more like family. No matter how difficult the circumstances may be in this often trying profession, I never feel alone or without resources."*

Joan E. Paskewich, Assessor, Town of Windham, Willimantic, CT

PE 01953