

**International Association of Assessing Officers**
130 East Randolph Street, Suite 850 • Chicago, IL 60601 • U.S.A. • 312/819-6100 • FAX: 312/819-6149
CAE • AAS • CMS • RES • PPS  Professional Designations

| | |
|---|---|
| TO: | IAAO Course/Workshop Participants |
| FROM: | Kaye A. Roper<br>Assistant to the Director of Professional Development |
| DATE: | July 7, 2000 |
| RE: | Examination Report Format |

Enclosed is your examination report from a recent IAAO program. We are currently updating our examination grading software and have changed the format of our report. Unfortunately, at this time our system is unable to provide information pertaining to the analysis of your examination.

Thank you for your patience and cooperation during this period.

Should you have any questions, please feel free to contact Edina Dizdarevic, Special Projects and Examination Coordinator at (312) 819-6136.



PE 01954



**International Association of Assessing Officers**
130 East Randolph Street, Suite 850 • Chicago, IL 60601 • U.S.A. • 312/819-6100 • FAX: 312/819-6149
CAE • AAS • CMS • RES • PPS  Professional Designations

TO: IAAO Course/Workshop Participants

FROM: Kaye A. Roper
Assistant to the Director of Professional Development

DATE: July 7, 2000

RE: Examination Report Format

---

Enclosed is your examination report from a recent IAAO program. We are currently updating our examination grading software and have changed the format of our report. Unfortunately, at this time our system is unable to provide information pertaining to the analysis of your examination.

Thank you for your patience and cooperation during this period.

Should you have any questions, please feel free to contact Edina Dizdarevic, Special Projects and Examination Coordinator at (312) 819-6136.

PE 01955