

**International Association of Assessing Officers**
130 East Randolph Street, Suite 850 • Chicago, IL 60601 • U.S.A. • 312/819-6100 • FAX: 312/819-6149
CAE • AAS • CMS • RES • PPS  Professional Designations

Philip English
City & County of Honolulu
531 Hahaione Street #2-B
Honolulu HI 96825

Dear Philip,

This is your invitation to discover the value of the International Association of Assessing Officers (IAAO). Today, there are nearly 8,400 Appraisal and Assessment professionals who benefit from membership in the Association. That includes about 5,300 Regular Members who are mostly government employees involved in property valuation, tax administration, or tax policy.

Our focus on value ensures that you will see the value of your membership returned to you many times over and in many different ways. Our library is the envy of the tax profession, containing invaluable documents and research information. Members use it for free. We also have a powerful search engine on the Internet for members only. Current activity shows members accessing the site *thousands of times per week*. IAAO Education, Accreditation, and Designation Programs are internationally recognized as a measure of professionalism and expertise in the industry. As a member you will receive discounted member rates for one-day seminars($99-member, $129-non-member), workshops, and annual conferences. This year's annual conference will be in Edmonton, Canada(September, 2000). Members also receive discounts for products and services such as Kinko's, Hertz, Avis, and others.

As a member you will receive the Opportunities Newsletter monthly and the Assessment Journal bi-monthly, which will keep you updated on the latest information in the Assessment field.

Discover the value of the International Association of Assessing Officers by applying for membership today. Your membership will show your peers, clients, and your industry your commitment to excellence in your profession.

As another way of demonstrating our commitment to excellence and value, I am offering you a special, first time member, beginning rate of $105.00. Simply complete the enclosed form and return it to us along with your payment. Then, let the value begin!

Sincerely,

Mike Goggin
Membership Data Entry Clerk
312/819-6102

DEFENDANT'S EXHIBIT 3482

PE 01956