Here is your IAAO membership card.



The International Association of Assessing Officers
130 East Randolph Street, Suite 850
Chicago, Illinois 60601-6217

This is to certify that

Philip English
is a member in good standing.
Expires 07/31/03  Member #00100929

SIGNATURE

Use this as a Rolodex card in your office files



The International Association of Assessing Officers
130 East Randolph Street, Suite 850
Chicago, Illinois 60601-6217
312/819-6100 • 800/616-IAAO • http://www.iaao.org

| Executive Director | 312/819-6120 |
| Membership Inquiries | 312/819-6101 |
| Designation Program | 312/819-6135 |
| Education Program | 312/819-6137 |
| Technical Inquiries | 312/819-6117 |
| Publication Orders | 312/819-6125 |
| FAX | 312/819-6149 |



PE 01957