

**The International Association of Assessing Officers**
130 East Randolph Street, Suite 850 • Chicago, IL 60601 • USA
312/819-6100 • FAX: 312/819-6149 • http://www.iaao.org
CAE • AAS • CMS • PPS • RES Professional Designations

August 26, 2002

Philip English Real Property Appraiser IV
842 Bethel St, 2nd Flr
Honolulu HI 96813

Dear Mr./Ms English:

Member ID: 00100929

**Congratulations! You are now a member of the IAAO!**

Welcome to your first year of membership with the International Association of Assessing Officers! We are very excited that you decided to obtain membership with us. An IAAO membership will allow you to connect to the power source for the assessment profession.

Your membership information has been entered into the database and reflects your current status. As a member, you are eligible to receive discounts on high quality education courses, workshops, and seminars. The monthly IAAO Opportunities Newsletter as well as the bi-monthly Assessment Journal Magazine will begin being mailed to you. You have an opportunity to obtain free access to the IAAO library and Inquiry Answering Service, to a member directory on the Web Site, and to the Member's Only Section on the Web Site** (http://www.iaao.org). Opportunities to participate in special interest sections are also a possibility. Finally, all members are encouraged to use our toll-free number in order to make contacting us easier, 800/616-IAAO (4226). If you have any questions about your membership, please do not hesitate to call.

There are hundreds of valuable resources that are available to you that can assist your professional growth in your particular field. A special free publication has been enclosed from IAAO's publications department.

**If you are interested in obtaining a password for the Member's Only Web Site, please contact the webmaster at webmaster@iaao.org.

Sincerely,

David Wheelock
Executive Director of IAAO

PE 01958