# Certificate of Membership

The International Association of Assessing Officers

has admitted

*Philip E English*

to

**REGULAR MEMBER**

in the year __2002__ and granted to this individual the privileges and responsibilities that attend such membership, according to the constitution and bylaws of the Association.



EXECUTIVE DIRECTOR

The International Association of Assessing Officers





PE 01959