# Certificate of Completion

The International Association of Assessing Office presents this certificate to

## PHILIP ENGLISH

in recognition of satisfactory completion of

**IAAO 300**
*Fundamentals of Mass Appraisal*
(30.0 hours)

conducted by

The International Association of Assessing Officers

**June 30, 2000**

*Executive Director*

*Director of Professional Development*



The International Association of Assessing Officers

DEFENDANT'S EXHIBIT 3481

PE 01960