# Certificate of Completion

The International Association of Assessing Office presents this certificate to

## PHILIP ENGLISH

in recognition of satisfactory completion of

**IAAO 311**
*Residential Modeling Concepts*
(30.0 hours)

conducted by

The International Association of Assessing Officers

July 14, 2000

_____
Executive Director

_____
Director of Professional Development



The International Association of Assessing Officers



DEFENDANT'S EXHIBIT 3488

PE 01961