*Certificate of Completion*

The International Association of Assessing Officers presents this certificate to

**PHILIP ENGLISH**

in recognition of satisfactory completion of

**IAAO 151**

**Standards of Practice and Professional Ethics Workshop**

(18.5 hours)

conducted by

The International Association of Assessing Officers

December 13, 2001



Executive Director



THE INTERNATIONAL ASSOCIATION OF ASSESSING OFFICERS





PE 01962