# CERTIFICATE OF ATTENDANCE

The International Association of Assessing Officers present this certificate to

**Philip E. English**

in recognition of satisfactory attendance of

*"Two-Day Instructor Training Workshop"*
*Honolulu, HI*
*(11.0 hours)*

conducted by

The International Association of Assessing Officers

June 26 - 28, 2001

_Executive Director_



THE INTERNATIONAL ASSOCIATION OF ASSESSING OFFICERS



PE 01963