

**International Association of Assessing Officers**
130 East Randolph Street, Suite 850 • Chicago, IL 60601 • U.S.A. • 312/819-6100 • FAX: 312/819-6149
CAE • AAS • CMS • RES • PPS  Professional Designations

## Memorandum

| | |
|---|---|
| DATE: | January 14, 2002 |
| TO: | IAAO STUDENTS |
| FROM: | TAMARA MITCHELL-ARMAND, EDUCATION PROCESSING COORDINATOR |
| RE: | IAAO EXAMINATION RESULTS |

Thank you for your recent participation in an IAAO educational program. Enclosed, please find results from the examination you completed on the final day of the course.

If you scored above 70% on the final examination, you will find a *Certificate of Completion* along with an appropriate examination report.

However, if you did not pass the exam, you will find a *Certificate of Attendance* along with an exam report. In addition, a Special Examination Application is enclosed for your consideration. Please Note: that you may re-take this examination at any time within one year from the original exam date. Just complete the application and return it to the IAAO Professional Development Department with the appropriate fee, three weeks before the scheduled re-take date.

If you have any questions regarding IAAO examinations, please call 312/819-6137. If you have any questions regarding IAAO membership call (312) 819-6105.

Remember to check the education calendar on the IAAO Website http://www.iaao.org for future educational opportunities, and thank you for your continuing interest in IAAO education!

Enclosures



PE 01964