DEPARTMENT OF BUDGET AND FISCAL SERVICES
**CITY AND COUNTY OF HONOLULU**
530 SOUTH KING STREET, ROOM 208 • HONOLULU, HAWAII 96813
TELEPHONE: (808) 523-4617 • FAX: (808) 523-4771

JEREMY HARRIS
MAYOR



ROY K. AMEMIYA, JR.
DIRECTOR

CHRISTOPHER A. DIEBLING
ACTING DEPUTY DIRECTOR

April 28, 1999

Mr. Philip E. English
4369 Aukai Avenue
Honolulu, Hawaii 96816

Dear Mr. English:

Congratulations on qualifying for our Real Property Assessment Administrator position.

We have reserved Thursday, May 6, 1:30 p.m. to 3:30 p.m. for your interview and writing exercise. Both will be held at City Hall, 530 South King Street, Room 208. You may park in the metered spaces in the parking structure in the back of the Honolulu Municipal Building, 650 South King Street. The entry is on Alapai Street.

You will find attached a document describing the duties and responsibilities of the position.

Please call Ms. Violet Lee, Personnel Assistant, at 523-5617 to confirm your appointment.

527-5716

We look forward to meeting with you.

Yours truly,

Roy K. Amemiya, Jr.
Director of Budget and Fiscal Services

RKA:et
Attach.



PE 01965