DEPARTMENT OF BUDGET AND FISCAL SERVICES
**CITY AND COUNTY OF HONOLULU**
530 SOUTH KING STREET, ROOM 208 • HONOLULU, HAWAII 96813
TELEPHONE: (808) 523-4617 • FAX: (808) 523-4771

JEREMY HARRIS
MAYOR



ROY K. AMEMIYA, JR.
DIRECTOR

CHRISTOPHER A. DIEBLING
ACTING DEPUTY DIRECTOR

May 14, 1999

Mr. Philip E. English
4369 Aukai Avenue
Honolulu, Hawaii 96816

Dear Mr. English:

Thank you for interviewing for our Real Property Assessment Administrator position.

The quality of applicants was quite high, and we were pleased that a person with your experience is interested in working with us. Please continue to apply for City positions.

Yours truly,

ROY K. AMEMIYA, JR.
Director of Budget and Fiscal Services

RKA:et

- Job Hotline — (523-4031)
- Real Property Appraiser 28,452 II
- Eileen Tengan Admin A
- Violet Lee personal Asst.

DEFENDANT'S EXHIBIT 3493

PE 01966