DEPARTMENT OF BUDGET AND FISCAL SERVICES
# CITY AND COUNTY OF HONOLULU
530 SOUTH KING STREET, ROOM 208 • HONOLULU, HAWAII 96813
TELEPHONE: (808) 523-4617 • FAX: (808) 523-4771



JEREMY HARRIS
MAYOR

ROY K. AMEMIYA, JR.
DIRECTOR

CAROLL TAKAHASHI
DEPUTY DIRECTOR

December 20, 1999

Mr. Phillip E. English
4369 Aukai Avenue
Honolulu, Hawaii 96816

Dear Mr. English:

Thank you for your time and effort in interviewing for our Real Property Assessor position.

The interview panel was asked to find a person with experience in assessing real property as well as administering a large, unique operation. They found an applicant who is a good match in both areas. While someone else was selected, we hope you will continue to consider the City as a potential employer.

Yours truly,

ROY K. AMEMIYA, JR., Director
Department of Budget and Fiscal Services

RKA:vl



PE 01970