**EMPLOYMENT OPPORTUNITY**

# CITY & COUNTY OF HONOLULU
### DEPARTMENT OF HUMAN RESOURCES

550 South King Street • Honolulu, Hawaii 96813 • 24-Hour Job Information Line: 523-4301

---

December 19, 1988  
January 1, 1997 (Salary)

http://www.co.honolulu.hi.us/hr

AC/ko(9)  
020551/020552

| EXAM NO. | | MONTHLY STARTING SALARY |
|---|---|---|
| 063889 | REAL PROPERTY APPRAISER II | $2,371 (SR-18) |
| 064889 | REAL PROPERTY APPRAISER III | $2,563 (SR-20) |

**CONTINUOUS RECRUITMENT UNTIL NEEDS ARE MET**

**DUTIES**
Real Property Appraiser II: Assists in conducting simple appraisals of single-family residential properties; and performs other related duties as required.

Real Property Appraiser III: Independently appraises small and common types of real properties requiring the application of standard appraisal principles and practices for which required data are readily available; gathers and interprets social, economic and neighborhood data, and estimates fair market value from the information available; performs appraisals that typically include single-family residences, residential development lands, small apartment buildings, owner-operated retail stores and filling stations; may assist higher level appraisers on appraisals of the more complex and technically difficult properties.

**EDUCATION REQUIREMENT**
Equivalent to graduation from an accredited college or university with major work in real estate, business or public administration, economics or a related field.

> VERIFICATION REQUIREMENT: At time of application, you must submit evidence of your education (reproduced copy of diploma and/or transcript which shows the embossed seal) in order to be given credit. Documents will not be returned.

**EXPERIENCE REQUIREMENT**
Real Property Appraiser II: Six months of professional experience in appraising real property which must have included single family residences, residential development lands, small apartment buildings, owner-operated retail stores and filling stations.

Real Property Appraiser III: One year of professional experience in appraising real property which must have included single family residences, residential development lands, small apartment buildings, owner-operated retail stores and filling stations.

> DESIRABLE EXPERIENCE: Experience in the use of microcomputers or computer terminals to input, retrieve and analyze data, using database, spreadsheet, word processing or similar programs.

> QUALITY OF EXPERIENCE: Having the required number of years of experience will not in itself be accepted as qualification for the positions. Your overall experience must have been of such scope and responsibility to conclusively demonstrate that you have the ability to perform the duties of the position.

> SUBSTITUTION: Master's degree in business will substitute for six months of the required real property experience for Real Property Appraiser III. Attach a copy of the official transcript or diploma in order to be given credit.

> LICENSE REQUIREMENT: Valid Hawaii State driver's license (Type 3) prior to appointment.

**EXAMINATION PROCESS**
Education and Experience Evaluation: In addition to meeting the above minimum qualifications, your education and experience related to this position will be further evaluated. Points will be assigned based on the quality and quantity of your education and experience and the recency of your experience. A combination of these education and experience points will become your final grade.

> EXAMINATION WEIGHTS FOR BOTH LEVELS:  
> Education and Experience Evaluation . . . . . . . . . . . . . . . . . . . . . . . 100%

For the III level:
Please complete EXPERIENCE EVALUATION FORM as part of your application. The evaluation form is available at the Department of Human Resources Recruitment Counter.

PE 01971

*AN EQUAL OPPORTUNITY EMPLOYER*  
*See Back for Additional Requirements*

DEPARTMENT OF HUMAN RESOURCES
City and County of Honolulu
550 South King Street
Honolulu, Hawaii 96813

**WHO CAN APPLY?** You must be a legal resident of Hawaii and a citizen, national or permanent alien of the United States. A non-citizen with employment authorization from the U.S. Immigration and Naturalization Service (INS) may also apply.

**HOW DO I APPLY?** Pick up an application and job information sheet at the Department of Human Resources or a Satellite City Hall. Read the job information sheet carefully. Complete the application and return it by the deadline stated. Applications must be received at the Department of Human Resources or postmarked by the deadline. For positions indicating "CONTINUOUS RECRUITMENT UNTIL NEEDS ARE MET", notice of the last day to apply and the reason will be posted in our office.

**WHAT IS THE SELECTION PROCESS?** Applications are reviewed by the Department of Human Resources to determine applicants' qualifications for the job including suitability for employment and if they meet other public employment requirements. Applicants are notified by mail as to whether they meet the requirements for the job; on when and where to report for any written tests or other tests; and on their test scores. Applicants may request an administrative review of any adverse examination results. They may also register an appeal with the Civil Service Commission within 20 days following the mailing date of their examination results.

Eligible lists are effective for at least one year, and may be extended. Qualified candidates are place on an eligible list in descending order, based on their examination scores. Referrals for job vacancies are made in descending order, starting with the highest scores. Five eligibles (plus any eligible tied at the lowest score referred) are referred to departments for a single vacancy. One additional eligible (plus any tie at that score) is added for each additional vacancy. In addition, veterans whose veterans' preference points enable them to equal or exceed the score of the lowest referred eligible will be added. An eligible, who on three occasions expresses disinterest in a job will be suspended from the eligible list.

The department with the vacancy schedules and conducts interviews. The department may select any one of those interviewed, and will notify each person interviewed of the department's decision. **Keep a copy of your application and bring it to the interview.**

The Department of Human Resources will review information from the Hawaii Criminal Justice Data Center to determine the selectee's employment suitability.

Before being hired, the person selected must:

- Pass a City medical examination
- Pass a drug test
- Provide original documents to verify identity and employment eligibility

This examination notice does not preclude consideration of qualified City employees who are eligible for work injury placement, promotion, demotion or transfer, and former City employees for re-employment. City department heads have the right to fill a vacancy through these and any other procedures established by Civil Service Rules and Regulations.

PE 01972

(REV. 11/98)

**EMPLOYMENT OPPORTUNITY**

# CITY & COUNTY OF HONOLULU

### DEPARTMENT OF HUMAN RESOURCES

550 South King Street • Honolulu, Hawaii 96813 • 24-Hour Job Information Line: 523-4301

June 29, 1987  
January 1, 1997 (Salary)

http://www.co.honolulu.hi.us/hr

AC/ko(15)  
020553

EXAM NO. 128867

## REAL PROPERTY APPRAISER IV

CONTINUOUS RECRUITMENT UNTIL NEEDS ARE MET

**STARTING SALARY: $2,773 per month (SR-22)**

**DUTIES**
Appraises agricultural properties where the value cannot be clearly established by direct comparison; appraises residential developments, projects or subdivisions involving a number of single and multiple unit dwellings on which simultaneous appraisal of value must be established; appraises moderately large and valuable commercial properties for which direct or indirect comparison data are available but where establishing a valuation requires application of the capitalization approach and taking into account such factors as special purpose equipment and machinery and important considerations of operating costs; reviews valuation recommended by both fee and agency appraisers on properties such as those described above, or reviews valuations made by lower level Real Property Appraisers.

**EDUCATION REQUIREMENT**
Equivalent to graduation from an accredited college or university with major work in Real Estate, Business or Public Administration, Economics or a related field.

VERIFICATION REQUIREMENT: At time of application, you must submit evidence of your education (reproduced copy of diploma and/or transcript which shows the embossed seal) in order to be given credit. Documents will not be returned.

**EXPERIENCE REQUIREMENT**
Two years of professional experience in appraising real property such as appraisal of real property, residential or business real property, unimproved suburban land, farm properties, grazing lands, commercial or industrial properties and multiple residential, hotel or office buildings.

DESIRABLE EXPERIENCE: Experience in the use of microcomputers or computer terminals to input, retrieve and analyze data, using database, spreadsheet, word processing or similar programs.

QUALITY OF EXPERIENCE: Having the required number of years of experience will not in itself be accepted as qualification for the positions. Your overall experience must have been of such scope and responsibility to conclusively demonstrate that you have the ability to perform the duties of the position.

SUBSTITUTION: A Master's degree in Business will substitute for six months of the required professional experience in appraising real property. Attach a copy of your diploma and/or transcript to your application.

LICENSE REQUIREMENT: Valid Hawaii State driver's license (Type 3) prior to appointment.

**EXAMINATION PROCESS**
Education, Training and Experience Evaluation: In addition to meeting the above minimum qualifications, your education and experience related to this position will be further evaluated. Points will be assigned based on the quality and quantity of your education and experience and the recency of your experience. A combination of these education and experience points will become your final grade.

EXAMINATION WEIGHT:
Education, Training and Experience Evaluation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 100%

Please complete TRAINING AND EXPERIENCE EVALUATION FORMS as part of your application. The evaluation forms are available at the Department of Human Resources Recruitment Counter.

PE 01973

*AN EQUAL OPPORTUNITY EMPLOYER*  
*See Back for Additional Requirements*

DEPARTMENT OF HUMAN RESOURCES
City and County of Honolulu
550 South King Street
Honolulu, Hawaii 96813

**WHO CAN APPLY?** You must be a legal resident of Hawaii and a citizen, national or permanent alien of the United States. A non-citizen with employment authorization from the U.S. Immigration and Naturalization Service (INS) may also apply.

**HOW DO I APPLY?** Pick up an application and job information sheet at the Department of Human Resources or a Satellite City Hall. Read the job information sheet carefully. Complete the application and return it by the deadline stated. Applications must be received at the Department of Human Resources or postmarked by the deadline. For positions indicating "CONTINUOUS RECRUITMENT UNTIL NEEDS ARE MET", notice of the last day to apply and the reason will be posted in our office.

**WHAT IS THE SELECTION PROCESS?** Applications are reviewed by the Department of Human Resources to determine applicants' qualifications for the job including suitability for employment and if they meet other public employment requirements. Applicants are notified by mail as to whether they meet the requirements for the job; on when and where to report for any written tests or other tests; and on their test scores. Applicants may request an administrative review of any adverse examination results. They may also register an appeal with the Civil Service Commission within 20 days following the mailing date of their examination results.

Eligible lists are effective for at least one year, and may be extended. Qualified candidates are place on an eligible list in descending order, based on their examination scores. Referrals for job vacancies are made in descending order, starting with the highest scores. Five eligibles (plus any eligible tied at the lowest score referred) are referred to departments for a single vacancy. One additional eligible (plus any tie at that score) is added for each additional vacancy. In addition, veterans whose veterans' preference points enable them to equal or exceed the score of the lowest referred eligible will be added. An eligible, who on three occasions expresses disinterest in a job will be suspended from the eligible list.

The department with the vacancy schedules and conducts interviews. The department may select any one of those interviewed, and will notify each person interviewed of the department's decision. **Keep a copy of your application and bring it to the interview.**

The Department of Human Resources will review information from the Hawaii Criminal Justice Data Center to determine the selectee's employment suitability.

Before being hired, the person selected must:

- Pass a City medical examination
- Pass a drug test
- Provide original documents to verify identity and employment eligibility

This examination notice does not preclude consideration of qualified City employees who are eligible for work injury placement, promotion, demotion or transfer, and former City employees for re-employment. City department heads have the right to fill a vacancy through these and any other procedures established by Civil Service Rules and Regulations.

PE 01974

(REV. 11/96)