DEPARTMENT OF BUDGET AND FISCAL SERVICES

# CITY AND COUNTY OF HONOLULU

REAL PROPERTY ASSESSMENT DIVISION
842 BETHEL STREET, 2ND FLOOR • HONOLULU, HAWAII 96813
Website www.co.honolulu.hi.us



JEREMY HARRIS
MAYOR

ROY K. AMEMIYA, JR
DIRECTOR

GARY T. KUROKAWA
ADMINISTRATOR

March 17, 2000

Mr. Philip E. English
531 Hahaione Street #2B
Honolulu, Hawaii 96825

Dear Mr. English:

    This is to confirm your interest for the Real Property Appraiser II, SR-18 position with the Real Property Assessment Division on Thursday, March 17, 2000. We will be planning interviews within the next two weeks.

    I will be contacting you on the date and time of the interviews which will be held at the Real Property Assessment Division, 842 Bethel Street. If you have any question or concerns, please feel free to contact Suzanne M. Foumai at 527-5507 betweem the hours of 8:00 a.m. to 5:00 p.m.

Sincerely,

Suzanne M. Foumai
Secretary
Real Property Assessment Division



PE 01982