DEPARTMENT OF BUDGET AND FISCAL SERVICES

# CITY AND COUNTY OF HONOLULU

REAL PROPERTY ASSESSMENT DIVISION
842 BETHEL STREET, 2ND FLOOR • HONOLULU, HAWAII 96813
Website www.co.honolulu.hi.us



JEREMY HARRIS
MAYOR

ROY K. AMEMIYA, JR
DIRECTOR

GARY T. KUROKAWA
ADMINISTRATOR

March 24, 2000

Mr. Philip E. English
531 Hahaione Street #2B
Honolulu, Hawaii 96825

Dear Mr. English:

SUBJECT: Interview - Real Property Appraiser II SR-18

This is to confirm your interview for the Real Property Appraiser II position:

1. Wednesday, **March 29, 2000**, at **8:00 a.m.**
2. Please arrive 15 minutes ahead of schedule.
3. Allow one and a half hours for the interview and written test.
3. Parking is available in the Harbor Court Office/Condominium.
4. Please bring a calculator.

The interview will be held in the Board of Review Conference Room of the Walter Murray Gibson Building located at 842 Bethel Street, Third Floor.

If you are unable to make the interview, please contact Sue Foumai at 527-5507.

Sincerely,

Suzanne M. Foumai
Secretary
Real Property Assessment Division



PE 01983