# State of Hawaii

DEPARTMENT OF COMMERCE & CONSUMER AFFAIRS



This is to Certify that **PHILIP E. ENGLISH** has been duly licensed as a **CERTIFIED GENERAL APPRAISER** in the State of Hawaii on **June 8, 1993**.

This license shall be in full force and effect only as long as it is supported by a current license identification card.

License Number **137**

Director
Department of Commerce & Consumer Affairs

THIS LICENSE MUST BE DISPLAYED AT PLACE OF BUSINESS AND IS NOT TRANSFERABLE OR ASSIGNABLE.

DEFENDANT'S EXHIBIT 3509

PE 02002



## Certificate of Completion

The International Association of Assessing Office presents this certificate to

**PHILIP ENGLISH**

in recognition of satisfactory completion of

**IAAO 300**
*Fundamentals of Mass Appraisal*
*(30.0 hours)*

conducted by
The International Association of Assessing Officers

June 30, 2000

Executive Director

Director of Professional Development



The International Association of Assessing Officers



PE 02003

## Certificate of Completion

The International Association of Assessing Office presents this certificate to

**PHILIP ENGLISH**

in recognition of satisfactory completion of

**IAAO 311**
*Residential Modeling Concepts*
(30.0 hours)

conducted by
The International Association of Assessing Officers

July 14, 2000

*Executive Director*

*Director of Professional Development*



The International Association of Assessing Officers



PE 02004

# Certificate of Completion

The International Association of Assessing Officers presents this certificate to

**PHILIP ENGLISH**

in recognition of satisfactory completion of

**IAAO 151**
**Standards of Practice and Professional Ethics Workshop**
(18.5 hours)

conducted by
The International Association of Assessing Officers

December 13, 2001

*Executive Director*



THE INTERNATIONAL ASSOCIATION OF ASSESSING OFFICERS



PE 02005

# CERTIFICATE OF ATTENDANCE

The International Association of Assessing Officers present this certificate to

**Philip E. English**

in recognition of satisfactory attendance of

*"Two-Day Instructor Training Workshop"*
*Honolulu, HI*
*(11.0 hours)*

conducted by
The International Association of Assessing Officers

June 26 - 28, 2001



Executive Director



THE INTERNATIONAL ASSOCIATION OF ASSESSING OFFICERS

PE 02006