# UNIFORM REQUEST FOR RECERTIFICATION CREDIT

This form was developed for your convenience in reporting continuing education to various appraisal organizations. It does not imply automatic acceptance by any organization of an educational program. Each group retains its own recertification requirements and procedures for requesting credit. A copy of the program brochure or outline may be required.

1. This form must be completed in its entirety. Please type or print.
2. Please submit a copy to each organization from which you are requesting credit.
3. It is suggested that you keep a photocopy of each form submitted.

**ORGANIZATION TO WHICH SUBMITTED:** STATE OF HAWAII
**DESIGNATION:** CCA-137
**MEMBER NUMBER:**
**MEMBER NAME:** Philip English
**SPONSORING ORGANIZATION:** (IAAO) International Association of Assessment Officers
**NUMBER OF INSTRUCTIONAL HOURS:**
**PROGRAM LOCATION:** "HALE PAKI" HONOLULU
**TITLE OF PROGRAM:** COURSE 300 FUNDAMENTALS OF MASS APPRAISING
**PROGRAM DATES:** JUNE 24, 2000 TO JUNE 28, 2000
**INSTRUCTOR/PRESENTERS:** RANDY HIRAKI
**DESCRIPTION OF ACTIVITY AND CONTENT:** ON FILE WITH STATE

**EVIDENCE OF COMPLETION (SIGNATURE OF INSTRUCTOR OF PROGRAM OFFICIAL):** Randall Hiraki, July 5, 2000

I certify that I have completed the above-described professional activity. I am aware that any misrepresentations by me may become subject to disciplinary action.

**SIGNATURE OF MEMBER:** Phil English
**DATE:** 7-5-2000

**TITLE OF EDUCATIONAL PROGRAM DESCRIBED ABOVE:** Course 300
**MEMBER NAME:** Phil English
**MAILING ADDRESS:** 531 Hahaione St #2-B
**CITY:** Honolulu  **STATE/PROVINCE:** HI  **POSTAL CODE:** 96825

FOR OFFICE USE ONLY

DEFENDANT'S EXHIBIT 3510

PE 02007