

DEFENDANTS EXHIBIT 651

PE 02008

# Certificate of Completion

*awarded to*

**PHILIP ENGLISH**

For successful completion of the course

*COST VALUATION*

AUGUST 23, 2000

Instructor, Cole-Layer-Trumble Company

Project Manager, Cole-Layer-Trumble Company

PE 02009



PE 02010

# Certificate of Completion

*awarded to*

**PHILIP ENGLISH**

For successful completion of the course

*CAMA DATA ENTRY FOR THE APPRAISER*

JUNE 22, 2000

*Instructor, Cole-Layer-Trumble Company*

*Project Manager, Cole-Layer-Trumble Company*

PE 02011