| | |
|---|---|
| | 37116 |
| | 37116 |
| | 38616 |
| | 40176 |
| | 40176 |
| | 40176 |
| | 41772 |
| | 41772 |
| | 43440 |
| | 43440 |
| | 45180 |
| | 45180 |
| | 46992 |
| Avg Sal | 41774.12 |
| 17 tot | 710160 |



PE 01120