City and County of Honolulu
Department of Human Resources

## NOTIFICATION OF PERSONNEL ACTION

Name: ENGLISH, PHILIP E            Dept. BUDGET & FISCAL SERVICES
Social Security: 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       Alternate Id:

| PERSONNEL ACTIONS: | LEAVE OF ABSENCE WITHOUT PAY – INSUFFICIENT VAC/SK |
|---|---|
| EFFECTIVE DATE: | 2/27/03 (1 HR.), 2/28/03 (1 DAY), 4/7/03-5/2/03 (26 CALENDAR DAYS) |

**CHANGES ARE UNDERLINED**

Dept: BUDGET & FISCAL SERVICES          Begin:           End:
Position No.: DF486

Appt Type: PERMANENT

Class: REAL PROPERTY APPRAISER IV
Bargaining Unit: 13 B                   Schedule/Grade Step: SR 22 D
Percent Fulltime: 100.00                Regular: 3,248.00
                                        Differentials:



I certify that the personnel actions reported above has been audited and found to be in compliance with the provisions of the Civil Service and compensation laws and the rules, regulations, and orders adopted thereunder.

_Cheryl K Okuna-Sp_____          06/02/2003
Director of Human Resources             Transaction Date

Form CS13



PE 01139