City and County of Honolulu
Department of Human Resources

# NOTIFICATION OF PERSONNEL ACTION

**Name:** ENGLISH, PHILIP E **Dept.** BUDGET & FISCAL SERVICES
**Social Security:** 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 **Alternate Id:**

| | |
|---|---|
| **PERSONNEL ACTIONS:** | LEAVE OF ABSENCE WITHOUT PAY – INSUFFICIENT VACATION |
| **EFFECTIVE DATE:** | 3/11/03 (7.25 HRS.), 3/12/03-4/4/03 (24 DAYS) |

**CHANGES ARE UNDERLINED**

**Dept:** BUDGET & FISCAL SERVICES    **Begin:**    **End:**
**Position No.:** DF486

**Appt Type:** PERMANENT

**Class:** REAL PROPERTY APPRAISER IV
**Bargaining Unit:** 13 B    **Schedule/Grade Step:** SR 22 D
**Percent Fulltime:** 100.00    **Regular:** 3,248.00
**Differentials:**



I certify that the personnel actions reported above has been audited and found to be in compliance with the provisions of the Civil Service and compensation laws and the rules, regulations, and orders adopted thereunder.

_____    05/08/2003
Director of Human Resources    Transaction Date

Form CS13



PE 01140