Case 1:04-cv-00108-KSC    Document 473-26    Filed 09/25/2006    Page 1 of 1

# WITHDRAWN



DEFENDANT'S EXHIBIT 3559