

PE 01400