



9/16/02 - Stewards Training. - Just called the office to remind them I am at training today. I e-mailed Ann a week or so ago and last Friday I mentioned to her that I would see her here today. She responded by saying "I don't think so!" in a very curt manner. I am not sure what she meant. At that time it was about 3:50-55 on Friday 9/13 and she was talking to Linda K by Debbie desk.

I think I should also note - that on the same day about 3:15 Ann e-mailed to us and asked for status on our work. I tried to get her attention to meet with her so I could let her know. I finally did get her attention (I think this was about 3:15 so the e-mail must have come a bit earlier) and she told me to e-mail to her the status of my work. At the same time she called a group meeting to clarify the time adjustment example that had been previously given to us. There were some mis understandings (or so) on it. That meeting lasted until approximate 3:3_

At 3:30 Susan Bender came over to my desk to discuss a Roger Mosely letter that we needed to respond to. We spoke for about 20 min (3:50) and I had to leave to catch my bus.

I went to Ann to tell her that I didn't have time to complete the status e-mail and she said "that's ok" (Linda Knowles was right there) that is when I said "I'll see you Monday" and she whipped back I don't think so.

I am concerned as I sit here now that she could claim I did not e-mail my status to her when clearly I was not given time and that for some reason she thinks I should be here today. _____ is going on?

THE RENAISSANCE ILIKAI WAIKIKI HOTEL
1777 Ala Moana Blvd., Honolulu, HI 96815 1-866-808-7949-3871

PE 02498

I just saw Waylen and he called me over. (7:30am) He said he spoke to Gary K. and that he needed to talk to Ann G. today. He apologized for taking so long to get back to me and said he had been busy with the stewarts training.

PE 02499



## RENAISSANCE.
## ILIKAI. WAIKIKI HOTEL

It seems to me that something is wrong. The fact that there is a sh—t list that Bob M. has and just about everyone in the office knows who is on it. The reasons they might be on it vary. But mainly it is someone who Bob is "out to get!"

Management needs to be able to monitor and control work being done. If someone is on the sh—t list there must be a reason!

Remarkably there are apparently employees who have had 2nd jobs that they performed while allegedly working in the field. We know that there are employees who have been doing outside appraisal work while at the office on City time. (Chris for Gary) We know there are employees that sleep during the day and have even come to be so proficient as to hold a pen and appear to be deep in thought. There are employees who do almost NO input for an entire year. These should be monitored and rehabilitated or let go.

The question remains for me, Why ain't on Bob's "S" List? What have I done? And Why is Ann so hostile to me? She has set me out to be different from the rest of her group. The best example is her name Ann. Everyone in the office calls Ann "Annie". I too called her Annie taking the lead from others. She did respond and had no problem. At one point she asked me "Why are you calling me Annie?" "My name is Ann!" I am the only one in our group (that I know of) that is restricted to call her Ann. All others are allowed to call her Annie.

(over)

THE RENAISSANCE ILIKAI WAIKIKI HOTEL
1777 Ala Moana Blvd., Honolulu, HI 96815-1606  808/949-3811

PE 02500