# PROBLEM SOLVING IN THE WORKPLACE



Federal Mediation & Conciliation Service — U.S.A.



DEFENDANT'S EXHIBIT 3565

PE 02502

# THE FEDERAL MEDIATION AND CONCILIATION SERVICE

*C*REATED BY CONGRESS AS AN INDEPENDENT AGENCY OF THE U.S. GOVERNMENT IN 1947, the primary responsibility of the Federal Mediation and Conciliation Service (FMCS) is to promote sound and stable labor-management relations through a variety of mediation and conflict resolution services, including the mediation of collective bargaining negotiations, training for labor and management in skills and processes aimed at improving the workplace relationship and the referral of private arbitrators for the settlement of controversies over the application or provisions in a collective bargaining agreement.

# WHAT IS GRIEVANCE MEDIATION?

*M*OST COLLECTIVE BARGAINING AGREEMENTS INCLUDE PROCEDURES TO RESOLVE EMPLOYEE GRIEVANCES, WITH ARBITRATION AS THE FINAL RESORT. Grievance mediation is a voluntary step which provides an opportunity for a third party neutral, such as an FMCS mediator, to assist the parties in reaching their own settlement of the dispute before it reaches arbitration. The mediator does not make a binding decision for the parties, but guides them to their own mutually-acceptable settlement of the grievance. Grievance mediation is a supplement, NOT a substitute, for contractual grievance procedures.

FMCS can agree to mediate grievances as a distinct service, or as part of a more comprehensive approach to help parties establish better methods for managing and resolving conflict themselves. In this way, FMCS uses the grievance mediation process as a step toward improving the labor-management relationship, especially when grievance and arbitration mechanisms have broken down and disputes are not being resolved expeditiously.



## WHAT ARE THE BENEFITS OF GRIEVANCE MEDIATION?



$B$OTH LABOR AND MANAGEMENT ADVOCATES FREQUENTLY USE THE PROCESS FOR THESE REASONS:

- Grievance mediation serves as a vehicle to expedite grievance processing and eliminate a backlog of complaints.
- Grievance mediation allows both grievants and managers to have their positions heard before a neutral third party.
- Both parties retain "control" and ownership of the settlement.
- When the grievance mediation process does not lead to settlement, both parties have an opportunity to evaluate the strengths and weaknesses of their positions prior to arbitration.
- FMCS grievance mediation is provided without charge in the collective bargaining environment.

## LONG-TERM BENEFITS OF GRIEVANCE MEDIATION



*FMCS* CAN PROVIDE TRAINING WHICH EMPHASIZES THE BENEFIT OF MUTUALLY ACCEPTABLE GRIEVANCE SETTLEMENTS, both for short term benefits and for the longer term relationship-strengthening potential. Training may be based on teaching union and management representatives how to negotiate grievance settlements, and how to enlarge the goals in grievance settlement by linking them to shared problems and common objectives. The ultimate goal for FMCS is that the parties be able to resolve problems themselves at the lowest organizational level and, eventually, without the help of a third party.

# FMCS GUIDELINES FOR GRIEVANCE MEDIATION

1. The grievant is entitled to attend the mediation.

2. Unless the collective bargaining agreement provides for mediation within the grievance procedure, the parties must waive any time limits while the grievance mediation step is being utilized.

3. The grievance mediation process is informal and the rules of evidence do not apply. No record, stenographic or tape recordings of the meetings will be made.

4. The mediator's notes are confidential and will be destroyed at the conclusion of the grievance mediation meeting. FMCS is a neutral agency, created to mediate disputes, and maintains a policy of declining to testify for any party, either in court proceedings or before government regulatory authorities.

5. The mediator will use problem solving skills to assist the parties, including joint and separate caucuses.

6. The mediator has no authority to compel a resolution.

7. If the parties cannot resolve the problem, the mediator may provide the parties in joint or separate session with an oral advisory opinion.

8. If the parties cannot resolve the grievance, they may proceed to arbitration according to the procedures in their collective bargaining agreement.

9. No statement given by either party as part of the grievance mediation process, nor any documents prepared for a mediation session, can be used during arbitration proceedings.

10. The parties must agree to hold FMCS and FMCS mediators harmless for any claim of damages arising from the mediation process.

11. The parties must agree to these procedures and guidelines.

# HOW DO I REQUEST GRIEVANCE MEDIATION?

## INFORMAL INQUIRIES

EITHER THE LABOR ORGANIZATION OR MANAGEMENT CAN CONTACT THE FMCS REGIONAL DIRECTOR, DIRECTOR OF MEDIATION SERVICES OR A FEDERAL MEDIATOR IN THEIR AREA to discuss the type of assistance FMCS can provide. If you choose grievance mediation, a formal request must be filed for either an individual grievance or the mediation of grievances on an ongoing basis.

## FORMAL REQUESTS

THE LABOR ORGANIZATION AND MANAGEMENT MUST SUBMIT A SIGNED, JOINT REQUEST TO FMCS REQUESTING ASSISTANCE. Formal written requests should provide a very brief description of the issues (by type) and the geographic location of the parties. Please Note: Not every request is appropriate for grievance mediation. FMCS reserves the right to decide whether or not it will offer grievance mediation services. Filing with FMCS does not commit the agency to offer any services.

PE 02505

## OTHER FMCS SERVICES



*FMCS* EXISTS TO HELP LABOR AND MANAGEMENT RESOLVE DIFFERENCES. FMCS will consult with labor and management to design a program that meets the parties' needs. We offer a variety of services including:

- Consultation
- Training
- Development Programs
- Systems Design

## FMCS ORGANIZATION

*FMCS* mediators work out of more than 70 field offices around the United States, administered through five geographic regions. For more information, contact the FMCS Office nearest you.

NATIONAL OFFICE

    Federal Mediation and Conciliation Service
    2100 K Street, NW
    Washington, DC 20427
    Phone: (202) 606-8100 • Fax: (202) 606-4251

NORTHEASTERN REGION

    One Newark Center, 16th Floor
    Newark, NJ 07102
    Phone: (973) 645-2200 • Fax: (973) 297-4860

    William J. Green, Jr. Federal Building
    600 Arch Street, Room 3456
    Philadelphia, PA 19106
    Phone: (215) 861-3355 • Fax: (215) 861-3347

SOUTHERN REGION

    Suite 472
    401 West Peachtree Street, NW
    Atlanta, GA 30308
    Phone: (404) 331-3995 • Fax: (404) 331-4017

    Suite 122
    3452 Lake Lynda Drive
    Orlando, FL 32817-1472
    Phone: (407) 382-6598 • Fax: (407) 382-3727

    Suite 215
    12140 Woodcrest Executive Drive
    St. Louis (Creve Coeur), MO 63141-5013
    Phone: (314) 576-1012 • Fax: (314) 576-6253

MIDWESTERN REGION

    Suite 120
    6161 Oak Tree Boulevard
    Independence, OH 44131
    Phone: (216) 522-4800 • Fax: (216) 522-4815

UPPER MIDWESTERN REGION

    Suite 3950
    Broadway Place West
    1300 Godward Street
    Minneapolis, MN 55413
    Phone: (612) 370-3300 • Fax: (612) 370-3104

    Elm Plaza, Suite 203
    908 North Elm Street
    Hinsdale, IL 60521
    Phone: (630) 887-4750 • Fax: (630) 887-7183

WESTERN REGION

    Suite 360
    201 East Sandpointe
    Santa Ana, CA 92707
    Phone: (714) 327-1660 • Fax: (714) 327-1666

    Suite 500
    Oakland Executive Center
    7677 Oakport Street
    Oakland, CA 94621
    Phone: (510) 273-0100 • Fax: (510) 273-0102

    Westin Building, Suite 1100
    2001 Sixth Avenue
    Seattle, WA 98121
    Phone: (206) 553-5800 • Fax: (206) 553-6653

Web Site: www.fmcs.gov
E-Mail: publicinformation@fmcs.gov



PE 02507

# MISSION

*Promoting the development of sound and stable labor-management relations,*

*Preventing or minimizing work stoppages by assisting labor and management in settling their disputes through mediation,*

*Advocating collective bargaining, mediation and voluntary arbitration as the preferred processes for settling issues between employers and representatives of employees,*

*Developing the art, science and practice of conflict resolution, and*

*Fostering the establishment and maintenance of constructive joint processes to improve labor-management relationships, employment security and organizational effectiveness.*



☆ U.S. GOVERNMENT PRINTING OFFICE 2001 — 618-719

PE 02508

# ANATOMY OF A GRIEVANCE
## Grievance Role Play

Kevin Powers works on the B-Ward of the Green Haven Hospital in Outer Mongolia. He also serves as a union steward for all the custodians in the facility. Kevin has been spending approximately 40% of his time on union business. On some occasions, Kevin asks permission before leaving the Ward, but on other occasions, he simply leaves, especially if no supervisor is immediately available.

The collective bargaining agreement contains a clause that states:

> "Stewards shall be allowed reasonable time off from their assigned duties to investigate and process grievances, provided approval is first given by the immediate supervisor."

On November 18, Kevin left his assigned area without permission. Upon his return, his immediate supervisor, Trent Clinton, called him into his office for a counseling session. During that session, Trent stressed the need for advance approval before taking time off to investigate grievances as well as the importance of patient care.

He also told him that he considered 40% of time spent on grievance handling to be an unreasonable amount of time. As a result of this session, Trent gave Kevin a written counseling memorandum, as required by the collective bargaining agreement.

A week later, Kevin asked Trent if he could take time to investigate a grievance on another ward. After receiving permission, Kevin left to investigate. Two a half hours later, Kevin returned to a very upset supervisor. He questioned how a grievance could take so long to investigate. Further, he docked Kevin two hours for taking an unreasonable amount of time off.

The union grieves.

Your job is to argue the role as assigned.

**UNION ROLES**
Kevin Powers – Steward/Grievant
International Union Rep (assume name)

**MANAGEMENT ROLES**
Trent Clinton – Supervisor
Personnel Director (assume name)