# UNIT 9 & 13 STEWARDS' TRAINING

*NOTES* ←——————→ *NOTES*

SESSION I

Sheila - Civil Service Reform
  New Employees have most change.
I. 2 Types - Civil Service, Non-Civil Rig Rights
  New { Temp Positions can become members
       (after 6 mos. probation - Promotions) }

II. 1st Consideration - Repealed July 1st
    - Can do internal vacancies -
    both   = Preferred List
            List

Karen

Change C+C Civil Service Rules

I. Act 253 - State Civil Serv applies

II. Deleted of Chapters
    - Can Implement 1 or more
      civil service systems

    - New Rules
      - Internal Complaints Chpt 10
      - Excluded employees included
      - All rules are Director Rules
      - Not commission Rules

City Rules on Internet

DEFENDANT'S EXHIBIT 3566

PE 02510

# UNIT 9 & 13 STEWARDS' TRAINING

## State Budget

1998 Income Tax Cut — $249 mil

Corporat tax breaks — ?

2003-07 Federal Estate Tax — $72 Million

2002-03 Medicaid Costs — up 20% per yr.

## Family Income
### 1970's - 1990s

| | | |
|---|---|---|
| 1 | Lowest — less than 26,000 | 11% |
| 2 | 26,000 - 40,000 | 10% |
| 3 | 41,000 - 57,000 | 9.7% |
| 4 | 58,000 - 70,000 | 8.6% |
| 5 | 78,000 - 128,000 | 7.9% |
| 6 | 124,000 - 364,000 | 6.9% |
| 7 | 364,000 and more | 6.2% |

Regressive — less you make the more you pay
Progressive —

| Regressive | Progressive |
|---|---|
| — Sales Tax (GE Tax) | — Income Tax |
| — Lottery Tax | — Estate Tax |
| — R.E. Tax ?? | — Corporate Tax |
PE 02511

# UNIT 9 & 13 STEWARDS' TRAINING

Joy Session II

Employee Rights Nationwide

45 of 50 have budget short falls looking towards future deficits

$50 billion cumulative deficit

Problems have been caused by deliberate decisions made by legislatures

What ISSUES for STRIKE

- ~~MONEY~~
- Benefits
- Job security !!!   Chicago 3000 layoffs
                    Buffalo
  Fed to put ~~full~~ Save Money   Ohio.
  in service   Layoff.
  Civil Serv

State Pay Ranking 3/2001
  Hawaii              34th in Country
Full time pay         36th in Country

Health Care Cost
  2001    11%    ⎫ increase
  2002    13-18%  ⎭

Health Ins Cost increased 3 times
Shifting Cost to employee

less than 10% will provide Health Ins for retirees    (over)

PE 02512

Why Healthcare going up so fast
- Drug Costs - patents on drugs
- More Seniors
- Ins ue not well regulated
- Advertisement Cost for drugs
- New Technologies

[ Show me the Money ]
- Hawaii Tax Matters
- General Fund $3.54 Billion
- comes from G.E., Income Taxes, etc

Where Money Goes
Salaries 1/3  1,356,1 million  38%
Benefits

Total 55%

2002-2003
$315 mil. Shortfall

Borrowing from other funds is like eating your seed corn

PE 02513