# THE STEWARDS ROLE IN CHANGING TIMES
Bargaining Units 9 and 13 Stewards Joint Labor Management Training
September 16, 2002
Renaissance Ilikai Hotel

| Time | Activity |
|---|---|
| 7:30 am | Registration<br>Coffee, Pastries |
| 8:00 am | Opening Remarks<br>Russell Okata, Executive Director |
| 8:15 am | Congressman Neil Abercrombie<br>Special Guest Speaker |
| 9:00 am | Breakout Session #1<br>Kerry Korpi, AFSCME<br>Employee Rights, Wages, and Benefits – and Employer Budgets:<br>A National Perspective<br><br>Civil Service Reform and Other Changes<br>An Employer's Perspective<br>Paneled by Representatives from Different Jurisdictions |
| 10:00 am | Breakout Session #2 (Switch Workshops)<br>Kerry Korpi, AFSCME<br><br>An Employer's Perspective |
| 11:00 am | Lee Saunders, Assistant to the President, AFSCME |
| 11:30 am | Lunch |
| 12:45 pm | Lorraine O'Hara, AFSCME PEOPLE Director |
| 1:00 pm | Afternoon Breakout Session #1<br>Ken Kawamoto, FMCS Mediation as part of the Grievance Process<br><br>BU-13 Staff and Grievance Committee Session |
| 2:30 pm | Afternoon Break |
| 2:45 pm | Afternoon Breakout Session #2<br>Ken Kawamoto<br>BU-13 Staff and Grievance Committee Session |
| 4:15 pm | Tentative Steward Activity |



PE 02514