# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

9/26/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV04-00108KSC |
| CASE NAME: | Philip E. English v. City and County of Honolulu, et al. |
| ATTYS FOR PLA: | Roger Moseley<br>Christopher Muzzi<br>Plaintiff Philip English |
| ATTYS FOR DEFT: | Anthony Wong<br>Steve Hisaka<br>Julie Quinn, State Farm representative<br>Michael Lorusso<br>James Kawashima<br>Megan Thomas, AIG representative<br>Gerald Sekiya, Mediator |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | In Chambers - no record |
| DATE: | 9/26/2006 | TIME: | 10:10-11:30am<br>1:30-4:30pm |

COURT ACTION:  EP: Further Settlement Conference (Day 1). Settlement Conference held.

Further Settlement Conference (Day 2) set 9/27/06 at 10:00am before Judge Chang.

Submitted by: Shari Afuso, Courtroom Manager