IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>           Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1–10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>           Defendants. | Civil No.  04-00108 KSC/KSC<br><br>DECLARATION OF COUNSEL<br><br><br><br><br><br><br><br><br><br>Trial Date: October 3, 2006 |

### DECLARATION OF COUNSEL

I, CHRISTOPHER J. MUZZI, declare under penalty of perjury that the following is true and correct to the best of my knowledge and belief, and that this declaration is based upon my personal observation and/or information personally obtained by me and further, that I would be competent to testify to the matters contained herein at the trial of this case:

10010/3/58060

1. I am an attorney licensed to practice law in the State of Hawaii, the United States District Court for the District of Hawaii, and the 9th Circuit Court of Appeals.

2. I am one of the attorneys responsible for representing Plaintiff Philip E. English in the above-captioned case.

3. I make this Declaration in support of Plaintiff PHILIP E. ENGLISH'S SUPLEMENTAL EXHIBITS IN SUPPORT OF PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANTS CITY AND COUNTY OF HONOLULU, GARY T. KURKAWA, ROBERT O. MAGOTA, and ANN C. GIMA'S MOTION FOR PARTIAL DISMISSAL, OR IN THE ALTERNATIVE, MOTION FOR PARTIAL SUMMARY JUDGMENT.

4. Attached hereto as Exhibit "V" is a true and correct copy of page, 74, Section 11-102 of the Revised Charter of the City & County of Honolulu (2000 Edition).

5. Attached hereto as Exhibit "W" is a true and correct copy of correspondence dated January 25, 2006 from Charles W. Totto to Carrie K.S. Okinaga and Roger S. Moseley with enclosure of draft Advisory Opinion that was received by my office.

6. Attached hereto as Exhibit "X" is a true and correct copy of correspondence dated February 7, 2006 from Carrie K.S. Okinaga to Charles W. Totto that was received by my office.

I DECLARE UNDER PENALTY OF PERJURY under the laws of the State of Hawaii and the United States, that the foregoing is true and correct.

Executed this 27th day of September 2006, at Honolulu, Hawaii.

*/s/ Christopher J. Muzzi*
CHRISTOPHER J. MUZZI