## SO YOU WANNA BE A SHOP STEWARD?

The following seeks to produce a clearer perception of a shop steward.

### INSTRUCTION:

Please read the four (4) statements below. Select the statement which best reflects what you believe is the most important role and/or responsibility of the shop steward.

1. The main job of a shop steward is to make sure all parts and/or provisions of the collective bargaining agreement are fully complied with. Further, so long as the collective bargaining agreement is followed "to-the-tee", there is going to be a minimum of "on-the-job" problems.

2. The shop steward's most important responsibility is that of a peacemaker. The collective bargaining agreement is a series of provisions which declares the respective rights, etc., of management and workers. It is the job of the steward, in such a context, to help all sides experience less adversarial relationships so that the production of work becomes the common focus and result.

3. The basic duty and responsibility of a shop steward is to defend a fellow employee, regardless of union membership status; right or wrong; good or bad.

4. The shop steward, on-the-job, best serves his fellow workers, as well as management, as a mediator. In this capacity, the steward does not take sides on any issue or controversy in the workplace, e.g. promotions, absentee policy, shift changes, shop safety, etc. Instead, the steward uses his office to bring the "parties-at-odds" together to facilitate communication. In doing so, by working at "keeping the adversaries talking", the steward's contribution is to keep the parties openly and directly dealing with each other; in addressing and solving problems during the course of the collective bargaining agreement.



DEFENDANT'S EXHIBIT 3568

PE 02515