

**Hawaii Government Employees Association**
Charles R. Kendall Building, 888 Mililani St., Suite 601, Honolulu, HI 96813, Phone (808) 536-2351, FAX (808) 528-4059

September 9, 2002

TO:        Bargaining Unit 09 or 13 Steward

FROM:      Waylen Toma, Business Agent

SUBJECT:   Bargaining Unit 09 and 13 Stewards Training

Thank you for responding and showing interest in the Stewards Training scheduled for September 16, 2002 at the Ilikai Renaissance Hotel. This will serve as notice that you are properly registered to attend the training. Your name will be a part of a list sent to your respective jurisdiction for release time from work.

There are a few details that are important for the day of the training. We ask all of you to please bring your respective Union Collective Bargaining Agreement for one of the workshops. Parking will be validated for those of you who park in the parking structure in the hotel or in the adjacent Ilikai Towers. Should you choose to park with valet you will have to pick up the difference at your own cost.

Should you have some difficulty obtaining leave time for the training please notify your respective Union Agent. Should you have any questions or require any accommodations please call me at 543-0044.

DEFENDANT'S EXHIBIT 3569

PE 02516