# WITHDRAWN

