## SCENARIO

Dwight has just returned from a trip to the Mainland for a training conference. Dwight has a conversation with John in the lunch room on Monday during which John tells him that he should be paid overtime for the traveling he did over the weekend, because "...it was during your free time." John tells Dwight that, "everyone gets overtime for travel."

The next morning, early Tuesday, Dwight goes in to see his boss. He doesn't have an appointment, but then he has never had to have one before, so he decides to wait for Darren Wong. While he waits, he strikes up a conversation with Holly, with whom he has a sassy, flirty sort of relationship. There is nothing going on between them, but they like each other and are always teasing and touching each other in friendly, feisty school yard kind of way.

During the conversation, Dwight starts massaging Holly's neck and shoulders, "to relieve her tension," as they continue their light, friendly conversation. The physical contact is not unwelcome, but Holly is uncomfortable with the setting. She is at her desk and her boss may walk in at any moment, but she doesn't want to be unfriendly, and the light massage feels great, and Dwight IS her pal, after all, so she doesn't say anything to stop him.

As could be predicted, her boss walks in during the course of this interaction. Darren Wong doesn't say anything, but he does note the look of distress on Holly's face as he comes into the room, notes that Dwight immediately ceases massaging her, and comes from behind her desk to approach him.

Wong goes directly into his office, followed closely by Dwight, who tells him that he wants overtime for the travel he did over the weekend. Dwight also tells him that he's been working a lot of overtime recently to get a special project done. He broaches the subject of overtime for this work as well.

Much to Dwight's surprise, Wong is curt, almost rude, in his reply, "You don't get overtime for travel and I didn't approve any overtime for your project. In fact, I've seen you roaming all around the office lately. It doesn't seem like you have any work to do. Maybe I should assign you more?"

Dwight is stunned by this accusation that he has been goofing off, so he responds heatedly that Wong doesn't know what he is talking about and argues the issue of overtime with him, telling Wong that he is "going to the union" about this.

Wong's reply is, "Go ahead, they're good-for-nothing anyway." This angers Dwight even further as he has a sound appreciation for the union, causing him to reply, "You don't know what you're talking about! I'll be damned if I'm going to work for free anymore. From now on, I'm putting in for overtime every time I work it."



PE 02518

Wong replies, "I'm not approving any overtime for you. Get out of my office!" and, it sounds like an after thought, "And stop bothering Holly. She doesn't like you distracting her all the time. If you have so much work to do, you shouldn't be hanging around here anyway."

Dwight fumes as he leaves the office, not even saying goodbye to Holly as he storms out muttering darkly to himself.

\*\*\*\*\* \*\*\*\*\*

Later that day in the lunchroom, Dwight is sitting with some of his co-workers, bitching about the treatment he received that morning. He is loudly denigrating Wong.

In walks Wong with a piece of paper in his hand, which he thrusts at Dwight. "This is for you. And if I hear you bad-mouthing me again, you S.O.B, I'll fire you. Now, get out of here. I don't want to see you again until next week Wednesday." Wong walks out to the sound of stunned silence.

In the following quiet conversation, John tells Dwight that he should go see the union. Dwight takes this advice.

This is where you came in...

PE 02519