## WHAT YOU SHOULD HAVE DONE

1) IMMEDIATELY ADVISED DWIGHT TO LEAVE THE PREMISES.
   Right or wrong, he runs the risk of being slapped with further
   discipline for being insubordinate to Wong's immediate suspension.

2) ADVISED DWIGHT TO CALL HIS UNION AGENT.
   The Union has 20 working days to grieve his suspension.

3) CALMED DWIGHT DOWN, LISTENED TO HIS COMPLAINT, TOOK NOTES
   AND ASSURED HIM THAT YOU WOULD DO WHAT YOU COULD.
   The worst thing you could have done would to have been judgmental or
   dismissive. What your member needs is a shoulder to cry on, a sounding board,
   and an ally during this stressful moment. Show him that you are concerned,
   that you understand the facts as he has stated them, and that you intend to take action.
   Support him as a member, not because he is right or wrong. Remember, the Union is
   an Advocate, not a Mediator, or Judge.

4) INVESTIGATED DWIGHT'S COMPLAINT IN A TIMELY FASHION.
   Did you ask Dwight for a list of witnesses? Did you talk to all the potential witnesses
   as soon as possible? Did you write down the facts you discovered during your
   interviews? Did you leave the door open to further information as it becomes available?
   Did you keep the results of your efforts in one file, ready to give to the Union Agent?

5) INFORMED THE UNION AGENT IMMEDIATELY OF DWIGHT'S SUSPENSION.
   The clock started ticking on Tuesday. The Agent has 20 working days to grieve
   if the matter if it is grievable. You should know that ALL discipline is grievable.

6) REVIEWED THE CONTRACT.
   After assembling the facts, did you review the contract to determine which articles
   were violated?

7) COME TO A CONCLUSION.
   A.) You should find that the Employer *violated Articles 3, 8, 17, and 25* of the BU 13
   contract. You should find that Dwight's complaint is grievable.
   B.) You should have found that Wong *violated proper procedure* by not conducting a
   proper investigation; for concluding that Dwight had sexually harassed Holly; for
   concluding that Dwight was insubordinate; by giving Dwight a 5 day suspension;
   for disciplining Dwight in public; and for threatening him with termination.
   C.) You should have concluded that Dwight was not owed overtime for his "free time"
   during his trip, but might have been owed overtime for any work in excess of an 8-hour
   day or 40-hour week. Wong shouldn't say that he would not approve any overtime.
   D.) You should have concluded that Dwight did not sexually harass Holly, but that he
   may have inadvertently created a sexually hostile work environment.
   E.) Based on his clean record and the facts, Dwight did not deserve a 5-day suspension.



PE 02520