## WHAT YOU SHOULD HAVE DISCOVERED

FROM DWIGHT:

A) *He was not insubordinate.* Wong never gave him a direct order which he disobeyed. Wong told him not to "bother" Holly, but that was as he was leaving Wong's office. Wong had seen them interacting before and never said a word until Tuesday.

B) *He did not sexually harass Holly*; the nature of their relationship permitted the physical contact. Holly had never informed him that such contact was unwelcome.

C) He went in to Wong's office to ask for overtime pay for travel that he did over the weekend. *He thought that he was making a legitimate request.* John misinformed him: he does not have a contractual right to overtime pay for travel time. He also requested overtime pay for some work that he had done on a special project.

D) He has worked countless hours beyond the 8-hour day and 40-hour work week; *he has never claimed overtime pay for his "extra" work* and feels that he is just being "professional."

E) *Wong told him that he would never grant him overtime pay* when they were arguing.

F) *He has a clean record*; he has never been disciplined before.

G) *He is a good worker*; has always gotten either meets or exceeds standards evaluations

H) *Wong disciplined him in public*; embarrassing him in front of his co-workers and violating the confidentiality provision of the contract.

I) *HE WANTS TO GRIEVE THE SUSPENSION*; no way will he tolerate a finding that he is guilty as charged.

FROM DARREN WONG:

A) *He personally observed Dwight "fondling" Holly at her desk*; recognized it as inappropriate to the workplace and did feel embarrassed by it. The "whole office" has received sexual harassment training, so Dwight should know better.

B) *Dwight used an inappropriate tone of voice with him*, argued with him and demanded a right that isn't in the contract. Dwight wanted to go to the training conference.

C) *Dwight argued with him and called him names in the lunchroom*; which reveals his insubordinate attitude. *He has warned Dwight before about disputing him.*

D) *Dwight did not have an appointment to see him Tuesday morning*, and should not have been hanging around his office.

E) *Dwight does frequently work after hours and on weekends*, but he has never requested nor been granted overtime pay to do so.

F) *He didn't conduct a formal investigation* because he "was his own witness" to Dwight sexual harassment of Holly and his insubordinate behavior toward his boss.

G) *He gave Dwight a 5-day suspension because it was "fair."* He could have fired him, but was lenient because "Dwight's usually a good worker."

H) *He did not consult personnel*, because he is the boss and has had to discipline subordinates before; he "knows what's right."

I) *He handed Dwight the letter of suspension in the lunch room*, because "time was of the essence;" Dwight represented a threat to the workplace.

J) *Dwight is generally a good employee* and has received no substandard evaluations or discipline during his employment.

DEFENDANT'S EXHIBIT 8513

PE 02521

FROM HOLLY:
    A) Dwight was giving her a massage and chatting with her when Wong walked into the office on Tuesday morning. She *did feel uncomfortable about Dwight's closeness and the physical contact, but only because the setting was inappropriate.* She views Dwight as a friend, he is definitely not a love, but the interplay between them is accepted. The massage on Tuesday morning was *not unwelcome behavior*; she has no rules about being touched by her friends and is, in fact, physically affectionate with all her friends, both male and female. She believes that Dwight knows this. She has never objected to his touch before and would not unless he "crossed the line."
    B) *She heard both Dwight and Darren raising their voices and arguing a bit, but she didn't hear the words. Their conversation was brief, no more than two minutes.*
    C) *Dwight stormed out of Darren's office without saying a word to her.*
    D) *Darren complained to her about Dwight as he gave her the letter of suspension to type and format;* she had no idea what occurred between them before that.
    E) *She does not know whether Dwight was insubordinate to Darren or not.*
    F) *Wong did not ask her about Dwight massaging her;* he has never mentioned the incident at all.

FROM JOHN:
    A) *He told Dwight on Monday that he should be paid overtime for traveling outside of his work hours; he has been paid overtime for inter-island travel.*
    B) He doesn't know anything about Dwight's encounter with Darren.
    C) *He's seen Dwight and Holly playing around before, but doesn't think anything of it. Both tend to be touchy/feely with everyone. He knows that they aren't sexually involved, because he is friends with Holly's boyfriend.*
    D) *He witnessed the discipline being issued and advised Dwight to consult the Union.*

FROM ED:
    A) *Did not witness Dwight's Tuesday morning encounter with Holly/Darren.*
    B) *Was in the lunch room Tuesday, but did not witness Wong giving Dwight the letter. He heard Dwight "bitching" about Wong, but didn't give it any thought, since everyone bitches about Wong al the time.*
    C) Doesn't "know anything" about Holly and Dwight's relationship.
    D) *He has traveled to the Mainland for conferences, but has never been paid overtime for travel. He didn't know that you could get overtime pay for travel to the Mainland, although he knows that he can get for inter-island travel.*
    E) *He thinks that Wong is a good boss. He won't comment about what he thinks of Dwight.*

FROM STUART:
    A) *Knows nothing about any of this except what you tell him.*
    B) *Knows the contract and can help you apply it to this situation once he knows all the facts.*
    C) *Will handle the grievance when Dwight returns from his suspension; wants "everything you have."*

PE 02522