**THE CASE**

It is Tuesday afternoon at about 3:00 P.M. Dwight approaches you and, obviously upset, hands you a letter, saying, "I want to grieve. That okole Wong has gone too far this time."

The letter reads, in pertinent part:

*"RE: FIVE (5) DAY SUSPENSION*

*"This is to inform you that you are suspended from work immediately and until next week Wednesday. Your insubordinate and unprofessional conduct in my office this morning will not be tolerated. Further, you are guilty of sexual harassment. This is unacceptable in our office and must never happen again. You will be terminated should this occur again.*

*You have the right to appeal this action in accordance with the union contract."*


Dwight tells you that he received the letter around 12:30 P.M. in the lunchroom.
As Union Steward for this office, your assignment, should you choose to accept it, is to:

Foremost, give Dwight proper, timely advice; then
    1) Investigate his complaint;
    2) Decide whether he has a grievance;
    3) Establish what articles of the contract have been violated;
    4) Take appropriate action.


For the purpose of this exercise, you have these people available to you:

    1) Dwight, suspended for five days
    2) Darren, his supervisor, suspended Dwight
    3) Holly, Darren's secretary
    4) John, Dwight's co-worker
    5) Ed, Dwight's co-worker
    6) Stuart, your department's Union Agent



DEFENDANT'S EXHIBIT 3574

PE 02523