

**RENAISSANCE.
ILIKAI. WAIKIKI HOTEL**

Spokesperson
what do you do first
what steps.

1st Investigate - Who, what, when, where, How
- 5 day suspension
- insubordinate
- unprofessional conduct
- sexual harassment

Decide whether he has grievance

Timely advice - Go home (do what Super said)

Talk to John -