```
1/12/04   CHPR232E1   CITY AND COUNTY OF HONOLULU PAYROLL/PERSONNEL              PAGE    45
                            EMPLOYEE DEDUCTION REPORT
                         FOR PAYROLL ENDING   01/15/04


               9019-72H      BFS-REAL PROPERTY ASSESSMENT

               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   ENGLISH,PHILIP E

TOTAL GROSS         .00    TOTAL DEDUCTIONS        .00    NET PAY           .00


         DED    DESCRIPTION         AMOUNT      TYP     STATUS

         151    MED KAISER           39.64      DED     NOT TAKEN
         175    VISION VSP            1.18      DED     NOT TAKEN
         217    DENTAL HDS            4.82      DED     NOT TAKEN
```

FOR EMPLOYEE UNION HEALTH TRUST FUND PLAN SHORTAGES: MAKE
CHECK OR MONEY ORDER OUT FOR ALL EUTF PLANS - PAYABLE TO:
EUTF, P.O. BOX 2121, HONOLULU, HI. 96805
YOU SHOULD BE RECEIVING A NOTICE OF PREMIUM SHORTAGE SOON
FROM THE EUTF.  FOR ALL OTHER SHORTAGES, WAIT FOR PAYMENT
INSTRUCTIONS FROM EACH PAYEE.



PE 02753