Donell Yamashita  
(808)523-4967

CITY AND COUNTY OF HONOLULU  
DEPARTMENT OF HUMAN RESOURCES

ELECTION OF COMPENSATION FOR INDUSTRIAL INJURY

| | |
|---|---|
| Employee: Philip E English | SSN: 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 |
| Department: Budget and Fiscal Services | D/A: 01/02/2003 |
| Case No.: 030135 | |

In accordance with options selected by the above employee and on file with the Department of Human Resources, please process the indicated wage replacement payments in the order listed:

< 1 >  Workers' Compensation plus sick leave to make up the difference between regular pay and Workers Compensation. (Act 88)

<   >  Workers' Compensation plus full vacation.

< 3 >  Workers' Compensation only.

<   >  100% of regular pay. (Act 64)

<   >  60% of regular pay.

<   >  60% of regular pay plus 40% sick leave.

<   >  60% of regular pay plus 40% vacation.

< 2 >  Workers' Compensation plus vacation to make up the difference between regular pay and Workers' Compensation.


EMPLOYEE'S COPY

===============================================================

< X >  Workers' Compensation from 11/16/2003 through 11/30/2003 at $499.72 per week. $1,070.83

<   >  Accidental injury leave at 100% pay from          through

<   >  60% of regular pay, supplemented by < > sick leave < > vacation from          through

NOTE: If employee was charged full sick leave and paid on the regular payroll during this period, adjustments will be made by the Dept of Budget & Fiscal Services. Payments made for the period an employee is determined to be permanently disabled will be subject to adjustment.

November 17, 2003                         *Cheryl K Okuna-Sype* (signature)
Date                                       Director of Human Resources

Original: BFS  
Copy: Police or Fire Fiscal  
          Injured Employee



CSWC-14 (REV. 9/98)

PE 02767