```
10/10/03   CHPR232E1   CITY AND COUNTY OF HONOLULU PAYROLL/PERSONNEL              PAGE    36
                              EMPLOYEE DEDUCTION REPORT
                            FOR PAYROLL ENDING   10/15/03

                  9019-72H        BFS-REAL PROPERTY ASSESSMENT

                  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     ENGLISH, PHILIP E

TOTAL GROSS            .00    TOTAL DEDUCTIONS         .00    NET PAY        .00


         DED    DESCRIPTION          AMOUNT        TYP    STATUS

         151    MED KAISER            39.64        DED    NOT TAKEN
         175    VISION VSP             1.18        DED    NOT TAKEN
         217    DENTAL HDS             4.82        DED    NOT TAKEN
```

FOR EMPLOYEE UNION HEALTH TRUST FUND PLAN SHORTAGES: MAKE CHECK OR MONEY ORDER OUT FOR ALL EUTF PLANS - PAYABLE TO: EUTF, P.O. BOX 2121, HONOLULU, HI. 96805
YOU SHOULD BE RECEIVING A NOTICE OF PREMIUM SHORTAGE SOON FROM THE EUTF. FOR ALL OTHER SHORTAGES, WAIT FOR PAYMENT INSTRUCTIONS FROM EACH PAYEE.

DEFENDANT'S EXHIBIT 3603

PE 02768