DEPARTMENT OF BUDGET AND FISCAL SE[RVICES]
**CITY AND COUNTY OF HONO[LULU]**
REAL PROPERTY ASSESSMENT DIVISION
842 BETHEL STREET, 2ND FLOOR
HONOLULU, HAWAII 96813

**CERTIFIED MAIL**

7099 3400 0017 9310 9260

Philip E. English
1741 Ala Moana Blvd Unit 22
Honolulu, HI 96815





PE 02774