| | |
|---|---|
| Donell Yamashita<br>(808)523-4967 | CITY AND COUNTY OF HONOLULU<br>DEPARTMENT OF HUMAN RESOURCES |

ELECTION OF COMPENSATION FOR INDUSTRIAL INJURY

| | | | |
|---|---|---|---|
| Employee: | Philip E English | SSN: | 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 |
| Department: | Budget and Fiscal Services | D/A: | 01/02/2003 |
| Case No.: | 030135 | | |

In accordance with options selected by the above employee and on file with the Department of Human Resources, please process the indicated wage replacement payments in the order listed:

< 1 >  Workers' Compensation plus sick leave to make up the difference between regular pay and Workers Compensation. (Act 88)

<   >  Workers' Compensation plus full vacation.

< 3 >  Workers' Compensation only.

<   >  100% of regular pay. (Act 64)

<   >  60% of regular pay.

<   >  60% of regular pay plus 40% sick leave.

<   >  60% of regular pay plus 40% vacation.

< 2 >  Workers' Compensation plus vacation to make up the difference between regular pay and Workers' Compensation.

*EMPLOYEE'S COPY*

===================================================================

< X >  Workers' Compensation from 10/01/2003 through 10/31/2003 at $499.72 per week. $2,213.05

<   >  Accidental injury leave at 100% pay from _____ through _____

<   >  60% of regular pay, supplemented by <   > sick leave <   > vacation from _____ through _____

NOTE: If employee was charged full sick leave and paid on the regular payroll during this period, adjustments will be made by the Dept of Budget & Fiscal Services. Payments made for the period an employee is determined to be permanently disabled will be subject to adjustment.

| | |
|---|---|
| October 23, 2003<br>Date | *Cheryl K Okuna-Sype*<br>Director of Human Resources |

Original: BFS
Copy: Police or Fire Fiscal
      Injured Employee

17 990



CSWC-14 (REV. 9/98)

**PE 02778**