```
10/28/03   CHPR232E1   CITY AND COUNTY OF HONOLULU PAYROLL/PERSONNEL                    PAGE    28
                             EMPLOYEE DEDUCTION REPORT
                          FOR PAYROLL ENDING    10/31/03


                    9019-72H     BFS-REAL PROPERTY ASSESSMENT

                    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  ENGLISH,PHILIP E

  TOTAL GROSS           .00   TOTAL DEDUCTIONS        .00   NET PAY           .00


           DED    DESCRIPTION        AMOUNT      TYP    STATUS

           151    MED KAISER          39.64      DED    NOT TAKEN
           175    VISION VSP           1.18      DED    NOT TAKEN
           217    DENTAL HDS           4.82      DED    NOT TAKEN
```

FOR EMPLOYEE UNION HEALTH TRUST FUND PLAN SHORTAGES: MAKE
CHECK OR MONEY ORDER OUT FOR ALL EUTF PLANS - PAYABLE TO:
EUTF, P.O. BOX 2121, HONOLULU, HI. 96805
YOU SHOULD BE RECEIVING A NOTICE OF PREMIUM SHORTAGE SOON
FROM THE EUTF.  FOR ALL OTHER SHORTAGES, WAIT FOR PAYMENT
INSTRUCTIONS FROM EACH PAYEE.



PE 02779