# CITY AND COUNTY OF HONOLULU



9019-72H

| ORGANIZATION | EMPL. ID | CHECK DATE | PREM/HRLY/LV RPT AS OF | CHECK/ ADVICE NO. | FED/ST TAX EXEMPT. |
|---|---|---|---|---|---|
| | 555981526 | 10-31-03 | 10-04-03 | 0265812 | S03 S03 |

NAME | PHILIP E ENGLISH      DEPT | BFS-RP ASSMT

| | GROSS PAY | TAXES | OTHER | NET PAY | FED TAXBL GROSS | ST TAXBL GROSS |
|---|---|---|---|---|---|---|
| CURRENT | 2,213.05 | 0.00 | 0.00 | 2,213.05 | 0.00 | 0.00 |
| YTD | 20,550.09 | 3,679.88 | XXXXXXXX | XXXXXXXX | 17,342.54 | 17,342.54 |

| TYPE OF PAY | HOURS | GROSS AMT | TYPE OF DEDUCTION | AMOUNT | TYPE OF DEDUCTION | AMOUNT |
|---|---|---|---|---|---|---|
| WC ACT 88 | | 2,213.05 | | | -----YEAR-TO-DATE----- | |
| | | | | | FICA/OASDI | 1,075.24 |
| | | | | | FEDERAL TA | 1,415.24 |
| | | | | | STATE T-HI | 937.93 |
| | | | | | MEDICARE | 251.47 |
| | | | | | MED KAISER | 549.16 |
| | | | | | PTX HGEA P | 967.50 |
| | | | | | VISION VSP | 12.48 |
| | | | | | DENTAL HDS | 48.16 |
| | | | | | ST DUES HG | 173.66 |
| | | | | | PTX THEBUS | 27.00 |

TAXABLE NON-PAY FRINGE BENEFITS

| VAC BAL | -16.00 HRS | 56-HR FIRE, VAC BAL | 0.00 HRS | COMP TIME BAL | 0.00 HRS |
|---|---|---|---|---|---|
| SICK BAL | 12.00 HRS | 56-HR FIRE, SICK BAL | 0.00 HRS | | |

VAC AND SICK BALANCES INCLUDE LEAVE EARNED THRU MONTH OF 08/03
AND LEAVE CHARGED AS OF 10-04-03

COMP TIME BALANCE INCLUDES HRS
EARNED & USED AS OF 10-04-03


DEFENDANT'S EXHIBIT

PE 02780