



PE 02781