Hawaii Employer-Union Health Benefits Trust Fund
**CONFIRMATION NOTICE**

Print Date:   08/28/2003

*DEPARTMENT OF BUDGET AND FISCAL SERVICES PERSONNEL*
*SEP 5 11 08 AM '03*

English, Philip E
1741 Ala Moana Blvd #22
Honolulu, HI 96815

Employee ID:      HB1017655
Date of Birth:    10/26/1954
Agency/Dept:      04-0019   Budget & Fiscal Services
Bargaining Unit:  13   Prof & Scientific - Incl (HGE)
Event Date:       07/01/2003

Please review your Benefit Plan enrollments and other information on this confirmation notice. If you find any errors, please make the necessary corrections, sign and date the form and return it to your Departmental Personnel Officer or designee immediately for processing and routing to the EUTF.

If there are no corrections, keep this form with your important family records.

## YOUR BENEFIT PLAN ENROLLMENTS

| Benefit Plan | Benefit Plan Carrier | Coverage Type | Effective Date | Pay Period Deductions | State PCP? |
|---|---|---|---|---|---|
| Medical/Drug/Chiro | Kaiser/Kaiser/Mutual Benefits | Self | 07/01/2003 | $ 39.64 | N/A |
| Dental | Hawaii Dental Service | Self | 07/01/2003 | $ 4.82 | N/A |
| Vision | Vision Service Plan | Self | 07/01/2003 | $ 1.18 | N/A |
| Life | Aetna Inc. | Self | 07/01/2003 | None | |
| Total Deductions - Per Pay Period | | | | $ 45.64 | |

Please make the above corrections to my Benefit Plan Enrollment information.

**Signature:** _____   **Date:** __/__/____

If you have any questions regarding this notice, you may call EUTF at 808-586-7390. If you are calling from the neighbor islands or the mainland, our toll free number is 1-800-295-0089.

English, Philip E



00177
PE 02782