10-6-03                     536-2351

~~Toni~~

Dues were waived 8-30

~~lease w/o pay since~~

Last paycheck showed by union was 7-15-03

Regular Pay supposed to take out statutes of Dues

Does not know how ~~they~~

Disp. = Leave w/o pay dues waived

Dues Lops whole acct cancelled.

Per Toni

Union dues can lapse w/o affecting Medical ~~as~~ so long as medical is paid up.

~~~~~~~~~~

PE 02787