**DEPARTMENT OF BUDGET AND FISCAL SERVICES**
## CITY AND COUNTY OF HONOLULU
530 SOUTH KING STREET, ROOM 208 • HONOLULU, HAWAII 96813
PHONE: (808) 523-4616 • FAX: (808) 523-4771 • INTERNET: www.co.honolulu.hi.us

JEREMY HARRIS
MAYOR



IVAN M. LUI-KWAN
DIRECTOR

CHRIS A. DIEBLING
DEPUTY DIRECTOR

June 26, 2003

Philip E. English
1741 Ala Moana Boulevard Unit 22
Honolulu, Hawaii 96815

Dear Phil:

    Enclosed is your Confirmation Notice from the Hawaii Employer-Union Health Benefits Trust Fund (EUTF) for review. Please make any changes if needed; otherwise if the information is correct, please keep it for your records.

    The Notification of Personnel Action is for your records, which is generated from Department of Human Resources. If you have any concerns or questions about your medical premiums, please call me at 527-5507.

Sincerely,

Suzanne Foumai
Secretary
Real Property Assessment Division

Enclosures



PE 02796