14+

26-4-12-98

Other
dup's
Not
corrected

31-32-6-19
31-32-7-3
31-32-10-10
31-32-10-51
31-32-10-65

DEFENDANT'S
EXHIBIT
344

CC 000314