**RugDoctor**
*Steaming Mad at Dirt*

January 16, 2003

<u>Via Facsimile No. 808/521-7647</u>

Mr. Philip English
Real Property Appraiser
City and County of Honolulu
842 bethel Street, 2nd Floor
Honolulu, HI 96813

Re:  TMK 260120100039
     1778 Ala Moana Blvd. #1209
     Honolulu, HI

Dear Mr. English:

We received the real property assessment on the above referenced property and noticed that the property taxes had increased by approximately 65% in one year (see attached paperwork). Would you please provide an explanation as to why such a substantial increase.

Should you wish to discuss the matter, I can be reached at 972/673-1421.

Thank you for your prompt attention to this matter.

Yours very truly,

*Carolyn S. Kepford*

Carolyn S. Kepford
Assistant to J. Roger Kent

Attachment

4701 Old Shepard Place
Plano, Texas 75093-9065

Bus: 972.673.1400
Fax: 972.673.1401
www.rugdoctor.com

*Manufacturing, Sales and Rental of Carpet Cleaning and Floor Care Products*

CC 000445