DEPARTMENT OF THE CORPORATION COUNSEL
# CITY AND COUNTY OF HONOLULU
530 SOUTH KING STREET, ROOM 110 • HONOLULU, HAWAII 96813
TELEPHONE: (808) 523-4859 • FAX: (808) 523-4583 • INTERNET: www.co.honolulu.hi.us



JEREMY HARRIS
MAYOR

DAVID Z. ARAKAWA
CORPORATION COUNSEL

November 7, 2003

Roger S. Moseley, Esq.
Case Bigelow & Lombardi
Pacific Guardian Center
Mauka Tower, Suite 2600
737 Bishop Street
Honolulu, Hawaii  96813

Dear Mr. Moseley:

> Re:  Claimant: Philip E. English
> D/A:      January 30, 2003
> Case No.  2-03-01887
> Employer: City and County of Honolulu,
>           Budget and Fiscal Services

As you are aware, the Department of the Corporation Counsel has taken over the representation of the Department of Budget and Fiscal Services, City and County of Honolulu ("City"), with respect to the above-referenced matter. Accordingly, please note our appearance on all documents, including hearing notices, and direct all future correspondence and communications regarding this matter to the undersigned.

This is to confirm our telephone conversation wherein I informed you that notwithstanding the denial of your client's January 30, 2003 workers' compensation claim, the City has agreed to voluntarily provide Mr. Philip E. English with weekly indemnity benefits effective October 1, 2003. Please be advised that the



CC 000933

Roger S. Moseley, Esq.
Page 2
November 7, 2003

City reserves any and all rights it has under Hawaii Revised Statutes ("HRS") Chapter 386 concerning said payments, including but not limited to seeking a credit and/or order of reimbursement under HRS Section 386-52.

Please feel free to call me at 523-4274 should you have any questions regarding this matter.

Very truly yours,

PAUL K. W. AU
Deputy Corporation Counsel

PKWA:gg

cc: Disability Compensation Division
    Sharon Maeda
    Department of Human Resources

L-MOSELEY1

CC 000934