*Lorell Yamashita*
*(signature)*

# CASE BIGELOW & LOMBARDI
### A LAW CORPORATION

David F. Andrew
Michael L. Biehl
Daniel H. Case
James M. Cribley
Stacey W.E. Foy
Gregory M. Hansen
Frank T. Kanemitsu
Michael L. Lam
Alan K. Lau
Dennis M. Lombardi †

Michael R. Marsh
Roger S. Moseley
Ted N. Pettit, Ph.D.
Scott D. Radovich
Robert F. Schneider
Cathy Lee Sekiguchi
Steven E. Thomas
Eric H. Tsugawa
Gary L. Wixom

PACIFIC GUARDIAN CENTER, MAUKA TOWER
737 BISHOP STREET, SUITE 2600
HONOLULU, HAWAII 96813-3283

TELEPHONE: (808) 547-5400
FACSIMILE: (808) 523-1888
E-mail: info@casebigelow.com
http://www.casebigelow.com

Claire E. Bender
Christopher J. Muzzi
Leila Rothwell Sullivan
Lauren R. Sharkey
Cathy L. Takase
*(illegible)*

Of Counsel:
Steven L. Rinesmith †
Counsel:
Gary S. Kerwood

*Anna C. Bigelow (1948-2001)*
*† A Law Corporation*

**CORPORATION COUNSEL**
**C AND C OF HONOLULU**
**'03 OCT 17 P2:13**
**REFERRED TO**
*pam,*

October 17, 2003

BY FAX ~~AND HAND~~ DELIVERY
808/586-9219

Disability Compensation Division
Hearings Branch
Department of Labor and Industrial Relations
State of Hawaii
830 Punchbowl Street, Rm. 209
Honolulu, Hawaii 96813

Re: Philip E. English, Workers Comp. Case No. 2-03-01887

Dear Sir or Madam,

We respectfully request a continuance of the hearing date in the above-referenced claim. The hearing is presently scheduled for October 23, 2003 and we would request that this date be continued for approximately two weeks. The reason for this request is that we are involved in serious settlement negotiations with the employer, City and County of Honolulu, and we believe the additional time would facilitate a possible settlement.

Mr. Paul Au, Deputy Corporation Counsel assigned to this case, is in agreement with this brief continuance.

Thank you very much for your kind assistance in this matter.

Very truly yours,

*(signature)*

Roger S. Moseley

RSM\kmc
cc. Phil English
    Paul Au, Esq.



27505\2\350938.1   MEMBER OF LEX MUNDI, THE WORLD'S LEADING ASSOCIATION OF INDEPENDENT LAW FIRMS   CC 000935