# CASE BIGELOW & LOMBARDI

## A LAW CORPORATION

COPY

David F. Andrew
Michael L. Biehl
Daniel H. Case
James M. Cribley
Stacey W.E. Foy
Gregory M. Hansen
Frank T. Kanemitsu
Michael L. Lam
Alan K. Lau
Dennis M. Lombardi †

Michael R. Marsh
Roger S. Moseley
Ted N. Pettit, Ph.D.
Scot D. Radovich
Robert F. Schneider
Steven E. Thomas
Eric H. Tsugawa
Gary L. Shiki
Nancy A. Youngren

PACIFIC GUARDIAN CENTER, MAUKA TOWER
737 BISHOP STREET, SUITE 2600
HONOLULU, HAWAII 96813-3283

TELEPHONE: (808) 547-5400
FACSIMILE: (808) 523-1888
E-mail: info@casebigelow.com
http://www.casebigelow.com

Claire E. Sander
Christopher J. Muzzi
Leila Rothwell Sullivan
Lauren R. Sharkey
Cathy L. Takase
Counsel:
Gary S. Karwood

Of Counsel:
Rinesmith & Sekiguchi LLLC

Bruce C. Bigelow (1948-2001)

† A Law Corporation

'04 JAN 14 A11 :14

REFERRED TO

January 13, 2004

<u>BY FAX AND HAND DELIVERY</u>
808/586-9219

Disability Compensation Division
Hearings Branch
Department of Labor and Industrial Relations
State of Hawaii
830 Punchbowl Street, Rm. 209
Honolulu, Hawaii 96813

Re: <u>Philip E. English, Worker's Comp. Case No. 2-03-01887</u>
    Hearing Date: January 14, 2004, 2:00 P.M.

Dear Sir or Madam,

We respectfully request that the above referenced hearing be canceled. We have settled this matter and all that remains is to agree on the final form of the settlement documents and submission to DILR for approval.

Mr. Paul Au, Deputy Corporation Counsel assigned to this case, is in agreement with this request.

Thank you very much for your kind assistance in this matter.

Very truly yours,

Roger S. Moseley

RSM\kmc
cc. Phil English
    Paul Au, Esq.

27505\2\3600047.1

MEMBER OF LEX MUNDI, THE WORLD'S LEADING ASSOCIATION OF INDEPENDENT LAW FIRMS


DEFENDANTS EXHIBIT 370

CC 000963