# CASE BIGELOW & LOMBARDI
### A LAW CORPORATION

David F. Andrew
Michael L. Bishl
Daniel H. Case
James M. Cribley
Stacey W.E. Foy
Gregory M. Hansen
Frank T. Kanemitsu
Michael L. Lam
Alan K. Lau
Dennis M. Lombardi †

Michael R. Marsh
Roger S. Moseley
Ted N. Pettit, Ph.D.
Scott D. Radovich
Robert F. Schneider
Cathy Lee Sekiguchi
Steven E. Thomas
Eric H. Tsugawa
Gary L. Wixom

PACIFIC GUARDIAN CENTER, MAUKA TOWER
737 BISHOP STREET, SUITE 2600
HONOLULU, HAWAII 96813-3283

TELEPHONE: (808) 547-5400
FACSIMILE: (808) 523-1888
E-mail: info@casebigelow.com
http://www.casebigelow.com

Claire E. Bender
Christopher J. Muzzi
Leila Rothwell Sullivan
Lauren R. Sharkey
Cathy L. Takase
Nancy J. Youngren

Of Counsel:
Steven L. Rinesmith †
Counsel:
Gary S. Kerwood

Bruce C. Bigelow (1945-2001)

† A Law Corporation

December 16, 2003

BY FAX AND HAND DELIVERY
808/523-4583

Paul K. W. Au, Esq.
Deputy Corporation Counsel
City and County of Honolulu
530 South King Street
Honolulu, HI 96813

Re: Philip E. English, Workers' Compensation Case No. 2-03-01887

Dear Mr. Au,

Thank you for your settlement offer of December 9, 2003. After careful consideration, Mr. English has decided to accept your offer. However, this acceptance is conditioned on the validity of two assumptions we are making.

The first assumption is that Mr. English will not have to pay back the temporary disability payments he has received. The second is that Kaiser would be able to bill and collect for the treatments provided to Mr. English to the effective date of his resignation. In our last conversation you told me that you understood that these two items would not pose any problems, but that you would confirm that understanding.

Presuming that our two assumptions are correct, would you like us to prepare the settlement agreement documents, or would you prefer to do so? We are hoping that all of the necessary documents and approvals can be completed by the end of the year, so that Mr. English will not have another gap in his support right after the first of the New Year. Please let us know if there is anything further we can do to assist in this regard.

Thank you again for your consummate patience and professionalism.

Very truly yours,

Roger S. Moseley

Approved: [signature: Phil English]

RSM\kmc
cc. Phil English