## CASE BIGELOW & LOMBARDI
### A LAW CORPORATION

David F. Andrew
Michael L. Biehl
Daniel H. Case
James M. Cribley
Stacey W.E. Foy
Gregory M. Hansen
Frank T. Kanemitsu
Michael L. Lam
Alan K. Lau
Dennis M. Lombardi †

Michael R. Marsh
Roger S. Moseley
Ted N. Pettit, Ph.D.
Scott D. Radovich
Robert F. Schneider
Cathy Lee Sekiguchi
Steven E. Thomas
Eric H. Tsugawa
Gary L. Wixom

PACIFIC GUARDIAN CENTER, MAUKA TOWER
737 BISHOP STREET, SUITE 2600
HONOLULU, HAWAII 96813-3283

TELEPHONE: (808) 547-5400
FACSIMILE: (808) 523-1888
E-mail: info@casebigelow.com
http://www.casebigelow.com

Claire E. Bender
Christopher J. Muzzi
Leila Rothwell Sullivan
Cathy L. Takase
Nancy J. Youngren

Of Counsel:
Steven L. Rinesmith †
Counsel:
Gary S. Kerwood

Bruce C. Bigelow (1945-2001)

† A Law Corporation

April 19, 2003

HAND DELIVERY

Dr. Reneau Kennedy
3001 Diamond Head Road
Honolulu, HI 96815

Re: Claim of Philip E. English for disability due to retaliation



Dear Dr. Kennedy,

  Enclosed please a selection of documents which I hope addresses your request for some verification of the events occurring at Mr. English's employment since sometime in 2001. You will find that Mr. English received very good performance evaluations and was rapidly promoted until he began to complain about the use of City employees and equipment, by the administrator of his division, in 2001. This complaint was apparently first memorialized in writing on or about February 15, 2002 by e-mail to Robert Magota, Mr. English's supervisor immediately below the administrator whose activities were questioned.

  Almost immediately after the written complaint, Mr. English began to experience problems in the processing of his application for the Appraiser IV position for which he had applied. The very next Evaluation Report, on April 22, 2002, his evaluation was drastically lowered. While Mr. English was promoted to Appraiser IV, his probation was extended, in August of 2002, for reasons which have never been clear. The division administrator (who had been accused of having the outside work done for him on City time) confirmed the extension of probation on August 15, 2002 by e-mail. Both the management and the union rep involved now maintain that there was never an extended probation. You will also note that on August 18, 2002 Mr. English was also evaluated to have an attitude toward work which was "below requirements". In an effort to make some sort of deal with Mr. English, the management agreed to revise this negative evaluation.

  Additionally, since February of 2002 Mr. English has had a whole series of other problems with other staff and the management of the Assessment Division. These problems have continued right up to the present date and are generally documented by e-mails to his union reps and by his contemporaneous notes, some of which we have enclosed. On January 14, 2003 Mr. English applied for yet another promotion, but it is

Dr. Kennedy
April 19, 2003
Page 2

clear that he would not be given consideration for that job, even though he is probably the best qualified.

Eventually Mr. English's daily life at work became so unbearable he felt could not continue with his employment and his outside life fell apart, apparently also as a result of the treatment he was receiving at work. Mr. English then sought medical treatment and was advised by his doctors not to continue to go to work.

Please let me know whether these materials address your needs or whether I can provide any further information.

Thank you very much.

Very truly yours,

Roger S. Moseley

RSM/kmc
Encl.
cc. Phil English

27F  5\1\8250. .1

CC 000973