**Boat Listings**

| Length and Builder/Type | Year | Price | Location | $/LOA | 80% LOA |
|---|---|---|---|---|---|
| 47 Kettenburg PCC | 1958 | $ 36,000 | Los Angeles, CA | $ 765.96 | $ 612.77 |
| 46 CHET NORTH GARDEN... | 1957 | $ 40,000 | Port Orchard, WA | $ 869.57 | $ 695.65 |
| 46 Kettenburg PCC Sloop | 1958 | $ 36,000 | Wilmington, CA | $ 782.61 | $ 626.09 |
| 46 Kettenburg 46'6 | 1956 | $ 34,900 | Long Beach, CA | $ 758.70 | $ 606.96 |
| 46 Kettenburg PCC | 1950 | $ 39,000 | San Diego, CA | $ 847.83 | $ 678.26 |
| 42 Alan Buchanan cut... | 1952 | $ 39,000 | Long Beach, CA | $ 928.57 | $ 742.86 |
| 42 Custom Dolphin Ketch | 1968 | $ 38,000 | VA, United States | $ 904.76 | $ 723.81 |
| 42 Sea Dragon Cutter | 1952 | $ 39,000 | Long Beach, CA | $ 928.57 | $ 742.86 |
| 42 grimes SLOOP | 1952 | $ 39,000 | long beach, CA | $ 928.57 | $ 742.86 |
| 41 Newport 41 | 1969 | $ 37,500 | Monterey, CA | $ 914.63 | $ 731.71 |
| 41 Piver Trimaran | 1969 | $ 35,000 | Newport Beach, CA | $ 853.66 | $ 682.93 |
| 41 Southwest Boat Co... | 1965 | $ 35,000 | Bowdoin, ME | $ 853.66 | $ 682.93 |
| 40 Bristol Bristol | 1969 | $ 39,000 | | $ 975.00 | $ 780.00 |
| | | | Average $LOA | $ 870.16 | $ 696.13 |



CD 000354

**44 Sutton**  LOD  55 ft  LOA  55 ft

### Purchase Cost and Mooring Fee Totals

| Description | Amount | Pmt | Slip Fee | Mo. Total | Mo Diff* |
|---|---|---|---|---|---|
| Purchase Cost | $14,400 | $625.00 | $ 76 | $701 | $349.00 |
| Year Two | | $295.00 | 457 | $752 | $298.50 |
| Year Three | | $165.00 | 457 | $622 | $428.00 |
| Year Four | | $165.00 | 457 | $622 | $428.00 |
| Year Five | | $165.00 | 457 | $622 | $428.00 |

*Mo. Diff. = Current Rent ($1,050) Less Mo. Total

### Renovations

| Prof. Renovations | | Self Renovations | | Savings | |
|---|---|---|---|---|---|
| HullTopside | $ 5,500 | HullTopside | $ 4,500 | $ 1,000 | |
| Electronics | 3,500 | Electronics | 1,500 | 2,000 | |
| Plumbing | 3,500 | Plumbing | 2,500 | 1,000 | |
| Engine | 1,500 | Engine | 500 | 1,000 | |
| Sail & Rigging | 7,500 | Sail & Rigging | 4,500 | 3,000 | |
| Interior | 5,500 | Interior | 2,500 | 3,000 | |
| Total Cost | 27,000 | | 16,000 | 11,000 | |
| 25% Profit | 10,350 | | 7,600 | | |

### Investment/Cost/Mkt Analysis

| | Self Renovations | | Prof. Renovations | | Savings/Prof |
|---|---|---|---|---|---|
| Mo.Ren $ | $ 450 | ann. | $ 267 | ann. | $ 183 |
| Pmt + Ren | $1,151 | ann. | 968 | ann. | 183 |
| Total Investmnt | 41,400 | | 30,400 | | 11,000 |
| | 752.73 | per ft. | 552.73 | per ft. | 200 |
| Mkt/LOA | 1,000.00 | per ft. | 552.73 | per ft. | 447 |
| Mkt Price | 55,000 | | 30,400 | | 24,600 |

### Cashflows

Ann. Diff. Between Current Rent and Loan(s) + Slip

| 12 | 24 | 36 | 48 | Totals |
|---|---|---|---|---|
| $ 4,188 | $ 3,582 | $ 5,136 | $ 5,136 | $ 18,042 |

### Renovation Expense and Schedule

| | 12 | 24 | 36 | 48 | Totals |
|---|---|---|---|---|---|
| | $ - | $ 4,500 | $ - | $ - | $ 4,500 |
| | 250 | - | 250 | 1,000 | 1,500 |
| | 500 | - | 1,000 | 1,000 | 2,500 |
| | - | - | - | 500 | 500 |
| | - | - | - | 4,500 | 4,500 |
| | 500 | - | 2,000 | - | 2,500 |
| | $ 1,250 | $ 4,500 | $ 3,250 | $ 7,000 | $ 16,000 |
| | | $ 4,188 | 3,582 | 5,136 | |

### Loan Requirements

| | | Savings/Prof |
|---|---|---|
| Wells Fargo | $ 6,500 | 18% | 165 |
| Johnson's | 1,500 | 12% | 130 |
| Leider's | 2,500 | 18% | 130 |
| English's | 1,500 | 0% | - |
| Pur. Money | 2,400 | 0% | 20 |
| Totals | $ 14,400 | | 625 |

CD 000355

| 44 Sutton | | LOD | 55 ft | LOA | 55 ft | | |
|---|---|---|---|---|---|---|---|

### Purchase Cost and Mooring Fee Totals

| Description | Amount | Pmt | Slip Fee | Mo. Total | Mo Diff* |
|---|---|---|---|---|---|
| Purchase Cost | $ 14,400 | $ 468.00 | 292 | $760 | $290.00 |
| Year Two | | $295.00 | 457 | $752 | $298.50 |
| Year Three | | $165.00 | 457 | $622 | $428.00 |
| Year Four | | $165.00 | 457 | $622 | $428.00 |
| Year Five | | $165.00 | 457 | $622 | $428.00 |

*Mo. Diff. = Current Rent ($1,050) Less Mo. Total

### Cashflows

| Ann. Diff. Between Current Rent and Loan(s) + Slip | | | | |
|---|---|---|---|---|
| 12 | 24 | 36 | 48 | Totals |
| $ 3,480 | $ 3,582 | $ 5,136 | $ 5,136 | $ 17,334 |

### Renovations

| Prof. Renovations | | Self Renovations | | Savings |
|---|---|---|---|---|
| HullTopside | $ 5,500 | HullTopside | $ 5,000 | $ 500 |
| Electronics | $ 3,500 | Electronics | $ 2,500 | $ 1,000 |
| Plumbing | $ 3,500 | Plumbing | $ 2,500 | $ 1,000 |
| Engine | $ 1,500 | Engine | $ 500 | $ 1,000 |
| Sail & Rigging | $ 7,500 | Sail & Rigging | $ 4,500 | $ 3,000 |
| Interior | $ 5,500 | Interior | $ 1,500 | $ 4,000 |
| Total Cost | $ 27,000 | | $ 16,500 | $ 10,500 |
| 25% Profit | $ 10,350 | | $ 7,725 | |

### Renovation Expense and Schedule

| | 12 | 24 | 36 | 48 | Totals |
|---|---|---|---|---|---|
| | $ - | $ 5,000 | $ - | $ - | $ 5,000 |
| | $ 500 | $ 500 | $ 500 | $ 1,000 | $ 2,500 |
| | $ 600 | $ 900 | $ - | $ 1,000 | $ 2,500 |
| | $ - | $ - | $ - | $ 500 | $ 500 |
| | $ - | $ - | $ - | $ 4,500 | $ 4,500 |
| | $ 500 | $ 500 | $ 500 | $ - | $ 1,500 |
| | $ 1,600 | $ 6,900 | $ 1,000 | $ 7,000 | $ 16,500 |

### Investment/Cost/Mkt Analysis

| Prof. Renovations | | Self Renovations | | Savings/Prof | |
|---|---|---|---|---|---|
| Mo.Ren $ | $ 450 | ann. | $ 275 | ann. | $ 175 |
| Pmt + Ren | $1,210 | ann. | $ 1,035 | ann. | $ 175 |
| | | | | | |
| Total Investmnt | $ 41,400 | | $ 30,900 | | $ 10,500 |
| | $ 752.73 | per ft. | $ 561.82 | per ft. | $ 191 |
| Mkt/LOA | $ 1,000.00 | per ft. | $ 561.82 | per ft. | $ 438 |
| Mkt Price | $ 55,000 | | $ 30,900 | | $ 24,100 |

### Loan Requirements

| | | |
|---|---|---|
| Wells Fargo | 18% | $ 6,500 | $ 205 |
| Johnson's | 12% | $ 1,500 | $ 133 |
| Leider's | 18% | $ 2,500 | $ 130 |
| English's | 0% | $ 1,500 | $ - |
| Pur. Money | 0% | $ 2,400 | $ 20 |
| Rob's Pmt | | | $ (200) |
| Totals | | $ 14,400 | $ 468 |

CD 000356