# AFFIDAVIT
# OF
# CHRISTOPHER HANS GRAFF

STATE OF HAWAII

CITY AND COUNTY OF HONOLULU

August 20, 2002

To Whom It May Concern:

Phil English and I have been real estate appraisers together in Honolulu for a number of years. We are both employed by the City and County of Honolulu and are good friends.

I have personal knowledge that in June of 2,000 Phil and Pim were married and I have known them to be a happily married couple since that time. Both Pim and Phil have made a life together and have a bright future ahead.

Christopher Hans Graff
5064 Kiai Place
Honolulu, HI 96722                    Birthplace:    San Jose, California

CHRISTOPHER HANS GRAFF, being duly sworn, on oath deposes and says:

1. That he is the affiant herein;
2. That he is a resident of the City and County of Honolulu, State of Hawaii;
3. That he has read the affidavit and knows the contents thereof;
4. That the said affidavit is true to the best of his knowledge and belief.

Further affiant sayeth not.

_____
Christopher Hans Graff

Subscribed and to before me this

_____ day of _____, 2002

_____
My commission expires:

CD 000412

