**Philip English**
531 Hahaione Street #2-B
Honolulu, Hawaii 96825

Internal Revenue Service
Ogden Utah 84201

Attn: SCCB

Reference: 1999 Income Taxes for
Philip English
SS# 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

Dear SCCB:

I am requesting that I be allowed to make payments for my 1999 Federal Income Taxes and have enclosed the form 433-F Collection Information Statement. I am also requesting that a reduction be considered for the following reasons.

In 1998 I was engaged in a new business venture exporting American products abroad. Due to the Asian economic down turn this business venture failed. Roughly at the end of 1998 I was diagnosed with kidney cancer and under went major surgery including the removal of my left kidney. I became unemployed during this period of time while recovering from the surgery. Also in this same time frame my wife of 16 years began divorce proceedings and ultimately divorced me as of April 1999.

During this period of time while recovering from cancer I remained unemployed and lived primarily off of the proceeds of the divorce settlement. I recently became employed with the City and County of Honolulu in an entry-level position as a real estate appraiser. I have been employed with them since June 1, 2000.

Over the period between November 1998 to June of 2,000 I have had extraordinary hardships due to the business failure and being unemployed, the cancer and subsequent surgery, and finally a financially and emotionally devastating divorce. My automobile was re-possessed earlier this year, my home phone is no longer in service, and I am currently filing for bankruptcy.

I am requesting consideration that I may be able to pay for the federal income tax owed over time and that consideration be given to a possible reduction in the tax due as a result of extraordinary life circumstances beyond my control.

Thank you for your consideration. Sincerely,


Philip English

CD 000417

DEFENDANT'S EXHIBIT