FEB-07-2006 TUE 07:36 PM CORPORATION COUNSEL        FAX NO. 808 523 4583        P. 02

DEPARTMENT OF THE CORPORATION COUNSEL
# CITY AND COUNTY OF HONOLULU
530 SOUTH KING STREET, ROOM 110 * HONOLULU, HAWAII 96813
PHONE: (808) 523-4559 * FAX: (808) 523-4583 * INTERNET: www.honolulu.gov

MUFI HANNEMANN
MAYOR



CARRIE K.S. OKINAGA
CORPORATION COUNSEL

DONNA M. WOO
FIRST DEPUTY CORPORATION COUNSEL

February 7, 2006

**CONFIDENTIAL**

**VIA FACSIMILE TRANSMISSION**
**TO 808-527-6936**

Charles W. Totto
Executive Director and Legal Counsel
Ethics Commission
City and County of Honolulu
715 South King Street, Suite 211
Honolulu, Hawaii 96813

Re:   Comments on Ethics Commission's draft advisory opinion in EC No. 05-159(w)

Dear Mr. Totto:

Thank you for the opportunity to comment on the Ethics Commission's draft advisory opinion referenced above. In light of the considerations discussed herein, it is our recommendation that the Ethics Commission consider remaining silent as to Mr. English's specific proposed disclosure. The general guidelines as set forth in Section IV, C of the Opinion are very useful and informative, and we would have no objections to the Commission publishing those guidelines as its final opinion.

First, the pending request for the advisory opinion is a request by a former employee for a ruling in advance that his disclosure of confidential information that he received as an employee is statutorily protected and not a violation of RCH §11-102(b). This advisory opinion is unnecessary as the employee is no longer employed by the City, and no longer subject to the relevant ethical provisions. Therefore, the request is moot.

Second, the advisory opinion acknowledges that, while it may be true that the request raises an important issue, the Commission's future rulings on this issue would depend on a case-by-case, fact intensive inquiry, and the advisory opinion in this particular situation may not apply to other situations. Therefore, we respectfully suggest that this request is not the best case in which to render an advisory opinion.



PLAINTIFF'S EXHIBIT 100-4

Charles W. Totto
Executive Director and Legal Counsel
Ethics Commission
Page 2 of 2
February 7, 2006

     Finally, we wish to clarify what we believe to be a fundamental misstatement in the draft opinion. In the "Background Facts" section, it is represented that, "Mr. Moseley also represents Phil English, a former appraiser in the city's Real Property Assessment Division (RPAD), in other unrelated matters." (Emphasis added). Mr. Moseley represents Mr. English in a lawsuit that names the City as a defendant and his former supervisor (allegedly observed to be sanitizing files) as a defendant in her individual capacity, as well as her official capacity. Thus, Mr. Moseley represents Mr. English in matters that are anything but "unrelated." We do not know for what purposes Mr. Moseley has requested this opinion of the Ethics Commission (arguably including factual findings and legal conclusions), but given the fact that Mr. English is no longer an employee, Mr. English is no longer subject to discipline for ethical violations, and for all intents and purposes such an opinion is moot, it is not implausible that Mr. Moseley intends to use this opinion in the litigation against the City and the supervisor.

     Based on the foregoing, we would respectfully request that the Ethics Commission refrain from opining prospectively as to the propriety of an ex-employee's proposed disclosure. In the alternative, if the Commission feels that an opinion about Mr. English's proposed disclosure is in order, we request that the Commission in its opinion make clear (1) the fact that it is making no finding about the veracity or truthfulness of Mr. English's allegations, (2) the limitations of the opinion in terms of future rulings on this issue being decided on a case-by-case basis, and (3) the fact that Commission is not opining as to the viability of any legal claims that Mr. English may have against the City, nor any legal claims that the City or any employee may have against Mr. English. Should you have any questions, please feel free to contact me.

Very truly yours,

*[signature]*

CARRIE K.S. OKINAGA
Corporation Counsel