# The Honolulu Advertiser

H A W A I ' I ' S   N E W S P A P E R

SUNDAY | August 20, 2006

HONOLULUADVERTISER.COM

HOME FINAL
$1.75 on O'ahu
$2.00 on Neighbor Island

## Mourners struck at site of fatal car crash

### 2 deadly accidents on same day kill 3, injure 6 in Hau'ula

BY MIKE LEIDEMANN
AND MARY VORSINO
Advertiser Staff Writers

Three people were killed and six injured in a pair of traffic accidents at the same site in Hau'ula yesterday.

Two teenagers died and three others were hurt when their speeding car ran off of Kamehameha Highway and hit a utility pole at 4:20 a.m., police said. Nineteen hours later, at about 11 p.m., a group of people gathering near the spot to create a roadside memorial were struck by a car, police said. One person was killed in that accident, one was in extremely critical condition, and two others were in critical condition.



Althea Ah Nee

"In the first accident, two occupants of a speeding car — an 18-year-old man from Hau'ula and Alvin Ah Nee, a former soldier at Schofield — died in the crash, according to Medical Examiner's office...

Alvin Ah Nee, a former soldier at Schofield...

The three others in the car ages 14 to 16, were injured...

Ryan Casuga, 20, who was sleeping at nearby Kōloa Beach Park...

"The car was on top of him at some point when it went into the ...couple of seconds later there was a loud crash. After that, all I heard were the ambulance..."

See CRASHES, A10

### RIDDING CRIME

## Whistleblowers say ordeal not worth it

### Suffering is cost for stepping forward to expose wrongdoing

BY ROB PEREZ
Advertiser Staff Writer

George Smith remembers it all too well.

Neither he nor Kenneth Wong, Norman Salsied, Silva, Solomon Burgh, Solomon, Silva, Norman Salsied, nor Charlie Waugins did it for money. All are Hawai'i whistle-blowers who reported wrongdoing...

government reports, the charges ranging from theft to bribery.

While ranking down individual activities isn't a positive outcome...

See WHISTLE, A2

## KEEPING MOLOKA'I MOLOKA'I

### For many on the Friendly Isle, tourism only works with a 'just visit' policy



REBECCA BREYER | The Honolulu Advertiser

Clockwise, from top: Norman Salsied, George A. Smith Jr., Solomon Silva and Kenneth Wong...

### INSIDE TODAY

## Akebono's story

PLAINTIFF'S EXHIBIT
1015

...a famous fellow go in...

# Whistle

**FIXING THE SYSTEM**

## WHAT TO TAKE INTO CONSIDERATION

**Talk to family or close friends**

**Try to discreetly find out**

**If you decide to break ranks, think carefully**

**Develop a plan**

**Memorize.** Good mentors will support staff.

**Know what's on record**

**Find a support network**

**Identify and copy**

**Plan for a legal battle**

**Are you on guard?**

**Do you regret blowing the whistle?**

**Don't wear your opinion**

## CITY'S RETALIATION

## ROUGH ROAD TO COURT

## ADVICE: DON'T DO IT



ROLEX

Bridge

ARE TRADEMARKS



**ROUGH ROAD TO COURT**

**ADVICE: DON'T DO IT**

**Thank You Hawaii,**
**For Making Us #1***

Hawaii's Most Comprehensive
**REVERSE MORTGAGE SEMINAR**

Filipino Community Center · Waipahu

Saturday, August 26, 2006
9:00 am

*For Homeowners 62 Years of Age or Older.*

- **Preserve equity for your heirs.**
- **No income or asset qualifications.**
- **No restrictions on how cash is used.**

For Reservations & Information
Call (808) 591-2219
or Toll Free



# Thank You Hawaii, For Making Us #1*

## Hawaii's Most Comprehensive
## REVERSE MORTGAGE SEMINAR

Filipino Community Center, Waipahu

Saturday, August 26, 2006
9:00 am - 11:00 am

*For Homeowners 62 Years of Age or Older.*

- Preserve equity for your heirs;
- No income or asset qualifications;
- No restrictions on how cash is used.

This is not tax information service and
not employed. Reverse mortgage may not
The Retirement Group, Area

For Reservations & Information
Call (808) 591-2219
or Toll Free
888-333-4550

SEE WHISTLE A3

maximize • organize • customize

# Whistle

CONTINUED FROM 4G



Who knows, it may have
belonged to you in a past life.