## INDEPENDENT CONTRACTOR AGREEMENT

THIS AGREEMENT made this __1st__ day of _____July_____, 1995, GK APPRAISALS, INC., a Hawaii corporation, having its principal place of business and mailing address at 1225 Kahoa Road, Hilo, Hawaii 96720, hereinafter called "Company",

and

_____CHRISTOPHER GRAFF_____, whose address is _47-160 Lilc plnco_, hereinafter called "Contractor",

WITNESSETH:

WHEREAS, Company desires to retain Contractor to provide real estate appraisal services on an independent contractor basis, and Contractor desires to perform such services under the terms and conditions set forth herein;

NOW, THEREFORE, in consideration of the mutual covenants contained herein, Company and Contractor hereby agree as follows:

1. This Agreement shall commence on _____July 1, 1995_____, and shall continue from year-to-year until terminated by either party upon 30 days prior written notice; provided, however, that this Agreement shall be automatically terminated upon the dissolution of Company or upon the death or inability of Contractor to provide real estate appraisal services.

2. During the term of this Agreement, Contractor shall provide real estate appraisal services to the satisfaction of Company.



3. In consideration of Contractor's services, Company shall pay to Contractor, 50% (amount subject to change by mutual agreement of the parties) of the net amount received for each appraisal prepared by Contractor.

4. As an independent contractor, Contractor shall pay out of such fees or his other income the following costs and expenses:

a) His business license fees.

b) State general excise taxes on said fees.

c) Errors & Omissions insurance.

d) Transportation costs and automobile insurance.

e) All HMSA, worker's compensation, and disability insurance, FICA, FUTA and other fringe benefits for himself and his own employees, if any.

5. This Agreement shall not be construed as creating a partnership or joint venture relationship between Contractor and Company. As an independent contractor herein, Contractor shall not be entitled to the usual employee and other fringe benefits (such as vacation and sick leaves, overtime pay, retirement benefits, etc.) granted by Company to its employees.

6. This Agreement may be amended at any time by the mutual agreement of both parties hereto; provided, however, that no amendment or variation of the terms of this Agreement shall be valid unless in writing and signed by Contractor and the duly authorized representative of Company.

7. This Agreement is drawn to be effective in, and shall be construed in accordance with, the laws of the State of Hawaii.

IN WITNESS WHEREOF, the parties have signed this Agreement on the day and year first above written.

GK APPRAISALS, INC.

By _[signature]_
Its President

By _[signature]_
Christopher Graff, Contractor

S.S. No. 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
I.D. 10536319



**GK APPRAISALS, INC.**
1225 KAHOA ST.
HILO, HI 96720

No. 1171
59-157/1213

Date: April 15, 19 96

PAY TO THE ORDER OF: CHRISTOPHER GRAFF     $1,000.00

One Thousand and no/100 ---------- DOLLARS

Central Pacific Bank
HILO BRANCH
525 KILAUEA AVE., HILO, HAWAII 96720

FOR: Grace Fujimoto Trust

Signed: Thelma F. Kurokawa

⑈001171⑈ ⑆121301578⑆ 20⑈02568 9⑈          ⑆0000100000⑆

---

Endorsement (reverse):
Christopher Graff
SS# 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   4/15/96
47-160 Lihi Pl.
Kaneohe, HI   808 235-9730

Deposit stamp: Central Pacific Bank, 220 S. King St., Honolulu HI 96813
APR 15 96

CASH CHECK  $1,000.00
0470   53   20-02568-9
001 04/15/1996 10:05:22 AM
PROCESSED
65481-1000655780-19960415

---

**GK APPRAISALS, INC.**
1225 KAHOA ST.
HILO, HI 96720

No. 1178
59-157/1213

Date: April 22, 19 96

PAY TO THE ORDER OF: CHRISTOPHER GRAFF     $1,500.00

One Thousand Five Hundred and no/100 ---------- DOLLARS

Central Pacific Bank
HILO BRANCH
525 KILAUEA AVE., HILO, HAWAII 96720

FOR: Hawaii Island Community Development

Signed: Thelma F. Kurokawa

⑈001178⑈ ⑆121301578⑆ 20⑈02568 9⑈          ⑆0000150000⑆

---

Endorsement (reverse):
Mr. Christopher Graff
SS# 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   4/11/94
47-160 Lihi Pl.
Kan. Hi.   808 235-9730

Deposit stamp: Central Pacific Bank, 220 S. King St., Honolulu HI 96813
APR 22 96

CASH CHECK  $1,500.00
0594   578   20-02568-9
001 04/22/1996 10:50:05 AM
PROCESSED
33579-1000334530-19960422

```
                                                                            1236
         GK APPRAISALS, INC.                        0103 MAR 11 1997
           1225 KAHOA ST.
           HILO, HI 96720
                                                                       59-157/1213

                                                    February 13, 19 97
PAY
TO THE
ORDER OF   CHRISTOPHER GRAFF                              $ 1,500.00

           ————One Thousand Five Hundred and no/100————————————— DOLLARS

           Central Pacific Bank
           HILO BRANCH
           525 KILAUEA AVE., HILO, HAWAII 96720

FOR  Big Island Country Club Estates
```

Endorsement: Chris Graff

```
                                                                            1271
         GK APPRAISALS, INC.
           1225 KAHOA ST.
           HILO, HI 96720
                                                                       59-157/1213

                                                    Sept. 25, 19 97
PAY
TO THE
ORDER OF   CHRISTOPHER GRAFF                              $ 500.00

           ————————Five Hundred and no/100———————————————————— DOLLARS

           Central Pacific Bank
           HILO BRANCH
           525 KILAUEA AVE., HILO, HAWAII 96817

FOR  Est. of Kameko Yagi                    Thelma F. Kurishawa
```

Endorsement: Christopher Graff

```
GK APPRAISALS, INC.                                              NO. 02422
341 Kulana Street
Hilo Hawaii 96720
                                            May 2,       19 97        59-177
                                                                      1213
PAY TO THE
ORDER OF    CHRISTOPHER GRAFF                                    $ 250.00
----------------Two Hundred Fifty and no/100-------------------------DOLLARS
HAWAII NATIONAL BANK,                       Thelma T. Kurokawa
        HAWAII
Albrecht vs Albrecht
⑈002422⑈    ⑆121301772⑆     080⑈24456⑈         ⑈0000025000⑈
```

Endorsements (reverse): "For Deposit in Bank of Hawaii Ala Moana Branch To the Credit of Randall N. Spear 1724368-3" / SSC-99-0403 / PAID 05/07/97 / 1997508 / 100085640 000085604 / 9114305 / 121301028

```
GK APPRAISALS, INC.                                              NO. 02899
341 Kulana Street
Hilo Hawaii 96720
                                            August 24,   19 98        59-177
                                                                      1213
PAY TO THE
ORDER OF    CHRISTOPHER GRAFF                                    $ 1,020.00
----------------One Thousand Twenty and no/100----------------------DOLLARS
HAWAII NATIONAL BANK,                       Thelma T. Kurokawa
        HAWAII
Hawaii Radiologic Association
⑈002899⑈    ⑆121301772⑆     080⑈24456⑈    43    ⑈0000102000⑈
```

Endorsements (reverse): Christopher Graff / Christopher Graff / SSC-99-0399 EAR 9/99 / H Dr. H. Tax 09/24 / P.O. Box 89424 / H. Tax 46830 / 366-75-23 / $1020.00 / 08/27/98 11:24 AM / 527 S516 / 0902456 2121A-033 / PAID 08/28/98 / 1996627 / 100003150 000003078

```
GP APPRAISALS, INC.
... ana Street
H... awaii 96720
                                                         No. 02927

                                          Sept. 16,  19 98        59-177
                                                                   1213
PAY TO THE
ORDER OF  CHRISTOPHER GRAFF                              $ 900.00

----------Nine Hundred and no/100----------

HAWAII NATIONAL BANK,                                    DOLLARS
     HAWAII
                                        Thomas T. Kurokawa
MUKAI ENTERPRISE
⑈002927⑈  ⑆121301772⑆    080⑈24456⑈  43  ⑉000009000⑉
```

(reverse side:)
Christopher Graff
Hilo # 961-246-6605
PO Box 891234 96830
Phone # 766-2/0898

19980917  1000101550 000010117
119.002    1427A  042    09/17/98 12:04
**PAID**  **PAID** 080245611 BUCK    $900.00

# Form 1099-MISC (1998)

**PAYER'S name, street address, city, state, ZIP code, telephone no.**
JK APPRAISALS, INC.
1225 KAHOA ROAD
HILO, HI 96720

☐ VOID  ☐ CORRECTED

| PAYER'S Federal identification number | RECIPIENT'S identification number |
|---|---|
| 99-0292937 | 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 |

**RECIPIENT'S name, address, and ZIP code**
CHRISTOPHER GAFF

1 Rents: $
2 Royalties: $
3 Other income: $
4 Federal income tax withheld: $
5 Fishing boat proceeds: $
6 Medical & health care pymts.: $
7 Nonemployee compensation: $ 1920.00
8 Substitute payments in lieu of dividends or interest: $
9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐
10 Crop insurance proceeds: $
11 State income tax withheld: $
12 State/Payer's state number: HI/30087894
13 $

Account number (optional): Y  4
2nd TIN Not.: ☐

Form **1099-MISC**  OMB No. 1545-0115
Department of Treasury - IRS  39-1908847

**Miscellaneous Income**
Copy C For Payer

For Paperwork Reduction Act Notice and instructions for completing this form, see the 1998 Instructions for Forms 1099, 1098, 5498, and W-2G.

---

# Form 1099-MISC (1997)

**PAYER'S name, street address, city, state, ZIP code, and telephone no.**
GK APPRAISALS, INC.
1225 KAHOA ROAD
HILO, HI 96720
808-935-4483

☐ VOID  ☐ CORRECTED

| PAYER'S Federal identification number | RECIPIENT'S identification number |
|---|---|
| 99-0292937 | 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 |

**RECIPIENT'S name, address, and ZIP code**
CHRISTOPHER GRAFF

1 Rents: $
2 Royalties: $
3 Other income: $
4 Federal income tax withheld: $
5 Fishing boat proceeds: $
6 Medical & health care pymts.: $
7 Nonemployee compensation: $ 2250.00
8 Substitute payments in lieu of dividends or interest: $
9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐
10 Crop insurance proceeds: $
11 State income tax withheld: $
12 State/Payer's state number: HI/30087894
13 $

Account number (optional): Y  4
2nd TIN Not.: ☐

Form **1099-MISC**  OMB No. 1545-0115
Department of Treasury - IRS  39-1754529

**Miscellaneous Income**
Copy C For Payer

For Paperwork Reduction Act Notice and instructions for completing this form, see Instructions for Forms 1099, 1098, 5498, and W-2G.

☐ VOID   ☐ CORRECTED

| PAYER'S name, street address, city, state, and ZIP code | | 1 Rents $ | OMB No. 1545-0115 | |
|---|---|---|---|---|
| GK APPRAISALS, INC.<br>1225 KAHOA ROAD<br>HILO, HI 96720 | | 2 Royalties $ | **1995** | **Miscellaneous Income** |
| | | 3 Other income $ | Form **1099-MISC** | |
| PAYER'S Federal identification number | RECIPIENT'S identification number | 4 Federal income tax withheld $ | 5 Fishing boat proceeds $ | |
| 99-0292937 | 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 | | | |
| RECIPIENT'S name, address, and ZIP code | | 6 Medical & health care pymts. $ | 7 Nonemployee compensation $ 1500.00 | Copy C For Payer |
| CHRISTOPHER GRAFF | | 8 Substitute payments in lieu of dividends or interest $ | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | For Paperwork Reduction Act Notice and instructions for completing this form, see |
| | | 10 Crop insurance proceeds $ | 11 State income tax withheld $ | Instructions for Forms 1099, 1098, 5498, and W-2G. |
| Account number (optional)<br>Y 4 | 2nd TIN Not. ☐ | 12 State/Payer's state number $ | $ | |

Form **1099-MISC**   Department of the Treasury — Internal Revenue Service   39-1754528

---

☐ VOID   ☐ CORRECTED

| PAYER'S name, street address, city, state, and ZIP code | | 1 Rents $ | OMB No. 1545-0115 | |
|---|---|---|---|---|
| GK APPRAISALS, INC.<br>1225 KAHOA ROAD<br>HILO, HI 96720 | | 2 Royalties $ | **1996** | **Miscellaneous Income** |
| | | 3 Other income $ | Form **1099-MISC** | |
| PAYER'S Federal identification number | RECIPIENT'S identification number | 4 Federal income tax withheld $ | 5 Fishing boat proceeds $ | |
| 99-0292937 | 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 | | | |
| RECIPIENT'S name, address, and ZIP code | | 6 Medical & health care pymts. $ | 7 Nonemployee compensation $ 2500.00 | Copy D File Copy |
| CHRISTOPHER GRAFF | | 8 Substitute payments in lieu of dividends or interest $ | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | |
| | | 10 Crop insurance proceeds $ | 11 State income tax withheld $ | |
| Account number (optional)<br>Y 4 | 2nd TIN Not. ☐ | 12 State/Payer's state number HI/30087894 | $ | |

Form **1099-MISC**   Department of the Treasury — Internal Revenue Service   39-1754529