# PROFESSIONAL QUALIFICATIONS
## OF
## DAVID K. MATSUNAMI

## PROFESSIONAL LICENSE

- State Certified General Appraiser #CGA-45, Expires December 31, 2005.

## EDUCATION

- Bachelor of Arts (BA), Real Estate Development, University of Hawaii, 1985.
- Hilo High School, 1980.

### Courses in Real Estate and Appraisal

- Real Estate 300, Introduction to Real Estate Principles, University of Hawaii, 1984.
- Real Estate 310, Real Estate Law, University of Hawaii, 1984.
- Real Estate 320, Real Estate Appraisal, University of Hawaii, 1984.
- Real Estate 399, Real Estate Finance and Investment, University of Hawaii, 1985.
- Planning 610, Real Estate Development, University of Hawaii, 1985.
- The Income Approach to Valuation, International Association of Assessing Officers, August, 1989.
- Foundations of Real Estate Appraisal, University of Hawaii, 1991.
- Appraising the Single Family Residence, University of Hawaii, 1991.



PLAINTIFF'S EXHIBIT 1020
Matsunami EXHIBIT 13

PROFESSIONAL QUALIFICATIONS
OF
DAVID K. MATSUNAMI
(Continued)

## PROFESSIONAL EXPERIENCE

**DAVID MATSUNAMI APPRAISALS**, Real Estate Appraisal/Analyst/Owner, 1991-Current. Appraisal of commercial, industrial, apartment, agricultural, fractional interests and complex residential properties for financial institutions, government agencies, and private parties.

**J. MICHAEL CHUN & CO. REAL ESTATE APPRAISERS, INC.**, Real Estate Appraiser/Analyst, 1993-1999. Appraisal of residential and commercial properties for financial institutions, government agencies, and private parties.

**GK APPRAISALS, INCORPORATED**, Real Estate Appraiser/Analyst, 1991-2002. Appraisal of commercial and residential properties on the Island of Hawaii for various clients.

**CITY & COUNTY OF HONOLULU**, Finance Department, Real Property Appraiser IV, 1987-1993. Valuation of residential, condominium, vacant land, apartment, agricultural, commercial, industrial, and hotel properties.

**APPRAISAL RESOURCE CORPORATION**, Associate Appraiser, 1987. Appraisal of residential, condominium, and vacant land for financial institutions, government agencies, and private parties.

**THE HALLSTROM APPRAISAL GROUP, INC.**, Research Analyst, 1986. Responsible for conducting research on various commercial assignments. Duties included preliminary land analysis, rent surveys, site inspection, and verification of sales.

## WORKSHOPS AND SEMINARS

Standards of Professional Practice-Part C, May 2001, Appraisal Institute-Hawaii Chapter.

The FHA and the Appraisal Process, September 1999, Appraisal Institute.

New Industrial Valuation, October 1998, Appraisal Institute.

Highest and Best Use Applications, September 1997, Appraisal Institute-Hawaii Chapter.

Appraisal of Retail Properties, May 1996, Appraisal Institute-Hawaii Chapter

Appraising the Secondary Market, May 1996, Appraisal Institute-Hawaii Chapter.

PROFESSIONAL QUALIFICATIONS
OF
DAVID K. MATSUNAMI
(Continued)

## WORKSHOPS AND SEMINARS (Continued)

Current Issues and Misconceptions in Appraising, August 1995, Appraisal Institute.

Lenders and the Law, December 1994, National Flood Insurance Program, Region IX.

Residential Case Studies, June 1994, Appraisal Institute.

The New Uniform Residential Appraisal Report (URAR), November 1993, Appraisal Institute.

Advanced Income Capitalization, October 1993, Appraisal Institute.

Standards of Professional Appraisal Practice Part A, March 1993, Appraisal Institute.

Standards of Professional Appraisal Practice Part B, March 1993, Appraisal Institute.

Appraising the Tough Ones, May 1993, Appraisal Institute.

Appraisal of Leased Fee Interests, May 1993, Appraisal Institute.

Appraisal of Leasehold Interests, May 1993, Appraisal Institute.

Capitalization Theory & Techniques, October 1992, Appraisal Institute.

Hotel-Motel Valuation, July 1992, Appraisal Institute.

Arbitration Principles and Pitfalls, July 1992, Appraisal Institute.

Institutional Investment in Real Estate, July 1992, Appraisal Institute.

Capitalization Overview, August 1990, American Institute of Real Estate Appraisers.

Standards of Professional Practice, June 2000, VAL2000 Conference.

Standards of Professional Practice, Part C, June 2001, Appraisal Institute.

TYPICAL CLIENTS

Most major banks, savings and loans, mortgage companies, attorneys, and government agencies including:

American Savings Bank
Bank Of America
Central Pacific Bank
Edmunds, Maki, Verga & Thorn Attorneys At Law, A Law Corporation
First Federal Savings and Loan Association
First Hawaiian Bank
Goodsill, Anderson, Quinn and Stifel A Limited Liability Law Partnership, LLP.
GE Capital Corporation
Hawaii Federal and State Employees Credit Union
Hawaii Home Loans, Inc.
Infinity Mortgage
International Savings and Loan Assn. Ltd.
Liberty Mortgage, Inc.
Mortgage Brokers Consortium, Inc.
Nakamoto, Okamoto and Associates Attorneys At Law
North American Mortgage Company
Pacific Lending Group
Peter Kubota Attorney At Law
State of Hawaii Hawaiian Homes Commission
State of Hawaii Department of Land and Natural Resources
Trust Mortgage
Washington Mutual
Wells Fargo Home Mortgage Company
U.S. Army Corps of Engineers