3/24/04  Matt Viola

- Matt private atty contacted
○ Complaint against Chris, Info Purpose
- Worked w/ Gary, Chris

- 1987-1992
- Met Gary @ work
- Contracted w/ GK Appraisals (1988-2002) [2001]
- Chris doing for GK App. (Allegations)
- Chris write up cnpr/research (Bureau) / Not recall if sign/BKPop.
- Some Instrman 1999-2001
- Last time 2 yrs. ago
- 10 jobs +/- (Chris)
- Not Gary idea to use Chris
- Friend. of Chris - Gary
- No provision on moonlighting (Matt)

○ Not at work
- Pass disks back & forth / send comp to client
- Gary didn't talk to Chris
- Work from home, dealt w/ client
   My call to bring Chris
   Gary knew Chris helping
- No meetings of 3 of us
- No rush / no
- Field Valuations / Done by DAVID Important
- Me help Chris CASH for family
- No complaint about pay
- GK → David → Chris    No discussion w/ Gary
  Gary
○ - Don't recall talking about ass / met @ convs of Chris to drop off
- Call about 1 yr. ago, w/ Chris
- Little contact w/ Chris / Gary for $

PLAINTIFF'S EXHIBIT 1021  tsunami  EXHIBIT 14

City resources — essen. shop working w/ city
To complete — No one ↗ to large to do elsewhere
- Discuss w/ Gary or Chris about work / not doing work
- new Phil, never worked w/ Chris
- Think though
↙ late 2002 — Amos, back when Chris did work