

CHRIS
9/13/2002  $500.00  #942
10/5/2002  $200.00  #961
11/2/2002  $400.00  #977
11/14/2002 $1500.00 #229



PLAINTIFF'S EXHIBIT 1022

Matsunami EXHIBIT 15