APPRAISAL OF

THE LAND AND IMPROVEMENTS

LOCATED AT

55 FURNEAUX STREET


Hilo, Hawaii


Prepared For

Nakamoto, Yoshioka, & Okamoto
Attorneys at Law


GK APPRAISALS, INC.
November 1998



PLAINTIFF'S
EXHIBIT
1026

Matsunami
EXHIBIT
19

# *GK Appraisals*

Real Estate Valuation        1225 Kahoa Street * Hilo, Hawaii 96720 * Ph. (808) 935-2227 * (808) 935-4483 * FAX (808) 961-0890

November 28, 1998

Nakamoto, Yoshioka, & Okamoto
Attorneys at Law
187 Kapiolani Street
Hilo, Hawaii   96720

**Appraisal of the Land and Improvements**
**Located at 55 Furneaux Street, Hilo, Hawaii**

Dear Mr. Nakamoto:

We have completed a market value appraisal of the unencumbered fee simple interest in the land and improvements situated at 55 Furneaux Street, Hilo, Hawaii. The subject parcel, containing 1,931 square feet is identified on Hawaii Tax Maps as Third Division Tax Map Key 2-3-08 Parcel 4, and is currently zoned CDH Commercial Historic District. Currently, the property is improved with a single-story retail/commercial structure containing 1,782 square feet of ground floor space and 888 square feet of mezzanine.

Our analysis and the data disclosed by our research and investigation are set forth in the accompanying report. In order to develop a market value estimate of the fee simple interest in the subject property several valuation methodologies have been employed. These include Reproduction Cost Analysis, Direct Market (Sales Comparison), and Income Approach.

It is our opinion, subject to the limiting conditions and assumptions contained herein that the market value of the fee simple interest in the land and improvements located at 55 Furneaux Street as of November 28, 1998, was:

**One Hundred Sixty Thousand Dollars**
**($160,000)**

We appreciate the opportunity to have worked on this interesting assignment. Should clarification or further discussion of the study contained herein be necessary, please contact us.

Respectfully submitted,

GK APPRAISALS

Gary Kurokawa
Certified General Appraiser
CGA-50 Expiration December 31, 1999

David K. Matsunami
Certified General Appraiser
CGA-45 Expiration December 31, 1999

## TABLE OF CONTENTS

ASSIGNMENT AND SUMMARY                    3

Assignment                                3

Summary of Conclusions                    3

Definition of Terms                       4

Limiting Conditions and Assumptions       5

ECONOMIC BACKGROUND                       9

ENVIRONS                                  10

PROPERTY DATA                             11

Identification                            11

Legal Description                         11

Easements and Restrictions                11

Tax Map Key                               11

Census Tract Number                       11

Location and Address                      11

Federal, State, and County
        Classifications                   11

State Land Use                            11

County Zoning                             12

Flood Plain Designation                     12

Title Ownership                             12

Utilities                                   12

Assessed Value and Taxes                    12

Assessed Value                              12

Real Property Taxes                         13

PROPERTY DESCRIPTION                        14

VALUATION ANALYSIS                          15

Rights Appraised                            15

Highest and Best Use                        15

Methodology                                 15

Sales Comparison                            16

Identification of Comparable                16

Reprduction Cost Estimate                   17

Depreciation                                18

Income Approach                             19

Discounted Cas Flow Analysis                19

Projectec Rental Incme                      20

Discounted Cash Flow Conclusion             21

Final Value Conclusion                                                        22

CERTIFICATION                                                                 22


        ADDENDA


        Exhibit I          - Economic Background:
                           - State of Hawaii and the County of Hawaii
        Exhibit II         _. CDH Commercial Historic District Zoning
        Exhibit III        _. Market Data Land Transactions

                           Qualifications of the Appraisers

## ASSIGNMENT AND SUMMARY

**Assignment**

Our assignment has been to estimate the market value of the fee simple interest in the land and improvements situated at 55 Furneaux Street Hilo, Hawaii. The subject property is comprised of a single-story masonry retail/commercial structure containing 1,782 square feet of ground floor space and a 888 square foot mezzanine. The function of this report is to provide real property information, real estate market data, and an informed professional opinion of value to be used for estate planning purposes. The effective date of valuation is November, 28 1998.

**Summary of Conclusions**

Subject to the limiting conditions and assumptions stated within the body of this report, the major conclusions drawn from our investigation of the market and our analysis of the subject property are as follows:

**Property Identification and Description** — The subject parcel, containing 1,931 square feet, is identified on Hawaii Tax Maps as Third Division Tax Map Key 2-3-08, Parcel 4. The subject property is currently improved with a single-story masonry commercial/retail building containing a total building area of 2,670 square feet. This total is comprised of 1,782 square feet of ground floor retail space and a 888 square foot mezzanine. The property is currently utilized as a flower shop.

**Zoning** — The subject site is currently zoned CDH Commercial Historic District. This designation is intended to provide areas necessary for meeting the retail/commercial needs of the surrounding the community.

**Highest and Best Use** — The highest and best use of the 1,931 square foot subject site, would be a retail/commercial use which maximizes density potentials and is in harmony with the existing commercial development in the community.

**Methodology and Scope of Investigation** — In preparing this study, the subject's immediate Hilo neighborhood, and other competitive locations were researched for current sales of competitive properties to support the valuation methodologies utilized herein.

**Date of Value** — The date of valuation is November 28, 1998.

**Value Conclusions** — A summary of the value conclusions contained within this report are as follows:

3

**Sales Comparison of the Underlying Parcel—** The indicated market value of the fee simple interest in the 1,931 square foot subject parcel via sales comparison methodology, was $54,000.

**Reproduction Cost Analysis—** The depreciated market value of the fee simple interest in the 1,782 square foot subject improvements via reproduction cost analysis, was $97,000.

**Income Capitalization (Discounted Cash Flow)—** The market value of the fee simple interest in the subject property via the Income Approach using a Discounted Cash Flow, as of November 28, 1998, was $159,444.

**Final Value —** Our concluded market value of the fee simple interest in the subject property, as of November 28, 1998, was .$160,000

**Definition of Terms**

Various special terms are used in this report. These terms are defined in the following paragraphs to assist in understanding special appraisal terminology.

**Market Value**

"Market value" is defined as the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

a.     buyer and seller are typically motivated;

b.     both parties are well informed or well advised, and each acting in what they consider their own best interest;

c.     a reasonable time is allowed for exposure in the open market;

d.     payment is made in terms of cash in US dollars or in terms of financial arrangements comparable thereto; and

e.     the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

4

## Highest and Best Use

The "highest and best use" is that use which may be reasonably expected to yield the highest net return to the land over a given period of time. This use must be legal and in compliance with the regulations and ordinances within the police power of the city, county, and state including health regulations, zoning ordinances, building code requirements, etc.

## Hawaiian Terms

The Hawaiian words "mauka" and "makai" are commonly used in the islands as indicators of direction. The word "mauka" means toward the mountains and "makai" means toward the ocean.

## Fee Simple

"Fee Simple" is defined as absolute ownership unencumbered by any other interest or estate; subject only to the limitations of eminent domain, escheat, police power, and taxation.

## Leasehold and Leasehold Interest

A "leasehold" is defined as a property held under tenure of lease representing the right to the use and occupancy of real property by virtue of a lease agreement. It is the right of a lessee to use and enjoy real estate for a stated term and upon certain conditions such as the payment of rent. A positive "leasehold interest" generally only exists when economic rent exceeds contract rent.

## Leased Fee Interest

A "leased fee" or "lessor's interest" is the ownership interest in a property encumbered by a lease agreement. It is the right to receive both fixed contractual income and future renegotiated income during the term of the lease, and the right to receive the reversionary interest in the property at the termination of the lease.

## Limiting Conditions and Assumptions

The research, analysis, and conclusions for valuation or market studies, performed by Gary Kurokawa are subject to and influenced by the following:

5

1.    The report expresses the opinion of the signer as of the date stated in the letter of transmittal; and in no way has been contingent upon the reporting of specified values or findings.  It is based upon the then present condition of the national and local economy and the then purchasing power of the dollar.

2.    Legal descriptions used within the report are taken from official documents recorded with the State of Hawaii, Bureau of Conveyances, or have been furnished by the client, and are assumed to be correct.  No survey is made for purposes of the report.

3.    Any sketches, maps, plot plans, and photographs included in the report are intended only to show spatial relationships and/or assist the reader in visualizing the property.  They are not measured surveys or maps and we are not responsible for their accuracy or interpretive quality.

4.    It is assumed that the subject property is free and clear of any and all encumbrances other than those referred to herein, and no responsibility is assumed for matters of a legal nature.  The report is not to be construed as rendering any opinion of title, which is assumed to be good and marketable.  No title information or data regarding easements which might adversely affect the use, access, or development of the property, other than that referenced in the report, was found or provided.  The property is analyzed as though under responsible ownership and competent management.

5.    Any architectural plans and/or specifications examined assume completion of the improvements in general conformance with those documents in a timely and workmanlike manner.

6.    Preparation for, attendance, or testimony at any court or administrative hearing in connection with this report shall not be required unless prior arrangements have been made therefore.

7.    If the report contains an allocation of value between land and improvements, such allocation applies only under the existing program of utilization.  The separate valuations for land and building must not be used in conjunction with any other purpose and are invalid if so used.

8.    If the report contains a valuation relating to a geographical portion or tract of real estate, the value reported for such geographical portion relates to such portion only and should not be construed as applying with equal validity to other portions of the larger parcel or tract; and the value reported for such geographical portion plus the value of all other geographical portions may or may not equal the value of the entire parcel or tract considered as an entity.

6

9.      If the report contains a valuation relating to an estate in land that is less than the whole fee simple estate, the value reported for such estate relates to a fractional interest only in the real estate involved, and the value of this fractional interest plus the value of all other fractional interest may or may not equal to the value of the entire fee simple estate considered as a whole.

10.     It is assumed that there are no hidden or apparent conditions of the property, subsoil, or structures which would render it more or less valuable; we assume no responsibility for such conditions or for engineering which might be required to discover such factors.

11.     Nothing in the report should be deemed a certification or guaranty as to the structural and/or mechanical (electrical, heating, air-conditioning, and plumbing) soundness of the building(s) and associated mechanical systems, unless otherwise noted.

12.     Information, estimates, and opinions provided by third parties and contained in this report were obtained from sources considered reliable and believed to be true and correct. However, no responsibility is assumed for possible misinformation.

13.     Possession of the report, or a copy thereof, does not carry with it the right of publication, and the report may not be used by any person or organization except the client without the previous written consent of the appraiser, and then only in its entirety. If the client releases or disseminates the reports to others without the consent of the appraiser, the client hereby agrees to hold the appraiser harmless, and to indemnify the analysts from any liability, damages, or losses which the analysts might suffer, for any reason whatsoever, by reason of dissemination of the report by the client. Further, if legal action is brought against the analyst by a party other than the client concerning the report or the opinions stated therein, the client agrees, in addition to indemnifying the analysts for any damages or losses, to defend said analysts in said action at client's expense. However, nothing herein shall prohibit the client or analysts from disclosing said report or opinions contained therein as may be required by applicable law.

14.     Disclosure of the contents of this report is possible only with the permission of the undersigned. Neither all nor any part of the contents of this report (especially any conclusions as to value, or the identity of the appraiser   shall be disseminated to the public through advertising media, public relations media, news media, sales media, or any public means of communication without the prior consent and approval of the appraiser.

15.     Unless otherwise stated in this report, the existence of hazardous material, which may or may not be present on the property, was not observed by the appraiser. The appraiser has no knowledge of the existence of such materials on or in the property. The appraiser, however, is not qualified to detect

such substances. The presence of substances such as asbestos, urea-formaldehyde foam insulation, or other potentially hazardous materials may affect the value of the property. The value estimate is predicated on the assumption that there is no such material on or in the property that would cause a loss in value. No responsibility is assumed for any such conditions, or for any expertise or engineering knowledge required to discover them. The client is urged to retain an expert in this field, if desired.

16. The Americans with Disabilities Act (ADA) became effective January 26, 1992. I have not made a specific compliance survey and analysis of this property to determine whether or not it is in conformity with the various detailed requirements of the ADA. It is possible that a compliance survey of the property together with a detailed analysis of the requirements of the ADA could reveal that the property is not in compliance with one or more of the requirements of the act. If so, this fact could have a negative effect upon the value of the property. Since we have no direct evidence relating to this issue, we did not consider possible noncompliance with the requirements of ADA in estimating the value of the property.

# ECONOMIC BACKGROUND

The economic background for the State of Hawaii and City and County of Hawaii are included in the Addenda as Exhibit I. This section contains information and tables which summarize population, income, employment, and economic trends affecting the subject property.

9

## ENVIRONS

The "Big Island of Hawaii, comprising approximately 4,000 square miles, is more than twice the size of the State's remaining land mass in the Hawaiian chain. In pre-western days, the island was divided between a series of competing kingdoms, unified under the reign of King Kamehameha in the late 18th century and later incorporated as Hawaii County. Currently, the island has a resident population of circa 122,000, making it the second most populous of the islands' five counties and home to about eleven percent of the state total.

Historically, settlements were focused along the shore-line and upslope farming areas. With the coming of intensive corporate/plantation agriculture in the mid-1800's and motor transportation after the turn of the century, communities fronting mid-elevation roadways became the norm, close to mills, fields and access routes, and having a more desirable cooler climate.

Hawaii is dominated by five volcanic mountains, the Kohala Mountains, Hualalai, Kilauea, Mauna Kea, and Mauna Loa; the later two being the highest peaks in the Pacific basin rising 13,796 and 13,677 feet above sea level, respectively. Kilauea has been in highly active stage since the early 1980's, and Mauna Loa erupted once during the decade. Hualailai and Mauna Kea are considered dormant at this time.

Geographically, Hawaii County is divided by its central mountain range which stretches the 93 mile north/south length of the island from Polou Valley to Kapapa Pali. West Hawaii, with an arid climate favorable to resort development, has been the recipient of significant population and investment growth since the 1960's. East Hawaii, benefiting from a lush windward clime, has been the historical focus of the sugar and ranching industries which fueled initial western-based economic growth.



Map 1.--District Boundaries
Island of Hawaii

**ISLAND OF HAWAII**

# PROPERTY DATA

## Identification

### Legal Description

The 1,931 square foot subject site is identified as Third Division Tax Map Key 2-3-08-Parcel 4. Described as that certain parcel of land situate at District of Hilo, Island and County of Hawaii, State of Hawaii.

### Easements and Restrictions

To our knowledge, there are no recorded easements which adversely affect the value of the subject property or its development potential.

### Tax Map Key

The underlying development parcel is identified on Hawaii Tax Maps as Third Division Tax Map Key 2-3-08 Parcel 4.

### Location and Address

The subject property is located at 55 Furneaux Street within the community of Hilo, Island of Hawaii

### Federal, State, and County Classifications

### State Land Use

The State Land Use (SLU) classifications establish the basic legal framework of land uses within the state. The SLU classifies land into four broad use districts—Conservation, Agricultural, Rural, and Urban. The counties are required to confine their land use designations within the broad intent of the SLU district designations. The subject property is SLU classified as "Urban."

SUBJECT PROPERTY LOCATION MAP

THIRD DIVISION TAX MAP KEY 2-3-08 PARCEL 4

55 FURNEAUX ST.

**County Zoning**

County of Hawaii Zoning Ordinances are designed to standardize the land use of residential, agriculture, commercial, industrial, and other proposed uses, in terms of density, height, location, etc.   The subject property is currently zoned CDH Commercial Historict District.

This district provides for retail, office, and other commercial activities which service the needs of the surrounding community.

The Hawaii County CDH zoning ordinance is included in the Addenda of this report as Exhibit II.

**Flood Plain Designation**

Established by the National Flood Insurance Program of the Department of Housing and Urban Development, flood elevations and boundaries are designated to protect the life and property of the public and to control the developing of flood hazard areas. According to the National Flood Insurance Boundary Map, Community Panel No. 155166/880C, revised September 28, 1990, the subject is designated "Zone X" which is defined as "areas of minimal flooding"

**Ownership**

According to the County of Hawaii Tax Office Records, the fee simple interest in the subject holding owned by Lilinoe E. Haili.  The subject property is currently encumbered by lease.

**Utilities**

All utilities including water, electricity, and telephone service are available to the site.   Sanitary sewerage needs are met by individual septic tank systems.

**Assessed Value and Taxes**

**Assessed Value**

The subject property is identified as Tax Map Key 2-3-08 Parcel 4, has been assessed for ad valorem tax purposes for the calendar year 1998 at $27,000 for vacant land and $78,000 for the improvements.

12

## County Zoning

County of Hawaii Zoning Ordinances are designed to standardize the land use of residential, agriculture, commercial, industrial, and other proposed uses, in terms of density, height, location, etc. The subject property is currently zoned CDH Commercial Historict District.

This district provides for retail, office, and other commercial activities which service the needs of the surrounding community.

The Hawaii County CDH zoning ordinance is included in the Addenda of this report as Exhibit II.

## Flood Plain Designation

Established by the National Flood Insurance Program of the Department of Housing and Urban Development, flood elevations and boundaries are designated to protect the life and property of the public and to control the developing of flood hazard areas. According to the National Flood Insurance Boundary Map, Community Panel No.155166/880C, revised September 28, 1990, the subject is designated "Zone X" which is defined as "areas of minimal flooding"

## Ownership

According to the County of Hawaii Tax Office Records, the fee simple interest in the subject holding owned by Ebesu's Ltd.

## Utilities

All utilities including water, electricity, and telephone service are available to the site. Sanitary sewerage needs are met by individual septic tank systems.

## Assessed Value and Taxes

## Assessed Value

The subject property is identified as Tax Map Key 2-3-08 Parcel 4, has been assessed for ad valorem tax purposes for the calendar year 1998 at $27,000 for vacant land and $78,000 for the improvements.



**FLOOD DESIGNATION MAP**

**THIRD DIVISION TAX MAP KEY 2-3-08 PARCEL 4**

**55 FURNEAUX ST.**

**Real Property Taxes**

Based on the 1998-1999 fiscal year real property taxes are estimated to be $367.50 for the subject parcel.

**Volcanic Hazard Zone**

According to the Department of Interior/Geological Survey publication entitled " Volcanic and Seismic Hazards on the Island of Hawaii" the subject is designated "Zone 3". This classification is defined as areas in which the percentage of lava coverage lies within 1 to 5 percent since 1800. Further, Zone 3 includes areas which are gradually less hazardous than Zones 1 and 2 because of greater distance from recently active vents and/or because the topography makes it less likely that flows will cover these areas.

13

HAZARD ZONES FOR LAVA FLOWS

| Zone | Percent of area covered by lava since 1800. | Percent of area covered by lava in last 750 years. | Explanation |
|---|---|---|---|
| Zone 1 | greater than 25 pct | great than 65 pct | Includes the summits and rift zones of Kilauea and Mauna Loa where vents have been repeatedly active in historic time |
| Zone 2 | 15-25 pct | 25-75 pct | Areas adjacent to and downslope of active rift zones. |
| Zone 3 | 1-5 pct | 15-75 pct | Areas gradationally less hazardous than Zone 2 because of greater distance from recently active vents and/or because the topography makes it less likely that flows will cover these areas. |
| Zone 4 | about 5 pct | less than 15 pct | Includes all of Hualalai, where the frequency of eruptions is lower than on Kilauea and Mauna Loa. Flower typically cover large areas. |
| Zone 5 | none | about 50 pct | Areas currently protected from lava flows by the topography of the volcano. |
| Zone 6 | none | very little | Same as Zone 5. |
| Zone 7 | none | none | 20 percent of this area covered by lava 10,000 years. |
| Zone 8 | none | none | Only a few percent of this area covered in the past 10,000 years. |
| Zone 9 | none | none | No eruption in this area for the past 60,000 years. |

VOLCANIC HAZARD ZONE MAP



---

## VOLCANIC HAZARD ZONES
### Third Division Tax Map Key 2-3-08, Parcel 4
### 55 Furneaux Street

## PROPERTY DESCRIPTION

**Subject Parcel** — The subject parcel is a 1,931 square foot slightly irregularly shaped site situated on Furneaux Street one parcel removed from its intersection with Keawe Street. This level parcel has approximately 35.67 lineal feet of frontage along Furneaux Street and an average lot depth of 47.91 feet. The rear of the site parallels Parcel 2 for about 45.99 feet.

Furneaux Street is improved with sidewalks, curbs, and gutters. As shown on the following Property Location Map, current access to the site is provided by curb cut driveway leading from Furneaux Street.

### Existing Improvements

Currently, the subject is improved with a single story masonry commercial building containing 1,782 square feet of ground floor interior space and a 888 square foot mezzanine. This masonry framed commercial building, currently being used as a flower shop, has a wood framed roof structure covered with corrugated iron roofing. The structure rests on a concrete foundation. The 888 square foot mezzanine is accessible via a wooden stairway leading from the ground floor retail area. The mezzanine, which has a wooden floor, has been improved into retail and storage space.

The first floor space, used primarily as a retail sales area, is accessible via a doorway leading from the Furneaux Street side of the building. There is a single bathroom situated on the ground floor off of the retail space. Lighting is a combination of fluorescent overhead and incandescent fixtures. Windows are jalousie and/or fixed pane.

The enclosed photographs depict the street frontage and existing physical appearance of the site.

14





**SUBJECT PROPERTY PHOTO**

**Top:** Northeasterly view along Furneaux Street showing subject at right.

**Bottom:** View across Furneaux Street showing the subject property.





**SUBJECT PROPERTY PHOTO**

**Top:** Interior view showing the ground floor flower shop retail space.

**Bottom:** View showing the mezzanine storage space.

## VALUATION ANALYSIS

**Rights Appraised**

This report estimates the market value of the unencumbered fee simple interest in the land and improvements located at 55 Furneaux Street, Hilo, Hawaii. The effective date of value is November 28, 1998.

**Highest and Best Use**

Highest and best use of a site results when all of its advantages are maximized, and its disadvantages minimized by the nature of its development or utilization. In evaluating potential uses, one must consider the physical suitability of the site; legal constraints, such as zoning and deed restrictions; and the potential demand for the use in that location relative to the cost of improving the site.

The site is currently improved with single story commercial structure. Inasmuch as the subject parcel abuts existing commercial development, is classified by County of Hawaii as CDH Commercial Historic District, and is well situated within the Hilo's commercial corridor, it is our opinion that the highest and best use of the subject parcel as though vacant and available for development would be commercial development similar that which currently exists on the site. .

The subject property has maximized its development potentials from a density perspective. Therefore, the highest and best use of the site, as improved, would be continued use as presently improved as a commercial operation.

**Methodology**

There are six generally accepted methods of fee simple site valuation: Distribution by Allocation, Extraction, Development or Subdivision, Land Residual, Sales Comparison, and Ground Rent Capitalization. One or more may be utilized to value the subject property based on physical, legal development, and market conditions. The distribution and extraction approaches require actual or hypothetical structural improvements on the site, and the land residual, analysis requires an improved income-generating property where the agents of production, other than land (i.e., labor, capital, and coordination) can be quantified. The development (subdivision) approach requires a potential subdivision plan for the property (to achieve its highest and best use), together with detailed development cost estimates. The ground rent capitalization approach requires an established private sector leasehold market.

15

COMPARABLE SALES LOCATION MAP

THIRD DIVISION TAX MAP KEY 2-3-08 PARCEL 4

55 FURNEAUX ST.

**Table 1**

## LAND TRANSACTIONS ADJUSTMENT SCHEDULE
### 55 Furneaux Street
### Hilo, Hawaii

| Transaction | SUBJECT | 1 | 2 | 3 |
|---|---|---|---|---|
| Tax Map Key | 2-3-08-4 | 2-2-18-33 + | 2-2-41-11 | 2-3-08-03 |
| Zoning | CDH | CG-20 | CN-10 | CN-10 |
| Size In Square Feet | 1,931 | 19,670 | 20,627 | 1,800 |
| Date of Sale | | Oct-96 | Jun-97 | May-96 |
| Instrument | | Deed | Deed | Deed |
| Indicated Price Per Sq. Ft. | | $12.71 | $10.42 | $30.28 |
| Time Adjustment | | 1.00 | 1.00 | 1.00 |
| Time Adjusted Unit Value | | $12.71 | $10.42 | $30.28 |
| **ADJUSTMENTS** | | | | |
| Location | | -5% | -5% | 0% |
| Corner/Frontage | | 0% | 0% | 0% |
| Physical Characteristics/Easements | | 0% | 10% | 0% |
| Zoning & Land Use | | 0% | -0% | 0% |
| Net Adjustments | | -5% | 5% | 0% |
| Adjusted Value Before Size | | $12.07 | $10.94 | $30.28 |
| Size Adjustment | | 2.11 | 2.14 | 0.98 |
| Size Adjusted Unit Value | | $25.47 | $23.41 | $29.67 |
| Weighting Factor | | 0.20 | 0.20 | 0.60 |
| Product | | $5.09 | $4.68 | $17.80 |

| | |
|---|---|
| Mean Unit Value | $26.18 |
| Weighted Unit Value | $27.58 |
| Concluded Unit Value | $28.00 |
| **Estimated Fee Simple Land Value (Rounded)** | **$54,000** |

Source: G K Appraisals, November 1998.

In this study, we have utilized sales comparison methodology to develop an estimate of value for the unencumbered (vacant) subject parcel. This approach to value, which compares the subject with sales of similar properties within the subject's competitive market area, provides the most reliable value indication when recent transactions of comparable properties are available. A Reproduction Cost Analysis has been employed to develop an estimate of the depreciated market value for the subject improvements. Finally, Income Capitalization using a discounted cash flow (DCF) has been used to develop an estimate of value for the improved property. The specific methodologies of each approach is discussed below.

Sales Comparison

In estimating the market value of the subject property, we completed a comprehensive market research program of similarly zoned commercial transactions within the subject's competitive market area.

Of the transactions that were examined as direct value indicators, four were selected for direct comparison with the subject property. These indices of value were chosen on the basis of their timeliness, physical characteristics, size and relative location. Selected comparable transactions are detailed in the following paragraphs, summarized in Table 1, and included in the Addenda as Exhibit III.

Identification of Comparables

Transaction 1 – is the purchase of 21,164 square foot site situated on Kinoole Street at its intersection with Kamana Street. This rectangular shaped parcel has flat topography and is zoned CG-7.5. The lot, is identified on Hawaii Tax Maps as Third Division Tax Map Key 2-2-23, Parcel 12. The property was purchased in November 1996 for $218,000 or a unit value of $10.30 per square foot.

Transaction 2. – represents the purchase of a rectangular shaped CG-20 zoned 19,670 square foot assemblage identified as Third Division Tax Map Key 2-2-18, Parcels 33, 34, and 39. The vacant site sold for $250,000 in October 1996. This equates to a per unit value of $12.71 per square foot. As consolidated the property has a slightly irregular shape.

Transaction 3 –is the May1996 purchase of 1,800 square foot improved site identified on Hawaii Tax Maps as Third Division Tax Map Key 2-3-8, Parcel 3. The parcel, which was improved at the time of purchase with an older single family dwelling utilized for commercial/office space, sold for $145,000. The purchaser attributed circa $90,500 to these improvements. Deducting this figure from the sales price results in a per unit value of $30.28 per square foot. The property is adjacent to the subject holding and shares similar physical characteristics, zoning, and street orientation.

16

**Adjustment Process**

The selected comparable lots have been adjusted, where appropriate, for various comparative factors including general location, corner/frontage, physical characteristics, view, and size in order to equate them to the subject. No time adjustment was employed due to the current nature of the sales and the interim stability of the market.

The components which are considered in the general location orientation adjustment include quality of immediate neighborhood, convenience to shopping and other support service, and vehicular and pedestrian accessibility. Corner/frontage considers the quantity and quality of street frontage.

An adjustment for physical characteristics intended to compensate for shape and topographical differences. Additionally, this category considers overall developabilty as related to soil condition and other factors.

The size adjustment, applied last, was used to compensate differences in this factor. As buyers primarily view a purchase of this nature on a per lot basis, variations in lot size are adjusted at a ratio less than the actual proportionate size difference.

**Valuation of the Subject Site**

In applying the foregoing methodology to the cited market activity, we have constructed an adjustment schedule (Table 1) addressing the relationship between the selected comparable transactions and the benchmark lot. As mentioned previously in the Adjustment process section of this report, no time adjustment was utilized in valuing the benchmark.

Transactions 2, and 3's Kinoole Street locale was deemed slightly better than the subject. Therefore, an downward allocation was made. The remaining comparable, situated adjacent to the subject, was cosidered similar to the subject.

All of the street orientation was deemed similar to the subject's. Therefore, no adjustment was made.

Transactions 2 and 3 have similar physical characteristics as the subject. The remaining transaction was adjusted upward slightly due to its slightly irregular shape.

No adjustment for zoning was neccessary as all development potentials could be realized under the respective zonings.

17

The size adjustment, applied last, was used to compensate for this factor. The adjustment reflects the commonly accepted real estate premise that larger parcels have a tendency towards lower unit values – smaller parcels, higher units values.

Based on the foregoing analysis, it is our opinion that the market value of the unencumbered fee simple interest the 1,913 square foot lot, subject to the limiting conditions and assumptions contained herein, as of November 28, 1998, was equal to $54,000.

**Reproduction Cost Analysis**

The Cost Approach is based upon the principle of substitution, which states that an informed purchaser will pay no more for a property than he would for a vacant site on which he could construct an improvement with equal desirability, utility, and without undo delay. Consequently, the Cost Approach can be used as an indication of property value assuming that adequate information is available on construction costs, depreciation, and land value.

In order to arrive at an accurate estimate of the cost to construct the subject improvements, the appraisers have utilized the Marshall and Swift Valuation Manual. Research indicated that the building should be valued using the Low Quality Class A Store cost factor. The Cost Approach is outlined in Table 2, which is located on the following page.

The retail store portion of the commercial improvements contains an interior area of 1,782 square feet. An adjusted cost of $61.62 was applied to the improvement area to arrive at a replacement cost new of $109,807. There is a 888 square feet mezzanine located within retail building. An adjusted cost of 37.32 was used to calculate the cost new of this area. Multiplying this figure by the 888 square foot mezzanine area results in a cost new of $33,140 subject to depreciation.

Depreciation

Depreciation is defined as a loss in utility from all causes. It may result from functional, economic, or physical deterioration.

Functional obsolescence is defined as a "reduction in utility of the structure resulting from the decreased capacity of the structure, to perform the function for which it is intended." Functional obsolescence is typically caused by condition within the property such as poor floor plan, inadequacy, or superadequacy due to mechanical equipment, size, style, age, or other factors which decrease functional utility. Functional obsolescence can either be curable, or incurable, depending on the feasibility of correcting the deficiencies.

18

Functional obsolescence curable are those deficiencies which can be economically corrected. the measure of the diminished utility is the cost to cure the deficiency. Items which are not considered to be economically feasible to correct in the structure are considered incurable. This type of obsolescence may by caused by a deficiency in the structure, or by superadequacy. There were no items of functional obsolescence noted on the subject property.

Economic obsolescence is caused by factors external to the subject property. It is the loss of desirability or useful life from changes such as government restrictions, changes in supply and demand, or adjacent adverse property uses. Economic obsolescence is by nature incurable since little can be done by affected property owner to enact a cure. Economic obsolescence is measured by the capitalized rent loss due to the condition. In the case of the subject property, no economic obsolescence was observed.

Physical deterioration reflects the loss of value brought about by use, disintegration, and the actions of the elements. It is evidenced by wear and tear, decay, cracks, encrustations, structural defects, etc. Physical deterioration can by either curable or incurable depending of the economic feasibility of enacting that cure. Physical deterioration curable is often termed deferred maintenance. Items of deferred maintenance are those items that a prudent buyer would expect to correct upon purchasing. The subject property has been poorly maintained, and found to have some termite damage other items of physical deterioration and limited painting requirements.

Based on the observed condition of the commercial improvements, we have estimated an effective age of thirty-five years out of an economic life of 50 years. Based on the Marshall and Swift depreciation tables depreciation was estimated at 70% or a total of $100,062 (including the mezzanine) for the subject improvements.

As shown on Table 2, subtracting the total depreciation from the replacement cost new of the subject improvements and then adding to this figure the fee simple market value of the underlying site results in a current depreciated value of $97,000 rounded.

We have concluded that the depreciated value of the fee simple interest in the subject land and improvements by Reproduction Cost Analysis, as of November 28, 1998 to be $97,000 (rounded).

**Income Capitalization**

Investment properties are normally valued in proportion to their ability to produce a net annual income. Value is estimated by deducting all applicable expenses from anticipated gross income to arrive at projected net income which is then capitalized at an overall rate, or investment yield rate, commensurate with the risks

19

**Table 2**

## REPRODUCTION COST ANALYSIS
### 55 Furneaux Street
### <u>Hilo, Hawaii</u>

| | |
|---|---:|
| **SQUARE FOOT REFINEMENTS:** | |
| Base Cost per s.f. Low quality Class A Store | $44.29 |
| Perimeter Multiplier | 1.054 |
| Adjusted Base Cost | $46.68 |
| Hawaii — Local Multiplier | 1.32 |
| **FINAL SQUARE FOOT COST** | **$61.62** |
| Area of Building (Sq. Ft.) | 1,782 |
| **TOTAL REPLACEMENT COST OF RETAIL STRUCTURE** | **$109,807** |
| Less Depreciation @ 70% | $76,864 |
| **DEPRECIATED COST OF RETAIL STORE** | **$32,943** |
| | |
| **ADDITIONAL BUILDING FEATURES** | |
| Base Cost per s.f. Average Class A Display Mezzanine | $28.27 |
| Perimeter Multiplier | 1.054 |
| Adjusted Base Cost | $29.80 |
| Hawaii — Local Multiplier | 1.32 |
| **FINAL SQUARE FOOT COST** | **$37.32** |
| Area of Mezzanine (Sq. Ft.) | 888 |
| **TOTAL REPLACEMENT COST OF MEZZANINE** | **$33,140** |
| Less Depreciation @ 70% | $23,198 |
| **DEPRECIATED COST OF MEZZANINE** | **$9,942** |
| | |
| **TOTAL DEPRECIATED MARKET VALUE OF IMPROVEMENTS** | **$42,885** |
| **PLUS:  FEE SIMPLE LAND VALUE FROM TABLE 1** | **$54,000** |
| | |
| **TOTAL INDICATED VALUE BY COST APPROACH** | **$96,885** |
| **ROUNDED:** | **$97,000** |

Source:  GK Appraisals, Inc., November 1998.

inherent in the ownership of the property. In the case of the subject, we have employed a discounted cash flow model.

**Discounted Cash Flow Analysis**

In this analysis, the income producing ability of the property is converted into an indication of value using a discounted cash flow model. This analysis is considered to be the most appropriate as it considers anticipated changes in the income/expense forecast. Rental reopening rates, as well as projected expenses can be accounted for in the year in which they actually take place. This process involves deducting from the potential gross income an allowance for vacancy and credit loss, and all applicable expenses to arrive at the annual net operating income. The cash flows and property reversion at the end of the projection period are then discounted at an appropriate discount rate to estimate the present value of the property.

Projected Rental Income -- In estimating the income-producing ability of the subject, we initially researched economic rents presently being achieved for similar properties within the immediate area. Our investigation, which has included interviews with brokers, property owners, and other knowledgeable real estate professionals focused on rents being achieved for retail facilities within downtown Hilo.

As displayed on Table 3 we were able to learn of several recent leases proximate to the subject. These include a 700 square foot ground floor retail space located at 235 Waianuenuei Street. According to the rental agent, the space was leased to a Hawaiian arts and crafts store. $1.00 per square foot on a gross basis. Expenses are estimated at about $0.25 cents. The term for this ground floor space began in October 1998 and was set for six months. Additionally, a 500 square foot space, used for an art/antique store, was leased within the same project at essentially identical terms and conditions as the former.

Another recent lease involved circa 750 square feet of ground floor space adjacent to 46 Waianuenue space was leased for a one year period. According to a leasing agent familiar with the space $1.00 per square foot on a gross basis was negotiated. Expenses, estimated at circa $0.06 per square foot, were to be paid by the tenant.

Asking rents include to spaces within 235 Waianuenueking rents are $1.00 gross for the 400 and 600 square foot spaces, respectively. Other asking rents include a larger 1,450 square foot space located at 58 Keawe Street. Asking rent for this space was $0.65 per square foot on a triple net basis. Common area maintenance fees were not disclosed for this project. Finally, two additional Keawe Street spaces, of varying sizes, are gross basis. The asking rent for the larger 2,266 square foot space is $0.60 per square foot on a gross basis.

Taking into consideration the relative location of the subject as well as the overall condition and exposure of the space in relation to the rental comparables we have concluded a market rental of $0.75 per square foot for

20

Table 3

## COMPARABLE RENT SURVEY
### 55 Furneaux Street
### Hilo, Hawaii

| Address/Project | Area Sq. Ft. | Floor | Use | Rental Date | Term | Mo. Rent Per Sq. Ft. | Comments |
|---|---|---|---|---|---|---|---|
| 235 Waianuenue | 700 | First | Retail | Oct-98 | 6 mo | $1.00 | Gross. Tenant pays own electricity. Landlord pays real property tax, insurance, and water. Space used for Hawaiian arts and crafts. |
| 46 Waianuenue | 750 | First | Retail | Sep-98 | 1 yr | $1.00 | Gross. Electricity is separately metered. All other expenses, estimated to be equal to $0.06 per square foot, are paid by landlord. The space was leased for store use. |
| 235 Waianuenue | 550 | First | Retail | Oct-98 | 6 mo | $1.00 | Gross. Tenant pays real property tax, insurance, and water. Space used for art collectable store. |
| 235 Waianuenue | 600 | First | Retail | Asking | Open | $1.00 | Gross. Tenant pays own electricity. Landlord pays real property tax, insurance, and water. |
| 235 Waianuenue | 400 | First | Retail | Asking | Open | $1.00 | Gross. Tenant pays own electricity. Landlord pays real property tax, insurance, and water. |
| 58 Keawe Street | 1,450 | First | Retail | Asking | Open | $0.65 | Tenant pays own electricity. CAM not disclosed. |
| 159A Keawe Street | 476 | First | Retail | Asking | Open | $1.00 | Gross. Tenant pays own electricity. |
| 183 Keawe Street | 2,266 | First | Retail | Asking | Open | $0.60 | Gross. Tenant pays own electricity. |

Source: GK Appraisals, Inc. November 1998.

currently available for lease. The smaller 476 square foot space can be leased for $1.00 per square foot on a the subject store space, and $0.25 for the second floor mezzanine space. It is our opinion that the subject space would lease for five year fixed terms with renegotiated lease rent the end of each term.

<u>Vacancy and/or Credit Loss</u> — Vacancy and/or credit loss was stabilized at ten percent of the total potential gross income.

<u>Expense Analysis</u> —Since the tenant leases are on a triple net basis, most of the operating expenses would be paid by the tenants based on a pro-rata share of total expenses. Common area maintenance (CAM) for properties such as the subject which have little or no common areas or extensive grounds to upkeep are minimal. CAM charges in larger projects regularly account for the lessee's pro-rata share of real property taxes, insurance, property maintenance, water, and gross excise tax. In this case the tenant absorb most of these expenses personally. We have included a nominal CAM charge of $0.20 per square foot applied to the flower shop portion of the improvements. Other non recoverable expenses have been included in our discounted cash flow. These include reserves for replacement, insurance, and vacancy share of other miscellaneous expenses.

<u>Overall Rates</u>

Overall rates from actual market transactions are a significant value indicator for income producing properties because they directly reflect the actions of buyers and sellers in the marketplace. In selecting and analyzing transactions to be used in the comparative process, caution must be exercised to insure that the terms of the purchase and the thinking of the purchaser are correctly reflected. Analysis and calculation of the market capitalization rates were based on the potential income at the time of sale and were applied to the corresponding first year net income of the subject.

Table 4 summarizes the data and conclusions relating to overall rates demonstrated from these sales. The overall rates range between 8.00 and 8.37 percent with an arithmetic mean of 8.24.

The subject property was compared to these sales in terms of building quality, age, location, date of sale, and desirability. After considering these factors we conclude an overall capitalization rate for the subject property of 8.24.

The anticipated resale price was calculated by capitalizing the forecast stabilized net income in perpetuity at an appropriate terminal capitalization rate. A terminal capitalization rate of 9.50 percent was utilized. The terminal capitalization rate was derived by taking the indicated overall capitalization rate and increasing it to reflect the added risk inherent in forecasting the reversion.

21

**Table 4**

## SUMMARY OF IMPROVED TRANSACTIONS
### 55 Furneaux Street
### Hilo, Hawaii

| Transaction | Transaction A | Transaction B | Transaction C | Transaction D |
|---|---|---|---|---|
| Tax Map Key | 2-3-08, Parcel 3 | 7-5-22, Parcel 1 | 6-7-02, Parcel 33 | 7-5-22, Parcel 9 |
| Location | 291 Keawe St. | Territorial Center | Old Ace Hardware | Old Bank of Hawaii |
| Description | Commercial Building | Office Building | Commercial Building | Office Building |
| Sale Price | $145,000 | $2,820,000 | $2,800,000 | $699,000 |
| Transaction Date | May-96 | Apr-95 | Dec-95 | Apr-97 |
| Estimated Net Operation Income | $319,800 | $235,670 | $230,292 | $58,506 |
| Indicated Overall Capitalization Rate | 8.00% | 8.36% | 8.22% | 8.37% |
| | | | | |
| Concluded Capitalization Rate | 8.24% | | | |

Source: G K Appraisals, Inc., November 1998.

Discounted Cash Flow Conclusion

As shown on Table 5 discounting the annual cash flows at a 12 percent discount rate results in a net present value of cash flows of $95,266. Capitalizing the stabilized net operating income at the end of the projection period at a terminal capitalization rate of 9.5 percent results in a resale price of $212,051. Sale cost of four percent were then deducted, and the resultant value was discounted to arrive at a present value of the reversion of $64,178. Adding the net present value of the cash flows to the present value of the reversion results in a total rounded value of $159,444.

**Final Value**

As shown in Table 6 discounting the projected net cash flow over the forecaster absorption period results in a rounded present value, as of November 28, 1998, of $160,000.

Therefore, it is our opinion that the market value of the fee simple interest in the subject holding as of November 28, 1998, was $160,000.

22

Table 5

**DISCOUNTED CASH FLOW ANALYSIS**
**55 Furneaux Street**
**Hilo, Hawaii**

| Year | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | Stabilized |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Potential Rental Income | $17,633 | $17,633 | $17,633 | $17,633 | $17,633 | $22,570 | $22,570 | $22,570 | $22,570 | $22,570 | $23,698 |
| Gross Excise Recovery | $755 | $755 | $755 | $755 | $755 | $966 | $966 | $966 | $966 | $966 | $1,014 |
| Tenant Recoveries | $9,258 | $8,452 | $8,702 | $8,865 | $9,033 | $11,417 | $10,516 | $10,701 | $10,890 | $11,085 | $11,417 |
| Total Potential Gross Income | $27,645 | $26,839 | $27,089 | $27,252 | $27,420 | $34,953 | $34,953 | $34,953 | $34,953 | $34,953 | $36,701 |
| Vacancy and/or Credit Loss | $1,763 | $1,763 | $1,763 | $1,763 | $1,763 | $3,495 | $3,495 | $3,495 | $3,495 | $3,495 | $3,670 |
| Effective Gross Income | $25,882 | $25,076 | $25,326 | $25,489 | $25,657 | $31,458 | $31,458 | $31,458 | $31,458 | $31,458 | $33,031 |
| **EXPENSES** | | | | | | | | | | | |
| Building Maintenance | $5,400 | $5,562 | $5,729 | $5,901 | $6,078 | $6,260 | $6,448 | $6,641 | $6,841 | $7,046 | $7,257 |
| Gross Excise Tax | $75 | $75 | $75 | $75 | $75 | $940 | $940 | $940 | $940 | $940 | $969 |
| Insurance | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,130 | $1,130 | $1,130 | $1,130 | $1,130 | $1,164 |
| Real Propety Tax | $596 | $596 | $596 | $596 | $596 | $614 | $614 | $614 | $614 | $614 | $632 |
| Reserves For Replacement | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,695 | $1,695 | $1,695 | $1,695 | $1,695 | $1,746 |
| Leasing Commissions | $1,469 | $450 | $450 | $450 | $450 | $500 | $500 | $500 | $500 | $500 | $515 |
| Miscellaneous | $300 | $309 | $318 | $328 | $338 | $348 | $358 | $369 | $380 | $391 | $403 |
| Total Expenses | $10,341 | $9,492 | $9,669 | $9,850 | $10,037 | $12,868 | $11,685 | $11,890 | $12,100 | $12,317 | $12,686 |
| Net Operating Income | $15,541 | $15,584 | $15,658 | $15,639 | $15,620 | $18,590 | $19,772 | $19,568 | $19,358 | $19,141 | $20,344 |
| Discount Factor @12% | 0.8929 | 0.7972 | 0.7118 | 0.6355 | 0.5674 | 0.5066 | 0.4523 | 0.4039 | 0.3606 | 0.3220 | |
| Present Value of Cash Flows | $13,876 | $12,423 | $11,145 | $9,939 | $8,863 | $9,418 | $8,944 | $7,903 | $6,981 | $6,163 | |

| | |
|---|---|
| Resale Price | $214,153 |
| Less Sales Costs | $12,849 |
| Net Proceeds | $201,303 |
| Discount Factor | 0.3220 |
| Present Value of Reversion | $64,814 |
| Net Present Value of Cash Flow | $95,655 |
| INDICATED PROPETY VALUE | $160,470 |
| ROUNDED | $160,000 |

Source: G K Appraisals November, 1998

## CERTIFICATION

The undersigned do hereby certify that, to the best of our knowledge and belief, the statements of fact contained in this report are true and correct. It is further certified that the reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are our personal, unbiased professional analyses, opinions, and conclusions. We further certify that we have no present or prospective interest in the property that is the subject of this report, and have no personal interest or bias with respect to the parties involved. Our compensation is not contingent on a predetermined value or direction in value that favors the client, the amount of the value estimate, the attainment of a stipulated result, or the occurrence of a subsequent event.

GK APPRAISALS

Gary Kurokawa
Hawaii State Certified
General Appraiser, CGA-50
Exp. Date December 31, 1999

David K. Matsunami
Hawaii State Certified
General Appraiser, CGA-45
Exp. Date December 31, 1999

23

EXHIBIT I

## ECONOMIC BACKGROUND
### State of Hawaii

The following narrative is a partial summary of "The State of Hawaii Data Book 1995", annual publication produced by the State of Hawaii Department of Business, Economic Development, and Tourism. The information contained in this section is provided to give the reader general information on the economy of the State of Hawaii. This report contains facts existing only at the times indicated and have been included solely to furnish information on current trends in the economy of the State. No representation is made, or should be inferred that the economy will continue as projected.

### Overview

Hawaii was discovered by Polynesian settlers between the third and seventh centuries A.D. This is contrary to the common belief held by many westerners, that Hawaii was "discovered" by Captain James Cook in 1778. Following a monarchy, and a territorial period, Hawaii was admitted to the Union on August 21, 1959 as the 50th State. The current economic mainstays of the state are tourism, federal defense expenditures, and agriculture.

### Climate

The climate in Hawaii is subtropical, with normal annual temperatures of 77 degrees Fahrenheit at the Honolulu International Airport.

### Hawaii's Six Major Islands

Hawaii is comprised of a string of islands encompassing approximately 6,423 square land miles. Located in the north central Pacific, the islands lie about 2,400 miles west of San Francisco. Stretching from northwest to southeast they are Kauai, the "Garden Island"; Oahu, the "Meeting Place"; Molokai, the "Friendly Island"; Lanai, the "Pineapple Island"; Maui, the "Valley Island"; and Hawaii, the "Big Island".

### Hawaii's People

The resident population in July 1995 was 1,186,815, and the de facto population was 1,290,901. The de facto population estimate includes average daily visitors, and Hawaii-based armed forces and their dependents. In 1994, there were approximately 381,000 households, with an average of 2.99 people per household. The median age of a resident of the State of Hawaii was 34.2 years. Between 1990 and 1995, net in-migration accounted

for nearly 10 percent of population growth in the State. In 1994, there were about 7,742 immigrants that came to Hawaii, mostly from the Philippines. Ethnic groups prevalent in Hawaii include Hawaiians or Part-Hawaiians, Caucasians, Japanese, Filipinos, Chinese, Blacks, Koreans, Samoans, and other Pacific Islanders.

### Health

In 1993, there were 23 acute care hospitals with 2,649 beds, 41 long term care facilities with 3,502 beds, and 13 specialty care facilities with 739 beds, in the State of Hawaii. Licensed health care providers in 1994 included: 2,844 physicians and surgeons, 1,012 dentists, 9,640 registered nurses, and 694 pharmacists, licensed and residing in Hawaii.

### Government

Hawaii has only two levels of government: State and County. The Counties perform most services usually assigned to cities and towns (fire protection, refuse collection, construction and maintenance of public streets, and other public works). There are no separate municipalities, or school districts.

On Oahu, local governments is vested in one combined city and county (Honolulu). Other entities include: Kauai County, which includes the islands of Kauai and Niihau; Hawaii County, the Big Island; Maui County, which includes the islands of Maui, Molokai, Lanai, and Kahoolawe. A fifth county called Kalawao consists of a portion of Molokai where Hansen's Disease (leprosy) patients live; this county is administered by the state Department of Health.

### Hawaii's Economy (1994)

Hawaii's Gross State Product in 1994 was $31.9 billion, with visitor expenditures at $9.9 billion, federal defense spending at $7.6 billion, sugar production at $239.2 million, and pineapple production at $134.1 million. State leaders are currently stressing diversification to balance the economy. Prime near term target industries which are already viable include high technology, film and television production, sports industries, ocean research and development, federal contracts, seafoods, floral products, and specialty foods. Long term objectives are to make Hawaii a home for Pacific and regional headquarters, international education and conference site, health and fitness, and alternative energy.

### Tourism

Hawaii's tropical climate, sandy beaches, lush scenery, and warm people, all help to make Hawaii a world class visitor destination. Tourism is currently Hawaii's major source of income. In 1995 6,634,000 visitors came to Hawaii. Total visitor expenditures in 1994

was approximately $10.6 billion. The average expenditure per visitor per day in 1994 was $134 for Mainlanders. and $341 per day for Japanese visitors. Major sources of visitors were the United States with 3.59 million. Japan with 1.76 million. and Canada with 304.000. As of 1994 there were 70.683 hotel and resort condominiums available statewide. and the average daily room rate was $110.27.

## Federal Expenditures

Federal defense expenditures represent the second largest source of income in Hawaii's economy. Total Federal expenditures in 1994 totaled $7.6 billion. while defense expenditures totaled $3.2 billion.

The Hawaii-based U.S. Pacific Command (USPACOM) is geographically the largest of the U.S. unified-service commands. It covers about 50% of the earths surface, from the U.S. West Coast to Africa's east coast, and from the Arctic to the Antarctic.

Major miliary installations include Pearl Harbor Naval Base; Barbars Point Naval Air Station; Kaneohe Bay Marine Corps Air Station; Hickam Air Force Base; Tripler Army Medical Center; Fort Shafter; Schofield Barracks; and Camp H.M. Smith. There are currently 107,183 military personnel and dependents currently stationed in Hawaii.

## Agriculture

Once Hawaii's primary source of income, agriculture now ranks third in Hawaii's economy. In 1994, the value of crop and livestock sales was $502.4 million. Major crops include sugar. pineapple. flower and nursery products. macadamia nuts. milk. cattle. and eggs. With the downfall of both the sugar and pineapple industries. State government is currently encouraging diversified agriculture as a replacement industry. Another emerging industry is the fledgling aquaculture industry.

## Exports and Imports

Hawaii imported $9.3 (1992) billion worth of goods from the U.S. Mainland. and $2.8 billion (1994) from foreign countries. Hawaii exported $985 million (1994) to foreign countries of which. $178 million originated in the state. Hawaii's leading trading partner for both imports and exports was Japan (1989). with 41 percent of all Hawaii exports to foreign nations going to Japan. Hawaii has five Foreign Trade Zones with five subzones that housed 335 local, U.S., and foreign companies employing 3,115 people. and handling $1.41 billion worth of products. The State government encourages increasing of Hawaii products and services through trade missions, trade shows. promotion, and education.

**Retail and Wholesale Trade**

Retail trade has been increasing each year, due in part to rapidly rising visitor spending. Retail sales in 1995 was $15 billion. Wholesale sales in 1992 was $8 billion.


**Labor Force**

Hawaii's economy is service-oriented. Hotels and other service providers account for more than on-fourth of the jobs in the state. Government and Retailing also account for large amounts of employees. In 1995 the unemployment rate was 5.9 percent. The estimated civilian labor force is 579,800, and the estimated civilian job count was 545,800. The average annual earnings of wage and salary workers was $26,738.

**Financial Institutions (1994)**

In 1994 there were seven banks with 184 branches, and there were six savings and loan associations with 154 locations throughout the State of Hawaii. There are also trust companies, and industrial loan licensees. Honolulu is Hawaii's financial center, and is experienced in foreign exchange policies.


**Investments**

Hawaii is at the center of the fastest growing international market in the world: the Pacific Basin. Sizable increases in investment of U.S. and foreign capital have occurred in Hawaii in recent years, with foreign investment reaching $2.4 billion in 1991. Hawaii currently has 39 publicly traded companies, and all major U.S. firms are represented. Major companies such as AT&T, Dean Witter Reynolds, Inc, Federal Express, IBM, Motorola Communications International, the Prudential, Reuters, and ITT Sheraton have made Hawaii their base for dealings in Asia and the Pacific.


**Business Firms**

In 1995 there were 51,400 corporations and partnerships (6,814 out of state) in Hawaii, 3,294 new local corporations, and 258 business failures (1994). The service sector is large and expanding rapidly with information services being one area in particular that is experiencing growth. The state government is bolstering the development of high technology firms, especially local developers of software products. Most of the businesses in Hawaii are small, with 52 percent having fewer than five employees.

## Communications

In 1995 there were six daily newspapers printed in English. and two foreign language or bilingual newspapers. There were 62 commercial. public. and educational radio stations. of which 29 were on the regular broadcast band and 33 on FM stations. There were also 22 television stations (20 commercial. 2 public) and 7 Cable TV companies. Hawaii accesses approximately 30 U.S. communication satellites. An undersea fiber optic cable which is capable of 40.000 simultaneous conversations or transactions. links Hawaii to the mainland U.S. and Asia. Sophisticated phone systems exist. including fiber optic cables (including undersea), and microwave networks.

## Education

In 1995 there were 242 public schools with 11.602 teachers and 183.795 students. The public school system operates statewide under a single State Department of Education. There were also 132 private schools with 2,443 teachers. and 35.429 students. The University of Hawaii at Manoa served 20.000 students in 1994 and maintains smaller campuses in Hilo and in Pearl City. as well as a statewide two-year community college system. Three private universities also operate in Hawaii.

## Transportation (1994)

Honolulu is the hub of air and sea transportation for the state as well as the Pacific basin. In 1994 there were 7.309.894 transpacific airline passenger arrivals. and 9.920.709 interisland airline passengers. There are nine commercial airports in the State of Hawaii. Eight deepwater ports provide access to the shipping industry which is the lifeline of Hawaii.

As of 1994. there were 4.101 miles of streets and highways in the State of Hawaii. There were 875.144 vehicles registered in 1994. Honolulu's public transit system carried 79.3 million passengers in 1994.

## Income and Cost of Living

Per capita personal income in 1995 was $24,700. Per capita personal income in the State was nine percent over the national average, reflecting tin part the Islands' higher cost of living. The average annual earnings of wage and salary workers was $26.738 (1994). The median annual income per household in 1994 was $42,000.

## Taxation

The four counties establish real property tax rates and assess and collect real property taxes. Except for licenses, permits and fees, other tax collections are the responsibility of the State, which operates a centralized tax system.  Hawaii has no personal property or inventory taxes.

State revenue receipts in 1993 totaled nearly $4.9 billion chiefly from the general excise and use tax ($2.7 billion), individual income tax ($923 million), and federal grants-in-aid ($906 million).

## Housing

Hawaii currently has one of the highest housing costs in the United States.  Housing is expensive in Hawaii, partly because of the limited supply, and corresponding high price of land.  Housing has been in short supply for most of the last decade.  An aggressive housing program undertaken by the State will provide an estimated 19,000 or more new residential units-affordable and market value-to help to alleviate the housing problem in Hawaii.  In 1995, the median price of a single family home on Oahu was $349,000 , and the median value statewide was $245,300.  The median price of a condominium unit on Oahu was $182,000.  In 1994 there were 399,501 residential housing units in Hawaii, with more than half being owner occupied.

## Public Utilities

Six electric utilities provided 8.9 billion kilowatt-hours of electricity to the State in 1994. They are: Hawaiian Electric Company (Oahu), Kauai Electric (Kauai), Maui Electric Company (Maui, Maui Electric Company-Molokai Division (Molokai), Maui Electric Company-Lanai Division (Lanai), and Hawaii Electric Light Company (Hawaii).

Gas utilities are provided by Gasco Incorporated, a subsidiary of BHP Petroleum Americas.

## Energy Resources

Imported petroleum provides 90 percent of Hawaii's energy needs.  Other sources of energy currently being utilized include solar energy, geothermal energy, garbage power,  wood chips, wind machines, water driven turbines, and coal.  Given its near-total dependance on imports of oil, Hawaii's top energy priorities are alternate energy and conservation. Geothermal energy currently offers the largest short term answer to Hawaii's energy problems.  Hawaii is one of the country's leaders in the development and use of alternative energy.

**Research, Science, and Technology**

The High Technology Development Corporation (HTDC) is the State's lead agency for commercial high technology growth and development in Hawaii. HTDC recommends legislation, organizes conferences and symposiums, publishes a high technology directory and a guide to software companies, develops and assists high technology parks and manages a statewide incubator program to assist fledgling companies. HTDC is also accelerating development of the computer software industry through its new Hawaii Software Service Center.

Astronomy is a key part of Hawaii's commitment to science, research and technology. The exceptionally clear skies at the summits of the Big Island's Mauna Kea and Maui's Haleakala offer optimum conditions for astronomical observations. On Mauna Kea alone, nine major facilities from five countries are operating , including the worlds largest telescope at the Keck observatory.

On the Big Island, the Natural Energy Laboratory of Hawaii Authority (NELHA) offers short-term agreements for research and development projects, as well as long-term leases to commercial companies wanting to make use of the agency's rare ocean resources: cold, nutrient-rich, pathogen free seawater, near shore access to ocean depths of 15,000 feet or more, and year round exposure to the sun's rays. Both aquaculture and agricultural projects thrive under these conditions. The State offers support services to encourage these diversified industries.

## ECONOMIC BACKGROUND
## County of Hawaii

The following economic background is a partial summary of the 1995 "Data Book" annual publication for the County of Hawaii provided by the State of Hawaii Department of Business, Economic Development & Tourism.

### Overview

The County of Hawaii is comprised of the Island of Hawaii, and is the State's largest County. The Island of Hawaii nicknamed the "Big Island" is comprised of over 4,028 square land miles. This is twice the size of all the other islands combined. The island is the youngest island in the chain of islands which make up Hawaii. Hawaii was formed by five volcanos, two of which are still active.

Principal industries on the island are tourism, ranching, astronomy, and diversified agriculture.

### Population

The 1995 resident population of the County of Hawaii was 137,531. The major population centers on Hawaii include Hilo, Kailua-Kona, Waimea, Kalaoa, and Holualoa. The population of the island by judicial districts (1990) was as follows: Puna, 26,700; South Hilo, 45,900; North Hilo, 1,600; Hamakua, 5,700; North Kohala, 4,800; South Kohala, 11,700; North Kona, 24,900; South Kona, 8,500; and Kau, 5,600.

### Climate

Hilo's average temperature in January-February was 71 degrees Fahrenheit, with August-September averages being 76 degrees Fahrenheit. Kailua's average temperature in January-February was 72 degrees Fahrenheit, with August-September averages being 77 degrees Fahrenheit. At the summit of Mauna Kea temperatures range from 31 to 43 degrees Fahrenheit, with winter bringing frost to both Mauna Kea and Mauna Loa. Average annual rainfall is 128 inches at Hilo Airport, and 10 inches near Kawaihae.

### Development Potential

Hawaii County's diverse energy resources include solar, biomass, wind, hydroelectric, ocean thermal energy conversion (OTEC), and geothermal. Geothermal offers the largest indigenous potential source of baseload electricity-estimated at as much as 600 megawatts. The geothermal resource is located primarily in the Kilauea East Rift Zone where exploration and drilling have been undertaken.

Biomass, including bagasse (a fibrous sugarcane residue), has been historically burned to generate electric power in Big Island sugar factories. Macadamia nut shells and husks are burned for the process heat by macadamia nut factories. The bulk of the electricity generated is sold to the Hawaii Electric Light Company. Fast growing trees to be chopped for biomass are under cultivation, and a small scale wind powered pumped storage hydroelectric plant is being evaluated.

Hawaii County has the largest number of wind energy conversion systems in the State, currently about 120 turbines. A hydroelectric plant planned for the Wailuku River near Hilo will generate enough electricity to serve nearly 6,000 homes.

Located by the ocean on the westernmost tip of the Island of Hawaii, the Natural Energy Laboratory of Hawaii Authority (NELHA) is a unique, internationally recognized facility. Research and commercial tenants from the private corporate, academic, and government sectors lease space at this 870 acre site investigating ocean, and solar related technologies. NELHA supplies a variety of resources including deep sea water, high solar insulation, skilled support personnel, and an excellent analytical laboratory. Projects capitalize on these assets by exploring alternative energy methods, warm and cold aquaculture techniques, agricultural processes, material testing, space cooling systems, and more.

## Tourism

Attracted by both the natural beauty of the island and the world's most active volcano, 1,075,870 tourists visited the Island of Hawaii in 1995. Hotel and apartment-hotel units numbered 9,595 units in 1994. West Hawaii's Kona-Kohala Coast boasts several of the world's most lavish resorts.

## Agriculture (1994)

Sugar-once the primary agricultural crop of the island, has declined sharply during recent years. In 1994, Big Island canefields produced a crop worth $35.8 million, compared to $76.8 million a decade earlier.

Big Island cattle ranches, including Parker Ranch-one of the largest solely owned ranches in the United States, produce more than 80% by volume of livestock marketed in Hawaii.

Farmers on the Big Island produced more than four-fifths of the state's fruit other than pineapple, including guava, orange, tangerine, and avocados. Other diversified agriculture products include; macadamia nuts, papaya, coffee, ginger vegetables, orchids, anthuriums, and aquaculture. In 1994, the total farm crop and livestock sales totaled $159 million.

## Manufacturing

Products currently being manufactured within the County of Hawaii include aggregate and concrete products, Hawaiian sportswear, pancake syrups, tropical fruit jams and puree, chocolate covered macadamia nut candy, goat cheese, native wood objects and furniture, meats and beverages.

One of Hawaii's five primary Foreign Trade Zones will be located on 31 acres on the former Hilo airport complex. The Foreign Trade Zone is outside of U.S. Customs territory for tax, duty, and quota purposes. As a result, foreign and domestic merchandise can be stored, exhibited, manufactured, assembled, relabeled, exported or imported at considerable savings to firms engaged in international commerce. There were ten industrial and technology parks in operation on the Big Island in 1990.

## Income

Per capita personal income in 1994 was $17,798. The average wage or salary income (1992) was $21,943, and the median family income (1991) was $33,186.

## Taxes

Most non-federal taxes are collected by the state via a general excise tax and personal and corporate income taxes. There are no local levies or personal property tax. Real property tax collections and rates are set and collected by the county. Hawaii County residential rates for improved properties (FY 1992-93) was $8.50 per $1,000 valuation.

## Transportation

Frequent daily flights by Aloha and Hawaiian Airlines link the Big Island to the rest of the state. Direct flights between the Keahole Airport in Kona and the mainland United States is also available. There are two state airports located in Hilo and Kona.

Deepwater ports on the island are located at Hilo and Kawaihae Harbors. Roll on-roll off container service is available in Hilo, while barge service is available at both Hilo and Kawaihae.

The Island of Hawaii has 1,421 miles (1994) of paved highways. Motor vehicles numbered 116,751 in 1995. The County bus transit provides island wide bus service seven days a week.

### Financial Institutions

There were six banks with 20 branches on Hawaii along with one savings and loan association with one branch office, and numerous credit unions.

### Utilities

In 1995, Hawaii Electric Light Company, Inc. provided over 910 million kilowatt-hours of electricity. Gas sales (1994) equaled 2.3 million therms of utility gas provided by Gasco, Inc. GTE Hawaiian Telephone provides telephone service to the island. Major sewage treatment projects are planned in the Hilo and Kona districts. Sources of fresh water include the Hawaii County Department of Water Supply, plantations, and individual catchment systems. Major water development projects are underway in areas of resort and residential development such as Kohala.

### Health

Health facilities (1994) encompass 4 acute-care hospitals with 257 beds, and 7 long-term care facilities with 515 beds. Licensed health care professionals living on the Big Island (1994) included 221 doctors, 884 nurses, 94 dentists, and 72 pharmacists.

### Land Ownership (1988)

Land ownership on the Island of Hawaii are as follows: private landowners, 58.0 percent (1,448,537 acres); State of Hawaii, 33.0 percent (817,391 acres); federal government, 9.2 percent (229,848 acres); and the County of Hawaii, .05 percent (1,278 acres).

### Housing

Total housing units (1992) was 53,421, with 23,336 being owner occupied and the balance being renter-occupied or vacant units with a median monthly contract rent (1990) of $428. The median value (1990) of a single-family home was $113,000. The price of housing has risen dramatically in the past decade.

### Education

There are 30,164 registered students from grades kindergarten through 12th in 34 public, and 15 private schools. The University of Hawaii at Hilo including the College of Arts and Sciences, College of Agriculture, Center for Continuing Education and

Community service, and West Hawaii campus has a combined enrollment of 5,675. Hawaii Community College is under the statewide community college system.

Vocational training is provided by the State Department of Labor and Industrial Relations under various Federal and State programs. Adult education courses are offered by the State Department of Health.

### Print and Broadcast Media

In 1995 the following papers were being circulated within the County of Hawaii: Hawaii Tribune Herald (six days, Hilo); West Hawaii Today (six days, Kona); Honolulu Advertiser (daily and Sunday) and Honolulu Star Bulletin (six days) delivered by air. There were 5 AM, and 10 FM commercial radio stations transmitting in 1995. A total of six (satellites of Honolulu stations) commercial television stations (1992), one public/educational station, and three (1994) cable companies currently exist.

### Scientific Activities

The summit of Mauna Kea is considered the best site in the world for ground-based astronomical observations. This is due to its high elevation-nearly 14,000 feet above sea level at its peak, clear air, mid-ocean location, and proximity to the equator. Entities currently operating telescopes include the University of Hawaii, University of California, California Institute of Technology, NASA, Canada, France, United Kingdom, and the Netherlands.

The University of Hawaii's Master Plan for the Mauna Kea Science Reserve calls for 13 telescopes by the year 2000. There are two 10 meter Keck telescopes constructed by the University of California and the California Institute of Technology and is the world's largest telescope. There is also another 8 meter telescope constructed by the Subaru company from Japan.

The other major research agency operating on the Island of Hawaii is the U.S. Geological Survey's world renowned Hawaiian Volcanoes Observatory at Kilauea Crater.

### Government

Hilo is the seat of county government. The County of Hawaii is administered by a single mayor, and a nine member council elected for four years.

**ZONING**

**ARTICLE 26.**    **CDH DOWNTOWN HILO COMMERCIAL DISTRICT**

**Section 25-278.**    Purpose and applicability.  The CDH (Downtown Hilo Commercial) district is established to reinforce and promote downtown Hilo's role as a compact high density area for retail shopping, professional and administrative activities, cultural and arts activities, other supportive business and commercial services, and multi-family housing.  The zoning requirements of this district are applicable to all lots, except those designated as "O" (open) districts, within the area bounded by the western development area limits of Kapiolani Street/Kaiulani Street, the Wailuku River, Hilo Bay and Ponahawai Street. (Ord. No. 88-85)

**Section 25-279.**    Designation of CDH district.  The CDH (downtown Hilo commercial) district shall be designated by the symbol "CDH".  (Ord. No. 88-85)

**Section 25-280.**    Permitted Uses.  The following uses shall be permitted in the CDH district:

(1)    All retail uses that are conducted entirely within a building, provided that they are not detrimental to the character of the district.

(2)    Offices, (business, administrative, professional, executive, financial, editorial, medical, dental, real estate, and any other similar office use which will not be detrimental to the character of the district).

(3)    Personal service uses, including barber shops, beauty parlors, launderettes, cleaning, pressing service and pickup stations, shoe repair, clothes mending, and tailor shops.

(4)    Banks, lending agencies and financial institutions.

(5)    Drugstores, prescription pharmacies, title companies, photographer or commercial artist studios, modeling agencies.

(6)    Manufacturing of a non-noxious type where the only retail sales outlet for products produced is on the premises where produced, and provided that the activities are not detrimental to the character of the district.

(7)    Museums; libraries; community, public and public service buildings.

(8)    Art galleries.

(9)     Automobile parking lots and buildings or storage garages.

(10)     Display rooms for products sold elsewhere.

(11)     Newspaper, publishing houses, printing shops, cartographer and duplicating processes such as blueprinting or photostating.

(12)     Restaurants, lunch counters, coffee shops, drive-ins, bars, cocktail lounges and night clubs.

(13)     Repair shops for personal or household items, and "fix-it" shops.

(14)     Private clubs, social orders, fraternal groups and other similar organizations for offices, meetings and social activities.

(15)     Tour, travel and ticket agencies.

(16)     Business, technical or trade schools, art, modeling, music, dancing, photographic or other similar studios or academies.

(17)     Public Service or public utility uses but excluding any service, equipment or storage yard or power plants therefore.

(18)     Automobile service stations or garages, excluding body and fenderworks, electric tire rebuilding or battery rebuilding and provided that all work is conducted wholly within a completely enclosed building, car washes or laundries other than those utilizing automatic or steam cleaning equipment; and provided that the facilities are not detrimental to the character of the district.

(19)     Bakeries.

(20)     Broadcasting stations or studios (radio and television).

(21)     Commercial amusement establishments such as bowling alleys, skating rinks, pool halls, etc.

(22)     Retail sales or services where customers are served at a drive-in window or while they are in their car provided that they are not detrimental to the character of the district.

(23)     Gymnasiums, physical culture studios and reducing salons.

(24)     Medical and dental centers, groups or clinics.

(25)     Hospitals of all types.

(26)    Hotels and apartment-hotels with a maximum density of 500 square feet of land area per separate rentable unit.

(27)    Any use permitted in RM districts with a maximum density of 1,000 square feet of land area per rentable or dwelling unit.

(28)    Residential use in connection with the operation of any permitted use.

(29)    Indoor sports arenas, auditoriums, and theaters.

(30)    Uses normally considered accessory, incidental and subordinate to the above uses.  (Ord. No. 88-85).

**Section 25-281.**        Height Limits.  The height limits in the CDH shall be 120 feet. (Ord. No. 88-85).

**Section 25-282.**        Minimum Building Site Area.  The minimum building site area in the CDH district shall be 7,500 square feet.  (Ord. No. 88-85).

**Section 25-283.**        Minimum Building Site Average Width.  The minimum building site average width in the CDH district shall be 60 feet.  (Ord. No. 88-85).

**Section 25-284.**        Minimum Yards. Front, Rear and Sides.  None, except as required by plan approval.  (Ord. No. 88-85).

**Section 25-285.**        Other regulations.  Plan approval in accordance with Article 20 of this Chapter is required of all structures and uses in the CDH district.  (Ord. No. 88-85).

**MARKET DATA LAND TRANSACTIONS**                                    **EXHIBIT III**


**Transaction 1**

| | |
|---|---|
| Location | 996 Kinoole Street, Hilo, Hawaii |
| Third Division Tax Map Key | 2-3-23, Parcel 12 |
| Land Area | 21,164 square Feet |
| County Zoning | CN-7.5 Neighborhood Commercial District |
| Grantor | John Tolmie |
| Grantee | Nelson Fukuhara and Susan Fukuhara |
| Instrument | Deed |
| Date of Sale | November 19, 1996 1993 |
| Recordation | November 22, 1996 in Document 96-00165749 |
| Sale Price | $218,000 |
| Indicated Unit Value | $10.30 |
| Comments | This rectangular shaped site has flat topography and is zoned CG-7.5. The property was purchased in November 1996 for $218,000 or a unit value of $10.30 per square foot. |

**MARKET DATA LAND TRANSACTIONS**                    **EXHIBIT III**

**Transaction 2**

| | |
|---|---|
| Location | 996 Kinoole Street, Hilo, Hawaii. |
| Third Division | |
| Tax Map Key | 2-2-18, Parcels 33, 34, & 39 |
| Land Area | 19,670 Square Feet |
| County Zoning | CG -20 General Commercial District |
| Grantor | Multiple |
| Grantee | Federal Land Bank Association of Hawaii |
| Instrument | Deed(s) |
| Date of Sale | October 2, 1996 |
| Recordation | October 7, 1996 in Document 96-143662 |
| Sales Price | $250,000 |
| Indicated Unit Value | $12.71 |
| Comments | This site represent the assemblage of several parcels purchased by the Federal Land Bank Association of Hawaii over several months in 1996. As consolidated the property has a slightly irregular shape and possess level topography. |

**MARKET DATA LAND TRANSACTIONS**                                    **EXHIBIT III**

**Transaction 3**

| | |
|---|---|
| Location | 291 Keawe Street Hilo, Hawaii |
| Third Division Tax Map Key | 2-3-08, Parcel 3 |
| Land Area | 1,800 Square Feet |
| County Zoning | CDH Commercial Historic District |
| Grantor | Albert Kaneshiro and Katherine Kaneshiro |
| Grantee | Fabian Toribio and Nancy Toribio |
| Instrument | Deed |
| Date of Sale | May 28, 1996 |
| Recordation | May 31, 1996 in Document 96-00076269 |
| Sales Price | $145,000 |
| Indicated Unit Value | $30.28* |
| Comments | This parcel was improved at the time of sale with an older single family dwelling utilized for commercial/office space. The purchaser attributed circa $90,500 to these improvements. Deducting this figure from the purchase price results in a per unit value equal to $30.28 per square foot. The property is situated adjacent to the subject and shares similar physical characteristics and street frontage. |

PROFESSIONAL QUALIFICATIONS
OF
DAVID K. MATSUNAMI

## PROFESSIONAL LICENSE AND AFFILIATIONS

- State Certified General Appraiser CGA 45, Expires December 31, 1999.

- Appraisal Institute, General Associate Member, November 1992.

- Appraisal Institute, Residential Associate Member, July 1996.

## EDUCATION

- Bachelor of Arts (BA), Real Estate Development, University of Hawaii, 1985.

- Hilo High School, 1980.

### Courses in Real Estate and Appraisal

Real Estate 300, Introduction to Real Estate Principles, University of Hawaii, 1984.

Real Estate 310, Real Estate Law, University of Hawaii, 1984.

Real Estate 320, Real Estate Appraisal, University of Hawaii, 1984.

Real Estate 399, Real Estate Finance and Investment, University of Hawaii, 1985.

Planning 610, Real Estate Development, University of Hawaii 1985.

The Income Approach to Valuation, International Association of Assessing Officers, August 1989.

Foundations of Real Estate Appraisal, University of Hawaii, 1991.

Appraising the Single-Family Residence, University of Hawaii, 1991.

Uniform Standard and Professional Practice, University of Hawaii, 1991.

PROFESSIONAL QUALIFICATIONS
OF
DAVID K. MATSUNAMI
(Continued)

## PROFESSIONAL EXPERIENCE

J. MICHAEL CHUN & CO. REAL ESTATE APPRAISERS, INC., Real Estate Appraiser/Analyst, 1993 – Current.  Appraisal of commercial, residential, agricultural, apartment, vacant land, condominium and small residential income properties for financial institutions, government agencies, and private parties.

DAVID MATSUNAMI APPRAISALS, Real Estate Appraiser/Analyst/Owner, 1991 – Current. Appraisal of commercial, agricultural, industrial, apartment, fractional interest and complex residential properties for government agencies, financial institutions and private parties.

GK APPRAISALS INCORPORATED, Real Estate Appraisal, 1991 – Current.  Appraiser/Analyst, appraisal of residential and commercial properties for various clients.

CITY & COUNTY OF HONOLULU, Finance Department, 1987 – 1993.  Real Property Appraiser IV, valuation of residential, condominium, vacant land, apartment, agricultural, commercial, industrial, and hotel properties.

APPRAISAL RESOURCE CORPORATION, Real Estate Appraisal, 1987.  Associate Appraiser, appraisal of residential, condominium, and vacant land for financial institutions, governmental agencies, and private parties.

THE HALLSTROM APPRAISAL GROUP, Commercial Real Estate Appraisal, 1986.  Research analyst, responsible for conducting research on various commercial assignments.  Duties included preliminary land analysis, rent surveys, site inspection, and verification of sales.

## WORKSHOPS AND SEMINARS

638-Highest and Best Use Applications, September 12, 1997, Appraisal Institute - Hawaii Chapter.

Appraisal of Retail Properties, May 22, 1996, Appraisal Institute - Hawaii Chapter.

Appraising the Secondary Market, May 7, 1996, Appraisal Institute - Hawaii Chapter.

Current Issues & Misconceptions in Appraising, August 24, 1995, Appraisal Institute.

Lenders and the Law, December 13, 1994,  National Flood Insurance Program, Region IX.

Residential Case Studies, June 1994, Appraisal Institute.

The New Uniform Residential Appraisal Report (URAR), November 2, 1993, Appraisal Institute.

Advanced Income Capitalization, October 1993, Appraisal Institute.

PROFESSIONAL QUALIFICATIONS
OF
DAVID K. MATSUNAMI
(Continued)

## WORKSHOPS AND SEMINARS (Continued)

Standards of Professional Appraisal Practice Part A, March 1993, Appraisal Institute.

Standards of Professional Appraisal Practice Part B, March 1993, Appraisal Institute.

Appraising the Tough Ones, May 1993, Appraisal Institute.

Appraisal of Leased Fee Interests, May 1993, Appraisal Institute.

Appraisal of Leasehold Interests, May 1993, Appraisal Institute.

Capitalization Theory & Techniques, October 1992, Appraisal Institute.

Hotel Motel Valuation, July 1992, Appraisal Institute.

Arbitration Principles and Pitfalls, July 1992, Appraisal Institute.

Institutional Investment in Real Estate, July 1992, Appraisal Institute.

Capitalization Overview, August 1990, American Institute of Real Estate Appraisers.

## QUALIFICATIONS OF THE APPRAISER

*Gary T. Kurokawa*

I.    ADDRESS

      1225 Kahoa Street
      Hilo, HI  96720

II.    EDUCATION

      Hilo High School, 1975
      Hilo, Hawaii

      University of Hawaii at Manoa
      Bachelor of Arts in Psychology - 1980

III.    REAL ESTATE SEMINARS AND COURSES

      Real Estate 300 Introduction to Real Estate Principles
      University of Hawaii at Manoa
      January 1979

      Real Estate 310 Real Estate Law
      University of Hawaii at Manoa
      July 1979

      Real Estate Salesperson Licensing
      University of Hawaii at Manoa
      July 1984

      Real Estate Essentials
      University of Hawaii at Manoa
      August 1986

      Fundamentals of Real Property Appraisal Course 1
      International Association of Assessing Officers
      October 1987

      Course 214 The Skills of Expert Testimony
      Right of Way Association
      April 29, 1988

      Capitalization Theories Course 1BA
      American Institute of Real Estate Appraisers
      July 10-16, 1988

Capitalization Theories Course 1BB
American Institute of Real Estate Appraisers
August 21-27, 1988

Introduction to Appraising Real Property Course 101
Society of Real Estate Appraisers
University of Hawaii at Manoa
December 3, 1988

Case Studies in Real Estate Valuation Course 2-1
American Institute of Real Estate Appraisers
July 16-25, 1989

Applied Residential Property Valuation Course 102
Society of Real Estate Appraisers
July 2-7, 1990

Accrued Depreciation
American Institute of Real Estate Appraisers
August 15, 1990

Uniform Standards and Practices
Part A and Part B
Appraisal Institute
February 1991

Environmental Assessment Seminar
Environmental Assessment Association
November 1991

Valuation of Leased Fee Interests
Appraisal Institute
May 6, 1993

Appraising the Tough Ones
Appraisal Institute
May 7, 1993

Income Modeling Approach
Cole-Layer-Trumble Company
June 7-8, 1994

Standard of Professional Practice, Part A
Appraisal Institute
May 24-25, 1995

Standard of Professional Practice, Part B
Appraisal Institute
May 26-27, 1995

IV.　DESIGNATION

State of Hawaii Certified General Appraiser
License Number CGA-50

Candidate Member - Appraisal Institute

V.　EXPERIENCE

Appraiser with Uyetake, Uyetake and Associates
January 1984 - August 1987

Department of Finance City and County of Honolulu
Real Property Assessment Division
August 1987 - present

Appraiser with GK Appraisals
February 1990 - present

VI.　Appraisal Made for the following clients:

Big Island Educational FCU
Bishop Trust Company
Case & Lynch, Attorneys at Law
City Bank
Central Pacific Bank
Concorde Financial Services
Crudele, Nishimura and Shiroma, Attorneys at Law
Dept. of Hawaiian Home Lands
Norwest Mortgage
Executive Mortgage Company
Express Funding
Federal Land Bank
Finance Factors, Ltd.
1st 2nd Mortgage Co. of New Jersey, Inc. - Honolulu
Foley Maehara Judge Nip & Chang, Attorneys at Law
Hawaii National Bank
Hawaii Federal & State Employees Credit Union
Hawaii Central Credit Union
Hawaii County Employees Federal Credit Union
Hawaii Electric Light Co.
Hawaii National Bank

Honokaa Community Federal Credit Union
JCC Credit Union
Kushi & Kushi Attorneys at Law
Mellon Mortgage Company
Nakamoto, Yoshioka & Okamoto, Attorneys at Law
Norwest Financial Services
Peter M. Tadaki, CPA
Pioneer Federal Savings Bank
Richard Okuna, CPA
Realty Finance Company
Transamerica Financial Services