**APPRAISAL OF THE
BASQUE SUBDIVISION**

**Located at
Kaumana, South Hilo, Hawaii**

**Prepared for
Central Pacific Bank
220 South King Street, Suite 650
Honolulu, Hawaii 96813**

**GK APPRAISALS, INC.
MAY 1999**



PLAINTIFF'S
EXHIBIT

EXHIBIT
20

# GK Appraisals, Inc.

**Real Estate Valuation**          341 Kulana Road • Hilo, Hawaii 96720 • Phone: (808) 935-4483 • FAX (808) 961-0890

June 2, 1999
Mr. John Tuquero
Central Pacific Bank
220 South King Street, Suite 659
Honolulu, Hawaii 96813

**Appraisal of the Various Parcels
Comprising the Basque Subdivision**

Dear Mr. Tuquero;

We have completed a market value appraisal of the unencumbered fee simple interest in the ten-lot subdivision located at Kaumana, South Hilo, Hawaii. In this assignment, we have assumed the sale of all parcels to a single purchaser. The subject parcels range in size from 15,001 square feet to 16,216 square feet, and are identified on Hawaii Tax Maps as Third Division Tax Map Keys 2-5-27 Parcels 12, 72 to 82. Two of the parcels are roadway parcels that contain 8,271 square feet, and 10,643 square feet respectively. Parcels 74 and 82 are currently improved with dwellings. All of the parcels are currently zoned Residential RS-15

Our analysis and the data disclosed by our research and investigation are set forth in the accompanying report. The market value of the fee simple interest in the underlying holding has been estimated herein using a Discounted Sell-Out Approach; a Sales Comparison methodology was employed to establish the value of the individual lots and the improved parcels.

It is our opinion, that the market value of the fee simple interest in the subject properties to a single purchaser, as of May 30, 1999 was:

**FIVE-HUNDRED THIRTY-SIX THOUSAND DOLLARS
($536,000.00)**

We appreciate the opportunity to have worked on this interesting assignment. Should clarification or further discussion of the study contained herein be necessary, please contact us.

Respectfully submitted,

David K. Matsunami
Certified General Appraiser
CGA-45 Expiration December 31, 1999

Gary T. Kurokawa
Certified General Appraiser
CGA-50 Expiration December 31, 1999

# TABLE OF CONTENTS

**ASSIGNMENT AND SUMMARY** — 3
    Assignment — 3
    Summary of Conclusions — 3
    Definition of Terms — 5
    Limiting Conditions and Assumptions — 6

**ECONOMIC BACKGROUND** — 9

**ENVIRONS** — 10

**PROPERTY DATA** — 11
    Identification — 11
    Legal Description — 11
    Easements and Restrictions — 11
    Tax Map Key — 11
    Location and Address — 11
    Federal, State, and County
    Classifications — 11
    State Land Use — 12
    County Zoning — 12
    Flood Plain Designation — 12
    Title Ownership — 12
    Utilities — 12
    Assessed Value and Taxes — 13
    Assessed Value — 13
    Real Property Taxes — 13

**PROPERTY DESCRIPTION** — 14

**VALUATION ANALYSIS** — 17
    Rights Appraised — 17
    Highest and Best Use — 17
    Methodology — 17
    Sales Comparison — 18
    Identification of Comparables — 18
    Adjustment Process — 18
    Valuation of the Vacant Lots — 19

**Table of Contents (Continued)**

Improved Lot Methodology ........................... 20
Absorption ........................... 21
Discount Rate ........................... 21
Discounted Sell-Out ........................... 22
**FINAL VALUE** ........................... 22
**CERTIFICATION** ........................... 23

**ADDENDA**

Exhibit I          - Economic Background:
                   - State of Hawaii and the County of Hawaii
Exhibit II         - Legal Descriptions of the Subject Parcels
Exhibit III        - RS-15 Zoning
Exhibit IV         - Market Data Land Transactions
                   - Qualifications of the Appraiser

# ASSIGNMENT AND SUMMARY

## Assignment

Our assignment has been to estimate the market value of the fee simple interest, in the ten-lot subdivision located at Kaumana, South Hilo, Hawaii. The function of this report is to provide real property information, real estate market data, and an informed professional opinion of value to be used for foreclosure purposes. The effective date of valuation is May 30, 1999.

## Summary of Conclusions

Subject to the limiting conditions and assumptions stated within the body of this report, the major conclusions drawn from our investigation of the market and our analysis of the subject property are as follows:

**Property Identification and Description** – The subject parcels range in size from 15,001 square feet to 16,216 square feet, are identified on Hawaii Tax Maps as Third Division Tax Map Keys 2-5-27, Parcels 12, and 72 to 82.

**Zoning** -- The subject site is currently zoned RS-15 Residential. This designation is intended to provide areas necessary for meeting the single family residential needs of the community.

**Highest and Best Use** – The highest and best use of the single assemblage, would be to sell off the individual lots.

**Methodology and Scope of Investigation** -- In preparing this study, several investigations and analyses were completed. The subject's immediate neighborhood, South Hilo, and other competitive locations were researched for current lot sales to support the direct market and development approaches discussed herein. Sources of information included, public records, local multiple listing services, and interviews with various real estate professionals familiar with the East Hawaii market.

**Date of Value** -- The date of valuation is May 30, 1999.

**Value Conclusions** – A summary of the value conclusions contained within this report are as follows:

**Sales Comparison of Individual Lots** – The indicated market values of the fee simple interests in the subject lots via sales comparison methodology are as follows:

| TMK: 2-5-27-12 | 15,373sf Site/1,056sf Dwelling | $ 80,000 |
| TMK: 2-5-27-72 | 15,585sf Site/2,798sf Dwelling | $105,000 |
| TMK: 2-5-27-73 | 15,695sf Site | $ 46,000 |

3

| TMK: 2-5-27-74 | 15,397sf Site | $ 39,000 |
| TMK: 2-5-27-75 | 16,216sf Site | $ 38,000 |
| TMK: 2-5-27-76 | 15,001sf Site | $ 45,000 |
| TMK: 2-5-27-79 | 15,698sf Site | $ 44,000 |
| TMK: 2-5-27-80 | 15,399sf Site | $ 39,000 |
| TMK: 2-5-27-81 | 15,431sf Site | $ 39,000 |
| TMK: 2-5-27-82 | 15,001sf Site/1,291sf Dwelling | $150,000 |

**Discounted Sell-Out** -- A discounted sell-out of the ten-lot residential subdivision results in total fee simple value of $536,000.

**Final Value** -- Our concluded market value for the ten-unit subdivision to a single purchaser as of May 30, 1999, was $536,000.

4

## Definition of Terms

Various special terms are used in this report. These terms are defined in the following paragraphs to assist in understanding special appraisal terminology.

### Market Value

"Market value" is defined as the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

a.     buyer and seller are typically motivated;

b.     both parties are well informed or well advised, and each acting in what they consider their own best interest;

c.     a reasonable time is allowed for exposure in the open market;

d.     payment is made in terms of cash in US dollars or in terms of financial arrangements comparable thereto; and

e.     the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

### Highest and Best Use

The "highest and best use" is that use which may be reasonably expected to yield the highest net return to the land over a given period of time. This use must be legal and in compliance with the regulations and ordinances within the police power of the city, county, and state including health regulations, zoning ordinances, building code requirements, etc.

### Hawaiian Terms

The Hawaiian words "mauka" and "makai" are commonly used in the islands as indicators of direction. The word "mauka" means toward the mountains and "makai" means toward the ocean.

### Fee Simple

"Fee Simple" is defined as absolute ownership unencumbered by any other interest or estate; subject only to the limitations of eminent domain, escheat, police power, and taxation.

5

**Leasehold and Leasehold Interest**

A "leasehold" is defined as a property held under tenure of lease representing the right to the use and occupancy of real property by virtue of a lease agreement. It is the right of a lessee to use and enjoy real estate for a stated term and upon certain conditions such as the payment of rent. A positive "leasehold interest" generally only exists when economic rent exceeds contract rent.

**Leased Fee Interest**

A "leased fee" or "lessor's interest" is the ownership interest in a property encumbered by a lease agreement. It is the right to receive both fixed contractual income and future renegotiated income during the term of the lease, and the right to receive the reversionary interest in the property at the termination of the lease.

**Limiting Conditions and Assumptions**

The research, analysis, and conclusions for valuation or market studies, performed by David K. Matsunami are subject to and influenced by the following:

1. The report expresses the opinion of the signer as of the date stated in the letter of transmittal; and in no way has been contingent upon the reporting of specified values or findings. It is based upon the then present condition of the national and local economy and the then purchasing power of the dollar.

2. Legal descriptions used within the report are taken from official documents recorded with the State. It is assumed that the subject property is free and clear of any and all encumbrances other than those referred to herein, and no responsibility is assumed for matters of a legal nature. The report is not to be construed as rendering any opinion of title, which is assumed to be good and marketable. No title information or data regarding easements which might adversely affect the use, access, or development of the property, other than that referenced in the report, of Hawaii, Bureau of Conveyances, or have been furnished by the client, and are assumed to be correct. No survey is made for purposes of the report.

3. Any sketches, maps, plot plans, and photographs included in the report are intended only to show spatial relationships and/or assist the reader in visualizing the property. They are not measured surveys or maps and we are not responsible for their accuracy or interpretive quality. The property is analyzed as though under responsible ownership and competent management.

4. Any architectural plans and/or specifications examined assume completion of the improvements in general conformance with those documents in a timely and workmanlike manner.

6

5.    Preparation for, attendance, or testimony at any court or administrative hearing in connection with this report shall not be required unless prior arrangements have been made therefore.

6.    If the report contains an allocation of value between land and improvements, such allocation applies only under the existing program of utilization. The separate valuations for land and building must not be used in conjunction with any other purpose and are invalid if so used.

7.    If the report contains a valuation relating to a geographical portion or tract of real estate, the value reported for such geographical portion relates to such portion only and should not be construed as applying with equal validity to other portions of the larger parcel or tract; and the value reported for such geographical portion plus the value of all other geographical portions may or may not equal the value of the entire parcel or tract considered as an entity.

8.    If the report contains a valuation relating to an estate in land that is less than the whole fee simple estate, the value reported for such estate relates to a fractional interest only in the real estate involved, and the value of this fractional interest plus the value of all other fractional interest may or may not equal to the value of the entire fee simple estate considered as a whole.

9.    It is assumed that there are no hidden or apparent conditions of the property, subsoil, or structures which would render it more or less valuable; we assume no responsibility for such conditions or for engineering which might be required to discover such factors.

10.    Nothing in the report should be deemed a certification or guaranty as to the structural and/or mechanical (electrical, heating, air-conditioning, and plumbing) soundness of the building(s) and associated mechanical systems, unless otherwise noted.

11.    Information, estimates, and opinions provided by third parties and contained in this report were obtained from sources considered reliable and believed to be true and correct. However, no responsibility is assumed for possible misinformation.

12.    Possession of the report, or a copy thereof, does not carry with it the right of publication, and the report may not be used by any person or organization except the client without the previous written consent of the appraiser, and then only in its entirety. If the client releases or disseminates the reports to others without the consent of the appraiser, the client hereby agrees to hold the appraiser harmless, and to indemnify the analysts from any liability, damages, or losses which the analysts might suffer, for any reason whatsoever, by reason of dissemination of the report by the client. Further, if legal action is brought against the analyst by a party other than the client concerning the report or the opinions stated therein, the client agrees, in addition to indemnifying the analysts for any damages or losses, to defend said analysts in said action at client's expense. However, nothing herein shall prohibit the client or analysts from disclosing said report or opinions contained therein as may be required by applicable law.

13.    Disclosure of the contents of this report is possible only with the permission of the undersigned. Neither all nor any part of the contents of this report (especially any conclusions as to value, or the identity of the appraiser shall be disseminated to the public through advertising media, public relations media, news media, sales media, or any public means of communication without the prior consent and approval of the appraiser.

14.    Unless otherwise stated in this report, the existence of hazardous material, which may or may not be present on the property, was not observed by the appraiser. The appraiser has no knowledge of the existence of such materials on or in the property. The appraiser, however, is not qualified to detect such substances. The presence of substances such as asbestos, urea-formaldehyde foam insulation, or other potentially hazardous materials may affect the value of the property. The value estimate is predicated on the assumption that there is no such material on or in the property that would cause a loss in value. No responsibility is assumed for any such conditions, or for any expertise or engineering knowledge required to discover them. The client is urged to retain an expert in this field, if desired.

15.    The Americans with Disabilities Act (ADA) became effective January 26, 1992. I have not made a specific compliance survey and analysis of this property to determine whether or not it is in conformity with the various detailed requirements of the ADA. It is possible that a compliance survey of the property together with a detailed analysis of the requirements of the ADA could reveal that the property is not in compliance with one or more of the requirements of the act. If so, this fact could have a negative effect upon the value of the property. Since we have no direct evidence relating to this issue, we did not consider possible noncompliance with the requirements of ADA in estimating the value of the property.

8

## ECONOMIC BACKGROUND

The economic background for the State of Hawaii and City and County of Hawaii are included in the Addenda as Exhibit I. This section contains information and tables which summarize population, income, employment, and economic trends affecting the subject property.

# ENVIRONS

The "Big Island of Hawaii, comprising approximately 4,000 square miles, is more than twice the size of the State's remaining land mass in the Hawaiian chain. In pre-western days, the island was divided between a series of competing kingdoms, unified under the reign of King Kamehameha in the late 18th century and later incorporated as Hawaii County. Currently, the island has a resident population of circa 122,000, making it the second most populous of the islands' five counties and home to about eleven percent of the state total.

Historically, settlements were focused along the shore-line and upslope farming areas. With the coming of intensive corporate/plantation agriculture in the mid-1800's and motor transportation after the turn of the century, communities fronting mid-elevation roadways became the norm, close to mills, fields and access routes, and having a more desirable cooler climate.

Hawaii is dominated by five volcanic mountains, the Kohala Mountains, Hualalai, Kilauea, Mauna Kea, and Mauna Loa; the later two being the highest peaks in the Pacific basin rising 13,796 and 13,677 feet above sea level, respectively. Kilauea has been in highly active stage since the early 1980's, and Mauna Loa erupted during the decade. Hualalai and Mauna Kea are considered dormant at this time.

Geographically, Hawaii County is divided by its central mountain range, which stretches the 93 mile north/south length of the island from Pololu Valley to Kapapa Pali. West Hawaii, with an arid climate favorable to resort development, has been the recipient of significant population and investment growth since the 1960's. East Hawaii, benefiting from a lush windward climate, has been the historical focus of the sugar and ranching industries, which fueled initial western-based economic growth.

The subject is located in the Kaumana neighborhood. The neighborhood is generally bounded by the Hilo Forest Reserve to the north, Waiakea-Uka to the south, Downtown Hilo to the east and the Saddle Road to the west. Hilo Harbor and its related waterfront activities are located approximately five miles from the subject neighborhood. Downtown Hilo is located approximately four miles away to the east. Shopping is available at the Hilo Shopping Center, Kaikoo Mall, and the Prince Kuhio Shopping Plaza. Several small retail establishments are also located in the subject neighborhood.

Educational institutions in the area include Kaumana Elementary, Hilo Intermediate, Hilo High School, and Hilo College. Hilo Hospital is located approximately two miles from the subject neighborhood.

10

# PROPERTY DATA

## Identification

### Legal Description

The subject parcels are identified as Third Division Tax Map Key 2-5-27 Parcels 12, and 72 to 82. The legal descriptions for each lot have been included in the Addenda as Exhibit II.

### Easements and Restrictions

An access and utility easement extends along the front boundary of each lot. Parcels 74, 75, 80, and 81 also have a twenty-five foot wide drainage easement located along their rear boundaries

### Tax Map Key

The subject parcels are identified on Hawaii Tax Maps as Third Division Tax Map Key 2-5-27 Parcels 12, and 72 through 82.

### Location and Address

The subject property is situated in the community of Kaumana in the District of South Hilo, on the Island of Hawaii. Various addresses off Kaumana Drive have been assigned to the parcels by the County of Hawaii.

### Federal, State, and County Classifications

### State Land Use

The State Land Use (SLU) classifications establish the basic legal framework of land uses within the state. The SLU classifies land into four broad use districts—Conservation, Agricultural, Rural, and Urban. The counties are required to confine their land use designations within the broad intent of the SLU district designations. The subject property is SLU classified as "Urban."

11



FLOOD MAP

THIRD DIVISION TAX MAP KEYS 2-5-27-12,72,73,79,74,80,81,75,82,76

**County Zoning**

County of Hawaii Zoning Ordinances are designed to standardize the land use of residential, agriculture, commercial, industrial, and other proposed uses, in terms of density, height, location, etc. The subject property is currently zoned RS-15 Residential.

This district provides for single family residential use. Each residential district shall be designated on the zoning map by the symbols "RS" followed by a numeric indicator, which shall dictate the required number of square footage per buildable parcel.

The Hawaii County RS-15 Residential zoning ordinance is included in the Addenda of this report as Exhibit III.

**Flood Plain Designation**

Established by the National Flood Insurance Program of the Department of Housing and Urban Development, flood elevations and boundaries are designated to protect the life and property of the public and to control the developing of flood hazard areas. According to the National Flood Insurance Boundary Map, Community Panel No.155166/860C, revised September 28, 1990, the majority of Parcels 74, 80, and 86 are located in Zone A. Approximately one-third of Parcel 82 is located in the flood area, while a small portion of Parcel 79 is located in Zone A. All of the properties located within the flood zone may be subject to mandatory flood insurance. The balance of the parcels are located in Zone X (flood insurance not required).

**Ownership**

According to the County of Hawaii Tax Office Records, the fee simple interest in the subject property is held by Savio Development Company, Inc.

**Utilities**

All utilities including water, electricity, and telephone service are available to the site. Sanitary sewerage will be met by individual septic tank systems. Parcels 12 and 72 were developed prior to the enactment of current wastewater requirements, and are serviced by cesspools.

12

**Assessed Value and Taxes**

The subject properties identified as Third Division Tax Map Keys 2-5-27 Parcels 12, and 72 through 82, have been assessed for ad valorem tax purposes for the calendar year 1998, and real property taxes have been assessed as follows:

|  | Land | Improvements | Total | Real Property Tax |
|---|---|---|---|---|
| Parcel 12 | $ 49,700 | $      0 | $ 40,500 | $   766.70 |
| Parcel 72 | $ 49,600 | $ 91,600 | $141,200 | $ 1,200.20 |
| Parcel 73 | $ 50,000 | $      0 | $ 50,000 | $   425.00 |
| Parcel 74 | $ 47,200 | $      0 | $ 47,200 | $   401.20 |
| Parcel 75 | $ 47,500 | $ 97,100 | $144,600 | $ 1,229.10 |
| Parcel 76 | $ 49,500 | $      0 | $ 49,500 | $   420.76 |
| Parcel 79 | $ 50,000 | $      0 | $ 50,000 | $   425.00 |
| Parcel 80 | $ 48,100 | $      0 | $ 48,100 | $   408.86 |
| Parcel 81 | $ 46,400 | $      0 | $ 46,400 | $   394.40 |
| Parcel 82 | $ 49,200 | $ 88,200 | $137,400 | $   420.76 |

13



SUBJECT LOCATION MAP

THIRD DIVISION TAX MAP KEYS 2-5-27-12,72,73,79,74,80,81,75,82,76

# PROPERTY DESCRIPTION

<u>Land</u>
The subject is a ten-lot subdivision situated within South Hilo's Kaumana Community. The following is a brief description of each lot within the subject subdivision:

**Parcel 12:** Parcel 12 is currently improved with a dwelling. The site is a mostly rectangular, level parcel that contains 15,373 square feet. This corner site contains approximately 130 feet, and 55 feet respectively.

**Parcel 72:** Parcel 72 is also improved with a dwelling. The site is a level, mostly rectangular shaped parcel that contains 15,219 square feet. The lot has about 90 square feet of frontage along the private roadway.

**Parcel 73:** Parcel 73 is an irregular shaped, level parcel that contains 15,695 square feet. This pie-shaped lot has only about 36 feet of frontage, and an average depth of approximately 177 feet.

**Parcel 74:** Parcel 74 is an irregular shaped lot containing 15,397 square feet. The lot is mostly level, and contains a drainage easement along its' rear boundary. Approximately two-thirds of the site lies within Flood Zone A.

**Parcel 75:** Parcel 75 is a flag shaped lot that is mostly level containing 16,216 square feet. A twenty-five foot drainage easement is also located at the rear of this lot. A small portion of the lot is located within the flood zone. A dwelling that is in tear down condition is present on the site. No value was assigned to this dwelling in this assignment due to its' condition.

**Parcel 76:** Parcel 76 is a level, rectangular shaped parcel containing 15,001 square feet. The site has approximately 165 feet of frontage along the private roadway that provides access to the subject. This parcel is not located in the flood zone.

**Parcel 79:** Parcel 79 is a level, pie shaped parcel that contains 15,698 square feet. A small portion of the northwest corner of the lot is located in Flood Zone A.

**Parcel 80:** Parcel 80 is a rectangular shaped parcel with a twenty-five foot drainage easement at the rear of the site. County officials have noted approximately two-thirds of the site is located within the flood zone.

**Parcel 81:** Parcel 81 is a vacant, rectangular shaped lot containing 15,431 square feet. There are drainage easements located at the rear, and eastern boundaries of the site. Approximately two-thirds of the lot is located within the flood zone.

14





**SUBJECT PROPERTY PHOTO**

**Top:   View of Parcel 73 (Vacant Lot).**

**Bottom:   View of Parcel 74 (Vacant Lot).**





SUBJECT PROPERTY PHOTO

Top:    View of Parcel 75 (Vacant Lot-Shell of Old Dwelling Visable).

Bottom:   View of Parcel 76 (Vacant Lot).





**SUBJECT PROPERTY PHOTO**

**Top:**   View of Parcel 79 (Vacant Lot).

**Bottom:**   View of Parcel 80 (Vacant Lot).





**SUBJECT PROPERTY PHOTO**

**Top:** View of Parcel 81 (Vacant Lot).

**Bottom:** Street Scene.

**Parcel 82:**  Parcel 82 is currently improved with a newer dwelling.  The site is a level, mostly rectangular shaped lot that contains 15,001 square feet.  Approximately one-third of the site is located within the flood zone.

**Parcels 77 and 78:**  Parcels 77 and 78 are roadway parcels that have an average width of approximately twenty-feet.  The roadway does not meet County requirements for roadways, and as such cannot be dedicated to the County.  The roadway parcels were not assigned a value in this assignment as we have been instructed to assume purchase by a single entity.  The roadways would be integral to selling off the individual lots.

<u>Improvements</u>

The appraisers noted three dwellings on the subject properties during their physical inspection of the site on May 30, 1999.  The dwellings are located on Parcels 12, 72, and 82.  It should be noted that while all of the dwellings have initial building permits-none of the dwellings have final permits approved by the County.

**Parcel 12:**

As shown in the accompanying photographs and sketch in Exhibit III in the addenda, the improvements on Parcel 12 consist of a one-story dwelling constructed in approximately 1964.  This three bedroom one and one-half bathroom home has 1,056 square feet of living area, and an attached carport.  The exterior walls are aluminum siding over wood T&G siding.  The residence is constructed on a wood post on pier foundation and has a corrugated iron roof.  The interior walls have been covered with wood paneling.  Flooring consists of carpeting in all major living areas, and vinyl asbestos tile in the kitchen and bathrooms.  The following items of deferred maintenance were noted by the appraiser upon inspection of the subject property: some of the kitchen cabinets doors were broken, the carpet was worn in areas, and the roof was rusted and in need of paint.

**Parcel 72:**

The dwelling on Parcel 72 is a one-story wood frame dwelling constructed on a concrete slab.  The dwelling was constructed in 1959, and contains 2,798 square feet of living area.  Exterior walls are vinyl siding over wood T&G siding.  The roof on the home is corrugated iron roofing.  The carpeting in the majority of the dwelling has been removed leaving finished concrete only.  Wood parquet flooring can be found in the kitchen and living room.  Flooring in the bathrooms is vinyl asbestos tiling with a fiberglass wainscott.  The interior of the dwelling has been covered with wood paneling.  A gravel driveway provides access to the dwelling from the street.  There are a total of eight rooms/four bedrooms/one and one-half bathrooms.  Also present on the site are an attached two car carport, and a storage area.  The storage area does not appear to have the necessary permits and was excluded from value in this assignment.  No items of significant deferred maintenance were noted on the dwelling.

15





**SUBJECT PROPERTY PHOTO**

**Top:**   View of dwelling on Parcel 12.

**Bottom:**   View of interior of Parcel 12.

# SKETCH/AREA TABLE ADDENDUM

File No. 25027012.apx

| | | |
|---|---|---|
| Property Address | 1280-A Kaumana Drive | |
| City Hilo | State Hawaii | County Hawaii | Zip Code 96720 |
| Borrower Savio Development Co. Inc. | | |
| Lender/Client Central Pacific Bank | | |



SCALE: 1 inch = 10.00 feet

## AREA CALCULATIONS SUMMARY

| Area | Name of Area | Size | Totals |
|---|---|---|---|
| GLA1 | First Floor | 1056.00 | 1056.00 |
| GAR | Carport | 480.00 | 480.00 |
| | | | |
| **TOTAL LIVABLE (rounded)** | | | **1056** |

## LIVING AREA CALCULATIONS

| Breakdown | | Subtotals |
|---|---|---|
| 24.00 | X   44.00 | 1056.00 |
| | | |
| | | **1056** |

GK APPRAISALS, INC.                    APEX SOFTWARE 210-699-8686                    APX-6100 Apex II





**SUBJECT PROPERTY PHOTO**

Top:   View of dwelling on Parcel 72.

Bottom:   View of interior of Parcel 72.

# SKETCH/AREA TABLE ADDENDUM

File No.   25027072.apx

| | |
|---|---|
| Property Address   Parcel 72 Basque Lane | |
| City   Hilo          State   Hawaii        County   Hawaii        Zip Code   96720 | |
| Borrower   Savio Development Co. Inc. | |
| Lender/Client   Central Pacific Bank | |



SCALE: 1 inch = 18.00 feet

## AREA CALCULATIONS SUMMARY

| Area | Name of Area | Size | Totals |
|---|---|---|---|
| GLA1 | First Floor | 2798.00 | 2798.00 |
| GAR | Carport | 704.00 | 704.00 |
| OTH | Unpermitted | 252.00 | 252.00 |

| | |
|---|---|
| TOTAL LIVABLE  (rounded) | 2798 |

## LIVING AREA CALCULATIONS

| Breakdown | | | Subtotals |
|---|---|---|---|
| 20.00 | X | 100.00 | 2000.00 |
| 3.00 | X | 18.00 | 54.00 |
| 25.00 | X | 12.00 | 300.00 |
| 12.00 | X | 18.00 | 216.00 |
| 19.00 | X | 12.00 | 228.00 |

| |
|---|
| 2798 |

GK APPRAISALS, INC.                    APEX SOFTWARE 210-699-6666                    APX-8100 Apex II

**Parcel 82:**

The dwelling on Parcel 82 is a new dwelling that was constructed in 1998. The home features three bedrooms and two bathrooms, and 1,291 square feet of living area. The dwelling is constructed on a reinforced concrete slab and has hardboard siding exterior walls. Roofing is comprised of corrugated iron roof arranged in a gable design with PVC gutters. Two bay windows are present in the living room and dining area. The interior of the dwelling is carpeted with open beam ceilings in the living room/dining area and kitchen. A two car garage with a concrete driveway provides parking for the dwelling. The dwelling was in good overall condition with no observed signs of deferred maintenance.

# SKETCH/AREA TABLE ADDENDUM

File No.  25027082.apx

| SUBJECT | | |
|---|---|---|
| Property Address | Parcel 82 Basque Lane | |
| City  Hilo | State  Hawaii | County  Hawaii | Zip Code  96720 |
| Borrower  Savio Development Co. Inc. | | |
| Lender/Client  Central Pacific Bank | | |

**IMPROVEMENTS SKETCH**



SCALE: 1 inch = 12.00 feet

**AREA CALCULATIONS**

### AREA CALCULATIONS SUMMARY

| Area | Name of Area | Size | Totals |
|---|---|---|---|
| GLA1 | First Floor | 1291.00 | 1291.00 |
| GAR | Garage | 452.00 | 452.00 |
| OTH | Concrete Walkway | 173.00 | 173.00 |

**TOTAL LIVABLE (rounded)**   1291

### LIVING AREA CALCULATIONS

| Breakdown | | | Subtotals |
|---|---|---|---|
| 7.00 | X | 32.00 | 224.00 |
| 2.00 | X | 30.00 | 60.00 |
| 2.00 | X | 28.00 | 56.00 |
| 10.00 | X | 2.00 | 20.00 |
| 2.00 | X | 26.00 | 52.00 |
| 8.00 | X | 24.00 | 192.00 |
| 10.00 | X | 28.00 | 280.00 |
| 14.00 | X | 25.00 | 350.00 |
| 1.00 | X | 2.00 | 2.00 |
| 4.00 | X | 4.00 | 16.00 |
| 10.00 | X | 3.00 | 30.00 |
| 1.50 | X | 2.00 | 3.00 |
| 1.00 | X | 2.00 | 2.00 |
| 1.00 | X | 2.00 | 2.00 |
| 1.00 | X | 2.00 | 2.00 |
| | | | 1291 |

GK APPRAISALS, INC.                    APEX SOFTWARE 210-699-6666                    APX-6100 Apex II





**SUBJECT PROPERTY PHOTO**

**Top:**   View of new dwelling on Parcel 82.

**Bottom:**   View of interior of Parcel 82.

## VALUATION ANALYSIS

**Rights Appraised**

This report estimates the market value of the fee simple interest in the existing ten-unit subdivision situated in Kaumana, South Hilo, Hawaii. The effective date of value is May 30, 1999.

**Highest and Best Use**

Highest and best use of a site results when all of its advantages are maximized, and its disadvantages minimized by the nature of its development or utilization. In evaluating potential uses, one must consider the physical suitability of the site; legal constraints, such as zoning and deed restrictions; and the potential demand for the use in that location relative to the cost of improving the site.

Parcels 73, 74, 76, 79,80, and 81 are currently unimproved. Dwellings are present on Parcels 12, 72, and 82. The subject sites are currently zoned RS-15 (15,000 square foot minimum lot size). The RS-residential districts primary emphasis is the encouragement of residential development. Inasmuch as residential subdivisions exist proximate to the subject and the subject parcel is classified by County of Hawaii as RS-15 Residential, it is our opinion that the highest and best use of the subject parcels would be for development of individual homes on each site within the subject.

**Site Valuation Methodology**

There are six generally accepted methods of fee simple site valuation: Distribution by Allocation, Extraction, Development or Subdivision, Land Residual, Sales Comparison, and Ground Rent Capitalization. One or more may be utilized to value the subject property based on physical, legal development, and market conditions. The distribution and extraction approaches require actual or hypothetical structural improvements on the site, and the land residual, analysis requires an improved income-generating property where the agents of production, other than land (i.e., labor, capital, and coordination) can be quantified. The development (subdivision) approach requires a potential subdivision plan for the property (to achieve its highest and best use), together with detailed development cost estimates. The ground rent capitalization approach requires an established private sector leasehold market, which is not currently active in the Big Island market. In this assignment, we have utilized the Direct Market Comparison Approach to derive an estimate of value for each of the vacant lots.

In arriving at an estimate of the individual lots fee simple land values by the Direct Market Comparison Approach, the value of the individual subject sites has been estimated by comparison with prices obtained for similar residential properties within the subjects' competitive market area. The direct market comparison

17

approach is based on the principle of substitution. It involves a comparative analysis of recent land transactions having similar highest and best use potentials as the subject, and applying compensating adjustments for various factors which may include appreciation over time, location, frontage/corner, physical characteristics/easements, and flood zone.

<u>Sales Comparison</u>

The subject lots will compete in the residential market that exists primarily within the greater Kaumana area. In estimating the retail price of each individual lot, we completed a comprehensive market research program of single-family residential lot sales throughout the District of Hilo, concentrating on transactions proximate to the subject subdivision.

Of the transactions that were examined as direct value indicators, three were selected for direct comparison with the subject lots. The comparables were chosen on the basis of their timeliness, physical characteristics, size and relative location. Selected comparable lot sales are detailed in the following paragraphs, and summarized in Tables 1 through 7.

<u>Identification of Comparables</u>

<u>Transaction 1</u> — Is the purchase of a 10,003 square foot site that is located at 101 Terrace Drive. This rectangular shaped parcel is mostly rectangular with no adverse easements or conditions noted. The lot is identified on Hawaii Tax Maps as Third Division Tax Map Key 2-5-29, Parcel 24. The property was purchased on August 7, 1998 for $45,000

<u>Transaction 2</u> — Represents the acquisition of 10,480 square feet of land located at 58 Terrace Drive. This corner site is rectangular in shape and has mostly level topography. It is identified on Hawaii Tax Maps as Third Division Tax Map Key 2-5-32, Parcel 26. This lot was sold to Charles P. Bennett on June 1, 1998 for a purchase price of $50,000. The grantor was the Chin Charitable Remainder Trust. The site is located at the intersection of Terrace Drive and Pakalana Place.

<u>Transaction 3</u> — Is the purchase of a single family residential lot located at 29 Wilder Road. The level, mostly rectangular site contains 10,769 square feet, this parcel is identified on Hawaii Tax Maps as Third Division Tax Map Key 2-5-5, Parcel 75. It was sold to Ryan A. Mattos on November 20, 1998 for a purchase price of $40,000. This corner lot is located at the intersection of Wilder Road and Uhaloa Road.

**Adjustment Process**

The selected comparable lots have been adjusted, where appropriate, for various comparative factors including location, corner/frontage, physical characteristics/easements, flood zone, and size in order to equate

18

**COMPARABLE LOCATION MAP**

**THIRD DIVISION TAX MAP KEYS  2-5-27-12,72,73,79,74,80,81,75,82,76**

Table 1

## LAND TRANSACTIONS ADJUSTMENT SCHEDULE
### TMK: 2-5-27-73
### Basque Subdivision, Hilo, Hawaii

| Transaction | SUBJECT | 1 | 2 | 3 |
|---|---|---|---|---|
| Tax Map Key | 2-5-27-73 | 2-5-29-24 | 2-5-32-26 | 2-5-5-75 |
| Zoning | RS-15 | RS-10 | RS-10 | RS-10 |
| Size In Square Feet | 15,695 | 10,003 | 10,480 | 10,769 |
| Date of Sale | | Aug-98 | Jun-98 | Aug-98 |
| Instrument | | Deed | Deed | Deed |
| Indicated Price Per Lot | | $45,000 | $50,000 | $40,000 |
| Time Adjustment | | 1.00 | 1.00 | 1.00 |
| | | | | |
| Time Adjusted Unit Value | | $45,000 | $50,000 | $40,000 |
| **ADJUSTMENTS** | | | | |
| Location | | -5% | -5% | 0% |
| Corner/Frontage | | 0% | -5% | -5% |
| Physical Characteristics/Easements | | 0% | 0% | 0% |
| Flood Zone | | 0% | 0% | 0% |
| Net Adjustments | | -5% | -10% | -5% |
| Adjusted Value Before Size | | $42,750 | $45,000 | $38,000 |
| Size Adjustment | | $5,692 | $5,215 | $4,926 |
| Size Adjusted Unit Value | | $48,442 | $50,215 | $42,926 |
| Weighting Factor | | 0.20 | 0.20 | 0.60 |
| Product | | $9,688 | $10,043 | $25,756 |

| | |
|---|---|
| Mean Unit Value | $47,194 |
| Weighted Unit Value | $45,487 |
| Concluded Unit Value | $46,000 |
| Estimated Fee Simple Land Value (Rounded) | $46,000 |

Source: GK Appraisals Inc., May 1999.

Table 2

## LAND TRANSACTIONS ADJUSTMENT SCHEDULE
### TMK: 2-5-27-74
Basque Subdivision, Hilo, Hawaii

| Transaction | SUBJECT | 1 | 2 | 3 |
|---|---|---|---|---|
| Tax Map Key | 2-5-27-74 | 2-5-29-24 | 2-5-32-26 | 2-5-5-75 |
| Zoning | RS-15 | RS-10 | RS-10 | RS-10 |
| Size In Square Feet | 15,397 | 10,003 | 10,480 | 10,769 |
| Date of Sale | | Aug-98 | Jun-98 | Aug-98 |
| Instrument | | Deed | Deed | Deed |
| Indicated Price Per Lot | | $45,000 | $50,000 | $40,000 |
| Time Adjustment | | 1.00 | 1.00 | 1.00 |
| | | | | |
| Time Adjusted Unit Value | | $45,000 | $50,000 | $40,000 |

**ADJUSTMENTS**

| | | | | |
|---|---|---|---|---|
| Location | | -5% | -5% | 0% |
| Corner/Frontage | | 0% | -5% | -5% |
| Physical Characteristics/Easements | | 0% | 0% | 0% |
| Flood Zone | | -15% | -15% | -15% |
| Net Adjustments | | -20% | -25% | -20% |
| Adjusted Value Before Size | | $36,000 | $37,500 | $32,000 |
| Size Adjustment | | $5,394 | $4,917 | $4,628 |
| Size Adjusted Unit Value | | $41,394 | $42,417 | $36,628 |
| Weighting Factor | | 0.20 | 0.20 | 0.60 |
| Product | | $8,279 | $8,483 | $21,977 |

| | |
|---|---|
| Mean Unit Value | $40,146 |
| Weighted Unit Value | $38,739 |
| Concluded Unit Value | $39,000 |
| Estimated Fee Simple Land Value (Rounded) | $39,000 |

Source: GK Appraisals Inc., May 1999.

Table 3

## LAND TRANSACTIONS ADJUSTMENT SCHEDULE
### TMK: 2-5-27-75
Basque Subdivision, Hilo, Hawaii

| Transaction | SUBJECT | 1 | 2 | 3 |
|---|---|---|---|---|
| Tax Map Key | 2-5-27-75 | 2-5-29-24 | 2-5-32-26 | 2-5-5-75 |
| Zoning | RS-15 | RS-10 | RS-10 | RS-10 |
| Size In Square Feet | 16,216 | 10,003 | 10,480 | 10,769 |
| Date of Sale | | Aug-98 | Jun-98 | Aug-98 |
| Instrument | | Deed | Deed | Deed |
| Indicated Price Per Lot | | $45,000 | $50,000 | $40,000 |
| Time Adjustment | | 1.00 | 1.00 | 1.00 |
| Time Adjusted Unit Value | | $45,000 | $50,000 | $40,000 |
| **ADJUSTMENTS** | | | | |
| Location | | -5% | -5% | 0% |
| Corner/Frontage | | 0% | -5% | -5% |
| Physical Characteristics/Easements | | -5% | -5% | -5% |
| Flood Zone | | -15% | -15% | -15% |
| Net Adjustments | | -25% | -30% | -25% |
| Adjusted Value Before Size | | $33,750 | $35,000 | $30,000 |
| Size Adjustment | | $6,213 | $5,736 | $5,447 |
| Size Adjusted Unit Value | | $39,963 | $40,736 | $35,447 |
| Weighting Factor | | 0.20 | 0.20 | 0.60 |
| Product | | $7,993 | $8,147 | $21,268 |

| | |
|---|---|
| Mean Unit Value | $38,715 |
| Weighted Unit Value | $37,408 |
| Concluded Unit Value | $38,000 |
| Estimated Fee Simple Land Value (Rounded) | $38,000 |

Source: GK Appraisals Inc., May 1999.

**Table 4**

## LAND TRANSACTIONS ADJUSTMENT SCHEDULE
### TMK: 2-5-27-76
Basque Subdivision, Hilo, Hawaii

| Transaction | SUBJECT | 1 | 2 | 3 |
|---|---|---|---|---|
| Tax Map Key | 2-5-27-76 | 2-5-29-24 | 2-5-32-26 | 2-5-5-75 |
| Zoning | RS-15 | RS-10 | RS-10 | RS-10 |
| Size In Square Feet | 15,001 | 10,003 | 10,480 | 10,769 |
| Date of Sale | | Aug-98 | Jun-98 | Aug-98 |
| Instrument | | Deed | Deed | Deed |
| Indicated Price Per Lot | | $45,000 | $50,000 | $40,000 |
| Time Adjustment | | 1.00 | 1.00 | 1.00 |
| | | | | |
| Time Adjusted Unit Value | | $45,000 | $50,000 | $40,000 |
| **ADJUSTMENTS** | | | | |
| Location | | -5% | -5% | 0% |
| Corner/Frontage | | 0% | -5% | -5% |
| Physical Characteristics/Easements | | 0% | 0% | 0% |
| Flood Zone | | 0% | 0% | 0% |
| Net Adjustments | | -5% | -10% | -5% |
| Adjusted Value Before Size | | $42,750 | $45,000 | $38,000 |
| Size Adjustment | | $4,998 | $4,521 | $4,232 |
| Size Adjusted Unit Value | | $47,748 | $49,521 | $42,232 |
| Weighting Factor | | 0.20 | 0.20 | 0.60 |
| Product | | $9,550 | $9,904 | $25,339 |

| | |
|---|---|
| Mean Unit Value | $46,500 |
| Weighted Unit Value | $44,793 |
| Concluded Unit Value | $45,000 |
| Estimated Fee Simple Land Value (Rounded) | $45,000 |

Source: GK Appraisals Inc., May 1999.

**Table 5**

## LAND TRANSACTIONS ADJUSTMENT SCHEDULE
### TMK: 2-5-27-79
#### Basque Subdivision, Hilo, Hawaii

| Transaction | SUBJECT | 1 | 2 | 3 |
|---|---|---|---|---|
| Tax Map Key | 2-5-27-79 | 2-5-29-24 | 2-5-32-26 | 2-5-5-75 |
| Zoning | RS-15 | RS-10 | RS-10 | RS-10 |
| Size In Square Feet | 15,698 | 10,003 | 10,480 | 10,769 |
| Date of Sale | | Aug-98 | Jun-98 | Aug-98 |
| Instrument | | Deed | Deed | Deed |
| Indicated Price Per Lot | | $45,000 | $50,000 | $40,000 |
| Time Adjustment | | 1.00 | 1.00 | 1.00 |
| Time Adjusted Unit Value | | $45,000 | $50,000 | $40,000 |

**ADJUSTMENTS**

| | | | | |
|---|---|---|---|---|
| Location | | -5% | -5% | 0% |
| Corner/Frontage | | 0% | -5% | -5% |
| Physical Characteristics/Easements | | 0% | 0% | 0% |
| Flood Zone | | -5% | -5% | -5% |
| Net Adjustments | | -10% | -15% | -10% |
| Adjusted Value Before Size | | $40,500 | $42,500 | $36,000 |
| Size Adjustment | | $5,695 | $5,218 | $4,929 |
| Size Adjusted Unit Value | | $46,195 | $47,718 | $40,929 |
| Weighting Factor | | 0.20 | 0.20 | 0.60 |
| Product | | $9,239 | $9,544 | $24,557 |

| | |
|---|---|
| Mean Unit Value | $44,947 |
| Weighted Unit Value | $43,340 |
| Concluded Unit Value | $44,000 |
| Estimated Fee Simple Land Value (Rounded) | $44,000 |

Source: GK Appraisals Inc., May 1999.

**Table 6**

## LAND TRANSACTIONS ADJUSTMENT SCHEDULE
### TMK: 2-5-27-80
### Basque Subdivision, Hilo, Hawaii

| Transaction | SUBJECT | 1 | 2 | 3 |
|---|---|---|---|---|
| Tax Map Key | 2-5-27-80 | 2-5-29-24 | 2-5-32-26 | 2-5-5-75 |
| Zoning | RS-15 | RS-10 | RS-10 | RS-10 |
| Size In Square Feet | 15,399 | 10,003 | 10,480 | 10,769 |
| Date of Sale | | Aug-98 | Jun-98 | Aug-98 |
| Instrument | | Deed | Deed | Deed |
| Indicated Price Per Lot | | $45,000 | $50,000 | $40,000 |
| Time Adjustment | | 1.00 | 1.00 | 1.00 |
| | | | | |
| Time Adjusted Unit Value | | $45,000 | $50,000 | $40,000 |

**ADJUSTMENTS**

| | | | | |
|---|---|---|---|---|
| Location | | -5% | -5% | 0% |
| Corner/Frontage | | 0% | -5% | -5% |
| Physical Characteristics/Easements | | 0% | 0% | 0% |
| Flood Zone | | -15% | -15% | -15% |
| | | | | |
| Net Adjustments | | -20% | -25% | -20% |
| Adjusted Value Before Size | | $36,000 | $37,500 | $32,000 |
| Size Adjustment | | $5,396 | $4,919 | $4,630 |
| Size Adjusted Unit Value | | $41,396 | $42,419 | $36,630 |
| Weighting Factor | | 0.20 | 0.20 | 0.60 |
| Product | | $8,279 | $8,484 | $21,978 |

| | |
|---|---|
| Mean Unit Value | $40,148 |
| Weighted Unit Value | $38,741 |
| Concluded Unit Value | $39,000 |
| Estimated Fee Simple Land Value (Rounded) | $39,000 |

Source: GK Appraisals Inc., May 1999.

Table 7

## LAND TRANSACTIONS ADJUSTMENT SCHEDULE
### TMK: 2-5-27-81
### Basque Subdivision, Hilo, Hawaii

| Transaction | SUBJECT | 1 | 2 | 3 |
|---|---|---|---|---|
| Tax Map Key | 2-5-27-81 | 2-5-29-24 | 2-5-32-26 | 2-5-5-75 |
| Zoning | RS-15 | RS-10 | RS-10 | RS-10 |
| Size In Square Feet | 15,431 | 10,003 | 10,480 | 10,769 |
| Date of Sale | | Aug-98 | Jun-98 | Aug-98 |
| Instrument | | Deed | Deed | Deed |
| Indicated Price Per Lot | | $45,000 | $50,000 | $40,000 |
| Time Adjustment | | 1.00 | 1.00 | 1.00 |
| Time Adjusted Unit Value | | $45,000 | $50,000 | $40,000 |
| **ADJUSTMENTS** | | | | |
| Location | | -5% | -5% | 0% |
| Corner/Frontage | | 0% | -5% | -5% |
| Physical Characteristics/Easements | | 0% | 0% | 0% |
| Flood Zone | | -15% | -15% | -15% |
| Net Adjustments | | -20% | -25% | -20% |
| Adjusted Value Before Size | | $36,000 | $37,500 | $32,000 |
| Size Adjustment | | $5,428 | $4,951 | $4,662 |
| Size Adjusted Unit Value | | $41,428 | $42,451 | $36,662 |
| Weighting Factor | | 0.20 | 0.20 | 0.60 |
| Product | | $8,286 | $8,490 | $21,997 |

| | | |
|---|---|---|
| Mean Unit Value | | $40,180 |
| Weighted Unit Value | | $38,773 |
| Concluded Unit Value | | $39,000 |
| Estimated Fee Simple Land Value (Rounded) | | $39,000 |

Source: GK Appraisals Inc., May 1999.

Table 8

**DISCOUNTED SELL-OUT**
**Basque Subdivision**
**Hilo, Hawaii**

| Period (Monthly) | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Number of Lots sold | 2 | 0 | 0 | 0 | 1 | 0 | 1 | 5 | 0 | 4 | 1 | 0 | 1 | 0 | 1 | 0 | 1 |
| Cumulative Lot Sales | 2 | 2 | 3 | 3 | 4 | 4 | 5 | .5 | .5 | 6 | 7 | 7 | 8 | 8 | 9 | 9 | 10 |
| End of Period Unsold Inventory At | 8 | 8 | 7 | 7 | 6 | 6 | 5 | 5 | 4 | 4 | 3 | 3 | 2 | 2 | 1 | 1 | |
| Total Sales Revenue | $196,000 | $0 | $45,000 | $0 | $80,000 | $0 | $44,000 | $0 | $105,000 | $0 | $39,000 | $0 | $39,000 | $0 | $39,000 | $0 | $38 |
| **LESS EXPENSES** | | | | | | | | | | | | | | | | | |
| Advertising | $300 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Sales Commissions @6% | $11,760 | $0 | $2,700 | $0 | $4,800 | $0 | $2,640 | $0 | $6,300 | $0 | $2,340 | $0 | $2,340 | $0 | $2,340 | $0 | $2,280 |
| Escrow/Title/Closing | $1,960 | $0 | $450 | $0 | $800 | $0 | $440 | $0 | $1,050 | $0 | $390 | $0 | $390 | $0 | $390 | $0 | $380 |
| Insurance | $83 | $83 | $83 | $42 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Real Property Tax | $508 | $508 | $508 | $508 | $508 | $508 | $508 | $508 | $508 | $508 | $508 | $508 | $508 | $508 | $508 | $508 | $508 |
| Total Expenses | $14,611 | $591 | $3,741 | $550 | $6,108 | $508 | $3,588 | $508 | $7,858 | $508 | $3,238 | $508 | $3,238 | $508 | $3,238 | $508 | $3,168 |
| Net Cash Flow | $181,389 | ($591) | $41,259 | ($550) | $73,892 | ($508) | $40,412 | ($508) | $97,142 | ($508) | $35,762 | ($508) | $35,762 | ($508) | $35,762 | ($508) | $34,832 |
| Discount Factor @12%/Annum | 0.9901 | 0.9803 | 0.9706 | 0.9610 | 0.9515 | 0.9420 | 0.9327 | 0.9235 | 0.9143 | 0.9053 | 0.8963 | 0.8874 | 0.8787 | 0.8700 | 0.8613 | 0.8528 | 0.8444 |
| Present Value of Cash Flows | $179,593 | ($579) | $40,046 | ($529) | $70,308 | ($479) | $37,692 | ($469) | $88,817 | ($460) | $32,053 | ($451) | $31,424 | ($442) | $30,802 | ($433) | $29,412 |

**Total Fee Simple Value**   $538,000

Source: GK Appraisals Inc., May 1999

them to the subject. No time adjustment was employed due to the current nature of the sales and the interim stability of the market.

The components which are considered in the general location orientation adjustment include quality of immediate neighborhood, convenience to shopping and other support service, and vehicular and pedestrian accessibility. Corner/frontage considers the quantity and quality of street frontage.

An adjustment for physical characteristics/easements is intended to compensate for shape and topographical differences. Additionally, this category considers easements and their effect on the overall development potential of the site.

An adjustment was also made for properties that are affected by the negative attributes of being located within a zone determined to have flooding potential.

The size adjustment, applied last, was used to compensate differences in this factor. As buyers primarily view a purchase of this nature on a per lot basis, variations in lot size are adjusted at a ratio less than the actual proportionate size difference.

**Valuation of the Vacant Lots**

In applying the foregoing methodology to the cited market activity, we have constructed adjustment schedules (Tables 1 through 7) addressing the relationship between the selected comparable transactions and the subject vacant lots. As mentioned previously in the adjustment process section of this report, no time adjustment was utilized in valuing the subject properties.

Transactions 1 and 2's location were deemed slightly superior to the subject, due to their closer proximity to Downtown Hilo. Therefore, a downward adjustment was made. The remaining comparable was considered similar to the subject in terms of location.

Corresponding adjustments were made to Transactions 2 and 3 due to their corner locations. None of the vacant subject sites had a corner orientation. Therefore downward adjustments were made to the comparables to equate them to the subject lots.

Subject Parcel 75 is a flag-shaped lot that was seen as inferior to the comparables with regards to physical characteristics. A small downward adjustment was thus made to the comparable transactions. The other subject lots were seen as similar, and no adjustment was required.

As previously mentioned, some of the subject sites are located in the flood zone. As such flood insurance will be required on those properties that are affected by the designation. Corresponding downward adjustments were made depending on the extent of the zone.

19

The appraiser researched the sales of residential lots in Hilo and found that a nominal adjustment for size is warranted for lots ranging in size from 10,000 square feet to 20,000 square feet. It appears that the marketplace does not place a high premium on larger lots. A nominal size adjustment of one dollar per square foot was employed to each of the comparable transactions.

Based on the foregoing analysis, it is our opinion that the market value of the unencumbered fee simple interest each of the subject lots, subject to the limiting conditions and assumptions contained herein, as of May 30, 1999, was as follows:

| | | | |
|---|---|---|---|
| Parcel 73: | $46,000 | Parcel 75: | $38,000 |
| Parcel 74: | $39,000 | Parcel 76: | $45,000 |
| Parcel 79: | $44,000 | Parcel 80: | $39,000 |
| Parcel 81: | $39,000 | | |

**Improved Lot Methodology**

As previously mentioned within the report, Parcels 12, 72, and 82 are improved with dwellings. As such, the three residential appraisals were performed on the URAR form. In each appraisal report, three approaches, the Income Approach, Cost Approach, and the Sales Comparison Approaches were considered.

The application of an income approach to value on a residential property utilizes sales/rental data to derive a gross rent multiplier that arrives at an indication of value based on the anticipated rental income potential of the property. The Income Approach was not utilized in this assignment due to the difficulty in obtaining accurate data on sales and rentals of similar dwellings that were rented at the time of sale.

Valuation of the subject property by the Cost Approach is based on the substitution principle. It basically states that an informed purchaser would not pay any more for a property, than the cost to acquire a similar site, and construct improvements of equal desirability and utility without undue delay. The reproduction cost new of the improvements was estimated using cost manuals and local contractors prices. After arriving at an estimated cost new, depreciation from all causes was deducted, and the site value estimate was added to the depreciated improvement value. The Cost Approach is detailed on each URAR form in the upper right corner.

In the Sales Comparison Approach recent sales of properties in the area with similar characteristics and amenities are compared to the subject property for an indication of value. One set of comparables were utilized to value the older subject dwellings, and another set of comparables were used to value the newer dwelling. The adjustment for location was made after comparing land values of similar size lots in the subject and comparable neighborhoods. Adjustments for room count, solar heater, deck, patio, and design were made using cost as a reference. Market evidence indicates an adjustment less than actual cost. Research at the County of Hawaii Building Department indicated that all of the dwellings on the subject

20

**Valuation Section** — **UNIFORM RESIDENTIAL APPRAISAL REPORT** — Summary Report — File No. BASQUE1.HIL

| COST APPROACH | | |
|---|---|---|
| ESTIMATED SITE VALUE .................. = $ | 47,000 | Comments on Cost Approach (such as, source of cost estimate, site value, square foot calculation and, for HUD, VA and FmHA, the estimated remaining economic life of the property): See attached sketch addendum. See addendum for comments on site value estimate. The reproduction cost and depreciation was estimated using the Marshall & Swift Cost Manual, and data from the appraisers' files. |
| ESTIMATED REPRODUCTION COST-NEW OF IMPROVEMENTS: | | |
| Dwelling 1,056 Sq. Ft. @ $ 75.00 = $ | 79,200 | |
| Sq. Ft. @ $ = | | |
| Garage/Carport 480 Sq. Ft. @ $ 25.00 = | 12,000 | |
| Total Estimated Cost-New ........... = $ | 91,200 | |
| Less Physical Functional External | | |
| Depreciation 54,720 5,000 = $ | 59,720 | |
| Depreciated Value of Improvements ........ = $ | 31,480 | |
| "As-is" Value of Site Improvements ......... = $ | 5,000 | ASSESSED VALUES: 1998 |
| INDICATED VALUE BY COST APPROACH .... Rounded = $ | 84,000 | Land: $49,700  Building: $40,500 |

| ITEM | SUBJECT | COMPARABLE NO. 1 | COMPARABLE NO. 2 | COMPARABLE NO. 3 |
|---|---|---|---|---|
| Address | 1230A Kaumana Dr. 3/2-5-27-12 | 111 Aipuni Street 3/2-5-16-10 | 49 Kaapuni Loop 3/2-5-35-27 | 112 Alapaki Place 3/2-5-52-16 |
| Proximity to Subject | | 1/2 Mile | 1 1/2 Miles | 1 Mile |
| Sales Price | $ N/A | $ 120,000 | $ 117,500 | $ 124,000 |
| Price/Gross Liv. Area | $ N/A ☑ | $ 82.64 ☑ | $ 82.98 ☑ | $ 84.70 ☑ |
| Data and/or Verification Sources | Site Insp. | MLS/Public Record Realtor | MLS/Public Record Realtor | MLS/Public Record Realtor |

| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-)$ Adjustment | DESCRIPTION | +(-)$ Adjustment | DESCRIPTION | +(-)$ Adjustment |
|---|---|---|---|---|---|---|---|
| Sales or Financing Concessions | | CSH DOM 97 Dc98-196188 | 0 | CNV DOM615 Dc98-147746 | 0 | CNV DOM139 Dc98-190813 | 0 |
| Date of Sale/Time | | 12/98Closed | | 10/98Closed | | 12/98Closed | |
| Location | Kaumana | Kaumana/Sup | -10,000 | Kaumana/Sup | -10,000 | Kaumana/Sup | -10,000 |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 15373sf | 12800sf | 2,600 | 8040sf | 7,300 | 10500sf | 4,900 |
| View | Average | Average | | Average | | Average | |
| Design and Appeal | 1-Sty/Avg | 1-Sty/Avg | | 1-Sty/Avg | | 1-Sty/Avg | |
| Quality of Construction | WdFr-CI/Avg | WdFr-CI/Avg | | WdFr-CI/Avg | | WdFr-CI/Avg | |
| Age | 35 years | 48 years | 6,500 | 14 years | -10,500 | 24 years | -5,500 |
| Condition | Average | Superior | -15,000 | Avg/Good | -10,000 | Average | -10,000 |
| Above Grade | Total Bdrms Baths 5 3 1 | Total Bdrms Baths 5 3 1 | 0 | Total Bdrms Baths 5 3 2 | -4,000 | Total Bdrms Baths 5 3 1.5 | -2,000 |
| Room Count | | | | | | | |
| Gross Living Area | 1,056 Sq. Ft. | 1,452 Sq. Ft. | -13,900 | 1,416 Sq. Ft. | -12,600 | 1,464 Sq. Ft. | -14,300 |
| Basement & Finished Rooms Below Grade | None None | None None | | None None | | None None | |
| Functional Utility | NoFinalPerm | Average | -5,000 | Average | -5,000 | Average | -5,000 |
| Heating/Cooling | None | None | | None | | None | |
| Energy Efficient Items | No Solar | SolarHeater | -1,500 | No Solar | 0 | No Solar | 0 |
| Garage/Carport | 2-Carport | 2-Carport | | 2-Carport | | 2-Carport | |
| Porch, Patio, Deck, Fireplace(s), etc. | None None | Deck 139 None | -1,500 | None None | 0 | Patio 220 None | -2,000 |
| Fence, Pool, etc. | Avg Appl. | Avg Appl. | | Avg Appl. | | Avg Appl. | |
| SImpr | Average | Average | | Average | | Average | |
| Net Adj. (total) | | + X - | -37,800 | + X - | -44,800 | + X - | -43,900 |
| Adjusted Sales Price of Comparable | | $ 82,200 | | $ 72,700 | | $ 80,100 | |

Comments on Sales Comparison (including the subject property's compatibility to the neighborhood, etc.): See Attached Addendum.

| ITEM | SUBJECT | COMPARABLE NO. 1 | COMPARABLE NO. 2 | COMPARABLE NO. 3 |
|---|---|---|---|---|
| Date, Price and Data Source for prior sales within year of appraisal | None Pub. Record | None Public Record | None Public Record | None Public Record |

Analysis of any current agreement of sale, option, or listing of the subject property and analysis of any prior sales of subject and comparables within one year of the date of appraisal: The subject was listed for $105,000 but was withdrawn from the MLS. No other sales or listings of the subject in the year preceeding the date of value.

INDICATED VALUE BY SALES COMPARISON APPROACH ................................................ $ 80,000

INDICATED VALUE BY INCOME APPROACH (If Applicable) Estimated Market Rent $ N/A /Mo. x Gross Rent Multiplier N/A = $ N/A

The appraisal is made [X] "as is" ☐ subject to the repairs, alterations, inspections, or conditions listed below ☐ subject to completion per plans and specifications.
Conditions of Appraisal:

Final Reconciliation: See Attached Addendum.

The purpose of this appraisal is to estimate the market value of the real property that is the subject of this report, based on the above conditions and the certification, contingent and limiting conditions, and market value definition that are stated in the attached Freddie Mac Form 439/Fannie Mae Form 1004B (Revised 6/93 ).

I (WE) ESTIMATE THE MARKET VALUE, AS DEFINED, OF THE REAL PROPERTY THAT IS THE SUBJECT OF THIS REPORT, AS OF May 30, 1999 (WHICH IS THE DATE OF INSPECTION AND THE EFFECTIVE DATE OF THIS REPORT) TO BE $ 80,000
APPRAISER: State Certified General Appraiser #CGA-50, Expires 12/31/99

SUPERVISORY APPRAISER (ONLY IF REQUIRED):

| Signature | Signature | ☐ Did ☐ Did Not |
|---|---|---|
| Name GARY T. KUROKAWA | Name | Inspect Property |
| Date Report Signed June 4, 1999 | Date Report Signed | |
| State Certification # CGA-50  State HI | State Certification # | State |
| Or State License # | Or State License # | State |

UNIFORM RESIDENTIAL APPRAISAL REPORT

File No. BASQUE2.HIL

## COST APPROACH

| | | |
|---|---|---|
| ESTIMATED SITE VALUE | = $ | 45,000 |
| ESTIMATED REPRODUCTION COST-NEW OF IMPROVEMENTS: | | |
| Dwelling 2,798 Sq. Ft. @ $ 70.00 | = $ | 195,860 |
| Sq. Ft. @ $ | = | |
| Garage/Carport 704 Sq. Ft. @ $ 25.00 | = | 17,600 |
| Total Estimated Cost-New | = $ | 213,460 |
| Less Physical Functional External | | |
| Depreciation 106730 46,961 | = $ | 153,691 |
| Depreciated Value of Improvements | = $ | 59,769 |
| "As-is" Value of Site Improvements | = $ | 5,000 |
| INDICATED VALUE BY COST APPROACH Rounded | = $ | 109,800 |

Comments on Cost Approach (such as, source of cost estimate, site value, square foot calculation and, for HUD, VA and FmHA, the estimated remaining economic life of the property): See attached sketch addendum. See addendum for comments on site value estimate. The reproduction cost and depreciation was estimated using the Marshall & Swift Cost Manual, and data from the appraisers' files.

ASSESSED VALUES: 1998
Land: $49,700  Building: $91,600

## SALES COMPARISON ANALYSIS

| ITEM | SUBJECT | COMPARABLE NO. 1 | COMPARABLE NO. 2 | COMPARABLE NO. 3 |
|---|---|---|---|---|
| Address | 1230A Kaumana Dr. 3/2-5-27-72 | 111 Aipuni Street 3/2-5-16-10 | 49 Kaapuni Loop 3/2-5-35-27 | 112 Alapaki Place 3/2-4-52-16 |
| Proximity to Subject | | 1/2 Mile | 1 1/2 Miles | 1 Mile |
| Sales Price | $ N/A | $ 120,000 | $ 117,500 | $ 124,000 |
| Price/Gross Liv. Area | $ N/A ☑ | $ 82.64 ☑ | $ 82.98 ☑ | $ 84.70 ☑ |
| Data and/or Verification Sources | Site Insp. | MLS/Public Record Realtor | MLS/Public Record Realtor | MLS/Public Record Realtor |

| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-)$ Adjustment | DESCRIPTION | +(-)$ Adjustment | DESCRIPTION | +(-)$ Adjustment |
|---|---|---|---|---|---|---|---|
| Sales or Financing Concessions | | CSH DOM 97 Dc98-196188 | 0 | CNV DOM615 Dc98-147746 | 0 | CNV DOM139 Dc98-190813 | 0 |
| Date of Sale/Time | | 12/98Closed | | 10/98Closed | | 12/98Closed | |
| Location | Kaumana | Kaumana/Sup | -10,000 | Kaumana/Sup | -10,000 | Kaumana/Sup | -10,000 |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 15585sf | 12800sf | 2,800 | 8040sf | 7,500 | 10500sf | 5,100 |
| View | Average | Average | | Average | | Average | |
| Design and Appeal | 1-Sty/Avg | 1-Sty/Avg | | 1-Sty/Avg | | 1-Sty/Avg | |
| Quality of Construction | WdFr-CI/Avg | WdFr-CI/Avg | | WdFr-CI/Avg | | WdFr-CI/Avg | |
| Age | 40 years | 48 years | 4,000 | 14 years | -13,000 | 24 years | -8,000 |
| Condition | Average | Superior | -10,000 | Avg/Good | -5,000 | Average | -5,000 |
| Above Grade | Total Bdrms Baths 5 3 1.5 | Total Bdrms Baths 5 3 1 | 2,000 | Total Bdrms Baths 5 3 2. | -2,000 | Total Bdrms Baths 5 3 1.5 | 0 |
| Room Count | | | | | | | |
| Gross Living Area | 2,798 Sq. Ft. | 1,452 Sq. Ft. | 47,100 | 1,416 Sq. Ft. | 48,400 | 1,464 Sq. Ft. | 46,700 |
| Basement & Finished Rooms Below Grade | None None | None None | | None None | | None None | |
| Functional Utility | Inferior | Average | -35,000 | Average | -35,000 | Average | -35,000 |
| Heating/Cooling | None | None | | None | | None | |
| Energy Efficient Items | No Solar | SolarHeater | -1,500 | No Solar | 0 | No Solar | 0 |
| Garage/Carport | 2-Carport | 2-Carport | | 2-Carport | | 2-Carport | |
| Porch, Patio, Deck, Fireplace(s), etc. | NoFinalPerm | Deck 139 | -1,500 | None. | 0 | Patio 220 | -2,000 |
| Fence, Pool, etc. | Avg Appl. | Avg Appl. | -10,000 | Average | -10,000 | Average | -10,000 |
| SImpr | Average | Average | | Average | | Avg Appl. | |
| Net. Adj. (total) | | ☐+ ☒X ☐- $ | -12,100 | ☐+ ☒X ☐- $ | -19,100 | ☐+ ☒X ☐- $ | -18,200 |
| Adjusted Sales Price of Comparable | | $ | 107,900 | $ | 98,400 | $ | 105,800 |

Comments on Sales Comparison (including the subject property's compatibility to the neighborhood, etc.): See Attached Addendum.

| ITEM | SUBJECT | COMPARABLE NO. 1 | COMPARABLE NO. 2 | COMPARABLE NO. 3 |
|---|---|---|---|---|
| Date, Price and Data Source for prior sales within year of appraisal | None None Pub. Record | None Public Record | None Public Record | None Public Record |

Analysis of any current agreement of sale, option, or listing of the subject property and analysis of any prior sales of subject and comparable within one year of the date of appraisal: The subject was listed for $115,000 but was withdrawn from the MLS. No other sales or listings of the subject in the year preceeding the date of value.

| | | |
|---|---|---|
| INDICATED VALUE BY SALES COMPARISON APPROACH | $ | 105,000 |
| INDICATED VALUE BY INCOME APPROACH (If Applicable) Estimated Market Rent $ N/A /Mo. x Gross Rent Multiplier N/A | = $ | N/A |

This appraisal is made ☒ "as is" ☐ subject to the repairs, alterations, inspections, or conditions listed below ☐ subject to completion per plans and specifications.
Conditions of Appraisal:

Final Reconciliation: See Attached Addendum.

## RECONCILIATION

The purpose of this appraisal is to estimate the market value of the real property that is the subject of this report, based on the above conditions and the certification, contingent and limiting conditions, and market value definition that are stated in the attached Freddie Mac Form 439/Fannie Mae Form 1004B (Revised 6/93 ).
I (WE) ESTIMATE THE MARKET VALUE, AS DEFINED, OF THE REAL PROPERTY THAT IS THE SUBJECT OF THIS REPORT, AS OF May 30, 1999
(WHICH IS THE DATE OF INSPECTION AND THE EFFECTIVE DATE OF THIS REPORT) TO BE $ 105,000
State Certified General Appraiser #CGA-50, Expires 12/31/99

APPRAISER:
Signature
Name GARY T. KUROKAWA
Date Report Signed June 4, 1999
State Certification # CGA-50  State HI
Or State License #  State

SUPERVISORY APPRAISER (ONLY IF REQUIRED):
Signature
Name
Date Report Signed
State Certification #  State
Or State License #  State

☐ Did ☐ Did Not
Inspect Property

UNIFORM RESIDENTIAL APPRAISAL REPORT    File No. BG00431.HI    "Summary Report"

| COST APPROACH | | | | | |
|---|---|---|---|---|---|
| ESTIMATED SITE VALUE | | | =$ | 43,000 | Comments on Cost App. (such as, source of cost estimate, site value, square foot calculation and, for HUD, VA and FmHA, the estimated remaining economic life of the property): See attached sketch addendum. See addendum for comments on site value estimate. The reproduction cost and depreciation was estimated using the Marshall & Swift Cost Manual, and data from the appraisers' files. |
| ESTIMATED REPRODUCTION COST-NEW OF IMPROVEMENTS: | | | | | |
| Dwelling 1,291 Sq. Ft. @ $ 75.00 | | = | | 96,825 | |
| Walkway 173 Sq. Ft. @ $ 5.00 | | = | | 865 | |
| Garage/Carport 452 Sq. Ft. @ $ 35.00 | | = | | 15,820 | |
| Total Estimated Cost-New | | | =$ | 113,510 | |
| Less Physical Functional External | | | | | |
| Depreciation 5,676 2,000 | | =$ | | 7,676 | |
| Depreciated Value of Improvements | | | =$ | 105,834 | |
| "As-is" Value of Site Improvements | | | =$ | 7,500 | ASSESSED VALUES: 1998 |
| INDICATED VALUE BY COST APPROACH Rounded | | | =$ | 156,000 | Land: $49,200 Building: $88,200 |

| SALES COMPARISON ANALYSIS | ITEM | SUBJECT | COMPARABLE NO. 1 | | COMPARABLE NO. 2 | | COMPARABLE NO. 3 | |
|---|---|---|---|---|---|---|---|---|
| | Address | Kaumana Court 3/2-5-27-82 | 1114 Waialeale Place 3/2-5-59-40 | | 1864 Peepee Place 3/2-5-70-30 | | 1176 Moku Place 3/2-5-26-36 | |
| | Proximity to Subject | | 1 1/2 Mile | | 2 Miles | | 1 1/2 Mile | |
| | Sales Price | $ N/A | $ 166,900 | | $ 129,000 | | $ 205,000 | |
| | Price/Gross Liv. Area | $ N/A | $ 123.45 | | $ 122.86 | | $ 130.57 | |
| | Data and/or Verification Sources | Site Insp. | MLS/Public Record Realtor | | MLS/Public Record Realtor | | MLS/Public Record Realtor | |
| | VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) Adjustment | DESCRIPTION | +(-) Adjustment | DESCRIPTION | +(-) Adjustment |
| | Sales or Financing Concessions | | CNV DOM 37 LCD 0248207 | 0 | VA DOM 201 Dc98-182520 | 0 | CNV DOM137 LCD 2478766 | 0 |
| | Date of Sale/Time | | 9/98 Closed | | 12/98Closed | | 8/98 Closed | |
| | Location | Kaumana | Ainako/Sup | -10,000 | Piihonua/Sm | | Ainako/Sup | -10,000 |
| | Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| | Site | 15001sf | 19103sf | -4,100 | 10252sf | 4,700 | 15415sf | -400 |
| | View | Average | Average | 0 | Average | 0 | Superior | -10,000 |
| | Design and Appeal | 1-Sty/Avg | 1-Sty/Avg | 0 | 1-Sty/Avg | 0 | 1-Sty/Sup | -15,000 |
| | Quality of Construction | WdFr-CI/Avg | WdFr-CI/Avg | | WdFr-CI/Avg | | WdFr-CI/Avg | |
| | Age | 1 year | 7 years | 3,000 | 8 years | 3,500 | 21 years | 10,000 |
| | Condition | Average | Average | 0 | Average | 0 | Superior | -10,000 |
| | Above Grade Room Count | Total Bdrms Baths 5 3 2 | Total Bdrms Baths 5 3 2.5 | -2,000 | Total Bdrms Baths 5 3 2 | 0 | Total Bdrms Baths 5 3 2 | 0 |
| | Gross Living Area | 1,291 Sq. Ft. | 1,352 Sq. Ft. | -2,400 | 1,050 Sq. Ft. | 9,600 | 1,570 Sq. Ft. | -11,200 |
| | Basement & Finished Rooms Below Grade | None None | None None | | None None | | None None | |
| | Functional Utility | Average | Average | | Average | | Average | |
| | Heating/Cooling | None | None | | None | | None | |
| | Energy Efficient Items | No Solar | No Solar | | No Solar | | No Solar | |
| | Garage/Carport | 2-Garage | 2-Carport | 2,000 | 2-Carport | 2,000 | 2-Garage | 0 |
| | Porch, Patio, Deck, Fireplace(s), etc. | None NoFinalPerm | Deck 125 Average | -1,200 | None Average | 0 | Deck 224 Average | -2,200 |
| | Fence, Pool, etc. | Avg Appl. | Avg Appl. | -2,000 | Avg Appl. | -2,000 | Avg Appl. | -2,200 |
| | SImpr | Average | Average | | Superior | | Average | |
| | Net. Adj. (total) | | [ ]+ [X]- $ | -16,700 | [X]+ [ ]- $ | 17,800 | [ ]+ [X]- $ | -50,800 |
| | Adjusted Sales Price of Comparable | | $ | 150,200 | $ | 146,800 | $ | 154,200 |

Comments on Sales Comparison (including the subject property's compatibility to the neighborhood, etc.): See Attached Addendum.

| ITEM | SUBJECT | COMPARABLE NO. 1 | COMPARABLE NO. 2 | COMPARABLE NO. 3 |
|---|---|---|---|---|
| Date, Price and Data Source for prior sales within year of appraisal | None Pub. Record | None Public Record | None Public Record | None Public Record |

Analysis of any current agreement of sale, option, or listing of the subject property and analysis of any prior sales of subject and comparables within one year of the date of appraisal:
The subject was listed for $173,000 but was withdrawn from the MLS. No other sales or listings of the subject in the year preceeding the date of value.

| INDICATED VALUE BY SALES COMPARISON APPROACH | | | | 150,000 |
|---|---|---|---|---|
| INDICATED VALUE BY INCOME APPROACH (If Applicable) Estimated Market Rent $ N/A /Mo. x Gross Rent Multiplier N/A = $ | | | | N/A |

The appraisal is made [X] "as is" [ ] subject to the repairs, alterations, inspections, or conditions listed below [ ] subject to completion per plans and specifications.
Conditions of Appraisal:

Final Reconciliation: See Attached Addendum.

The purpose of this appraisal is to estimate the market value of the real property that is the subject of this report, based on the above conditions and the certification, contingent and limiting conditions, and market value definition that are stated in the attached Freddie Mac Form 439/Fannie Mae Form 1004B (Revised: 6/93 ).
I (WE) ESTIMATE THE MARKET VALUE, AS DEFINED, OF THE REAL PROPERTY THAT IS THE SUBJECT OF THIS REPORT, AS OF May 30, 1999
(WHICH IS THE DATE OF INSPECTION AND THE EFFECTIVE DATE OF THIS REPORT) TO BE $ 150,000
State Certified General Appraiser #CGA-50, Expires 12/31/99

| APPRAISER: | SUPERVISORY APPRAISER (ONLY IF REQUIRED): |
|---|---|
| Signature | Signature [ ] Did [ ] Did Not |
| Name GARY T. KUROKAWA | Name Inspect Property |
| Date Report Signed June 4, 1999 | Date Report Signed |
| State Certification # CGA-50 State HI | State Certification # State |
| Or State License # | Or State License # State |

property have not had their building permits signed off. The adjustment for functional utility considered the estimated cost to obtain a permit/repair any items that do not meet code requirements. A large adjustment for functional utility was made on the appraisal of the large dwelling to account for the fact that the dwelling is larger than typical homes for the neighborhood. Homes larger than 5,000 square feet of living area were seen as over-improvements for the neighborhood.

## Absorption

A critical component of the discounted cash flow model is the estimated absorption or sell-out period of the entire subdivision. Our analysis of absorption levels for newly introduced inventory involved a cursory overview of several recently developed projects proximate to the subject, having been introduced to the marketplace within the last five years. These include the Ruthie Subdivision, Heahea Subdivision, Waiakea Heights, and the Pacific Heights development. Beginning with Ruthie Subdivision a brief description of each project, including unsold inventory and pricing levels is discussed in the following paragraphs.

Ruthie Subdivision, located in the community of Waiakea, contains 10,000 square foot lots. Currently five remain unsold with prices ranging from circa $30,000 to $50,000. Heahea Heights presently has 10 10,000 to 12,000 square foot lots available for $48,500 to $55,000 per lot. Waiakea Heights currently has 12 lots remaining for sale at prices ranging from $49,500 to $62,500.. Finally, Pacific Heights Four has six remaining lots available for purchase at prices ranging from $65,000 to $100,000.

Interviews with brokers familiar with the subject property, combined with our research of absorption rates for similar residential sites, and remaining competitive inventory within recently developed projects have indicated that today's market might absorb approximately six to eight lots per year with initial lot sales being slightly higher due to historical positive market response to newly introduced projects. The brokers also indicated that the inventory on the lower side of the price range is experiencing greater interest from the buyers.

Based on this information and the relative size of the existing subdivision, but considering overall economic conditions, we have assumed that the subject would sell-out within a seventeen month period.

## Discount Rate

Discounting is a process which reflects the effects of time on the value of money. The present value of income decreases systematically as its receipt is deferred further into the future. The rate employed in this discount process is selected from the marketplace and is generally expressed as an annual percentage. The choice of rate entails many elements, the integral being returns offered by competing investments; risks inherent in the investment; and amenable benefits such as liquidity and tax implications attributable to the investment position.

21

Recent yields on Baa bonds averaged 7.15 percent, while ten-year US bonds averaged 5.46 percent. During the same period, the Federal Funds Rate averaged 5.54 percent. While the average real estate yield on commercial properties does not fluctuate significantly over time, they generally follow the trends set by other instruments such as Baa bonds and long-term U.S. Treasury bonds. However, bonds provide lower rates of return due to the lower risk and higher liquidity. Over the recent past, the spread between Baa bonds and the average desired yield on commercial real estate has ranged from 4.00 to 4.48 percent.

For real estate investments, surveys of major investors undertaken by CB Commercial Real Estate were employed as sources of discount rate indicators. The national study displays expected rates of return (discount rates) for the second quarter of 1998 ranging from 10.00 to 15.00 percent, averaging at 11.70 percent for Class A General Investment properties. For Apartment properties, the discount rate ranged was 10.00 to 14.00 percent, with an average of 11.5 percent.

After taking into consideration the yields available on alternative long-term investment vehicles, and the risks involved in the development and marketing of the subject subdivision, we have selected a discount rate of 12.00 percent.

## Discounted Sell-Out

The final part of our assignment has been to estimate the effects of the concluded seventeen month absorption period on the present value of the subject lots. We have forecasted the sales of the improved lots, and lots which were not in the flood zone to be sold earlier in the marketing period. As shown in Table 8, we have projected the initial sale of Parcels 82 and 73 in the first month, no sales in the second month, Parcel 76 in the third month, and so on until the last lot had been sold in the seventeenth month. In addition to the costs of sale (advertising, sales commissions, and escrow fees) there are a variety of other holding expenses such as insurance for the unsold dwellings, and real property taxes during the holding period.

The net sales income is then brought back, or discounted to a present worth at the previously determined discount rate that represents both the time value of money at a safe investment rate, and the risks associated with the development of the subject project.

## Final Value

As shown in Table 8, discounting the projected net cash flow over the forecasted absorption period results in a rounded present value, as of May 30, 1999 of $536,000

Therefore, it is our opinion that the market value of the fee simple interest in the bulk holding as of May 30, 1999 was $536,000.

22

**CERTIFICATION**

The undersigned do hereby certify that, to the best of our knowledge and belief, the statements of fact contained in this report are true and correct. It is further certified that the reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are our personal, unbiased professional analyses, opinions, and conclusions. We further certify that we have no present or prospective interest in the property that is the subject of this report, and have no personal interest or bias with respect to the parties involved. Our compensation is not contingent on a predetermined value or direction in value that favors the client, the amount of the value estimate, the attainment of a stipulated result, or the occurrence of a subsequent event.

Gary T. Kurokawa
Hawaii State Certified
General Appraiser, CGA-50
Expires 12/31/99

David K. Matsunami
Hawaii State Certified
General Appraiser, CGA-45
Expires 12/31/99

23

**EXHIBIT I:**

## ECONOMIC BACKGROUND
### State of Hawaii

The following narrative is a brief outline of the economic background of the State of Hawaii. The information contained in this section is provided to give the reader general information on the economy of the State of Hawaii. This report contains facts existing only at the times indicated and have been included solely to furnish information on current trends in the economy of the State. No representation is made or should be inferred that the economy will continue as projected.

### STATE OF HAWAII

Hawaii was admitted as the 50th State in 1959. Since that time, Hawaii has grown into a major Pacific Basin market through which both eastbound and westbound goods travel. Although generally thought of as a tourism based economy, Hawaii actively pioneers the fields of energy, land management and the realization of multi-ethnic ideals.

### Geography and Population

Huge volcanic eruptions from the ocean floor created the 1,610 mile long archipelago which consists of seven major and 124 minor islands. The seven major islands, Hawaii, Maui, Molokai, Lanai, Oahu, and Kauai account for more than 98 percent of the 6,450 square miles of land.

Hawaii is located 20 degrees north of the equator and 2,400 miles west of the U.S. Mainland. The islands' location and tropical climate provide fresh water, temperate climate and fertile land. In addition its remote location has resulted in many unique and endangered species of flora and fauna. Land stretches from the beaches at sea level to the snow capped mountains 13,800 feet above. Hawaii offers both one of the wettest spots on the earth, as well as one of the sunniest. Hawaii's agricultural past has contributed to it's unique multi-cultural background which offers equally appealing extremes. These contrasts, both physical and cultural, have helped to shape Hawaii's past and is setting the pattern for it's future growth.

The civilian population has grown rapidly since World War II. The population as of July 1991 was 1,134,800. Persons of Japanese and Caucasian descent make up nearly one half of the population, representing 33.0 and 24.9 percent of the State total respectively. The of the population is divided between Part Hawaiian, Filipino, Chinese, Korean and persons representing other ethnic backgrounds.

### Industry and Income

Personal income in Hawaii reached an all time high of 22.663 billion in 1990, an 11 percent increase over the previous year and up 220% from 1980. This resulted in an average income of $20,356 per capita, according to the U.S. Department of Commerce, which almost doubled 1980's mark of $10,617.

During the 80s business experienced brisk growth, and the number of employment opportunities

increased. There were 579,850 occupied jobs in 1990, and with 524,000 people currently employed out of an active labor force of 539,000, the average unemployment figure remains low at 2.8%, though higher than the 1989 figure.

Hawaii continues to be one of the favorite vacation spots for both eastbound as well as westbound travellers. In 1990 6,971,180 people visited Hawaii, spending an average of $1,120 during their 8.5 day stay.

The hotel industry currently employs 38,800 persons directly and has shown a relatively steady growth over the last ten years. The hotel industry envisions continued growth through targeting the upscale markets as evidenced by the development of luxury hotels on the South Kohala Coast of the Big Island of Hawaii.

The weakening of the U.S. dollar on the international market has made Hawaii more attractive to foreign visitors. Hawaii is expected to reap the benefits of this trend.

These factors along with the airline fare wars, facilitate travel to Hawaii which should be good news for the visitor industry. The construction of new, upscale hotels provides another reason to believe that long term growth potential exists. Therefore, the overall outlook for Hawaii's visitor industry is positive.

**Trade**

Also closely related to tourism is the trade industry, particularly local retail and wholesale, which amounted to $17.64 billion in 1986.

The trade industry is currently Hawaii's largest employer offering more than 116,700 job opportunities.

**Government**

The Department of Defense has traditionally been a major employer, however various Federal, State and County departments have annually infused large amounts of money into the economy so that all levels of the public sector expended slightly over $7.4 billion in 1985.

The federal government has cut spending and many of the jobs and services that were previously offered to the citizens of Hawaii. Current political and fiscal policies have also limited growth on both the State and County levels.

## Agriculture

Sugar and diversified agriculture continue to be the major agricultural products of Hawaii, accounting for $401 million in sales. After recovering from the instability brought on by the expiration of the Federal Sugar Act in the mid-70's, the processing of sugarcane remains an integral part of island industry. Competition from other sweeteners and producing third world countries have severely hampered the industry in the past years. Government restrictions on foreign sugar imports have helped to preserve Hawaii's sugar industry. Sugar currently employs 3,100 people and produced a gross revenue of $214 million in 1990, a decrease in both jobs and revenues when compared to the previous year.

Hawaii's pineapple industry is likewise experiencing extreme competition from foreign competitors. The pineapple industry, has severely cut back production and packaging operations in the State, as indicated by the closing of its Molokai and Lanai plantations. Sales of $99 million with 1,850 employed in 1990 indicated a decrease in both sales and employment over the previous year. Given information about rising world production capacity, it appears unlikely that the local pineapple industry will dramatically expand.

## Construction

After struggling through severe setbacks as a result of the nationwide recessions of 1982 and 1983, the construction industry reached $4.1 billion spent in 1990. The increase in foreign investment, coupled with the redevelopment of existing properties has increased the amount of construction occurring in Hawaii.

## Land and Development

With only 4.1 million acres of gross land area on the six major islands, land is currently Hawaii's most valuable commodity. In order to utilize this precious resource most efficiently, the State Plan of Hawaii and County Zoning Codes were enacted with long range development, urban planning and conservation being the major concerns addressed.

Only 178,114 acres are currently in urban use. The other major uses are: conservation, 1.96 million acres; agriculture, 1.96 million acres; and rural areas of 10,175 acres. With the passing of each year, the community is becoming increasingly aware of the need for environmentally sound development and well planned recreational and conservation areas.

## Economic Outlook

After decades of tremendous prosperity in the islands, many people today are worried about the future of Hawaii's stagnating economy.

The beginning of 1991 saw a drop in the number of visitors, rising housing prices and decreases in consumer spending. Many island residents, unable to buy a home began migrating to the mainland where prices were more affordable. In order to try to cure some of these problems, Hawaii has been forced to seek an expansion of its traditional visitor markets and to further diversify island industry.

Industrial capabilities are being expanded in areas such as petroleum refining, cement making, various electronic services, garment and furniture manufacturing. These industries, along with the trendsetting ideas which are already in place, geothermal energy, oceanic and astronomical research and international free trade zones, have added to the stable growth patterns which appear in the forecast for a new decade of economic vitality for the State of Hawaii.

## THE ISLAND OF HAWAII

The Island of Hawaii is the largest and "youngest" in the State. Known as the Big Island, its area is still being expanded by volcanic eruptions. It is now almost twice as large as all of the other Islands in the State combined. Although large in physical size, the Big Island's resident population -- estimated at 120,317 in 1990 -- is only about 10 percent of the State total.

Historically, the economy of the Big Island was subsistence. Discovery by western civilization led to the development of trade and commercial agriculture. Sugarcane production became the mainstay of the Island's economy. The visitor industry was slow to develop but gathered momentum with growth of commercial airline service after World War II. Today, the principle industries on the Big Island are tourism and milling and diversified agriculture.

A number of issues concerning constraints on economic development were identified which present challenges to growth and development efforts. One area of concern involves the problems associated with having a large land area and a small population base. The relatively long distances between major communities elevate the cost of transporting both people and goods around the Island. These distances also mean that it is relatively more expensive to provide highways and utility infrastructure than it is on the other islands.

The Island's relatively small population also limits the availability of direct air and surface shipping to U.S. Mainland markets. The increased cost of transporting most people and cargo through Honolulu negatively affects the growth of both the visitor and diversified agriculture industries.

Another area of concern is the supply of labor needed for economic growth. While there are many potential members of the labor force on the Big Island, many reside too far away from the high-growth region of West Hawaii to commute. In addition the cost of housing in West Hawaii is too high for many prospective workers to relocate.

The high cost and limited availability of land for productive business and housing are also perceived as having significant negative influence on economic growth. Although there is no shortage of land on the Big Island, less than 1.5 percent of the total is classified Urban. The State and Federal governments own approximately 40 percent of the land, most of which is not generally available for sale and/or development. Opinion is divided about whether more urban land is necessary at the present time, given limitations on water availability and an excessive number of visitor accommodations. However, speculative investment in West Hawaii land could keep the land prices high regardless of the amount made available for urban use.

Water availability is another constraint on development. The readily available surface water resources have been fully exploited and future demand will have to be met by drilling wells, an expensive undertaking. State and County funds for water development are limited. Alternative means of funding have centered on private sector participation.

Transportation to and from the Island is an issue that was raised repeatedly throughout the course of the study. All levels of the Island's import-export oriented economy are affected by the availability and cost of transportation links to the outside world. Most goods and people traveling between the Big

Island and out-of-State areas transit through Honolulu, utilizing primarily the two inter-island air carriers and the inter-island freight barge system. The Big Island's direct link to the Mainland and foreign countries are currently limited to United Airlines' flights from the Mainland to Keahole Airport, and limited surface shipping. The need to transit through Honolulu to or from out-of-state points results in higher costs to Big Island visitors and to Island farmers shipping to Mainland and foreign markets.

Financing the many infrastructure requirements for growth such as roads and sewer systems is also an important concern. State tax revenues and consequently expenditures have slowed in the past several years and the County's primary funding source, real property tax collections, has reached a plateau. Alternative means of financing are needed.

## EVOLVING ECONOMIC DEVELOPMENT EFFORTS

A strategy for economic development has evolved in response to the constraints imposed by the large land area, small tax base, and difficulties in financing infrastructure expansion. The County Administration advocates "pocket" development which reduces infrastructure servicing costs. Other elements of the strategy include targeting different areas of the Island for specific types of growth; for example, agriculture and selected industries in the Hilo and Puna Districts and tourism in North Kona and South Kohala. The promotion of alternative energy development is another element, designed to reduce dependency on imported petroleum and control energy costs. Priority for infrastructure development is given to high growth and critical areas.

The roles of the public and private sectors in the economic development process have undergone considerable changes over the past decades. During the economic growth era of the 1960s and early 1970s, the role of government was primarily to control and direct growth. A slower growing economy since the late 1970s has led to a shift in emphasis to active promotion of economic growth, while maintaining protection for the quality of life and the environment. The change in the economic climate has also produced a change in the perception of the importance of the business sector to the well-being of the community. A three-way partnership towards the economic stabilization and growth of the Big Island seems to be developing among the County government, the private sector, and in a supportive role, the State government. The County's Department of Research and Development is involved in supporting existing industries and developing new opportunities. The County has formed a New Industry Development Committee, composed primarily of private sector members, that is actively seeking new industries. The private sector has formed the Island-wide Hawaii Island Economic Development Board whose purpose is to unify the County's private sector behind an overall economic development program. The various Chambers of Commerce have also collaborated on a joint approach for participating in the economic development process.

An event of major concern of the Island was the closing of the Puna Sugar Company in 1984. The closing has removed about 15,000 acres from sugarcane production and has idled the remaining 265 workers. The former sugarcane land will offer the potential for the production of other crops, and consequently the potential of replacement jobs. Opportunities under consideration for the use of vacated sugar lands include growing papayas, macadamia nuts, bananas and trees for wood chips to be used in generating electric power.

A number of other economic activities are either planned or proposed for the Puna-Hilo region which could provide additional employment opportunities for displaced Puna sugar workers. These include a 450 acre Industrial Park, in construction, by the W.H. Shipman Co., Ltd.; the possibility of a Puna High Technology Facility at the present geothermal site to use the by-products of the well; and an air cargo distribution center at General Lyman Field being explored by the county and the private sector. If additional geothermal facilities are developed, it is anticipated that many of the job skills needed will be comparable to those existing in the sugar industry.

## THE VISITOR INDUSTRY

The Big Island's visitor industry is now comparable in economic importance to the total agricultural industry on the Island. Tourism's considerable growth potential, however, makes it the most important industry in the foreseeable future. From the early 1960s, tourism grew reasonably well until 1979 when sharp escalations in overseas air fares, the loss of the common fare program, increases in inter-Island air fares, and the decline in group tour traffic resulted in a sharp decline in visitor arrivals and exceptionally low hotel occupancy rates. Since the low point in 1981, slow but steady recovery has occurred in the Island's visitor industry.

While some of the problems facing the visitor industry are beyond the Island's control, others are amenable to possible remedies. One area that is receiving increasing attention is the image of the Island projected in marketing and promotional efforts. In the past the Big Island has not been viewed as a beach resort destination area by potential visitors. The Island's major attraction has been sightseeing, especially the volcanoes. However, with recent development of new beach resorts in South Kohala, there is now an opportunity to alter the Island's "sightseeing only" image. Another image problem appears to be one of name identity; that is, distinguishing the Island of Hawaii from the State of Hawaii in the mind of the prospective visitor. The term "Big Island" has had limited success in this regard.

Other issues involving the visitor industry include providing for future growth in light of the necessity to provide facilities and infrastructure, the balance between the growth of condominiums and resort hotels, and the relationship between accelerated visitor industry growth and in-migration.

The Big Island of Hawaii is succeeding in attracting more tourists. New hotels and championship golf courses intended to lure an upscale market have been built along the Big Island's north-west shoreline, and massive new luxury resorts are planned or are already under construction there. Direct airline flights from mainland cities to Kailua-Kona are boosting visitor arrivals on Hawaii's west side.

## THE AGRICULTURE INDUSTRY

The Island of Hawaii is the State's major agricultural producer. The industry is today comprised of diversified agriculture.

Large landowners are replacing sugarcane plantings with other crops, mainly papaya and macadamia nuts. The macadamia nut continues to be important in island agriculture. In 1984, growers produced

37.7 million pounds, virtually the entire U.S. corp. In 1984, there were 16,900 acres in macadamia, 15,460 of them on the Big Island, and sales were valued at $25.95 million. The island also produces avocados, oranges, tangerines, flowers, and foliage. It is the world's largest orchid producer and has the nation's only coffee industry.

Hawaii's coffee industry, previously confined to a small sector of the Big Island's Kona district, is making a comeback with a high-quality, high visibility product. Farmers who let their fields turn to wilderness are once again planting coffee trees, but a significant increase in harvest is several years in the future.

## OTHER INDUSTRIES AND ACTIVITIES AFFECTING ECONOMIC DEVELOPMENT

Education and research are becoming important segments of the islands' economy. In 1981-82, the University of Hawaii at Hilo employed 550 persons and had an operating budget of $13 million, with most of that spent within the local community. The astronomical research station at the top of Mauna Kea employed 106 people in 1982 and had an operating budget of $6.7 million. Additional telescopes and support facilities planned for completion by 1990 could result in an estimated $92.5 million spent on construction, additional annual operating expenses of $8.8 million, and an estimated 110 new direct jobs. The Natural Energy Laboratory of Hawaii, located at Keahole Point in West Hawaii, is the only facility in the world that can provide significant amounts of warm and cold ocean water for ocean thermal energy conversion (OTEC) research. Research on OTEC-aquaculture has led to commercial demonstration projects which, if successful, could lead to increased jobs and revenues.

Manufacturing is a significant part of the island's economy, accounting for approximately seven percent of the total number of jobs in 1983. About half of all manufacturing jobs were at sugar mills. Other food processing accounted for about 30 percent of the jobs, with the remaining 20 percent distributed among durable and nondurable goods. About one-third of non-sugar manufacturing is geared for export markets, and it appears that most of the growth in diversified manufacturing has been due to the sharp increase in exported specialty foods. Factors limiting growth include: the high cost of transporting raw materials to — and finished goods from — the Island, the high cost of land (relative to the Mainland), and the high cost of energy.

Positive developments in the past few years could bolster the islands' potential for growth in the manufacturing sector. The development of geothermal and other alternate energy sources could stabilize energy costs, and provide ample energy for growth. The boom in high technology products, if successfully nurtured on the Big Island, could provide new manufacturing opportunities. Finally, efforts are being made to develop a new industrial park which would reduce costs to individuals by consolidating cost elements. Three prospective manufacturing activities are worthy of study since they could utilize raw material on or near the island. They are: a cattle feed lot/meat processing operation (commenced operations 1987), furniture and wood products operations.

Energy is one of the basic resources necessary for economic growth. The State and the County of Hawaii are committed to developing alternate energy resources to replace imported petroleum products. The Big Island is blessed with many possible sources of alternate energy. Although the State as a whole relies on petroleum for 90 percent of its electricity generation, petroleum produces

only 55 percent on the Big Island. The remainder is provided by biomass (38 percent), hydroelectric (4 percent), and geothermal (3 percent). In addition, solar water heating, photovoltaic, and wind machines reduce the demand for electricity from the Hawaii Electric Light Company. Wind farms are being constructed that will also sell power to the utility company.

Geothermal energy, derived from heat trapped within the earth, can be used to produce electricity or as process heat for agricultural and industrial processes. The geothermal resource in the Puna area is estimated to have the capacity to provide up to 500 megawatts continuously for a century. If fully developed, this potential could supply about one-third of the State's present electricity demand, provided that an undersea transmission cable can be built and installed to distribute the electricity throughout the State. Benefits could also include stabilizing local utility rates, providing new jobs, attracting selected industries, and improving the State's balance of payments by reducing the need for petroleum imports.

Although commercial fishing on the Big Island represents a relatively small part of the economy, it has experienced a substantial increase in State market share, moving from 10.9 percent to 38.6 percent of the statewide fish catch over the past decade. The industry is oriented primarily toward the fresh fish market, with fresh Ahi as the primary export to the Mainland and Honolulu. A majority of the commercial fish landings are made by small craft that operate along the coastline. The major problems facing the industry include periodic low catch rates, "burnt tuna" (a poor condition in the quality of the tuna flesh), and inadequate harbor and support facilities.

Many forms of underground, or illegal, economic activity generate income on the island, but the only apparent underground activity large enough to have significant economic development implications is the growth of marijuana. Hawaii County law enforcement officials confiscated 75 tons of marijuana in 1983, with an estimated retail (street) value of $31 million. Although the marijuana industry is often credited with putting significant amounts of cash into the local economy, law enforcement officials indicate that perhaps as much as 90 percent of the activity is conducted by young Mainlanders who spent a few years on the Big Island, send the marijuana to the Mainland where the profits are accumulated, and then return to the Mainland. Thus, not as high a proportion of marijuana revenue returns to the island as is commonly believed.

The potential of other small, diversified economic activities have been suggested for the Big Island. Retirement communities might become popular because of the warm, dry climate in West Hawaii and could contribute to the economic base. Annual sports, recreation or cultural events such as the Ironman Triathlon attract visitors and bring in new sources of income. There is a potential for attracting more filming activities to the Big Island with its scenic beauty and variety. Legalized gambling and parimutuel betting have been proposed periodically, but there is serious doubt about the overall benefits of these activities. Commercial aquaculture is a small but growing industry on the Big Island. Many industries have been and could further considered that would utilize locally available raw materials, replace imported goods, or increase exports.

TMK: 2-5-027-012 (3)

## EXHIBIT "A"

All of that certain parcel of land (being portion(s) of the land(s) described in and covered by Land Patent Grant 4058 to A. G. Correa, and Land Patent Grant 11,438 to Akio Hoshide) situate, lying and being situate at Kaumana, Ponahawai, South Hilo, State of Hawaii, being LOT F-1-A1, being a portion of Lot 1 of the "KAUMANA HOMESTEADS, and being also a portion of Lot 65 of the "PONAHAWAI HOUSE LOTS", and thus bounded and described:

Beginning at the westerly corner of this parcel of land being the northerly corner of Lot "F-1-A2" along the southerly side of Road Lot "A1", the coordinates of said point of beginning referred to Government Survey Triangulation Station "KAUMANA" being 2,231.81 feet north and 2,333.30 feet east, thence running by azimuths measured clockwise from true South:

| | | | | |
|---|---|---|---|---|
| 1. | 221° | 34' | 00" | 55.40 | feet along the southerly side of Road Lot "B"; |

2.   Along the southerly side of Road Lot "B" on a curve to the right with a radius of 25.00 feet, the chord azimuth and distance being:

| | | | | |
|---|---|---|---|---|
| | 272° | 55' | 30" | 39.05 | feet; |
| 3. | 324° | 17' | 00" | 129.68 | feet along the westerly side of Road Lot "A2"; |
| 4. | 41° | 34' | 00" | 110.96 | feet along the northwesterly side of Road Lot "A1", Lot F-1C and Lot F-1B; |
| 5. | 152° | 23' | 30" | 167.98 | feet along the easterly side of Lot F-1-A1 to the point of beginning and containing an area of 15,373 square feet, more or less. |

## TITLE GUARANTY OF HAWAII
INCORPORATED

EXHIBIT A CONTINUED

BEING THE PREMISES ACQUIRED BY DEED

GRANTOR    :  B & B CONSTRUCTION, INC., a Hawaii corporation

GRANTEE    :  SAVIO DEVELOPMENT CO., INC., a Hawaii
              corporation

DATED      :  March 7, 1995
RECORDED   :  Document No. 95-032772

### TITLE GUARANTY OF HAWAII
INCORPORATED

TMK: 2-5-027-072 (3)

## EXHIBIT "A"

      All of that certain parcel of land (being portion(s) of the land(s) described in and covered by Land Patent Grant Number 4058 to A. G. Correa, and Land Patent Grant Number 11,438 to Akio Hoshide) situate, lying and being at Kaumana, Ponahawai, South Hilo, Island and County of Hawaii, State of Hawaii, being A PORTION OF LOT 1 of the "KAUMANA HOMESTEADS", same being also a portion of Lot 65 of the "Ponahawai House Lots", and thus bounded and described:

      Beginning at the westerly corner of this parcel of land being the northerly corner of Lot "F-1-A3" along the easterly side of Road Lot "B", the coordinates of said point of beginning referred to Government Survey Triangulation Station "KAUMANA" being 2,134.80 feet north and 2,274.02 feet east, thence running by azimuths measured clockwise from true South:

1.    Along the easterly side of Road Lot "B" on a curve to the left with a radius of 32.00 feet, the chord azimuth and distance being:

    207°   12'   26"   36.37   feet;

2.    Along the easterly side of Road Lot "B" on a curve to the right with a radius of 32.00 feet, the chord azimuth and distance being:

    197°   04'   26"   26.53   feet;

3.    221°   34'   00"   52.54   feet along the easterly side of Road Lot "B";

4.    332°   23'   30"   167.98   feet along the southwesterly side of Lot "F-1-A1";

EXHIBIT A CONTINUED

| 5. | 41° | 34' | 00" | 41.62 | feet along the northwesterly side of Lot "F-1B"; |
| 6. | 53° | 18' | 52" | 58.02 | feet along the northwesterly side of Lot "F-1B"; |
| 7. | 151° | 50' | 00" | 133.43 | feet along the northeasterly side of Lot "F-1-A3" to the point of beginning and containing an area of 15,219 square feet, more or less. |

BEING THE PREMISES ACQUIRED BY DEED

GRANTOR    :  B & B CONSTRUCTION, INC., a Hawaii corporation

GRANTEE    :  SAVIO DEVELOPMENT CO., INC., a Hawaii corporation

DATED      :  March 7, 1995
RECORDED   :  Document No. 95-032772

379864              TITLE GUARANTY OF HAWAII              Page  2

TMK: 2-5-027-073 (3)

## EXHIBIT "A"

All of that certain parcel of land (being portion(s) of the land(s) described in and covered by Land Patent Grant Number 4058 to A. G. Correa) situate, lying and being at Kaumana, Ponahawai, South Hilo, Island and County of Hawaii, State of Hawaii, being LOT 1 of the "KAUMANA II SUBDIVISION", bearing Tax Key designation 2-5-027-073 (3), and containing an area of 15,695 square feet, more or less.

BEING THE PREMISES ACQUIRED BY DEED

GRANTOR     :  B & B CONSTRUCTION, INC., a Hawaii corporation

GRANTEE     :  SAVIO DEVELOPMENT CO., INC., a Hawaii corporation

DATED       :  March 7, 1995
RECORDED    :  Document No. 95-032772

TMK: 2-5-027-079 (3)

## EXHIBIT "A"

       All of that certain parcel of land (being portion(s) of the land(s) described in and covered by Land Patent Grant Number 4058 to A. G. Correa) situate, lying and being at Kaumana, Ponahawai, South Hilo, Island and County of Hawaii, State of Hawaii, being LOT 2 of the "KAUMANA II SUBDIVISION", bearing Tax Key designation 2-5-027-079 (3), and containing an area of 15,698 square feet, more or less.

BEING THE PREMISES ACQUIRED BY DEED

GRANTOR    : B & B CONSTRUCTION, INC., a Hawaii corporation

GRANTEE    : SAVIO DEVELOPMENT CO., INC., a Hawaii corporation

DATED      : March 7, 1995
RECORDED  : Document No. 95-032772

TMK: 2-5-027-074 (3)

## EXHIBIT "A"

All of that certain parcel of land (being portion(s) of the land(s) described in and covered by Land Patent Grant Number 4058 to A. G. Correa) situate, lying and being at Kaumana, Ponahawai, South Hilo, Island and County of Hawaii, State of Hawaii, being LOT 3 of the "KAUMANA II SUBDIVISION", bearing Tax Key designation 2-5-027-074 (3), and containing an area of 15,397 square feet, more or less.

BEING THE PREMISES ACQUIRED BY DEED

GRANTOR    :  B & B CONSTRUCTION, INC., a Hawaii corporation

GRANTEE    :  SAVIO DEVELOPMENT CO., INC., a Hawaii corporation

DATED      :  March 7, 1995
RECORDED   :  Document No. 95-032772

TMK: 2-5-027-080 (3)

## EXHIBIT "A"

All of that certain parcel of land (being portion(s) of the land(s) described in and covered by Land Patent Grant Number 4058 to A. G. Correa) situate, lying and being at Kaumana, Ponahawai, South Hilo, Island and County of Hawaii, State of Hawaii, being LOT 4 of the "KAUMANA II SUBDIVISION", bearing Tax Key designation 2-5-027-080 (3), and containing an area of 15,399 square feet, more or less.

BEING THE PREMISES ACQUIRED BY DEED

GRANTOR    : B & B CONSTRUCTION, INC., a Hawaii corporation

GRANTEE    : SAVIO DEVELOPMENT CO., INC., a Hawaii corporation

DATED      : March 7, 1995
RECORDED   : Document No. 95-032772

389055          TITLE GUARANTY OF HAWAII          Page  1

TMK: 2-5-027-081 (3)

## EXHIBIT "A"

　　　　　　All of that certain parcel of land (being portion(s) of the land(s) described in and covered by Land Patent Grant Number 4058 to A. G. Correa) situate, lying and being at Kaumana, Ponahawai, South Hilo, Island and County of Hawaii, State of Hawaii, being LOT 5 of the "KAUMANA II SUBDIVISION", bearing Tax Key designation 2-5-027-081 (3), and containing an area of 15,431 square feet, more or less.


BEING THE PREMISES ACQUIRED BY DEED

GRANTOR　　: B & B CONSTRUCTION, INC., a Hawaii corporation

GRANTEE　　: SAVIO DEVELOPMENT CO., INC., a Hawaii corporation

DATED　　　: March 7, 1995
RECORDED　 : Document No. 95-032772

TMK: 2-5-027-075 (3)

## EXHIBIT "A"


·All of that certain parcel of land (being portion(s) of the land(s) described in and covered by Land Patent Grant Number 4058 to A. G. Correa) situate, lying and being at Kaumana, Ponahawai, South Hilo, Island and County of Hawaii, State of Hawaii, being LOT 6 of the "KAUMANA II SUBDIVISION", bearing Tax Key designation 2-5-027-075 (3), and containing an area of 16,216 square feet, more or less.


BEING THE PREMISES ACQUIRED BY DEED

GRANTOR    :  B & B CONSTRUCTION, INC., a Hawaii corporation

GRANTEE    :  SAVIO DEVELOPMENT CO., INC., a Hawaii corporation

DATED      :  March 7, 1995
RECORDED   :  Document No. 95-032772

TMK: 2-5-027-082 (3)

## EXHIBIT "A"

        All of that certain parcel of land (being portion(s) of the land(s) described in and covered by Land Patent Grant Number 4058 to A. G. Correa) situate, lying and being at Kaumana, Ponahawai, South Hilo, Island and County of Hawaii, State of Hawaii, being LOT 7 of the "KAUMANA II SUBDIVISION", bearing Tax Key designation 2-5-027-082 (3), and containing an area of 15,001 square feet, more or less.


BEING THE PREMISES ACQUIRED BY DEED

GRANTOR    : B & B CONSTRUCTION, INC., a Hawaii corporation

GRANTEE    : SAVIO DEVELOPMENT CO., INC., a Hawaii corporation

DATED     : March 7, 1995
RECORDED   : Document No. 95-032772

TMK: 2-5-027-076 (3)

## EXHIBIT "A"

        All of that certain parcel of land (being portion(s) of the land(s) described in and covered by Land Patent Grant Number 4058 to A. G. Correa, and Land Patent Grant Number 11,438 to Akio Hoshide) situate, lying and being at Kaumana, Ponahawai, South Hilo, State of Hawaii, being LOT "F-1-A6", same being also a portion of Lot 1 of the "Kaumana Homesteads" and Lot 65 of the "Ponahawai House Lots" and thus bounded and described:

        Beginning at the westerly corner of this parcel of land being the southeasterly corner of Lot "F-1-A5" along the northeasterly side of Road Lot "A2", the coordinates of said point of beginning referred to Government Survey Triangulation Station "Kaumana" being 2,315.07 feet north and 2,402.20 feet east, thence running by azimuths measured clockwise from true South:

| | | | | |
|---|---|---|---|---|
| 1. | 221° | 34' | 00" | 93.35 | feet along the southeasterly side of Lot "F-1-A5"; |
| 2. | 324° | 17' | 00" | 164.73 | feet along the southerly side of Lots 2 and 3; |
| 3. | 41° | 34' | 00" | 93.35 | feet along the northeasterly side of Lot "F-1-D" and Road Lot "A1"; |
| 4. | 144° | 17' | 00" | 164.73 | feet along the northeasterly side of Road Lot "A2" to the point of beginning and containing an area of 15,001 square feet, more or less. |

EXHIBIT A CONTINUED

BEING THE PREMISES ACQUIRED BY DEED

GRANTOR     :   B & B CONSTRUCTION INC., a Hawaii corporation

GRANTEE     :   SAVIO DEVELOPMENT CO., INC., a Hawaii
                corporation

DATED       .:  March 7, 1995
RECORDED    :   Document No. 95-032772

TMK: 2-5-027-077 (3)

## EXHIBIT "A"

-FIRST:-

       The premises more particularly described in Exhibit "A" attached hereto.

-SECOND:-

       The premises more particularly described in Exhibit "B" attached hereto.

BEING THE PREMISES ACQUIRED BY DEED

GRANTOR    :  B & B CONSTRUCTION, INC., a Hawaii corporation

GRANTEE    :  SAVIO DEVELOPMENT CO., INC., a Hawaii corporation

DATED      :  March 7, 1995
RECORDED  :  Document No. 95-032772

# EXHIBIT A

### ROAD LOT "A1"

**Being a portion of Lot 1, Kaumana Homesteads,
Land Patent Grant 4058 to A. G. Correa,
Being also a portion of Lot 65, Ponahawai House Lots,
Land Patent Grant 11,438 to Akio Hoshide**

### Situated at Kaumana, Ponahawai, South Hilo, Hawaii

Beginning at the Easterly corner of this parcel of land along the Southerly side of Lot F-1-D, being also along the Westerly side of Kaumana Drive, the coordinates of said point of beginning referred to Government Survey Triangulation Station "Kaumana" being 2,055.93 feet North and 2,635.38 feet East, thence running by azimuths measured clockwise from True South;

1.  30° 35' 00"    87.36 feet along the Westerly side of Kaumana Drive to the Easterly side of Lot F-1-C;

2.  Along the Easterly side of Lot F-1-C on a curve to the left with a radius of 20.00 feet, the chord azimuth and distance being:
    177° 26' 00"    21.87 feet;

3.  144° 17' 00"    191.83 feet along the Northeasterly side of Lot F-1-C to the Southeasterly side of Lot F-1-A1;

4.  221° 34' 00"    41.01 feet along the Southeasterly side of Lot F-1-A1, Lot F-1-A6 and Road Lot "A2" to the Westerly corner of Lot F-1-D;

5.  324° 17' 00"    165.74 feet along the Southwesterly side of Lot F-1-D;

6.  Along the Southerly side of Lot F-1-D on a curve to the left with a radius of 20.00 feet, the chord azimuth and distance being:
    267° 26' 00"    33.49 feet to the point of beginning and containing an area of 8,271 square feet.



BLAINE W. ITO
REGISTERED
PROFESSIONAL
LAND
SURVEYOR
No. 5691
HAWAII, USA

# EXHIBIT B

## ROAD LOT "A2"

Being a portion of Lot 1, Kaumana Homesteads,
Land Patent Grant 4058 to A. G. Correa,
Being also a portion of Lot 65, Ponahawai House Lots,
Land Patent Grant 11,438 to Akio Hoshide

### Situated at Kaumana, Ponahawai, South Hilo, Hawaii

Beginning at the Southerly corner of this parcel of land being the Easterly corner of Lot F-1-A1 along the Northerly side of Road Lot "A1", the coordinates of said point of beginning referred to Government Survey Triangulation Station "Kaumana" being 2,165.98 feet North and 2,484.76 feet East, thence running by azimuths measured clockwise from True South;

| | | |
|---|---|---|
| 1. | 144° 17' 00" | 197.44 feet along the Easterly side of Lot F-1-A1 and Road Lot "B"; |
| 2. | 234° 17' 00" | 26.00 feet along the Southerly side of Lot F-1-A5; |
| 3. | 324° 17' 00" | 192.93 feet along the Westerly side of Lot F-1-A5 and the Westerly side of Lot F-1-A6 to the Northerly side of Road Lot "A1"; |
| 4. | 41° 34' 00" | 20.51 feet along the Northerly side of Road Lot "A1" to the point of beginning and containing an area of 3,904 square feet. |



# EXHIBIT B

ROAD LOT "2"

Being a portion of Lot 1, Kaumana Homesteads,
Land Patent Grant 4658 to I. D. Correa

Situated at Kaumana, South Hilo, Hawaii

Beginning at the Easterly corner of this parcel of land being
along the Northeasterly side of Lot F-1-A1 along the Westerly side
of Road Lot "A2", the coordinates of said point of beginning
referred to Government Survey Triangulation Station "Kaumana" being
2,271.27 feet North and 2,409.00 feet East, thence running by
azimuths measured clockwise from True South;

1.      Along the Northerly side of Lot F-1-A1 on a curve to the
        left with a radius of 25.00 feet the
        chord azimuth and distance being:
        92° 55' 30"    33.05 feet;

2.      41° 34' 00"    107.94 feet along the Northwesterly side of
        Lots F-1-A1 and F-1-A2;

3.      Along the Northerly side of Lot F-1-A2 on a curve to the
        left with a radius of 32.00 feet the
        chord azimuth and distance being:
        17° 04' 26"    26.53 feet;

4.      Along the Northerly side of Lot F-1-A2 on a curve to the
        right with a radius of 32.00 feet the
        chord azimuth and distance being:
        27° 12' 26"    36.37 feet;

5.      Along the Northerly side of Lot F-1-A2 on a curve to the
        right with a radius of 32.00 feet the
        chord azimuth and distance being:
        110° 04' 00"    47.74 feet;

6.      Along the Easterly side of Lot F-1-A4 on a curve to the
        right with a radius of 32.00 feet the
        chord azimuth and distance being:
        214° 25' 34"    53.14 feet;

7.      Along the Easterly side of Lot F-1-A4 on a curve to the
        left with a radius of 32.00 feet the
        chord azimuth and distance being:
        246° 03' 34"    26.53 feet;

8.      221° 34' 00"    127.74 feet along the Easterly side of Lot
        F-1-A4;

9.      Along the Easterly side of Lot F-1-A4 on a curve to the
        left with a radius of 20.00 feet the
        chord azimuth and distance being:
        182° 55' 30"    24.95 feet;

10.     324° 17' 00"    67.76 feet along the Southwesterly side of
        Road Lot "A2" to the point of beginning
        and containing an area of 6,739 square
        feet.

EXHIBIT III:

Article 4.  RS, Single Family Residential Districts.

SECTION 25-118.    Purpose and applicability.  The RS (single family residential) district provides for low density residential area, for urban and suburban family life.  It applies to areas having facilities, and to carry out the above stated purpose.  (1975 C.C.,c.8, art. 3, sec. 1.)

SECTION 25-119.    Designation of RS districts.  Each RS (single family residential) district shall be designated on the zoning map by the symbol "RS" followed by a number which specifies the required minimum building site area in thousands of square feet.  (1975 C.C.,c.8, art. 3, sec. 2.)

SECTION 25-120.    Permitted uses.
(a)  The following uses shall be permitted in the RS districts:
    (1)        Single family dwellings.
    (2)        Golf courses where the edge of a tee or green is not closer than one hundred feet to any property line.
    (3)        Country clubs and golf club houses where no structure or activity area such as pools and games, is located closer than two hundred feet to any property line.
    (4)        Neighborhood parks, playgrounds, tennis courts, wading pools, and similar neighborhood recreational areas and uses.
    (5)        Growing and gathering of crops, fruits, vegetables, flowers, trees, and other plants provided no separate building for retail outlet is constructed.
    (6)        Home occupations.
    (7)        Family care and family boarding homes.
    (8)        Buildings and uses normally considered directly accessory to the above permitted uses.  (1975 C.C.,c.8, art. 3, sec. 3; Am. 1983, Ord. No. 888, sec. 25-120 (a)(7)(8).)

SECTION 25-121.    Height limits.  The height limits in the RS district shall be thirty-five feet.  (1975 C.C.,c.8, art. 3, sec. 4; Am. 1983, Ord. No. 83-35, sec. 25-121.)

SECTION 25-122.    Minimum building site areas.  No RS district shall be designated as having a minimum building site area of less than seven thousand five hundred square feet, except as provided in articles 21 (Planned Unit Development) and 22 (Cluster Plan Development).  (1975 C.C.,c.8, art. 3, sec. 5.)

SECTION 25-123.    Minimum building site average width.  Each

building site in an RS district shall have a minimum average width of sixty feet, plus two feet for each five hundred square feet of required building site area in excess of seven thousand five hundred square feet, except that no building site shall be required to have an average width of more than one hundred fifty feet. (1975 C.C.,c.8, art. 3, sec. 6.)

SECTION 25-124.     Minimum yards.
(a)  The minimum yard requirements in an RS district shall be as follows:  Ɔꞃ

(1)     On a building site with a required area of seven thousand five hundred square feet to and including nine thousand nine hundred ninety-nine square feet.
(A) Front and rear yards, fifteen feet; and
(B) Side yards, eight feet.
(2)     On a building site with a required area of ten thousand square feet to and including nineteen thousand nine hundred ninety-nine square feet:
(A) Front and rear yards, twenty feet; and
(B) Side yards, ten feet.
(3)     On a building site with a required area of twenty thousand square feet or more:
(A) Front and rear yards, twenty-five feet; and
(B) Side yards, fifteen feet. (1975 C.C.,c.8, art. 3, sec. 7.)

SECTION 25-125.    Other regulations.
(a)  There may be more than one single family dwelling on each building site in an RS district provided there is not less than the required minimum building site area for each dwelling.
(b)  If a legal building site in any RS district has less area or average width than is required, then the yard requirements for the building site shall be the same as in the RS district having the largest requirements for which the building site can comply.
(c)  The required off-street parking in an RS district shall be in a garage or carport or in a location where it would be permissible to erect a structure to cover such space. (1975 C.C.,c.8, art. 3, sec. 8.)

**MARKET DATA LAND TRANSACTIONS**                    EXHIBIT IV

**Transaction 1**

| | |
|---|---|
| Location | 101 Terrace Drive, Hilo, Hawaii |
| Third Division Tax Map Key | 2-5-29, Parcel 24 |
| Land Area | 10,003 Square Feet |
| County Zoning | RS-10 Residential District |
| Grantor | Isamu Sato |
| Grantee | Stephen S. Gross |
| Instrument | Deed |
| Date of Sale | August 7, 1998 in Document 98-116191 |
| Sale Price | $ 45,000 |
| Comments | This rectangular shaped site has mostly level topography with no adverse easements or conditions noted.  Broker indicated comparable sold for cash, and was on the market for 126 days. |

**MARKET DATA LAND TRANSACTIONS**                    EXHIBIT IV

**Transaction 2**

| | |
|---|---|
| Location | 58 Terrace Drive, Hilo, Hawaii. |
| Third Division Tax Map Key | 2-5-32, Parcel 26 |
| Land Area | 10,480 Square Feet |
| County Zoning | RS-10 Residential District |
| Grantor | Chin Charitable Remainder Trust |
| Grantee | Charles P. Bennett |
| Instrument | Deed |
| Date of Sale | June 1, 1998 in Document 98-174326 |
| Sales Price | $ 50,000 |
| Comments | This mostly rectangular site is located at the corner of Terrace Drive and Pakalana Place. The broker indicated that the comparable sold for cash and was on the market for 104 days. |

**MARKET DATA LAND TRANSACTIONS**                    EXHIBIT IV

**Transaction 3**

| | |
|---|---|
| Location | 29 Wilder Road, Hilo, Hawaii |
| Third Division Tax Map Key | 2-5-5, Parcel 75 |
| Land Area | 10,769 Square Feet |
| County Zoning | RS-10 Residential District |
| Grantor | Kaoru Motoiishi |
| Grantee | Ryan A. Mattos |
| Instrument | Deed |
| Date of Sale | November 20, 1998 in Document 98-174326 |
| Sales Price | $ 40,000 |
| Comments | This level, mostly rectangular shaped parcel is located at the intersection of Wilder Road and Uhaloa Road. The parcel was listed for 594 days, and sold via conventional financing. |

# QUALIFICATIONS OF THE APPRAISER
David K. Matsunami

## I.    ADDRESS

91-942 Kuae'ewa Place
Ewa Beach, Hawaii  96706

## II.    EDUCATION

Hilo High School, 1980
Hilo, Hawaii

University of Hawaii at Manoa
B.A. in Real Estate Development, 1985

## III.    REAL ESTATE COURSES AND SEMINARS

Real Estate 300 Introduction to Real Estate Principles
University of Hawaii at Manoa
January 1984

Real Estate 310 Real Estate Law
University of Hawaii at Manoa
January 1984

Real Estate 320 Real Estate Appraisal
University of Hawaii at Manoa
July 1984

Real Estate 399 Real Estate Finance and Investment
University of Hawaii at Manoa
January 1985

Planning 610 Real Estate Development
University of Hawaii at Manoa
July 1985

Fundamentals of Real Property Appraisal
International Association of Assessing Officers
October 1987

The Income Approach to Valuation
International Association of Assessing Officers
August 1989

Capitalization Overview
American Institute of Real Estate Appraisers
August 1990

Foundations of Real Estate Appraisal
University of Hawaii at Manoa
June 1991

Appraising the Single Family Residence
University of Hawaii at Manoa
July 1991

Uniform Standards of Professional Practice
University of Hawaii at Manoa
June 1991

Hotel Motel Valuation
The Appraisal Institute
July 1992

Institutional Investment In Real Estate
The Appraisal Institute
July 1992

Arbitration Principles and Pitfalls
The Appraisal Institute
July 1992

Capitalization Theory & Techniques
The Appraisal Institute
October 1992

Standards of Professional Appraisal Practice Part A
The Appraisal Institute
March 1993

Standards of Professional Appraisal Practice Part B
The Appraisal Institute
March 1993

Advanced Income Capitalization
The Appraisal Institute
October 1993

Residential Case Studies
The Appraisal Institute
June 1994

IV.    PROFESSIONAL MEMBERSHIP

State of Hawaii Certified General Appraiser
License Number 45
Expires 12/31/99

Appraisal Institute
Associate Member MAI Candidate
November 1992

V.    EXPERIENCE

Research Analyst
The Hallstrom Appraisal Group

Associate Appraiser
Appraisal Resource Corporation

Appraiser
City and County Real Property Assessment

Appraiser/Analyst
GK Appraisals Incorporated

Appraiser/Analyst
Valuation Professionals Incorporated

Appraiser/Analyst
David Matsunami Appraisals

VI    APPRAISALS PREPARED FOR THE FOLLOWING CLIENTS:

Bishop Trust
Case & Lynch Attorneys at Law
Central Pacific Bank

Department of Land and Natural Resources
Federal Land Bank
Hawaii National Bank
Hawaii Federal & State Employees FCU
Hawaiian Homes Lands
Kushi & Kushi Attorneys at Law
Nakamoto, Yoshioka & Okamoto, Attorneys at Law
Realty Finance, Incorporated
M. Sonomura Construction Company Inc.
Yamanaka Enterprises