IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH, | Civil No. 04-00108 KSC/KSC |
| Plaintiff, | DECLARATION OF PHILIP E. ENGLISH |
| vs. | |
| CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1–10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10, | |
| Defendants. | |
| | Trial Date: October 3, 2006 |

## DECLARATION OF PHILIP E. ENGLISH

I, PHILIP E. ENGLISH., declare under penalty of perjury that the following is true and correct to the best of my knowledge and belief, and that this declaration is based upon my personal observation and/or information personally obtained by me, including through my employment with Defendant City and County of Honolulu, and further, that I would be competent to testify to the matters contained herein at the trial of this case:

10010/3/58041

1. Attached hereto as Exhibit "A" is a true and correct copy of a Notification of Personnel Action dated June 5, 2000 that was signed and received by me.

2. Attached hereto as Exhibit "C" are true and correct copies of of the Patient Chart for Philip E. English printed April 28, 2003 and received by me.

3. Attached hereto as Exhibit "D" is a true and correct copy of Joan Koff, PhD's summary of visit on April 21, 2005 received by me.

4. Attached hereto as Exhibit "G" is a true and correct copy of the letter from Joan Koff, Ph.D dated April 28, 2003 to Thomas Riddle that was copied and received by me.

5. Attached hereto as Exhibit "H" is a true and correct copy of my Declaration, signed by me and dated May 26, 2006.

6. Attached hereto as Exhibit "I" is a true and correct copy of my Declaration, dated September 22, 2006, signed by me and attached to Plaintiff Philip E. English's Separate and Concise Statement o Material Facts in Support of his Memorandum in Opposition to Defendants Gary T. Kurokawa, Robert O. Magota, and Ann C. Gima's Motion for Partial Summary Judgment on Qualified Immunity.

7. Attached hereto as Exhibit "J" is a true and correct copy of my Declaration, dated September 22, 2002, signed by me and attached to Plaintiff

Philip E. English's Memorandum in Opposition to GK Appraisal, Inc.'s Motion for Summary Judgmnent.

8. Attached hereto as Exhibit "L" is a true and correct copy of an email that I drafted and sent to R. Magota dated February 15, 2002 re: COMPLAINT AGAINST THE ADMINISTRATOR.

9. Attached hereto as Exhibit "M" is a true and correct copy of a Probationary Performance Evaluation Report for P. English that was signed and received by me.

10. Attached hereto as Exhibit "N" is a true and correct copy of a Probationary Performance Evaluation Report for P. English that was signed and received by me.

11. Attached hereto as Exhibit "O" is a true and correct copy of a Probationary Performance Evaluation Report for P. English that was signed and received by me.

12. Attached hereto as Exhibit "P" is a true and correct copy of a Performance Evaluation Report for P. English that was signed and received by me.

13. Attached hereto as Exhibit "Q" is a true and correct copy of a Probationary Performance Evaluation Report for P. English that was signed and received by me.

14. Attached hereto as Exhibit "R" is a true and correct copy of a Probationary Performance Evaluation Report for P. English that was signed and received by me.

15. Attached hereto as Exhibit "S" is a true and correct copy of a Probationary Performance Evaluation Report for P. English that was signed and received by me.

16. Attached hereto as Exhibit "T" is a true and correct copy of a Probationary Performance Evaluation Report for P. English that was signed and received by me.

17. Attached hereto as Exhibit "W" is a true and correct copy of Letter dated April 17, 2003 from Ivan Lui-Kwan to Philip E. English – Re: Notice of Substandard Performance Evaluation that was sent to and received by me.

I DECLARE UNDER PENALTY OF PERJURY under the laws of the State of Hawaii and the United States, that the foregoing is true and correct.

Executed this 26th day of September 2006, at Honolulu, Hawaii.

*/s/ Philip E. English*
PHILIP E. ENGLISH