IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>        Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1–10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>        Defendants. | Civil No.  04-00108 KSC/KSC<br><br>DECLARATION OF COUNSEL |

Trial Date: October 3, 2006

### DECLARATION OF COUNSEL

    I, JOANNA B.K. FONG, declare under penalty of perjury that the following is true and correct to the best of my knowledge and belief, and that this declaration is based upon my personal observation and/or information personally obtained by me and further, that I would be competent to testify to the matters contained herein at the trial of this case:

1. I am an attorney licensed to practice law in the State of Hawaii, the United States District Court for the District of Hawaii, and the 9th Circuit Court of Appeals.

2. I am one of the attorneys responsible for representing Plaintiff Philip E. English in the above-captioned case.

3. I make this Declaration in support of PLAINTIFF PHILIP E. ENGLISH'S SEPARATE AND CONCISE STATEMENT OF MATERIAL FACTS IN SUPPORT OF HIS MEMORANDUM IN OPPOSITION TO GK APPRAISAL, INC.'S MOTION FOR SUMMARY JUDGMENT.

4. Attached hereto as Exhibit "B" are true and correct copy of a certified copy of GK Appraisals, Inc.'s Domestic Profit Corporation Annual Report for the years ended December 31, 1992 through December 31, 2004.

5. Attached hereto as Exhibit "E" are true and correct copies of excerpts from the Deposition of Philip E. English taken on September 30, 2005.

6. Attached hereto as Exhibit "F" are true and correct copies of an Initial Psychological Evaluation and Treatment Plan dated May 6, 2003 and May 13, 2003 from Joan Koff, Ph.D. These documents were produced to Plaintiff by Defendant City and County of Honolulu during discovery in this matter.

7. Attached hereto as Exhibit "K" are true and correct copies of excerpts from the Deposition of David Matsunami taken on November 9, 2005.

8. Attached hereto as Exhibit "U" are true and correct copies of excerpts from the Deposition of Waylen Toma taken in this case.

9. Attached hereto as Exhibit "V" are true and correct copies of excerpts from the Deposition of Gary T. Kurokawa taken on August 22, 2006 in this action.

10. Attached hereto as Exhibit "X" are true and correct copies of excerpts from the Desposition of Christopher Graff taken on June 21, 2006.

11. Attached hereto as Exhibit "Y" are true and correct copies of excerpts from the Deposition of Carole Kamisato taken on August 4, 2006.

I DECLARE UNDER PENALTY OF PERJURY under the laws of the State of Hawaii and the United States, that the foregoing is true and correct.

Executed this 26th day of September 2006, at Honolulu, Hawaii.

_____
JOANNA B.K. FONG