City and County of Honolulu
Department of Human Resources

# NOTIFICATION OF PERSONNEL ACTION

Name: ENGLISH, PHILIP E                                    Dept: BFS-REAL PROP

Social Security: 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                               Alternate Id:

---

**PERSONNEL ACTIONS:** APPOINTMENT

**EFFECTIVE DATE:** 06-01-2000        PROBATION END DATE: 11-30-2000

---

*CHANGES ARE UNDERLINED*

Dept: BFS-RP ASSMT              Begin: 06-01-2000            End:
Position No.: DF486
Appt Type: INITIAL PROBATION
Class: 020551  REAL PROPERTY APPRAISER II
Bargaining Unit: 13 B           Schedule/Grade/Step:  SR 18 C
Percent Fulltime: 100.00        Regular:    2,445.00
                                Differentials:


Dept:                           Begin:                       End:
Position No.:
Appt Type:
Class:
Bargaining Unit:                Schedule/Grade/Step:
Percent Fulltime:               Regular:
                                Differentials:


Dept:                           Begin:                       End:
Position No.:
Appt Type:
Class:
Bargaining Unit:                Schedule/Grade/Step:
Percent Fulltime:               Regular:
                                Differentials:



I certify that the personnel actions reported above have been audited and found to be in compliance with the provisions of the Civil Service and compensation laws and the rules, regulations, and orders adopted thereunder.

                                                            PE 01683
                        *Sandra H. McFarlane*               06-05-2000
EXHIBIT "A"             Director of Human Resources         Transaction Date

Form CS13