**KAISER PERMANENTE**
HAWAII REGION
Medical Group, P. C.

Patient Chart for:  PHILIP E.ENGLISH                                       MRN: 633194

**ASSESSMENT**
Assessment
    08-26-2002 17:59:17, Recorded By: FUJIMOTO, JUDY, S (8880)MEDDOC, HAK
    FAM PRAC at HAWAII KAI
    Type: Unspecified
        1. Acute URI

**PLAN**
Text
    08-26-2002 17:59:30, Recorded By: FUJIMOTO, JUDY, S (8880)MEDDOC, HAK
    FAM PRAC at HAWAII KAI
    symptomatic relief
    off 8/26-27
    rtc prn

**SIGN**
    08-26-2002 17:59:31, Signed By: FUJIMOTO, JUDY, S (8880)MEDDOC, HAK FAM
    PRAC at HAWAII KAI

---

**GENERAL INFORMATION**
    Patient Name: PHILIP E.ENGLISH
    Date: 01-30-2003 15:34:22
    Contact: 01-30-2003 15:34:21          Visit
    Initiated: 01-30-2003 15:34:22
    Established Patient                    Age at Contact: 48 YR
    Source of Referral: Patient
    Historian: Patient

**SUBJECTIVE**
Complaint
    [redacted] 15:34:41, Recorded By: ALABANZA, CAROL, J (3157)REGNRS, HON
    INT MED at HONOLULU
    Quote: "[redacted] stress, does not want flu shot"
    Complaint Display Name:

AllergyHx
    01-30-2003 15:34:46, Recorded By: ALABANZA, CAROL, J (3157)REGNRS, HON
    INT MED at HONOLULU
        morphine, Drug, Mild, itch, Active (02-11-2002) (copied)

HealthRiskHx
    01-30-2003 15:34:54, Recorded By: ALABANZA, CAROL, J (3157)REGNRS, HON
    INT MED at HONOLULU
        1. Non-smoker, History (02-11-2002) (copied)

**KAISER PERMANENTE**
HAWAII REGION
Medical Group, P. C.

Patient Chart for:  PHILIP E.ENGLISH                                    MRN: 633194

```
01-30-2003 15:34:55, Recorded By: ALABANZA, CAROL, J (3157)REGNRS, HON
INT MED at HONOLULU
    1. Ø Latex allergy, History  (02-11-2002) (copied)
```

**OBJECTIVE**
Vital Signs
    Date: 01-30-2003    15:35:09
    Recorded By: ALABANZA, CAROL, J (3157)REGNRS, HON INT MED at
    HONOLULU
    Patient Position: Sitting
    Temperature: 98.3 F
    Blood Pressure: 124 / 80
    Weight: 204 lb 0 ounces

**INITIAL**
    01-30-2003 15:35:23, Initialed By: ALABANZA, CAROL, J (3157)REGNRS, HON
    INT MED at HONOLULU

**PLAN**
Text
    01-30-2003 16:12:13, Recorded By: LUCAS, GRACE, G (EM14787)EMPLYE, HON
    PRIMARY at HONOLULU
    Oncology consult sent.
    Pt has an appointment on 030303 @4:00 with Dr. Mueh.
    Pt has already been notified for the appointment through mail.

    Behavioral medicine referral form sent.
    Pt will make own appointment.

**INITIAL**
    01-30-2003 16:12:16, Initialed By: LUCAS, GRACE, G (EM14787)EMPLYE, HON
    PRIMARY at HONOLULU

**OBJECTIVE**
Text
    01-30-2003 18:11:12, Recorded By: LOVE, JAMES, E (190), HON INT MED at
    HONOLULU
    Reviewed Intake Note

    Mr English c/o undue stress related to work/job situation.
    He notes that he does not sleep well and that he has lost some weight.

    He has a history of "Renal Cell CA" - is S/P Left Nephrectomy in 1998
    (at Queen's Medical Center/Hospital)
    He had a CT of the Abd and Pelvis (Dr J Fujimoto ordered) that was
    "Negative" in May 2001 - noted.

*Handwritten margin notes:*
2/11/02  208
5/9/02   210
8/26/02  209

Page 20  / 25                                  Printed:   04/28/2003   13:59:07

00 19

0023 3861 10/01



**KAISER PERMANENTE**
HAWAII REGION
Medical Group, P.C.

Patient Chart for: PHILIP E. ENGLISH                              MRN: 633194

I will refer to Oncology - for follow up.

## ASSESSMENT
Assessment
    01-30-2003 18:11:51, Recorded By: LOVE, JAMES, E (190), HON INT MED at
    HONOLULU
    Type: [redacted]

## PLAN
Text
    01-30-2003 18:12:24, Recorded By: LOVE, JAMES, E (190), HON INT MED at
    HONOLULU

    Refer to Oncology
    Refer to Behavior Medicine - soonest
    Recheck after above or prn.

## SIGN
    01-30-2003 18:12:27, Signed By: LOVE, JAMES, E (190), HON INT MED at
    HONOLULU

## GENERAL INFORMATION
    Patient Name: PHILIP E. ENGLISH
    Date: 02-12-2003 10:31:13
    Contact: 02-12-2003 10:31:11            Visit
    Initiated: 02-12-2003 10:31:13
    Established Patient                    Age at Contact: 48 YR
    Source of Referral: Patient
    Historian: Patient

## GENERAL INFORMATION
    Patient Name: PHILIP E. ENGLISH
    Date: 02-27-2003 16:32:28
    Contact: 02-27-2003 16:32:23            Visit
    Initiated: 02-27-2003 16:32:28
    Established Patient                    Age at Contact: 48 YR
    Source of Referral: Patient
    Historian: Patient

## SUBJECTIVE
HPI (History of Present Illness)
    02-27-2003 16:37:45, Recorded By: COFFEE, GERALD, L (5638[redacted]) ALM
    MHS at ALM
        1. Session Number 2

Page 21 / 25                                    Printed:    04/28/2003   13:59:07

                                                                                                    00 20

0023 3861 10/01

**KAISER PERMANENTE**
HAWAII REGION
Medical Group, P. C.

Patient Chart for: PHILIP E. ENGLISH                             MRN: 633194

> 02-27-2003 16:37:45, Recorded By: COFFEE, GERALD, L (5638)CLNTHP, ALM MHS at ALM
>   1. REASON FOR REFERRAL  Occupation-related stress disorder  Pt reports ongoing anxiety due to harrassment at work and isolation from co-workers
>
> 02-27-2003 16:37:45, Recorded By: COFFEE, GERALD, L (5638)CLNTHP, ALM MHS at ALM
>   1. Signs and Symptoms  Depressed mood  ongoing  Decreased energy  ongoing  Low self esteem  questons dec to "get involved"  Sense of hopelessness  unsrue about furture  Isolation/social withdrawal  pt reports limited to no supp system
>
> 02-27-2003 16:37:45, Recorded By: COFFEE, GERALD, L (5638)CLNTHP, ALM MHS at ALM
>   1. Onset  Acute  Gradual
>   2. Course  Worsening
>   3. Severity  Severe  Pt reports feeling unable to work due to ongoing/escalating harrassment

**OBJECTIVE**
**PE (Physical Examination)**
> 02-27-2003 16:37:45, Recorded By: COFFEE, GERALD, L (5638)CLNTHP, ALM MHS at ALM
>   1. Orientation findings  Alert
>   2. Cognitive processes  Pt adheres to idealistic justification (moral/ethical) as justification for actions - not accepting nat consequences
>   3. Mood  Depressed
>   4. Affect Findings  Flat
>   5. Disturbance in motor activity  WNL
>   6. Personal appearance  [redacted]
>   7. Behavior  WNL
>
> 02-27-2003 16:37:45, Recorded By: COFFEE, GERALD, L (5638)CLNTHP, ALM MHS at ALM
>   1. Ø Suicidal ideation

**Objective Results**
> 02-27-2003 16:37:45, Recorded By: COFFEE, GERALD, L (5638)CLNTHP, ALM MHS at ALM
>   1. Length of visit  Time  46-60 minutes

**Text**
> 02-27-2003 16:37:19, Recorded By: COFFEE, GERALD, L (5638)CLNTHP, ALM MHS at ALM

Page 22 / 25                                           Printed:    04/28/2003   13:59:07

0023 3861 10/01                                                              00 21



**KAISER PERMANENTE**
HAWAII REGION
Medical Group, P. C.

Patient Chart for: PHILIP E. ENGLISH                            MRN: 633194

Tx discussion / skill building to increase self care activities

### ASSESSMENT
Assessment
    02-27-2003 16:37:45, Recorded By: COFFEE, GERALD, L (5638)CLNTHP, ALM MHS at ALM
    Type: 

### PLAN
Text
    02-27-2003 16:37:32, Recorded By: COFFEE, GERALD, L (5638)CLNTHP, ALM MHS at ALM
    Supportive Counseling.

Patient Instructions
    02-27-2003 16:37:45, Recorded By: COFFEE, GERALD, L (5638)CLNTHP, ALM MHS at ALM
        1. Patient instructions reviewed   RTC 2 weeks

### SIGN
    02-27-2003 16:37:49, Signed By: COFFEE, GERALD, L (5638)CLNTHP, ALM MHS at ALM

---

### GENERAL INFORMATION
    Patient Name: PHILIP E. ENGLISH
    Date: 03-10-2003 15:32:14
    Contact: 03-10-2003 15:32:13       Visit
    Initiated: 03-10-2003 15:32:14
    Established Patient                 Age at Contact: 48 YR
    Source of Referral: Patient
    Historian: Patient

### SUBJECTIVE
HPI (History of Present Illness)
    03-10-2003 15:45:49, Recorded By: COFFEE, GERALD, L (5638)CLNTHP, ALM MHS at ALM
        1. Session  Number  4

    03-10-2003 15:45:49, Recorded By: COFFEE, GERALD, L (5638)CLNTHP, ALM MHS at ALM
        1. REASON FOR REFERRAL   Depression  Occupation-related stress
           disorder

    03-10-2003 15:45:49, Recorded By: COFFEE, GERALD, L (5638)CLNTHP, ALM MHS at ALM
        1. Signs and Symptoms   Appetite disturbance  Decreased energy



**KAISER PERMANENTE**
HAWAII REGION
Medical Group, P. C.

Patient Chart for:   PHILIP E. ENGLISH                                              MRN: 633194

>    Pt reports feeling like his body is "shutting down" - takes
>    frequent and hard naps  Decreased motivation  Lost of
>    interest in regular activities  Sense of hopelessness  Pt
>    reports feeling that his "career and life are over"
>    Suicidal ideation  none at present - unlike during divorce -
>    "more feeling anxious rather than suicidal"
>    Isolation/social withdrawal  [Text] Difficulty controlling
>    worry  in public places  Upset when confronted with person
>    or situation  attempted to return to work could not  Lack of
>    social support  limited  Feelings of anger  angry with
>    employer for creating a diff situation  Lack of motivation
>    for behavioral change  Pt reports  holding  onto moral
>    outrage re:unfairness of sit

    03-10-2003 15:45:49, Recorded By: COFFEE, GERALD, L (5638)CLNTHP, ALM
    MHS at ALM
            1. Onset  Acute
            2. Course  Worsening  anxiety and social isolation increasing
            3. Severity  Moderate  Severe

**OBJECTIVE**
PE (Physical Examination)
    03-10-2003 15:45:50, Recorded By: COFFEE, GERALD, L (5638)CLNTHP, ALM
    MHS at ALM
            1. Orientation findings  Alert
            2. Cognitive processes  Blocked
            3. Mood  Depressed
            4. Affect Findings  Flat
            5. Disturbance in motor activity  WNL
            6. Personal appearance  Well-tended appearance
            7. Behavior  WNL  Cooperative

    03-10-2003 15:45:50, Recorded By: COFFEE, GERALD, L (5638)CLNTHP, ALM
    MHS at ALM
            1. Ø Suicidal ideation

Objective Results
    03-10-2003 15:45:50, Recorded By: COFFEE, GERALD, L (5638)CLNTHP, ALM
    MHS at ALM
            1. Length of visit  Time  46-60 minutes

Text
    03-10-2003 15:42:51, Recorded By: COFFEE, GERALD, L (5638)CLNTHP, ALM
    MHS at ALM
    Tx discussion / skill building to increase self care activities towards
    pt planning/thinking about future - alternative jobs/income

Page 24  / 25                                         Printed:    04/28/2003    13:59:07

00 23

0023 3861 10/01



**KAISER PERMANENTE**
HAWAII REGION
Medical Group, P. C.

Patient Chart for:  PHILIP E. ENGLISH                                    MRN: 633194

```
Tx discussion / education re benefits of anti anxiety/anti dep meds - pt
willing to condsider anti dep as longer term solution vrs diazapam prn

Tx education re process of loss and benefits of "moving on" vrs "holding
on" to correct yet damaging emotions

Pt instructed to f/u with his PCP for extended sick leave time and to
discuss anti dep if he feels this is good solution for long term
```

**ASSESSMENT**
**Assessment**
```
    03-10-2003 15:45:50, Recorded By: COFFEE, GERALD, L (5638)CLNTHP, ALM
MHS at ALM
    Type: [redacted]
```

**PLAN**
**Text**
```
    03-10-2003 15:45:07, Recorded By: COFFEE, GERALD, L (5638)CLNTHP, ALM
MHS at ALM
    Reality Therapy - pt encouraged to finish process at work if reward/risk
worth it and simultaniously to seek alternatrive employment to maintain
income and + reputation in field
```

**Patient Instructions**
```
    03-10-2003 15:45:50, Recorded By: COFFEE, GERALD, L (5638)CLNTHP, ALM
MHS at ALM
        1. Patient instructions reviewed  Attend anxity ed course per
           BHS, f/u with PCP re add sick time and for med consult, RTC
           Bmed 2 weeks
```

**SIGN**
```
    03-10-2003 15:45:54, Signed By: COFFEE, GERALD, L (5638)CLNTHP, ALM MHS
at ALM
```