English, Philip E.

| | |
|---|---|
| From: | English, Philip E. |
| Sent: | Friday, February 15, 2002 2:15 PM |
| To: | Magota, Robert |
| Subject: | RE: COMPLAINT AGAINST THE ADMINISTRATOR |

Bob,

Chris came to talk to me and I told him that I had made the complaint. I explained it is due to Gary's position and their business relationship outside of the office that they must be very careful to protect Gary and the division. Chris said that when it was put in that light that it made a lot of sense.

I know that it is easy for Chris to say that he understands. It is another question if he can comply. But more importantly I hope that Gary understands. Frankly I have heard other things where Gary has crossed the line but I won't go there because I have no first hand knowledge like I did in this case. But I hope that Gary understands that there is more at stake and what he does reflects on the division. He has greater responsibility to us all.

Thank you Bob for handling this so quickly and thoughtfully. The rest will be up to Chris and Gary.

Thanks

Phil

-----Original Message-----
From: Magota, Robert
Sent: Friday, February 15, 2002 12:00 PM
To: English, Philip E.
Subject: RE: COMPLAINT AGAINST THE ADMINISTRATOR

Thanks Phil. I will be addressing the problem with both Chris and Gary. Bob.

-----Original Message-----
From: English, Philip E.
Sent: Friday, February 15, 2002 11:24 AM
To: Magota, Robert
Cc: Gima, Ann
Subject: COMPLAINT AGAINST THE ADMINISTRATOR

BOB,

LAST WEEK I CAME TO YOUR OFFICE TO MAKE A COMPLAINT THAT THE ADMINISTRATOR IS HAVING ONE OF HIS EMPLOYEES WORK FOR HIM ON "OUTSIDE" WORK WHILE ON CITY AND COUNTY TIME. I BROUGHT THIS TO YOUR ATTENTION BECAUSE IT HAS BEEN AN ONGOING SITUATION FOR THE PAST 18 MONTHS OR SO SINCE I HAVE WORKED HERE. IT SEEMS OBVIOUS THAT IT HAS BEEN GOING ON FOR LONGER THAN THAT.

MY COMPLAINT IS THAT IT IS IMPROPER THAT THE ADMINISTRATOR IS HAVING WORK DONE BY CITY EMPLOYEE WHILE ON CITY TIME. I UNDERSTAND THAT WARNINGS HAVE BEEN MADE TO THE EMPLOYEE BY HIS SUPERVISOR AND HE HAS EVEN BEEN ASKED TO BE MORE DISCRETE. BEING MORE DISCRETE IS NOT THE ISSUE AND IT IS NOT THE EMPLOYEE WHO I AM MAKING THE COMPLAINT AGAINST. THE ADMINISTRATOR SHOULD KNOW BETTER.

OTHERS HAVE TOLD ME THAT THEY TOO ARE AWARE OF THE SITUATION BUT ARE HESITANT TO SAY ANYTHING FOR FEAR OF RETRIBUTION. THE POLITICAL NATURE OF THE SITUATION IS TO KEEP YOUR MOUTH SHUT AND DO YOUR JOB AND NOT MAKE WAVES.

AS I MENTIONED TO YOU WHEN WE MET THAT I DO NOT BELIEVE THAT WE DO ONE ANOTHER IN FAVORS BY NOT BEING HONEST AND KEEPING EACH OTHER ACCOUNTABLE.

MY HOPE IS THAT THE ADMINISTRATOR WILL UNDERSTAND THE LINES BETWEEN RIGHT AND WRONG AND THAT IF HE USES AN EMPLOYEE FROM THIS OFFICE FOR OUTSIDE WORK THAT HE MAKE IT CLEAR THAT THE EMPLOYEE MUST DO THE WORK OUTSIDE OF WORKING HOURS AND THAT ALL OF THEIR COMMUNICATIONS REGARDING OUTSIDE WORK WOULD BE DONE OUTSIDE OF WORKING HOURS.

THIS GIVES ME NO PLEASURE TO MAKE THIS COMPLAINT.

1

EXHIBIT "L"

PE 00556

PHIL ENGLISH

PE 00557