CITY AND COUNTY OF HONOLULU
DEPARTMENT OF PERSONNEL

**PROBATIONARY
PERFORMANCE
EVALUATION REPORT**

| DEPARTMENT/DIVISION | | |
|---|---|---|
| DEPARTMENT OF BUDGET AND FISCAL SERVICES | | 6 MON |
| NAME OF EMPLOYEE | RATING PERIOD | |
| ENGLISH, PHILIP E | NEW  05-01-01  TO 07-31-01 | |
| POS. NO. | TITLE OF POSITION | |
| DF436 | REAL PROPERTY APPRAISER III | |

# PROBATIONARY PERFORMANCE EVALUATION REPORT

Civil Service Rule 11-2 (b)(2) requires the Appointing Authority to have the performance of each probationary employee evaluated in writing at the end of every three months during the probationary period including any extension thereof. A performance evaluation is not required when an employee is terminated prior to the completion of the three months or prior to the completion of the probationary period.

| PERFORMANCE FACTORS | EXCELLENT | EXCEEDS REQUIREMENTS | MEETS REQUIREMENTS | BELOW REQUIREMENTS |
|---|---|---|---|---|
| 1. QUANTITY OF WORK | | X | | |
| 2. QUALITY OF WORK | | X | | |
| 3. ATTITUDE TOWARD WORK | | X | | |
| 4. RELATIONSHIP WITH PEOPLE | | X | | |
| 5. SUPERVISION OF EMPLOYEES (To be used only in evaluating supervisory and/or administrative personnel) | | | | |

**COMMENTS**
Recognition for superior work; suggestions for improving performance.

(PLEASE SEE ATTACHED)

RECEIVED
JUN 26 2001
C&C DEPARTMENT OF FINANCE
PROPERTY ASSESSMENT BRANCH

**CERTIFICATE OF EMPLOYEE**
This performance evaluation report has been discussed with me.

_____ SIGNATURE     6/25/01 DATE

**CERTIFICATE OF SUPERVISOR**
This report constitutes my best evaluation of this employee based on personal observation and knowledge of the employee's work during the probationary period.

_____ SIGNATURE     REAL PROPERTY APPRAISER VI  6/25/01
                                        TITLE OF POSITION              DATE

**CERTIFICATE OF APPOINTING AUTHORITY OR DESIGNATED REPRESENTATIVE**
I have reviewed the performance evaluation report of this employee, and I am: (check one)
- [X] Granting permanent status as the employee has performed at least satisfactorily during the established probationary period.
- [ ] Adjusting the probationary period for _____ month(s). (See CS Rule 3-36 (e)(4))
- [ ] Extending the probationary period for _____ month(s). (See CS Rule 3-36 (e)(3))
- [ ] Terminating the probationary appointment.

_____ SIGNATURE     REAL PROPERTY ADMINISTRATOR  6/26/01
                                        TITLE OF POSITION              DATE

FORM NO. 43 (REV. 4/93)

EMPLOYEE COPY          EXHIBIT "Q"          PE 00566

English, Philip E.  DF-486
Real Property Appraiser III
Evaluation Period  05/01/01 thru 07/31/01 (6 months)

During this performance evaluation period, Philip has been working in an Appraiser III position.   He has continued to be assigned the responsibility for all of the Waikiki area condominiums.  He is involved in the review and preparation for two cases at the Tax Appeal Court.   He has completed researching and defending the majority of his assigned 2001 appeals before the Board of Review and has begun the necessary analysis for the 2002 assessments.

As previously noted in earlier reports, Philip's background and foundation in the real estate profession have been extremely valuable.  He has continued to progress in his learning of office procedures and is developing the necessary skills needed to organize the many and varied tasks associated with his position.

He has developed a good working relationship with his fellow employees and has dealt effectively with many taxpayers and appellants.

Philip's work exceeds the minimum requirement of the position and a satisfactory rating is recommended.

## IAS – Integrated Assessment System

| | |
|---|---|
| 05/22/01 | Calp/Land Pricing |
| 05/29/01 | Income Valuation |
| 06/13/01 | CDU Rating System |
| 06/14/01 | Sales Validation |

## IAAO

| | |
|---|---|
| 06/26/01 | Instructor Training Workshop |

PE 00567

**English, Philip E.**

From:     English, Philip E.
Sent:     Monday, October 01, 2001 9:43 AM
To:       Magota, Robert

Bob,

I need to talk with you when you have a moment.  Please let me know when.

I appreciate your time,

Phil

1

PE 00565

## English, Philip E.

| | |
|---|---|
| From: | English, Philip E. |
| Sent: | Tuesday, October 02, 2001 12:59 PM |
| To: | Magota, Robert |

Bob,

Let me know if I can see you this afternoon.

Thanks,

Phil

1

PE 00563