DUE: AUG 23 2002

CITY AND COUNTY OF HONOLULU
DEPARTMENT OF PERSONNEL

**PROBATIONARY PERFORMANCE EVALUATION REPORT**

| DEPARTMENT/DIVISION | | | |
|---|---|---|---|
| DEPARTMENT OF BUDGET AND FISCAL SERVICES | | | 6 MON |
| NAME OF EMPLOYEE | RATING PERIOD | | |
| ENGLISH, PHILIP E | NEW | 06-01-02 | TO: 08-31-02 |
| POS. NO. | TITLE OF POSITION | | |
| DF486 | REAL PROPERTY APPRAISER IV | | |

## PROBATIONARY PERFORMANCE EVALUATION REPORT

Civil Service Rule 11-2 (b)(2) requires the Appointing Authority to have the performance of each probationary employee evaluated in writing at the end of every three months during the probationary period including any extension thereof. A performance evaluation is not required when an employee is terminated prior to the completion of the three months or prior to the completion of the probationary period.

**COMMENTS**
Recognition for superior work; suggestions for improving performance.

| PERFORMANCE FACTORS | EXCELLENT | EXCEEDS REQUIREMENTS | MEETS REQUIREMENTS | BELOW REQUIREMENTS |
|---|---|---|---|---|
| 1. QUANTITY OF WORK | | | X | |
| 2. QUALITY OF WORK | | | X | |
| 3. ATTITUDE TOWARD WORK | | | | X |
| 4. RELATIONSHIP WITH PEOPLE | | | X | |
| 5. SUPERVISION OF EMPLOYEES | | | | |

(PLEASE SEE ATTACHED)

(To be used only in evaluating supervisory and/or administrative personnel)

**CERTIFICATE OF EMPLOYEE**
This performance evaluation report has been discussed with me.

_signature_    8/14/02
SIGNATURE    DATE

**CERTIFICATE OF SUPERVISOR**
This report constitutes my best evaluation of this employee based on personal observation and knowledge of the employee's work during the probationary period.

_____    REAL PROPERTY APPRAISER VI    _____
SIGNATURE    TITLE OF POSITION    DATE

**CERTIFICATE OF APPOINTING AUTHORITY OR DESIGNATED REPRESENTATIVE**
I have reviewed the performance evaluation report of this employee, and I am: (check one)
- [ ] Granting permanent status as the employee has performed at least satisfactorily during the established probationary period.
- [ ] Adjusting the probationary period for _____ month(s). (See CS Rule 3-36 (e)(4))
- [ ] Extending the probationary period for _____ month(s). (See CS Rule 3-36 (e)(3))
- [ ] Terminating the probationary appointment.

_____    REAL PROPERTY ADMINISTRATOR    _____
SIGNATURE    TITLE OF POSITION    DATE

EXHIBIT "S"    PE 00515

FORM NO. 43 (REV. 4/93)

English, Philip E. DF-486
Real Property Appraiser IV
Evaluation Period 06/01/02 – 08/31/02

During this probationary performance evaluation period as an Appraiser IV, Phil has continued to be assigned the responsibility for the Waikiki area condominiums. As noted in his last performance evaluation report, the volume of appeals and number of units in this area necessitates the use of good time management skills in order to meet deadlines and perform all the required duties.

Over the course of the past two months, Philip has been encountering some difficulties in independently performing all of the responsibilities of the Appraiser IV position. His performance has been discussed with him on at least three occasions and efforts have been made toward addressing various issues and problems including misunderstandings and miscommunications. Some items that have been addressed include work hours, timely submission and prior approval of leaves from work, and directions for processing various job tasks. At the present time there are some issues that are affecting his attitude and subsequently his work performance. *[handwritten: Retaliation?]*

Phil will benefit from an additional 3-month probationary period of review for further training and instruction to clarify his duties and responsibilities and ensure his understanding and ability to implement the various job functions.

He is polite in his dealings with taxpayers and appellants.

No classes taken since last evaluation period.

Response to the Review
6/1/02 to 8/31/02

English, Philip E. DF-486
Real Property Appraiser IV

I do not agree with the review. Additionally, I do not agree with the 3-month extension of probation. It is unwarranted and unjustified.

Phil English

PE 00517