IN THE UNITED STATES DISTRICT CIRCUIT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>　　　　Defendants. | ) CIVIL NO. 04-00108<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

DEPOSITION OF CHRISTOPHER GRAFF

Taken on June 21, 2006, commencing at 9:10 a.m. at the Law Offices of Moseley Biehl Tsugawa Lau & Muzzi, Alakea Corporate Tower, 1100 Alakea Street, 23rd Floor, Honolulu, Hawaii, before Rita King, a Certified Court Reporter in the State of Hawaii.

Exhibit X

1  have. I know there was another gentleman in
2  Mr. Totto's office that I talked to, but I don't
3  think he was Matt Viola.
4      Q.   Did you give anybody at the Ethics
5  Commission a statement?
6      A.   The interview with Chuck Totto was
7  recorded.
8      Q.   Did you ever have a transcript of that
9  recording?
10     A.   No.
11     Q.   Did you ever listen to the recording?
12     A.   No.
13     Q.   In that recording did you tell Chuck
14 Totto that you had used city equipment but it was
15 on your break time?
16     A.   I don't recall.
17     Q.   But as you sit here today, you don't
18 think you ever used city equipment to conduct
19 your --
20     A.   No. You know what, I may have taken a
21 phone call at one time or another, but for the most
22 part, no.
23     Q.   These spreadsheets and the rest of the
24 database that you were keeping on the city
25 computer, did you actually create them on the city

1  any of your questions until I see -- I'm entitled
2  to see a copy of the complaint.  He disagreed.  I
3  said, Then I'm going to leave.  Then he produced a
4  copy of the complaint, it actually was on your
5  letterhead, a portion of the complaint to read that
6  was against me, and that's how I learned about it.
7      Q.   In the phone call prior to that, what did
8  Chuck Totto tell you?
9      A.   I don't remember.  He probably said this
10 is a ethics complaint about such and such and we
11 need you to come over and talk, and I'm
12 speculating, but I don't know.  I mean, it's not
13 just some guy called up and said come over.  He
14 called up, said who he was and probably said that a
15 complaint was filed, and he needed to talk to me
16 about it.
17     Q.   In your meeting with Chuck Totto, is
18 there anything else you can remember transpiring?
19     A.   No.
20     Q.   Did Chuck ask you if there was any basis
21 for the complaint that was set forth against you?
22     A.   He probably did, but I don't recall any
23 specific questions or any specific answers.
24     Q.   Did you tell Chuck Totto that, in fact,
25 some of the things might be true?

```
 1      A.   No.  I take that back.  Maybe some manini
 2 thing about maybe I screwed up and took a phone
 3 call on a city phone, you know, maybe something
 4 small like that, but, beyond that, no work being
 5 done on city time and city equipment.  I remember
 6 that part now.
 7      Q.   Did you talk about doing work on your
 8 breaks?
 9      A.   I don't recall.
10      Q.   Did you do work on your breaks?
11      A.   No.  For the most part, no.  I may have
12 done something, something small, manini, I don't
13 even know if it was in the time frame under this,
14 but, you know, over eight years or something,
15 maybe, but certainly nothing substantial at all.
16      Q.   Did you ever do work for GK Appraisals on
17 your lunch break while you were working for the
18 city?
19      A.   Probably not.  If anything, a phone call
20 outside of the office on a cell phone, you know, at
21 lunch or something.  I really wasn't doing that
22 much.
23      Q.   What kind of appraisals did you do for
24 either GK or David Minami in which GK was involved?
25           MR. LORUSSO:  Matsunami.
```

```
 1  you get that property description information?
 2       A.   Someone else would do a physical
 3  inspection of the property, and then I would get
 4  the notes and some pictures.
 5       Q.   Did the same person do the physical
 6  inspection all the time?
 7       A.   I'm not sure who did it, actually, any of
 8  the times.  Sometimes Gary did it, he has other
 9  guys, his brother, maybe his dad, things like that.
10  I'm not sure who was actually given that part of
11  the assignment.
12       Q.   Did you ever get any information from the
13  planning department on the Big Island?  Actually, I
14  should make that a little more clear.  With respect
15  to any work you did for GK Appraisals, did you ever
16  get any information from the planning department on
17  the Big Island?
18       A.   I don't believe so.
19       Q.   You didn't get any information from David
20  Matsunami's father at the planning department?
21       A.   You know what, historically, there may
22  have been sometime -- I may have made a phone call,
23  but most of the base research like that, making the
24  phone calls, that was pre -- the time period that
25  we're really talking about, it was like the 1988
```

1  over here, stuff like that.
2      Q.   How would you get rents for an area like
3  that?
4      A.   Read the newspaper, dig into the database
5  of knowledgeable real estate professionals that I
6  know over there, start making phone calls.  If they
7  don't know anything, they would turn me on to
8  something else, it's just sort of dichotomous
9  branching research.
10     Q.   Kay's Lunch Center?
11     A.   I remember that one, but I don't remember
12 what I did.  Anything to do with food, I remember.
13     Q.   Hilo Termite and Pest Company?
14     A.   No, I don't remember.
15     Q.   16-186 Mikiahala Place?
16     A.   That Mikiahala sounds familiar, but,
17 again, I don't know exactly why.
18     Q.   How about something off Kuakini Highway?
19     A.   No.
20     Q.   Pali Koki Ranch?
21     A.   Yeah, I think we did that.  It probably
22 was an update.
23     Q.   And Jack's Tours, again?
24     A.   No.
25     Q.   165 East Kawili Street, K-a-w-i-l-i?

```
 1  STATE OF HAWAII      )
                         )  ss.
 2  COUNTY OF HONOLULU   )

 3

 4       BE IT KNOWN that the foregoing deposition
 5  was taken before me, RITA KING, a Certified
 6  Shorthand Reporter for the State of Hawaii; that
 7  the witness before testifying was duly sworn by me
 8  to testify to the whole truth; that the questions
 9  propounded to the witness and the answers of the
10  witness thereto were taken down by me in shorthand
11  and thereafter reduced to print by computer-aided
12  transcription under my direction; that the witness
13  elected to read and sign; that the foregoing pages
14  are a full, true and accurate transcript of all
15  proceedings and testimony had and adduced upon the
16  taking of said deposition, all done to the best of
17  my skill and ability.
18       I FURTHER CERTIFY that I am in no way
19  related to nor employed by any of the parties
20  hereto nor am I in any way interested in the
21  outcome hereof.
22       DATED at Honolulu, Hawaii, this 10th day of
23  July, 2006.
24                    _____
25                    RITA KING, RPR, CSR No. 373
```

Ralph Rosenberg Court Reporters, Inc.
Ofc: 808.524.2090   Fax: 808.524.2596