IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>        Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1 –10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>        Defendants. | Civil No. 04-00108 KSC/KSC<br><br>LOCAL RULE 7.5(e) CERTIFICATION |

## LOCAL RULE 7.5 (E) CERTIFICATION

According to the word-count function of the undersigned's word processing program (WORD), the Concise Statement of Fact contains 1155 total words.

Dated: Honolulu, Hawaii, September 26, 2006.

                                              ROGER S. MOSELEY
                                              CHRISTOPHER J. MUZZI
                                              TEDSON H. KOJA
                                              JOANNA B.K. FONG
                                              Attorneys for Plaintiff
                                              PHILIP E. ENGLISH