## Statement of Insured (continued)

**Treatment: Names and addresses of all doctors who have treated you for this illness or injury.**

Name

Address                                    Telephone No. (    )

Date of first treatment:

Name

Address                                    Telephone No. (    )

Date of first treatment:

First date you were entirely away from work due to current injury or illness (month/day/year):

Have you returned to part-time or full-time work? ☐ Yes ☐ No    If yes, give date (month/day/year):

Have you or are you now receiving any of the following benefits?
☐ Workmen's Compensation  ☐ State Unemployment  ☐ Social Security
If yes, on what date did these benefits begin (month/day/year)?

### PLEASE HAVE YOUR ATTENDING PHYSICIAN COMPLETE THIS SECTION

## Statement of Attending Physician (Please answer all questions)

Patient's Full Name (last, first, middle):  English, Philip

Describe diagnosis/disability:  major depression

Please advise the CAUSE of disability:  work related

Is condition due to pregnancy? ☐ Yes ☒ No    If yes, were there complications? ☐ Yes ☐ No

Is this disability directly related to a previous medical condition? ☐ Yes ☒ No

If yes, please give date and physician names if known:

When did current symptoms appear or accident happen?  2/12/03

When did patient first consult you about the condition (month/day/year)?  01/30/03

List all dates of treatment for this disability:  01/30/03, 2/27/03, 3/10/03, 3/13/03, 3/24/03, 3/27/03, 6/26/03, 08/18/03

Is patient disabled from performing his/her normal occupation? ☒ Yes ☐ No

Is patient disabled from performing any occupation or performing any work for compensation or profit? ☒ Yes ☐ No

If no, please list all restrictions:

First date of disability (month/day/year):  2/28/03

Date patient able to return to work:    If unable to give specific release date, please estimate:
☐ 1-3 months  ☐ 4-6 months  ☐ 7-9 months  ☐ 10-12 months

How would you qualify the patient? ☐ permanently disabled  ☐ temporarily disabled

Name(s) of other attending physician(s):

Date  08/18/2003    Physician's Signature  _James E Love_

Physician's Name (please print or type)  J.E. LOVE INTERNAL MEDICINE

Address  Kaiser Permanente Honolulu Clinic
1010 Pensacola Street
Honolulu, Hawaii 96814

Telephone (    )  (808) 432-2300    Fax (    )  (808) 432-2391

PLAINTIFF'S EXHIBIT
40-28

HI-11720503

**KAISER PERMANENTE.** *HAWAII REGION*  JUN 0 6 2003

MR 63 31 94 CRA
UE Loc: MHP Region:
ENGLISH, PHILIP
ENGLISH, PHILIP.E
M 10 26 1954  HI

## Insurance Recovery Authorization and Consent (for initial visits only)
**Tab:** Doc / Consent

SCANNED/CIS

*Please print clearly and check all appropriate blocks.*

**MODE OF ARRIVAL:** ☐ Walk ☐ W/C ☐ Amb  ☐ Other: ___
Loc: ___  Dept: ___  Prov. Code: 02 13 03
Recep.: H2=CRA ICC  Reg Time: : a☐ p☐  Date: /

☐ **MEMBER** ☐ **NON-MEMBER:** ☐ Reg ☐ No Fault(HF) ☐ Industrial ☐ Supp DHS ☐ Supp Medicare ☐ COB ☐ TPL(HT) Other:
Subscriber/Resp. party & relationship to patient: Phil English  SS#: 555 98 1526
Address: 720 South St #170  City: Honolulu  State: HI  Zip: 96813
Home Phone#: (808) 754 2136  Work Phone #: (808) 523 4719  Other:
Date of Injury: 2/12/03  Time of Injury: 7.7  a☐ p☐  Place of Injury? office  On the job: ☐ No ☒ Yes
Chief Complaint/Cause of Injury:
Were you treated for this injury by another doctor (Provider)? ☐ No ☐ Yes  Name of Doctor/Location:

### WORKERS COMPENSATION  Please report this accident /illness to your employer or you may be billed at non-plan rates!
Name of Employer: C+C of Honolulu  Work Phone #: (523) 471-9
Address: 842 Bethel St  City: Honolulu  State: HI  Zip: 96813
Name of Supervisor: Ann Gima  Dept: RPA  Employee Occupation: Appraiser
Worker's Comp Insurance Carrier Name: ?
Employer Notified of Visit: ☒ No ☐ Yes  WC-1 filed: ☐ No ☐ Yes  ☐ 1st Visit ☒ Follow-up Visit

### NO-FAULT  Please report this accident to owner's insurance agent or you may be billed at non-plan rates!
Name of Insurance:  Work Phone #: ( ) -
Address:  City:  State:  Zip:
Name of Policy Holder:  Policy #:  Effective Date: / /
Insurance Notified of Visit: ☐ No ☐ Yes  ☐ 1st Visit ☐ Follow-up Visit  Police report filed: ☐ No ☐ Yes

### OTHER INSURANCE OR NON-PLAN
Do you or other family member have any other Health Insurance: ☐ No ☐ Yes > if "Yes", name and birthdate of member with other insurance
Name of family member with other Insurance:  Birth Date: / /
Name of Insurance:  Work Phone #: ( )
Address:  City:  State:  Zip:
Policy #:  Effective Date: / /  ☐ 1st Visit ☐ Follow-up Visit  Police report filed: ☐ No ☐ Yes

### THIRD PARTY LIABILITY
Do you intend to file a claim against the other party? ☐ No ☐ Yes > if "Yes", print name and address of the other party below:
Name of other party:  Phone #: ( )
Address of other party:  City:  State:  Zip:
Name of legal firm and or attorney representing you:
Has the other party been notified of the visits: ☐ No ☐ Yes

---

Consent is hereby given to Kaiser Permanente Providers for any medical or surgical treatment deemed necessary or beneficial*

I hereby authorize Kaiser Permanente to bill the appropriate primary insurance carrier for the cost of my medical treatment provided in connection with this claim and I request that such payment be made directly to Kaiser Permanente.

I further authorize Kaiser Permanente to release and to receive information regarding medical treatment including information pertaining to HIV/AIDS testing, psychiatric conditions, alcohol and/or drug abuse in connection with this claim to:

    INITIAL appropriate insurance category

    No-Fault, Other Insurance, Third Party Liability Claims, Insurance Carrier or Case Manager.

    Workers Compensation: Employer, Worker's Compensation Carrier, Case Manager, and/or Dept. of Labor Relations.

*Consent valid one year from date of signature.  Note: This authorization can be revoked at any time.

Signature of Patient: X _(signature)_  Date: 2 /13/ 03

0001 8440   Rev. 7/02   White - OMR/Scan to CIS   Canary - Patient Acct. Ph.# 597-5340   Pink - Occupational Med Dept.

FILE/OMR
PERMIT/CORRESP

KAISER MEDICAL RE PHILIP ENGLISH   232

6/15/98                                                                                          Page 1 of 2

## Patient Record Detail - Clinical Notes                                    ◄ ► Back

Tamar Hoffmann ,MD           6-15-1998           PHILIP E ENGLISH (dob 10-26-1954)

| Ref MD | Blank | Reported Medication/Non-Prescription | Drug Allergies |
|---|---|---|---|
| BP | 132/84 | Supplements | NKDA |
| Temp | 98:0 | CODEINE (PAIN KILLER) PRN | |
| Pulse | 72 | | |
| Weight | 193 | | |
| Respiration | Blank | | |

Complaint            ER F/U

Description          PT HERE FOR ER F/U-FELL OUT OF TREE.    PT FEELING A LITTLE PAIN LT SIDE. PT HAD CT
                     ABD DONE AT QUEENS-PER ER DR. PT TO F/U W/DR.HOFFMANN FOR ABNL FINDING ON
                     CT SCAN.
                     PT ALSO HAD XRAY OF CHEST/BACK-BOTH WERE NEGATIVE.

Onset                6-14-1998

Created 6/15/1998 11:51 AM by Esperanza K. Dela Cruz,MA

6/15/98 PHILIP ENGLISH 328402-3 TAMAR HOFFMANN, M.D.

S: Mr. English reports falling off a tree house yesterday, hit his left flank, no head injury. He states that he
stepped on a board in the tree house, which broke, he fell 12-15 feet. He remembers the board under him
cracking. Does not remember the actual falling. Found himself on the floor. He was taken to the emergency
room where was neurological examination was within normal limits. X-rays of chest and back within normal
limits. Abdominal CT revealed no solid organ injury, no free fluid. However, 1.5 cm hyperdense structure at left
lateral kidney consistent with complex cyst. Ultrasound recommended for further evaluation. There is no
indication for head CT scan. Patient had intense pain at left flank yesterday, treated with Morphine.
Discharged with Coumadin with improvement.

Regarding his marital stress, he reports that the relationship is over. His wife asked him to leave. Divorce is in
progress. He is depressed, admits to occasional suicidal ideation, did not act on it. He calls suicidal prevention
line. He does not travel as frequently as before.

O: On exam, alert and oriented and in no acute distress, appears slightly depressed. HEENT: No sinus
tenderness to percussion, no evidence of lesions or chemosis of forehead, face or scalp. Eyes – PERRLA, no
facial asymmetry. No evidence of cranial nerves asymmetry. LUNGS: Clear. HEART: Without murmur, rubs or
gallops. ABDOMEN: Soft, non-tender. No organomegaly or masses. BACK: Slightly tender over left flank with
purplish ecchymosis at site. No neuro deficit appreciated. Gait – intact. Urinalysis at the emergency room –
negative for blood; however, protein increased at 100, specific gravity increased at 1.030. CBC within normal
limits.

Patient was informed that x-rays of chest and back were normal.

A: 1. Left flank trauma with superficial hematoma. 2. No evidence of organ injury including left kidney. 3. No
evidence of hematoma. 4. Brief episode of loss of consciousness, however, no evidence of head injury or
concussion. 5. Left kidney lesion - ? complex cyst for further evaluation. 6. Proteinuria for further evaluation,
may be secondary to concentrated urine (specific gravity more than 1.030). 7. Depression in part reactive to
marriage in trouble (in process of divorce).

P: 1. Obtain repeat CBC, basic metabolic profile with CO2 today and 24 hour urine for protein at patient's
earliest convenience. 2. Renal ultrasound at patient's earliest convenience. 3. Follow-up appointment with me
thereafter. 4: Will probably refer patient to urologist thereafter. Informed consent signed today as per protocol.
Will discuss further at next encounter. I explained to the patient the rationale for the form, stressed importance
of obtaining additional information prior to any procedure that may be suggested. 5. Continue counseling at
Biodyne. 6. Will inform patient of test results at next encounter (labs and ultrasound). 7. Continue codeine
p.r.n. pain. May switch to Tylenol when pain improves; however, cautioned against using aspirin or other
non-steroidal agents like Advil to prevent bleeding. 8. Patient was advised to inform if he develops a

The Honolulu Medical Group, Inc. • 550 S. Beretania Street • Honolulu, Hawai'i • 96813-2496

6/15/98

headache, blurred vision, change in mental status or nausea or vomiting. 9. He understood the plan and shall comply.

6/15/98 PHILIP ENGLISH 328402-3 TAMAR HOFFMANN, M.D.

Page 2

ADDENDUM: Patient states that he sees psychiatrist Dr. Kay Wong.

TH/pribe/63115

T: 6/17/98

Return to Clinic in 2 weeks

Signed 6/18/1998 8:17 PM by Tamar Hoffmann, MD

The Honolulu Medical Group, Inc.  •  550 S. Beretania Street  •  Honolulu, Hawai'i  •  96813-2495

6/7/00

11:47:46 AM

04/20/98                                                                    Page 1 of 1

## Patient Record Detail - Clinical Notes                    ◄ ► Back

Tamar Hoffmann ,MD          6-19-1998          PHILIP E ENGLISH (dob 10-26-1954)

Ref MD      Blank      Reported Medication/Non-Prescription      Drug Allergies
BP          122/86     Supplements                               NKDA
Temp        97.1       None
Pulse       60
Weight      193
Respiration Blank

Complaint        WET READ ON RENAL US

Description      PT. IN FOR WET READ ON RENAL ULTRASOUND.

Date N/A

Created 6/19/1998 12:06 PM by Raina B. Ramos,MA

.06/19/98 ENGLISH, PHILIP 328402 TAMAR HOFFMANN, M.D.

S: Mr. English returns for follow-up of left flank injury and abdominal CAT scan. He reports doing better. Regarding depression, admits to having difficulties coping with the fact that his marriage is over, continues psychotherapy (at present time seen by psychologist, note by psychiatrist). His appetite is irregular, he admits to occasional insomnia at times does not sleep for three or four nights, extremely tired thereafer.

O: Afebrile, no acute distress. Vital signs as above. Depressive affect. Heart and lung exam unchanged. Left flank - worsening purplish discoloration at site of injury extending to the buttocks and thigh, minimally tender.

Ultrasound - confirms lesion at posterolateral aspect of left kidney, appears solid, may be consistent with hematoma.

CBC and chemistry panel within normal limits. 24-hour urine for protein within normal limits.

A: 1. Abnormal renal ultrasound and CAT scan - with solid lesion - most likely secondary to hematoma after left flank injury (and of fall). Other diagnoses considered. 2. Proteinuria - resolved. 3. Depression with probable component of grief secondary to divorce.

P: Reassured. Continue psychotherapy. I advised patient to discuss with his psychologist. Refer to psychiatrist as well regarding trial of antidepressant, especially in view of insomnia. Discussed with urologist, Dr. Tsou, who recommends repeat abdominal (renal) CAT scan for follow-up of left kidney lesion in six weeks. Re-evaluate thereafter for CT-guided biopsy if lesion persists, but reduction in size. HMO referral written.

TH/primc 66913

T: 06/23/98

Return to Clinic in 6 weeks

Signed 6/24/1998 2:00 PM by Tamar Hoffmann,MD

6/7/00                                                                    11:50:41 AM

8/27/98                                                                                    Page 1 of 1

## Patient Record Detail - Clinical Notes                    ◄ ► Back

Tamar Hoffmann ,MD                8-27-1998            PHILIP E ENGLISH (dob 10-26-1954)

| Ref MD | Blank | Reported Medication/Non-Prescription | Drug Allergies |
|---|---|---|---|
| BP | 132/80 | Supplements | NKDA |
| Temp | 98.6 | None | |
| Pulse | 72 | | |
| Weight | 194 | | |
| Respiration | Blank | | |

Complaint            RECK LT. KIDNEY

Description          F/U CT SCAN RESULTS

Date N/A

Created 8/27/1998 3:27 PM by Deliah A. Galase,RN

8/27/98 PHILIP ENGLISH TAMAR HOFFMANN, M.D.

S: Mr. English returns for follow-up left kidney CAT scan.

He is asymptomatic at the present time. Follow-up CAT scan showed persistent solid low density mass at periphery of left kidney, unchanged from previous study. Neoplasm suspected.

O: On exam, afebrile in no acute distress. Vital signs as above. Examination unremarkable.

A: 1. Solid lesion left kidney – unchanged since June 98. Rule out malignancy.

P: 1. Patient was informed of CAT scan report and the fact the lesion has not changed since June 98, and that malignancy cannot be ruled out. 2. He was referred to urologist Dr. Tsou. 3. Informed consent form was signed at an earlier date. 4. Case discussed with Dr. Tsou who agrees with above plan. New HMO referral written.

TH/pribe/116568

T: 8/31/98

Return to Clinic in 2 weeks

Signed 8/31/1998 5:55 PM by Tamar Hoffmann,MD

The Honolulu Medical Group, Inc. • 550 S. Beretania Street • Honolulu, Hawaii • 96813-2496

Patient Record Detail                                                           Page 1 of 1

## Patient Record Detail - Clinical Notes

◄ ► <u>Back</u>

Tamar Hoffmann ,MD             8-28-1998          PHILIP E ENGLISH (dob 10-26-1954)

Complaint: Referral

Comments:

Referral put in for patient to see Dr. Tsou for left renal mass.  Appointment scheduled for 9/4/98.

Created 8/28/1998 8:40 AM by Lou T. Cabacungan,RN

6/7/00                                                                12:01:11 PM

## Patient Record Detail - Clinical Notes

◀ ▶ Back

Tamar Hoffmann ,MD        10-15-1998        PHILIP E ENGLISH (dob 10-26-1954)

| | | | |
|---|---|---|---|
| Ref MD | Blank | Reported Medication/Non-Prescription | Drug Allergies |
| BP | 110/90 | Supplements | NKDA |
| Temp | 98.1 | None | |
| Pulse | 64 | | |
| Weight | 196.5 | | |
| Respiration | Blank | | |

Complaint        PE

Description        PE

Date N/A

Created 10/15/1998 9:57 AM by Olivia Guillermo,MA

---

Content:        History/Physical

Description:        PE

Source:        Tamar Hoffmann,MD

Date:        10-15-1998



SCANNED DOCUMENT

Created 10/16/1998 10:12 AM by Dorothy Pascua

10/15/98 PHILIP ENGLISH TAMAR HOFFMANN, M.D.

S: Mr. English comes in for complete physical, see notes for details.

O: On exam, see notes for details.

EKG- sinus bradycardia at 51, otherwise normal study.

A: 1. Recent diagnosis of kidney cancer (by CAT scan guided biopsy at Queens). 2. History of left flank injury June 98. 3. History of depression mostly reactive to family problems (divorce in progress) as well as financial difficulties. 4. Family history relevant for testicular cancer (brother) as well as rheumatoid arthritis and overweight. 5. Multiple nevi appear benign, however, a few with irregular colors (lesion that appears keratotic, mildly pigmented, however, islands of increased pigmentation at center.

P: 1. Patient was reassured. 2. Continue seeing his psychologist and psychiatrist. 3. Continue using medications as per psychiatrist's advice. 4. Patient was advised to call us with name and dose of medications that he is taking. 5. Was referred to dermatologist Dr. Mills, HMO referral written. 6. Follow-up with urologist and probable left nephrectomy at a later date (at the present time the urologist is conducting work-up for metastatic disease). 7. X-rays and labs will be ordered by Dr. Tsou with copies to us. 8. Copy of EKG was given to the patient to deliver to Dr. Tsou. 9. Educational material regarding adjusting to the diagnosis of cancer given to the patient. Support offered. Will discuss further at next encounter.

TH/pribe/151027

T: 10/19/98

• Return to clinic in 2 weeks

Signed 10/19/1998 5:46PM by Tamar Hoffmann,MD

12:11:20 PM

## Patient Record Detail - Clinical Notes

 Back

Richard Tsou ,MD          10-16-1998          PHILIP E ENGLISH (dob 10-26-1954)

| Ref MD | HOFFMAN | Reported Medication/Non-Prescription Supplements | | Urinalysis (optional) | |
|---|---|---|---|---|---|
| Age | 43 | ANTIDEPRESSANT? PRN | | Test | Results |
| Temp | Blank | | | UA | Neg - CL YELLOW |
| BP | 120/80 | Drug Allergies | | Spec. Gravity | 1.015 |
| Pulse | 64 | NKDA | | pH | 5 |
| Respiration | Blank | | | Leukocytes | Blank |
| Weight | 193 | Complaint | | Nitrite | Blank |
| | | F/U CT GUIDED BX RESULTS | | Protein | Blank |
| | | | | Glucose | Blank |
| | | Description | | Ketones | Blank |
| | | DISCUSS RESULTS OF CT GUIDED BX | | Urobilinogen | Blank |
| | | | | Bilirubin | Blank |
| | | | | Blood | Blank |

Created 10/16/1998 9:43 AM by Deliah A. Galase,RN

10/16/98 ENGLISH, PHILIP RICHARD TSOU, M.D.

S: This is a 43-year-old patient referred by Dr. Hoffmann because of an exophytic left renal mass at the inferior pole of the kidney found incidentally on a CT scan following blunt trauma. Patient was sent for a CT-guided biopsy of the left renal mass. The results of that biopsy show a Grade I-II renal cell carcinoma of the clear cell type. The previous CT scan of the abdomen and pelvis on 8/20/98 did not show evidence of involvement of other organs or lymph nodes. I discussed the further staging workup and treatment of renal cell carcinoma with the patient, and he is agreeable to proceeding with workup and treatment.

A: Left renal cancer.

P: Patient will be scheduled for CT scan of the chest with thin sections to be correlated with a chest x-ray, PAL. He will also be sent for a bone scan to look for bone metastases. Laboratory studies to be obtained will include a comprehensive profile plus SGPT, CBC, PT, PTT and UA with reflex. The patient will follow-up for a preoperative exam on 11/02/98. At that time, a type and screen can also be obtained with preoperative teaching. Tentatively, he is scheduled for left radical nephrectomy on 11/04/98 at 12:00 noon at Queen's Medical Center.

RT/primc 151994

T: 10/19/98

• Return to clinic PRN

Signed 10/23/1998.1:32PM by Richard Tsou,MD

• Results Abnormal
• Return to clinic PRN
• Patient already informed

Reviewed 10/27/1998.7:07PM by Tamar Hoffmann,MD

The Queen's Medical Center
1301 Punchbowl Street
Honolulu, HI 96813

PATIENT NAME:          ENGLISH, PHILIP
MEDICAL RECORD#:       486269
ROOM#:
ATTENDING PHYS.:       Richard Tsou, M.D.
REPORT:                DISCHARGE SUMMARY
JOB#:                  11294  TS!
                       Page 1 of 1

DATE OF ADMISSION:      11/04/98
DATE OF DISCHARGE:      11/09/98

The patient is a 44-year-old man who was diagnosed with renal cell carcinoma after a mass was discovered incidentally on a CT scan. He underwent a left radical nephrectomy on 11/04/98, performed by Dr. Richard Tsou and Dr. Brandt Lapschies. The patient tolerated the procedure well and was moved to the recovery room in satisfactory condition. A chest tube, which was placed in the operating room, showed no air leak, and a chest x-ray showed no pneumothorax. The patient's creatinine rose to 1.8 and remained stable. The patient was comfortable on meperidine by PCA. The chest tube was removed on the next day. The patient developed a fever, to 101.4 degrees F, and his white blood cell count was 16,000. However, this resolved without the use of antibiotics. His urine output remained adequate. He was started on clear liquids, which he tolerated well. His activities were resumed. When his bowel function resumed he was advanced to a regular diet without difficulty. The patient was then changed to p.o. medications and was finally discharged on 11/09/98, with instructions to follow up with Dr. Richard Tsou in one week, and with Dr. Brandt Lapschies in one week as well. He was to continue the regular diet. His activities were restricted to no heavy lifting for six weeks. He was to continue the following medications: Pepcid 20 mg p.o. b.i.d., Colace one tablet p.o. b.i.d., and Vicodin for pain control.

Yoav Gershon, M.D.

Richard Tsou, M.D.

YG/RT:slr TS! (6085)
D: 11/23/98
T: 11/30/98

> DOCTOR
> HAS
> REVIEWED

Copy

The Queen's Medical Center
1301 Punchbowl Street
Honolulu, HI 96813

PATIENT NAME:       ENGLISH, PHILIP
MEDICAL RECORD#:    486269
ROOM#:              IOL2
ATTENDING PHYS.:    Richard I. Tsou, M.D.
REPORT:             OPERATIVE REPORT
JOB #:              4433:hs
                    Page 1 of 3

DOB 10/26/54

cc:     Tamar Hoffman, M.D.
        Brandt K. Lapschies, M.D.

DATE OF OPERATION:  11/04/98

**PREOPERATIVE DIAGNOSIS**
Left renal cell cancer.

**POSTOPERATIVE DIAGNOSIS**
Left renal cell cancer.

**OPERATION PERFORMED**
Left radical nephrectomy.

**SURGEON**
Richard I. Tsou, MD

**CO-SURGEON**
Brandt K. Lapschies, MD

**ASSISTANT(S)**
Yoav Gershon, MD

**ANESTHESIA**
General endotracheal.

**ANESTHESIOLOGIST**
John M. Semenza, MD

DOCTOR HAS REVIEWED

**INDICATIONS**
This 44-year-old male with a 2-cm posterior left lower pole renal cell cancer diagnosed by CT-guided needle biopsy of a mass which was detected on CT scan of the abdomen performed following a left flank trauma.

**PROCEDURE**
The patient was an a.m. admission. He was given Kefzol 1 g IV prior to surgery. He was brought to the operating room, and general anesthesia was administered. He was then placed in the right lateral decubitus position to elevate the left flank and axillary roll was placed under the right axilla and appropriate padding was placed on pressure points especially over the legs. The kidney rest was elevated, and the table was flexed to cause extension of the left flank area. The patient was then prepped and draped in the standard fashion.

The procedure was begun by making a left eleventh rib flank incision. The incision was made from a point lateral to the left rectus muscle transversely across the abdomen over the tip of the left eleventh rib for a distance of approximately 5 cm over the rib. The incision was

Copy

The Queen's Medical Center
1301 Punchbowl Street
Honolulu, HI 96813

PATIENT NAME:     ENGLISH, PHILIP
MEDICAL RECORD#:  486269
ROOM#:            IOL2
ATTENDING PHYS.:  Richard I. Tsou, M.D.
REPORT:           OPERATIVE REPORT
JOB #:            4433:hs
                  Page 2 of 3           DOB 10/26/54

deepened with electrocautery and carried down through the subcutaneous tissues and the layers of the external and internal oblique muscles. Minor bleeding points were controlled with electrocoagulation. The incision was carried through the periosteum of the eleventh rib. Periosteal elevators were used to free the rib from its bed taking care to avoid the intercostal nerves. Once the rib had been isolated and freed for a distance of 4 or 5 cm, then rib cutters were used to remove the rib. The bed of the rib was then opened to expose the retroperitoneum. A blunt dissection was used to separate the abdominal wall away from the peritoneum, and all the muscle layers were opened for the full length of the incision. Bone wax was applied to the stump of the rib, and a Thompson retractor was then placed to gain exposure to the left retroperitoneal area. The peritoneum was opened in line with the incision, and the left descending colon was identified and reflected anteriorly away from the retroperitoneal area. This gave excellent exposure to the kidney within Gerota's fascia. Dissection was performed at the hilum of the kidney to expose the left renal vein and left renal artery. These were double ligated with 0 silk ligatures on the proximal side and single 0 silk ligatures on the distal specimen side. The left renal artery and left renal vein were divided. Blunt and sharp dissection was then used to free the kidney laterally and posteriorly as well as inferiorly. The ureter was identified and divided and ligated with 0 silk ligatures. This left the specimen attached only superiorly where a dissection was carefully done to avoid injuring the pancreas and spleen. Medially, the specimen was adherent at the left adrenal gland. This was taken down carefully using large Hemoclips and sharp dissection. Additional tissue was removed at the hilum, and the specimen was freed and sent for routine pathologic analysis.

The wound was throughly irrigated and inspected. There was a small rent in the pleura at the angle of the left eleventh rib. This was closed with a running 3-0 Vicryl suture. Then 0.5% Marcaine was injected along the intercostal spaces of the tenth, eleventh, and twelfth ribs for postoperative pain control. A 28-French chest tube was placed through a separate stab incision at approximately the interspace along the anterior axillary line. The chest tube was secured with 0 silk sutures and eventually connected to water-seal and suction drainage. After through irrigation of the wound, the muscle layers were closed with a running 0 Vicryl suture for the transversus abdominis layer and internal oblique layer. The closure was extended to the rib bed. The anterior external oblique layer was closed with a running 0 PDS suture. Subcutaneous tissues were re-irrigated and skin edges were closed with surgical staples. Dry dressings were applied over the incision and occlusive dressing was applied around the chest tube and as mentioned the chest tube was connected to water-seal drainage.

The patient tolerated the procedure well with a blood loss of 400 cc. He received 1500 cc of crystalloids. He was taken to the recovery room in stable condition. He will be managed with an IV morphine PCA. Chest

Copy



DOCTOR
HAS
REVIEWED

The Queen's Medical Center
1301 Punchbowl Street
Honolulu, HI 96813

PATIENT NAME:      ENGLISH, PHILIP
MEDICAL RECORD#:   486269
ROOM#:             IOL2
ATTENDING PHYS.:   Richard I. Tsou, M.D.
REPORT:            OPERATIVE REPORT
JOB #:             4433:hs
                   Page 3 of 3            DOD 10/26/54

tube will be left in place for two to three days and a postoperative
chest x-ray will be checked in the recovery room.   A 16-French Foley
catheter placed at the beginning of the case will be left in place for
24 to 48 hours.



Richard I. Tsou, MD

RIT /* 11691 / 7751
HS#: 194031
d: 11/04/98
t: 11/11/98



Copy

Date Printed:        04/04/2005                                    Time Printed:        12:48:04



**KAISER PERMANENTE.**
HAWAII REGION
Medical Group, P. C.

Patient Chart for:   PHILIP E. ENGLISH                                    MRN:   633194

# IMAGING HISTORY

**IMAGING ORDER**
        Status: Completed
        Date: 07-21-2003 15:22:00

**Procedure**
        Date: 06-26-2003 16:22:00
        Priority: Routine
        Procedure:   Ultrasound Kidneys/Urinary Bladder
        Scheduled Appointment:      UnSpecified
        Ordered By: LOVE, JAMES, E (190)MD
        Date: 06-26-2003 19:23:15

        Interpretation Required: UnSpecified

**Comments**
        S/P Left Nephrectomy (in Nov 1998 for Cancer of the Left Kidney) -
        current Cr is 1.6(CIS)

**RESULT**
        Result Status: Final
        Performed Location: HONOLULU

        Patient Requests Notification: No
        Ordered By: LOVE, JAMES, E (190)MD
        Description:
            Ultrasound Kidneys/Urinary Bladder
        Observation Date: 07-21-2003 09:23:00
        Interpretation Date: 07-21-2003 18:22:14
        Interpretation:

            ULTRASOUND OF THE KIDNEYS AND URINARY BLADDER, 07/21/03
            IMPRESSION:Status post left nephrectomy. Small simple cyst in
            the right kidney seen and there is no other abnormality of the
            right kidney seen.
            FINDINGS:The right kidney measures 11.2 x 6.1 x 6.4 cm in length,
            height, and width. The echogenic pattern is unremarkable. There
            is a small cyst seen measuring 1.6 x 1 x 1.2 cm. Other abnormality
            is not seen. The patient is status post left nephrectomy. The
            urinary bladder is unremarkable.
            JUNG H. KIM, M.D.
            mjm

        Interpreted by: KIM, JUNG, H (278)MD

Copy To:   LOVE, JAMES, E (190)MD
Page 2 / 40

· 0023 3861 10/01

Date Printed:          04/04/2005                                    Time Printed:          12:48

**KAISER PERMANENTE.**
HAWAII REGION
Medical Group, P. C.

<u>Patient Chart for:  PHILIP E. ENGLISH</u>                              <u>MRN:  633194</u>

**IMAGING ORDER**
>    Status: Ordered
>    Date: 06-26-2003 16:07:59

**Procedure**
>    Date: 06-26-2003 16:07:59
>    Priority: Routine
>    Procedure:  Ultrasound Kidneys/Urinary Bladder
>    Imaging Location: REGIONAL RADIOLOGY
>    Scheduled Appointment:    Yes

>    Written By: LOVE, JAMES, E (190)MD
>    Date: 06-26-2003 16:06:10
>    Ordered By: LOVE, JAMES, E (190)MD
>    Date: 06-26-2003 16:07:59

>    Interpretation Required: Yes

**Comments**
>    S/P Left Nephrectomy (in Nov 1998 for Cancer of the Left Kidney) –
>    current Cr is 1.6

**Instructions**
>    If patient has renal insufficiency, the preparation for this exam
>    may be ignored. There is a preparation/information sheet for this
>    exam.  Please provide this sheet to the patient or direct him/her
>    to Diagnostic Imaging to obtain one.

    Send Result To: LOVE, JAMES, E (190)MD

**IMAGING ORDER**
>    Status: Completed
>    Date: 01-09-2003 12:12:00

**Procedure**
>    Date: 01-06-2003 08:40:00
>    Priority: Routine
>    Procedure:  Foot – right- complete, 3 or > views
>    Scheduled Appointment:    UnSpecified
>    Ordered By: RUSSELL, SABA (6820)MEDDOC
>    Date: 01-06-2003 10:41:04

>    Interpretation Required: UnSpecified

**Comments**
>    RT. FOOT SERIES--R/O FX.

Page 3  / 40

0023 3861 10/01

KAISER MEDICAL PE PHILIP ENGLISH

Date Printed:        04/04/2005                                              Time Printed:        12:48:04

**KAISER PERMANENTE**
HAWAII REGION
Medical Group, P. C.

Patient Chart for: PHILIP E. ENGLISH                                        MRN: 633194

**RESULT**
        Result Status: Final
        Performed Location: HONOLULU

        Patient Requests Notification: No
        Ordered By: RUSSELL, SABA (6820)MEDDOC
        Description:
                Foot - right- complete, 3 or > views
        Observation Date: 01-06-2003 08:48:00
        Interpretation:

                THREE VIEWS RIGHT FOOT 1/6/2003
                COMMENT:On the AP view, there is a fleck of calcification lateral to
                the cuneiform or the distal calcaneus, suggesting a possible avulsion

                fracture. No other definite fracture to osseous structures is
                appreciated. No dislocation, significant degenerative change except
                for a small plantar spur on the calcaneus, or radiopaque foreign body

                is seen. Correlation and follow-up exams as clinically indicated.
                STEIN E. RAFTO, M.D.
                mjm

        Interpreted by: RAFTO, STEIN, E (1133)MEDDOC

**Copy To:**    RUSSELL, SABA (6820)MEDDOC

**IMAGING ORDER**
        Status: Completed
        Date: 10-14-2002 09:47:00

**Procedure**
        Date: 10-07-2002 08:31:00
        Priority: Routine
        Procedure: RD FOOT LT COMPLETE
        Scheduled Appointment:      UnSpecified
        Ordered By: STRONGOSKY, GREGORY (7848)MEDDOC
        Date: 10-07-2002 11:32:23

        Interpretation Required: UnSpecified

**Comments**
        LT FOOT- BIG TOE TRAUMA

**RESULT**
        Result Status: Final

Page 4   / 40

0023 3861 10/01

Date Printed:          04/04/2005                                    Time Printed:          12:48:04



**KAISER PERMANENTE**
HAWAII REGION
Medical Group, P. C.

<u>Patient Chart for:  PHILIP E. ENGLISH</u>                          <u>MRN:  633194</u>

```
      Ordered By: STRONGOSKY, GREGORY (7848)MEDDOC
      Description:
         RD FOOT LT COMPLETE
      Observation Date: 10-07-2002 08:44:00
      Interpretation Date: 02-18-6414 00:00:00
      Interpretation:

         LEFT FOOT.
         FINDINGS:There is an avulsion fracture noted at the base of the
         proximal phalanx of the great toe.
         JUNG H. KIM, M.D.
         egh

      Interpreted by: KIM, JUNG, H (278)MEDDOC

Copy To:   STRONGOSKY, GREGORY (7848)MEDDOC
```

Page 5   / 40

0023 3861  10/01

KAISER MEDICAL RE PHILIP ENGLISH                    18

SCANNED/CIS    FEB 14 2003    63 31 94    *Cen Gon*

**KAISER PERMANENTE.** *HAWAII REGION*

## Same Day Care Clinic (SDCC)
## Medical Screening/Order Form

*( Page 1 of 1 )*    Format: Time - Military  Date - MM / DD / CCYY.

MR #: _____    UC Loc: _____
ENGLISH, PHILIP, E
M  10 26 1954    HI
Name: _____
Sex/DB: _____

Encounter #: ___ CC  REC    021303

| Date 2/13/03 | Time 16:28 | PCP Cove | Age 48 |

Chief Complaint: Pain

Time: 1639  BP 139/95  P 67  R 20  Temp 97  Wt _____  SpO2 _____

Assessment: 2/13/03 emp stress @ work ... a neditate ... worse 9 months ago

PMH: _____    Meds: Ø    Allergies: No Known

Last td: GWB3    Visual Acuity: OD ___ OS ___    Notified: ☐ Family  ☐ Police    Latex: No

Disposition: _____

Time seen by MD _____    MA/Tech/Nurse's Sig _____

*INDUSTRIAL*

| Physician's Orders | Init/Time | X-Rays | Init/Time | Additional Orders: | Init/Time |
|---|---|---|---|---|---|
| ☐ NPO | | | | | |
| ☐ Otho VS | | | | | |
| ☐ Monitor | Rhythm | | | | |
| ☐ Peak Flow | Pre / Post | **Intravenous** | | | |
| ☐ EKG | | | | | |
| ☐ ABG | Alero / Sao | **O2** | | | |
| ☐ Foley | | | | | |
| ☐ NG | Heme | | | | |
| ☐ Dex Stick | Result | ☐ Restraints | | | |
| | | Type: | | | |
| **Lab** ☐ CBC  ☐ DIFF | | ☐ Procedural Sedation | | | |
| ☐ BUN ☐ Glucose ☐ CR ☐ Lytes | | | | | |
| ☐ CPK ☐ Troponin ☐ PT/PTT | | ☐ t) 0.5 ml IM | | | |
| ☐ TYSE ☐ HCG ☐ ABORH | | | | | |
| ☐ LFTS ☐ Amylase | | **Nursing Notes:** | | | |
| ☐ UA ☐ UCG ☐ Urine Tox | | | | | |
| ☐ Dig ☐ Dilantin ☐ Tylenol | | | | | |

Resident's Sig: _____

SDCC Practitioner's Sig: _____

| Init | Nurse's Sig: | Prov.# (if any) | Init | Med Clerk / MA / Tech / Rn's Sig | Prov.# (if any) |
|---|---|---|---|---|---|

0021 9271    6/00    **White** - OMR/Progress Notes    **Canary** - Consult/Referral    **Pink** - SDCC File    **Goldenrod** - Med Insurance

# AUTHORIZATION FOR MEDICAL CARE, RELEASE OF INFORMATION AND HEREBY FINANCIAL AGREEMENT

**A.** I believe that I am suffering from a condition requiring immediate care, and hereby authorize Kaiser to provide such medical care limited to diagnostic and treatment procedure to be performed on me by and under the supervision of the attending physician as named on the reversed side and/or such aides and assistants as he may select. I understand that medicine is not an exact science and acknowledge that no guarantees have been given to me concerning the outcome of the diagnostic and treatment procedures to which I hereby consenting.

I acknowledge that it has been explained to me that the diagnostic and treatment procedures to be provided are limited to immediate medical care, and that it may be necessary for me to select another physician and obtain from him a complete diagnosis of my condition and such continued treatment as he may prescribe.

**B.** RELEASE OF INFORMATION: The hospital is authorized to furnish from patient's record requested information or excerpts to any insurer of patient or to any representative of the hospital.

**C.** FINANCIAL AGREEMENT: In consideration of hospital and medical services rendered to the patient, the undersigned, whether he signs as a patient, spouse, or personal representative of the patient, agrees to pay any and all charges for such services upon presentation of a statement of charges. Default in the payment of any installment when due shall make the entire debt due and payable.

This financial agreement covers charges for services and/or goods received and processed as of this date. Any additional charges related to this visit will be billed separately and will be payable according to the terms of this agreement.

**D.** TELEPHONE CONSENT: Date _____ Time of Call _____ Number _____

Destination _____

Identity of adult person granting consent _____

Contingencies of granted consent _____

Identity of person calling from clinic _____

Witness to conversation via ext. phone _____

THE UNDERSIGNED CERTIFIES THAT HE HAS READ AND UNDERSTANDS THE FOREGOING, ACCEPTS AND AGREES TO ABIDE BY ITS TERMS.

Date __2/13/02__ Hour __1615__ Signed _____
Patient

Witness _____ Signed _____
Patient's Parent or Representative

_____
Relationship to Patient

PARENTS PERMISSION FOR PELVIC EXAMINATION: I hereby authorize and give permission to Kaiser and attending physicians to perform a pelvic examination on _____

who is my _____ Signed _____
Patient's Parent or Representative

## REFUSAL OF DRUGS, TREATMENTS OR PROCEDURES RELEASE

I/We, the undersigned, refuse to have the drugs, treatments or procedures listed below administered to or performed on myself or _____, patient, who is my _____ even though it has been ordered by the physician. I have been informed of and understand the risk involved in this refusal and hereby release the Kaiser Foundation Hospital, Kaiser Foundation Health Plan, Inc. and Hawaii Permanente Medical Group, Inc (Kaiser Permanente), its staff and attending physician from any liability for any ill effects which might result from this refusal.

Refused _____
Indicate name of drug, treatment or procedure refused

Date _____ Hour _____ Signed _____ Age _____
Patient, Parent, or Legal Guardian (Specify which)

Witness _____ Signed _____
Other parent if patient is a minor

SCANNED/CIS

© 1995-99 E.S.C.

Circle Positives   ✓ Check Normals   Backslash Negatives

52   **KAISER PERMANENTE.**
**EMERGENCY PHYSICIAN RECORD**
Psych Disorder, Suicide Attempt, Overdose (5)   Page 1 of 2
Template _____ of _____   Account # _____

DATE: 2 / 13 / 3   TIME SEEN: _____
HISTORIAN: __patient __spouse __paramedics _____

__HX / __EXAM LIMITED BY: _____

**HPI  chief complaint(s):**
Depression   Suicidal Ideation   Suicide Attempt
Agitated   Hallucinating   Drug Overdose
         Anxied            Self-Injury
                    → Stress

onset_____
_____ when? _____
increased since_____

context/severity: ~ ① whistle blower >
~② having issues ③ work

__current/associated complaints:
__depressed / angry / frustrated / agitated / hostile / paranoid
               ④ stress

__situational problem
related to: spouse / parent / son / daughter / significant other
work / lost job / school / legal problems

__confused / hallucinating    ⊘SI / HI
                              ⊘DI / HA

__suicidal thoughts / specific plan / gesture or attempt

__ingestion (see list below)
suicide attempt   wanted to "escape"   accidental   will not answer

__incised / abraded wrist (R / L)

**LIST OF SUBSTANCES INGESTED (if applicable)**

| name | strength | # taken | when taken |
|------|----------|---------|------------|
| acetaminophen   Y / N | | | |
| aspirin   Y / N | | | |
| ethanol   Y / N | | | |

M R #: _____   UC LOC: _____

b2 31 94
NAME: English, Philip
B.D   ENGLISH.PHILIP.E   633194
N   10 26 1954   H1

**"RESCUE FACTOR"** (if suicide attempt)
How did ingestion/other acts come to attention?

Arrived by: private car   ambulance (who called?)
           police   patient   spouse
Recently seen/treated by doctor

**ROS**
PULMONARY & CVS
__cough
__trouble breathing
__chest pain

NEURO & EYES
__headache
__visual disturbance

GI - GU
__abdominal pain
__nausea
__vomiting
__diarrhea
__problems urinating

SKIN & LYMPH & MS
__skin rash / swelling
__joint pain

☐ all systems neg. except as marked

**PAST HISTORY** ✓ negative
__prior suicide attempt
__psychiatric problems
   depression   bipolar disorder
   schizophrenia   other
__other problems _____

__cardiac disease
__hypertension
__diabetes   insulin / oral / diet
__lung disease
__HIV / AIDS

Surgeries:
__tonsillectomy   __appendectomy
__cholecystectomy   __hysterectomy

Medications ✓ none   __see nurses note

Allergies __NKDA
see nurses note
MSO4

**SOCIAL HX**   smokes   drugs
recent alcohol use / binge drinking / alcoholism
marital status: single   married   children

White (with Blue Ink) - Chart-OMR / Progress Notes   Dept   Referral   Patient Accounting

0007-7625 (Rev. 6/99)

☑Nursing Assessment Reviewed.    ☑ BP, HR, RR, Temp reviewed.    Page 2 of 2

**PHYSICAL EXAM** ___Alert ___Lethargic ___Obtunded
*Distress* ___NAD ___mild ___moderate ___severe
___uncooperative for exam

MR#: **ENGLISH.PHILIP.E**
NAME: **M  10 26 1954      M1**
B.D.:

**HEENT**
___nml ENT inspection
___pharynx nml
*if obtunded:*
___nml gag reflex

___depressed / absent gag reflex
___abnormal TM ( R / L )
___dry mucosa
SCANNED/CIS
___gag reflexed  diminished / absent

**LABS, XRAYS, and PROGRESS**

**EYES**
___pupils equal, round
& reactive to light
___EOM's intact

___nystagmus
___disconjugate gaze
___mydriasis / meiosis / anisocoria
___R Pupil _____mm  L Pupil _____mm

| EKG MONITOR STRIP | NSR / abnml |
|---|---|
| **EKG** ☑NML ☑Interp. by me ☐Reviewed by me  Rate___ |
| NSR___ nml intervals___ nml axis___ nml QRS___ nml ST/T___ |
| not / changed from___ |
| **CXR** ☐Interp. by me ☐Reviewed by me ☐Direct w/ radiologist |
| nml/NAD___ no infiltrates___ nml heart size___ nml mediastinm___ |
| not / changed from___ |

**NEURO/PSYCH**
*mental status*
___mood/affect nml

___slow / no response to commands
___ withdraws to pain  no response to pain
___depressed affect
___tearful / hostile / non-communicative
___suicidal ideation (circled)

| CBC | Chemistries | ABG's | Toxicology |
|---|---|---|---|
| *normal except* | *normal except* | *nml* | *normal except* |
| WBC | Na | | acetamin |
| Hgb | K | | aspirin |
| Hct | Cl | pH | ETOH |
| Platelet | CO2 | pCO2 | |
| segs | Gluc | pO2 | triage / urine |
| bands | BUN | K/A | drug screen |
| lymphs | Creat | O2 | |

*For suicide attempts:* On direct query, patient *ADMITS / DENIES*
continued consideration of suicide as an option.
If denies, why? ___

**Pulse Ox** ___ % on RA / ___ L / ___ at (time)

orientation
___normal x3

___uncooperative / cannot determine
___disoriented
___to: day-of-week  day-of-month
___ month year place person

Time ___unchanged ___improved ___re-examined___

___ Rx prescribed

*cranial nerves*
*sensory, motor*
___CN's intact as tested
___nml motor response
___nml sensory response
___nml reflexes
___nml gait

___facial droop / CN abnormality
___motor/sensory deficit
___abnormal gait

INTERVIEW WITH OTHER RESPONSIBLE ADULT
Name___ Relationship___
Considers ongoing suicide risk  high/low  uncertain
Capable / comfortable with observing patient at home? Yes  No  N/A

**NECK/BACK**
___normal inspection
___neck supple

___cerv. lymphadenopathy ( R / L )
___thyromegaly /  meningismus

MEDICAL CLEARANCE FOR PSYCHIATRIC REFERRAL (if needed)
Back exam is indicate that diagnosis is unlikely based on H&P and, when needed, lab tests:
•Toxic (PCP Amphetamine Hallucinogen Acetaminophen ASA ETOH Other
•Infectious (Meningitis Encephalitis Sepsis)
•Metabolic (Thyroid Hypoglycemia Drug Withdrawal Hypoxemia Electrolytes)
•CNS Vascular and Other  (CVA TIA Seizure Trauma)
•Other Unstable Comorbidities___ cleared medically for psych referral

**RESPIRATORY**
___no resp. distress
___breath sounds nml

___wheezing
___rales /  rhonchi

Discussed with Dr.___ ☐CRIT CARE  30-74 min
will see patient in office / ED / hospital___ 75-104 min
Counseled patient / family re explain___ Prior records ordered___
lab results / diagnosis / need for follow up___ Additional history from___
Admit orders written___ family/caretaker/paramedics___

**CVS**
___regular rate, rhythm
___heart sounds normal

___irregularly irregular rhythm
___extrasystoles ( occasional / frequent )
___tachycardia / bradycardia
___JVD

**ABDOMEN**
___non-tender
___nml bowel sounds
___no organomegaly

___guarding
___hepatomegaly / splenomegaly

RESIDENT'S SIGNATURE___

**FACULTY:** ___pt seen / examined ___resident's hx reviewed
HX:

**SKIN**
___color nml, no rash
___warm, dry

___cyanosis / diaphoresis / pallor
___skin rash

PX:

**EXTREMITIES**
___non-tender
___normal ROM
___no signs of injury
___no pedal edema

___laceration
___pedal edema

**CLINICAL IMPRESSION:**
Ethanol Intoxication     Psychosis  Schizophrenia- acute exac.
Depression        Drug Overdose( intentional/ accidental)
*major*  *manic*        Suicide Attempt/ Ideation

**PROCEDURES** ☐Restraints
☑Intubated ___by ED physician ___nasal/oral ___Fr tube
breath sounds equal ___tube position confirmed w/ CXR
☑Gastric Lavage ___bill fragments recovered
☑Charcoal ___gm given ☐Sorbitol ___oz given

DISPOSITION- ☐home ☐admit ☐morgue ☐transfer
☐AMA ☐other___
STATUS OF- ☐unchanged ☐improved ☑stable ☐critical
DISCHARGE ☐expired___

*ATTENDING SIGNATURE-*  KLS    4/4/83

Psych Disorder; Overdose-52

**KAISER PERMANENTE.**
*Prescription Order Form*

Same Day Care Clinic (SDCC)
1010 Pensacola St.
Honolulu, Hi., 96814
Phone: 432-2100

*Non Safety Caps Available*
*at The Pharmacy On Request*

MR #: 633194
63 31 94
Name: English, Philip
Sex/BD: ENGLISH,PHILIP,E
Address: R 10 26 1954    HI
Date:
Encounter #:

☐ Formulary equivalent not to be used    ☐ No discharge medication    **PLEASE USE SEPARATE FORM FOR EACH CLASS II DRUG**

| | DISCHARGE MEDICATIONS/SUPPLIES | STRENGTH | INSTRUCTIONS | NUMBER |
|---|---|---|---|---|
| 1 | Valium | 5mg | 1/2 tab - 5 tab | RJ |
| 2 | | | | |
| 3 | | **ORIGINAL RETAINED** | | |
| 4 | | **IN PAPER CHART** | | |

Signature: LTS    Prov # 4463

DEA #: BT7000120    Print Name: ToSn

---

## Kaiser Permanente Same Day Care Clinic (SDCC) Discharge Instructions

Print Patient's Name: P. Engl

Follow up with: Dr Love _____ (MD/Dept) _____

at (Clinic location) _____ Telephone # _____ on the next business day for

follow-up in ___ 1 ___ Day(s) _____ Week(s) _____ As needed _____

Diagnosis: _____ P. English → ? Anxiet _____

Treatment Given: _____

Instructions Given: ☐ Head Injury    ☐ Splint/Cast    ☐ Vomiting/Diarrhea
☐ Fever    ☐ Laceration/Wound Care    ☐ Other: _____

### *If your conditions worsens, Return to SDCC Department or call your Physician.*

☐ You have been given a medicine in the SDCC Department that may impair you ability to drive or operate machinery.

Other Instructions: _____ bed + ware. _____
_____
_____

---

**KAISER PERMANENTE.**    *WorkSlip*

**Disabled for work**    Date
☐ Yes  ☐ No    Disability Began: 2 /13 / 3

Return to
Work on: ___ / ___ / ___

**Work Status**
☐ Full  ☐ Limited

Restrictions: _____

I have received, read and understand the above instructions and diagnosis

X Phil English
Printed name of Patient, Parent or Guardian

X Phil English
Signature of Patient, Parent or Guardian    Phone #

X LTS    4463
Doctor's Signature    Prov #

X _____
Nurse's Signature    RJ    Prov #

Date: 2 /13/ 03    Time: 17:30

0021 9270   4/00    **White-1** - Patient    **White-2** - OMR/SDCC    **Canary** - Consult/Referral    **Pink** - SDCC Dept    **Goldenrod** - Med Insurance

**PROGRESS NOTES**

KAISER PERMANENTE.

MR # :

NAME :

Sex/BD:

UC Loc:

DATE | S | O | A | P | PROBLEM #

HAK 633194
English Philip

FEB

FRANK W. UHR, M.D.
Orthopedic Surgery
#1140

re 4 weeks ldng ☞ Ⓡ foot I

Pt. canc. appt c̄ Dr. Uhr - did not
re-schedule

48003734 (Rev. 10/99)                     White - OMR/Progress Notes

KAISER MEDICAL RE PHILIP ENGLISH        128

**KAISER PERMANENTE**

**HAWAII**

MR#:     **633194**
NAME:    **ENGLISH, PHILIP E**
DOB:     **10/26/1954**     **AGE: 48Y**
UC LOC:   *HAK*

DATE OF VISIT: 01/13/2003

SUBJECTIVE
The patient is seen approximately 8 days after sustaining an inversion flexion injury to his foot when he missed a step, coming off of his boat. He lives on a boat. He also works in real estate. He is very active on his feet all day. He notes that the foot still is moderately painful laterally. He denies any significant swelling at the time of injury or subsequently. He denies previous injury to that foot.

He has been unable to really get off his feet. He remains very busy this week, doing a lot of walking. He is not involved in any sports, but lives in a boat and has a fairly active lifestyle.

OBJECTIVE
On examination, the patient has no swelling over the anterolateral foot or ankle. He has no tenderness over the anterior talofibular or syndesmotic ligament. He has tenderness over the lateral aspect of the mid foot. He has no tenderness over the Lisfranc's joints.

Radiographs show a small calcification lateral to the cuneiform.

ASSESSMENT /PLAN
Avulsion ligamentous injury to the mid foot as described. The patient has only mild swelling and I think can proceed as tolerated with activities. I discussed with him that the more he is on his feet over the next week or two, the slower his symptoms will resolve. He should ice and elevate as much as possible to control his symptoms. He can take anti-inflammatories as needed. I will see him back in 3 weeks. If he is back to normal, however, he can call and cancel the appointment.

FRANK W. UHR, M.D.
FWU/tmlp
D: 01/13/2003 11:15:16
T: 01/13/2003 18:40:52
Job Id: 593567/MRN: 633194

**PROGRESS NOTE**
**Page 1 of 1**

Original

SCANNED/CIS    63 31 94    HAR

**KAISER PERMANENTE.**  HAWAII REGION

**Same Day Care Clinic (SDCC)**
**Medical Screening/Order Form**

( Page 1 of 1 )    Format:  Time - Military  Date - MM / DD / CCYY

MR #:
UC Loc:
ENGLISH.PHILIP.E
Name: M  10 26 1954    HI
Sex/BD:
*English, Philip*
Encounter #: NON SDC  010603

| | | | | |
|---|---|---|---|---|
| Date: 1-6-03 | Time: 8:8 | PCP: | Timho / HAR | Age: 48 |

Chief Complaint: *twisted @ ankle*

Time: 0830  BP 136/88  P 66  R 20  Temp 97(O)  Wt ___  SpO₂ ___

Assess: *[handwritten notes]*

PMH: ① *kidney removed* Meds: Ø  Allergies: *morphine*

Last td:  Visual Acuity:  OD  OS  Notified: ☐ Family ☐ Police  Latex: ☐ Yes ☐ No.

Disposition:

Time seen by MD: ___  MA/Tech/Nurse's Sig: *[signature]*

| Physician's Orders | Init/Time | X-Rays | Init/Time | Additional Orders: | Init/Time |
|---|---|---|---|---|---|
| ☐ NPO | | *B foot series pt Ftg* | | | |
| ☐ Otho VS | | | | | |
| ☐ Monitor | Rhythm | **Intravenous** | | *Jones dressing* | |
| ☐ Peak Flow | Pre / Post | | | *post op shoe* | |
| ☐ EKG | | | | | |
| ☐ ABG  Alert / Site | | O₂ | | | |
| ☐ Foley | | | | | |
| ☐ NG  Heme | | | | | |
| ☐ Dex Stick  Result | | ☐ Restraints | | | |
| | | Type: | | | |
| **Lab** ☐ CBC ☐ DIFF | | ☐ Procedural Sedation | | | |
| ☐ BUN ☐ Glucose ☐ CR ☐ Lytes | | ☐ tD 0.5 ml IM | | | |
| ☐ CPK ☐ Troponin ☐ PT/PTT | | | | | |
| ☐ TYSE ☐ HCG ☐ ABORH | | | | | |
| ☐ LFTS ☐ Amylase | | **Nursing Notes:** | | | |
| ☐ UA ☐ UCG ☐ Urine Tox | | | | | |
| ☐ Dig ☐ Dilantin ☐ Tylenol | | | | | |

Resident's Sig:

SDCC Practitioner's Sig:

| Init | Nurse's Sig: | Prov.# (if any) | Init | Med Clerk / MA / Tech / Rn's Sig | Prov.# (if any) |
|---|---|---|---|---|---|

0021 9271  6/00  **White** - OMR/Progress Notes  **Canary** - Consult/Referral  **Pink** - SDCC File  **Goldenrod** - Med Insurance

## AUTHORIZATION FOR MEDICAL CARE, RELEASE OF INFORMATION AND FINANCIAL AGREEMENT

**A.** I believe that I am suffering from a condition requiring immediate care, and hereby authorize Kaiser to provide such medical care limited to diagnostic and treatment procedure to be performed on me by and under the supervision of the attending physician as named on the reversed side and/or such aides and assistants as he may select. I understand that medicine is not an exact science and acknowledge that no guarantees have been given to me concerning the outcome of the diagnostic and treatment procedures to which I am hereby consenting.

I acknowledge that it has been explained to me that the diagnostic and treatment procedures to be provided are limited to immediate medical care, and that it may be necessary for me to select another physician and obtain from him a complete diagnosis of my condition and such continued treatment as he may prescribe.

**B.** RELEASE OF INFORMATION:   The hospital is authorized to furnish from patient's record requested information or excerpts to any insurer of patient or to any representative of the hospital.

**C.** FINANCIAL AGREEMENT:  In consideration of hospital and medical services rendered to the patient, the undersigned, whether he signs as a patient, spouse, or personal representative of the patient, agrees to pay any and all charges for such services upon presentation of a statement of charges.  Default in the payment of any installment when due shall make the entire debt due and payable.

This financial agreement covers charges for services and/or goods received and processed as of this date.  Any additional charges related to this visit will be billed separately and will be payable according to the terms of this agreement.

**D.** TELEPHONE CONSENT:   Date _____   Time of Call _____   Number _____

Destination _____

Identity of adult person granting consent _____     **SCANNED/CIS**

Contingencies of granted consent _____

Identity of person calling from clinic _____

Witness to conversation via ext. phone _____

THE UNDERSIGNED CERTIFIES THAT HE HAS READ AND UNDERSTANDS THE FOREGOING, ACCEPTS AND AGREES TO ABIDE BY ITS TERMS.

Date _1-6-03_     Hour _8:18_     Signed _____
  *Patient*

Witness _____     Signed _____
  *Patient's Parent or Representative*

  _____
  *Relationship to Patient*

PARENTS PERMISSION FOR PELVIC EXAMINATION:  I hereby authorize and give permission to Kaiser and attending physicians to perform a pelvic examination on _____

who is my _____     Signed _____
  *Patient's Parent or Representative*

## REFUSAL OF DRUGS, TREATMENTS OR PROCEDURES RELEASE

I/We, the undersigned, refuse to have the drugs, treatments or procedures listed below administered to or performed on myself or _____ , patient, who is my _____ even though it has been ordered by the physician.  I have been informed of and understand the risk involved in this refusal and hereby release the Kaiser Foundation Hospital, Kaiser Foundation Health Plan, Inc. and Hawaii Permanente Medical Group, Inc (Kaiser Permanente), its staff and attending physician from any liability for any ill effects which might result from this refusal.

Refused _____
  *Indicate name of drug, treatment or procedure refused*

Date _____     Hour _____     Signed _____     Age _____
  *Patient, Parent, or Legal Guardian (Specify which)*

Witness _____     Signed _____
  *Other parent if patient is a minor*

SCANNED/CIS

12

**(Circle) Positives    ✓ Check Normals    Backslash Negatives**    © 1995-99 E.S.C.

**👥 KAISER PERMANENTE®**

**EMERGENCY PHYSICIAN RECORD**

Foot or Ankle Injury   (4)         Page 1 of 2

Template _____ of _____    Account # _____

M.R #:  **63 31 94**          UC LOC: _____

**ENGLISH,PHILIP.E**

NAME:#   **10 26 1954**      **81**

B.D:

DATE **01 06 2003**   TIME SEEN: **0937A**

HISTORIAN: __patient __spouse __paramedics _____

HX / __ EXAM LIMITED BY: _____

☐ Nursing Assessment & Vital Signs Noted.    ☐ Tetanus immun. current.

**PHYSICAL EXAM** __Alert

Distress: __NAD __mild __moderate __severe

| HPI | chief complaint | location of injury: |
|---|---|---|
| __ankle  R / L | | __R 1 2 3 4 5 digit (foot) |
| (foot)  (R) / L | | __L 1 2 3 4 5 digit (foot) |

**duration / occurred:**
__just prior to arrival
__today
__yesterday _____
_____ days PTA

**where occurred:**
__home        __school
__neighbor's   __park
__work        __street

**context:**
__fell __twisted __direct blow / crush __incised __burn

*INVERSION - While walking*
*heard a POPPING*
*noise*

**severity of pain:** __mild __moderate __severe

**ROS** __ongoing / numbness distally __suspected FB in skin lac.
__unable / painful weight-bearing

**PAST HISTORY:** __negative
__peptic ulcer _____
_____
_____

Meds- __none / __see nurses note _____
Allergies- __NKDA / __see nurses note _____

**NEURO-VASCULAR-TENDON**
__no vascular         __see diagram _____
__compromise       __abnml color / warmth / cap refill _____
                   __pulse deficit _____
__sensation intact   __sensory deficit _____
__motor intact       __motor deficit _____
__ROM nml           __ROM limited by pain / tendon injury _____

**SKIN**
__intact             __see diagram _____
                    _____

**GAIT**
                    __limited by pain / unable to bear weight _____
__normal            __antalgic gait _____
                    __gait not tested due to pain _____

**FEET &**           __see diagram _____
**ANKLES**           __swelling / tenderness / ecchymosis _____
__nml inspection    __bony point-tenderness _____
__ankle stable      __laxity of ligaments (ant. drawer) _____

**LEGS**             __see diagram _____
__nml inspection    __swelling / tenderness / ecchymosis _____
                    __bony point-tenderness _____
                    _____

**KNEES**            __swelling / tenderness / ecchymosis _____
__nml inspection    __bony point-tenderness _____
__stable            __effusion _____
                    __limited ROM _____
                    __ligamentous instability _____

**THIGHS/HIPS**      __tenderness / swelling _____
__nml inspection    __bony point-tenderness _____
                    __limited hip ROM _____

**HEAD / ENT**       __tenderness _____
__nml inspection    __swelling / ecchymosis _____
__pharynx nml
**NECK / BACK**      __tenderness _____
__nml inspection    __swelling / ecchymosis _____
__non-tender
**CHEST**            __tenderness _____
__no resp. distress  __swelling / ecchymosis _____
__non-tender
__breath snds nml
**ABDOMEN**          __guarding _____
__non-tender        __swelling / ecchymosis _____
__no organomegaly

White(with Blue Ink) - Chart-OMR / Progress Notes    Dept    Referral    Patient Accounting

SCAN KSC /CIS



**M R #:**

**NAME:**  ...ISH,PHILIP,E 10 26 1954    Page #

**B.D.:**

## WOUND DESCRIPTION / REPAIR

length _____ cm, location _____

distal NVT _____ sensation nml distally _____ motor nml distally
_____ vascular intact _____ no muscle/tendon injury

depth/shape/contamination
_____ superficial _____ linear _____ stellate _____ contused tissue
_____ SQ _____ irregular _____ skieved _____ nail avulsed
_____ muscle _____ flap
_____ clean _____ contaminated minimally / moderately / heavily
contaminated with _____

ANESTHESIA _____ LET / TAC _____ local _____ digital / metacarpal block
_____ lido 1% / 2% epi / bicarb _____ marcaine .25% .5% epi

WOUND PREP
_____ Shur-Clens / Betadine / Hibiclens _____ debrided
_____ irrigated / washed with saline _____ minimal / mod / extensive
_____ minimal / mod / extensive _____ undermined
_____ minimal / mod / extensive
_____ wound explored _____ wound margins revised
_____ foreign material removed _____ vermilion border aligned
_____ partially / completely _____ multiple flaps aligned
_____ minimal / mod / extensive

WOUND REPAIR
_____ SKIN # _____ _____-0- nylon / prolene / staples
_____ interrupted _____ running _____ simple _____ mattress ( h / v )
_____ NAIL BED # _____ _____-0- vicryl
_____ interrupted _____ running _____ simple _____ mattress ( h / v )
_____ OTHER # _____ _____-0- material
_____ interrupted _____ running _____ simple _____ mattress ( h / v )

*may indicate intermediate repair **may indicate intermediate or complex repair

## PROGRESS:

_____ referred to / discussed with Dr. _____
_____ will see patient in: office / ED / hospital in _____ days
_____ Rx prescribed

*RESIDENT'S SIGNATURE* _____

## FACULTY: _____ pt seen /examined _____ resident's hx reviewed

HX-

PX-

## CLINICAL IMPRESSION:  Fall   Alleged Assault

Contusion / Hematoma / Sprain / Laceration
        R / L      knee      ankle      foot
Fracture      R / L
        tibia   fibula   bimalleolar   trimalleolar   talus   calcaneus
        navicular   metatarsal: _____   toe: _____
Dislocation      R / L
        ankle   toe   great 2nd 3rd 4th small

*Incomplet Fx 5th Metatarsal*
*Spain Foot ? Fx*

DISPOSITION- ☐home ☐admit ☐morgue ☐transfer
        ☐AMA ☐other
STATUS OF - ☐unchanged ☐improved ☐stable ☐critical
DISCHARGE ☐expired

*ATTENDING SIGNATURE-*

---

**XRAYS** ☐Interp. by me ☐Reviewed by me ☐Discsd w/radiologist
(R) L  foot  ankle
_____ normal / NAD _____ DJD
_____ no fracture _____ dislocation
_____ nml alignment _____ soft-tissue swelling
_____ no foreign body _____ foreign body
        _____ fracture

*Fx 5th*
*metatarsal*

Other ☐See separate report.

## PROCEDURE NOTES

ANKLE
_____ ace wrap / tape _____ boot orthosis _____ crutches _____ post-op shoe
_____ air cast _____ neoprene sleeve
_____ splint, sugar-tong / posterior _____ OCL / Ortho-glass / plaster
_____ applied by ED Physician / Orthopedist / Tech

OTHER
_____ toes _____ buddy-taped
_____ subungual hematoma drained with electrocautery

Ankle Injury -12

**KAISER PERMANENTE.**
Prescription/CIS

SCANNED/CIS

Same Day Care Clinic (SDCC)
1010 Pensacola St.
Honolulu, HI, 96814
Phone: 432-2100

*Non Safety Caps Available
at The Pharmacy On Request*

MR #: 63 31 90 Loc: HAK
633194
Name: ENGLISH,PHILIP,E
Sex/BD: M 10 26 1954 HI
Address: English, Philip
Date: HON SDC
Encounter # 010603

☐ Formulary equivalent not to be used    ☐ No discharge medication    PLEASE USE SEPARATE FORM FOR EACH CLASS II DRUG

| DISCHARGE MEDICATIONS/SUPPLIES | STRENGTH | INSTRUCTIONS | NUMBER |
|---|---|---|---|
| 1 | Tylenol Codeine | # 3 | ī - π P2q6 (#28) |
| 2 | | | (twenty eight) |
| 3 | | | |

PIGINAL RETAINED
PAPER CHART

Signature: _____    Prov # _____

DEA #: _____    Print Name: _____

---

## Kaiser Permanente Same Day Care Clinic (SDCC) Discharge Instructions

Print Patient's Name: _____

Follow up with: _Ortho_ _____ (MD/Dept)

at (Clinic location) _Mona_ Telephone # _432-8300_ on the next business day for

follow-up in _7-10_ Day(s) _____ Week(s) _____ As needed

Diagnosis: _Sprain Foot ? Incomplete FX 5th meta (toes)_

Treatment Given: _____

Instructions Given:  ☐ Head Injury   ☐ Splint/Cast   ☐ Vomiting/Diarrhea
☐ Fever   ☐ Laceration/Wound Care   ☐ Other: _____

### If your conditions worsens, Return to SDCC Department or call your Physician.

☐ You have been given a medicine in the SDCC Department that may impair you ability to drive or operate machinery.

Other Instructions: _Elevate R Foot Iceperh_
_WT Bearing as tolerated_
_____

---

**KAISER PERMANENTE.**    *WorkSlip*

Disabled for work    Date
☐ Yes  ☐ No    Disability Began: ___/___/___

Restrictions: _____

Return to
Work on: ___/___/___

Work Status
☐ Full  ☐ Limited

*I have received, read and understand the above instructions and diagnosis*

X _Philip English_
*Printed name of Patient, Parent or Guardian*

X _Paul English_    754-2135
*Signature of Patient, Parent or Guardian*    *Phone #*

X _____
*Doctor's Signature*    Prov #

X _____  2925
*Nurse's Signature*    Prov #

Date: _1/6/03_   Time: _910_

0021 9270   4/00    White-1 - Patient    White-2 - OMR/SDCC    Canary - Consult/Referral    Pink - SDCC Dept    Goldenrod - Med Insurance

**PROGRESS NOTES**

KAISER PERMANENTE.

SUBJECTIVE FINDINGS / OBJECTIVE FINDINGS / ASSESSMENT / PLANS

MR #:
NAME:
Sex/BD: ENGLISH, PHILIP E
M   10 26 1954    HI

63 31 94   UC-Loc

| DATE | S | O | A | P | | PROBLEM # |
|------|---|---|---|---|---|-----------|
| AUG 26 2002 | | | | | Su cu notes | |
| JUDY FUJIMOTO, M.D. #8880 Hawaii Kai Family Practice | | | | | | |
| OCT 22 2002 | | | | | CS | |
| JOHN TIMTIM, M.D. #1094 Hawaii Kai Family Practice | | | | | | |
| OCT 25 2002 MARK D. SANTI, M.D. Orthopedic Surgery #1237 | | | | | HuK    633194  English, Philip  ↳R F/u 2 wks 4days s/p (L) foot injury — P. Bossaux  **NOTE DICTATED** | |
| NOV 25 2002 1094 J. TIMTIM, MD 015 | | | | | CS  Patient cancelled appt | |
| JAN 13 2003 FRANK W. UHR, M.D. Orthopedic Surgery #1140 | | | | | RTC 1wk s/p (R) foot inj —  **NOTE DICTATED** | |

48003734 (Rev. 10/99)                White - OMR/Progress Notes

KAISER MEDICAL RE PHILIP ENGLISH    135

| KAISER PERMANENTE | MR#: | **633194** | |
|---|---|---|---|
| | NAME: | **ENGLISH, PHILIP E** | |
| **HAWAII** | DOB: | 10/26/1954 | AGE: **47Y** |
| | UC LOC: | **HAK** | |

DATE OF VISIT: 10/25/2002

SUBJECTIVE
Philip injured his left foot about 2-1/2 weeks ago. He is quite better now.

OBJECTIVE
On examination today, he has some ecchymosis over his foot. He has surprisingly good motion.

DIAGNOSTIC DATA
X-rays show an avulsion fracture off the medial aspect of his MTP joint.

ASSESSMENT
Medial MTP joint fracture. The patient has an avulsion fracture. At this point, he is doing well.

PLAN
1.    There is not much I can do for him differently.
2.    Just have him use his foot in a limited capacity.
3.    He will work on range of motion and strengthening. I think it will bother him for the next 2-3 months and he may end up with some slight decreased motion in the future. Not much else we can do for him at this time.

MARK SANTI, M.D.
MS/io
D: 10/25/2002 10:02:52
T: 10/25/2002 10:24:18
Job Id: 516110/MRN: 633194

**PROGRESS NOTE**
**Page 1 of 1**

Original

SCANNED/CIS

**KAISER PERMANENTE.**  *HAWAII REGION*

**Same Day Care Clinic (SDCC)**
**Medical Screening/Order Form**

( Page 1 of 1 )    Format:  Time - Military  Date - MM / DD / CCYY

MR #: 63 31 94
633194
UC Loc:
Name: ENGLISH, PHILIP E
M  10 26 1954  MI
Sex/BD: ENGLISH, PHILIP
Encounter: NON SDC    100702

| Date | Time | | | | | Age |
|---|---|---|---|---|---|---|
Chief Complaint:

**BP** 139/86  **P** 6  **R** 16  **Temp** 97.2  **Wt** _____  **SpO₂** _____

Allergies: Morphine

Last td:    Visual Acuity:    OD    OS    Notified: Family  Police   Latex: Yes No

Disposition:

Time Seen by MD:    MA/Tech/Nurse's Sig:

| Physician's Orders | Init/Time | X-Rays | Init/Time | Additional Orders: | Init/Time |
|---|---|---|---|---|---|
| ☐ NPO | | | | | |
| ☐ Otho VS | | (L) foot | | | |
| ☐ Monitor | Rhythm | (Bcg toe trauma) | | | |
| ☐ Peak Flow  Pre  Post | | Intravenous | | | |
| ☐ EKG | | | | | |
| ☐ ABG  Allen's  Site | | O₂ | | | |
| ☐ Foley | | | | | |
| ☐ NG  None | | | | | |
| ☐ Dex Stick  Result | | ☐ Restraints | | | |
| **Lab**  ☐ CBC   ☐ DIFF | | Type: | | | |
| ☐ BUN ☐ Glucose ☐ CR ☐ Lytes | | ☐ Procedural Sedation | | | |
| ☐ CPK ☐ Troponin ☐ PT/PTT | | ☐ td 0.5 ml IM | | | |
| ☐ TYSE ☐ HCG ☐ ABORH | | Nursing Notes: | | | |
| ☐ LFTS ☐ Amylase | | | | | |
| ☐ UA ☐ UCG ☐ Urine Tox | | | | | |
| ☐ Dig ☐ Dilantin ☐ Tylenol | | | | | |

Resident's Sig:

SDCC Practitioner's Sig:

Init    Nurse's Sig:    Prov.# (if any)    Init    Med Clerk / MA / Tech / Rn's Sig    Prov.# (if any)

0021 9271   6/00    **White** - OMR/Progress Notes    **Canary** - Consult/Referral    **Pink** - SDCC File    **Goldenrod** - Med Insurance

THE ENGLISH, PHILIP

**AUTHORIZATION FOR MEDICAL CARE, RELEASE OF INFORMATION AND FINANCIAL/AGREEMENT**

SCANNED/GHS

**A.** I believe that I am suffering from a condition requiring immediate care, and hereby authorize Kaiser to provide such medical care limited to diagnostic and treatment procedure to be performed on me by and under the supervision of the attending physician as named on the reversed side and/or such aides and assistants as he may select. I understand that medicine is not an exact science and acknowledge that no guarantees have been given to me concerning the outcome of the diagnostic and treatment procedures to which I am hereby consenting.

I acknowledge that it has been explained to me that the diagnostic and treatment procedures to be provided are limited to immediate medical care, and that it may be necessary for me to select another physician and obtain from him a complete diagnosis of my condition and such continued treatment as he may prescribe.

**B.** RELEASE OF INFORMATION:  The hospital is authorized to furnish from patient's record requested information or excerpts to any insurer of patient or to any representative of the hospital.

**C.** FINANCIAL AGREEMENT: In consideration of hospital and medical services rendered to the patient, the undersigned, whether he signs as a patient, spouse, or personal representative of the patient, agrees to pay any and all charges for such services upon presentation of a statement of charges. Default in the payment of any installment when due shall make the entire debt due and payable.

This financial agreement covers charges for services and/or goods received and processed as of this date. Any additional charges related to this visit will be billed separately and will be payable according to the terms of this agreement.

**D.** TELEPHONE CONSENT:  Date _____  Time of Call _____  Number _____

Destination _____

Identity of adult person granting consent _____

Contingencies of granted consent _____

Identity of person calling from clinic _____

Witness to conversation via ext. phone _____

*THE UNDERSIGNED CERTIFIES THAT HE HAS READ AND UNDERSTANDS THE FOREGOING, ACCEPTS AND AGREES TO ABIDE BY ITS TERMS.*

Date _____  Hour _____  Signed _____
                                                                    *Patient*

Witness _____  Signed _____
                                                         *Patient's Parent or Representative*

_____
*Relationship to Patient*

---

PARENTS PERMISSION FOR PELVIC EXAMINATION:  I hereby authorize and give permission to Kaiser and attending

physicians to perform a pelvic examination on _____

who is my _____  Signed _____
                                                            *Patient's Parent or Representative*

---

**REFUSAL OF DRUGS, TREATMENTS OR PROCEDURES RELEASE**

*I/We, the undersigned, refuse to have the drugs, treatments or procedures listed below administered to or performed on*

*myself or _____, patient, who is my _____*

*even though it has been ordered by the physician. I have been informed of and understand the risk involved in this refusal and hereby release the Kaiser Foundation Hospital, Kaiser Foundation Health Plan, Inc. and Hawaii Permanente Medical Group, Inc (Kaiser Permanente), its staff and attending physician from any liability for any ill effects which might result from this refusal.*

Refused _____
              *Indicate name of drug, treatment or procedure refused*

Date _____  Hour _____  Signed _____  Age _____
                                                            *Patient, Parent, or Legal Guardian (Specify which)*

Witness _____  Signed _____
                                                         *Other parent if patient is a minor*

SCANNED/CIS   63 31 94

© 1995-99 E.S.C.

(Circle) Positives   ✓ Check Normals   Backslash Negatives

M R #: _____   UC LOC _____

ENGLISH, PHILIP, E
NAME:   10 26 1954   HI
B.D.

HON SCC   100722

**KAISER PERMANENTE.**
**EMERGENCY PHYSICIAN RECORD**
Foot or Ankle Injury   (4)   Page 1 of 2
Template _____ of _____   Account # _____

DATE: 10 / 7 / 02   TIME SEEN: _____

HISTORIAN: __(patient)__ __spouse__ __paramedics__
HX / __ EXAM LIMITED BY: _____

□ Nursing Assessment & Vital Signs Noted.   □ Tetanus immun. current.

**PHYSICAL EXAM**   __Alert__
Distress: __NAD__ __mild__ __moderate__ __severe

| | |
|---|---|
| **HPI** | |
| **chief complaint** | **location of injury:** |
| __ankle   R/L | __R 1 2 3 4 5 digit (foot) |
| (foot)   R/L | (L) 2 3 4 5 digit (foot) |

**NEURO-VASCULAR-TENDON**
__no vascular _____ see diagram
   compromise __abnml color / warmth / cap refill_____
   _____ pulse deficit_____
__sensation intact _____ sensory deficit_____
__motor intact _____ motor deficit_____
__ROM nml _____ ROM limited by pain / tendon injury_____

| | |
|---|---|
| **duration / occurred:** | **where occurred:** |
| __just prior to arrival | __home _____ school |
| __today | __neighbor's _____ park |
| (yesterday) | __work _____ street |
| _____ days PTA | |

**SKIN** _____ see diagram _____
__intact

**context:**
__fell   (twisted)   __direct blow / crush   __incised   __burn

**GAIT** __limited by pain / unable to bear weight_____
__normal __antalgic gait_____
__gait not tested due to pain

(FEET &) __(see diagram)_____
(ANKLES) (swelling / tenderness / ecchymosis)
__nml inspection __bony point-tenderness
__ankle stable __laxity of ligaments (ant. drawer)_____

**severity of pain:**   __mild   (moderate)   __severe

**LEGS** _____ see diagram_____
__nml inspection __swelling / tenderness / ecchymosis
__bony point-tenderness_____

**ROS** __tingling / numbness distally   __suspected FB in skin lac
__unable / painful weight bearing

**KNEES** __swelling / tenderness / ecchymosis
__nml inspection __bony point-tenderness
__stable __effusion_____
__limited ROM_____
__ligamentous instability_____

**PAST HISTORY:** __negative
__peptic ulcer _____

**THIGHS/HIPS** __tenderness / swelling
__nml inspection __bony point-tenderness_____
__limited hip ROM_____

Meds- __none / __ see nurses note _____
Allergies- __NKDA / __ see nurses note_____

**HEAD / ENT** __tenderness_____
__nml inspection __swelling / ecchymosis_____
__pharynx nml
**NECK / BACK** __tenderness_____
__nml inspection __swelling / ecchymosis_____
__non-tender
**CHEST** __tenderness_____
__no resp. distress __swelling / ecchymosis_____
__non-tender
__breath snds nml
**ABDOMEN** __guarding
__non-tender __swelling / ecchymosis_____
__no organomegaly

White(with Blue Ink) - Chart-OMR / Progress Notes   Dept   Referral   Patient Accounting

0007-7583 (Rev. 5/99)

KAISER MEDICAL RE PHILIP ENGLISH   139

M.R #: **63 31 94**                                    Page 2 of 2

NAME: **ENGLISH, PHILIP, E**
B.D.: **M 10 26 1954          HI**

## WOUND DESCRIPTION / REPAIR

length_____ cm_____
distal NVT:___ sensation nml distally___ _____ motor and distally_____
_____ vascular intact_____ no muscle/tendon injury
depth/shape/contamination:
___ superficial ___ linear ___ stellate ___ contused tissue
___ SQ ___ irregular ___ skeived ___ nail avulsed
___ muscle ___ flap
___ clean ___ contaminated minimally / moderately / *heavily
___ contaminated with

ANESTHESIA:___ LET / TAC ___ local ___ digital / metacarpal block
___ lidoc 1% 2% epi / bicarb ___ marcaine .25% .5% epi
WOUND PREP:
___ Shur-Clens / Betadine / Hibiclens ___ debrided
___ irrigated / washed with saline _____ minimal / mod. / *extensive
___ minimal / mod. / *extensive _____ undermined
_____ minimal / mod. / *extensive
___ wound explored _____ *wound margins revised
___ foreign material removed _____ *vermillion border aligned
___ partially / completely _____ *multiple flaps aligned
___ minimal / mod. / *extensive
WOUND REPAIR:
SKIN     #_____ _-0_ nylon / prolene /staples
          interrupted    running    simple    mattress ( h / v )
NAIL BED #_____ _-0_ vicryl
          interrupted    running    simple    mattress ( h / v )
OTHER    #_____ _-0_ material
          interrupted    running    simple    mattress ( h / v )
*may indicate intermediate repair   *may indicate intermediate or complex repair

PROGRESS:_____
___ referred to / discussed with Dr._____
_____ will see patient in: office / ED / hospital   in _____ days
___ Rx prescribed

RESIDENT'S SIGNATURE_____

## FACULTY: ___ pt seen /examined ___ resident's hx reviewed
HX: .........................................................
.........................................................
.........................................................
PX: .........................................................
.........................................................

## CLINICAL IMPRESSION:   Fall   Alleged Assault

Contusion / Hematoma / Sprain / Laceration
          R / L    knee    ankle    foot
Fracture  R / L
          tibia   fibula   bimalleolar   trimalleolar   talus   calcaneus
          navicular   metatarsal:_____   toe: / 
Dislocation   R / L
          ankle   toe   great 2nd 3rd 4th small      phalanx
                                                     prox.

DISPOSITION- ☐home ☐admit ☐morgue ☐transfer_____
             ☐AMA ☐other_____
STATUS OF -  ☐unchanged ☒improved ☐stable ☐critical
DISCHARGE    ☐expired

ATTENDING SIGNATURE_____   7EVG

---

## XRAYS   ☐Interp. by me   ☐Reviewed by me   ☐Discsd w/radiologist
R /L   foot   ankle _____
___normal / NAD      ___DJD _____
___no fracture       ___dislocation _____
___nml alignment     ___soft-tissue swelling _____ (st)
___no foreign body   ___foreign body _____
                     ___fracture       prox big
                                        toe phalanx
                                            fx
Other ☐See separate report.

---

### PROCEDURE NOTES:
ANKLE
___ice wrap / tape ___boot orthosis ___crutches ___post-op shoe
___air cast ___neoprene sleeve
___splint: sugar tong / posterior ___OCL / Ortho-glass / plaster
___applied by ED Physician / Orthopedist / Tech

OTHER
___toes: buddy-taped
___subungual hematoma drained with electrocautery

_____

_____

Ankle Injury -12

KAISER PERMANENTE.
Prescription Order Form

Same Day Care Clinic (SDCC)
1010 Pensacola St.
Honolulu, HI, 96814
Phone: 432-2100

**Non Safety Caps Available**
at The Pharmacy On Request

MR #: 633194    UC Loc:

Name: ENGLISH, PHILIP
Sex/BD: 63 31 94

Address: ENGLISH,PHILIP,E
Date:B    10 26 1954    HI
Encounter #:

☐ Formulary equivalent not to be used    ☐ No discharge medication    PLEASE USE SEPARATE FORM FOR EACH CLASS II DRUG

| | DISCHARGE MEDICATIONS/SUPPLIES | STRENGTH | INSTRUCTIONS | NUMBER |
|---|---|---|---|---|
| 1 | | | | |
| 2 | VICODIN  T 7hi pi 94 pr | | | #20 |
| 3 | MOTRIN 800mg  spo 98 c fam | | (twenty) #20 |
| 4 | | | | |

Signature: 13/224161/6    Prov #
DEA #:    Print Name: Sorenbasky

SCANNED/CIS

---

## Kaiser Permanente Same Day Care Clinic (SDCC) Discharge Instructions

Print Patient's Name: VC ✓ ORTHO 1-7.2 uC

Follow up with: _____ (MD/Dept)

at (Clinic location) MCA    Telephone # 432 8800    on the next business day next

follow-up in _____ Day(s)  _____ Week(s)    As needed _____

ORIGINAL RETAINED IN PAPER CHART

Diagnosis: _____

Treatment Given: _____

Instructions Given:  ☐ Head Injury  ☐ Splint/Cast  ☐ Vomiting/Diarrhea
☐ Fever  ☐ Laceration/Wound Care  ☐ Other: _____

**If your conditions worsens, Return to SDCC Department or call your Physician.**

☐ You have been given a medicine in the SDCC Department that may impair you ability to drive or operate machinery.

Other Instructions: _____
_____
_____
_____

---

KAISER PERMANENTE.    **WorkSlip**

Disabled for work  ☑ Yes  ☐ No    Date Disability Began: 10/07/2002    Return to Work on: 10/09/2002    **Work Status**  ☐ Full  ☑ Limited

Restrictions: _____

I have received, read and understand the above instructions and diagnosis

X _____
Printed name of Patient, Parent or Guardian

X _____    754-2121
Signature of Patient, Parent or Guardian    Phone #

X _____
Doctor's Signature    Prov #

X _____
Nurse's Signature    Prov #

Date: 10/7/02    Time: 855

0021 9270    4/00    **White-1** - Patient    **White-2** - OMR/SDCC    **Canary** - Consult/Referral    **Pink** - SDCC Dept    **Goldenrod** - Med. Insurance

## KAISER PERMANENTE.
**Emergency Department Nurses'**
**Continuation Notes**
(page 1 of 1)

M.R.#: ENGLISH, PHILIP ... Loc. HUK
N 10 26 1954

Name: *English, Phillip*

Sex/B.D.:

EMERGENCY D
FOR    052201
VISIT DATE: 5/22/07

ACCT #:

### I & O's

| Input | Time | | | | |
|-------|------|--|--|--|--|
| | | | | | |
| **Output** | **Time** | | | | |
| | | | | | |
| **Totals** | ▶In | | ▶Out | | |

| IV Fluids | | # | Cath Size | Site | Time ↑ | Init. | Time ↓ | Amount Infused |
|-----------|--|---|-----------|------|--------|-------|--------|----------------|
| | | | | | | | | |

| TIME | BP | P / R | O2 SAT / Temp | PAIN 0-10 | MEDICATION PROCEDURES | CONTINUED ASSESSMENT / INTERVENTIONS / RESULTS |
|------|-----|-------|---------------|-----------|-----------------------|------------------------------------------------|
| 1710 | 161/91 | 103/21 | 99% | | | Dr. Sess to bedside. Discomfort to chest worsened c inspiration. |
| 1730 | | | | | | Xray for chest. MW |
| 1750 | | | | | | returning pt on RA for Atley MW |
| 1900 | | | | | | report to Diurtca MW |
| 1805 | 124/80 | 65/15 | 96% RA | | | Pt on Monitor, off O2 for RA blood gas. CP improvement to 50%. Pt A&O x3. Skin w/p + pink. Lungs CTA. Pt unable to take a deep breath |
| 1825 | | | | | | ABG done on RA & sat (+) allergies. Pt pot bmed on 2L O2 via NCP procedure |
| 1840 | | | | | | Pt still c talk c smile |
| 1940 | 124/80 | 65/19 | 96% on 2L | | | Pt resting comfortable |
| 1900 | | | | | | Pt to Xray via gurney |
| 1915 | | | | | | Pt return fm Xray O2 back to monitor with c bedside |
| 2000 | | 67/17 | 99% on 2L | | | Motrin 800 q po |
| 2050 | 123/76 | 65/10 | 99% on 2L | | | O ∆ c pain to chest c deep insp. Motrin |
| 2053 | | | | | | Pt to VQ scan via xray |
| 2200 | 135/84 | 65/13 | 96% RA | | | Pt return fm VQ |
| 2215 | | | | | | Vicodin + TAB PO |
| 2310 | | | | | | Pt to CT via |
| 0045 | 129 | 74-18 | 97% | | | IV discharged. Discharged c no... |

5/23/09

PLACE RHYTHM STRIP HERE
(if applicable)



| Restraints: | | | |
|-------------|----|----|----|
| (√q 2h) Adult | Tim | | |
| (√q 1h) Child | CM: | | |
| (√q 30M) Leather | Flui | | |
| | Rel | | |
| | Talk | | |

| Initials: | SIG/PRINT | Prov Code | 4 | 9 |
|-----------|-----------|-----------|---|---|
| Initials: | SIG/PRINT | Prov Code | | |

| Initials: | SIG/PRINT | Prov Code | 40 |
|-----------|-----------|-----------|-----|
| TRANSFER / ADMIT Room # | | Time: | |
| ☐ Self ☐ Family ☐ Other | | | |

FORM 00044118 REV 12/99     White - Chart     Canary - Med Insurance     Pink - ED File

K SM

**KAISER PERMANENTE**    **CONSULTATION & REFERRAL REQUEST**

MR# 5 3 9#    UG Loc

APPOINTMENT DATE & TIME  03/03/03 @ 4:00    HOME PHONE 7342136    BUS. PHONE 5234719

FNAME  #L #

FOR PSYCHIATRIC REFERRAL ADDRESS & SUBSCRIBER NAME    B#

REFERRED BY  J Clore    SERVICE  Medicine    LOCATION/RM. HON

REFERRED TO  Dr. Much    SERVICE  Oncology    LOCATION MOA

MEDICARE ☐  DDS ☐  NO FAULT ☐  INDUS ☐  NP ☐

NOTIFIED _____ BY _____ ON _____ AT _____ AM ☐ PM ☐

STAT ☐  TODAY ☐  FEW DAYS _____ ☐ ROUTINE
DOCTOR MUST CALL IF STAT REQUESTED

CONSULT ONLY ☐    MANAGEMENT THRU THIS PROBLEM ☐    OTHER:

PROBLEM REQUIRING REFERRAL

S    O    A    P

48 y/o ⟶

c̄ Hx "Renal Cell

⟶ S/P (L) Nephrectomy "CA"

(at Queen's)
1998

Has Not been followed regularly since
Dr. J. Fujimoto had him do at TGF
Abd/Pelvis

REFERRING PHYSICIAN SIGNATURE _____ DATE

CONSULTANT'S REPORT    S    O    A    P

Mg 2831    "Nephew"

Chart reviewed &    Can you see / Follow?
pt examined

Assess: Renal Cell Carcinoma by Hx (Stage I)    01/30/2003
48 y/o male incidentally found to have abn'l kidney
density on CT done p̄ trauma. He is S/P (L) nephrectomy 11/98
for this 1.6 x 1.5 x 1.1 cm tumor, Grade 2 (DHC), and has remained
NED ever since. He is asymptomatic but c/o chronic stress and unhappiness
c̄ work/marriages (chronic problems), CT Chest/Abd negative. PE
s̄ nodes, ⊝ CL, chest clear. Probable cure c̄ good prognosis
and I attempted to be as upbeat/positive as possible.

DISPOSITION:
☑ WILL TREAT & FOLLOW PATIENT    ☐ RETURNING PATIENT TO YOU FOR TREATMENT & FOLLOW-UP    ☐ NO FURTHER FOLLOW-UP NEEDED FOR THIS PROBLEM AT THIS TIME    ☐ NO SHOW—DID NOT CONTACT PATIENT

Plan: 1. UA, CBC LFTs Creat today

CONSULTANT'S SIGNATURE  John Much MD    DATE _____  ☐ DICTATED: DATE

2. RTC 12 mos.

95051 REV. 1/90    3/3/03    WHITE - Chart    CANARY - Referring M.D.

KAISER MEDICAL BE BUILD ENGLISH

2/18/03 - contact made @ @ - " *nglish will call back -*

**KAISER PERMANENTE**    **CONSULTATION & REFERRAL REQUEST**

MR# G33194    UC Loc

APPOINTMENT DATE & TIME    HOME PHONE 754-2136    BUS. PHONE 523 4719

NAME: ENGLISH PHILIP

BD 10·26·54    HP

FOR PSYCHIATRIC REFERRAL: ADDRESS & SUBSCRIBER NAME

REFERRED BY    Dr Love / BMED    SERVICE PCP    LOCATION/RM. HHW

REFERRED TO    BMED OCC HEALTH    SERVICE PSYCHO TX    LOCATION HHW

MEDICARE ☐  DDS ☐  NO FAULT ☐  INDUS ☐  NP ☐

NOTIFIED _____ BY _____ ON _____ DATE _____ AT _____ TIME _____ AM/PM

STAT ☐  TODAY ☐  FEW DAYS ☐  ROUTINE ☐
DOCTOR MUST CALL IF STAT REQUESTED

CONSULT ONLY ☐    MANAGEMENT THRU THIS PROBLEM ☐    OTHER ☐

**PROBLEM REQUIRING REFERRAL**

S    O    A    P

Pt reports increased stress/anxiety ass. w/ complicated and "political" crisis @ wk. Pt reports feeling vulnerable, unable to focus @ wk, insomnia. Please ass. for poss occ health services.

_(signature)_ 02/13/2003

REFERRING PHYSICIAN SIGNATURE    DATE

**CONSULTANT'S REPORT**

S    O    A    P

Pt referred by J. Love, M.D. as advised by J. Coffee, MSW/BMS 9 seeing Pt for stress & anxiety, mainly due to work. After much discussion 9 having explained the WC stress claim process, time frame + possible outcomes, Pt has decided to not file a WC claim at this time. He will inquire about his options via personnel. In the meantime he will b/u/e Mr Coffee + his PCP. Pt will contact OMHS should he choose to file a WC stress claim.

DISPOSITION:
☐ I WILL TREAT & FOLLOW PATIENT    ☐ RETURNING PATIENT TO YOU FOR TREATMENT & FOLLOW-UP    ☐ NO FURTHER FOLLOW-UP NEEDED FOR THIS PROBLEM AT THIS TIME    ☐ NO SHOW—DID NOT CONTACT PATIENT

Ilse Mundon, L.S.W.
Case Coordinator
Occupational Mental Health Svcs.

CONSULTANT'S SIGNATURE _(signature) Mundon, LSW_    DATE 2/18/03    ☐ DICTATED: DATE _____

95051 REV. 1/90    WHITE - Chart    CANARY - Referring M.D.

KAISER MEDICAL PE PHILIP ENGLISH    156

2127

**KAISER PERMANENTE**   **CONSULTATION & REFERRAL REQUEST**

63 31 94   (15)

| APPOINTMENT DATE & TIME | HOME PHONE | BUS. PHONE | |
| --- | --- | --- | --- |
| 13 Feb 2002 | 396-5309 | 523 1373 | ENGLISH, PHILIP, E 10 26 1954 |

FOR PSYCHIATRIC REFERRAL ADDRESS & SUBSCRIBER NAME

H1

| REFERRED BY | SERVICE | LOCATION-RM |
| --- | --- | --- |
| John Tintin 1094 | FP | HAK |

| REFERRED TO | SERVICE | LOCATION |
| --- | --- | --- |
| Dr Glen | Surgery Clinic | HON |

MEDICARE ☐ DDS ☐ NO FAULT ☐ INDUS ☐ NP ☐

NOTIFIED ___ BY ___   OR   2/12/02 AM/PM   
STAT ☐ TODAY ☐ FEW DAYS ___ ☐ ROUTINE ☐
DOCTOR MUST CALL IF STAT REQUESTED

CONSULT ONLY ☐   MANAGEMENT THRU THIS PROBLEM ☐   OTHER

**PROBLEM REQUIRING REFERRAL**

47 yo O s/p ① nephrectomy 11/98 for renal cell carcinoma

c/o mass ® thigh since at least '98. Getting bigger and painful. Mass is 9 cm diam, soft, not tender.

Please eval and excise if indicated. Thanks,

John MD   2/11/02

REFERRING PHYSICIAN SIGNATURE   DATE

**CONSULTANT'S REPORT**

excised
see progress note

surg

**DISPOSITION:**
☐ I WILL TREAT & FOLLOW PATIENT
☐ RETURNING PATIENT TO YOU FOR TREATMENT & FOLLOW-UP
☐ NO FURTHER FOLLOW-UP NEEDED FOR THIS PROBLEM AT THIS TIME
☐ NO SHOW—DID NOT CONTACT PATIENT

CONSULTANT'S SIGNATURE ___   DATE ___   ☐ DICTATED. DATE ___

95051 REV 1-90   WHITE - Chart   CANARY - Referring M.D.

**KAISER PERMANENTE**     **CONSULTATION & REFERRAL REQUEST**

63.3194

English, Philip
10/26/54

| APPOINTMENT DATE & TIME | HOME PHONE 396-5309 | BUS. PHONE |
| 11/1/00 4pm | | |

FOR PSYCHIATRIC REFERRAL: ADDRESS & SUBSCRIBER NAME

| REFERRED BY Dr. Tm-Tim 1094 | SERVICE FP | LOCATION-RM HON |
| REFERRED TO Mucl | SERVICE Oncology | LOCATION MO17 | MEDICARE ☐ DDS ☐ NO FAULT ☐ INDUS ☐ NP ☐ |

| NOTIFIED _____ | BY _____ | ON _____ DATE | AT _____ TIME | AM PM | STAT ☐ TODAY ☐ FEW DAYS _____ ☐ ROUTINE ☐ DOCTOR MUST CALL IF STAT REQUESTED |

CONSULT ONLY ☐     MANAGEMENT THRU THIS PROBLEM ☐     OTHER.

**PROBLEM REQUIRING REFERRAL**

45 yo ♂
s/p (L) nephrectomy "GB for Stage I
renal cell CA
Doing well  Creat 1.3
CT of abdo scheduled for 11/00
Last CT of abd due 11/99
at Kuakini.
Please eval and advise re: appropriate
follow-up. Do you recommend CT 11/00?
Thanks,  JRmy  8/14/00

REFERRING PHYSICIAN SIGNATURE          DATE

**CONSULTANT'S REPORT**

Chart reviewed; pt did not show

Ass'ss: History of Renal Cell CA 11/98
— Renal bed recurrences usually occur with the
first two years post-op and a CT Abdomen now is not
unreasonable. After... I probably would not do
— I would recommend a yearly PE, CXR and
set of routine blood chemistries, and U/A
Plan: No need to re-refer.

**DISPOSITION:**
☐ I WILL TREAT & FOLLOW PATIENT
☑ RETURNING PATIENT TO YOU FOR TREATMENT & FOLLOW-UP
☐ NO FURTHER FOLLOW-UP NEEDED FOR THIS PROBLEM AT THIS TIME
☐ NO SHOW—DID NOT CONTACT PATIENT

CONSULTANT'S SIGNATURE  John Mueh, MD          DATE 11/1/00          ☐ DICTATED: DATE _____

95051 REV. 1/90          WHITE – Chart          CANARY – Referring M.D.

**KAISER PERMANENTE.**    **CLINICAL ENCOUNTER RECORD**

262606

**FAXED** ~~on~~

MAY 20 2003

BY _____

| OCCUPATION: | | MR#: **63 31 94** | |
| EMPLOYER: | MAY 2 ₃ | N ENGLISH PHILIP E | |
| NURSING ASSESSMENT: | 45 min | Sex/BD: 10 26 1954 | |

MAY 25 2003

OCCHED HONOL  ✓  **052003**    vcHI

| BP: | P: | R: | T: | WT: | HT: | Date of Service (DOS): |
| Circle previous work status: | | OFF   LIMITED   FULL | | LMP: | | First Date of Service: |

| Allergies: | Dx Code **296.32** | Date of Injury (DOI): **02-12-03** |
| Last Td: | NOI Code **800.00** / **316.00** | |
| Meds: | LOI Code _____ | _____ Initial ✓ _____ Interim |
| | | _____ Final _____ RO |

**PHYSICIAN PROGRESS NOTE**

Subjective: Pt describes he feels abt gp — so far it is stressful; he'll give it another try; Wary abt taking psychotropic med as prescribed. Pt trys to be more active; make lists a

Objective: awake/alert; no current SI/HI; ↓ ?    hopes to start
                                 concern abt liver func —    exercise

Assessment:

as above

Plan: f/up w. PCP suggested @ 8 wk weekly
        ② 4 amo rev                @ rid 40th — 1 week

| Off Duty: | Start Date _____ | End Date rev |
| Limited Duty: | Start Date _____ | End Date _____ |
| Full Duty: | Effective Immediately or _____ | |

| BASED ON AN 8-HOUR DAY, EMPLOYEE CAN: | | | | EMPLOYEE IS ABLE TO: | | | | |
|---|---|---|---|---|---|---|---|---|
| Stand/Walk: | hours at a time | total hours.....no restrictions | | Bend: | not at all | occasionally | frequently | no restrictions |
| Sit: | hours at a time | total hours.....no restrictions | | Squat: | not at all | occasionally | frequently | no restrictions |
| Drive: | hours at a time | total hours.....no restrictions | | Kneel: | not at all | occasionally | frequently | no restrictions |
| LIFT/CARRY: (Occasionally = up to 1/3 workday. Frequent = up to 2/3 workday) | | | | Climb: | not at all | occasionally | frequently | no restrictions |
| 0 - 10 lbs. | not at all | occasionally | frequently | no restrictions | Reach Above Shoulders: | | | |
| 11 - 25 lbs. | not at all | occasionally | frequently | no restrictions | | not at all | occasionally | frequently | no restrictions |
| 26 - 40 lbs. | not at all | occasionally | frequently | no restrictions | Perform Repetitive Hand Motions: | | | |
| | | | | | not at all | occasionally | frequently | no restrictions |

OTHER: _____

ASSISTIVE DEVICES? (i.e. cast, brace, crutches) _____

Medication given which could impair performance _____

Other therapy required: Frequency _____  **05-28-03  3:30**

Diagnosis _____  Next Appointment **1 week**

| PROVIDER SIGNATURE AND TITLE | NAME (PRINT) Joan H. Koff, Ph.D. Licensed Psychologist | LOCATION HON | DATE MAY 20 2003 |
| John H. Koffen | | | |

(1) WHITE - Chart OMR     (2) CANARY - OHS     (3) PINK - Patient Accounting     (4) GOLDENROD - Patient

FORM 0004 6122 REV. 3/02

# KAISER PERMANENTE.    CLINICAL ENCOUNTER RECORD

262573

**OCCUPATION:**

**EMPLOYER:**

**NURSING ASSESSMENT:** MAY 2 5 2003

*Group*

MER#: 63 31 94    UC Loc:

Name: ENGLISH,PHILIP,E
Sex/BD#: 10 26 1954    H1

ACCHED MCHCL 3 051503    VC H1

| | | | | | Date of Service (DOS): |
|---|---|---|---|---|---|
| BP: | P: | R: | T: | WT:    HT: | |
| Circle previous work status: | | OFF    LIMITED    FULL    LMP: | | | First Date of Service: |

| Allergies: | Dx Code 296.3? 300.0 | Date of Injury (DOI): 2-12-03 |
|---|---|---|
| Last Td: | NOI Code 316 | Initial ____ ✓ Interim |
| Meds: | LOI Code ____ | Final ____ RO |

**PHYSICIAN PROGRESS NOTE**

**Subjective:** Pt's initial Group session : He states that he is surprised that others have similar problems like him + also has the same emotions.

**Objective:** Pt was on time, introduced himself, did not say much during group until the letter part of session ; listened + agreed ē group members on emotional stressors.

**Assessment:** Pt presents ē apprehension, ↓ mood, ↑ anxiety, improvement as group progressed, able to participate well during letter part of session.

**Plan:** Pt to do skills learned during group, ↑ physical + social (+) activities. Pt to f/u ē MD, Ph.D & group.

| Off Duty: | Start Date _____ | End Date _____ |
|---|---|---|
| Limited Duty: | Start Date _____ | End Date _____ |
| Full Duty: | Effective Immediately or _____ | |

**BASED ON AN 8-HOUR DAY, EMPLOYEE CAN:**

| Stand/Walk: | hours at a time | total hours .... no restrictions |
| Sit: | hours at a time | total hours .... no restrictions |
| Drive: | hours at a time | total hours .... no restrictions |

LIFT/CARRY:   (Occasionally = up to 1/3 workday. Frequent = up to 2/3 workday)

| 0 - 10 lbs. | not at all | occasionally | frequently | no restrictions |
| 11 - 25 lbs. | not at all | occasionally | frequently | no restrictions |
| 26 - 40 lbs. | not at all | occasionally | frequently | no restrictions |

**EMPLOYEE IS ABLE TO:**

| | | | | |
|---|---|---|---|---|
| Bend: | not at all | occasionally | frequently | no restrictions |
| Squat: | not at all | occasionally | frequently | no restrictions |
| Kneel: | not at all | occasionally | frequently | no restrictions |
| Climb: | not at all | occasionally | frequently | no restrictions |
| Reach Above Shoulders: | not at all | occasionally | frequently | no restrictions |
| Perform Repetitive Hand Motions: | not at all | occasionally | frequently | no restrictions |

OTHER: _____

ASSISTIVE DEVICES? (i.e. cast, brace, crutches) _____

Medication given which could impair performance _____

Other therapy required: Frequency _____

Diagnosis _____    Next Appointment _____

| PROVIDER SIGNATURE AND TITLE | NAME (PRINT)  Lillie Mundon, LSW | LOCATION | DATE |
|---|---|---|---|
| *Mundon, LSW* | Occ. Mental Health Therapist | HCN | MAY 1 5 2003 |

(1) WHITE - Chart  OMR    (2) CANARY - OHS    (3) PINK - Patient Accounting    (4) GOLDENROD - Patient

FORM 0004 6122 REV. 3/02

KAISER MEDICAL RE PHILIP ENGLISH

# KAISER PERMANENTE®   CLINICAL ENCOUNTER RECORD

262550

OCCUPATION:

EMPLOYER:

NURSING ASSESSMENT: MAY 25 2003

*4 evaluation cont.*

MRA#: 63 31 94    UC Loc:

Name: **FAXED**
Sex DD: **ENGLISH.PHILIP.E**
# 10 26 1954 MAY 1 3 2003

BY _____    VC #1

OCCMED HONDL... % 051303

| | | | | |
|---|---|---|---|---|
| BP: | P:. | R:. | T:. WT: | HT: |

Circle previous work status:   OFF   LIMITED   FULL   LMP:

Date of Service (DOS): 051303

First Date of Service:

Allergies:

Last Td:

Meds:

Dx Code 296.32, 300.00
NOI Code 316
LOI Code _____

Date of Injury (DOI): 2-12-03

☑ Initial _____ Interim
_____ Final _____ RO

## PHYSICIAN PROGRESS NOTE

Subjective:

Objective:    *See dictation —*

Assessment:

Plan:

Off Duty: _____    Start Date _____    End Date _____ALV_____

Limited Duty: _____    Start Date _____    End Date _____

Full Duty:   Effective Immediately or _____

### BASED ON AN 8-HOUR DAY, EMPLOYEE CAN:

| | | | | EMPLOYEE IS ABLE TO: | | | | |
|---|---|---|---|---|---|---|---|---|
| Stand/Walk: | hours at a time | total hours . . . , .no restrictions | | Bend: | not at all | occasionally | frequently | no restrictions |
| Sit: | hours at a time | total hours . . . . .no restrictions | | Squat: | not at all | occasionally | frequently | no restrictions |
| Drive: | hours at a time | total hours . . . . .no restrictions | | Kneel: | not at all | occasionally | frequently | no restrictions |
| LIFT/CARRY: *(Occasionally = up to 1/3 workday. Frequent = up to 2/3 workday)* | | | | Climb: | not at all | occasionally | frequently | no restrictions |
| 0 - 10 lbs. | not at all | occasionally | frequently | no restrictions | Reach Above Shoulders: | occasionally | frequently | no restrictions |
| 11 - 25 lbs. | not at all | occasionally | frequently | no restrictions | not at all | occasionally | frequently | no restrictions |
| 26 - 40 lbs. | not at all | occasionally | frequently | no restrictions | Perform Repetitive Hand Motions: not at all | occasionally | frequently | no restrictions |

OTHER: _____

ASSISTIVE DEVICES? (i.e. cast, brace, crutches) _____

Medication given which could impair performance _____

Other therapy required: Frequency _____    *Koff 5-20-03*
*1 week 200*
Diagnosis _____    Next Appointment _____ *apt to Hus*

| PROVIDER SIGNATURE AND TITLE | NAME (PRINT) Joan H. Koff, Ph.D. Licensed Psychologist | LOCATION HCN | DATE MAY 1 3 2003 |
|---|---|---|---|

*Joan H. Koff*

(1) WHITE - Chart OMR    (2) CANARY - OHS    (3) PINK - Patient Accounting    (4) GOLDENROD - Patient

FORM 0004 6122 REV. 3/02

KAISER MEDICAL RE PHILIP ENGLISH

**KAISER PERMANENTE**

**HAWAII**

NAME: **ENGLISH, PHILIP E**
MR#:  **633194**
DOB:  **10/26/1954**     AGE: **48Y**
DOS:  **05/13/2003**
UC LOC: **CRA**    OV LOC: **HON**

Page 1 of 1

---

**DATE OF INJURY:** 2/12/2003

**TYPE OF REPORT:** INTERIM PSYCHOTHERAPY

**SUBJECTIVE:**   Mr. English says that he feels a bit better as per his depression.  He describes his relationships with his coworkers and how he had hoped to have their support. He does acknowledge that he understands that he may at times behave "...like a doormat". He said he has tried over the years to become more assertive.  However, he said that this has been difficult for him.  He said that he expects that others may at times take advantage of him, but feels the current work situation is in excess of that.  He explains that he has not gotten any Temporary Disability Insurance checks. He speculates that the checks are delayed purposefully.  He says that finances have been a terrible problem for him inasmuch as he has not been able to even afford to pay the rent on the slip where his boat is housed.  He describes his interaction with the psychiatrist, and although he has been prescribed trazodone and Zoloft, he has not taken them.

**OBJECTIVE:**  Patient says he feels a bit better and denies suicidal ideation.  His idea is to begin a program of exercise, for example, a Stairmaster and/or riding his bike.   Playing music is also encouraged.  He will continue to pursue information regarding his medication prescriptions.

**ASSESSMENT:**
1.    **SLIGHT IMPROVEMENT.**

**PLAN:**
1.    Follow-up individual psychotherapy in one week.
2.    Begin group therapy within two days.
3.    As-needed psychotropic medication recheck.
4.    Patient was reminded of crisis intervention protocol to call known providers or friends, contact urgent or emergency room services, and/or call 911. He is compliant with that.

JOAN H. KOFF, Ph.D./1708
OCCUPATIONAL HEALTH SERVICES

D: 05/13/2003 16:19:41
T: 05/14/2003 08:23:00/rkl
Job Id: 722710/MRN: 633194

**OCCUPATIONAL HEALTH SERVICES**
1010 Pensacola Street/Honolulu, HI 96814/(808) 432-2200     3288 Moanalua Road/Honolulu, HI 96819/(808) 432-8200
80 Mahalani Street/Wailuku, HI 96793/(808) 243-6453     1292 Waimnuenue Avenue/Hilo, HI 96720/(808) 327-2900
94-235 Leoku Street/Waipahu, HI 96797/(808) 432-3103     45-602 Kam Hwy/Kaneohe, HI 96744/(808) 432-3800
75-184 Hualalai Road/Kailua-Kona, HI 96740/(808) 327-2900

Clinic Record

MAY 2 5 2003

# MBHI

## Interpretive Report

## Theodore Millon, PhD

### ID Number 633194

### Male

### Age 48

### 5/07/2003

Copyright© 1992 THEODORE MILLON, PhD. All rights reserved.
Published and Distributed Exclusively by National Computer Systems, Inc., Minneapolis, MN.

[ 2.2 / 1.0 / 1.0 ]

**MBHI**
**ID 633194**

# MILLON BEHAVIORAL HEALTH INVENTORY
## CONFIDENTIAL INFORMATION FOR PROFESSIONAL USE ONLY

CODE: 283 ** - *71 +645 '//DC **EB */MMNNOO ** - *//PPQQ ** - *//
Valid Report                                DATE:  5/07/2003

| SCALES | | SCORE | | PROFILE OF BR SCORES | DIMENSIONS |
|---|---|---|---|---|---|
| | | RAW | BR | 35   60   75   85   100 | |
| BASIC PERSONALITY STYLE | 1 | 18 | 43 | | INTROVERSIVE |
| | 2 | 32 | 115 | | INHIBITED |
| | 3 | 26 | 90 | | COOPERATIVE |
| | 4 | 9 | 0 | | SOCIABLE |
| | 5 | 5 | 0 | | CONFIDENT |
| | 6 | 6 | 1 | | FORCEFUL |
| | 7 | 26 | 47 | | RESPECTFUL |
| | 8 | 28 | 94 | | SENSITIVE |
| PSYCHOGENIC ATTITUDES | A | 9 | 10 | | CHRONIC TENSION |
| | B | 14 | 80 | | RECENT STRESS |
| | C | 30 | 87 | | PREMORBID PESSIMISM |
| | D | 28 | 88 | | FUTURE DESPAIR |
| | E | 21 | 82 | | SOCIAL ALIENATION |
| | F | 23 | 72 | | SOMATIC ANXIETY |
| PSYCHO-SOMATIC | MM | 21 | 92 | | ALLERGIC INCLINATION |
| | NN | 19 | 90 | | GASTRO SUSCEPTIBILITY |
| | OO | 24 | 90 | | CARDIOVAS TENDENCY |
| PROGNOSTIC | PP | 29 | 115 | | PAIN TREATMENT RESPONSE |
| | QQ | 29 | 112 | | LIFE-THREATENING REACT |
| | RR | 4 | 65 | | EMOTIONAL VULNERABILITY |

This report assumes that the MBHI answer form was completed by a person undergoing professional medical evaluation or treatment. It should be noted that MBHI data and analyses do not provide physical diagnoses. Rather, the instrument supplements such diagnoses by identifying and appraising the potential role of psychogenic and psychosomatic factors in medical disease. The statements printed below are derived from cumulative research data and theory. As such, they must be considered as suggestive or probabilistic inferences, rather than definitive judgments, and should be evaluated in that light by clinicians. The specific statements contained in the report are of a personal nature and are for confidential professional use only. They should be handled with great discretion and not be shown to patients or their relatives.

## COPING STYLE

The following paragraphs pertain to those longstanding traits of the patient that have characterized most personal, social, and work relationships. In addition to summarizing these more general features of psychological functioning, this section will briefly review the manner in which the patient is likely to relate to health personnel, services and regimens.

This patient easily can become distraught emotionally and is inclined to expect trouble in most relationships. He exhibits a moody demeanor as he anticipates being humiliated or hurt by others. It is this expectation that accounts in part for his rather detached and isolated lifestyle. There are times, however, usually when life events are going extremely well, that the behavior of the patient will take a turn in a more affable and comfortable direction. It does not take much, however, for him to revert back to his more characteristic fearful, troubled, and restricted lifestyle. To avoid the discomfort of his erratic emotions, he is likely to choose the safety of withdrawing into his private and restricted world. Notable also is that his moodiness and vacillation make him highly susceptible to bodily ailments of a psychosomatic nature.

In response to a serious or chronic illness, this patient will tend to react even more intensely and emotionally than usual. Hypochondriacal when faced with even small discomforts, he will overreact to any severe or prolonged physical problem. His general tendency to expect the worst, combined with an increased sensitivity to bodily functions, will increase the significance he attributes to his illness. Moreover, he will be inclined to find health personnel wanting or remiss in some way. Although his physical complaints may be based on real discomforts, he is likely to elicit exasperation from others as a result of his constant fault-finding. In addition to his discontent, he will behave with considerable emotional variability. What he needs most, of course, are nurturant and understanding responses. Thus, following an outburst of demands and complaints, over which he will feel guilty, he may attempt to be engaging with health personnel, reporting symptoms freely and sharing his life history fully. In short order, of course, he will likely revert back again to his discontent and distancing behaviors.

This patient will require considerable care and tact on the part of health care personnel. The goal of gaining his compliance with a rehabilitation regimen may not be achieved because his fears and preoccupations may increase his discomfort to such a degree that he is unable to grasp or follow medical advice. Forthright presentations, conveyed with an air of calm competence, repeated numerous times, if necessary, will be helpful to him. Repetition of the assurances and consistent kindnesses that he needs, without exasperation and without demeaning his fears or his masculinity, should result in a more compliant and cooperative patient.

## PSYCHOGENIC ATTITUDES

The scales comprising this section compare the feelings and perceptions expressed by the patient to those of a cross section of both healthy and ill adults of the same sex. The results of these scales are summarized here since they may be associated with an increase in the probability of psychosomatic pathogenesis, or with tendencies to aggravate the course of an established disease, or with attitudes that may impede the effectiveness of medical or surgical treatment.

The patient feels minimal pressures and responsibilities regarding family, social, and work life. This perception of a relaxed pattern suggests a very low probability of tension-related illnesses.

The past year is described by the patient as having been notably stressful, a period in which unusual events or troubling life difficulties have occurred in work or family settings. The patient feels troubled by this and upset by the difficulties that must be faced. Perceptions and feelings such as these are often associated with an increased susceptibility to illness.

Prone to view the past as a series of troubling events that usually go from bad to worse, the patient has come to feel little likelihood that either the actions of the patient or anyone else will reverse the trend. A sense of helplessness may pervade interactions with the patient. Pessimistic attitudes of this nature are associated with a depressive emotionality that frequently aggravates the course of a physical illness. Health care personnel should assess these complaints objectively and make every effort to instill confidence in the treatment regimen.

The future, in general and in relation to any specific medical problem, looks bleak and hopeless to the patient. There is a feeling of being without personal resources and unable to gain support from others in dealing with the concerns that must be faced. The patient feels overwhelmed and is inclined to simply give up, rather than cope with anticipated further difficulties. This generally diminished coping capacity, along with the despondent attitude, points to a poor prognosis if faced with a major or chronic illness. Extra efforts should be made to create a supportive and encouraging environment so as to avert emotionally problematic consequences.

The patient does not feel that family and friends express adequate caring, nor are they seen as likely to be available for support when need arises. The patient feels isolated and forced to rely on own resources, and may experience a more troubled illness course than might otherwise occur.

The patient expresses no unusual concerns regarding general health and bodily functioning. Neither denying concern, nor overly apprehensive, the patient is likely to maintain a reasonable attitude toward the discomforts of illness, should one arise.

## PSYCHOSOMATIC CORRELATES

The scales comprising this section are designed for use only with patients who have previously been diagnosed by physicians as suffering one of a number of specific disease entities or syndromes, e.g., hypertension, colitis, allergy. Note that these scales do not provide data confirming such medical diagnoses, nor do they include statements which may be construed as supporting them. Rather, the primary intent of this section is to gauge the extent to which the patient is similar to comparably diagnosed patients whose illness has been judged to be substantially psychosomatic, or whose course has been judged to be complicated by emotional or social factors.

If the patient has a diagnosed allergic disorder, e.g., pruritus, urticaria, dermatitis, asthma, there is strong evidence from the responses of the patient on the MBHI that the disorder is primarily psychosomatic, easily exacerbated by upsets of even a minor nature. Interventions to increase the skill of the patient in coping, as well as medication to reduce sensitivities, may be in order.

If the patient has a history of chronic gastrointestinal disorder, e.g., peptic ulcer, colitis, dyspepsia, irritable colon, there is strong evidence from the pattern of MBHI responses to indicate that psychological precipitants are a major source of the disease process, contributing significantly and persistently to the severity of the discomfort. In addition to physical treatment methods, steps might be taken to encourage psychotherapeutic consultation.

If the patient has been medically diagnosed as manifesting symptoms of certain cardiovascular disorders, notably hypertension or angina pectoris, there are definite indications that these complaints are precipitated or sustained by a psychological susceptibility to stress and tension. As a supplement to medications, the patient should be encouraged to participate in psychological methods that facilitate a more relaxed attitude toward life events.

## PROGNOSTIC INDICES

The scales comprising this section have been empirically constructed to assist clinicians in appraising the impact of psychosocial factors which can complicate the usual prognostic course of patients who have a history of either a chronic or life-threatening illness, or who are under review for a life-sustaining surgical or medical procedure.

If there has been a medical history of a periodic or persistent pain disorder, e.g., low back pain, headache, TMJ, there is a high probability that the outcome of a traditional outpatient program will be poor. A variety of emotional and psychosocial factors are likely to contribute to this troubled treatment course. A conservative pharmacologic and surgical approach should be taken. Programs supplemented by behavioral modification and psychological counseling are likely to have a better likelihood of success than those lacking in these approaches.

If the patient is suffering from a chronic and progressive life-threatening illness, e.g., metastatic carcinoma, renal failure, congestive heart disease, MBHI scores indicate a distinctly less favorable prognosis than usual for this disease as a consequence of increasing despondency and feelings of extreme isolation and loss. Vigorous efforts to counter these destructive emotional and psychosocial forces are highly advisable.