If faced with major surgery or a candidate for ongoing, life-dependent treatment programs, e.g., open heart procedures, hemodialysis, cancer chemotherapy, there is a low probability that the patient will experience even brief periods of disorientation or depression.

# NOTEWORTHY RESPONSES

The following statements were answered by the patient in the direction noted in the parenthesis. These items suggest specific problem areas that may deserve further inquiry on the part of the clinician.

## Potential Noncompliance
*Suggests a disinclination to follow medical advice.*

> 21.  I have a lot of faith that doctors can cure any sickness. (False)
> 32.  No matter what, seeing a doctor can make me feel better. (False)
> 87.  I dislike going to doctors, and do so only after trying everything myself. (True)
> 130.  I would rather be in pain than take any medicines. (True)

## Health Preoccupations
*Denotes an excessive attention to physical ailments.*

> 16.  I am in better health than most of my friends. (False)
> 41.  I almost never worry about my health. (False)
> 123.  I get very upset when I feel pain in any part of my body. (True)

## Illness Overreaction
*Signifies tendencies to magnify illness consequences.*

> 7.  If I were very sick, I'm sure that everything would work out well. (False)
> 31.  If I ever got a serious illness, I think it would be the end of me. (True)
> 57.  Even if I were very sick, I'd keep fighting and never give up. (False)
> 71.  If I had a very serious sickness, I think I would fall apart mentally. (True)
> 101.  I'd rather be dead than have a very serious sickness. (True)

## Depressive Feelings
*Indicates dejection and/or dysphoric mood.*

> 13.  I have a feeling that things in my life just go from bad to worse. (True)
> 38.  I have had more than my share of troubles in the past year. (True)
> 44.  I look forward to the future with lots of hope. (False)
> 50.  I feel pretty upset about most things in my life. (True)
> 51.  It is very difficult for me to stop feelings from coming out. (True)

---

63.   I often think about unhappy things that have happened to me. (True)
67.   It is not unusual to feel lonely and unwanted. (True)
92.   Even when things seem to be going well, I expect that they'll soon get worse. (True)
105.  I often feel that there is nothing I can do to make my life easier. (True)
127.  For me, the future looks like it will be full of trouble and problems. (True)

## Psychiatric Possibility
*Provides indices of a potential mental disturbance.*

58.   I sometimes feel I am in this world all alone. (True)
143.  I become very excited or upset once a week or more. (True)


# CAPSULE SUMMARY

Easily upset, this patient expects the worst from most relationships, and life in general. He will respond to serious or prolonged illness with frequent complaints and discontent. Health care personnel must exhibit extreme tact to gain his compliance with a therapeutic regimen. In spite of these efforts, his fears and concerns may seriously hamper his ability to understand and follow medical advice.


## End of Report

MMPI-2™

The Minnesota Report:™

Reports for Forensic Settings

James N. Butcher, PhD

ID Number 633194

Male

Age 48

Separated

14 Years of Education

Personal Injury Report

5/07/2003

Copyright © 1997 REGENTS OF THE UNIVERSITY OF MINNESOTA. All rights reserved.
Portions reproduced from the MMPI-2 test. Copyright © 1942, 1943, (renewed 1970), 1989 REGENTS OF THE UNIVERSITY OF MINNESOTA. All rights reserved. Distributed exclusively by National Computer Systems, Inc.

"Minnesota Multiphasic Personality Inventory-2," "MMPI-2," and "The Minnesota Report" are trademarks of the University of Minnesota.

[ 13 / 1.0 / 1.0 ]



**MMPI-2™**
**ID 633194**

**Personal Injury Report**
**Page 2**



## MMPI-2 VALIDITY PATTERN

|                | VRIN | TRIN | F   | F(B) | Fp  | L   | K   | S   |
|----------------|------|------|-----|------|-----|-----|-----|-----|
| Raw Score:     | 2    | 10   | 15  | 17   | 0   | 7   | 13  | 23  |
| T Score:       | 38   | 57T  | 82  | 112  | 41  | 65  | 45  | 48  |
| Response %:    | 100  | 100  | 100 | 100  | 100 | 100 | 100 | 100 |

Cannot Say (Raw): 0

Percent True: 46

Percent False: 54

|     | Raw Score | T Score | Resp. % |
|-----|-----------|---------|---------|
| S1  | 4         | 41      | 100     |
| S2  | 4         | 42      | 100     |
| S3  | 4         | 50      | 100     |
| S4  | 6         | 58      | 100     |
| S5  | 5         | 65      | 100     |

KAISER MEDICAL RE PHILIP ENGLISH

## PROFILE VALIDITY

The client's responses to items in the latter portion of the MMPI-2 were somewhat more exaggerated than his responses to earlier items. There is some possibility that he responded to these later items carelessly or in a random manner, thereby invalidating that portion of the test. Although the standard validity and clinical scales are scored from items in the first two-thirds of the test, caution should be used when interpreting the MMPI-2 Content Scales and supplementary scales, which include items found throughout the entire item pool.

## SYMPTOMATIC PATTERNS

This report was developed using the *D and Pt* scales as the prototype. The client's MMPI-2 clinical profile reflects much psychological distress at this time. He is experiencing intense feelings of self-doubt and low morale in the context of a mixed pattern of psychological problems. He has major problems with anxiety and depression. He tends to be high-strung and insecure, and he may also be having somatic problems. He is probably experiencing loss of sleep and appetite and a slow personal tempo. He feels quite insecure and pessimistic about the future. He also feels inferior, has little self-confidence, and does not feel capable of solving his problems.

## PROFILE FREQUENCY

Profile interpretation can be greatly facilitated by examining the relative frequency of clinical scale patterns in various settings. The client's high-point clinical scale score (D) occurs in 7.2% of the MMPI-2 normative sample of men. However, only 2.4% of the sample have D as the peak score at or above a T score of 65, and only 1.1% have well-defined D spikes. His elevated MMPI-2 two-point profile configuration (2-7/7-2) is very rare in samples of normals, occurring in less than 1% of the MMPI-2 normative sample of men.

This high-point MMPI-2 score on the D scale is relatively frequent in various medical settings. In the NCS medical sample, the high-point clinical scale score on D occurs in 14.4% of the men. Moreover, 11.6% of the men have the D scale spike at or above a T score of 65, and 5.7% have a well-defined D high point in that range. His elevated MMPI-2 two-point profile configuration (2-7/7-2) occurs in 5% of the men in the NCS medical sample.

His MMPI-2 profile peak score on the D scale occurs as a high point in 17% of men in chronic pain samples (Keller & Butcher, 1991).

This MMPI-2 profile peak score on the D scale occurs with modest frequency among individuals involved in personal injury litigation. Butcher (1997b) found that only 7.6% of personal injury litigants have D as a well-defined high-point score. Among litigants who produce an elevated F score relative to L and K, this MMPI-2 profile peak score on the D scale occurs with very high frequency (34.1%), but only 7.3% are

well-defined at or above a T of 65. This is one of the most frequent high-point profiles among nondefensive litigants.

## PROFILE STABILITY

The relative elevation of his highest clinical scale scores suggests some lack of clarity in profile definition. Although his most elevated clinical scales are likely to be present in his profile pattern if he is retested at a later date, there could be some shifting of the most prominent scale elevations in the profile code. The difference between the profile type used to develop the present report and the next highest scale in the profile code was 3 points. So, for example, if the client is tested at a later date, his profile might involve more behavioral elements related to elevations on Hs. If he is retested, responses related to extensive expression of physical complaints might be more prominent.

## INTERPERSONAL RELATIONS

He appears to be quite passive and dependent in interpersonal relationships and does not speak up for himself even when others take advantage of him. He avoids confrontation and seeks nurturance from others, often at the price of his own independence. He forms deep emotional attachments and tends to be quite vulnerable to being hurt. He also tends to blame himself for interpersonal problems. Individuals with this profile are often experiencing psychological distress in response to stressful events. These intense feelings may diminish over time or with treatment.

He is a highly introverted and interpersonally avoidant person who feels very uneasy in close interpersonal involvements. His emotional detachment appears to be of long-standing duration. He appears to be very insecure, lacks confidence in himself in social situations, and becomes extremely anxious around other people. Individuals with this profile are typically rigid and overcontrolled, tend to worry a great deal, and may experience periods of low mood in which they withdraw almost completely from others. Personality characteristics related to social introversion tend to be stable over time. His generally reclusive behavior, introverted lifestyle, and tendency toward interpersonal avoidance may be prominent in any future test results.

His very high score on the Marital Distress Scale suggests that his marital situation is quite problematic at this time. He reported a number of problems with his marriage that are possibly important to understanding his current psychological symptoms.

## MENTAL HEALTH CONSIDERATIONS

Individuals with this profile tend to be considered neurotic and receive diagnoses such as dysthymic disorder or anxiety disorder. They may also receive an Axis II diagnosis of dependent or compulsive personality disorder.

Individuals with this MMPI-2 pattern are usually feeling a great deal of discomfort and tend to want help for their psychological problems. The client's self-esteem is low and he tends to blame himself too much for his difficulties. Although he worries a great deal about his problems, he seems to have little energy for action to resolve them.

Symptomatic relief for his depression may be provided by antidepressant medication. Psychotherapy, particularly cognitive behavioral treatment, may also be beneficial.

The passive, unassertive personality style that seems to underlie this disorder might be a focus of behavior change. Individuals with these problems may learn to deal with others more effectively through assertiveness training.

## PERSONAL INJURY CONSIDERATIONS

Although he may have attempted to present a positive self-report, he endorsed a number of extreme problems on the MMPI-2. Some individuals with this MMPI-2 pattern in personal injury cases report extremely traumatic situations in their recent past. This individual reported some feelings and attitudes that reflect psychological adjustment problems that could affect his current functioning. He appears to be anxious, tense, nervous, depressed, unhappy, and sad. He worries excessively and feels vulnerable. He tends to overreact to anticipated problems. His fatigue and his slow personal tempo are likely to influence how he interacts with other people.

In addition to the problems indicated by his MMPI-2 clinical scale scores, he endorsed some items on the Content Scales that could reflect difficulties for him. His proneness to experience problems with anxiety, depression, and his health might make it difficult for him to think clearly or function effectively. His low self-esteem probably characterizes a somewhat ineffective manner of approaching new tasks. His basic insecurity and lack of self-confidence might make it difficult for him to implement change-oriented plans.

NOTE: This MMPI-2 interpretation can serve as a useful source of hypotheses about clients. This report is based on objectively derived scale indices and scale interpretations that have been developed with diverse groups of people. The personality descriptions, inferences, and recommendations contained herein should be verified by other sources of clinical information because individual clients may not fully match the prototype. The information in this report should be considered confidential and should be used by a trained, qualified test interpreter.

## MMPI-2 BASIC AND SUPPLEMENTARY SCALES PROFILE



| | Hs | D | Hy | Pd | Mf | Pa | Pt | Sc | Ma | Si | | MAC-R | APS | AAS | PK | Ho | MDS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Raw Score: | 28 | 47 | 40 | 32 | 24 | 24 | 39 | 41 | 15 | 56 | | 18 | 21 | 2 | 32 | 24 | 10 |
| K Correction: | 7 | | | 5 | | | 13 | 13 | 3 | | | | | | | | |
| T Score: | 101 | 106 | 96 | 84 | 46 | 101 | 104 | 98 | 45 | 85 | | 44 | 44 | 46 | 90 | 57 | 83 |
| Response %: | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | | 100 | 100 | 100 | 100 | 100 | 100 |
| Non-Gendered T Score: | 99 | 107 | 93 | 86 | | 99 | 99 | 94 | 46 | | | | | | | | |

Welsh Code:    2716**83*04'''+-/59: F'''L+-/K:
Profile Elevation:    91.90



## MMPI-2 CONTENT SCALES PROFILE

| | ANX | FRS | OBS | DEP | HEA | BIZ | ANG | CYN | ASP | TPA | LSE | SOD | FAM | WRK | TRT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Raw Score: | 21 | 7 | 9 | 29 | 24 | 5 | 3 | 15 | 3 | 7 | 17 | 19 | 6 | 28 | 18 |
| T Score: | 87 | 60 | 63 | 94 | 89 | 60 | 43 | 59 | 40 | 46 | 83 | 76 | 52 | 89 | 84 |
| Non-Gendered T Score: | 85 | 54 | 61 | 90 | 87 | 60 | 42 | 59 | 41 | 47 | 80 | 75 | 51 | 88 | 82 |
| Response %: | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |

## SUPPLEMENTARY SCORE REPORT

|  | Raw Score | T Score | Resp % |
|---|---|---|---|
| Anxiety (A) | 29 | 77 | 100 |
| Repression (R) | 21 | 63 | 100 |
| Ego Strength (Es) | 18 | 30 | 100 |
| Dominance (Do) | 8 | 30 | 100 |
| Social Responsibility (Re) | 22 | 55 | 100 |

**Depression Subscales (Harris-Lingoes)**

|  | | | |
|---|---|---|---|
| Subjective Depression (D1) | 28 | 106 | 100 |
| Psychomotor Retardation (D2) | 9 | 70 | 100 |
| Physical Malfunctioning (D3) | 9 | 100 | 100 |
| Mental Dullness (D4) | 13 | 101 | 100 |
| Brooding (D5) | 9 | 91 | 100 |

**Hysteria Subscales (Harris-Lingoes)**

|  | | | |
|---|---|---|---|
| Denial of Social Anxiety (Hy1) | 1 | 34 | 100 |
| Need for Affection (Hy2) | 7 | 51 | 100 |
| Lassitude-Malaise (Hy3) | 15 | 106 | 100 |
| Somatic Complaints (Hy4) | 12 | 96 | 100 |
| Inhibition of Aggression (Hy5) | 2 | 40 | 100 |

**Psychopathic Deviate Subscales (Harris-Lingoes)**

|  | | | |
|---|---|---|---|
| Familial Discord (Pd1) | 4 | 65 | 100 |
| Authority Problems (Pd2) | 2 | 40 | 100 |
| Social Imperturbability (Pd3) | 1 | 33 | 100 |
| Social Alienation (Pd4) | 13 | 98 | 100 |
| Self-Alienation (Pd5) | 9 | 77 | 100 |

**Paranoia Subscales (Harris-Lingoes)**

|  | | | |
|---|---|---|---|
| Persecutory Ideas (Pa1) | 13 | 118 | 100 |
| Poignancy (Pa2) | 5 | 69 | 100 |
| Naivete (Pa3) | 5 | 51 | 100 |

**Schizophrenia Subscales (Harris-Lingoes)**

|  | | | |
|---|---|---|---|
| Social Alienation (Sc1) | 12 | 88 | 100 |
| Emotional Alienation (Sc2) | 6 | 98 | 100 |
| Lack of Ego Mastery, Cognitive (Sc3) | 6 | 78 | 100 |
| Lack of Ego Mastery, Conative (Sc4) | 11 | 98 | 100 |
| Lack of Ego Mastery, Defective Inhibition (Sc5) | 5 | 75 | 100 |
| Bizarre Sensory Experiences (Sc6) | 8 | 80 | 100 |

**MMPI-2™**
**ID 633194**

## Hypomania Subscales (Harris-Lingoes)

| | | | |
|---|---|---|---|
| Amorality (Ma1) | 0 | 35 | 100 |
| Psychomotor Acceleration (Ma2) | 5 | 49 | 100 |
| Imperturbability (Ma3) | 1 | 35 | 100 |
| Ego Inflation (Ma4) | 4 | 56 | 100 |

## Social Introversion Subscales (Ben-Porath, Hostetler, Butcher, and Graham)

| | | | |
|---|---|---|---|
| Shyness/Self-Consciousness (Si1) | 13 | 74 | 100 |
| Social Avoidance (Si2) | 8 | 71 | 100 |
| Alienation--Self and Others (Si3) | 13 | 74 | 100 |

Uniform T scores are used for Hs, D, Hy, Pd, Pa, Pt, Sc, Ma, and the Content Scales; all other MMPI-2 scales use linear T scores.

MMPI-2™                                                          **Personal Injury Report**
ID 633194                                                                        **Page 10**

# CONTENT COMPONENT SCALES (Ben-Porath & Sherwood)

|                                              | Raw Score | T Score | Resp % |
|----------------------------------------------|:---------:|:-------:|:------:|
| **Fears Subscales**                          |           |         |        |
| Generalized Fearfulness (FRS1)               | 4         | 80      | 100    |
| Multiple Fears (FRS2)                         | 3         | 47      | 100    |
| **Depression Subscales**                     |           |         |        |
| Lack of Drive (DEP1)                          | 10        | 95      | 100    |
| Dysphoria (DEP2)                              | 6         | 93      | 100    |
| Self-Depreciation (DEP3)                      | 6         | 83      | 100    |
| Suicidal Ideation (DEP4)                      | 4         | 112     | 100    |
| **Health Concerns Subscales**                |           |         |        |
| Gastrointestinal Symptoms (HEA1)              | 5         | 109     | 100    |
| Neurological Symptoms (HEA2)                  | 7         | 87      | 100    |
| General Health Concerns (HEA3)                | 5         | 81      | 100    |
| **Bizarre Mentation Subscales**              |           |         |        |
| Psychotic Symptomatology (BIZ1)               | 1         | 55      | 100    |
| Schizotypal Characteristics (BIZ2)            | 3         | 60      | 100    |
| **Anger Subscales**                          |           |         |        |
| Explosive Behavior (ANG1)                     | 1         | 45      | 100    |
| Irritability (ANG2)                           | 1         | 41      | 100    |
| **Cynicism Subscales**                       |           |         |        |
| Misanthropic Beliefs (CYN1)                   | 8         | 55      | 100    |
| Interpersonal Suspiciousness (CYN2)           | 7         | 66      | 100    |
| **Antisocial Practices Subscales**           |           |         |        |
| Antisocial Attitudes (ASP1)                   | 3         | 40      | 100    |
| Antisocial Behavior (ASP2)                    | 0         | 38      | 100    |
| **Type A Subscales**                         |           |         |        |
| Impatience (TPA1)                             | 3         | 51      | 100    |
| Competitive Drive (TPA2)                      | 3         | 45      | 100    |
| **Low Self-Esteem Subscales**                |           |         |        |
| Self-Doubt (LSE1)                             | 8         | 80      | 100    |
| Submissiveness (LSE2)                         | 4         | 69      | 100    |

KAISER MEDICAL RE PHILIP ENGLISH

**Social Discomfort Subscales**
    Introversion (SOD1)         13    73    100
    Shyness (SOD2)         6    68    100

**Family Problems Subscales**
    Family Discord (FAM1)    1    40    100
    Familial Alienation (FAM2)    3    67    100

**Negative Treatment Indicators Subscales**
    Low Motivation (TRT1)    9    95    100
    Inability to Disclose (TRT2)    2    52    100

**End of Report**

.Y 25 2003

| KAISER PERMANENTE | NAME: | ENGLISH, PHILIP E |
|---|---|---|
| | MR#: | 633194 |
| | DOB: | 10/26/1954    AGE: 48Y |
| HAWAII | DOS: | 05/06/2003 |
| | UC LOC: CRA | OV LOC: HON |

Page 1 of 10

DATE OF INJURY: 2/12/2003

TYPE OF REPORT: INITIAL PSYCHOLOGICAL EVALUATION

REFERRAL

The patient was referred by Kaiser Behavioral Health Services.

PRESENT PROBLEM

On 2/12/2003, the patient says that he began to discover that he was being persecuted because he had begun a process of "whistle blowing". He said that approximately on 2/7/2003 or 2/10/2003, the State assessor and his supervisor were planning to file an insubordination complaint. He said he asked if he could have someone in the meeting because he had already experienced changes in recanting in previous meetings. Kevin Mulligan, his union agent, went with him to this meeting and told him that the meeting sounded to him like a retaliation. He said a few days later, approximately February 12, 2003, there was a paper stuck to his chair. This reportedly was a workplace violence report that was being submitted by a formerly friendly coworker, Julie. Allegedly Julie told him that she was afraid that his, Mr. English's, complaint would cause some difficulties for her. At that point, he said he began to feel a great deal of anxiety and felt that things were "...spinning out of control". He said he also began to feel isolated. He said although he was trying to "...hang in there and be strong, but I was already imploding". He said at that point, he went to see a therapist, Jerry Coffee, MSW, about the situation. He said he continued to experience stress at work. He found out, he said, on February 28, 2003, when speaking with coworkers that there was an administrative service agent interviewing all of his co-employees to find out more about him. He said at least that is how he took it. He said this administrative agent was Michael Gulich. He said he again consulted with his union agent, who then told him that there had already been many complaints from coworkers, and the union agent advised him that he not be able to work for this office or for the City and County or possibly for the State any longer.

Although Mr. English's complete mental health records were not available today, Mr. English says that he has had several appointments with Behavioral Health therapist Jerry Coffee, MSW. He has also been evaluated by Dr. Kennedy of the City and County. He had also been to Same-Day Urgent Care clinic and seen Kelly Tam-Sing, MD, who assessed anxiety on March 4, 2003. Additionally, Mr. English came for an evaluation at the Occupational Mental Health Services on February 18, 2003. He saw Lillie Mundon, LSW, and she assessed an anxiety disorder; however, at that time, Mr. English had not decided to

OCCUPATIONAL HEALTH SERVICES

1010 Pensacola Street/Honolulu, HI 96814/(808) 432-2200          3288 Moanalua Road/Honolulu, HI 96819/(808) 432-8200
80 Mahalani Street/Wailuku, HI 96793/(808) 243-6453               1292 Waianuenue Avenue/Hilo, HI 96720/(808) 327-2900
94-235 Leoku Street/Waipahu, HI 96797/(808) 432-3103             45-602 Kam Hwy/Kaneohe, HI 96744/(808) 432-3800
75-184 Hualalai Road/Kailua-Kona, HI 96740/(808) 327-2900

Clinic Record

KAISER MEDICAL RE PHILIP ENGLISH

**KAISER PERMANENTE**

**HAWAII**

NAME:    **ENGLISH, PHILIP E**
MR#:    **633194**
DOB:    **10/26/1954**    AGE: **48Y**
DOS:    **05/06/2003**
UC LOC: **CRA**    OV LOC: **HON**

Page 2 of 10

file a Workers' Comp claim. Furthermore, Mr. English was referred to Occupational Health on February 13, 2003 by primary care physician, Dr. Love, who wrote, "Patient reports increasing stress/anxiety associated with complicated and 'political' crisis at work. Patient reports feeling vulnerable, unable to focus at work, insomnia. Please assist for possible Occupational Health Services." It was Dr. Love's referral that initiated Lillie Mundon's initial consultation with Mr. English and he subsequently continued treating at Kaiser Behavioral Health Services until today's evaluation appointment. He said he resumed treatment with Occupational Mental Health Services at the suggestion of Dr. Kennedy

At today's appointment, Mr. English checked that the following symptoms had bothered him recently: stomach pain; pains in his arms, legs, and joints; headaches; chest pain; dizziness; feeling his heart pound and race; shortness of breath; nausea, gas or indigestion; feeling tired or having low energy; unusual thoughts; nightmares; marital conflicts; conflict with another person; financial problems; overeating being out of control; eating less than he should; little interest or pleasure in doing things; feeling down, depressed, and hopeless; suicidal thoughts; trouble sleeping; poor appetite; trouble with concentration and memory; low self-esteem or self-worth; low energy; nervous or feeling anxious or on edge; worrying about a lot of different things; anxiety attacks. He also checked that he: feels sad a lot; has had thoughts of suicide recently; feels anxious a lot; is short-tempered or irritated a lot; has experienced feelings of worthlessness recently; has lost interest in activities that used to give him pleasure; finds himself paying less and less attention to his personal appearance; has trouble concentrating; does not have people available he can speak with about his concerns; is not able to cope with his problems; feels pressure or stress at work; has had too many problems recently; is not optimistic about his future; is upset about his life right now; feels very alone; worries a lot about his physical health; worries a lot about his mental health; does not have difficulty controlling his anger; is not able to cope with the pain in his body; has had a weight shift of over five pounds in the last month; worries that he might not return to how he was before his injury; and thinks he needs to speak with a profession about his concerns. He also writes in "I am a whistle-blower" and "There is an investigation by the Ethics Committee. I have been the subject of retaliation, harassment, intimidation, abuse of the Real Property Assessment Division since early 2002".

When asked more about his suicidal ideation, Mr. English admitted that he has had two previous suicide attempts. These were reportedly in 1998 and 1989 and related to the divorce by his wife of 15 years. The first attempt included taking what was presumably an almost lethal dose of aspirin and found by his now ex-wife. In the second attempt, he tried to hang himself with his belt, but got himself down because of the pain. He said, although he has suicidal ideation, he has no plan. He said he vaguely thinks sometimes that he should die, but he has realized that what he should do, when he thinks about that, is call people. To this end, he has called his therapist and also his pastor for help. Mr. English agreed that in

**OCCUPATIONAL HEALTH SERVICES**

1010 Pensacola Street/Honolulu, HI 96814/(808) 432-2200    3288 Moanalua Road/Honolulu, HI 96819/(808) 432-8200
80 Mahalani Street/Wailuku, HI 96793/(808) 243-6453    1292 Waianuenue Avenue/Hilo, HI 96720/(808) 327-2900
94-235 Leoku Street/Waipahu, HI 96797/(808) 432-3103    45-602 Kam Hwy/Kaneohe, HI 96744/(808) 432-3800
75-184 Hualalai Road/Kailua-Kona, HI 96740/(808) 327-2900

Clinic Record

**KAISER PERMANENTE**

**HAWAII**

NAME:   **ENGLISH, PHILIP E**
MR#:    **633194**
DOB:    **10/26/1954**    AGE: **48Y**
DOS:    **05/06/2003**
UC LOC: **CRA**    OV LOC: **HON**

Page 3 of 10

addition to his current providers, he could call this provider, he could contact Urgent Care, he could go to Kaiser emergency room, or call 911. He agreed to contract for safety. Mr. English also reports that he has had an initial evaluation by a Kaiser psychiatrist and has an upcoming evaluation in a few days. He is questioning now about whether or not to take antidepressant medication, and this will be discussed with the psychiatrist again in a few days. This was discussed with the patient and consultation was offered to his psychiatrist today.

Furthermore, he added that he has felt like he has been "...on a roller coaster without the highs". He said that the harassment seems to be continuing. He said that he has not received any Temporary Disability Insurance payment and this has resulted in a difficulty he has had about paying the rent for his boat. Thus, he says, as of today's visit, his boat may be repossessed because of his failure to pay for his slip. He is working with an attorney, he says, to get this matter and his whistle-blowing situation straightened out.

**HISTORY OF CHIEF COMPLAINT**

Mr. English said he has been a real estate appraiser for 23 years. He was hired on 6/1/2000 to work for the Real Property Assessment Division of the City and County of Honolulu. He said, although he took a lower level job, he is actually designated by the real estate appraisal institute and has the highest level of licensing. He explained further that his goal in taking the work was to actually try to do something positive for his community. His reasoning will be discussed in the next section. So therefore, when he started to begin working with the City and County for the first 18 months, he decided his first task was to learn as much as he could. He said he was told initially that he would soon be promoted. He said during this period, he observed a coworker, Chris Graff, at a nearby desk, not involved in doing City and County work. He discovered, he said, that Mr. Graff was doing appraisals for GK Appraisal Company, a company that is reportedly owned by the administrator of the division, Gary Kurokawa. He said he observed this several times. He said he approached Mr. Graff and told Mr. Graff that he should not be doing this. He said this was about the same time that another public official was being scrutinized for inappropriate action and he added "I knew it wasn't right". He said coworker Chris Graff told him he was working for a David Murakami and that David Murakami was in turn working for Gary Kurokawa. He said he told Chris Graff that he thought this was "...a pretty thin veil".

Mr. English said one day he was standing at Chris' desk and the phone rang. Chris reportedly answered and what Mr. English could make out of the conversation was that Gary Kurokawa was instructing Chris to do an appraisal. He felt he was confronted, "...It's confronting me right there". He said he believed if he went to Gary Kurokawa and

**OCCUPATIONAL HEALTH SERVICES**
1010 Pensacola Street/Honolulu, HI 96814/(808) 432-2200      3288 Moanalua Road/Honolulu, HI 96819/(808) 432-8200
80 Mahalani Street/Wailuku, HI 96793/(808) 243-6453      1292 Waianuenue Avenue/Hilo, HI 96720/(808) 327-2900
94-235 Leoku Street/Waipahu, HI 96797/(808) 432-3103      45-602 Kam Hwy/Kaneohe, HI 96744/(808) 432-3800
75-184 Hualalai Road/Kailua-Kona, HI 96740/(808) 327-2900

Clinic Record

KAISER MEDICAL OF PHILIP ENGLISH

| KAISER PERMANENTE | NAME: | ENGLISH, PHILIP E | |
|---|---|---|---|
| | MR#: | 633194 | |
| | DOB: | 10/26/1954 | AGE: 48Y |
| HAWAII | DOS: | 05/06/2003 | |
| | UC LOC: | CRA | OV LOC: HON |

Page 4 of 10

confronted him with this situation, Mr. Kurokawa would stop this behavior. However, Mr. English thought it best to go to his supervisor first.

Mr. English said he went to see Ann Gima, his supervisor. He said he was told by Ann Gima that she did not know what he was talking about, and that he should just do his own work and not concern himself with what others were doing. He said he was disappointed by Ann Gima's response. He said at the same time, he was friendly with a Bob Magota, an assessor in charge of all the appraisers. He said he had been friendly with Mr. Magota from church and Mr. Magota was also in the chain of command. So in about October, 2001, he reportedly told Mr. Magota about the situation. He said his concern was that if he, Mr. English, could see what they were doing, so could others, and they would get in trouble. Further, he said, he thought it would become a "...black mark against the division". He thought therefore that he was only trying to help the division. He said that Bob Magota told him that it would just be his word against theirs and therefore advised him not to pursue it. Mr. English said that he encouraged Mr. Magota to discuss this further with the administrator, Gary Kurokawa. Reportedly, there was some type of meeting. He said he learned later that there was some talk about the use of more discretion in this behavior. He said he observed the situation for another few months, but said he noticed that the situation was continuing and it was not at all discreet. Therefore, he said he wrote an e-mail to Bob Magota, the assessor, in February, 2002. He said this e-mail actually suggested that the action was continuing and he, Mr. English, wanted to know what was going to be done about it, and would Mr. Magota let him know about that.

He said by February, 2002, retaliation had already begun, but he had not really noticed it. He said for one example, he was up for a promotion, but the paperwork kept getting lost. Also, he said he was told on one hand to put together an expert report, but then his supervisor advised him to just grab papers and put anything in them. At another point, he said Gary Kurokawa told him that he was taking too much initiative and do work within the confines of his position. Mr. English said, "I didn't put it together. I thought that people with encouragement would do the right thing." He said at one point the Corporation Counsel needed a specialized report and this forced him to work on paid overtime. He noted additionally, that up to February, 2002, all his job performance reviews were excellent and his professional experience was rated as excellent. However, by April, 2002, his job performance ratings reportedly declined. He said that his performance evaluations included such items as "...giving my opinions too much".

Mr. English did not come to today's visit with some of the correspondence and paperwork he has detailing these events. He said he will present them to this provider at our next visit.

## MEDICAL HISTORY

OCCUPATIONAL HEALTH SERVICES

1010 Pensacola Street/Honolulu, HI 96814/(808) 432-2200          3288 Moanalua Road/Honolulu, HI 96819/(808) 432-8200
80 Mahalani Street/Wailuku, HI 96793/(808) 243-6453          1292 Waianuenue Avenue/Hilo, HI 96720/(808) 327-2900
94-235 Leoku Street/Waipahu, HI 96797/(808) 432-3103          45-602 Kam Hwy/Kaneohe, HI 96744/(808) 432-3800
75-184 Hualalai Road/Kailua-Kona, HI 96740/(808) 327-2900

Clinic Record

**KAISER PERMANENTE**

**HAWAII**

NAME:   **ENGLISH, PHILIP E**
MR#:    633194
DOB:    10/26/1954    AGE: 48Y
DOS:    05/06/2003
UC LOC: CRA    OV LOC: HON

Page 5 of 10

Mr. English has had a history of kidney cancer and one of his kidneys has been removed in a radical kidney resection.

## MENTAL HEALTH HISTORY

The patient says that he has had mental health services in the past for anxiety and depression secondary to his divorce and he also acknowledged two suicide attempts at that time. A paternal grandmother reportedly had schizophrenia.

## SOCIAL AND FAMILY HISTORY

Mr. English was born in Long Beach, California and raised in Pasadena, California. He is the middle of seven children born to his parents. The second eldest child died in infancy of pneumonia. Both of his parents are still alive and both are in their mid-70s. His mother has some health problems of heart attack, lung cancer, and rheumatic arthritis. His father is reportedly healthy. His mother was first a homemaker, then was employed as a dietitian. His father worked for Pacific Telephone and rose through the ranks to become an executive and manager. He acknowledged that the family life was somewhat "chaotic", but said otherwise it was a close-knit family. He said his parents showed all of his children a great deal of love. He said furthermore that they cooperated with one another and they communicated well. Reflecting upon his high school years, Mr. English said that he excelled in music while in high school in Pasadena. This led to music scholarships at the university level at Cal State Los Angeles and even at USC. His original goal was to become a symphony musician; however, he said he noticed that musicians struggled financially and had a difficult family life, so he gave up his professional career.

Mr. English reportedly fell in love with and married his high school sweetheart. He had been close with her family in addition to this. They were married for six years, then divorced when he had discovered that she was unfaithful. He described this as a painful period.

He moved out on his own, got a job at a bank, and shortly thereafter started doing real estate appraisals. He said he met friends later, and then a friend of a friend became his second wife. He was married to his second wife for about 15-16 years from 1984 to 1999. She is an attorney. The couple have one son, aged 13. He explains that his son generally lives with the mother, but during the summers, he has custody. It was she who asked for the divorce. He did not want this to occur. He said they had actually had done some work together in international business and he really enjoyed this. He reportedly does not communicate well with her. He explained that on one day in 1998 during his divorce, he was also informed that he had kidney cancer, his wife was going to take full custody of his child, and that his

OCCUPATIONAL HEALTH SERVICES
1010 Pensacola Street/Honolulu, HI 96814/(808) 432-2200    3288 Moanalua Road/Honolulu, HI 96819/(808) 432-8200
80 Mahalani Street/Wailuku, HI 96793/(808) 243-6453    1292 Waianuenue Avenue/Hilo, HI 96720/(808) 327-2900
94-235 Leoku Street/Waipahu, HI 96797/(808) 432-3103    45-602 Kam Hwy/Kaneohe, HI 96744/(808) 432-3800
75-184 Hualalai Road/Kailua-Kona, HI 96740/(808) 327-2900

Clinic Record

**KAISER PERMANENTE**

**HAWAII**

| | |
|---|---|
| NAME: | **ENGLISH, PHILIP E** |
| MR#: | **633194** |
| DOB: | **10/26/1954**    AGE: **48Y** |
| DOS: | **05/06/2003** |
| UC LOC: **CRA**    OV LOC: **HON** |

Page 6 of 10

left kidney was to be removed. He said it was at this point that he had an abrupt change of values and decided to "...try to do something good in the world". He said at that time he was talking about survival rates for his upcoming proposed surgery and there was a significant risk that he would die.

Mr. English married a third time in June, 2000. He explains that they have been separated since October, 2002. He explained that his third wife is from Thailand and his financial insecurity, owing to the present workplace situation, is part of the reason that she has decided to go it alone.

Mr. English's hobbies are sailing, hiking, reading, and playing piano. He no longer plays trumpet. About his friends, he said that he has lost his circle of friends owing to his second divorce and also lost friends due to the difficulty at his workplace. Currently his social support comes from a close relationship with his son and also a close relationship with his pastor.

## MENTAL STATUS EXAMINATION

| | |
|---|---|
| Orientation: | Within normal limits. |
| Memory: | Basically intact. |
| Psychomotor Level: | Within normal limits. |
| Mood/Affect: | Sad, but there was a range of affect. |
| Cognition: | Some difficulty in word finding and in concentration was noted as the narrative continued. |
| Cooperative: | Yes. |
| Unusual Appearance: | No. |
| Insight: | Incomplete. |
| Psychotic: | No. |
| Threatening/Assaultive: | No. |

**OCCUPATIONAL HEALTH SERVICES**
1010 Pensacola Street/Honolulu, HI 96814/(808) 432-2200        3288 Moanalua Road/Honolulu, HI 96819/(808) 432-8200
80 Mahalani Street/Wailuku, HI 96793/(808) 243-6453        1292 Waianuenue Avenue/Hilo, HI 96720/(808) 327-2900
94-235 Leoku Street/Waipahu, HI 96797/(808) 432-3103        45-602 Kam Hwy/Kaneohe, HI 96744/(808) 432-3800
75-184 Hualalai Road/Kailua-Kona, HI 96740/(808) 327-2900

Clinic Record

**KAISER PERMANENTE**

**HAWAII**

NAME:    **ENGLISH, PHILIP E**
MR#:      633194
DOB:      10/26/1954        AGE: 48Y
DOS:      05/06/2003
UC LOC:  CRA      OV LOC: HON

Page 7 of 10

| | |
|---|---|
| Suicidal: | Thoughts, prior history of attempts, no current plans, and able to contract for safety. |
| Gravely Disabled: | No. |
| Addictive Behavior: | Not admitted. |

## PSYCHOLOGICAL TEST RESULTS

The client responded to items in the latter portion of the Minnesota Multiphasic Personality Inventory-2 in an exaggerated manner. There is some possibility he responded to these later items carelessly or in a random manner, thereby invalidating that portion of the test. Because the standard validity and clinical scales are scored from items in the first 2/3 of the test, caution will be used in interpreting any of the MMPI-2 content scales and supplementary scales.

This client's MMPI-2 clinical profile reflects much clinical distress at this time. He is likely experiencing intense feelings of self-doubt and low morale in the context of a mixed pattern of psychological problems. He likely has significant problems with anxiety and depression. He is likely to be high strung, insecure, and may have some somatic problems. He is probably experiencing loss of sleep and appetite and a slow personality tempo. He likely feels quite insecure and pessimistic about his future. He also may feel inferior with low confidence and may not feel capable of solving his problems. Although there is some clarity in the profile definition, there may be some shifting in clinical symptoms throughout treatment. Interpersonally, he appears to be quite passive and generally dependent in his interpersonal relationships and does not speak up for himself, even when others take advantage of him. He likely tries to avoid confrontation and seeks nurturance from others. He likely forms deep emotional attachments and may be quite vulnerable to being hurt. He further will tend to blame himself for interpersonal problems. Individuals with this profile may experience psychological distress in response to stressful events. These intense feelings may diminish over time with treatment. He is likely to be highly introverted and may be somewhat uneasy in close interpersonal involvements. Individuals with this profile may be somewhat rigid, tend to worry a good deal, and may experience periods of low mood in which they withdraw almost completely from others. A tendency toward interpersonal avoidance may be prominent. Also his high score on marital distress suggests that his marital situation continues to be problematic also at this time. Individuals with this type of MMPI-2 pattern are usually feeling a great deal of discomfort and tend to want help. Although he worries a great deal about his problems, he may have little energy for action to resolve them. Symptomatic relief for depression is suggested via antidepressant medication. Cognitive behavioral psychotherapy may also be helpful. Passivity in his interpersonal style may also

**OCCUPATIONAL HEALTH SERVICES**
1010 Pensacola Street/Honolulu, HI 96814/(808) 432-2200          3288 Moanalua Road/Honolulu, HI 96819/(808) 432-8200
80 Mahalani Street/Wailuku, HI 96793/(808) 243-6453             1292 Waianuenue Avenue/Hilo, HI 96720/(808) 327-2900
94-235 Leoku Street/Waipahu, HI 96797/(808) 432-3103           45-602 Kam Hwy/Kaneohe, HI 96744/(808) 432-3800
75-184 Hualalai Road/Kailua-Kona, HI 96740/(808) 327-2900

Clinic Record

KAISER PERMANENTE    NAME:   **ENGLISH, PHILIP E**
                              MR#:    **633194**
                              DOB:    **10/26/1954**    AGE: 48Y
     **HAWAII**              DOS:    **05/06/2003**
                              UC LOC: **CRA**    OV LOC: **HON**

Page 8 of 10

be a focus of treatment and assertiveness training may be helpful. Personal injury considerations are that, although he may have attempted to present a positive self report, he endorsed a number of extreme problems on the MMPI-2. Some individuals with this MMPI-2 pattern in personal injury cases, report extremely traumatic situations in their recent past. This individual reported some feelings and attitudes that reflect psychological problems that likely affect his current functioning. He appears to be anxious, tense, nervous, depressed, unhappy, and sad. He likely worries excessively and feels very vulnerable. He may overreact to anticipated problems. His fatigue and slow personal tempo are likely to influence how he interacts with others. He may have difficulty thinking clearly or functioning effectively. Low self-confidence may characterize his manner of approaching new tasks and this lack of self-confidence may also make it difficult for him to implement change-oriented plans.

Results of the Millon Behavioral Health Inventory extend findings. This patient easily can become distraught emotionally and may be inclined to expect trouble in relationships. He may anticipate being hurt by others. This may account for his rather detached and isolated lifestyle; however, when life events are going extremely well, the behavior of the patient may take a more affable and comfortable direction. However, on distress, he may revert to fearful, troubled, and a restricted lifestyle. His moodiness and vacillation may make him highly susceptible to bodily ailments of a psychosomatic nature. In response to a serious or chronic illness, he also will tend to react more tensely and emotionally than usual. Focused on physical discomfort even when faced with small discomforts, he will likely overreact to any severe or prolonged physical problems. His general tendency to expect the worst combined with a heavily increased sensitivity to bodily functions will increase the significance he attributes to an illness. What he probably needs most at time are nurturing and understanding responses. However, his demands and complaints, even with health care personnel, may exasperate others. A goal of gaining his compliance with rehabilitation may not be achieved easily because of his fears may increase his discomfort to such a degree that he is unable to grasp and follow medical advice. Repetition of the assurances and consistent kindnesses that he needs, without exasperation and without demeaning his fears, may result in a more compliant, cooperative patient.

The results of MBHI suggest that he currently feels minimal pressures regarding family, social, and work life. This is in distinction to clinical interview. The past year is described as having been notably stressful, a period in which unusual events are troubling, difficulties have occurred. Patient likely feels troubled by this and upset by the difficulties that must be faced. Perceptions and feelings such as these are often associated with an increased susceptibility to illness. Prone to view the past as a series of troubling events that usually go from bad to worse, he may feel that there is little likelihood that either the actions of the patient or anyone else will reverse the trend. The future in general and in relationship to any

**OCCUPATIONAL HEALTH SERVICES**

1010 Pensacola Street/Honolulu, HI 96814/(808) 432-2200        3288 Moanalua Road/Honolulu, HI 96819/(808) 432-8200
80 Mahalani Street/Wailuku, HI 96793/(808) 243-6453        1292 Waianuenue Avenue/Hilo, HI 96720/(808) 327-2900
94-235 Leoku Street/Waipahu, HI 96797/(808) 432-3103       45-602 Kam Hwy/Kaneohe, HI 96744/(808) 432-3800
75-184 Hualalai Road/Kailua-Kona, HI 96740/(808) 327-2900

Clinic Record

**KAISER PERMANENTE**

**HAWAII**

NAME: **ENGLISH, PHILIP E**
MR#: **633194**
DOB: **10/26/1954**   AGE: **48Y**
DOS: **05/06/2003**
UC LOC: **CRA**   OV LOC: **HON**

Page 9 of 10

specific medical problems may look bleak and hopeless to him. There is a feeling of being without personal resources and unable to gain support from others in dealing with the concerns that must be faced. The patient likely does not feel that family or friends express adequate caring nor are they seen as likely to be available for support when the need arises. He expresses no unusual concerns regarding general health and bodily functioning.

According to MBHI results, if there has been a medical history of periodic or persistent pain disorder, for example, low-back pain, headache, and TMJ, there is a high probability that the outcome of traditional outpatient program will be poor. A variety of emotional and psychosocial factors are likely to contribute to a troubled treatment course. Conservative pharmacologic and surgical approach should be taken where possible, and programs supplemented by behavioral modification and psychological counseling are likely to have a better likelihood of success. If he has had a history of chronic gastrointestinal disorder, there is strong evidence from MBHI responses that psychological precipitants are likely to be a major source of the disease process, contributing significantly and persistently to the severity of discomfort. Psychotherapeutic consultation is again recommended. If he has been again diagnosed with certain cardiovascular disorders, notably hypertension or angina pectoris, there are definite indications that these complaints are also precipitators sustained by psychological susceptibility to stress and tension. As a supplement to medications, the patient should be encouraged to participate in psychological methods that facilitate a more relaxed attitude toward life events. If the patient is suffering from a chronic or progressive life-threatening disease, for example, metastatic carcinoma, renal failure, congestive heart disease, MBHI scores indicate the possibility of a less favorable prognosis. As a consequence of his increased despondency and feelings of extreme isolation and loss, vigorous efforts to counter these destructive emotional and psychosocial forces are advisable. If faced with a major surgery or life-dependent treatment programs, for example, open heart procedures, hemodialysis, cancer, or chemotherapy, there is a low probability that the patient will experience even brief periods of disorientation or depression.

**DIAGNOSIS**

AXIS I    296.32 MAJOR DEPRESSIVE DISORDER, RECURRENT, MODERATE.
300.0 ANXIETY DISORDER NOS.
316.0 PSYCHOLOGICAL FACTORS AFFECTING PHYSICAL CONDITION.

AXIS II    DEFERRED.

AXIS III    KIDNEY CANCER.

OCCUPATIONAL HEALTH SERVICES
1010 Pensacola Street/Honolulu, HI 96814/(808) 432-2200       3288 Moanalua Road/Honolulu, HI 96819/(808) 432-8200
80 Mahalani Street/Wailuku, HI 96793/(808) 243-6453       1292 Waianuenue Avenue/Hilo, HI 96720/(808) 327-2900
94-235 Leoku Street/Waipahu, HI 96797/(808) 432-3103       45-602 Kam Hwy/Kaneohe, HI 96744/(808) 432-3800
75-184 Hualalai Road/Kailua-Kona, HI 96740/(808) 327-2900

Clinic Record

**KAISER PERMANENTE**

**HAWAII**

NAME:    **ENGLISH, PHILIP E**
MR#:       **633194**
DOB:       **10/26/1954**        AGE: **48Y**
DOS:       **05/06/2003**
UC LOC:  **CRA**      OV LOC: **HON**

AXIS IV                    MODERATE TO SEVERE WORK-RELATED STRESS.

AXIS V                      CURRENT GAF: 55;        PAST YEAR: PROBABLY 65.

**TREATMENT/PLAN**

1.   Risks and benefits of filing a work-related mental health claim were discussed with Mr. English. It appears that he may not have actually filed a claim. This will be discussed at the next visit.

2.   Mental health tests were offered to Mr. English and a follow-up appointment was scheduled within a week with this provider.

3.   There will be as-needed collaboration with Kaiser Behavioral Health Services.

4.   According to Mr. English, he has already been evaluated by a State Mental Health Independent Medical Evaluator. These records will be requested. Other behavioral health records at Kaiser will be requested.

5.   There was a considerable emphasis on safety with reiteration of plans for the contract for safety should symptoms worsen within the next week.

6.   There was same-day consultation with Mr. English's newly assigned psychiatrist, Dr. Balogh.

7.   This patient was advised to consult his primary care physician regarding his physical complaints.

8.   In the first two months of treatment from 5/6/03 to 7/6/03, the following treatment modalities will be utilized with approximately 15 sessions. (1) Cognitive behavioral individual psychotherapy on a weekly or bimonthly basis. (2) Supportive group psychotherapy to lessen social isolation and increase support. (3) Psychotropic medication evaluation and prescriptions. (4) As-needed crisis intervention.

JOAN H. KOFF, Ph.D./1708
OCCUPATIONAL HEALTH SERVICES
LICENSED PSYCHOLOGIST
DIPLOMATE IN CLINICAL PSYCHOLOGY, ABPP
SENIOR DISABILITY ANALYST, ABDA
CHIEF, OCCUPATIONAL MENTAL HEALTH SERVICES

D: 05/06/2003 17:52:52
T: 05/07/2003 08:08:19/rkl
Job Id: 715402/MRN: 633194

OCCUPATIONAL HEALTH SERVICES
1010 Pensacola Street/Honolulu, HI 96814/(808) 432-2200        3288 Moanalua Road/Honolulu, HI 96819/(808) 432-8200
80 Mahalani Street/Wailuku, HI 96793/(808) 243-6453            1292 Waianuenue Avenue/Hilo, HI 96720/(808) 327-2900
94-235 Leoku Street/Waipahu, HI 96797/(808) 432-3103          45-602 Kam Hwy/Kaneohe, HI 96744/(808) 432-3800
75-184 Hualalai  Road/Kailua-Kona, HI 96740/(808) 327-2900

Clinic Record

KAISER MEDICAL RE PHILIP ENGLISH

## KAISER PERMANENTE - HAWAII REGION
### Authorization for Release of Protected Health Information

Name: ENGLISH, PHILIP E.
Sex/BD: M 10/26/1954

Original: 7/1/98   Revised: 5/8/03   Reviewed:

Date Format: MM / DD / YYYY

**1. I hereby authorize:** Kaiser Permanente
Sender or institution: Occupational Mental Health
Address: 1010 Pensacola
City: Honolulu, Hawaii 96814   State:   Zip Code:

**2. Release to:**
A. ☐ Patient or Authorized Representative
B. ☐ Kaiser Permanente Medical Center: 3288 Moanalua Road, Honolulu, Hawaii, 96819:
   Attention Outpatient Medical Records for: _____
   ➲ Upon receipt, forward to requester   Physician · Department · Location
C. ☐ Physician, receiving person, agency or institution: Philip E. English
   Address: 1741 Ala Moana Blvd. #22
   City: Honolulu   State: HI   Zip Code: 96815
   Attention:   Dept:

**3. Pertaining to the care of:**
Name: Last English   First Philip   M.I. E
MR #: 63394   and   SS #: 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
Also known as:   Birthdate: 10-26-1954

**4. For the purpose of:** releasing psych records (copies) of Joan Rapprecht

**5. Description of Information:** & patient's personal notes
Disclosure is authorized for any and all information about medical history, mental and physical condition, including HIV infection, AIDs, or ARC, drug and alcohol use, and other personal information unless otherwise specified.

**6. Fees:**
A reasonable fee will be charged for duplication of records. An estimate of those charges will be provided upon request prior to duplication.

**7. Duration of validity:**
This authorization is valid for six (6) months from the date of signing unless revoked in writing by the undersigned prior to six (6) months. The undersigned may revoke this by submitting a letter to Health Information Management Department at 3288 Moanalua Road, Honolulu, Hawaii 96819. I understand that the revocation will not apply to any action taken in reliance on this authorization.

**8. Re-disclosure:**
The information used and/or disclosed pursuant to the authorization may be subject to re-disclosure by the recipient and no longer be protected by 45 CFR Subtitle A, Subchapter C, Section 164.508.

**9. Signature:**
I understand that Kaiser Permanente may not condition treatment, payment, enrollment in the health plan, or eligibility for benefits on my execution of this authorization, except when Kaiser Permanente seeks authorization (1) because it is providing research-related treatment; (2) for purposes of determining health plan eligibility, enrollment underwriting, or risk rating, so long as the authorization is not for use or disclosure of HIPAA psychotherapy notes; or (3) because it is providing treatment solely for the purpose of creating protected health information for disclosure to a third party.

Date: 4/21/05   Signature: Phil English   Ph # 754-2126
Patient · Authorized Representative

If signed by other than patient or parent of minor child, please print name and indicate relationship. Submit documents to show authority to request information on the patient.

PE 02841

Print: _____   Authorized representative's name   Relationship to patient

**Please return a copy of this authorization form with your report. Thank You!**

4800 3566  7/03   White - OMR/ Permits Correspondence   Canary - Requester Copy

**Confidential**

Philip E English (MR# 633194)

| | | | | | |
|---|---|---|---|---|---|
| **Contact Information** | **Date & Time** | **Provider** | **Department** | **Encounter #** | **Center** |
| | 04/21/2005 8:15 AM | Joan H Koff | Ohs Bhs Hon | 7437699 | HON |

**After Visit Summary**      After Visit Summary

**Reason for Visit**

Reason for Visit
STRESS [321]

**Diagnoses**

Visit Diagnoses
MAJOR DEPRESSION IN PARTIAL REMISSION [296.25C]
ANXIETY (DISORDER) [300.00A]
PSYCHOLOGICAL FACTORS AFFECTING MEDICAL CONDITION [316C]

Visit Summary

**Reason for Visit**

Reason for Visit
STRESS [321]

**Pain Information**      No pain information on file

**Visit Notes**      MUNDON, LILLIE L    4/21/2005  11:03 am
Joan Koff, PHD, time spent with patient = 90806/45 - 50 minutes.

**Progress Notes**      S: Patient describes that he has taken a job as a security guard at a minimal type
of income.  He struggles w. his lack of income and lack of prestige.  He notes that
he has lost a great deal of faith in others and is fearful.  He also realizes the
depth of this and is rather sad.

O: no s/i; no h/i; sad

A: slight improvement

P:1. follow up psychotherapy 3 weeks
2. as needed psychiatric medication consult
3. as needed consultation with other providers

**Follow-up and Disposition**

Disposition
Return if symptoms worsen or fail to improve, or in about 3 weeks (around 5/12/2005).

**Routing History**

**Patient Instructions**

Patient Instructions
None.

Allergies

PE 02842

English, Philip E (MR # 633194)

Page 1 of 2

| Allergies as of 04/21/2005 | Agent | Noted | Type | Reaction(s) |
|---|---|---|---|---|
| | NO LATEX ALLERGY | 02/11/2002 | Unspecified | 2002-02-11;HISTORY |
| | MORPHINE | 02/11/2002 | Unspecified | 2002-02-11;ACTIVE;MILD;MORPHINE;itch |

Date Reviewed: 01/03/2005

**Patient Information**

| Patient Name | Sex | DOB |
|---|---|---|
| English, Philip E (633194) | Male | 10/26/1954 |

**Encounter Status**

Closed by MUNDON, LILLIE L on 4/21/05 at 11:03 AM

PE 02843

**Confidential**

Philip E English (MR# 633194)

| Contact Information | Date & Time | Provider | Department | Encounter # | Center |
|---|---|---|---|---|---|
| | 03/14/2005  2:00 PM | Joan H Koff | Ohs Bhs Hon | 7297795 | HON |

**After Visit Summary**

After Visit Summary

**Reason for Visit**

Reason for Visit
STRESS [321]

**Diagnoses**

Visit Diagnoses
DEPRESSION, MAJOR, IN PARTIAL REMISSION [296.25C]
ANXIETY (DISORDER) [300.00A]
PSYCHOLOGICAL FACTORS AFFECTING MEDICAL CONDITION [316C]

## Visit Summary

**Reason for Visit**

Reason for Visit
STRESS [321]

**Pain Information**

No pain information on file

**Visit Notes**

MUNDON, LILLIE L   3/14/2005  3:25 pm
Joan Koff, PHD, time spent with patient = 90806/45 minutes.

**Progress Notes**

S:  Patient describes his lack of self-confidence as he tries to get new jobs.  He states that he is having difficulty w. himself in trying to answer questions posed; also wonders if employers have difficulty accepting him.  Worries abt this situation are discussed.  Sometimes he feels "rejected" and this upsets him. However, he denies s/i.

O:  upset at times; forward thinking; lucid; no s/i; noh/i

A: continued stress


P:1. follow up psychotherapy 4 weeks, earlier if necessary
2. as needed psychiatric medication consult
3. as needed consultation with other providers

**Follow-up and Disposition**

Disposition
Return if symptoms worsen or fail to improve, or in about 4 weeks (around 4/11/2005).

**Routing History**

**Patient Instructions**

Patient Instructions
None.

## Allergies

PE 02844

English, Philip E (MR # 633194)

| Allergies as of 03/14/2005 | Agent | Noted | Type | Reaction(s) |
|---|---|---|---|---|
| | NO LATEX ALLERGY | 02/11/2002 | Unspecified | 2002-02-11;HISTORY |
| | MORPHINE | 02/11/2002 | Unspecified | 2002-02-11;ACTIVE;MILD;MORPHINE;itch |

Date Reviewed: 01/03/2005

| Patient Information | Patient Name | Sex | DOB | |
|---|---|---|---|---|
| | English, Philip E (633194) | Male | 10/26/1954 | |

**Encounter Status**    Closed by MUNDON, LILLIE L on 3/14/05 at 3:25 PM

PE 02845

English, Philip E (MR # 633194)    Page 2 of 2

**Confidential**                                                    Philip E English (MR# 633194)

| Contact Information | Date & Time | Provider | Department | Encounter # | Center |
|---|---|---|---|---|---|
| | 02/17/2005  3:30 PM | Joan H Koff | Ohs Bhs Hon | 6991829 | HON |

**After Visit Summary**

After Visit Summary

**Reason for Visit**

Reason for Visit
STRESS [321]

**Diagnoses**

Visit Diagnoses
DEPRESSION, MAJOR, IN PARTIAL REMISSION [296.25C]
ANXIETY (DISORDER) [300.00A]
PSYCHOLOGICAL FACTORS AFFECTING MEDICAL CONDITION [316C]

Visit Summary

**Reason for Visit**

Reason for Visit
STRESS [321]

**Pain Information**

No pain information on file

**Visit Notes**

MUNDON, LILLIE L    2/18/2005  3:03 pm
Joan Koff, PHD, time spent with patient = 90806/45 minutes. This visit is under HP.

**Progress Notes**

S:  Patient states that he believes 2 City and County persons have been down to the
boat marina twice making  enquires abt him; also there was a peculiar charge
allegedly made on his credit card; he's been rejected as he tries to get work.  He
has disc. this with his attorney and this is disc. in depth.

O:  feels fearful; worried; no s/i; no h/i

A:  increased stress

P:1. follow up psychotherapy 2 weeks
2. as needed psychiatric medication consult
3. as needed consultation with other providers
4. patient agrees to crisis plan. crisis plan: seek treatment with known providers;
seek treatment at Kaiser urgent or emergency department; call 911

**Follow-up and Disposition**

Disposition
Return if symptoms worsen or fail to improve, or in about 2 weeks (around 3/3/2005).

**Routing History**

**Patient Instructions**

Patient Instructions
None.

PE 02846

English, Philip E (MR # 633194)                                    Page 1 of 2

## Allergies

| Allergies as of 02/17/2005 | Agent | Noted | Type | Reaction(s) |
|---|---|---|---|---|
| | NO LATEX ALLERGY | 02/11/2002 | Unspecified | 2002-02-11;HISTORY |
| | MORPHINE | 02/11/2002 | Unspecified | 2002-02-11;ACTIVE;MILD;MORPHINE;itch |

Date Reviewed: 01/03/2005

**Letters**   Letter on: 2/17/05 by: KOFF, JOAN H [P523408] Status: Sent

**Patient Information**

| Patient Name | Sex | DOB |
|---|---|---|
| English, Philip E (633194) | Male | 10/26/1954 |

**Encounter Status**   Closed by MUNDON, LILLIE L on 2/18/05 at 3:03 PM

PE 02847

**Confidential**                                                    Philip E English (MR# 633194)

| Contact Information | Date & Time | Provider | Department | Encounter # | Center |
|---|---|---|---|---|---|
| | 01/31/2005 8:15 AM | Joan H Koff | Ohs Bhs Hon | 6518926 | HON |

**After Visit Summary**    After Visit Summary

**Reason for Visit**
Reason for Visit
STRESS [321]

**Diagnoses**    Visit Diagnoses
DEPRESSION, MAJOR, IN PARTIAL REMISSION [296.25C]
ANXIETY (DISORDER) [300.00A]
PSYCHOLOGICAL FACTORS AFFECTING MEDICAL CONDITION [316C]

## Visit Summary

**Reason for Visit**
Reason for Visit
STRESS [321]

**Pain Information**    No pain information on file

**Visit Notes**    MUNDON, LILLIE L   1/31/2005   2:52 pm
Joan Koff, PHD, time spent with patient = 90806/45 minutes as HP.

**Progress Notes**    S:  Patients  describes that he is taking a new contract job and describes his
apprehensions abt this due to his recent experiences in his past job.  However, he
does realize he "...need to work."  We disc. in depth his feelings of mistrust.  He
talks abt many relationships and changes and begins to understand this.

O: worried; yet able to move forward

Stress management:  playing music; working on both

A:  increased stress

P:1. follow up psychotherapy 4 weeks
2. as needed consultation with other providers

**Follow-up and Disposition**    Disposition
Return if symptoms worsen or fail to improve, or in about 4 weeks (around 2/28/2005).

**Routing History**

**Patient Instructions**    Patient Instructions
None.

## Allergies

Allergies as of

PE 02848

English, Philip E (MR # 633194)                                        Page 1 of 2

Encounter Date: 01/31/2005

| 01/31/2005 | Agent | Noted | Type | Reaction(s) |
|---|---|---|---|---|
| | NO LATEX ALLERGY | 02/11/2002 | Unspecified | 2002-02-11;HISTORY |
| | MORPHINE | 02/11/2002 | Unspecified | 2002-02-11;ACTIVE;MILD;MORPHINE;itch |

Date Reviewed: 01/03/2005

**Patient Information**

| Patient Name | Sex | DOB |
|---|---|---|
| English, Philip E (633194) | Male | 10/26/1954 |

**Encounter Status**

Closed by MUNDON, LILLIE L on 1/31/05 at 2:52 PM

PE 02849

**Confidential**                                                          Philip E English (MR# 633194)

| Contact Information | Date & Time | Provider | Department | Encounter # | Center |
|---|---|---|---|---|---|
| | 01/03/2005  8:15 AM | Joan H Koff | Ohs Bhs Hon | 6358873 | HON |

**After Visit Summary**

After Visit Summary

**Reason for Visit**

Reason for Visit
DEPRESSION [86]

**Diagnoses**

Visit Diagnosis
**DEPRESSION, MAJOR, IN PARTIAL REMISSION [296.25C]**

**Visit Summary**

**Reason for Visit**

Reason for Visit
DEPRESSION [86]

**Pain Information**

No pain information on file

**Visit Notes**

KOFF, JOAN H   1/3/2005   9:14 am
45 min psychotherapy w. Dr. Joan Koff

**Progress Notes**

S:  Speaks abt the stress of the ongoing legal developments arising out of his wc claim and "whistleblower" action.  States that he has felt upset by the mediation and expects he may go to trial.  This is disc.  Also, he notes financial stress of this process.  However, at this time he is beginning to start to get a job.
 Describes positive relationship w. family and son.

O:  appetite good; sleep is better (not waking up in middle of night w. upset); no s/i; euthymic; forward thinking;
lorazepam prn for sleep--very occasionally at present

A: improving

P:1. follow up psychotherapy 4 weeks
2. as needed psychiatric medication consult
3. as needed consultation with other providers

**Follow-up and Disposition**

Disposition
Return if symptoms worsen or fail to improve, or in about 4 weeks (around 1/31/2005).

**Routing History**

**Patient Instructions**

Patient Instructions
None.

**Allergies**

| Allergies as of | Agent | Noted | Type | Reaction(s) |
|---|---|---|---|---|

**PE 02850**

| 01/03/2005 | NO LATEX ALLERGY | 02/11/2002 | Unspecified | 2002-02-11;HISTORY |
| | MORPHINE | 02/11/2002 | Unspecified | 2002-02-11;ACTIVE;MILD;MORPHINE;itch |

**Date Reviewed:** 01/03/2005

| **Patient Information** | **Patient Name** | **Sex** | **DOB** |
| | English, Philip E (633194) | Male | 10/26/1954 |

**Encounter Status**    Closed by KOFF, JOAN H on 1/3/05 at 9:14 AM

PE 02851

**Confidential**                                                          Philip E English (MR# 633194)

| Contact Information | Date & Time | Provider | Department | Encounter # | Center |
|---|---|---|---|---|---|
| | 08/12/2004 9:00 AM | Joan H Koff | Ohs Bhs Hon | 4616977 | HON |

**After Visit Summary**    After Visit Summary

**Reason for Visit**    Reason for Visit
DEPRESSION [86]

**Diagnoses**    Visit Diagnoses
MAJOR DEPRESSION IN PARTIAL REMISSION [296.25C]
ANXIETY (DISORDER) [300.00A]
PSYCHOLOGICAL FACTORS AFFECTING MEDICAL CONDITION [316C]

==========================  Visit Summary  ==========================

**Reason for Visit**    Reason for Visit
DEPRESSION [86]

**Pain Information**    No pain information on file

**Visit Notes**    MUNDON, LILLIE L        8/12/2004 11:04 am
Joan Koff,PHD Time spent with patient = 90806/45 - 50 minutes.

**Progress Notes**    S:  Patient says that a mediation hearing is scheduled in early October, 2004 re
his claims of retalliation.  He describes broadly what the goals of the hearing are
from his perspective. He also considers what others might expect.  He describes the
impact of this process on his relationship w. his x-wife; his inability to provide
financial security for her reportedly was paramount in their separation.  He
describes his upset about this.  This is disc. from numerous perspectives in order
to allow him to unburden himself w. his own feelings of inadequacy abt this.  He
continues to derive pleasure from his relationship w. his son. However, now son is
back to school. He reports new dreams of old subjects: feelings of isolation;
feelings of rejections bey others.  He describes determination to continue working
on his boat.  He is will thereby focus on something positive. He begins to explore
his own role in relationship construction--his own values and expectations as they
have emerged in previous relationships.

O:  worried; no s/i; trying to handle complex feelings; no h/i
medication as necessary for sleep as prescribed by PCP
A: as above
P:  f/up psychotherapy in 4 weeks; earlier if patient requests
    as needed psychotropic med refill (by PCP)
    as needed consultation w. other providers

**Follow-up and Disposition**    Disposition
Return in about 4 weeks (around 9/9/2004).

**Routing History**

PE 02852

English, Philip E (MR # 633194)                                    Page 1 of 2

**Patient Instructions**

Patient Instructions
None.

Allergies

**Allergies as of 08/12/2004**

| Agent | Noted | Type | Reaction(s) |
|---|---|---|---|
| NO LATEX ALLERGY | 02/11/2002 | Unspecified | 2002-02-11;HISTORY |
| MORPHINE | 02/11/2002 | Unspecified | 2002-02-11;ACTIVE;MILD;MORPHINE;itch |

Date Reviewed: None

**Patient Information**

| Patient Name | Sex | DOB |
|---|---|---|
| English, Philip E (633194) | Male | 10/26/1954 |

**Encounter Status**

Closed by MUNDON, LILLIE L on 8/12/04 at 11:05 AM

PE 02853

English, Philip E (MR # 633194)

Page 2 of 2

OCCUPATION:

EMPLOYER:

NURSING ASSESSMENT:

MR# ENGLISH, PHILIP, E
M    10 26 1954
Name:
Sex/BD:

UC Loc:

H1

63 31 84    296005

OCCMED HONOL    062804

| BP: | P: | R: | T: | WT: | HT: | Date of Service (DOS): |
| Circle previous work status: | OFF | LIMITED | FULL | LMP: | | First Date of Service: |

| Allergies: | Dx Code | 296.32 | Date of Injury (DOI): 01. 30. 03 |
| Last Td: | NOI Code | 300.00 | Initial ✓    Interim |
| Meds: | LOI Code | 376.00 | Final    RO |

**PHYSICIAN PROGRESS NOTE**

Subjective: Pt described hardly current life txts w/ *journ mg* (1) son (2)
x-wife.  He is in school (on-line) studies; fr keach
depet. Talks abt (4) pt time wk plans.  No legal action
present. There be considerally

Objective:  Sleep & appetite good  ; no s/s ; no H/s  disc. & the
Lorazepam - PRN - & recently.                    use of the "will"
to override disruptive
emotion & flood.

Assessment:
Maj depress ÷ remisser
anxiety ÷ acture
Health improv by repo

Plan: (1) pt to flup ÷ to wals  earlier if necessy
(2) As needed conser w. other  providers flor  psychopic med rec

| Off Duty: | Start Date | End Date |
| Limited Duty: | Start Date | End Date |
| Full Duty: | Effective Immediately or _____ |

**BASED ON AN 8-HOUR DAY, EMPLOYEE CAN:**

| | | | | **EMPLOYEE IS ABLE TO:** | | | |
| Stand/Walk: | hours at a time | total hours ....no restrictions | | Bend: | not at all | occasionally | frequently | no restrictions |
| Sit: | hours at a time | total hours ...no restrictions | | Squat: | not at all | occasionally | frequently | no restrictions |
| Drive: | hours at a time | total hours ....no restrictions | | Kneel: | not at all | occasionally | frequently | no restrictions |
| LIFT/CARRY: | (Occasionally = up to 1/3 workday. Frequent = up to 2/3 workday) | | | Climb: | not at all | occasionally | frequently | no restrictions |
| 0 - 10 lbs. | not at all | occasionally | frequently | no restrictions | Reach Above Shoulders: | | | |
| 11 - 25 lbs. | not at all | occasionally | frequently | no restrictions | | not at all | occasionally | frequently | no restrictions |
| 26 - 40 lbs. | not at all | occasionally | frequently | no restrictions | Perform Repetitive Hand Motions: | | | |
| | | | | | not at all | occasionally | frequently | no restrictions |

OTHER: _____

ASSISTIVE DEVICES? (i.e. cast, brace, crutches) _____

Medication given which could impair performance _____

Other therapy required: Frequency ___ Wait listed Aug 12 2004

Diagnosis ___    Next Appointment 6 weeks

| PROVIDER SIGNATURE AND TITLE | NAME (PRINT) John H. Koff, Ph.D. Licensed Psychologist | LOCATION HON | DATE JUN 28 2004 |

(1) WHITE - Chart OMR    (2) CANARY - OHS    (3) PINK - Patient Accounting    (4) GOLDENROD - P

FORM 2 REV. 3/02

PE 02854

OCCUPATION:

EMPLOYER:

NURSING ASSESSMENT: _LSh_

MR# 
UC-Loc:
Name: 63 31 94
Sex/BD: ENGLISH.PHILIP.E
M  10 26 1954    HI
VC _HP_

BP:    P:    R:    T:    WT:    HT:
Circle previous work status:    OFF    LIMITED    FULL    LMP:

Date of Service (DOS):    060704
First Date of Service:
Date of Injury (DOI):    01.30.03
Initial    ✓    Interim
Final    RO

Allergies:
Last Td:
Meds:

Dx Code    296.32
NOI Code    300.00
LOI Code    316.00

**PHYSICIAN PROGRESS NOTE** pt Started school.

Subjective: _Looks abt specific real estate appraisal issues: Useage,
Volume; Valuation Policy/procedures the impact of this
on his own process of question others. The result of_

Objective: _this questioning was that he progressive
alienated his co-workers, testifies. This in turn
rapidly led to the difficulties he still_

Assessment: _struggles wsa. thinks of these issues a lot_
lorazepam
PRN ⊙  O: apprehensive ; no SI. He feels generally emotionally
upset & fearful. recent upset & its impact on life
② 40mg/d     activities & urging to do self.

A: ↑ stress

P: ① flup Work "3 week med rev rate his upset & plan activity
                accordingly

Off Duty:    Start Date  2/28/03    End Date  4/1/04
Limited Duty:    Start Date _____    End Date _____
Full Duty:    Effective Immediately or _____

**BASED ON AN 8-HOUR DAY, EMPLOYEE CAN:**

| | | | | **EMPLOYEE IS ABLE TO:** | | | | |
|---|---|---|---|---|---|---|---|---|
| Stand/Walk: | hours at a time | total hours ....no restrictions | | Bend: | not at all | occasionally | frequently | no restrictions |
| Sit: | hours at a time | total hours ....no restrictions | | Squat: | not at all | occasionally | frequently | no restrictions |
| Drive: | hours at a time | total hours ....no restrictions | | Kneel: | not at all | occasionally | frequently | no restrictions |
| LIFT/CARRY: | (Occasionally – up to 1/3 workday. Frequent = up to 2/3 workday) | | | Climb: | not at all | occasionally | frequently | no restrictions |
| 0 - 10 lbs. | not at all | occasionally | frequently | no restrictions | Reach Above Shoulders: | | | |
| 11 - 25 lbs. | not at all | occasionally | frequently | no restrictions | | not at all | occasionally | frequently | no restrictions |
| 26 - 40 lbs. | not at all | occasionally | frequently | no restrictions | Perform Repetitive Hand Motions: | | | |
| | | | | | not at all | occasionally | frequently | no restrictions |

OTHER: _pt off duty from City County_

ASSISTIVE DEVICES? (i.e. cast, brace, crutches) _____

Medication given which could impair performance    06-28-04    9:00

Other therapy required: Frequency _____    2-

Diagnosis _____    Next Appointment  3 week

PROVIDER SIGNATURE AND TITLE
_Joan H. Koff_    NAME (PRINT) **Joan H. Koff, Ph.D.**    LOCATION HON    DATE  JUN 07 2004
**Licensed Psychologist**

(1) WHITE - Chart/OMR    (2) CANARY - OHS    (3) PINK - Patient Accounting    (4) GOLDENROD - Patient

FORM

PE 02855

KAISER PERMANENTE®    CLINICAL ENCOUNTER RECORD    296137

OCCUPATION:

EMPLOYER:

NURSING ASSESSMENT:

MR#

UC Loc:

Name: 63 31 94
Sex/BD:

ENGLISH, PHILIP, E
M  10 26 1954    HI

BP:    P:    R:    T:    WT:    HI:

Circle previous work status:    OFF    LIMITED    FULL    LMP:

Date of Service (DOS): 051704

First Date of Service:

Date of Injury (DOI): 1-30-03

Allergies:

Last Td:

Meds:

Dx Code 296.32
NOI Code 300.00
LOI Code 316.00

Initial _____    Interim

Final _____    RO

## PHYSICIAN PROGRESS NOTE

Subjective: Pt describes ① issues c̄ his son & x-wife ② legal developmts & ③ New director c̄ his board. There is dre. 7 problem solng. Pt has contacted univers

Objective: disc. 7 upset abt this.

O: clear thkg ; (therapy) PRN

Assessment:

impres

Plan: ① fl up 40 PR = 3-4 week    ②
② as needed torape med rev

Off Duty:    Start Date 2/28/03    End Date 4/1/04

Limited Duty:    Start Date    End Date

Full Duty:    Effective Immediately or _____

| BASED ON AN 8-HOUR DAY, EMPLOYEE CAN: | | | | EMPLOYEE IS ABLE TO: | | | | |
|---|---|---|---|---|---|---|---|---|
| Stand/Walk: | hours at a time | total hours ...no restrictions | | Bend: | not at all | occasionally | frequently | no restrictions |
| Sit: | hours at a time | total hours ...no restrictions | | Squat: | not at all | occasionally | frequently | no restrictions |
| Drive: | hours at a time | total hours ...no restrictions | | Kneel: | not at all | occasionally | frequently | no restrictions |
| LIFT/CARRY: (Occasionally = up to 1/3 workday. Frequent = up to 2/3 workday) | | | | Climb: | not at all | occasionally | frequently | no restrictions |
| | | | | Reach Above Shoulders: | | | | |
| 0 - 10 lbs. | not at all | occasionally | frequently | no restrictions | not at all | occasionally | frequently | no restrictions |
| 11 - 25 lbs. | not at all | occasionally | frequently | no restrictions | | | | |
| 26 - 40 lbs. | not at all | occasionally | frequently | no restrictions | Perform Repetitive Hand Motions: | | | |
| | | | | | not at all | occasionally | frequently | no restrictions |

OTHER: Pt ff dires from City Cons job

ASSISTIVE DEVICES? (i.e. cast, brace, crutches) _____

Medication given which could impair performance _____

Other therapy required: Frequency ____ Oto T 04 C8.15am

Diagnosis ____    Next Appointment 3-4 weeks

REV 3/02

PROVIDER SIGNATURE AND TITLE
Jean R Koff

NAME (PRINT)
Joan H. Koff, Ph.D.
Licensed Psychologist

LOCATION
Hon

DATE
5-17-04

(1) WHITE - Chart OMR    (2) CANARY - Risk - Patient Accounting    (4) GOLDENROD - Patient

PE 02856

OCCUPATION:

EMPLOYER:

NURSING ASSESSMENT:

MR# 63 31 94

UC Loc:

Name: ENGLISH, PHILIP. E
Sex/BD: M 10 26 1954

HI

vc HP

**FAXED** APR 2 6 2004

BP: P: R: T: WT: HT:
Circle previous work status    OFF    LIMITED    FULL    LMP:

OCCME HOSL

Date of Service (DOS): 042604

First Date of Service:

Date of Injury (DOI):

Allergies:

Last Td:

Meds:

| | |
|---|---|
| Dx Code | 296.32 |
| NOI Code | 300.00 |
| LOI Code | 316.00 |

Initial _____ Interim _____

Final _____ RO _____

PHYSICIAN PROGRESS NOTE

Subjective: Pt describes developing / his family; son is homeschool
& he is actively talking to x-wife. these are expandly disconnects,
but not always reported (+)

Objective: pt say he is think abt alternative work: re:boats
education
lorazepam PRN - & recently very, ofk

Assessment: imp?

Plan: (1) flup 4oth = 3-4 weeks    (3) Voc rehab counsel
suggested
(2) as needed Clonopic med rev

| | | | |
|---|---|---|---|
| Off Duty: | Start Date _____ | End Date _____ | |
| Limited Duty: | Start Date _____ | End Date _____ | |
| Full Duty: | Effective Immediately or _____ | | |

BASED ON AN 8-HOUR DAY, EMPLOYEE CAN:

| | | | | EMPLOYEE IS ABLE TO: | | | | |
|---|---|---|---|---|---|---|---|---|
| Stand/Walk: | hours at a time | total hours | ...no restrictions | Bend: | not at all | occasionally | frequently | no restrictions |
| Sit: | hours at a time | total hours | ...no restrictions | Squat: | not at all | occasionally | frequently | no restrictions |
| Drive: | hours at a time | total hours | ...no restrictions | Kneel: | not at all | occasionally | frequently | no restrictions |
| LIFT/CARRY: (Occasionally = up to 1/3 workday. Frequent = up to 2/3 workday) | | | | Climb: | not at all | occasionally | frequently | no restrictions |
| 0 - 10 lbs. | not at all | occasionally | frequently | no restrictions | Reach Above Shoulders: | | | |
| 11 - 25 lbs. | not at all | occasionally | frequently | no restrictions | | not at all | occasionally | frequently | no restrictions |
| 26 - 40 lbs. | not at all | occasionally | frequently | no restrictions | Perform Repetitive Hand Motions: | | | |
| | | | | | not at all | occasionally | frequently | no restrictions |

OTHER: _____

ASSISTIVE DEVICES? (i.e. cast, brace, crutches) _____

Medication given which could impair performance _____

Other therapy required: Frequency _____ 05.17.04 @ 8.15 am

Diagnosis _____ Next Appointment 3-4 week

Jean H. Koff, Ph.D.
Licensed Psychologist

| PROVIDER SIGNATURE AND TITLE | NAME (PRINT) | LOCATION | DATE |
|---|---|---|---|
| Jean H. Koff | | 1-ton | 4-26-04 |
| (1) WHITE - Chart OMR | (2) CANARY - OHS | (3) PINK - Patient Accounting | (4) GOLDENROD - Patient |

PE 02857

292202

OCCUPATION:
EMPLOYER:
NURSING ASSESSMENT:

MR# 63 1 94

Name: ENGLISH,PHILIP,E
Sex/BD: M 10 26 1954    H1

OCCMED MEMOR-D 032204 VS

BP:    P:    R:    T:    WT:    HT:

Circle previous work status:    OFF    LIMITED    FULL    LMP:

Date of Service (DOS):
First Date of Service:
Date of Injury (DOI): 01-30-03

Allergies:

Last Td:

Meds:

Dx Code 996.32
NOI Code 300.00
LOI Code 316.00

Initial _____ Interim
Final                    RO

## PHYSICIAN PROGRESS NOTE

Subjective: *Dx cubes complex relationships w. others as they develop. He admits that he is somewhat confused. This is disc.*

Objective: *colkerine; no SI. no HI. Prn = lorazp*

Assessment: *improv*

Plan: 1) *Flup 4 wks - 3 weeks*
2) *As needed Cotrip w med re ✓*

Off Duty:    Start Date _____    End Date _____

Limited Duty:    Start Date _____    End Date _____

Full Duty: ___ Effective Immediately or _____

| BASED ON AN 8-HOUR DAY, EMPLOYEE CAN: | | | | EMPLOYEE IS ABLE TO: | | | | |
|---|---|---|---|---|---|---|---|---|
| Stand/Walk: | hours at a time | total hours ....no restrictions | | Bend: | not at all | occasionally | frequently | no restrictions |
| Sit: | hours at a time | total hours ...no restrictions | | Squat: | not at all | occasionally | frequently | no restrictions |
| Drive: | hours at a time | total hours ...no restrictions | | Kneel: | not at all | occasionally | frequently | no restrictions |
| LIFT/CARRY: | (Occasionally = up to 1/3 workday. Frequent = up to 2/3 workday) | | | Climb: | not at all | occasionally | frequently | no restrictions |
| 0 - 10 lbs. | not at all | occasionally | frequently | no restrictions | Reach Above Shoulders: | | | |
| 11 - 25 lbs. | not at all | occasionally | frequently | no restrictions | | not at all | occasionally | frequently | no restrictions |
| 26 - 40 lbs. | not at all | occasionally | frequently | no restrictions | Perform Repetitive Hand Motions: | | | |
| | | | | | not at all | occasionally | frequently | no restrictions |

OTHER: _____

ASSISTIVE DEVICES? (i.e. cast, brace, crutches) _____

Medication given which could impair performance _____

Other therapy required: Frequency _____ 04-26-04  8.15

Diagnosis _____ Next Appointment 3-4 weeks

| PROVIDER SIGNATURE AND TITLE | NAME (PRINT) Joan H. Koff, Ph.D. Licensed Psychologist | LOCATION Hon | DATE MAR 2 2 2004 |
|---|---|---|---|
| | (1) WHITE - Chart OMR    (2) CANARY - OHS    (3) PINK - Patient Accounting    (4) GOLDENROD - Patient | | |

REV. 3/02

FORM #

PE 02858

KAISER PERMANENTE. CLINICAL ENCOUNTER RECORD 3·31·94 289255

OCCUPATION:

EMPLOYER:

**FAXED**

NURSING ASSESSMENT:

MAR 0 8 2004 45+

BY _____

MR#:

Name:
Sex/BD:

ENGLISH, PHILIP, E & Loc:
M   10 26 1954      HI

OCCMED HONOL      030804

VC HI

| BP: | P: | R: | T: | WT: | HT: |
| --- | --- | --- | --- | --- | --- |

Circle previous work status:   OFF   LIMITED   FULL   LMP:

Allergies:

Last Td:

Meds:

Dx Code 296.32
NOI Code 300.00
LOI Code 316.00

Date of Service (DOS):

First Date of Service:

Date of Injury (DOI):  01·30·03

Initial _____ Interim

Final _____ RO

**PHYSICIAN PROGRESS NOTE**

Subjective: Pt notes that claim has & settled complete, etc.
Talks abt financial strain. No notes that related
legal issues are also ongoing. Considers.

Objective: describes angainst his co-workers. Considers.
Talkative; $ strain; no SI; no HI
lorazepam PRN

Assessment: Continuing stress

Plan: ① f/up work ~ 2 weeks
② as needed 4 (anx) med rev

| | Start Date | End Date |
| --- | --- | --- |
| Off Duty: | 2/28/03 | 4/1/04 |
| Limited Duty: | | |
| Full Duty:   Effective Immediately or _____ | | |

**BASED ON AN 8-HOUR DAY, EMPLOYEE CAN:**

| | | | | |
| --- | --- | --- | --- | --- |
| Stand/Walk: | hours at a time | total hours ..... no restrictions | | |
| Sit: | hours at a time | total hours ..... no restrictions | | |
| Drive: | hours at a time | total hours ..... no restrictions | | |
| LIFT/CARRY: | (Occasionally = up to 1/3 workday. Frequent = up to 2/3 workday) | | | |
| 0 - 10 lbs. | not at all | occasionally | frequently | no restrictions |
| 11 - 25 lbs. | not at all | occasionally | frequently | no restrictions |
| 26 - 40 lbs. | not at all | occasionally | frequently | no restrictions |

**EMPLOYEE IS ABLE TO:**

| | | | | |
| --- | --- | --- | --- | --- |
| Bend: | not at all | occasionally | frequently | no restrictions |
| Squat: | not at all | occasionally | frequently | no restrictions |
| Kneel: | not at all | occasionally | frequently | no restrictions |
| Climb: | not at all | occasionally | frequently | no restrictions |
| Reach Above Shoulders: | not at all | occasionally | frequently | no restrictions |
| Perform Repetitive Hand Motions: | not at all | occasionally | frequently | no restrictions |

OTHER: pt off duty from Calvs County job

ASSISTIVE DEVICES? (i.e. cast, brace, crutches) _____

Medication given which could impair performance _____

Other therapy required: Frequency _____

Diagnosis _____

Next Appointment 03·22·04   9:00

| PROVIDER SIGNATURE AND TITLE | NAME (PRINT) | LOCATION | DATE |
| --- | --- | --- | --- |
| Joan H. Koff | Joan H. Koff, Ph.D. Licensed Psychologist | Hon | MAR 0 8 2004 |

(1) WHITE - Chart OMR    (2) CANARY - OHS    (3) PINK - Patient Accounting    (4) GOLDENROD - Patient

FORM 22 REV. 3/02

PE 02859

KAISER PERMANENTE. CLINICAL ENCOUNTER RECORD

OCCUPATION:

EMPLOYER:

NURSING ASSESSMENT:

# FAXED

FEB 2 4 2004

BY

MRN b3 31 94                    UC Loc:

ENGLISH, PHILIP E
Sex/B DO 26 1954          H1

OCCMED HONOL          022304          VC

| BP: | P: | R: | T: | WT: | HT: | Date of Service (DOS): |

Circle previous work status:     OFF     LIMITED     FULL     : LMP:          First Date of Service:

Allergies:                                   Dx Code  296.32        Date of Injury (DOI): 01-30-03

Last Td:                                     NOI Code 300.00
                                                                         ____ Initial ____ ✓ ____ Interim
Meds:                                        LOI Code 310.00
                                                        Settling    ____ Final ____ ____ RO

## PHYSICIAN PROGRESS NOTE

Subjective: Pt states that WC claim has ⊘ been approved &
be states as of 2/19/04. Pt say that his garden is settling &
⊘ TTD payment. Pt say he is trying to be more
cautious to avoid possible threat.

Objective: O. labarone; trouble sleep; no S/E; Restong
lorazep PRN

Assessment: A: Asthenia

Plan: P: ①f/up today ~ 2 week
② as needed (anxiol) med rev

| | Start Date | End Date |
|---|---|---|
| Off Duty: | 1/29/03 | 3/10/04 |
| Limited Duty: | Start Date | End Date |
| Full Duty: | Effective Immediately or | |

### BASED ON AN 8-HOUR DAY, EMPLOYEE CAN:

| | | | | EMPLOYEE IS ABLE TO: | | | | |
|---|---|---|---|---|---|---|---|---|
| Stand/Walk: | hours at a time | total hours . . . .no restrictions | | Bend: | not at all | occasionally | frequently | no restrictions |
| Sit: | hours at a time | total hours . . . .no restrictions | | Squat: | not at all | occasionally | frequently | no restrictions |
| Drive: | hours at a time | total hours . . . .no restrictions | | Kneel: | not at all | occasionally | frequently | no restrictions |
| | | | | Climb: | not at all | occasionally | frequently | no restrictions |
| LIFT/CARRY: | (Occasionally = up to 1/3 workday. Frequent = up to 2/3 workday) | | | Reach Above Shoulders: | | | | |
| 0 - 10 lbs. | not at all | occasionally | frequently | no restrictions | | | | |
| 11 - 25 lbs. | not at all | occasionally | frequently | no restrictions | | not at all | occasionally | frequently | no restrictions |
| 26 - 40 lbs. | not at all | occasionally | frequently | no restrictions | Perform Repetitive Hand Motions: | | | | |
| | | | | | not at all | occasionally | frequently | no restrictions |

OTHER: _____

ASSISTIVE DEVICES? (i.e. cast, brace, crutches) _____

Medication given which could impair performance

Other therapy required: Frequency                    Mar 08 04 9:00m

Diagnosis _____          Next Appointment _____

| PROVIDER SIGNATURE AND TITLE | NAME (PRINT) | LOCATION | DATE |
|---|---|---|---|
| Joan H. Koff, Ph.D. Licensed Psychologist | | Hon | FEB 23 2004 |

(1) WHITE - Chart OMR        (2) CANARY - OHS        (3) PINK - Patient Accounting        (4) GOLDENROD - Patient

FORM 122 REV. 3/02

PE 02860

OCCUPATIONAL

EMPLOYER:

NURSING ASSESSMENT:

**FAXED**

JAN 2 8 2004

MR#:

63 31 94

UC Loc:

Name:

Sex/BD: ENGLISH.PHILIP.E
M    10 26 1954    H1

VC H1

| | | | | | |
|---|---|---|---|---|---|
| BP: | BY R_____ | T: | WT: | HT: | Date of Service (DOS): 012804 |

Circle previous work status:    OFF    LIMITED    FULL    LMP:

First Date of Service:

Date of Injury (DOI): 1-30-03

| | |
|---|---|
| Allergies: | Dx Code  296.32 |
| Last Td: | NOI Code  300.00 |
| Meds: | LOI Code  ~~340.00~~ |

Initial    Interim    Final    RO

## PHYSICIAN PROGRESS NOTE

Subjective: In the process of claim closure. Worried, as he proceeds with other accidents his worries & concerns are openly disc. He will consider this matter

Objective: Wth himself + w. attorney.
& support; talkative; no SII; no H'E; Lorazepam PRN

Assessment:

improving today

Plan: ① f/up Koff ~2 weeks under HP
② as needed (or stop if)

| | | | |
|---|---|---|---|
| Off Duty: | Start Date | End Date | |
| Limited Duty: | Start Date | End Date | |
| Full Duty: | Effective Immediately or _____ | | |

### BASED ON AN 8-HOUR DAY, EMPLOYEE CAN:

| | | | | |
|---|---|---|---|---|
| Stand/Walk: | hours at a time | total hours ...no restrictions | | |
| Sit: | hours at a time | total hours ...no restrictions | | |
| Drive: | hours at a time | total hours ...no restrictions | | |

LIFT/CARRY: *(Occasionally = up to 1/3 workday. Frequent = up to 2/3 workday)*

| | | | | |
|---|---|---|---|---|
| 0 - 10 lbs. | not at all | occasionally | frequently | no restrictions |
| 11 - 25 lbs. | not at all | occasionally | frequently | no restrictions |
| 26 - 40 lbs. | not at all | occasionally | frequently | no restrictions |

### EMPLOYEE IS ABLE TO:

| | | | | |
|---|---|---|---|---|
| Bend: | not at all | occasionally | frequently | no restrictions |
| Squat: | not at all | occasionally | frequently | no restrictions |
| Kneel: | not at all | occasionally | frequently | no restrictions |
| Climb: | not at all | occasionally | frequently | no restrictions |
| Reach Above Shoulders: | not at all | occasionally | frequently | no restrictions |
| Perform Repetitive Hand Motions: | not at all | occasionally | frequently | no restrictions |

OTHER: _____

ASSISTIVE DEVICES? (i.e. cast, brace, crutches) _____

Medication given which could impair performance _____    02-11-04  8:15

Other therapy required: Frequency _____    # 2wea

Diagnosis _____    Next Appointment _____

| PROVIDER SIGNATURE AND TITLE | NAME (PRINT) Joan H. Koff, Ph.D. | LOCATION | DATE |
|---|---|---|---|
| Joan H. Koff | Licensed Psychologist | HN | JAN 2 8 2004 |

FORM /6122 REV. 3/02

(1) WHITE - Chart OMR    (2) CANARY - OHS    (3) PINK - Patient Accounting    (4) GOLDENROD - Patient

PE 02861

KAISER PERMANENTE.

OCCUPATION:

EMPLOYER:

NURSING ASSESSMENT:

**FAXED**

JAN 0 7 2004

**BY**

MR#: 63 31 94

UC Loc:

Name: ENGLISH.PHILIP.E
Sex/BD: M 10 26 1954    HI

OCCMED HONOI   010704   vc HI

| | | | | | |
|---|---|---|---|---|---|
| BP: | P: | R: | T: | WT: | HT: |

Circle previous work status:   OFF   LIMITED   FULL   LMP:

Date of Service (DOS):

First Date of Service:

Date of Injury (DOI): 01-30-03

Allergies:

Last Td:

Meds:

Dx Code 296.32
NOI Code 300.00
LOI Code 346.00

Initial ✓    Interim

Final ____    RO

**PHYSICIAN PROGRESS NOTE**

Subjective: *Discuss ↑ social support recipe & ↑ awareness of need for social support to buffer stress. Long term ↑ interim goals are being developed. There is ↑ concern for his own personal safety & implementing safety procedures*

Objective: *lorazepam prn; sleep better, ↑ insight*

Assessment: *w/pr/y*

Plan: *① f/up Verify = 3 week*
*② as needed to renew meds prn*

| | | | |
|---|---|---|---|
| Off Duty: | Start Date 8/28/03 | End Date 1/31/04 |
| Limited Duty: | Start Date | End Date |
| Full Duty: | Effective Immediately or _____ | |

BASED ON AN 8-HOUR DAY, EMPLOYEE CAN:

| | | |
|---|---|---|
| Stand/Walk: | ___ hours at a time | total hours ..... no restrictions |
| Sit: | ___ hours at a time | total hours ... no restrictions |
| Drive: | ___ hours at a time | total hours ..... no restrictions |

LIFT/CARRY:   *(Occasionally = up to 1/3 workday. Frequent = up to 2/3 workday.)*

| | | | | |
|---|---|---|---|---|
| 0 - 10 lbs. | not at all | occasionally | frequently | no restrictions |
| 11 - 25 lbs. | not at all | occasionally | frequently | no restrictions |
| 26 - 40 lbs. | not at all | occasionally | frequently | no restrictions |

EMPLOYEE IS ABLE TO:

| | | | | |
|---|---|---|---|---|
| Bend: | not at all | occasionally | frequently | no restrictions |
| Squat: | not at all | occasionally | frequently | no restrictions |
| Kneel: | not at all | occasionally | frequently | no restrictions |
| Climb: | not at all | occasionally | frequently | no restrictions |
| Reach Above Shoulders: | not at all | occasionally | frequently | no restrictions |
| Perform Repetitive Hand Motions: | not at all | occasionally | frequently | no restrictions |

OTHER: _____

ASSISTIVE DEVICES? (i.e. cast, brace, crutches) _____

Medication given which could impair performance   01-28-04   8:15

Other therapy required: Frequency _____

Diagnosis _____   Next Appointment 2 week

| | | | |
|---|---|---|---|
| PROVIDER SIGNATURE AND TITLE | NAME (PRINT) Joan H. Koff, Ph.D. Licensed Psychologist | LOCATION Hon | DATE JAN 0 7 2004 |

(1) WHITE - Chart OMR   (2) CANARY - OHS   (3) PINK - Patient Accounting   (4) GOLDENROD - Patient

FORM 122 REV. 9/02

PE 02862

KAISER PERMANENTE. CLINICAL ENCOUNTER RECORD

**OCCUPATION:**

**EMPLOYER:**

**NURSING ASSESSMENT:**  *45m*

MR#: 63 31 94    UC Loc:

Name:
Sex/B: ENGLISH, PHILIP, E
M  10 26 1954    HI

VG- *HI*

OCCHED HONO  122403

BP:    P:    R:    T:    WT:    HT:    Date of Service (DOS):

Circle previous work status:    OFF    LIMITED    FULL    LMP:    First Date of Service:

Allergies:    Dx Code *296 32*    Date of Injury (DOI): *1-30-03*
Last Td:    *300.00*
    NOI Code *316.00*    _____ Initial ✓  Interim
Meds:    LOI Code    _____ Final  _____ RO

**PHYSICIAN PROGRESS NOTE**

Subjective: *Settlem offer is being drafted. Pt discuss his concerns abt future these are disc. Very specifically with specific questions offered for consideration & emphasis*

Objective: *on clarifying conflicts and concepts & behaviual directions.*

Assessment: *O- talkative; no SI; no HI ; sleep poor prn N lorazepam wakes up "feels like he's fighting & arguing"*

*A: 4 stress*

Plan: *① flup Koff ~2 weeks*
*② Monopic med IV*

Off Duty:    Start Date _____    End Date _____

Limited Duty:    Start Date _____    End Date _____

Full Duty:    Effective Immediately or _____

**BASED ON AN 8-HOUR DAY, EMPLOYEE CAN:**

| | hours at a time | total hours | no restrictions |
|---|---|---|---|
| Stand/Walk: | | | |
| Sit: | hours at a time | total hours | no restrictions |
| Drive: | hours at a time | total hours | no restrictions |

**LIFT/CARRY:** (Occasionally = up to 1/3 workday. Frequent = up to 2/3 workday)

| | | | | |
|---|---|---|---|---|
| 0 - 10 lbs. | not at all | occasionally | frequently | no restrictions |
| 11 - 25 lbs. | not at all | occasionally | frequently | no restrictions |
| 26 - 40 lbs. | not at all | occasionally | frequently | no restrictions |

**EMPLOYEE IS ABLE TO:**

| | | | | |
|---|---|---|---|---|
| Bend: | not at all | occasionally | frequently | no restrictions |
| Squat: | not at all | occasionally | frequently | no restrictions |
| Kneel: | not at all | occasionally | frequently | no restrictions |
| Climb: | not at all | occasionally | frequently | no restrictions |
| Reach Above Shoulders: | | not at all | occasionally | frequently | no restrictions |
| Perform Repetitive Hand Motions: | | not at all | occasionally | frequently | no restrictions |

OTHER: _____

ASSISTIVE DEVICES? (i.e. cast, brace, crutches) _____

Medication given which could impair performance    *1-7-04 @ 945*

Other therapy required: Frequency _____

Diagnosis _____    Next Appointment *2 week*

PROVIDER SIGNATURE AND TITLE    *Jea- H Koff*

NAME (PRINT)  **Joan H. Koff, Ph.D.**
Licensed Psychologist

LOCATION  *HON*

DATE  DEC 24 2003

FORM J22 REV. 3/02

(1) WHITE - Chart -OMR    (2) CANARY - OHS    (3) PINK - Patient Accounting    (4) GOLDENROD - Patient

PE 02863

OCCUPATION

EMPLOYER:

NURSING ASSESSMENT:

MR#:
ENGLISH.PHILIP.E
Name: 10 26 1954          HI
Sex/BD:

**FAXED**

DEC 1 6 2003

BY

OCCMED HONOl          121603          VC HI

UC Loc:

| BP: | P: | T: | WT: | HT: | Date of Service (DOS): |
| Circle previous work status: | OFF | LIMITED | FULL | LMP: | First Date of Service: |

| Allergies: | Dx Code | 296.32 | Date of Injury (DOI): | 01·30·03 |
| Last Td: | NOI Code | 300.00 | | |
| Meds: | LOI Code | 316.00 | Initial ✓ / Interim / Final / RO |

**PHYSICIAN PROGRESS NOTE**

Subjective: Pt describes that he is in the process of settling his wk comp case. This is disc. with direction to pursue. He considered decrease noted; socializing w. friends & pt reports good.

Objective: no SI; no Ht; poor sleep "wake up like I'm fighting c some one" Lorazepam

Assessment: as above

Plan: (1) f/up Ko Ty ~ 1 week   (3) no ps. therapy at this time
(2) Ko tropic med re ✓

| Off Duty: | Start Date _____ | End Date _____ |
| Limited Duty: | Start Date _____ | End Date _____ |
| Full Duty: | Effective Immediately or _____ | |

**BASED ON AN 8-HOUR DAY, EMPLOYEE CAN:**

| | | | EMPLOYEE IS ABLE TO: | | | |
|---|---|---|---|---|---|---|
| Stand/Walk: | hours at a time | total hours ....no restrictions | Bend: | not at all | occasionally | frequently | no restrictions |
| Sit: | hours at a time | total hours ....no restrictions | Squat: | not at all | occasionally | frequently | no restrictions |
| Drive: | hours at a time | total hours ....no restrictions | Kneel: | not at all | occasionally | frequently | no restrictions |
| LIFT/CARRY: (Occasionally = up to 1/3 workday. Frequent = up to 2/3 workday) | | | Climb: | not at all | occasionally | frequently | no restrictions |
| 0 - 10 lbs. | not at all | occasionally | frequently | no restrictions | Reach Above Shoulders: | |
| 11 - 25 lbs. | not at all | occasionally | frequently | no restrictions | not at all | occasionally | frequently | no restrictions |
| 26 - 40 lbs. | not at all | occasionally | frequently | no restrictions | Perform Repetitive Hand Motions: | |
| | | | | | not at all | occasionally | frequently | no restrictions |

OTHER: _____

ASSISTIVE DEVICES? (i.e. cast, brace, crutches) _____

Medication given which could impair performance _____

Other therapy required: Frequency _____          12-24-03  9:45

Diagnosis _____          Next Appointment   1 week

| PROVIDER SIGNATURE AND TITLE | NAME (PRINT) | LOCATION | DATE |
| Joan H. Koff | **Joan H. Koff, Ph.D.** Licensed Psychologist | HON | DEC 16 2003 |
| (1) WHITE - Chart OMR | (2) CANARY - OHS | (3) PINK - Patient Accounting | (4) GOLDENROD - Patient |

6122 REV. 3/02

PE 02864

OCCUPATION:
EMPLOYER:
NURSING ASSESSMENT:

MR#:    63 51 94    UC Loc:

Name:   ENGLISH, PHILIP, E
Sex/BD:   M   10 26 1954    HI

**FAXED**    45↑

NOV 2 4 2003

VC _dl_

OCCMED ACCT J 112403

BP:   P:   R:   T:   WT:   HT:    | Date of Service (DOS):

Circle previous work status:   OFF   LIMITED   FULL   LMP:    | First Date of Service:

Allergies:    | Dx Code _296.38;_    | Date of Injury (DOI): _1-30-03_

Last Td:    | NOI Code _300.00_    | ___ Initial    ___ Interim

Meds:    | LOI Code _316.00_    | ___ Final    ___ RO

**PHYSICIAN PROGRESS NOTE**

Subjective: _Pt. say that he's recd TTD checks but is uncerta_
_abt his status. This is very worrisome to_
_him because his future is so uncertain_

Objective: _He is quite "hurt" today by recent events re_
_no SRT; no ATF; worried; has severe stress_
_This WC_
_ran out of medical process_
_& this_
_is dise_

Assessment:
_as abm_

Plan: _① F/up Kohler @ 1 week_    _③ Kotropic med rev_
_② OP therap_    _④ VR to be contacted_

Off Duty: ___   Start Date ___   End Date _rev_

Limited Duty: ___   Start Date ___   End Date ___

Full Duty:   Effective Immediately or ___

**BASED ON AN 8-HOUR DAY, EMPLOYEE CAN:**

| | | | | **EMPLOYEE IS ABLE TO:** | | | | |
|---|---|---|---|---|---|---|---|---|
| Stand/Walk: | hours at a time | total hours ..... no restrictions | | Bend: | not at all | occasionally | frequently | no restrictions |
| Sit: | hours at a time | total hours ... no restrictions | | Squat: | not at all | occasionally | frequently | no restrictions |
| Drive: | hours at a time | total hours ... no restrictions | | Kneel: | not at all | occasionally | frequently | no restrictions |
| LIFT/CARRY: (Occasionally = up to 1/3 workday. Frequent = up to 2/3 workday) | | | | Climb: | not at all | occasionally | frequently | no restrictions |
| | | | | Reach Above Shoulders: | | | | |
| 0 - 10 lbs. | not at all | occasionally | frequently | no restrictions | not at all | occasionally | frequently | no restrictions |
| 11 - 25 lbs. | not at all | occasionally | frequently | no restrictions | Perform Repetitive Hand Motions: | | | |
| 26 - 40 lbs. | not at all | occasionally | frequently | no restrictions | not at all | occasionally | frequently | no restrictions |

OTHER: ___

ASSISTIVE DEVICES? (i.e. cast, brace, crutches) ___

Medication given which could impair performance ___ _12 01 03 330_

Other therapy required: Frequency ___

Diagnosis ___   Next Appointment _2 week_

PROVIDER SIGNATURE AND TITLE _Joan H. Koff_ | NAME (PRINT) **Joan H. Koff, Ph.D.** Licensed Psychologist | LOCATION _H.n_ | DATE NOV 2 4 2003

(1) WHITE - Chart OMR    (2) CANARY - OHS    (3) PINK - Patient Accounting    (4) GOLDENROD - Patient

FORM 6122 REV. 3/02

PE 02865

**OCCUPATION:**

**EMPLOYER:**

**NURSING ASSESSMENT:**

*50 min*

MR#: 63 31 94    UC Loc:

Name: ENGLISH,PHILIP,E
Sex/BD: M    10 26 1954    HI

OCCMED HONOI    111703    VC #1

| BP: | P: | R: | T: | WT: | HT: | Date of Service (DOS): |

Circle previous work status:    OFF    LIMITED    FULL    LMP:    First Date of Service:

Allergies:    Dx Code 296.32 300.00    Date of Injury (DOI): 1-30-03

Last Td:    NOI Code 316

Meds:    LOI Code _____    Initial _____ ✓ Interim

Final _____    RO

**PHYSICIAN PROGRESS NOTE** Pt reports that he had not been paid by the ST/HI even though

**Subjective:** he had rec'd a statement in the mail. He says that it is unbelievable that there are people who can do wrong by cheating the State & get away w/ it.

**Objective:** Pt arrives on time for session; he wears a jacket because he had bike in. Discussed above, will be seeing his lawyer after session.

**Assessment:** Pt presents c ↑ mood, cont's to worry over finances, but more at ease focused, & future oriented.

**Plan:** Pt to ↑ physical activities. To ↑(+) social interaction; to f/u c MD, Ph.D, & this Therapist if needed.

Off Duty:    Start Date _____    End Date _____

Limited Duty:    Start Date _____    End Date _____

Full Duty:    Effective Immediately or _____

**BASED ON AN 8-HOUR DAY, EMPLOYEE CAN:**

| | | | | **EMPLOYEE IS ABLE TO:** | | | | |
|---|---|---|---|---|---|---|---|---|
| Stand/Walk: | hours at a time | total hours . . . . .no restrictions | | Bend: | not at all | occasionally | frequently | no restrictions |
| Sit: | hours at a time | total hours . . . . .no restrictions | | Squat: | not at all | occasionally | frequently | no restrictions |
| Drive: | hours at a time | total hours . . . . .no restrictions | | Kneel: | not at all | occasionally | frequently | no restrictions |
| LIFT/CARRY: | (Occasionally = up to 1/3 workday. Frequent = up to 2/3 workday) | | | Climb: | not at all | occasionally | frequently | no restrictions |
| 0 - 10 lbs. | not at all | occasionally | frequently | no restrictions | Reach Above Shoulders: | | | |
| 11 - 25 lbs. | not at all | occasionally | frequently | no restrictions | | not at all | occasionally | frequently | no restrictions |
| 26 - 40 lbs. | not at all | occasionally | frequently | no restrictions | Perform Repetitive Hand Motions: | | | |
| | | | | | not at all | occasionally | frequently | no restrictions |

OTHER: _____

ASSISTIVE DEVICES? (i.e. cast, brace, crutches) _____

Medication given which could impair performance _____

Other therapy required: Frequency _____

Diagnosis _____    Next Appointment 11/24/03 @ 1.00 pm
c Dr. Karp Ph.D

| PROVIDER SIGNATURE AND TITLE | NAME (PRINT) | LOCATION | DATE |
|---|---|---|---|
| Mundon, LSW | Lillie Mundon, LSW Occ. Mental Health Therapist | HON | NOV 17 2003 |

(1) WHITE - Chart OMR    (2) CANARY - OHS    (3) PINK - Patient Accounting    (4) GOLDENROD - Patient

6122 REV. 9/02

PE 02866

KAISER PERMANENTE — CLINICAL...

| OCCUPATION: | MR#: | | UC Loc: |
|---|---|---|---|
| EMPLOYER: | 63 31 94 | | |
| NURSING ASSESSMENT: | Name | | |

*50 men*

Sex/BD: ENGLISH.PHILIP.E
M 10 26 1954        HI

VC H·1

| BP: | P: | R: | T: | WT: | HT: | OCCMED MCMOI  Date of Service (DOS): 110003 |
|---|---|---|---|---|---|---|
| Circle previous work status: | | OFF | LIMITED | FULL | LMP: | First Date of Service: |

Date of Injury (DOI): 1-30-03

| Allergies: | Dx Code 296.32 300.00 | | Initial _____ Interim. |
|---|---|---|---|
| Last Td: | NOI Code 316 | | Final _____ RO. |
| Meds: | LOI Code _____ | | |

**PHYSICIAN PROGRESS NOTE**   Pt reports that he feels uncomfortable in group session,

Subjective: Still having difficulty being around a lot of people, not trusting others, may be self protection, since he was so emotionally injured by work staff.

Objective: Pt arrived on time, neatly dressed & groomed, appeared comfortable, able to verbalize his thoughts & feelings. Discussed this concerns & options re his future.

Assessment: Pt presents ↓↑ in mood & worries because he is unsure if he will be able to get what was agreed upon. looking at his future & his options

Plan: Pt to ↑ physical exercise, to spend from time to his son, to have ↑ social interaction ↑ to b/u ē MD, Ph.D ↑ this therapist.

| Off Duty: | Start Date _____ | End Date _____ |
|---|---|---|
| Limited Duty: | Start Date _____ | End Date _____ |
| Full Duty: | Effective Immediately or _____ | |

| BASED ON AN 8-HOUR DAY, EMPLOYEE CAN: | | | | EMPLOYEE IS ABLE TO: | | | | |
|---|---|---|---|---|---|---|---|---|
| Stand/Walk | hours at a time | total hours ....no restrictions | | Bend: | not at all | occasionally | frequently | no restrictions |
| Sit: | hours at a time | total hours ....no restrictions | | Squat: | not at all | occasionally | frequently | no restrictions |
| Drive: | hours at a time | total hours ....no restrictions | | Kneel: | not at all | occasionally | frequently | no restrictions |
| LIFT/CARRY: | *(Occasionally = up to 1/3 workday. Frequent = up to 2/3 workday)* | | | Climb: | not at all | occasionally | frequently | no restrictions |
| 0 - 10 lbs. | not at all | occasionally | frequently | no restrictions | Reach Above Shoulders: | | | |
| 11 - 25 lbs. | not at all | occasionally | frequently | no restrictions | | not at all | occasionally | frequently | no restrictions |
| 26 - 40 lbs. | not at all | occasionally | frequently | no restrictions | Perform Repetitive Hand Motions: | | | |
| | | | | | not at all | occasionally | frequently | no restrictions |

OTHER: _____

ASSISTIVE DEVICES? (i.e. cast, brace, crutches) _____

Medication given which could impair performance _____

Other therapy required: Frequency _____

Diagnosis _____   Next Appointment 11/17/03 (2) 0930

| PROVIDER SIGNATURE AND TITLE | NAME (PRINT) Dale Mundon, LSW | LOCATION | DATE |
|---|---|---|---|
| *Mundon, LSW* | Occ. Mental Health Therapist | HON | NOV 1 0 2003 |

FORM 6122 REV 3/02

(1) WHITE - Chart OMR     (2) CANARY - OHS     (3) PINK - Patient Accounting     (4) GOLDENROD - Patient

PE 02867