**OCCUPATION:**

**EMPLOYER:**

**NURSING ASSESSMENT:**

_Group_

MR#: 63 31 4+

UC Loc:

Name: ENGLISH, PHILIP, E
Sex: M  10 26 1954          HI

VC #1

110603

| BP: | P: | R: | T: | WT: | HT: | Date of Service (DOS): |

| Circle previous work status: | OFF | LIMITED | FULL | LMP: | First Date of Service: |

Allergies:

Last Td:

Meds:

Dx Code 296.32, 300.00
NOI Code 316
LOI Code

Date of Injury (DOI): 1-30-03

Initial  X    Interim
Final        RO

**PHYSICIAN PROGRESS NOTE**  Pt returns to group p̄ long absence; Pt relates to group this problems

**Subjective:** he has encountered c̄ his UC claim. He reports how promises have been broken, the district & the system & how he cannot wait till this is over

**Objective:** Pt arrives on time, seems reluctant at first, but able to share c̄ group members about his claim; questions were asked & pt answered as best as he could, to the satisfaction of the group.

**Assessment:** Pt presents c̄ concerns about closure of his claim; ↑ mood but continues to be frustrated c̄ finances; future oriented, hopeful.

**Plan:** Pt to spend quality time c̄ his son; Pt to ↑ physical activities; Pt to f/u c̄ MD, Ph.D. + this therapist on an ind basis or in group.

| Off Duty: | Start Date _____ | End Date _____ |
| Limited Duty: | Start Date _____ | End Date _____ |
| Full Duty: | Effective Immediately or _____ | |

**BASED ON AN 8-HOUR DAY; EMPLOYEE CAN:**

| | | | |
|---|---|---|---|
| Stand/Walk: | hours at a time | total hours ....no restrictions | |
| Sit: | hours at a time | total hours ....no restrictions | |
| Drive: | hours at a time | total hours ....no restrictions | |

LIFT/CARRY: (Occasionally = up to 1/3 workday. Frequent = up to 2/3 workday)

| | | | | |
|---|---|---|---|---|
| 0 - 10 lbs. | not at all | occasionally | frequently | no restrictions |
| 11 - 25 lbs. | not at all | occasionally | frequently | no restrictions |
| 26 - 40 lbs. | not at all | occasionally | frequently | no restrictions |

**EMPLOYEE IS ABLE TO:**

| | | | | |
|---|---|---|---|---|
| Bend: | not at all | occasionally | frequently | no restrictions |
| Squat: | not at all | occasionally | frequently | no restrictions |
| Kneel: | not at all | occasionally | frequently | no restrictions |
| Climb: | not at all | occasionally | frequently | no restrictions |
| Reach Above Shoulders: | not at all | occasionally | frequently | no restrictions |
| Perform Repetitive Hand Motions: | not at all | occasionally | frequently | no restrictions |

OTHER: _____

ASSISTIVE DEVICES? (i.e. cast, brace, crutches) _____

Medication given which could impair performance _____

Other therapy required: Frequency _____

Diagnosis _____

Next Appointment 11/10/03 @ 0930
Ind. Therapy

FORM 3122 REV. 3/02

| PROVIDER SIGNATURE AND TITLE | NAME (PRINT) Little Mundon, LSW  Occ. Mental Health Therapist | LOCATION HoN | DATE NOV 0 6 2003 |

(1) WHITE - Chart OMR          (2) CANARY - OHS          (3) PINK - Patient Accounting          (4) GOLDENROD - Patient

PE 02868

OCCUPATION:

EMPLOYER:

NURSING ASSESSMENT:

**FA ED**

NOV 0 4 2003

BY

MR#: 63 31 94

UC Loc:

Name:
Sex/BD: M    10 26 1954    H1
ENGLISH,PHILIP,E

VC H/

OCCKER HOSP

BP:    P:    R:    T:    WT:    HT:

Circle previous work status:    OFF    LIMITED    FULL:    LMP:

Allergies:

Last Td:

Meds:

Dx Code    296.32
NOI Code   300.00
LOI Code   316.00

Date of Service (DOS): 110403

First Date of Service:

Date of Injury (DOI): 1-30-0

_____ Initial _____ Interim
_____ Final _____ RO

**PHYSICIAN PROGRESS NOTE**

Subjective: Disc. of shame in depth. Also now he feels quite apprehensive abt the possibilities of settlement. He worries abt this is discussed.

Objective: worried; no s/e; not H/i

Assessment: Improving slowly.

Plan: ① f/up and psychotherapy q 2-3 week ③ as needed for psych med rev ② op therapy

Off Duty:    Start Date _____    End Date rev

Limited Duty:    Start Date _____    End Date rev

Full Duty:    Effective Immediately or _____

**BASED ON AN 8-HOUR DAY, EMPLOYEE CAN:**

| | | | |
|---|---|---|---|
| Stand/Walk: | hours at a time | total hours . . . . no restrictions |
| Sit: | hours at a time | total hours . . . . no restrictions |
| Drive: | hours at a time | total hours . . . no restrictions |

LIFT/CARRY: (Occasionally = up to 1/3 workday. Frequent = up to 2/3 workday)

| | | | | |
|---|---|---|---|---|
| 0 - 10 lbs. | not at all | occasionally | frequently | no restrictions |
| 11 - 25 lbs. | not at all | occasionally | frequently | no restrictions |
| 26 - 40 lbs. | not at all | occasionally | frequently | no restrictions |

**EMPLOYEE IS ABLE TO:**

| | | | | |
|---|---|---|---|---|
| Bend: | not at all | occasionally | frequently | no restrictions |
| Squat: | not at all | occasionally | frequently | no restrictions |
| Kneel: | not at all | occasionally | frequently | no restrictions |
| Climb: | not at all | occasionally | frequently | no restrictions |
| Reach Above Shoulders: | not at all | occasionally | frequently | no restrictions |
| Perform Repetitive Hand Motions: | not at all | occasionally | frequently | no restrictions |

OTHER: _____

ASSISTIVE DEVICES? (i.e. cast, brace, crutches) _____

Medication given which could impair performance _____

Other therapy required: Frequency _____    11-24-03 1:00

Diagnosis _____    Next Appointment 2-3 week

J122 REV. 3/02

FORM

| PROVIDER SIGNATURE AND TITLE | NAME (PRINT) Joan H. Koff, Ph.D. Licensed Psychologist | LOCATION HCN | DATE NOV 0 4 2003 |
|---|---|---|---|
| (1) WHITE - Chart OMR | (2) CANARY - OHS | (3) PINK - Patient Accounting | (4) GOLDENROD - Patie |

PE 02869

| OCCUPATION: | | MR#: 63 31 94 | | OCT 30 2003 Loc |
|---|---|---|---|---|
| EMPLOYER: | | | | BY _____ |
| NURSING ASSESSMENT: | | Name: Sex/BD: | ENGLISH.PHILIP.E M 10 26 1954 HI | VC H1 |

| BP: | P: | R: | T: | WT: | HT | Date of Service (DOS): 1.03003 |
|---|---|---|---|---|---|---|
| Circle previous work status: | OFF | LIMITED | FULL | LMP: | | First Date of Service: |

| Allergies: | Dx Code 296.32 | Date of Injury (DOI): 1-30-03 |
|---|---|---|
| Last Td: | NOI Code 300.00 | Initial ✓    Interim |
| Meds: | LOI Code 316.00 | Final    RO |

**PHYSICIAN PROGRESS NOTE**

Subjective: Talks abt his feelip of shame : internal & external basis of these. The depth of his feelig desc. Describes social isolation - except for

Objective: son, pastr
no S'I ; sad - tearful

Assessment:
as above

Plan: ① f/up w/therapy — 1 week  ③ as needed tx psych med rev
② cp 4k

| Off Duty: | Start Date | End Date ReV |
|---|---|---|
| Limited Duty: | Start Date | End Date |

Full Duty: Effective Immediately or _____

**BASED ON AN 8-HOUR DAY, EMPLOYEE CAN:**

| | | | | | **EMPLOYEE IS ABLE TO:** | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Stand/Walk: | hours at a time | total hours ..... no restrictions | | | Bend: | not at all | occasionally | frequently | no restrictions |
| Sit: | hours at a time | total hours .....no restrictions | | | Squat: | not at all | occasionally | frequently | no restrictions |
| Drive: | hours at a time | total hours .....no restrictions | | | Kneel: | not at all | occasionally | frequently | no restrictions |
| LIFT/CARRY: (Occasionally = up to 1/3 workday. Frequent = up to 2/3 workday) | | | | | Climb: | not at all | occasionally | frequently | no restrictions |
| 0 - 10 lbs. | not at all | occasionally | frequently | no restrictions | Reach Above Shoulders: | | occasionally | frequently | no restrictions |
| 11 - 25 lbs. | not at all | occasionally | frequently | no restrictions | | not at all | | | |
| 26 - 40 lbs. | not at all | occasionally | frequently | no restrictions | Perform Repetitive Hand Motions: not at all | | occasionally | frequently | no restrictions |

OTHER: _____

ASSISTIVE DEVICES? (i.e. cast, brace, crutches) _____

Medication given which could impair performance    11-4-03 @ 100

Other therapy required: Frequency _____

Diagnosis _____    Next Appointment    1 week

6122 REV. 3/02

| PROVIDER SIGNATURE AND TITLE | NAME (PRINT) Ivan H. Koff, Ph.D. Licensed Psychologist | LOCATION HON | DATE OCT 30 2003 |
|---|---|---|---|
| (1) WHITE - Chart OMR | (2) CANARY - OHS | (3) PINK - Patient Accounting | (4) GOLDENROD - Patient |

PE 02870

KAISER PERMANENTE®    CLINICAL ENCOUNTER RECORD

OCCUPATION:

EMPLOYER:    **FAXED**

NURSING ASSESSMENT:
OCT 2 3 2003
BY _____

MR#: 63 31 94    UC Loc:

Name: ENGLISH.PHILIP.E
Sex/BD: M  10 26 1954    HI

VC H1

| BP: | P: | R: | T: | WT: | HT: | Date of Service (DOS): 102303 |
| Circle previous work status: | OFF | LIMITED | FULL | LMP: | First Date of Service: |

| Allergies: | Dx Code 296.32 | Date of Injury (DOI): 1-30-03 |
| Last Td: | NOI Code 300.00 | ____ initial ✓ ____ Interim |
| Meds: | LOI Code 316.00 | ____ Final ____ RO |

### PHYSICIAN PROGRESS NOTE

Subjective: Describes problems trusting others & continues financial stress. Describes the worries he has abt upcoming legal actions. Describes ⊕ interaction w/ son

Objective: no S/I; withdraws generally

Assessment:

as above

Plan: ① Plus Work = 1 week ③ as needed to renew med rev ② go tv

| Off Duty: | Start Date ____ | End Date ___ |
| Limited Duty: | Start Date ____ | End Date ____ |
| Full Duty: | Effective Immediately or ____ |

#### BASED ON AN 8-HOUR DAY, EMPLOYEE CAN:

| | | | | EMPLOYEE IS ABLE TO: | | | | |
|---|---|---|---|---|---|---|---|---|
| Stand/Walk: | hours at a time | total hours ....no restrictions | | Bend: | not at all | occasionally | frequently | no restrictions |
| Sit: | hours at a time | total hours ....no restrictions | | Squat: | not at all | occasionally | frequently | no restrictions |
| Drive: | hours at a time | total hours ....no restrictions | | Kneel: | not at all | occasionally | frequently | no restrictions |
| LIFT/CARRY: (Occasionally = up to 1/3 workday. Frequent = up to 2/3 workday). | | | | Climb: | not at all | occasionally | frequently | no restrictions |
| 0 - 10 lbs. | not at all | occasionally | frequently | no restrictions | Reach Above Shoulders: | | | |
| 11 - 25 lbs. | not at all | occasionally | frequently | no restrictions | | not at all | occasionally | frequently | no restrictions |
| 26 - 40 lbs. | not at all | occasionally | frequently | no restrictions | Perform Repetitive Hand Motions: | not at all | occasionally | frequently | no restrictions |

OTHER: ____

ASSISTIVE DEVICES? (i.e. cast, brace, crutches) ____

Medication given which could impair performance ____

Other therapy required: Frequency ____ 10/30/03 @ 0815

Diagnosis ____ Next Appointment 1 week group @ 2:00 pm

| PROVIDER SIGNATURE AND TITLE | NAME (PRINT) Joan H. Koff, Ph.D. Licensed Psychologist | LOCATION HON | DATE OCT 2 3 2003 |
| Joan H. Koff | | | |

(1) WHITE - Chart OMR    (2) CANARY - OHS    (3) PINK - Patient Accounting    (4) GOLDENROD - Patient

6122 REV. 3/02

PE 02871

**KAISER PERMANENTE.    CLINICAL ENCOUNTER RECORD**

OCCUPATION:

EMPLOYER:

NURSING ASSESSMENT:

MR#:

UC Loc:

63 31 94

Name:
Sex/BD: ENGLISH, PHILIP, E
M    10 26 1954        HI

VC    H1

| BP: | P: | R: | T: | WT: | HT: | Date of Service (DOS) 100903 |
| Circle previous work status: | | OFF | LIMITED | FULL | LMP: | First Date of Service: |

Allergies:

Last Td:

Meds:

Dx Code 296.32
NOI Code 300.00
LOI Code 310.00

Date of Injury (DOI): 1-30-0

_____ Initial  ✓  Interim

_____ Final _____ RO

**PHYSICIAN PROGRESS NOTE**

Subjective: *Pt talks abt the # stress ; very little income. Talks abt the upset at work; erosion ; self-confidence. This is disc in detail.*

Objective: *# nervous ; his life-i intending to withdraw, partially financial poor sleep — meds as prescribed. Looks on internet*

Assessment: *As above*

Plan: *f/up wk 4 or so as — 1 week (3) as needed (or rope) med rev (2) appt wk*

Off Duty:    Start Date _____    End Date _____

Limited Duty:    Start Date _____    End Date _____

Full Duty:    Effective Immediately or _____

| BASED ON AN 8-HOUR DAY, EMPLOYEE CAN: | | | | EMPLOYEE IS ABLE TO: | | | | |
|---|---|---|---|---|---|---|---|---|
| Stand/Walk | hours at a time | total hours . . . . .no restrictions | | Bend: | not at all | occasionally | frequently | no restrictions |
| Sit: | hours at a time | total hours . . . . .no restrictions | | Squat: | not at all | occasionally | frequently | no restrictions |
| Drive: | hours at a time | total hours . . . . .no restrictions | | Kneel: | not at all | occasionally | frequently | no restrictions |
| LIFT/CARRY: (Occasionally = up to 1/3 workday. Frequent = up to 2/3 workday) | | | | Climb: | not at all | occasionally | frequently | no restrictions |
| 0 - 10 lbs. | not at all | occasionally | frequently | no restrictions | Reach Above Shoulders: | | | |
| 11 - 25 lbs. | not at all | occasionally | frequently | no restrictions | | not at all | occasionally | frequently | no restrictions |
| 26 - 40 lbs. | not at all | occasionally | frequently | no restrictions | Perform Repetitive Hand Motions: | not at all | occasionally | frequently | no restrictions |

OTHER: _____

ASSISTIVE DEVICES? (i.e. cast, brace, crutches) _____

Medication given which could impair performance _____

Other therapy required: Frequency _____    10-16-03 ⊙

Diagnosis _____    Next Appointment 1 week 900

PROVIDER SIGNATURE AND TITLE

NAME/TITLE Joan H. Koff, Ph.D.
Licensed Psychologist

LOCATION H-1

DATE OCT 0 9 2003

(1) WHITE - Chart  OMR        (2) CANARY - OHS        (3) PINK - Patient Accounting        (4) GOLDENROD - Patient

FORM 122 REV. 3/02

PE 02872

OCCUPATION:

EMPLOYER:

NURSING ASSESSMENT:                              _45h_

MR#:  63 31 ~~~  **FAXED**   UC Loc:

Name:
Sex/B: ~~ENGLISH.PHI~~ OCT ~1 2003
   H   10 26 1954         HI

Y                                         VC _HH_

BP:        P:        R:        T:        WT:        HT:

Circle previous work status:   OFF   LIMITED   FULL   LMP:

Date of Service (DOS):  100103

First Date of Service:

Date of Injury (DOI):  _1-30-03_

| Allergies: | | Dx Code | _296.32_ | | | Initial ✓ | Interim |
|---|---|---|---|---|---|---|---|
| Last Td: | | NOI Code | _300.00_ | | | | |
| Meds: | | LOI Code | _316.00_ | | | Final | RO |

**PHYSICIAN PROGRESS NOTE**

Subjective:  _Pt describes his upset at the developments & his wife's sickness. He notes that this "domino" effect develops from his employer difficulties & results economic decline_

Objective:  _would upset_
        _med as prescribed_

Assessment:
   _as above_

Plan:  _① f/up 4 wks ~ 1 week   ② p 74_
   _③ as needed  toxic med u ✓_

Off Duty: _____   Start Date _____   End Date _____

Limited Duty: _____   Start Date _____   End Date _____

Full Duty:   Effective Immediately or _____

**BASED ON AN 8-HOUR DAY, EMPLOYEE CAN:**

| | | | | EMPLOYEE IS ABLE TO: | | | |
|---|---|---|---|---|---|---|---|
| Stand/Walk: | hours at a time | total hours . . . . no restrictions | | Bend: | not at all | occasionally | frequently \ | no restrictions |
| Sit: | hours at a time | total hours . . . . no restrictions | | Squat: | not at all | occasionally | frequently | no restrictions |
| Drive: | hours at a time | total hours . . . . no restrictions | | Kneel: | not at all | occasionally | frequently | no restrictions |
| LIFT/CARRY:  (Occasionally = up to 1/3 workday. Frequent = up to 2/3 workday) | | | | Climb: | not at all | occasionally | frequently | no restrictions |
| 0 - 10 lbs. | not at all. | occasionally | frequently | no restrictions | Reach Above Shoulders: | | | |
| 11 - 25 lbs. | not at all | occasionally | frequently | no restrictions | | not at all | occasionally | frequently | no restrictions |
| 26 - 40 lbs. | not at all | occasionally | frequently | no restrictions | Perform Repetitive Hand Motions: | | | |
| | | | | | not at all | occasionally | frequently | no restrictions |

OTHER: _____

ASSISTIVE DEVICES? (i.e. cast, brace, crutches) _____

Medication given which could impair performance _____

Other therapy required; Frequency _____   _10-09-03 8:15_

Diagnosis _____   Next Appointment  _1 week_

| PROVIDER SIGNATURE AND TITLE | NAME (PRINT) Joan H. Koff, Ph.D. Licensed Psychologist | LOCATION _HON_ | DATE OCT 0 1 2003 |
|---|---|---|---|

B122 REV. 3/02

FOR:

(1) WHITE - Chart OMR      (2) CANARY - OHS      (3) PINK - Patient Accounting      (4) GOLDENROD - Pt...

**PE 02873**

KAISER PERMANENTE

**FAXED**

OCCUPATION:

EMPLOYER:

NURSING ASSESSMENT: ⟨45L⟩

63 31 94          SEP 2 2 2003

NAME: ENGLISH, PHILIP, E

BD: M   10 26 1954          H1

VC H1

BP:     P:     R:     T:     WT:     HT:     Date of Service (DOS): 092203

Circle previous work status:     OFF     LIMITED     FULL     LMP:

First Date of Service:

Allergies:

Last Td:

Meds:

Dx Code 296.32
300.00
NOI Code
LOI Code 316.00

Date of Injury (DOI): 1-30-03

Initial          Interim ✓

Final          RO

**PHYSICIAN PROGRESS NOTE** _His paycheck, have been unequal: this disturbs_

Subjective: _Describes again the complaint of getting union help_
_due to what he perceives are unfair penalties. He_
Objective: _continues to worry that wkplace individuals will_
_not treat him fairly. This is disc._

_talkative; action oriented; no SI; no HI; worried_
Assessment: _lorazepam as prescribed_
_Slight improvement_

_Plan ① f/up to wk w. Koff 1-2 weeks ③ as needed Katrope_
_med rev_
_② weekly gp therapy_

Off Duty:     Start Date _____     End Date ___

Limited Duty:     Start Date _____     End Date ___

Full Duty:     Effective Immediately or _____

**BASED ON AN 8-HOUR DAY, EMPLOYEE CAN:**

| | | | |
|---|---|---|---|
| Stand/Walk: | hours at a time | total hours . . . . .no restrictions | |
| Sit: | hours at a time | total hours . . . . .no restrictions | |
| Drive: | hours at a time | total hours . . . . .no restrictions | |

LIFT/CARRY: (Occasionally = up to 1/3 workday. Frequent = up to 2/3 workday)

| | | | | |
|---|---|---|---|---|
| 0 - 10 lbs. | not at all | occasionally | frequently | no restrictions |
| 11 - 25 lbs. | not at all | occasionally | frequently | no restrictions |
| 26 - 40 lbs. | not at all | occasionally | frequently | no restrictions |

**EMPLOYEE IS ABLE TO:**

| | | | | |
|---|---|---|---|---|
| Bend: | not at all | occasionally | frequently | no restrictions |
| Squat: | not at all | occasionally | frequently | no restrictions |
| Kneel: | not at all | occasionally | frequently | no restrictions |
| Climb: | not at all | occasionally | frequently | no restrictions |
| Reach Above Shoulders: | | occasionally | frequently | no restrictions |
| | not at all | | | |
| Perform Repetitive Hand Motions: | not at all | occasionally | frequently | no restrictions |

OTHER: _____

ASSISTIVE DEVICES? (i.e. cast, brace, crutches) _____

Medication given which could impair performance     10/1 @ 8:15A

Other therapy required: Frequency _____

Diagnosis _____     Next Appointment 1 week

FORM NO. 2 REV. 1/98

| PROVIDER SIGNATURE AND TITLE | NAME (PRINT) Joan H. Koff, Ph.D. Licensed Psychologist | LOCATION HON | DATE SEP 2 2 2003 |
|---|---|---|---|

_Joan H Koff_

(1) WHITE - Chart (Progress)     (2) CANARY - OHS     (3) PINK - Patient Accounting     (4) GOLDENROD - Patient

PE 02874

KAISER PERMANENTE — CLINICAL ENCOUNTER RECORD

**OCCUPATION:**

**EMPLOYER:**

**NURSING ASSESSMENT:**

50 min

63 31 94

NAME
**ENGLISH,PHILIP,E**
SD  M  10 26 1954    HI

VC 111

| | | | | | |
|---|---|---|---|---|---|
| BP: | P: | R: | T: | WT: | CHECKED |

Date of Service (DOS): 091803

Circle previous work status:    OFF    LIMITED    FULL    LMP:

First Date of Service:

Allergies:

Dx.Code 296.32, 360.00
316

Date of Injury (DOI): 1-30-03

Last Td:

NOI Code _____

Meds:

LOI Code _____

_____ Initial ✓ Interim
_____ Final _____ RO

**PHYSICIAN PROGRESS NOTE**

Subjective: Pt states that his moods have evened out, due to Rx & that things are more positive re his wc claim, cont to worry about finances & future.

Objective: Pt arrived on time, discussed his daily activities, showed improvement in mood, & verbalized c̄ ease.

Assessment: Pt presents c̄ ↑ mood, appears less anxious, hopeful but worried future oriented, examining possibilities of what he would like to do.

Plan: Pt to volunteer at his church, exercise & have positive social interaction; f/u c̄ MD, Ph.D & his therapist as needed.

| | | | |
|---|---|---|---|
| Off Duty: | | | |
| | Start Date _____ | | End Date _____ |
| Limited Duty: | | | |
| | Start Date _____ | | End Date _____ |
| Full Duty: | Effective Immediately or _____ | | |

**\*BASED ON AN 8-HOUR DAY, EMPLOYEE CAN:**

| | | | | **EMPLOYEE IS ABLE TO:** | | | | |
|---|---|---|---|---|---|---|---|---|
| Stand/Walk: | hours at a time | total hours . . . . .no restrictions | | Bend: | not at all | occasionally | frequently | no restrictions |
| Sit: | hours at a time | total hours . . . . .no restrictions | | Squat: | not at all | occasionally | frequently | no restrictions |
| Drive: | hours at a time | total hours . . . . .no restrictions | | Kneel: | not at all | occasionally | frequently | no restrictions |
| LIFT/CARRY: | (Occasionally = up to 1/3 workday. Frequent = up to 2/3 workday) | | | Climb: | not at all | occasionally | frequently | no restrictions |
| 0 - 10 lbs. | not at all | occasionally | frequently no restrictions | Reach Above Shoulders: | | | | |
| 11 - 25 lbs. | not at all | occasionally | frequently no restrictions | | not at all | occasionally | frequently | no restrictions |
| 26 - 40 lbs. | not at all | occasionally | frequently no restrictions | Perform Repetitive Hand Motions: | | | | |
| | | | | | not at all | occasionally | frequently | no restrictions |

OTHER: _____

ASSISTIVE DEVICES? (i.e. cast, brace, crutches) _____

Medication given which could impair performance _____

Other therapy required: Frequency _____

Diagnosis _____    Next Appointment prn

| PROVIDER SIGNATURE AND TITLE | NAME (PRINT) | LOCATION | DATE |
|---|---|---|---|
| _[signature]_ LSW | Lillie Mundon, LSW  Occ. Mental Health Therapist | HON | SEP 18 2003 |

(1) WHITE - Chart (Progress)    (2) CANARY - OHS    (3) PINK - Patient Accounting    (4) GOLDENROD - Patient

022 REV. 11/98

PE 02875

275696

**OCCUPATION:**

**EMPLOYER:**

**NURSING ASSESSMENT:**

MR#: 63 31 94

UC Loc: **FAXED**

Name:
Sex/BD: ENGLISH.PHILIP.E
M    10 26 1954    HI

SEP 08 2003

BY _____ VC _____

| BP: | P: | R: | T: | WT: | HT: 0CCME | Date of Service (DOS): 090803 |
|---|---|---|---|---|---|---|

Circle previous work status:    OFF    LIMITED    FULL    LMP:

First Date of Service: _____

Allergies:

Last Td:

Meds:

| Dx Code | 996.32 |
| | 300.00 |
| NOI Code | 316.00 |
| LOI Code | |

Date of Injury (DOI): 1-30-03

_____ Initial ✓ _____ Interim

_____ Final _____ RO

**PHYSICIAN PROGRESS NOTE**

Subjective: PX describes his efforts to respond to the IPE & has done so. He goes on to describe to describe the dissolution of his marriage w. him. notes there is

Objective: continued friendliness, but sad. Note he ~talkative~ feels that probs at work & financ. insecurity ~irritated~ sad no SIc ; no HI; may have continued med as prescribed

Assessment:
improy.

Plan: 1) f/up with ~2 week    earlier if nec.    3) ap 4x
2) as needed   to topic med rev

| Off Duty: | Start Date _____ | End Date rev ✓ |
| Limited Duty: ✓ | Start Date _____ | End Date _____ |
| Full Duty: | Effective Immediately or _____ | |

| BASED ON AN 8-HOUR DAY, EMPLOYEE CAN: | | | EMPLOYEE IS ABLE TO: | | | | |
|---|---|---|---|---|---|---|---|
| Stand/Walk: | hours at a time | total hours ..... no restrictions | Bend: | not at all | occasionally | frequently | no restrictions |
| Sit: | hours at a time | total hours ..... no restrictions | Squat: | not at all | occasionally | frequently | no restrictions |
| Drive: | hours at a time | total hours ..... no restrictions | Kneel: | not at all | occasionally | frequently | no restrictions |
| LIFT/CARRY: (Occasionally = up to 1/3 workday. Frequent = up to 2/3 workday) | | | Climb: | not at all | occasionally | frequently | no restrictions |
| | | | Reach Above Shoulders: | | | | |
| 0 - 10 lbs. | not at all | occasionally | | not at all | occasionally | frequently | no restrictions |
| 11 - 25 lbs. | not at all | occasionally | frequently | no restrictions | Perform Repetitive Hand Motions: | | |
| 26 - 40 lbs. | not at all | occasionally | frequently | no restrictions | | not at all | occasionally | frequently | no restrictions |

OTHER: _____

ASSISTIVE DEVICES? (i.e. cast, brace, crutches) _____

Medication given which could impair performance _____

Other therapy required: Frequency _____    09.22.03    9:00

Diagnosis _____ Next Appointment 2week

| PROVIDER SIGNATURE AND TITLE | NAME (PRINT) Joan H. Koff, Ph.D. Licensed Psychologist | LOCATION HON | DATE SEP 08 2003 |
|---|---|---|---|

(1) WHITE - Chart  OMR    (2) CANARY - OHS    (3) PINK - Patient Accounting    (4) GOLDENROD - Patient

6122 REV. 3/02

PE 02876

**OCCUPATIONAL ENCOUNTER RECORD**

245586

| OCCUPATION: | | MR#: 63 31 14 | UC Loc: |
| EMPLOYER: | | Name ENGLISH.PHILIP.E | |
| NURSING ASSESSMENT: | 50 min. | Sex/BD: 10 26 1954 | HI |

OCCMED HONOL   090403   VC HI

| BP: | P: | R: | T: | WT: | HT: | Date of Service (DOS): |
| Circle previous work status: | OFF | LIMITED | FULL | LMP: | | First Date of Service: |
| Allergies: | | Dx Code 296.32, 300.00 | | Date of Injury (DOI): 04-30-03 |
| Last Td: | | | 316 | |
| | | NOI Code | | Initial ___   X Interim |
| Meds: | | LOI Code | | Final ___   RO |

**PHYSICIAN PROGRESS NOTE**

Subjective: Pt describes his emotions, ↑ anxiety, worries about his wc claim, fears safety, tends to isolate self, but manages to spend time ē son.

Objective: Pt was on time for session, discussed his feeling out of control, etc, reviewed TFT, appeared calmer as session ended.

Assessment: Pt presents ē ↑ anxiety, ↓ mood, uncertain of future, his claim but looks at options & career changes.

Plan: Pt to get out into public places when possible. spend as much time as he can ē his son to ↑ mood; f/u ē PCP, MD, PhD & this therapist.

| Off Duty: | | Start Date _____ | | End Date _____ |
| Limited Duty: | | Start Date _____ | | End Date _____ |
| Full Duty: | Effective Immediately or _____ | | | |

**BASED ON AN 8-HOUR DAY, EMPLOYEE CAN:**

| | | | | | **EMPLOYEE IS ABLE TO:** | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Stand/Walk: | ___ hours at a time | ___ total hours | no restrictions | | Bend: | not at all | occasionally | frequently | no restrictions |
| Sit: | ___ hours at a time | ___ total hours | no restrictions | | Squat: | not at all | occasionally | frequently | no restrictions |
| Drive: | ___ hours at a time | ___ total hours | no restrictions | | Kneel: | not at all | occasionally | frequently | no restrictions |
| LIFT/CARRY: | (Occasionally = up to 1/3 workday. Frequent = up to 2/3 workday) | | | | Climb: | not at all | occasionally | frequently | no restrictions |
| 0 - 10 lbs. | not at all | occasionally | frequently | no restrictions | Reach Above Shoulders: | not at all | occasionally | frequently | no restrictions |
| 11 - 25 lbs. | not at all | occasionally | frequently | no restrictions | Perform Repetitive Hand Motions: | not at all | occasionally | frequently | no restrictions |
| 26 - 40 lbs. | not at all | occasionally | frequently | no restrictions | | | | | |

OTHER: _____

ASSISTIVE DEVICES? (i.e. cast, brace, crutches) _____

Medication given which could impair performance _____

Other therapy required: Frequency _____

Diagnosis _____ Next Appointment _____

| PROVIDER SIGNATURE AND TITLE | NAME (PRINT) Lillie Mundon, LSW | LOCATION | DATE SEP 0 4 2003 |
| | Occ. Mental Health Therapist | (HO) | |

(1) WHITE - Chart OMR    (2) CANARY - OHS    (3) PINK - Patient Accounting    (4) GOLDENROD - Patient

FO 4 6122 REV. 3/02

PE 02877

CLINICAL ENCOUNTER RECORD

OCCUPATION:

EMPLOYER:

NURSING ASSESSMENT:

FAXED

MR#: 63 31 94   SEP 0 3 2003

OC Loc:

Name: ENGLISH.PHILIP BYE
Sex/BD: M   10 26 1954   HI

vc 141

| BP: | P: | R: | T: | WT: | HT: OCCME | Date of Service (DOS): 090303 |

Circle previous work status:   OFF   LIMITED   FULL   LMP:   First Date of Service: 1-30-03

Allergies:    Dx Code 296.32    Date of Injury (DOI): 1-2-03

Last Td:    NOI Code 300.00    ☐ Initial ✓   ☐ Interim

Meds:    LOI Code 316.00    ☐ Final   ☐ RO

## PHYSICIAN PROGRESS NOTE

**Subjective:** IPE disc. Pt describe his feeling about this. He reports being very upset abt many of the _ reported mistakeness in the IPE. This is disc.

**Objective:** No S/I; lorazepam PRN for anxiety; more focused on course of action

**Assessment:** slight improvem

**Plan:** ① Adjs TFT to 4. emot. upset   ③ flup to Rx w. Dr. Kox8 miller   ② Yoronoic med rev

Off Duty:    Start Date _____   End Date ___✓

Limited Duty:    Start Date _____   End Date _____

Full Duty:   Effective Immediately or _____

| BASED ON AN 8-HOUR DAY, EMPLOYEE CAN: | | | | EMPLOYEE IS ABLE TO: | | | | |
|---|---|---|---|---|---|---|---|---|
| Stand/Walk: | hours at a time | total hours ..... no restrictions | | Bend: | not at all | occasionally | frequently | no restrictions |
| Sit: | hours at a time | total hours ..... no restrictions | | Squat: | not at all | occasionally | frequently | no restrictions |
| Drive: | hours at a time | total hours ..... no restrictions | | Kneel: | not at all | occasionally | frequently | no restrictions |
| LIFT/CARRY: (Occasionally = up to 1/3 workday. Frequent = up to 2/3 workday) | | | | Climb: | not at all | occasionally | frequently | no restrictions |
| | | | | Reach Above Shoulders: | | | | |
| 0 - 10 lbs. | not at all | occasionally | frequently | no restrictions | | not at all | occasionally | frequently | no restrictions |
| 11 - 25 lbs. | not at all | occasionally | frequently | no restrictions | Perform Repetitive Hand Motions: | | | | |
| 26 - 40 lbs. | not at all | occasionally | frequently | no restrictions | | not at all | occasionally | frequently | no restrictions |

OTHER: _____

ASSISTIVE DEVICES? (i.e. cast, brace, crutches) _____

Medication given which could impair performance _____

Other therapy required: Frequency _____   09-08-03 8:15

Diagnosis _____   Next Appointment   1 week

| PROVIDER SIGNATURE AND TITLE | NAME (PRINT) Joan H. Koff, Ph.D. Licensed Psychologist | LOCATION HON | DATE SEP 0 3 2003 |

(1) WHITE - Chart  OMR   (2) CANARY - OHS   (3) PINK - Patient Accounting   (4) GOLDENROD - Patient

6122 REV. 3/02

PE 02878

OCCUPATION:
EMPLOYER:
NURSING ASSESSMENT:

MR#: 63 31 94                    UC Loc:
Name: ENGLISH, PHILIP E
SE9ДO: M  10 26 1954

**FAXED**
AUG 2 5 2003
BY _____ VC

OCCMED HONOI        082503

| BP: | P: | R: | T: | WT: | HT: | Date of Service (DOS): |

Circle previous work status:   OFF   LIMITED   FULL   LMP:    First Date of Service: 01/30/03

| Allergies: | Dx Code 296.32 ; 300.8 | Date of Injury (DOI): 02-02-03 |
| Last Td: | NOI Code 316.00 | Initial ✓  Interim |
| Meds: | LOI Code | Final  RO |

**PHYSICIAN PROGRESS NOTE**

Subjective: Pt says he was responsible for approx 70,000 Waikiki units; he notes that this # of appraisals are very excessive. He continues to suffer from severe financial, he talks about he are being hurt by his employer & unable to stop it & this negatively impacts his on upset; lorazep PRN  New Jersey & his life. His second continued stress intens. will leave him due to Finan. Stress.

Objective:

Assessment: ● no plan + no intens.

Plan: ① Rep TFT tr to & hormonal opst ② Motropic med under PCP rev ③ f/up w Dr. Kopp 1 week ④ crisis interv. disc.

| Off Duty: | Start Date _____ | End Date per pt |
| Limited Duty: | Start Date _____ | End Date _____ |
| Full Duty: | Effective Immediately or _____ | |

**BASED ON AN 8-HOUR DAY, EMPLOYEE CAN:**

| | | | | | EMPLOYEE IS ABLE TO: | | | |
|---|---|---|---|---|---|---|---|---|
| Stand/Walk: | hours at a time | total hours .....no restrictions | | | Bend: | not at all | occasionally | frequently | no restrictions |
| Sit: | hours at a time | total hours .....no restrictions | | | Squat: | not at all | occasionally | frequently | no restrictions |
| Drive: | hours at a time | total hours .....no restrictions | | | Kneel: | not at all | occasionally | frequently | no restrictions |
| LIFT/CARRY:  (Occasionally = up to 1/3 workday. Frequent = up to 2/3 workday) | | | | | Climb: | not at all | occasionally | frequently | no restrictions |
| 0 - 10 lbs. | not at all | occasionally | frequently | no restrictions | Reach Above Shoulders: | | | |
| 11 - 25 lbs. | not at all | occasionally | frequently | no restrictions | | not at all | occasionally | frequently | no restrictions |
| 26 - 40 lbs. | not at all | occasionally | frequently | no restrictions | Perform Repetitive Hand Motions: | not at all | occasionally | frequently | no restrictions |

OTHER: _____

ASSISTIVE DEVICES? (i.e. cast, brace, crutches) _____

Medication given which could impair performance _____

Other therapy required: Frequency _____   Pt to call to schedule follow-

Diagnosis _____   Next Appointment  1 week   432 72

| PROVIDER SIGNATURE AND TITLE | NAME (PRINT) Joan H. Koff, Ph.D. Licensed Psychologist | LOCATION Hono | DATE AUG 2 5 2003 |

(1) WHITE - Chart  OMR        (2) CANARY - OHS        (3) PINK - Patient Accounting        (4) GOLDENROD - Patient

6122 REV. 3/02

**PE 02879**

**CLINICAL ENCOUNTER RECORD**

OCCUPATION:

EMPLOYER:

NURSING ASSESSMENT: *50 min*

MR#: 63 31 94

Name: ENGLISH.PHILIP.E
Sex/BP: M 10 26 1954

UC Loc:

H1

BP:    P:    R:    T:    WT:    HT:

Circle previous work status:   OFF   LIMITED   FULL   LMP:

Allergies:

Last Td:

Meds:

Dx Code: *296.32, 300.00*
    *316*

NOI Code

LOI Code

VC *H1*

Date of Service (DOS): *082103*

First Date of Service: *01 30 03*

Date of Injury (DOI): *2-12-03*

Initial     X    Interim

Final       RO

**PHYSICIAN PROGRESS NOTE**

Subjective: *Pt describes his feelings, more open, keeps writing about what had happened at work & how abusive & threatening his boss & coworkers were.*

Objective: *Pt arrived on time, clean shaven, neatly dressed, looks calmer, more focused, able to look directly at me, posture more upright.*

Assessment: *Pt presents c̄ ↑ mood, cont. to worry about finances, less of boat, but future oriented, unsure of what to expect.*

Plan: *Pt to cont c̄ TFT prn, notices difference of calmness when practiced, Pt to f/u c̄ MD, PhD & this therapist.*

Off Duty: _____   Start Date _____   End Date _____

Limited Duty: _____   Start Date _____   End Date _____

Full Duty:   Effective Immediately or _____

| BASED ON AN 8-HOUR DAY, EMPLOYEE CAN: | | | | | EMPLOYEE IS ABLE TO: | | | |
|---|---|---|---|---|---|---|---|---|
| Stand/Walk: | hours at a time | | total hours . . . . .no restrictions | | Bend: | not at all | occasionally | frequently | no restrictions |
| Sit: | hours at a time | | total hours . . . . .no restrictions | | Squat: | not at all | occasionally | frequently | no restrictions |
| Drive: | hours at a time | | total hours . . . . .no restrictions | | Kneel: | not at all | occasionally | frequently | no restrictions |
| LIFT/CARRY: (Occasionally = up to 1/3 workday. Frequent = up to 2/3 workday) | | | | | Climb: | not at all | occasionally | frequently | no restrictions |
| 0 - 10 lbs. | not at all | occasionally | frequently | no restrictions | Reach Above Shoulders: | not at all | occasionally | frequently | no restrictions |
| 11 - 25 lbs. | not at all | occasionally | frequently | no restrictions | Perform Repetitive Hand Motions: | not at all | occasionally | frequently | no restrictions |
| 26 - 40 lbs. | not at all | occasionally | frequently | no restrictions | | | | |

OTHER: _____

ASSISTIVE DEVICES? (i.e. cast, brace, crutches) _____

Medication given which could impair performance _____ *Dr. J. Koff 8/25/03 @ 0945*

Other therapy required: Frequency _____

Diagnosis _____     Next Appointment *9/4/03 @ 1100*

PROVIDER SIGNATURE AND TITLE

NAME (PRINT)
Lillie Mundon, LSW
Occ. Mental Health Therapist

LOCATION *Hon*

DATE AUG 21 2003

(1) WHITE - Chart OMR    (2) CANARY - OHS    (3) PINK - Patient Accounting    (4) GOLDENROD - Patient

6122 REV. 3/02

PE 02880

CLINICAL ENCOUNTER RECORD

265810

**OCCUPATION:**

**EMPLOYER:**

**NURSING ASSESSMENT:**

_somin_

MR#: 63 31 94    UC Loc:

Name: ENGLISH.PHILIP.E
Sex/BD: M  10 26 1954    HI

VC

| | | | | | |
|---|---|---|---|---|---|
| BP: | P: | R: | T: | WT: | HT: |

Circle previous work status:    OFF    LIMITED    FULL    LMP: _296.32  300.00_

Allergies: _____    Dx Code _36_

Last Td: _____    NOI Code _____

Meds: _____    LOI Code _____

Date of Service (DOS): 081403
First Date of Service: 01 / 30 / 03
Date of Injury (DOI): 2-12-03

Initial ✓    Interim

Final    RO

**PHYSICIAN PROGRESS NOTE**

**Subjective:** Pt describes his fears of not trusting people, has difficulty understanding his behaviors, & willing to set next goals for himself.

**Objective:** Pt was early for his appt; neatly dressed in casual clothes, able to verbalize his situation, had to think about how he was affected emotionally; able to do TFT for ↓ anxiety & ↑ mood.

**Assessment:** Pt presents a ↓ mood, ↑ anxiety, phone & embarrassment are big issues presently. able to set next goals for himself.

**Plan:** Pt to use TFT prn to help him meet his goals, Pt to f/u c̄ MD, Ph.D & this Therapist ind/group.

Off Duty: _____    Start Date _____    End Date _____

Limited Duty: _____    Start Date _____    End Date _____

Full Duty:    **Effective Immediately** or _____

**BASED ON AN 8-HOUR DAY, EMPLOYEE CAN:**

| | | | |
|---|---|---|---|
| Stand/Walk: | hours at a time | total hours . . . . . no restrictions | |
| Sit: | hours at a time | total hours . . . . . no restrictions | |
| Drive: | hours at a time | total hours . . . . . no restrictions | |

**LIFT/CARRY:** (Occasionally = up to 1/3 workday. Frequent = up to 2/3 workday)

| | | | | |
|---|---|---|---|---|
| 0 - 10 lbs. | not at all | occasionally | frequently | no restrictions |
| 11 - 25 lbs. | not at all | occasionally | frequently | no restrictions |
| 26 - 40 lbs. | not at all | occasionally | frequently | no restrictions |

**EMPLOYEE IS ABLE TO:**

| | | | | |
|---|---|---|---|---|
| Bend: | not at all | occasionally | frequently | no restrictions |
| Squat: | not at all | occasionally | frequently | no restrictions |
| Kneel: | not at all | occasionally | frequently | no restrictions |
| Climb: | not at all | occasionally | frequently | no restrictions |
| Reach Above Shoulders: | not at all | occasionally | frequently | no restrictions |
| Perform Repetitive Hand Motions: | not at all | occasionally | frequently | no restrictions |

OTHER: _____

ASSISTIVE DEVICES? (i.e. cast, brace, crutches) _____

Medication given which could impair performance _____

Other therapy required: Frequency _____

Diagnosis _____    Next Appointment 8/21/03 @ 1100

| PROVIDER SIGNATURE AND TITLE | NAME (PRINT) Lillie Mundon, LSW  Occ. Mental Health Therapist | LOCATION HOn | DATE 8/14/03 |
|---|---|---|---|

(1) WHITE - Chart OMR    (2) CANARY - OHS    (3) PINK - Patient Accounting    (4) GOLDENROD - Patient

6122 REV. 3/02

PE 02881

KAISER PERMANENTE®   CLINICAL ENCOUNTER RECORD

**OCCUPATION:**

**EMPLOYER:**

**NURSING ASSESSMENT:**   50 min

MR#: 63 31 94
Name:
Sex/BD:
ENGLISH.PHILIP.E
M  10 26 1954   HI

UC Loc:

vc HI

BP:   P:   R:   T:   WT:   OCC: HON   Date of Service (DOS): 003

Circle previous work status:   OFF   LIMITED   FULL   LMP:   First Date of Service:

Allergies:   Dx Code 296.32, 300.00   Date of Injury (DOI): 01-30-03
                         316

Last Td:   NOI Code _____   Initial ___ X ___ Interim

Meds:   LOI Code _____   Final ___ RO

**PHYSICIAN PROGRESS NOTE**

**Subjective:** Pt states that he has had a "shift," is feeling better, isolating himself less, setting mini goals for himself.

**Objective:** Pt is on time, is neatly dressed in aloha shirt & shorts, able to verbalize his feelings more clearly & offers suggestions on how he can help himself.

**Assessment:** Pt presents ↓ mood but improvement from last time I had talked to him, continues to be anxious, worries about future, but not all of the time.

**Plan:** ↑ to exercise more, have + social interaction, f/u c̄ MD, Ph. D & group + c̄ this Therapist in one wk.

Off Duty: _____   Start Date _____   End Date _____

Limited Duty: _____   Start Date _____   End Date _____

Full Duty:   **Effective Immediately** or _____

**BASED ON AN 8-HOUR DAY, EMPLOYEE CAN:**

| | | | | |
|---|---|---|---|---|
| Stand/Walk: | hours at a time | total hours ..... no restrictions |
| Sit: | hours at a time | total hours ..... no restrictions |
| Drive: | hours at a time | total hours ..... no restrictions |

LIFT/CARRY: (Occasionally = up to 1/3 workday. Frequent = up to 2/3 workday)

| | | | | |
|---|---|---|---|---|
| 0 - 10 lbs. | not at all | occasionally | frequently | no restrictions |
| 11 - 25 lbs. | not at all | occasionally | frequently | no restrictions |
| 26 - 40 lbs. | not at all | occasionally | frequently | no restrictions |

**EMPLOYEE IS ABLE TO:**

| | | | | |
|---|---|---|---|---|
| Bend: | not at all | occasionally | frequently | no restrictions |
| Squat: | not at all | occasionally | frequently | no restrictions |
| Kneel: | not at all | occasionally | frequently | no restrictions |
| Climb: | not at all | occasionally | frequently | no restrictions |
| Reach Above Shoulders: | | not at all | occasionally | frequently | no restrictions |
| Perform Repetitive Hand Motions: | | not at all | occasionally | frequently | no restrictions |

OTHER: _____

ASSISTIVE DEVICES? (i.e. cast, brace, crutches) _____

Medication given which could impair performance _____

Other therapy required: Frequency _____

Diagnosis _____   Next Appointment Aug. 14, 03 @ 1100

PROVIDER SIGNATURE AND TITLE: [signature] L.S.W

NAME (PRINT): Lillie Mundon, LSW
Occ. Mental Health Therapist

LOCATION: HON

DATE: AUG 7 2003

(1) WHITE - Chart OMR   (2) CANARY - OHS   (3) PINK - Patient Accounting   (4) GOLDENROD - Patient

6122 REV. 3/02

FOR

PE 02882

FAXED
JUL 31 2003
BY

OCCUPATION:

EMPLOYER:

NURSING ASSESSMENT:                    45—

MR#: 633194
UC Loc:

Name: English, Philip
Sex/BD: M   10-26-54

vc

| BP: | P: | R: | T: | WT: | HT: |
|-----|----|----|----|----|----|

Circle previous work status:   OFF   LIMITED   FULL   LMP:

Date of Service (DOS): 7-31-03
First Date of Service: 1/30/2003
Date of Injury (DOI): 2-12-03

Allergies:

Last Td:

Meds:

Dx Code: 296.32
NOI Code: 300.00
LOI Code: 316.00

Initial ✓   Interim
Final        RO

**PHYSICIAN PROGRESS NOTE**

Subjective: Pt authorizes release of 2/24/03 letter. There is disc. of Dr. Love's commun. re Li & Ki function. Pt says he will flip c Dr. Love. He is aware of currey re (presented to L) guidelines which he is using use of Kotopics for conditions such as his. He talks abt

Objective: Slightly more forward think ; difficult evers at work - contradicty expectations (be innovative vs. obey no SI ; w H/S directives) + gives examples (appraisal rept, etc) Also discribes hurdls of trying to please his superv (also conflicting directives disc.)

Assessment: (lyr impry)

Plan: ① flip w/Dr Kopf re 3 week ③ crises review. disc. ④ flip w. Lillie Meinke ② letter sent ④ pt plans to speak w. Dr. Love re med + (LSW) ⑤ f/u re diry provides vacn

Off Duty:                    Start Date _____    End Date ___ ✓

Limited Duty:                Start Date _____    End Date _____

Full Duty:   Effective Immediately or _____

**BASED ON AN 8-HOUR DAY, EMPLOYEE CAN:**

| | | | | **EMPLOYEE IS ABLE TO:** | | | |
|---|---|---|---|---|---|---|---|
| Stand/Walk | hours at a time | total hours ..... no restrictions | | Bend: | not at all | occasionally | frequently | no restrictions |
| Sit: | hours at a time | total hours ..... no restrictions | | Squat: | not at all | occasionally | frequently | no restrictions |
| Drive: | hours at a time | total hours ..... no restrictions | | Kneel: | not at all | occasionally | frequently | no restrictions |
| LIFT/CARRY: | (Occasionally = up to 1/3 workday. Frequent = up to 2/3 workday) | | | Climb: | not at all | occasionally | frequently | no restrictions |
| 0 - 10 lbs. | not at all | occasionally | frequently | no restrictions | Reach Above Shoulders: | | | |
| 11 - 25 lbs. | not at all | occasionally | frequently | no restrictions | | not at all | occasionally | frequently | no restrictions |
| 26 - 40 lbs. | not at all | occasionally | frequently | no restrictions | Perform Repetitive Hand Motions: | | | |
| | | | | | not at all | occasionally | frequently | no restrictions |

OTHER: _____ Lillie - 8-7-03 @1100

ASSISTIVE DEVICES? (i.e. cast, brace, crutches) _____ Joan - 8-25-03 @945

Medication given which could impair performance _____

Other therapy required: Frequency _____

Diagnosis _____   Next Appointment 3 week Kopf Lillie

PROVIDER SIGNATURE AND TITLE
Joan H. Koff

NAME (PRINT)
Joan H. Koff, Ph.D.
Licensed Psychologist

LOCATION: HON

DATE: JUL 31 2003

(1) WHITE - Chart OMR   (2) CANARY - OHS   (3) PINK - Patient Accounting   (4) GOLDENROD - Patient

1122 REV. 3/02

PE 02883

CLINICAL ENCOUNTER RECORD

**OCCUPATION:**

**EMPLOYER:**

**NURSING ASSESSMENT:**

MR#:
Name: 63 31 94
Sex/BD:
ENGLISH, PHILIP, E
M   10 26 1954

UC LOC
JUL 24 2003
H1

VC H1

$5m
+
dictn

| BP: | P: | R: | T: | WT: OCCMED HONOL | Date of Service (DOS): 0 12403 |
|---|---|---|---|---|---|
| Circle previous work status: | OFF | LIMITED | FULL | LMP: | First Date of Service: 01/30/03 |

| Allergies: | Dx Code | 396.32 | Date of Injury (DOI): 02/12/03 |
| Last Td: | NOI Code | 300.00 | Initial ___ ✓ ___ Interim |
| Meds: | LOI Code | 316.00 | Final ___ ___ RO |

**PHYSICIAN PROGRESS NOTE**

Subjective: Pt notes he feels "humiliation" + feels "beaten down" says this relates to no + no of negative interactions at wk. Thus he want to avoid others; anxiety generalized Behavioral anxiety methods taught; breathg; muscular tens'n; thoughts.

Objective: ↑more talkative; ↑problem solvg steps — able to contract for safety cncl known providers; call urgent care appt; go to urgent care/ER or call 911

Assessment:

Plan ① pt given # f soc services → to cont med
② DOI reviewed — 1/30/03 is DOI
continued stress
③ pt will consult w. Dr. Love + thereby seek tropic medic.
④ letter dictated
⑤ Anxiety [remains]
Prescript

| Off Duty: | Start Date _____ | End Date ___ [re ✓] |
| Limited Duty: | Start Date _____ | End Date _____ |
| Full Duty: | Effective Immediately or _____ | |

**BASED ON AN 8-HOUR DAY, EMPLOYEE CAN:**

| | | | EMPLOYEE IS ABLE TO: | | | |
|---|---|---|---|---|---|---|
| Stand/Walk | hours at a time | total hours .....no restrictions | Bend: | not at all | occasionally | frequently | no restrictions |
| Sit: | hours at a time | total hours .....no restrictions | Squat: | not at all | occasionally | frequently | no restrictions |
| Drive: | hours at a time | total hours .....no restrictions | Kneel: | not at all | occasionally | frequently | no restrictions |
| LIFT/CARRY: (Occasionally = up to 1/3 workday. Frequent = up to 2/3 workday) | | | Climb: | not at all | occasionally | frequently | no restrictions |
| 0 - 10 lbs. | not at all | occasionally | frequently | no restrictions | Reach Above Shoulders: | not at all | occasionally | frequently | no restrictions |
| 11 - 25 lbs. | not at all | occasionally | frequently | no restrictions | Perform Repetitive Hand Motions: | not at all | occasionally | frequently | no restrictions |
| 26 - 40 lbs. | not at all | occasionally | frequently | no restrictions | | | | | |

OTHER: _____

ASSISTIVE DEVICES? (i.e. cast, brace, crutches) _____

Medication given which could impair performance _____

Other therapy required: Frequency _____

Diagnosis _____   Next Appointment 1 week
7/31/03  10:30

| PROVIDER SIGNATURE AND TITLE | NAME (PRINT) Joan H. Koff, Ph.D. Licensed Psychologist | LOCATION HON | DATE JUL 24 2003 |
| Joan H. Koff | | | |

(1) WHITE - Chart OMR     (2) CANARY - OHS     (3) PINK - Patient Accounting     (4) GOLDENROD - Patient

FO 4 6122 REV. 3/02

PE 02884

| OCCUPATION: | | | | | MR#: 63 31 | | UC Loc: |
|---|---|---|---|---|---|---|---|
| **EMPLOYER:** | | | | | | | |
| **NURSING ASSESSMENT:** | | *Group* | | Name: ENGLISH, PHILIP, E | | | |
| | | | | Sex/BD: 10 26 1954 | H1 | | |

OCCHED HONOL    072403    VC    H1

| BP: | P: | R: | T: | WT: | HT: | Date of Service (DOS): |
|---|---|---|---|---|---|---|
| Circle previous work status: | | OFF  LIMITED  FULL  LMP: | | | | First Date of Service: |

| Allergies: | Dx.Code 296.32, 300.00, 316 | Date of Injury (DOI): 02-12-03 |
|---|---|---|
| Last Td: | NOI Code _____ | _____ Initial   X   Interim |
| Meds: | LOI Code _____ | _____ Final   _____ RO |

**PHYSICIAN PROGRESS NOTE**  Pt arrived about 20 min late for group session; He states that

Subjective: his son had come ē him & was waiting in the waiting area.

Objective: Pt was very quiet, did not say much, seemed withdrawn, he was casually dressed but neat, shaven, hair combed & said Thank you to a group member who gave him sushi which he had brought to share.

Assessment: Pt presents ē ↓mood, ↑anxiety, able to listen to group members, did say where he worked to new member.

Plan: Pt to ch ē Quest program if he should qualify, will also investigate other avenues for aid; pt to keep appt ē J.Lilly, Ph.D ī group today — f/u ē MD + group.

| Off Duty: | Start Date _____ | End Date _____ |
|---|---|---|
| Limited Duty: | Start Date _____ | End Date _____ |
| Full Duty:   Effective Immediately or _____ | | |

**BASED ON AN 8-HOUR DAY, EMPLOYEE CAN:**

| | | | | **EMPLOYEE IS ABLE TO:** | | | | |
|---|---|---|---|---|---|---|---|---|
| Stand/Walk | hours at a time | total hours . . . . .no restrictions | | Bend: | not at all | occasionally | frequently | no restrictions |
| Sit | hours at a time | total hours . . . . .no restrictions | | Squat: | not at all | occasionally | frequently | no restrictions |
| Drive | hours at a time | total hours . . . . .no restrictions | | Kneel: | not at all | occasionally | frequently | no restrictions |
| LIFT/CARRY: *(Occasionally = up to 1/3 workday. Frequent = up to 2/3 workday)* | | | | Climb: | not at all | occasionally | frequently | no restrictions |
| 0 - 10 lbs. | not at all | occasionally | frequently  no restrictions | Reach Above Shoulders: | | | | |
| 11 - 25 lbs. | not at all | occasionally | frequently  no restrictions | | not at all | occasionally | frequently | no restrictions |
| 26 - 40 lbs. | not at all | occasionally | frequently  no restrictions | Perform Repetitive Hand Motions: | | | | |
| | | | | | not at all | occasionally | frequently | no restrictions |

OTHER: _____

ASSISTIVE DEVICES? (i.e. cast, brace, crutches) _____

Medication given which could impair performance _____

Other therapy required: Frequency _____

Diagnosis _____                                   Next Appointment _____

| PROVIDER SIGNATURE AND TITLE | NAME (PRINT) Lilie Mundon, LSW | LOCATION | DATE |
|---|---|---|---|
| *Mundon, LSW* | Occ. Mental Health Therapist | HSI | JUL 24 2003 |
| (1) WHITE - Chart  OMR | (2) CANARY - OHS | (3) PINK - Patient Accounting | (4) GOLDENROD - Patient |

6122 REV. 3/02

PE 02885

CLINICAL ENCOUNTER RECORD

OCCUPATION:

EMPLOYER:

NURSING ASSESSMENT:                    90 ~

MR#:                    UC Loc:

**FAXED**
JUL 21 [illegible]
BY _____

] 63 31 94
ENGLISH.PHILIP.E
M   10 26 1954                    HI
                                 VC

| BP: | P: | R: | T: | WT: | HT: | Date of Service (DOS) | 072103 |
| Circle previous work status: | OFF | LIMITED | FULL | LMP: | | First Date of Service: | |

Allergies:

Last Td:

Meds:

Dx Code    296.32
NOI Code   300.00
LOI Code   316.00

Date of Injury (DOI)   2-12-03

Initial  ✓        Interim

Final             RO

**PHYSICIAN PROGRESS NOTE**

Subjective: Financial stress has become critical. Pt threatened w. boat (home) seizure from Ass; lender. Has borrowed money from others .. "is all tapped out".

Objective: Very depressed; vague S/I; able to contract for safety (see plan) Pt refused psych hosp today

Assessment: PTSD Stress

Plan: ① Crisis intervent: 911; call known providers; urgent th ER as nec ② f/up w/ th 2-3 days ③ as needed consult w. Provider (done 6/21/0_)

| Off Duty: | Start Date _____ | End Date _____ per |
| Limited Duty: | Start Date _____ | End Date _____ |

Full Duty:   Effective Immediately or _____

**BASED ON AN 8-HOUR DAY, EMPLOYEE CAN:**

| | | | **EMPLOYEE IS ABLE TO:** | | | |
|---|---|---|---|---|---|---|
| Stand/Walk | hours at a time | total hours .....no restrictions | Bend: | not at all | occasionally | frequently | no restrictions |
| Sit: | hours at a time | total hours .....no restrictions | Squat: | not at all | occasionally | frequently | no restrictions |
| Drive: | hours at a time | total hours .....no restrictions | Kneel: | not at all | occasionally | frequently | no restrictions |

LIFT/CARRY:  (Occasionally = up to 1/3 workday. Frequent = up to 2/3 workday)

Climb:   not at all   occasionally   frequently   no restrictions

| 0 - 10 lbs. | not at all | occasionally | frequently | no restrictions | Reach Above Shoulders: |
| 11 - 25 lbs. | not at all | occasionally | frequently | no restrictions | not at all | occasionally | frequently | no restrictions |
| 26 - 40 lbs. | not at all | occasionally | frequently | no restrictions | Perform Repetitive Hand Motions: not at all | occasionally | frequently | no restrictions |

OTHER: _____

ASSISTIVE DEVICES? (i.e. cast, brace, crutches) _____

Medication given which could impair performance _____

Other therapy required: Frequency     07.24.03     4:15

Diagnosis _____     Next Appointment   2 days

| PROVIDER SIGNATURE AND TITLE | NAME (PRINT) Joan H. Koff, Ph.D. Licensed Psychologist | LOCATION HON | DATE JUL 21 2003 |

(1) WHITE - Chart  OMR    (2) CANARY - OHS    (3) PINK - Patient Accounting    (4) GOLDENROD - Patient

6122 REV. 3/02

**PE 02886**

OCCUPATION:

EMPLOYER:

NURSING ASSESSMENT:

MR#: 63 31

UC Loc:

Name ENGLISH,PHILIP,E
Sex/BD: 10 26 1954

FAXED
JUL 14 2003
BY ___
HI ___ VC ___

| BP: | P: | R: | T: | WT: | HT: | Date of Service (DOS): |

Circle previous work status:   OFF   LIMITED   FULL   LMP:

First Date of Service:

Allergies:

Last Td:

Meds:

Dx Code 296.32
           300.00
NOI Code
           316.0
LOI Code

Date of Injury (DOI): 02-12-03

____ Initial   ✓   ____ Interim
____ Final         ____ RO

**PHYSICIAN PROGRESS NOTE**

Subjective: Patient speaks abt an 4 range of subjects. trust; interpersonal avoidance; interpersonal relationships; hh tasks; future thoughts abt what he might due; home; med. insurance needs

Objective: sad; some @action described; no s/i disc; able to exercise encouraged   contract for safety; known provider

Assessment:

Slight improved

Plan: ① f/up 4 others/1 week  ③ pt to walk for exercise daily
       ② gp therapy 1 week ④

Off Duty:                     Start Date _____   End Date _____

Limited Duty:               Start Date _____   End Date _____

Full Duty:   Effective immediately or _____

**BASED ON AN 8-HOUR DAY, EMPLOYEE CAN:**

| | | | | **EMPLOYEE IS ABLE TO:** | | | |
|---|---|---|---|---|---|---|---|
| Stand/Walk: | hours at a time | total hours.....no restrictions | | Bend: | not at all | occasionally | frequently | no restrictions |
| Sit: | hours at a time | total hours.....no restrictions | | Squat: | not at all | occasionally | frequently | no restrictions |
| Drive: | hours at a time | total hours.....no restrictions | | Kneel: | not at all | occasionally | frequently | no restrictions |
| LIFT/CARRY: (Occasionally = up to 1/3 workday. Frequent = up to 2/3 workday) | | | | Climb: | not at all | occasionally | frequently | no restrictions |
| 0 - 10 lbs. | not at all | occasionally | frequently | no restrictions | Reach Above Shoulders: | | | |
| 11 - 25 lbs. | not at all | occasionally | frequently | no restrictions | | not at all | occasionally | frequently | no restrictions |
| 26 - 40 lbs. | not at all | occasionally | frequently | no restrictions | Perform Repetitive Hand Motions: | | | |
| | | | | | not at all | occasionally | frequently | no restrictions |

OTHER:

ASSISTIVE DEVICES? (i.e. cast, brace, crutches)

Medication given which could impair performance _____ 7-21-03 @

Other therapy required: Frequency _____ 330

Diagnosis _____   Next Appointment  1 week

| PROVIDER SIGNATURE AND TITLE | NAME (PRINT) Joan H. Koff, Ph.D. Licensed Psychologist | LOCATION  Hon | DATE JUL 14 2003 |

(1) WHITE - Chart. OMR     (2) CANARY - OHS     (3) PINK - Patient Accounting     (4) GOLDENROD - Patient

PE 02887

FAXED
JUL -7 2003

KAISER PERMANENTE® — CLINICAL ENCOUNTER RECORD

OCCUPATION:

EMPLOYER:

NURSING ASSESSMENT:

MR#:

Name: 63 31 94
Sex/BD:

ENGLISH, PHILIP E
M 10 26 1954

HI

VO HI

| BP: | P: | R: | T: | WT: | HT: |
|---|---|---|---|---|---|

Circle previous work status:   OFF   LIMITED   FULL   LMP:

Date of Service (DOS): 070713

First Date of Service:

Allergies:

Last Td:

Meds:

Dx Code 296.32;
300.00;

NOI Code

LOI Code 316.0

Date of Injury (DOI): 2-12-03

Initial _____ Interim

Final _____ RO

**PHYSICIAN PROGRESS NOTE** Pt describes + financial stress bec there has been no response

Subjective: Pt describes + financial stress bec there has been no more TDI check. Pt describes relentless criticism at work place following his awareness of reported wrongdoing. He notes the ↓ in his self-confidence; his confidence continue to be poor. Expresses difficulty w. trust + anxiety

Objective: Very upset; unable to focus — vague SI = no intent; no plan; ⊕ history — able to contract for safety to seek tx for ⊕ SX w. known provider urgent for ER care + or call 911.

Assessment:
① Stress
⑤ Pt to f/up w. DHS + quest. office to ↑ some sense of financial stability
⑥ IME again requested. ④ Pt. committed himself to safety contract

Plan:
① f/up for tx ×/week
② gp tx
③ Atropic med consult (Abegleris) to be sched — pr is in process w. Dr — IME

Off Duty: ____ Start Date _____ End Date REV ____

Limited Duty: ____ Start Date _____ End Date _____

Full Duty:   Effective Immediately or _____

| BASED ON AN 8-HOUR DAY, EMPLOYEE CAN: | | | | EMPLOYEE IS ABLE TO: | | | | |
|---|---|---|---|---|---|---|---|---|
| Stand/Walk: | hours at a time | total hours .....no restrictions | | Bend: | not at all | occasionally | frequently | no restrictions |
| Sit: | hours at a time | total hours .....no restrictions | | Squat: | not at all | occasionally | frequently | no restrictions |
| Drive: | hours at a time | total hours .....no restrictions | | Kneel: | not at all | occasionally | frequently | no restrictions |
| LIFT/CARRY: (Occasionally = up to 1/3 workday. Frequent = up to 2/3 workday) | | | | Climb: | not at all | occasionally | frequently | no restrictions |
| 0 - 10 lbs. | not at all | occasionally | frequently | no restrictions | Reach Above Shoulders: not at all | occasionally | frequently | no restrictions |
| 11 - 25 lbs. | not at all | occasionally | frequently | no restrictions | Perform Repetitive Hand Motions: | | | |
| 26 - 40 lbs. | not at all | occasionally | frequently | no restrictions | not at all | occasionally | frequently | no restrictions |

OTHER: _____

ASSISTIVE DEVICES? (i.e. cast, brace, crutches) _____

Medication given which could impair performance   7-14-03 @ 330

Other therapy required: Frequency _____

Diagnosis _____ Next Appointment 1 week

FORM 6122 REV. 3/02

| PROVIDER SIGNATURE AND TITLE | NAME (PRINT) Joan H. Korff, Ph.D. Licensed Psychologist | LOCATION Hon | DATE JUL 07 2003 |
|---|---|---|---|

(1) WHITE - Chart OMR      (2) CANARY - OHS      (3) PINK - Patient Accounting      (4) GOLDENROD - Patient

PE 02888

OCCUPATION:

EMPLOYER:

NURSING ASSESSMENT:

*Grant*

MR#: 63 31 95                    UC Loc:

Name: ENGLISH,PHILIP,E
Sex/BD: M    10 26 1954    HI

vc *HI*

OCCMED HONOL   O 102 03

BP:    P:    R:    T:    WT:    HT:    Date of Service (DOS):

Circle previous work status:    OFF    LIMITED    FULL    LMP:    First Date of Service:

| | | Date of Injury (DOI): 02-12-03 |
|---|---|---|
| Allergies: | Dx Code 296.32 , 316  300.00 | |
| Last Td: | NOI Code | Initial ☒ Interim |
| Meds: | LOI Code | Final       RO |

**PHYSICIAN PROGRESS NOTE**

Subjective: Pt reports how confused & frustrated he has been re his Wk situation! States TDI to soon, but unable to make head or tails out of what he has since gotten, & statements & did not receive all TDF chs..

Objective: Pt appears anxious, has difficulty concentrating & remembering dates, days, time, etc. Pt stayed after group & learned Thought Field Therapy (TFT) to ↓ anxiety. (eB, e, A, c, PR). Subs 8 ↓ 6↓?

Assessment: Pt presents c ↑ anxiety, ↓ mood, c all g the above, but able to participate in group.

Plan: Pt to use TFT prn; Pt to b/u c MD, Ph.D & group.

Off Duty:                    Start Date _____    End Date _____

Limited Duty:                Start Date _____    End Date _____

Full Duty:    Effective Immediately or _____

**BASED ON AN 8-HOUR DAY, EMPLOYEE CAN:**

| | | | | | **EMPLOYEE IS ABLE TO:** | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Stand/Walk: | hours at a time | total hours .... no restrictions | | | Bend: | not at all | occasionally | frequently | no restrictions |
| Sit: | hours at a time | total hours .... no restrictions | | | Squat: | not at all | occasionally | frequently | no restrictions |
| Drive: | hours at a time | total hours .... no restrictions | | | Kneel: | not at all | occasionally | frequently | no restrictions |
| LIFT/CARRY: (Occasionally = up to 1/3 workday. Frequent = up to 2/3 workday) | | | | | Climb: | not at all | occasionally | frequently | no restrictions |
| 0 - 10 lbs. | not at all | occasionally | frequently | no restrictions | Reach Above Shoulders: | not at all | occasionally | frequently | no restrictions |
| 11 - 25 lbs. | not at all | occasionally | frequently | no restrictions | Perform Repetitive Hand Motions: | | | | |
| 26 - 40 lbs. | not at all | occasionally | frequently | no restrictions | | not at all | occasionally | frequently | no restrictions |

OTHER: _____

ASSISTIVE DEVICES? (i.e. cast, brace, crutches) _____

Medication given which could impair performance _____

Other therapy required: Frequency _____

Diagnosis _____    Next Appointment _____

| PROVIDER SIGNATURE AND TITLE | NAME (PRINT) Lille Mundon, LSW Occ. Mental Health Therapist | LOCATION HON | DATE JUL 0 2 2003 |
|---|---|---|---|
| *Lillie Mundon (LSW)* | | | |

FORM 6122 REV. 3/02

(1) WHITE - Chart  OMR        (2) CANARY - OHS        (3) PINK - Patient Accounting        (4) GOLDENROD - Patient

PE 02889

KAISER PERMANENTE®   CLINICAL ENCOUNTER RECORD

OCCUPATION:

EMPLOYER:

NURSING ASSESSMENT:

*group*

MR#: 63 31 94    UC Loc:

Name: ENGLISH,PHILIP,E
Sex/BD: M 10 26 1954    HI

OCCMED HONOL    062603    VC HI

| BP: | P: | R: | T: | WT: | HT: | Date of Service (DOS): |

Circle previous work status:    OFF    LIMITED    FULL    LMP:    First Date of Service:

Allergies: _____    Dx Code 296.32 , 311    Date of Injury (DOI): 02-12-03
                                        500.00
Last Td: _____    NOI Code _____    Initial ____ ✓ ____ Interim

Meds: _____    LOI Code _____    Final ____ RO

**PHYSICIAN PROGRESS NOTE**

Subjective: Pt describes facing the many unknowns, financial (unsure of TDI payments), job security (does he have one) + safety issues (retaliation).

Objective: Pt will continue seeking help from his church, may be able to volunteer services; pt to create safe environment + have awareness intact.

Assessment: Pt presents c̄ anxiety, worries all the time, ↓ mood, unsure of future, however, able to participate well in group.

Plan: Pt to cont c̄ church activities; pt to f/u c̄ MD, Ph.D + group

Off Duty: _____    Start Date _____    End Date _____

Limited Duty: _____    Start Date _____    End Date _____

Full Duty:    Effective Immediately or _____

| BASED ON AN 8-HOUR DAY, EMPLOYEE CAN: | | | EMPLOYEE IS ABLE TO: | | | | |
|---|---|---|---|---|---|---|---|
| Stand/Walk: | hours at a time | total hours ....no restrictions | Bend: | not at all | occasionally | frequently | no restrictions |
| Sit: | hours at a time | total hours ....no restrictions | Squat: | not at all | occasionally | frequently | no restrictions |
| Drive: | hours at a time | total hours ....no restrictions | Kneel: | not at all | occasionally | frequently | no restrictions |
| LIFT/CARRY: (Occasionally = up to 1/3 workday. Frequent = up to 2/3 workday) | | | Climb: | not at all | occasionally | frequently | no restrictions |
| 0 - 10 lbs. | not at all | occasionally | frequently | no restrictions | Reach Above Shoulders: | | |
| 11 - 25 lbs. | not at all | occasionally | frequently | no restrictions | | not at all | occasionally | frequently | no restrictions |
| 26 - 40 lbs. | not at all | occasionally | frequently | no restrictions | Perform Repetitive Hand Motions: | | |
| | | | | | | not at all | occasionally | frequently | no restrictions |

OTHER: _____

ASSISTIVE DEVICES? (i.e. cast, brace, crutches) _____

Medication given which could impair performance _____

Other therapy required: Frequency _____

Diagnosis _____    Next Appointment _____

| PROVIDER SIGNATURE AND TITLE | NAME (PRINT) | LOCATION | DATE JUN 26 2003 |
|---|---|---|---|
| *Lmundon, LSW* | Lillie Mundon, LSW Occ. Mental Health Therapist | HON7 | |

6122 REV. 3/02

(1) WHITE - Chart OMR    (2) CANARY - OHS    (3) PINK - Patient Accounting    (4) GOLDENROD - Patient

PE 02890

OCCUPATION:

EMPLOYER:

NURSING ASSESSMENT:                    45min

MR#:                    63 31 94    UC    JUN 2 3 2003
Name:
Sex/BD:    ENGLISH.PHILIP.E
         M  10 26 1954            H1

FAXED
BY
VC

BP:        P:        R:        T:        WT:        HT:
Date of Service (DOS):  J  062303

Circle previous work status:  OFF   LIMITED   FULL   LMP:
First Date of Service:

Date of Injury (DOI):  2|12|07

Allergies:                    Dx Code  296.22;
Last Td:                    NOI Code  300.00; 316
Meds:                    LOI Code

Initial  ✓   Interim
Final        RO

PHYSICIAN PROGRESS NOTE

Subjective: _A yacks abot his tendency to withdraw — he notes the silentless criticism had caused him to feel doubt that his skills & tends to withdraw & feel anxious_

Objective: _Worried ; loss of confidence    no S/I ; no H.I_
_sleep improved        anxiety attack described_
_depressed_

Assessment:
_as above_

Plan: ①_F/up 40hr : 2weeks_  ③_gp thy_  ④_F/up to flup w. PCP_
_re to tropic med rev_
②_as needed to tropic med rev_ ✓

Off Duty:                Start Date _____    End Date  NN✓

Limited Duty:            Start Date _____    End Date _____

Full Duty:    Effective Immediately or _____

BASED ON AN 8-HOUR DAY, EMPLOYEE CAN:

| | hours at a time | total hours .....no restrictions |
|---|---|---|
| Stand/Walk: | hours at a time | total hours .....no restrictions |
| Sit: | hours at a time | total hours .....no restrictions |
| Drive: | hours at a time | total hours .....no restrictions |

LIFT/CARRY:   (Occasionally = up to 1/3 workday. Frequent = up to 2/3 workday)

| | | | | |
|---|---|---|---|---|
| 0 - 10 lbs. | not at all | occasionally | frequently | no restrictions |
| 11 - 25 lbs. | not at all | occasionally | frequently | no restrictions |
| 26 - 40 lbs. | not at all | occasionally | frequently | no restrictions |

EMPLOYEE IS ABLE TO:

| | | | | |
|---|---|---|---|---|
| Bend: | not at all | occasionally | frequently | no restrictions |
| Squat: | not at all | occasionally | frequently | no restrictions |
| Kneel: | not at all | occasionally | frequently | no restrictions |
| Climb: | not at all | occasionally | frequently | no restrictions |
| Reach Above Shoulders: | not at all | occasionally | frequently | no restrictions |
| Perform Repetitive Hand Motions: | not at all | occasionally | frequently | no restrictions |

OTHER: _____

ASSISTIVE DEVICES? (i.e. cast, brace, crutches) _____  7-7-03 @ 330

Medication given which could impair performance _____

Other therapy required: Frequency _____  /—

Diagnosis _____    Next Appointment  2 week

PROVIDER SIGNATURE AND TITLE                NAME (PRINT) **Joan H. Koff, Ph.D.**    LOCATION    DATE
_____                    **Licensed Psychologist**        HN    JUN 2 3 2003

6122 REV. 3/02        FOR

(1) WHITE - Chart. OMR        (2) CANARY - OHS        (3) PINK - Patient Accounting        (4) GOLDENROD - Patient

PE 02891

KAISER PERMANENTE®    CLINICAL ENCOUNTER RECORD    239452

**OCCUPATION:**

**EMPLOYER:**

**NURSING ASSESSMENT:**

Group

MR# 633194

Name: English, Philip
Sex/BD: M  10-26-54

VC  H1

| BP: | P: | R: | T: | WT: | HT: | Date of Service (DOS): 6-19-03 |
| Circle previous work status: | OFF | LIMITED | FULL | LMP: | First Date of Service: |

| Allergies: | Dx Code 296.32, 3000 | Date of Injury (DOI): 2-12-03 |
| Last Td: | 316 NOI Code _____ | Initial ✓ Interim |
| Meds: | LOI Code _____ | Final _____ RO |

**PHYSICIAN PROGRESS NOTE**

Subjective: Pt reports difficulty concentrating, & knowing day of week or dates, financial problems & facing safety issues; is thankful his church supplies him ē food.

Objective: Pt dressed neatly, able to ask group members about their wc claims, & volunteered info about his.

Assessment: Pt presents ē ↑ anxiety + ↓ mood, fearful, worrisome about future, but participates well in group.

Plan: Pt to volunteer his time ē his church or group of his choice, Pt to f/u ē MD, Ph.D + group.

| Off Duty: | Start Date _____ | End Date _____ |
| Limited Duty: | Start Date _____ | End Date _____ |
| Full Duty: | Effective Immediately or _____ | |

**BASED ON AN 8-HOUR DAY, EMPLOYEE CAN:**

| | | | | **EMPLOYEE IS ABLE TO:** | | | |
|---|---|---|---|---|---|---|---|
| Stand/Walk: | hours at a time | total hours .... no restrictions | | Bend: | not at all | occasionally | frequently | no restrictions |
| Sit: | hours at a time | total hours .... no restrictions | | Squat: | not at all | occasionally | frequently | no restrictions |
| Drive: | hours at a time | total hours .... no restrictions | | Kneel: | not at all | occasionally | frequently | no restrictions |
| LIFT/CARRY: | (Occasionally = up to 1/3 workday. Frequent = up to 2/3 workday) | | | Climb: | not at all | occasionally | frequently | no restrictions |
| 0 - 10 lbs. | not at all | occasionally | frequently | no restrictions | Reach Above Shoulders: | | | |
| 11 - 25 lbs. | not at all | occasionally | frequently | no restrictions | | not at all | occasionally | frequently | no restrictions |
| 26 - 40 lbs. | not at all | occasionally | frequently | no restrictions | Perform Repetitive Hand Motions: | | | |
| | | | | | not at all | occasionally | frequently | no restrictions |

OTHER: _____

ASSISTIVE DEVICES? (i.e. cast, brace, crutches) _____

Medication given which could impair performance _____

Other therapy required: Frequency _____

Diagnosis _____    Next Appointment _____

| PROVIDER SIGNATURE AND TITLE | NAME (PRINT) Lillie Mundon, LSW | LOCATION | DATE |
| | Occ. Mental Health Therapist | HON | JUN 19 2003 |

6122 REV. 3/02

(1) WHITE - Chart OMR    (2) CANARY - OHS    (3) PINK - Patient Accounting    (4) GOLDENROD - Patient

PE 02892

**NURSE PERMANENTE.  CLINICAL ENCOUNTER RECORD** 259633

| | |
|---|---|
| OCCUPATION: | MR#: |
| EMPLOYER: | UC Loc: |
| NURSING ASSESSMENT: | Name: 63 31 94 |
| *[signature]* | Sex/BD: ENGLISH,PHILIP,E  M  10 26 1954  HI |
| | VC 141 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| BP: | P: | R: | T: | WT: | HT: | Date of Service (DOS): 060503 | |
| Circle previous work status:  OFF  LIMITED  FULL | | | | LMP: | | First Date of Service: | |

| | | |
|---|---|---|
| Allergies: | Dx Code 296.32, 300.00, 316 | Date of Injury (DOI): 2-10-03 |
| Last Td: | NOI Code | _____ Initial ✓ _____ Interim |
| Meds: | LOI Code | _____ Final _____ RO |

**PHYSICIAN PROGRESS NOTE**

Subjective: Pt reports that his Church has given him food supplies. describes how his mood & when he has to relate his WC situation.

Objective: Pt arrived on time, neatly dressed, sits & listens quietly but able to ask & answer questions of group members.

Assessment: Pt presents c̄ ↓ mood, cont to worry about his situation/claim + future. Participates well in group.

Plan: Pt to get out more, less isolation, volunteer c̄ church; 6/u c̄ MD, Ph.D. & group

| | | |
|---|---|---|
| Off Duty: | Start Date _____ | End Date _____ |
| Limited Duty: | Start Date _____ | End Date _____ |
| Full Duty:  Effective Immediately or _____ | | |

**BASED ON AN 8-HOUR DAY, EMPLOYEE CAN:**

| | | | |
|---|---|---|---|
| Stand/Walk: | _____ hours at a time | total hours ..... no restrictions | |
| Sit: | _____ hours at a time | total hours ..... no restrictions | |
| Drive: | _____ hours at a time | total hours ..... no restrictions | |

**LIFT/CARRY:** (Occasionally = up to 1/3 workday. Frequent = up to 2/3 workday)

| | | | | |
|---|---|---|---|---|
| 0 - 10 lbs. | not at all | occasionally | frequently | no restrictions |
| 11 - 25 lbs. | not at all | occasionally | frequently | no restrictions |
| 26 - 40 lbs. | not at all | occasionally | frequently | no restrictions |

**EMPLOYEE IS ABLE TO:**

| | | | | |
|---|---|---|---|---|
| Bend: | not at all | occasionally | frequently | no restrictions |
| Squat: | not at all | occasionally | frequently | no restrictions |
| Kneel: | not at all | occasionally | frequently | no restrictions |
| Climb: | not at all | occasionally | frequently | no restrictions |
| Reach Above Shoulders: | not at all | occasionally | frequently | no restrictions |
| Perform Repetitive Hand Motions: | not at all | occasionally | frequently | no restrictions |

OTHER: _____

ASSISTIVE DEVICES? (i.e. cast, brace, crutches) _____

Medication given which could impair performance _____

Other therapy required: Frequency _____

Diagnosis _____ Next Appointment _____

| | | | |
|---|---|---|---|
| PROVIDER SIGNATURE AND TITLE | NAME (PRINT) Lillie Mundon, LSW  Occ. Mental Health Therapist | LOCATION HCM | DATE JUN 0 5 2003 |

(1) WHITE - Chart OMR   (2) CANARY - OHS   (3) PINK - Patient Accounting   (4) GOLDENROD - Patient

6122 REV. 3/02

PE 02893

PHYSICIAN ENCOUNTER RECORD

| OCCUPATION: | | | MR#: 63 31 4 | UC Loc: |
| EMPLOYER: | | | Name: ENGLISH, PHILIP, E | |
| NURSING ASSESSMENT: | *group* | | Sex/BD: 10 26 1954 | H1 |

OCCHED IIDN01   052903   VC

| BP: | P: | R: | T: | WT: | HT: | Date of Service (DOS): |
| Circle previous work status: | | OFF | LIMITED | FULL | LMP: | First Date of Service: |
| Allergies: | | | Dx Code 296.32, 300.00 376 | | | Date of Injury (DOI): 02-12-03 |
| Last Td: | | | NOI Code | | | Initial ___ ✓ ___ Interim |
| Meds: | | | LOI Code | | | Final ___ RO |

**PHYSICIAN PROGRESS NOTE**

Subjective: Pt reports his concerns re his WC claim+ being labeled a "whistle blower", worries about his + his son's safety + his future

Objective: Pt more comfortable in group; able to ask questions & reveals his circumstances about WC, etc.

Assessment: Pt presents c̄ ↑ mood, ↑ anxiety, greatful to have TDI, worries about finances + career.

Plan: Pt to look outward, volunteering his services, etc, f/u c̄ PCP, PhD + group

| Off Duty: | | Start Date _____ | End Date _____ |
| Limited Duty: | | Start Date _____ | End Date _____ |
| Full Duty: | Effective Immediately or _____ | | |

**BASED ON AN 8-HOUR DAY, EMPLOYEE CAN:**

| | | | |
|---|---|---|---|
| Stand/Walk: | ___ hours at a time | total hours ___ no restrictions | |
| Sit: | ___ hours at a time | total hours ___ no restrictions | |
| Drive: | ___ hours at a time | total hours ___ no restrictions | |

LIFT/CARRY: (Occasionally = up to 1/3 workday. Frequent = up to 2/3 workday)

| | | | | |
|---|---|---|---|---|
| 0 - 10 lbs. | not at all | occasionally | frequently | no restrictions |
| 11 - 25 lbs. | not at all | occasionally | frequently | no restrictions |
| 26 - 40 lbs. | not at all | occasionally | frequently | no restrictions |

**EMPLOYEE IS ABLE TO:**

| | | | | |
|---|---|---|---|---|
| Bend: | not at all | occasionally | frequently | no restrictions |
| Squat: | not at all | occasionally | frequently | no restrictions |
| Kneel: | not at all | occasionally | frequently | no restrictions |
| Climb: | not at all | occasionally | frequently | no restrictions |
| Reach Above Shoulders: | | occasionally | frequently | no restrictions |
| Perform Repetitive Hand Motions: | not at all | occasionally | frequently | no restrictions |

OTHER: _____

ASSISTIVE DEVICES? (i.e. cast, brace, crutches) _____

Medication given which could impair performance _____

Other therapy required: Frequency _____

Diagnosis _____ Next Appointment _____

| PROVIDER SIGNATURE AND TITLE | NAME (PRINT) Lillie Mundon, LSW Occ. Mental Health Therapist | LOCATION HOxl | DATE |
| *signature, LSW* | | | MAY 29 2003 |

(1) WHITE - Chart. OMR    (2) CANARY - OHS.    (3) PINK - Patient Accounting    (4) GOLDENROD - Patient

6122 REV. 3/02

PE 02894

KAISER PERMANENTE.    CLINICAL ENCOUNTER RECORD

OCCUPATION:

EMPLOYER:

NURSING ASSESSMENT:

MR#:
63 31-94

Name:
Sex/BD:
ENGLISH.PHILIP.E
M 10 26 1954

**FAXED**
MAY. 2 8 2003
BY_____

vc

---

BP:    P:    R:    T:    WT:  OCCMED HONOL    HT:    Date of Service: 052803

Circle previous work status:    OFF    LIMITED    FULL    LMP:    First Date of Service:

Allergies:    Dx.Code: 296.32,    Date of Injury (DOI): 02-12-03
                300,00,
Last Td:    NOI Code:                    ___ Initial  ✓    ___ Interim
                316.
Meds:    LOI Code:                    ___ Final    ___ RO

---

**PHYSICIAN PROGRESS NOTE**

Subjective: Pt says veiled threats made by workplace members as result of the complaints he pursued. He notes that referrals are up to fail many times & even 1 union agent told him he wld not support him that he was punished with a probation state.

Objective: +alkarne; no SI; linear & logic. no topics for now. pending SIE profile analysis - pt has pharmacist advised against meds suggested. safety disc. re TRO needs/opportunities

Assessment: as above

Plan: 1 f/up w/ PCP suggested    3 gp tx well
      2 name rev    4 ind. cog & svcs

---

Off Duty:    Start Date ___    End Date rev

Limited Duty:    Start Date ___    End Date ___

Full Duty:    Effective Immediately or ___

---

**BASED ON AN 8-HOUR DAY, EMPLOYEE CAN:**    **EMPLOYEE IS ABLE TO:**

| | | | | | | |
|---|---|---|---|---|---|---|
| Stand/Walk: | hours at a time | total hours ....no restrictions | Bend: | not at all | occasionally | frequently | no restrictions |
| Sit: | hours at a time | total hours ....no restrictions | Squat: | not at all | occasionally | frequently | no restrictions |
| Drive: | hours at a time | total hours ....no restrictions | Kneel: | not at all | occasionally | frequently | no restrictions |

LIFT/CARRY:    (Occasionally = up to 1/3 workday. Frequent =.up to 2/3 workday.)    Climb: not at all  occasionally  frequently  no restrictions

| | | | | Reach Above Shoulders: |
|---|---|---|---|---|
| 0 - 10 lbs. | not at all | occasionally | frequently | no restrictions | | not at all | occasionally | frequently | no restrictions |
| 11 - 25 lbs. | not at all | occasionally | frequently | no restrictions | Perform Repetitive Hand Motions: |
| 26 - 40 lbs. | not at all | occasionally | frequently | no restrictions | | not at all | occasionally | frequently | no restrictions |

---

OTHER: ___

ASSISTIVE DEVICES? (i.e. cast, brace, crutches) ___

Medication given which could impair performance ___

Other therapy required: Frequency ___    06-16-03 9:00

Diagnosis ___    Next Appointment 1-2 wks

---

PROVIDER SIGNATURE AND TITLE: _Ruth Koff_

NAME (PRINT): Joan H. Koff, Ph.D.
Licensed Psychologist

LOCATION: Hon

DATE: MAY 28 2003

(1) WHITE - Chart OMR    (2) CANARY - OHS    (3) PINK - Patient Accounting    (4) GOLDENROD - Patient

6122 REV. 3/02

PE 02895

**KAISER PERMANENTE.   CLINICAL ENCOUNTER RECORD**

OCCUPATION:

EMPLOYER:

NURSING ASSESSMENT:

*Group*

MR#: *G 33144*   UC Loc:

Name: *English, Phillip*
Sex/BD: *M 10-26-54*

**VC 41**

BP:   P:   /   R:   T:   WT:   HT:

Circle previous work status:   OFF   LIMITED   FULL   LMP:

Date of Service (DOS): *5-22-03*

First Date of Service:

Allergies:

Last Td:

Meds:

Dx Code *296.32  300.00*
       *316*

NOI Code

LOI Code

Date of Injury (DOI): *2-12-03*

_____ Initial   _X_ Interim

_____ Final   _____ RO

PHYSICIAN PROGRESS NOTE *Pt admits that he thinks about & blames those at*

Subjective: *work for his present situation; discussed when he does not do this,*
*he answers, "when I am c̄ my son."*

Objective: *Pt is neatly dressed, participates well in group, questions members*
*when it pertains to his claim, listens well.*

Assessment: *Pt presents c̄ concerns, worries, ↓ mood, but learns that he does*
*not have to be in (−) thoughts, can make changes, hopeful.*

Plan: *Pt to ↑ social activities, ↑ physical activities, b/u c̄ P.C.P, PhD*
*& group.*

Off Duty:   Start Date _____   End Date _____

Limited Duty:   Start Date _____   End Date _____

Full Duty:   Effective Immediately or _____

**BASED ON AN 8-HOUR DAY, EMPLOYEE CAN:**

| | | |
|---|---|---|
| Stand/Walk: | hours at a time | total hours . . . . no restrictions |
| Sit: | hours at a time | total hours . . . . no restrictions |
| Drive: | hours at a time | total hours . . . . no restrictions |

LIFT/CARRY:   *(Occasionally = up to 1/3 workday. Frequent = up to 2/3 workday)*

| | | | | |
|---|---|---|---|---|
| 0 - 10 lbs. | not at all | occasionally | frequently | no restrictions |
| 11 - 25 lbs. | not at all | occasionally | frequently | no restrictions |
| 26 - 40 lbs. | not at all | occasionally | frequently | no restrictions |

**EMPLOYEE IS ABLE TO:**

| | | | | |
|---|---|---|---|---|
| Bend: | not at all | occasionally | frequently | no restrictions |
| Squat: | not at all | occasionally | frequently | no restrictions |
| Kneel: | not at all | occasionally | frequently | no restrictions |
| Climb: | not at all | occasionally | frequently | no restrictions |
| Reach Above Shoulders: | | | | |
| | not at all | occasionally | frequently | no restrictions |
| Perform Repetitive Hand Motions: | | | | |
| | not at all | occasionally | frequently | no restrictions |

OTHER: _____

ASSISTIVE DEVICES? (i.e. cast, brace, crutches) _____

Medication given which could impair performance _____

Other therapy required: Frequency _____

Diagnosis _____   Next Appointment *5/29/03*

6122 REV. 3/02

PROVIDER SIGNATURE AND TITLE   *Brandon, LCSW*

NAME (PRINT) _____ ie Mundon, LSW
___ Mental Health Therapist

LOCATION *Hon*

DATE *MAY 22 2003*

(1) WHITE - Chart OMR   (2) CANARY - OHS   (3) PINK - Patient Accounting   (4) GOLDENROD - Pati____

PE 02896

KAISER PERMANENTE®    CLINICAL ENCOUNTER RECORD

OCCUPATION:

EMPLOYER:

NURSING ASSESSMENT:

*Group*

MR#: 63 31 .4    UC Loc:

Name: ENGLISH,PHILIP,E
Sex/BD: M  10 26 1954    H1

#OCCKED HGNOL J 051503    vc H1

BP:    P:    R:    T:    WT:    HT:

Circle previous work status:    OFF    LIMITED    FULL    LMP:

Allergies:

Last Td:

Meds:

Dx Code 296,32 300.0

NOI Code 316

LOI Code _____

Date of Service (DOS):

First Date of Service:

Date of Injury (DOI): 2-12-03

Initial ___    ✓ Interim

Final ___    RO ___

**PHYSICIAN PROGRESS NOTE**

Subjective: Pt's initial Group session; He states that he is surprised that others have similar problems like him + also has the same emotions.

Objective: Pt was on time, introduced himself, did not say much during group until the latter part of session; Listened + agreed c Group members on emotional stressors

Assessment: Pt presents c apprehension, ↓ mood, ↑ anxiety, improvement as group progressed, able to participate well during latter part of session

Plan: Pt to do skills learned during group; ↑ physical + social activities Pt to f/u c MD,Ph.D + Group

Off Duty:    Start Date _____    End Date _____

Limited Duty:    Start Date _____    End Date _____

Full Duty:    Effective Immediately or _____

| BASED ON AN 8-HOUR DAY, EMPLOYEE CAN: | | | EMPLOYEE IS ABLE TO: | | | |
|---|---|---|---|---|---|---|
| Stand/Walk: ___ hours at a time | total hours ___ no restrictions | | Bend: | not at all | occasionally | frequently | no restrictions |
| Sit: ___ hours at a time | total hours ___ no restrictions | | Squat: | not at all | occasionally | frequently | no restrictions |
| Drive: ___ hours at a time | total hours ___ no restrictions | | Kneel: | not at all | occasionally | frequently | no restrictions |
| LIFT/CARRY: (Occasionally = up to 1/3 workday. Frequent = up to 2/3 workday) | | | Climb: | not at all | occasionally | frequently | no restrictions |
| 0 - 10 lbs. | not at all | occasionally | frequently | no restrictions | Reach Above Shoulders: not at all occasionally frequently no restrictions |
| 11 - 25 lbs. | not at all | occasionally | frequently | no restrictions | |
| 26 - 40 lbs. | not at all | occasionally | frequently | no restrictions | Perform Repetitive Hand Motions: not at all occasionally frequently no restrictions |

OTHER: _____

ASSISTIVE DEVICES? (i.e. cast, brace, crutches) _____

Medication given which could impair performance _____

Other therapy required: Frequency _____

Diagnosis _____    Next Appointment _____

| PROVIDER SIGNATURE AND TITLE | NAME (PRINT) | LOCATION | DATE |
|---|---|---|---|
| *Lillie Mundon Lsw* | Lillie Mundon, LSW Occ. Mental Health Therapist | HC-7 | MAY 1 5 2003 |

FORM 6122 REV. 3/02

(1) WHITE - Chart OMR    (2) CANARY - OHS    (3) PINK - Patient Accounting    (4) GOLDENROD - Patien

PE 02897

OCCUPATION:

EMPLOYER:

NURSING ASSESSMENT:                45 min

MR#: 63 31 9

NEWGLISH,PHILIP,E
Sex/BD: 10 26 1954

**FAXED**
MAY 2 0 2003

BY _____ vcHI

OCCMED HONOL     Y   052003

| BP: | P: | R: | T: | WT: | HT: | Date of Service (DOS): |
|---|---|---|---|---|---|---|
| Circle previous work status: | OFF | LIMITED | FULL | LMP: | | First Date of Service: |

| Allergies: | Dx Code | 296.32 | Date of Injury (DOI): | 02-12-03 |
|---|---|---|---|---|
| Last Td: | NOI Code | 300.00<br>3/6.00 | | Initial ___ ✓ ___ Interim |
| Meds: | LOI Code | | | Final ___ ___ RO |

**PHYSICIAN PROGRESS NOTE**

Subjective: Pt describes he feels abt sp - so far it is stressful; he'll
give it another try; wary abt taking psychotropic med
as prescribed. Pt trying to be more active; making lists ā
Objective: td
aekaeme; no current SI; in d/c                hopes to start
                concerned abt liver func                exercise

Assessment:

As above

Plan: ① F/up w. PCP suggested  ③ Sp tx weekly
        ② Home rev           ④ ind. 40th - 1week

| Off Duty: | | Start Date ___ | End Date rev |
|---|---|---|---|
| Limited Duty: | | Start Date ___ | End Date ___ |
| Full Duty: | Effective Immediately or ___ | | |

**BASED ON AN 8-HOUR DAY, EMPLOYEE CAN:**

| | | | | | | EMPLOYEE IS ABLE TO: | | | |
|---|---|---|---|---|---|---|---|---|---|
| Stand/Walk | | hours at a time | | total hours..... no restrictions | | Bend: | not at all | occasionally | frequently | no restrictions |
| Sit: | | hours at a time | | total hours..... no restrictions | | Squat: | not at all | occasionally | frequently | no restrictions |
| Drive: | | hours at a time | | total hours..... no restrictions | | Kneel: | not at all | occasionally | frequently | no restrictions |
| LIFT/CARRY: (Occasionally = up to 1/3 workday. Frequent = up to 2/3 workday) | | | | | | Climb: | not at all | occasionally | frequently | no restrictions |
| 0 - 10 lbs. | not at all | occasionally | frequently | no restrictions | | Reach Above Shoulders: | not at all | occasionally | frequently | no restrictions |
| 11 - 25 lbs. | not at all | occasionally | frequently | no restrictions | | Perform Repetitive Hand Motions: | | | | |
| 26 - 40 lbs. | not at all | occasionally | frequently | no restrictions | | | not at all | occasionally | frequently | no restrictions |

OTHER: _____

ASSISTIVE DEVICES? (i.e. cast, brace, crutches) _____

Medication given which could impair performance _____

Other therapy required: Frequency _____     05-28-03  3:30

Diagnosis _____     Next Appointment 1week

| PROVIDER SIGNATURE AND TITLE | NAME (PRINT) Joan H. Koff, Ph.D.<br>Licensed Psychologist | LOCATION Hon | DATE MAY 2 0 2003 |
|---|---|---|---|
| Joan H. Koff | | | |

FORM. A 6122 REV. 3/02

(1) WHITE - Chart OMR          (2) CANARY - OHS          (3) PINK - Patient Accounting          (4) GOLDENROD - Patient

**PE 02898**

7/6                                      PE 02899

I am beginning to feel my anxiety levels going
up substantially. They have been going up
steadily since I met with Dr. Kennedy.

Originally my meeting with Kennedy was a breath
of fresh air. I really thought there was hope.
I thought that someone could see what was
happening and would do the right thing. I thought
I could trust her.

She seemed very upset that people would be
so deceptive in their retaliation. She seemed
to really understand and told me that she too
had been retaliated against for speaking out
on the job. I thought she really understood and
after our meeting I felt so much better. I
started to have some hope.

I remember I even started to get off the
boat prozac. I even joined a Tai Chi group.
I started to have hope and more importantly
I was trusting again. She told me that she
~~did not~~ would write up her report
right away and that she didn't think there
would be a hearing for workmans comp. I thought
there was hope. That was in April. 8 is
now July! Since that time I have been through
hell!!! For some reason even as of the
first week of July No Report. What was
going on?

PE 02900

00807894 payments have been hit and miss.
I didn't know for sure when and how
much! My slip fees were falling behind
and more than once they told me I was
going to be kicked out of the harbor and they
might seize my boat. My church was
giving me some food but I had to tell
my son not to come because I had no
food. I could not feed him.

In the meantime my doctor discovered
that I couldn't take the perscribed
anxiety medicine because I only have
one kidney left and it is not working
well. They are going to do an ultra sound
next week.

But what I can't figure out is who
can I trust? Dr. kennedy? What happened
my psychologist Koff who doesn't seem
to really get where I am at. Who
can I trust?

I wanted to trust people before. In fact
I always was trusting and I trust people
could trust me. I made sure they could trust
me (I will not lie) and I wanted to trust them. What
happened?? There is something basic
and fundamental that happened to me.
Just as if someone had come up and stab me
in the back!! Someone I knew (several
someones!)

Page 3

PE 02901

Why did they do like that. I can not seve
show to explain it, but how can I trust
anyone again. How can I know who to
trust? I have been honest and straight
forward with everyone. I have not tried
to decieve or twist the truth and I have
been freely open about the truth. I
never did anything underhanded. I was
trustworthy! Who can I trust?

Gary K.     - No                    Lee Agsalud - No
Bob M.      - No          ⎫         Christen kwashega-N
Ann G.      -  No          ⎬  RPA
Chris G.       No          ⎬
Warren Tom    NO          ⎬ HR OIA
Tom Riddle -  No                    Union
Mike G.       No          ⎬ C+C
Dr Kennerly    No          ⎭

Dr Bellough - No
Dr Koff   -  I want to?
Lilly Merdia      "    "  "
My lawyer   "    "  "  "

Everyone who is involved I can not
say I trust them. I can NOT

Page 4

PE 02902

roeso 39

The C.ty people (it is obvious. They
have lied about so much and will
continue to do so I am sure. And
from what I have heard they are already
build their lies about me.

This has been enormously hurtful.
They are attacking my integrity,
and reputation and It is
extraordinary painful. My review
(in absentia). They rated me down
in every category. Why? These people
were my friends but I spoke out against
them and they have attacked me. This has
crushed me. They are attacking my
professionalism and character as well.

This has hurt me so deeply that I know
it has caused some kind of fundamental
change or shift in me. I can't trust
anyone now. I feel everyone can
or may be out to bring harm to me.

I suffered under this for months
while at the RPA. I was isolated
and treated differently than other
employees.

PE 02904

Page 5

PE 02903

I was told they were watching me
and when I asked was I doing
something wrong they said "no"
then I was told I was coming
and going whenever I pleased and I
told them I had a long standing
agreement with My Boss (Ann) that
on Wed. + Friday when I would see
my son I would come in early and
leave early and had been doing it for
more than a year. They said it was if
true and I told them check the sign-in
Log. Ann told our group to do reports
I asked her what reports and all she
would tell me is you got an e-mail
sometime in the past (8 months). I asked
Marvin and Julie said they didn't know
They were guessing what she wanted. I
later asked Marvin what he did and
he said that Ann had done it for
him and Ann + Lido(3) It think
she helped Chris. But she refused to
help me. The Same thing happened
when we were doing our assessments I
asked for her help. She was very openly
spending a lot of time with Lido +
Ann + Marvin + Julie + Even Chris

<u>Page 6</u>

PE 02904

But she refused to help me. I pleaded with her and even asked her to direct me to someone else if she did not want to help me. I ended up going to Norma ? and Pauline I. Who were very helpful. Also during this same period I was trying to get time off to go to the doctor. I had broken my left toe, a b... I broke my right foot. I also needed to go to the doctor for annual check up regards my previous cancer operation. I was denied leave for all but one Friday when Ann said to me "You cannot go on Wed, but you still have Friday." I went on Friday and when I came back Ann claimed I left the office w/o authorization. almost 4 months later in February they tried to right me up for insubor_ination coincidal a couple of weeks after. I went to the Ethics comm and only a week or two after they were contacted by the ethics comm.

But the thing is that while I couldn't get time off, Linda Kn_____ (Ann's) had a weeks vacation and Ryan Fuji_tani went to Vegas for 4 days. Linda is Ann's best friend Ryan is Gary E's buddy

Page 7

PE 02905

I clearly was being treated differently
I was asking for help. I was asking
them to let me know if I was doing
something wrong. But even through all
all this time Clinton Whang, was
coming to work and then leaving for
his other job during the day. Bob simply
told him to quit the other job. Clinton
would miss BOR hearings and not call in
to cancel because he was "too drunk".
Bob told him not to do it again.
He was in a hot water accident in
a city car and was scalded. And his
assessments were all screwed up because
he didn't no how to do market modling.
Bob went and helped him work on
his assessments.

I often wonder How could I and
employee Who cares so much, who
was trying so hard to do a good job
and learn the market modling system
be so attacked by Magota & Cirino.
I was really trying so hard that.
I had the new condo class issue to
deal with, I had 25% of the offices appeals
and I was given no help or assistance.

<u>Page 8</u>

PE 02906

PE 02905

I was definitely being singled-out!
I was definitely being treated differently
than others.

This went on for months. Degrading, debasing
harassing, intimidating! And these were
the people I trusted to do the right
thing!

I don't know what else to say. I have
been damaged, tweaked, I don't feel
I will ever be the same again. Who
can I trust now?

But guess what it didn't stop there!
Doctor's rightly said "do not go back to
that abusive situation." I ~~still~~ didn't
know it but I was suffering from
Post traumatic stress disorder and
acute anxiety. I knew I wanted to
get away. I felt threatened. I was
afraid to go to the men's room. I had
already become isolated. Naturally, no
one else wanted to talk to me once
they heard about the Ethics investigation
and as it turns out Carol K. told me that
Mike G. the ASO was already interviewing
everyone to get what he could on me!

PE 02908

Page 9

PE 02907

I was so happy to get out of there!
What next?
TDIB didn't come for months !!!
IME wherever it Since 4/18/03
It still hasn't shown up.

Dr. Koff says that I can't escape or
withdraw from society but they want
to put me on mood altering drugs
Isn't that just another form of
escape !!!

It does not solve the problem !!!
People still are not doing what they
said and promised and should do!
whatever was the TDI My finances
are so screwed up!, I figured out
I was paying more than $100 per
month in late fees & charges doing
wasting more than $200!)
Now the city has asked for an extension
on Workers comp. to 8/1/03. What
this? Deny? The claim is real !!!
and this continues to cause me even
more damage because people who
should be doing the right thing are not

Page 10

PE 02907

PE 02908

Who can I trust? How can I
know who I can trust? I
can not trust anyone! Are the doctors
so set on putting me on drugs when
they know it could harm any remaining
feeling? And why am I like this?

Because I was the only one to say something
and I did it out of concern for them, for
the division, for the city, for the tax
payers. That is why because I care and
I thought people could be trusted to do
the right thing. I do not feel I can
trust anyone. Maybe never again.

How can I trust anyone again? Who?

The thing that really bothers me now is Dr.
Roff. I am not sure at all that he
understands. I do not believe he understands
the depth of how this has affected me.

If there is a center of your soul where
your thoughts and feelings are and where you
make choices in life, if you could visualize
it like an organ of some sort, my soul →

_Page 11_

PE 02909

My soul has been viciously attacked and repeatedly attacked. It has been deeply wounded (nearly mortally) and the attackers are not finished yet. And even worse, I am not sure who they all are! I am not sure where the next blow or stab will come from.

What's the answer? Give me all the drugs and medications you can so I won't feel the knife when it sinks in!

or

Make it stop. Make it right again, Let me get away from these people and start again.

But even then I will not feel whole. There is only one thing that will have made my sacrifice worth it. Make it so they never do this again. Let them (the C&C's) know they can not allow this type of behavior any longer. They manage by intimidation, harrassment + abuses. It MUST STOP!!

They Must get The Message!

PE 02910

7/6   (Post script to earlier)

One thing that bothered me this past
week and has caused an increase in
anxiety for me.  Dr. Koff's suggestion
that I go back to work.  I told her that
I am not ready.  I am not sure I could
ever be ready at this point.  Trust is a
major issue.  But here we go.

Right at this moment I can almost feel what
is being said about me in the office.  The
main perpetrators would be Bob, Anne, and
maybe Gary + too legalized.  Especially Bob.
He is well known for his derogatory statements
about his employees.

I can hear him about saying "Phil's crazy."
Susan Beider (corp. consc?) told me that Bob
said in a meeting that I was "wako!"
I also heard from Chris G. that Bob was
having lunch with a local MAP firm.  Staying
at.  Jim told Chris that Bob was making
disparaging remarks about me.  That I was
causing trouble in the office.

Page 2

PE 02911

I feel confident that Ann G was talking to other supervisors and appraisers (+ staff) about me. Susan had told me before Ann was trying to rally people against me (or at least my position) with regards to interpretation of the ordinance ("on a date" or "as of a date".)

But Julie, Linda, Ann Ky and others seemed to know stuff they shouldn't know about my employment actions.

The word was being spread about me. Lee H actually put out a memo not to talk to me because "Phil might be wearing a wire" This also came from Susan B.

There is no doubt that I have been defamed + destar-graded in the appraisal community. A community where your name and reputation means everything & It meant everything to Me and when I had my own practice I did everything to maintain ethics + integrity, that was more important to me than money.

PE 02913

Page 3

PE 02912

The things that were said to me at the office were very, very hurtful to my own self esteem. They kept running me down at every chance. Sometimes in front of others. It was demeaning.

I believe that I am a good and honest appraiser. But I also believe that my reputation has been seriously, if not mortally damaged. At this point I feel deeply uncomfortable around other appraisers and I sense they feel the same way. Maybe they don't know what is going on but if they know it is bad and it concerns me. That is enough to cause grave damage to my reputation.

By the way a reputation that was very good when I first went to work at this division. In fact many there were wondering why a guy like me (w/ my reputation) would come to work at the RPA. There was even much speculation about it. Susan B. told me that some thought I was a plant from the Mayor's office.

I can remember a discussion with Lee A, Mike O and I think Lee (?) about the Tilian Appeal

Page 4

PE 02913

PE 02913

Lee Aggalud (Corp councel) said I
want Phil to be my expert witness because
of his qualifications. My how things have
changed !!!

Now I doubt very much I could get a
job at an appraisal office or if I did it
probably would not last long. I know
my own nerves & trust would be a
great challenge.

Even more I just heard a report on PBC
news regarding older people (45+) looking
for jobs and that it is increasingly difficult
to find jobs. Apparently the fastest growing
claims at the EEOC is age discrimination!

I am a 48 year old appraiser I should be
earning $70,000 a year! with my experience &
credentials. But with my soiled reputation
and overall condition I doubt I will be
employed again as an appraiser. I was told
by Kevin Mulligan (HGEA Union Agent) that I can
not work at the C+C because I will be retaliate
against (anywhere in the C+C) and probably not
the State. They all know each other and once
you've been a "whistle blower" your marked.

Page 5

PE 02914

PE 02914

No one in the private sector will
hire me now. But even now even if how
could I work not trusting my employer
always waiting for not if but when
they will stab me in my soul the same
way Bob, Cinny, & Gary did!

For some reason Roi Koff seems to think
it is easy to find appropriate work,
I use the term appropriate because
what am I to do work at McDonald's
Does that seem right? Could I do it
or everytime I punch the clock or
say "May I take your order please" I will
be injured again a thousand times
a day because I shouldn't be there
in a place like that doing that kind
of work. What would you say? What
would the credit card company or a car loan
company say? Really, let's get real!!!
My life has been seriously damaged.

Would I be able to afford to take my son
to the movies. When he goes away to college
in the mainland will I be able to buy a
plane ticket to go and see him graduate?
This is Real Stuff! Real Life

Page 6 (?)

PE 02915

I remember when I first went to Kaiser, I went to see a therapist named Nikolai. I know he was well meaning but he told me (without really knowing my situation) that they had a 90 day program and they would put me on some drugs and in 90 days "Puff" I would be all well. I just remember thinking "Gee, I hope I can get into his 90 day program.

I am not a 90 day program. I am not just another case of depression. There a very serious issues. I have been seriously injured and forever changed. My insides no longer look the same, and are all wrecked up. The song MacArthur Park comes to mind. But my cake was left out in the rain, someone took a buzz saw to it and the crumbs left of the table and floor are what's left. We'll just scoop up your crumbs and go out and get a job?

Page 7

PE 02916

it would be like telling a piano player that had his fingers amputated well we found a job "teaching piano. or well, we knew you can't play the piano but we got you a great job typing. It would be cruel. An Injury is an injury is an injury. Do I need to tell my doctors? I fear they do not get it. Maybe they do and I just don't know it at the moment. I am afraid.

I am afraid of what I have lost. I am afraid of what is out there. Who can I trust? Please tell me how I can know who to trust. Almost all of the people I thought I could trust have turned on me, and in a vicious way! Obviously I do not know how to know who to trust.

I feel broken. Broken hearted, Broken Soul. I complete dis repair.

I was watching the clouds in the afternoon. They were very high in the Blue sky with a shining lining in the afternoon sun. As my eyes went up to them my mind followed higher and closer to the clouds. I just wanted to go and be with the Lord.

poor/read
1/29/03 @ 5:30 am

7/22/03

PE 02917

Dear Dr. Kolff,

My meeting with you yesterday was reassuring in that you will be there for me, if I need to talk. Thank you for that. But it was also disturbing to me in terms of substance. The two issues which I can not understand are: 1) How does someone get through this and come out ok on the other side and 2) How can I keep going financially to get there.

In effect because of my honesty and desire for the people at my office to behave ethically (and legally) they have attacked my integrity, my professionalism and threatened my career and livelihood. I have been caused extreme humiliation not to mention the loss of my marriage and other personal hardships.

My point is this that because of my honesty and personal integrity, they have attacked both of these as well as threatened my career and it continues!. They win! If I have to go out and get a job, let's say at McDonald's to get through this they win!!!