PE 02918

Pg. 2

I will continue to be humiliated every time
I punch in for work and put on the hat.
Even worse, everytime I say "Can I take
your order please" hundreds of times a
day I will be humiliated!

If someone from the appraisal community
or other professionals I have worked with
before were to come in and buy would see
me there .... I could not recover from
that either personally or professionally.

They won't!

What will my son think when at school
one of his friends says to him, "Hey,
Sean I ordered a Big Mac from your Dad!"?

How would my wife who seperated from
me because she was concerned that
I could not provide for our family see it
would we have a future at all?

What if the hours I was given were
Friday nights and Saturdays the only
days I got to see Sean

Pg. 3

PE 02919

And finally, at the end of the week (or 2) when I pick up my paycheck it is not enough to pay for my slip rent. Humiliation! Humiliation! Humiliation! They have Won!

In our conversation yesterday, that is what I heard. They have won because workers comp claims will not pay that much!

That means that I will not make it through. How can I? Only by continued humiliation, stress and hardship. They have achieved their objective! Revenge.

I can remember one time in a group that Willy was talking about putting people in jobs that were not right. "Setting them up for failure."

I am deeply concerned about the fact that you have mentioned before and continue to mention that I go out and get some job. I know the concern is financial. But I can not take any more humiliation or degredation! I can not!

Pg. 4

PE 02920

How can I get through this? If the system worked right and people did what they were supposed to do I would be able to get through.

Damage has been done already to my self-esteem, my integrity, my professionalism, my career, my marriage and personal life. And it continues.

There is no telling what the people at the C+C are concocting to protect themselves but we have already heard the assessor is telling people that I am "wacko" and that I had so many other personal problems and "work place violence" reports and attempts to write me up for insubordination and whiles out on medical stress leave the performance review that rated my performance "unsatisfactory" in every catagory. What else am I going to have to contend with.

Enormous financial stresses every other week it seems. It is the third time the state has threatened to take my boat and slip and now the lender too!!

Pg. 5

PE 02921

That is why I have asked that you be on alert. It is that now that GK has asked for an extension to Aug. Dr. Kennedy's report... what happened? These things should not be happening. Especially when someone is on medical leave because of stress due to retaliation. Wouldn't you think people would be more careful??? Where is it all going? Where will it all lead to? Why and how are they able to do these things and get away with it?

I wonder very much about the "treatment plan". Shouldn't it be a recovery plan? I am still haunted by "Nikolai's" comment that he had a 90 day treatment plan or program. Give the patients some mood elevating drugs for 12 weeks and your all better! I don't think so!! Like most of western medicine we treat only the symptom and not the problem. Is this what we are going to do Dr. toff. I really want to know now rather than later.

Pg. 6

PE 02922

To me a treatment plan should be a recovery plan. Shouldn't it? If I lost a leg wouldn't there be a plan to heal the wound and then retrain me how to get around again? How can I be made better? Isn't that the goal?

They have brutally and viciously taken away my self-esteem, self confidence, my ability to trust people around me. They have taken away my ability to earn a decent income that reflects my professional efforts and achievements

The only possible recovery plan would be
#1 to have the City do what they should do
#2 Therapy to help me get back my self esteem and self confidence and trust
#3 retraining would be essential in accomplishing #2
#4 retraining should be sufficient that I could start a career at the same level of professionalism I had before

Any thing less than this is not a treatment plan. How could I possibly recover otherwise? Like Lilly said I do not want to be set up for failure!!!

Pg. 7

PE 02923

But it seems to me that anything less and they win! They will have achieved their objective of putting me down and throwing me out. Defaming and ruining my professional career and making a shambles of my life.

Would they say that they set out to do these things? Of course not. But it is the end effect of the actions they have taken and that they do know.

It is obvious that they know they can get away with it. That is why they would say things to me in meetings and then later deny it. They knew they could get away with it. That is why their behavior has been so outrageous because they knew they could get away with it.

Bob Magota the assessor told me one time "that other guys have tried to use this office but that they couldn't do it." He knew he could get away with it.

The arrogance is stunning and so far they are getting away with it.

PE 02924

I think of a rape victim. The rapist has ~~power over time and can continue to inflict~~ injury long after the rape, claiming she wanted it or it was her fault for wearing that red dress or walking that way.

The only way that you can be made whole is that the guy is found to be what he is, a rapist. Then you can deal with the emotional trauma and try to get back to life.

In my case, my life was raped and continues to be and so far no one is stopping it. Everyone's people are saying it is my fault and I brought it on myself. Unbelievable! I just want to be made whole again. How can I if I have to start over in a new career and pay for my own re-education. Suffer through all of that humiliation again. Humiliation, Humiliation, Humiliation!

They win and they know it! I lose and I know it and they know it. Humiliation! I feel I have been brought down very low and I am feeling little hope all because I tried to do the right thing.

7/29/02

Dear Dr. Koff,

PE 02925

It seems that so many things are coming to a head. What will happen next? The State Harbors and now the bank is threatening to take my slip + my boat. It is the only things I have left and it means far more to me than just a place to live. We (me and the boat) have so much in common. The boat was built in Long Beach. I was born in Long Beach. The boat has been abandoned and abused in recent years. She is a good boat. She has travelled the entire world. She is strong and steely, a good boat. But now she is rusty and broken and needs to be rebuilt. All aspects of the boat need re-building. I am doing the best that I can with her (and me) trying to keep her afloat. But how long?

What she needs are all new systems. The electrical system and plumbing systems have to be re built from the ground up. Everything that is old must be torn out because it is broken and faulty and new plumbing and electrical systems installed. The standing rigging must be replaced and the sail plan must be set up properly. Finally navigational equipment, communication equipment, finishing off some of the interior and several good coats of paint. (There is a lot of welding to be done first.)

Pg. 2

PE 02926

cont'd

The boat and I are very much the same.
She has been neglected and abused and turned
into a rusty old heap. Only a shadow of her
former glory. Many have told me take her out
and sink her. But I hold on as if I am
holding onto myself.

As well, I need to be rebuilt. I won't go into
it all but this vessel (which is me) has been
abused and left to sink. The systems are all
in a shambles and I am just barely staying
afloat. I have on too many occasions believed
that maybe they are right and I should just
sink here (me). But that major reconstruction
is necessary is of no doubt. That is what is
needed to save here (me).

This is why I wonder when I hear the term
"treatment plan". Is a treatment plan a coat of
paint and some shore up and hope for the best? [hope she doesn't spring a leak]
It seems to me that the only thing that can
save this shipwreck of my life would be a
"recovery plan". I have been blasted out of
the water by people who have set out to harm
me. No doubt they will say this had the right!
They would be wrong. I am right and I am just
barely afloat and alive.

Pg. 5

PE 02927

How to recover and rebuild my life? I can look at the boat and have an idea of what needs to be done. And then C consult with people who know about marine electronics and plumbing etc. (navigational) and I can make a plan for rebuilding.

My life is the same. There are some very serious and fundamental operational systems that need to be fixed. The first thing that comes to mind is trust. We have spoken of this often and I know to function in society I have to not be so fearful of people and not ~~think~~ that people are going to ~~turn~~ betray me on me. I am not sure how that can be accomplished except step by step. (Ti can not believe ~~taking a drug will help me with trust!~~) The anxiety issue (acute anxiety) has been caused by extremely stressful situations. I need to be out of those situations. Those almost always involve something to do with the loss of my career and finances. My ability to live and take care of myself and my son. I need to have the opportunity to rebuild my life and my livelihood (a new career). This is not just a financial gain or endeavor. But it is the only way to gain my self esteem again. Retraining into a profession of like stature.

PE 02928

Pg. 4

I do not know what a treatment plan is.
But I do know what is needed to fix me
so that I can sail out with my life is
a "recovery plan"

I want to recover from this. I want to
have a life that is consistent with all of the
hard work that I have put into my life up
to now. I want to have a full and
complete "recovery". At this point it is
that hope that keeps me afloat. Without a proper
recovery plan who is to say how long
before I start to sink once again. I do
not want that to happen. But I fear that
is what a treatment plan is. Give him enough
to shove him off from the dock and hope
he does not sink. No sailor would ever set
sail without first putting everything in order.
Otherwise it is a formula for disaster.

PE 02929

8/6/03

Dear Dr. Koff,                                    6 am

Something is beginning to change within me. I am starting to see what has happened (and happening) more objectively. It is as if I can step out of the middle of it and see myself in the whirlwind. I can start to see more clearly what has happened to me.

You know when you are really hurting the only thing you can think about is "please make the hurt go away!" Like putting your hand in a fire when you feel the burning you will jump, pull your hand out of the flame, and usually yell "ouch that hurt!" (or something else). Then the next thing you do is quickly go and find something to soothe the pain and finally something to take care of the wound. If taken care of properly the wound will heal in a couple of weeks or so. If it was a bad burn, you may have a scar and you won't be the same again.

Drowning might be a better example in how something can change you. You yell for help and hopefully someone will save you. All you know is you can not save yourself and you are going down. After they get you to shore and get you breathing again it could take a long time before you might even want to go back near the water!

pg. 2

PE 02930

Even worse if some other person is putting your hand in the fire or holding you under the water! That would be criminal wouldn't it?

When I step out of myself and see what has happened (and to some extent is still happening) the two examples are appropriate.

The thing that it helps me to understand is that an injury has occured and the injury was caused by people acting very badly (abusing) their positions of authority to harass, intimidate and emotionally abuse someone under their authority.

But it is even worse. They intentionally went out of their way to threaten my livelyhood, my means of supporting myself and my family (my breath) and seem to be intent on holding me down until they could take it (my livelyhood, breath) away. It became clear that was their objective, to destroy me.

There is no doubt the injuries are clear. I have infact lost my livelyhood, my career and I have lost my wife in the process. My livelyhood and my ability to support my wife are gone and my wife too!

Pg. 3

PE 02931

(Scratched Nose)

But it is the other injuries that hurt even more. Like being drawn and having a fear (even horror) of getting close to the water. I am terrified about going into any type of work environment. In fact any environment that involves interaction with people and especially people of authority who might harm you. I do not trust people anymore.

This is an area in me that has fundamentally changed. That is my ability to trust. The best way that I can describe it is that I am freaked out everyday by having to interact with people. Just like someone who has had a bad drowning experience and is horrified to go near water, I feel terror everytime I have to interact with people.

It is a completely internal thing (I think) I mean I am not sure that my fear is evident to others. But inside it is like sirens and red lights going off out of fear.

I do not fear everyone. I trust my son Sean and when I am with him I am ok because I focus on him and do not interact with others. My friends from Victoria, Brian & Rosamaria. Roger Mosely my lawyer and it seems the list is growing steadily but very cautiously.

Pg. 4

PE 02932

Secondly I do not trust myself anymore. To say it differently I have lost my self esteem. Like someone who nearly drowned, even if they were a strong swimmer before, they might question their ability to go back in the water and survive. That's how I feel about my abilities.

I have no idea what I am good for now, what I can do. I worry a lot about failure.

When I was first hired at the assessment division they seemed proud to have me there. Corp council wanted to use me for their cases and my reviews were glowing and spoke of my past professionalism and now it was an asset to the division.

But when I question some of their practices they began to attack me and isolate me. This went on for 2 years and escalated. I really tried to please them and fit in, but I just couldn't and they ran me down hard. I took it very hard. This too contributed to problems in my marriage because I lost my self esteem. I became fearful of what I had to offer for the future.

Now I fear failure more than ever in my life. I am afraid to even try!

Pg. 5

PE 02933

Thirdly: I have lost my hope in my life. I used to be a person full of hopes and dreams and I have lived out some of them. I am 48 years old and in the latter days of my career. I have lost hope (in fact there is no hope) in my career at the assessment division which should have lasted another 20 years! That was my hope!

who could I trust?

I have lost hope in my future/prospect. What can I do? Who would want me? What am I good for? I have to start over again. All that I have worked for and worked to become is gone.

I still have my integrity and ethics but it seems those things are not in high demand these days.

My marriage is all but over. Pim has told me on a number of occassions that she knew my career was in trouble and knew I couldn't take care of her so she would have to take care of herself. Her future and dreams were also crushed but it pulled us apart. We had only been married now for a little over 3 years but my second chance at a marriage was crushed before it had a chance to get going. Will I be alone in this world the rest of my life? I have little hope.

Pg. 6

PE 02934

These are the things that I can see, the injuries and the causes of the injuries. I can see them as they are loss of livelyhood (career), loss of marriage, loss of my self-esteem, loss of my ability to trust others (that's a big one) and loss of hope that these things would happen so late in my career and life. But here I am!

So, how to fix it.

I need a new career. And one that would put me at the same level. Not only income (which should have been higher for my level of experience) but in terms of professional achievement.

Many people have tried to discourage me, but I want to become a teacher. I know the pay is low in Hawaii but maybe it can be supplemented some other way (damages). But if I could teach and help others it would also help my self-esteem.

To trust others? I do not know what to do for that. Therapy? Got to work this through step by step. I really don't know about this one. I think I will never be as I was before. I only hope I can not be so freaked out by people.

Retraining (safe to college)

Therapy (at least my peace of mind)

PE 02935

I honestly have a fear of what people will do (or not do). when I was at the city I trusted that people would behave properly and do the right thing. Over many many months into years I believed (trusted) that they would do the right thing. I extended my trust all of this time believing and trusting in them even though it appeared differently. What really made me snap inside, the thing that changed my ability to trust, was when I realized they were not going to behave properly! I realized that they could not be trusted and I came to wonder who could be. It seemed (and still seems to me) that no one can be trusted! Even Julie T. Making a workplace violence report against me. How far would it go? It seemed there was no end to it.

I find myself looking over my shoulder all the time now or feeling the hair on the back of the neck like someone or something is there. I feel I have to really watch out for people. They simply can not be trusted.

Through this whole experience (and continuing) people have proved me right, they can not be trusted. And now going forward, I am fearful about the outcome of this all.

Pg. 8

PE 02936

In my previous letter I wrote to you about the fact that the "City" "Wins". It seems they win no matter what! It is not a game or competition or even some kind of pride. If they win that confirms it to me that I can not trust any longer.

I have previously used the example of a rape victim. I think there are similarities on this point. How can a person even walk down the street knowing that people who do these things can get away with it. (WIN!). If they can get away with it who else is out there? where is it safe? who can you trust?

If they can not get away with it and if they are made to pay for it again are restored on this point beg so at least you can trust that society does not condone and will make it right and safer out there.

I am fearful about this point. Can they get away with it? Will they be made to pay and restore my life which has been badly damaged? Or will they just say, "Oh well, too bad for you" "just pick up the pieces of your life and go forward" Will that happen?????

Pg. 9

PE 02937

I think what I am trying to say is that if there is no restoration to my life, if they are not made to pay and if a message is not sent to the City that they must not allow these things to happen again, I will never be whole again, I will never feel clean or vendicated, and I will not be able to trust society any longer.

And the truth is will you be able to trust? Will anybody be able to trust?

Although my injury is not visible like a lost leg or arm, it has cut as deep and affected me as much. My actions and movements are curtailed daily because of mistrust and fear. My relationships (or ability to have a relationship) with others has been enormously affected.

Before I wrote about starting with a Tai Chi class. I thought it could help with stress. I went to 4 meetings but had to stop because it revolved too much interaction and I was fearful. I couldn't trust!! I have talked about exercise but I don't even walk or ride my bike because of fear and mistrust with others —

Pg. 10

PE 02938

I have talked about going back to school to try and retrain for a new career but as of today I am very fearful of the interaction w/ others and even more with the teachers (people who could have power over me and might do me harm).

How can I work? How can I go to school? How can I go to the market or library without fear? How can I have a personal relationship?

All of these require an ability to trust and this is what I have lost. I hope and pray I can get it back. But for sure I need to see people doing the right thing! I need to know that there is rightness & justice in the world. I need to know and see that I can trust again.

For me at this point the jury is still out.

8/15/03

Dear Dr Koffa                                    PE 02939

Up date on some things that have happened.
I have been trying to slowly get out and interact
you and I talked about me joining a gym.
I made an appointment for 24 hour fitness and
went there on Monday. I waited 30 minutes
for the person I was supposed to talk to.
While waiting the place got busy and my
anxiety went up. I tried to hang in there
but after 30 minutes I had to leave. I
couldn't take it! I was nervous, anxious, too
many people. I was afraid.

This set me back a lot. Too much, too soon!
I came back to the boat and went below
and didn't come up the rest of today. I
really retreated that week. I saw Coby
on Thursday and we talked about it. The
trust issue is a major shift inside of me
Coby and I also talked about my self-
confidence and even embarrassment and
shame. I hadn't talked about those things
before but when I did it felt like it was
hitting the target. I could almost feel
myself jump a little like when the dentist
hits a nerve. There is something there

Page 2

PE 02940

~~Trust~~, self-confidence, shame & embarrassment! Even writing them all down is tweaking my nerves a bit. These may be it! That is what is wrong.

Starting from the last to first, shame & embarrassment when we talked about it, it tweaked more than I thought it would. Why should I be ashamed or embarrassed? But when I think about it more, it makes sense. What if all these guys ~~doing~~ at the office brought me in a back room and ~~rapped~~ me? This is exactly how I feel! They seemed to be able to say and do whatever they want to me. They could attack me, my credibility, my integrity & ethics at will. Sometimes ~~openly~~ often times by spreading rumors or gossip.

In open meetings they would outright lie and make false accusations about me and they could do it with impunity. My character & integrity was being ~~forcefully~~ rapped and nothing would stop it.

My character, integrity and ethics is always something that I have prized. It is me they were attacking!

PE 02941

I realize now how embarrassed and ashamed I am that they would do this to me. But even more it had gone beyond the office into the community! Bob telling other professionals that I was a trouble maker and "wacko" B

I am truly deeply hurt and embarrassed by these actions. It is not just name calling either because they took action against me by putting me on probation, calling me into Bob's office and having Bob yell at me "you must not like your job very much!" Lying about what they have said in meeting. Ganging up and making things up. Not giving assistance when I asked for it and isolating me.

Dear God when I am writing these things I can feel my body start to shake! There were more things too and I was helpless.

When I think about these things and try to think logically I can say these are bad people and I shouldn't care what they did or said. But it is different when you have experienced it week after week (daily) and it threatens your livelyhood & marriage.

Page 25

PE 02942

I am almost in tears writing this. I had no idea about the shame + embarrassment thing. Why is it so severe? I was a prisoner to this abuse. I had no place I could go.

There is some kind of trauma here at this point. When I talk about I feel like a woman who is being held down while a gang of men violate her. Helpless or violated

Thinking about it now and using the words shame + embarrassment gets to the heart of the emotions + I feel like I am reliving it right now!

That's why I am having a hard time being around people. I feel shame + embarrassment I don't want people to see me, look at me.

That is why I can not trust because if they can do it what is to stop someone else?

That is why I have lost self confidence because I have lost my self esteem

I am right now reliving all of these emotions and horror. I truly wish we hit the trail on the head here. I am still freaked inside!

Dr. Goff the image in my mind that explains how I feel is clear (in my mind). The image is: I am being held down by several people. I see Bob, Ann, and Gary. They are holding me on the ground restraining me. I am exposed from the waist up. They all appeared dressed to me but they are on top of me (Bob, Ann + Gary). They have very large penial extensions that are probing and poking my body. They are having their way with me, thrusting their hips and not penetrating my skin but pressing deep into my skin! Others are holding me down (Chris). Others are watching (Wilfred Martin). No one is coming to my defense.

It is not sexual at all! It is about power and controll. It is about freedom to abuse with impunity. It is about helplessness, violation, shame + embarrassment. They are still there not too far away. They are reaching and grabbing at me and try to poke their 2 foot long penial extensions at me. I am just out of reach but they are still taunting me. Waiting for the moment when they can have their way with me again.

When I read it back it sounds weird but it is the image in my mind and it is more vivid in my mind.

Page 6

PE 02944

Being out of the office has kept them at
bay but they are still taunting me with all
kinds of threats. More will come I feel it,
And they will try to have there way with
me again. I have heard the rumors of
the lies they are compiling.

Why and I talked about the things that
happened before to me. The divorce with Curtis
that was deeply traumatic to me. But different
In this way. The divorce was personal.
But somehow this action seems global

So many people, in a workplace, how can I
know if this will not happen again? who
can I trust? Why am I so afraid? of
everybody? Something happened to me that
is global. My whole view of the world
was changed to make me afraid of it.

I know more trauma is coming.

8/19/03

Dear Dr. Koff:                                    **PE 02945**

Good news! I met with Dr. Love yesterday.
We spoke for a while. He is a really, really
good doctor. He explains things so well and
thorough and even better he will take all
the time needed to listen!

My blood test and ultra sound came back.
It appears my kidney is functioning ok.
Actually below average function but just
slightly below. There is a cyst on the
remaining kidney. (but does not appear to be
                                              cancer)

We spent a lot of time talking about how
to protect my kidney and what to do
about my anxiety. We agreed that taking
pills daily that go through the kidney is
probably not the way to go. But he
felt that I could take Adavant and it
is metabolized through the liver!!!

I am very happy about that!!! This
is a good plan and I will take them
only when needed. (like last week) It
may help to smooth over anxiety in certain
situations.

11/18/03

Dr. Koff and Lily,

PE 02946

I am writing again per Lily's instructions to help me get out what it is inside of me. Things have once again started to turn bad. Workers comp payments that were promised have not come! It is so difficult to understand why things have been happening this way. Every glimmer of hope is dashed! Anything pushed and pulled back and forth will eventually break. It all has been going on far too long.

At the same time I am doing better (in a way). That is that I am surrendering to my plight. What more can I do? The City continues to have its way with me!

I wonder how these things could happen. To date we have never recieved and explanation of the TDI payments, why they were all different amounts, why they took 20+ days to start, & ended without any notice.

Now they have stated they would pay Workers comp payments. They even sent me a statement that a payment would be

PE 02947

pg .2

made. But none has come. Is it incompetence? or is it something else? Either way it is an indictment!

I am still left hanging, not knowing when or if I will recieve anything from them.

I continue to have threats of eviction and only by the good graces of my church and some friends have I kept fed through all of this.

Should worker's comp or TDI be like this? Especially for one who was suffered so much intimidation, harassment and abuse from the City, already. But it continues, even today.

I feel like someone who after taking a beating and then is knocked to the ground and they start to kick you. Every time you try to get up your knocked down again and kicked harder. It seems the best thing to do is to surrender, play dead and hope it stops.

Pg.3

PE 02948

But so far it hasn't!

When I first heard that the City wanted to settle I thought there maybe a glimmer of hope that I could get out of this and get on with my life. I knew it won't be easy and I have a ways to go to get there but there was some hope and my spirits were lifted.

But it seems this too has been nothing more than an opportunity to continue to abuse me. Reading the offer made it clear that they are disingenuous and acting in bad faith. They seem to be still set on covering up the truth at all costs.

To me these most recent events with their holding back of payments and bad faith offers proves to me that they can get away with whatever they want. This to me is very disturbing. Even frightening! I have taken some big steps backwards on trust issues!!!

Pg. 4

PE 02949

It brings back coming things, like Dr Kennedys report something is wrong with it. It seems to have a struggle within itself saying one thing in one place and another thing in another place

But even worse just the fact that it is inaccurate I do not know where she came up with some of the stuff but it is flat out wrong.

There seems to be a lot of deception going on and it is very disturbing. Maybe to her and the people at the City, it is all some big game but it is not. Anyway it is hard for me to understand and make sense of it all. It is very hard for me to comprehend how people can behave this way.

PE 02851

11/24/03

Dr. Reff au lily

PE 02950

No settlement. No hope that people at the City will act in good faith. We postponed the October hearing because they said they wanted to settle. It took an entire month for them to provide us with their settlement offer which was hardly different from their first offer.

It is embarrassing to me because I really fell for it. I thought they were sincere in their desire to settle. Clearly it has simply been a ploy to put things off!

This is a serious issue to me. It's may effect my ability to live on my boat. The Harbor Master has indicated to me that I may have to move off of my boat. Immediately! I have no place to go and in effect I will become homeless! She wants to meet with me tomorrow to tell me what I must do. This is Thanksgiving week.

I finally got caught up on my mooring which means I will be able to keep my boat in the slip (I think!?)

Pg. 2

PE 02951

But this is the point. Nearly every month there has been a crisis and possibility I could lose my slip and potentially my boat. C/E could be impounded to pay for back payments.

In effect the City has been able to continue the harassment, intimidation, and abuse. It does not stop. One begins to lose hope.

The thing that I find worrisome about myself is that I am beginning to accept that there is no hope. Should this be so? I am beginning to figure out how I will get along with no proof over my head. Where I will go, what I will do.

I have caught up on most of my other bills (not all!). I have a little more in the bank (the first time in months). But now I may have no place to sleep at night!!!

Should this be happening ??? !!! I continue to It would seem so much they can/will do as they please.

Pg 3

PE 02952

Hopelessness, acceptance, giving in and giving up. laying down, stopping. There is deep sadness to all of this inside of me. Very deep. To the core.

It brings me back to the beginning. I know very well my heart was in the right place when I first began to observe irregular activities, things I knew were unethical and illegal.

Did I go straight to the police, FBI, Ethics commission? NO! I went to them, my friends and colleagues to help them to do what was right. I told them what they were doing was wrong and they could get into trouble. I thought they would do the right thing. I trusted them to do the right thing!

My supervisor Ann, she denied it! Bob the assessor, he told me don't even bother to go there because it will just be your word against theirs. Gary (according to Chris) holding a meeting and telling Chris and David (and I know not who else) that it was ok to continue but to be "more discreet"?

Pg. 4

PE 02953

I could not believe it.

From that point forward it started to become clear that they were out to harass me, intimidate me, and abuse me.

Unsatisfactory ratings on reviews and narratives saying that "I" give my opinion too much";

Being called into Bob's office and having him say to me in a stearn and loud voice "You must not like your job very much!"

Creating untrue claims against me. again Bob stating "You are comming and going as you please!" stating I was not following agreed upon work hours

Claiming I "intentionally" did not call a supervisor into BOR hearing.

It was not only Bob stating in front of my co-workers that it was an appraiser who knew the fundamentals of appraising a clear effort to put me down.

PE 02954

So many other things. Ann stating in one of the meetings in Bob's office that I could not ask her a stupid question and that I should ask my co-worker if I wanted guidance.

And the clear lack of support from Ann who clearly wanted me to fail!

I was trying hard and I wanted to please them. But it was not possible.

In one meeting with Ann I even broke down and cried asking why were they treating me this way and how these things were beginning to effect my home life and my marriage. I was afraid and frustrated I could not please them because they wanted me gone!

Ann wrote back an e-mail and apologized for being so "gruff". But it continued and it seemed there was nothing I could do.

Pg. 6

PE 02955

Then the thing with union agent and the meeting with Gary + Ann. Gary telling me that I should forget all of the things in the past and that "I should remember that it was him who got me the job" like I owed him.

The threats made that they might move me to Kapolei or even put me directly under Robin. And that it was solely up to me what the future would be. Would I play ball or not.

It is all like a horrible dream. But it is not a dream. It is real!

Even writing this I can feel my anxieties soaring !!!

At the time I had no idea how badly it was affecting me. How emotional I had become. It was taking its toll in. I was about to implode. My wife could not take watching my dispair and she left me. She knew my job was in trouble. She knew better than me.

Page 7

PE 02956

So shaken by it all I finally went to Dr. Love who sent me to Gerry Coffee. After meeting with Gerry and unloading and opening up (even to myself) for the first time - letting it all out, I was totally shaken. My body was physically shaking after I left Coffee's office. I was imploding!

But it didn't stop!!!

After going to see Tom Riddle it still took 70+ days to get TDI. Wasn't it supposed to begin in 14 days? Tom Riddle seemed very interested in the whistle blower facts but very uninterested in my condition and state. I told him that I didn't know him and I didn't feel I could trust him and I just wanted to leave. He kept pumping for information. He would not relent!

After TDI began the payments were always different. I didn't know how much or even if I would get another check. They suddenly stopped. No warning. For the month of October I had $198 for the whole month!

Page 8

PE 02957

33 0960 39

Thanks to my church and other friends who have helped me through this. Should this be happening ???

Then there was Dr. Kennedy's report what a betrayal and so much misinformation. Then to find out also three workplace violence reports against me ?!!

Dear God all I wanted to do was to help them !!! I know my heart was in the right place. This they can not take from me.

I am not a disgruntled employee and I get along fine with my co-workers and I tried to be a friend to management. But any kind of friendship they did not want and we got more

Now they say they want to settle. They open up with what they admit is a low offer. Reqar and to, they finally come up with something that reflects completing my medical treatment, and retraining for a new career (which ever Kennedy recommends). They consider is it is nearly that same offer as originally submitted and claim it it in good faith? The original which they admitted was only a starting place (low)

Pg 1

PE 02958

Is there not a sincere bone or honesty amongst any of them?

There defense is to attack me. They want to say that I am a troubled person and that I brought all of my troubles to my work.

There is no question that I had a serious traumatic experience in life. The divorce from Carlis and simultaneously having facing cancer and experiencing economic ruin.

But I had pulled myself up from the depths, from my very bootstraps and had begun a new life — I was married again and had a new career at the assessment division and for me I was successfully starting over. I was so happy to be at the C + C and to contribute positively where I could. My reviews reflect that, my relationship with other employees and even Bob M reflect that. Things could not have been better even in my new marriage they were happy years.

But how was I to expect and believe that people would act and behave so badly. I didn't!! I always expected that people would do the right thing!

Pg. 10

PE 02959

This is why I became so emotionally broad sided by this. Some have said I am naive, But I believed in people and trusted them. I trusted Ann, Bob and Gary and I believed they would do the right thing. How could I have known.

Now I do not know who to trust or even if I should trust anyone at all! To say the least I remain fearful! I can not see a positive future outcome although one may exist. This is hopelessness.

It seems to be a C+C strategy to attack me and drag this out as long as they can. The two prospects which are most damaging to me. Attach me which is extraordinarily hurtful to me and to keep my economic condition in peril. How much can a person take.

But I know what is right and good. I know what is the truth. And I will continue to be on the side of right + good + truth. That is all that I can do.

But I am very fearful of what they apparently can and will do to me to protect the C+C