**.nglish, Philip E.**

| | |
|---|---|
| **From:** | Gima, Ann |
| **Sent:** | Monday, October 21, 2002 2:33 PM |
| **To:** | English, Philip E. |
| **Subject:** | RE: Vacation leaves requested for 10/22 & 10/25 |

You should be submitting the listing of ratios
documenting acceptable performance of your model.
You did not request the MK400 jobs until last Thursday and you did not run the queries
for performance until Friday at the earliest. For each of your models, show me what
you have reviewed as far as the coefficients and the results that you are satisfied with.

Annie

———Original Message———
**From:** English, Philip E.
**Sent:** Monday, October 21, 2002 1:38 PM
**To:** Gima, Ann
**Subject:** RE: Vacation leaves requested for 10/22 & 10/25

Ann,

As you know I have been working very hard on all of my models since before you were on leave. Furthermore I have
received very little assistance from you in spite of my continued request. If there was any delay in my completing my
coefficients by October 4th it should be on record that I did not get the support that I requested.

As far as my request for leave on 10/22/02 and on 10/25/02 they are both for necessary follow-up concerning my
health. One is a follow-up with my internist regarding cancer. The other is a follow-up for my toe which I broke 2
weeks ago and the Dr. asked me to follow-up in two weeks. ← 2 fracture?

I am continuing to work very hard to finalize weights and to do the best that I can under the circumstances to produce
the best models that I can. If you would like to assist me or if you would like to check out what I am doing I would be
very happy for you to check it out. I have been reviewing the weights with Norman who has been very helpful
throughout the process.

Please let me exactly what documents you need submitted so that I can do so.

Phil

———Original Message———
**From:** Gima, Ann
**Sent:** Monday, October 21, 2002 1:19 PM
**To:** English, Philip E.
**Subject:** Vacation leaves requested for 10/22 & 10/25

Your requests for vacation for 10/22/02 and 10/25/02 will be granted provided
you are able to submit documentation that you have completed locking in all
coefficients which were due on Oct. 4 and have finalized weights on your
models which are producing acceptable ratios and comparables.
Annie

1

**English, Philip E.**

**From:** Ishiguro, Dwight
**Sent:** Monday, October 21, 2002 3:24 PM
**To:** English, Philip E.
**Subject:** RE: Vacation leaves requested for 10/22 & 10/25

Phil:
How critical is your appt. with your Dr.? Can it be rescheduled for the weekend? It seems to me that the check up might be important since it is to check on the cancer. Again,.....get Norman to help out. Seems like she is not going to be giving you any more assistance. Keep documenting your request for assistance from whoever you ask.

-----Original Message-----
**From:** English, Philip E.
**Sent:** Monday, October 21, 2002 3:16 PM
**To:** Ishiguro, Dwight
**Subject:** RE: Vacation leaves requested for 10/22 & 10/25

Dwight,

Ann stated that she could not give me the leave because I do not have any sick leave left. That is why I signed up for vacation time. She requested that I cancel my doctor appointment so that we can get the work done. I have no doubt I will complete all of my assignments on *If in time,* time provided I get the necessary support. She has already told me that my model takes a *I have necessary* long time to run so I will not have a chance to run it too many times. The same thing *support.* happened last year whereby she just said sorry not enough time for your model.

Phil

-----Original Message-----
**From:** Ishiguro, Dwight
**Sent:** Monday, October 21, 2002 2:00 PM
**To:** English, Philip E.
**Subject:** RE: Vacation leaves requested for 10/22 & 10/25

Phil:
I think the coefficient print out of your models and the sar report is what needs to be provided. There are query's that are available to run those types of reports. Norman has a lot of those query's. The leave that you are asking for is medical in nature and I don't think that they will be able to deny that type of request. Just submit the necessary leave form and wait for a reply. If you receive no reply, we can assume that it has been granted.    FOCUS...
Mahalo
dwight

-----Original Message-----
**From:** English, Philip E.
**Sent:** Monday, October 21, 2002 1:46 PM
**To:** Ishiguro, Dwight
**Subject:** FW: Vacation leaves requested for 10/22 & 10/25

Dwight,

Just to give you an idea of what is going on. I am extremely frustrated. I am receiving little to know help from Ann. She doesn't even say anything to me. She talks to everyone in the group but me. Maybe I should count my blessings.

Norman has been very helpful.

I have not heard anything about the probation status.

Phil

-----Original Message-----
**From:**     **English, Philip E.**
**Sent:**      Monday, October 21, 2002 1:38 PM
**To:**         Gima, Ann
**Subject:**   RE: Vacation leaves requested for 10/22 & 10/25

Ann,

As you know I have been working very hard on all of my models since before you were on leave.  Furthermore I have received very little assistance from you in spite of my continued request.  If there was any delay in my completing my coefficients by October 4th it should be on record that I did not get the support that I requested.

As far as my request for leave on 10/22/02 and on 10/25/02 they are both for necessary follow-up concerning my health.  One is a follow-up with my internist regarding cancer.  The other is a follow-up for my toe which I broke 2 weeks ago and the Dr. asked me to follow-up in two weeks.

I am continuing to work very hard to finalize weights and to do the best that I can under the circumstances to produce the best models that I can.  If you would like to assist me or if you would like to check out what I am doing I would be very happy for you to check it out.  I have been reviewing the weights with Norman who has been very helpful throughout the process.

Please let me exactly what documents you need submitted so that I can do so.

Phil

-----Original Message-----
**From:**     **Gima, Ann**
**Sent:**      Monday, October 21, 2002 1:19 PM
**To:**         English, Philip E.
**Subject:**   Vacation leaves requested for 10/22 & 10/25

Your requests for vacation for 10/22/02 and 10/25/02 will be granted provided you are able to submit documentation that you have completed locking in all coefficients which were due on Oct. 4 and have finalized weights on your models which are producing acceptable ratios and comparables. Annie

**English, Philip E.**
**From:** Ishiguro, Dwight
**Sent:** Thursday, October 31, 2002 8:25 AM
**To:** English, Philip E.
**Subject:** RE: Leave requests

Phil:
I talked to Waylen for just a bit yesterday. He is in charge of the rally and was part of the security detail so we just chatted for a second. He will be following up on this in a few days. I will keep on his tail till this is resolved.
Mahalo
dwight

-----Original Message-----
**From:** English, Philip E.
**Sent:** Wednesday, October 30, 2002 2:48 PM
**To:** Ishiguro, Dwight
**Subject:** RE: Leave requests

Dwight,

In every case I have tried to comply with their wishes. This has been my desire from the beginning. I have stated so and have made every effort. I get frustrated when I try to do what they say and then they change the rules. That is disconcerting to say the least. Worse yet we have meetings, things are said, and then the next meeting they say they never said those things. I have tried to comply and it has been my desire. But they seem to be able to say anything with impunity like Bob yelling at me that I don't seem to care about my job in my JPR meeting! They can say what they want unless someone makes them stop. If Gary doesn't do it then it must and "will" go to another venue.

Phil

-----Original Message-----
**From:** **Ishiguro, Dwight**
**Sent:** Wednesday, October 30, 2002 2:42 PM
**To:** English, Philip E.
**Subject:** RE: Leave requests

Ok....I'll talk with him today and hopefully after this afternoon's event he can move on this....Remember the number one rule....Do it..then grieve it! We will not let insubordination ruin our case.
dwight

-----Original Message-----
**From:** English, Philip E.
**Sent:** Wednesday, October 30, 2002 2:39 PM
**To:** Ishiguro, Dwight
**Subject:** RE: Leave requests

Please wait for Waylen. I am not sure who to trust anymore. I wanted to be able to trust Gary but he has proven so far on many occasions that he is not to be trusted and that his ethics and integrity is suspect. He is very likable but he doesn't seem to exercise good judgement.

Phil

-----Original Message-----
**From:** **Ishiguro, Dwight**

RENEAU KENNEDY RE PHILIP ENGLISH

228

**Sent:**       Wednesday, October 30, 2002 2:36 PM
**To:**         English, Philip E.
**Subject:**    RE: Leave requests

Phil:
We will not be able to determine if that is the case. We do know that
something is amiss here but till we can make that determination we can't
make assumptions. In time things will come together and a pattern will
develop. Information will present it's self and we will need to gather it.
May I intervene with Gary or do you think we should wait for Waylen?
Mahalo
dwight

-----Original Message-----
**From:**       English, Philip E.
**Sent:**       Wednesday, October 30, 2002 2:31 PM
**To:**         Ishiguro, Dwight
**Subject:**    RE: Leave requests

Dwight,

From the beginning when I spoke out about Gary using Chris to do
work for his private company while on City and County time things
have gone steadily and more rapidly down hill for me. I can not say
if all of these things are related for sure or not. But it seems to me at
this point that it is pretty clear Gary is letting them (meaning Bob and
Ann) have there way with me, justified or not. Why is he doing that?
If he is supporting his management team then he is just as much
involved in the harassment as Ann and Bob. If he is just letting them
have their way with me knowing that it is wrong then that too is
wrong. Something's not right about this.

Phil

-----Original Message-----
**From:**       Ishiguro, Dwight
**Sent:**       Wednesday, October 30, 2002 2:24 PM
**To:**         English, Philip E.
**Subject:**    RE: Leave requests

Phil:
We are covered by a contract. We will take issue with
management if the contract is violated. In this situation I feel that
harassment is not warranted and I have expressed my thoughts
to Waylen on this. I was under the impression that Gary was
supposed to talk with Ann and she was supposed to make a list
of objectives and goals that was supposed to outline everything.
Waylen is supposed to meet with Ann and get some agreement
going on this issue. I'm going to see him today and will ask him
to meet with you first.

I think I have answered your question on the "reasonableness" of
Ann's directive. It is impossible even if you had more time. To
gather information of the nature that is required will take much
time per sale to; get phone numbers, talk to buyers or sellers, to
talk with realtors, and to do a physical inspection. A lot of the
necessary info. to do a thorough check is not in our computers. If

exemptions have been filed, we may be able to get phone numbers to contact owners but often times they are not on file yet. I do know the problems with our sales program, especially the inspection part.

It seems that Ann would like to see results that meet with the sales you have to work with. If things are a bit out of line than an explanation of why it's so is something you and she will need to get together on so it's explainable/defendable. Like if it was a low sale based on the average, was it in bad condition, etc.. The outliers will be the ones what will be questioned first so those are the ones that need to be concentrated on. Hopefully you don't have that much to work on. If you get those in order, it may satisfy her. By deleting bad sales or outliers it may clean up the report results. Something needs to be done with them. Not all will meet with the criteria for deleting a sale, some will be good transactions that just sold low but we need to make that determination.

The main thing here is that no action is taken. If and when they do then we will have to react. We try to solve problems before they occur but management can and do act on their own. May I talk with Gary? I'm not sure he is being updated on this situation. If he is I would like to get his views on this. Maybe after talking with him I would be better able to advise you on whether outside representation is necessary. We have Federal, State and contract language that may assist in this situation. We need to find out where it stands. Waylen might have had assurances that nothing would be done at this point. I know that things have been happening daily, by your communications with me and really would like to see this put to bed.

I'll get back to you tomorrow after I talk with Waylen. Hang in there.
dwight

-----Original Message-----
From:          English, Philip E.
Sent:          Wednesday, October 30, 2002 1:48 PM
To:            Ishiguro, Dwight
Subject:       RE: Leave requests

Dwight,

Unfortunately I do not know what is going on with Gary. From my perspective I am being singled out and asked to accomplish things that con not be accomplished. I being asked to do thing that others clearly are not being asked to do under these circumstances. In fact I have been told to do the opposite in the past and that is to not worry about condition because there is not enough time to do so.

I have also been told by Pauline and others that it is OK if you have a project whereby all of the estimates are high or low even by 20% or more because they will adjust in the process. Now I am being told that I need to justify all of these sales and to do it

in a day and half. I asked you before if you thought that was reasonable and you have not answered. You have said it won't be possible but you have not stated whether you think it is a reasonable request or not.

I guess Dwight I am trying to figure out who is on my side and who I can trust. This is so obvious. In the City and County I do not feel that there are many that I can trust. That is one reason why I went to the union. Now I have not heard anything from the union. Not a peep.

Things are getting worse and not better. I am being more and more harassed. If you talk to Gary about anything please tell him to get these guys off of my back.

If you do not believe the union is going to support me in this issue I need to know so that I can get with it and get a lawyer. What is going on is not right. You might guess that I am beginning to feel a great deal of hostility from both Ann and Bob. You know the history of this thing. I have spoken up and there seems to be no doubt that they are out to get me.

I am not sure what the union is doing. I hoped that I would be protected. So far things have gotten worse! Can you help me?

Phil

-----Original Message-----
**From:**     **Ishiguro, Dwight**
**Sent:**      Wednesday, October 30, 2002 1:37 PM
**To:**        English, Philip E.
**Subject:**   RE: Leave requests

Phil:
It is obvious that it won't be possible to check on the condition of the sale. If property inspection is what is being asked for, we hardly do any inspection because the nature of condos. Appointments need to be made and I know this is not efficient. I hope this is not what Ann is asking for. We go through this exercise every year and I don't think we should be doing it every year. I don't know what the solution is but till then we will need to improvise.
Again, the leave request is for health related reasons and because of a lack of sick leave time, vacation time can be substituted. Do you want me to query Gary on this? I'd be willing to.
Mahalo
dwight

-----Original Message-----
**From:**     English, Philip E.
**Sent:**      Wednesday, October 30, 2002 1:29 PM
**To:**        Ishiguro, Dwight
**Subject:**   RE: Leave requests

Dwight,

RENEAU KENNEDY RE PHILIP ENGLISH

All of what you have said is kind of ideal even for this office. The reason Ann validated those sales is the process. She looked at the sale and it was close to last years assessment and validated it. That is the process I was told to use last year because there was not enough time. Just go through the list and do the best you can. Not enough time to check everything out so just go through the list and if it looks close validate.

But today I am being asked to do something quite different. Even to go back and check condition on sales. I wish I had time to do that! I just ran the MK45 screens and totaled 420 sales that I have to review prior to Thursday afternoon. Again I ask you is this reasonable? You seem to not want to answer that. Is it right they should be checked out? I agree they should. But they are now asking me to do this whoever validated it and to be responsible to do it in less than two days. Furthermore, my request for leave will not be approved unless I complete this task which seems to be impossible to complete. I hoped that you would step forward and agree with me that it is not reasonable. But it is simply obvious.

So Dwight what's up?

-----Original Message-----
**From:**       **Ishiguro, Dwight**
**Sent:**       Wednesday, October 30, 2002 1:04 PM
**To:**         English, Philip E.
**Subject:**    RE: Leave requests

Phil:
We do validation similar to that. When we get the P64, it usually is to late to do research on it. Most of the time we just get a print out of sales inputted that haven't been validated. P64 follows later. We check CV17 for the names of who transferred to who. If is seems unrelated, we validate. We also use MLS and Maestro records. It makes the sales gathering and validation process difficult but the reason wee get is that mapping is not able to keep up due to some problems they had earlier with the system. There are a lot of things not working properly but it is being addressed.
To try and clean up data at this time with the amount you have would be very difficult to complete by tomorrow. I'm not sure why leasehold are being validated unless the opinion is that they are close to fee simple?????
Outliers will change every time you make coefficient changes or other adjustment to the models. You will not be able to correct all the problems in a model and that should not be expected. The idea is to get it as "clean" as possible. The "cleaning" should be something we do all year. Every time we validate something it should be checked as best we can. Most times we don' get info in a timely manner. That causes us to cut corners. You have to or you won't be able to keep up.
Keep plugging.
dwight

-----Original Message-----

RENEAU KENNEDY RE PHILIP ENGLISH

| From: | English, Philip E. |
|---|---|
| Sent: | Wednesday, October 30, 2002 12:28 PM |
| To: | Ishiguro, Dwight |
| Subject: | RE: Leave requests |

Dwight,

Is it reasonable to expect these things be done by Thursday afternoon? This is Wednesday morning. Maybe you are unaware of the process of validating sales. Ann Gima herself validated hundreds by simply going through a list and if they looked close enough, validating them. I know because I have been going through the dated and fixing them. Many that she validated were leasehold transactions. She didn't even check tenure let alone "condition!" Now I am being asked to clean all of that up in a day and half? There are thousands of sales. The truth is I have no idea what is good and what is bad. I know what I validated but there is plenty of dated that is validated by others. Again I have tried to correct that already.

My question remains is it reasonable. Am I being set up here to fail? To me it does not appear reasonable and that I am being set up to fail.

Dwight I will break my butt to do what they have asked. There may not be as many outliers anyway. But something appears wrong. I need to know what the union will do. I am already asking around for names of legal counsel to represent me. I told myself that I would proceed carefully and systematically with this hoping that things might be resolved. But rather they seem to be escalating. At this point it may be foolish of me not to have some legal advice. Any ideas.

Phil

-----Original Message-----

| From: | **Ishiguro, Dwight** |
|---|---|
| Sent: | Wednesday, October 30, 2002 11:48 AM |
| To: | English, Philip E. |
| Subject: | RE: Leave requests |

Phil:
When you look at your sar and stuff like that, you should be able to identify the outliers. They are the sales that fall in the 80% and below and 120% and above sar. These may be because of specific reasons. Those need to be addressed. Have they been remodeled, non arms length transactions, financing, physical condition etc. If we can identify why the ratios are coming out as such we can defend our use or non use of them.
With thousands of sales, it will be difficult to look at each and research everyone of them. So we need to rely on the sar reports to help us id the problem sales. We need to check those out and by doing that, we can manage our sales file more easily and have a explanation for them.
Gary stated that it will probably take about three years to get familiar with IAS and market modeling. Some of us will take a little longer. That's why support from Norman and supervisors

are critical for us. I tell Norman that I will be asking him the same question over and over again till I get comfortable and the picture forms for me. (I blame it on Alzheimer's) He seems to be ok with that..so far. I'm not sure when he will give up on me....
I know that Annie did good work in her area of responsibility when she was on line. Not sure about the other one. His former sup. did not think so. The models need not be perfect but the results that come out should be reasonable and explainable though.
Keep consulting with Norman. Keep on plugging!

-----Original Message-----
**From:**       English, Philip E.
**Sent:**       Wednesday, October 30, 2002 10:45 AM
**To:**         Ishiguro, Dwight
**Subject:**    FW: Leave requests

Dwight,

Follow-up question. Are these request reasonable? What I mean is that they are somewhat broad in that she is asking me to address things like condition of the units at sale and as you know this is something that we simply do not have the time or resources to do on all sales. Furthermore she asks for "satisfactory/explainable" results. The problem with these models is that it will take at least another year to get them to that point (if I don't have TAC or to many appeals). Does she expect me to do it by Thursday? Even Gary K. said it would take me three years to get things to that point.

Is this the same standard that they are applying to all appraisers and all models?

I agree that these things would be great to address. Under the circumstances of having nearly 20,000 units to value and thousands of sales to review in one of the most complex real estate markets in the world, I think it might be asking too much. Could Ann or Bob live up to the same standard they are imposing on me?

Please give me your thoughts and ideas. The question remains, what is going on here?

Phil

-----Original Message-----
**From:**       **English, Philip E.**
**Sent:**       Wednesday, October 30, 2002 10:31 AM
**To:**         Ishiguro, Dwight
**Subject:**    FW: Leave requests

Dwight,

I have rescheduled leave for doctor appointments. The following is what I received from Ann just this morning. It is relatively clear. However, is this the same thing that she is asking other appraisers to do? And if not is she restricting their leave? I don't

think so. I am being singled out without a doubt and held to a higher standard than the others. I am sure they are pouring over all of my work with a fine toothed comb to discover anything and everything they can use against me. Is this fair?

There is nearly a full time effort of management to get me while I am being given more work than others to do. This is a fact. It is not fair. In fact it is outrageous. But it seems they can do this with impunity.

I will comply of course. I will also cancel my doctors appointments as it seems they are not going to allow mw any leave for any reason at this time. So long as they can take it to me they will.

I don't want to go over what is happening with others in the group that can be documented. For example Ryan's models are really bad from what I understand but during the final week he was allowed to take almost an entire week off to go to Vegas. No problem. Ann Kabasawa had flooding at her house and was given liberal leave. She told me that her models are not good. Marvin's mother has been in the hospital. He didn't even have to review or give Ann anything he told me because Ann did all on her own (this was according to Marvin). And of course Dawn's models are also out of control and she too has been given leave. There may be more but that is all that I am aware of. I am being singled out!! They are out to get me!!

Phil

-----Original Message-----
| From: | **Gima, Ann** |
| Sent: | Wednesday, October 30, 2002 10:19 AM |
| To: | English, Philip E. |
| Cc: | Kurokawa, Gary; Magota, Robert |
| Subject: | Leave requests |

Phil
Your leave requested for Friday 11/01/02 and Monday 11/04/02 is disapproved unless you are able to complete the following review of the results of models 141 and 142.
For this process you should be addressing all of the sales shown on the query of the MK400 run which have ratios that are .80 and below and 1.20 and above.
Specifically you should be making corrections to the sales data, deleting "bad" sales, documenting why the sale is being used

despite outlier ratios, addressing condition or C&D situations etc.

After you have completed your review you must request another MK400 run on these models to check the results.

Satisfactory/explainable results must be submitted to me by end of day on Thursday in order for me to resubmit your vacation request for approval.

Keep in mind that these sales are being used as comparables for the entire population and if we have problems explaining why the ratio on the sale is so far from 1.00 it will be twice as hard to explain the reliability of the value of all properties.

Annie

**English, Philip E.**

| | |
|---|---|
| **From:** | Ishiguro, Dwight |
| **Sent:** | Wednesday, October 30, 2002 2:24 PM |
| **To:** | English, Philip E. |
| **Subject:** | RE: Leave requests |

Phil:

We are covered by a contract. We will take issue with management if the contract is violated. In this situation I feel that harassment is not warranted and I have expressed my thoughts to Waylen on this. I was under the impression that Gary was supposed to talk with Ann and she was supposed to make a list of objectives and goals that was supposed to outline everything. Waylen is supposed to meet with Ann and get some agreement going on this issue. I'm going to see him today and will ask him to meet with you first.

I think I have answered your question on the "reasonableness" of Ann's directive. It is impossible even if you had more time. To gather information of the nature that is required will take much time per sale to; get phone numbers; talk to buyers or sellers, to talk with realtors, and to do a physical inspection. A lot of the necessary info. to do a thorough check is not in our computers. If exemptions have been filed, we may be able to get phone numbers to contact owners but often times they are not on file yet. I do know the problems with our sales program, especially the inspection part.

It seems that Ann would like to see results that meet with the sales you have to work with. If things are a bit out of line than an explanation of why it's so is something you and she will need to get together on so it's explainable/defendable. Like if it was a low sale based on the average, was it in bad condition, etc..
The outliers will be the ones what will be questioned first so those are the ones that need to be concentrated on. Hopefully you don't have that much to work on. If you get those in order, it may satisfy her. By deleting bad sales or outliers it may clean up the report results. Something needs to be done with them. Not all will meet with the criteria for deleting a sale, some will be good transactions that just sold low but we need to make that determination.

The main thing here is that no action is taken. If and when they do then we will have to react. We try to solve problems before they occur but management can and do act on their own.
May I talk with Gary? I'm not sure he is being updated on this situation. If he is I would like to get his views on this.
Maybe after talking with him I would be better able to advise you on whether outside representation is necessary. We have Federal, State and contract language that may assist in this situation. We need to find out where it stands. Waylen might have had assurances that nothing would be done at this point. I know that things have been happening daily, by your communications with me and really would like to see this put to bed.

I'll get back to you tomorrow after I talk with Waylen.
Hang in there.
dwight

-----Original Message-----

| | |
|---|---|
| **From:** | English, Philip E. |
| **Sent:** | Wednesday, October 30, 2002 1:48 PM |
| **To:** | Ishiguro, Dwight |
| **Subject:** | RE: Leave requests |

Dwight,

Unfortunately I do not know what is going on with Gary. From my perspective I am being singled out and asked to accomplish things that con not be accomplished. I being asked to do thing that others clearly are not being asked to do under these circumstances. In fact I

have been told to do the opposite in the past and that is to not worry about condition because there is not enough time to do so.

I have also been told by Pauline and others that it is OK if you have a project whereby all of the estimates are high or low even by 20% or more because they will adjust in the process. Now I am being told that I need to justify all of these sales and you have not answered. You have asked you before if you thought that was reasonable and you have not answered. You have said it won't be possible but you have not stated whether you think it is a reasonable request or not.

I guess Dwight I am trying to figure out who is on my side and who I can trust. This is so obvious. In the City and County I do not feel that there are many that I can trust. That is one reason why I went to the union. Now I have not heard anything from the union. Not a peep.

Things are getting worse and not better. I am being more and more harassed. If you talk to Gary about anything please tell him to get these guys off of my back.

If you do not believe the union is going to support me in this issue I need to know so that I can get with it and get a lawyer. What is going on is not right. You might guess that I am beginning to feel a great deal of hostility from both Ann and Bob. You know the history of this thing. I have spoken up and there seems to be no doubt that they are out to get me.

I am not sure what the union is doing. I hoped that I would be protected. So far things have gotten worse! Can you help me?

Phil

-----Original Message-----
**From:**  **Ishiguro, Dwight**
**Sent:**  Wednesday, October 30, 2002 1:37 PM
**To:**  English, Philip E.
**Subject:**  RE: Leave requests

Phil:
It is obvious that it won't be possible to check on the condition of the sale. If property inspection is what is being asked for, we hardly do any inspection because the nature of condos. Appointments need to be made and I know this is not efficient. I hope this is not what Ann is asking for. We go through this exercise every year and I don't think we should be doing it every year. I don't know what the solution is but till then we will need to improvise.
Again, the leave request is for health related reasons and because of a lack of sick leave time, vacation time can be substituted. Do you want me to query Gary on this? I'd be willing to.
Mahalo
dwight

-----Original Message-----
**From:**  English, Philip E.
**Sent:**  Wednesday, October 30, 2002 1:29 PM
**To:**  Ishiguro, Dwight
**Subject:**  RE: Leave requests

Dwight,

All of what you have said is kind of ideal even for this office. The reason Ann validated those sales is the process. She looked at the sale and it was close to last years assessment and validated it. That is the process I was told to use last

year because there was not enough time. Just go through the list and do the best you can. Not enough time to check everything out so just go through the list and if it looks close validate.

But today I am being asked to do something quite different. Even to go back and check condition on sales. I wish I had time to do that! I just ran the MK45 screens and totaled 420 sales that I have to review prior to Thursday afternoon. Again I ask you is this reasonable? You seem to not want to answer that. Is it right they should be checked out? I agree they should. But they are now asking me to do this whoever validated it and to be responsible to do it in less than two days. Furthermore, my request for leave will not be approved unless I complete this task which seems to be impossible to complete. I hoped that you would step forward and agree with me that it is not reasonable. But it is simply obvious.

So Dwight what's up?

-----Original Message-----
| | |
|---|---|
| From: | Ishiguro, Dwight |
| Sent: | Wednesday, October 30, 2002 1:04 PM |
| To: | English, Philip E. |
| Subject: | RE: Leave requests |

Phil:
We do validation similar to that. When we get the P64, it usually is to late to do research on it. Most of the time we just get a print out of sales inputted that haven't been validated. P64 follows later. We check CV17 for the names of who transferred to who. If is seems unrelated, we validate. We also use MLS and Maestro records. It makes the sales gathering and validation process difficult but the reason wee get is that mapping is not able to keep up due to some problems they had earlier with the system. There are a lot of things not working properly but it is being addressed.
To try and clean up data at this time with the amount you have would be very difficult to complete by tomorrow. I'm not sure why leasehold are being validated unless the opinion is that they are close to fee simple?????
Outliers will change every time you make coefficient changes or other adjustment to the models. You will not be able to correct all the problems in a model and that should not be expected. The idea is to get it as "clean" as possible. The "cleaning" should be something we do all year. Every time we validate something it should be checked as best we can. Most times we don' get info in a timely manner. That causes us to cut corners. You have to or you won't be able to keep up.
Keep plugging.
dwight

-----Original Message-----
| | |
|---|---|
| From: | English, Philip E. |
| Sent: | Wednesday, October 30, 2002 12:28 PM |
| To: | Ishiguro, Dwight |
| Subject: | RE: Leave requests |

Dwight,

Is it reasonable to expect these things be done by Thursday afternoon? This is Wednesday morning. Maybe you are unaware of the process of validating sales. Ann Gima herself validated

hundreds by simply going through a list and if they looked close enough, validating them. I know because I have been going through the dated and fixing them. Many that she validated were leasehold transactions. She didn't even check tenure let alone "condition!" Now I am being asked to clean all of that up in a day and half? There are thousands of sales. The truth is I have no idea what is good and what is bad. I know what I validated but there is plenty of dated that is validated by others. Again I have tried to correct that already.

My question remains is it reasonable. Am I being set up here to fail? To me it does not appear reasonable and that I am being set up to fail.

Dwight I will break my butt to do what they have asked. There may not be as many outliers anyway. But something appears wrong. I need to know what the union will do. I am already asking around for names of legal counsel to represent me. I told myself that I would proceed carefully and systematically with this hoping that things might be resolved. But rather they seem to be escalating. At this point it may be foolish of me not to have some legal advice. Any ideas.

Phil

-----Original Message-----
**From:**      **Ishiguro, Dwight**
**Sent:**      Wednesday, October 30, 2002 11:48 AM
**To:**        English, Philip E.
**Subject:**   RE: Leave requests

Phil:
When you look at your sar and stuff like that, you should be able to identify the outliers. They are the sales that fall in the 80% and below and 120% and above sar. These may be because of specific reasons. Those need to be addressed. Have they been remodeled, non arms length transactions, financing, physical condition etc. If we can identify why the ratios are coming out as such we can defend our use or non use of them.
With thousands of sales, it will be difficult to look at each and research everyone of them. So we need to rely on the sar reports to help us id the problem sales. We need to check those out and by doing that, we can manage our sales file more easily and have a explanation for them.
Gary stated that it will probably take about three years to get familiar with IAS and market modeling. Some of us will take a little longer. That's why support from Norman and supervisors are critical for us. I tell Norman that I will be asking him the same question over and over again till I get comfortable and the picture forms for me. (I blame it on Alzheimer's) He seems to be ok with that..so far. I'm not sure when he will give up on me....
I know that Annie did good work in her area of responsibility when she was on line. Not sure about the other one. His former sup. did not think so. The models need not be perfect but the results that come out should be reasonable and explainable though.

Keep consulting with Norman. Keep on plugging!

-----Original Message-----
**From:**        English, Philip E.
**Sent:**        Wednesday, October 30, 2002 10:45 AM
**To:**          Ishiguro, Dwight
**Subject:**     FW: Leave requests

Dwight,

Follow-up question.  Are these request reasonable?  What I mean is that they are somewhat broad in that she is asking me to address things like condition of the units at sale and as you know this is something that we simply do not have the time or resources to do on all sales.  Furthermore she asks for "satisfactory/explainable" results.  The problem with these models is that it will take at least another year to get them to that point (if I don't have TAC or to many appeals).  Does she expect me to do it by Thursday?  Even Gary K. said it would take me three years to get things to that point.

Is this the same standard that they are applying to all appraisers and all models?

I agree that these things would be great to address.  Under the circumstances of having nearly 20,000 units to value and thousands of sales to review in one of the most complex real estate markets in the world, I think it might be asking too much.  Could Ann or Bob live up to the same standard they are imposing on me?

Please give me your thoughts and ideas.  The question remains, what is going on here?

Phil

-----Original Message-----
**From:**        English, Philip E.
**Sent:**        Wednesday, October 30, 2002 10:31 AM
**To:**          Ishiguro, Dwight
**Subject:**     FW: Leave requests

Dwight,

I have rescheduled leave for doctor appointments. The following is what I received from Ann just this morning.  It is relatively clear.  However, is this the same thing that she is asking other appraisers to do?  And if not is she restricting their leave?  I don't think so.  I am being singled out without a doubt and held to a higher standard than the others.  I am sure they are pouring over all of my work with a fine toothed comb to discover anything and everything they can use against me.  Is this fair?

There is nearly a full time effort of management to get me while I am being given more work than others to do.  This is a fact.  It is not fair.  In fact it is outrageous.  But it seems they can do this with impunity.

I will comply of course. I will also cancel my doctors appointments as it seems they are not going to allow mw any leave for any reason at this time. So long as they can take it to me they will.

I don't want to go over what is happening with others in the group that can be documented. For example Ryan's models are really bad from what I understand but during the final week he was allowed to take almost an entire week off to go to Vegas. No problem. Ann Kabasawa had flooding at her house and was given liberal leave. She told me that her models are not good. Marvin's mother has been in the hospital. He didn't even have to review or give Ann anything he told me because Ann did all on her own (this was according to Marvin). And of course Dawn's models are also out of control and she too has been given leave. There may be more but that is all that I am aware of. I am being singled out! They are out to get me!

Phil

-----Original Message-----
| | |
|---|---|
| **From:** | **Gima, Ann** |
| **Sent:** | Wednesday, October 30, 2002 10:19 AM |
| **To:** | English, Philip E. |
| **Cc:** | Kurokawa, Gary; Magota, Robert |
| **Subject:** | Leave requests |

Phil
Your leave requested for Friday 11/01/02 and Monday 11/04/02 is disapproved unless you are able to complete the following review of the results of models 141 and 142.
For this process you should be addressing all of the sales shown on the query of the MK400 run which have ratios that are .80 and below and 1.20 and above.
Specifically you should be making corrections to the sales data, deleting "bad" sales, documenting why the sale is being used despite outlier ratios, addressing condition or C&D situations etc.
After you have completed your review you must request another MK400 run on these models to check the results.
Satisfactory/explainable results must be submitted to me by end of day on Thursday in

order for me to resubmit your vacation request
for approval.

Keep in mind that these sales are being used
as comparables for the entire population and if
we have problems explaining why the ratio on
the sale is so far from 1.00 it will be twice as
hard to explain the reliability of the value of all
properties.

Annie

**English, Philip E.**
**From:**     Gima, Ann
**Sent:**     Thursday, October 31, 2002 3:48 PM
**To:**       English, Philip E.
**Subject:**  Corrections to errors

The list of errors Norman e-mailed you about must be corrected before we can run the entire population again.  Nov 1 Friday is the deadline and we cannot extend past that day.
Also model 142 will need to be finished being reviewed for corrections to sales.
Because of this situation, your request for vacation for Friday Nov 1 is disapproved.
Annie

**English, Philip E.**
**From:** Gima, Ann
**Sent:** Wednesday, October 30, 2002 10:19 AM
**To:** English, Philip E.
**Cc:** Kurokawa, Gary; Magota, Robert
**Subject:** Leave requests

Phil
Your leave requested for Friday 11/01/02 and Monday 11/04/02 is disapproved unless you are able to complete the following review of the results of models 141 and 142.
For this process you should be addressing all of the sales shown on the query of the MK400 run which have ratios that are .80 and below and 1.20 and above.
Specifically you should be making corrections to the sales data, deleting "bad" sales, documenting why the sale is being used despite outlier ratios, addressing condition or C&D situations etc.
After you have completed your review you must request another MK400 run on these models to check the results.
Satisfactory/explainable results must be submitted to me by end of day on Thursday in order for me to resubmit your vacation request for approval.
Keep in mind that these sales are being used as comparables for the entire population and if we have problems explaining why the ratio on the sale is so far from 1.00 it will be twice as hard to explain the reliability of the value of all properties.
Annie

1. Review any sales w .80 to ...

2. Make correction to ... ... if necessary
   a) delete "Bad" sales.
   b) document why ... ... even though ...
   c) address(?) condition or C+D

3. Run Another MK400 to check Models

English, Philip E.

| | |
|---|---|
| **From:** | Gima, Ann |
| **Sent:** | Thursday, October 31, 2002 4:30 PM |
| **To:** | English, Philip E. |
| **Subject:** | RE: #141 and #142 |

Phil,

Satisfactory/explainable results were not submitted by end of day on Thursday.

In order to have **any** results, the MK400 jobs would have had to have been completed and reviewed before being submitted to me. It is end of day on Thursday you have only "requested" the job be run and have not reviewed any of the results.

Since you have reviewed the sales and info has been been changed, deleted etc. it is conceivable that values will change and these are the results that you need to review and submit if they are satisfactory.

Annie

-----Original Message-----

| | |
|---|---|
| **From:** | English, Philip E. |
| **Sent:** | Thursday, October 31, 2002 4:01 PM |
| **To:** | Gima, Ann |
| **Subject:** | #141 and #142 |

Ann,

I will be delivering to you with a copy of this e-mail the items requested and due to you by the end of this day and listed on your e-mail dated Wednesday October 30, 2002 (attached). I have made every attempt to comply with you requests.

I understand now at 3:48 pm that there is an additional request that must be met regarding error reports

Phil

**English, Philip E.**
| | |
|---|---|
| **From:** | Ishiguro, Dwight |
| **Sent:** | Wednesday, November 13, 2002 10:30 AM |
| **To:** | English, Philip E. |
| **Subject:** | RE: |

Phil:
I have asked Waylan ...when....I haven't gotten a date yet. He was supposed to set up a meeting with Ann after the elections. Supposedly to go over the probation and evaluation. I'm not sure what his schedule is like. I'll call him today and get back to you.
dwight

-----Original Message-----
| | |
|---|---|
| **From:** | English, Philip E. |
| **Sent:** | Wednesday, November 13, 2002 9:45 AM |
| **To:** | Ishiguro, Dwight |
| **Subject:** | |

Dwight,

I was talking to Julie yesterday about query files. I thought I was helping her out because Norman had sent to me a file that I could use by neighborhood. Julie said that she had a better one by neighborhood and she e-mailed it to me. I spoke with her this morning to tell her that the years were wrong and to be sure to change the year if she uses that file. She then told me that she doesn't use that one anyway because she uses one that Ann sent to her and she explained that Ann sent it to all of us.
I checked my query folder and I in fact did have the query that Ann sent on 10/23/02 two days before my deadlines.

My question is how are we supposed to know what these queries are for and how to use them. No one told me nothing about it. It was just sent in an e-mail. I know this happens all of the time but without some form of explanation how can we know. Shouldn't someone say here is a query and you should be using it for this reason?

Ann spends a lot of time with Julie and Linda and Ann K. I am sure that these things are communicated to them while they are together. They have never been communicated to me. I feel as though I have been left on my own... "OK pal sink or swim". I am receiving little to no assistance from my supervisor. Rarely a word is even peeped in my direction.

It is frustrating that they are asking me to work within their system but that nobody is training me in it. When it comes to real estate appraising I feel confident that I could appraiser circles around all of them. I am confident in my abilities as an appraiser.. I am also anxious and desiring to know how to work within the system but I am not being trained. What is going on. I am tired of being set up.

It has been a number of weeks since I first spoke with Waylen. I have been communicating with you regularly. I know this not the only situation that people are dealing with. I believe that my 3 month probation will be re-evaluated at the end of this month (September, October, November). It has been three months of frustration. What is Waylen's plan? I need to get some feed back soon. I need to know what to do next. I have yet to go to an attorney but I know who to go to and it is just a matter of if and when. I am waiting on you guys that is all. Tell me something!

Phil

RENEAU KENNEDY RE PHILIP ENGLISH                247

**English, Philip E.**

| | |
|---|---|
| **From:** | Ishiguro, Dwight |
| **Sent:** | Wednesday, November 13, 2002 7:57 AM |
| **To:** | English, Philip E. |
| **Subject:** | RE: More of the same |

Phil:

I do still remember the situation with Chris. The reason they pulled things out is that we had discussions with them through Waylan and they decided not to insert anything in his file. I think that with Chris, they realized that he was not trained properly and that was the crux of the problem. If you ask Chris, he was given some guidance after and started to do what he had to. I know how management can get so that's why I recommend that you just say ok..and do. We do then grieve....the stewards motto.

Hang in there...

dwight

> ----Original Message----
> **From:**    English, Philip E.
> **Sent:**    Wednesday, November 13, 2002 7:21 AM
> **To:**    Ishiguro, Dwight
> **Subject:**    RE: More of the same
>
> Dwight,
>
> When you were here we did have a similar (not the same) problem.  That is when they want to get someone (like Chris or Clinton) or if you are on Bob's sh_t list (like Michelle) or Ann's sh_t list (like me), they will do everything they can to prove their case against you.  That has been the case since I have been working here and I suspect it was the case at least before I started.  In fact I have heard (even from you) in the past that Bob has always been that way. I don't know if you remember telling me that I should really watch out for Bob.  You were right.  When he decides that he wants to get you he does everything he can to do it.  I am confident if people in this office started talking there would be many with a Bob story.  I have heard some appalling things.
>
> In the case of Chris and Clint and even Michelle I can not defend them because I really do not know the circumstances.  But I do know that Chris' situation was handled very poorly particularly by Bob.  Ann was out to get him and she didn't give him a break.  She was on him constantly and that happened while you were here.  Did you forget?  It was not a pretty sight. Plus they botched it so badly they (for some reason) erased it from Chris' record.  There is a problem with management.
>
> In Chris' case it is hard to defend him because he brings it on.  The only possible way that I have brought this to me is that I have asked too many of the wrong kinds of questions and they don't like it.  Plus I don't just roll over and take it when they do things or say things that they shouldn't be doing and saying.  I have tried my best to document once I figured out what was going on and I appreciate your council in that regard.
>
> By the way do you know how I figured it out?  I started to hear from people that I was on Bob's sh_t list.  That is from other employees.  I never heard anything from Bob or even Ann until the first JPR where it mentioned about me asking too many questions or something like that.  Other employees knew something was wrong before I did.  Namely Chris, Julie, Will. How did they know and I didn't?  I suspect they knew the pattern or had seen something similar before.  I was still trying to believe (at that time) that they were really trying to change things here and make a more professional place and I was trying my best to offer my opinions in that regard.  I thought (because I was told that) the reason they hired "outside appraisers" was that they wanted input from them.

RENEAU KENNEDY RE PHILIP ENGLISH

248

As far as answering your questions I can only say this, when I asked Marvin did he submit his reports his response was "Well Ann did our reports for us so I didn't exactly submit to her because she already ran it herself." In fact Marvin went on to say that this was done for Ann K. and Chris as well. The others I do not know about but I suspect that Dawn didn't, Linda and Ann G. do everything together so who knows, and I truly do not know about Julie and Ryan. But I asked Julie if she knew about the reports that had to be submitted and whether we were told to do so and she told me that "she thinks so?" The reason I was asking Julie was that I wanted to know what reports and in what form. It was never clearly explained to me.

In fact I did submit reports to Ann on the date that she requested in an e-mail to me but she said they were not complete because I had to have the results of a report first. That was not what her instructions were! We have already discussed instructions and the fact that although they may be clear in Ann's mind the rest of us are frequently confused. I have sent you e-mails about these things already and I am sure you must remember this too! So to answer your question there is no doubt that things were handled differently for the other appraisers.

Dwight, they are out to get me. They want me to fail. Are they going to admit to that? Of course not! The record will speak clearly for itself. That is all. I will keep reporting things as they occur. I have mentioned names frequently in messages specifically when I have spoken to someone to document who I spoke to. If this goes to another forum I would not be surprised at all if people decide not to say something.

Ryan is a perfect example. He and I were talking about management one day because on that day there was not a single supervisor in the office. Not one! That is what prompted the conversation. I think I was trying to get approval to e-mail something to a tax payer but there was no one to give it.

In that conversation Ryan explained that he too doesn't understand management (even though he is Gary's baseball pal). But he said that he would never say anything to anyone because he has got a big mortgage and his family to think about. Others like Marvin have said even though he is disgusted with management he just wants to make through another few years so he can retire.

This is not simple belly-aching. There is a serious problem with management. I have nothing to lose. I think they went after the wrong guy this time.

Phil


-----Original Message-----
**From:**       Ishiguro, Dwight
**Sent:**        Tuesday, November 12, 2002 4:08 PM
**To:**          English, Philip E.
**Subject:**     RE: More of the same

Phil:
When I was there it seemed as though we didn't have this problem. I don't know where or when it started to turn around. I hope we can settle this once Waylan meets with Ann.

Number 3....did everyone submit their reports on the same day? How did they get their instructions? If theirs are a little different we can build on that.

-----Original Message-----
**From:**          English, Philip E.
**Sent:**          Tuesday, November 12, 2002 3:51 PM
**To:**            Ishiguro, Dwight
**Subject:**       RE: More of the same

Dwight,

Yes I was. It was basically that I needed to be able to meet all of my deadlines. But here is the problem, it is so broad that anyone could find fault. These are the objective. By the way they were not part of the original review that I signed but were added after I signed it and after my meeting with Gary!

Areas of evaluation will include:

1. Develop a work plan to organize and prioritize work to meet deadlines
2. Demonstrate knowledge of practical and routine aspects of the job in accordance with work expectations
3. Demonstrate the ability to follow written and verbal instructions
4. obtain written prior approval for leave

We can go step by step on how each of these objectives there haws been at least an attempt to foil my ability to achieve them. Many I have already e-mailed you about. They do not want me to succeed! This is how it has gone by the numbers above:

1. As I have written to you previously that I have requested assistance and have very little help from Ann. In fact the greatest assistance I have received has been from Norman and Pauline and only after trying very hard to get Ann to help me. I have been told already that I have not met the deadlines and that according to Ann "the entire office is extending the deadline because I did not meet the deadline". She seemed very pleased to tell me this.

2. I have asked for assistance from everyone in the group that will help me. When I have asked Ann she has not provided help and because of that I have had to go to others like Linda, Ann K, Julie, Marvin and of course Pauline and Norman. There has been and continues to be absolutely "NO" training. Example Ann threw a report on our desks and said that we had to check it for exemptions. I have no idea what that is all about but had to go to Ann K so that she could explain it to me. No one explained it to me at any time. I was on my own.

3. As I have written to you just last week Ann gave us a report regarding properties that were not loaded and apparently she wanted us to check it out and get back to her the same day. The timing was not in her written request or her verbal request. The first thing I heard that she needed it right away was in the afternoon she complained that Chris and I had not complied with her request. I didn't know that I wasn't complying because the request was not clear! This continues to be the case. She often simply does not communicate with me even though she communicates with others in the group. I feel that I have been left out of what is going

*go to others,
they know what
to do, they've
been there longer*

on and frequently have to go to others in the group just for basic instructions.

4.  I have requested leave but have had each and every request denied. Even if it was for <u>necessary follow-up</u>. Only on one occasion was it my understanding that I had the authorization to take leave and that was on Friday the 25th of October to go and see the orthopedic surgeon regarding my broken toe.  N though I believed that I was given the day to go I still came in to work and after completing the appointment I returned to the office.  It was then that Ann told me that I had taken unauthorized leave.

You know about most of these things because as they have occurred I have written to you.  In part because I need advice and in part to make a record.  If I fail this probation it will be because of the efforts to see to it that I fail.  Once again they are setting me up by scheduling 4 BOR dates in close proximity of one another during the holiday season and the appeal period.  I did not request these dates.  Bob assigned them to me.

The point here is that others have not been treated the same way that I have been.  Have all of the other appraisers in the office met all of the deadlines?  In my group I know that Ryan and Julie are both really struggling.  Even Ann K who is usually on it has had some trouble.  This is only Group 3.  What about the others?

How can one "demonstrate knowledge of practical and routine aspects of the job in accordance with work expectations" when there is no training.  What is expected?  Well it all depends on who you talk to.  In my meeting with Gary he said that it would take at least 3 years for an appraiser to get used to this system.  (Mostly because there is NO TRAINING!).  But even the most seasoned appraisers in the office (You being one of them) wonder what is going on and what is expected this time around.

Also I wonder if this is a veiled way of saying that I am suppose to not ask questions when something doesn't seem right.  I am not to question the authority of management even if it is questionable?  This seems to be the practical and routine approach.  I know a number of other appraisers have told me that they "used to care too" (Gary Kubota) but it all seems to fall on deaf ears and some have told me the best thing to do is just do what your told and don't ask questions even if you know something is not right (that is what Will M. tells me all of the time).  Maybe that is what is meant by the second area of evaluation.  "FALL IN LINE".... "DON'T ASK QUESTIONS".

I want to know how is it that we can follow written and verbal communications when it keeps changing and your not sure if you have the latest thing right or not.  If you sit down and talk to any appraisers they are all somewhat confused about what the instructions are.  It happens to me regularly whereby one appraiser believes we are supposed to do this and another that.  Demonstrate ability to follow instructions?  Maybe this too is part of do the "do what you're told and keep your mouth shut" thing.

Leave approval.  All of mine have been denied.  At the same time in group 3 alone everyone has taken leave except me during the past month of October.  Remember this was crunch month.  Ryan took a week to go to Vegas.  Was his work done?  I can go on but I won't.

There is something wrong with this process. I am on probation when I shouldn't be and now things have been made so difficult for me that even with my best efforts I may not be able to meet all of the expectations. I have been singled out and I have been targeted. This was confirmed when Julie advised me to watch out because Bob was watching me. She was right. Chris told me that I am on Bob's sh_t list and he was feeling pretty good about that because it wasn't him (or at least that is what he is thinking he may still be on the list).

Members of PTO have told me (Michelle) that they have problems because they are on the list or that they can not get along with management (Norman and Pauline). Even corp council (Susan Bender) has told me about meetings where Bob and Ann have said disparaging things about me that she knows aren't true. I have even been told (by Chris) that outside appraisers have been told by Bob that I am causing trouble in the office. Well it may be true that I am causing trouble but only because I am asking questions and when they do something like this I ask them to please stop. If that makes me a trouble maker then I must be a trouble maker. But something is for sure and that is that there is a problem here in this office and it seems since I have said something I am the target of management.

I know that I am a danger to them because I am not afraid of them. I really have nothing to lose and I want to see that things are corrected and done right here. That was why I signed on board with the City and County and I WILL follow through.

Phil


-----Original Message-----
**From:** Ishiguro, Dwight
**Sent:** Tuesday, November 12, 2002 3:02 PM
**To:** English, Philip E.
**Subject:** RE: More of the same

Hang in there and do the best you can. Will try to get Waylan involved. Were you provided with a list of objectives/goals for the evaluation/probation period?

-----Original Message-----
**From:** English, Philip E.
**Sent:** Tuesday, November 12, 2002 2:49 PM
**To:** Ishiguro, Dwight
**Subject:** More of the same

Dwight,

It continues! I was just informed today that I have been "assigned" 4 BOR dates. As you know we are supposed to submit which files we want to go to BOR 30 days in advance and we are to e prepared one week in advance for Ann. Today is the 12th of November. I have many (hundreds) of appeals outstanding. Last year you might know that I had nearly half of the offices appeals and was given no extra help. I also had the Waikiki Shore TAC which as you know took a great deal of time.

It is apparent that they are making an effort to make life as difficult for me as they can. It will take a huge effort to work on the BOR stuff alone but I still have many things left to do with my models. They are piling on!

Don't be surprised if I don't meet a few deadlines! They are doing their best to make sure that I don't. Even now I am getting no assistance from Ann at all. No direction and nearly no communication at all. Reports get thrown on the desk that I am supposed to review and I have to go around to the other people in the group and figure out what the h_ll I am supposed to do with it!

Pauline and Norman's computers are having problems and I have no one.... NO ONE to turn to for help! If the models come out badly and there are many appeals again it is the result of not getting the help.

So what is happening? I have still not heard a thing. What should I do?

Phil

**English, Philip E.**

| | |
|---|---|
| **From:** | Ishiguro, Dwight |
| **Sent:** | Monday, November 18, 2002 11:49 AM |
| **To:** | English, Philip E. |
| **Subject:** | RE: More of the same |

Phil:
It seems that if there's too many questions asked, management doesn't like it. I keep telling my boss, that I'm a little slow so he got to help me. LOL!
We do not have any "manual" to help out with the loading of different types of records. That is something that I hope the "new" manual will focus on. Do you have all the latest IAS manuals? It should have been given to you when you came on board. It has instructions on creating new cards. I'm not sure about the way they want parking stalls loaded though.
Almost pau.....Waylen get back to you?

    -----Original Message-----

| | |
|---|---|
| **From:** | English, Philip E. |
| **Sent:** | Monday, November 18, 2002 11:08 AM |
| **To:** | Ishiguro, Dwight |
| **Subject:** | More of the same |

Dwight,


Sorry to be a bother. I have been trying to load some parking stalls into IAS. I asked Ann for help and she told me (curtly) to follow the e-mail that I should already have. When it came she couldn't ell me. I did get a copy of an e-mail from Ann K. It has no date and I assume it is what Ann G. was talking about.

I asked her for help explaining how to input (what data). She ultimately told me that I needed to entire document (for some reason the one given to me was missing a few pages). She also told me that she doesn't do input and that was it. I went to Pauline to get help and she also told me that she doesn't do input. But she suggested that I go to Linda K. I did go to Linda K. and she helped me out by giving me samples of her input.

It should be noted that the instructions are not the same for inputting parking stalls as for units. As I tried to go through and follow the instructions I couldn't get the CA 21 to come up. The instructions (and the sample screens provided) are to make changes on CA 21. But after talking with Linda K. she told me that the instructions do not apply to parking stalls.

This is typical when trying to get help from Ann G., that is for me. She is ready and willing to follow through and help others in the group as has been noted in previous e-mails. I know that I am singled out and that she perceives me as a problem for her.. Chris told me that is what Ann told him. I am not sure why she perceives me as a problem. Dwight I am trying hard to get my work done and to remain focused. I am getting very little support from my supervisor.

My three month probation will be over in less than 2 weeks now. I have been very patient (albeit very frustrated). Things remain the same.

Phil

**English, Philip E.**

| | |
|---|---|
| **From:** | Ishiguro, Dwight |
| **Sent:** | Thursday, November 21, 2002 10:09 AM |
| **To:** | English, Philip E. |
| **Subject:** | RE: |

He would be a very good person to consult with.

-----Original Message-----
**From:** English, Philip E.
**Sent:** Thursday, November 21, 2002 10:07 AM
**To:** Ishiguro, Dwight
**Subject:** RE:

Dwight,

That is true ..... legally. We are entitled to our opinions. The most amazing thing is I spoke up to try and help them and save them from something worse. I am already contacting attorneys. Waiting to hear back from them. I wish that it did not have to go this way. It will most likely get ugly and people will get hurt. I wish people were not so stupid about how they conduct business. But what has happened is not right and they have left me with no other alternative.

Thanks for your support and guidance when it came to the union stuff. I have been thinking about calling Peter Trask. Couldn't hurt. I do have other contacts but he knows the City's ways very well. What do you think?

Phil

-----Original Message-----
**From:** **Ishiguro, Dwight**
**Sent:** Thursday, November 21, 2002 9:58 AM
**To:** English, Philip E.
**Subject:** RE:

Phil:
I'm not privy to the discussions that was and will be held with Waylan and Administration. I think that you will have to discuss this with Waylan after the meeting. I feel the same as you on the probation. You might want to ask if your approach with Ann and Bob (attitude/asking too many questions) is something that really affects your performance. I feel that one can have all the attitude in the world and still be able to execute job performance satisfactorily.

dwight

-----Original Message-----
**From:** English, Philip E.
**Sent:** Thursday, November 21, 2002 9:52 AM
**To:** Ishiguro, Dwight
**Subject:**

Dwight,

I just spoke with Waylen. There is a meeting set up with Ann and Gary tomorrow morning. Apparently some agreement has been reached that they have agreed to pass my grade level four probation but that Waylen told them there was some problem with the way they handled the JPR. They want to discuss with me the areas that were under review.

I will tell you that I am thoroughly disappointed. It appears that the union has a very narrow view of this kind of thing and it seems to be some kind of negotiated settlement between Waylen and Gary.    (That is what you wrote to me in a previous e-mail).

Here's the problem. I should never, ever have been on probation in the first place. The reason I was placed on probation was never made clear and appears to be as the result of some form of retaliation for my speaking up. If this is not addressed by the union then I am forced to proceed in another venue.

Can you explain this to me? Why was the probation not dropped all together. I should never have been on probation. What is going on?

Phil

11/22/02                                    9:45

Waylen T.
Gary k
Aaron G.

— Going to Pass Probation

— that means extension did not occur

The meeting for expectations

C.K. — Could have added other things
in JPR like in selfevaluation?
(I asked what they were and he couldn't say)

If G. wanted to he could make it bad for me
he would have put me directly under
Bob M. !

11/22/02
:45 am
BOR Henry Rm 3rd Flr

And previous agreement reached between
Gary K. and Waylen T.

However regarding
rating w/ Waylen

Restate  My understanding of meeting

I. Probation to Appraiser IV passed.
This means:
  a) Extended probation will be erased.
  b) Gary K has requested that the wording
     on the original review be changed
     to take out word referencing
     "attitude" and paragraph
     referring to extended Probation.
  c) The above change(s) is subject to
     My agreeing, but has no impact
     on "a)" above

II. That it would be understood that I
    would work at Appraiser IV level
    according to description given
    and more specifically
  a) that I would act independently
  b) that I would solve problems on
     my own (show initiative per Gary K)
  c) I would make recommendations
     to my supervisor on possible solutions
     where I would need my supervisors
     advise (i.e. when not solving the problem
     on ... ?)

d) I would not e-mail my supervisor (Ann G) the statement " is there anything else that you need me to do?" Rather I would find another way to ask for her guidance and assistance by making recommendations. example " Ann, should I do this or should I do that?" or "Ann, I think this is the right way". "What do you think?"

Note: I may need help in finding a way that she finds exceptable ~~to her.~~



Other things (discussed ~~for~~ or not)

I. ~~There was~~ No discussion ~was Allowed~ regarding the motivation behind the ~extended~ probation and negative review/rating.

II. The ~~focus~~ apparent Limit of the chion's response ~~is~~ to my ~review~ ~~that~~ that the JPR did not make sense and may have been improperly written.

III. That Gary K is willing to re-assign me to ~~B~~ working for Bob M or to transfer me to Kapolei. (or they could fire me) per Waylen T.

IV. Bob M was not ~~at~~ at the meeting at Waylen T's request. (Not mine)

V. That Gary K. would be willing to arrange my move to another jurisdiction (Hawaii)

VI. That Waylen is a personal friend of Gary K's.

VII. Re: Waylen T. Ann C's reaction or response during ~~...~~ ~~...~~

VIII. That it was left up to me to agree to the "deal" made between Gary K. & Waylen T.

IX. I asked for time to think about it as I had not met with Waylen Privately to discuss the "deal"

X. I was given until Tuesday 11/26/02 to respond to Waylen T.

(impressions)

## More Thoughts on meeting

Gary said "It is because of my secomendata that you got the job!" He said this 2 different times during the meeting.

Does it mean I would not have gotten hired w/o his recomendation or do I owe him Something (& keep my mouth shut)?

Waylen did not seem to be on my side at all. He seemed to be (at best) Neutral but at times he seemed to be siding (supporting) Particularly Gary. This was an agreement between Gary and Waylen.

Ann was quiet most of the time but clearly hostile to me. (as comented by Waylen when he and I met briefly after the meeting) There is no doubt that she ~~wants me to feel~~ wants to hold me to a "perfect" Appraiser IV standard. Same thing that no one can live up to!

(over)

There was a discussion on how they
could look back over 2002 and see
what kind of inputs and work I was
doing on the computer. That way they
could prove if I was doing my work or not!
This is no. I told Gary to please do
it because he will see that I have
been working. (It is as if they want
to say I did not do my work?) I was
very busy in 2002 with TAC, declaration
and trying to set up the Gold Coast for
Modeling (it had not been set up for Modeling
before. In fact much of the models need to be
reviewed and adjusted for groupings. The don't
make sense!)

But this is in Stark contrast to Gary
saying "this is a new beginning" or "fresh
start!" Why would they talk about going
back to 2002 and trying to review the
record of inputs (which will only tell half
of the story)

They asked me if I was "satisfied" with the results of the work that I had done in 2002. I told them that I was satisfied that I did the best that I could and under the circumstances (3,000 +cond-, TAC, declarations, almost 25% of the entire offices appeal (cond for 2002).

But that I was not satisfied with the results. I feel the models could be a lot better given the time and support needed to work on them. (Even Gary said in a previous meeting that it takes about 3 years to get the models where "you want them")

Throughout the entire meeting Waylen was taking copous notes on the requirements for an appraiser IV, ie what they do.

It was also interesting to me that Gary emphasized the need for ~~appraise~~ me to show initiative. One year ago he called me into a meeting and told me I was taking ~~too~~ much initiative!?

(over)

I told them in the meeting that where this all leaves me is in the weakest and most vulnerable position.
(the look on their faces said "yeah that's right")

The only response was from Gary who said (again) that it is to be a fresh start and to everything from before behind us. (Does that mean my complaint about Gary having Chris do work for his while at the office?)

I did not feel it was sincere because they can still set me up in the future for a fall. I am not protected.

They say the could transfer me to a new group under Bob M. But it was agreed (by Gary & Waynen) that that would be a worse fate. I do not know why. What is Bob's thing against me?
or
They could transfer me to Kapolei. They knew I just bought a boat & have it at the Ala Wai and that I ride my bike to work. They also know that I don't have a car and it would make it very difficult for me to see my son if I worked in Kapolei (

They know these things. So their offer to move me was more of a threat! Do what we say or we will put you under Bob M. or move you to Kopolei!

Wayler told me after the meeting that Gary heard that I wanted to move to the Big Island and he would arrange it for me if I wanted. How can he arrange for me to get a job in another jurisdiction and why does he want to get rid of me? (Island of Hawaii)

I did apply for a job but my plan is that I might move over there in 5 years or so after my son is out of high school. I also told them I wanted to be in Hilo and the job that was open was in Kailua-Kona.

(over)

<u>Final impressions on meeting</u>

- I was <u>surprised</u> that Waylen would not allow any questions or conversation as to the motivation behind the extended probation. I attempted to bring it up more than two times and he "<u>Quickly</u>" cut me off each time.

- I was somewhat intimidated by the whole proceeding. Waylen did not seem to be in my corner infact he admitted that he is friends w/ Gary outside of work.

The focus of the meeting was Ann's future expectations of me (and it was clear that she remains hostile towards me) and the correction or changing of the documents from the JPR for the official record.

Waylen kept saying to me "it is up to <u>you</u> Phil" as if to pressure me into agreeing with everything they wanted. Note the emphasis on <u>you</u>. He said it that way. "It is up to YOU" So in other words if things go bad in the future for me it will be "my fault"

**English, Philip E.**

| | |
|---|---|
| **From:** | Ishiguro, Dwight |
| **Sent:** | Monday, November 25, 2002 11:05 AM |
| **To:** | English, Philip E. |
| **Subject:** | RE: Meeting on Friday |

Phil:

I'm not sure how you'll be able to "mend" the relationship you have with Ann. Only you will be able to do that

I'm not clear about the union not being willing to protect against retaliation. Employees who are retaliated against do have protections.

If not union protection, then state or federal.

I think the expectation may be that you would be able to work at the IV level with minimal supervision. So they will be expecting your work to be at that level. We go back to the training and assignment you were given when you first came on board. I'm not sure how much training you received. You need that type of experience before you can do what is expected.

I hope that they think about your situation more carefully.

The focus seem to be only on the extended probation situation. Gary should be aware of the personnel situation and should be occasionally monitoring it from now on.

I hope that the expectations and reasons for the communication problem have been defined and we can work to make it better.

Keep me posted.

dwight

-----Original Message-----

| | |
|---|---|
| **From:** | English, Philip E. |
| **Sent:** | Monday, November 25, 2002 10:42 AM |
| **To:** | Ishiguro, Dwight |
| **Subject:** | Meeting on Friday |

Dwight,

I had a meeting on Friday with Gary K., Ann G. and Waylen T. Bob was not included in the meeting per Waylen's request (not mine). The meeting was to discuss the "deal" that Gary K. and Waylen T. had come up with in some previous meeting between the two of them. It was the first time that I was aware of any of it other than that something was happening (as you had kept me posted).

The meeting was conducted by Waylen and he kept it focused on only the issues that he and Gary had made a deal on. This apparently had to do only with the nature of how the JPR was written but had nothing to do with why it was written in the first place. On more than one occasion during the meeting I attempted to ask the question as to what was the motivation behind the JPR's suddenly becoming so negative. Waylen would not let the conversation go there for some reason. Maybe it is not greivable? Is retaliation by the employer greivable? Will the union protect me?

At any rate the result of the meeting was not good from my perspective. The deal reached between Gary and Waylen leaves me with a clearly hostile supervisor. Even Waylen said that he could tell by looking at Ann that she was still hostile and that he would talk to her at some point. The alternatives that they were willing to give me were worse.

At this point it seems that they will pass my probation and do away with the extended probation. They also want to change the official record to delete the references to "attitude" and the paragraph regarding what was expected of me during the extended probation (which was added after I signed the review!). Waylen said that the probation would be passed regardless of whether I agreed to any changes or not.

They set down the requirement that I would have to be able to perform independently as an Appraiser IV. That I would have to show initiative (per Gary) and solve problems on my own. The only thing that was mentioned about my performance before was that when I e-mailed Ann and asked her if "there was anything else I could do or should do" she took that as offensive? She said that I was being sarcastic. Unbelievable! They told me that I can not do that anymore and that I would have to find another way to communicate with Ann in a way that she does not find offensive. They offered some suggestions like ask her what her opinion is or come to her and offer alternatives and ask which she thought I should do. It doesn't work. I already tried it this morning and she gave me sh_t because I asked her about a couple of appeals and what she thought I should do. Ann simply doesn't like me and anything I do she will find fault.

Furthermore I was told that I must do things on my own. If we were e-mailed directions then we should not ask her for help but refer to the e-mail directions. Waylen even said that was reasonable. Just this morning Ann was helping Julie with the Land disc instructions that just came down from PTO. Ann stood right there with Julie and helped her step by step. She has never done this with me nor do I expect it. I am on my own. Even though she is my super I will most likely have to get help from others.

I explained during the meeting with Waylen, Gary and Ann, that I remain in the weakest and most vulnerable position. They agreed. So it seems that although the union was able to reverse the extended probation they are not able (or willing) to protect me from retaliation or a hostile work environment. For this I am very disappointed and I believe it is a matter of time before they will try to go after me again. Gary kept saying that it was a fresh start and maybe that is what "he" intends. But I can tell you for sure that is not what Ann's intentions are. She is making that known and clear. And I am sure that I will remain on Bob's sh_t list as well.

To tell you the truth I am no better off than I was in August. My review will still show a negative rating under attitude with no explanation, I am still on Bob's sh_t list for reason that remain unknown to me, Ann is still hostile to me (even worse than how she treated Chris when you were over here!) and in some ways I am in a weaker position because now we know that the union is apparently not willing to protect employees from retaliiation. If that is correct?

Please give me your thoughts.

Phil

**English, Philip E.**

| | |
|---|---|
| **From:** | Gima, Ann |
| **Sent:** | Wednesday, January 08, 2003 1:55 PM |
| **To:** | English, Philip E. |
| **Subject:** | RE: Progress meeting |

## Can you please double check with Waylon.  This is what was both Gary's and my understanding.

Annie

-----Original Message-----

| | |
|---|---|
| **From:** | English, Philip E. |
| **Sent:** | Wednesday, January 08, 2003 8:01 AM |
| **To:** | Gima, Ann |
| **Subject:** | RE: Progress meeting |

Ann,

I have no recollection of an agreement to meet on a monthly basis and review my progress with Gary.  What I do recall is that there was an agreement that I would be passed for the Appraiser IV (the extended probation would disappear) and that certain line items in the review narrative (added later) would be removed.  I requested something in writing from the meeting from Waylen outlining the specific agreements and never received anything.

I do recall a discussion about how reports could be run to show whether I had been doing my work or not (passed tense) and there was a lot of discussion about having meetings with our group and communication.  At no time do I recall a discussion or an agreement to meet with Gary on a monthly basis to review my progress and production.  I am sorry I just do not recall any agreement.

If it is what you wish me to do I will do it.   But this is exactly what I was saying in the meeting and that is that even though the probation went away and I was passed for the Appraiser IV position, that I am still under some sort of review.  On this point it concerns me because I have never been told of the reason I need to be under review or specifically what areas of my work are under review.

Please let me know what this is all about and why I am still under some sort of review.

Phil

-----Original Message-----

| | |
|---|---|
| **From:** | Gima, Ann |
| **Sent:** | Tuesday, January 07, 2003 3:42 PM |
| **To:** | English, Philip E. |
| **Subject:** | RE: Progress meeting |

## There is no extended probation.

RENEAU KENNEDY RE PHILIP ENGLISH

I am talking about what was agreed to at the meeting in November which was attended by Waylon and Gary.
At that meeting, it was agreed that we would meet to review your progress and production on a monthly basis and address any concerns at that time.

Annie

```
-----Original Message-----
From:        English, Philip E.
Sent:        Tuesday, January 07, 2003 2:51 PM
To:          Gima, Ann
Subject:     RE: Progress meeting
```

Ann,

Are you talking about the meeting with Waylen, Gary and you regarding my extended probation?

Phil

```
-----Original Message-----
From:        Gima, Ann
Sent:        Tuesday, January 07, 2003 2:43 PM
To:          English, Philip E.
Cc:          Kurokawa, Gary
Subject:     Progress meeting
```

Phil,
In order to prepare to meet with Gary as discussed in our meeting in November, please run and print copies of the necessary queries and reports showing work accomplished, status etc.

As soon as you are ready I will schedule a time to meet.
Thanks,
Annie

NOTICE OF VACANCY TO BE FILLED
DEPARTMENT OF BUDGET AND FISCAL SERVICES

| | | |
|---|---|---|
| Date Posted: | January 15, 2003 |
| Opening Date: | January 15, 2003 |
| Closing Date: | January 24, 2003 |

Position Number: DF-465

Title and Pay Range: Real Property Appraiser VI, SR-26

Location: Real Property Assessment Division
        842 Bethel Street

Duties: Plans, supervises and coordinates the work of a staff of real property appraisers; and performs other related duties.

Qualification Requirements:

Training and Experience: A combination of education and experience substantially equivalent to graduation from an accredited college or university with major work in real estate, business or public administration, economics or a related field and five years of professional experience in appraising real property, two of which shall have involved independently appraising the most difficult and complex types of real property.

Knowledge of: principles and practices of supervision; principles, techniques and practices of real property valuation and appraisal; policies, procedures and objectives of the organization; real estate practices; real property tax laws and related rules and regulations; research principles, techniques and methods; principles and practices of public and human relations; interviewing practices and techniques; report writing.

Ability to: plan, supervise, coordinate and review the work of a staff of real property appraisers; interpret and apply the various laws, rules, regulations, ordinances and statutes governing the appraisal of real property for the organization's purposes; prepare clear and concise reports; analyze and develop solutions for unusual problems; recommend and implement operational improvements; meet and deal tactfully and effectively with others.

Instructions to Applicants

Completed applications must be received in the Department of Budget and Fiscal Services' Personnel Office by the close of business on January 24, 2003. Applicant is solely responsible for submitting a complete application. This posting does not preclude the use of other competitive lists. If there are any questions, please call Violet Lee, Personnel Assistant, at 527-5716.

MICHAEL GOLOJUCH
Administrative Services Officer

RECEIVED
JAN 1 4 2003
Real Property Assmt. Div.
Dept. of Budget and Fiscal Services
City and County of Honolulu

**Philip English, CGA-137**
720 South Street, #170
Honolulu, Hawaii 96813
(808) 754-2136

Friday, January 24, 2003

Department of Budget and Fiscal Services
530 South King Street
Honolulu, Hawaii 96813

Attn:   Personnel Office

Enclosed please find the application for **Real Property Appraiser VI, SR-26.** In addition to the application I have provided supporting information to assist you in making your determination of eligibility.

Attached are:

1. Letter of explanation to Violet Lee dated April 4, 2001
2. State of Hawaii Certified General License certificate
3. IAAO Certificate of Completion course 300 – Fundamentals of Mass Appraisal
4. IAAO Certificate of Completion course 311 – Residential Modeling Concepts
5. IAAO Certificate of Completion course 151 – Standards of Practice and Ethics
6. IAAO Certificate of Completion course  "Instructor Training Workshop"

Information provided upon request from the American Institute of Real Estate Appraisers professional appraisal courses includes:
1. Standards of Practice and Ethics
2. Appraisal Principles
3. Basic Valuation Procedures
4. Residential Valuation
5. Capitalization Theories & Techniques - A
6. Capitalization Theories & Techniques - B

I am currently a member in good standing with the IAAO and in 1993 had achieved the SRA designation and was a candidate for the M.A.I. designation with the Appraisal Institute. I currently am not a member nor candidate with the Appraisal Institute.

Should you require more information please contact me at (808) 523-4719.

Respectfully submitted,

Philip English – CGA 137

**EMPLOYMENT APPLICATION**

**CITY AND COUNTY OF HONOLULU
DEPARTMENT OF HUMAN RESOURCES**
715 SOUTH KING STREET, SUITE 550
HONOLULU, HAWAII 96813 • 523-4301

D.C.
No. _____

**Human Resources Dept. Use Only**

| | | |
|---|---|---|
| Lic _____ | | ID# _____ |
| | | Educ _____ |
| Suppl _____ | | Perm _____ |

List examination numbers and titles for which you are applying. File a separate application for each examination except where two or more titles appear on the same announcement. Fill out all forms (pages 1-4) carefully. Use typewriter or print in ink. Application may be returned by mail.

| | EXAM NO. | TITLE | CLASS NO. | ACCEPT | REJECT |
|---|---|---|---|---|---|
| 1. | C20555 | REAL PROPERTY APPRAISER VI | | | |
| 2. | | | | | |
| 3. | | | | | |

1. Name __English    Philip    E__
   (LAST)    (FIRST)    (MIDDLE INITIAL)

2. Social Security __555 1981 1526__

3. Mailing Address __720 South St #170__    __Honolulu    HI__    __96813__
   (NUMBER, STREET, APT. NO. OR P.O. BOX)    (CITY)    (STATE)    (ZIP CODE)

4. Phone No. __754-2136__ __(HOME)__    __523-4719__ __(BUSINESS)__

Other Names Used: __N/A__
(Including Maiden Name)    (LAST)    (FIRST)    (MIDDLE INITIAL)

5. **CITIZENSHIP STATUS:** (Check one)
   - ☒ U.S. Citizen
   - ☐ U.S. National (Country _____ )
   - ☐ Permanent Resident Alien
   - ☐ Non-Citizen authorized under federal law to work in the U.S. Type of visa _____

E-mail address: _____

*Notify us in writing of any changes in your address or telephone numbers or you may miss an examination or a job interview.*

*Application assistance and examination: Accommodation for the disabled available upon request.*

6. **RESIDENCY:**
   a. Are you a legal resident of the State of Hawaii?    Yes ☒ No ☐
   b. Within the past year have you:
      1) Filed a State of Hawaii income tax return OR
      2) Been claimed as a dependent on a State of Hawaii income tax return?
   My answer to Question b. is:    Yes ☒ No ☐

7. **VETERAN'S PREFERENCE:**
   (Veteran's preference not applicable for City promotional examinations)

   I claim ☐ 5 points ☐ 10 points  Dates of Active Duty: From __N/A__ to _____

   Check the appropriate block(s): (COPIES MUST BE ATTACHED TO RECEIVE CREDIT FOR ELIGIBLE PERIODS)
   - ☐ Attached is a copy of my DD form 214 showing dates of service under honorable conditions.
   - ☐ Attached is a copy of an official statement from the Veteran's Administration or armed forces, dated within the past 12 months, which confirms my eligibility for 10 points preference. (Spouses or widows applying for preference must also submit appropriate documentation).

8. **AVAILABILITY: YOU WILL BE CONSIDERED FOR EMPLOYMENT ONLY IN THE AREAS YOU CHECK. NOTIFY US IN WRITING IF YOUR AVAILABILTY CHANGES.**
   I will accept: Permanent ☒ 0  Temporary ☐ 1  Part-time ☐ 2  Shift Work ☐ 3
   I will accept work in the following areas:  0. Honolulu ☒  1. Kailua ☐  2. Waimanalo ☐  3. Kaneohe ☐  4. Hauula-Kahuku ☐
   5. Waialua ☐  6. Wahiawa ☐  7. Aiea-Pearl City-Ewa ☐  8. Waianae ☐

9. **CERTIFICATE OF APPLICANT:**
   I HEREBY CERTIFY that all statements made on or in connection with this application including those regarding my education and employment record are true and correct to the best of my knowledge. I agree and understand that any misstatements or omissions of material facts may cause forfeiture on my part of all rights to any employment in the service of the City and County of Honolulu. I understand that all information is subject to verification. Further, I understand that I will be required to pass a drug screening test and that applications and attachments become the property of the City Department of Human Resources and will not be returned. Also, I will keep a copy of this application to bring with me to the interview.

   __1/17/03__
   (DATE)

   __Phil English__ (signature)
   (SIGNATURE OF APPLICANT)

**Do Not Write in Space Below**

| | WT | TAE | PT | FA | VP | FG | RK |
|---|---|---|---|---|---|---|---|
| 1. | | | | | | | |
| 2. | | | | | | | |
| 3. | | | | | | | |

**AN EQUAL OPPORTUNITY EMPLOYER**
— 1 —

DOC. ID
G3-3 (REV. 2/91)

RENEAU KENNEDY RE PHILIP ENGLISH    274

**EDUCATION AND SPECIAL TRAINING:**

Have you graduated from high school or received a high school equivalent diploma?　Yes ☒　No ☐

Name and location of high school: _John Muir　PASADENA, CA_

| NAME OF SCHOOL | ADDRESS (CITY, STATE) | DATE ATTENDED | | | | TOTAL CREDIT HOURS COMPLETED | MAJOR COURSE OF STUDY | GRADUATED | | DEGREE OR CERT. | VER. OF DIP. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | FROM MO | YEAR | TO MO | YEAR | | | YES | NO | | |
| PASADENA CITY COLL. | PASADENA, CA | | 72 | | 73 | | General | | ✓ | | |
| CAL STATE LOS ANGELES | LOS ANGELES, CA | | 73 | | 75 | | MUSIC | | ✓ | | |
| U.S.C. | | | 77 | | 78 | | MUSIC | | ✓ | | |
| APPRAISAL INSTITUTE | | | | | | | | | | R.E. APPRAISER | ISRA |

DESIGNATION

Do you have a driver's license?　Yes ☒　No ☐

Class: (circle one)　① 2 3 4 A B C

Expiration Date: _10/26/2005_

Attach copy of diplomas, certificate or transcript, licenses, registrations required for this position. *(See job announcement.)*

**EMPLOYMENT RECORD** - *Include all previous work experience:* Full time, part-time, volunteer and military experience. Begin with your present or last job held. Describe in detail nature of work personally performed by you. Also, give dates and explain unemployed periods. If your duties and responsibilities changed while working for the same employer, list each separately.

---

Employer _Philip English + Assoc._

Address _4 South King St. #201_

Name & Title of immediate Supervisor _NONE_

Your Title _Owner / Appraiser_　Duties _Manage day to day operation of real estate appraiser firm. Review and perform appraisals on all types of property. Plan and set goals + objectives. Communicate with clients._

No. & Titles of employees you supervised: _12 Appraisers + Staff_

From mo. _1_ yr. _89_

To mo. ~~PRESENT~~ yr. _98_

Total _10 years_

Full time ☒　Part time ☐

Av. hrs. per week _40+_

Salary _40,000_ (FIRST) _45,000+_ (LAST)

Reasons for leaving

---

Employer _1st NATIONWIDE BANK_

Address _Pacific Tower #1400_

Name & Title of immediate Supervisor _Carol Johnson V.P._

Your Title _Senior Appraiser - Hawaii_　Duties _Manage day to day operations of bank's appraisal staff. Review and manage fee appraisers throughout the State of Hawaii. Performed appraisals on various types of properties._

No. & Titles of employees you supervised: _8 Appraisers + Staff_

From mo. _4_ yr. _87_

To mo. _10_ yr. _59_

Total _2 yrs._

Full time ☒　Part time ☐

Av. hrs. per week _40+_

Salary _25,000_ (FIRST) _45,000_ (LAST)

Reasons for leaving _Start My Own COMPANY_

---

Employer _INDEPENDENT APPRAISER_

Address _3482 Grayburn Rd. PASADENA_

Name & Title of immediate Supervisor _NONE_

Your Title _OWNER / APPRAISER_　Duties _Appraisal of various types of properties for various clients. Manage Appraisal office. Train_

No. & Titles of employees you supervised: _21 trainee/secretary_

From mo. _4_ yr. _86_

To mo. _3_ yr. _87_

Total _1 yr._

Full time ☒　Part time ☐

Av. hrs. per week _40+_

Salary _35,000_ (FIRST) _35,000_ (LAST)

Reasons for leaving _Move to Honolulu_

---

Employer _1st INTERSTATE MORTGAGE_

Address _LOS ROBLES AVE DASADENA_

Name & Title of immediate Supervisor _ROB HERVEY, M.A.E. V.P._

Your Title _Appraiser_　Duties _Perform narrative appraisals on various types of properties from residential to complex properties utilizing capitalization techniques._

No. & Titles of employees you supervised: _Staff / TRAINEES_

From mo. _1_ yr. _79_

To mo. _3_ yr. _86_

Total _5 yrs._

Full time ☒　Part time ☐

Av. hrs. per week _40+_

Salary _12,000_ (FIRST) _25,000_ (LAST)

Reasons for leaving _Start Own Business_

---

*(Continue on another sheet of paper, using above format.)*

—2—

RENEAU KENNEDY RE PHILIP ENGLISH

335

Name _English_  _Philip_  _E_
     (LAST)       (FIRST)       (MIDDLE INITIAL)

Examination Title and Number _020555_

Social Security Number _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_

**RECRUITMENT SURVEY: How did you find out about this examination? (Check only one)**

01 ☐ Job Fair
02 ☐ Job Information Recording
03 ☐ Newspaper Ad
04 ☐ Radio Ad/Announcement
05 ☐ School Counselor
06 ☐ Speaker at Group Presentation
07 ☐ TV News
08 ☒ City and County Employee
09 ☐ Other _____

**APPLICANT DATA SURVEY:** In order to meet the requirements as set forth in Federal guidelines, we need your cooperation and assistance in completing this form. Participation is confidential. Your replies will not affect your eligibility or opportunity for employment. The data will be used for reporting and personnel research purposes only. It will not be used for the purpose of selecting job applicants.

1. **Sex:** ☐ Female  ☒ Male

2. **Age:** 1 ☐ Under 20  2 ☐ 20-24  3 ☐ 25-29  4 ☐ 30-39  5 ☒ 40-49  6 ☐ 50 and over

3. **Ethnic Background:** Review all ethnic background categories listed below. Determine the one category which best represents your ethnic background. Check the box provided next to that category. *MARK ONE BOX ONLY.*

01 ☐ Black

02 ☐ Chinese

03 ☐ Filipino

04 ☐ Hawaiian

05 ☐ Part-Hawaiian

06 ☐ Japanese

07 ☐ Korean

08 ☐ Puerto Rican

09 ☐ Samoan

10 ☒ White-
Includes persons of Portuguese, Indo-European descent, including Pakistani, and East Indian, and persons of Spanish of Latin descent (*excluding* Filipino and Puerto Rican).

11 ☐ Mixed-
Mixtures of any categories on this form *except* Hawaiian. If you are Part-Hawaiian, mark category 05.

12 ☐ Others or Unknown-
Includes Guamanian, South East Asian (Vietnamese, Laotian, Thai, etc.), American Indian and Alaskan Native.

—3—

CITY AND COUNTY OF HONOLULU
DEPARTMENT OF HUMAN RESOURCES

**You must complete and sign this form as part of your application for City employment.**

1. Name  English          Philip                    E          SSN # 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
          (LAST)          (FIRST)          (MIDDLE INITIAL)

2. Title and examination number of job applying for   Real Property Appraiser VI (020 555)

---

The information requested below is needed to determine your suitability for employment. Convictions, dismissals from employment, or less than honorable discharges from military service will not necessarily be a bar to employment. Factors such as age at the time of the offense, date of the offense, seriousness and nature of the violation and rehabilitation will be taken into account.

3. **Dismissals from employment or other than honorable discharges from military service**

   Have you been:

   A. Fired or asked to resign from employment? . . . . . . . . . . . . . . . . . . . . ☐ *Yes _____
                                                                                       ☒ No    (MONTH/YEAR)

   B. Separated from military service under OTHER than honorable conditions? . . . . . . . . . ☐ *Yes _____
                                                                                             ☐ No    (MONTH/YEAR)
                                                                                             ☒ I was never in the
                                                                                                military.

4. **Conviction for violation of law**

   Have you been convicted of a violation of law (Convictions for felony, misdemeanor, DUI, . . . . . . ☐ *Yes _____
   contempt of court, etc. must be reported)                                                            ☒ No    (MONTH/YEAR)
   In answering this question, you need NOT report the following:
   (1) Arrests not followed by convictions;
   (2) Convictions which were annulled or expunged;
   (3) Offense for which you were tried as a minor or juvenile;
   (4) Conviction of a misdemeanor in which the period of twenty years has elapsed since the date the
        sentence was fulfilled and during which elapsed time there has not been any subsequent arrest or
        conviction.

                    SIGN HERE →    Phil English                    1/17/03
                                   **SIGNATURE OF APPLICANT**        **DATE**

---

*If you answered "Yes" to any question on this page, you must explain in detail below. This information will be considered in determining your fitness for this job.

_____

_____

_____

_____

_____

_____

_____

_____

_____

                    *(If more space is needed, continue on back)*

                              —4—

RENEAU KENNEDY RE PHILIP ENGLISH                    ???

April 4, 2001

Violet Lee
Budget and Fiscal Services

Ref:    Addendum to Application for Real Property Appraiser VI

Dear Violet,

Thank you for your call regarding my application and giving me the opportunity to more fully explain the nature of my work experience. I am sure that after reviewing the additional information that you have asked for you will be able to determine that my work experience meets and/or exceeds the minimum requirements for the Appraiser VI position.

Minimum Qualifications Requirements for the Class include training and experience in real estate, business or public administration, economics or a related field and five years of professional experience in appraising real property, of which two shall have involved appraising the most difficult and complex types of real property.

As to the Training aspect of the qualification I would like to offer the following information. I have been associated with the Appraisal Institute since 1982 and achieved the SRA designation in 1993. At that time I also became an M.A.I. candidate. During this time I completed most of the course work required for the M.A.I. designation (Basic Valuation Procedures, Capitalization and Theory A & B as well as many seminars related to performing complex appraisal assignments). I have subsequently let my SRA Designation and my M.A.I. candidacy laps due to illness.

In 1993 I tested for the Certified General Appraisers License for the State of Hawaii and currently hold license number CGA-137. Certified General Appraiser License is given to those appraisers who have demonstrated their ability to appraise the most difficult and complex properties in the State of Hawaii utilizing advanced appraisal methods and techniques such as income capitalization, discounted cash flow analysis, band of investment techniques for developing overall rates as well as other techniques.

A limited list illustrating of my Experience appraising complex and difficult properties utilizing some of the techniques described above are as follows:

| Project Name | Type of Project | Location | Valuation | Date |
|---|---|---|---|---|
| Santa Barbara Cntry Club | 18 Whole Golf Crs | Santa Barbara, CA | $ 9,000,000 | Apr-84 |
| Country Place | Res. Subdivision | Redlands, CA | $ 3,500,000 | Dec-84 |
| Mira Vista Apts | 21 Luxury Apts | Montrose, CA | $ 1,500,000 | Apr-85 |
| Rosemont Medical Cntr | Medical Office | Los Angeles, CA | $ 3,300,000 | Apr-85 |
| Golden West Apts | 44 Apt Units | Victorville, CA | $ 3,800,000 | May-85 |
| Sun Village Retirement | Retirement Village | Sun Village, CA | $ 12,000,000 | May-85 |
| Del Pine Terrace | 112 Apt Units | Bakersfield, CA | $ 4,480,000 | Jun-85 |
| Mesa Verde Apts | 120 Apt Units | Bakersfield, CA | $ 4,800,000 | Jul-85 |
| River Park Project | Res. Sub/Golf | Visailia, CA | $ 7,900,000 | Aug-85 |
| Villas Cabarellos | Time Share Project | Palm Springs, CA | $ 2,900,000 | Sep-85 |
| 250 Condo Units | Proposed Condo | San Diego, CA | $ 12,500,000 | Sep-85 |
| 79 Unit Subdivision | 79 Single Family | Fontana, CA | $ 6,500,000 | Oct-85 |
| Sunset Palisades | Single Family Subd | Pismo Beach, CA | $ 3,500,000 | Oct-85 |
| Deer Creek North | Luxury Subdivision | Alta Loma, CA | $ 7,200,000 | Dec-85 |
| Sycamore Park | Res. Subdivision | Rialto, CA | $ 11,250,000 | Dec-85 |
| Country Club Village | Res. Sub/Golf | Santa Maria, CA | $ 7,200,000 | Jan-86 |
| 13 Com.Warehouse | Industrial Warehouse | Santa Maria, CA | $ 18,000,000 | Jan-86 |
| Honolulu Twr II | 600 Unit Apt | Honolulu, HI | $ 35,000,000 | Apr-86 |
| Woodridge Res Subd. | Res. Subdivision | Ahuimanu, HI | $ 4,900,000 | Aug-88 |

All of the above assignments were completed for First Interstate Mortgage or First Nationwide Bank. I was employed both as an employee and as an independent appraiser for these assignments.

RENEAU KENNEDY RE PHILIP ENGLISH                                    278

In addition to the above difficult and complex assignments, and while employed by the City and County Real Property Tax Division, I have also been involved in and completed valuations on Hotel properties that would fall into this category. They are listed below:

| Project Name | Description | Type | Location | Valuation | Date |
|---|---|---|---|---|---|
| Imperial Hawaii Resort | 272 Units | Hotel/Resort | Waikiki | $ 20,417,800 | Oct-00 |
| Nilhau Apt Hotel LTD | 43 Units | Hotel/Resort | Waikiki | $ 4,801,600 | Oct-00 |
| Waikiki Shore | 127 Units | Hotel/Resort | Waikiki | $ 50,786,100 | Oct-00 |
| Hawaiian Colony | 84 Units | Hotel/Resort | Waikiki | $ 2,783,000 | Oct-00 |
| Inn in the Park | 68 Units | Hotel/Resort | Waikiki | $ 3,718,000 | Oct-00 |
| Ilikai | 423 Units | Hotel/Resort | Waikiki | $ 83,220,900 | Oct-00 |
| Hawaiian Monarch | 222 Units | Hotel/Resort | Waikiki | $ 11,368,700 | Oct-00 |
| Marine Surf | 106 Units | Hotel/Resort | Waikiki | $ 10,133,000 | Oct-00 |
| Island Colony | 332 Units | Hotel/Resort | Waikiki | $ 28,523,100 | Oct-00 |
| Hawaiian King | 54 Units | Hotel/Resort | Waikiki | $ 3,627,600 | Oct-00 |
| Waikiki Beach Tower | 94 Units | Hotel/Resort | Waikiki | $ 77,301,000 | Oct-00 |
| Kuhio Village II | 165 Units | Hotel/Resort | Waikiki | $ 8,779,700 | Oct-00 |
| Pacific Monarch | 143 Units | Hotel/Resort | Waikiki | $ 19,001,000 | Oct-00 |
| Waikiki Beachside | 32 Units | Hotel/Resort | Waikiki | $ 1,488,200 | Oct-00 |
| Waikiki Grand | 89 Units | Hotel/Resort | Waikiki | $ 5,622,100 | Oct-00 |
| Diamond Head Bch Hotel | 61 Units | Hotel/Resort | Waikiki | $ 12,645,800 | Oct-00 |
| Total | | | | $ 344,217,600 | |

I have recently participated in the out of Tax Appeal Court settlement of the Ilikai Hotel and I am currently preparing for depositions and trial for the Waikiki Shore appeal of classification.

I believe all of the above will demonstrate that I have education and experience in regards to appraising the most difficult and complex types of real property.

Finally, I would like to also address one other area of experience that I think may be helpful for you in determining whether or not I meet the requirements to be considered for this position. In the City and Counties Real Property Appraiser VI Class Specification, it states that: "This class differs from the Real Property Appraiser V in that the Real Property Appraiser VI position plans, supervises and coordinates the work of a staff of real property appraisers...". This positions primary function is as an *administrator* of a staff of appraisers.

My experience since 1986 has been primarily administrative in nature. In 1986 I began my own appraisal company in Pasadena, California and in 1987 I was appointed as the Senior Appraiser of First Nationwide Bank in Hawaii. By 1989 I again began my own appraisal firm, Philip English and Associates, of 12 employees including 6 appraisers and 6 full time staff. Due to illness I was unable to continue.

In 1999, Eileen Tengan of the City and County contacted me and asked me to interview for the Assessor position, which is primarily an administrative position.

Thank you for the opportunity to amend my application and I hope that the additional information will be of assistance to you in determining whether or not I meet the requirements for the Real Property Appraiser VI position.

Respectfully submitted,

Philip English, CGA-137



State of Hawaii

DEPARTMENT OF COMMERCE & CONSUMER AFFAIRS

This is to Certify that ___ PHILIP E. ENGLISH ___ has been duly licensed as a ___ CERTIFIED GENERAL APPRAISER ___ in the State of Hawaii on ___ June 8, 1993 ___ This license shall be in full force and effect only as long as it is supported by a current license identification card.

Director
Department of Commerce & Consumer Affairs

License Number ___ 137 ___

BE DISPLAYED AT PLACE OF BUSINESS AND IS NOT TRANSFERABLE OR ASSIGNABLE.

## Certificate of Completion

The International Association of Assessing Office
presents this certificate to

### PHILIP ENGLISH

in recognition of satisfactory completion of

### IAAO 300
*Fundamentals of Mass Appraisal*
*(30.0 hours)*

conducted by
The International Association of Assessing Officers

### June 30, 2000



_____
Executive Director

_____
Director of Professional Development



# The International Association of Assessing Officers

# Certificate of Completion

The International Association of Assessing Office presents this certificate to

## PHILIP ENGLISH

in recognition of satisfactory completion of

### IAAO 311
### Residential Modeling Concepts
(30.0 hours)

conducted by
The International Association of Assessing Officers

**July 14, 2000**

_Executive Director_

_Director of Professional Development_



The International Association of Assessing Officers

*Certificate of Completion*

The International Association of Assessing Officers
presents this certificate to

**PHILIP ENGLISH**

in recognition of satisfactory completion of

**IAAO 151**
**Standards of Practice and Professional Ethics**
**Workshop**
**(18.5 hours)**

conducted by

The International Association of Assessing Officers

**December 13, 2001**

_Executive Director_



THE INTERNATIONAL
ASSOCIATION OF
ASSESSING OFFICERS



## CERTIFICATE OF ATTENDANCE

The International Association of Assessing Officers
present this certificate to

**Philip E. English**

in recognition of satisfactory attendance of

*"Two-Day Instructor Training Workshop"*
*Honolulu, HI*
*(11.0 hours)*

conducted by

The International Association of Assessing Officers

June 26 - 28, 2001



Executive Director



# The International Association of Assessing Officers



RENEAU KENNEDY RE PHILIP ENGLISH

284