00002546.WPD

KAWASHIMA LORUSSO & TOM LLP

JAMES KAWASHIMA         #1145-0
RANDALL Y. YAMAMOTO  #3274-0
Topa Financial Center
Fort Street Tower
745 Fort Street, Suite 500
Honolulu, Hawaii 96813
Telephone:  (808)275-0300
Facsimile:   (808)275-0399
Email Address: ryamamoto@kltlaw.com
Attorneys for Defendants
CITY AND COUNTY OF HONOLULU,
GARY T. KUROKAWA, ROBERT O. MAGOTA,
and ANN C. GIMA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>    Defendants. | ) CIVIL NO. CV04-00108 KSC<br>)<br>) SUPPLEMENT TO DEFENDANTS<br>) CITY AND COUNTY OF<br>) HONOLULU, GARY T.<br>) KUROKAWA, ROBERT O.<br>) MAGOTA, and ANN C. GIMA'S<br>) OBJECTIONS TO PLAINTIFF PHILIP<br>) E. ENGLISH'S TRIAL EXHIBITS<br>)<br>)<br>)<br>) [PART 5 OF 12]<br>)<br>)<br>) Trial Date: 10/03/06<br>)<br>) |