# INSURANCE REPORT SERVICES

P.O. Box 3116 Honolulu Hawaii 96802-3116 Telephone (808) 524-3998 Fax(808) 524-4574

PHILIP E. ENGLISH
CLAIMANT

*Dr. Kennedy,*
*These are the records provided by*
*Kaiser to the City. They look*
*Skimpy, but they appear to*
*cover a very long time-frame*
*and I wonder if there are*
*any more. Parts of record*
*dealing with stress from City*
*retaliation are Tabbed.*
*Please let me know if we*
*can provide you with additional*
*information - Thanks*
*K.*

KAISER PERMANENTE
FROM

2-03-01887
DCD CASE NO.

030135
INS. CO. FILE NO.



### KAISER PERMANENTE

HAWAII REGION
Medical Group, P. C.

Patient Chart for:  PHILIP E.ENGLISH                    MRN: 633194

# IMAGING HISTORY

IMAGING ORDER
Status: Completed      01-09-2003 12:12:00

Procedure
Patient Name: PHILIP E.ENGLISH
Date: 01-06-2003 08:40:00
Priority: Routine
Procedure: Foot - right- complete, 3 or > views
Scheduled Appointment:     UnSpecified
Ordered By: RUSSELL, SABA (6820)MEDDOC
Date: 01-06-2003 10:41:04

Interpretation Required: UnSpecified

Comments
RT. FOOT SERIES--R/O FX.

RESULT
Result Status: Final
Patient Name: PHILIP E.ENGLISH
Date: 01-09-2003 12:12:00
Performed Location: HONOLULU

Patient Requests Notification: No
Ordered By: RUSSELL, SABA (6820)MEDDOC
Description:
Foot - right- complete, 3 or > views
Observation Date: 01-06-2003 08:48:00
Interpretation:     THREE VIEWS RIGHT FOOT 1/6/2003    COMMENT:On the AP
view, there is a fleck of calcification lateral to .the
cuneiform or the distal calcaneus, suggesting a possible
avulsion  fracture. No other definite fracture to osseous
structures is  appreciated. No dislocation, significant
degenerative change except  for a small plantar spur on the

calcaneus, or radiopaque foreign body  is seen. Correlation

and follow-up exams as clinically indicated.      STEIN E.
RAFTO, M.D.     mjm

Interpreted by: RAFTO, STEIN, E (1133)MEDDOC

Copy To:   RUSSELL, SABA (6820)MEDDOC

000101

0023 3861. 10/01

RENEAU KENNEDY RE PHILIP ENGLISH                        325

**KAISER PERMANENTE**

HAWAII REGION
Medical Group, P. C.

Patient Chart for:  PHILIP E.ENGLISH                    MRN: 633194

IMAGING ORDER
    Status: Completed       10-14-2002 09:47:00

Procedure
    Patient Name: PHILIP E.ENGLISH
    Date: 10-07-2002 08:31:00
    Priority: Routine
    Procedure: RD FOOT LT COMPLETE
    Scheduled Appointment:    UnSpecified
    Ordered By: STRONGOSKY, GREGORY (7848)MEDDOC
    Date: 10-07-2002 11:32:23

    Interpretation Required: UnSpecified

Comments
    LT FOOT- BIG TOE TRAUMA

RESULT
    Result Status: Final
    Patient Name: PHILIP E.ENGLISH
    Date: 10-14-2002 09:47:00

    Ordered By: STRONGOSKY, GREGORY (7848)MEDDOC
    Description:
        RD FOOT LT COMPLETE
    Observation Date: 10-07-2002 08:44:00
    Interpretation Date: 02-18-6414 00:00:00
    Interpretation:        LEFT FOOT.    FINDINGS:There is an avulsion fracture
                noted at the base of the  proximal phalanx of the great
                toe.    JUNG H. KIM, M.D.    egh

    Interpreted by: KIM, JUNG, H (278)MEDDOC

Copy To:  STRONGOSKY, GREGORY (7848)MEDDOC

300002

0023 3861 10/01

**KAISER PERMANENTE**

HAWAII REGION
Medical Group, P. C.

Patient Chart for:   PHILIP E. ENGLISH                          MRN: 633194

## LAB/PATH HISTORY

**LAB/PATH ORDER**
     Status: Completed     03-03-2003 18:47:14

**Procedure**
     Patient Name: PHILIP E.ENGLISH
     Date: 03-03-2003 16:24:38
     Priority: Routine
     Procedure:  Lactate dehydrogenase measurement
     Ordered by: MUEH, JOHN, R (169)MD
     Date: 03-03-2003 16:24:38
     Send Result to: MUEH, JOHN, R (169)MD

**RESULT**
     Result Status: Final
     Patient Name: PHILIP E.ENGLISH
     Date: 03-03-2003 18:47:14
     Received Location: STATLAB-3288 MOANALUA RD.96819
     To Be Reviewed By: MUEH, JOHN, R (169)MD

| Procedure | Criti-cality | Value | Unit/Range | Performed Location |
|-----------|--------------|-------|------------|--------------------|
| LDH, serum/plasma | HH | 214 | U/L 98-192 | REGLAB-3288 MOANALUA RD.96819 |

**LAB/PATH ORDER**
     Status: Completed     03-03-2003 18:47:14

**Procedure**
     Patient Name: PHILIP E.ENGLISH
     Date: 03-03-2003 16:24:38
     Priority: Routine
     Procedure:  Aspartate aminotransferase measurement
     Ordered by: MUEH, JOHN, R (169)MD
     Date: 03-03-2003 16:24:38
     Send Result to: MUEH, JOHN, R (169)MD

**RESULT**
     Result Status: Final
     Patient Name: PHILIP E.ENGLISH
     Date: 03-03-2003 18:47:14
     Received Location: STATLAB-3288 MOANALUA RD.96819
     To Be Reviewed By: MUEH, JOHN, R (169)MD

Printed:   04/28/2003   13:59:07

100003

0023 3861 10/01.



**KAISER PERMANENTE**

HAWAII REGION
Medical Group, P. C.

Patient Chart for: PHILIP E.ENGLISH                    MRN: 633194

| Procedure | Criti-cality | Value | Unit/Range | Performed Location |
|-----------|--------------|-------|------------|--------------------|
| AST (SGOT), serum/plasma | | 36 | U/L 11-41 | REGLAB-3288 MOANALUA RD.96819 |

---

**LAB/PATH ORDER**
    Status: Completed     03-03-2003 18:47:14

**Procedure**
    Patient Name: PHILIP E.ENGLISH
    Date: 03-03-2003 16:24:38
    Priority: Routine
    Procedure: Alkaline phosphatase measurement
    Ordered by: MUEH, JOHN, R (169)MD
    Date: 03-03-2003 16:24:38
    Send Result to: MUEH, JOHN, R (169)MD

**RESULT**
    Result Status: Final
    Patient Name: PHILIP E.ENGLISH
    Date: 03-03-2003 18:47:14
    Received Location: STATLAB-3288 MOANALUA RD.96819
    To Be Reviewed By: MUEH, JOHN, R (169)MD

| Procedure | Criti-cality | Value | Unit/Range | Performed Location |
|-----------|--------------|-------|------------|--------------------|
| Alkaline phosphatase, serum/plasma | | 97 | U/L 20-126 | REGLAB-3288 MOANALUA RD.96819 |

---

**LAB/PATH ORDER**
    Status: Completed     03-03-2003 18:47:14

**Procedure**
    Patient Name: PHILIP E.ENGLISH
    Date: 03-03-2003 16:24:38
    Priority: Routine
    Procedure: Creatinine measurement, serum
    Ordered by: MUEH, JOHN, R (169)MD
    Date: 03-03-2003 16:24:38
    Send Result to: MUEH, JOHN, R (169)MD

**RESULT**
    Result Status: Final
    Patient Name: PHILIP E.ENGLISH
    Date: 03-03-2003 18:47:14

Printed:    04/28/2003   13:59:07

100C1

0023 3861 10/01

**KAISER PERMANENTE**

HAWAII REGION
Medical Group, P. C.

Patient Chart for:  PHILIP E. ENGLISH                                    MRN: 633194

Received Location: STATLAB-3288 MOANALUA RD.96819
To Be Reviewed By: MUEH, JOHN, R (169)MD

| Procedure | Criti-cality | Value | Unit/Range | Performed Location |
|-----------|--------------|-------|------------|--------------------|
| Creatinine, serum/plasma | HH | 1.6 | mg/dl 0.5-1.2 | REGLAB-3288 MOANALUA RD.96819 |

---

**LAB/PATH ORDER**
    Status: Completed     03-03-2003 18:47:14

**Procedure**
    Patient Name: PHILIP E.ENGLISH
    Date: 03-03-2003 16:24:38
    Priority: Routine
    Procedure:  Bilirubin, total measurement
    Ordered by: MUEH, JOHN, R (169)MD
    Date: 03-03-2003 16:24:38
    Send Result to: MUEH, JOHN, R (169)MD

**RESULT**
    Result Status: Final
    Patient Name: PHILIP E.ENGLISH
    Date: 03-03-2003 18:47:14
    Received Location: STATLAB-3288 MOANALUA RD.96819
    To Be Reviewed By: MUEH, JOHN, R (169)MD

| Procedure | Criti-cality | Value | Unit/Range | Performed Location |
|-----------|--------------|-------|------------|--------------------|
| Bilirubin, serum/plasma | | 0.7 | mg/dl 0.2-1.4 | REGLAB-3288 MOANALUA RD.96819 |

---

**LAB/PATH ORDER**
    Status: Completed     03-03-2003 18:47:14

**Procedure**
    Patient Name: PHILIP E.ENGLISH
    Date: 03-03-2003 16:24:38
    Priority: Routine
    Procedure:  Alanine aminotransferase measurement
    Ordered by: MUEH, JOHN, R (169)MD
    Date: 03-03-2003 16:24:38
    Send Result to: MUEH, JOHN, R (169)MD

Page 6  / 25                                        Printed:    04/28/2003    13:59:07

0023 3861 10/01

000005



**KAISER PERMANENTE**
HAWAII REGION
Medical Group, P. C.

Patient Chart for:  PHILIP E.ENGLISH                    MRN: 633194

**RESULT**
    Result Status: Final
    Patient Name: PHILIP E.ENGLISH
    Date: 03-03-2003 18:47:14
    Received Location: STATLAB-3288 MOANALUA RD.96819
    To Be Reviewed By: MUEH, JOHN, R (169)MD

| Procedure | Criti-cality | Value | Unit/Range | Performed Location |
|---|---|---|---|---|
| Alanine aminotransferase, serum/plasma | | 55 | U/L 3-63 | REGLAB-3288 MOANALUA RD.96819 |

**LAB/PATH ORDER**
    Status: Completed        03-03-2003 18:47:14

**Procedure**
    Patient Name: PHILIP E.ENGLISH
    Date: 03-03-2003 16:24:38
    Priority: Routine
    Procedure:  Electrolytes measurement, serum
    Ordered by: MUEH, JOHN, R (169)MD
    Date: 03-03-2003 16:24:38
    Send Result to: MUEH, JOHN, R (169)MD

**RESULT**
    Result Status: Final
    Patient Name: PHILIP E.ENGLISH
    Date: 03-03-2003 18:47:14
    Received Location: STATLAB-3288 MOANALUA RD.96819
    To Be Reviewed By: MUEH, JOHN, R (169)MD

| Procedure | Criti-cality | Value | Unit/Range | Performed Location |
|---|---|---|---|---|
| Sodium , serum/plasma | | 141 | mmol/L 135-145 | REGLAB-3288 MOANALUA RD.96819 |
| Potassium , serum/plasma | | 4.7 | mmol/L 3.5-5.3 | REGLAB-3288 MOANALUA RD.96819 |
| Chloride , serum/plasma | | 104 | mmol/L 98-108 | REGLAB-3288 MOANALUA RD.96819 |
| CO2 , serum/plasma | | 29 | mmol/L 22-32 | REGLAB-3288 MOANALUA RD.96819 |

**LAB/PATH ORDER**
    Status: Completed        03-03-2003 18:47:14
Printed:    04/28/2003   13:59:07

0023 3861 10/01

000C8

RENEAU KENNEDY RE PHILIP ENGLISH



**KAISER PERMANENTE**

HAWAII REGION
Medical Group, P. C.

Patient Chart for:   PHILIP E. ENGLISH                    MRN: 633194

**Procedure**
    Patient Name: PHILIP E. ENGLISH
    Date: 03-03-2003 16:24:38
    Priority: Routine
    Procedure:  Albumin measurement
    Ordered by: MUEH, JOHN, R (169)MD
    Date: 03-03-2003 16:24:38
    Send Result to: MUEH, JOHN, R (169)MD

**RESULT**
    Result Status: Final
    Patient Name: PHILIP E. ENGLISH
    Date: 03-03-2003 18:47:14
    Received Location: STATLAB-3288 MOANALUA RD.96819
    To Be Reviewed By: MUEH, JOHN, R (169)MD

| Procedure | Criti- cality | Value | Unit/Range | Performed Location |
|---|---|---|---|---|
| Albumin, serum/plasma | | 4.6 | gm/dl 3.5-4.8 | REGLAB-3288 MOANALUA RD.96819 |

**LAB/PATH ORDER**
    Status: Completed     03-03-2003 18:47:14

**Procedure**
    Patient Name: PHILIP E. ENGLISH
    Date: 03-03-2003 16:24:38
    Priority: Routine
    Procedure:  Protein measurement
    Ordered by: MUEH, JOHN, R (169)MD
    Date: 03-03-2003 16:24:38
    Send Result to: MUEH, JOHN, R (169)MD

**RESULT**
    Result Status: Final
    Patient Name: PHILIP E. ENGLISH
    Date: 03-03-2003 18:47:14
    Received Location: STATLAB-3288 MOANALUA RD.96819
    To Be Reviewed By: MUEH, JOHN, R (169)MD

| Procedure | Criti- cality | Value | Unit/Range | Performed Location |
|---|---|---|---|---|
| Protein, serum/plasma | | 7.6 | gm/dl 6.1-7.9 | REGLAB-3288 MOANALUA RD.96819 |

400007

0023 3861 10/01

RENEAU KENNEDY RE PHILIP ENGLISH                    381



**KAISER PERMANENTE**

HAWAII REGION
Medical Group, P. C.

Patient Chart for:  PHILIP E.ENGLISH                    MRN: 633194

LAB/PATH ORDER
    Status: Completed     03-03-2003 18:47:14

Procedure
    Patient Name: PHILIP E.ENGLISH
    Date: 03-03-2003 16:24:38
    Priority: Routine
    Procedure:  Urea nitrogen measurement
    Ordered by: MUEH, JOHN, R (169)MD
    Date: 03-03-2003 16:24:38
    Send Result to: MUEH, JOHN, R (169)MD

RESULT
    Result Status: Final
    Patient Name: PHILIP E.ENGLISH
    Date: 03-03-2003 18:47:14
    Received Location: STATLAB-3288 MOANALUA RD.96819
    To Be Reviewed By: MUEH, JOHN, R (169)MD

| Procedure | Criti-cality | Value | Unit/Range | Performed Location |
|---|---|---|---|---|
| BUN, serum/plasma | | 14 | mg/dl 8-20 | REGLAB-3288 MOANALUA RD.96819 |

LAB/PATH ORDER
    Status: Completed     03-03-2003 18:11:44

Procedure
    Patient Name: PHILIP E.ENGLISH
    Date: 03-03-2003 16:24:38
    Priority: Routine
    Procedure:  Complete blood count with differential
    Ordered by: MUEH, JOHN, R (169)MD
    Date: 03-03-2003 16:24:38
    Send Result to: MUEH, JOHN, R (169)MD

RESULT
    Result Status: Final
    Patient Name: PHILIP E.ENGLISH
    Date: 03-03-2003 18:11:44
    Received Location: STATLAB-3288 MOANALUA RD.96819
    To Be Reviewed By: MUEH, JOHN, R (169)MD

100 08

0023.3861 10/01



**KAISER PERMANENTE**

HAWAII REGION
Medical Group, P. C.

Patient Chart for: PHILIP E. ENGLISH                          MRN: 633194

| Procedure | Criti-cality | Value | Unit/Range | Performed Location |
|---|---|---|---|---|
| WBC's, count, whole blood, automated count | | 8.3 | K/ul 4.8-10.8 | REGLAB-3288 MOANALUA RD.96819 |
| RBC's, count, whole blood, automated count | | 5.44 | M/ul 4.15-6.10 | REGLAB-3288 MOANALUA RD.96819 |
| Hgb, whole blood | | 16.4 | gm/dl 12.5-18.0 | REGLAB-3288 MOANALUA RD.96819 |
| Hct, whole blood, automated count | | 46.9 | % 37.5-52.0 | REGLAB-3288 MOANALUA RD.96819 |
| Mean corpuscular volume, RBC, automated count | | 86.1 | FL 80-99 | REGLAB-3288 MOANALUA RD.96819 |
| RBC mean corpuscular Hgb Concentration, RBC, automated count | | 34.9 | gm/dl 32-37 | REGLAB-3288 MOANALUA RD.96819 |
| RBC distribution width, RBC, automated count | | 12.6 | % 11.5-14.5 | REGLAB-3288 MOANALUA RD.96819 |
| Platelets, count, whole blood, automated count | | 272 | K/ul 130-440 | REGLAB-3288 MOANALUA RD.96819 |
| Wright stain result | | MANUAL | | REGLAB-3288 MOANALUA RD.96819 |
| Neutrophils - band form, count, whole blood, manual count | HH | 0.7/9%/DIFFERE NTIAL CHECKED | K/ul 0-0.50 | REGLAB-3288 MOANALUA RD.96819 |
| Neutrophils, manual count | | 4.9/57% | K/ul 1.8-7.0 | REGLAB-3288 MOANALUA RD.96819 |
| Lymphocytes, count, whole blood, manual count | | 1.8/22% | K/ul 1.0-6.0 | REGLAB-3288 MOANALUA RD.96819 |
| Monocytes, count, whole blood, manual count | | 0.7/9% | K/ul 0-0.80 | REGLAB-3288 MOANALUA RD.96819 |
| Eosinophils, count, whole blood, manual count | | 0.2/3% | K/ul 0-0.65 | REGLAB-3288 MOANALUA RD.96819 |
| Blood smear finding, whole blood, light microscopy | | NORMAL | | REGLAB-3288 MOANALUA RD.96819 |

00009

0023 3861 10/01

BENEBU KENNEDY PF PHILIP ENGLISH                    383

**KAISER PERMANENTE**

HAWAII REGION
Medical Group, P. C.

Patient Chart for:  PHILIP E.ENGLISH                    MRN: 633194

LAB/PATH ORDER
        Status: Completed        03-03-2003 16:48:50

Procedure
        Patient Name: PHILIP E.ENGLISH
        Date: 03-03-2003 16:24:38
        Priority: Routine
        Procedure:  Urinalysis, automated
        Ordered by: MUEH, JOHN, R (169)MD
        Date: 03-03-2003 16:24:38
        Send Result to: MUEH, JOHN, R (169)MD

RESULT
        Result Status: Final
        Patient Name: PHILIP E.ENGLISH
        Date: 03-03-2003 16:48:50
        Received Location: STATLAB-3288 MOANALUA RD.96819
        To Be Reviewed By: MUEH, JOHN, R (169)MD

| Procedure | Criti-cality | Value | Unit/Range | Performed Location |
|---|---|---|---|---|
| Appearance , urine | | YELLOW CLEAR | | STATLAB-3288 MOANALUA RD.96819 |
| Specific gravity, urine, test strip | | 1.025 | 1.005-1.030 | STATLAB-3288 MOANALUA RD.96819 |
| pH , urine, test strip | | 5.0 | 5.0-7.0 | STATLAB-3288 MOANALUA RD.96819 |
| Leukocyte esterase , urine, qualitative, test strip | | 0 | 0 | STATLAB-3288 MOANALUA RD.96819 |
| Nitrite , urine, qualitative, test strip | | 0 | 0 | STATLAB-3288 MOANALUA RD.96819 |
| Protein, urine, test strip | | 0 | 0 | STATLAB-3288 MOANALUA RD.96819 |
| Glucose, urine, test strip | | 0 | GM% 0 | STATLAB-3288 MOANALUA RD.96819 |
| Ketones, urine, test strip | | 0 | 0 | STATLAB-3288 MOANALUA RD.96819 |
| Urobilinogen, urine, test strip | | NORMAL | MG/DL <4 | STATLAB-3288 MOANALUA RD.96819 |
| Bilirubin, urine, test strip | | 0 | 0 | STATLAB-3288 MOANALUA RD.96819 |
| Hgb , urine, qualitative, test strip | | 0 | 0 | STATLAB-3288 MOANALUA RD.96819 |
| Service comment 01 | | NOT INDICATED | | STATLAB-3288 MOANALUA |

0023 3861 10/01



**KAISER PERMANENTE**

HAWAII REGION
Medical Group, P. C.

Patient Chart for:  PHILIP E.ENGLISH                                    MRN: 633194

RD.96819

---

Status: Completed      02-14-2002 16:01:17
**RESULT**
Result Status: Final
Patient Name: PHILIP E.ENGLISH
Date: 02-14-2002 16:01:17
To Be Reviewed By: GLEN, PAUL, M (298)MEDDOC

Path Observation
Lab: 462646583312
Date: 02-14-2002 16:01:17.232 PST(-480)7
Status: UnSpecified
Case Number: S02-2608
Report:
          RIGHT UPPER INNER THIGH                    MR#:633194
          S02-2608                1            ENGLISH,PHILIP E
          02132002      633194      10/26/1954   47Y M UC15   HON GLEN,
          PAUL M           Copies to: Post-op Diagnosis:LIPOMA
          Procedure:EXCISION  Clinical Findings:NONE  Specimens:RIGHT UPPER
          INNER
          THIGH===========================================================
          ===GROSS DESCRIPTION:Labeled:   Patient name and medical record
          number, designated rightupper inner thigh on the requisition form
          onlySpecimen:lobulated, encapsulated yellow mass
          (formalin)Size:5.0x3.5x1.0 cmSubmitted/Block:representative/1
          dt:tal  MICROSCOPIC DESCRIPTION:The sections contain fibroadipose
          tissue withinconspicuous adipocyte nuclei.   JB:pv  DIAGNOSIS:SOFT
          TISSUE: LIPOMA.       Jodi Blaisdell, M.D. (electronically
          signed) - 02/14/02 14:00
Case Data:
          SURGICAL
          EXCISION
          NONE
          02132002

---

:00 11

0023 3861 10/01



**KAISER PERMANENTE**
HAWAII REGION
Medical Group, P. C.

Patient Chart for:  PHILIP E.ENGLISH                    MRN: 633194

## PROGRESS NOTES

**GENERAL INFORMATION**
    Patient Name: PHILIP E.ENGLISH
    Date: 02-11-2002 15:47:53
    Contact: 02-11-2002 15:47:51         Visit
    Initiated: 02-11-2002 15:47:53
    Established Patient                   Age at Contact: 47 YR
    Source of Referral: Patient
    Historian: Patient

**SUBJECTIVE**
**Text**
    02-11-2002 15:48:23, Recorded By: FUHRMAN, JANE (2658)LPN, HAK FAMILY
    PRACTICE at HAWAII KAI
    Complaint: lump right inner thigh

**AllergyHx**
    02-11-2002 15:51:26, Recorded By: FUHRMAN, JANE (2658)LPN, HAK FAMILY
    PRACTICE at HAWAII KAI
        morphine, Drug, Mild, itch, Active (02-11-2002)

**HealthRiskHx**
    02-11-2002 15:51:50, Recorded By: FUHRMAN, JANE (2658)LPN, HAK FAMILY
    PRACTICE at HAWAII KAI
        1. Ø Latex allergy

    02-11-2002 15:52:03, Recorded By: FUHRMAN, JANE (2658)LPN, HAK FAMILY
    PRACTICE at HAWAII KAI
        1. Non-smoker

**OBJECTIVE**
**Vital Signs**
    Date: 02-11-2002        15:52:13
    Recorded By: FUHRMAN, JANE (2658)LPN, HAK FAMILY PRACTICE at
    HAWAII KAI
    Patient Position: Sitting
    Temperature: 97.1 F
    Site:  Tympanic
    Respiration: 14
    Pulse/Heart Rate: 72
    Blood Pressure: 128 / 70
    Weight: 208 lb 6 ounces
    Comments:  no meds

Page 13  / 25                              Printed:    04/28/2003   13:59:07

00 12

0023 3861 10/01

**KAISER PERMANENTE**

HAWAII REGION
Medical Group, P.C.

Patient Chart for: PHILIP E.ENGLISH                    MRN: 633194

**INITIAL**
02-11-2002 15:53:04, Initialed By: FUHRMAN, JANE (2658)LPN, HAK FAMILY
PRACTICE at HAWAII KAI

**SUBJECTIVE**
**Text**
02-11-2002 17:55:53, Recorded By: TIMTIM, JOHN (1094)MEDDOC, HAK FAMILY
PRACTICE at HAWAII KAI
c/o lump on R thigh, getting bigger and sore recently. Has had the lump
"since at least 1998." Has h/o renal cell carcinoma, s/p L nephrectomy
'98.

**OBJECTIVE**
**Text**
02-11-2002 17:56:30, Recorded By: TIMTIM, JOHN (1094)MEDDOC, HAK FAMILY
PRACTICE at HAWAII KAI
Gen: WDWN, NAD
RLE:4 cm fleshy, non-tender, sl mobile mass medial R thigh

**ASSESSMENT**
**Assessment**
02-11-2002 17:56:57, Recorded By: TIMTIM, JOHN (1094)MEDDOC, HAK FAMILY
PRACTICE at HAWAII KAI
Type: Unspecified
1. Thigh  Mass

**Text**
02-11-2002 17:57:26, Recorded By: TIMTIM, JOHN (1094)MEDDOC, HAK FAMILY
PRACTICE at HAWAII KAI
-possible lipoma but enlarging and hurting
-history of carcinoma of concern, too

**PLAN**
**Text**
02-11-2002 17:57:51, Recorded By: TIMTIM, JOHN (1094)MEDDOC, HAK FAMILY
PRACTICE at HAWAII KAI
Tx. options discussed. Will get Surgery eval.

**SIGN**
02-11-2002 17:57:54, Signed By: TIMTIM, JOHN (1094)MEDDOC, HAK FAMILY
PRACTICE at HAWAII KAI

**GENERAL INFORMATION**
Patient Name: PHILIP E.ENGLISH
Date: 05-09-2002 09:54:05
Contact: 05-09-2002 09:54:01          Phone
Initiated: 05-09-2002 09:54:05
Page 14  / 25                              Printed:  04/28/2003  13:59:07

0023 3861 10/01

A00 13

RENEAU KENNEDY RE PHILIP ENGLISH          387

**KAISER PERMANENTE.®**

HAWAII REGION
Medical Group, P. C.

Patient Chart for:  PHILIP E. ENGLISH                                    MRN: 633194

Established Patient                          Age at Contact: 47 YR
Source of Referral: Patient
Historian: Patient

SUBJECTIVE
Complaint
        05-09-2002 09:56:27, Recorded By: JONES, SHIRLEE, A (3772)REGNRS, HAK
        FAM PRAC at HAWAII KAI
        Quote: "inflamed sinus with HA, not congestion HA.  Tactile fever
                last 2 days."
        Complaint Display Name:

PLAN
Text
        05-09-2002 09:57:23, Recorded By: JONES, SHIRLEE, A (3772)REGNRS, HAK
        FAM PRAC at HAWAII KAI
        Adviced pt. to come in to see MD.  Will fit-in to Dr. Fujimoto.

SIGN
        05-09-2002 10:12:10, Signed By: JONES, SHIRLEE, A (3772)REGNRS, HAK FAM
        PRAC at HAWAII KAI

GENERAL INFORMATION
        Patient Name: PHILIP E.ENGLISH
        Date: 05-09-2002 10:22:11
        Contact: 05-09-2002 10:22:10              Visit
        Initiated: 05-09-2002 10:22:11
        Established Patient                          Age at Contact: 47 YR
        Source of Referral: Patient
        Historian: Patient

SUBJECTIVE
Text
        05-09-2002 10:23:00, Recorded By: TRAN, MARTIN, S (167)AIDE, HAK INT MED
        at HAWAII KAI
        Complaint:  headaches, tinggling sensation in sinus x 2 days

AllergyHx
        05-09-2002 10:23:04, Recorded By: TRAN, MARTIN, S (167)AIDE, HAK INT MED
        at HAWAII KAI
                morphine, Drug, Mild, itch, Active (02-11-2002) (copied)

HealthRiskHx
        05-09-2002 10:23:11, Recorded By: TRAN, MARTIN, S (167)AIDE, HAK INT MED
        at HAWAII KAI
                1. Non-smoker, History  (02-11-2002) (copied)

Page 15  / 25                                   Printed:    04/28/2003   13:59:07

A00 14

0023 3861 10/01

**KAISER PERMANENTE**
HAWAII REGION
Medical Group, P. C.

Patient Chart for:   PHILIP E.ENGLISH                              MRN: 633194

        05-09-2002 10:23:12, Recorded By: TRAN, MARTIN, S (167)AIDE, HAK INT MED
        at HAWAII KAI
            1. Ø Latex allergy, History  (02-11-2002) (copied)

OBJECTIVE
Vital Signs
        Date: 05-09-2002    10:23:16
        Recorded By: TRAN, MARTIN, S (167)AIDE, HAK INT MED at HAWAII KAI
        Patient Position: Sitting
        Temperature: 98.3 F
        Site:  Tympanic
        Pulse/Heart Rate: 72
        Blood Pressure: 120 / 80
        Weight: 210 lb 0 ounces

INITIAL
        05-09-2002 10:23:59, Initialed By: TRAN, MARTIN, S (167)AIDE, HAK INT
        MED at HAWAII KAI

SUBJECTIVE
Text
        05-09-2002 10:40:05, Recorded By: FUJIMOTO, JUDY, S (8880)MEDDOC, HAK
        FAM PRAC at HAWAII KAI
        as above
        HA in frontal area but has gotten better today
        thick white nasal drainage
        no fever

OBJECTIVE
Text
        05-09-2002 10:41:16, Recorded By: FUJIMOTO, JUDY, S (8880)MEDDOC, HAK
        FAM PRAC at HAWAII KAI
        Gen-NAD
        HEENT-throat cl
        Sinuses NT
        Neck-supple


        05-09-2002 10:41:35, Recorded By: FUJIMOTO, JUDY, S (8880)MEDDOC, HAK
        FAM PRAC at HAWAII KAI
        nasal passages clear without drainage or swelling

ASSESSMENT
Assessment
        05-09-2002 10:41:39, Recorded By: FUJIMOTO, JUDY, S (8880)MEDDOC, HAK
        FAM PRAC at HAWAII KAI
        Type: Unspecified

Page 16  / 25                                    Printed:   04/28/2003   13:59:07

                                                                    00 15

0023 3861 10/01

**KAISER PERMANENTE**

HAWAII REGION
Medical Group, P. C.

Patient Chart for:  PHILIP E. ENGLISH                    MRN: 633194

     Comments: (ACIS date 05-18-00), History  (10-15-2001)
(copied)

### MedicationOTCRx

08-26-2002 16:05:04, Recorded By: VERNON, JESSICA, B (EM13732)MEDAST,
HAK INT MED at HAWAII KAI
Status: Active
Drug Name:  nyquil
Sig: prn

### OBJECTIVE
Vital Signs

Date: 08-26-2002      16:05:26
Recorded By: VERNON, JESSICA, B (EM13732)MEDAST, HAK INT MED at
HAWAII KAI
Patient Position: Sitting
Temperature: 98.5 F
Site:  Tympanic
Pulse/Heart Rate: 88
Blood Pressure: 114 / 82
Weight: 209 lb 9.6 ounces

### INITIAL

08-26-2002 16:06:21, Initialed By: VERNON, JESSICA, B (EM13732)MEDAST,
HAK INT MED at HAWAII KAI

### SUBJECTIVE
Text

08-26-2002 17:58:56, Recorded By: FUJIMOTO, JUDY, S (8880)MEDDOC, HAK
FAM PRAC at HAWAII KAI
as above
ST, tired, coughing and runny nose
feels better today

### OBJECTIVE
Text

08-26-2002 17:59:12, Recorded By: FUJIMOTO, JUDY, S (8880)MEDDOC, HAK
FAM PRAC at HAWAII KAI
Gen-NAD
HEENT-throat cl
Sinuses NT
Neck-supple
CV-reg
Lungs-clear

Page 18  / 25                          Printed:    04/28/2003   13:59:07

500 17

**KAISER PERMANENTE**
HAWAII REGION
Medical Group, P. C.

Patient Chart for:  PHILIP E.ENGLISH                              MRN: 633194

### ASSESSMENT
**Assessment**
08-26-2002 17:59:17, Recorded By: FUJIMOTO, JUDY, S (8880)MEDDOC, HAK
FAM PRAC at HAWAII KAI
Type: Unspecified
1. Acute URI

### PLAN
**Text**
08-26-2002 17:59:30, Recorded By: FUJIMOTO, JUDY, S (8880)MEDDOC, HAK
FAM PRAC at HAWAII KAI
symptomatic relief
off 8/26-27
rtc prn

### SIGN
08-26-2002 17:59:31, Signed By: FUJIMOTO, JUDY, S (8880)MEDDOC, HAK FAM
PRAC at HAWAII KAI

### GENERAL INFORMATION
Patient Name: PHILIP E.ENGLISH
Date: 01-30-2003 15:34:22
Contact: 01-30-2003 15:34:21          Visit
Initiated: 01-30-2003 15:34:22
Established Patient                    Age at Contact: 48 YR
Source of Referral: Patient
Historian: Patient

### SUBJECTIVE
**Complaint**
15:34:41, Recorded By: ALABANZA, CAROL, J (3157)REGNRS, HON
INT MED at HONOLULU
Quote:                             doesnot want flu shot
Complaint Display Name:

**AllergyHx**
01-30-2003 15:34:46, Recorded By: ALABANZA, CAROL, J (3157)REGNRS, HON
INT MED at HONOLULU
morphine, Drug, Mild, itch, Active (02-11-2002) (copied)

**HealthRiskHx**
01-30-2003 15:34:54, Recorded By: ALABANZA, CAROL, J (3157)REGNRS, HON
INT MED at HONOLULU
1. Non-smoker, History (02-11-2002) (copied)

600 18

0023 3861 10/01


RENEAU KENNEDY RE PHILIP ENGLISH                          392

KAISER PERMANENTE. Hawaii Region

❀®
*KAISER PERMANENTE*
HAWAII REGION
Medical Group, P. C.

Patient Chart for:  PHILIP B. ENGLISH                    MRN: 633194

01-30-2003 15:34:55, Recorded By: ALABANZA, CAROL, J (3157)REGNRS, HON
INT MED at HONOLULU
    1. Ø Latex allergy, History  (02-11-2002) (copied)

**OBJECTIVE**
**Vital signs**
    Date: 01-30-2003      15:35:09
    Recorded By: ALABANZA, CAROL, J (3157)REGNRS, HON INT MED at
    HONOLULU
    Patient Position: Sitting
    Temperature: 98.3 F
    Blood Pressure: 124 / 80
    Weight: 204 lb 0 ounces

**INITIAL**
01-30-2003 15:35:23, Initialed By: ALABANZA, CAROL, J (3157)REGNRS, HON
INT MED at HONOLULU

**PLAN**
**Text**
    01-30-2003 16:12:13, Recorded By: LUCAS, GRACE, G (EM14787)EMPLYE, HON
    PRIMARY at HONOLULU
    Oncology consult sent.
    Pt has an appointment on 030303 @4:00 with Dr. Mueh.
    Pt has already been notified for the appointment through mail.

    Behavioral medicine referral form sent.
    Pt will make own appointment.

**INITIAL**
    01-30-2003 16:12:16, Initialed By: LUCAS, GRACE, G (EM14787)EMPLYE, HON
    PRIMARY at HONOLULU

**OBJECTIVE**
**Text**
    01-30-2003 18:11:12, Recorded By: LOVE, JAMES, E (190), HON INT MED at
    HONOLULU
    Reviewed Intake Note

    Mr English c/o undue stress related to work/job situation.
    He notes that he does not sleep well and that he has lost some weight.

    He has a history of "Renal Cell CA" - is S/P Left Nephrectomy in 1998       2/11/02    208
    (at Queen's Medical Center/Hospital)                                        5/9/02     210
    He had a CT of the Abd and Pelvis (Dr J Fujimoto ordered) that was.         8/26/02    209
    "Negative" in May 2001 - noted.

Page 20  / 25                                    Printed:    04/28/2003    13:59:07

100 19



**KAISER PERMANENTE**
HAWAII REGION
Medical Group, P. C.

Patient Chart for: PHILIP E.ENGLISH                    MRN: 633194

    I will refer to Oncology - for follow up.

## ASSESSMENT
Assessment
    01-30-2003 18:11:51, Recorded By: LOVE, JAMES, E (190), HON INT MED at
    HONOLULU
    Type: ▓▓▓▓▓▓▓▓

## PLAN
Text
    01-30-2003 18:12:24, Recorded By: LOVE, JAMES, E (190), HON INT MED at
    HONOLULU

    Refer to Oncology
    Refer to Behavior Medicine - soonest
    Recheck after above or prn.

## SIGN
    01-30-2003 18:12:27, Signed By: LOVE, JAMES, E (190), HON INT MED at
    HONOLULU

## GENERAL INFORMATION
    Patient Name: PHILIP E.ENGLISH
    Date: 02-12-2003 10:31:13
    Contact: 02-12-2003 10:31:11          Visit
    Initiated: 02-12-2003 10:31:13
    Established Patient                   Age at Contact: 48 YR
    Source of Referral: Patient
    Historian: Patient

## GENERAL INFORMATION
    Patient Name: PHILIP E.ENGLISH
    Date: 02-27-2003 16:32:28
    Contact: 02-27-2003 16:32:23          Visit
    Initiated: 02-27-2003 16:32:28
    Established Patient                   Age at Contact: 48 YR
    Source of Referral: Patient
    Historian: Patient

## SUBJECTIVE
HPI (History of Present Illness)
    02-27-2003 16:37:45, Recorded By: ▓▓▓▓ GERALD L (5638)▓▓▓▓ ALM
    MHS at ALM
        1. Session  Number  2

Page 21  / 25                              Printed:    04/28/2003    13:59:07

0023 3861 10/01

A00 20



**KAISER PERMANENTE**

HAWAII REGION
Medical Group, P. C.

Patient Chart for:  PHILIP E.ENGLISH                    MRN: 633194

02-27-2003 16:37:45, Recorded By: COFFEE, GERALD, L (5638)CLNTHP, ALM
MHS at ALM
    1. REASON FOR REFERRAL  Occupation-related stress disorder  Pt
       reports ongoing anxiety due to harrassment at work and
       isolation from co-workers

02-27-2003 16:37:45, Recorded By: COFFEE, GERALD, L (5638)CLNTHP, ALM
MHS at ALM
    1. Signs and Symptoms  Depressed mood  ongoing  Decreased
       energy  ongoing  Low self esteem  questons dec to "get
       involved"  Sense of hopelessness  unsrue about furture
       Isolation/social withdrawal  pt reports limited to no supp
       system

02-27-2003 16:37:45, Recorded By: COFFEE, GERALD, L (5638)CLNTHP, ALM
MHS at ALM
    1. Onset  Acute  Gradual
    2. Course  Worsening
    3. Severity  Severe  Pt reports feeling unable to work due to
       ongoing/escalating harrassment

**OBJECTIVE**
**PE (Physical Examination)**
   02-27-2003 16:37:45, Recorded By: COFFEE, GERALD, L (5638)CLNTHP, ALM
   MHS at ALM
      1. Orientation findings  Alert
      2. Cognitive processes  Pt adheres to idealistic justification
        (moral/ethical) as justification for actions - not accepting
        nat consequences
      3. Mood  Depressed
      4. Affect Findings  Flat
      5. Disturbance in motor activity  WNL
      6. Personal appearance  Well tended appearance
      7. Behavior  WNL

02-27-2003 16:37:45, Recorded By: COFFEE, GERALD, L (5638)CLNTHP, ALM
MHS at ALM
    1. Ø Suicidal ideation

**Objective Results**
   02-27-2003 16:37:45, Recorded By: COFFEE, GERALD, L (5638)CLNTHP, ALM
   MHS at ALM
      1. Length of visit  Time  46-60 minutes

**Text**
   02-27-2003 16:37:19, Recorded By: COFFEE, GERALD, L (5638)CLNTHP, ALM
   MHS at ALM
Page 22  / 25                                    Printed:   04/28/2003  13:59:07

00 21

**KAISER PERMANENTE.**
HAWAII REGION
Medical Group, P. C.

Patient Chart for:  PHILIP E. ENGLISH                    MRN: 633194

Tx discussion / skill building to increase self care activities

## ASSESSMENT
Assessment
    02-27-2003 16:37:45, Recorded By: COFFEE, GERALD, L (5638)CLNTHP, ALM
    MHS at ALM
    Type: 

## PLAN
Text
    02-27-2003 16:37:32, Recorded By: COFFEE, GERALD, L (5638)CLNTHP, ALM
    MHS at ALM
    Supportive Counseling.

Patient Instructions
    02-27-2003 16:37:45, Recorded By: COFFEE, GERALD, L (5638)CLNTHP, ALM
    MHS at ALM
        1. Patient instructions reviewed  RTC 2 weeks

## SIGN
    02-27-2003 16:37:49, Signed By: COFFEE, GERALD, L (5638)CLNTHP, ALM MHS
    at ALM

---

## GENERAL INFORMATION
    Patient Name: PHILIP E.ENGLISH
    Date: 03-10-2003 15:32:14
    Contact: 03-10-2003 15:32:13          Visit
    Initiated: 03-10-2003 15:32:14
    Established Patient                   Age at Contact: 48 YR
    Source of Referral: Patient
    Historian: Patient

## SUBJECTIVE
HPI (History of Present Illness)
    03-10-2003 15:45:49, Recorded By: COFFEE, GERALD, L (5638)CLNTHP, ALM
    MHS at ALM
        1. Session  Number  4

    03-10-2003 15:45:49, Recorded By: COFFEE, GERALD, L (5638)CLNTHP, ALM
    MHS at ALM
        1. REASON FOR REFERRAL  Depression  Occupation-related stress
          disorder

    03-10-2003 15:45:49, Recorded By: COFFEE, GERALD, L (5638)CLNTHP, ALM
    MHS at ALM
        1. Signs and Symptoms  Appetite disturbance  Decreased energy

Page 23  / 25                              Printed:  04/28/2003  13:59:07

0023 3861 10/01                                                 ꓥ00 22

KAISER PERMANENTE.

**KAISER PERMANENTE**
HAWAII REGION
Medical Group, P. C.

Patient Chart for:   PHILIP E.ENGLISH                     MRN: 633194

      Pt reports feeling like his body is "shutting down" - takes
frequent and hard naps  Decreased motivation  Lost of
interest in regular activities  Sense of hopelessness  Pt
reports feeling that his "career and life are over"
Suicidal ideation  none at present - unlike during divorce -
"more feeling anxious rather than suicidal"
Isolation/social withdrawal  [Text]  Difficulty controlling
worry  in public places  Upset when confronted with person
or situation  attempted to return to work could not  Lack of
social support  limited  Feelings of anger  angry with
employer for creating a diff situation  Lack of motivation
for behavioral change  Pt reports  holding  onto moral
outrage re:unfairness of sit

03-10-2003 15:45:49, Recorded By: COFFEE, GERALD, L (5638)CLNTHP, ALM
MHS at ALM
    1. Onset  Acute
    2. Course  Worsening  anxiety and social isolation increasing
    3. Severity  Moderate  Severe

**OBJECTIVE**
**PE.(Physical Examination)**
    03-10-2003 15:45:50, Recorded By: COFFEE, GERALD, L (5638)CLNTHP, ALM
MHS at ALM
    1. Orientation findings  Alert
    2. Cognitive processes  Blocked
    3. Mood  Depressed
    4. Affect Findings  Flat
    5. Disturbance in motor activity  WNL
    6. Personal appearance  Well-tended appearance
    7. Behavior  WNL  Cooperative

    03-10-2003 15:45:50, Recorded By: COFFEE, GERALD, L (5638)CLNTHP, ALM
MHS at ALM
    1. Ø Suicidal ideation

**Objective Results**
    03-10-2003 15:45:50, Recorded By: COFFEE, GERALD, L (5638)CLNTHP, ALM
MHS at ALM
    1. Length of visit  Time  46-60 minutes

**Text**
    03-10-2003 15:42:51, Recorded By: COFFEE, GERALD, L (5638)CLNTHP, ALM
MHS at ALM
Tx discussion / skill building to increase self care activities towards
pt planning/thinking about future - alternative jobs/income

Page 24 / 25                                    Printed:    04/28/2003   13:59:07

00 23

0023 3861 10/01

PENFGH KENNEDY PE PHILIP ENGLISH

### KAISER PERMANENTE
HAWAII REGION
Medical Group, P.C.

Patient Chart for:  PHILIP E ENGLISH                                 MRN: 633194

Tx discussion / education re benefits of anti anxiety/anti dep meds - pt
willing to condsider anti dep as longer term solution vrs diazapam prn

Tx education re process of loss and benefits of "moving on" vrs "holding
on" to correct yet damaging emotions

Pt instructed to f/u with his PCP for extended sick leave time and to
discuss anti dep if he feels this is good solution for long term

### ASSESSMENT
Assessment
03-10-2003 15:45:50, Recorded By: COFFEE, GERALD, L (5638)CLNTHP, ALM
MHS at ALM
Type: ███████████

### PLAN
Text
03-10-2003 15:45:07, Recorded By: COFFEE, GERALD, L (5638)CLNTHP, ALM
MHS at ALM
Reality Therapy - pt encouraged to finish process at work if reward/risk
worth it and simultaniously to seek alternatrive employment to maintain
income and + reputation in field

Patient Instructions
03-10-2003 15:45:50, Recorded By: COFFEE, GERALD, L (5638)CLNTHP, ALM
MHS at ALM
1. Patient instructions reviewed  Attend anxity ed course per
BHS, f/u with PCP re add sick time and for med consult, RTC
Bmed 2 weeks

### SIGN
03-10-2003 15:45:54, Signed By: COFFEE, GERALD, L (5638)CLNTHP, ALM MHS
at ALM

Printed:    04/28/2003   13:59:07

0023 3851 10/01                                                                    00 24

RENEAU KENNEDY RE PHILIP ENGLISH                398

# KAISER PERMANENTE®

```
                              | 0633194                    UC: HAK
                              |
                              | ENGLISH, PHILIP E.
        ACIS Report           |
                              | Sex: M  DOB: 10/26/54
                              +-----------------------------------
                         * MGR: CIS WAVE, OTH          (      )
    Printed: 11/02/01 14:27:06   MGR: CIS WAVE, OTH       (      )
    Updated: 05/24/01 08:29:44   MGR: ,                   (      )
```

### INFORMATION NOT VERIFIED UNTIL SIGNED

---

PCP: JOHN K. TIMTIM, MD (00001094)                    DATE

### FINAL PRINTED REPORT - POST CIS MIGRATION

To make changes to electronic screen (IMEN): 1) Screen print page to be
updated, 2) Make changes on printed copy, 3) Forward to AAMRS (Dole)
for data entry.

---
I.   MEDICAL, SURGICAL & PSYCHOSOCIAL PROBLEMS
---
S* DESCRIPTION                          DIAG.RSLV. PROVIDER  SRCE
---

No Problems on File.

---
II.  HOSPITALIZATION HISTORY
---
ADMIT    DISCHARG LOC DEPARTMENT    DIAGNOSIS
---

No Hospitalizations on File.

---
III. CURRENT MEDICATIONS
---

No Medications on File.

---
IV.  ALLERGIES & INTOLERANCES
---
S* AGENT            REACTION                SEV  ODDS DATE  TYPE SRCE
---

No Information on ACIS.

---
V.   IMMUNIZATION HISTORY
---
S* DESCRIPTION            GIVEN ON  SER  SRCE
---

No Immunizations on File.

00 25

ACIS Report Page 2

 KAISER PERMANENTE®

0633194

ENGLISH, PHILIP E.

---
VI.  MONITORED HEALTH PARAMETERS
---

| S* DESCRIPTION | DT GIVEN | PROVIDER | RESULTS | REFUSED | SRCE |
|---|---|---|---|---|---|
| M  PPD Skin Test | 05/18/00 | JONES,SH | Neg 0mm | | ACIS |

---
VII. ADVANCED DIRECTIVES
---

| ASSIGNED DIRECTIVES | COMMENTS |
|---|---|
---

No Advanced Directives on File.

* N=Normal, I=In Transit, M=Migrated, C=Chg InTrns, D=Dif. CIS,
  A=+ In-Trans, P=Post-Migr., O=Not Migr., X=Canc Migr, K=Unknown

00 26

RENEAU KENNEDY RE PHILIP ENGLISH                    400

**KAISER PERMANENTE**

## IMMUNIZATION RECORD

MR # 633194
NAME English, Philip
PC 10/26/54
UG LOG

CONTRAINDICATIONS
TO VACCINES:

* Given at an outside facility

| VACCINE | Date Given |
|---------|------------|
| DTP / DT / DTaP | |
| DTP / DT / DTaP | |
| DTP / DT / DTaP | |
| DTP / DT / DTaP | |
| DTP / DT / DTaP | |
| (circle one; specify DTaP) | |
| DTP / DTaP -- Hib | |
| DTP / DTaP -- Hib | |
| DTP / DTaP -- Hib | |
| DTP / DTaP -- Hib | |
| (circle DTP or DTaP) | |
| Td Adult | |
| (Age 7 & older) | |
| | |
| | |
| Hib | |
| | |
| | |
| | |
| (specify if Pedvax given) | |
| Hib(Pedvax)--HepB  1 | |
| (PRP-OMP--Recombivax  2 | |
| or COMVAX )  3 | |
| HBIG | |
| Hepatitis B  1 | |
| (circle Routine or  2 | |
| Exposure)  3 | |
| | |
| OPV / IPV  1 | |
| OPV / IPV  2 | |
| OPV / IPV  3 | |
| OPV / IPV  4 | |
| (Circle OPV or IPV ) | |
| MMR  1 | |
| 2 | |
| Varicella  1 | |
| 2 | |
| Hx Varicella infection | |

Side labels: DTP/D/DTaP--Hib combination; Haemophilus Influenza b; Hib-Hep B combination

| VACCINE | Date Given | Date Given |
|---------|------------|------------|
| Pneumococcal | | |
| Influenza | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Other | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

### TUBERCULOSIS SKIN TEST (PPD)

| Date Given | Date Read | Results (mm induration) |
|------------|-----------|-------------------------|
| 5/18/00 | 5/20/00 | 0 |
| | | |
| | | |
| | | |

95003  5/97

00.27

**KAISER PERMANENTE®**
**MEDICATION RECORD**

( page   1  of  2 )

M.R. # _English, Philip_
_63 31 94_ fc. Loc.
Name: _10/26/54_
B.D.

| Medication / Dose / Sig: | Begin Date: | | | End Date: | | | Notes: |
|---|---|---|---|---|---|---|---|
| | MM | DD | YRCC | | | | |
| | MM | DD | YRCC | MM | DD | YRCC | |
| | MM | DD | YRCC | MM | DD | YRCC | |
| | MM | DD | YRCC | MM | DD | YRCC | |
| | MM | DD | YRCC | MM | DD | YRCC | |
| | MM | DD | YRCC | MM | DD | YRCC | |
| | MM | DD | YRCC | MM | DD | YRCC | |
| | MM | DD | YRCC | MM | DD | YRCC | |
| | MM | DD | YRCC | MM | DD | YRCC | |
| | MM | DD | YRCC | MM | DD | YRCC | |
| | MM | DD | YRCC | MM | DD | YRCC | |
| | MM | DD | YRCC | MM | DD | YRCC | |
| | MM | DD | YRCC | MM | DD | YRCC | |
| | MM | DD | YRCC | MM | DD | YRCC | |
| | MM | DD | YRCC | MM | DD | YRCC | |
| | MM | DD | YRCC | MM | DD | YRCC | |

*This is a 2 sided form, keep most recent side facing up.  Thank You*

4800 3569   5/99

White - OMR/Left Side

A00 28

RENEAU KENNEDY RE PHILIP ENGLISH                403

**KAISER PERMANENTE**

CARD IMPRINT OR IDENT.

PATIENT'S NAME  English Philip

COVERAGE | MEDICAL RECORD NUMBER  (63 31 194

SEX ☑M ☐F  MONTH YEAR BIRTHDATE  FAMILY ACCOUNT NU

## INSTRUCTIONS TO PATIENT

1 PLEASE PRINT

DATE  5/8/00

| LAST NAME | FIRST | INITIAL | MAIDEN |
|---|---|---|---|
| ENGLISH | PHILIP | E | |

ALSO KNOWN AS (NAME)

| DATE OF BIRTH | AGE | PLACE OF BIRTH | SEX | ANCESTRY | RELIGION | MARITAL STATUS |
|---|---|---|---|---|---|---|
| 10/26/59 | 45 | Long Beach | ☑M ☐F | American | Catholic | Single |

| COVERAGE | GROUP | MEDICAL RECORD NO. | FAMILY ACCOUNT NO. | EFFECTIVE DATE |
|---|---|---|---|---|
| | | | | |

TEMPORARY ADDRESS: STREET (OR P.O. BOX) | CITY | ZIP CODE | PHONE

| PERMANENT ADDRESS: STREET | APT. NO. | CITY | ZIP CODE | PHONE |
|---|---|---|---|---|
| 531 Hahaione St | #2-B | Honolulu | 96825 | 394-8679 |

| PATIENT OCCUPATION | EMPLOYER | ADDRESS | BUS. PHONE |
|---|---|---|---|
| Appraiser | City & County | | |

| SOCIAL SECURITY/MEDICAL NO. | VETERAN? | V.A. NOTIFIED? | V.A. NUMBER |
|---|---|---|---|
| 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 | ☐YES ☑NO | ☐YES ☑NO | |

RESPONSIBLE PARTY'S/SUBSCRIBER'S NAME (IF OTHER THAN PATIENT) | SOCIAL SECURITY NO.

ADDRESS | PHONE

OCCUPATION | EMPLOYER | ADDRESS | PHONE

| NEXT OF KIN | RELATIONSHIP | ADDRESS | HOME PHONE |
|---|---|---|---|
| IRMA CHANG | Mother-in-law | 3358 Harding Ave | 737-4241 |
| EMPLOYER Retired | ADDRESS | | BUS. PHONE |

### IN CASE OF EMERGENCY NOTIFY

| NAME | RELATIONSHIP | BUS. PHONE | HOME PHONE |
|---|---|---|---|
| 1 IRMA CHANG | Mother-in-law | | 737-4241 |
| 2 NAME | RELATIONSHIP | BUS. PHONE | HOME PHONE |

IF YOU REGULARLY VISIT OUR OTHER CLINICS, PLEASE INDICATE WHICH ONE(S):

☐ PUNAWAI  ☐ KAHUKU  ☐ KOOLAU  ☐ NIU VALLEY  ☐ MAILI  ☐ WAILUKU  ☐ LAHAINA  ☐ MEDICAL CENTER

PARENT, GUARDIAN OR PATIENT'S SIGNATURE | RELATIONSHIP | COMPLETED BY

**STAFF USE ONLY - DO NOT COMPLETE**

| DATE | | CHANGE OF ADDRESS/SUBSCRIBER/ETC. |
|---|---|---|
| | ☐ SAME ☐ CHG'D. ► | |
| | ☐ SAME ☐ CHG'D. ► | |
| | ☐ SAME ☐ CHG'D. ► | |
| | ☐ SAME ☐ CHG'D. ► | |
| | ☐ SAME ☐ CHG'D. ► | |
| | ☐ SAME ☐ CHG'D. ► | |

00 29

RENEAU KENNEDY RE PHILIP ENGLISH



**KAISER PERMANENTE**

XB D3                                                07-87

ENGLISH, PHILIP E.

3836 M 1    10-54    0633194

PERSONAL
PHYSICIAN:

| PROB. | MAJOR OR CONTINUING PROBLEMS | 1st RECORD | RE-SOLVED | NOTES |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| ALLERGIC: | DATE RECORDED |
|---|---|
| | |

| MEDICATIONS | BEGUN | STOPPED | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | 00 30 |