

**KAISER PERMANENTE**

HAWAII REGION

CLINIC    ACUTE SELF-LIMITED, TEMPORARY ILLNESS LIST

| DATE | PROBLEM | DATE | PROBLEM |
|------|---------|------|---------|
| | | | |
| | PERSONAL HEALTH | | |
| | JUN 0 1 1989 | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | 00 31 |
| | | | |

RENEAU KENNEDY RE PHILIP ENGLISH

**KAISER PERMANENTE**

**INSTRUCTIONS TO PATIENT**
(PLEASE PRINT)

CARD IMPRINT IF SUFFICIENT

PATIENT'S NAME
ENGLISH PHILIP E
COVERAGE    MEDICAL RECORD NUMBER    07-87

3836 M  10-26-54  FAMILY 0633194
SEX □ F  MONTH · YEAR  ACCOUNT NO.
BIRTHDATE
XB  ·  AHCC  ·  07 31 87

DATE  7/31/87

| | LAST NAME | FIRST | INITIAL | MAIDEN |
|---|---|---|---|---|
| M | ENGLISH | PHILIP | E | |

ALSO KNOWN AS (NAME)

| DATE OF BIRTH | AGE | PLACE OF BIRTH | SEX | ANCESTRY | RELIGION | MARITAL STATUS |
|---|---|---|---|---|---|---|
| 10/26/54 | 32 | Long Beach | M ☒ F □ | Caucasian | Roman Catholic | Married |

| COVERAGE | GROUP | MEDICAL RECORD NO. | FAMILY ACCOUNT NO. | EFFECTIVE DATE |
|---|---|---|---|---|
| X B | 3836 | 63 31 94 | 63 31 94 | 7-87 |

| TEMPORARY ADDRESS: STREET (OR P.O. BOX) | CITY | ZIP CODE | PHONE |
|---|---|---|---|

| PERMANENT ADDRESS: STREET | APT. NO. | CITY | ZIP CODE | PHONE |
|---|---|---|---|---|
| 2177 Aha Niu Pl | | Honolulu | 96821 | 732-1593 |

| PATIENT OCCUPATION | EMPLOYER | ADDRESS | BUS. PHONE |
|---|---|---|---|
| R.E. Appraiser | First Nationwide Bank | 180 S. King | 847-8580 |

| SOCIAL SECURITY/MEDICAL NO. | VETERAN? | V.A. NOTIFIED? | V.A. NUMBER |
|---|---|---|---|
| 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 | ☐ YES ☒ NO | ☐ YES ☒ NO | |

| RESPONSIBLE PARTY'S/SUBSCRIBER'S NAME (IF OTHER THAN PATIENT) | | SOCIAL SECURITY NO. |
|---|---|---|
| ADDRESS | | PHONE |
| OCCUPATION | EMPLOYER    ADDRESS | PHONE |

| NEXT OF KIN: | RELATIONSHIP | ADDRESS | HOME PHONE |
|---|---|---|---|
| Carleen King | Wife | 2177 Aha Niu Pl | 732-1593 |
| EMPLOYER | ADDRESS | | BUS. PHONE |
| Goodsill Anderson Quinn & Stifel | Bancorp Tower Honolulu | | 547-5748 |

**IN CASE OF EMERGENCY NOTIFY**

| 1 NAME | RELATIONSHIP | BUS. PHONE | HOME PHONE |
|---|---|---|---|
| 2 NAME | RELATIONSHIP | BUS. PHONE | HOME PHONE |

IF YOU REGULARLY VISIT ONE OF OUR CLINICS PLEASE INDICATE WHICH ONE(S):

☐ PUNAWAI   ☒ KAILUA   ☒ KOOLAU   ☐ NIU VALLEY   ☐ MAILI   ☐ WAILUKU   ☐ LAHAINA   ☐ MEDICAL CENTER

_Phil English_    _Leonard Oulea_
PARENT, GUARDIAN OR PATIENT'S SIGNATURE    RELATIONSHIP    COMPLETED BY

**STAFF USE ONLY - DO NOT COMPLETE**

| | | | |
|---|---|---|---|
| 6/24 | CD | ☒ SAME ☐ CHG'D. ► | |
| | | ☐ SAME ☐ CHG'D. ► | |
| | | ☐ SAME ☐ CHG'D. ► | |
| | | ☐ SAME ☐ CHG'D. ► | |
| | | ☐ SAME ☐ CHG'D. ► | 00 32 |
| | | ☐ SAME ☐ CHG'D. ► | |

95075

RENEAU KENNEDY RE PHILIP ENGLISH                    196



**KAISER PERMANENTE**

X9 D3                                    07-37

ENGLISH, PHILIP E.

3836 M 1    10-54    0633194

RC-AKCC                              07 31 87

## IMMUNIZATION RECORD

| Routine: | Date | Date | Date | Date | Date | Date | Date | Date |
|---|---|---|---|---|---|---|---|---|
| DPT | | | | | | | | |
| DT (below age 5 yrs.) | | | | | | | | |
| Td (above age 5 yrs.) | *(mainland) 1982* | | | | | | | |
| Polio (Oral Trivalent) | | | | | | | | |
| Mumps | | | | | | | | |
| Rubella | | | | | | | | |
| Rubeola | | | | | | | | |
| Mumps-Rubella-Rubeola | | | | | | | | |
| Tine | | | | | | | | |
| PPD | | | | | | | | |
| | | | | | | | | |
| Hemophilus Influenza B | | | | | | | | |
| Other Immunizations: | | | | | | | | |
| Influenza | | | | | | | | |
| Cholera | | | | | | | | |
| Typhoid | | | | | | | | |
| Typhus | | | | | | | | |
| Tetanus (TT) | | | | | | | | |
| Pneumococcal Vaccine | | | | | | | | |
| Hepatitis B Vaccine | | | | | | | | |

95003 Rev. 12/86

00 33

**KAISER PERMANENTE**

**INSTRUCTIONS TO PATIENT**

1. PLEASE PRINT

DATE 5 9 89

CARD IMPRINT SUFFICIENT

PATIENT'S NAME

COVERAGE    MEDICAL RECORD NUMBER

SEX X B M D 2    FAMILY ACCOUNT NO.
   E I S U
   3336 M    MONTH YEAR    E
              BIRTH DATE 54    06331

| LAST NAME | FIRST | INITIAL | MAIDEN | 05 09 89 |
|---|---|---|---|---|
| English | Philip | E | | |

ALSO KNOWN AS (NAME)

| DATE OF BIRTH | AGE | PLACE OF BIRTH | SEX | ANCESTRY | RELIGION | MARITAL STATUS |
|---|---|---|---|---|---|---|
| 10/26/54 | 34 | Long Beach, CA | M | American | Catholic | Married |

| COVERAGE | GROUP | MEDICAL RECORD NO. | FAMILY ACCOUNT NO. | EFFECTIVE DATE |
|---|---|---|---|---|
| XB | 3836 | 63319 4 | 0633194 | |

TEMPORARY ADDRESS: STREET (OR P.O. BOX)    CITY    ZIP-CODE    PHONE

| PERMANENT ADDRESS: STREET | APT. NO. | CITY | ZIP CODE | PHONE |
|---|---|---|---|---|
| 2177 Aha Niu Place | | | 96821 | (808) 732-1593 |

| PATIENT OCCUPATION | EMPLOYER | ADDRESS | BUS. PHONE |
|---|---|---|---|
| R.E. Appraiser | First Hawaiian DeBank | 180 S. King St | (808) 523-3217 |

| SOCIAL SECURITY/MEDICAL NO. | VETERAN? | V.A. NOTIFIED? | V.A. NUMBER |
|---|---|---|---|
| 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 | ☐ YES ☒ NO | ☐ YES ☐ NO | |

RESPONSIBLE PARTY'S/SUBSCRIBER'S NAME (IF OTHER THAN PATIENT)    SOCIAL SECURITY NO.

ADDRESS    PHONE

OCCUPATION    EMPLOYER    ADDRESS    PHONE

| NEXT OF KIN | RELATIONSHIP | ADDRESS | HOME PHONE |
|---|---|---|---|
| Corlis Chang | Wife | 2177 Aha Niu Pl. | 732-1593 |

| EMPLOYER | ADDRESS | BUS. PHONE |
|---|---|---|
| Goodsill, Anderson, Quinn + Stifel | Bank of Hawaii Tower, Downtown Honolulu | 547-5677 |

**IN CASE OF EMERGENCY NOTIFY**

| 1 | NAME | RELATIONSHIP | BUS. PHONE | HOME PHONE |
|---|---|---|---|---|
| 2 | NAME | RELATIONSHIP | BUS. PHONE | HOME PHONE |

IF YOU REGULARLY VISIT ONE OTHER CLINICS, PLEASE INDICATE WHICH ONE(S):

☐ PUNAWAI  ☐ KAHUKU  ☐ KOOLAU  ☐ NIU VALLEY  ☐ MAILI  ☐ WAILUKU  ☐ LAHAINA  ☐ MEDICAL CENTER

*Phil English*

PARENT, GUARDIAN OR PATIENT'S SIGNATURE    RELATIONSHIP    COMPLETED BY

**STAFF USE ONLY - DO NOT COMPLETE**

| | |
|---|---|
| | ☐ SAME ☐ CHG'D. ► |
| | ☐ SAME ☐ CHG'D. ► |
| | ☐ SAME ☐ CHG'D. ► |
| | ☐ SAME ☐ CHG'D. ► |
| | ☐ SAME ☐ CHG'D. ► |
| | ☐ SAME ☐ CHG'D. ► |
| | ☐ SAME ☐ CHG'D. ► |

00 34

DATE

RENEAU KENNEDY RE PHILIP ENGLISH

**KAISER PERMANENTE.**

**PROGRESS NOTES**

MR #: C33194    UC Loc:

NAME: English, Philip E.

Sex/BD: (M)  10/26/54

| DATE | S | O | A | P | | PROBLEM # |
|---|---|---|---|---|---|---|
| 3/3/03 | | | | wt 200½  T 98°F  B/P 134/90  ht 6 ½ | | no back |
| JOHN MUEH, M.D. | | | | SEE CONSULT REFERRAL FROM | | |
| Oncology/ Hematology #0169 | | | | | | |

48003734 (Rev 10/99)    White - OMR/Progress Notes

00 30

SCANNED/CIS    FEB 14 2003

**KAISER PERMANENTE.**    *HAWAII REGION*

## Same Day Care Clinic (SDCC)
## Medical Screening/Order Form

( Page 1 of 1 )    Format: Time - Military  Date - MM / DD / CCYY

MR#  63 31 94    LIC Loc:
ENGLISH,PHILIP,E
M  10 26 1954  E    #1
Name:
Sex/BD:
Encounter #: #2-LL REC    02 13 03

| Date 2/13/03 | Time 1205 | | Code | Age 48 |
|---|---|---|---|---|

Chief Complaint

Time 1209  **BP** 139/95  **P** 62  **R** 20  **Temp** 97.4  **Wt** ___  **SpO2** ___

PMH ___    Meds ___    Allergies morphine

Last td: ___    Visual Acuity: ___    OD ___    OS ___    Notified: ☐ Family ☐ Police    Latex: ☐ Yes ☐ No

Disposition:

Time seen by MD ___    MA/Tech/Nurse's Sign ___

| Physician's Orders | Init/Time | X-Rays | Init/Time | Additional Orders: | Init/Time |
|---|---|---|---|---|---|
| ☐ NPO | | | | | |
| ☐ Ortho VS | | | | | |
| ☐ Monitor | Rhythm | | | | |
| ☐ Peak Flow | Pre / Post | **Intravenous** | | | |
| ☐ EKG | | | | | |
| ☐ ABG | Aaria / Site | | | | |
| ☐ Foley | | **O2** | | | |
| ☐ NG | Hemt | | | | |
| ☐ Dex Stick | Result | ☐ Restraints | | | |
| **Lab** ☐ CBC ☐ DIFF | | Type: | | | |
| ☐ BUN ☐ Glucose ☐ CR ☐ Lytes | | ☐ Procedural Sedation | | | |
| ☐ CPK ☐ Troponin ☐ PT/PTT | | | | | |
| ☐ TYSE ☐ HCG ☐ ABORH | | ☐ tD 0.5 ml IM | | | |
| ☐ LFTS ☐ Amylase | | | | | |
| ☐ UA ☐ UCG ☐ Urine Tox | | **Nursing Notes:** | | | |
| ☐ Dig ☐ Dilantin ☐ Tylenol | | | | | |

Resident's Sig:

SDCC Practitioner's Sig:

Init    Nurse's Sig:    Prov.# (If any)    Init    Med Clerk / MA / Tech / Rn's Sig    Prov.# (If any)

0021 9271    6/00    **White** - OMR/Progress Notes    **Canary** - Consult/Referral    **Pink** - SDCC File    **Goldenrod** - Med Insurance

## AUTHORIZATION FOR MEDICAL CARE, RELEASE OF INFORMATION AND FINANCIAL AGREEMENT

**A.** I believe that I am suffering from a condition requiring immediate care, and hereby authorize Kaiser to provide such medical care limited to diagnostic and treatment procedure to be performed on me by and under the supervision of the attending physician as named on the reversed side and/or such aides and assistants as he may select. I understand that medicine is not an exact science and acknowledge that no guarantees have been given to me concerning the outcome of the diagnostic and treatment procedures to which I am hereby consenting.

I acknowledge that it has been explained to me that the diagnostic and treatment procedures to be provided are limited to immediate medical care, and that it may be necessary for me to select another physician and obtain from him a complete diagnosis of my condition and such continued treatment as he may prescribe.

**B.** RELEASE OF INFORMATION: The hospital is authorized to furnish from patient's record requested information or excerpts to any insurer of patient or to any representative of the hospital.

**C.** FINANCIAL AGREEMENT: In consideration of hospital and medical services rendered to the patient, the undersigned, whether he signs as a patient, spouse, or personal representative of the patient, agrees to pay any and all charges for such services upon presentation of a statement of charges. Default in the payment of any installment when due shall make the entire debt due and payable.

This financial agreement covers charges for services and/or goods received and processed as of this date. Any additional charges related to this visit will be billed separately and will be payable according to the terms of this agreement.

**D.** TELEPHONE CONSENT:  Date _____ Time of Call _____ Number _____

Destination _____

Identity of adult person granting consent _____

Contingencies of granted consent _____

Identity of person calling from clinic _____

Witness to conversation via ext. phone _____

*THE UNDERSIGNED CERTIFIES THAT HE HAS READ AND UNDERSTANDS THE FOREGOING, ACCEPTS AND AGREES TO ABIDE BY ITS TERMS.*

Date 2/13/57   Hour 1645   Signed _____
                                        *Patient*

Witness _____   Signed _____
                                              *Patient's Parent or Representative*

_____
*Relationship to Patient*

*PARENTS PERMISSION FOR PELVIC EXAMINATION:  I hereby authorize and give permission to Kaiser and attending physicians to perform a pelvic examination on* _____

who is my _____   Signed _____
                                        *Patient's Parent or Representative*

### REFUSAL OF DRUGS, TREATMENTS OR PROCEDURES RELEASE

*I/We, the undersigned, refuse to have the drugs, treatments or procedures listed below administered to or performed on myself or* _____ *, patient, who is my* _____ *even though it has been ordered by the physician. I have been informed of and understand the risk involved in this refusal and hereby release the Kaiser Foundation Hospital, Kaiser Foundation Health Plan, Inc. and Hawaii Permanente Medical Group, Inc (Kaiser Permanente), its staff and attending physician from any liability for any ill effects which might result from this refusal.*

Refused _____
          *Indicate name of drug, treatment or procedure refused*

Date _____ Hour _____ Signed _____ Age _____
                                                    *Patient, Parent, or Legal Guardian (Specify which)*

Witness _____   Signed _____
                                        *Other parent if patient is a minor*

00 37

RENEQU KENNEDY RE DHILID ENGLISH

SCANNED/CIS

© 1995-99 E.S.C.

Circle Positives ✓ Check Normals · Backslash Negative

M R #: _____   UC LOC:

52   🏥 **KAISER PERMANENTE**®
**EMERGENCY PHYSICIAN RECORD**
Psych Disorder, Suicide Attempt, Overdose  (5)  Page 1 of 2
Template _____ of _____   Account # _____

NAME: English, Philip   653194
B.D.
ENGLISH.PHILIP.E
10.26.1954   HI

DATE: 2 / 13 / 3   TIME SEEN: _____
HISTORIAN: patient  spouse  paramedics _____

__ HX / __ EXAM LIMITED BY: _____

HPI  chief complaint(s):
Depression   Suicidal Ideation   Suicide Attempt
Agitated   Hallucinating   Drug Overdose
            Self-Injury
          Anxious
onset ___ Stress
increased since _____   when? _____

context/severity: ⟶ ⊕ whistle blower ⟶
⟶ having issues @ work

current/associated complaints:
_ depressed / angry / frustrated / agitated / hostile / paranoid
        ⊕ stress

(situational problems)
  related to: spouse / parent / son / daughter / significant other
    work / lost job / school / legal problems

_ confused / hallucinating

_ suicidal thoughts / specific plan / gesture or attempt

_ ingestion (see list below)
  suicide attempt  wanted to "escape"  accidental  will not answer

_ incised / abraded wrist ( R / L )

**LIST OF SUBSTANCES INGESTED** *(if applicable)*

| name | strength | # taken | when taken |
|------|----------|---------|------------|
| acetaminophen |  |  |  |
| aspirin |  |  |  |
| ethanol |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

RESCUE FACTOR: (if suicide attempt)
(how did ingestion/other acts come to attention)

Arrived by: private car / ambulance (who called)
                    police / parent / spouse

Recently seen/treated by doctor

ROS
PULMONARY & CVS
_ cough
_ trouble breathing
_ chest pain

NEURO & EYES
_ headache
_ visual disturbance

GI & GU
_ abdominal pain
_ nausea
_ vomiting
_ diarrhea
_ problems urinating

SKIN & LYMPH & MS
_ skin rash / swelling
_ joint pain

☐ all systems neg. except as marked

PAST HISTORY ✓ negative
_ prior suicide attempt

_ psychiatric problems
  depression  bipolar disorder
  schizophrenia  other

_ other problems

Cardiac disease
hypertension
diabetes/insulin / oral / diet
lung disease
HIV / AIDS

Surgeries
_ tonsillectomy   _ appendectomy
_ cholecystectomy   _ hysterectomy

Medications ✓ none _ see nurses note

Allergies  NKDA
see nurses note
MSO4

SOCIAL HX _ smoke _ drugs
recent alcohol use / binge drinking / alcoholism

marital status  single  married  children

100  38

White(with Blue Ink) - Chart-OMR / Progress Notes   Dept   Referral   Patient Accounting

0007-7625 (Rev. 6/99)

☑ Nursing Assessment Reviewed. ☐ ___, HR, RR, Temp reviewed.

**PHYSICAL EXAM** ___Alert ___Lethargic ___Obtunded

*Distress*- ___NAD ___mild ___moderate ___severe

___uncooperative for exam _____

MR #: **ENGLISH,PHILIP,E**    Page 2 of 2
M  10 26 1954    M1
NAME:
B.D.:

**HEENT**
___nml ENT inspection
___pharynx nml
*if obtunded:*
___nml gag reflex

___depressed / absent gag reflex____
___abnormal TM ( R / L )_____
___dry mucosa_____ SCANNED/CIS
___gag reflexed diminished / absent____

**EYES**
___pupils equal, round
   & reactive to light
___EOM's intact

___nystagmus_____
___disconjugate gaze_____
___mydriasis / meiosis / anisocoria____
R Pupil _____mm  L Pupil _____mm

**LABS, XRAYS, and PROGRESS**

**EKG MONITOR STRIP** ___NSR ___abnml

**EKG** ___NML ☐ Interp. by me ☐ Reviewed by me ___ Rate ___
___NSR ___nml intervals ___nml axis ___nml QRS ___nml ST/T
*not changed from* _____

**CXR** ☐ Interp. by me ☑ Reviewed by me ☐ Discs w/ radiologist
___nml/NAD ___no infiltrates ___nml heart size ___nml mediastinum
*not changed from* _____

**NEURO/PSYCH**
*mental status*
___mood/affect nml

___slow / no response to commands____
___withdraws to pain  no response to pain
___depressed affect_____
___tearful / hostile / non-communicative__
___suicidal ideation_____

| CBC | Chemistries | ABG's | Toxicology |
|---|---|---|---|
| *normal except* | *normal except* | *normal except* | *normal except* |
| WBC | Na | | acetamin |
| Hgb | Cl | | aspirin |
| Hct | HCO3 | | ETOH |
| Platelets | CO2 | pCO2 | |
| | Glu | pO2 | (raise) urine |
| bands | BUN | pAO2 | drug screen |
| lymphs | Creat | SO2 | |

Pulse Ox _____

*For suicide attempts*: On direct query, patient ADMITS / DENIES
continued consideration of suicide as an option
if denies why _____

Time _____unchanged ___improved ___re-examined
___Rx prescribed _____

**orientation**
___normal x3

___uncooperative / cannot determine____
___disoriented_____
so: *day-of-week  day-of-month*
    *month  year  place  person*

**INTERVIEW WITH OTHER RESPONSIBLE ADULT**
Name _____ Relationship
Consider ongoing suicide risk with low supervision
Capable / comfortable with observing patient at home  Yes / No / N/A

**cranial nerves**
*sensory, motor*
___CN's intact as tested
___nml motor response
___nml sensory response
___nml reflexes
___nml gait

___facial droop / CN abnormality____
___motor/sensory deficit_____
___abnormal gait_____

**MEDICAL CLEARANCE FOR PSYCHIATRIC REFERRAL** ( if needed )
each area is indicated that appropriate unlikely based on H&P and nml workup
☐ Toxic (PCP, Amphetamine, Hallucinogen, Acetaminophen, ASA, ETOH, etc.)
☐ Infectious (Meningitis, Encephalitis, Sepsis)
☐ Metabolic (Thyroid, Hypoglycemia, Drug Withdrawal, Hypoxemia, Electrolytes)
☐ CNS (Vascular and other - CVA, TIA, Seizure, Trauma)
☐ Other Unstable Comorbidities ☐ cleared medically for psych referral

**NECK/BACK**
___normal inspection
___neck supple

___cerv. lymphadenopathy ( R / L )____
___thyromegaly / meningismus_____

**RESPIRATORY**
___no resp. distress
___breath sounds nml

___wheezing_____
___rales / rhonchi_____

Discussed with Dr _____  CRIT CARE ___07+ min
wit/see patient in office / ED / hospital ___ 1-74 min
___Counseled patient / family regarding ___ Poor records ordered
___lab results / diagnosis / need for follow-up ___ Additional history from
___Admit orders written ___ family / caretaker / paramedics

**CVS**
___regular rate, rhythm
___heart sounds normal

___irregularly irregular rhythm_____
___extrasystoles ( occasional / frequent )
___tachycardia / bradycardia_____
___JVD_____

**RESIDENT'S SIGNATURE** _____

**FACULTY:** ___pt seen / examined ___resident's hx reviewed

HX- _____

**ABDOMEN**
___non-tender
___nml bowel sounds
___no organomegaly

___guarding_____
___hepatomegaly / splenomegaly____

PX- _____

**SKIN**
___color nml, no rash
___warm, dry

___cyanosis / diaphoresis / pallor____
___skin rash_____

**CLINICAL IMPRESSION:**

**EXTREMITIES**
___non-tender
___normal ROM
___no signs of injury
___no pedal edema

___laceration_____
___pedal edema_____

Ethanol Intoxication      Psychosis   Schizophrenia- *acute exac.*
Depression               Drug Overdose ( Intentional / accidental )
*major  manic*           Suicide Attempt / Ideation

DISPOSITION: ☐home ☐admit ☐morgue ☐transfer
    ☐AMA ☐other_____
STATUS OF- ☐unchanged ☐improved ☑stable ☐critical
DISCHARGE ☐expired_____

**PROCEDURES** ☑Restraints
☑ Intubated ___by ED / physician ___nasal / oral ___ ___ tube
___breath sounds equal ___ ___ tube position confirmed w/ CXR
☐ Gastric Lavage ___ ___ ill fragments recovered
☐ Charcoal ___gm given ___ Sorbitol ___ ___oz. given

ATTENDING SIGNATURE- _____   | 4 | 48 | 3 |

Psych Disorder; Overdose-52

00 39

**RENEAU KENNEDY RE PHILIP ENGLISH**    413

**KAISER PERMANENTE.**
**HAWAII REGION**

**KAISER PERMANENTE.**
*Prescription Order Form*

**Same Day Care Clinic (SDCC)**
1010 Pensacola St.
Honolulu, HI, 96814
Phone: 432-2100

*Non Safety Caps Available
at The Pharmacy On Request*

**Same Day Care Clinic (SDCC) Discharge Instructions and Prescription Form**

Format:
Time: Military
Date: (MM/DD/CCYY)

MR #: 65194  UC Loc:

63 31 94

Name: English, Philip
Sex/BD: ENGLISH,PHILIP,E
Address: 10 26 1954  HI
Date:
Encounter #:

☐ Formulary equivalent not to be used.  ☐ No discharge medication  **PLEASE USE SEPARATE FORM FOR EACH CLASS II DRUG**

| # | DISCHARGE MEDICATIONS/SUPPLIES | STRENGTH | INSTRUCTIONS | NUMBER |
|---|---|---|---|---|
| 1 | Valium | 5mg | 1/2 tab - 1 tab R | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |

**ORIGINAL RETAINED
IN PAPER CHART**

**SCANNED/CIS**

Signature: _____  Prov # 4463

DEA #: BT7000159  Print Name: TaS

---

## Kaiser Permanente Same Day Care Clinic (SDCC) Discharge Instructions

Print Patient's Name: P. Engl

Follow up with: Dr Loie _____ (MD/Dept) _____

at (Clinic location) _____ Telephone # _____ on the next business day for

follow-up in ___ 1 ___ Day(s) _____ Week(s) _____ As needed _____

Diagnosis: P. English → ? Anxiety

Treatment Given: _____

Instructions Given:  ☐ Head Injury  ☐ Splint/Cast  ☐ Vomiting/Diarrhea
☐ Fever  ☐ Laceration/Wound Care  ☐ Other: _____

**_If your conditions worsens, Return to SDCC Department or call your Physician._**

☐ You have been given a medicine in the SDCC Department that may impair you ability to drive or operate machinery.

Other Instructions: Rest & nurse.

_____
_____
_____

---

**KAISER PERMANENTE.**  **WorkSlip**

Disabled for work    Date
☐ Yes  ☐ No   Disability Began: 2/13/3    Return to    Work Status
                                         Work on: __/__/__   ☐ Full  ☐ Limited

Restrictions: _____

I have received, read and understand the above instructions and diagnosis

X  Phil English
Printed name of Patient, Parent or Guardian

X  Phil English
Signature of Patient, Parent or Guardian    Phone #

X  LS    4463
Doctor's Signature    Prov #

X  _____  RN  00  40
Nurse's Signature    Prov #

Date: 2/13/03   Time: 17:30

0021 9270  4/00    White-1 - Patient    White-2 - OMR/SDCC    Canary - Consult/Referral    Pink - SDCC Dept    Goldenrod - Med Insurance

PROGRESS NOTES

KAISER PERMANENTE®

MR # :

NAME :

Sex/BD:

UC Loc:

| DATE | S | O | A | P | | PROBLEM # |
|------|---|---|---|---|---|-----------|

SUBJECTIVE FINDINGS / OBJECTIVE FINDINGS / ASSESSMENT / PLANS

HAR 633194
English Philip

FEB

FRANK W. UHR, M.D.
Orthopedic Surgery
#1140

re uveedsldy of R foot Inj

Pt. canc. appt c Dr. Uhr + did not
re-schedule

RENEAU KENNEDY RE PHILIP ENGLISH     115

**KAISER PERMANENTE**

**HAWAII**

MR#:    **633194**
NAME:    **ENGLISH, PHILIP E**
DOB:    10/26/1954    AGE: 48Y
UC LOC:    *HAK*

DATE OF VISIT: 01/13/2003

**SUBJECTIVE**
The patient is seen approximately 8 days after sustaining an inversion flexion injury to his foot when he missed a step, coming off of his boat. He lives on a boat. He also works in real estate. He is very active on his feet all day. He notes that the foot still is moderately painful laterally. He denies any significant swelling at the time of injury or subsequently. He denies previous injury to that foot.

He has been unable to really get off his feet. He remains very busy this week, doing a lot of walking. He is not involved in any sports, but lives in a boat and has a fairly active lifestyle.

**OBJECTIVE**
On examination, the patient has no swelling over the anterolateral foot or ankle. He has no tenderness over the anterior talofibular or syndesmotic ligament. He has tenderness over the lateral aspect of the mid foot. He has no tenderness over the Lisfranc's joints.

Radiographs show a small calcification lateral to the cuneiform.

**ASSESSMENT / PLAN**
Avulsion ligamentous injury to the mid foot as described. The patient has only mild swelling and I think can proceed as tolerated with activities. I discussed with him that the more he is on his feet the next week or two, the slower his symptoms will resolve. He should ice and elevate as much as possible to control his symptoms. He can take anti-inflammatories as needed. I will see him back in 3 weeks. If he is back to normal, however, he can call and cancel the appointment.

FRANK W. UHR, M.D.
FWU/tmlp
D: 01/13/2003 11:15:16
T: 01/13/2003 18:40:52
Job Id: 593567/MRN: 633194

**PROGRESS NOTE**
**Page 1 of 1**

Original
A00 42

RENEAU KENNEDY RE PHILIP ENGLISH                    416

**KAISER PERMANENTE®**
SCANNED/CIS
HAWAII REGION

MR # 63 31 94    HAK

UC Loc:

ENGLISH,PHILIP,E
M 10 26 1954    HI

Name

Sex/BD: *English, Philip*

**Same Day Care Clinic (SDCC)**
**Medical Screening/Order Form**

( Page 1 of 1 )    Format: Time - Military  Date – MM / DD / CCYY

Encounter # NON SUG    4 010603

| Date/ | Time | PCF | Age |
|---|---|---|---|
| Chief Complaint | | | 48 |

Time 0830  BP 136/88  P 66  R 20  Temp 97.2  Wt ___  SpO2 ___

Assessment

PMH    Med:    Allergies: Morphine

Last td:    Visual Acuity    OD    OS    Notified: □ Family  □ Police    Latex: □ Yes □ No

Disposition

Time Seen by MD:    MA/Tech/Nurse's Sig:

| Physician's Orders | Init/Time | X-Rays | Init/Time | Additional Orders: | Init/Time |
|---|---|---|---|---|---|
| □ NPO | | | | | |
| □ Otho VS | | | | | |
| □ Monitor | Rhythm | **Intravenous** | | | |
| □ Peak Flow | Pre    Post | | | | |
| □ EKG | | | | | |
| □ ABG | Atera    Site | **O2** | | | |
| □ Foley | | | | | |
| □ NG | Heme | | | | |
| □ Dex Stick | Result | □ Restraints | | | |
| **Lab** □ CBC  □ DIFF | | Type: | | | |
| □ BUN □ Glucose □ CR □ Lytes | | □ Procedural Sedation | | | |
| □ CPK □ Troponin □ PT/PTT | | □ t0 0.5 ml IM | | | |
| □ TYSE □ HCG □ ABORH | | | | | |
| □ LFTS □ Amylase | | **Nursing Notes:** | | | |
| □ UA □ UCG □ Urine Tox | | | | | |
| □ Dig □ Dilantin □ Tylenol | | | | | |

Resident's Sig

SDCC Practioner's Sig

| Init | Nurse's Sig: | Prov.# (if any) | Init | Med Clerk / MA / Tech / Rn's Sig | Prov.# (if any) |
|---|---|---|---|---|---|

0021 9271   6/00   **White** - OMR/Progress Notes    **Canary** - Consult/Referral    **Pink** - SDCC File    **Goldenrod** - Med Insurance

*633/94    English, Philip*

## AUTHORIZATION FOR MEDICAL CARE, RELEASE OF INFORMATION AND FINANCIAL AGREEMENT

**A.** I believe that I am suffering from a condition requiring immediate care, and hereby authorize Kaiser to provide such medical care limited to diagnostic and treatment procedure to be performed on me by and under the supervision of the attending physician as named on the reversed side and/or such aides and assistants as he may select. I understand that medicine is not an exact science and acknowledge that no guarantees have been given to me concerning the outcome of the diagnostic and treatment procedures to which I am hereby consenting.

I acknowledge that it has been explained to me that the diagnostic and treatment procedures to be provided are limited to immediate medical care, and that it may be necessary for me to select another physician and obtain from him a complete diagnosis of my condition and such continued treatment as he may prescribe.

**B.** RELEASE OF INFORMATION: The hospital is authorized to furnish from patient's record requested information or excerpts to any insurer of patient or to any representative of the hospital.

**C.** FINANCIAL AGREEMENT: In consideration of hospital and medical services rendered to the patient, the undersigned, whether he signs as a patient, spouse, or personal representative of the patient, agrees to pay any and all charges for such services upon presentation of a statement of charges. Default in the payment of any installment when due shall make the entire debt due and payable.

This financial agreement covers charges for services and/or goods received and processed as of this date. Any additional charges related to this visit will be billed separately and will be payable according to the terms of this agreement.

**D.** TELEPHONE CONSENT: Date _____ Time of Call _____ Number _____

Destination _____

Identity of adult person granting consent _____    **SCANNED/CIS**

Contingencies of granted consent _____

Identity of person calling from clinic _____

Witness to conversation via ext. phone _____

THE UNDERSIGNED CERTIFIES THAT HE HAS READ AND UNDERSTANDS THE FOREGOING, ACCEPTS AND AGREES TO ABIDE BY ITS TERMS.

Date *1-6-03* _____ Hour *818* _____ Signed ✗ _____
                                                   *Patient*

Witness _____    Signed _____
                                                   *Patient's Parent or Representative*

_____
*Relationship to Patient*

PARENTS PERMISSION FOR PELVIC EXAMINATION: I hereby authorize and give permission to Kaiser and attending physicians to perform a pelvic examination on _____

who is my _____    Signed _____
                                   *Patient's Parent or Representative*

### REFUSAL OF DRUGS, TREATMENTS OR PROCEDURES RELEASE

I/We, the undersigned, refuse to have the drugs, treatments or procedures listed below administered to or performed on myself or _____, patient, who is my _____ even though it has been ordered by the physician. I have been informed of and understand the risk involved in this refusal and hereby release the Kaiser Foundation Hospital, Kaiser Foundation Health Plan, Inc. and Hawaii Permanente Medical Group, Inc (Kaiser Permanente), its staff and attending physician from any liability for any ill effects which might result from this refusal.

Refused _____
       *Indicate name of drug, treatment or procedure refused*

Date _____ Hour _____ Signed _____ Age _____
                                                   *Patient, Parent, or Legal Guardian (Specify which)*

Witness _____    Signed _____
                                                   *Other parent if patient is a minor*

00 44

SCANNED/CIS

M R #: 63 31 94          UC LOC:

ENGLISH,PHILIP,E
NAME: 10 26 1954          HI
B.D:

© 1995-99 E.S.C.

Circle Positives  V Check Normals  Backslash Negatives

**KAISER PERMANENTE.**
**EMERGENCY PHYSICIAN RECORD**
Foot or Ankle Injury  (4)          Page 1 of 2
Template____ of ____     Account #_____

DATE: 01 06 20  TIME SEEN: 9 37 A

HISTORIAN: __patient __spouse __paramedics_____
___HX / __EXAM LIMITED BY: _____

□Nursing Assessment & Vital Signs Noted.     □Tetanus immun: current.

**PHYSICAL EXAM** __Alert
Distress: __NAD __mild __moderate __severe

## HPI

chief complaint          location of injury:
ankle  R / L             __R 1 2 3 4 5 digit (foot)
foot   (R) / L            __L 1 2 3 4 5 digit (foot)

duration / occurred:
__just prior to arrival
__today
__yesterday____
_____ days PTA

where occurred:
__home        __school
__neighbor's  __park
__work        __street

context:
__fell __twisted __direct blow / crush __incised __burn

INVERSION - while walking
heard a popping noise

severity of pain:     __mild __moderate __severe

ROS - tingling / numbness distally - suspected FB in skin etc
__unable - painful weight-bearing

PAST HISTORY: __negative
__peptic ulcer_____

Meds- __none / __see nurses note_____
Allergies- __NKDA / __see nurses note_____

NEURO-VASCULAR-TENDON
__no vascular       __see diagram____
  compromise       __abnml color / warmth / cap refill_
                   __pulse deficit____
__sensation intact __sensory deficit____
__motor intact     __motor deficit____
__ROM nml          __ROM limited by pain / tendon injury_

SKIN              __see diagram____
__intact

GAIT              __limited by pain / unable to bear weight_
__normal          __antalgic gait____
                  __gait not tested due to pain____

FEET &            __see diagram____
ANKLES            __swelling / tenderness / ecchymosis___
__nml inspection  __bony point-tenderness____
__ankle stable    __laxity of ligaments (ant. drawer)__

LEGS              __see diagram____
__nml inspection  __swelling / tenderness / ecchymosis__
                  __bony point-tenderness____

KNEES             __swelling / tenderness / ecchymosis__
__nml inspection  __bony point-tenderness____
__stable          __effusion____
                  __limited ROM____
                  __ligamentous instability____

THIGHS/HIPS       __tenderness / swelling____
__nml inspection  __bony point-tenderness____
                  __limited hip ROM____

HEAD / ENT        __tenderness____
__nml inspection  __swelling / ecchymosis__
__pharynx nml
NECK / BACK       __tenderness____
__nml inspection  __swelling / ecchymosis__
__non-tender

CHEST             __tenderness____
__no resp. distress __swelling / ecchymosis__
__non-tender
__breath snds nml
ABDOMEN           __guarding____
__non-tender      __swelling / ecchymosis__
__no organomegaly

White(with Blue Ink) - Chart-OMR / Progress Notes     Dept     Referral     Patient Accounting

0007-7563 (Rev. 6/99)

00 45

RENEAU KENNEDY RE PHILIP ENGLISH          419

SCANNED

MR#:  E ISH,PHILIP,E
      M 10 26 1954                    Page 1
NAME:
B.D.:

## WOUND DESCRIPTION / REPAIR
length _____ cm   location _____
distal NVT: __sensation nml distally    __motor nml distally
            __vascular intact           __no muscle/tendon injury
depth/shape/contamination
__superficial  __linear   __stellate   __contused tissue
__SQ          __irregular __skieved    __nail avulsed
__muscle      __flap
__clean  __contaminated  minimally / moderately / heavily
contaminated with

ANESTHESIA:  __LET/TAC  __local __digital metacarpal block
__lidoc. 1 % 2% epi / bicarb   __marcaine .25% .5% epi
WOUND PREP:
__Shur-Clens / Betadine / Hibiclens   __debrided
__irrigated / washed with saline      __minimal / mod. / extensive
__minimal / mod. / extensive          __undermined
                                      __minimal / mod. / extensive
__wound explored                      __wound margins revised
__foreign material removed            __vermilion border aligned
__partially : completely              __multiple flaps aligned
__minimal / mod. / extensive
WOUND REPAIR
   SKIN      # _____ 0 nylon / prolene/staples
             __interrupted __running __simple __mattress (X)
   NAIL BED # _____ 0 vicryl
             __interrupted __running __simple __mattress (X)
   OTHER     # _____ 0 material
             __interrupt __running __simple __mattress (X)
__may indicate intermediate repair  __may indicate intermediate or complex repair

PROGRESS: _____
__referred to / discussed with Dr _____
__will see patient in: office / ED / hospital  in _____ days
__Rx prescribed

RESIDENT'S SIGNATURE _____

## FACULTY: __pt seen /examined  __resident's hx reviewed
HX- .................................................
.....................................................
PX- .................................................
.....................................................

## CLINICAL IMPRESSION:  Fall   Alleged Assault
Contusion / Hematoma / Sprain / Laceration
   R / L   knee    ankle   foot
Fracture   R / L
           tibia  fibula  bimalleolar  trimalleolar  talus  calcaneus
           navicular  metatarsal: _____  toe: _____
Dislocation   R / L
           ankle  toe  great 2nd 3rd 4th small

DISPOSITION- □home □admit □morgue □transfer
             □AMA □other _____
STATUS OF-   □unchanged □improved □stable □critical
DISCHARGE    □expired

ATTENDING SIGNATURE- _____


R   L   R   L

T= Tenderness  S= Swelling
E= Ecchymosis  B= Burn
C= Contusion  L= Laceration
A= Abrasion  M= Muscle spasm
P= Puncture wound
Example: T, A = Tenderness
on palpation (severe) and Abrasion

## XRAYS  □Interp: by me  □Reviewed by me  □Discsd w/radiologist
R / L  foot  ankle _____
__normal / NAD      __DJD
__no fracture       __dislocation
__nml alignment     __soft-tissue swelling
__no foreign body   __foreign body
                    __fracture

Other □ □See separate report.

## PROCEDURE NOTES
ANKLE
__ace wrap / tape __boot orthosis __crutches __post-op shoe
__air cast __neoprene sleeve
__splint __anterior / posterior __OCL / Ortho-glass / plaster
__applied by ED Physician / Orthopedist / Tech
OTHER
__toes __buddy-taped
__subungual hematoma/drained with electrocautery

Ankle Injury -12

A00 46

RENEAU KENNEDY RE PHILIP ENGLISH          420

KAISER PERMANENTE
HAWAII REGION

**Same Day Care Clinic (SDCC) Discharge Instructions and Prescription Form**

KAISER PERMANENTE
Prescription
SCANNED/CIS

Same Day Care Clinic (SDCC)
1010 Pensacola St.
Honolulu, HI. 96814
Phone: 432-2100

*Non Safety Caps Available at The Pharmacy On Request*

MR #: 03 31 94  Loc: HAK
633194
Name: ENGLISH, PHILIP, E
Sex/BD: M 10 26 1954
Address: English, Philip
Date: NON SDC
Encounter #: 010603

☐ Formulary equivalent not to be used    ☐ No discharge medication    **PLEASE USE SEPARATE FORM FOR EACH CLASS II DRUG**

| | DISCHARGE MEDICATIONS/SUPPLIES | STRENGTH | INSTRUCTIONS | NUMBER |
|---|---|---|---|---|
| 1 | Tylenol Codeine | #3 | ÷ - π P.R.N #28) | |
| 2 | | | | (twenty eight) |
| 3 | | | | |

ORIGINAL RETAINED
IN PAPER CHART

Signature: _____    Prov #: _____

DEA #: AS247300    Print Name: _____

---

## Kaiser Permanente Same Day Care Clinic (SDCC) Discharge Instructions

Print Patient's Name: _____
Follow up with: Ortho _____ (MD/Dept)
at (Clinic location) Moana  Telephone # 432-8300 on the next business day for
follow-up in 7-10 Day(s) _____ Week(s) _____ As needed _____

Diagnosis: Sprain Foot ? Incomplete FX 5th metatarsal

Treatment Given: _____

Instructions Given:  ☐ Head Injury   ☐ Splint/Cast   ☐ Vomiting/Diarrhea
                     ☐ Fever          ☐ Laceration/Wound Care   ☐ Other:

**If your conditions worsens, Return to SDCC Department or call your Physician**

☐ You have been given a medicine in the SDCC Department that may impair you ability to drive or operate machinery.

Other Instructions: Elevate (R) Foot + we perch
with Bandages as tolerated

---

KAISER PERMANENTE.                                                    **WorkSlip**

Disabled for work    Date
☐ Yes  ☐ No    Disability Began: _/_/_      Return to Work on: _/_/_    Work Status
                                                                        ☐ Full  ☐ Limited
Restrictions: _____

I have received, read and understand the above instructions and diagnosis
X  Philip English                              X _____
Printed name of Patient, Parent or Guardian                    Doctor's Signature         Prov #
X  Philip English          756-7136            X _____
Signature of Patient, Parent or Guardian   Phone #            Nurse's Signature          Prov #

Date: 1/16/03   Time: 910

0021 9270   4/00   White-1 - Patient   White-2 - OMR/SDCC   Canary - Consult/Referral   Pink - SDCC Dept   Goldenrod - Med Insurance

47

RENEAU KENNEDY RE PHILIP ENGLISH                                    471

## PROGRESS NOTES

KAISER PERMANENTE.

SUBJECTIVE FINDINGS
OBJECTIVE FINDINGS
ASSESSMENT
PLANS

MR #:  63 31 94    UC Loc:

NAME:

Sex/BD: ENGLISH, PHILIP, E
        M   10 26 1954        HI

| DATE | S | O | A | P | PROBLEM # |
|------|---|---|---|---|-----------|
| AUG 2 6 2002 | | | | | 02 26 02 |

JUDY FUJIMOTO, M.D. #8880
Hawaii Kai Family Practice

Su CU notes

OCT 2 2 2002

JOHN TIMTIM, M.D. #1094
Hawaii Kai Family Practice

CIS

OCT 2 5 2002

MARK D. SANTI, M.D.
Orthopedic Surgery
#1237

Hak          633194

English, Philip

w2 F/u 2 wks 4days St. (L) foot injury — ψ Bossin

**NOTE DICTATED**

NOV 2 5 2002

1094 J. TIMTIM, MD 015

CIS

Patient cancelled apt

JAN 1 3 2003

FRANK W. UHR, M.D.
Orthopedic Surgery
#1140

R/C 1 wk s/p (R) foot inj —

**NOTE DICTATED**

00 48

AB003734 (Rev 10/99)          White – OMR/Progress Notes

**KAISER PERMANENTE**          MR#:      **633194**
                              NAME:    **ENGLISH, PHILIP E**
**HAWAII**                     DOB:     **10/26/1954**      AGE: **47Y**
                              UC LOC:  **HAK**

DATE OF VISIT: 10/25/2002

SUBJECTIVE
Philip injured his left foot about 2-1/2 weeks ago.  He is quite better now.

OBJECTIVE
On examination today, he has some ecchymosis over his foot.  He has surprisingly good motion.

DIAGNOSTIC DATA
X-rays show an avulsion fracture off the medial aspect of his MTP joint.

ASSESSMENT
Medial MTP joint fracture.   The patient has an avulsion fracture.  At this point, he is doing well.

PLAN
1.    There is not much I can do for him differently.
2.    Just have him use his foot in a limited capacity.
3.    He will work on range of motion and strengthening.  I think it will bother him for the next 2-3 months and he may end up with some slight decreased motion in the future. Not much else we can do for him at this time.

MARK SANTI, M.D.
MS/io
D: 10/25/2002 10:02:52
T: 10/25/2002 10:24:18
Job Id: 516110/MRN: 633194

**PROGRESS NOTE**
**Page 1 of 1**

Original 00 49

RENEAU KENNEDY RE PHILIP ENGLISH

KAISER PERMANENTE®    *HAWAII REGION*

## Same Day Care Clinic (SDCC)
## Medical Screening/Order Form

*(Page 1 of 1)*    Format: Time - Military  Date - MM / DD / CCYY

MR #: ____ 2.94
ENGLISH,PHILIP,E
M   10 26 1954       HI
Name:
Sex/BD:  ENGLISH, PHILIP
Encounter: NON SDC    100702

| Date: | Time: | PCP: | | Age: |
|---|---|---|---|---|

Chief Complaint: _____

Triage: S15    BP 139/86   P 67   R 16   Temp 97²   Wt ____   SpO₂ ____

Assessment: _____

PMH: Kidney, cancer ...    Med: Pension meds    Allergies: _____

Last td: ____   Visual Acuity:   OD ____   OS ____   Notified: ☐ Family  ☐ Police   Latex: ☐ Yes ☐ No.

Disposition: _____

Time seen by MD: ____    MA/Tech/Nurse's Sig: _____

| Physician's Orders | Init/Time | X-Rays | Init/Time | Additional Orders: | Init/Time |
|---|---|---|---|---|---|
| ☐ NPO | | | | | |
| ☐ Ortho VS | | (L) foot | | | |
| ☐ Monitor  Rhythm | | (Big toe trauma) | | | |
| ☐ Peak Flow  Pre  Post | | Intravenous | | | |
| ☐ EKG | | | | | |
| ☐ ABG  Allen  Site | | O₂ | | | |
| ☐ Foley | | | | | |
| ☐ NG  Hema | | | | | |
| ☐ Dex Stick  Result | | ☐ Restraints | | | |
| **Lab**  ☐ CBC  ☐ DIFF | | Type: | | | |
| ☐ BUN ☐ Glucose ☐ CR ☐ Lytes | | ☐ Procedural Sedation | | | |
| ☐ CPK ☐ Troponin ☐ PT/PTT | | ☐ tD 0.5 ml IM | | | |
| ☐ TYSE ☐ HCG ☐ ABORH | | | | | |
| ☐ LFTS ☐ Amylase | | **Nursing Notes:** | | | |
| ☐ UA  ☐ UCG ☐ Urine Tox | | | | | |
| ☐ Dig  ☐ Dilantin ☐ Tylenol | | | | | |

Resident's Sig: _____

SDCC Practitioner's Sig: _____

Init: ____   Nurse's Sig: _____   Prov.# (if any) ____    Init ____   Med Clerk / MA / Tech / Rn's Sig _____   Prov.# (if any)

0021 9271   6/00    **White** - OMR/Progress Notes    **Canary** - Consult/Referral    **Pink** - SDCC File    **Goldenrod** - Med Insurance

635-14 ENGLISH, PHILIP

SCANNED/CIS

## AUTHORIZATION FOR MEDICAL CARE, RELEASE OF INFORMATION AND FINANCIAL AGREEMENT

**A.** I believe that I am suffering from a condition requiring immediate care, and hereby authorize Kaiser to provide such medical care limited to diagnostic and treatment procedure to be performed on me by and under the supervision of the attending physician as named on the reversed side and/or such aides and assistants as he may select. I understand that medicine is not an exact science and acknowledge that no guarantees have been given to me concerning the outcome of the diagnostic and treatment procedures to which I am hereby consenting.

I acknowledge that it has been explained to me that the diagnostic and treatment procedures to be provided are limited to immediate medical care, and that it may be necessary for me to select another physician and obtain from him a complete diagnosis of my condition and such continued treatment as he may prescribe.

**B.** RELEASE OF INFORMATION:   The hospital is authorized to furnish from patient's record requested information or excerpts to any insurer of patient or to any representative of the hospital.

**C.** FINANCIAL AGREEMENT: In consideration of hospital and medical services rendered to the patient, the undersigned, whether he signs as a patient, spouse, or personal representative of the patient, agrees to pay any and all charges for such services upon presentation of a statement of charges.  Default in the payment of any installment when due shall make the entire debt due and payable.

This financial agreement covers charges for services and/or goods received and processed as of this date.  Any additional charges related to this visit will be billed separately and will be payable according to the terms of this agreement.

**D.** TELEPHONE CONSENT:   Date _____   Time of Call _____   Number _____

Destination _____

Identity of adult person granting consent _____

Contingencies of granted consent _____

Identity of person calling from clinic _____

Witness to conversation via ext. phone _____

*THE UNDERSIGNED CERTIFIES THAT HE HAS READ AND UNDERSTANDS THE FOREGOING, ACCEPTS AND AGREES TO ABIDE BY ITS TERMS.*

Date _____   Hour _____0215_____   Signed _____
  *Patient*

Witness _____   Signed _____
  *Patient's Parent or Representative*

_____
*Relationship to Patient*

*PARENTS PERMISSION FOR PELVIC EXAMINATION:   I hereby authorize and give permission to Kaiser and attending physicians to perform a pelvic examination on* _____

who is my _____   Signed _____
  *Patient's Parent or Representative*

### REFUSAL OF DRUGS, TREATMENTS OR PROCEDURES RELEASE

*I/We, the undersigned, refuse to have the drugs, treatments or procedures listed below administered to or performed on myself or* _____ *, patient, who is my* _____ *even though it has been ordered by the physician.  I have been informed of and understand the risk involved in this refusal and hereby release the Kaiser Foundation Hospital, Kaiser Foundation Health Plan, Inc. and Hawaii Permanente Medical Group, Inc (Kaiser Permanente), its staff and attending physician from any liability for any ill effects which might result from this refusal.*

Refused _____
  *Indicate name of drug, treatment or procedure refused*

Date _____   Hour _____   Signed _____   Age _____
  *Patient, Parent, or Legal Guardian (Specify which)*

Witness _____   Signed _____
  *Other parent if patient is a minor*

A00 51

RENEAU KENNEDY RE PHILIP ENGLISH

SCANNED/CIS

© 1995-99 E.S.C.

Circle Positives  ✓ Check Normals  Backslash Negatives

12  ❀ KAISER PERMANENTE.
**EMERGENCY PHYSICIAN RECORD**
Foot or Ankle Injury   (4)        Page 1 of 2
Template ____ of ____     Account # ____

MR #: _____        UC LOC
**ENGLISH,PHILIP,E**
NAME: 10 26 1954      HI
B.D.
HOM SCC            100722

DATE: 10 / 7 / 02  TIME SEEN: _____
HISTORIAN: (patient) __spouse __paramedics _____
   HX / __EXAM LIMITED BY: _____

☑ Nursing Assessment & Vital Signs Noted.    ☐ Tetanus immun. current

**PHYSICAL EXAM** __Alert _____
Distress: __NAD __mild __moderate __severe

| HPI | chief complaint | location of injury: |
|---|---|---|
| __ankle  R / L | R 1 2 3 4 5 digit (foot) |
| (foot)  R / L | (L) 2 3 4 5 digit (foot) |

**duration / occurred:**
__just prior to arrival
__today _____
(yesterday)
_____ days PTA

**where occurred:**
__home          __school
__neighbor's    __park
__work          __street

**context:**
__fell  (twisted) __direct blow / crush __incised __burn

**severity of pain:** __mild  (moderate) __severe

**ROS** __tingling / numbness distally __suspected FB in skin lac.
__unable / painful weight bearing

**PAST HISTORY:** __negative
__peptic ulcer _____

Meds- __none / __see nurses note _____
Allergies- __NKDA / __see nurses note _____

**NEURO-VASCULAR-TENDON**
__no vascular           __see diagram
   compromise          __abnml color / warmth / cap refill
                       __pulse deficit
__sensation intact     __sensory deficit
__motor intact         __motor deficit
__ROM nml              __ROM limited by pain / tendon injury

**SKIN**                __see diagram
__intact

**GAIT**                __limited by pain / unable to bear weight
__normal               __antalgic gait
                       __gait not tested due to pain

**FEET &**              (see diagram)
**ANKLES**              (swelling / tenderness / ecchymosis)
__nml inspection       __bony point-tenderness
__ankle stable         __laxity of ligaments (ant. drawer)

**LEGS**                __see diagram
__nml inspection       __swelling / tenderness / ecchymosis
                       __bony point-tenderness

**KNEES**               __swelling / tenderness / ecchymosis
__nml inspection       __bony point-tenderness
__stable               __effusion
                       __limited ROM
                       __ligamentous instability

**THIGHS/HIPS**         __tenderness / swelling
__nml inspection       __bony point-tenderness
                       __limited hip ROM

**HEAD / ENT**          __tenderness
__nml inspection       __swelling / ecchymosis
__pharynx nml
**NECK / BACK**         __tenderness
__nml inspection       __swelling / ecchymosis
__non-tender
**CHEST**               __tenderness
__no resp distress     __swelling / ecchymosis
__non-tender
__breath snds nml
**ABDOMEN**             __guarding
__non-tender           __swelling / ecchymosis
__no organomegaly

White(with Blue Ink) - Chart-OMR / Progress Notes    Dept    Referral    Patient Account

0007-7583 (Rev. 5/99)

A00 52

SCANNED/CIS

M R #:  63 31 94    Page 2 of 2

NAME:  ENGLISH,PHILIP,E
B.D.:  M  10 26 1954    HI

## WOUND DESCRIPTION / REPAIR

length ___ cm   location ___
distal NVI ___ sensation mm distally ___ motor ___
___ vascular fxn ___ no muscle/tendon injury
depth/shape/contamination ___
__ superficial __ linear __ stellate __ contused tissue
__ SQ __ irregular __ skieved __ nail avulsed
__ muscle __ flap ___
__ clean __ contaminated / minimally / moderately / heavily
__ contaminated with ___

ANESTHESIA: __ ET / TAC __ local __ digital / metacarpal blk
__ lidoc 1% 2% epi/ bicarb __ marcaine .25% .5% epi ___

WOUND PREP:
__ Shur-Clens / Betadine / Hibiclens __ debrided ___
__ irrigated / washed with saline __ minimal / mod / extensive
__ minimal / mod / extensive __ undermined ___
   wound explored __ minimal / mod / extensive
__ foreign material removed __ woundmargins revised
__ partially / completely __ vermilion border aligned
__ minimal / mod / extensive __ multiple flaps aligned

WOUND REPAIR:
SKIN: # ___ 0 __ nylon / prolene / staples ___
                __ interrupted __ running __ simple __ mattress (h / v)
NAIL BED # ___ 0 __ vicryl ___
                __ interrupted __ running __ simple __ mattress (h / v)
OTHER: # ___ 0 __ material ___
                __ interrupted __ running __ simple __ mattress (h / v)
*may indicate intermediate repair   **may indicate intermediate or complex repair

## XRAYS  ☐ Interp. by me  ☐ Reviewed by me  ☐ Discsd w/radiologist

R / L   foot   ankle

__ normal / NAD      __ DJD
__ no fracture       __ dislocation
__ nml alignment     __ soft-tissue swelling  (st)
__ no foreign body   __ foreign body
                     __ fracture   prox big
                                   toe phalanx
                                   fx

Other  ☐ See separate report.

PROGRESS:
__ referred to / discussed with Dr. ___
   will see patient in:  office / ED / hospital  in ___ days
__ Rx prescribed ___

RESIDENT'S SIGNATURE ___

## FACULTY:  __ pt seen / examined  __ resident's hx reviewed

HX- ................................................
PX- ................................................

## CLINICAL IMPRESSION:  Fall   Alleged Assault

Contusion / Hematoma / Sprain / Laceration
       R / L   knee   ankle   foot
Fracture  R / L
       tibia  fibula  bimalleolar  trimalleolar  talus  calcaneus
       navicular  metatarsal: ___  toe: /
Dislocation  R / L
       ankle   toe great 2nd 3rd 4th small   phalanx
                                             prox

DISPOSITION-  ☐ home  ☐ admit  ☐ morgue  ☐ transfer ___
              ☐ AMA  ☐ other ___
STATUS OF -   ☐ unchanged  ☐ improved  ☐ stable  ☐ critical
DISCHARGE     ☐ expired

ATTENDING SIGNATURE ___    7EYG

## PROCEDURE NOTES:

ANKLE:
__ ace wrap / tape __ foot orthosis __ crutches __ post-op shoe
__ air cast __ neoprene sleeve ___
__ splint anterior / posterior __ OCL / Ortho-glass / plaster
__ applied by ED Physician / Orthopedist / Tech ___

OTHER:
__ toe buddy-taped ___
__ subungual hematoma drained with electrocautery ___

Ankle Injury -12

R L   R L

(T=Tenderness  S=Swelling
E=Ecchymosis  B=Burn
C=Contusion  L=Laceration
A=Abrasion  M=Muscle spasm
PW=puncture wound )
(Cx=without / with   (mod/moderate))
Example:  TA = Tenderness
onpalpation (severe) and Abrasion

100 53

KAISER PERMANENTE
Prescription Order Form

**Same Day Care Clinic (SDCC)**
1010 Pensacola St.
Honolulu, HI., 96814
Phone: 432-2100

**Non Safety Caps Available
at The Pharmacy On Request**

Name: EN... ISH, PHILIP
Sex/BD: 63 31 94

Address: ENLISH, PHILIP, E
Date: 10 26 1954    HI

Encounter #:

**KAISER PERMANENTE.
Same Day Care Clinic (SDCC)
Discharge Instructions and
Prescription Form**

(page 1 of 1)

*Format:*
*Time:- Military*
*Date: (MM/DD/CCC)*

☐ Formulary equivalent not to be used    ☐ No discharge medication    PLEASE USE SEPARATE FORM
FOR EACH CLASS II DRUG

| # | DISCHARGE MEDICATIONS/SUPPLIES | STRENGTH | INSTRUCTIONS | NUMBER |
|---|---|---|---|---|
| 1 | | | | |
| 2 | VICODIN T PH. p1 q4 pr | | | #20 |
| 3 | MOTRIN 800 mg T1D q8 h pan | | (twenty) #20 | |
| 4 | | | | |

Signature: 13224?61?
DEA #: _____    Print Name: SOTENBASK?

SCANNED/CIS
Prov #

---

# Kaiser Permanente Same Day Care Clinic (SDCC) Discharge Instructions

Print Patient's Name: ____ OPTHO 1-2 wk

Follow up with: _____ (MD/Dept)

at (Clinic location) MDA    Telephone # 432 8800    on the next business day for

follow-up in. _____ Day(s) _____ Week(s)    As needed _____

ORIGINAL RETAINED
IN PAPER CHART

**Diagnosis:** _____

**Treatment Given:** _____

**Instructions Given:** ☐ Head Injury ☐ Splint/Cast ☐ Vomiting/Diarrhea
☐ Fever ☐ Laceration/Wound Care ☐ Other: _____

*If your conditions worsens, **Return to SDCC Department or call your Physician.***

☐ You have been given a medicine in the SDCC Department that may impair you ability to drive or operate machinery.

**Other Instructions:** _____
_____
_____

---

**KAISER PERMANENTE.**    **WorkSlip**

Disabled for work    Date
☑ Yes ☐ No    Disability Began: 10/01/2002

Return to 10/09/2002
Work on:

Work Status
☐ Full ☑ Limited

Restrictions: _____

I have received, read and understand the above instructions and diagnosis

X _____
Printed name of Patient, Parent or Guardian

X _____    754-2121
Signature of Patient, Parent or Guardian    Phone #

Date: 10/7/02    Time: 85?

X _____
Doctor's Signature    Prov #

X _____
Nurse's Signature    Prov #

0021 9270    4/00    White-1 – Patient    White-2 – OMR/SDCC    Canary – Consult/Referral    Pink – SDCC Dept    Goldenrod – Med Insurance

00 54

PROGRESS NOTES

AMANENTE.

SUBJECTIVE FINDINGS / OBJECTIVE FINDINGS / ASSESSMENT / PLANS

*B*

MR # :
NAME :
Sex/BD :                    UC Loc:

DATE    S    O    A    P                                         PROBLEM #

C.T. DOCUMENTATION

DATE 5/3/01 INPT_____ CHART AVAIL:
TIME 1:310 OUTPT_____ YES ☐ NO ☐
EXAM: A00/PO1
Radiologist: Watabe
Contrast: oral ☐ _____ AMT:_____ IV ☑ Omni 300 AMT: 75 CC
IV Sol: #20g Angiocath _____ IV Site ☐ AC
Redness Yes ☐ No ☑      Swelling: Yes ☐ No ☑
Reaction: Denies Colace @ ma, Reglan 10mg PO @ 10:15
No immediate adverse reactions noted
Comments: Cr 1.5 4/6/01  ↑ PO fluids ere × 48 hrs

MR # 633194
NAME English, Philip
BD 10/20/54

UC LOC ☐

97409 10/90 (398z)          Signature Wdee Ceeroeg, RN

FEB 13 2002        seen Dr. Timtim 2days ago. Lump
P.M. GLEN M.D. 90298    ® upper, inner thigh - year
SURGERY              ↑ in size c discomfort      ⊘ _____

_____ growing lipoma R
_____
_____
_____
pt _____
RTC  7 wk

                              PMG

FEB 20 2002        SP exc lipoma ® upper, inner thigh
P.M. GLEN M.D. 90298   7 days                      _____
SURGERY

                   no problems
                   pain - lipoma
                   wound good
                   pt d/c unrestricted activity · RTC prn   PMG

48003734 (Rev. 10/99)          White - OMR/Progress Notes

00 55

**KAISER PERMANENTE.**

PROGRESS NOTES

MR #: 63 31 94    UC Loc:

NAME:

Sex/BD: English Philip

| DATE | S | O | A | P | | PROBLEM # |
|------|---|---|---|---|---|-----------|
| MAY 22 2001 | | O/E | | Talkative mildly dyspneic | |
| | | | | neck trachea midline | |
| (Cont) | | | | chest ↓ BS @ bases (B); nontender | |
| | | | | to palpation | |
| | | | | heart hy S(?) © gallop | |
| | | | | extr: edema; nontender | |
| | | A) | | Pleuritic CP c̄ Dyspnea | |
| | | | | R/o PE? pneumothorax; direct pneumo... | |
| | | P/ 1) | | EKG; O₂ sat 96% (RA) | |
| | | | | NSR; no D's. | |
| | | 2) | | O₂ pr nc | |
| | | 3) | | [crossed out] | |
| | | 4) | | AmR to MoA → D/w Dr Petriska | |

C.T. DOCUMENTATION

DATE: 5/22/01    INPT _____    CHART AVAIL:

MR #: 63 31 94    UC LOC: 8J

TIME: 2310    OUTPT: ER    YES ☐ NO ☒

NAME: English, Philip

EXAM: CT Chest    BD: 10/26/54

Radiologist: Dr. Boris

Contrast: oral ☐ _____    AMT: _____    IV ☒ Iso-Omnipaque AMT: 150 cc

IV Sol: _____    IV Site: @ hand No. V. 300

Redness Yes ☐ No ☒    Swelling: Yes ☐ No ☒

Reaction: _____

Comments: Cre 1.4. 5/22/01.

97409. 10/90 (398z)    Signature _____ J Gentile RT.

JOHN THITTLE, M.D. 94054    CIS Note

48003734 (Rev. 10/99)    White - OMR/Progress Notes    00 56

# KAISER PERMANENTE®
## Emergency Dept.
## Medical Screening/Order Form

( page 1 of 1 )   Format Time-Military   Date- (MM/DD/CCYY)

MR #: _____
Name: _____
Sex/BD: _____
Account #: 1920727   052201

Date: 05-21-01   Time: _____   PCP: _____   Age: 46

BP 161/91   P 63   R 21   T (O,R,T/A) 97²   Wt _____   SpO₂ 96% RA

Chief Complaint: leariless to (L) chest - worse on inspiration
Assessment: At O₃ site up - Ox to verbalize
complaint. Tension others to breathe

PAIN ASSESSMENT: SCALE OF 0-10 _____
IF INJURY: ☐ UNINTENTIONAL
☐ INTENTIONAL BY: _____
PREVIOUS INJURY BY SAME PERSON: ☐ YES ☐ NO.

PMH: CA of kidney - removed   Meds: Ø   Allergies: Morphine HCL

Latex: ☐ Yes ☐ No

☐ Emergent   ☐ Non-Emergent   ☐ Acute   ☐ Delayed   Last tD: _____   Visual Acuity: OD _____   OS _____
LMP: _____   EDC: _____   G: _____   P: _____   PROM: _____   Notified: ☐ Family ☐ Police
Mode of arrival: ☐ Walk   ☐ Wheelchair   ☑ Ambulance   ☐ Carried
Disposition:
☑ ED ROOM #: 5   Time: 17:25
☐ L&D   ☐ Clinic: _____
Medical Screening
Nurse's Signature: G. Loza RN
Physician: _____
Appt Time: _____

Time seen by M.D.: _____

| Physicians Orders | Init./Time |
|---|---|
| ☐ NPO | |
| ☐ Ortho VS | |
| ☐ Monitor | Rhythm |
| ☐ Peak Flow | Pre / Post |
| ☐ EKG | |
| ☑ ABG (+) | BW 18182? |
| ☐ Foley | |
| ☐ NG | |
| ☐ Dex Stick | Result |
| Lab ☑ CBC ☑ DIFF | 1745 |
| ☑ Lytes ☑ BUN ☑ Glucose ☑ CR | XVIS |
| ☑ CPK ☑ Troponin ☐ PT, PTT | 2820 |
| Blood Culture X | |
| ☐ TYSE ☐ HCG ☐ ABORH | |
| ☐ LFTS ☐ Amylase | |
| ☐ UA ☐ UCG ☐ Urine Tox | |
| ☐ Digoxin ☐ Dilantin | |

X-Rays: CXR Portable 94934
Repeat CXR w/ expiration only   94455

Intravenous: _____

O₂: _____

☐ Restraints
☐ Seclusion (See Order/Documentation Sheet)
☐ Procedural Sedation (See Order/Documentation Sheet)
☐ tD 0.5 ml IM

Additional Orders:
Motrin 800mg PO
V/Q scan R/O PE ? also
Please send CXR's to Radiologist.
① CT- Chest for Chest pain - Pleuritic + to Left side
② d-dimer   OK 2215
③ Please see if troponin is done
Notes: ④ Vicoden 5po

Resident's Signature: _____
Init./ Nurse's Signature: _____

ED Practitioner's Signature: _____
Init   Nurse's Signature: _____

0001 0031   11/00   White - OMR / IMR   Canary - Med Insurance   Pink - Emergency Dept   Goldenrod - ED Registration

'00 57

**KAISER PERMANENTE®**
**Emergency Department Nurses'**
**Continuation Notes**
(page 1 of 1)

M.R.#: ENGLISH, PHILIP
10 26 1954
Name: *English, Philip*

Sex / B.D.:
VISIT DATE: 5/22/01
ACCT #: 052201

| | I & O's | | | |
|---|---|---|---|---|
| Input | Time | | | |
| | | | | |
| Output | Time | | | |
| | | | | |
| Totals | ▶In | | ▶Out | |

| IV Fluids | | # | Cath Size | Site | Time↑ | Init. | Time↓ | Amount Infused |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| TIME | BP | P / R | O2 SAT / Temp | PAIN 0-10 | MEDICATION PROCEDURES | CONTINUED ASSESSMENT / INTERVENTIONS / RESULTS |
|---|---|---|---|---|---|---|
| 1710 | 161/91 | 103/25 | 99.7 | | | Dr. Sissi _____ Decomfort to |
| | | | | | | chest worsened _____ inspiration _____ |
| 1730 | | | | | | do x-ray for chest  MW |
| 1750 | | | | | | Return pt on RTA _____ ATK; MW |
| 1500 | | | | | | report to Biuntia, MW |
| 1805 | 124/85 | 55/15 | 96% RA | | | Pt on Monitor, off O2 for RA blood gas _____ |
| | | | | | | CP improved ___ 5% 508. Pt A+O x3. Skin w/s |
| | | | | | | _____ lungs CTA Pt unable to take a deep |
| 1825 | | | | | | breath _____ to speak complete sentences _____ |
| | | | | | | ABG done on RA + sat ___ allens. Pt put back |
| 1840 | | | | | | on 2L O2 via NC _____ procedure _____ |
| 1400 | 131/80 | 65/14 | 98% a 2L | | | Pt sitting _____ talk _____ wife _____ |
| 1400 | | | | | | Pt resting comfortable _____ |
| 1415 | | | | | | Pt to xray via _____ |
| 2000 | | 87/17 | 99% a 2L | | | Pt return from x-ray _____ back to monitor with _____ |
| 2050 | 123/75 | 63/10 | 99% a 2L | | | Motrin 800 po _____ |
| 2053 | | | | | | _____ pain to chest _____ deep resp. _____ |
| 2200 | 135/84 | 59/13 | 96% RA | | | Pt to V/Q scan via xray _____ |
| 2215 | | | | | | Pt return from V/Q _____ R/E _____ |
| 2310 | | | | | | Vicodin 1 TAB PO _____ |
| 0045 | 134-76-18-97.7 | | | | | Pt to CT via _____ |

5/22/01

~~PLACE RHYTHM STRIP HERE~~
(if applicable)

[ECG strip]

RM 3  22 MAY 01  20-31  HR  62  VPB  0  SINUS BRADY  ST1 0.8  NBP -?-  SpO2 99  RESP 17  PULSE 161  25 m..../sec

Restraints:
(√ q 2h) Adult
(√ q 1h) Child
(√ q 30M) Leather

| | Tim |
|---|---|
| | CM: |
| | Flui |
| | Rel |
| | Toil |

Initials: _____ SIG/PRINT _____ Prov Code 4419c
Initials: _____ SIG/PRINT _____ Prov Code
Initials: _____ SIG/PRINT _____ Prov Code 3875

Initials: _____ SIG/PRINT _____ Prov Code 40  44

TRANSFER / ADMIT  Room # _____ Time: _____
☐ Self ☐ Family ☐ Other

FORM 00044416 REV 12/99

White - Chart        Canary - Med Insurance        Pink - ED File

00 58

63 31 94

MR #: 633194     UC LOC: HAK

Circle Positives     √ Check Normals ◊ Backslash Negatives     ENGLISH,PHILIP.E

32     H 10 26 1954

**KAISER PERMANENTE.**
**EMERGENCY PHYSICIAN RECORD**
Dyspnea (COPD, CHF, and Other)     (5)     Page 1 of 2

NAME: English, Philip

B.D.

Template _____ of _____     Account # _____

DATE: 5/22/01     TIME SEEN: 1715

HISTORIAN: _ patient _ spouse _ paramedics _____

_ HX / _ EXAM LIMITED BY: _____

**HPI**
chief complaint: shortness of breath (hx of: asthma / COPD / CHF)
+ cp to burnt chest

started: x1wk
w/ deep inspirat

continues in E.D.
gone now / better
intermittent
worse

**severity:**
mild     moderate     severe

**exacerbated by:**
exertion     laying flat
coughing

**associated symptoms:**
PULMONARY
_ cough @ pn
_ sputum
_ non-productive
_ blood-tinged sputum
_ frank hemoptysis

_ fever
_ subjective / to _____ °F
_ chills
_ sweating

CVS
_ chest discomfort
_ left / right / central
_ upper / lower
_ pain / discomfort / tightness
_ sharp / burning / pressure
_ worse with deep breaths
_ constant / intermittent
_ duration:

_ leg/calf pain ( R / L )

_ ankle swelling

OTHER
_ light-headed / dizzy
_ anxiety

_ tingling/numb
_ hands / feet / face
_ heart racing

_ Similar symptoms previously
_ Recently seen/treated by doctor

ROS

05 22 01

ENT
_ sore throat
_ sinus drainage

GI
_ nausea
_ vomiting
_ abdominal pain
_ black/bloody stools
_ diarrhea

**NEURO & EYES**
_ headache
_ fainting
_ visual disturbance

**GU & ENDOCRINE**
_ pain with urination
_ excessive urination

**SKIN & LYMPH & MS**
_ skin rash / swelling
_ joint pain
_ muscle aches

_ all systems neg. except as marked

**PAST HISTORY** _____ negative     *=PE Risk Factors
_ asthma
_ emphysema
_ heart disease
     *CHF CAD angina MI

_ kidney failure/dialysis

_ *PE / DVT

_ *risk factors for PE/DVT _____

_ other problems
     Renal cell CA

*hypertension
*diabetes / insulin / oral / diet
*high cholesterol
*CVA

*pneumonia
*pneumothorax ru
*bronchitis
*acute / chronic

Surgeries/Procedures: _ none _ non-contributory
_ prior intubation     _ cholecystectomy
_ cardiac bypass     _ appendectomy
_ cardiac cath     _ hysterectomy
_ angioplasty     _ pacemaker
(L)Nephrectomy 11/98

Medications _ none _ see nurses note     Allergies _ NKDA
_ ASA _ NSAID _ acetaminophen     _ see nurses note
_ *BCP's _ home O2 @ _____ L     Morphine
_ home nebulizer

SOCIAL HX: *smoker     drugs
alcohol (recent / heavy / occasion)

FAMILY HX _ CAD

00 59

0007-7605 (Rev. 6/99)

RENEAU KENNEDY RE PHILIP ENGLISH     433

Page 2 of 2

M R #:

ENGLISH,PHILIP,E
M    10 26 1954        HI

☐ Nursing Assessment Reviewed.  __P, HR, RR, Temp reviewed
PHYSICAL EXAM  __Alert __Anxious
_Distress:_  __NAD __mild __moderate __severe

NAME:
B.D.:

**HEENT**
__EXT nml inspection
__pharynx nml

__scleral icterus / pale conjunctivae
__purulent nasal drainage
__pharyngeal erythema

**EKG, LABS, XRAYS, and PROGRESS**

**EKG MONITOR STRIP** __NSR __acnml

**NECK**
__nml inspection

__thyromegaly S
__lymphadenopathy ( R / L )

EKG: __NML __Interp. by me __Reviewed by me __Rate
__NSR __nml intervals __nml axis __nml QRS _t_ nml ST/Ts

not / changed from

**RESPIRATORY**
✓_no resp. distress
__breath sounds nml

__see diagram
__respiratory distress
__fatigue
__prolonged expirations
__accessory muscle use
__retractions
__splinting
__dull on percussion
__decr. air movement
__stridor
__rhonchi
__wheezing
__rales
__chest wall tenderness

CXR __Interp. by me __Reviewed by me __Disc'd w/radiologist
__nml/NAD __no infiltrates __nml heart size __nml mediastinum

not / changed from

CBC                Chemistries
_normal except_    _normal except_     CK 127       UA
WBC _____          Na _____          CKMB _____       _normal except_
Hgb _____          K _____           Troponin _____    WBC
Hct _____          Cl _____          PT _____          RBC
Platelets _____    CO2 _____         INR _____
segs _____         Glu _____         PTT _____
bands _____        BUN _____
lymphs _____       Creat _____       Theoph _____

ABG's   time: 1514   : RA __  Peak Flow
pH 7.43    __O2 __   time:
pCO2 32            L/Min
pO2 90             __% predicted

Pulse Ox 97 % __on RA / __ % at (time)

Time _____ unchanged __improved __re-examined
air movement __poor __fair __good

V/Q - undeterminent d/w medicine
Will get CT of chest + v d.dimer

**CVS**
✓_regular rate, rhythm
__no JVD
__no murmur
✓_no gallop
✓_no friction rub

__irregularly irregular rhythm
__extrasystoles ( occasional / frequent )
__tachycardia / bradycardia
__JVD present
__murmur grade ___/6  sys / dias
   cresc / cresc-decresc / decresc
__gallop ( S3 / S4 )

__decreased pulse(s)

__Rx prescribed

T=tenderness
R=rebound
m=mild
mod=moderate
sv=severe
Example: Tsv
indicates
severe
tenderness.

Discussed with Dr. ____  _____  CRIT CARE - 30-74 min
will see patient in __office / ED / hospital   __75-104 min __ min
__Counseled patient / family regarding   __Prior records ordered
__lab results __diagnosis __need for follow-up   __Additional history from
__Admit orders written        __family / caretaker / paramedics

RESIDENT'S SIGNATURE

FACULTY :  __pt seen /examined  __resident's hx reviewed
HX :
PX :

**ABDOMEN**
✓_non-tender
__no organomegaly

__tenderness
__guarding
__rebound
__hepatomegaly /splenomegaly / mass

**RECTAL**
__non-tender
__heme neg stool

__heme positive stool
__heme trace positive stool

**CLINICAL IMPRESSION**
Dyspnea- acute            Myocardial Infarction
Asthma- acute exacerbation    Acute Respiratory Failure
Status Asthmaticus- acute     CHF  Pulmonary Edema
COPD- acute exacerbation      Pulmonary Embolus
Bronchospasm                 Pneumothorax
Bronchitis- acute asthmatic   Pneumonia- acute
Hyperventilation             Diabetic Ketoacidosis

pleuritic

**SKIN**
✓_color nml, no rash
✓_warm, dry

__cyanosis / diaphoresis / pallor
__skin rash

**EXTREMITIES**
✓_non-tender
✓_normal ROM
✓_no pedal edema

__pedal edema
__calf tenderness

DISPOSITION-  ☐home ☐admit ☐morgue ☐transfer
           ☐AMA ☐other
STATUS OF -  ☐ unchanged ☐improved ☐ stable ☐ critical
DISCHARGE   ☐ expired

**NEURO/PSYCH**
✓_oriented x3
✓_mood/affect nml
✓_CN's nml as tested
✓_no motor/sensry deficit

__disoriented to person / place / time
__depressed affect
__facial droop/EOM palsy/anisocoria
__weakness / sensory loss

ATTENDING SIGNATURE-

Dyspnea-32

**KAISER PERMANENTE**
Emergency Dept.
Discharge
Instructions and
Prescription Form
(Page 1 of 1)

Format:
Time - Military
Date (MMDD/CCYY)

Discharge Acuity:

Mode of Discharge:
☐ Ambulate   ☐ Wheelchair
☐ Carried   ☐ Other

DISCHARGE TO:
☐ Self  ☐ Family  ☐ Other

**KAISER PERMANENTE**

*Prescription Order Form*

**Moanalua Emergency Dept.**

3288 Moanalua Road
Honolulu, HI., 96819
Phone: 834-5333

*Non Safety Caps Available
at The Pharmacy On Request*

MR #: 63 31 94

UC Loc: #UK

Name: ENGLISH, PHILIP. E

Sex/BD: M   10 26 1954

Date:

Telephone:

Account #: 1420727    052701

46 yo
3965309

☐ Formulary equivalent not to be used    ☐ No discharge medication    **PLEASE USE SEPARATE FORM FOR EACH CLASS II DRUG**

| | DISCHARGE MEDICATIONS / SUPPLIES | STRENGTH | INSTRUCTIONS | NUMBER |
|---|---|---|---|---|
| 1 | Motrin | 400 | 1 po q 6 hr | 2 c |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |

Signature: _____   Prov # 344

DEA #: _____   Print Name: BENNENT

---

## Kaiser Permanente Emergency Department Discharge Instructions

Follow up with: _____ (MD/Dept)

at (Clinic location) _____ Telephone # _____ on the next business day for

follow-up in _____ Day(s) _____ Week(s) _____ As needed _____

**Diagnosis:** _____

**Treatment Given:** _____

**Instructions Given:** ☐ Head Injury   ☐ Splint/Cast.   ☐ Vomiting/Diarrhea
☐ Fever   ☐ Laceration/Wound Care   ☐ Other:

*If your condition worsens, Return to Emergency Department or call your Physician.*

☐ You have been given a medicine in the Emergency Department that may impair your ability to drive or operate machinery.

**Other Instructions:** _____
_____
_____

---

**KAISER PERMANENTE**   *Work Slip*

| Disabled for Work? ☑ Yes ☐ No | Date Disability Began: 5 / 22 / | Return to Work on: 5 / 26 / | Work Status? ☐ Full ☐ Limited |
|---|---|---|---|

Restrictions:

I have received, read and understand the above instructions and diagnosis

x Phil English
Printed name of Patient, Parent or Guardian's Signature

x Phil English          396-5309
Signature of Patient, Parent or Guardian    Phone #

x _____   Doctor's Signature   Prov # 344

x _____   Nurse's Signature   Prov # 4024

Date: 5 / 22 / 01    Time: 0045

0008 8851 1/00   **White - Patient**   **White-2 - OMR/IMR**   **Canary - Med Insurance**   **Pink - Emergency Dept.**

00  61

AMERICARE MED. TRANSPORT / ambulance
DORESPONSE AMBULANCE REPORT FOR ALL

TRIP NO. 0105-22-636

CHARGES:

PRE BILLER USE ONLY — LOB: ☐26 ☐27 ☐28 ☐29 ☐49    TOB: ☐ALS ☐BLS    PCS: ☐OBTAINED ☐NOT OBTAINED

☐ 1100 - ALS ER    ☐ 1202 - BLS NEO BASE
☐ 1200 - BLS ER    ☐ 2202 - BLS NEO MILE
☐ 1101 - ALS N-EMER SPEC SERV    ☐ 3001 - OXYGEN
☐ 1201 - BLS N-EMER    ☐ 5002 - WAIT TIME
☐ 2100 - ALS MILEAGE    ☐ 5050 - STAND BY
☐ 2200 - BLS MILEAGE    ☐ 5060 - NIGHT CALL
☐ 1190 - ALS RETURN BASE    ☐ 5070 - DRY RUN
☐ 1290 - BLS RETURN BASE    ☐ 6002 - EXCISE TAX

CALLED BY _____ ISLANDS / EMS # ☐HAWAII - 1 ☐KAUAI - 2 ☐MOLOKAI - 3 ☐MAUI - 5 ☐LANAI - 6 ☐KAUAI - 4    UNIT NO. 130   DAY 74   RUN NO. 05

**PATIENT**

DATE OF SERVICE 05/22/2001   SEX ☐MALE ☒FEMALE   AGE 46 givin   SOCIAL SECURITY NUMBER   DATE OF BIRTH 10/26/1954

PATIENT LAST NAME, FIRST: English, Philip E.   PHONE NO. 808 396 5309

MAILING ADDRESS: 331 Hahaione St. #2B   Honolulu HI   96825

**INSURANCE**

PRIMARY INSURANCE INFO   RJ # C33194   TE # HBECGGA111   WORK RELATED ☐YES ☒NO
INS. ADDRESS
SECONDARY INSURANCE INFO
INS. ADDRESS
THIRD INSURANCE INFO
INS. ADDRESS

| BEGIN | END | TOTAL MILES | RECEIVED | ASSIGNED | ENROUTE | ON SCENE | DEPART SCENE | DESTINATION | AVAILABLE |
|-------|-----|-------------|----------|----------|---------|----------|--------------|-------------|-----------|
| 0:0 | | | | | | | | | |

PICKUP LOCATION: KHK   Exer. Dr. #3   96825
DISCHARGE LOCATION: Kipetti   ☐PLACE OF DISCHARGE REASON: ☐PROTOCOL ☐REFUSED TREATMENT   ☐PT/MD/FAMILY ☐SNF ☐ALS
REASON FOR TRANSPORT: Take Pt to ER eval/tx   SENDING / RECEIVING M.D. Karen White

**HISTORY**

PERTINENT PAST MEDICAL HISTORY: Kidney CA / Removal   FIRST AID BEFORE AMBULANCE ARRIVAL ☒PATIENT MOVED ☒TREATED BY: KHK Staff
MEDICATIONS: None Per Pt   ALLERGIES: NKDA ... MS (Morphine)

CHIEF COMPLAINT, PERTINENT HX, P.E., TX & CHANGES:
This 46 yo of of MBB, ~100 Kg, AA0x3, C/O SOB, Pain on Inspiration, C/P.
Hx: This pt had kidney surg. several months ago, @ which time the
colapsed his @ lung. Pt states the pain & SOB he is experiencing
now + for 3 week is the same as then. PE: As noted. Pt denies N/A
N/V, Cardiac Pain & sensation in ext. Tx: O₂ @ 7 l/m via NC, T-post &
monitor. Ø B/S @ dim?∅

DEXTROSTIX mg dd _____ N/A

| TIME 16:05 | EYE OPENING 4 | VERBAL 5 | MOTOR 6 | GCS 15 | RESP. RATE 16-18 | RESP. EXPANSION nonlabored | CAPILLARY REFILL <2 sec | TOTAL TRAUMA SCORE AT SCENE: DISCHARGE: | EXTRICATION TIME N/D |

**EX**

PUPILS Reactive 3mm   SKIN P, W, D   PULSE QUALITY Reg full   HEAD / FACE Symmetrical   CHEST / LUNG SOUNDS Clear = Pt
NECK / BACK Unremarkable   ABDOMEN Soft/sound scar   PELVIS Stable   EXTREMITIES MAE = Pt Ø Edema

| TIMES ▶ | 16:30 | 17:00 | | | | | |
|---------|-------|-------|--|--|--|--|--|
| BLOOD PRESSURE | 132/92 | 130/86 | | | | | |
| PULSE RATE / RHYTHM | 72/Reg | 72/Reg | | | | | |
| RESP. RATE / O2 SAT | 16/96% | 16/97% | | | | | |

**TREATMENT**

☐ I.V. / MEDS (By MGT): Hep lock ① hand   on 2 l/m in O₂
☐ I.V. / MEDS (in place)
☐ PUMP
☐ VOLUME AT SCENE / DISPOSITION
☐ EKG
☐ DEFIB
☐ OTHER

CLINICAL IMPRESSION: Pneumothorax

NATURE OF INCIDENT: ☐Auto Trauma ☐Other Trauma ☐Cardiac ☒Respiratory ☐CPA ☐Neurological ☐Spinal Injury ☐Obstetric ☐Neonatal ☐Medical ☐Burn ☐Near Drowning ☐Poison ☐Behavorial / CO / Alcohol ☐MH Form #

OXYGEN 2 Liters/Min.   ☐Free Flow ☐Nasal Cannula ☐Mask ☐Positive Pressure ☐Endotracheal Tube ☐Airway ☐Cricoid Puncture ☐Needle Thoracostomy ☐Pericardio-centesis ☐Full Spinal Precautions ☐Extremity Traction ☐Anti-Shock Trousers

MEDICAL COMMUNICATION? Phone Radio Hx S.O. E.S.   Time   M.D. / R.N.   Hospital   EXCISE TAX (GROSS X 4.166%) AMOUNT:   ☐ 6002   CHARGES 00 62

Signature of EMT/NREMT _____   Technician I.D. No. A(1758)   TNR   05/22/01   Acct. No.
Signature of EMT MICT _____   Technician I.D. No. FMT(1890)   KH   05/27/01

FACILITY COPY

KAISER PERMANENTE.

| | SUBJECTIVE FINDINGS | OBJECTIVE FINDINGS | ASSESSMENT | PLANS |
|---|---|---|---|---|

MR #:
NAME:
Sex/BD:

63 31 94

ENGLISH.PHILIP.E
M  10 26 1954      HI

| DATE | S | O | A | P | | PROBLEM # |
|---|---|---|---|---|---|---|
| | | | | | | 0.4 06.0 |

4/9/01 reviewed — (4/6/01)

CBC, UA ✓✓

ALT=74 AST=44

Cr=1.5

Cku and CT pending _____

Addendum to ____

Mild elevation of AST/ACT noted
_____ _____ CT results

MAY 08 2001

Tc. c̄ pt. advise CT normal / Ø tumor
recurrence per Dr. Fujimoto ____

MAY 22 2001

Dr. Karen B. White MD #1242
Internal Medicine
Kaiser Hawaii Kai Clinic

RCL Dr Tim Tim

Age: 46   Wt: 210   P: 72   BP: 134/73
Temp: 98°   LMP: NTB
Allergies: Morphine
Meds: ∅
Smoking Status:  Y  (N)
Latex Allergy:  Y  (N)

c/o _____ tightness in chest
sharp pains when he breathes deep
p 1 week

S/ Pleuritic Ⓛ Chest discomfort
x 1 wk. Ø fever, cough, trauma.
Ødyspnea similar the ~1 yr ago
in Hib, Ø Dx. C4b PE,
pneumothorax known

cont ____

**KAISER PERMANENTE.**

## PROGRESS NOTES

| | SUBJECTIVE FINDINGS | OBJECTIVE FINDINGS | ASSESSMENT | PLANS |

MR # : 63 31 94   UC LOC:
NAME :
Sex/BD: ENGLISH, PHILIP, E
N 10 26 1954    H1

| DATE | S | O | A | P | | PROBLEM # |
|---|---|---|---|---|---|---|
| APR 0 6 2001 | | | | | # 80 | 04 06 0 |

JUDY FUJIMOTO, M.D. #8880
Hawaii Kai Famil Practice

Age: 46   Wt: 208   P: 80   BR: 170 / 94
Temp: 98.1 F   LMP: N/A
Allergies: Morphine
Meds: ∅
Smoking Status:   C   F<6   F≥6   (N)

cc: *Like had a chronic head cold.*
*Tired everyday. R eye been bloodshot*
*for quite sometime now.* Governor RHA

Ⓢ Sickness last yr.
    symptoms did not resolve completely on Amox.
    Plus pneumonia.
    PSt x 3-4 days
    tickle in throat
    cmple noumodium.
    tired

Ⓞ Pt failed OT sched appt - did not want to go but
    CW NAD                                     will come
    HEENT throat c mild erythema tonsils not
                    enlarged R scaratate
        ⊕ mild B frontal sinus tenderness
        TMS pearly B canals cl
    Neck ⊘ adenopathy supple
    Lungs
    lungs cl

Ⓐ Recurrent sinusitis
    augmentin 875mg PO BIDx 10d
    Nasal saline irrigation

    2 Hx Renal Cell CA
    √ Cr, UA, CB, AV, GAST (Catt)
    √ (CR) for surveillence (stop gun)
    √ OT sched Surveillance

48003734 (Rev. 10/99)         White - OMR/Progress Notes

PROGRESS NOTES

KAISER PERMANENTE.

MR # : 623194     UC Loc:
NAME : english, philip
Sex/BD:
10b6054

| DATE | S | O | A | P | | | PROBLEM # |
|------|---|---|---|---|---|---|-----------|
| FEB 2 0 2001 | | | | | | | |

KAREN WHITE, M.D.
1242

Age: 40   Wt: 207 1/4  P: ✔   BP: 122/92
Temp: 98.0 ☐   LMP: N/A
Allergies: Vancomi → itching
Meds: ∅
Smoking Status:   C    F<6    F>6    Ⓝ

cc: Yrt Mre for cold x 2 weeks, now
head cold / head congestion, coughing,
sore throat, fatigue                    Ca

S/ As above. ☐ Smoker. S/p ℗ nephrectomy
for cancer 1998 (Hon. med. Bip).
Knows he's due for F/u ☐ PCP.

O/PE: NAD, Alert, ō wife
↑ pharynx clear
m ✓ m   ne
nares clear, denuded septum ℗
neck ∅ TCnts
chest clear
heart reg S ___

A) Sinusitis

P 1) Amoxicillin 500 mg ē TID (#30)
2) Fluids
3) Rest, ATC prn (↑ sx / ∅ Better)

KW

'00  65

White - OMR/Progress Notes

BENEAU KENNEDY RE PHILIP ENGLISH          439

**PROGRESS NOTES**

KAISER PERMANENTE®

MR #: 633194   UC Loc:
NAME: English, Philip
Sex/BD: 10 26 54

ß

| DATE | S | O | A | P | | PROBLEM # |
|---|---|---|---|---|---|---|
| 8/12/00 (cont'd) | | | | P: 1. ↑ aerobic exercise, at least 30 min at least 4X /wk | | |
| | | | | 2. ↓ chol / fat in diet | | |
| | | | | 3. Repeat Abdo CT 11/00 | | |
| | | | | 4. Ondxgz eval re appropriate followup — consider cxr, LFTs, c.A, CBC, UA next visit | | |
| | | | | SMR re recurrence of blood in stool | | |
| NOV 1 - 2000 | | | | Ht   Wt   T   BP | | |
| JOHN MUEH, M.D. Oncology / Hematology #0169 | | | | SEE CONSULT REFERRAL FROM DR Tin–Tin | | |
| | | | | Pt no show | | |

KAISER PERMANENTE
Good People. Good Medicine.

MR#: 633194
NAME: ENGLISH PHILIP
BIRTHDATE: 10|26|54
CHART LOC: 89 Hah

**DIAGNOSTIC IMAGING DOCUMENTATION**

DATE: 11|8|00    EXAM: CT Abd

X̶ Patient failed to keep appointment

___ Patient rescheduled appointment X2

___ Diagnostic Imaging unable to notify patient of mammography results by mail

M. White RN
Technologist Signature                     Date

97727 11/94

48003734 (Rev 10/99)        White - OMR/Progress Notes