KAISER PERMANENTE.

| | S | O | A | P | |
|---|---|---|---|---|---|
SUBJECTIVE FINDINGS / OBJECTIVE FINDINGS / ASSESSMENT / PLANS

A

NAME: English, Philip E

Sex/BD:  10/26/54

DATE    S  O  A  P                                                PROBLEM #

5/23/00  —  CBC   wbc 4.9    H/Ht 15.1  /42.5    MCV 85.1
           PT/PTT nml        Alt 31    Cr 1.3
           Chol 198    HDL 32    Chol/HDL 6.2
           will discuss with pt next visit

AUG 14 2000

JOHN T.MTIM, M.D. #1094   Age:    4/Wt: 198  P: __  BP: 120/79
Hawaii Family Practice   Temp: 97⁸   LMP: N/A
Allergies: morphine
Meds: ⊗
Smoking Status:  C   F<6   F>6   Ⓝ
cc: pt will pre follow up cancer surgery

S:  Feels OK. ⊖ new complaints
    No hematuria.  No pain in
    kidney area.

    There weeks ago noticed blood in
    stool. Blood in toilet paper. ⊖ pain
    ⊖ symptoms now

O:  Gen Comfortable
    Heart: Nontender  ⊖ wheeze  ⊖ HSM
    Ext:  ⊖ erythema  ⊖ tenderness

    Chol 198 but Low HDL
    See labs above

A:  1. Low HDL
    2. 3 H/O blood in stool, etc unclear
       possible hemorrhoid
    3. H/O renal cell CA, mildly elevated Creat
       (cont) 

48003734 (Rev. 10/99)            White - OMR/Progress Notes            00-67/

RENEAU KENNEDY RE PHILIP ENGLISH                              441

**KAISER PERMANENTE.**

SUBJECTIVE FINDINGS / OBJECTIVE FINDINGS / ASSESSMENT / PLANS

SOAP NOTES

MR #:
NAME:
Sex/BD:

63319Y

DATE | S | O | A | P | | PROBLEM #

Age: 45  Wt: 191  P:   BP: 122/68

Temp: 98.3   LMP:

Allergies: morphine

Meds: ∅

Smoking Status:  C    F<6    F>6    N8

MAY 2 2 2000
JOHN TIMTIM, M.D. #1094
Hawaii Kai Family Practice

S: c/o R eye redness when woke this AM. ⊖ vision △ ⊖ pain. No h/o trauma. No Advil, ASA or other NSAID. ETOH - ∅

⊕ am - no new problems from headache noted last week

O:

subconjunctival hemorrhage

Abd: soft, nontender ⊕ bowel sounds ⊕ surgical scar L flank consistent with h/o nephrectomy

⊕ UE - tremors still Baseline ⊕ tenderness

A: 1. R eye subconjunctival hemorrhage
   2. L am tremors - resolving
   3. H2O renal carcinoma - s/p nephrectomy
   4. Complete data base

P: 1. Request old records   2. Observation. Reassure re: subconj. hemorrhage   3. CBC PT/PTT, Creat

48003734 (Rev. 10/99)   White - OMR/Progress Notes

**PROGRESS NOTES**

KAISER PERMANENTE.

MR #: 63394    UC Loc:
NAME: English Philip
Sex/BD: 10/26/54

| DATE | S | O | A | P | PROBLEM # |
|------|---|---|---|---|-----------|

PPD 5TU 0.1ml
Mantoux, ID

5/18/00

Site: L/R Forearm
Mfr: PMC Lot #___ Exp. 8/6/01
RTC: 48 – 72 hours for reading.

5/20/00    Mantoux read as Pos/Neg
Ø ___ mm induration
Ø ___ mm erythema

18816    P: 72    BP: 114/80
T: 96⁸    RP:
Allergies: morphine
Meds: Ø
Smoking Status:    C    F-⊖    F-⊗    N

MAY 2 0 2000

JOHN TIMTIM, M.D. #1094
Hawaii Kai Family Practice

cc: Pt had labwork done for job (outside of Kaiser)
has large [illegible] area of bruising + swelling

S - Had lab work done for employment on 5/18
c/o bruising of antecubital area [illegible]
[illegible]
N ASA NSAIDs recently no other [illegible]

O 5 x 10 cm ecchymotic area L
[illegible] area Minimal
tenderness ⊕ system
distal N-V intact

A - L [illegible] 2° to recent blood
drawing doesn't appear infected

P - Discussed
1. RTC if [illegible] signs
infection or bleeding

48003734 (Rev. 10/99)    White - OMR/Progress Notes

RENEAU KENNEDY RE PHILIP ENGLISH    443

**KAISER PERMANENTE**

## PROGRESS NOTES

ROOM NO.

XB 03                    07-87

ENGLISH, PHILIP E.

3836 M 1   10-54   0433194

| DATE | S | O | A | P | | | PROBLEM # |
|------|---|---|---|---|---|---|-----------|

**A**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| JUL 31 1987 | | | | | HS-AHCC | | 07 31 87 |
| E. FLYNN, O.D. OPTOMETRY HONOLULU CLINIC | | | | | | | |
| H. CHUN, O.D. OPTOMETRY MAY 09 1989 | | | SEE REFRACTION SHEET | | | TAR/B | |
| HONOLULU CLINIC | | | | | | | |
| PERSONAL HEALTH | | | SEE DATA BASE | | | | |
| JUN 01 1989 APPRAISAL | | | | | | | |

OKSM

## KAISER PERMANENTE   CONSULTATION & REFERRAL REQUEST

MR# 63 31 94     UC Loc.

APPOINTMENT DATE & TIME: 03/03/03 @ 4:00   HOME PHONE 754 2136   BUS. PHONE 523 4719

FOR PSYCHIATRIC REFERRAL: ADDRESS & SUBSCRIBER NAME

NAME: SH, PHILIP E
DB: 10 26 1954     HI

REFERRED BY: J. Clare   SERVICE: Medicine   LOCATION/RM: HON

REFERRED TO: Dr. Much   SERVICE: Oncology   LOCATION: MOA

☐ MEDICARE ☐ DDS ☐ NO FAULT ☐ INDUS ☐ NP☐

NOTIFIED _____ BY _____ ON ____ AT ____ AM PM   ☐ STAT ☐ TODAY ☐ FEW DAYS ☐ ROUTINE
DOCTOR MUST CALL IF STAT REQUESTED

CONSULT ONLY ☐   MANAGEMENT THRU THIS PROBLEM ☐   OTHER ☐

PROBLEM REQUIRING REFERRAL
S   O   A   P

48 y/o ♂
c̄ Hx Renal Cell
CA
→ S/P L Nephrectomy
(at Queen's)
1998
Has Not been followed regularly since
Dr. J Fujimoto had him do at T.O.P
Appt/Relist

REFERRING PHYSICIAN SIGNATURE     DATE

## CONSULTANT'S REPORT

Mg 2851 → "Nephine"

Chart reviewed & Pt examined   Can you see/Follow?

Assess: Renal Cell Carcinoma Hx (Stage I)   01/30/2003
~48 y.o. male incidentally found to have abnl kidney
density on CT done p̄ trauma. He is S/P L nephrectomy 11/98
for this 1.6 × 1.8 × 1.1 cm tumor grade 2 (QMC) and has remained
NED ever since. He is ____ but ____ chronic stress and unhappiness
c̄ work ____ (chronic problems). CT chest (Abd negative RE
s nodes. OCXR chest clear. Probable cure c̄ good prognosis
and ____ I attempted to be as upbeat/positive as possible.

DISPOSITION:
☑ WILL TREAT & FOLLOW PATIENT   ☐ RETURNING PATIENT TO YOU FOR TREATMENT & FOLLOW-UP   ☐ NO FURTHER FOLLOW-UP NEEDED FOR THIS PROBLEM AT THIS TIME   ☐ NO SHOW—DID NOT CONTACT PATIENT

Plan: PMA, CBC, LFTs treat today

CONSULTANT'S SIGNATURE: John Much MD   DATE 2/3/03   DICTATED: DATE 00 71
2 ____ 12 mos.

95051 REV. 1/90     WHITE – Chart     CANARY – Referring M.D.

2/18/03 _will call back_

# KAISER PERMANENTE    CONSULTATION & REFERRAL REQUEST

| | | |
|---|---|---|
| **APPOINTMENT DATE & TIME** | HOME PHONE 754-2136  BUS. PHONE 523-4719 | MR# G331.94    UC Loc |
| **FOR PSYCHIATRIC REFERRAL; ADDRESS & SUBSCRIBER NAME** | | NAME ENGLISH PHILIP |

| REFERRED BY DR LOVE / BMED | SERVICE PED | LOCATION/RM HON | BD 10-26-54    HP |
|---|---|---|---|
| REFERRED TO 3 MEA OCC HEALTH | SERVICE PSYCHO-TX | LOCATION HON | MEDICARE ☐ DDS ☐ NO FAULT ☐ INDUS ☐ NP ☐ |

| NOTIFIED _____ BY _____ ON _____ AT _____ AM/PM | STAT ☐ TODAY ☐ FEW DAYS _____ ☐ ROUTINE ☐ |
|---|---|
| | DOCTOR MUST CALL IF STAT REQUESTED |

CONSULT ONLY ☐    MANAGEMENT THRU THIS PROBLEM ☐    OTHER

## PROBLEM REQUIRING REFERRAL

S    O    A    P

_Pt reports increase stress/anxiety ass w/ complicated relationship/personal crisis @ work. Pt reports feeling vulnerable unable to focus @ work meaningful. Please ass for DDS Occ Health services_

_[signature]_  02/13/2003

REFERRING PHYSICIAN SIGNATURE          DATE

## CONSULTANT'S REPORT

S    O    A    P

_Pt referred by J. Love MD as advised per J. Coffee MSW/BMD seeing pt for stress & anxiety mainly due to work. After much discussion of having explained the WC stress claim process, time frame & possible outcomes, pt does not wish to file a WC claim at this time. He will inquire about his options via personnel. In the meantime he will b/u c Mr. Coffee + his pcp. Pt will contact OMHS should he choose to file a WC stress claim._

## DISPOSITION:
☐ I WILL TREAT & FOLLOW PATIENT   ☐ RETURNING PATIENT TO YOU FOR TREATMENT & FOLLOW-UP   ☐ NO FURTHER FOLLOW-UP NEEDED FOR THIS PROBLEM AT THIS TIME   ☐ NO SHOW—DID NOT CONTACT PATIENT

Lillie Mundon, L.S.W.
Case Coordinator
Occupational Mental Health Svcs

CONSULTANT'S SIGNATURE _[signature] Mundon_    DATE 2/18/03    DICTATED: DATE

*00 72

95051 REV. 1/90            WHITE – Chart        CANARY – Referring M.D.

2127

**KAISER PERMANENTE**    **CONSULTATION & REFERRAL REQUEST**

63 31 94

APPOINTMENT DATE & TIME: 13 Feb 2002    HOME PHONE 596-5309    BUS. PHONE 523-425    ENGLISH, PHILIP, E    10 26 1954

FOR PSYCHIATRIC REFERRAL ADDRESS & SUBSCRIBER NAME    H1

REFERRED BY: John Timtim 1094    SERVICE: FP    LOCATION RM: HAK

REFERRED TO: Dr Glen    SERVICE: Surgery Clinic    LOCATION: HON    MEDICARE ☐ DDS ☐ NO FAULT ☐ INDUS ☐ NP ☐

NOTIFIED _____ BY _____ Poor 2/12/02 AT 2/02 ☐AM ☐PM    STAT ☐ TODAY ☐ FEW DAYS _____ ☐ ROUTINE ☐
                                                                              DOCTOR MUST CALL IF STAT REQUESTED
DATE    TIME

CONSULT ONLY ☐    MANAGEMENT THRU THIS PROBLEM ☐    OTHER ☐

**PROBLEM REQUIRING REFERRAL**

47 yo O⁷ s/p Ⓛ nephrectomy 11/98 for
renal cell carcinoma

c/o mass Ⓡ thigh since at
least '98. Getting bigger and
painful.    Mass is 9 cm diam,
soft, el-tender.
Please eval and excise if
indicated.   Thanks  [signature] 2/11/02

REFERRING PHYSICIAN SIGNATURE    DATE

**CONSULTANT'S REPORT**

excised
see progress note
surg

**DISPOSITION:**
☐ I WILL TREAT &    ☐ RETURNING PATIENT TO YOU    ☐ NO FURTHER FOLLOW-UP NEEDED    ☐ NO SHOW—DID NOT
   FOLLOW PATIENT       FOR TREATMENT & FOLLOW-UP       FOR THIS PROBLEM AT THIS TIME        CONTACT PATIENT

CONSULTANT'S SIGNATURE _____ DATE _____    ☐ DICTATED, DATE 100 73

93051 REV 1-90    WHITE - Chart    CANARY - Referring M.D.

**KAISER PERMANENTE**     **CONSULTATION & REFERRAL REQUEST**

63 3194

English, Philip
10/26/54

| APPOINTMENT DATE & TIME 11/1/00 4pm | HOME PHONE 396-5209 | BUS. PHONE |
| FOR PSYCHIATRIC REFERRAL, ADDRESS & SUBSCRIBER NAME | | |

| REFERRED BY Dr. Tim Tim 1094 | SERVICE IP | LOCATION-RM. HOH |
| REFERRED TO Mueh | SERVICE Oncology | LOCATION MOH |

MEDICARE ☐ DDS ☐ NO FAULT ☐ INDUS ☐ NP ☐

NOTIFIED _____ BY _____ ON _____ AT _____ AM PM

STAT ☐ TODAY ☐ FEW DAYS _____ ☐ ROUTINE ☐
DOCTOR MUST CALL IF STAT REQUESTED

CONSULT ONLY ☐     MANAGEMENT THRU THIS PROBLEM ☐     OTHER

**PROBLEM REQUIRING REFERRAL**

45 yo of
S/P L nephrectomy 11/98 for Stage I
Renal cell CA
Doing well   Creat 1.3
CT of abdo scheduled for 11/00
Last CT of abo done 11/99
at Kuhim
Please eval and advise re appropriate
follow-up. Do you recomend CT 11/00?
Thanks,   [signature]   8/14/00
   REFERRING PHYSICIAN SIGNATURE   DATE

**CONSULTANT'S REPORT**

Chart reviewed; pt did not show
Ascos & History of Renal Cell CA 11/98
   — Renal bed recurrences usually occur with the
first two years post-op and a CT Abdomen now is not
unreasonable. After... I probably would not do
   — I would recommend a yearly PE, CXR and
set of routine blood chemistries, and U/A
Plan: No need to re-refer.

**DISPOSITION:**
☐ I WILL TREAT & FOLLOW PATIENT
☑ RETURNING PATIENT TO YOU FOR TREATMENT & FOLLOW-UP
☐ NO FURTHER FOLLOW-UP NEEDED FOR THIS PROBLEM AT THIS TIME
☐ NO SHOW—DID NOT CONTACT PATIENT

CONSULTANT'S SIGNATURE John Mueh, MD     DATE 11/1/00     ☐ DICTATED: DATE _____

00 74

95051 REV. 1/90     WHITE - Chart     CANARY - Referring M.D.

**KAISER PERMANENTE**

### PERSONAL HEALTH APPRAISAL SUMMARY REPORT

Height 69 3/4 inches    Weight 181 pounds
% Body Fat 21    % Body Lean 79
% Body Water 56    Target Weight 168-176
Actual Age 34    Health Risk Age 30.4
Mean Blood Pressure _123/ 74 8_
Birth Control Pills Refill _____ months

M.R. NO. 63 31 94   7

NAME LISK, PHILIP E   1-47

BIRTHDATE   10-54   0633194

HGH PHA

### LABORATORY TESTS AND PROCEDURES ORDERED

☐ Hemoccult
☑ Cholesterol - Total _H 241_
☐ HDL   Ratio _____
☐ Blood Sugar
☐ Rubella Screen
☐ Potassium
☐ Td _1972_   ☐ PPD
☐ Flu   ☐ Other
☐ Vision R _0/09_  L _____
☐ IOP R   L _____
☐ Pap Smear   ☑ BSE
☐ Pelvic   ☑ TSE _done + reinforced_
☐ Rectal   ☐ Other
☐ Other

### ASSESSMENT AND PLAN

F.H.
Both testicles (cancer)
Father + #10

This is a 34 year old male, healthy, with no major problems. Had an incident in the past where he got so constipated PHA constipated x 1 wk. He could not have a BM x 1 yr. Had a total wk-up. Total wkup was done & it was + was neg. found he needed to be more regular with his diet & + fiber intake. As a result, his nutrition has drastically improved as he tries to eat more fiber/veg & ↓ meat intake.
He however needs to ↓ wt by 9#. This will probably also ↓ BP. His salt intake is ↑. His wife also has problems c BP. So together they are modifying their lifestyle. He will _____
Exercise: walk + stationary bike 2x/wk but not consistent. Needs ↑ this & be more consistent.
Stress: He feels he is handling it at present but realizes he needs to ↑ exercise. He realize the ↑ stress in his life. _____
P- To recheck chol in 3mo.
Has BP cuff at home, + _____ can monitor BP periods.

Provider Signature

### INTERVENTIONS

☐ Video(s) _____
☐ Video(s) _____
☐ Diabetes Series I   ☐ Massage
☐ Kaiserobics   ☐ Healthy Back
☐ Body Conditioning   ☐ Fresh Start
☐ The New Woman   ☐ Weight Mgmt. Program
☐ PMS   ☐ Wt. Mgmt. Support Groups
☐ Successful Stress   ☐ PHA Reports Given
☐ Coping with Depression   ☐ Other _____
☐ Iyengar Yoga

### REFERRALS

_a videocm BP given _
_See disease for wt reduction diet_
☐ Personal Health Appraisal Return
☐ Medicine
☐ Surgery
☐ Gynecology
☐ Diagnostic Imaging (X-Ray)
☐ Optometry/Ophthalmology
☐ Mammography
☐ Other

White-Chart    Yellow-Patient    Pink-Department

Data Base

93076  1/88

:00 75

BENSON KENNEDY RE PHILIP ENGLISH



**KAISER PERMANENTE**
Medical Care Program

**HAWAII REGION**

M.R. NO. 63 31 94

NAME Phil English

**HEALTH QUESTIONNAIRE**   Date: 07 31 87

The following questions are intended to help you notice symptoms you may have experienced which could be important. Feel free to discuss any of these with your doctor. Check yes or no to the left of questions.

**DO YOU HAVE OR ARE YOU BOTHERED BY:**

yes no

1. ☐ ☒ Being more tired or run down than you think you should be.
2. ☐ ☒ Significant unintended weight loss or gain.
3. ☐ ☒ Difficulty sleeping.
4. ☐ ☒ Loss of appetite.
5. ☐ ☒ Unexplained fever.
6. ☐ ☒ Unusual anxiety, depression, emotional problems.
7. ☐ ☒ Severe, frequent or change in headaches.
8. ☐ ☒ Attacks of dizziness or light-headedness.
9. ☐ ☒ Attacks of a whirling or spinning sensation of yourself or things around you.
10. ☐ ☒ Fainting spells.
11. ☐ ☒ Seizure, convulsion, fits, spells, epilepsy.
12. ☐ ☒ Weakness or numbness of arm or leg.
13. ☐ ☒ Shaking or tremor of your hands or other parts of your body.
14. ☐ ☒ Difficulty keeping your balance while standing or walking.
15. ☐ ☒ Seeing rings around lights.
16. ☐ ☒ Sudden blurred vision.
17. ☐ ☒ Pain or ringing in your ears.
18. ☐ ☒ Hearing loss.
19. ☐ ☒ Bleeding or drainage from the ear.
20. ☐ ☒ Frequent nosebleeds, nasal congestion, sneezing.
21. ☐ ☒ Sores in your mouth.
22. ☐ ☒ Hoarseness longer than one month.
23. ☐ ☒ Difficulty swallowing liquids or solids.
24. ☐ ☒ Abnormal lumps or growths anywhere.
25. ☐ ☒ Skin growth that has changed in size, color, or bleeds.
26. ☐ ☒ Poor exercise tolerance for your age.
27. ☐ ☒ Coughing-up or spitting blood.

yes no

28. ☐ ☒ Chest pain or discomfort with or without exercise.
29. ☐ ☒ Rapid or irregular heart beat.
30. ☐ ☒ Wheezing, persistent cough, tight chest.
31. ☐ ☒ Difficulty breathing while lying flat.
32. ☐ ☒ Swelling of lower legs, ankles, or feet.
33. ☐ ☒ Pain in the thigh or calf muscles while walking.
34. ☐ ☒ Burning or painful urination.
35. ☐ ☒ More frequent urination than usual.
36. ☐ ☒ Consistently having to wake up at night to urinate twice or more.
37. ☐ ☒ Slow or weak urinary stream or difficulty starting to urinate.
38. ☐ ☒ Loss of urinary control (wetting yourself) at any time.
39. ☐ ☒ Dark colored or bloody urine.
40. ☐ ☒ Hernia or lump in groin.
41. ☐ ☒ Pain or discomfort in your stomach.
42. ☐ ☒ Frequent nausea or vomiting.
43. ☐ ☒ Vomiting-up blood.
44. ☐ ☒ Change in your bowel habits.
45. ☐ ☒ Black tar-like or very light colored bowel movement or bleeding from the rectum.
46. ☐ ☒ Joint pain, swelling, or arthritis.
47. ☐ ☒ Skin rash.
48. ☐ ☒ Neck or back pains.
49. ☐ ☒ Easy bruising or excessive bleeding from cuts.
50. ☐ ☒ Exposure to dangerous environmental conditions or agents during work or play, for example: chemicals, fumes, dusts, noise, etc.
51. ☐ ☒ History of x-ray treatments (radiation Therapy).
52. ☐ ☐

**FOR FEMALES ONLY**

yes no

53. ☐ ☐ A lump in the breast.
54. ☐ ☐ A discharge from the nipples.
55. ☐ ☐ Vaginal bleeding between periods.
56. ☐ ☐ Any post-menopausal vaginal bleeding.
57. ☐ ☐ Frequent pain during intercourse.
58. ☐ ☐ Frequent vaginal discharge.
59. ☐ ☐ Have you ever been pregnant
Number of times_____ Number of Children_____

**FOR MALES ONLY**

yes no

60. ☐ ☒ Lumps or irregularities in your testicles or scrotum.
61. ☐ ☒ Discharge from the penis.
62. ☐ ☒ Sore on your penis.

**Has a DOCTOR ever confirmed that you have any of the following diseases or conditions?**

yes no

63. ☐ ☒ Arthritis
64. ☐ ☒ Convulsions (fits or seizures).
65. ☐ ☒ Stroke.
66. ☐ ☒ Migraine headaches.
67. ☐ ☒ Glaucoma.
68. ☐ ☒ Hay fever
69. ☐ ☒ Abnormal electrocardiogram (EKG).
70. ☐ ☒ Heart murmur.
71. ☐ ☒ Rheumatic fever.
72. ☐ ☒ Enlarged heart.
73. ☐ ☒ High blood pressure.
74. ☐ ☒ Angina.
75. ☐ ☒ Heart attack (myocardial infarction).
76. ☐ ☒ Tuberculosis.
77. ☐ ☒ Abnormal chest x-ray.
78. ☐ ☒ Asthma.
79. ☐ ☒ Pneumonia.
80. ☐ ☒ Emphysema of the lungs.
81. ☐ ☒ Sinusitis.
82. ☐ ☒ Emotional problems.

yes no

83. ☐ ☒ Gallstones or gallbladder trouble.
84. ☐ ☒ Liver disease (hepatitis, cirrhosis, jaundice).
85. ☐ ☒ Alcoholism.
86. ☐ ☒ Stomach or duodenal ulcer.
87. ☐ ☒ Hiatal (diaphragmatic) hernia.
88. ☐ ☒ Colon or bowel disease, colitis.
89. ☐ ☒ Kidney or bladder stones.
90. ☐ ☒ Kidney or bladder infection.
91. ☐ ☒ Hemorrhoids (piles).
92. ☐ ☒ Infections with amoeba, parasites or worms.
93. ☐ ☒ Venereal disease (e.g., syphilis, gonorrhea).
94. ☐ ☒ Anemia.
95. ☐ ☒ Cancer or tumor.
96. ☐ ☒ Diabetes (sugar diabetes).
97. ☐ ☒ Gout.
98. ☐ ☒ Overactive or underactive thyroid.
99. ☐ ☒ Pus, albumin, protein, blood or sugar in your urine.
100. ☐ ☒ A positive skin test for T.B.
101. ☐ ☒ Hansen's Disease (Leprosy).

00 76

BENESH KENNEDH DE PHILIP ENGLISH

Additional Health Information

102. Give names of ALL prescription and non-prescription medicines you take regularly. How much and how often. (example: aspirin, birth control pills, laxatives, eye drops, water pills, heart pills, etc.)

None

103. List ALL operations and dates. (example: appendectomy, 1972  Lt. Breast Biopsy, 10/81)

None

104. List ALL OTHER (non-surgical) hospitalizations; give dates and explanation (example: pneumonia, childbirth, etc.)

8-83    leg infection from dog bite.  3 days of intravenus medication

105. List ALL allergic reactions to medicines, foods, chemicals, etc. Describe the reaction.

None known

106. Do you smoke cigarettes? If so how many packs per day? How long have you smoked? If you have quit, how much did you smoke? When did you quit smoking?

No

107. Do you take any drugs such as marijuana, cocaine, heroin, speed, etc? You do not need to give your answer in writing but if "yes", please let your doctor know.  No

108. Do you drink alcoholic beverages? If so, how much a week?

Not more than one glass per week

109. List the diseases any of your blood relatives may have, including heart disease, glaucoma, high blood pressure stroke, cancer, diabetes mellitus, or other serious or chronic illness.

Arthritis - Mother

110. How many days a week do you exercise? 3 to 4

111. Do you eat three balanced meals daily consisting of foods from each of the following food groups:

I.    Meat, fish, poultry, egg, dried beans, tofu  X yes____ no____
II.   Milk, cheese, yogurt and other milk products  X yes____ no____
III.  Fruits and vegetables  X yes____ no____
IV.   Breads, cereals and starches  X yes____ no____

112. List past and present occupations: R.E. Appraiser

113. Please use this section for any additional comments/information you may have for your doctor. None

00 77

**KAISER PERMANENTE**

| REPEAT REFRACTIONS |
|---|

633194

*English Philip*

*83  Bd 10/54*

B. CHUN, O.D.
OPTOMETRY

MAY 09 1989

*Never used glasses*
*Something wrong — Credit line*
*HA's, dizziness —  VA ↓*
*no meds*

*Computer*
*Real estate appraiser*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Doctor: | HONOLULU CLINIC | | Age: 34 | Date: | Occupation: | Real estate appraiser | |

| V.A. | D | — | N | Present Rx | V.A. | Add | V.A. | Prism |
|---|---|---|---|---|---|---|---|---|
| O.D. | 50 | | | | | | | |
| O.S. | 20 | | | | | | | |
| Manifest C.J. | | | O.D. | -75 -25 x 118 | 20 | +2.00 | | |
| Cycloplegic /2 | | | O.S. | -50 -25 x 60 | 20 | +2 0 | | |
| Rx | O.D. | -75 -25 118 | add | | | Muscle Bal. | N.P.C. | Ext Exam |
| | O.S. | -25 -25 x 60 | add | | | 0/0 | 5 | |

REMARKS: *Rx for distance as desired*

*snm pupils, internal all nrl*
*CD .15*
*TAB/B*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Doctor: | | Age: | Date: | | Occupation: | | |

| V.A. | D | N | Present Rx | V.A. | Add | V.A. | Prism |
|---|---|---|---|---|---|---|---|
| O.D. | | | | | | | |
| O.S. | | | | | | | |
| Manifest | | O.D. | | | | | |
| | | O.S. | | | | | |
| Rx | O.D. | | add | | Muscle Bal. | N.P.C. | Ext Exam |
| | O.S. | | add | | | | |

REMARKS:

00 78

**KAISER PERMANENTE**

DEPARTMENT OF OPTOMETRY    XB 03                07-87

EYE EXAMINATION    ENGLISH, PHILIP T.

| Dr.   E. FLYNN, O.D. OPTOMETRY HONOLULU CLINIC | Patient Sex        Age _32_ | 3826 M 1   10-54   0633797 |
|---|---|---|
| | | H6-AMCC                    07 31 87 |
| | | JUL 31 1987 |
| | | Occupation |

| Past History  meds ∅ Fx Hx ∅   CC Hx   ∅ | | | | | |
|---|---|---|---|---|---|
| Unaided VA Far  Near | Present Rx or PH | VA | Add | VA | OC–OC |
| OD 2/50   2/w | ∅ | | | | |
| OS 2/30   2/w | | | | | |

Ext Exam

PD  65/62    Cover Test    Far  ef    Near  x0              Amp. Accomm.

EOM  full    Fields

NPC        Pupils  ferrla        Color Vision

Int Exam  OD 2/3 or ... clear or    IOP T16/15

Fund: ROV

| Retinoscopy #4 | OD | | Keratometry R | L |
|---|---|---|---|---|
| | OS | | | |

| DISTANCE Subjective #7 | | Manifest | Cycloplegic | Phoria |
|---|---|---|---|---|
| | OD | −050  −050  x  112 | | H |
| | OS | −025  −025  x  085 | | V |

| NEAR Add   VA & Range | | Phoria | Stereopsis |
|---|---|---|---|
| OD | 2/w | 4 4x0 | |
| OS | 2/w | V ∅ | |

| Spec Rx  OD | | prism | Add | Misc info on Rx |
|---|---|---|---|---|
| OS | | | | |

Remarks  ① CNT
② Rx given distance only
PTC 1 y/r

95166   10/70
(Revised 12/84)

00 79

EORM 48003399 12/00

05/27/2001
11:17
EPISODE-START: 05/22/2001
END: 05/23/2001
PATIENT PH. 8083965309
CLIN.INFO: PNEUMOTHORAX

**KAISER PERMANENTE**
MEDICAL LABORATORIES - HAWAII REGION
3288 MOANALUA RD., • HONOLULU, HI 96819
S.A. HONDA, M.D., DIRECTOR

MR # 633194
ACCT # 1920727

| PATIENT NAME | | |
|---|---|---|
| ENGLISH,PHILIP E | | |
| MEDICAL RECORD NO. | SEX | BIRTHDATE |
| 633194 | M | 10/26/1954 |

DOCTOR(S)
SESSA, BERNICE (2015)  SESSA, BERNICE ()*

UC LOC: UC15   LOC: ER   ER14

--------- COMPLETE BLOOD COUNT ---------

| TEST: | WBC | RBC | HGB | HCT | MCV | MCHC | RDW | PLATELET COUNT | PLT SMEAR ESTIMATE |
|---|---|---|---|---|---|---|---|---|---|
| UNITS: | K/UL | K/ul | g/dl | % | fl | g/dl | % | K/ul | K/ul |
| LO-HI: | 4.8-10.8 | 4.15-6.10 | 12.5-18.0 | 37.5-52.0 | 80-99 | 32-37 | 11.5-14.5 | 130-440 | 130-440 |

05/22/01
+ 1757

| | 5.1 | 5.05 | 15.2 | 44.3 | 87.5 | 34.2 | 11.8 | 218 | |
|---|---|---|---|---|---|---|---|---|---|
| | STAT | STAT | STAT | STAT | STAT | STAT | STAT | STAT | |

--------- DIFFERENTIAL ---------

| TEST: | DIFF | BANDS | NEUTS | LYMPHS | MONOS | EOS | BASOS | MONO/ EO/BASO |
|---|---|---|---|---|---|---|---|---|
| UNITS: | | | K/ul | K/ul | K/ul | K/ul | K/ul | K/ul |
| LO-HI: | | 0-0.50 | 1.8-8 | 1.0-6.0 | 0-0.80 | 0-0.65 | 0.0-0.20 | 0-1.0 |

05/22/01
+ 1757 AUTOMATED
     STAT

| | | | 2.5 | 1.9 | 0.4 | 0.3 | 0.0 | |
|---|---|---|---|---|---|---|---|---|
| | | | 49.0% | 36.8% | 8.0% | 5.3% | 0.9% | |
| | | | STAT | STAT | STAT | STAT | STAT | |

--------- ROUTINE COAGULATION ---------

| TEST: | THERA | D-DIMER |
|---|---|---|
| UNITS: | | ug/ml (FEU) |
| LO-HI: | | <0.4 |

05/22/01
+ 1757

| | | <0.22 |
|---|---|---|
| | | RESULT CHECKED |
| | | STAT |

--------- GENERAL CHEMISTRY ---------

| TEST: | GLUCOSE (random) | CREAT | BUN | NA | K | CL | TCO2 |
|---|---|---|---|---|---|---|---|
| UNITS: | mg/dl | mg/dl | mg/dl | mmol/L | mmol/L | mmol/L | mmol/L |
| LO-HI: | 60-200 | 0.5-1.2 | 8-20 | 135-145 | 3.5-5.3 | 98-108 | 22-32 |

05/22/01
+ 1757

| | 92 | 1.4H | 13 | 138 | 4.2 | 105 | 27 |
|---|---|---|---|---|---|---|---|
| | STAT | STAT | STAT | STAT | STAT | STAT | STAT |

FORM 48003399 10/00

```
05/27/2001                KAISER PERMANENTE              MR #   633194
11:17              MEDICAL LABORATORIES - HAWAII REGION  ACCT #  1920727
EPISODE-START: 05/22/2001    3288 MOANALUA RD. • HONOLULU, HI 96819
          END: 05/23/2001         S.A. HONDA, M.D., DIRECTOR     PATIENT NAME
PATIENT PH. 8083965309                                   ENGLISH,PHILIP E
CLIN.INFO:  PNEUMOTHORAX           MEDICAL RECORD NO.    SEX   BIRTHDATE
                                        633194           M   10/26/1954
DOCTOR(S)                                              UC LOC. LOC.
SESSA, BERNICE (2015)  SESSA, BERNICE ()*             UC15  ER  ER14
```

------------------------------ GENERAL CHEMISTRY ------------------------------

```
TEST:       CK
UNITS:      U/L
LO-HI:      61-224

05/22/01
 +  1757    127
            STAT
```

ENGLISH,PHILIP E                    CONTINUED                      PAGE  00  81
05/27/2001 11:17                                    OP CHART COPY - FINAL REPORT

FORM 48003399 12/00

05/27/2001
11:17
EPISODE-START: 05/22/2001
END: 05/23/2001
PATIENT PH. 8083965309
CLIN.INFO: PNEUMOTHORAX

**KAISER PERMANENTE**
MEDICAL LABORATORIES - HAWAII REGION
3288 MOANALUA RD. • HONOLULU, HI 96819
S.A. HONDA, M.D., DIRECTOR

MR # 633194
ACCT # 1920727

| PATIENT NAME | | | |
|---|---|---|---|
| ENGLISH,PHILIP E | | | |
| MEDICAL RECORD NO. | | SEX | BIRTHDATE |
| 633194 | | M | 10/26/1954 |

| DOCTOR(S) | | UC LOC. | LOC. |
|---|---|---|---|
| SESSA, BERNICE (2015) SESSA, BERNICE ()* | | UC15 | ER  ER14 |

---------------- ARTERIAL BLOOD GAS ----------------

| TEST: | pH | pCO2 | pO2 | Base Deficit | Bicarbonate | O2 Sat. | Pt. O2 Concentration |
|---|---|---|---|---|---|---|---|
| UNITS: | | mmHg | mmHg | | mMOL/L | % | |
| LO-HI: | 7.35-7.45 | 35-45 | 80-100 | | 22-26 | 96-97 | |

05/22/01

| + | 1818 | 7.43 | 32L | 90 | 1.5 | 21L | 97.3H | RA |
|---|---|---|---|---|---|---|---|---|
| | | STAT | STAT | STAT | STAT | STAT | STAT | STAT |

ENGLISH,PHILIP E
05/27/2001 11:17

CONTINUED

PAGE 00 82
OP CHART COPY - FINAL REPORT

FORM 48003399 12/00

```
05/27/2001                    KAISER PERMANENTE              MR #  633194
11:17                      MEDICAL LABORATORIES - HAWAII REGION   ACCT #  1920727
EPISODE-START: 05/22/2001    3288 MOANALUA RD. · HONOLULU, HI 96819
       END: 05/23/2001        S.A. HONDA, M.D., DIRECTOR      PATIENT NAME
PATIENT PH: 8083965309                                        ENGLISH,PHILIP E
CLIN.INFO:  PNEUMOTHORAX     MEDICAL RECORD NO.        SEX   BIRTHDATE
                             633194                    M     10/26/1954
```

| DOCTOR(S) | | UC LOC. | LOC. |
|---|---|---|---|
| SESSA, BERNICE (2015)  SESSA, BERNICE ()* | | UC15 | ER  ER14 |

--------------------------------- CARDIAC MARKERS ---------------------------------

```
TEST:        CK       CKMB     INDEX
UNITS:       U/L      ng/ml
LO-HI:       61-224   <5.0     <2.5

05/22/01
+  1757     127      0.3       NI
            STAT     STAT      STAT
```

```
---FOOTNOTES---
NI    NOT INDICATED
```

```
ENGLISH,PHILIP E              END OF REPORT                    PAGE  1
05/27/2001 11:17                                   OP CHART COPY - FINAL REPORT
```

83

FORM 48003-2979/CI

```
05/06/2001              KAISER PERMANENTE              MR #   633194
12:06               MEDICAL LABORATORIES - HAWAII REGION        ACCT #  633194
EPISODE START: 04/06/2001    3288 MOANALUA RD. • HONOLULU, HI 96819
        END: 04/30/2001       S.A. HONDA, M.D., DIRECTOR
PATIENT PH. 8083965309
```

| PATIENT NAME |  |  |
|---|---|---|
| ENGLISH,PHILIP E |  |  |
| MEDICAL RECORD NO. | SEX | BIRTHDATE |
| 633194 | M | 10/26/1954 |

| DOCTOR(S) | UC LOC. | LOC. |
|---|---|---|
| FUJIMOTO, JUDY (8880)   FUJIMOTO, JUDY ()* | UC15 | 15 |

---------- COMPLETE BLOOD COUNT ----------

| TEST: | WBC | RBC | HGB | HCT | MCV | MCHC | RDW | PLATELET COUNT | PLT SMEAR ESTIMATE |
|---|---|---|---|---|---|---|---|---|---|
| UNITS: | K/UL | M/ul | g/dl | % | fl | g/dl | % | K/ul | K/ul |
| LO-HI: | 4.8-10.8 | 4.15-6.10 | 12.5-18.0 | 37.5-52.0 | 80-99 | 32-37 | 11.5-14.5 | 130-440 | 130-440 |
| 04/06/01 1530 | 8.7 | 5.18 | 15.6 | 44.3 | 85.4 | 35.3 | 12.8 | 236 | |

---------- DIFFERENTIAL ----------

| TEST: DIFF | BANDS | NEUTS | LYMPHS | MONOS | EOS | BASOS | MONO/ EO/BASO |
|---|---|---|---|---|---|---|---|
| UNITS: | K/ul | K/ul | K/ul | K/ul | K/ul | K/ul | K/ul |
| LO-HI: | 0-0.50 | 1.8-8 | 1.0-6.0 | 0-0.80 | 0-0.65 | 0-0.20 | 0-1.0 |
| 04/06/01 1530 ESTIMATED | | 5.4 | 2.2 | 0.7 | 0.4 | 0.0 | |
| | | 61.6% | 24.9% | 8.1% | 5.0% | 0.4% | |

---------- URINALYSIS MACROSCOPIC ----------

| TEST: | COLOR APPEARANCE | SPECIFIC GRAVITY | PH | LEUKOCYTES ESTERASE | NITRITE | PROTEIN SCREEN | GLUCOSE | KETONES | UROBIL | BILE | BLOOD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/06/01 1530 | YELLOW HAZY | 1.015 | 5.0 | 0 | 0 | 0 | 0 | 0 | NORMAL | 0 | 0 |

---------- URINALYSIS MACROSCOPIC ----------

| TEST: | NO MICROSCOPIC |
|---|---|
| 04/06/01 1530 | NOT INDICATED |

---------- GENERAL CHEMISTRY ----------

| TEST: | CREAT | CALCIUM |
|---|---|---|
| UNITS: | mg/dl | mg/dl |
| LO-HI: | 0.5-1.2 | 8.7-10.0 |
| 04/06/01 1530 | 1.5H | 9.5 |

FORM 48003399 10/00

05/06/2001
12:06
EPISODE-START: 04/06/2001
        END: 04/30/2001
PATIENT PH. 8083965309

**KAISER PERMANENTE**
MEDICAL LABORATORIES - HAWAII REGION
3288 MOANALUA RD. • HONOLULU, HI 96819
S.A. HONDA, M.D., DIRECTOR

MR # 633194
ACCT # 633194

| PATIENT NAME | | |
|---|---|---|
| ENGLISH,PHILIP E | | |
| MEDICAL RECORD NO. | SEX | BIRTHDATE |
| 633194 | M | 10/26/1954 |

| DOCTOR(S) | | UC LOC. | LOC. |
|---|---|---|---|
| FUJIMOTO, JUDY (8880)  FUJIMOTO, JUDY ()* | | UC15 | 15 |

------------ GENERAL CHEMISTRY ------------

| TEST: | ALT(SGPT) | AST(SGOT) |
|---|---|---|
| UNITS: | U/L | U/L |
| LO-HI: | 3-63 | 11-41 |

04/06/01
  1530      74H       44H

ENGLISH,PHILIP E              END OF REPORT                          PAGE 1 OF 1
05/06/2001 12:06                                          OP CHART COPY - FINAL REPORT

85

FORM 82943 (48003399) 1/96

06/02/2000
16:10
EPISODE-START: 05/22/2000
END: 05/31/2000
PATIENT PH. 0003948679

**KAISER PERMANENTE**
MEDICAL LABORATORIES – HAWAII REGION
3288 MOANALUA RD. • HONOLULU, HI 96819
A.P. GOLDSTEIN, M.D., DIRECTOR

MR # 633194
ACCT # 633194

| PATIENT NAME | | |
|---|---|---|
| ENGLISH,PHILIP E | | |
| MEDICAL RECORD NO. | SEX | BIRTHDATE |
| 633194 | M | 10/26/1954 |

| DOCTOR(S) | | |
|---|---|---|
| TIMTIM, JOHN (1094)  TIMTIM, JOHN ()* | UC LOC. UC15 | LOC. 15 |

---

**COMPLETE BLOOD COUNT**

| TEST: | WBC | RBC | HGB | HCT | MCV | MCHC | RDW | PLATELET COUNT | PLT SMEAR ESTIMATE |
|---|---|---|---|---|---|---|---|---|---|
| UNITS: | K/UL | K/ul | g/dl | % | fl | g/dl | % | K/ul | K/ul |
| LO-HI: | 4.8-10.8 | 4.15-6.10 | 12.5-18.0 | 37.5-52.0 | 80-99 | 32-37 | 11.5-14.5 | 130-440 | 130-440 |
| 05/22/00 | | | | | | | | | |
| 1029 | 4.9 | 4.99 | 15.1 | 42.5 | 85.1 | 35.5 | 12.1 | 196 | |

---

**ROUTINE COAGULATION**

| TEST: | THERA | PT | INR | PTT |
|---|---|---|---|---|
| UNITS: | | secs. | | secs. |
| LO-HI: | | 8.7-11.6 | | 22.8-37.0 |
| 05/22/00 | | | | |
| 1029 | NO | 11.2 | 1.1 | 32.6 |

Therapeutic Ranges:
Usual Intensity  2.0 - 3.0
High Intensity   2.5 - 3.5

---

**GENERAL CHEMISTRY**

| TEST: | CREAT |
|---|---|
| UNITS: | mg/dl |
| LO-HI: | 0.5-1.2 |
| 05/22/00 | |
| 1029 | 1.3H |

---

**GENERAL CHEMISTRY**

| TEST: | ALT(SGPT) |
|---|---|
| UNITS: | U/L |
| LO-HI: | 3-63 |
| 05/22/00 | |
| 1029 | 31 |

---

**LIPID**

05/22/00
1029 CHOL/HDL PROFILE

| CHOLESTEROL | 198 | [<200] | mg/dl |
|---|---|---|---|
| HDL | L32 | [>34] | mg/dl |
| CHOL/HDL RATIO | 6.2 | | |

<<RESULTS CONTINUED ON NEXT PAGE>>

---

FORM 82943 (48003399) 1/96

06/02/2000
16:10
EPISODE-START: 05/22/2000
        END: 05/31/2000
PATIENT PH. 0003948679

**KAISER PERMANENTE**
MEDICAL LABORATORIES – HAWAII REGION
3288 MOANALUA RD. • HONOLULU, HI 96819
A.P. GOLDSTEIN, M.D., DIRECTOR

MR # 633194
ACCT # 633194

| PATIENT NAME | | |
|---|---|---|
| ENGLISH,PHILIP E | | |
| MEDICAL RECORD NO. | SEX | BIRTHDATE |
| 633194 | M | 10/26/1954 |

| DOCTOR(S) | UC LOC. | LOC. |
|---|---|---|
| TIMTIM, JOHN (1094)  TIMTIM, JOHN ()* | UC15 | 15 |

-------------------------------- LIPID --------------------------------

CHOL/HDL PROFILE                              <<CONTINUED FROM PREVIOUS PAGE>>

            Average Risk of Heart Disease
            Females: 4.4  Males: 5.0

RENEAU KENNEDY RE PHILIP ENGLISH                    461

FORM 82943 (11/85)

09/07/89          **KAISER PERMANENTE**                    HR#    63-31-94
  05:38           MEDICAL LABORATORIES — HAWAII REGION
                  3288 MOANALUA RD. • HONOLULU, HI 96819
                  A.G. SCOTTOLINI, M.D., DIRECTOR

PATIENT PH. 792-1593                    | PATIENT NAME
DIAGNOSIS:  UNKNOWN                     | ENGLISH,PHILIP E

| MEDICAL RECORD NO. | | SEX | BIRTHDATE |
| 63-31-94 | XB | M | 10/26/54 |

| DOCTOR(S) | | UC LOC. | LOC. |
| T. GERRITSEN (372) | | 13 | PHA-HON CLINIC |

----------------------------- GENERAL CHEMISTRY -----------------------------

TEST:          CHOLESTEROL
UNITS:            mg/dl
LO-HI:            <200


06/01/89
  1303              241    H
        Cholesterol NIH Classification*
        <200 mg/dl    Desirable level
        200-239 mg/dl  Borderline high
        >240 mg/dl     High level

                                                              100 88

# KAISER PERMANENTE
## MEDICAL LABORATORIES - HAWAII REGION
3288 MOANALUA RD. • HONOLULU, HI 96819
S.A.A. HONDA, M.D., DIRECTOR

MR#: 633194

| PATHOLOGY REPORT NO. | | PAGE | PATIENT NAME | | | |
|---|---|---|---|---|---|---|
| S02-2608 | | 1 | ENGLISH, PHILIP E | | | |
| DATE OF SPECIMEN | MEDICAL RECORD NO. | BIRTHDATE | AGE / SEX | UC LOC | LOCATION (ROOM/CLINIC) | |
| 02132002 | 633194 | 10/26/1954 | 47Y M | UC15 | HON | |

DOCTOR(S)

GLEN, PAUL M                          Copies to:

Post-op Diagnosis: LIPOMA

Procedure: EXCISION

Clinical Findings: NONE

Specimens:  RIGHT UPPER INNER THIGH
======================================================================
GROSS DESCRIPTION:
Labeled:          Patient name and medical record number,
                  designated right upper inner thigh on the
                  requisition form only
Specimen:         lobulated, encapsulated yellow mass (formalin)
Size:             5.0x3.5x1.0 cm
Submitted/Block:  representative/1                    dt:tal

MICROSCOPIC DESCRIPTION: The sections contain fibroadipose tissue
with inconspicuous adipocyte nuclei.    JB:pv

DIAGNOSIS: SOFT TISSUE:  LIPOMA.


Jodi Blaisdell, M.D. (electronically signed) - 02/14/02 14:00

*(left margin, vertical)* PATHOLOGY REPORT

100 89

**CHART COPY**                                          **PATHOLOGY**

## KAISER PERMANENTE – HAWAII

Diagnostic Imaging Consultation Report
3288 Moanalua Rd. • Honolulu, HI 96819

05/29/2001                                                    MR# 00-63-31-94
0656                                                          UC LOC:83

ACCT#      1920727              Name: ENGLISH, PHILIP E
Admitted: 05/22/2001           MR# 00-63-31-94 Sex: M DOB: 10/26/1954
Discharged: 05/23/2001         Pt.Phone(W):(808) 523-4275 H:(808) 396-5309
Ordering:SESSA, BERNICE S.                  Sched. Loc:E1-3
           SESSA, BERNICE S.                Current Loc:

DI#:2635230    Exam Date:05/22/2001    Exam:RD CHEST 2 VIEW

Clinical Info:
    HEAVINESS TO LEFT CHEST
    3
    JOHN TIMTIM
CHEST, PA AND LATERAL

COMPARE: NONE

FINDINGS:

The patient has not taken an optimum inspiration.  There is some
crowding of vessels at the lung bases consistent with minimal
compressive atelectasis.

IMPRESSION: NO DEFINITE ACUTE PULMONARY DISEASE. SUBOPTIMAL
INSPIRATORY EFFORT.

Frederick T. Borts, M.

R
A
D
I
O
L
O
G
Y

C
O
N
S
U
L
T
A
T
I
O
N

R
E
P
O
R
T

(Electronically signed by)  05/29/2001  0656    MRN: 00-63-31-94

/signed by/ BORTS MD, FREDERICK

FB       05/29/2001    0656     RD CHEST 2 VIEW

Page 1                    :00 90

OMB CHART COPY/DIAGNOSTIC

**KAISER PERMANENTE – HAWAII**

Diagnostic Imaging Consultation Report
3288 Moanalua Rd. • Honolulu, HI 96819

05/29/2001
0654

MR# 00-63-31-94
UC LOC:83

ACCT#        1920727
Admitted: 05/22/2001
Discharged: 05/23/2001
Ordering:SESSA, BERNICE S.
         SESSA, BERNICE S.

Name: ENGLISH, PHILIP E
MR# 00-63-31-94 Sex: M DOB: 10/26/1954
Pt.Phone(W):(808) 523-4275 H:(808) 396-5309
Sched. Loc:E1-3
Current Loc:

DI#:2635240    Exam Date:05/22/2001    Exam:RD CHEST EXPIRATION

Clinical Info:
    CHEST PAIN
    3
    JOHN TIMTIM
EXPIRATORY CHEST

No evidence of pneumothorax is seen.  There is atelectasis at the lung bases.

IMPRESSION: NO EVIDENCE OF PNEUMOTHORAX.

Frederick T. Borts, M.

ER category A

(Electronically signed by)  05/29/2001  0654    MRN: 00-63-31-94

/signed by/ BORTS MD, FREDERICK

FB       05/29/2001    0654      RD CHEST EXPIRATION

Page 1        00 91

OMR CHART COPY/DIAGNOSTIC

R
A
D
I
O
L
O
G
Y

C
O
N
S
U
L
T
A
T
I
O
N

R
E
P
O
R
T

## KAISER PERMANENTE – HAWAII

Diagnostic Imaging Consultation Report
3288 Moanalua Rd. • Honolulu, HI 96819

05/29/2001
0652

MR# 00-63-31-94
UC LOC:83

ACCT#        1920727
Admitted: 05/22/2001
Discharged: 05/23/2001
Ordering:SESSA, BERNICE S.
         SESSA, BERNICE S.

Name: ENGLISH, PHILIP E
MR# 00-63-31-94 Sex: M DOB: 10/26/1954
Pt.Phone(W):(808) 523-4275 H:(808) 396-5309
Sched. Loc:E1-3
Current Loc:

---

DI#:2635251   Exam Date:05/22/2001   Exam:NM LUNG PERFUSION SCAN

Clinical Info:
   R/O PE

VENTILATION/PERFUSION LUNG SCAN
DOSAGE: 2.2 mCi TcMAA IV
   28.2 mCi Tc DTPA aerosol
Chest X-ray shows poor inspiratory effort with minimal atelectasis at
the lung bases.

The examination shows no definite evidence of ventilation/perfusion
mismatches.  Some of the tracer is seen collected in the stomach and
the ventilation portion of the examination is probably not optimal.

IMPRESSION: LOW PROBABILITY OF PULMONARY EMBOLISM.

Frederick T. Borts, M.D.

R
A
D
I
O
L
O
G
Y

C
O
N
S
U
-L
T
A
T
I
O
N

-R
E
P
O
R
T

(Electronically signed by) 05/29/2001 0652     MRN: 00-63-31-94

/signed by/ BORTS MD, FREDERICK

---

FB     05/29/2001   0652     NM LUNG PERFUSION SCAN

100. 92

OMR CHART COPY/DIAGNOSTIC

## KAISER PERMANENTE – HAWAII

Diagnostic Imaging Consultation Report
3288 Moanalua Rd. • Honolulu, HI 96819

05/29/2001                                                        MR# 00-63-31-94
0652                                                              UC LOC:83

ACCT#        1920727                    Name: ENGLISH, PHILIP E
Admitted: 05/22/2001            MR# 00-63-31-94 Sex: M DOB: 10/26/1954
Discharged: 05/23/2001          Pt.Phone(W):(808) 523-4275 H:(808) 396-5309
Ordering:SESSA, BERNICE S.               Sched. Loc:E1-3
         SESSA, BERNICE S.               Current Loc:

---

DI#:2635264   Exam Date:05/22/2001   Exam:NM LUNG AEROSOL DTPA

Clinical Info:
    R/O PE

VENTILATION/PERFUSION LUNG SCAN
DOSAGE: 2.2 mCi TcMAA IV
        28.2 mCi Tc DTPA aerosol
Chest X-ray shows poor inspiratory effort with minimal atelectasis at
the lung bases.

The examination shows no definite evidence of ventilation/perfusion
mismatches.  Some of the tracer is seen collected in the stomach and
the ventilation portion of the examination is probably not optimal.

IMPRESSION: LOW PROBABILITY OF PULMONARY EMBOLISM.

Frederick T. Borts, M.D.

R A D I O L O G Y

C O N S U L T A T I O N

R E P O R T

(Electronically signed by) 05/29/2001  0652      MRN: 00-63-31-94

/signed by/ BORTS MD, FREDERICK

---

FB       05/29/2001   0652       NM LUNG AEROSOL DTPA

00 93

## KAISER PERMANENTE – HAWAII

Diagnostic Imaging Consultation Report
3288 Moanalua Rd. • Honolulu, HI 96819

05/29/2001                                                           MR# 00-63-31-94
1015                                                                      UC LOC:83

ACCT#        1920727                    Name: ENGLISH, PHILIP E
Admitted: 05/22/2001                    MR# 00-63-31-94 Sex: M DOB: 10/26/1954
Discharged: 05/23/2001         Pt.Phone(W):(808) 523-4275 H:(808) 396-5309
Ordering:SESSA, BERNICE S.                       Sched. Loc:E1-3
         SESSA, BERNICE S.                       Current Loc:

---

DI#:2635268    Exam Date:05/22/2001    Exam:CT CHEST W CONTRAST

Clinical Info:
    CHEST PAIN PLEURITIC TO LEFT SIDE
    3
    JOHN TIMTIM
CT SCAN OF THE CHEST
PULMONARY EMBOLISM PROTOCOL


FINDINGS:

The aorta apears within normal limits.  There is good opacification of
the pulmonary arteries and no evidence of thrombus is seen.  The lungs
are clear.  There is no definite chest wall abnormality.


IMPRESSION: NO DEFINITE SIGNIFICANT ABNORMALITY IS DEMONSTRATED.

Frederick T. Borts, M.D.


(Electronically signed by)  05/23/2001  0126      MRN: 00-63-31-94

  /signed by/ BORTS MD, FREDERICK

---

  FB      05/23/2001    0126      CT CHEST W CONTRAST

                                                        Page 1            00 94

                                              OMR CHART COPY/DIAGNOSTIC

RADIOLOGY CONSULTATION REPORT

KAISER PERMANENTE – HAWAII

Diagnostic Imaging Consultation Report

3288 Moanalua Rd. • Honolulu, HI 96819

05/04/2001
0706

MR# 00-63-31-94
UC LOC: 83

Name: ENGLISH, PHILIP E
MR# 00-63-31-94 Sex: M DOB: 10/26/1954
Pt.Phone(W):(808) 523-4275 H:(808) 396-5309

Ordering:FUJIMOTO, JUDY
         FUJIMOTO, JUDY

Sched. Loc:7
Current Loc:7

---

3.   Otherwise negative abdomen/pelvis CT.

JOHN T. WATABE, M.D.
3 May 2001

tlm

R
A
D
I
O
L
O
G
Y

C
O
N
S
U
L
T
A
T
I
O
N

R
E
P
O
R
T

(Electronically signed by)  05/04/2001  0706    MRN: 00-63-31-94

/signed by/ WATABE MD, JOHN

/proxy by/ JW
T(M      05/03/2001    1731      CT ABD AND PELVIS W CONTRAST

00 95

Page 2