# MMPI-2

*Minnesota Multiphasic Personality Inventory-2™*

## MICROTEST Q™
### Assessment System

#### Forensic Reports

*For Renear Kennedy - Please fax results back* Finish 11:30

**NAME** (Optional)  *Phil English*

## DIRECTIONS:

1. Print your identification number in the spaces. Then find the circle below each space that has the same number and blacken it. In a similar way, complete the Birth Date, Years of Education, and Test Date boxes.
2. Blacken the circle for either male or female. Blacken the circle that shows your marital status and setting.
3. Use a soft, black lead pencil only, and fill in the circles with a heavy, dark mark.
4. If you want to change an answer, erase it carefully and then fill in your new choice.
5. Do not make any marks outside the circles.



**IDENTIFICATION NUMBER**

**BIRTH DATE**
MONTH / DAY / YEAR
1 0 / 2 6 / 5 4

**YRS. OF EDUC.**

**GENDER**
- ● Male
- ② Female

**MARITAL STATUS**
- ① Never Married
- ② Married
- ③ Widowed
- ④ Divorced
- ● Separated

**TEST DATE**
MONTH / DAY / YEAR
0 4 / 1 8 / 0 3

**FORENSIC SETTING**
- ① Child Custody
- ● Personal Injury
- ③ Personal Injury (Neurological)
- ④ Pre-trial Criminal
- ⑤ General Corrections
- ⑥ Competency/Commitment



National Computer Systems  P. O. Box 1416 Minneapolis MN 55440  Phone 1-800-627-7271

Copyright © 1997 REGENTS OF THE UNIVERSITY OF MINNESOTA. All rights reserved. Copyright © 1942, 1943 (renewed 1970), 1989 REGENTS OF THE UNIVERSITY OF MINNESOTA. All rights reserved. Distributed exclusively by National Computer Systems, Inc.
Printed in the United States of America.
"Minnesota Multiphasic Personality Inventory-2" and "MMPI-2" are trademarks of the University of Minnesota.

Product Number 51536

PLEASE DO NOT WRITE IN THIS AREA          00427

RENEAU KENNEDY RE PHILIP ENGLISH

PLEASE

DO NOT

WRITE

ON THIS

PAGE

**MARKING DIRECTIONS**

Use a soft, black lead pencil only, and fill in circles with a heavy, dark mark.

If you want to change an answer, erase it carefully and then fill in the other circle.

Do not make any marks outside the circles.

BENEGH KENNEDY RF PHILIP ENGLISH

# PLEASE

# DO NOT

# WRITE

# ON THIS

# PAGE

PLEASE DO NOT WRITE IN THIS AREA    00427

NCS Assessments 07/97    MM214530-1    65432

RENEAU KENNEDY RE PHILIP ENGLISH    499

*English*

# Personal Injury
## Interpretive Report

# MMPI-2™

### The Minnesota Report™:
### Reports for Forensic Settings

### James N. Butcher, PhD

ID Number 4272654

Male

Age 48

Separated

15 Years of Education

Date Assessed 4/18/2003

Copyright © 1997, 2001 REGENTS OF THE UNIVERSITY OF MINNESOTA. All rights reserved.
Portions reproduced from the MMPI-2 test booklet. Copyright © 1942, 1943, (renewed 1970), 1989 REGENTS OF THE
UNIVERSITY OF MINNESOTA. Portions excerpted from the MMPI-2 Manual for Administration, Scoring and Interpretation,
Revised Edition, copyright © 2001 REGENTS OF THE UNIVERSITY OF MINNESOTA. All rights reserved.
Distributed exclusively by NCS Pearson, Inc.

"Minnesota Multiphasic Personality Inventory-2," "MMPI-2," and
"The Minnesota Report" are trademarks of the University of Minnesota.

[ 3.1 / 5.05 / 1.0 ]

MMPI-2™
ID 4272654

Personal Injury Report
Page 2



MMPI-2 VALIDITY PATTERN

| | VRIN | TRIN | F | F(B) | F(P) | L | K | S |
|---|---|---|---|---|---|---|---|---|
| Raw Score: | 7 | 8 | 16 | 19 | 1 | 9 | 16 | 24 |
| T Score: | 57 | 57F | 85 | 120 | 48 | 74 | 51 | 49 |
| Response %: | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |

Cannot Say (Raw):  0
Percent True:  46
Percent False:  54

| | Raw Score | T Score | Resp. % |
|---|---|---|---|
| S1 - Beliefs in Human Goodness | 5 | 44 | 100 |
| S2 - Serenity | 4 | 42 | 100 |
| S3 - Contentment with Life | 4 | 50 | 100 |
| S4 - Patience/Denial of Irritability | 6 | 58 | 100 |
| S5 - Denial of Moral Flaws | 5 | 65 | 100 |

RENEAU KENNEDY RE PHILIP ENGLISH

## PROFILE VALIDITY

The client's responses to items in the latter portion of the MMPI-2 were somewhat more exaggerated than his responses to earlier items. There is some possibility that he responded to these later items carelessly or in a random manner, thereby invalidating that portion of the test. Although the standard validity and clinical scales are scored from items in the first two-thirds of the test, caution should be used when interpreting the MMPI-2 content scales and supplementary scales, which include items found throughout the entire item pool.

## SYMPTOMATIC PATTERNS

This report was developed using the *Hs, D, and Sc* scales as the prototype. The client's MMPI-2 clinical profile suggests that he is experiencing many psychological problems. He is probably an extremely depressed and ineffective individual who is exhibiting personality deterioration at this time. He is likely to be quite confused and disoriented and to have inappropriate or blunted affect. He may appear tense, anxious, agitated, or hostile at times. Individuals with this profile are typically experiencing extreme physical symptoms, depressed mood, and cognitive disorganization. Symptoms of severe psychosis, such as delusions or hallucinations, are likely to be present.

He appears to feel very insecure. His life adjustment is chronically poor, and he may drift from job to job or place to place. Social withdrawal is characteristic of his behavior. He has a great many vague physical concerns, and he may have somatic delusions.

## PROFILE FREQUENCY

Profile interpretation can be greatly facilitated by examining the relative frequency of clinical scale patterns in various settings. The client's high-point clinical scale score (Sc) is the least frequent MMPI-2 peak score in the MMPI-2 normative sample of men, occurring in only 4.7% of the cases. Only 2.6% of the sample have Sc as the peak score at or above a T score of 65, and less than 1% have well-defined Sc spikes. His elevated MMPI-2 profile pattern (2-8/8-2) is very rare in samples of normals, occurring in less than 1% of the MMPI-2 normative sample of men.

In the NCS medical sample, 6.4% of the males have this high-point clinical scale score (Sc). Moreover, 5.7% of the males in the medical sample have the Sc scale spike at or above a T score of 65, and 2.8% have a well-defined Sc high point in that range. This elevated MMPI-2 profile pattern (2-8/8-2) is found in 1.6% of the men in the NCS medical sample.

According to Keller and Butcher (1991), only 4% of men in chronic pain treatment programs produce this high-point score on Sc.

In the general sample of personal injury litigants reported by Butcher (1997b), the MMPI-2 profile peak score on the Sc scale occurred with low frequency (2.5%), and less than 1% were well defined at or above a T score of 65. Among litigants who produce an elevated F score relative to L and K, this MMPI-2 profile peak score on the Sc scale is low in frequency (4.9%), with only 2.4% having a well-defined score at or above a T of 65.

## PROFILE STABILITY

The relative elevation of his highest clinical scale scores suggests some lack of clarity in profile definition. Although his most elevated clinical scales are likely to be present in his profile pattern if he is retested at a later date, there could be some shifting of the most prominent scale elevations in the profile code. The difference between the profile type used to develop the present report and the next highest scale in the profile code was 4 points. So, for example, if the client is tested at a later date, his profile might involve more behavioral elements related to elevations on Hy. If he is retested, responses related to intensification of defense mechanisms such as repression and denial might occur along with the presentation of vague physical problems.

## INTERPERSONAL RELATIONS

The client has not developed effective ways of dealing with others and feels very inadequate and socially alienated. Individuals with this profile are quite self-absorbed and find marital relationships problematic. Marital breakup is not uncommon.

He is a highly introverted and interpersonally avoidant person who feels very uneasy in close interpersonal involvements. His emotional detachment appears to be of long-standing duration. He appears to be very insecure, lacks confidence in himself in social situations, and becomes extremely anxious around other people. Individuals with this profile are typically rigid and overcontrolled, tend to worry a great deal, and may experience periods of low mood in which they withdraw almost completely from others. Personality characteristics related to social introversion tend to be stable over time. His generally reclusive behavior, introverted lifestyle, and tendency toward interpersonal avoidance may be prominent in any future test results.

His very high score on the Marital Distress Scale suggests that his marital situation is quite problematic at this time. He reported a number of problems with his marriage that are possibly important to understanding his current psychological symptoms.

## MENTAL HEALTH CONSIDERATIONS

The client can probably be diagnosed as having a schizophrenic disorder, possibly of a disorganized or undifferentiated type.

Individuals with this MMPI-2 clinical profile are experiencing significant adjustment problems for which they need treatment. This individual appears to have attitudes and beliefs centering on somatic symptoms that are chronic, intractable, and possibly delusional. His vague physical problems, social alienation, and general lack of trust in others make it difficult for him to view his problems objectively. Severe personality deterioration is apparent, and his treatment prognosis is likely to be poor.

Psychotherapy alone is not likely to be effective because he would probably find it difficult to establish a therapeutic relationship. His unusual thinking related to his bodily processes may also make him difficult to approach through psychological treatment methods. Psychotropic medications are usually considered the treatment of choice for individuals with this profile, but behavioral management or psychosocial therapy might also be attempted to decrease his somatic complaints and increase his interpersonal adjustment.

## PERSONAL INJURY CONSIDERATIONS

Although he may have attempted to present a positive self-report, he endorsed a number of extreme problems on the MMPI-2. The forensic evaluator should take into consideration the extremely high scores the client obtained on the *D* and *Sc* scales and should determine whether the extreme behavior he reported reflects severe personality problems that require special attention at this time. Serious psychological maladjustment is likely to be present among individuals with this profile code. The extent to which this individual's problems result in periods of confusion, disorganization, and disorientation is also of special concern. The possibility that he might be experiencing unusual thoughts, delusional beliefs, hallucinations, and poor judgment should be taken into consideration in any forensic evaluation.

His symptoms of depression, anxiety, agitation, and tension should be appraised more fully to determine the extent to which they might influence his social relationships. His anger may add a negative quality to close interpersonal relationships. His feelings of despair and worthlessness probably create an air of pessimism and negativism when future plans are considered.

In addition to the problems indicated by his MMPI-2 clinical scale scores, he endorsed some items on the content scales that could reflect difficulties for him. His proneness to experience problems with anxiety, depression, obsessive thinking, his health, and unusual thoughts might make it difficult for him to think clearly or function effectively. His low self-esteem probably characterizes a somewhat ineffective manner of approaching new tasks. His basic insecurity and lack of self-confidence might make it difficult for him to implement change-oriented plans.

NOTE: This MMPI-2 interpretation can serve as a useful source of hypotheses about clients. This report is based on objectively derived scale indices and scale interpretations that have been developed with diverse groups of people. The personality descriptions, inferences, and recommendations contained herein should be verified by other sources of clinical information because individual clients may not fully match the prototype. The information in this report should be considered confidential and should be used by a trained, qualified test interpreter.

## MMPI-2 CLINICAL AND SUPPLEMENTARY SCALES PROFILE



| | Hs | D | Hy | Pd | Mf | Pa | Pt | Sc | Ma | Si | | MAC-R | APS | AAS | PK | Ho | MDS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Raw Score: | 30 | 49 | 43 | 28 | 27 | 24 | 34 | 46 | 14 | 54 | | 16 | 22 | 2 | 31 | 25 | 9 |
| K Correction: | 8 | | | 6 | | | 16 | 16 | 3 | | | | | | | | |
| T Score: | 108 | 110 | 104 | 77 | 52 | 101 | 100 | 112 | 43 | 83 | | 39 | 46 | 46 | 88 | 58 | 79 |
| Response %: | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | | 100 | 100 | 100 | 100 | 100 | 100 |
| Non-Gendered T Score: | 105 | 111 | 101 | 78 | | 99 | 95 | 107 | 44 | | | | | | | | |

Welsh Code:       821367***0'4'+-5/9: F"L'+-K/

Profile Elevation:   94.40



## MMPI-2 CONTENT SCALES PROFILE

|  | ANX | FRS | OBS | DEP | HEA | BIZ | ANG | CYN | ASP | TPA | LSE | SOD | FAM | WRK | TRT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Raw Score: | 21 | 5 | 11 | 29 | 28 | 8 | 0 | 16 | 4 | 4 | 16 | 19 | 4 | 24 | 19 |
| T Score: | 87 | 54 | 70 | 94 | 97 | 70 | 32 | 62 | 42 | 41 | 80 | 76 | 47 | 81 | 86 |
| Non-Gendered T Score: | 85 | 50 | 68 | 90 | 94 | 70 | 31 | 62 | 44 | 41 | 77 | 75 | 45 | 80 | 85 |
| Response %: | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |

## SUPPLEMENTARY SCORE REPORT

|  | Raw Score | T Score | Resp % |
|---|---|---|---|
| Anxiety (A) | 30 | 78 | 100 |
| Repression (R) | 24 | 69 | 100 |
| Ego Strength (Es) | 13 | 30 | 100 |
| Dominance (Do) | 9 | 30 | 100 |
| Social Responsibility (Re) | 23 | 57 | 100 |
| Aggressiveness (AGGR) | 7 | 45 | 100 |
| Psychoticism (PSYC) | 14 | 84 | 100 |
| Disconstraint (DISC) | 3 | 30 | 100 |
| Negative Emotionality/Neuroticism (NEGE) | 18 | 66 | 100 |
| Introversion/Low Positive Emotionality (INTR) | 27 | 88 | 100 |

**Depression Subscales (Harris-Lingoes)**

|  | Raw Score | T Score | Resp % |
|---|---|---|---|
| Subjective Depression (D1) | 29 | 108 | 100 |
| Psychomotor Retardation (D2) | 13 | 92 | 100 |
| Physical Malfunctioning (D3) | 8 | 91 | 100 |
| Mental Dullness (D4) | 13 | 101 | 100 |
| Brooding (D5) | 9 | 91 | 100 |

**Hysteria Subscales (Harris-Lingoes)**

|  | Raw Score | T Score | Resp % |
|---|---|---|---|
| Denial of Social Anxiety (Hy1) | 3 | 45 | 100 |
| Need for Affection (Hy2) | 6 | 47 | 100 |
| Lassitude-Malaise (Hy3) | 15 | 106 | 100 |
| Somatic Complaints (Hy4) | 13 | 101 | 100 |
| Inhibition of Aggression (Hy5) | 3 | 48 | 100 |

**Psychopathic Deviate Subscales (Harris-Lingoes)**

|  | Raw Score | T Score | Resp % |
|---|---|---|---|
| Familial Discord (Pd1) | 3 | 58 | 100 |
| Authority Problems (Pd2) | 1 | 33 | 100 |
| Social Imperturbability (Pd3) | 2 | 39 | 100 |
| Social Alienation (Pd4) | 10 | 82 | 100 |
| Self-Alienation (Pd5) | 8 | 72 | 100 |

**Paranoia Subscales (Harris-Lingoes)**

|  | Raw Score | T Score | Resp % |
|---|---|---|---|
| Persecutory Ideas (Pa1) | 12 | 112 | 100 |
| Poignancy (Pa2) | 6 | 75 | 100 |
| Naivete (Pa3) | 4 | 46 | 100 |

| | Raw Score | T Score | Resp % |
|---|---|---|---|
| **Schizophrenia Subscales (Harris-Lingoes)** | | | |
| Social Alienation (Sc1) | 10 | 80 | 100 |
| Emotional Alienation (Sc2) | 7 | 107 | 100 |
| Lack of Ego Mastery, Cognitive (Sc3) | 9 | 96 | 100 |
| Lack of Ego Mastery, Conative (Sc4) | 12 | 103 | 100 |
| Lack of Ego Mastery, Defective Inhibition (Sc5) | 5 | 75 | 100 |
| Bizarre Sensory Experiences (Sc6) | 14 | 109 | 100 |
| | | | |
| **Hypomania Subscales (Harris-Lingoes)** | | | |
| Amorality (Ma1) | 0 | 35 | 100 |
| Psychomotor Acceleration (Ma2) | 4 | 44 | 100 |
| Imperturbability (Ma3) | 1 | 35 | 100 |
| Ego Inflation (Ma4) | 4 | 56 | 100 |
| | | | |
| **Social Introversion Subscales (Ben-Porath, Hostetler, Butcher, and Graham)** | | | |
| Shyness/Self-Consciousness (Si1) | 11 | 68 | 100 |
| Social Avoidance (Si2) | 8 | 71 | 100 |
| Alienation--Self and Others (Si3) | 10 | 65 | 100 |

Uniform T scores are used for Hs, D, Hy, Pd, Pa, Pt, Sc, Ma, and the content scales; all other MMPI-2 scales use linear T scores.

MMPI-2™                                    Personal Injury Report
ID 4272654                                              Page 11

## CONTENT COMPONENT SCALES (Ben-Porath & Sherwood)

|                                              | Raw Score | T Score | Resp % |
|----------------------------------------------|-----------|---------|--------|
| **Fears Subscales**                          |           |         |        |
| Generalized Fearfulness (FRS1)               | 3         | 71      | 100    |
| Multiple Fears (FRS2)                        | 2         | 45      | 100    |
| **Depression Subscales**                     |           |         |        |
| Lack of Drive (DEP1)                         | 11        | 100     | 100    |
| Dysphoria (DEP2)                             | 5         | 82      | 100    |
| Self-Depreciation (DEP3)                     | 5         | 76      | 100    |
| Suicidal Ideation (DEP4)                     | 5         | 120     | 100    |
| **Health Concerns Subscales**               |           |         |        |
| Gastrointestinal Symptoms (HEA1)             | 4         | 96      | 100    |
| Neurological Symptoms (HEA2)                 | 10        | 107     | 100    |
| General Health Concerns (HEA3)               | 5         | 81      | 100    |
| **Bizarre Mentation Subscales**             |           |         |        |
| Psychotic Symptomatology (BIZ1)              | 1         | 54      | 100    |
| Schizotypal Characteristics (BIZ2)           | 5         | 73      | 100    |
| **Anger Subscales**                          |           |         |        |
| Explosive Behavior (ANG1)                    | 0         | 39      | 100    |
| Irritability (ANG2)                          | 0         | 35      | 100    |
| **Cynicism Subscales**                       |           |         |        |
| Misanthropic Beliefs (CYN1)                  | 8         | 55      | 100    |
| Interpersonal Suspiciousness (CYN2)          | 8         | 71      | 100    |
| **Antisocial Practices Subscales**          |           |         |        |
| Antisocial Attitudes (ASP1)                  | 4         | 43      | 100    |
| Antisocial Behavior (ASP2)                   | 0         | 38      | 100    |
| **Type A Subscales**                         |           |         |        |
| Impatience (TPA1)                            | 2         | 45      | 100    |
| Competitive Drive (TPA2)                     | 1         | 39      | 100    |
| **Low Self-Esteem Subscales**               |           |         |        |
| Self-Doubt (LSE1)                            | 8         | 80      | 100    |
| Submissiveness (LSE2)                        | 3         | 62      | 100    |

RENEAU KENNEDY RE PHILIP ENGLISH                                    510

MMPI-2™                                         **Personal Injury Report**
ID 4272654                                                  **Page 12**

|                                        | Raw Score | T Score | Resp % |
|----------------------------------------|-----------|---------|--------|
| **Social Discomfort Subscales**        |           |         |        |
| Introversion (SOD1)                    | 14        | 76      | 100    |
| Shyness (SOD2)                         | 5         | 63      | 100    |
| **Family Problems Subscales**          |           |         |        |
| Family Discord (FAM1)                  | 0         | 35      | 100    |
| Familial Alienation (FAM2)             | 2         | 58      | 100    |
| **Negative Treatment Indicators Subscales** |      |         |        |
| Low Motivation (TRT1)                  | 9         | 95      | 100    |
| Inability to Disclose (TRT2)           | 3         | 60      | 100    |

MMPI-2™
ID 4272654

## ITEM RESPONSES

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1: 1 | 2: 2 | 3: 2 | 4: 2 | 5: 1 | 6: 1 | 7: 1 | 8: 1 | 9: 2 | 10: 2 |
| 11: 2 | 12: 2 | 13: 2 | 14: 1 | 15: 1 | 16: 2 | 17: 2 | 18: 2 | 19: 2 | 20: 2 |
| 21: 2 | 22: 1 | 23: 1 | 24: 2 | 25: 2 | 26: 1 | 27: 2 | 28: 1 | 29: 2 | 30: 1 |
| 31: 1 | 32: 1 | 33: 2 | 34: 1 | 35: 2 | 36: 2 | 37: 2 | 38: 1 | 39: 1 | 40: 1 |
| 41: 1 | 42: 1 | 43: 2 | 44: 2 | 45: 2 | 46: 1 | 47: 2 | 48: 1 | 49: 2 | 50: 1 |
| 51: 1 | 52: 2 | 53: 1 | 54: 2 | 55: 1 | 56: 2 | 57: 2 | 58: 2 | 59: 1 | 60: 2 |
| 61: 2 | 62: 2 | 63: 2 | 64: 2 | 65: 1 | 66: 2 | 67: 1 | 68: 2 | 69: 1 | 70: 1 |
| 71: 1 | 72: 2 | 73: 1 | 74: 2 | 75: 2 | 76: 2 | 77: 1 | 78: 1 | 79: 1 | 80: 2 |
| 81: 1 | 82: 2 | 83: 1 | 84: 2 | 85: 2 | 86: 2 | 87: 1 | 88: 1 | 89: 1 | 90: 1 |
| 91: 2 | 92: 1 | 93: 1 | 94: 2 | 95: 2 | 96: 2 | 97: 1 | 98: 2 | 99: 1 | 100: 1 |
| 101: 1 | 102: 1 | 103: 2 | 104: 2 | 105: 2 | 106: 2 | 107: 2 | 108: 2 | 109: 1 | 110: 1 |
| 111: 1 | 112: 2 | 113: 1 | 114: 2 | 115: 1 | 116: 2 | 117: 2 | 118: 1 | 119: 1 | 120: 1 |
| 121: 1 | 122: 2 | 123: 2 | 124: 1 | 125: 2 | 126: 1 | 127: 1 | 128: 2 | 129: 2 | 130: 1 |
| 131: 2 | 132: 1 | 133: 1 | 134: 2 | 135: 1 | 136: 2 | 137: 2 | 138: 1 | 139: 2 | 140: 2 |
| 141: 1 | 142: 1 | 143: 2 | 144: 1 | 145: 1 | 146: 1 | 147: 1 | 148: 2 | 149: 1 | 150: 2 |
| 151: 2 | 152: 2 | 153: 2 | 154: 1 | 155: 2 | 156: 1 | 157: 1 | 158: 1 | 159: 2 | 160: 1 |
| 161: 1 | 162: 2 | 163: 1 | 164: 2 | 165: 1 | 166: 1 | 167: 1 | 168: 2 | 169: 2 | 170: 1 |
| 171: 2 | 172: 1 | 173: 2 | 174: 1 | 175: 1 | 176: 2 | 177: 2 | 178: 2 | 179: 2 | 180: 1 |
| 181: 1 | 182: 1 | 183: 1 | 184: 2 | 185: 2 | 186: 1 | 187: 2 | 188: 2 | 189: 2 | 190: 2 |
| 191: 2 | 192: 1 | 193: 2 | 194: 1 | 195: 1 | 196: 1 | 197: 1 | 198: 2 | 199: 1 | 200: 2 |
| 201: 2 | 202: 2 | 203: 2 | 204: 2 | 205: 2 | 206: 2 | 207: 2 | 208: 2 | 209: 2 | 210: 1 |
| 211: 1 | 212: 2 | 213: 2 | 214: 1 | 215: 2 | 216: 2 | 217: 1 | 218: 1 | 219: 1 | 220: 2 |
| 221: 2 | 222: 1 | 223: 2 | 224: 2 | 225: 1 | 226: 2 | 227: 2 | 228: 2 | 229: 1 | 230: 1 |
| 231: 2 | 232: 2 | 233: 1 | 234: 1 | 235: 2 | 236: 1 | 237: 2 | 238: 2 | 239: 2 | 240: 2 |
| 241: 1 | 242: 2 | 243: 1 | 244: 2 | 245: 2 | 246: 2 | 247: 1 | 248: 2 | 249: 2 | 250: 2 |
| 251: 1 | 252: 1 | 253: 2 | 254: 2 | 255: 2 | 256: 2 | 257: 2 | 258: 2 | 259: 1 | 260: 2 |
| 261: 2 | 262: 1 | 263: 1 | 264: 2 | 265: 2 | 266: 1 | 267: 2 | 268: 2 | 269: 2 | 270: 2 |
| 271: 1 | 272: 1 | 273: 1 | 274: 1 | 275: 1 | 276: 1 | 277: 1 | 278: 2 | 279: 1 | 280: 2 |
| 281: 1 | 282: 2 | 283: 2 | 284: 2 | 285: 1 | 286: 1 | 287: 2 | 288: 1 | 289: 2 | 290: 1 |
| 291: 2 | 292: 2 | 293: 2 | 294: 2 | 295: 2 | 296: 1 | 297: 1 | 298: 2 | 299: 1 | 300: 2 |
| 301: 1 | 302: 2 | 303: 1 | 304: 1 | 305: 1 | 306: 1 | 307: 2 | 308: 2 | 309: 1 | 310: 1 |
| 311: 1 | 312: 1 | 313: 2 | 314: 2 | 315: 2 | 316: 1 | 317: 1 | 318: 2 | 319: 2 | 320: 2 |
| 321: 2 | 322: 2 | 323: 2 | 324: 2 | 325: 1 | 326: 1 | 327: 2 | 328: 1 | 329: 1 | 330: 2 |
| 331: 1 | 332: 2 | 333: 1 | 334: 2 | 335: 2 | 336: 2 | 337: 1 | 338: 1 | 339: 1 | 340: 2 |
| 341: 1 | 342: 2 | 343: 1 | 344: 2 | 345: 1 | 346: 1 | 347: 2 | 348: 1 | 349: 2 | 350: 1 |
| 351: 1 | 352: 1 | 353: 2 | 354: 2 | 355: 2 | 356: 2 | 357: 1 | 358: 1 | 359: 2 | 360: 2 |
| 361: 2 | 362: 2 | 363: 2 | 364: 1 | 365: 1 | 366: 2 | 367: 1 | 368: 1 | 369: 2 | 370: 2 |
| 371: 2 | 372: 1 | 373: 2 | 374: 1 | 375: 1 | 376: 1 | 377: 1 | 378: 2 | 379: 2 | 380: 2 |
| 381: 2 | 382: 2 | 383: 1 | 384: 2 | 385: 2 | 386: 1 | 387: 2 | 388: 2 | 389: 2 | 390: 1 |
| 391: 2 | 392: 2 | 393: 2 | 394: 1 | 395: 2 | 396: 1 | 397: 2 | 398: 1 | 399: 1 | 400: 2 |
| 401: 1 | 402: 1 | 403: 1 | 404: 2 | 405: 1 | 406: 2 | 407: 1 | 408: 2 | 409: 1 | 410: 2 |
| 411: 1 | 412: 2 | 413: 2 | 414: 2 | 415: 1 | 416: 2 | 417: 2 | 418: 2 | 419: 2 | 420: 1 |

RENEAU KENNEDY RE PHILIP ENGLISH                    512

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 421: 2 | 422: 2 | 423: 2 | 424: 1 | 425: 2 | 426: 2 | 427: 2 | 428: 2 | 429: 1 | 430: 2 |
| 431: 2 | 432: 2 | 433: 2 | 434: 2 | 435: 2 | 436: 1 | 437: 1 | 438: 2 | 439: 2 | 440: 2 |
| 441: 2 | 442: 1 | 443: 2 | 444: 2 | 445: 1 | 446: 1 | 447: 2 | 448: 1 | 449: 2 | 450: 2 |
| 451: 2 | 452: 1 | 453: 1 | 454: 1 | 455: 1 | 456: 2 | 457: 1 | 458: 2 | 459: 2 | 460: 1 |
| 461: 2 | 462: 1 | 463: 1 | 464: 1 | 465: 2 | 466: 2 | 467: 1 | 468: 2 | 469: 1 | 470: 1 |
| 471: 1 | 472: 1 | 473: 2 | 474: 1 | 475: 1 | 476: 1 | 477: 2 | 478: 2 | 479: 2 | 480: 1 |
| 481: 2 | 482: 1 | 483: 1 | 484: 1 | 485: 1 | 486: 2 | 487: 2 | 488: 2 | 489: 2 | 490: 1 |
| 491: 1 | 492: 1 | 493: 1 | 494: 2 | 495: 1 | 496: 2 | 497: 2 | 498: 1 | 499: 1 | 500: 1 |
| 501: 1 | 502: 2 | 503: 2 | 504: 1 | 505: 2 | 506: 1 | 507: 2 | 508: 2 | 509: 1 | 510: 2 |
| 511: 2 | 512: 1 | 513: 2 | 514: 1 | 515: 1 | 516: 1 | 517: 2 | 518: 1 | 519: 1 | 520: 1 |
| 521: 1 | 522: 2 | 523: 1 | 524: 1 | 525: 1 | 526: 1 | 527: 2 | 528: 2 | 529: 1 | 530: 2 |
| 531: 2 | 532: 1 | 533: 1 | 534: 2 | 535: 2 | 536: 1 | 537: 2 | 538: 2 | 539: 1 | 540: 2 |
| 541: 2 | 542: 2 | 543: 2 | 544: 2 | 545: 2 | 546: 1 | 547: 2 | 548: 2 | 549: 1 | 550: 1 |
| 551: 2 | 552: 2 | 553: 2 | 554: 1 | 555: 2 | 556: 1 | 557: 1 | 558: 2 | 559: 1 | 560: 2 |
| 561: 2 | 562: 1 | 563: 2 | 564: 1 | 565: 1 | 566: 1 | 567: 2 | | | |

**End of Report**

*RENEAU KENNEDY RE PHILIP ENGLISH*                    513

**MMPI-2™**
ID 575968560

| | Raw Score | T Score | Resp % |
|---|---|---|---|
| **Social Discomfort Subscales** | | | |
| Introversion (SOD1) | 1 | 39 | 100 |
| Shyness (SOD2) | 5 | 63 | 100 |
| **Family Problems Subscales** | | | |
| Family Discord (FAM1) | 1 | 40 | 100 |
| Familial Alienation (FAM2) | 1 | 49 | 100 |
| **Negative Treatment Indicators Subscales** | | | |
| Low Motivation (TRT1) | 2 | 54 | 100 |
| Inability to Disclose (TRT2) | 1 | 45 | 100 |

MMPI-2™                                                    Personal Injury Report
ID 575968560                                                              Page 12

## ITEM RESPONSES

|      |      |      |      |      |      |      |      |      |      |
|------|------|------|------|------|------|------|------|------|------|
| 1: 1 | 2: 1 | 3: 1 | 4: 2 | 5: 1 | 6: 1 | 7: 2 | 8: 1 | 9: 1 | 10: 1 |
| 11: 2 | 12: 1 | 13: 2 | 14: 2 | 15: 1 | 16: 2 | 17: 2 | 18: 2 | 19: 2 | 20: 1 |
| 21: 2 | 22: 2 | 23: 2 | 24: 2 | 25: 2 | 26: 1 | 27: 2 | 28: 2 | 29: 2 | 30: 2 |
| 31: 2 | 32: 2 | 33: 1 | 34: 1 | 35: 2 | 36: 2 | 37: 2 | 38: 2 | 39: 2 | 40: 2 |
| 41: 2 | 42: 2 | 43: 2 | 44: 2 | 45: 1 | 46: 2 | 47: 2 | 48: 2 | 49: 1 | 50: 2 |
| 51: 1 | 52: 2 | 53: 2 | 54: 2 | 55: 2 | 56: 2 | 57: 1 | 58: 2 | 59: 2 | 60: 2 |
| 61: 2 | 62: 2 | 63: 1 | 64: 2 | 65: 2 | 66: 2 | 67: 2 | 68: 2 | 69: 1 | 70: 1 |
| 71: 1 | 72: 2 | 73: 2 | 74: 2 | 75: 1 | 76: 2 | 77: 1 | 78: 1 | 79: 1 | 80: 2 |
| 81: 2 | 82: 2 | 83: 1 | 84: 2 | 85: 2 | 86: 1 | 87: 2 | 88: 1 | 89: 2 | 90: 1 |
| 91: 1 | 92: 2 | 93: 1 | 94: 2 | 95: 1 | 96: 2 | 97: 2 | 98: 2 | 99: 2 | 100: 1 |
| 101: 2 | 102: 1 | 103: 2 | 104: 2 | 105: 2 | 106: 1 | 107: 2 | 108: 1 | 109: 1 | 110: 2 |
| 111: 2 | 112: 2 | 113: 2 | 114: 2 | 115: 2 | 116: 2 | 117: 1 | 118: 2 | 119: 2 | 120: 1 |
| 121: 1 | 122: 2 | 123: 2 | 124: 2 | 125: 1 | 126: 1 | 127: 2 | 128: 1 | 129: 2 | 130: 2 |
| 131: 2 | 132: 2 | 133: 2 | 134: 2 | 135: 2 | 136: 2 | 137: 2 | 138: 2 | 139: 2 | 140: 1 |
| 141: 1 | 142: 1 | 143: 2 | 144: 2 | 145: 2 | 146: 2 | 147: 2 | 148: 1 | 149: 2 | 150: 2 |
| 151: 2 | 152: 1 | 153: 2 | 154: 1 | 155: 2 | 156: 2 | 157: 1 | 158: 1 | 159: 2 | 160: 2 |
| 161: 2 | 162: 2 | 163: 2 | 164: 1 | 165: 1 | 166: 2 | 167: 2 | 168: 2 | 169: 2 | 170: 2 |
| 171: 2 | 172: 2 | 173: 2 | 174: 1 | 175: 2 | 176: 1 | 177: 1 | 178: 2 | 179: 1 | 180: 2 |
| 181: 1 | 182: 2 | 183: 2 | 184: 1 | 185: 1 | 186: 1 | 187: 2 | 188: 1 | 189: 2 | 190: 2 |
| 191: 2 | 192: 1 | 193: 2 | 194: 1 | 195: 2 | 196: 2 | 197: 2 | 198: 2 | 199: 1 | 200: 1 |
| 201: 2 | 202: 2 | 203: 2 | 204: 1 | 205: 2 | 206: 2 | 207: 2 | 208: 1 | 209: 2 | 210: 2 |
| 211: 2 | 212: 2 | 213: 2 | 214: 2 | 215: 2 | 216: 2 | 217: 2 | 218: 2 | 219: 2 | 220: 2 |
| 221: 2 | 222: 2 | 223: 1 | 224: 1 | 225: 2 | 226: 2 | 227: 1 | 228: 2 | 229: 2 | 230: 2 |
| 231: 1 | 232: 2 | 233: 2 | 234: 2 | 235: 1 | 236: 2 | 237: 1 | 238: 2 | 239: 2 | 240: 2 |
| 241: 2 | 242: 2 | 243: 2 | 244: 2 | 245: 2 | 246: 2 | 247: 2 | 248: 2 | 249: 1 | 250: 2 |
| 251: 2 | 252: 2 | 253: 2 | 254: 1 | 255: 1 | 256: 2 | 257: 1 | 258: 2 | 259: 2 | 260: 1 |
| 261: 2 | 262: 2 | 263: 1 | 264: 1 | 265: 2 | 266: 1 | 267: 2 | 268: 2 | 269: 2 | 270: 2 |
| 271: 2 | 272: 1 | 273: 2 | 274: 2 | 275: 1 | 276: 1 | 277: 2 | 278: 2 | 279: 1 | 280: 1 |
| 281: 2 | 282: 2 | 283: 2 | 284: 1 | 285: 2 | 286: 2 | 287: 2 | 288: 2 | 289: 1 | 290: 2 |
| 291: 2 | 292: 2 | 293: 2 | 294: 2 | 295: 1 | 296: 2 | 297: 2 | 298: 2 | 299: 2 | 300: 2 |
| 301: 2 | 302: 2 | 303: 2 | 304: 1 | 305: 2 | 306: 2 | 307: 2 | 308: 2 | 309: 2 | 310: 2 |
| 311: 2 | 312: 2 | 313: 2 | 314: 1 | 315: 2 | 316: 2 | 317: 2 | 318: 2 | 319: 2 | 320: 2 |
| 321: 2 | 322: 2 | 323: 2 | 324: 2 | 325: 2 | 326: 1 | 327: 2 | 328: 2 | 329: 2 | 330: 2 |
| 331: 2 | 332: 2 | 333: 2 | 334: 2 | 335: 1 | 336: 2 | 337: 2 | 338: 2 | 339: 2 | 340: 2 |
| 341: 2 | 342: 1 | 343: 1 | 344: 2 | 345: 2 | 346: 2 | 347: 2 | 348: 1 | 349: 2 | 350: 2 |
| 351: 2 | 352: 2 | 353: 1 | 354: 1 | 355: 2 | 356: 2 | 357: 1 | 358: 2 | 359: 1 | 360: 1 |
| 361: 2 | 362: 1 | 363: 1 | 364: 2 | 365: 2 | 366: 2 | 367: 2 | 368: 1 | 369: 1 | 370: 1 |
| 371: 2 | 372: 1 | 373: 2 | 374: 2 | 375: 1 | 376: 2 | 377: 2 | 378: 1 | 379: 1 | 380: 2 |
| 381: 2 | 382: 2 | 383: 1 | 384: 2 | 385: 2 | 386: 2 | 387: 2 | 388: 1 | 389: 2 | 390: 2 |
| 391: 2 | 392: 1 | 393: 2 | 394: 2 | 395: 2 | 396: 1 | 397: 1 | 398: 1 | 399: 2 | 400: 1 |
| 401: 2 | 402: 2 | 403: 2 | 404: 1 | 405: 1 | 406: 2 | 407: 2 | 408: 2 | 409: 1 | 410: 2 |
| 411: 2 | 412: 1 | 413: 2 | 414: 1 | 415: 2 | 416: 2 | 417: 2 | 418: 2 | 419: 2 | 420: 1 |

RENEAU KENNEDY RE PHILIP ENGLISH                                        515

```
421: 1   422: 1   423: 2   424: 2   425: 2   426: 2   427: 1   428: 2   429: 1   430: 2
431: 2   432: 2   433: 2   434: 1   435: 2   436: 2   437: 2   438: 1   439: 2   440: 2
441: 2   442: 2   443: 2   444: 2   445: 1   446: 1   447: 2   448: 2   449: 2   450: 2
451: 2   452: 2   453: 2   454: 2   455: 1   456: 2   457: 2   458: 1   459: 2   460: 2
461: 1   462: 1   463: 2   464: 2   465: 2   466: 2   467: 1   468: 2   469: 2   470: 2
471: 2   472: 2   473: 1   474: 1   475: 2   476: 2   477: 2   478: 2   479: 2   480: 2
481: 2   482: 2   483: 2   484: 2   485: 2   486: 2   487: 2   488: 2   489: 2   490: 2
491: 2   492: 1   493: 1   494: 2   495: 2   496: 2   497: 2   498: 2   499: 1   500: 2
501: 1   502: 2   503: 1   504: 2   505: 2   506: 2   507: 2   508: 2   509: 1   510: 2
511: 2   512: 2   513: 2   514: 1   515: 2   516: 2   517: 2   518: 2   519: 2   520: 2
521: 2   522: 1   523: 1   524: 2   525: 2   526: 2   527: 2   528: 2   529: 2   530: 2
531: 2   532: 2   533: 2   534: 1   535: 2   536: 1   537: 2   538: 2   539: 2   540: 2
541: 2   542: 2   543: 2   544: 2   545: 2   546: 2   547: 1   548: 2   549: 1   550: 2
551: 2   552: 1   553: 2   554: 2   555: 2   556: 2   557: 2   558: 2   559: 2   560: 2
561: 1   562: 1   563: 2   564: 1   565: 2   566: 2   567: 2
```

**End of Report**

# PERSONALITY ASSESSMENT INVENTORY™

## Clinical Interpretive Report

by

Leslie C. Morey, PhD
and PAR Staff

## Client Information

| | | |
|---|---|---|
| Client Name | : | Phillip English |
| Client ID | : | -Not Specified- |
| Age | : | 48 |
| Gender | : | Male |
| Education | : | -Not Specified- |
| Marital Status | : | Divorced |
| Test Date | : | 04/18/2003 |
| Prepared For | : | -Not Specified- |

The interpretive information contained in this report should be viewed as only one source of hypotheses about the individual being evaluated. No decisions should be based solely on the information contained in this report. This material should be integrated with all other sources of information in reaching professional decisions about this individual.

This report is confidential and intended for use by qualified professionals only. It should not be released to the individual being evaluated.

PAR Psychological Assessment Resources, Inc. / P.O. Box 998 / Odessa, FL 33556 / Toll-Free 1-800-331-TEST
Personality Assessment Inventory™ copyright © 1989, 1990, 1991 by Psychological Assessment Resources, Inc. All rights reserved. PAI Clinical Interpretive Report copyright © 1990, 1991, 1993, 1995, 1998, 2000 by Psychological Assessment Resources, Inc. All rights reserved. May not be reproduced in whole or in part in any form or by any means without written permission of Psychological Assessment Resources, Inc. "Personality Assessment Inventory" is a trademark and "PAI" is a registered trademark owned by Psychological Assessment Resources, Inc.



Personality Assessment Inventory™ Clinical Interpretive Report                    **Page 2**
Client ID :  -Not Specified-
Test Date :  04/18/2003

## Full Scale Profile



| Scale | ICN | INF | NIM | PIM | SOM | ANX | ARD | DEP | MAN | PAR | SCZ | BOR | ANT | ALC | DRG | AGG | SUI | STR | NON | RXR | DOM | WRM |
|-------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| Raw | 0 | 4 | 5 | 9 | 26 | 39 | 27 | 35 | 12 | 34 | 23 | 18 | 0 | 0 | 6 | 0 | 24 | 21 | 9 | 4 | 14 | 19 |
| T | 34 | 55 | 62 | 36 | 65 | 71 | 59 | 72 | 38 | 68 | 62 | 50 | 36 | 41 | 54 | 32 | 93 | 84 | 61 | 29 | 38 | 42 |
| % | 30 | 63 | 78 | 67 | 67 | 67 | 67 | 67 | 67 | 67 | 58 | 67 | 83 | 67 | 67 | 67 | 75 | 100 | 63 | 63 | 83 | 83 |

Plotted *T* scores are based upon a census matched standardization sample of 1,000 normal adults.
■ indicates that the score is more than two standard deviations above the mean for a sample of 1,246 clinical patients.
◆ indicates that the scale has more than 20% missing items.

RENEAU KENNEDY RE PHILIP ENGLISH                    518

Personality Assessm ___ aventory™ Clinical Interpretive Report                Page 3
Client ID   : -Not Specified-
Test Date  : 04/18/2003

# Subscale Profile



Missing Items = 107

---

Plotted *T* scores are based upon a census matched standardization sample of 1,000 normal adults.
■ indicates that the score is more than two standard deviations above the mean for a sample of 1,246 clinical patients.
◆ indicates that the scale has more than 20% missing items.

RENEAU KENNEDY RE PHILIP ENGLISH                                                519

# Additional Profile Information

## Supplemental PAI Indexes

| Index | Value | T Score | |
|-------|-------|---------|-|
| Defensiveness Index | 0 | 32 | |
| Cashel Discriminant Function | 84.74 | 14 | |
| Malingering Index | 3 | 84 | |
| Rogers Discriminant Function | 0.00 | 0 | |
| Suicide Potential Index | 0 | 0 | |
| Violence Potential Index | 0 | 0 | |
| Treatment Process Index | 0 | 0 | |
| ALC Estimated Score | --- | 48 | (7$T$ higher than $ALC$) |
| DRG Estimated Score | --- | 45 | (9$T$ lower than $DRG$) |
| Mean Clinical Elevation | --- | 56 | |

## Coefficients of Fit with Profiles of Known Clinical Groups

| Database Profile | Coefficient of Fit |
|------------------|--------------------|
| Current suicide | 0.847 |
| Major Depressive Disorder | 0.813 |
| Cluster 7 | 0.800 |
| Cluster 2 | 0.779 |
| Antipsychotic medications | 0.775 |
| Dysthymic Disorder | 0.769 |
| Suicide history | 0.761 |
| Adjustment reaction | 0.752 |
| Paranoid delusions | 0.752 |
| Somatoform Disorder | 0.751 |
| Borderline Personality Disorder | 0.742 |
| Schizophrenia | 0.722 |
| Schizoaffective Disorder | 0.722 |
| Anxiety Disorder | 0.711 |
| Auditory hallucinations | 0.710 |
| Self-Mutilation | 0.705 |

Personality Assessm     Iventory™ Clinical Interpretive Report          Page 5
Client ID : -Not Specified-
Test Date : 04/18/2003

| Database Profile | Coefficient of Fit |
|---|---|
| NIM Predicted | 0.703 |
| Cluster 5 | 0.683 |
| Cluster 8 | 0.675 |
| Posttraumatic Stress Disorder | 0.671 |
| Cluster 10 | 0.632 |
| Fake Bad | 0.580 |
| All "Mainly True" | 0.545 |
| Cluster 4 | 0.538 |
| PIM Predicted | 0.514 |
| Cluster 3 | 0.512 |
| All "Slightly True" | 0.483 |
| Assault history | 0.459 |
| All "Very True" | 0.459 |
| Cluster 6 | 0.453 |
| Random responding | 0.431 |
| Mania | 0.422 |
| Current aggression | 0.366 |
| Alcoholic | 0.336 |
| Rapists | 0.306 |
| Drug abuse | 0.270 |
| Antisocial Personality Disorder | 0.259 |
| Prisoners | 0.114 |
| Cluster 1 | 0.052 |
| All "False" | 0.030 |
| Spouse abusers | -0.043 |
| Cluster 9 | -0.054 |
| Fake Good | -0.592 |

RENEAU KENNEDY RE PHILIP ENGLISH                    521

## Validity of Test Results

The PAI provides a number of validity indices that are designed to provide an assessment of factors that could distort the results of testing. Such factors could include failure to complete test items properly, carelessness, reading difficulties, confusion, exaggeration, malingering, or defensiveness. For this protocol, the number of uncompleted items is too great (i.e. greater than 5%) to generate a profile that would not have questionable validity. No clinical interpretation is provided for this protocol.

A significant number of missing items were found on the following scales: ICN, INF, NIM, PIM, SOM, ANX, ARD, DEP, MAN, PAR, SCZ, BOR, ANT, DRG, AGG, SUI, NON, RXR, SOM-C, SOM-S, SOM-H, ANX-C, ANX-A, ANX-P, ARD-O, ARD-P, ARD-T, DEP-C, DEP-A, DEP-P, MAN-A, MAN-G, MAN-I, PAR-H, PAR-P, PAR-R, SCZ-P, SCZ-S, SCZ-T, BOR-A, BOR-I, BOR-N, BOR-S, ANT-A, ANT-E, ANT-S, AGG-V, and AGG-P.

Personality Assessment Inventory™ Clinical Interpretive Report                Page 7
Client ID  :  -Not Specified-
Test Date  :  04/18/2003

# PAI Item Responses

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1. ST | 44. VT | 87. F | 130. - | 173. - | 216. F | 259. VT | 302. F |
| 2. MT | 45. ST | 88. F | 131. - | 174. - | 217. VT | 260. VT | 303. F |
| 3. VT | 46. VT | 89. F | 132. - | 175. - | 218. VT | 261. MT | 304. ST |
| 4. VT | 47. F | 90. F | 133. - | 176. - | 219. ST | 262. F | 305. VT |
| 5. F | 48. VT | 91. F | 134. - | 177. - | 220. VT | 263. ST | 306. F |
| 6. MT | 49. F | 92. VT | 135. - | 178. - | 221. VT | 264. F | 307. MT |
| 7. F | 50. F | 93. F | 136. - | 179. - | 222. F | 265. ST | 308. MT |
| 8. F | 51. F | 94. F | 137. - | 180. - | 223. ST | 266. F | 309. VT |
| 9. ST | 52. ST | 95. F | 138. - | 181. - | 224. ST | 267. ST | 310. ST |
| 10. MT | 53. ST | 96. F | 139. - | 182. - | 225. F | 268. F | 311. F |
| 11. VT | 54. VT | 97. - | 140. - | 183. - | 226. ST | 269. VT | 312. F |
| 12. ST | 55. F | 98. - | 141. - | 184. - | 227. F | 270. ST | 313. F |
| 13. ST | 56. MT | 99. - | 142. - | 185. - | 228. F | 271. F | 314. VT |
| 14. F | 57. VT | 100. - | 143. - | 186. - | 229. F | 272. ST | 315. ST |
| 15. F | 58. F | 101. - | 144. - | 187. - | 230. F | 273. F | 316. ST |
| 16. ST | 59. ST | 102. - | 145. - | 188. - | 231. F | 274. VT | 317. MT |
| 17. ST | 60. VT | 103. - | 146. - | 189. - | 232. ST | 275. VT | 318. F |
| 18. VT | 61. F | 104. - | 147. - | 190. - | 233. VT | 276. ST | 319. VT |
| 19. ST | 62. F | 105. - | 148. - | 191. - | 234. VT | 277. MT | 320. F |
| 20. ST | 63. F | 106. - | 149. - | 192. - | 235. F | 278. VT | 321. VT |
| 21. F | 64. VT | 107. - | 150. - | 193. - | 236. ST | 279. F | 322. VT |
| 22. F | 65. VT | 108. - | 151. - | 194. - | 237. ST | 280. F | 323. F |
| 23. F | 66. VT | 109. - | 152. - | 195. - | 238. F | 281. VT | 324. VT |
| 24. ST | 67. VT | 110. - | 153. - | 196. - | 239. F | 282. F | 325. VT |
| 25. VT | 68. MT | 111. - | 154. - | 197. - | 240. MT | 283. VT | 326. F |
| 26. ST | 69. VT | 112. - | 155. - | 198. - | 241. F | 284. VT | 327. VT |
| 27. ST | 70. ST | 113. - | 156. - | 199. - | 242. ST | 285. MT | 328. F |
| 28. ST | 71. F | 114. - | 157. - | 200. - | 243. VT | 286. F | 329. F |
| 29. MT | 72. ST | 115. - | 158. - | 201. - | 244. F | 287. ST | 330. VT |
| 30. MT | 73. ST | 116. - | 159. - | 202. - | 245. ST | 288. F | 331. VT |
| 31. F | 74. MT | 117. - | 160. - | 203. - | 246. F | 289. F | 332. F |
| 32. MT | 75. VT | 118. - | 161. - | 204. VT | 247. F | 290. VT | 333. F |
| 33. MT | 76. MT | 119. - | 162. - | 205. F | 248. ST | 291. VT | 334. VT |
| 34. MT | 77. F | 120. - | 163. - | 206. MT | 249. ST | 292. ST | 335. F |
| 35. MT | 78. VT | 121. - | 164. - | 207. F | 250. ST | 293. VT | 336. ST |
| 36. ST | 79. F | 122. - | 165. - | 208. ST | 251. VT | 294. VT | 337. MT |
| 37. ST | 80. VT | 123. - | 166. - | 209. VT | 252. ST | 295. VT | 338. F |
| 38. VT | 81. F | 124. - | 167. - | 210. F | 253. MT | 296. ST | 339. F |
| 39. F | 82. MT | 125. - | 168. - | 211. VT | 254. F | 297. ST | 340. VT |
| 40. F | 83. ST | 126. - | 169. - | 212. VT | 255. F | 298. VT | 341. F |
| 41. MT | 84. VT | 127. - | 170. - | 213. F | 256. ST | 299. ST | 342. F |
| 42. VT | 85. ST | 128. - | 171. - | 214. F | 257. MT | 300. VT | 343. ST |
| 43. F | 86. VT | 129. - | 172. - | 215. F | 258. F | 301. F | 344. F |

# Missing Items

The following items were not answered by the respondent:

| Item | Text |
|------|------|
| 97. | I worry a lot about other people leaving me. |
| 98. | When I get mad at other drivers on the road, I let them know. |
| 99. | People once close to me have let me down. |
| 100. | I've made plans about how to kill myself. |
| 101. | Sometimes I'm very violent. |
| 102. | My drug use has caused me financial strain. |
| 103. | I've never had problems at work because of drugs. |
| 104. | I sometimes complain too much. |
| 105. | I'm often so worried and nervous that I can barely stand it. |
| 106. | I get very nervous when I have to do something in front of others. |
| 107. | I don't feel like trying anymore. |
| 108. | My plans will make me famous someday. |
| 109. | People around me are faithful to me. |
| 110. | I'm a loner. |
| 111. | I'll do most things if the price is right. |
| 112. | I am in good health. |
| 113. | Sometimes I feel dizzy when I've been under a lot of pressure. |
| 114. | I've been troubled by memories of a bad experience for a long time. |
| 115. | I rarely have trouble sleeping. |
| 116. | Sometimes I get upset because others don't understand my plans. |
| 117. | I've given a lot, but I haven't gotten much in return. |
| 118. | Sometimes I have trouble keeping different thoughts separate. |
| 119. | My behavior is pretty wild at times. |
| 120. | My favorite sports event on television is the high jump. |
| 121. | I spend most of my time alone. |
| 122. | I need some help to deal with important problems. |
| 123. | I've had episodes of double vision or blurred vision. |
| 124. | I'm not the kind of person who panics easily. |
| 125. | I can relax even if my home is a mess. |
| 126. | Nothing seems to give me much pleasure. |
| 127. | At times my thoughts move very quickly. |
| 128. | I usually assume people are telling the truth. |
| 129. | I think I have three or four completely different personalities inside of me. |
| 130. | Others can read my thoughts. |
| 131. | I used to lie a lot to get out of tight situations. |
| 132. | My medical problems always seem to be hard to treat. |
| 133. | I am a warm person. |
| 134. | I have little control over my anger. |
| 135. | My drinking seems to cause problems in my relationships with others. |
| 136. | I have trouble standing up for myself. |
| 137. | I often wonder what I should do with my life. |

Personality Assessm... .nventory™ Clinical Interpretive Report                     Page 9
Client ID : -Not Specified-
Test Date : 04/18/2003.

138.    I'm not afraid to yell at someone to get my point across.
139.    I rarely feel very lonely.
140.    I've recently been thinking about suicide.
141.    Sometimes I smash things when I'm upset.
142.    I never use illegal drugs.
143.    I sometimes do things so impulsively that I get into trouble.
144.    Sometimes I'm too impatient.
145.    My friends say I worry too much.
146.    I'm not easily frightened.
147.    I can't seem to concentrate very well.
148.    I have accomplished some remarkable things.
149.    Some people try to keep me from getting ahead.
150.    I don't feel close to anyone.
151.    I can talk my way out of just about anything.
152.    I seldom have complaints about how I feel physically.
153.    I can often feel my heart pounding.
154.    I can't seem to get over something from my past.
155.    I've been moving more slowly than usual.
156.    I have great plans and it irritates me that people try to interfere.
157.    People don't appreciate what I've done for them.
158.    Sometimes it feels as if somebody is blocking my thoughts.
159.    If I get tired of a place, I just pick up and leave.
160.    Most people would rather win than lose.
161.    Most people I'm close to are very supportive.
162.    I'm curious why I behave the way I do.
163.    There have been times when my eyesight got worse and then better again.
164.    I am a very calm and relaxed person.
165.    People say that I'm a perfectionist.
166.    I've lost interest in things I used to enjoy.
167.    My friends can't keep up with my social activities.
168.    People generally hide their real motives.
169.    People don't understand how much I suffer.
170.    I've heard voices that no one else could hear.
171.    I like to see how much I can get away with.
172.    I've had only the usual health problems that most people have.
173.    It takes me a while to warm up to people.
174.    I've always been a pretty happy person.
175.    Drinking helps me get along in social situations.
176.    I feel best in situations where I am the leader.
177.    I can't handle separation from those close to me very well.
178.    I always avoid arguments if I can.
179.    I've made some real mistakes in the people I've picked as friends.
180.    I have thought about suicide for a long time.
181.    I've threatened to hurt people.
182.    I've used prescription drugs to get high.
183.    When I'm upset, I typically do something to hurt myself.
184.    I don't take criticism very well.
185.    I don't worry about things any more than most people.

186.  I don't mind driving on freeways.
187.  No matter what I do, nothing works.
188.  I think I have the answers to some very important questions.
189.  There are people who want to hurt me.
190.  I enjoy the company of other people.
191.  I don't like being tied to one person.
192.  I have a bad back.
193.  It's easy for me to relax.
194.  I have had some horrible experiences that make me feel guilty.
195.  I often wake up very early in the morning and can't get back to sleep.
196.  It bothers me when other people are too slow to understand my ideas.
197.  Usually I've gotten credit for what I've done.
198.  My thoughts tend to quickly shift around to different things.
199.  The idea of "settling down" has never appealed to me.
200.  My favorite hobbies are archery and stamp-collecting.
201.  People I know care about me.
202.  I'm comfortable with myself the way I am.
203.  I've had episodes when I've lost the feeling in my hands.


**\*\*\* End of Report \*\*\***

| Code: | | | Date: | 4/18/2003 |
| Name: | P. English | | Sex: | m |
| Date of Birth | 10/26/1954 | | Age: | 50 |

Based on Normative Sample for Males  N=400



**BTPI T-Scores**

| | INC | VIR | EXA | CLM | REL | SOM | EXP | NAR | ENV | DEP | ANX | A-O | A-I | PSY | GPC | TDC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| T scores | 43 | 60 | 94 | 49 | 70 | 87 | 41 | 57 | 77 | 88 | 90 | 53 | 75 | 82 | 86 | 76 |

| Raw Score | Scale | T Score | T | T SD | T Diff | T Dev | Significance (+/- 1.5 SD) | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 5 | INC | 43 | 49.52 | 10.68 | -6.52 | -0.61 | | Validity | INC | Inconsistent Responding |
| 9 | VIR | 60 | 49.96 | 10.02 | 10.04 | 1.00 | | | VIR | Overly Virtuous Self-Views |
| 36 | EXA | 94 | 50.12 | 10.02 | 43.88 | 4.38 | X | | EXA | Exagerated Problem Presentaion |
| 6 | CLM | 49 | 49.92 | 9.78 | -0.92 | -0.09 | | | CLM | Closed-Mindedness |
| 11 | REL | 70 | 49.96 | 10.03 | 20.04 | 2.00 | X | Treatment | REL | Problems in Relationship Formation |
| 13 | SOM | 87 | 49.91 | 10.08 | 37.09 | 3.68 | X | Issues | SOM | Somatization of Conflict |
| 7 | EXP | 41 | 49.98 | 9.94 | -8.98 | -0.90 | | | EXP | Low Expectation of Benefit |
| 10 | NAR | 57 | 49.96 | 10.06 | 7.04 | 0.70 | | | NAR | Self-Oriented/Narcicism |
| 11 | ENV | 77 | 50.08 | 9.98 | 26.92 | 2.70 | X | | ENV | Perceoved Lack of Environmental Support |
| 16 | DEP | 88 | 50.16 | 9.94 | 37.84 | 3.81 | X | Current | DEP | depression |
| 14 | ANX | 90 | 50.05 | 9.89 | 39.95 | 4.04 | X | Symptoms | ANX | Anxiety |
| 5 | A-O | 53 | 50.09 | 9.94 | 2.91 | 0.29 | | | A-O | Anger-out |
| 10 | A-I | 75 | 49.78 | 10.14 | 25.22 | 2.49 | X | | A-I | Anger-In |
| 8 | PSY | 82 | 49.75 | 10.02 | 32.25 | 3.22 | X | | PSY | Unusual Thinking |
| 306 | GPC | 86 | 50.02 | 9.96 | 35.98 | 3.61 | X | Composites | GPC | General Pathology Composii (DEP, ANX, A-O, A-I) |
| 414 | TDC | 76 | 49.99 | 10.01 | 26.01 | 2.60 | X | | TDC | Treatment Difficulty Compos (REL, SOM, EXP, NAR, ENV, PSY) |

# B T P I.™

**Butcher Treatment Planning Inventory™**

## Answer/Profile Sheet
### Full Form

Name: _Phil English_

Age: _48_   Date: _4/18/03_

Sex: _M_   Years of Education: _15_

_Please fax back results_

_Reneau Kennedy_

_faxed_

Ψ **THE PSYCHOLOGICAL CORPORATION®**
*Harcourt Brace & Company*
—— SAN ANTONIO ——
Orlando • Boston • New York • Chicago • San Francisco • Atlanta • Dallas
San Diego • Philadelphia • Austin • Fort Worth • Toronto • London • Sydney

Copyright © 1998 by The Psychological Corporation
All rights reserved. No part of this publication may be reproduced or transmitted
in any form or by any means, electronic or mechanical, including photocopy,
recording, or any information storage and retrieval system, without permission
in writing from the publisher.

*The Psychological Corporation* and the *PSI* logo are registered trademarks of
The Psychological Corporation.

*Butcher Treatment Planning Inventory* and *BTPI* are trademarks of
The Psychological Corporation.

Printed in the United States of America

1 2 3 4 5 6 7 8 9 10 11 12 A B C D E

**For Office Use Only**

| Scale | INC | VIR | EXA | CLM | REL | SOM | EXP | NAR | ENV | DEP | ANX | A-O | A-I | PSY |
|-------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| Raw Score | | | | | | | | | | | | | | |
| T Score | | | | | | | | | | | | | | |

0154029823

Name: _____

Date: _____

Fold down
on dotted line.

Fold down
on dotted line.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| INC = Inconsistent Responding | REL = Problems in Relationship Formation |
| VIR = Overly Virtuous Self-Views | SOM = Somatization of Conflict |
| EXA = Exaggerated Problem Presentation | EXP = Low Expectation of Benefit |
| CLM = Closed-Mindedness | NAR = Self-Oriented/Narcissism |
| | ENV = Perceived Lack of Environmental Support |

| | |
|---|---|
| DEP = Depression | GPC = General Pathology Composite |
| ANX = Anxiety | TDC = Treatment Difficulty Composite |
| A-O = Anger-Out | |
| A-I = Anger-In | |
| PSY = Unusual Thinking | |

| | Validity | | | | Treatment Issues | | | | | Current Symptoms | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| T Score | INC | VIR | EXA | CLM | REL | SOM | EXP | NAR | ENV | DEP | ANX | A-O | A-I | PSY | GPC | TDC | T Score |

(Profile grid with T Score values: 99, 90, 80, 70, 60, 50, 40, ≤30)

Norms (check one in each column)

☐ Normative   ☐ Female
☐ College     ☐ Male
☐ Clinical    ☐ Combined

☐ DEP
T Score
+ ☐ ANX
T Score
+ ☐ A-O
T Score
+ ☐ A-I
T Score
= ☐

☐ REL
T Score
+ ☐ SOM
T Score
+ ☐ EXP
T Score
+ ☐ NAR
T Score
+ ☐ ENV
T Score
+ ☐ PSY
T Score