RECEIVED AUG 1 6 2005
ak: Appraisals

DARYL MATTHEWS, M.D., PH.D.
TERESA LATHROP, M.F.T.
DARYL FUJII, PH.D.
EUGENE WANG, M.D.
SHEILA WENDLER, M.D.

**HAWAI'I FORENSIC ASSOCIATES, LLC**
345 QUEEN STREET, SUITE 900
HONOLULU, HAWAI'I 96813
PHONE: 808-735-8505
FAX: 808-955-0933

FORENSIC CONSULTANTS IN PSYCHIATRY,
PSYCHOLOGY, AND THE BEHAVIORAL SCIENCES

August 14, 2005

Roger S. Moseley, Esq.
Moseley Biehl Tsugawa Lau & Muzzi
Alakea Corporate Tower
1100 Alakea Street, 23rd Floor
Honolulu, Hawaii 96813

      RE:  English vs. City & County of Honolulu
          Civil No. 04-00108 JMS-KSC

Dear Mr. Moseley:

Please accept this preliminary report of my initial findings after my psychiatric evaluation of Mr. Philip English. I am not able to give you a full report at this time as I have not as yet received or been able to assess all data concerning Mr. English. In particular, I have not yet received the data and findings from his psychological testing.

I reviewed the material you provided me and examined Mr. English in my office on 08/08/2005. My assistant, Teresa Lathrop, M.S., M.F.T., also participated in the examination. Prior to the examination, I explained to Mr. English that the examination was being conducted at your request and that I would be preparing a report that would be directed to you concerning his psychiatric condition and its relationship to his legal suit. Thus, the evaluation was not confidential. I also explained to him that I would not undertake to provide him with any medical treatment or advice. Mr. English understood these considerations and agreed to proceed with the examination.

### Brief Overview of the Problem

Mr. English was employed as a Real Estate Appraiser for the City and County of Honolulu. He reported that he suffered retaliation at the hands of his administrators and co-workers after he complained to them about one of his administrators having his own personal/ private work done by a city employee on city time. He alleges that the stress and retaliation at work eventually became so severe that he became symptomatic and eventually was ordered by his physician off all work.

### Psychiatric Symptoms





EXHIBIT
104
8-16-06 Matthews

Roger Moseley
Re: Philip English
August 14, 2005
Page 2 of 3

Mr. English described current psychiatric symptoms as insomnia, isolative behaviors, weight loss, feelings of being violated, anxiety, paranoia, confusion and difficulty concentrating, tearfulness, emotional and physical fatigue, depression, hopelessness, constant ruminations, frustrations, and low self-esteem/lack of confidence.

In addition, his examination and records reveal a history of long- standing personality traits including moralistic/unrealistic values; loneliness; feelings of being misunderstood; self-importance; preoccupation with rules and details; perfectionism; over-conscientious or scrupulous behaviors with inflexibility, rigidity and stubbornness.

## Conclusions

It should be noted that current conclusions may need modification depending on the results of psychological testing or if further information is made available.

## Diagnosis

| | |
|---|---|
| Axis I: | Major Depressive Disorder, Recurrent, Moderate, Without Psychotic Features, With History of Interepisode Recovery |
| Axis II: | Personality Disorder Features (Paranoid, Obsessive Compulsive, Narcissistic) |
| Axis III: | History of kidney cancer and nephrectomy, 1998 |
| Axis IV: | Occupational problems<br>Financial problems<br>Housing problems<br>Problems with access to medical care<br>Psychiatric problems of fifteen year old son<br>History of marital problems |
| Axis V: | Current: 55   Highest in Past Year: 55 |

Mr. English had been married for approximately twelve years when in 1998 his wife told him that she did not love him anymore and filed for divorce. By his report, she was a successful attorney and very capable of getting the divorce settlement that was most beneficial to her situation. Also, in 1998, Mr. English was diagnosed with kidney cancer and underwent nephrectomy. His situational life difficulties, both physical and emotional, caused him a severe depression. He had two suicidal attempts and was diagnosed with a Major Depressive Disorder.

Roger Moseley
Re: Philip English
August 14, 2005
Page 3 of 3

He received psychiatric/psychological treatment, including medication, and stated that he eventually got better. He had only recently recovered from this serious psychiatric disorder when he began working for the City and County of Honolulu as an Appraiser in June, 2000.

Mr. English had misgivings that the job he was hired for was beneath his skill level. Even so, initially, he felt good about his new career, his administrators, and co-workers. His early employee evaluations confirm his success at work. However, he believed that after he "blew the whistle" on his administrator's inappropriate behaviors, he was subject to retaliation. He believes his employee evaluations and subsequent return to probationary status are a result of this retaliation. If it can be presumed that Mr. English did witness and confront inappropriate/illegal behaviors on the part of his supervisor, then his psychiatric symptoms are resultant from this work situation. His tenuous psychiatric state, including some entrenched personality disorder features, was not able to withstand the stress and pressure of dealing with this possibly volatile situation.

While it is beyond the scope of my expertise to determine unlawful or inappropriate behaviors by Mr. English's superiors, it is important to note that I found no indication in Mr. English's personality features of a tendency to malinger, distort, or deceive.

Also important are Mr. English's current employment difficulties. He continues to exhibit diminished confidence that he can express himself at work without fear of retribution. His personality disorder features undermine the ability necessary to lift himself out of his occupational decline. He lacks the interpersonal skill set to recover from his work injury and develop a new career at his previous level of employment. In short, his mental health disorders prevent his ability to "bounce back," and continue on in some productive employment venue. His long-term prognosis is not good.

A more detailed report will be made as soon as all data is collected and reviewed. Please let me know if further clarification is needed at this point.

Sincerely,


Daryl B. Matthews, M.D., Ph.D.

Curriculum Vitae

DARYL BRUCE MATTHEWS, M.D., Ph.D.

| | |
|---|---|
| Office Address: | 345 Queen Street, Suite 900 |
| | Honolulu, Hawaii 96813 |
| | Phone: 808-735-8920 |
| | Fax: 808-356-0739 |
| | email: dmatthews@jhu.edu |
| Date of Birth: | September 26, 1947 (Cleveland, Ohio, U.S.A.) |
| Citizenship: | United States of America |

## FORMAL EDUCATION

| | |
|---|---|
| 1971-1977 | The Johns Hopkins University |
| | Doctor of Philosophy (Sociology) |
| 1969-1973 | The Johns Hopkins University |
| | Doctor of Medicine |
| 1967-1969 | The Johns Hopkins University |
| | Bachelor of Arts (Human Biology) |
| 1965-1967 | Dartmouth College |

## POSTGRADUATE MEDICAL EDUCATION

| | |
|---|---|
| 1981-1982 | Fellow in Forensic Psychiatry |
| | Institute of Law, Psychiatry, and Public Policy |
| | Schools of Law and Medicine |
| | The University of Virginia |
| 1973-1976 | Resident in Psychiatry |
| | The Johns Hopkins Hospital |
| 1973-1976 | Fellow in Psychiatry and Behavioral Sciences |
| | The Johns Hopkins Hospital |

## MEDICAL QUALIFICATIONS

| | |
|---|---|
| Licensure: | Active: Hawaii, Arkansas, Tennessee |
| | Inactive: Maryland, Massachusetts, Virginia |
| Certification: | American Board of Psychiatry and Neurology |
| | Psychiatry, 1984 |
| | Subspecialty of Forensic Psychiatry, 1994 |

Daryl Bruce Matthews                                                          Page 2

American Board of Forensic Psychiatry, 1986

CURRENT APPOINTMENTS

2002-                    Professor of Psychiatry and Director,
                         Forensic Psychiatry Program
                         John A. Burns School of Medicine
                         University of Hawaii
                         Honolulu, Hawaii

1995-                    Consultant, U.S. Army Medical Command, and
                         Co-Director of Training in Forensic Psychiatry
                         Tripler Army Medical Center
                         Honolulu, Hawaii

PRIOR POSITIONS

1995-2001                Clinical Professor of Psychiatry
                         John A. Burns School of Medicine
                         University of Hawaii
                         Honolulu, Hawaii

1990-1995                Professor and Director of Education
                         Department of Psychiatry
                         University of Arkansas for Medical Sciences
                         Little Rock, Arkansas

1994-1995                Adjunct Faculty
                         School of Law
                         University of Arkansas at Little Rock
                         Little Rock, Arkansas

1987-1990                Associate Professor of Psychiatry
                         John A. Burns School of Medicine
                         University of Hawaii

1982-1987                Associate Clinical Professor of Psychiatry
                         John A. Burns School of Medicine
                         University of Hawaii

1982-1984                Chief, Kauai Community Mental Health Center
                         Lihue, Hawaii

1981-1982                Associate Professor of Behavioral Medicine
                          and Psychiatry
                         University of Virginia School of Medicine

Daryl Bruce Matthews                                                                    Page 3

| 1976-1981 | Assistant Professor of Psychiatry and of<br>Socio-Medical Sciences and Community Medicine<br>Boston University School of Public Health |
|---|---|
| 1973-1976 | Lecturer in Behavioral Sciences<br>The Johns Hopkins University<br>School of Public Health |

## OTHER PROFESSIONAL ACTIVITIES

| 2004- | Forensic Psychiatry Consultant<br>Office of the Prosecutor<br>International Criminal Tribunal for the Former Yugoslavia, The Hague |
|---|---|
| 2004- | Forensic Psychiatry Consultant<br>Office of Military Commissions (Defense Counsel)<br>United States Department of Defense, Arlington, Virginia |
| 2004- | Faculty Senate, John A. Burns School of Medicine<br>University of Hawaii |
| 2002- | Director, Forensic Psychiatry Evaluation Service<br>Department of Psychiatry, John A. Burns School of Medicine<br>University of Hawaii |
| 2001-2003 | Training Director<br>Forensic Examiner Certification Program<br>State of Hawaii, Department of Health |
| 2001- | Forensic Psychiatry Consultant<br>State of Hawaii, Department of Health |
| 2001- | Forensic Psychiatry Certification/Recertification Committee<br>American Board of Psychiatry and Neurology |
| 1999 | Visiting Professor of Psychiatry<br>University of Madrid, Spain |
| 1998-2002 | Admissions Interviewer<br>John A Burns School of Medicine<br>University of Hawaii |
| 1998-2000 | Education Co-Chair<br>Scientific Program Committee<br>World Psychiatric Association |

Exhibit 104-00006

Daryl Bruce Matthews                                                           Page 4

|  |  |
|---|---|
|  | Conference on Forensic Psychiatry<br>Madrid, Spain |
| 1996- | Specialist Site Visitor in Forensic Psychiatry<br>Residency Review Committee for Psychiatry<br>Accreditation Council for Graduate Medical Education |
| 1995-1998 | Hawaii State Task Force on Individuals with Mental<br> Illness in the Criminal Justice System |
| 1995- | Private Practice of Forensic Psychiatry |
| 1993-1995 | Arkansas Attorney General's Committee<br> on Anti-Stalking Legislation |
| 1993 | Visiting Professor<br>Department of Psychiatry<br>John A. Burns School of Medicine<br>University of Hawaii |
| 1992-1995 | Medical Ethics Faculty<br>Division of Medical Humanities<br>University of Arkansas for Medical Sciences |
| 1992- | Editorial Board<br>Psychiatry Resident in Training Examination<br>American College of Psychiatrists |
| 1992- | Article Referee<br>Bulletin of the American Academy of<br> Psychiatry and the Law; Journal of the American<br> Academy of Psychiatry and the Law |
| 1991 | Visiting Professor<br>Tripler Army Medical Center<br>Honolulu, Hawaii |
| 1990-1995 | Medical Expert<br>Department of Health and Human Services<br>Social Security Administration |
| 1989 | Article Referee<br>Journal of Forensic Sciences |
| 1988-1990 | Chairman<br>Kauai Service Area Board for |

Daryl Bruce Matthews                                                             Page 5

                              Mental Health and Substance Abuse

1988-1990              Steering Committee
                       Certification Program in Forensic Mental Health
                       Department of Health, State of Hawaii

1988-                  Examiner in Psychiatry
                       American Board of Psychiatry and Neurology

1987-                  Psychiatric Consultant
                       Threat Assessment Group, Inc.
                       Newport Beach, California

1985-1990              Medical Advisory Committee
                       Department of Commerce and Consumer Affairs
                       State of Hawaii
                       (psychiatric consultant in matters affecting
                       professional and vocational licensure)

1983-1985              Board of Editors
                       Law, Medicine & Health Care

1982-1990              Private practice of general
                         and forensic psychiatry

1981-1983              Associate Editor
                       Law, Medicine & Health Care

1981-1982              Member
                       Commissioner's Committee on Forensic Services
                       Virginia Department of Mental Health

1981-1982              Certified Forensic Examiner
                       State of Virginia

1980-1981              Member of the Council (Medicine)
                       American Society of Law and Medicine

1980                   Chair, Institutional Review Board
                       Bridgewater State Hospital
                       Bridgewater, Massachusetts

1979-1981              Associate Editor
                       Medicolegal News

1979-1980              Chair, Admissions Committee

Daryl Bruce Matthews                                                            Page 6

Boston University School of Public Health

1979-1980              Consulting Psychiatrist, Complaint Committee
                       Massachusetts Board of Registration in Medicine

1976-1981              Associate Director of Undergraduate Education
                       Division of Psychiatry
                       Boston University School of Medicine

HOSPITAL STAFF APPOINTMENTS

2001-                  Academic Medical Staff
                       Hawaii State Hospital
                       Honolulu, Hawaii

1995-2001              Courtesy Medical Staff
                       Hawaii State Hospital
                       Honolulu, Hawaii

1990-1995              Medical Staff
                       University Hospital
                       Little Rock, Arkansas

1990-1992              Consulting Staff
                       North Little Rock Veterans
                        Administration Hospital
                       North Little Rock, Arkansas

1983-1990              Courtesy Medical Staff
                       G.N. Wilcox Memorial Hospital
                       Lihue, Hawaii

1989-1990;             Active Medical Staff
1982-1986              Samuel Mahelona Memorial Hospital
                       Kapaa, Hawaii

1981-1982              Visiting Physician
                       University of Virginia Medical Center
                       Charlottesville, Virginia

1981-1982              Psychiatric Consultant
                       Forensic Evaluation Unit
                       Western State Hospital
                       Staunton, Virginia

1976-1981              Assistant Visiting Physician

Daryl Bruce Matthews                                                              Page 7

University Hospital, Boston, Massachusetts

## HONORS, AWARDS, & LISTINGS

Outstanding Teacher 2002-2003, University of Hawaii, Department of Psychiatry

Distinguished Fellow, American Psychiatric Association, 2003

Fellow, American Psychiatric Association, 1999

Emile Eckart Award for Excellence in Resident Education, University of Arkansas for Medical Sciences, 1995

Arkansas Institute of Continuing Legal Education: Best of CLE 1992

Who's Who of Emerging Leaders in America

West's Who's Who in Health & Medical Services

Who's Who Among Human Services Professionals

Who's Who in Medicine and Healthcare

Who's Who in Science and Engineering

Who's Who in the South and Southwest

Who's Who in the West

Sol. W. Ginsburg Fellow, Group for the Advancement of Psychiatry

Commonwealth Fund International Fellow in Medical Care

Haas Memorial Fund Scholar

## PROFESSIONAL ORGANIZATIONS

American Academy of Forensic Sciences

American Academy of Psychiatry and the Law
    Councilor, 1996-1999
    Education Committee, 1991-1997; 1999-
        Chair, 1994-1997
    Ethics Committee, 1995-1999
        Chair, 1995-1999
    Nominating Committee 1997-1999
    Learning Resource Committee, 1994-1996
    Program Committee, 1994-1997

Daryl Bruce Matthews                                                                                   Page 8

        Awards Committee, 1994-1997
        Task Force on Practice Guidelines
         for Forensic Evaluations, 1995-1999
        Liaison to Spanish Society for Legal Psychiatry, 1999-
        Committee on Computers and Forensic Psychiatry, 2003-

American Association of Directors of Residency Training in Psychiatry

American Association for Social Psychiatry

American College of Psychiatrists
        Psychiatry Resident in Training Exam, Editorial Board, 1999-2005

American Psychiatric Association
        Committee on Confidentiality, 1999-2000
        Fellow, 2000-2003
        Committee on Judicial Action 2002-2005
        Distinguished Fellow 2003-

Arkansas Psychiatric Society 1990-1995
        President, 1993-1994
        President-elect, 1992-1993
        Secretary, 1991-1992
        Local Arrangements Chairman, 1991-1992
        Program Committee, 1990-1992

Association of Directors of Forensic Psychiatry Fellowships

Hawaii Psychiatric Medical Association 1982-1990; 1995-
        Legislative Committee 1999-
        Task Force on Involuntary Medication 1999-2000
        Chair, Forensic Committee 2001-

International Academy of Forensic Mental Health Services

International Academy of Law and Mental Health

Sociedad Española de Psiquiatría Legal

SELECTED (1990-) PRESENTATIONS AND ABSTRACTS

1990

"Psychotropic Medications and Malpractice," Defense Research Institute, San Francisco, California, March.

Daryl Bruce Matthews                                                                                  Page 9

"Stalking Behavior," National Academy of Sciences, Institute of Medicine, Washington, DC, April.

"Cults that Kill," University of Hawaii, John A. Burns School
of Medicine, Department of Psychology, grand rounds, Honolulu, Hawaii, April.

"Forensic Psychiatry and Mental Injury," Pulaski County Bar Association, Little Rock, Arkansas,
October.

    1991

"Current Liability Issues in Mental Health Care," Health Services
Research Center, special conference series, Little Rock, Arkansas, February.

"Malpractice Issues for Community Mental Health Professionals," Mental Health Council of
Arkansas, 19th Annual Mental Health Institute, Hot Springs, Arkansas, August.

"The Insanity Defense," Arkansas Institute for Continuing Legal Education, criminal law seminar,
Little Rock, Arkansas, October.

"Mental Health Issues in Capital Sentencing," Arkansas Psychological
Association, annual meeting, Little Rock, Arkansas, November.

"Patient-Therapist Sexual Relations and the Law," Arkansas Psychiatric Society, annual meeting,
Little Rock, Arkansas, November.

    1992

"The Tarasoff Case," Youth Home of Arkansas, Little Rock, Arkansas, January.

"The Role of Forensic Psychiatry in Civil Litigation," Arkansas Trial Lawyers' Association,
midwinter conference, Little Rock, Arkansas, February.

"Current Issues in Forensic Mental Health Training in State Mental Health Systems and
University Settings," American College of Forensic Psychiatry, annual meeting, San Francisco,
California, April.

"The Insanity Defense," Arkansas Institute for Continuing Legal Education, Little Rock,
Arkansas, June.

"The Defense of Mental Disorder," Arkansas Bar Association, annual meeting, Little Rock,
Arkansas, June.

"Recent Developments in the Law of Insanity," Louisiana State University Medical Center,
Shreveport, Louisiana, September.

Daryl Bruce Matthews                                                                 Page 10

1993

"The Insanity Defense and the Role of the Forensic Psychiatrist," UALR School of Law, Little
Rock, Arkansas, February.

"Something Special for Our Residents:  Propranolol?," Association for Academic Psychiatry,
annual meeting, Tucson, Arizona, March.
"Duty to Protect" Arkansas Psychological Association, annual meeting, Little Rock, Arkansas,
April.

"Testifying in Court," St. Vincent Infirmary Medical Center, Little Rock, Arkansas, April.

"Malpractice Issues in Managed Care," American Psychiatric Association, annual meeting, San
Francisco, California, May.

"Malpractice Liability and Managed Care," Mental Health Council of Arkansas, 21st Annual
Mental Health Institute, Hot Springs, Arkansas, August.

"Murder, Madness, & Medicine," BridgeWay Hospital, North Little Rock, Arkansas, August.

"Implications of DSM-IV for Forensic Psychiatry," American Academy of Psychiatry and the
Law, 24th annual meeting, San Antonio, Texas, October.

1994

"The Videotaped Good-Bye of the Perpetrator of a Mass-Murder/ Suicide," University of
Arkansas for Medical Sciences, Department of Psychiatry, grand rounds, Little Rock, Arkansas,
January.

"A Cluster of Multiple Personality Disorder Cases in a State Forensic Hospital," American
Academy of Forensic Sciences, 46th annual meeting, San Antonio, Texas, February.

"Developments in the Law of Sanity and DSM-IV," University of Arkansas at Little Rock School
of Law, Criminal Law Association, program entitled Psychiatric Issues in Criminal Trials, Little
Rock, Arkansas, March.

"Workplace Violence," Arkansas Division of Mental Health Services, First Annual Forensic
Conference, Arkansas Department of Mental Health Services, North Little Rock, Arkansas,
April.

"Workplace Violence," Violence in Today's Society, first annual forensic conference, North Little
Rock, Arkansas, April.

"Update on Malpractice Issues in Managed Care," American Psychiatric Association, annual
meeting, Philadelphia, Pennsylvania, May.

Daryl Bruce Matthews                                                                                      Page 11

"Impaired Drivers, HIV, and Abandonment," Arkansas Psychiatric Society and Arkansas
Psychological Association (joint meeting), Little Rock, Arkansas, June.

1995

"Lecture Attendance and Performance on NBME Shelf Examination in Sophomore Behavioral
Sciences Course," Association for Academic Psychiatry, annual meeting, San Antonio, Texas,
March.

"Professional Ethics in Mental Health," Arkansas Psychological Association, spring conference,
Little Rock, Arkansas, April.

"On-Line Database Searching in Forensic Psychiatry" in Course, "Computers in Forensic
Psychiatry: An Introduction," American Academy of Psychiatry and Law, 26th Annual Meeting,
Seattle, October.

1996

"Medicolegal Aspects of Inpatient Violence," Grand Rounds, Tripler Army Medical Center,
Honolulu, February.

"Ethical Practice in Forensic Psychiatry: The AAPL Ethical Guidelines" American Academy of
Psychiatry and Law, 27th Annual Meeting, San Juan, October.

"Medicolegal Issues in Inpatient Psychiatry," Grand Rounds, Tripler Army Medical Center,
Honolulu, November.

1997

"Social Policy Issues in Severe Mental Illness," University of Hawaii School of Social Work,
Honolulu, February.

"Current Issues in Psychiatry and Criminal Law," Annual Symposium, State of Hawaii, Office of
the Public Defender. Honolulu, May.

"The Use and Misuse of Psychiatrists in Criminal Cases," Annual Meeting, Association of
Government Attorneys in Capital Litigation, San Antonio, July.

"Physician Sexual Misconduct," Physicians Insurance Company, Defense Counsel Seminar,
Seattle, October.

"Multiple Homicide," VIIth National Congress, Sociedad Española de Psiquiatría Legal, Avila,
Spain, October.

"Ethics and Pre-Arraignment Psychiatric Evaluations," American Academy of Psychiatry and
Law, 28th Annual Meeting, Denver, October.

Daryl Bruce Matthews                                                      Page 12

"Psychiatric Issues in Sex Offenses," Kauai Community Mental Health Center, Lihue, December.

1998

"Evaluation of Mental State at the time of Alleged Offense,"
University of Hawaii, School of Social Work, Honolulu, February

"Psychiatric Illness and Occupational Stress," State of Hawaii, Department of Education, Honolulu, July.

"Murder Followed by Suicide," G.M. Wilcox Memorial Hospital, Lihue, Hawaii, August.

"Murder Followed by Suicide," Department of Psychiatry and Psychological Medicine, University of Madrid, Spain, September.

"The Analysis and Presentation of Forensic Data," VIIIth National Congress, Sociedad Española de Psiquiatría Legal, San Sebastian, Spain, October.

1999

"Multiple Homicide," University of Hawaii School of Social Work, Honolulu, March.

"Malpractice Liability for Suicide," Department of Psychiatry and Psychological Medicine, University of Madrid, Spain, July.

2000

Stalking and Murder/Suicide, University of Hawaii School of Social Work, March.

Competency for Execution, Psychiatric Grand Rounds, Tripler Army Medical Center, May.

The Forensic Evaluation of the >False Memory Syndrome= World Psychiatric Association Conference on Forensic Psychiatry, Madrid, Spain, June.

The Weed Becomes a Rose: The Development of Forensic Training and Practice in the United States of America, World Psychiatric Association Conference on Forensic Psychiatry, Madrid, Spain, June.

Psychiatric Issues in Capital Litigation, Capital Litigation Symposium, Office of Legal Education, Executive Office for United States Attorneys, U.S. Department of Justice, National Advocacy Center, Columbia, South Carolina, October.

2001

Exhibit 104-00015

Daryl Bruce Matthews                                                               Page 13

Psychiatric Evaluations in Workplace Homicides: The Honolulu Xerox Shooting, University of Hawaii, School of Social Work, Honolulu, February.

Forensic Issues in Psychiatric Social Work, Department of Social Work, Hawaii State Hospital, Kaneohe, May.

Assessing Competency to Stand Trial, Psychiatric Grand Rounds, Hawaii State Hospital, Kaneohe, June.

2002

Psychiatry and the Death Penalty, Department of Psychology, Reed College, Portland Oregon, April.

Assessing the Risk of Violence in Psychiatric Patients; Hawaii State Department of Health, Kauai and Maui, Hawaii, May.

Criminal and Civil Litigation Involving Selective Serotonin Reuptake Inhibitors, Sociedad Española de Psiquiatría Legal, Oviedo, October.

2003

Barriers to Culturally Competent Forensic Exams for Guantánamo Detainees, American Academy of Psychiatry and the Law, October.

Forensic Psychiatry in the Evaluation of Clergy Sexual Misconduct, Sociedad Española de Psiquiatría Legal, Almagro, November.

Ethical and Cultural Issues in the Forensic Evaluation of the Guantánamo Detainees, Sociedad Española de Psiquiatría Legal, Almagro, November.

Absence of U. S. Criminal Law Protections in the Trials of the Guantánamo Detainees: Implications for Professional Ethics, New College, Oxford University, UK, November.

Mental Defenses: Origins And Evaluation, Indiana Prosecutors Association, Indianapolis, December.

2004

Mental Health Aspects of the Guantánamo Detentions, Boston University, Health and Human Rights Symposium, Boston, April.

Toward an Evidence-Based Practice Model for Competency Restoration Programming, American Psychological Association Annual Convention, Honolulu, July.

Assessing Violence Risk in Psychiatric Patients, Sociedad Española de Psiquiatría Legal, Malaga, October.

Daryl Bruce Matthews                                                              Page 14

The Case of Pavle Strugar: Alleged Incompetency to Stand Trial at the International Criminal
Tribunal for the Former Yugoslavia, Sociedad Española de Psiquiatría Legal, Malaga, October.

   2005

Forensic Psychiatry and International Human Rights Law, Grand Rounds, Department of
Psychiatry, John A. Burns School of Medicine, Honolulu, January.

Ethical Issues in the Forensic Evaluation of Guantanamo Bay Detainees, Annual Residential
Meeting, Faculty of Forensic Psychiatry, Royal College of Psychiatrists, Belfast, February.


PUBLICATIONS

Books

D. Matthews, Disposable Patients: Situational Factors in Emergency Psychiatric Decisions,
Lexington Books, 1980.

N. Scotch, J. Swazey, and J. Sorenson, with D. Matthews and C. Kavanagh, Reproductive Pasts,
Reproductive Futures: Genetic Counseling and Its Effectiveness, Alan R. Liss, 1981.

W. Tseng, D. Matthews and T. Elwyn, Cultural Competency in Forensic Psychiatry,
Brunner/Routledge, 2004.

Chapters

R. Hingson, D. Matthews, and N. Scotch, "The Use and Abuse of Psychoactive Substances," in H.
Freeman, S. Levine, and L. Reeder (eds.) Handbook of Medical Sociology (Third Edition),
Prentice-Hall, 1978.

P. Dietz, S. Platman, and D. Matthews, "The Organization and Delivery of Mental Health
Services," in G. Balis et al. (eds.) The Psychiatric Foundations of Medicine, Butterworth, 1978.

D. Matthews and W. Tseng, "Forensic Psychiatry" in W. Tseng and J. Streltzer (eds.) Cultural
Competency in Psychiatry, American Psychiatric Press, Inc., 2004.

Articles

D. Matthews, "The Noncompliant Patient," Primary Care, Vol. 2, No. 2 (June, 1975).

D. Matthews and R. Hingson, "Improving Patient Compliance: A Guide for Physicians," Medical
Clinics of North America, Vol. 61, No. 4 (July, 1977).

D. Matthews and P. Dietz, "Labeling Theory and the Family Dynamics of Schizophrenia," Child
Psychiatry Quarterly, Vol. 11, No. 4 (October, 1978).

D. Matthews, "Where There's Smoke There's Ire," Medicolegal News, Vol. 7, No. 4 (Winter,
1979).

Daryl Bruce Matthews                                                                                      Page 15

C. Kavanagh, D. Matthews, J. Sorenson, and J. Swazey, "Multi-Institutional Review of a Genetic Counseling Study," I.R.B.: A Review of Human Subjects Research, Vol. 1, No. 2 (April, 1979).

D. Matthews, "The Right to Refuse Psychiatric Medication," Medicolegal News, Vol. 8, No. 2 (April, 1980).

D. Matthews and P. Coyne, "Arbeit Macht Frei: Vocational Rehabilitation and Virginia's Criminally Insane," University of Richmond Law Review, Vol. XVI, No. 3 (Spring, 1982).

P. Dietz, D. Matthews, J. Warren, C. Van Duyne, T. Stewart, J. Crowder, and D. Martell, "Threatening and Other Inappropriate Letters to Hollywood Celebrities," Journal of Forensic Sciences, Vol. 36, No. 1 (January 1991).

P. Dietz, D. Matthews, D. Martell, T. Stewart, D. Hrouda, and J. Warren, "Threatening and Other Inappropriate Letters to Members of Congress," Journal of Forensic Sciences, Vol. 36, No. 5 (September 1991).

K. Rost, G. R. Smith, D. Matthews, and B. Guise, "The Deliberate Misdiagnosis of Major Depression in Primary Care," Archives of Family Medicine, Vol. 3 (April 1994).

S. Tisza, J. Mottl, D. Matthews, "Current trends in workers' compensation stress claims," Current Opinion in Psychiatry, Vol. 16, 571, 2003.

revised 02/05