# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

9/27/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV04-00108KSC |
| CASE NAME: | Philip E. English v. City and County of Honolulu, et al. |
| ATTYS FOR PLA: | Roger Moseley<br>Christopher Muzzi<br>Plaintiff Philip English |
| ATTYS FOR DEFT: | Anthony Wong<br>Julie Quinn, State Farm representative<br>James Kawashima<br>Randall Yamamoto<br>Megan Thomas, AIG representative<br>Michael Lorusso<br>Richard Miller<br>Steve Hisaka<br>Mediator Gerald Sekiya |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | In Chambers - no record<br>8:30-11:00am<br>1:30-4:00pm<br>(Settlement Conf) |
| DATE: | 9/27/2006 | TIME: | FTR C5<br>4:02-4:12:52pm<br>(Settlement on Record) |

COURT ACTION:  EP: Further Settlement Conference (Day 2).  Settlement Conference held.  Case settled.  Terms stated.

Based upon representations by counsel and plaintiff's acceptance, the court finds that the essential terms of a valid and binding settlement agreement have been stated.

The deadline for filing of the Dismissal is 2/23/2007.  If the Dismissal is not filed by then, the Court will enter an Order of Dismissal retaining jurisdiction to enforce the terms of the settlement.  All pending motions are deemed to be withdrawn.

The following dates are hereby vacated:

9/27/06, 9:00am:
1.  Plaintiff Philip E. English's Motion for Partial Summary Judgment on Count IV Unlawful Discrimination and Retaliation Against Defendants City and County of Honolulu, Gary T. Kurokawa, Robert O. Magota, and Ann C. Gima as to Liability Only [356]
2.  Defendant GK Appraisals, Inc.'s Motion for Summary Judgment [306]
3.  Defendants Gary T. Kurokawa, Robert O. Magota, and Ann C. Gima's Motion for Partial Summary Judgment on Qualified Immunity [341]
4.  Defendants City and County of Honolulu, Gary T. Kurokawa, Robert O. Magota, and Ann C. Gima's Motion for Partial Dismissal, or in the Alternative, Motion for Partial Summary Judgment [343]

9/28/06, 10:00am:
1.  Plaintiff Philip E. English's Motion in Limine No. 1 Re: Excluding Evidence of Settlement Negotiations [333]
2.  Plaintiff Philip E. English's Motion in Limine No. 2 Re: Excluding Testimony of Corlis Chang [334]
3.  Plaintiff Philip E. English's Motion in Limine No. 3 Re: Excluding Evidence Regarding Plaintiff Philip E. English's Alleged Use of City Time and Equipment for Personal Matters [335]
4.  Plaintiff Philip E. English's Motion in Limine No. 4 Re: Excluding Evidence and Testimony Regarding Philip E. English's Income Prior to His Employment with the City and County of Honolulu, Assessment Division [336]
5.  Plaintiff Philip E. English's Motion in Limine No. 5 Re: Excluding Testimony of Dirk Von Guenthner [339]
6.  Plaintiff Philip E. English's Motion in Limine No. 6 Re: Excluding Testimony or Evidence Regarding Alleged Omissions and/or Misstatements Pertaining to Plaintiff Philip E. English's Employment Application to the City and County of Honolulu [337]
7.  Plaintiff Philip E. English's Motion in Limine No. 7 Re: Preventing Suzanne Foumai From Asserting the Fifth Amendment at Trial [338]
8.  Plaintiff Philip E. English's Motion in Limine No. 8 Re: Excluding Evidence and Testimony Suggesting or Implicating Plaintiff Philip E. English and Roger S. Moseley if any Wrongdoing [340]
1.  Defendant GK Appraisals, Inc.'s Motion in Limine for An Order Prohibiting Testimony by Plaintiff Regarding Alleged Statements by Witnesses that are Hearsay [308]
Defendants City and County of Honolulu, Gary T. Kurokawa, Robert O. Magota; Ann C. Gima's JOINDER to GK Appraisals, Inc.'s Motion in Limine fo an Order Prohibiting Testimony By Plaintiff Regarding Alleged Statements by Witnesses that are Hearsay [410]
2.  Defendant GK Appraisals, Inc.'s Motion in Limine for An Order Prohibiting Testimony by Plaintiff 's Expert Thomas Ueno [309]
Defendants City and County of Honolulu, Gary T. Kurokawa, Robert O. Magota; Ann C. Gima's JOINDER to GK Appraisals, Inc.'s Motion in Limine fo an Order Prohibiting Testimony by Plaintiff's Expert Thomas Ueno [411]
1.  Defendants City and County of Honolulu, Gary T. Kurokawa, Robert O. Magota, and

Ann C. Gima's Motion in Limine No. 1 to Preclude All Reference to Insurance [346]

2.  Defendants City and County of Honolulu, Gary T. Kurokawa, Robert O. Magota, and Ann C. Gima's Motion in Limine No. 2 to Exclude Testimony Re: Use of City Equipment [347]

3.  Defendants City and County of Honolulu, Gary T. Kurokawa, Robert O. Magota, and Ann C. Gima's Motion in Limine No. 3 to Preclude Any Evidence of Ethics Commission Investigations [348]

4.  Defendants City and County of Honolulu, Gary T. Kurokawa, Robert O. Magota, and Ann C. Gima's Motion in Limine No. 4 to Preclude Expert Opinions Not Disclosed in Depositions [349]

5.  Defendants City and County of Honolulu, Gary T. Kurokawa, Robert O. Magota, and Ann C. Gima's Motion in Limine No. 5 to Exclude Testimony Re: Alleged Sports Betting [350]

6.  Defendants City and County of Honolulu, Gary T. Kurokawa, Robert O. Magota, and Ann C. Gima's Motion in Limine No. 6 to Exclude Testimony Re: Discussion With U.S. Attorney's Office [351]

7.  Defendants City and County of Honolulu, Gary T. Kurokawa, Robert O. Magota, and Ann C. Gima's Motion in Limine No. 7 to Strike Plaintiff's Expert Witness [352]

8.  Defendants City and County of Honolulu, Gary T. Kurokawa, Robert O. Magota, and Ann C. Gima's Motion in Limine No. 8 to Preclude All Reference to Newspaper Articles, Other Whistleblower Lawsuits, and Other Anecdotal Evidence [353]

9.  Defendants City and County of Honolulu, Gary T. Kurokawa, Robert O. Magota, and Ann C. Gima's Motion in Limine No. 9 to Preclude the Testimony of Howard Tom Sun and Susan Siu [420]

10.  Plaintiff Philip E. English's Motion to Strike Defendants City and County of Honolulu, Gary T. Kurokawa, Robert O. Magota, and Ann C. Gima's Motion in Limine No. 9 to Preclude the Testimony of Howard Tom Sun and Susan Siu [460]

10/3/06, 9:30am, Jury Trial, Judge Chang.

Submitted by: Shari Afuso, Courtroom Manager