ORIGINAL

MOSELEY BIEHL TSUGAWA LAU & MUZZI
a Hawaii limited liability law company

ROGER S. MOSELEY          2060
CHRISTOPHER J. MUZZI      6939
RENEE M. FURUTA           7593
JOANNA B.K. FONG          7764
Alakea Corporate Tower
1100 Alakea Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone:  (808) 531-0490; Facsimile:  (808) 534-0202
Email:  rmoseley@hilaw.us;  cmuzzi@hilaw.us
        rfuruta@hilaw.us;  jfong@hilaw.us

Attorneys for Plaintiff
PHILIP E. ENGLISH

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 2 6 2006

at 3 o'clock and 46 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>          Plaintiff,<br><br>   vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1–10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>          Defendants. | Civil No.  04-00108 KSC/KSC<br><br>ERRATA TO PLAINTIFF PHILIP E. ENGLISH'S SEPARATE AND CONCISE STATEMENT OF MATERIAL FACTS IN SUPPORT OF HIS MEMORANDUM IN OPPOSITION TO DEFENDANTS GARY T. KUROKAWA, ROBERT O. MAGOTA, AND ANN C. GIMA'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON QUALIFIED IMMUNITY; CERTIFICATE OF SERVICE |

10010/3/58049

HEARING:
DATE:   September 27, 2006
TIME:   9:00 a.m.
JUDGE: The Honorable Kevin S.C.
        Chang

Trial Date:  October 3, 2006

ERRATA TO PLAINTIFF PHILIP E. ENGLISH'S SEPARATE AND
CONCISE STATEMENT OF MATERIAL FACTS IN SUPPORT
OF HIS MEMORANDUM IN OPPOSITION TO DEFENDANTS
GARY T. KUROKAWA, ROBERT O. MAGOTA, AND ANN C. GIMA'S
MOTION FOR PARTIAL SUMMARY JUDGMENT ON QUALIFIED
IMMUNITY

Plaintiff Philip E. English (hereinafter "Plaintiff"), by and through his

attorneys, Moseley Biehl Tsugawa Lau & Muzzi, submits this Errata to his

Concise Statement of Material Facts In Support of His Memorandum In

Opposition To Defendants Gary T. Kurokawa, Robert O. Magota, And Ann C.

Gima's Motion For Partial Summary Judgment on Qualified Immunity.

Exhibits "RR" and "SS" were inadvertently included in Plaintiff's Concise

Statement of Material Facts In Support of His Memorandum In Opposition To

Defendants Gary T. Kurokawa, Robert O. Magota, and Ann C. Gima's Motion For

Partial Summary Judgment on Qualified Immunity that was filed with the Court on

September 22, 2006.  Plaintiff respectfully requests that the Court disregard or

remove Exhibits "RR" and "SS" from the document.

DATED:  Honolulu, Hawaii, September 26, 2006.

ROGER S. MOSELEY
CHRISTOPHER J. MUZZI
RENEE M. FURUTA
JOANNA B.K. FONG

Attorneys for Plaintiff
PHILIP E. ENGLISH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH, | Civil No.  04-00108 KCS/KSC |
| Plaintiff, | |
| | CERTIFICATE OF SERVICE |
| vs. | |
| CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1–10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10, | |
| Defendants. | |

## CERTIFICATE OF SERVICE

The undersigned herby certifies that a true and correct copy of the foregoing was duly served upon the party listed below at their respective address by way of hand-delivery, on September 26, 2006.

10010\3\53092.12

MICHAEL A. LORUSSO, ESQ.
RANDALL Y. YAMAMOTO, ESQ.
Kawashima Lorusso & Tom, LLP
Fort Street Tower
745 Fort Street, 5th Floor
Honolulu, Hawaii 96813

      Attorneys for Defendants
      City & County of Honolulu,
      Gary T. Kurokawa, Robert O. Magota,
      and Ann C. Gima

KEVIN P. H. SUMIDA, ESQ.
ANTHONY L. WONG, ESQ.
Sumida & Tsuchiyama
Dillingham Transportation Building
735 Bishop St., Suite 411
Honolulu, Hawaii 96813

      Attorneys for Defendant
      GK APPRAISALS, INC.

DATED: Honolulu, Hawaii, September 26, 2006.


           ROGER S. MOSELEY
           CHRISTOPHER J. MUZZI
           RENEE M. FURUTA
           JOANNA B.K. FONG
           Attorneys for Plaintiff
           PHILIP E. ENGLISH