00002546.WPD

KAWASHIMA LORUSSO & TOM LLP

JAMES KAWASHIMA         #1145-0
RANDALL Y. YAMAMOTO  #3274-0
Topa Financial Center
Fort Street Tower
745 Fort Street, Suite 500
Honolulu, Hawaii 96813
Telephone:  (808)275-0300
Facsimile:   (808)275-0399
Email Address: ryamamoto@kltlaw.com
Attorneys for Defendants
CITY AND COUNTY OF HONOLULU,
GARY T. KUROKAWA, ROBERT O. MAGOTA,
and ANN C. GIMA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 2 5 2006

at 3 o'clock and __ min __M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH, | ) CIVIL NO. CV04-00108 KSC |
| Plaintiff, | ) SUPPLEMENT TO DEFENDANTS |
| | ) CITY AND COUNTY OF |
| vs. | ) HONOLULU, GARY T. |
| | ) KUROKAWA, ROBERT O. |
| CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10, | ) MAGOTA, and ANN C. GIMA'S ) OBJECTIONS TO PLAINTIFF PHILIP ) E. ENGLISH'S TRIAL EXHIBITS ) ) ) ) **[PART 6 OF 12]** ) ) ) Trial Date: 10/03/06 |
| Defendants. | ) |