00002546.WPD

KAWASHIMA LORUSSO & TOM LLP

JAMES KAWASHIMA          #1145-0
RANDALL Y. YAMAMOTO   #3274-0
Topa Financial Center
Fort Street Tower
745 Fort Street, Suite 500
Honolulu, Hawaii 96813
Telephone:  (808)275-0300
Facsimile:   (808)275-0399
Email Address: ryamamoto@kltlaw.com
Attorneys for Defendants
CITY AND COUNTY OF HONOLULU,
GARY T. KUROKAWA, ROBERT O. MAGOTA,
and ANN C. GIMA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 25 2006

at 3 o'clock and __ min. __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>      Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>      Defendants. | ) CIVIL NO. CV04-00108 KSC<br>)<br>) SUPPLEMENT TO DEFENDANTS<br>) CITY AND COUNTY OF<br>) HONOLULU, GARY T.<br>) KUROKAWA, ROBERT O.<br>) MAGOTA, and ANN C. GIMA'S<br>) OBJECTIONS TO PLAINTIFF PHILIP<br>) E. ENGLISH'S TRIAL EXHIBITS<br>)<br>)<br>)<br>) **[PART 11 OF 12]**<br>)<br>)<br>) Trial Date: 10/03/06<br>)<br>) |