00002546.WPD

KAWASHIMA LORUSSO & TOM LLP

JAMES KAWASHIMA         #1145-0
RANDALL Y. YAMAMOTO  #3274-0
Topa Financial Center
Fort Street Tower
745 Fort Street, Suite 500
Honolulu, Hawaii 96813
Telephone:  (808)275-0300
Facsimile:   (808)275-0399
Email Address: ryamamoto@kltlaw.com
Attorneys for Defendants
CITY AND COUNTY OF HONOLULU,
GARY T. KUROKAWA, ROBERT O. MAGOTA,
and ANN C. GIMA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 2 5 2006

at _____ o'clock and ___ min ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH, | ) CIVIL NO. CV04-00108 KSC |
| | ) |
| Plaintiff, | ) SUPPLEMENT TO DEFENDANTS |
| | ) CITY AND COUNTY OF |
| vs. | ) HONOLULU, GARY T. |
| | ) KUROKAWA, ROBERT O. |
| CITY AND COUNTY OF | ) MAGOTA, and ANN C. GIMA'S |
| HONOLULU; GARY T. | ) OBJECTIONS TO PLAINTIFF PHILIP |
| KUROKAWA; ROBERT O. | ) E. ENGLISH'S TRIAL EXHIBITS |
| MAGOTA; ANN C. GIMA; and GK | ) |
| APPRAISALS, INC.; JOHN DOES 1- | ) |
| 10; JANE DOES 1-10; DOE | ) |
| PARTNERSHIPS; DOE | ) **[PART 12 OF 12]** |
| CORPORATIONS 1-10; AND DOE | ) |
| ENTITIES 1-10, | ) |
| | ) Trial Date: 10/03/06 |
| Defendants. | ) |
| | ) |