**ORIGINAL**

MOSELEY BIEHL TSUGAWA LAU & MUZZI
A Hawaii Limited Liability Law Company
ROGER S. MOSELEY         2060
CHRISTOPHER J. MUZZI     6939
RENEE M. FURUTA          7593
JOANNA B.K. FONG         7764
Alakea Corporate Tower
1100 Alakea Street, 23rd Floor
Honolulu, Hawaii 96813
Tel: (808) 531-0490  Fax: (808) 534-0202
Email: rmoseley@hilaw.us,
       cmuzzi@hilaw.us
       rfuruta@hilaw.us

Attorneys for Plaintiff
PHILIP E. ENGLISH

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 2 7 2006

at 10 o'clock and 54 min. A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>              Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1–10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>              Defendants. | Civil No. 04-00108 KSC/KSC<br><br>DECLARATION OF PHILIP E. ENGLISH; CERTIFICATE OF SERVICE<br><br><br><br><br><br><br><br><br><br>Trial Date: October 3, 2006 |

10010/3/58063

## DECLARATION OF PHILIP E. ENGLISH

I, PHILIP E. ENGLISH., declare under penalty of perjury that the following is true and correct to the best of my knowledge and belief, and that this declaration is based upon my personal observation and/or information personally obtained by me, including through my employment with Defendant City and County of Honolulu, and further, that I would be competent to testify to the matters contained herein at the trial of this case:

1. I make this Declaration in support of Plaintiff PHILIP E. ENGLISH'S SEPARATE AND CONCISE STATEMENT OF MATERIAL FACTS IN SUPORT OF HIS MEMORANDUM IN OPPOSITION TO DEFENDANTS CITY AND COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA, AND ANN C. GIMA'S MOTION FOR PARTIAL DISMISSAL, OR IN THE ALTERNATIVE, MOTION FOR PARTIAL SUMMARY JUDGMENT.

2. Attached hereto as Exhibit "M" are true and correct copies email to/from me to/from Gary Kurokawa dated August 15, 2002 regarding "Extension of Probation". These emails were written and received by me.

3. Attached hereto as Exhibit "N" is a true and correct copy of a Probationary Performance Evaluation Report for P. English dated November 3, 2000 that was signed and received by me.

4.  Attached hereto as Exhibit "O" is a true and correct copy of a Probationary Performance Evaluation Report for P. English dated December 14, 2002 that was signed and received by me.

5.  Attached hereto as Exhibit "P" is a true and correct copy of a letter to me, received by me, from Ivan Lui-Kwan dated April 17, 2003 regarding "Notice of Substandard Peformance Evaluation".

6.  Attached hereto as Exhibit "Q" is a true and correct copy of Fraud Reporting Policies and Procedures of the City and County of Honolulu, received by me.

7.  Attached hereto as Exhibit "R" is a true and correct copy of a Position Description from the Department of Personnel of the City and County of Honolulu for a Real Property Appraiser III, SR-20 position, received by me.

8.  Attached hereto as Exhibit "S" is a true and correct copy of a Compromise, Settlement and Release Agreement; Approval and Order for <u>Philip E. English v. City and County of Honolulu, Department of Budget and Fiscal</u> Services, Case No. 2-03-01887 that was signed and received by me.

      I DECLARE UNDER PENALTY OF PERJURY under the laws of the State of Hawaii and the United States, that the foregoing is true and correct. Executed this 27th day of September 2006, at Honolulu, Hawaii.

                                                                       PHILIP E. ENGLISH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1 –10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>　　　　Defendants. | Civil No.  04-00108 KCS/KSC<br><br>CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

The undersigned herby certifies that a true and correct copy of the foregoing was duly served upon the party listed below at their respective address by way of hand-delivery, on September 27, 2006.

10010\3\53092.14

MICHAEL A. LORUSSO, ESQ.
RANDALL Y. YAMAMOTO, ESQ.
Kawashima Lorusso & Tom, LLP
Fort Street Tower
745 Fort Street, 5th Floor
Honolulu, Hawaii 96813

>   Attorneys for Defendants
>   City & County of Honolulu,
>   Gary T. Kurokawa, Robert O. Magota,
>   and Ann C. Gima

KEVIN P. H. SUMIDA, ESQ.
ANTHONY L. WONG, ESQ.
Sumida & Tsuchiyama
Dillingham Transportation Building
735 Bishop St., Suite 411
Honolulu, Hawaii 96813

>   Attorneys for Defendant
>   GK APPRAISALS, INC.

DATED: Honolulu, Hawaii, September 27, 2006.

                                      _____
                                      ROGER S. MOSELEY
                                      CHRISTOPHER J. MUZZI
                                      RENEE M. FURUTA
                                      Attorneys for Plaintiff
                                      PHILIP E. ENGLISH