ORIGINAL

MOSELEY BIEHL TSUGAWA LAU & MUZZI
A Hawaii Limited Liability Law Company
ROGER S. MOSELEY        2060
CHRISTOPHER J. MUZZI    6939
RENEE M. FURUTA         7593
JOANNA B.K. FONG        7764
Alakea Corporate Tower
1100 Alakea Street, 23rd Floor
Honolulu, Hawaii 96813
Tel: (808) 531-0490  Fax: (808) 534-0202
Email: rmoseley@hilaw.us,
       cmuzzi@hilaw.us
       rfuruta@hilaw.us, jfong@hilaw.us

Attorneys for Plaintiff
PHILIP E. ENGLISH

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 27 2006

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>           Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1–10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>           Defendants. | Civil No. 04-00108 KSC/KSC<br><br>SUPPLEMENT TO PLAINTIFF PHILIP E. ENGLISH'S MEMORANDUM IN OPPOSITION TO DEFENDANTS CITY AND COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA, and ANN C. GIMA'S MOTION IN LIMINE NO. 8 TO PRECLUDE ALL REFERENCE TO NEWSPAPER ARTICLES, OTHER WHISTLEBLOWER LAWSUITS, AND OTHER ANECDOCTAL EVIDENCE; DECLARATION OF ROGER S. MOSELEY; EXHIBIT "I"; CERTIFICATE OF SERVICE |

10010/3/58055.2

Trial Date: October 3, 2006

SUPPLEMENT TO PLAINTIFF PHILIP E. ENGLISH'S MEMORANDUM IN OPPOSITIONTO DEFENDANTS CITY AND COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA, and ANN C. GIMA'S MOTIONIN LIMINE NO. 8 TO PRECLUDE ALL REFERENCE TO NEWSPAPER ARTICLES, OTHER WHISTLEBLOWER LAWSUITS, AND OTHER ANECDOCTAL EVIDENCE

Plaintiff Philip E. English ("Plaintiff") respectfully submits this supplement to further support Plaintiff's memorandum in opposition to Defendants City and County of Honolulu, Gary T. Kurokawa, Robert O. Magota, and Ann C. Gima's ("City Defendants") Motion in Limine No. 8 to Preclude All Reference to Newspaper Articles, Other Whistleblower Lawsuits, and Other Anecdotal Evidence ("Motion in Limine No. 8").

The deposition of Denise Tsukayama (the Rule 30(b)(6) representative proffered by Defendant City and County of Honolulu) did not take place until September 20, 2006, after the Court's prescribed deadline to file memoranda in opposition to motions in limine. As such, Exhibit "I", the transcript of the Deposition of Ms. Tsukayama was not available at the time that Plaintiff filed his memorandum in opposition to the City Defendants' Motion in Limine No. 8. Plaintiff respectfully submits the transcript from Ms. Tsukayama's deposition to further support

Ms. Tsukayama is an employed by the City as its Equal Opportunity officer. Exhibit "I" at page 8, line 23. In her deposition, Ms. Tsukayama indicated that

she recognized, and even worked on or has been involved in several whistleblower Complaints that have been filed against the City. Exhibit "I" at pages 16 (lines 2-12), 27 (lines 2-11), 38 (lines 1-25), 39 (lines 3-25), 40 (lines 1-25), 41(9-18), 43 (lines 12-25), 44 (lines 3-25), 45 (lines 1-15), 46 (lines 17-25), 47 (lines 10-25), 48 (lines 2-25), 49 (5-18). Ms. Tsukayama also testified that there is no particular person or agency within the City responsible for dealing with whistleblowers and whistleblower complaints. Exhibit "I" at pages 23 (lines 8-25) and 26 (lines 7-21). Ms. Tsukayama also attested to the delayed implementation of retaliation training programs regarding whistleblowers and the inadequate training programs regarding whistleblowers. Exhibit "I" at pages 34 (7-25), 35 (lines 1-21), 49 (lines 12-15, 25), 50 (lines 1-5), 83 (lines 20-24).

Ms. Tsukayama's deposition will show that the City has been on notice with respect to the numerous whistleblower complaints filed against it and the to show that the City and its officials and policymakers had knowledge as to the pervasive practice of retaliating against whistleblowers.

DATED:   Honolulu, Hawaii, September 27, 2006.

                                          */s/ Roger S. Moseley*

ROGER S. MOSELEY
CHRISTOPHER J. MUZZI
RENEE M. FURUTA
JOANNA B.K. FONG
Attorneys for Plaintiff
PHILIP E. ENGLISH