

**ORIGINAL**

00002428.WPD
KAWASHIMA LORUSSO & TOM LLP

| | |
|---|---|
| JAMES KAWASHIMA | #1145-0 |
| RANDALL Y. YAMAMOTO | #3274-0 |
| BRIAN Y. HIYANE | #6045-0 |
| CARTER K. SIU | #7313-0 |

Topa Financial Center
Fort Street Tower
745 Fort Street, Suite 500
Honolulu, Hawaii 96813
Telephone:      (808)275-0325
Facsimile:      (808)275-0399
Email Address: ryamamoto@kltlaw.com

Attorneys for Defendants
CITY AND COUNTY OF HONOLULU,
GARY T. KUROKAWA, ROBERT O. MAGOTA,
and ANN C. GIMA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 29 2006

at __ o'clock and __ min __ M
SUE BEITIA, CLERK

**LODGED**

SEP 27 2006
3:50 by

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>　　　　Defendants. | ) CIVIL NO. CV04-00108 KSC<br>)<br>) ORDER DENYING DEFENDANTS CITY<br>) AND COUNTY OF HONOLULU, GARY T.<br>) KUROKAWA, ROBERT O. MAGOTA, and<br>) ANN C. GIMA'S MOTION TO STRIKE<br>) PLAINTIFF'S FIRST AMENDMENT TO<br>) PLAINTIFF PHILIP E. ENGLISH'S<br>) FIRST AMENDED PRETRIAL<br>) STATEMENT AND FOR SANCTIONS,<br>) FILED SEPTEMBER 12, 2006<br>)<br>) <u>Hearing:</u><br>)<br>) Date:  September 19, 2006<br>) Time:  9:30 a.m.<br>) Judge: Hon. Keven S.C. Chang<br>)<br>) Trial Date:    10/03/06<br>) |

**ORDER DENYING DEFENDANTS CITY AND COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA, and ANN C. GIMA'S MOTION TO STRIKE PLAINTIFF'S FIRST AMENDMENT TO PLAINTIFF PHILIP E. ENGLISH'S FIRST AMENDED PRETRIAL STATEMENT AND FOR SANCTIONS, FILED SEPTEMBER 12, 2006**

Defendants CITY AND COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA, and ANN C. GIMA's Motion to Strike Plaintiff's First Amendment to Plaintiff Philip E. English's First Amended Pretrial Statement and for Sanctions, filed September 12, 2006, having come on for hearing on September 19, 2006, with Christopher J. Muzzi, Esq., appearing on behalf of Plaintiff, Anthony L. Wong, Esq., appearing on behalf of Defendant GK APPRAISALS, INC., and Carter K. Siu, Esq., appearing on behalf of Defendants CITY AND COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA, and ANN C. GIMA; and

The Court having considered the arguments of counsel and the memoranda, exhibits, declarations filed herein, and good cause appearing therefor;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Defendants CITY AND COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA, and ANN C. GIMA's Motion to Strike Plaintiff's First Amendment to Plaintiff Philip E. English's First Amended Pretrial Statement and for Sanctions is DENIED.

**IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED** that Defendants CITY AND COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA, and ANN C. GIMA are permitted leave of Court to file a

Motion in Limine with regard to Plaintiff's witness Howard Tom Sun; the Motion in Limine is to be filed by no later than Friday, September 22, 2006.

DATED: Honolulu, Hawaii, SEP 2 9 2006 .

_____
JUDGE OF THE ABOVE-ENTITLED COURT

APPROVED AS TO FORM AND CONTENT:

_____
CHRISTOPHER J. MUZZI, ESQ.
Attorney for Plaintiff
PHILIP E. ENGLISH

APPROVED AS TO FORM AND CONTENT:

_____
ANTHONY L. WONG, ESQ.
Attorney for Defendant
GK APPRAISALS, INC.

_____
Philip E. English, et al. v. City and County of Honolulu, et al.; CV-04-00108 KSC; ORDER DENYING DEFENDANTS CITY AND COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA, and ANN C. GIMA'S MOTION TO STRIKE PLAINTIFF'S FIRST AMENDMENT TO PLAINTIFF PHILIP E. ENGLISH'S FIRST AMENDED PRETRIAL STATEMENT AND FOR SANCTIONS, FILED SEPTEMBER 12, 2006

3