**ORIGINAL**

00002337.WPD

KAWASHIMA LORUSSO & TOM LLP

JAMES KAWASHIMA         #1145-0
RANDALL Y. YAMAMOTO   #3274-0
Topa Financial Center
Fort Street Tower
745 Fort Street, Suite 500
Honolulu, Hawaii 96813
Telephone:  (808)275-0300
Facsimile:   (808)275-0399
Email Address: ryamamoto@kltlaw.com
Attorneys for Defendants
CITY AND COUNTY OF HONOLULU,
GARY T. KUROKAWA, ROBERT O. MAGOTA,
and ANN C. GIMA

LODGED SEP 27 2006 CLERK, U.S. DISTRICT COURT DISTRICT OF HAWAII

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII
SEP 29 2006
at __ o'clock and __ min __M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH, | ) CIVIL NO. CV04-00108 KSC |
| Plaintiff, | ) ORDER GRANTING IN PART AND ) DENYING IN PART PLAINTIFF |
| vs. | ) PHILIP E. ENGLISH'S MOTION TO ) COMPEL THE TESTIMONY OF |
| CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10, | ) SUZANNE FOUMAI, FILED ) SEPTEMBER 8, 2006 ) ) Hearing: ) Date:    September 14, 2006 ) Time:    10:00 a.m. ) Judge:   Hon. Keven S.C. Chang ) |
| Defendants. | ) Trial Date: 10/03/06 ) |

ORDER GRANTING IN PART AND DENYING IN
PART PLAINTIFF PHILIP E. ENGLISH'S MOTION TO COMPEL
THE TESTIMONY OF SUZANNE FOUMAI, FILED SEPTEMBER 8, 2006

Plaintiff Philip E. English's Motion to Compel the Testimony of Suzanne Foumai filed on September 8, 2006, having come on for hearing on September 14, 2006, with Christopher J. Muzzi, Esq., appearing on behalf of Plaintiff, Kevin P. H. Sumida, Esq., appearing on behalf of Defendant GK APPRAISALS, INC., and Lyle Y. Harada, Esq., appearing on behalf of Defendants CITY AND COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA, and ANN C. GIMA; and

The Court having considered the arguments of counsel and the memoranda, exhibits, declarations filed herein, and good cause appearing therefor;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Plaintiff's Motion to Compel is granted as follows:

That Suzanne Foumai shall provide the answer to the question posed by Mr. Mosely on page 88, line 15only; and

That Ms. Foumai's answer may take the form of an appropriate letter or by a sworn statement;

DATED: Honolulu, Hawaii, SEP 29 2006.

_____
JUDGE OF THE ABOVE-ENTITLED COURT

APPROVED AS TO FORM AND CONTENT:

_____
CHRISTOPHER J. MUZZI, ESQ.
Attorney for Plaintiff
PHILIP E. ENGLISH

APPROVED AS TO FORM AND CONTENT:

_____
KEVIN P. H. SUMIDA, ESQ.
Attorney for Defendant
GK APPRAISALS, INC.

_____
Philip E. English, et al. v. City and County of Honolulu, et al.; CV-04-00108 KSC; ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF PHILIP E. ENGLISH'S MOTION TO COMPEL THE TESTIMONY OF SUZANNE FOUMAI FILED ON SEPTEMBER 8, 2006