00001585.WPD

KAWASHIMA LORUSSO & TOM LLP

JAMES KAWASHIMA      #1145-0
RANDALL Y. YAMAMOTO  #3274-0
BRIAN Y. HIYANE      #6045-0
CARTER K. SIU        #7313-0
Topa Financial Center
Fort Street Tower
745 Fort Street, Suite 500
Honolulu, Hawaii 96813
Telephone:    (808)275-0325
Facsimile:    (808)275-0399
Email Address: ryamamoto@kltlaw.com

Attorneys for Defendants
CITY AND COUNTY OF HONOLULU,
GARY T. KUROKAWA, ROBERT O. MAGOTA,
and ANN C. GIMA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH, | ) CIVIL NO. CV04-00108 SOM/KSC |
| Plaintiff, | ) ORDER GRANTING DEFENDANTS CITY & COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA, AND ANN C. GIMA'S MOTION FOR PROTECTIVE ORDER FILED JUNE 15, 2006 |
| vs. | |
| CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10, | ) HEARING: |
| | Date:  July 20, 2006 |
| Defendants. | Time:  9:30 a.m |
| | Judge: Hon. Kevin S.C. Chang |
| | Trial: October 3, 2006 |

### ORDER GRANTING DEFENDANTS CITY & COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA, AND ANN C. GIMA'S MOTION FOR PROTECTIVE ORDER FILED JUNE 15, 2006

Defendants CITY & COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA, and ANN C. GIMA's (collectively "CITY Defendants") Motion for Protective Order filed June 15, 2006, and having come on for hearing on July 12, 2006, with James Kawashima, Esq. appearing on behalf of CITY Defendants, Roger S. Moseley, Esq. appearing on behalf of Plaintiff PHILIP E. ENGLISH, and Anthony L. Wong, Esq. appearing on behalf of GK APPRAISALS, INC.,

The Court having considered the arguments of counsel and the memoranda, exhibits, declarations filed herein, as well as the records and files herein, and good cause appearing therefor;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Motion for Protective is GRANTED in favor of CITY Defendants;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff has failed to satisfy the three-part test set forth in <u>Shelton v. American Motors Corp.</u>, 805 F.2d 1323 (8th Cir. 1987), and therefore the deposition of Michael A. Lorusso, Esq. is neither warranted nor necessary in this case;

\ \ \

\ \ \

\ \ \

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the Subpoena Duces Tecum issued by Plaintiff and served on Michael A. Lorusso, Esq. on June 8, 2006 is hereby quashed.

DATED: Honolulu, Hawaii, __OCT 0 2 2006__ .

_____
JUDGE OF THE ABOVE-ENTITLED COURT


APPROVED AS TO FORM AND CONTENT:

_____
ROGER S. MOSELEY, ESQ.
Attorney for Plaintiff
PHILIP E. ENGLISH


APPROVED AS TO FORM AND CONTENT:

_____
ANTHONY L. WONG, ESQ.
Attorney for Defendant
GK APPRAISALS, INC.

---

Philip E. English, et al. v. City and County of Honolulu, et al.; CV-04-00108 SOM/KSC; ORDER GRANTING DEFENDANTS CITY & COUNTY OF HONOLULU, GARY T. KUROKAWA, ROBERT O. MAGOTA, AND ANN C. GIMA'S MOTION FOR PROTECTIVE ORDER FILED JUNE 15, 2006