ORIGINAL



MOSELEY BIEHL TSUGAWA LAU & MUZZI
a Hawaii limited liability law company

ROGER S. MOSELEY         2060
CHRISTOPHER J. MUZZI     6939
RENEE M. FURUTA          7593
Alakea Corporate Tower
1100 Alakea Street, 23rd Floor
Honolulu, Hawaii 96813
Telephone: (808) 531-0490
Facsimile: (808) 534-0202
Email:  rmoseley@hilaw.us
        cmuzzi@hilaw.us
        rfuruta@hilaw.us

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 22 2006

at 2 o'clock and 10 min P M
SUE BEITIA, CLERK

LODGED
NOV 20 2006
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

Attorneys for Plaintiff
PHILIP E. ENGLISH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| PHILIP E. ENGLISH, | Civil No. 04-00108 KSC/KSC |
|---|---|
| Plaintiff, | STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANTS GARY T. KUROKAWA, ROBERT O. MAGOTA AND ANN C. GIMA |
| vs. | |
| CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1–10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10, | |
| Defendants. | |

10010/3/58577.2

## STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANTS GARY T. KUROKAWA, ROBERT O. MAGOTA AND ANN C.GIMA

COME NOW Plaintiff PHILIP E. ENGLISH (hereinafter Plaintiff) by and through his counsel, MOSELEY BIEHL TSUGAWA LAU & MUZZI, and Defendants GARY. T. KUROKAWA, ROBERT O. MAGOTA, ANN C. GIMA and CITY AND COUNTY OF HONOLULU by and through their counsel KAWASHIMA LORUSSO & TOM, LLP, and Defendant GK APPRAISALS INC., by and through its counsel SUMIDA & TSUCHIYAMA and, being all of the parties appearing in this action, hereby stipulate and agree, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(ii) and pursuant to the Settlement Agreement placed on the record of the Court on September 28, 2006, to dismiss the Complaint filed herein, with prejudice, as to Defendants GARY. T. KUROKAWA, ROBERT O. MAGOTA and ANN C. GIMA.

Defendants CITY AND COUNTY OF HONOLULU and GK APPRAISLAS, INC. and Plaintiff PHILIP E. ENGLISH are the remaining parties in this matter.

The parties shall each bear their own attorneys' fees and costs.

DATED: Honolulu, Hawaii, _Nov. 18, 2006_.

*[signature]*

for JAMES KAWASHIMA
RANDALL Y. YAMAMOTO
Attorneys for Defendants
City and County of Honolulu, Gary T. Kurokawa, Robert O. Magota and Ann C. Gima

*[signature]*

ANTHONY L. WONG
Attorney for Defendant
GK Appraisals, Inc.

*[signature]*

ROGER S. MOSELEY
CHRISTOPHER J. MUZZI
RENEE M. FURUTA
Attorneys for Plaintiff
Philip E. English

APPROVED AND SO ORDERED:

*[signature]*

UNITED STATES ~~DISTRICT~~ JUDGE
     Magistrate

"Stipulation for Dismissal with Prejudice of Defendants Gary T. Kurokawa, Robert O. Magota and Ann C. Gima", English v. City and County of Honolulu et al.; Civil No. 04-00108 KSC/KSC