ORIGINAL

MOSELEY BIEHL TSUGAWA LAU & MUZZI
a Hawaii limited liability law company

ROGER S. MOSELEY          2060
CHRISTOPHER J. MUZZI       6939
RENEE M. FURUTA           7593
Alakea Corporate Tower
1100 Alakea Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone:  (808) 531-0490
Facsimile:  (808) 534-0202
Email:  rmoseley@hilaw.us
        cmuzzi@hilaw.us
        furutar@hilaw.us

Attorneys for Plaintiff
PHILIP E. ENGLISH

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 2 9 2006

at ____ o'clock and ___ min ___
SUE BEITIA, CLERK

LODGED

NOV 2 8 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP E. ENGLISH, | Civil No.  04-00108 KSC/KSC |
| Plaintiff, | STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANTS CITY AND COUNTY OF HONOLULU AND GK APPRAISALS, INC. |
| vs. | |
| CITY AND COUNTY OF HONOLULU; GARY T. KUROKAWA; ROBERT O. MAGOTA; ANN C. GIMA; and GK APPRAISALS, INC.; JOHN DOES 1 –10; JANE DOES 1-10; DOE PARTNERSHIPS; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10, | |
| Defendants. | |

10010/3/58577.1

## STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANTS CITY AND COUNTY OF HONOLULU AND GK APPRAISALS

COMES NOW Plaintiff PHILIP E. ENGLISH (hereinafter Plaintiff) by and through his counsel, MOSELEY BIEHL TSUGAWA LAU & MUZZI, and Defendants GARY. T. KUROKAWA, ROBERT O. MAGOTA, ANN C. GIMA AND CITY AND COUNTY OF HONOLULU by and through their counsel KAWASHIMA LORUSSO & TOM, LLP, and Defendant GK APPRAISALS INC., by and through its counsel SUMIDA & TSUCHIYAMA being all the parties appearing in this action, who hereby stipulate and agree, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(ii) and pursuant to the Settlement Agreement placed on the record of the Court on September 28, 2006, to dismiss the Complaint filed herein with prejudice, as to Defendants CITY AND COUNTY OF HONOLULU and GK APPRAISALS, INC.

There are no further parties or claims remaining in this action.

The parties shall each bear their own attorneys' fees and costs.

DATED:  Honolulu, Hawaii,   _November 18, 2006_   .

for

JAMES KAWASHIMA
RANDALL Y. YAMAMOTO
Attorneys for Defendants
City and County of Honolulu, Gary T.
Kurokawa, Robert O. Magota and Ann
C. Gima

ANTHONY L. WONG
Attorney for Defendant
GK Appraisals, Inc.

ROGER S. MOSELEY
CHRISTOPHER J. MUZZI
RENEE M. FURUTA
Attorneys for Plaintiff
Philip E. English

APPROVED AND SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

"Stipulation for Dismissal with Prejudice of Defendants City and County of Honolulu and GK Appraisals, Inc.";
English v. City and County of Honolulu et al.; Civil No. 04-00108 KSC/KSC